**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

STEVEN M. LARIMORE
CLERK OF COURT



March 18, 2008

United States District Court
District of New Jersey
William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & US Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

RE:  MDL No. 1916 Chiquita Brands International, Inc., Alien Tort Statute and Shareholders
    Derivative Litigation
       Our Case #(s)   08-MD-1916
       Your Case No.  2:07-3406 John Doe #1, et al. V. Chiquita Brands International, Inc.

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida.  This case will be directly assigned to the Honorable Kenneth A. Marra.

Please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Transfer Order) as PDF documents to the Southern District of Florida via electronic mail at:  CMECF_CaseTransfers@flsd.uscourts.gov


STEVEN M. LARIMORE
Clerk of Court



by:  _s/_____
     Dena R. Eaton
     MDL Clerk