

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE ACTION
_____/

This Document Relates to:

DERIVATIVE ACTIONS.
_____/

FILED by _____ D.C.

JUL - 8 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### CHIQUITA'S SPECIAL LITIGATION COMMITTEE'S MOTION FOR LIMITED APPEARANCE OF DAVID B. HENNES, WILLIAM G. MCGUINNESS, RACHEL L. BRAUNSTEIN AND DIANNA WALSH LAMB, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned on behalf of Defendant the Special Litigation Committee of Chiquita Brands International, Inc. ("SLC") respectfully moves for the admission of David B. Hennes, William G. McGuinness, Rachel L. Braunstein and Dianna Walsh Lamb, of the law firm of Fried, Frank, Harris, Shriver & Jacobson, LLP, One New York Plaza, New York, NY 10004-1980, (212) 859-8000, for purposes of limited appearance as co-counsel on behalf of the SLC, in the above-styled case only. Furthermore, pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, the undersigned seeks permission for Mr. Hennes, Mr. McGuinness, Ms. Braunstein and Ms. Lamb, to receive electronic filings in this case. The undersigned states as following:

1.  David B. Hennes is not admitted to practice in the Southern District of Florida, but is a member in good standing of the State Bar of New York, and is admitted to practice law in the following jurisdictions: United States District Court for the Southern District of New York, United

States District Court for the Eastern District of New York, United States District Court for the Western District of New York, United States District Court for the Western District of Michigan, United States District Court for the District of New Jersey, and the U.S. Courts of Appeals for the Second, Third, Sixth and Ninth Federal Circuits.

2. William G. McGuinness is not admitted to practice in the Southern District of Florida, but is a member in good standing of the State Bar of New York and is admitted to practice law in the following jurisdictions: United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Western District of New York, United States District Court for the Western District of Pennsylvania, United States District Court for the Western District of Michigan, the U.S. Courts of Appeals for the First, Second, Third, Sixth and Eleventh Federal Circuits, Court of Appeals for the Federal Circuit and the United States Supreme Court.

3. Rachel L. Braunstein is not admitted to practice in the Southern District of Florida, but is a member in good standing of the State Bar of New York and is admitted to practice law in the following jurisdictions: United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

4. Dianna Walsh Lamb is not admitted to practice in the Southern District of Florida, but is a member in good standing of the State Bar of New York and the Bar of Massachusetts.

5. Movants, Joseph A. DeMaria, Esquire and Matias R. Dorta, Esquire, of the law firm of Tew Cardenas LLP, Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407, (305) 536-1112, are members in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintain an office in this State for the practice of law, and are authorized to file through the Court's electronic filing system. Movants consent to

2

be designated as members of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

6. In accordance with the local rules of this Court, David B. Hennes, William G. McGuinness, Rachel L. Braunstein and Dianna Walsh Lamb, are making a payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

7. David B. Hennes, William G. McGuinness, Rachel L. Braunstein and Dianna Walsh Lamb, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby request the Court to provide Notice of Electronic Filings to David B. Hennes at email address: david.hennes@friedfrank.com, William G. McGuinness at email address: william.mcguinness@friedfrank.com, Rachel L. Braunstein at email address: rachel.braunstein@friedfrank.com, and Dianna Walsh Lamb at email address: dianna.lamb@friedfrank.com.

WHEREFORE, the undersigned move this Court to enter an Order permitting David B. Hennes, William G. McGuinness, Rachel L. Braunstein and Dianna Walsh Lamb to appear before this Court on behalf of the Special Litigation Committee of Chiquita Brands International, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings

to David B. Hennes, William G. McGuinness, Rachel L. Braunstein and Dianna Walsh Lamb. A proposed Order granting this Motion is being submitted by undersigned counsel.

Respectfully submitted,

TEW CARDENAS LLP

By: _____
JOSEPH A. DEMARIA
Florida Bar No. 764711
jad@tewlaw.com
MATIAS R. DORTA
Florida Bar No. 770817
mrd@tewlaw.com
1441 Brickell Ave., Ste 1500
Miami, Florida 33131-3407
Telephone: (305)536-1112
Facsimile: (305) 536-1116
**Attorneys for: The Special Litigation Committee
for Chiquita Brands International, Inc.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE ACTION
_____/

This Document Relates to:

DERIVATIVE ACTIONS.
_____/

## CERTIFICATION OF DAVID B. HENNES

David B. Hennes, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of New York, and am admitted to practice law in the following jurisdictions: United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Western District of New York, United States District Court for the Western District of Michigan, United States District Court for the District of New Jersey, and the Courts of Appeals for the Second, Third, Sixth and Ninth Federal Circuits.

David B. Hennes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE ACTION
_____/

This Document Relates to:

DERIVATIVE ACTIONS.
_____/

## CERTIFICATION OF WILLIAM G. McGUINNESS

William G. McGuinness, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of New York and am admitted to practice law in the following jurisdictions: United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Western District of New York, United States District Court for the Western District of Pennsylvania, United States District Court for the Western District of Michigan, the Courts of Appeals for the First, Second, Third, Sixth and Eleventh Federal Circuits, the Court of Appeals for the Federal Circuit and the United States Supreme Court.

