UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE ACTION
_____/

This Document Relates to:

DERIVATIVE ACTIONS.
_____/

## AGREED MOTION FOR A STAY OF PROCEEDINGS

The Special Litigation Committee ("Chiquita SLC") of the Board of Directors of nominal

defendant Chiquita Brands International, Inc. (the "Company" or "Chiquita") hereby moves to

stay the proceedings in the shareholder derivative litigation pending in this multi-district

litigation (the "Derivative Litigation") until December 31, 2008.  In support hereof the Chiquita

SLC states as follows:

1.      Pursuant to this Court's Amended Case Management Order, dated

September 14, 2008, the Plaintiffs were directed to file the Consolidated Verified Shareholder

Derivative Complaint "no later than 30 days after the later of entry of [the Case Management

Order] and entry of an order appointing Lead Derivative Plaintiffs' Counsel." *See* Amended

Case Management, Section II.C(2).

2.      On September 11, 2008, the Plaintiffs filed the Consolidated Verified

Shareholder Derivative Complaint (the "Amended Consolidated Complaint").

3.      The Amended Case Management Order further directs that, within 30 days

from the filing of the Amended Consolidated Complaint, the Chiquita SLC shall file a motion to

stay the Derivative Litigation.  *See* Amended Case Management, Section II.C(2).  By order dated October 15, 2008, that deadline was extended until October 21, 2008.

        4.     The Chiquita SLC and Lead Counsel for the Plaintiffs have engaged in discussions and agree that the Derivative Litigation should be stayed until December 31, 2008, without prejudice to extend the stay further upon proper application.  Prior to the expiration of the stay, the Chiquita SLC will issue a report detailing its investigation and conclusions regarding the allegations and claims asserted in the Amended Consolidated Complaint, and will present to the Court a plan outlining the Chiquita SLC's next steps in the Derivative Litigation.

        WHEREFORE, the Chiquita SLC respectfully requests that this Court enter an Order staying the Derivative Litigation until December 31, 2008, without prejudice to extend the stay further upon proper application.

Respectfully submitted,

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Attorneys for the Special Litigation Committee of
  Chiquita Brands International, Inc.
One New York Plaza
New York, NY 10004
phone: 212.859.8369
fax: 212.859.8583

**TEW CARDENAS LLP**
Attorneys for the Special Litigation Committee of
  Chiquita Brands International, Inc.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Phone: 305/536-1112
Fax: 305/536-1116

By:_____s/Joseph A. DeMaria
     Joseph A. DeMaria, Esq.
     Fla. Bar No. 0764711
     Email: jad@tewlaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on October 21, 2008, which will send a notice of electronic filing to the following, unless otherwise indicated and to whom a copy will be provided as identified:

By:   s/Joseph A. DeMaria
Counsel

514462.1

3

**VIA CM/ECF**:

      **Roger M. Adelman**
          radelman@erols.com

      **Mary K. Blasy**
      maryb@csgrr.com

      **Rachel L. Braunstein**
      Rachel.braunstein@friedfrank.com

      **Benjamin D. Brown**
      bbrown@cmht.com

      **Daniel Arthur Casey**
      dan.casey@klgates.com,alicia.cardona@klgates.com,miamidocketing@klgates.com

      **Judith Brown Chomsky**
      jchomsky@igc.org

      **Alison K. Clark**
      aclark@sbtklaw.com

      **Stewart L. Cohen**
      scohen@cprlaw. com

      **Terry Collingsworth**
      tc@iradvocates.org

      **Patrick J. Coughlin**
      patc@csgrr.com

      **Jonathan W. Cuneo**
      jonc@cuneolaw.com

      **John De Leon**
      Jlleon7@aol.com

      **Joseph A. DeMaria**
      jad@tewlaw.com

      **Matias R. Dorta**
      mrd@tewlaw.com

      **Amber L. Eck**
      ambere@csgrr.com

**Jeffrey T. Edwards**
jedwards@preti.com

**Agnieszka M. Fryszman**
afryszman@cmht.com

**James M. Garland**
jgarland@cov.com

**David J. George**
dgeorge@csgrr.com,karenc@csgrr.com

**Joshua D. Glatter**
jdg@osen.us

**Neil L. Glazer**
nglazer@kohnswift.com

**James Kellogg Green**
jameskgreen@bellsouth.net

**Alan Graham Greer**
agreer@trichmangreer.com, isilva@richmangreer.com

**Brian D. Greer**
brian.greer@aporter.com

**Ronald Searle Guralnick**
rgacquit @ bellsouth.net

**John E. Hall**
jhall@cov.com

**Gregory P. Hansel**
ghansel@preti.com

**Rene Devlin Harrod**
rharrod@bergersingerman.com,tbrannon@bergersingerman.com
mfields@bergersingerman.com

**David B. Hennes**
david.hennes@friedfrank.com

**Paul L. Hoffman**
hoffpaul@aol.com
**Eric H. Holder, Jr**.

eholder@cov.com

**Robert C. Josefsberg**
rjosefsberg@podhurst.com, bertpatton @ podhurst.com,
mestrada @ podhurst.com, arundlet@podhurst.com

