UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC., ALIEN TORT
STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

This Document Relates To:

DERIVATIVE ACTIONS.

## ORDER GRANTING THIRD AGREED MOTION FOR AN ORDER ADJOURNING THE DEADLINES FOR DISCOVERY AND BRIEFING ON THE SLC'S MOTION TO DISMISS

THIS CAUSE having come before the Court on the Third Agreed Motion for an Order Adjourning the Deadlines For Discovery and Briefing (the "Third Agreed Motion"). This Court having considered the Third Agreed Motion and all other relevant factors, it is hereby ORDERED and ADJUDGED that:

The Third Agreed Motion is GRANTED. The Parties shall on or before August 3, 2009, report to the Court on the status of the litigation, including whether the parties believe a status conference is necessary.

It is further ordered that discovery shall be adjourned until August 3, 2009, without prejudice to further adjournment and any motions to compel discovery shall be filed and served no later than September 4, 2009, without prejudice to further adjournment.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 5 day of July, 2009.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record