_____
William G. McGuinness

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE ACTION
_____/

This Document Relates to:

DERIVATIVE ACTIONS.
_____/

## CERTIFICATION OF RACHEL L. BRAUNSTEIN

Rachel L. Braunstein, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of New York and am admitted to practice law in the following jurisdictions: United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

_____
Rachel L. Braunstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE ACTION
_____/

This Document Relates to:

DERIVATIVE ACTIONS.
_____/

## CERTIFICATION OF DIANNA WALSH LAMB

Dianna Walsh Lamb, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of New York and of the State of Massachusetts.

_____
Dianna Walsh Lamb

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that foregoing was conventionally filed with the Clerk of the Court on July 7, 2008, and that a Notice of Filing of the foregoing was filed with the Clerk of the Court by using the CM/ECF system on the same date, which sent a notice of electronic filing to the following, unless otherwise indicated and to whom a copy will be provided as identified:

By: _____
Joseph A. DeMaria

**VIA CM/ECF:**

- **Roger M. Adelman**
  radelman@erols.com

- **Mary K. Blasy**
  maryb@csgrr.com

- **Daniel Arthur Casey**
  dan.casey@klgates.com, alicia.cardona@klgates.com, miamidocketing@klgates.com

- **Judith Brown Chomsky**
  jchomsky@igc.org

- **Alison K. Clark**
  aclark@sbtklaw.com

- **Jessica A. Clarke**
  jclarke@cov.com

- **Stewart L. Cohen**
  scohen@cprlaw.com

- **Terry Collingsworth**
  tc@iradvocates.org

- **Patrick J. Coughlin**
  patc@csgrr.com

- Jonathan W. Cuneo
  jonc@cuneolaw.com

- Amber L. Eck
  ambere@csgrr.com

- Jeffrey T. Edwards
  jedwards@preti.com

- Ellyn F. Essig
  ele@osen.us

- James M. Garland
  jgarland@cov.com

- Paul Jeffrey Geller
  pgeller@csgrr.com,e_file_fl@csgrr.com

- David J. George
  dgeorge@csgrr.com,karenc@csgrr.com,e_file_fl@csgrr.com,e_file_sd@csgrr.com

- Joshua D. Glatter
  jdg@osen.us

- Neil L. Glazer
  nglazer@kohnswift.com

- James Kellogg Green
  jameskgreen@bellsouth.net

- Brian D. Greer
  brian.greer@aporter.com

- Ronald Searle Guralnick
  rgacquit@bellsouth.net

- John E. Hall
  jhall@cov.com

- Gregory P. Hansel
  ghansel@preti.com

- Rene Devlin Harrod
  rharrod@bergersingerman.com,hestama@bergersingerman.com,efile@bergersingerman.com

- Eric H. Holder, Jr.
  eholder@cov.com

- Robert C. Josefsberg
  rosefsberg@podhurst.com, bertpatton@podhurst.com,mestrada@podhurst.com,arundlet@podhurst.com,amann@podhurst.com

- Arthur Leahy
  artl@csgrr.com

- Robert S. Litt
  rober.litt@aporter.com

- Carrie M. Logan
  clogan@preti.com

- Brian D. Long
  bdl@rigrodskylong.com

- Jeffrey B. Maletta
  jeffrey.maletta@klgates.com

- Eli R. Mattioli
  emattioli@thelen.com

- Jenny R. Mosier
  jmosier@cov.com

- Gary M. Osen
  gmo@osen.us

- Elissa J. Preheim
  elissa.preheim@aporter.com

- Cristopher Stephen Rapp
  csrapp@jones-foster.com

- Ramon Alvaro Rasco
  rrasco@podhurst.com

- Jonathan C. Reiter
  jcrlaw@hotmail.com

- Seth D. Rigrodsky
  sdr@rigrodskylong.com

- Harry M. Roth
  hroth@cprlaw.com

- John Scarola
  mep@searcylaw.com

- Aaron Schlanger
  as@osen.us

- Stephen H. Schwartz
  sschwartz@kohnswift.com

- Marco Simons
  marco@earthrights.org

- Jonathan M. Sperling
  jsperling@cov.com

- Steven M. Steingard
  ssteingard@kohnswift.com

- Robert M. Stern
  rstern@omm.com

- Sidney Alton Stubbs, Jr.
  sstubbs@jones-foster.com,mkieta@jones-foster.com

- William J. Wichmann
  wjw@conradscherer.com

- Robert William Wilkins
  rwilkins@Jones-foster.com,csrapp@jones-foster.com

**VIA U.S.MAIL**:

**William K. Cavanagh**
Cavanagh & O'Hara
407 E. Adams Street
Springfield, IL 62701

**Michael L. Cioffi**
Blank Rome Comisky & McCauley LLP
1700 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202

**Michael Connolly**
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive
Suite 210
Florham Park, NJ 07932

**Joseph J. DePalma**
Lite DePalma Greenberg & Rivas LLC
Two Gateway Center
12th Floor
Newark, NJ 07102-5003

**William Kendall Flynn**
Strauss & Troy
Federal Reserve Building 4th Floor
150 E. Fourth Street
Cincinnati, OH 45202-4018

**Michael G. Lenett**
Cuneo Gilbert & Laduca LLP
507 C Street NE
Washington, DC 20002

**Jonathan A. Saidel**
Cohen Placitella & Roth PC
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA 19103

**Ari Ungar**
Osen, LLC
700 Kinderkamack Road
Oradell, NJ 07649

**Richard Stuart Wayne**
Strauss & Troy
Federal Reserve Building 4th Floor
150 E. Fourth Street
Cincinnati, OH 45202-4018

**Paul David Wolf**
PO Box 11244
Washington, DC 20008-1244