**William Bennett King**
wbk@searcylaw.com, mas@searcylaw.com, lbd@searcylaw.com

**Dianna Walsh Lamb**
dianna.lab@friedfrank.com

**Arthur Leahy**
artl@csgrr.com

**Robert S. Litt**
rober.litt@aporter.com

**Carrie M. Logan**
clogan@preti.com

**Brian D. Long**
bdl@rigrodskylong.com

**Jeffrey B. Maletta**
jeffrey.maletta@klgates.com

**Eli R. Mattioli**
emattioli@thelen.com

**William G. McGuinness**
William.mcguinness@friedfrank.com

**Gina R. Merrill**
gmerrill@cov.com

**Jenny R. Mosier**
jmosier@cov.com

**Gary M. Osen**
gmo@osen.us

**Elissa J. Preheim**
elissa.preheim@aporter.com

**Cristopher Stephen Rapp**

csrapp@jones-foster.com

**Ramon Alvaro Rasco**
rrasco@podhurst.com

**Peter Raven_Hansen**
pravenhansen@gmail.com

**Jonathan C. Reiter**
jcrlaw@hotmail.com

**Seth D. Rigrodsky**
sdr@rigrodskylong.com

**Robert Jeffrey Robbins**
rrobbins@csgrr.com, e_file_fl@csgrr.com

**Mark Anthony Romance**
mromance@richmangreer.com, isilva@richmangreer.com

**Harry M. Roth**
hroth@cprlaw.com

**David Joseph Sales**
djs@searcylaw.com

**John Scarola**
mep@searcylaw.com

**Aaron Schlanger**
as@osen.us

**Stephen H. Schwartz**
sschwartz@kohnswift.com

**Marco Simons**
marco@earthrights.org

**Jonathan M. Sperling**
jsperling@cov.com

**Steven M. Steingard**
ssteingard@kohnswift.com

**Robert M. Stern**
rstern@omm.com

**Sidney Alton Stubbs, Jr.**
sstubbs@jones-foster.com,mkieta@jones-foster.com

**William J. Wichmann**
wjw@conradscherer.com

**Julie Wilber**
jwilber@csgrr.com

**Robert William Wilkins**
rwilkins@Jones-foster.com,csrapp@jones-foster.com

**Paul David Wolf**
paulwolf@icdc.com

**Eric L. Zagar**
ezagar@sbtklaw.com

## VIA U.S.MAIL:

**Kathleen Lee Barber**
Coughlin Stoia Geller Rudman & Robbins LLP
120 E Palmetto Park Road
Suite 500
Boca Raton, FL 33432

**Jonathan D. Barrowman**
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street
Washington, DC 20006-1600

**Arturo Carrillo**
Columbian Institute of International Law
5425 Connecticut Avenue NW
Suite 219
Washington, DC 20015

**William K. Cavanagh**
Cavanagh & O'Hara
407 E. Adams Street
Springfield, IL 62701

**Hermann Ferre**
Thelen Reid & Priest
875 Third Avenue
New York, NY 10022

**Richard Herez**
Earth Rights International
1612 K Street NW
Suite 401
Washington, DC 20006

**Beth J. Kushner**
Von Briesen & Roper SC
411 E Wisconsin Avenue
Suite 700
Milwaukee, WI 53202

**Michael G. Lenett**
Cuneo Gilbert & Laduca LLP
507 C Street NE
Washington, DC 20002

**Molly McOwen**
Cohen Milstein Hausfeld & Toll
1100 New York Avenue NW
Suite 500 West Tower
Washington, DC 20005-3934

**Samuel Meirowitz**
Osen LLC
700 Kinderkamack Road
Orandell, NJ 07649

**John P. Pierce**
Pierce Law Group
4641 Montgomery Avenue
Suite 500
Bethesda, MD 20814

**Robin Winchster**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19807

**Ari Ungar**
Osen, LLC
700 Kinderkamack Road
Oradell, NJ 07649

**Richard Stuart Wayne**
Strauss & Troy
Federal Reserve Building 4th Floor
150 E. Fourth Street
Cincinnati, OH 45202-4018

**Paul David Wolf**
PO Box 11244
Washington, DC 20008-1244

514109.1