UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 08-01916-MD-MARRA/JOHNSON

IN RE:  CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Documents Relates to:

DOES 1-747 v. CHIQUITA BRANDS
INTERNATIONAL, INC.

Case No. 9:08-cv-80480
_____/

**FIFTH AMENDED
COMPLAINT**

Jury Trial Demanded

Plaintiffs, by and through their attorneys, the **LAW FIRM OF**

**JONATHAN C. REITER**, complaining of the defendants, respectfully allege upon

information and belief as follows:

### INTRODUCTION

This is an action seeking damages for terrorism, war crimes, crimes

against humanity, extrajudicial killing, torture and wrongful death of plaintiffs' decedents

and/or individual living plaintiff(s) committed by defendant CHIQUITA BRANDS

INTERNATIONAL, INC. (CHIQUITA), its officers, directors, agents, servants and

employees, acting in concert with, aiding, abetting, facilitating, soliciting, directing,

orchestrating and conspiring with Colombian paramilitaries and their collaborators in

those atrocities, in violation of the Law of Nations, the laws of the United States of

America and of individual states, including but not limited to the State of Ohio, and the

laws of the Republic of Colombia.

**JURISDICTION**

1.      The Court has subject matter jurisdiction over this case under the Alien Tort Claims Act (ATCA) 28 U.S.C. § 1350 and the Torture Victim Protection Act of 1991 (TVPA) 28 U.S.C. § 1350, note,§ 2(a) and 28 U.S.C. § 1331 (Federal Question Jurisdiction), and 28 U.S.C. § 1332 (diversity jurisdiction).  Plaintiffs also invoke the supplemental jurisdiction of this Court with respect to claims based upon the laws of the State of Ohio, the Republic of Colombia and/or any other applicable jurisdiction pursuant to 28 U.S.C. § 1367.

2.      Plaintiffs JUAN/JUANA DOES 1-746 Individually and/or as Legal Heirs and/or Personal Representatives of JOSE/JOSEFINA DOES 1A-747 are citizens of the Republic of Colombia.

3.      Plaintiff LUZ LOPEZ SIERRA Individually and/or as Legal Heir and/or Personal Representative of JOHN FREDY LOPEZ SIERRA, is a citizen of the Republic of Colombia who was granted political asylum by the New York Immigration Court and is a permanent resident of the United States residing in the City and State of New York.

4.      Plaintiff MONICA MARCELLA ALZATE ARCILA Individually and/or as Legal Heir and/or Personal Representative of JAIRO ALBERTO ALZATE ARANGO is a permanent resident of Ontario, Canada.

5.      All plaintiffs and plaintiff's decedents are or were aliens, being and/or having been citizens or subjects of a foreign state.

6.      Defendant CHIQUITA is a United States corporation organized under the laws of the State of New Jersey, having its principal place of business and corporate headquarters at 250 East 5th Street, Cincinnati, Ohio 45202.

7.      The amount in controversy, both individually and collectively, exceeds $75,000.

## PARTIES

The Plaintiffs

8.      There are a total of 747 plaintiffs, of whom 746 JUAN/JUANA DOE Plaintiffs are the legal heirs of 728 JOSE/JOSEFINA DOES who were murdered/disappeared by Colombian paramilitaries of the "Autodefensas Unidas de Colombia" (commonly known as and referred to hereinafter as the "AUC"), a violent, right-wing organization in the Republic of Colombia, and their collaborators.  The decedents are given numbers corresponding to the numbers used for their heirs.  Where a JUAN DOE is heir to more than one JOSE DOE, the additional decedents are given letter designations (such as JOSE DOE 1A, 1B etc.), so that the numbers correspond to the numbers used for heirs.  In addition, plaintiffs JUAN/JUANA DOE 102, 112, 114, 342, 355, 375, 416, 422, 428, 514, 518, 525, 527, 529, 638, 641, 657, 670 and 704 were tortured and shot by AUC paramilitaries and survived.  Moreover, plaintiff LUZ LOPEZ SIERRA is the sister of JOHN FREDY LOPEZ SIERRA who was shot and killed by the AUC and plaintiff MONICA MARCELLA ALZATE ARCILA is the daughter of JAIRO ALBERTO ALZATE ARANGO who was shot and killed by the AUC.  Accordingly claim is made for a total of 728 deaths and/or injuries.

9.     The plaintiffs who are the next of kin of the decedents either have been or will be appointed the personal representatives of the decedents if required by law.

10.     The plaintiff's decedents and/or individual plaintiffs were residents of the banana-producing region of Colombia referred to as the "Zona Bananera" encompassing the Departments (governmental subdivisions) of Antioqia, Uraba, Cordoba, Atlantico, Sucre, Bolivar Magdalena and Cesar, all of which are on the Northern Caribbean coast of Colombia.  Plaintiffs decedents and/or plaintiffs were directly connected to the banana producing economy of this region as farmers, land owners, distributors and laborers and/or were family members of persons directly connected to the banana producing economy. Additionally, some of plaintiffs' decedents and/or plaintiffs were labor organizers or occupied other positions ancillary to but directly related to the banana producing economy of that region, including the commercial activities of CHIQUITA. Plaintiffs and/or plaintiffs' decedents were connected to the banana producing economy as aforesaid in areas where CHIQUITA had substantial land holdings, production facilities, import/export facilities and other banana-related activities.  None of the plaintiffs' decedents or plaintiffs were combatants in the Colombian civil war.

11.     Plaintiffs bring this action anonymously because the disclosure of their identities and those of the decedents and/or the details of their deaths/injuries would expose plaintiffs to a high risk of violent reprisals, intimidation and death at the hands of paramilitaries still operating in Colombia, including groups such as the "Black Eagles" and others, and would facilitate the theft and destruction of government records pertaining to their cases as part of an ongoing campaign by paramilitaries to obstruct justice.

<u>The Defendants</u>

12.     At all times hereinafter mentioned, CHIQUITA was and is an international

producer, distributor, and marketer of bananas and other produce; it is one of the largest

banana producers in the world and a major supplier of bananas in Europe and North

America.  The company was founded in 1899 as the United Fruit Company, became the

United Brands Company in 1970, and changed its name to Chiquita Brands International

in 1990.

13.     Upon information and belief, C.I. Bananos de Exportacion, S.A.,

(Banadex) was a Colombian corporation or other business entity headquartered in

Medellin, Colombia and was a wholly owned subsidiary of CHIQUITA.

14.     Upon information and belief and at all times relevant herein, CHIQUITA

dominated and controlled Banadex.

15.     At all times relevant herein, CHIQUITA, by and through Banadex,

produced, contracted for and traded in bananas in the Uraba and Santa Marta regions of

Colombia, and elsewhere in Colombia.

16.     At all times material herein, Banadex was an agent and/or alter ego, of

CHIQUITA.

17.     At all times material herein, Banadex was an agent and/or alter ego, of

CHIQUITA and a co-conspirator and joint tortfeasor with CHIQUITA with whom it

cooperated in a joint criminal enterprise.

18.     Defendants designated as "Individuals A through J" are those individuals

referred to in that manner in the Factual Proffer filed March 19, 2007 in a criminal case

entitled "United States of America v. Chiquita Brands International, Inc.", Criminal No. 07-055 in the United States District Court for the District of Columbia, which factual proffer is incorporated by reference herein and annexed hereto.

19.     Upon information and belief, defendants designated as "Individuals A through J" may include former CHIQUITA CEO Cyrus Friedheim, former CHIQUITA general counsel Robert Olsen and former CHIQUITA board member Roderick M. Hills and others whose identities are presently unknown to the plaintiffs.

20.     Plaintiffs are ignorant of the true names and capacities of the Defendants who are sued herein as Moe Corporations 1-5 and Moes 6-25, and plaintiffs sue these Defendants by such fictitious names and capacities.  Plaintiffs will amend this Complaint to allege the Moes' true names and capacities when ascertained.  Plaintiffs are informed and believe, and on that basis allege, that each fictitiously named Defendant is responsible in some manner for the occurrences herein alleged and that the deaths of plaintiffs' decedents and the injuries to plaintiffs herein alleged were proximately caused by the conduct of such Defendants, in that each caused, conspired to cause, worked in concert to cause, participated in a joint criminal enterprise that caused, or aided and abetted the principal tortfeasors in causing the injuries complained of, and /or was the principal, employer, or other legally responsible person for the persons who caused, conspired to cause, worked in concert to cause, participated in a joint criminal enterprise that caused, or aided and abetted such injuries.  Whenever and wherever reference is made in this Complaint to any conduct committed by CHIQUITA, and/or Banadex, such allegations and references shall also be deemed to mean the conduct of CHIQUITA and

Banadex, acting individually, jointly and severally, through personnel working in the United States and Colombia for the benefit of CHIQUITA and Banadex.

21.     At all times herein material, with respect to the events at issue, CHIQUITA, Banadex, Individuals A through J, Moe Corporations 1-5 and Moes 6-25 conspired with each other, and/or participated in a joint criminal enterprise with each other, and /or acted in concert, and/or aided or abetted each others' actions, and/or were in an agency or alter ego or joint venture relationship, and were acting within the course and scope of such conspiracy, joint criminal enterprise, concerted activity, aiding and abetting, and/or agency or alter ego or joint venture relationship.  As described herein, "agency" included agency by ratification.  Whenever reference is made in this Complaint to any conduct by a defendant, such allegations and references shall be construed to mean the conduct of each of the defendants, acting individually, jointly, and severally.

## VENUE

22. Venue is proper in the Southern District of New York pursuant to 28 USC § 1391 (a) and (b) in that CHIQUITA is authorized to do business and is in fact doing business in the District and is subject to personal jurisdiction in the District.

## ALLEGATIONS OF FACT COMMON TO ALL COUNTS

The following allegations of fact are made upon information and belief, derived from public and/or de-classified documents of the United States government, as well as

documents in the public domain, statements of informants, filed Court documents in the United States and/or Colombia and other documents in the plaintiffs files.

23.     The defendants and each of them tortiously, intentionally, willfully, wantonly, maliciously, knowingly, recklessly and negligently murdered and/or otherwise proximately caused the death of the plaintiff's decedents, and or injuries to plaintiff(s).

24.     The defendants and each of them aided and abetted Colombian paramilitaries, including but not limited to the Autodefensas Unidas de Colombia ("AUC") and their collaborators, in tortiously, intentionally, willfully, wantonly, maliciously, knowingly, recklessly and negligently murdering and/or otherwise proximately causing the death of the plaintiffs' decedents, and/or injuries to plaintiff(s).

25.     The defendants and each of them conspired with the AUC in murdering and/or otherwise proximately causing the death of the plaintiffs' decedents, and/or injuries to plaintiff(s).

26.     The defendants and each of them, acted in concert with the AUC in murdering and/or otherwise proximately causing the death of the plaintiffs' decedents, and/or injuries to plaintiff(s).

27. The defendants ordered, directed, solicited and facilitated the murders of the plaintiffs' decedents by the AUC and/or injuries to plaintiff(s).

28. The defendants acted with the intent to assist in the violations of international law(s) by the AUC and directed their acts to assist in said violations.

29. The defendant's acts had a substantial effect upon the success of the criminal acts of the AUC and its violation of international law(s).

30. The defendant's had actual and constructive knowledge that their acts assisted in the violations of international law(s) by the AUC.

31. On February 10, 2000, Jose/Josefina Doe 1A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 1, who was the mother of Jose/Josefina Doe 1A, is the legal heir to Jose/Josefina Doe 1A and resides in the municipality of Pueblo Viejo-Magdalena.

32. On February 10, 2000, Jose/Josefina Doe 1B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 1, who was the mother of Jose/Josefina Doe 1B, is the legal heir to Jose/Josefina Doe 1B and resides in the municipality of Pueblo Viejo-Magdalena.

33. On November 6, 1997, Jose/Josefina Doe 2 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 2, who was the wife of Jose/Josefina Doe 2, is the legal heir to Jose/Josefina Doe 2 and resides in the municipality of Cienaga-Magdalena.

34. On November 11, 2003, Jose/Josefina Doe 3 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 3, who was the mother of Jose/Josefina Doe 3, is the legal heir to Jose/Josefina Doe 3 and resides in the municipality of Cienaga-Magdalena.

35. On February 20, 2003, Jose/Josefina Doe 4 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 4, who was the wife of Jose/Josefina Doe 4, is the legal heir to Jose/Josefina Doe 4 and resides in the municipality of Cienaga-Magdalena.

36. On July 12, 2000, Jose/Josefina Doe 5 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 5, who was the wife of Jose/Josefina Doe 5, is the legal heir to Jose/Josefina Doe 5 and resides in the municipality of Cienaga-Madalena.

37. On August 15, 2003, Jose/Josefina Doe 6 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 6, who was the mother of Jose/Josefina Doe 6, is the legal heir to Jose/Josefina Doe 6 and resides in the municipality of Cienaga-Magdalena.

38. On February 5, 2001, Jose/Josefina Doe 7A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 7, who was the daughter of Jose/Josefina Doe 7A, is the legal heir to Jose/Josefina Doe 7A and resides in the municipality of Cienaga-Magdalena.

39. On May 1, 2001, Jose/Josefina Doe 7B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 7, who was the daughter of

Jose/Josefina Doe 7B, is the legal heir to Jose/Josefina Doe 7B and resides in the municipality of Cienaga-Magdalena.

40. On March 27, 2002, Jose/Josefina Doe 8 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 8, who was the wife of Jose/Josefina Doe 8, is the legal heir to Jose/Josefina Doe 8 and resides in the municipality of Aracataca-Magdalena.

41. On February 20, 2002, Jose/Josefina Doe 9 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 9, who was the mother of Jose/Josefina Doe 9, is the legal heir to Jose/Josefina Doe 9 and resides in the municipality of Cienaga-Magdalena.

42. On January 23, 2003, Jose/Josefina Doe 10 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 10, who was the sister of Jose/Josefina Doe 10, is the legal heir to Jose/Josefina Doe 10 and resides in the municipality of Aracataca-Magdalena.

43. On June 26, 2004, Jose/Josefina Doe 11 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 11, who was the daughter of Jose/Josefina Doe 11, is the legal heir to Jose/Josefina Doe 11 and resides in the municipality of Aracataca-Magdalena.

44. On February 10, 2004, Jose/Josefina Doe 12 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 12, who was the brother of Jose/Josefina Doe 12, is the legal heir to Jose 12 and resides in the municipality of Aracataca-Magdalena.

45. On May 14, 2003, Jose/Josefina Doe 13 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 13, who was the son of Jose/Josefina Doe 13, is the legal heir to Jose/Josefina Doe 13 and resides in the municipality of Aracataca-Magdalena.

46. On July 7, 1999, Jose/Josefina Doe 14 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 14, who was the husband of Jose/Josefina Doe 14, is the legal heir to Jose/Josefina Doe 14 and resides in the municipality of Fundacion-Magdalena.

47. On April 9, 2002, Jose/Josefina Doe 15 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 15, who was the husband of Jose/Josefina Doe 15, is the legal heir to Jose/Josefina Doe 15 and resides in the municipality of Aracataca-Magdalena.

48. On November 19, 2001, Jose/Josefina Doe 16 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 16 is the

legal heir to Jose/Josefina Doe 16 and resides in the municipality of Aracataca-Magdalena.

49. On November 19, 2001, Jose/Josefina Doe 17 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 17 is the legal heir to Jose/Josefina Doe 17 and resides in the municipality of Aracataca-Magdalena.

50. On December 14, 2004, Jose/Josefina Doe 18 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 18, who was the mother of Jose/Josefina Doe 18, is the legal heir to Jose/Josefina Doe 18 and resides in the municipality of Aracataca-Magdalena.

51. On June 18, 1998, Jose/Josefina Doe 19 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 19, who was the brother of Jose/Josefina Doe 19, is the legal heir to Jose/Josefina Doe 19 and resides in the municipality of Aracataca-Magdalena.

52. On March 14, 2003, Jose/Josefina Doe 20 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 20, who was the father of Jose/Josefina Doe 20, is the legal heir to Jose/Josefina Doe 20 and resides in the municipality of Aracataca-Magdalena.

53. On November 19, 2002, Jose/Josefina Doe 21 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 21 is the legal heir to Jose/Josefina Doe 21 and resides in the municipality of Aracataca-Magdalena.

54. On March 24, 2002, Jose/Josefina Doe 22 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 22, who was the mother of Jose/Josefina Doe 22, is the legal heir to Jose/Josefina Doe 22 and resides in the municipality of Aracataca-Magdalena.

55. On February 22, 2003, Jose/Josefina Doe 23 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 23 is the legal heir to Jose/Josefina Doe 23 and resides in the municipality of Aracataca-Magdalena.

56. On December 12, 2003, Jose/Josefina Doe 24A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 24, who was the father of Jose/Josefina Doe 24A, is the legal heir to Jose/Josefina Doe 24A and resides in the municipality of Cienaga-Magdalena.

57. On December 12, 2003, Jose/Josefina Doe 24B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 24, who was the father of Jose/Josefina Doe 24B, is the legal heir to Jose 24B and resides in the municipality of Cienaga-Magdalena.

58. On May 29, 2001, Jose/Josefina Doe 25 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 25, who was the mother of Jose/Josefina Doe 25, is the legal heir to Jose/Josefina Doe 25 and resides in the municipality of Cienaga-Magdalena.

59. On July 8, 2002, Jose/Josefina Doe 26A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 26A, who was the sister of Jose/Josefina Doe 26A, is the legal heir to Juan/Juana Doe 26A and resides in the municipality of Sevilla-Zona Bananera.

60. On July 8, 2002, Jose/Josefina Doe 26B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 26A, who was the sister of Jose/Josefina Doe 26B, is the legal heir to Jose/Josefina Doe 26B and resides in the municipality of Sevilla-Zona Bananera.

61. On July 8, 2002, Jose/Josefina Doe 26A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 26B, who was the mother of Jose/Josefina Doe 26A, is the legal heir to Juan/Juana Doe 26A and resides in the municipality of Sevilla-Zona Bananera.

62. On July 8, 2002, Jose/Josefina Doe 26B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 26B, who was the mother of

Jose/Josefina Doe 26B, is the legal heir to Jose/Josefina Doe 26B and resides in the municipality of Sevilla-Zona Bananera.

63. On July 8, 2002, Jose/Josefina Doe 26C was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 26A, who was the mother of Jose/Josefina Doe 26C, is the legal heir to Jose/Josefina Doe 26C and resides in the municipality of Sevilla-Zona Bananera.

64. On May 31, 2000, Jose/Josefina Doe 27A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 27, who was the mother of Jose/Josefina Doe 27A, is the legal heir to Jose/Josefina Doe 27A and resides in the municipality of Sevilla-Zona Bananera.

65. On May 31, 2000, Jose/Josefina Doe 27B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 27, who was the aunt of Jose/Josefina Doe 27B, is the legal heir to Jose/Josefina Doe 27B and resides in the municipality of Sevilla-Zona Bananera.

66. On June 19, 2003, Jose/Josefina Doe 28 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 28A, who was the sister of Jose/Josefina Doe 28, is the legal heir to Jose/Josefina Doe 28 and resides in the municipality of Sevilla-Zona Bananera.

67. On June 19, 2003, Jose/Josefina Doe 28 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 28B, who was the mother of Jose/Josefina Doe 28, is the legal heir to Jose/Josefina Doe 28 and resides in the municipality of Sevilla-Zona Bananera.

68. On February 14, 2007, Jose/Josefina Doe 29 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 29, who was the sister of Jose/Josefina Doe 29, is the legal heir to Jose/Josefina Doe 29 and resides in the municipality of Fundacion-Magdalena.

69. On April 29, 2000, Jose/Josefina Doe 30 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 30, who was the son of Jose/Josefina Doe 30, is the legal heir to Jose/Josefina Doe 30 and resides in the municipality of Cienaga-Magdalena.

70. On September 29, 1997, Jose/Josefina Doe 31 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 31A, who was the father of Jose/Josefina Doe 31, is the legal heir to Jose/Josefina Doe 31 and resides in the municipality of Sevilla-Zona Bananera.

71. On September 29, 1997, Jose/Josefina Doe 31 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 31B, who was the

sister of Jose/Josefina Doe 31 is the legal heir to Jose/Josefina Doe 31 and resides in the municipality of Sevilla-Zona Bananera.

72. On July 3, 2003, Jose/Josefina Doe 32 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 32, who was the father of Jose/Josefina Doe 32, is the legal heir to Jose/Josefina Doe 32 and resides in the municipality of Sevilla-Zona Bananera.

73. On November 14, 2005, Jose/Josefina Doe 33 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 33, who was the father of Jose/Josefina Doe 33, is the legal heir to Jose/Josefina Doe 33 and resides in the municipality of Fundacion-Magdalena.

74. On January 31, 2003, Jose/Josefina Doe 34 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 34, who was the mother of Jose/Josefina Doe 34, is the legal heir to Jose/Josefina Doe 34 and resides in the municipality of Sevilla-Zona Bananera.

75. On October 30, 2004, Jose/Josefina Doe 35 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 35, who was the sister of Jose/Josefina Doe 35, is the legal heir to Jose/Josefina Doe 35 and resides in the municipality of Aracataca-Magdalena.

76. On April 26, 2001, Jose/Josefina Doe 36 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 36 is the legal heir to Jose/Josefina Doe 36 and resides in the municipality of Sevilla-Magdalena.

77. On December 1, 2000, Jose/Josefina Doe 37 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 37, who was the mother of Jose/Josefina Doe 37, is the legal heir to Jose/Josefina Doe 37 and resides in the municipality of Cienaga-Magdalena.

78. On October 3, 1997, Jose/Josefina Doe 38 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 38, who was the sister of Jose/Josefina Doe 38, is the legal heir to Jose/Josefina Doe 38 and resides in the municipality of Cienaga-Magdalena.

79. On February 11, 2000, Jose/Josefina Doe 39 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 39, who was the wife of Jose/Josefina Doe 39, is the legal heir to Jose/Josefina Doe 39 and resides in the municipality of Cienaga-Magdalena.

80. On June 24, 2003, Jose/Josefina Doe 40 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 40, who was the mother of

Jose/Josefina Doe 40, is the legal heir to Jose/Josefina Doe 40 and resides in the municipality of Cienaga-Magdalena.

81. On October 8, 2001, Jose/Josefina Doe 41 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 41, who was the wife of Jose/Josefina Doe 41, is the legal heir to Jose/Josefina Doe 41 and resides in the municipality of Cienaga-Magdalena.

82. On October 27, 2000, Jose/Josefina Doe 42 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 42 is the legal heir to Jose/Josefina Doe 42 and resides in the municipality of Cienaga-Magdalena.

83. On October 3, 1997, Jose/Josefina Doe 43 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 43 is the legal heir to Jose/Josefina Doe 43 and resides in the municipality of Cienaga-Magdalena.

84. On April 2, 2005, Jose/Josefina Doe 44 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 44, who was the wife of Jose/Josefina Doe 44, is the legal heir to Jose/Josefina Doe 44 and resides in the municipality of Cienaga-Magdalena.

85. On September 12, 2001, Jose/Josefina Doe 45 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 45 is the legal heir to Jose/Josefina Doe 45 and resides in the municipality of Sevilla-Zona Bananera.

86. On November 18, 2000, Jose/Josefina Doe 46 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 46, who was the daughter of Jose/Josefina Doe 46, is the legal heir to Jose/Josefina Doe 46 resides in the municipality of Betulia-Sucre.

87. On April 18, 2001, Jose/Josefina Doe 47 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 47 is the legal heir to Jose/Josefina Doe 47 and resides in the municipality of Guacamoyal-Zona Bananera.

88. On November 9, 2002, Jose/Josefina Doe 48 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 48, who was the mother of Jose/Josefina Doe 48, is the legal heir to Jose/Josefina Doe 48 and resides in the municipality of Sevilla-Zona Bananera.

89. On April 23, 2002, Jose/Josefina Doe 49 was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 49, who was the wife of Jose/Josefina Doe 49, is the legal heir to Jose/Josefina Doe 49 and resides in the municipality of Corozal-Sucre.

90. On July 8, 1999, Jose/Josefina Doe 50A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex

and the other Defendants. Plaintiff Juan/Juana Doe 50, who was the mother of Jose/Josefina Doe 50A, is the legal heir to Jose/Josefina Doe 50A and resides in the municipality of Sevilla-Zona Bananera.

91. On July 8, 1999, Jose/Josefina Doe 50B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 50, who was the mother of Jose/Josefina Doe 50B, is the legal heir to Jose/Josefina Doe 50B and resides in the municipality of Cienaga-Magdalena.

92. On July 8, 1999, Jose/Josefina Doe 50C was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 50, who was the wife of Jose/Josefina Doe 50C, is the legal heir to Jose/Josefina Doe 50C and resides in the municipality of Cienaga-Magdalena.

93. On December 10, 1996, Jose/Josefina Doe 51 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 51, who was the wife of Jose/Josefina Doe 51, is the legal heir to Jose/Josefina Doe 51 and resides in the municipality of Apartado-Barrio Obrero.

94. On September 24, 1996, Jose/Josefina Doe 52 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 52, who was the wife of Jose/Josefina Doe 52, is the legal heir to Jose/Josefina Doe 52 and resides in the municipality of Apartado-Antroquia.

95. On July 22, 2001, Jose/Josefina Doe 53 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 53, who was the wife of Jose/Josefina Doe 53, is the legal heir to Jose/Josefina Doe 53 and resides in the municipality of Apartado-Antroquia.

96. On August 7, 1993, Jose/Josefina Doe 54A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 54, who was the daughter of Jose/Josefina Doe 54A is the legal heir to Jose/Josefina Doe 54A and resides in the municipality of Apartado-Antroquia.

97. On August 10, 2000, Jose/Josefina Doe 54B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 54, who was the mother of Jose/Josefina Doe 54B, is the legal heir to Jose/Josefina Doe 54B and resides in the municipality of Apartado-Antroquia.

98. On April 26, 2002, Jose/Josefina Doe 55 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 55, who was the wife of Jose/Josefina Doe 55, is the legal heir to Jose/Josefina Doe 55 and resides in the municipality of Apartado.

99. On July 26, 2002, Jose/Josefina Doe 56 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 56, who was the mother of

Jose/Josefina Doe 56, is the legal heir to Jose/Josefina Doe 56 and resides in the municipality of Apartado-Uraba.

100.    On November 8, 1997, Jose/Josefina Doe 57 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 57, who was the wife of Jose/Josefina Doe 57, is the legal heir to Jose/Josefina Doe 57 and resides in the municipality of Apartado-Antroquia.

101.    On July 6, 1996, Jose/Josefina Doe 58 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 58 is the legal heir to Jose/Josefina Doe 58 and resides in the municipality of Apartado-Antroquia.

102.    On July 13, 1999, Jose/Josefina Doe 59 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 59, who was the wife of Jose/Josefina Doe 59, is the legal heir to Jose/Josefina Doe 59 and resides in the municipality of Apartado.

103.    On November 18, 1996, Jose/Josefina Doe 60 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 60, who was the wife of Jose/Josefina Doe 60, is the legal heir to Jose/Josefina Doe 60 and resides in the municipality of Apartado-Uraba.

104.    On April 3, 1996, Jose/Josefina Doe 61 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex

and the other Defendants. Plaintiff Juan/Juana Doe 61, who was the partner of Jose/Josefina Doe 61, is the legal heir to Jose/Josefina Doe 61 and resides in the municipality of Apartado-Antroquia.

105.    On May 8, 2001, Jose/Josefina Doe 62 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 62, who was the sister of Jose/Josefina Doe 62, is the legal heir to Jose/Josefina Doe 62 and resides in the municipality of Apartado-Antroquia.

106.    On November 7, 1990, Jose/Josefina Doe 63 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 63, who was the wife of Jose/Josefina Doe 63, is the legal heir to Jose/Josefina Doe 63 and resides in the municipality of Corozal, Sucre.

107.    On April 26, 2002, Jose/Josefina Doe 64 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 64, who was the wife of Jose/Josefina Doe 64, is the legal heir to Jose/Josefina Doe 64 and resides in the municipality of Apartado-Barrio Obrero.

108.    On February 27, 1997, Jose/Josefina Doe 65 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 65, who was the brother of Jose/Josefina Doe 65, is the legal heir to Jose/Josefina Doe 65 and resides in the municipality of Apartado.

109.    On October 2, 2001, Jose/Josefina Doe 66 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 66, who was the mother of Jose/Josefina Doe 66, is the legal heir to Jose/Josefina Doe 66 and resides in the municipality of Apartado.

110.    On December 16, 1999, Jose/Josefina Doe 67 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 67, who was the wife of Jose/Josefina Doe 67, is the legal heir to Jose/Josefina Doe 67 and resides in the municipality of Apartado.

111.    On April 26, 2002, Jose/Josefina Doe 68 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 68, who was the wife of Jose/Josefina Doe 68, is the legal heir to Jose/Josefina Doe 68 and resides in the municipality of Apartado-Uraba.

112.    On February 29, 1996, Jose/Josefina Doe 69 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 69, who was the partner of Jose/Josefina Doe 69 is the legal heir to Jose/Josefina Doe 69 and resides in the municipality of Apartado-Uraba.

113.    On May 10, 1998, Jose/Josefina Doe 70 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 70, who was the father of

Jose/Josefina Doe 70, is the legal heir to Jose/Josefina Doe 70 and resides in the municipality of Apartado-Uraba.

114.    On January 18, 2000, Jose/Josefina Doe 71 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 71, who was the niece of Jose/Josefina Doe 71, is the legal heir to Jose/Josefina Doe 71 and resides in the municipality of Apartado-Uraba.

115.    On August 17, 1999, Jose/Josefina Doe 72 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 72, who was the wife of Jose/Josefina Doe 72, is the legal heir to Jose/Josefina Doe 72 and resides in the municipality of Apartado-Uraba.

116.    On October 5, 2001, Jose/Josefina Doe 73 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 73, who was the husband of Jose/Josefina Doe 73, is the legal heir to Jose/Josefina Doe 73 and resides in the municipality of Barrio las Brisas-Antiquia.

117.    On March 25, 2002, Jose/Josefina Doe 74 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 74, who was the mother of Jose/Josefina Doe 74, is the legal heir Jose/Josefina Doe 74 to and resides in the municipality of Apartado-Uraba.

118.    On April 26, 2002, Jose/Josefina Doe 75 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 75, who was the wife of Jose/Josefina Doe 75, is the legal heir to Jose/Josefina Doe 75 and resides in the municipality of Apartado.

119.    On June 26, 2004, Jose/Josefina Doe 76 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 76, who was the partner of Jose/Josefina Doe 77, is the legal heir to Jose/Josefina Doe 76 and resides in the municipality of Apartado-6Barrio Obrero.

120.    On August 19, 2004, Jose/Josefina Doe 77 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 77, who was the partner of Jose/Josefina Doe 77, is the legal heir to Jose/Josefina Doe 77 and resides in the municipality of Apartado-Antroquia.

121.    On June 9, 1997, Jose/Josefina Doe 78 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 78, who was the wife of Jose/Josefina Doe 78, is the legal heir to Jose/Josefina Doe 78 and resides in the municipality of Apartado-Uraba.

122.    On July 31, 1999, Jose/Josefina Doe 79 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 79, who was the wife of Jose/Josefina

Doe 79, is the legal heir to Jose/Josefina Doe 79 and resides in the municipality of Apartado.

123.    On January 2, 1997, Jose/Josefina Doe 80 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 80, who was the wife of Jose/Josefina Doe 80, is the legal heir to Jose/Josefina Doe 80 and resides in the municipality of Apartado.

124.    On December 23, 1997, Jose/Josefina Doe 81A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 81, who was the sister of Jose/Josefina Doe 81A, is the legal heir to Jose/Josefina Doe 81A and resides in the municipality of Apartado.

125.    On December 23, 1997, Jose/Josefina Doe 81B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 81, who was the sister-in-law of Jose/Josefina Doe 81B, is the legal heir to Jose/Josefina Doe 81B and resides in the municipality of Apartado.

126.    On June 1, 1997, Jose/Josefina Doe 82 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 82, who was the wife of Jose/Josefina Doe 82, is the legal heir to Jose/Josefina Doe 82 and resides in the municipality of Apartado-Uraba.

127.    On March 9, 1997, Jose/Josefina Doe 83 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 83, who was the sister of Jose/Josefina Doe 83, is the legal heir to Jose/Josefina Doe 83 and resides in the municipality of Apartado-Uraba.

128.    On September 29, 2002, Jose/Josefina Doe 84 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 84, who was the wife of Jose/Josefina Doe 84, is the legal heir to Jose/Josefina Doe 84 and resides in the municipality of Apartado.

129.    On January 23, 1997, Jose/Josefina Doe 85 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 85, who was the partner of Jose/Josefina Doe 85, is the legal heir to Jose/Josefina Doe 85 and resides in the municipality of Apartado.

130.    On July 18, 2000, Jose/Josefina Doe 86 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 86, who was the wife of Jose/Josefina Doe 86, is the legal heir to Jose/Josefina Doe 86 and resides in the municipality of Apartado-Uraba.

131.    On July 11, 1998, Jose/Josefina Doe 87 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 87, who was the wife of Jose/Josefina

Doe 87, is the legal heir to Jose/Josefina Doe 87 and resides in the municipality of Apartado-Uraba.

132.    On December 19, 2001, Jose/Josefina Doe 88 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 88, who was the partner of Jose/Josefina Doe 88, is the legal heir to Jose/Josefina Doe 88 and resides in the municipality of Apartado.

133.    On April 12, 2002, Jose/Josefina Doe 89 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 89, who was the wife of Jose/Josefina Doe 89, is the legal heir to Jose/Josefina Doe 89 and resides in the municipality of Apartado-Antroquia.

134.    On April 15, 1997, Jose/Josefina Doe 90 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 90, who was the wife of Jose/Josefina Doe 90, is the legal heir to Jose/Josefina Doe 90 and resides in the municipality of Apartado.

135.    On December 3, 2005, Jose/Josefina Doe 91 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 91, who was the wife of Juan/Juana Doe 91, is the legal heir to Jose/Josefina Doe 91 and resides in the municipality of Apartado.

136.   On March 14, 2005, Jose/Josefina Doe 92 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 92, who was the partner of Jose/Josefina Doe 92, is the legal heir to Jose/Josefina Doe 92 and resides in the municipality of Apartado-Antroquia.

137.   On November 23, 2006, Jose/Josefina Doe 93 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 93, who was the wife of Jose/Josefina Doe 93, is the legal heir to Jose/Josefina Doe 93 and resides in the municipality of Cienaga-Magdalena.

138.   On January 24, 2004, Jose/Josefina Doe 94 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 94 is the legal heir to Jose/Josefina Doe 94 and resides in the municipality of Paraiso-Magdalena.

139.   On March 14, 2001, Jose/Josefina Doe 95 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 95, who was the mother of Jose/Josefina Doe 95, is the legal heir to Jose/Josefina Doe 95 and resides in the municipality of Cienaga-Magdalena.

140.   On March 1, 2000, Jose/Josefina Doe 96 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 96, who was the wife

of Jose/Josefina Doe 96, is the legal heir to Jose/Josefina Doe 96 and resides in the municipality of Cienaga-Magdalena.

141.    On August 15, 2006, Jose/Josefina Doe 97 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 97, who was the wife of Jose/Josefina Doe 97, is the legal heir to Jose/Josefina Doe 97 and resides in the municipality of Cienaga-Magdalena.

142.    On January 13, 2002, Jose/Josefina Doe 98 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 98, who was the wife of Jose/Josefina Doe 98, is the legal heir to Jose/Josefina Doe 98 and resides in the municipality of Cienaga-Magdalena.

143.    On April 23, 2007, Jose/Josefina Doe 99 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 99, who was the wife of Jose/Josefina Doe 99, is the legal heir to Jose/Josefina Doe 99 and resides in the municipality of Cienaga-Magdalena.

144.    On January 17, 2001, Jose/Josefina Doe 100A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 100, who was the sister of Jose/Josefina Doe 100A, is the legal heir to Jose/Josefina Doe 100A and resides in the municipality of Palmor-Magdalena.

145.    On January 17, 2001, Jose/Josefina Doe 100B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 100, who was the sister of Jose/Josefina Doe 100B, is the legal heir to Jose/Josefina Doe 100B and resides in the municipality of Palmor-Magdalena.

146.    On August 1, 2005, Jose/Josefina Doe 101 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 101, who was the partner of Jose/Josefina Doe 101, is the legal heir to Jose/Josefina Doe 101 and resides in the municipality of Cienaga-Magdalena.

147.    On May 12, 1996, Jose/Josefina Doe 102 was shot and severly injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 102 resides in the municipality of Apartado-Antroquia.

148.    On December 7, 2005, Jose/Josefina Doe 103 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 103, who was the father of Jose/Josefina Doe 103, is the legal heir to Jose/Josesfina Doe103 and resides in the municipality of Corozal-Sucre.

149.    On March 12, 2001, Jose/Josefina Doe 104 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 104, who was the

mother of Jose/Josefina Doe 104, is the legal heir to Jose/Josefina Doe 104 and resides in the municipality of El Yeso-Morroa.

150.     On November 15, 2002, Jose/Josefina Doe 105 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 105A, who was the daughter of Jose/Josefina Doe 105, is the legal heir to Jose/Josefina Doe 105 and resides in the municipality of Vereda-Palmarcito.

151.     On November 15, 2002, Jose/Josefina Doe 105 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 105B is the legal heir to Jose/Josefina Doe 105 and resides in the municipality of Corozal-Sucre.

152.     On April 23, 2004, Jose/Josefina Doe 106 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 106, who was the mother of Jose/Josefina Doe 106, is the legal heir to Jose/Josefina Doe 106 and resides in the municipality of Corozal-Sucre.

153.     On September 3, 2004, Jose/Josefina Doe 107 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 107, who was the wife of Jose/Josefina Doe 107, is the legal heir to Jose/Josefina Doe 107 and resides in the municipality of Las Lomas de Corozal.

154.     On July 12, 2006, Jose/Josefina Doe 108 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 108 is the legal heir to Jose/Josefina Doe 108 and resides in the municipality of Corozal-Sucre.

155.     On May 24, 2004, Jose/Josefina Doe 109 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 109, who was the sister of Jose/Josefina Doe 109, is the legal heir to Jose/Josefina Doe 109 and resides in the municipality of Corozal.

156.     On March 11, 2004, Jose/Josefina Doe 110 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 110, who was the sister of Jose/Josefina Doe 110, is the legal heir to Jose/Josefina Doe 110 and resides in the municipality of Corozal-Sucre.

157.     On January 8, 2004, Jose/Josefina Doe 111 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 111, who was the sister of Jose/Josefina Doe 111, is the legal heir to Jose/Josefina Doe 111 and resides in the municipality of Corozal.

158.     On July 29, 2003, Jose/Josefina Doe 112 was shot and severly injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 112 resides in the municipality of Corozal.

159.     On September 18, 1999, Jose/Josefina Doe 113 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 113, who was the wife of Jose/Josefina Doe 113, is the legal heir to Jose/Josefina Doe 113 and resides in the municipality of Corozal-Sucre.

160.    On July 29, 2003, Jose/Josefina Doe 114 was shot and severly injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 114 resides in the municipality of Morroa-Sucre.

161.    On September 3, 2003, Jose/Josefina Doe 115 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 115, who was the brother of Jose/Josefina Doe 115, is the legal heir to Jose/Josefina Doe115 and resides in the municipality of Corozal.

162.    On September 4, 2005, Jose/Josefina Doe 116 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 116, who was the mother of Jose/Josefina Doe 116, is the legal heir to Jose/Josefina Doe 116 and resides in the municipality of Corozal.

163.    On July 23, 2006, Jose/Josefina Doe 117 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 117 is the legal heir to Jose/Josefina Doe 117 and resides in the municipality of Corozal.

164.    On August 20, 2006, Jose/Josefina Doe 118 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 118, who was the sister of Jose/Josefina Doe 118, is the legal heir to Jose/Josefina Doe 118 and resides in the municipality of Corozal-Sucre.

165.    On May 14, 2004, Jose/Josefina Doe 119 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 119, who was the sister of Jose/Josefina Doe 119, is the legal heir to Jose/Josefina Doe 119 and resides in the municipality of Corozal-Sucre.

166.    On June 19, 2004, Jose/Josefina Doe 120 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 120, who was the father of Jose/Josefina Doe 120, is the legal heir to Jose/Josefina Doe 120 and resides in the municipality of Corozal.

167.    On July 29, 2003, Jose/Josefina Doe 121 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 121, who was the wife of Jose/Josefina Doe 121, is the legal heir to Jose/Josefina Doe 121 and resides in the municipality of Corozal-Sucre.

168.    On September 16, 2004, Jose/Josefina Doe 122 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 122, who was the wife of Jose/Josefina Doe 122, is the legal heir to Jose/Josefina Doe 122 and resides in the municipality of Corozal-Sucre.

169.     On April 23, 2006, Jose/Josefina Doe 123 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 123, who was the brother of Jose/Josefina Doe 123, is the legal heir to Jose/Josefina Doe 123 and resides in the municipality of Corozal.

170.     On October 15, 2006, Jose/Josefina Doe 124 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 124, who was the wife of Jose/Josefina Doe 124, is the legal heir to Jose/Josefina Doe 124 and resides in the municipality of Corozal-Sucre.

171.     On February 16, 2007, Jose/Josefina Doe 125 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 125, who was the wife of Jose/Josefina Doe 125, is the legal heir to Jose/Josefina Doe 125 and resides in the municipality of Corozal.

172.     On January 27, 2004, Jose/Josefina Doe 126 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 126, who was the mother of Jose/Josefina Doe 126, is the legal heir to Jose/Josefina Doe 126 and resides in the municipality of Sucre.

173.     On February 23, 2004, Jose/Josefina Doe 127 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 127, who was the

brother of Jose/Josefina Doe 127, is the legal heir to Jose/Josefina Doe 127 and resides in the municipality of Corozal-Sucre.

174. On May 4, 2004, Jose/Josefina Doe 128 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 128, who was the wife of Jose/Josefina Doe 128, is the legal heir to Jose/Josefina Doe 128 and resides in the municipality of Corozal-Sucre.

175. On February 2, 1998, Jose/Josefina Doe 129A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 129A, who was the wife of Jose/Josefina 129A, is the legal heir to Jose/Josefina Doe 129A and resides in the municipality of Corozal-Sucre.

176. On February 2, 1998, Jose/Josefina Doe 129A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 129B, who was the brother of Jose/Josefina 129A, is the legal heir to Jose/Josefina Doe 129A and resides in the municipality of Corozal-Sucre.

177. On October 15, 1999, Jose/Josefina Doe 129B, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 129B, who is the brother of Jose/Josefina Doe 129B, is the legal heir to Jse/Josefina Doe 129B and resides in the municipality of Corozal-Sucre.

178.     On December 22, 2003, Jose/Josefina Doe 130 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 130, who was the mother of Jose/Josefina Doe 130, is the legal heir to Jose/Josefina Doe 130 and resides in the municipality of Corozal.

179.     On June 15, 2002, Jose/Josefina Doe 131 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 131, who was the wife of Jose/Josefina Doe 131, is the legal heir to Jose/Josefina Doe 131 and resides in the municipality of Sucre.

180.     On November 4, 2002, Jose/Josefina Doe 132 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 132, who was the wife of Jose/Josefina Doe 132, is the legal heir to Jose/Josefina Doe 132 and resides in the municipality of Corozal.

181.     On April 29, 1997, Jose/Josefina Doe 133 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 133, who was the daughter of Jose/Josefina Doe 133, is the legal heir to Jose/Josefina Doe 133 and resides in the municipality of Corozal.

182.     On February 27, 1995, Jose/Josefina Doe 134 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 134 is the legal heir to Jose/Josefina Doe 134 and resides in the municipality of Corozal-Sucre.

183.    On September 4, 2005, Jose/Josefina Doe 135 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 135 is the legal heir to Jose/Josefina Doe 135 and resides in the municipality of Corozal-Sucre.

184.    On July 25, 2000, Jose/Josefina Doe 136 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 136, who was the mother of Jose/Josefina Doe 136, is the legal heir to Jose/Josefina Doe 136 and resides in the municipality of Sincelejo.

185.    On June 7, 1998, Jose/Josefina Doe 137 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 137 is the legal heir to Jose/Josefina Doe 137 and resides in the municipality of Sucre.

186.    On November 1, 2003, Jose/Josefina Doe 138 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 138 is the legal heir to Jose/Josefina Doe 138 and resides in the municipality of Corozal-Sucre.

187.    On May 6, 2005, Jose/Josefina Doe 139 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 139, who was the mother of Jose/Josefina

Doe 139, is the legal heir to Jose/Josefina Doe 139 and resides in the municipality of San Onofre-Sucre.

188.     On February 2, 1998, Jose/Josefina Doe 140 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 140, who was the wife of Jose/Josefina Doe 140, is the legal heir to Jose/Josefina Doe 140 and resides in the municipality of Ovejas-Sucre.

189.     On April 4, 1999, Jose/Josefina Doe 141 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 141, who was the daughter of Jose/Josefina Doe 141, is the legal heir to Jose/Josefina Doe 141 and resides in the municipality of Corozal.

190.     On May 7, 2003, Jose/Josefina Doe 142 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 142, who was the wife of Jose/Josefina Doe 142, is the legal heir to Jose/Josefina Doe 142 and resides in the municipality of Corozal.

191.     On March 8, 2007, Jose/Josefina Doe 143 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 143, who was the wife of Jose/Josefina Doe 143, is the legal heir to Jose/Josefina Doe 143 and resides in the municipality of Corozal.

192.    On July 19, 2000, Jose/Josefina Doe 144 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 144, who was the mother of Jose/Josefina Doe 144, is the legal heir to Jose/Josefina Doe 144 and resides in the municipality of Corozal.

193.    On November 15, 2002, Jose/Josefina Doe 145 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 145 is the legal heir to Jose/Josefina Doe 145 and resides in the municipality of San Francisco-Antioquia.

194.    On September 24, 2000, Jose/Josefina Doe 146 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 146, who was the wife of Jose/Josefina Doe 146, is the legal heir to Jose/Josefina Doe 146 and resides in the municipality of Sucre.

195.    On February 15, 2004, Jose/Josefina Doe 147 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 147, who was the wife of Jose/Josefina Doe 147, is the legal heir to Jose/Josefina Doe 147 and resides in the municipality of Corozal.

196.    On July 15, 1993, Jose/Josefina Doe 148 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 148, who was the son of

Jose/Josefina Doe 148, is the legal heir to Jose/Josefina Doe 148 and resides in the municipality of Corozal-Sucre.

197.     On January 9, 1999, Jose/Josefina Doe 149 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 149 is the legal heir to Jose/Josefina Doe 149 and resides in the municipality of Sucre.

198.     On April 15, 2001, Jose/Josefina Doe 150 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 150, who was the wife of Jose/Josefina Doe 150, is the legal heir to Jose/Josefina Doe 150 and resides in the municipality of Morroa-Sucre.

199.     On July 4, 2004, Jose/Josefina Doe 151 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 151, who was the father of Jose/Josefina Doe 151A, is the legal heir to Jose/Josefina Doe 151 and resides in the municipality of Corozal.

200.     On July 4, 2004, Jose/Josefina Doe 151 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 151, who was the mother of Jose/Josefina Doe 151B, is the legal heir to Jose/Josefina Doe 151 and resides in the municipality of Corozal.

201.     On February 12, 2007, Jose/Josefina Doe 152 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 152, who was the mother of Jose/Josefina Doe 152, is the legal heir to Jose/Josefina Doe 152 and resides in the municipality of Corozal-Sucre.

202.    On May 3, 1997, Jose/Josefina Doe 153 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 153 is the legal heir to Jose/Josefina Doe 153 and resides in the municipality of Sucre.

203.    On July 3, 2004, Jose/Josefina Doe 154 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 154A, who was the wife of Jose/Josefina Doe 154, is the legal heir to Jose/Josefina Doe 154 and resides in the municipality of Corozal-Sucre.

204.    On July 3, 2004, Jose/Josefina Doe 154 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 154B is the legal heir to Jose/Josefina Doe 154 and resides in the municipality of Corozal-Sucre.

205.    On January 3, 1999, Jose/Josefina Doe 155 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 155 is the legal heir to Jose/Josefina Doe 155 and resides in the municipality of Corozal-Sucre.

206.    On April 16, 2005, Jose/Josefina Doe 156 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 156, who was the mother of

Jose/Josefina Doe 156, is the legal heir to Jose/Josefina Doe 156 and resides in the municipality of Corozal.

207.    On September 13, 2002, Jose/Josefina Doe 157 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 157, who was the wife of Jose/Josefina Doe 157, is the legal heir to Jose/Josefina Doe 157 and resides in the municipality of Sucre.

208.    On January 4, 2001, Jose/Josefina Doe 158 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 158, who was the mother of Jose/Josefina Doe 158, is the legal heir to Jose/Josefina Doe 158 and resides in the municipality of Corozal.

209.    On August 5, 2004, Jose/Josefina Doe 159 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 159, who was the wife of Jose/Josefina Doe 159, is the legal heir to Jose/Josefina Doe 159 and resides in the municipality of Corozal.

210.    On July 15, 2004, Jose/Josefina Doe 1601 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 160, who was the wife of Jose/Josefina Doe 160, is the legal heir to Jose/Josefina Doe 160 and resides in the municipality of Corozal.

211.    On February 12, 2004, Jose/Josefina Doe 161 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 161, who was the wife of Jose/Josefina Doe 161, is the legal heir to Jose/Josefina Doe 161 and resides in the municipality of Morroa-Sucre.

212.    On April 22, 1991, Jose/Josefina Doe 162 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 162, who was the wife of Jose/Josefina Doe 162, is the legal heir to Jose/Josefina Doe 162 and resides in the municipality of Corozal.

213.    On February 25, 2006, Jose/Josefina Doe 163 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 163 is the legal heir to Jose/Josefina Doe 163 and resides in the municipality of Corozal.

214.    On February 7, 2001, Jose/Josefina Doe 164 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 164, who was the wife of Jose/Josefina Doe 164, is the legal heir to Jose/Josefina Doe 164 and resides in the municipality of Sucre.

215.    On October 22, 1996, Jose/Josefina Doe 165 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 165, who was the

wife of Jose/Josefina Doe 165, is the legal heir to Jose/Josefina Doe 165 and resides in the municipality of Corozal.

216.    On April 16, 2005, Jose/Josefina Doe 166 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 166A, who was the sister of Jose/Josefina Doe 166, is the legal heir to Jose/Josefina Doe 166 and resides in the municipality of Corozal.

217.    On April 16, 2005, Jose/Josefina Doe 166 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 166B, who was the sister of Jose/Josefina Doe 166, is the legal heir to Jose/Josefina Doe 166 and resides in the municipality of Corozal.

218.    On January 10, 1999, Jose/Josefina Doe 167 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 167, who was the father of Jose/Josefina Doe 167, is the legal heir to Jose/Josefina Doe 167 and resides in the municipality of Toluviejo-Sucre.

219.    On April 23, 2004, Jose/Josefina Doe 168 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 168, who was the father of Jose/Josefina Doe 168, is the legal heir to Jose/Josefina Doe 168 and resides in the municipality of Corozal.

220.    On April 28, 1997, Jose/Josefina Doe 169 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 169, who was the sister of Jose/Josefina Doe 169, is the legal heir to Jose/Josefina Doe 169 and resides in the municipality of Sucre.

221.    On June 15, 2002, Jose/Josefina Doe 170 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 170, who was the wife of Jose/Josefina Doe 170, is the legal heir to Jose/Josefina Doe 170 and resides in the municipality of Ovejas-Sucre.

222.    On April 2, 2000, Jose/Josefina Doe 171 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 171, who was the wife of Jose/Josefina Doe 171, is the legal heir to Jose/Josefina Doe 171 and resides in the municipality of Corozal-Sucre.

223.    On March 12, 2003, Jose/Josefina Doe 172 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 172, who was the father of Jose/Josefina Doe 172, is the legal heir to Jose/Josefina Doe 172 and resides in the municipality of Corozal.

224.    On February 28, 2004, Jose/Josefina Doe 173 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 173, who was the father of

Jose/Josefina Doe 173, is the legal heir to Jose/Josefina Doe 173 and resides in the municipality of Corozal-Sucre.

225.    On November 29, 2003, Jose/Josefina Doe 174 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 174A, who was the wife of Jose/Josefina Doe 174, is the legal heir to Jose/Josefina Doe 174 and resides in the municipality of Corozal.

226.    On November 29, 2003, Jose/Josefina Doe 174 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 174B is the legal heir to Jose/Josefina Doe 174 and resides in the municipality of Corozal.

227.    On April 2, 2001, Jose/Josefina Doe 175 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 175, who was the mother of Jose/Josefina Doe 175, is the legal heir to Jose/Josefina Doe 175 and resides in the municipality of Sucre.

228.    On December 21, 2003, Jose/Josefina Doe 176 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 176, who was the mother of Jose/Josefina Doe 176, is the legal heir to Jose/Josefina Doe 176 and resides in the municipality of Corozal.

229.    On December 7, 2001, Jose/Josefina Doe 177 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 177, who was the wife of Jose/Josefina Doe 177, is the legal heir to Jose/Josefina Doe 177 and resides in the municipality of Sucre.

230.    On November 9, 2003, Jose/Josefina Doe 178 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 178A is the legal heir to Jose/Josefina Doe 178 and resides in the municipality of Corozal-Sucre.

231.    On November 9, 2003, Jose/Josefina Doe 178 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 178B is the legal heir to Jose/Josefina Doe 178 and resides in the municipality of Corozal-Sucre.

232.    On January 26, 2002, Jose/Josefina Doe 179 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 179, who was the mother of 179, is the legal heir to Jose/Josefina Doe 179 and resides in the municipality of Corozal-Sucre.

233.    On July 4, 2001, Jose/Josefina Doe 180 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 180, who was the mother of Jose/Josefina Doe 180, is the legal heir to Jose/Josefina Doe 180 and resides in the municipality of Corozal-Sucre.

234.    On March 25, 2005, Jose/Josefina Doe 181 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 181 is the legal heir to Jose/Josefina Doe 181 and resides in the municipality of Sucre.

235.    On July 29, 2003, Jose/Josefina Doe 182 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 182, who was the wife of Jose/Josefina Doe 182, is the legal heir to Jose/Josefina Doe 182 and resides in the municipality of Corozal.

236.    On June 16, 1993, Jose/Josefina Doe 183 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 183, who was the father of Jose/Josefina Doe 183, is the legal heir to Jose/Josefina Doe 183 and resides in the municipality of Corozal.

237.    On May 15, 2001, Jose/Josefina Doe 184 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 184, who was the wife of Jose/Josefina Doe 184, is the legal heir to Jose/Josefina Doe 184 and resides in the municipality of Corozal.

238.    On September 24, 2005, Jose/Josefina Doe 185 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 185, who was the mother of Jose/Josefina Doe 185, is the legal heir to Jose/Josefina Doe 185 and resides in the municipality of Corozal.

239.    On April 15, 2001, Jose/Josefina Doe 186 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 186, who was the brother of Jose/Josefina Doe 186, is the legal heir to Jose/Josefina Doe 186 and resides in the municipality of Morroa-Sucre.

240.    On November 25, 2003, Jose/Josefina Doe 187 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 187 is the legal heir to Jose/Josefina Doe 187 and resides in the municipality of Morroa-Sucre.

241.    On January 9, 1999, Jose/Josefina Doe 188A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 188 is the legal heir to Jose/Josefina Doe 188A and resides in the municipality of Morroa-Sucre.

242.    On February 11, 2004, Jose/Josefina Doe 188B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 188 is the legal heir to Jose/Josefina Doe 188B and resides in the municipality of Morroa-Sucre.

243.    On October 17, 1997, Jose/Josefina Doe 188C was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 188 is the legal heir to Jose/Josefina Doe 188C and resides in the municipality of Morroa-Sucre.

244.    On August 15, 2005, Jose/Josefina Doe 189 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 189, who was the wife of Jose/Josefina Doe 189, is the legal heir to Jose/Josefina Doe 189 and resides in the municipality of Corozal.

245.     On November 7, 2002, Jose/Josefina Doe 190 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 190, who was the mother of Jose/Josefina Doe 190, is the legal heir to Jose/Josefina Doe 190 and resides in the municipality of Corozal-Sucre.

246.     On January 23, 2005, Jose/Josefina Doe 191 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 191, who was the wife of Jose/Josefina Doe 191, is the legal heir to Jose/Josefina Doe 191 and resides in the municipality of Sincelejo.

247.     On May 18, 2003, Jose/Josefina Doe 192 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 192, who was the mother of Jose/Josefina Doe 192, is the legal heir to Jose/Josefina Doe 192 and resides in the municipality of Corozal.

248.     On June 21, 2001, Jose/Josefina Doe 193A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 193 is the legal heir to Jose/Josefina Doe 193A and resides in the municipality of Cartagena.

249.     On June 21, 2001, Jose/Josefina Doe 193B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 193 is the legal heir to Jose/Josefina Doe 193B and resides in the municipality of Cartagena.

250.     On June 21, 2001, Jose/Josefina Doe 193C was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 193 is the legal heir to Jose/Josefina Doe 193C and resides in the municipality of Cartagena.

251.     On July 24, 2005, Jose/Josefina Doe 194 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 194, who was the mother of Jose/Josefina Doe 194, is the legal heir to Jose/Josefina Doe 194 and resides in the municipality of Aracataca-Magdalena.

252.     On May 3, 1999, Jose/Josefina Doe 195 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 195, who was the sister of Jose/Josefina Doe 195, is the legal heir to Jose/Josefina Doe 195 and resides in the municipality of Tucurinca-Magdalena.

253.     On May 21, 2003, Jose/Josefina Doe 196 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 196, who was the wife of Jose/Josefina Doe 196, is the legal heir to Jose/Josefina Doe 196 and resides in the municipality of Cienaga-Magdalena.

254.     On April 4, 1999, Jose/Josefina Doe 197 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 197, who was the sister of Jose/Josefina Doe 197, is the legal heir to Jose/Josefina Doe 197 and resides in the municipality of Zona Bananera.

255.     On November 21, 2001, Jose/Josefina Doe 198 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 198, who was the wife of Jose/Josefina Doe 198, is the legal heir to Jose/Josefina Doe 198 and resides in the municipality of Aracataca-Magdalena.

256.     On February 3, 2003, Jose/Josefina Doe 199 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 199, who was the mother of Jose/Josefina Doe 199, is the legal heir to Jose/Josefina Doe 199 and resides in the municipality of Cienaga-Magdalena.

257.     On February 16, 1998, Jose/Josefina Doe 200 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 200 is the legal heir to Jose/Josefina Doe 200 and resides in the municipality of Cienaga-Magdalena.

258.     On January 19, 2001, Jose/Josefina Doe 201 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 201 is the legal heir to Jose/Josefina Doe 201 and resides in the municipality of Cienaga-Magdalena.

259.     On January 31, 1998, Jose/Josefina Doe 202 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 202, who was the sister of Jose/Josefina Doe 202, is the legal heir to Jose/Josefina Doe 202 and resides in the municipality of Casa Loma.

260.     On August 27, 2000, Jose/Josefina Doe 203 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 203, who was the daughter of Jose/Josefina Doe 203, is the legal heir to Jose/Josefina Doe 203 and resides in the municipality of Cienaga-Magdalena.

261.     On December 23, 2004, Jose/Josefina Doe 204 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 204, who was the wife of Jose/Josefina Doe 204, is the legal heir to Jose/Josefina Doe 204 and resides in the municipality of Cienaga-Magdalena.

262.     On May 6, 2004, Jose/Josefina Doe 205 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 205, who was the wife of Jose/Josefina Doe 205, is the legal heir to Jose/Josefina Doe 205 and resides in the municipality of Maicao.

263.     On September 18, 1997, Jose/Josefina Doe 206A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 206, who was the mother of

Jose/Josefina Doe 206A, is the legal heir to Jose/Josefina Doe 206A and resides in the municipality of Aracataca-Magdalena.

264.     On September 18, 1997, Jose/Josefina Doe 206B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 206, who was the mother of Jose/Josefina Doe 206B, is the legal heir to Jose/Josefina Doe 206B and resides in the municipality of Aracataca-Magdalena.

265.     On February 21, 2003, Jose/Josefina Doe 207 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 207 is the legal heir to Jose/Josefina Doe 207 and resides in the municipality of Zona Bananera.

266.     On August 13, 1998, Jose/Josefina Doe 208 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 208, who was the mother of Jose/Josefina Doe 208, is the legal heir to Jose/Josefina Doe 208 and resides in the municipality of Guacamayal.

267.     On September 21, 1997, Jose/Josefina Doe 209 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 209, who was the mother of Jose/Josefina Doe 209, is the legal heir to Jose/Josefina Doe 209 and resides in the municipality of Guacamayal.

268.     On December 12, 2002, Jose/Josefina Doe 210 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 210, who was the brother of Jose/Josefina Doe 210, is the legal heir to Jose/Josefina Doe 210 and resides in the municipality of Sevilla-Zona Bananera.

269.    On July 10, 2003, Jose/Josefina Doe 211 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 211, who was the wife of Jose/Josefina Doe 211, is the legal heir to Jose/Josefina Doe 211 and resides in the municipality of Sevilla-Magdalena.

270.    On September 25, 2003, Jose/Josefina Doe 212 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 212, who was the father of Jose/Josefina Doe 212, is the legal heir to Jose/Josefina Doe 212 and resides in the municipality of Guacamayal-Cienaga.

271.    On May 29, 2000, Jose/Josefina Doe 213 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 213, who was the mother of Jose/Josefina Doe 213, is the legal heir to Jose/Josefina Doe 213 and resides in the municipality of Sevilla-Zona Bananera.

272.    On January 30, 1996, Jose/Josefina Doe 214 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 214, who was the wife of Jose/Josefina Doe 214, is the legal heir to Jose/Josefina Doe 214 and resides in the municipality of Corozal-Sucre.

273.   On July 7, 1997, Jose/Josefina Doe 215 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 215, who was the wife of Jose/Josefina Doe 215, is the legal heir to Jose/Josefina Doe 215 and resides in the municipality of Cienaga-Magdalena.

274.   On December 25, 1996, Jose/Josefina Doe 216 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 216, who was the wife of Jose/Josefina Doe 216, is the legal heir to Jose/Josefina Doe 216 and resides in the municipality of Cienaga-Magdalena.

275.   On January 27, 1997, Jose/Josefina Doe 217 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 217, who was the mother of Jose/Josefina Doe 217, is the legal heir to Jose/Josefina Doe 217 and resides in the municipality of Pueblo Viejo-Magdalena.

276.   On August 1, 2003, Jose/Josefina Doe 218 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 218, who was the mother of Jose/Josefina Doe 218, is the legal heir to Jose/Josefina Doe 218 and resides in the municipality of Cienaga-Magdalena.

277.   On July 14, 2001, Jose/Josefina Doe 219 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 219, who was the mother of Jose/Josefina Doe 219, is the legal heir to Jose/Josefina Doe 219 and resides in the municipality of Cienaga-Magdalena.

278.    On January 9, 1998, Jose/Josefina Doe 220 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 220, who was the wife of Jose/Josefina Doe 220, is the legal heir to Jose/Josefina Doe 220 and resides in the municipality of Guacamayal-Cienaga.

279.    On May 20, 1997, Jose/Josefina Doe 221 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 221, who was the mother of Jose/Josefina Doe 221, is the legal heir to Jose/Josefina Doe 221 and resides in the municipality of Cienaga-Magdalena.

280.    On April 19, 2001, Jose/Josefina Doe 222 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 222, who was the wife of Jose/Josefina Doe 222, is the legal heir to Jose/Josefina Doe 222 and resides in the municipality of Guacamayal-Cienaga.

281.    On November 14, 2004, Jose/Josefina Doe 223 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 223, who was the mother of Jose/Josefina Doe 223, is the legal heir to Jose/Josefina Doe 223 and resides in the municipality of Fonseca-Guajira.

282.     On June 2, 2000, Jose/Josefina Doe 224 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 224, who was the mother of Jose/Josefina Doe 224, is the legal heir to Jose/Josefina Doe 224 and resides in the municipality of Cienaga-Magdalena.

283.     On June 13, 2003, Jose/Josefina Doe 225 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 225, who was the wife of Jose/Josefina Doe 225, is the legal heir to Jose/Josefina Doe 225 and resides in the municipality of Cienaga-Magdalena.

284.     On August 22, 1998, Jose/Josefina Doe 226A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 226, who was the wife of Jose/Josefina Doe 226A, is the legal heir to Jose/Josefina Doe 226A and resides in the municipality of Guacamayal.

285.     On March 21, 2002, Jose/Josefina Doe 226B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 226, who was the mother of Jose/Josefina Doe 226B, is the legal heir to Jose/Josefina Doe 226B and resides in the municipality of Guacamayal.

286.     On September 18, 1997, Jose/Josefina Doe 227 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 227, who was the wife of

Jose/Josefina Doe 227, is the legal heir to Jose/Josefina Doe 227 and resides in the municipality of Cienaga-Magdalena.

287.    On March 18, 2005, Jose/Josefina Doe 228 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 228, who was the wife of Jose/Josefina Doe 228, is the legal heir to Jose/Josefina Doe 228 and resides in the municipality of Cienaga-Magdalena.

288.    On March 17, 1998, Jose/Josefina Doe 229 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 229, who was the son of Jose/Josefina Doe 229, is the legal heir to Jose/Josefina Doe 229 and resides in the municipality of Cienaga-Magdalena.

289.    On October 6, 2000, Jose/Josefina Doe 230 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 230, who was the wife of Jose/Josefina Doe 230, is the legal heir to Jose/Josefina Doe 230 and resides in the municipality of Sevilla-Zona Bananera.

290.    On November 13, 2006, Jose/Josefina Doe 231 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 231 is the legal heir to Jose/Josefina Doe 231 and resides in the municipality of Apartado.

291.    On August 27, 2003, Jose/Josefina Doe 232 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 232, who was the mother of Jose/Josefina Doe 232, is the legal heir to Jose/Josefina Doe 232 and resides in the municipality of Cienaga-Magdalena.

292.    On May 22, 2003, Jose/Josefina Doe 233 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 233, who was the wife of Jose/Josefina Doe 233, is the legal heir to Jose/Josefina Doe 233 and resides in the municipality of Zona Bananera.

293.    On October 30, 1997, Jose/Josefina Doe 234 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 234, who was the wife of Jose/Josefina Doe 234, is the legal heir to Jose/Josefina Doe 234 and resides in the municipality of Tucurinca-Magdalena.

294.    On November 27, 1998, Jose/Josefina Doe 235 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 235, who was the wife of Jose/Josefina Doe 235, is the legal heir to Jose/Josefina Doe 235 and resides in the municipality of Cienaga-Magdalena.

295.    On April 20, 2003, Jose/Josefina Doe 236 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 236, who was the sister of Jose/Josefina Doe 236, is the legal heir to Jose/Josefina Doe 236 and resides in the municipality of Zona Bananera.

296.    On April 14, 2005, Jose/Josefina Doe 237 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 237, who was the wife of Jose/Josefina Doe 237, is the legal heir to Jose/Josefina Doe 237 and resides in the municipality of Zona Bananera.

297.    On May 12, 1999, Jose/Josefina Doe 238 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 238, who was the sister of Jose/Josefina Doe 238, is the legal heir to Jose/Josefina Doe 238 and resides in the municipality of Cienaga-Magdalena.

298.    On October 17, 2003, Jose/Josefina Doe 239 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 239, who was the son of Jose/Josefina Doe 239, is the legal heir to Jose/Josefina Doe 239 and resides in the municipality of Aracataca-Magdalena.

299.    On May 7, 2002, Jose/Josefina Doe 240 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 240, who was the sister of Jose/Josefina Doe 240, is the legal heir to Jose/Josefina Doe 240 and resides in the municipality of Aracataca-Magdalena.

300.    On November 15, 2002, Jose/Josefina Doe 241 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 241, who

was the wife of Jose/Josefina Doe 241, is the legal heir to Jose/Josefina Doe 241 and resides in the municipality of Cienaga-Magdalena.

301.     On September 15, 2006, Jose/Josefina Doe 242 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 242, who was the sister of Jose/Josefina Doe 242, is the legal heir to Jose/Josefina Doe 242 and resides in the municipality of Fundacion-Magdalena.

302.     On May 3, 1999, Jose/Josefina Doe 243 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 243, who was the sister of Jose/Josefina Doe 243, is the legal heir to Jose/Josefina Doe 243 and resides in the municipality of Tucurinca-Magdalena.

303.     On September 20, 2004, Jose/Josefina Doe 244was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 244 is the legal heir to Jose/Josefina Doe 244 and resides in the municipality of Aracataca-Magdalena.

304.     On May 14, 2003, Jose/Josefina Doe 245 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 245, who was the sister of Jose/Josefina Doe 245, is the legal heir to Jose/Josefina Doe 245 and resides in the municipality of Fundacion-Magdalena.

305.     On August 29, 1996, Jose/Josefina Doe 246 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 246, who was the brother of Jose/Josefina Doe 246, is the legal heir to Jose/Josefina Doe 246 and resides in the municipality of Aracataca-Magdalena.

306.   On August 20, 2004, Jose/Josefina Doe 247 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 247, who was the wife of Jose/Josefina Doe 247, is the legal heir to Jose/Josefina Doe 247 and resides in the municipality of Aracataca-Magdalena.

307.   On October 22, 1996, Jose/Josefina Doe 248 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 248, who was the mother of Jose/Josefina Doe 249, is the legal heir to Jose/Josefina Doe 248 and resides in the municipality of Cienaga-Magdalena.

308.   On May 6, 1999, Jose/Josefina Doe 249 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 249, who was the sister of Jose/Josefina Doe 249, is the legal heir to Jose/Josefina Doe 249 and resides in the municipality of Riosucio-Caldas.

309.   On April 8, 2005, Jose/Josefina Doe 250 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 250, who was the sister of Jose/Josefina Doe 250, is the legal heir to Jose/Josefina Doe 250 and resides in the municipality of Apartado.

310.     On March 25, 1997, Jose/Josefina Doe 251A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 251, who was the mother of Jose/Josefina Doe 251A, is the legal heir to Jose/Josefina Doe 251A and resides in the municipality of Apartado.

311.     On April 27, 1997, Jose/Josefina Doe 251B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 251, who was the mother of Jose/Josefina Doe 251B, is the legal heir to Jose/Josefina Doe 251B and resides in the municipality of Apartado.

312.     On July 15, 1997, Jose/Josefina Doe 252 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 252, who was the wife of Jose/Josefina Doe 252, is the legal heir to Jose/Josefina Doe 252 and resides in the municipality of Puerto Libertado-Cordoba.

313.     On April 18, 1998, Jose/Josefina Doe 253 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 253, who was the wife of Jose/Josefina Doe 253, is the legal heir to Jose/Josefina Doe 253 and resides in the municipality of Cienaga.

314.     On May 13, 2007, Jose/Josefina Doe 254 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 254, who was the sister of

Jose/Josefina Doe 254, is the legal heir to Jose/Josefina Doe 254 and resides in the municipality of Apartado.

315.     On January 22, 1999, Jose/Josefina Doe 255 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 255, who was the wife of Jose/Josefina Doe 255, is the legal heir to Jose/Josefina Doe 255 and resides in the municipality of Apartado-Antioquia.

316.     On April 26, 2002, Jose/Josefina Doe 256 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 256, who was the mother of Jose/Josefina Doe 256, is the legal heir to Jose/Josefina Doe 256 and resides in the municipality of Apartado.

317.     On June 2, 1997, Jose/Josefina Doe 257 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 257, who was the wife of Jose/Josefina Doe 257, is the legal heir to Jose/Josefina Doe 257 and resides in the municipality of Cienaga-Magdalena.

318.     On July 30, 1998, Jose/Josefina Doe 258 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 258, who was the wife of Jose/Josefina Doe 258, is the legal heir to Jose/Josefina Doe 258 and resides in the municipality of Cienaga-Magdalena.

319.   On October 8, 2001, Jose/Josefina Doe 259 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 259, who was the wife of Jose/Josefina Doe 259, is the legal heir to Jose/Josefina Doe 259 and resides in the municipality of Cienaga.

320.   On May 2, 1999, Jose/Josefina Doe 260 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 260, who was the son of Jose/Josefina Doe 260, is the legal heir to Jose/Josefina Doe 260 and resides in the municipality of Cienaga.

321.   On April 30, 1996, Jose/Josefina Doe 261 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 261, who was the mother of Jose/Josefina Doe 261, is the legal heir to Jose/Josefina Doe 261 and resides in the municipality of Cienaga.

322.   On May 11, 2004, Jose/Josefina Doe 262 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 262, who was the mother of Jose/Josefina Doe 262, is the legal heir to Jose/Josefina Doe 262 and resides in the municipality of Cienaga-Magdalena.

323.   On October 13, 1998, Jose/Josefina Doe 263 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 263, who was the sister of

Jose/Josefina Doe 263, is the legal heir to Jose/Josefina Doe 263 and resides in the municipality of Cienaga-Magdalena.

324.    On December 2, 2002, Jose/Josefina Doe 264 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 264, who was the sister of Jose/Josefina Doe 264, is the legal heir to Jose/Josefina Doe 264 and resides in the municipality of Cienaga-Magdalena.

325.    On May 5, 2002, Jose/Josefina Doe 265 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 265, who was the mother of Jose/Josefina Doe 265, is the legal heir to Jose/Josefina Doe 265 and resides in the municipality of Cienaga-Magdalena.

326.    On May 28, 2002, Jose/Josefina Doe 266 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 266, who was the father of Jose/Josefina Doe 266, is the legal heir to Jose/Josefina Doe 266 and resides in the municipality of Cienaga-Magdalena.

327.    On June 22, 1997, Jose/Josefina Doe 267 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 267, who was the mother of Jose/Josefina Doe 267, is the legal heir to Jose/Josefina Doe 267 and resides in the municipality of Cienaga-Magdalena.

328.    On October 20, 2001, Jose/Josefina Doe 268 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 268, who was the mother of Jose/Josefina Doe 268, is the legal heir to Jose/Josefina Doe 268 and resides in the municipality of Cienaga-Magdalena.

329.    On January 22, 2005, Jose/Josefina Doe 269 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 269, who was the brother of Jose/Josefina Doe 269, is the legal heir to Jose/Josefina Doe 269 and resides in the municipality of Cienaga-Magdalena.

330.    On August 5, 2004, Jose/Josefina Doe 270 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 270, who was the daughter of Jose/Josefina Doe 270, is the legal heir to Jose/Josefina Doe 270 and resides in the municipality of Barrio Concepcion.

331.    On October 17, 2003, Jose/Josefina Doe 271 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 271A, who was the wife of Jose/Josefina Doe 271, is the legal heir to Jose/Josefina Doe 271 and resides in the municipality of Sevilla-Zona Bananera.

332.    On October 17, 2003, Jose/Josefina Doe 271 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 271B, who was the daughter

of Jose/Josefina Doe 271, is the legal heir to Jose/Josefina Doe 271 and resides in the municipality of Sevilla-Zona Bananera.

333.    On October 8, 2001, Jose/Josefina Doe 272 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 272, who was the sister of Jose/Josefina Doe 272, is the legal heir to Jose/Josefina Doe 272 and resides in the municipality of Cienaga-Magdalena.

334.    On May 15, 2003, Jose/Josefina Doe 273 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 273, who was the wife of Jose/Josefina Doe 273, is the legal heir to Jose/Josefina Doe 273 and resides in the municipality of Cienaga-Magdalena.

335.    On September 9, 2004, Jose/Josefina Doe 274 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 274, who was the uncle of Jose/Josefina Doe 274, is the legal heir to Jose/Josefina Doe 274 and resides in the municipality of Sevilla-Zona Bananera.

336.    On February 21, 1997, Jose/Josefina Doe 275 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 275, who was the sister of Jose/Josefina Doe 275, is the legal heir to Jose/Josefina Doe 275 and resides in the municipality of Santa Marta-Magdalena.

337.    On August 12, 2002, Jose/Josefina Doe 276 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 276, who was the brother of Jose/Josefina Doe 276, is the legal heir to Jose/Josefina Doe 276 and resides in the municipality of Cienaga-Magdalena.

338.    On June 4, 2003, Jose/Josefina Doe 277 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 277, who was the father of Jose/Josefina Doe 277, is the legal heir to Jose/Josefina Doe 277 and resides in the municipality of Fonseca-Guajira.

339.    On January 1, 1997, Jose/Josefina Doe 278 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 278, who was the brother of Jose/Josefina Doe 278, is the legal heir to Jose/Josefina Doe 278 and resides in the municipality of Sevilla-Cienaga.

340.    On September 18, 1997, Jose/Josefina Doe 279 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 279, who was the husband of Jose/Josefina Doe 279, is the legal heir to Jose/Josefina Doe 279 and resides in the municipality of Sevilla-Zona Bananera.

341.    On August 16, 2006, Jose/Josefina Doe 280 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 280, who was the sister of

Jose/Josefina Doe 280, is the legal heir to Jose/Josefina Doe 280 and resides in the municipality of Cienaga-Magdalena.

342.    On October 14, 2003, Jose/Josefina Doe 281 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 281, who was the wife of Jose/Josefina Doe 281, is the legal heir to Jose/Josefina Doe 281 and resides in the municipality of Cienaga-Magdalena.

343.    On September 20, 1998, Jose/Josefina Doe 282 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 282 is the legal heir to Jose/Josefina Doe 282 and resides in the municipality of Cienaga-Magdalena.

344.    On July 11, 2001, Jose/Josefina Doe 283 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 283 is the legal heir to Jose/Josefina Doe 283 and resides in the municipality of Pueblo Viejo-Magdalena.

345.    On January 15, 2005, Jose/Josefina Doe 284 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 284 is the legal heir to Jose/Josefina Doe 284 and resides in the municipality of Cienaga-Magdalena.

346.    On May 20, 2003, Jose/Josefina Doe 285 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 285, who was the mother of

Jose/Josefina Doe 285, is the legal heir to Jose/Josefina Doe 285 and resides in the municipality of Pivijay-Magdalena.

347.    On April 11, 1997, Jose/Josefina Doe 286 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 286, who was the brother of Jose/Josefina Doe 286, is the legal heir to Jose/Josefina Doe 286 and resides in the municipality of Apartado.

348.    On April 21, 1999, Jose/Josefina Doe 287 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 287 is the legal heir to Jose/Josefina Doe 287 and resides in the municipality of Apartado-Antioquia.

349.    On August 27, 2000, Jose/Josefina Doe 288 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 288, who was the mother of Jose/Josefina Doe 288, is the legal heir to Jose/Josefina Doe 288 and resides in the municipality of Cienaga-Magdalena.

350.    On September 30, 2004, Jose/Josefina Doe 289 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 289, who was the aunt of Jose/Josefina Doe 289, is the legal heir to Jose/Josefina Doe 289 and resides in the municipality of Cienaga-Magdalena.

351.    On December 3, 2004, Jose/Josefina Doe 290 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 290, who was the wife of Jose/Josefina Doe 290, is the legal heir to Jose/Josefina Doe 290 and resides in the municipality of Cienaga-Magdalena.

352.    On June 16, 2004, Jose/Josefina Doe 291 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 291, who was the wife of Jose/Josefina Doe 291, is the legal heir to Jose/Josefina Doe 291 and resides in the municipality of Cienaga-Magdalena.

353.    On April 22, 1998, Jose/Josefina Doe 292 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 292, who was the mother of Jose/Josefina Doe 292, is the legal heir to Jose/Josefina Doe 292 and resides in the municipality of Apartado-Antioquia.

354.    On April 16, 2002, Jose/Josefina Doe 293 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 293, who was the wife of Jose/Josefina Doe 293, is the legal heir to Jose/Josefina Doe 293 and resides in the municipality of Apartado.

355.    On October 16, 2004, Jose/Josefina Doe 294 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 294, who was the mother of Jose/Josefina Doe 294, is the legal heir to Jose/Josefina Doe 294 and resides in the municipality of Supia-Caldes.

356.     On May 18, 2002, Jose/Josefina Doe 295 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 295, who was the wife of Jose/Josefina Doe 295, is the legal heir to Jose/Josefina Doe 295 and resides in the municipality of Apartado-Antioquia.

357.     On November 6, 1997, Jose/Josefina Doe 296 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 296, who was the mother of Jose/Josefina Doe 296, is the legal heir to Jose/Josefina Doe 296 and resides in the municipality of Apartado.

358.     On October 21, 1996, Jose/Josefina Doe 297 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 297, who was the father of Jose/Josefina Doe 297, is the legal heir to Jose/Josefina Doe 297 and resides in the municipality of Apartado-Antioquia.

359.     On March 9, 2000, Jose/Josefina Doe 298 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 298, who was the mother of Jose/Josefina Doe 298, is the legal heir to Jose/Josefina Doe 298 and resides in the municipality of Apartado-Antioquia.

360.     On January 7, 1999, Jose/Josefina Doe 299 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 299, who was the wife of

Jose/Josefina Doe 299, is the legal heir to Jose/Josefina Doe 299 and resides in the municipality of Apartado-Antioquia.

361.    On February 19, 2003, Jose/Josefina Doe 300 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 300, who was the mother of Jose/Josefina Doe 300, is the legal heir to Jose/Josefina Doe 300 and resides in the municipality of Cienaga-Magdalena.

362.    On October 1, 1996, Jose/Josefina Doe 301A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 301, who was the daughter of Jose/Josefina Doe 301A, is the legal heir to Jose/Josefina Doe 301A and resides in the municipality of Turbo-Antioquia.

363.    On October 1, 1996, Jose/Josefina Doe 301B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 301, who was the daughter of Jose/Josefina Doe 301B, is the legal heir to Jose/Josefina Doe 301B and resides in the municipality of Turbo-Antioquia.

364.    On July 5, 2001, Jose/Josefina Doe 302 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 302, who was the mother of Jose/Josefina Doe 302, is the legal heir to Jose/Josefina Doe 302 and resides in the municipality of Apartado.

365.     On July 16, 2004, Jose/Josefina Doe 303 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 303, who was the mother of Jose/Josefina Doe 303, is the legal heir to Jose/Josefina Doe 303 and resides in the municipality of Corozal-Sucre.

366.     On August 1, 2005, Jose/Josefina Doe 304 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 304, who was the mother of Jose/Josefina Doe 304, is the legal heir to Jose/Josefina Doe 304 and resides in the municipality of Corozal-Sucre.

367.     On June 14, 2004, Jose/Josefina Doe 305 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 305, who was the mother of Jose/Josefina Doe 305, is the legal heir to Jose/Josefina Doe 305 and resides in the municipality of Sucre.

368.     On October 4, 2007, Jose/Josefina Doe 306 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 306, who was the wife of Jose/Josefina Doe 306, is the legal heir to Jose/Josefina Doe 306 and resides in the municipality of Corozal-Sucre.

369.     On December 29, 2001, Jose/Josefina Doe 307 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 307, who was the wife of

Jose/Josefina Doe 307, is the legal heir to Jose/Josefina Doe 307 and resides in the municipality of Corozal-Sucre.

370.    On August 5, 2004, Jose/Josefina Doe 308 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 308, who was the sister of Jose/Josefina Doe 308, is the legal heir to Jose/Josefina Doe 308 and resides in the municipality of Corozal-Sucre.

371.    On February 13, 2005, Jose/Josefina Doe 309 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 309A, who was the father of Jose/Josefina Doe 309, is the legal heir to Jose/Josefina Doe 309 and resides in the municipality of Corozal-Sucre.

372.    On February 13, 2005, Jose/Josefina Doe 309 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 309B, who was the brother of Jose/Josefina Doe 309 is the legal heir to Jose/Josefina Doe 309 and resides in the municipality of Corozal-Sucre.

373.    On June 24, 2007, Jose/Josefina Doe 310 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 310, who was the mother of Jose/Josefina Doe 310, is the legal heir to Jose/Josefina Doe 310 and resides in the municipality of Corozal-Sucre.

374.    On May 4, 1997, Jose/Josefina Doe 311 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 311, who was the mother of Jose/Josefina Doe 311, is the legal heir to Jose/Josefina Doe 311 and resides in the municipality of Corozal-Sucre.

375.    On February 12, 2007, Jose/Josefina Doe 312 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 312, who was the wife of Jose/Josefina Doe 312, is the legal heir to Jose/Josefina Doe 312 and resides in the municipality of Corozal-Sucre.

376.    On May 18, 2003, Jose/Josefina Doe 313 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 313, who was the mother of Jose/Josefina Doe 313, is the legal heir to Jose/Josefina Doe 313 and resides in the municipality of Corozal-Sucre.

377.    On October 19, 2002, Jose/Josefina Doe 314 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 314, who was the mother of Jose/Josefina Doe 314, is the legal heir to Jose/Josefina Doe 314 and resides in the municipality of Corozal-Sucre.

378.    On November 4, 2006, Jose/Josefina Doe 315 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 315, who was the mother of

Jose/Josefina Doe 315, is the legal heir to Jose/Josefina Doe 315 and resides in the municipality of Corozal-Sucre.

379.    On July 3, 2000, Jose/Josefina Doe 316 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 316, who was the wife of Jose/Josefina Doe 316, is the legal heir to Jose/Josefina Doe 316 and resides in the municipality of Corozal-Sucre.

380.    On December 31, 1999, Jose/Josefina Doe 317 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 317, who was the wife of Jose/Josefina Doe 317, is the legal heir to Jose/Josefina Doe 317 and resides in the municipality of Corozal-Sucre.

381.    On November 4, 2005, Jose/Josefina Doe 318 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 318, who was the wife of Jose/Josefina Doe 318, is the legal heir to Jose/Josefina Doe 318 and resides in the municipality of Monteria-Cordoba.

382.    On August 13, 2007, Jose/Josefina Doe 319 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 319 is the legal heir to Jose/Josefina Doe 319 and resides in the municipality of Sucre.

383.    On January 10, 1999, Jose/Josefina Doe 320A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juan Doe 320 is the legal heir to Jose/Josefina Doe 320A and resides in the municipality of Toluviejo-Sucre.

384.    On August 25, 2000, Jose/Josefina Doe 320B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 320 is the legal heir to Jose/Josefina Doe 320B and resides in the municipality of Toluviejo-Sucre.

385.    On August 25, 2000 Jose/Josefina Doe 320C was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 320 is the legal heir to Jose/Josefina Doe 320C and resides in the municipality of Toluviejo-Sucre.

386.    On May 9, 2000, Jose/Josefina Doe 321 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 321 is the legal heir to Jose/Josefina Doe 321 and resides in the municipality of Corozal-Sucre.

387.    On August 22, 1997, Jose/Josefina Doe 322 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 322, who was the wife of Jose/Josefina Doe 322, is the legal heir to Jose/Josefina Doe 322 and resides in the municipality of Ovejas-Sucre.

388.    On August 9, 2004, Jose/Josefina Doe 323 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 323, who was the daughter

of Jose/Josefina Doe 323, is the legal heir to Jose/Josefina Doe 323 and resides in the municipality of Monteria-Cordoba.

389.     On January 15, 2007, Jose/Josefina Doe 324 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 324, who was the wife of Jose/Josefina Doe 324, is the legal heir to Jose/Josefina Doe 324 and resides in the municipality of Corozal-Sucre.

390.     On April 21, 2006, Jose/Josefina Doe 325 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 325 is the legal heir to Jose/Josefina Doe 325 and resides in the municipality of Corozal-Sucre.

391.     On February 28, 1999, Jose/Josefina Doe 326 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 326, who was the wife of Jose/Josefina Doe 326, is the legal heir to Jose/Josefina Doe 326 and resides in the municipality of Corozal-Sucre.

392.     On December 19, 2003, Jose/Josefina Doe 327 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 327, who was the mother of Jose/Josefina Doe 327, is the legal heir to Jose/Josefina Doe 327 and resides in the municipality of Corozal-Sucre.

393.     On September 17, 1993, Jose/Josefina Doe 328 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 328, who was the wife of Jose/Josefina Doe 328, is the legal heir to Jose/Josefina Doe 328 and resides in the municipality of Corozal-Sucre.

394.    On November 1, 1996, Jose/Josefina Doe 329 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 329, who was the wife of Jose/Josefina Doe 329, is the legal heir to Jose/Josefina Doe 329 and resides in the municipality of Ovejas-Sucre.

395.    On August 23, 2000, Jose/Josefina Doe 330 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 330 is the legal heir to Jose/Josefina Doe 330 and resides in the municipality of Toluviejo-Sucre.

396.    On November 16, 2005, Jose/Josefina Doe 331 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 331 is the legal heir to Jose/Josefina Doe 331 and resides in the municipality of Corozal-Sucre.

397.    On February 1, 1995, Jose/Josefina Doe 332 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 332 is the legal heir to Jose/Josefina Doe 332 and resides in the municipality of Corozal-Sucre.

398.    On June 3, 1994, Jose/Josefina Doe 333 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 333, who was the wife of Jose/Josefina

Doe 333, is the legal heir to Jose/Josefina Doe 333 and resides in the municipality of Corozal-Sucre.

399.     On January 24, 2006, Jose/Josefina Doe 334 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 334, who was the wife of Jose/Josefina Doe 334, is the legal heir to Jose/Josefina Doe 334 and resides in the municipality of Corozal-Sucre.

400.     On November 12, 2001, Jose/Josefina Doe 335 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 335 is the legal heir to Jose/Josefina Doe 335 and resides in the municipality of Corozal-Sucre.

401.     On November 20, 2005, Jose/Josefina Doe 336 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 336, who was the wife of Jose/Josefina Doe 336 is the legal heir to Jose/Josefina Doe 336 and resides in the municipality of Sincelejo-Sucre.

402.     On February 27, 1997, Jose/Josefina Doe 337 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 337, who was the daughter of Jose/Josefina Doe 337, is the legal heir to Jose/Josefina Doe 337 and resides in the municipality of Ovejas-Sucre.

403.     On July 3, 2000, Jose/Josefina Doe 338 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and

the other Defendants. Plaintiff Juan/Juana Doe 338, who was the brother of Jose/Josefina Doe 338, is the legal heir to Jose/Josefina Doe 338 and resides in the municipality of Corozal-Sucre.

404.    On October 13, 2002, Jose/Josefina Doe 339 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana 339, who was the sister of Jose/Josefina Doe 339, is the legal heir to Jose/Josefina Doe 339 and resides in the municipality of Corozal-Sucre.

405.    On September 18, 1999, Jose/Josefina Doe 340 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 340, who was the mother of Jose/Josefina Doe 340, is the legal heir to Jose/Josefina Doe 340 and resides in the municipality of Corozal-Sucre.

406.    On September 24, 2000, Jose/Josefina Doe 341 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 341, who was the father of Jose/Josefina Doe 341, is the legal heir to Jose/Josefina Doe 341 and resides in the municipality of El Coley-Sucre.

407.    On September 18, 2006, Jose/Josefina Doe 342 was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 342, who is the mother of Jose/Josefina Doe 342, is the legal heir to Jose/Josefina Doe 342 resides in the municipality of Corozal-Sucre.

408.     On November 9, 2003, Jose/Josefina Doe 343 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 343, who was the mother of Jose/Josefina Doe 343, is the legal heir to Jose/Josefina Doe 343 and resides in the municipality of Corozal-Sucre.

409.     On September 7, 2005, Jose/Josefina Doe 344 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 344, who was the wife of Jose/Josefina Doe 344, is the legal heir to Jose/Josefina Doe 344 and resides in the municipality of Ovejas-Sucre.

410.     On July 4, 2001, Jose/Josefina Doe 345 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 345, who was the father of Jose/Josefina Doe 345, is the legal heir to Jose/Josefina Doe 345 and resides in the municipality of Corozal-Sucre.

411.     On November 29, 2003, Jose/Josefina Doe 346 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 346, who was the wife of Jose/Josefina Doe 346, is the legal heir to Jose/Josefina Doe 346 and resides in the municipality of Corozal-Sucre.

412.     On August 3, 1999, Jose/Josefina Doe 347 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 347, who was the mother of

Jose/Josefina Doe 347, is the legal heir to Jose/Josefina Doe 347 and resides in the municipality of San Onofre-Sucre.

413.    On October 7, 2002, Jose/Josefina Doe 348 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 348, who was the wife of Jose/Josefina Doe 348, is the legal heir to Jose/Josefina Doe 348 and resides in the municipality of San Pedro-Sucre.

414.    On October 3, 2002, Jose/Josefina Doe 349 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 349, who was the sister of Jose/Josefina Doe 349, is the legal heir to Jose/Josefina Doe 349 and resides in the municipality of Corozal-Sucre.

415.    On May 4, 1997, Jose/Josefina Doe 350 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 350, who was the mother of Jose/Josefina Doe 350, is the legal heir to Jose/Josefina Doe 350 and resides in the municipality of Corozal-Sucre.

416.    On July 28, 1994, Jose/Josefina Doe 351 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 351 is the legal heir to Jose/Josefina Doe 351 and resides in the municipality of Corozal-Sucre.

417.    On June 18, 2004, Jose/Josefina Doe 352 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 352, who was the mother of Jose/Josefina Doe 352, is the legal heir to Jose/Josefina Doe 352 and resides in the municipality of Corozal-Sucre.

418.    On December 29, 2000, Jose/Josefina Doe 353 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 353, who was the brother-in-law of Jose/Josefina Doe 353, is the legal heir to Jose/Josefina Doe 353 and resides in the municipality of Corozal-Sucre.

419.    On September 17, 1998, Jose/Josefina Doe 354 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 354, who was the wife of Jose/Josefina Doe 354, is the legal heir to Jose/Josefina Doe 354 and resides in the municipality of San Jose de Pileta-Sucre.

420.    On May 26, 1999, Jose/Josefina Doe 355 was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 355 resides in the municipality of Corozal-Sucre.

421.    On April 25, 1992, Jose/Josefina Doe 356 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 356, who was the wife of Jose/Josefina Doe 356, is the legal heir to Jose/Josefina Doe 356 and resides in the municipality of Corozal-Sucre.

422.    On January 8, 2002, Jose/Josefina Doe 357 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 357, who was the sister of Jose/Josefina Doe 357, is the legal heir to Jose/Josefina Doe 357 and resides in the municipality of Ovejas-Sucre.

423.    On April 16, 2005, Jose/Josefina Doe 358 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 358, who was the father of Jose/Josefina Doe 358, is the legal heir to Jose/Josefina Doe 358 and resides in the municipality of Corozal-Sucre.

424.    On August 20, 2001, Jose/Josefina Doe 359 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 359, who was the father of Jose/Josefina Doe 359, is the legal heir to Jose/Josefina Doe 359 and resides in the municipality of Corozal-Sucre.

425.    On August 10, 2004, Jose/Josefina Doe 360 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 360, who was the mother of Jose/Josefina Doe 360, is the legal heir to Jose/Josefina Doe 360 and resides in the municipality of Corozal-Sucre.

426.    On November 7, 2002, Jose/Josefina Doe 361 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 361, who was the wife of

Jose/Josefina Doe 361, is the legal heir to Jose/Josefina Doe 361 and resides in the

municipality of Sincelejo-Sucre.

427.    On May 25, 2000, Jose/Josefina Doe 362 was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 362 is the legal heir to

Jose/Josefina Doe 362 and resides in the municipality of Sincelejo-Sucre.

428.    On June 8, 1995, Jose/Josefina Doe 363 was killed by AUC Paramilitaries,

aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and

the other Defendants. Plaintiff Juan/Juana Doe 363, who was the wife of Jose/Josefina

Doe 363, is the legal heir to Jose/Josefina Doe 363 and resides in the municipality of San

Juan de Betulia-Sucre.

429.    On February 15, 1997, Jose/Josefina Doe 364 was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 364, who was the wife of

Jose/Josefina Doe 364, is the legal heir to Jose/Josefina Doe 364 and resides in the

municipality of Corozal-Sucre.

430.    On February 15, 1997, Jose/Josefina Doe 365 was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 365, who was the wife of

Jose/Josefina Doe 365, is the legal heir to Jose/Josefina Doe 365 and resides in the

municipality of Corozal-Sucre.

431.    On October 27, 2006, Jose/Josefina Doe 366 was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or

Banadex and the other Defendants. Plaintiff Juan/Juana Doe 366, who was the mother of Jose/Josefina Doe 366, is the legal heir to Jose/Josefina Doe 366 and resides in the municipality of Corozal-Sucre.

432.    On August 17, 1990, Jose/Josefina Doe 367 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 367 is the legal heir to Jose/Josefina Doe 367 and resides in the municipality of Corozal-Sucre.

433.    On November 9, 2003, Jose/Josefina Doe 368 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 368, who was the mother of Jose/Josefina Doe 368, is the legal heir to Jose/Josefina Doe 368 and resides in the municipality of Corozal-Sucre.

434.    On August 27, 2000, Jose/Josefina Doe 369 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 369, who was the brother of Jose/Josefina Doe 369, is the legal heir to Jose/Josefina Doe 369 and resides in the municipality of San Juan de Betulia-Sucre.

435.    On May 29, 1995, Jose/Josefina Doe 370was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 370, who was the mother of Jose/Josefina Doe 370, is the legal heir to Jose/Josefina Doe 370 and resides in the municipality of Corozal-Sucre.

436.    On April 26, 2001, Jose/Josefina Doe 371 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 371, who was the son of Jose/Josefina Doe 371, is the legal heir to Jose/Josefina Doe 371 and resides in the municipality of Apartado-Antioquia.

437.    On March 31, 2000, Jose/Josefina Doe 372 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 372, who was the wife of Jose/Josefina Doe 372, is the legal heir to Jose/Josefina Doe 372 and resides in the municipality of Corozal-Sucre.

438.    On May 1, 1998, Jose/Josefina Doe 373 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 373, who was the wife of Jose/Josefina Doe 373, is the legal heir to Jose/Josefina Doe 373 and resides in the municipality of Apartado-Antioquia.

439.    On March 16, 1997, Jose/Josefina Doe 374 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 374, who was the sister-in-law of Jose/Josefina Doe 374, is the legal heir to Jose/Josefina Doe 374 and resides in the municipality of Apartado-Antioquia.

440.    On September 20, 2002, Jose/Josefina Doe 375 was shot and severley injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 375

with loss of services to Jose/Josefina Doe 376 resides in the municipality of Santaurio-Antioquia.

441.    On April 23, 2000, Jose/Josefina Doe 377 was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 377, who was the sister of Jose/Josefina Doe 377, is the legal heir to Jose/Josefina Doe 377 and resides in the municipality of Corozal-Sucre.

442.    On June 7, 2003, Jose/Josefina Doe 378 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 378, who was the wife of Jose/Josefina Doe 378, is the legal Heir to Jose/Josefina Doe 378 and resides in the municipality of Corozal-Sucre.

443.    On April 13, 1996, Jose/Josefina Doe 379 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 379, who was the wife of Jose/Josefina Doe 379, is the legal heir to Jose/Josefina Doe 379 and resides in the municipality of Corozal-Sucre.

444.    On August 14, 2000, Jose/Josefina Doe 380 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 380, who was the wife of Jose/Josefina Doe 380, is the legal heir to Jose/Josefina Doe 380 and resides in the municipality of Corozal-Sucre.

445.    On May 16, 2003, Jose/Josefina Doe 381 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 381, who was the sister of Jose/Josefina Doe 381, is the legal heir to Jose/Josefina Doe 381 and resides in the municipality of Corozal-Sucre.

446.    On February 20, 1999, Jose/Josefina Doe 382 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 382, who was the mother of Jose/Josefina Doe 382, is the leal heir to Jose/Josefina Doe 382 and resides in the municipality of San Pedro-Sucre.

447.    On December 10, 1996, Jose/Josefina Doe 383 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 383, who was the daughter of Jose/Josefina Doe 383, is the legal heir to Jose/Josefina Doe 383 and resides in the municipality of Corozal-Sucre.

448.    On August 21, 2003, Jose/Josefina Doe 384 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 384, who was the brother of Jose/Josefina Doe 384, is the legal heir to Jose/Josefina Doe 384 and resides in the municipality of Morroa-Sucre.

449.    On January 6, 1991, Jose/Josefina Doe 385 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 385, who was the

mother of Jose/Josefina Doe 385, is the legal heir to Jose/Josefina Doe 385 and resides in the municipality of Corozal-Sucre.

450. On September 6, 2005, Jose/Josefina Doe 386 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 386, who was the mother of Jose/Josefina Doe 386, is the legal heir to Jose/Josefina Doe 386 and resides in the municipality of Betulia-Sucre.

451. On July 16, 2000, Jose/Josefina Doe 387 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 387, who was the mother of Jose/Josefina Doe 387, is the legal heir Jose/Josefina Doe 387 and resides in the municipality of Corozal-Sucre.

452. On August 19, 1988, Jose/Josefina Doe 388 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 388, who was the cousin of Jose/Josefina Doe 388, is the legal heir to Jose/Josefina Doe 388 and resides in the municipality of Corozal-Sucre.

453. On March 7, 2004, Jose/Josefina Doe 389 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 389, who was the wife of Jose/Josefina Doe 389, is the legal heir to Jose/Josefina Doe 389 and resides in the municipality of Los Palmitos-Sucre.

454.     On September 14, 2000, Jose/Josefina Doe 390 was injured and killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 390, who was the wife of Jose/Josefina Doe 390, is the legal heir to Jose/Josefina Doe 390 and resides in the municipality of Corozal-Sucre.

455.     On August 19, 2005, Jose/Josefina Doe 391 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 391, who was the wife of Jose/Josefina Doe 391, is the legal heir to Jose/Josefina Doe 391 and resides in the municipality of Corozal-Sucre.

456.     On April 9, 2006, Jose/Josefina Doe 392 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 392, who was the wife of Jose/Josefina Doe 392, is the legal heir of Jose/Josefina Doe 392 and resides in the municipality of Corozal-Sucre.

457.     On February 7, 2000, Jose/Josefina Doe 393 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 393, who was the mother of Jose/Josefina Doe 393, is the legal heir to Jose/Josefina Doe 393 and resides in the municipality of Corozal-Sucre.

458.     On October 29, 2000, Jose/Josefina Doe 394 was seriously injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 394, who

is the mother of Jose/Josefina Doe 394, is the legal heir to Jose/Josefina Doe 394 and resides in the municipality of Corozal-Sucre.

459.    On October 23, 1998, Jose/Josefina Doe 395 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 395, who was the daughter of Jose/Josefina Doe 395, is the legal heir to Jose/Josefina Doe 395 and resides in the municipality of San Juan de Bertulia-Sucre.

460.    On March 11, 2000, Jose/Josefina Doe 396 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 396, who was the wife of Jose/Josefina Doe 396, is the legal heir to Jose/Josefina Doe 396 and resides in the municipality of Corozal-Sucre.

461.    On July 4, 2001, Jose/Josefina Doe 397 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 397, who was the wife of Jose/Josefina Doe 397, is the legal heir to Jose/Josefina Doe 397 and resides in the municipality of Corozal-Sucre.

462.    On January 7, 2007, Jose/Josefina Doe 398 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 398, who was the wife of Jose/Josefina Doe 398, is the legal heir to Jose/Josefina Doe 398 and resides in the municipality of Morroa-Sucre.

463.    On February 8, 1990, Jose/Josefina Doe 399 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 399, who was the brother of Jose/Josefina Doe 399, is the legal heir to Jose/Josefina Doe 399 and resides in the municipality of Corozal-Sucre.

464.    On November 6, 1993, Jose/Josefina Doe 400 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 400, who was the mother of Jose/Josefina Doe 400, is the legal heir to Jose/Josefina Doe 400 and resides in the municipality of Corozal-Sucre.

465.    On April 30, 2007, Jose/Josefina Doe 401 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 401A, who was the wife of Jose/Josefina Doe 401, is the legal heir to Jose/Josefina Doe 401 and resides in the municipality of Corozal-Sucre.

466.    On April 30, 2007, Jose/Josefina Doe 401 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 401B is the legal heir to Jose/Josefina Doe 401 and resides in the municipality of Corozal-Sucre.

467.    On August 11, 2003, Jose/Josefina Doe 402 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 402, who was the

brother of Jose/Josefina Doe 402, is the legal heir to Jose/Josefina Doe 402 and resides in the municipality of Corozal-Sucre.

468.    On September 14, 1999, Jose/Josefina Doe 403 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 403, who was the brother of Jose/Josefina Doe 403, is the legal heir to Jose/Josefina Doe 403 and resides in the municipality of Corozal-Sucre.

469.    On July 31, 1999, Jose/Josefina Doe 404 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 404, who was the wife of Jose/Josefina Doe 404, is the legal heir to Jose/Josefina Doe 404 and resides in the municipality of Corozal-Sucre.

470.    On January 17, 2002, Jose/Josefina Doe 405 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 405, who was the cousin of Jose/Josefina Doe 405, is the legal heir to Jose/Josefina Doe 405 and resides in the municipality of Corozal-Sucre.

471.    On July 7, 1996, Jose/Josefina Doe 406 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 406, who was the daughter of Jose/Josefina Doe 406, is the legal heir to Jose/Josefina Doe 406 and resides in the municipality of Corozal-Sucre.

472.     On March 25, 1996, Jose/Josefina Doe 407 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 407, who was the brother of Jose/Josefina Doe 407, is the legal heir to Jose/Josefina Doe 407 and resides in the municipality of Corozal-Sucre.

473.     On July 3, 1999, Jose/Josefina Doe 408 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 408, who was the wife of Jose/Josefina Doe 408, is the legal heir to Jose/Josefina Doe 408 and resides in the municipality of Corozal-Sucre.

474.     On October 1, 2003, Jose/Josefina Doe 409 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 409, who was the mother of Jose/Josefina Doe 409, is the legal heir to Jose/Josefina Doe 409 and resides in the municipality of Corozal-Sucre.

475.     On January 31, 2002, Jose/Josefina Doe 410 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 410, who was the wife of Jose/Josefina Doe 410, is the legal heir to Jose/Josefina Doe 410 and resides in the municipality of Corozal-Sucre.

476.     On November 15, 2006, Jose/Josefina Doe 411 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 411, who was the

wife of Jose/Josefina Doe 411, is the legal heir to Jose/Josefina Doe 411 and resides in the municipality of San Juan De Betulia-Sucre.

477.    On December 4, 2006, Jose/Josefina Doe 412 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 412, who was the sister of Jose/Josefina Doe 412, is the legal heir to Jose/Josefina Doe 412 and resides in the municipality of Corozal-Sucre.

478.    On September 27, 2000, Jose/Josefina Doe 413 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 413, who was the wife of Jose/Josefina Doe 413, is the legal heir to Jose/Josefina Doe 413 and resides in the municipality of Corozal-Sucre.

479.    On September 6, 2004, Jose/Josefina Doe 414 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 414, who was the wife of Jose/Josefina Doe 414, is the legal heir to Jose/Josefina Doe 414 and resides in the municipality of Sincelejo-Sucre.

480.    On August 30, 2004, Jose/Josefina Doe 415 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 415, who was the wife of Jose/Josefina Doe 415, is the legal heir to Jose/Josefina Doe 415 and resides in the municipality of Corozal-Sucre.

481.    On August 28, 1995, Jose/Josefina Doe 416 was seriously injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 416 resides in the municipality of Corozal-Sucre.

482.    On November 4, 2006, Jose/Josefina Doe 417 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 417, who was the wife of Jose/Josefina Doe 417, is the legal heir to Jose/Josefina Doe 417 and resides in the municipality of Corozal-Sucre.

483.    On April 28,1997, Jose/Josefina Doe 418 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 418, who was the wife of Jose/Josefina Doe 418, is the legal heir to Jose/Josefina Doe 418 and resides in the municipality of Corozal-Sucre.

484.    On August 25, 1996, Jose/Josefina Doe 419 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 419, who was the wife of Jose/Josefina Doe 419, is the legal heir to Jose/Josefina Doe 419 and resides in the municipality of Sincelejo-Sucre.

485.    On March 17, 1993, Jose/Josefina Doe 420 was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 420, who

was the aunt of Jose/Josefina Doe 420, is the legal heir to Jose/Josefina Doe 420 and resides in the municipality of Sincelejo-Sucre.

486.     On January 7, 2001, Jose/Josefina Doe 421 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 421, who was the wife of Jose/Josefina Doe 421, is the legal heir to Jose/Josefina Doe 421 and resides in the municipality of Sincelejo-Sucre.

487.     On February 13, 2005, Jose/Josefina Doe 422 was seriously injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 422 resides in the municipality of Corozal-Sucre.

488.     On May 11, 1996, Jose/Josefina Doe 423 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 423, who was the father of Jose/Josefina Doe 423, is the legal heir to Jose/Josefina Doe 423 and resides in the municipality of Corozal-Sucre.

489.     On January 19, 2006, Jose/Josefina Doe 424 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 424, who was the sister of Jose/Josefina Doe 424, is the legal heir to Jose/Josefina Doe 424 and resides in the municipality of Toluviejo-Sucre.

490.     On June 17, 1999, Jose/Josefina Doe 425 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 425, who was the brother of Jose/Josefina Doe 425, is the legal heir to Jose/Josefina Doe 425 and resides in the municipality of Corozal-Sucre.

491.     On September 13, 1994, Jose/Josefina Doe 426 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 426, who was the son of Jose/Josefina Doe 426, is the legal heir to Jose/Josefina Doe 426 and resides in the municipality of Corozal-Sucre.

492.     On January 26, 2004, Jose/Josefina Doe 427 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 427, who was the son of Jose/Josefina Doe 427, is the legal heir to Jose/Josefina Doe 427 and resides in the municipality of Corozal-Sucre.

493.     On July 2, 2007, Jose/Josefina Doe 428 was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 428, resides in the municipality of Corozal-Sucre.

494.     On November 9, 2003, Jose/Josefina Doe 429 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 429A, who was the son of Jose/Josefina Doe 429, is the legal heir to Jose/Josefina Doe 429 and resides in the municipality of Corozal-Sucre.

495.     On November 9, 2003, Jose/Josefina Doe 429 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 429B, who was the daughter of Jose/Josefina Doe 429, is the legal heir to Jose/Josefina Doe 429 and resides in the municipality of Corozal-Sucre.

496.     On March 24, 2007, Jose/Josefina Doe 430 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 430, who was the mother of Jose/Josefina Doe 430, is the legal heir to Jose/Josefina Doe 430 and resides in the municipality of Corozal-Sucre.

497.     On October 20, 1995, Jose/Josefina Doe 431 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 431, who was the wife of Jose/Josefina Doe 431, is the legal heir to Jose/Josefina Doe 431 and resides in the municipality of Corozal-Sucre.

498.     On May 25, 2000, Jose/Josefina Doe 432 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 432, who was the wife of Jose/Josefina Doe 432, is the legal heir to Jose/Josefina Doe 432 and resides in the municipality of Corozal-Sucre.

499.     On March 24, 2003, Jose/Josefina Doe 433 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 433, who was the

mother of Jose/Josefina Doe 433, is the legal heir to Jose/Josefina Doe 433 and resides in the municipality of Corozal-Sucre.

500.    On July 3, 2000, Jose/Josefina Doe 434 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 434, who was the wife of Jose/Josefina Doe 434, is the legal heir to Jose/Josefina Doe 434 and resides in the municipality of Betulia-Sucre.

501.    On August 11, 1999, Jose/Josefina Doe 435 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 435, who was the daughter of Jose/Josefina Doe 435, is the legal heir to Jose/Josefina Doe 435 and resides in the municipality of Morroa-Sucre.

502.    On March 16, 2002, Jose/Josefina Doe 436 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 436, who was the mother of Jose/Josefina Doe 436, is the legal heir to Jose/Josefina Doe 436 and resides in the municipality of Corozal-Sucre.

503.    On May 24, 1994, Jose/Josefina Doe 437 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 437, who was the sister of Jose/Josefina Doe 437, is the legal heir to Jose/Josefina Doe 437 and resides in the municipality of Corozal-Sucre.

504.     On September 23, 2002, Jose/Josefina Doe 438 was killed by AUC
Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA
and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 438, who was the
sister of Jose/Josefina Doe 438, is the legal heir to Jose/Josefina Doe 438 and resides in
the municipality of Corozal-Sucre.

505.     On September 13, 1990, Jose/Josefina Doe 439 was killed by AUC
Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA
and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 439, who was the
daughter of Jose/Josefina Doe 439, is the legal heir to Jose/Josefina Doe 439 and resides
in the municipality of Betulia-Sucre.

506.     On September 20, 2004, Jose/Josefina Doe 440 disappeared or was killed
by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with
CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 440, who
was the brother of Jose/Josefina Doe 440, is the legal heir to Jose/Josefina Doe 440 and
resides in the municipality of Corozal-Sucre.

507.     On August 8, 1999, Jose/Josefina Doe 441 was killed by AUC
Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA
and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 441, who was the
sister of Jose/Josefina Doe 441, is the legal heir to Jose/Josefina Doe 441 and resides in
the municipality of Betulia-Sucre.

508.     On December 4, 2003, Jose/Josefina Doe 442 was killed by AUC
Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA
and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 442, who was the

wife of Jose/Josefina Doe 442, is the legal heir to Jose/Josefina Doe 442 and resides in the municipality of Corozal-Sucre.

509.    On December 23, 2002, Jose/Josefina Doe 443 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 443, who was the mother of Jose/Josefina Doe 443, is the legal heir to Jose/Josefina Doe 443 and resides in the municipality of Corozal-Sucre.

510.    On March 30, 1998, Jose/Josefina Doe 444 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 444, who was the father of Jose/Josefina Doe 444, is the legal heir to Jose/Josefina Doe 444 and resides in the municipality of Corozal-Sucre.

511.    On March 3, 2003, Jose/Josefina Doe 445 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 445, who was the daughter of Jose/Josefina Doe 445, is the legal heir to Jose/Josefina Doe 445 and resides in the municipality of Corozal-Sucre.

512.    On March 5, 1997, Jose/Josefina Doe 446 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 446, who was the wife of Jose/Josefina Doe 446, is the legal heir to Jose/Josefina Doe 446 and resides in the municipality of Corozal-Sucre.

513.     On May 9, 2007, Jose/Josefina Doe 447 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 447, who was the mother of Jose/Josefina Doe 447, is the legal heir to Jose/Josefina Doe 447 and resides in the municipality of Sincelejo-Sucre.

514.     On August 30, 2000, Jose/Josefina Doe 448 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 448, who was the wife of Jose/Josefina Doe 448, is the legal heir to Jose/Josefina Doe 448 and resides in the municipality of Corozal-Sucre.

515.     On August 30, 2000, Jose/Josefina Doe 449 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 449, who was the wife of Jose/Josefina Doe 449, is the legal heir to Jose/Josefina Doe 449 and resides in the municipality of Corozal-Sucre.

516.     On July 30, 1993, Jose/Josefina Doe 450 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 450, who was the wife of Jose/Josefina Doe 450, is the legal heir to Jose/Josefina Doe 450 and resides in the municipality of Corozal-Sucre.

517.     On July 15, 2007, Jose/Josefina Doe 451 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 451, who was the

mother of Jose/Josefina Doe 451, is the legal heir to Jose/Josefina Doe 451 and resides in the municipality of Corozal-Sucre.

518.    On June 30, 2007, Jose/Josefina Doe 452 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 452, who was the wife of Jose/Josefina Doe 452, is the legal heir to Jose/Josefina Doe 452 and resides in the municipality of Corozal-Sucre.

519.    On February 7, 2006, Jose/Josefina Doe 453 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 453, who was the wife of Jose/Josefina Doe 453, is the legal heir to Jose/Josefina Doe 453 and resides in the municipality of Corozal-Sucre.

520.    On November 6, 1994, Jose/Josefina Doe 454 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 454, who was the wife of Jose/Josefina Doe 454, is the legal heir to Jose/Josefina Doe 454 and resides in the municipality of Corozal-Sucre.

521.    On December 5, 1994, Jose/Josefina Doe 455 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 455, who was the wife of Jose/Josefina Doe 455, is the legal heir to Jose/Josefina Doe 455 and resides in the municipality of Corozal-Sucre.

522.    On October 15, 1994, Jose/Josefina Doe 456 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 456, who was the mother of Jose/Josefina Doe 456, is the legal heir to Jose/Josefina Doe 456 and resides in the municipality of Corozal-Sucre.

523.    On December 16, 2007, Jose/Josefina Doe 457 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 457, who was the sister of Jose/Josefina Doe 457, is the legal heir to Jose/Josefina Doe 457 and resides in the municipality of Since-Sucre.

524.    On May 23, 2000, Jose/Josefina Doe 458 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 458, who was the mother of Jose/Josefina Doe 458, is the legal heir to Jose/Josefina Doe 458 and resides in the municipality of Corozal-Sucre.

525.    On December 31, 1998, Jose/Josefina Doe 459 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 459, who was the wife of Jose/Josefina Doe 459, is the legal heir to Jose/Josefina Doe 459 and resides in the municipality of Corozal-Sucre.

526.    On August 15, 2002, Jose/Josefina Doe 460 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 460, who was the

father of Jose/Josefina Doe 460, is the legal heir to Jose/Josefina Doe 460 and resides in the municipality of Ovejas-Sucre.

527. On December 3, 2002, Jose/Josefina Doe 461 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 461, who was the wife of Jose/Josefina Doe 461, is the legal heir to Jose/Josefina Doe 461 and resides in the municipality of Corozal-Sucre.

528. On October 21, 2001, Jose/Josefina Doe 462 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 462, who was the sister of Jose/Josefina Doe 462, is the legal heir to Jose/Josefina Doe 462 and resides in the municipality of Tolu-Sucre.

529. On October 4, 2007, Jose/Josefina Doe 463 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 463, who was the sister of Jose/Josefina Doe 463, is the legal heir to Jose/Josefina Doe 463 and resides in the municipality of Corozal-Sucre.

530. On December 4, 2006, Jose/Josefina Doe 464 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 464, who was the mother of Jose/Josefina Doe 464, is the legal heir to Jose/Josefina Doe 464 and resides in the municipality of Corozal-Sucre.

531.    On October 24, 2001, Jose/Josefina Doe 465 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 465, who was the mother of Jose/Josefina Doe 465, is the legal heir to Jose/Josefina Doe 465 and resides in the municipality of Tolu-Sucre.

532.    On February 9, 2000, Jose/Josefina Doe 466 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 466, who was the wife of Jose/Josefina Doe 466, is the legal heir to Jose/Josefina Doe 466 and resides in the municipality of Corozal-Sucre.

533.    On December 10, 1994, Jose/Josefina Doe 467 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 467, who was the daughter of Jose/Josefina Doe 467, is the legal heir to Jose/Josefina Doe 467 and resides in the municipality of Corozal-Sucre.

534.    On October 9, 2000, Jose/Josefina Doe 468 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 468, who was the sister of Jose/Josefina Doe 468, is the legal heir to Jose/Josefina Doe 468 and resides in the municipality of Corozal-Sucre.

535.    On August 28, 2007, Jose/Josefina Doe 469 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 469, who was the

mother of Jose/Josefina Doe 469, is the legal heir to Jose/Josefina Doe 469 and resides in the municipality of Betulia-Sucre.

536.    On July 19, 2001, Jose/Josefina Doe 470 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 470, who was the wife of Jose/Josefina Doe 470, is the legal heir to Jose/Josefina Doe 470 and resides in the municipality of Corozal-Sucre.

537.    On December 31, 2007, Jose/Josefina Doe 471 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 471, who was the wife of Jose/Josefina Doe 471, is the legal heir to Jose/Josefina Doe 471 and resides in the municipality of Corozal-Sucre.

538.    On July 2, 2000, Jose/Josefina Doe 472 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 472, who was the wife of Jose/Josefina Doe 472, is the legal heir to Jose/Josefina Doe 472 and resides in the municipality of Betulia-Sucre.

539.    On April 15, 1997, Jose/Josefina Doe 473 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 473, who was the son of Jose/Josefina Doe 473, is the legal heir to Jose/Josefina Doe 473 and resides in the municipality of Corozal-Sucre.

540.     On November 6, 2001, Jose/Josefina Doe 474 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 474, who was the wife of Jose/Josefina Doe 474, is the legal heir to Jose/Josefina Doe 474 and resides in the municipality of Sincelejo-Sucre.

541.     On May 9, 1999, Jose/Josefina Doe 475 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 475, who was the mother of Jose/Josefina Doe 475, is the legal heir to Jose/Josefina Doe 475 and resides in the municipality of Corozal-Sucre.

542.     On December 23, 2002, Jose/Josefina Doe 476 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 476, who was the mother of Jose/Josefina Doe 476, is the legal heir to Jose/Josefina Doe 476 and resides in the municipality of Sincelejo-Sucre.

543.     On September 22, 1993, Jose/Josefina Doe 477 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 477, who was the mother of Jose/Josefina Doe 477, is the legal heir to Jose/Josefina Doe 477 and resides in the municipality of Corozal-Sucre.

544.     On November 2, 2003, Jose/Josefina Doe 478 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 478, who was the

mother of Jose/Josefina Doe 478, is the legal heir to Jose/Josefina Doe 478 and resides in the municipality of Corozal-Sucre.

545.    On March 29, 2003, Jose/Josefina Doe 479 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 479, who was the wife of Jose/Josefina Doe 479, is the legal heir to Jose/Josefina Doe 479 and resides in the municipality of Corozal-Sucre.

546.    On May 20, 1999, Jose/Josefina Doe 480 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 480, who was the mother of Jose/Josefina Doe 480, is the legal heir to Jose/Josefina Doe 480 and resides in the municipality of Corozal-Sucre.

547.    On March 29, 2003, Jose/Josefina Doe 481 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 481, who was the mother of Jose/Josefina Doe 481, is the legal heir to Jose/Josefina Doe 481 and resides in the municipality of Corozal-Sucre.

548.    On November 11, 1995, Jose/Josefina Doe 482 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 482, who was the mother of Jose/Josefina Doe 482, is the legal heir to Jose/Josefina Doe 482 and resides in the municipality of Since-Sucre.

549.     On September 13, 2005, Jose/Josefina Doe 483 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 483, who was the father of Jose/Josefina Doe 483, is the legal heir to Jose/Josefina Doe 483 and resides in the municipality of Sincelejo-Sucre.

550.     On September 27, 2000, Jose/Josefina Doe 484 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 484, who was the mother of Jose/Josefina Doe 484, is the legal heir to Jose/Josefina Doe 484 and resides in the municipality of Betulia-Sucre.

551.     On November 7, 2006, Jose/Josefina Doe 485 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 485, who was the son of Jose/Josefina Doe 485, is the legal heir to Jose/Josefina Doe 485 and resides in the municipality of Corozal-Sucre.

552.     On September 13, 2007, Jose/Josefina Doe 486 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 486, who was the mother of Jose/Josefina Doe 486, is the legal heir to Jose/Josefina Doe 486 and resides in the municipality of Morroa-Sucre.

553.     On February 28, 1999, Jose/Josefina Doe 487 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 487, who was the

mother of Jose/Josefina Doe 487, is the legal heir to Jose/Josefina Doe 487 and resides in the municipality of Corozal-Sucre.

554.   On February 17, 1993, Jose/Josefina Doe 488 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 488, who was the wife of Jose/Josefina Doe 488, is the legal heir to Jose/Josefina Doe 488 and resides in the municipality of Morroa-Sucre.

555.   On May 6, 1995, Jose/Josefina Doe 489 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 489, who was the daughter of Jose/Josefina Doe 489, is the legal heir to Jose/Josefina Doe 489 and resides in the municipality of Corozal-Sucre.

556.   On July 9, 2002, Jose/Josefina Doe 490 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 490, who was the wife of Jose/Josefina Doe 490, is the legal heir to Jose/Josefina Doe 490 and resides in the municipality of Bolivar-Sucre.

557.   On February 3, 2006, Jose/Josefina Doe 491 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 491, who was the daughter of Jose/Josefina Doe 491, is the legal heir to Jose/Josefina Doe 491 and resides in the municipality of Corozal-Sucre.

558.    On September 27, 2000, Jose/Josefina Doe 492 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 492, who was the wife of Jose/Josefina Doe 492, is the legal heir to Jose/Josefina Doe 492 and resides in the municipality of Betulia-Sucre.

559.    On October 30, 2004, Jose/Josefina Doe 493 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 493, who was the daughter of Jose/Josefina Doe 493, is the legal heir to Jose/Josefina Doe 493 and resides in the municipality of Sincelejo-Sucre.

560.    On July 21, 2000, Jose/Josefina Doe 494 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 494, who was the father of Jose/Josefina Doe 494, is the legal heir to Jose/Josefina Doe 494 and resides in the municipality of Corozal-Sucre.

561.    On June 1, 2002, Jose/Josefina Doe 495 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 495, who was the mother of Jose/Josefina Doe 495, is the legal heir to Jose/Josefina Doe 495 and resides in the municipality of Corozal-Sucre.

562.    On November 15, 2000, Jose/Josefina Doe 496 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 496, who was the

wife of Jose/Josefina Doe 496, is the legal heir to Jose/Josefina Doe 496 and resides in the municipality of Tolu-Sucre.

563.    On January 3, 2005, Jose/Josefina Doe 497 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 497, who was the sister of Jose/Josefina Doe 497, is the legal heir to Jose/Josefina Doe 497 and resides in the municipality of Betulia-Sucre.

564.    On March 23, 2001, Jose/Josefina Doe 498 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 498, who was the wife of Jose/Josefina Doe 498, is the legal heir to Jose/Josefina Doe 498 and resides in the municipality of Corozal-Sucre.

565.    On July 28, 2005, Jose/Josefina Doe 499 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 499, who was the brother of Jose/Josefina Doe 499, is the legal heir to Jose/Josefina Doe 499 and resides in the municipality of Corozal-Sucre.

566.    On April 23, 1993, Jose/Josefina Doe 500 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 500, who was the daughter of Jose/Josefina Doe 500, is the legal heir to Jose/Josefina Doe 500 and resides in the municipality of Corozal-Sucre.

567.    On January 1, 1999, Jose/Josefina Doe 501 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 501, who was the brother of Jose/Josefina Doe 501, is the legal heir to Jose/Josefina Doe 501 and resides in the municipality of Corozal-Sucre.

568.    On January 28, 2001, Jose/Josefina Doe 502 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 502, who was the mother of Jose/Josefina Doe 502, is the legal heir to Jose/Josefina Doe 502 and resides in the municipality of Corozal-Sucre.

569.    On October 3, 1993, Jose/Josefina Doe 503 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 503, who was the daughter of Jose/Josefina Doe 503, is the legal heir to Jose/Josefina Doe 503 and resides in the municipality of Corozal-Sucre.

570.    On June 19, 2004, Jose/Josefina Doe 504 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 504, who was the daughter of Jose/Josefina Doe 504, is the legal heir to Jose/Josefina Doe 504 and resides in the municipality of Corozal-Sucre.

571.    On May 14, 2000, Jose/Josefina Doe 505 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 505, who

was the mother of Jose/Josefina Doe 505, is the legal heir to Jose/Josefina Doe 505 and resides in the municipality of Corozal-Sucre.

572.    On October 10, 2003, Jose/Josefina Doe 506 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 506, who was the sister of Jose/Josefina Doe 506, is the legal heir to Jose/Josefina Doe 506 and resides in the municipality of Corozal-Sucre.

573.    On December 4, 2006, Jose/Josefina Doe 507 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 507, who was the brother of Jose/Josefina Doe 507, is the legal heir to Jose/Josefina Doe 507 and resides in the municipality of Sincelejo-Sucre.

574.    On September 23, 2007, Jose/Josefina Doe 508 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 508, who was the sister of Jose/Josefina Doe 508, is the legal heir to Jose/Josefina Doe 508 and resides in the municipality of Corozal-Sucre.

575.    On December 31, 2004, Jose/Josefina Doe 509 was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 509, who was the daughter of Jose/Josefina Doe 509, is the legal heir to Jose/Josefina Doe 509 and resides in the municipality of Corozal-Sucre.

576.     On February 11, 1998, Jose/Josefina Doe 510 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 510, who was the wife of Jose/Josefina Doe 510, is the legal heir to Jose/Josefina Doe 510 and resides in the municipality of Corozal-Sucre.

577.     On February 6, 2007, Jose/Josefina Doe 511 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 511, who was the wife of Jose/Josefina Doe 511, is the legal heir to Jose/Josefina Doe 511 and resides in the municipality of Corozal-Sucre.

578.     On July 9, 1997, Jose/Josefina Doe 512 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 512, who was the father of Jose/Josefina Doe 512, is the legal heir to Jose/Josefina Doe 512 and resides in the municipality of Sincelejo-Sucre.

579.     On August 5, 2002, Jose/Josefina Doe 513 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 513, who was the wife of Jose/Josefina Doe 513, is the legal heir to Jose/Josefina Doe 513 and resides in the municipality of Corozal-Sucre.

580.     On December 26, 1998, Jose/Josefina Doe 514 was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 514, resides in the municipality of Corozal-Sucre.

581. On March 8, 1997, Jose/Josefina Doe 515 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 515, who was the cousin of Jose/Josefina Doe 515, is the legal heir to Jose/Josefina Doe 515 and resides in the municipality of Corozal-Sucre.

582. On June 21, 2004, Jose/Josefina Doe 516 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 516, who was the mother of Jose/Josefina Doe 516, is the legal heir to Jose/Josefina Doe 516 and resides in the municipality of Betulia-Sucre.

583. On May 26, 2000, Jose/Josefina Doe 517 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 517, who was the sister of Jose/Josefina Doe 517, is the legal heir to Jose/Josefina Doe 517 and resides in the municipality of Sincelejo-Sucre.

584. On August 25, 2003, Jose/Josefina Doe 518 was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 518 resides in the municipality of Corozal-Sucre.

585. On December 23, 2002, Jose/Josefina Doe 519 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 519, who was the mother of Jose/Josefina Doe 519, is the legal heir to Jose/Josefina Doe 519 and resides in the municipality of Corozal-Sucre.

586.    On September 3, 1995, Jose/Josefina Doe 520 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 520, who was the mother of Jose/Josefina Doe 520, is the legal heir to Jose/Josefina Doe 520 and resides in the municipality of Corozal-Sucre.

587.    On January 24, 2006, Jose/Josefina Doe 521 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 521, who was the wife of Jose/Josefina Doe 521, is the legal heir to Jose/Josefina Doe 521 and resides in the municipality of Sincelejo-Sucre.

588.    On April 20. 1996, Jose/Josefina Doe 522 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 522, who was the wife of Jose/Josefina Doe 522, is the legal heir to Jose/Josefina Doe 522 and resides in the municipality of Sincelejo-Sucre.

589.    On February 19, 2000, Jose/Josefina Doe 523 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 523, who was the son of Jose/Josefina Doe 523, is the legal heir to Jose/Josefina Doe 523 and resides in the municipality of Corozal-Sucre.

590.    On November 22, 2000, Jose/Josefina Doe 524 was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 524, who was the sister-in-law of Jose/Josefina Doe 524, is the legal heir to Jose/Josefina Doe 524 and resides in the municipality of Tolu-Viejo-Sucre.

591.    On September 4, 1996, Jose/Josefina Doe 525 was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 525, resides in the municipality of Corozal-Viejo-Sucre.

592.    On February 15, 2004, Jose/Josefina Doe 526 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 526, who was the mother of Jose/Josefina Doe 526, is the legal heir to Jose/Josefina Doe 526 and resides in the municipality of Corozal-Sucre.

593.    On December 28, 2002, Jose/Josefina Doe 527 was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 527, resides in the municipality of Corozal-Sucre.

594.    On February 8, 1999, Jose/Josefina Doe 528 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 528, who was the wife of Jose/Josefina Doe 528, is the legal heir to Jose/Josefina Doe 528 and resides in the municipality of Corozal-Sucre.

595.     On April 14, 2004, Jose/Josefina Doe 529 was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 529, resides in the municipality of Betulia-Sucre.

596.     On October 20, 2002, Jose/Josefina Doe 530 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 530, who was the wife of Jose/Josefina Doe 530, is the legal heir to Jose/Josefina Doe 530 and resides in the municipality of Corozal-Sucre.

597.     On April 29, 1997, Jose/Josefina Doe 531 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 531, who was the son of Jose/Josefina Doe 531, is the legal heir to Jose/Josefina Doe 531 and resides in the municipality of Sincelejo-Sucre.

598.     On January 11, 2003, Jose/Josefina Doe 532 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 532, who was the father of Jose/Josefina Doe 532, is the legal heir to Jose/Josefina Doe 532 and resides in the municipality of Corozal-Sucre.

599.     On November 2, 1998, Jose/Josefina Doe 533 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 533, who was the

husband of Jose/Josefina Doe 533, is the legal heir to Jose/Josefina Doe 533 and resides in the municipality of Corozal-Sucre.

600.    On September 16, 2005, Jose/Josefina Doe 534 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 534, who was the mother of Jose/Josefina Doe 534, is the legal heir to Jose/Josefina Doe 534 and resides in the municipality of Corozal-Sucre.

601.    On November 21, 2002, Jose/Josefina Doe 535 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 535, who was the niece of Jose/Josefina Doe 535, is the legal heir to Jose/Josefina Doe 535 and resides in the municipality of Corozal-Sucre.

602.    On December 22, 1999, Jose/Josefina Doe 536 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 536, who was the daughter of Jose/Josefina Doe 536, is the legal heir to Jose/Josefina Doe 536 and resides in the municipality of Betulia-Sucre.

603.    On February 10, 2000, Jose/Josefina Doe 537 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 537, who was the mother of Jose/Josefina Doe 537, is the legal heir to Jose/Josefina Doe 537 and resides in the municipality of Corozal-Sucre.

604.    On August 15, 2007, Jose/Josefina Doe 538 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 538, who was the wife of Jose/Josefina Doe 538, is the legal heir to Jose/Josefina Doe 538 and resides in the municipality of Corozal-Sucre.

605.    On December 14,1990, Jose/Josefina Doe 539 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 539, who was the sister-in-law of Jose/Josefina Doe 539, is the legal heir to Jose/Josefina Doe 539 and resides in the municipality of Corozal-Sucre.

606.    On July 16, 1996, Jose/Josefina Doe 540 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 540, who was the daughter-in-law of Jose/Josefina Doe 540, is the legal heir to Jose/Josefina Doe 540 and resides in the municipality of Cienega-Sucre.

607.    On December 21, 1996, Jose/Josefina Doe 541 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 541, who was the wife of Jose/Josefina Doe 541, is the legal heir to Jose/Josefina Doe 541 and resides in the municipality of Cienega-Sucre.

608.    On September 18, 2006, Jose/Josefina Doe 542 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 542, who was the

wife of Jose/Josefina Doe 542, is the legal heir to Jose/Josefina Doe 542 and resides in the municipality of Magdalena.

609.    On November 2, 2000, Jose/Josefina Doe 543 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 543, who was the mother of Jose/Josefina Doe 543, is the legal heir to Jose/Josefina Doe 543 and resides in the municipality of Cienega-Magdalena.

610.    On October 8, 2000, Jose/Josefina Doe 544 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 544, who was the mother of Jose/Josefina Doe 544, is the legal heir to Jose/Josefina Doe 544 and resides in the municipality of Guacamayal.

611.    On May 15, 2003, Jose/Josefina Doe 545 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 545, who was the wife of Jose/Josefina Doe 545, is the legal heir to Jose/Josefina Doe 545 and resides in the municipality of Guacamayal.

612.    On August 17, 1999, Jose/Josefina Doe 546 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 546, who was the sister of Jose/Josefina Doe 546, is the legal heir to Jose/Josefina Doe 546 and resides in the municipality of Magdalena.

613.     On May 14, 1997, Jose/Josefina Doe 547 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 547, who was the wife of Jose/Josefina Doe 547, is the legal heir to Jose/Josefina Doe 547 and resides in the municipality of Pasadiso-Aracataca.

614.     On January 19, 1998, Jose/Josefina Doe 548 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 548, who was the father of Jose/Josefina Doe 548, is the legal heir to Jose/Josefina Doe 548 and resides in the municipality of Cienaga.

615.     On July 20, 1998, Jose/Josefina Doe 549 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 549, who was the daughter of Jose/Josefina Doe 549, is the legal heir to Jose/Josefina Doe 549 and resides in the municipality of Guacamayol.

616.     On October 17, 1999, Jose/Josefina Doe 550 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 550, who was the wife of Jose/Josefina Doe 550, is the legal heir to Jose/Josefina Doe 550 and resides in the municipality of Cienaga-Magdalena.

617.     On December 31, 1996, Jose/Josefina Doe 551 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 551, who was the

wife of Jose/Josefina Doe 551, is the legal heir to Jose/Josefina Doe 551 and resides in the municipality of Cienaga-Magdalena.

618.    On May 21, 1997, Jose/Josefina Doe 552 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 552, who was the wife of Jose/Josefina Doe 552, is the legal heir to Jose/Josefina Doe 552 and resides in the municipality of Aracataca-Magdalena.

619.    On January 30, 1998, Jose/Josefina Doe 553 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 553, who was the mother of Jose/Josefina Doe 553, is the legal heir to Jose/Josefina Doe 553 and resides in the municipality of Aracataca-Magdalena.

620.    On November 12, 1996, Jose/Josefina Doe 554 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 554, who was the wife of Jose/Josefina Doe 554, is the legal heir to Jose/Josefina Doe 554 and resides in the municipality of Aracataca-Magdalena.

621.    On October 30, 1996, Jose/Josefina Doe 555 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 555, who was the sister of Jose/Josefina Doe 555, is the legal heir to Jose/Josefina Doe 555 and resides in the municipality of Aracataca-Magdalena.

622.     On March 29, 1998, Jose/Josefina Doe 556 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 556, who was the father of Jose/Josefina Doe 556, is the legal heir to Jose/Josefina Doe 556 and resides in the municipality of Cienega-Magdalena.

623.     On August 31, 2002, Jose/Josefina Doe 557 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 557, who was the wife of Jose/Josefina Doe 557, is the legal heir to Jose/Josefina Doe 557 and resides in the municipality of Aracataca-Magdalena.

624.     On March 10, 1998, Jose/Josefina Doe 558 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 558, who was the brother of Jose/Josefina Doe 558, is the legal heir to Jose/Josefina Doe 558 and resides in the municipality of Zona-Bananaira-Sevilla.

625.     On August 27, 2000, Jose/Josefina Doe 559 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 559, who was the wife of Jose/Josefina Doe 559, is the legal heir to Jose/Josefina Doe 559 and resides in the municipality of Cienega-Magdalena.

626.     On January 21, 1998, Jose/Josefina Doe 560 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 560, who was the

mother of Jose/Josefina Doe 560, is the legal heir to Jose/Josefina Doe 560 and resides in the municipality of Cienega-Magdalena.

627.    On September 1, 1999, Jose/Josefina Doe 561 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 561, who was the brother of Jose/Josefina Doe 561, is the legal heir to Jose/Josefina Doe 561 and resides in the municipality of Sevilla.

628.    On March 12, 1999, Jose/Josefina Doe 562 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 562, who was the mother of Jose/Josefina Doe 562, is the legal heir to Jose/Josefina Doe 562 and resides in the municipality of Cienega-Magdalena.

629.    On January 24, 1997, Jose/Josefina Doe 563 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 563, who was the wife of Jose/Josefina Doe 563, is the legal heir to Jose/Josefina Doe 563 and resides in the municipality of Cienega-Magdalena.

630.    On May 4, 1997, Jose/Josefina Doe 564 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 564, who was the mother of Jose/Josefina Doe 564, is the legal heir to Jose/Josefina Doe 564 and resides in the municipality of Cienega-Magdalena.

631.     On February 1, 1998, Jose/Josefina Doe 565A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 565A, who was the daughter of Jose/Josefina Doe 565A, is the legal heir to Jose/Josefina Doe 565A and resides in the municipality of Cienega-Magdalena.

632.     On February 1, 1998, Jose/Josefina Doe 565B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 565B, who was the daughter of Jose/Josefina Doe 565B, is the legal heir to Jose/Josefina Doe 565B and resides in the municipality of Cienega-Magdalena.

633.     On March 12, 1998, Jose/Josefina Doe 566 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 566, who was the mother of Jose/Josefina Doe 566, is the legal heir to Jose/Josefina Doe 566 and resides in the municipality of Cienega-Magdalena.

634.     On July 29, 1998, Jose/Josefina Doe 567 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 567, who was the mother of Jose/Josefina Doe 567, is the legal heir to Jose/Josefina Doe 567 and resides in the municipality of Aracataca-Magdalena.

635.     On February 6, 1998, Jose/Josefina Doe 568 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 568, who was the

mother of Jose/Josefina Doe 568, is the legal heir to Jose/Josefina Doe 568 and resides in the municipality of Aracataca-Magdalena.

636.    On March 30, 1998, Jose/Josefina Doe 569 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 569, who was the sister of Jose/Josefina Doe 569, is the legal heir to Jose/Josefina Doe 569 and resides in the municipality of Tulia-Valle.

637.    On August 3, 1996, Jose/Josefina Doe 570 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 570, who was the son of Jose/Josefina Doe 570, is the legal heir to Jose/Josefina Doe 570 and resides in the municipality of Cienega-Magdalena.

638.    On November 24, 2000, Jose/Josefina Doe 571 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 571, who was the wife of Jose/Josefina Doe 571, is the legal heir to Jose/Josefina Doe 571 and resides in the municipality of Cienega-Magdalena.

639.    On September 8, 2003, Jose/Josefina Doe 572 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 572, who was the mother of Jose/Josefina Doe 572, is the legal heir to Jose/Josefina Doe 572 and resides in the municipality of Aracataca-Magdalena.

640.     On September 12, 2001, Jose/Josefina Doe 573 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 573, who was the brother of Jose/Josefina Doe 573, is the legal heir to Jose/Josefina Doe 573 and resides in the municipality of Macondo.

641.     On May 13, 2002, Jose/Josefina Doe 574 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 574, who was the sister of Jose/Josefina Doe 574, is the legal heir to Jose/Josefina Doe 574 and resides in the municipality of Aracataca-Magdalena.

642.     On August 31, 2005, Jose/Josefina Doe 575 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 575, who was the wife of Jose/Josefina Doe 575, is the legal heir to Jose/Josefina Doe 575 and resides in the municipality of Cienega-Magdalena.

643.     On March 16, 2002, Jose/Josefina Doe 576 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 576, who was the wife of Jose/Josefina Doe 576, is the legal heir to Jose/Josefina Doe 576 and resides in the municipality of Aracataca-Magdalena.

644.     On January 16, 2001, Jose/Josefina Doe 577 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 577, who was the

mother of Jose/Josefina Doe 577, is the legal heir to Jose/Josefina Doe 577 and resides in the municipality of Zona-Banarera.

645.    On August 11, 2000, Jose/Josefina Doe 578 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 578, who was the mother of Jose/Josefina Doe 578, is the legal heir to Jose/Josefina Doe 578 and resides in the municipality of Cienega-Magdalena.

646.    On September 18, 2001, Jose/Josefina Doe 579 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 579, who was the mother of Jose/Josefina Doe 579, is the legal heir to Jose/Josefina Doe 579 and resides in the municipality of Cienega-Magdalena.

647.    On March 7, 1996, Jose/Josefina Doe 580 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 580, who was the wife of Jose/Josefina Doe 580, is the legal heir to Jose/Josefina Doe 580 and resides in the municipality of Aracataca-Magdalena.

648.    On August 29, 1996, Jose/Josefina Doe 581 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 581, who was the cousin of Jose/Josefina Doe 581, is the legal heir to Jose/Josefina Doe 581 and resides in the municipality of Aracataca-Magdalena.

649.     On May 16, 2001, Jose/Josefina Doe 582 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 582, who was the wife of Jose/Josefina Doe 582, is the legal heir to Jose/Josefina Doe 582 and resides in the municipality of Aracataca-Magdalena.

650.     On May 29, 1997, Jose/Josefina Doe 583 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 583, who was the wife of Jose/Josefina Doe 583, is the legal heir to Jose/Josefina Doe 583 and resides in the municipality of Cienega-Magdalena.

651.     On August 17, 1999, Jose/Josefina Doe 584 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 584, who was the daughter of Jose/Josefina Doe 584, is the legal heir to Jose/Josefina Doe 584 and resides in the municipality of Aracataca-Magdalena.

652.     On August 5, 2001, Jose/Josefina Doe 585 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 585, who was the cousin of Jose/Josefina Doe 585, is the legal heir to Jose/Josefina Doe 585 and resides in the municipality of Cienega-Magdalena.

653.     On March 12, 1998, Jose/Josefina Doe 586 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 586, who was the

mother of Jose/Josefina Doe 586, is the legal heir to Jose/Josefina Doe 586 and resides in the municipality of Cienega-Magdalena.

654.    On July 15, 2000, Jose/Josefina Doe 587A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 587A, who was the sister of Jose/Josefina Doe 587A, is the legal heir to Jose/Josefina Doe 587A and resides in the municipality of Bananera-Sevilla.

655.    On February 24, 1997, Jose/Josefina Doe 587B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 587B, who was the sister of Jose/Josefina Doe 587B, is the legal heir to Jose/Josefina Doe 587B and resides in the municipality of Bananera-Sevilla.

656.    On July 15, 2000, Jose/Josefina Doe 587C was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 587C, who was the sister of Jose/Josefina Doe 587C, is the legal heir to Jose/Josefina Doe 587C and resides in the municipality of Bananera-Sevilla.

657.    On March 5, 1997, Jose/Josefina Doe 588 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 588, who was the wife of Jose/Josefina Doe 588, is the legal heir to Jose/Josefina Doe 588 and resides in the municipality of Apartado-Antioquia.

658.    On March 29, 2006, Jose/Josefina Doe 589 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 589, who was the wife of Jose/Josefina Doe 589, is the legal heir to Jose/Josefina Doe 589 and resides in the municipality of Cienega-Magdalena.

659.    On August 17, 2002, Jose/Josefina Doe 590 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 590, who was the sister of Jose/Josefina Doe 590, is the legal heir to Jose/Josefina Doe 590 and resides in the municipality of Cienega-Magdalena.

660.    On March 20, 1997, Jose/Josefina Doe 591 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 591, who was the wife of Jose/Josefina Doe 591, is the legal heir to Jose/Josefina Doe 591 and resides in the municipality of Cienega-Magdalena.

661.    On December 27, 2006, Jose/Josefina Doe 592 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 592, who was the father of Jose/Josefina Doe 592, is the legal heir to Jose/Josefina Doe 592 and resides in the municipality of El Reten-Magdalena.

662.    On March 10, 2000, Jose/Josefina Doe 593 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 593, who was the

wife of Jose/Josefina Doe 593, is the legal heir to Jose/Josefina Doe 593 and resides in the municipality of Pueblo Viejo-Magdalena.

663.    On September 5, 2005, Jose/Josefina Doe 594 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 594, who was the wife of Jose/Josefina Doe 594, is the legal heir to Jose/Josefina Doe 594 and resides in the municipality of Aracataca-Magdalena.

664.    On May 24, 2004, Jose/Josefina Doe 595 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 595, who was the mother of Jose/Josefina Doe 595, is the legal heir to Jose/Josefina Doe 595 and resides in the municipality of Aracataca-Magdalena.

665.    On March 4, 1999, Jose/Josefina Doe 596 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 596, who was the mother of Jose/Josefina Doe 596, is the legal heir to Jose/Josefina Doe 596 and resides in the municipality of Fundacion-Magdalena.

666.    On June 13, 1999, Jose/Josefina Doe 597 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 597, who was the mother of Jose/Josefina Doe 597, is the legal heir to Jose/Josefina Doe 597 and resides in the municipality of Aracataca-Magdalena.

667.     On February 16, 1996, Jose/Josefina Doe 598 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 598, who was the wife of Jose/Josefina Doe 598, is the legal heir to Jose/Josefina Doe 598 and resides in the municipality of Aracataca-Magdalena.

668.     On September 16, 2002, Jose/Josefina Doe 599A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 599A, who was the father of Jose/Josefina Doe 599A, is the legal heir to Jose/Josefina Doe 599A and resides in the municipality of Fundacion-Magdalena.

669.     On July 20, 2004, Jose/Josefina Doe 599B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 599B, who was the father of Jose/Josefina Doe 599B is the legal heir to Jose/Josefina Doe 599B and resides in the municipality of Fundacion-Magdalena.

670.     On July 13, 2005, Jose/Josefina Doe 599C was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 599C, who was the father of Jose/Josefina Doe 599C is the legal heir to Jose/Josefina Doe 599C and resides in the municipality of Fundacion-Magdalena.

671.     On June 5, 1998, Jose/Josefina Doe 600 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 600, who

was the wife of Jose/Josefina Doe 600 is the legal heir to Jose/Josefina Doe 600 and resides in the municipality of Invacion Nueva Esperanza.

672.    On February 22, 1999, Jose/Josefina Doe 601 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 601, who was the mother of Jose/Josefina Doe 601 is the legal heir to Jose/Josefina Doe 601 and resides in the municipality of Cienega-Magdalena.

673.    On January 18, 1998, Jose/Josefina Doe 602 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 602, who was the mother of Jose/Josefina Doe 602 is the legal heir to Jose/Josefina Doe 602 and resides in the municipality of Aracataca-Magdalena.

674.    On April 20, 2003, Jose/Josefina Doe 603 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 603, who was the brother of Jose/Josefina Doe 603 is the legal heir to Jose/Josefina Doe 603 and resides in the municipality of Zona-Bananera-Sevilla.

675.    On March 15, 2003, Jose/Josefina Doe 604 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 604, who was the father of Jose/Josefina Doe 604 is the legal heir to Jose/Josefina Doe 604 and resides in the municipality of Barrio El Carmen.

676.     On September 28, 2003, Jose/Josefina Doe 605 disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 605, who was the wife of Jose/Josefina Doe 605 is the legal heir to Jose/Josefina Doe 605 and resides in the municipality of Fundacion-Magdalena.

677.     On April 10. 2002, Jose/Josefina Doe 606 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 606, who was the wife of Jose/Josefina Doe 606 is the legal heir to Jose/Josefina Doe 606 and resides in the municipality of Juridicion de Cienega-Magdalena.

678.     On January 14, 2005, Jose/Josefina Doe 607 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 607, who was the mother of Jose/Josefina Doe 607 is the legal heir to Jose/Josefina Doe 607 and resides in the municipality of Aracataca-Magdalena.

679.     On October 28, 2005, Jose/Josefina Doe 608 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 608, who was the father of Jose/Josefina Doe 608 is the legal heir to Jose/Josefina Doe 608 and resides in the municipality of Barranquilla.

680.     On November 13, 2004, Jose/Josefina Doe 609 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 609, who was the

sister of Jose/Josefina Doe 609 is the legal heir to Jose/Josefina Doe 609 and resides in the municipality of Aracataca-Magdalena.

681.    On March 14, 1998, Jose/Josefina Doe 610 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 610, who was the mother of Jose/Josefina Doe 610 is the legal heir to Jose/Josefina Doe 610 and resides in the municipality of Turueica-Magdalena.

682.    On August 6, 1997, Jose/Josefina Doe 611A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 611A, who was the mother of Jose/Josefina Doe 611A is the legal heir to Jose/Josefina Doe 611A and resides in the municipality of Cienega-Magdalena.

683.    On August 6, 1997, Jose/Josefina Doe 611B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 611B, who was the mother of Jose/Josefina Doe 611B is the legal heir to Jose/Josefina Doe 611B and resides in the municipality of Cienega-Magdalena.

684.    On October 31, 2000, Jose/Josefina Doe 612 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 612, who was the wife of Jose/Josefina Doe 612 is the legal heir to Jose/Josefina Doe 612 and resides in the municipality of Cienega-Magdalena.

685.     On January 1, 2001, Jose/Josefina Doe 613 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 613, who was the mother of Jose/Josefina Doe 613 is the legal heir to Jose/Josefina Doe 613 and resides in the municipality of Cienega-Magdalena.

686.     On December 4, 2005, Jose/Josefina Doe 614A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 614A, who was the mother of Jose/Josefina Doe 614A is the legal heir to Jose/Josefina Doe 614A and resides in the municipality of Cienega-Magdalena.

687.     On January 20, 2005, Jose/Josefina Doe 614B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 614B, who was the mother of Jose/Josefina Doe 614B is the legal heir to Jose/Josefina Doe 614B and resides in the municipality of Cienega-Magdalena.

688.     On July 30, 2002, Jose/Josefina Doe 615A was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 615A, who was the mother of Jose/Josefina Doe 615A is the legal heir to Jose/Josefina Doe 615A and resides in the municipality of Cienega-Magdalena.

689.     On January 24, 2004, Jose/Josefina Doe 615B was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 615B, who was the

mother of Jose/Josefina Doe 615B is the legal heir to Jose/Josefina Doe 615B and resides in the municipality of Cienega-Magdalena.

690.    On May 11, 2004, Jose/Josefina Doe 615C was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 615C, who was the mother of Jose/Josefina Doe 615C is the legal heir to Jose/Josefina Doe 615C and resides in the municipality of Cienega-Magdalena.

691.    On February 10, 2002, Jose/Josefina Doe 616 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 616, who was the sister of Jose/Josefina Doe 616 is the legal heir to Jose/Josefina Doe 616 and resides in the municipality of Cienega-Magdalena.

692.    On September 24, 1998, Jose/Josefina Doe 617 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 617, who was the brother of Jose/Josefina Doe 617 is the legal heir to Jose/Josefina Doe 617 and resides in the municipality of Valle del Cauca.

693.    On March 14, 2001, Jose/Josefina Doe 618 was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 618, who was the wife of Jose/Josefina Doe 618 is the legal heir to Jose/Josefina Doe 618 and resides in the municipality of Apartado-Antioquia.

694.    On November 5, 1997, Jose/Josefina Doe 619, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 619 is the legal heir to Jose/Josefina Doe 619 and resides in the municipality of Las Mercedes.

695.    On March 8, 2008, Jose/Josefina Doe 620, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 620, who is the sister of Jose/Josefina Doe 620, is the legal heir to Jose/Josefina Doe 620 and resides in the municipality of Corozal, Sucre.

696.    On August 30, 1998, Jose/Josefina Doe 621, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 621, who is the wife of Jose/Josefina Doe 621, is the legal heir to Jose/Josefina Doe 621 and resides in the municipality of Corozal, Sucre.

697.    On January 24, 2002, Jose/Josefina Doe 622, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 622, who is the father of Jose/Josefina Doe 622, is the legal heir to Jose/Josefina Doe 622 and resides in the municipality of Sincelejo, Sucre.

698.    On July 4, 2003, Jose/Josefina Doe 623, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 623, who is the wife

of Jose/Josefina Doe 623, is the legal heir to Jose/Josefina Doe 623 and resides in the municipality of Corozal, Sucre.

699.    On September 8, 2006, Jose/Josefina Doe 624, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 624, who is the mother of Jose/Josefina Doe 624, is the legal heir to Jose/Josefina Doe 624 and resides in the municipality of Sincelejo, Sucre.

700.    On December 31, 2007, Jose/Josefina Doe 625, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 625, who is the brother of Jose/Josefina Doe 625, is the legal heir to Jose/Josefina Doe 625 and resides in the municipality of Corozal, Sucre.

701.    On March 7, 2003, Jose/Josefina Doe 626, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 626, who is the wife of Jose/Josefina Doe 626, is the legal heir to Jose/Josefina Doe 626 and resides in the municipality of Corozal, Sucre.

702.    On August 20, 1992, Jose/Josefina Doe 627, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 627, who is the wife of Jose/Josefina Doe 627, is the legal heir to Jose/Josefina Doe 627 and resides in the municipality of Corozal, Sucre.

703.    On February 14, 2004, Jose/Josefina Doe 628, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 628, who is the mother of Jose/Josefina Doe 628, is the legal heir to Jose/Josefina Doe 628 and resides in the municipality of Los Palmitos, Sucre.

704.    On January 30, 2005, Jose/Josefina Doe 629, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 629, who is the sister of Jose/Josefina Doe 629, is the legal heir to Jose/Josefina Doe 629 and resides in the municipality of Corozal, Sucre.

705.    On February 20, 2003, Jose/Josefina Doe 630, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 630, who is the wife of Jose/Josefina Doe 630, is the legal heir to Jose/Josefina Doe 630 and resides in the municipality of Corozal, Sucre.

706.    On March 24, 2004, Jose/Josefina Doe 631, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 631, who is the sister of Jose/Josefina Doe 631, is the legal heir to Jose/Josefina Doe 631 and resides in the municipality of Betulia, Sucre.

707.    On March 29, 2005, Jose/Josefina Doe 632, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 632, who is the wife

of Jose/Josefina Doe 632, is the legal heir to Jose/Josefina Doe 632 and resides in the municipality of Sincelejo, Sucre.

708.    On May 2, 1997, Jose/Josefina Doe 633, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 633, who is the son of Jose/Josefina Doe 633, is the legal heir to Jose/Josefina Doe 633 and resides in the municipality of Corozal, Sucre.

709.    On April 15, 2006, Jose/Josefina Doe 634, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 634, who is the sister of Jose/Josefina Doe 634, is the legal heir to Jose/Josefina Doe 634 and resides in the municipality of Corozal, Sucre.

710.    On October 13, 2002, Jose/Josefina Doe 635, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana 635, who is the daughter of Jose/Josefina Doe 635, is the legal heir to Jose/Josefina Doe 635 and resides in the municipality of Corozal, Sucre.

711.    On January 3, 2005, Jose/Josefina Doe 636, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 636, who is the sister of Jose/Josefina Doe 636, is the legal heir to Jose/Josefina Doe 636 and resides in the municipality of Corozal, Sucre.

712.     On February 11, 2005, Jose/Josefina Doe 637, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 637, who is the mother of Jose/Josefina Doe 637, is the legal heir to Jose/Josefina Doe 637 and resides in the municipality of Corozal, Sucre.

713.     On January 19, 2000, Jose/Josefina Doe 638, was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 638 resides in the municipality of Sincelejo, Sucre.

714.     On September 20, 2002, Jose/Josefina Doe 639, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana 639, who is the father of Jose/Josefina Doe 639, is the legal heir to Jose/Josefina Doe 639 and resides in the municipality of Sincelejo, Sucre.

715.     On August 28, 1998, Jose/Josefina Doe 640, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 640, who is the wife of Jose/Josefina Doe 640, is the legal heir to Jose/Josefina Doe 640 and resides in the municipality of Corozal, Sucre.

716.     On March 3, 1999, Jose/Josefina Doe 641, was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 641

with loss of services to Plaintiff Jose/Josefina Doe 642 reside in the municipality of Corozal, Sucre.

717.   On January 4, 1992, Jose/Josefina Doe 643, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana 643, who is the wife of Jose/Josefina Doe 643, is the legal heir to Jose/Josefina Doe 643 and resides in the municipality of Corozal, Sucre.

718.   On October 2, 2001, Jose/Josefina Doe 644, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 644, who is the wife of Jose/Josefina Doe 644, is the legal heir to Jose/Josefina Doe 644 and resides in the municipality of Sincelejo, Sucre.

719.   On April 4, 2006, Jose/Josefina Doe 645, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 645, who is the mother of Jose/Josefina Doe 645, is the legal heir to Jose/Josefina Doe 645 and resides in the municipality of Corozal, Sucre.

720.   On March 21, 1997, Jose/Josefina Doe 646, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 646, who is the sister of Jose/Josefina Doe 646, is the legal heir to Jose/Josefina Doe 646 and resides in the municipality of Sincelejo, Sucre.

721.     On March 4, 2006, Jose/Josefina Doe 647, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 647 is the legal heir to Jose/Josefina Doe 647 and resides in the municipality of Corozal, Sucre.

722.     On September 8, 2003, Jose/Josefina Doe 648, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 648, who is the father of Jose/Josefina Doe 648, is the legal heir to Jose/Josefina Doe 648 and resides in the municipality of Corozal, Sucre.

723.     On September 27, 1997, Jose/Josefina Doe 649, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 649, who is the brother of Jose/Josefina Doe 649, is the legal heir to Jose/Josefina Doe 649 and resides in the municipality of Sincelejo, Sucre.

724.     On May 21, 2003, Jose/Josefina Doe 650, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 650, who is the mother of Jose/Josefina Doe 650, is the legal heir to Jose/Josefina Doe 650 and resides in the municipality of Sincelejo, Sucre.

725.     On March 1, 2005, Jose/Josefina Doe 651, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 651, who is the

mother of Jose/Josefina Doe 651, is the legal heir to Jose/Josefina Doe 651 and resides in the municipality of Corozal, Sucre.

726.    On April 7, 2002, Jose/Josefina Doe 652, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 652, who is the wife of Jose/Josefina Doe 652, is the legal heir to Jose/Josefina Doe 652 and resides in the municipality of Sincelejo, Sucre.

727.    On September 6, 1997, Jose/Josefina Doe 653, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 653, who is the daughter of Jose Jose/Josefina Doe 653, is the legal heir to Jose/Josefina Doe 653 and resides in the municipality of Corozal, Sucre.

728.    On November 2, 1998, Jose/Josefina Doe 654, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 654A, who is the son of Jose/Josefina Doe 654, is the legal heir to Jose/Josefina Doe 654 and resides in the municipality of Corozal, Sucre.

729.    On November 2, 1998, Jose/Josefina Doe 654, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 654B, who is the daughter of Jose/Josefina Doe 654, is the legal heir to Jose/Josefina Doe 654 and resides in the municipality of Corozal, Sucre.

730.     On May 9, 1996, Jose/Josefina Doe 655, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 655, who is the mother of Jose/Josefina Doe 655, is the legal heir to Jose/Josefina Doe 655 and resides in the municipality of Corozal, Sucre.

731.     On June 16, 2002, Jose/Josefina Doe 656, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 656, who is the mother of Jose/Josefina Doe 656, is the legal heir to Jose/Josefina Doe 656 and resides in the municipality of Corozal, Sucre.

732.     On May 16, 2006, Jose/Josefina Doe 657, was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 657 with loss of services to Plaintiff Juan/Juana Doe 657, who is the mother of Jose/Josefina Doe 657, reside in the municipality of Betulia, Sucre.

733.     On September 8, 2008, Jose/Josefina Doe 658, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 658, who is the brother of Jose/Josefina Doe 658, is the legal heir to Jose/Josefina Doe 658 and resides in the municipality of Corozal, Sucre.

734.     On May 1, 2001, Jose/Josefina Doe 659, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 659, who is the wife

of Jose/Josefina Doe 659, is the legal heir to Jose/Josefina Doe 659 and resides in the municipality of Corozal, Sucre.

735. On June 20, 2004, Jose/Josefina Doe 660, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 660, who is the wife of Jose/Josefina Doe 660, is the legal heir to Jose/Josefina Doe 660 and resides in the municipality of Sincelejo, Sucre.

736. On June 25, 2000, Jose/Josefina Doe 661, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 661, who is the brother of Jose/Josefina Doe 661, is the legal heir to Jose/Josefina Doe 661 and resides in the municipality of Corozal, Sucre.

737. On May 10, 1998, Jose/Josefina Doe 662, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 662, who is the wife of Jose/Josefina Doe 662, is the legal heir to Jose/Josefina Doe 662 and resides in the municipality of Corozal, Sucre.

738. On November 10, 2000, Jose/Josefina Doe 663, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 663, who is the wife of Jose/Josefina Doe 663, is the legal heir to Jose/Josefina Doe 663 and resides in the municipality of Corozal, Sucre.

739.    On June 6, 2004, Jose/Josefina Doe 664, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 664, who is the wife of Jose/Josefina Doe 664, is the legal heir to Jose/Josefina Doe 664 and resides in the municipality of Corozal, Sucre.

740.    On July 6, 1992, Jose/Josefina Doe 665, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 665, who is the brother of Jose/Josefina Doe 665, is the legal heir to Jose/Josefina Doe 665 and resides in the municipality of Corozal, Sucre.

741.    On October 12, 2005, Jose/Josefina Doe 666, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 666, who is the father-in-law of Jose/Josefina Doe 666, is the legal heir to Jose/Josefina Doe 666 and resides in the municipality of Corozal, Sucre.

742.    On June 29, 2005, Jose/Josefina Doe 667, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 667, who is the wife of Jose/Josefina Doe 667, is the legal heir to Jose/Josefina Doe 667 and resides in the municipality of Corozal, Sucre.

743.    On September 8, 2000, Jose/Josefina Doe 668, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 668, who is the wife

of Jose/Josefina Doe 668, is the legal heir to Jose/Josefina Doe 668 and resides in the municipality of Corozal, Sucre.

744.    On December 4, 2003, Jose/Josefina Doe 669, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 669, who is the mother of Jose/Josefina Doe 669, is the legal heir to Jose/Josefina Doe 669 and resides in the municipality of Corozal, Sucre.

745.    On November 2, 1998, Jose/Josefina Doe 670, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 670, who is the daughter of Jose/Josefina Doe 670, is the legal heir to Jose/Josefina Doe 670 in the municipality of Corozal, Sucre.

746.    On December 26, 1998, Jose/Josefina Doe 671, was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 671 resides in the municipality of Coroza, Sucre.

747.    On September 13, 2001, Jose/Josefina Doe 672, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana 672, who is the sister of Jose/Josefina Doe 672, is the legal heir to Jose/Josefina Doe 672 and resides in the municipality of Corozal, Sucre.

748.    On March 28, 2006, Jose/Josefina Doe 673, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 673, who is the wife of Jose/Josefina Doe 673, is the legal heir to Jose/Josefina Doe 673 and resides in the municipality of Corozal, Sucre.

749. On November 6, 2003, Jose/Josefina Doe 674, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 674, who is the daughter of Jose/Josefina Doe 674, is the legal heir to Jose/Josefina Doe 674 and resides in the municipality of Sincelejo, Sucre.

750. On July 11, 2007, Jose/Josefina Doe 675, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 675, who is the sister of Jose/Josefina Doe 675, is the legal heir to Jose/Josefina Doe 675 and resides in the municipality of Corozal, Sucre.

751. On January 26, 2002, Jose/Josefina Doe 676, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 676, who is the wife of Jose/Josefina Doe 676, is the legal heir to Jose/Josefina Doe 676 and resides in the municipality of Corozal, Sucre.

752. On October 21, 1997, Jose/Josefina Doe 677, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 677, who is the sister of Jose/Josefina Doe 677, is the legal heir to Jose/Josefina Doe 677 and resides in the municipality of Corozal, Sucre.

753.     On June 18, 1996, Jose/Josefina Doe 678, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 678, who is the partner of Jose/Josefina Doe 678, is the legal heir to Jose/Josefina Doe 678 and resides in the municipality of Corozal, Sucre.

754.     On November 22, 1999, Jose/Josefina Doe 679, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 679, who is the wife of Jose/Josefina Doe 679, is the legal heir to Jose/Josefina Doe 679 and resides in the municipality of Corozal, Sucre.

755.     On May 11, 1992, Jose/Josefina Doe 680, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 680, who is the sister of Jose/Josefina Doe 680, is the legal heir to Jose/Josefina Doe 680 and resides in the municipality of Corozal, Sucre.

756.     On September 6, 1997, Jose/Josefina Doe 681, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 681 is the legal heir to Jose/Josefina Doe 681 and resides in the municipality of Corozal, Sucre.

757.     On December 21, 1996, Jose/Josefina Doe 682, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 682, who is the wife

of Jose/Josefina Doe 682, is the legal heir to Jose/Josefina Doe 682 and resides in the municipality of Corozal, Sucre.

758.    On December 15, 1998, Jose/Josefina Doe 683, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 683, who is the sister of Jose/Josefina Doe 683, is the legal heir to Jose/Josefina Doe 683 and resides in the municipality of Corozal, Sucre.

759.    On January 23, 1994, Jose/Josefina Doe 684, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 684 is the legal heir to Jose/Josefina Doe 684 and resides in the municipality of Corozal, Sucre.

760.    On September 20, 2000, Jose/Josefina Doe 685, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 685, who is the wife of Jose/Josefina Doe 685, is the legal heir to Jose/Josefina Doe 685 and resides in the municipality of Antioquia..

761.    On August 31, 2002, Jose/Josefina Doe 686, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 686, who is the sister of Jose/Josefina Doe 686, is the legal heir to Jose/Josefina Doe 686 and resides in the municipality of Cienaga, Magdalena.

762.    On September 26, 2001, Jose/Josefina Doe 687, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 687, who is the wife of Jose/Josefina Doe 687, is the legal heir to Jose/Josefina Doe 687 and resides in the municipality of Cienaga, Magdalena.

763.    On July 4, 1995, Jose/Josefina Doe 688A, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 688, who is the mother of Jose/Josefina Doe 688A, is the legal heir to Jose/Josefina Doe 688A and resides in the municipality of Policarpa, Antioquia.

764.    On November 27, 1985, Jose/Josefina Doe 688B, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 688, who is the mother of Jose/Josefina Doe 688B, is the legal heir to Jose/Josefina Doe 688B and resides in the municipality of Policarpa, Antioquia.

765.    On December 9, 1995, Jose/Josefina Doe 688C, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 688, who is the mother of Jose/Josefina Doe 688C, is the legal heir to Jose/Josefina Doe 688C and resides in the municipality of Policarpa, Antioquia.

766.    On January 3, 1995, Jose/Josefina Doe 689, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 689, who is the partner of Idelber Hernandez Gomez Jose/Josefina Doe 689, is the legal heir to Jose/Josefina Doe 689 and resides in the municipality of Policarpa, Antioquia.

767.    On April 16, 2004, Jose/Josefina Doe 690A, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 690A, who is the sister of Jose/Josefina Doe 690A, is the legal heir to Jose/Josefina Doe 690A and resides in the municipality of Policarpa, Antioquia.

768.    On April 16, 2004, Jose/Josefina Doe 690A, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 690B, who is the mother of Jose/Josefina Doe 690A, is the legal heir to Jose/Josefina Doe 690A and resides in the municipality of Policarpa, Antioquia.

769.    On July 18, 2002, Jose/Josefina Doe 690B, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 690A, who is the partner of Jose/Josefina Doe 690B, is the legal heir to Jose/Josefina Doe 690B and resides in the municipality of Policarpa, Antioquia.

770.    On April 18, 1996, Jose/Josefina Doe 691, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 691, who is the mother of Jose/Josefina Doe 691, is the legal heir to Jose/Josefina Doe 691 and resides in the municipality of Policarpa, Antioquia

771.    On August 21, 1996, Jose/Josefina Doe 692, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana 692, who is the partner of

Jose/Josefina Doe 692, is the legal heir to Jose/Josefina Doe 692 and resides in the municipality of Policarpa, Antioquia.

772.    On January 25, 2005, Jose/Josefina Doe 693, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 693, who is the son of Jose/Josefina Doe 693, is the legal heir to Jose/Josefina Doe 693 and resides in the municipality of Cienaga, Magdalena.

773.    On January 21, 1998, Jose/Josefina Doe 694, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 694, who is the brother of Jose/Josefina Doe 694, is the legal heir to Jose/Josefina Doe 694 and resides in the municipality of Cienaga, Magdalena.

774.    On June 19, 2004, Jose/Josefina Doe 695, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 695, who is the father of Jose/Josefina Doe 695, is the legal heir to Jose/Josefina Doe 695 and resides in the municipality of Sevilla, Magdalena.

775.    On May 29, 2003, Jose/Josefina Doe 696, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 696, who is the mother of Jose/Josefina Doe 696, is the legal heir to Jose/Josefina Doe 696 and resides in the municipality of Cienaga, Magdalena.

776.    On June 28, 1999, Jose/Josefina Doe 697, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 697, who is the partner of Jose/Josefina Doe 697, is the legal heir to Jose/Josefina Doe 697 and resides in the municipality of Cienaga, Magdalena.

777.    On May 24, 2005, Jose/Josefina Doe 698, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 698, who is the partner of Jose/Josefina Doe 698, is the legal heir to Jose/Josefina Doe 698 and resides in the municipality of Cienaga, Magdalena.

778.    On March 16, 1994, Jose/Josefina Doe 699, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 699, who is the sister of Jose/Josefina Doe 699, is the legal heir to Jose/Josefina Doe 699 and resides in the municipality of Cienaga, Magdalena.

779.    On January 29, 1994, Jose/Josefina Doe 700A, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 700, who is the daughter of Jose/Josefina Doe 700A, is the legal heir to Jose/Josefina Doe 700A and resides in the municipality of Cienaga, Magdalena.

780.    On June 9, 2000, Jose/Josefina Doe 700B, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 700, who is the sister

of Jose/Josefina Doe 700B, is the legal heir to Jose/Josefina Doe 700B and resides in the

municipality of Cienaga, Magdalena.

781.    On January 20, 1992, Jose/Josefina Doe 701, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 701, who is the

brother of Jose/Josefina Doe 701, is the legal heir to Jose/Josefina Doe 701 and resides in

the municipality of Aracataca, Mayol.

782.    On September 13, 2008, Jose/Josefina Doe 702, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 702, who is the father

of Jose/Josefina Doe 702, is the legal heir to Jose/Josefina Doe 702 and resides in the

municipality of San Pues, Aracataca.

783.    On April 16, 1996, Jose/Josefina Doe 703, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 703, who is the sister

of Jose/Josefina Doe 703, is the legal heir to Jose/Josefina Doe 703 and resides in the

municipality of Vuelta el Torito, Aracataca.

784.    On March 16, 2001, Jose/Josefina Doe 704, was shot and severely injured

by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose/Josefina Doe 704

resides in the municipality of Vuelta el Torito, Aracataca.

785.    On October 9, 1995, Jose/Josefina Doe 705, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 705, who is the sister of Jose/Josefina Doe 705, is the legal heir to Jose/Josefina Doe 705 and resides in the municipality of Aracataca, Mayol.

786.    On July 26, 1995, Jose/Josefina Doe 706, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 706, who is the daughter of Jose/Josefina Doe 706, is the legal heir to Jose/Josefina Doe 706 and resides in the municipality of San Helisa, Fundacion.

787.    On August 1, 1998, Jose/Josefina Doe 707, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 707, who is the daughter of Jose/Josefina Doe 707, is the legal heir to Jose/Josefina Doe 707 and resides in the municipality of Aracataca, Mayol.

788.    On September 4, 2007, Jose/Josefina Doe 708, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 708, who is the wife of Jose/Josefina Doe 708, is the legal heir to Jose/Josefina Doe 708 and resides in the municipality of Fundacion, Magdalena.

789.    On March 11, 2004, Jose/Josefina Doe 709, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 709, who is the wife of Jose/Josefina Doe 709, is the legal heir to Jose/Josefina Doe 709 and resides in the municipality of Vuelta el Torito, Aracataca.

790.    On July 17, 2004, Jose/Josefina Doe 710, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 710, who is the wife of Jose/Josefina Doe 710, is the legal heir to Jose/Josefina Doe 710 and resides in the municipality of Buenos Aires, Aracataca.

791.    On May 11, 1998, Jose/Josefina Doe 711, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 711, who is the son of Jose/Josefina Doe 711, is the legal heir to Jose/Josefina Doe 711 and resides in the municipality of Santa Ana, Aracataca.

792.    On May 24, 2006, Jose/Josefina Doe 712, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 712, who is the nephew of Jose/Josefina Doe 712, is the legal heir to Jose/Josefina Doe 712 and resides in the municipality of Roz del Rio, Magdalena.

793.    On December 2, 2006, Jose/Josefina Doe 713, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 713, who is the wife of Jose/Josefina Doe 713, is the legal heir to Jose/Josefina Doe 713 and resides in the municipality of Fundacion, Magdalena.

794.    On June 27, 2000, Jose/Josefina Doe 714, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 714, who is the father

of Jose/Josefina Doe 714, is the legal heir to Jose/Josefina Doe 714and resides in the municipality of San Carlos, Magdalena.

795.    On October 14, 2006, Jose/Josefina Doe 715, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 715, who is the daughter of Jose/Josefina Doe 715, is the legal heir to Jose/Josefina Doe 715 and resides in the municipality of Fundacion, Magdalena.

796.    On March 23, 2003, Jose/Josefina Doe 716, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 716, who is the wife of Jose/Josefina Doe 716, is the legal heir to Jose/Josefina Doe 716 and resides in the municipality of San Pues, Aracataca.

797.    On August 31, 2001, Jose/Josefina Doe 717, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 717, who is the brother of Jose/Josefina Doe 717, is the legal heir to Jose/Josefina Doe 717 and resides in the municipality of Fundacion Magdalena.

798.    On October 13, 2003, Jose/Josefina Doe 718, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 718, who is the father of Jose/Josefina Doe 718, is the legal heir to Jose/Josefina Doe 718 and resides in the municipality of Roz del Rio, Magdalena.

799.     On May 26, 1999, Jose/Josefina Doe 719, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 719, who is the wife of Jose/Josefina Doe 719, is the legal heir to Jose/Josefina Doe 719 and resides in the municipality of San Puesito, Aracataca.

800.     On March 30, 2004, Jose/Josefina Doe 720, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 720, who is the wife of Jose/Josefina Doe 720, is the legal heir to Jose/Josefina Doe 720 and resides in the municipality of Findacion, Magadalena.

801.     On September 25, 1999, Jose/Josefina Doe 721, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 721, who is the wife of Jose/Josefina Doe 721, is the legal heir to Jose/Josefina Doe 721 and resides in the municipality of San Pues, Aracataca.

802.     On July 6, 2002, Jose/Josefina Doe 722, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 722, who is the daughter of Jose/Josefina Doe 722, is the legal heir to Jose/Josefina Doe 722 and resides in the municipality of Buenos Aires, Magdalena.

803.     On December 7, 2003, Jose/Josefina Doe 723, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 723, who is the wife

of Jose/Josefina Doe 723, is the legal heir to Jose/Josefina Doe 723 and resides in the municipality of Fundacion, Magdalena.

804.    On March 20, 2002, Jose/Josefina Doe 724, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 724, who is the mother of Jose/Josefina Doe 724, is the legal heir to Jose/Josefina Doe 724 and resides in the municipality of Fundacion, Magdalena.

805.    On May 26, 2000, Jose/Josefina Doe 725, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 725, who is the wife of Jose/Josefina Doe 725, is the legal heir to Jose/Josefina Doe 725 and resides in the municipality of Ciudadela, Aracataca.

806.    On December 4, 1996, Jose/Josefina Doe 726, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan/Juana Doe 726, who is the mother of Jose/Josefina Doe 726, is the legal heir to Jose/Josefina Doe 726 and resides in the municipality of Ciudadela, Aracataca.

807.    On July 1, 1997, JOHN FREDY LOPEZ SIERRA was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants.  Plaintiff LUZ LOPEZ SIERRA, who was the sister of JOHN FREDY LOPEZ SIERRA, is the legal heir to JOHN FREDY LOPEZ SIERRA and resides in the City and State of New York.

808.    On May 28, 1999, JAIRO ALBERTO ALZATE ARANGO was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants.  Plaintiff MONICA MARCELLA ALZATE ARCILA, who was the daughter of JAIRO ALBERTO ALZATE ARANGO, is the legal heir to JAIRO ALBERTO ALZATE ARANGO and resides in the Ontario, Canada.

The Colombian Conflict/Civil War

809.    Heretofore and at the time of the occurrences herein, there existed a state of armed conflict and civil war in Colombia.

810.    At the time of the occurrences herein, there were three main sets of actors in Colombia's longstanding conflict: leftist guerrilla groups, right-wing paramilitary groups, and government security forces.

811.    The most significant leftist guerilla group was, and is, the Revolutionary Armed Forces of Colombia (FARC).

812.    In 2004, the FARC was estimated to have about 18,000 members in almost 70 fronts, organized in regional "blocs," plus mobile columns and urban militias. The group controlled and/or or operated freely in 40 to 60 percent of the country, usually sparsely populated areas, rural zones, jungles and plains, and rarely in significant population centers.

813.    While it received limited assistance from the Soviet bloc during the Cold War, the FARC financed itself through kidnapping for ransom, extortion, and involvement in Colombia's drug trade.

814.    The FARC grew rapidly during the 1990s, and dealt the Colombian military several humiliating defeats in 1996-1998.

815.    The FARC continues to operate in Colombia up to the present time.

## The AUC

816.    The Autodefensas Unidas de Colombia ("AUC') is a right wing paramilitary organization in Colombia.

817.    Heretofore and at the time of the occurrences herein, The AUC's operations, included terrorism, massacres, extra-judicial killings, murders, disappearances forced displacements, threats and intimidation.

818.    The AUC financed itself from a variety of sources, including but not limited to the drug trade, and by monetary payments from American corporations such as CHIQUITA, as more fully set forth below.

819.    The AUC was founded by Carlos Castano Gil, and is the successor to the "ACCU", the Peasant Self-Defense Group of Cordoba and Uraba.

820.    In 1994, Castano and the ACCU sponsored a summit of the Self-Defense Groups of Colombia, bringing together regional paramilitaries from across the country. This summit led to the formation of the AUC, a national federation uniting Colombia's regional paramilitaries under Castano's leadership.

821.    In 1997, the AUC comprised roughly 4,000 combatants.  By 2001, Castano claimed to have 11,000 members, though government estimates put the number somewhere between 8,000 and 9,000.  By 2002, AUC forces were present in nearly the whole of Colombia.  AUC leaders have claimed that the organization comprised as many as 17,000 armed fighters and 10,000 associates at its peak before a demobilization process that began in 2004.

822.    Carlos Castano was allegedly murdered in April 2004. Subsequently, the most publicly recognized leader of the AUC was Salvatore Mancuso. A former Córdoba rancher, Mancuso became the "Maximum Comandante" of the AUC and chief negotiator in Santa Fe de Ralito.

823.    Run by AUC military leader Salvatore Mancuso, the Northern Bloc of the AUC incorporated Carlos Castaño's original ACCU, controlling municipalities in a swath of territory stretching from the Panamanian to the Venezuelan borders. Mancuso's deputy in the Caribbean coast was Rodrigo Tovar Pupo, more commonly known as Jorge 40, whom authorities believe controlled much of Colombia's Caribbean drug routes. Vicente Castaño, Carlos and Fidel's brother, is a third powerful player - and he is widely believed to have played a role in Carlos' death. The Northern Bloc demobilized in part in March of 2006. Vicente Castaño is a fugitive from justice.

824.    Led by José Alfredo "El Alemán" Berrío, the Elmer Cardenas Bloc of the AUC was originally part of the ACCU, which through a wave of brutality and massacres gained control of the strategic Urabá region near the Colombian-Panamanian border during the 1990s. Substantial evidence suggests that Berrío and the Élmer Cárdenas Bloc are very strong in drug trafficking.

825.    The Northern bloc of the AUC controlled the Zona Bananera where plaintiffs were killed or tortured, and this bloc was led by Salvatore Mancuso and Rodrigo Tovar Pupo, alias Jorge 40.  Within the Northern bloc were the Frente Atlanico, led by Edgar Ignacio Fierro Flores, alias "Antonio", the Montes de Maria bloc, led by Edwar Cobo Tellez, alias "Diego Vecino"; the Frente Resistencia Tayrona, led by Hernan Giraldo Serna, alias "El Patron" Other blocs of the AUC existed and/or continue to exist

including, but not limited to, the Catatumbo Bloc, led by Salvatore Mancuso, the Madgdalena Medio Bloc, the Bananero Bloc, the Central Bolivar Bloc, the Mineros Bloc, the Calima Bloc, and others.

826.   The activities of the AUC were directed toward elimination of anyone considered close to the guerillas or who opposed or complicated the paramilitaries' control of territory or population in the area in which they exerted their power.

827.   The AUC's primary method was terrorism against individuals or communities.  To this end, the AUC routinely engaged in death threats, extrajudicial killings, massacres, torture, rape, kidnapping, forced disappearances, and looting.  The AUC periodically engaged in direct combat with armed guerilla forces, but the vast majority of its victims were civilians targeted by a policy of political and social cleansing,- typically rural workers, trade unionists, community activists, human rights defenders, leftist politicians, judicial investigators and inhabitants of small towns in contested rural areas.

828.   AUC violence has often caused entire communities to disperse, either due to threats of an impending massacre or in the wake of such massacres and the looting and destruction that commonly accompanied them.

829.   The AUC and its constituent groups, including the ACCU, have, at least since 1994, been participating in an internal armed conflict in Colombia, at times engaging in direct conflict with guerilla armies.  The AUC itself has accepted that it is subject to the laws of war, with the limited exception that it believes it has the privilege to execute guerillas hors de combat, and has accepted training in the laws of war from the International Committee of the Red Cross.

830.     During the applicable time period when plaintiffs' decedents were killed and or plaintiffs were tortured from on or about 1997 through 2007, there continued to exist a state of civil war in Colombia.

831.     The United States Department of State Country Reports on Human Rights Practices pertaining to the Republic of Colombia during the relevant time period have continuously documented the ongoing state of civil war. For example, the report for 1997, released on January 30, 1998 states in part: "The control of the central Government over the national territory has been increasingly challenged by longstanding and widespread internal armed conflict and rampant violence--both criminal and political. An estimated 10,000 to 15,000 full-time guerrillas, belonging to three distinct communist rebel armies operating in more than 100 separate guerrilla fronts spread across the nation, represented a growing threat to government security forces. The Government has been forced into an essentially defensive posture and its forces rarely initiate military action. The guerrillas exercised a significant degree of influence in about 57 percent of the country's 1,071 municipalities."

832.     According to the U.S. Department of State Report on Human Rights Practices for **2001** (US Dept of State released March 4, 2002) "…The Government continued to face serious challenges to its control over the national territory, as longstanding and widespread internal armed conflict and rampant violence--both political and criminal--persisted. The principal participants in the conflict were government security forces, paramilitary groups, guerrillas, and narcotics traffickers. The country's internal conflict caused the deaths of between 3,000 and 3,500 civilians during the year, including combat casualties, political murders, and forced disappearances."

833.    According to the U.S. Department of State Report on Human Rights Practices for **2002** (U.S. Dept of State released March 31, 2003): "A major internal armed conflict between the Government and leftist guerrillas, particularly the FARC and the terrorist organization National Liberation Army (ELN)--as well as right-wing paramilitaries, particularly the terrorist organization United Self-Defense Forces of Colombia (AUC), caused the deaths of between 5,000 and 6,000 civilians during the year, including combat casualties, political killings, and forced disappearances. Serious violations of human rights were commonplace."

834.    According to the U.S. Department of State Report on Human Rights Practices for **2003** (U.S. Dept of State released February 25, 2004: "…Internal armed conflict continued between the Government and terrorist groups, particularly the FARC, the National Liberation Army (ELN), and the AUC. The conflict caused the deaths of between 3,000 and 4,000 civilians during the year, including combat casualties, political murders, and forced disappearances."

835.    According to the U.S. Department of State Report on Human Rights Practices for **2004** (U.S. Dept. of State released 2/28/2005) "…Internal armed conflict continued between the Government and terrorist groups, particularly the Revolutionary Armed Forces of Colombia (FARC), the National Liberation Army (ELN), and the United Self-Defense Forces of Colombia (AUC). The conflict caused the deaths of between 3,000 and 4,000 persons during the year, including combat casualties, political murders, and forced disappearances. The civilian judiciary is largely independent of the executive and legislative branches; however, it was overburdened, inefficient, and subject to intimidation and corruption…Despite a unilateral cease-fire declared by the AUC to

facilitate demobilization negotiations with the Government, paramilitaries continued to commit numerous political killings--including of labor leaders. Paramilitaries often kidnapped and tortured suspected guerrilla sympathizers prior to executing them. Paramilitaries interfered with personal privacy in areas where they exercised de facto control, forcibly displaced thousands of innocent civilians, and engaged in military operations that endangered civilian lives. Paramilitaries also threatened and attacked human rights workers and journalists who criticized their illegal activities and continued to employ child soldiers."

836.     According to the U.S. Department of State Report on Human Rights Practices for **2005** (US Dept. of State released March 8, 2006), "…The 41-year internal armed conflict continued between the government and Foreign Terrorist Organizations, particularly the Revolutionary Armed Forces of Colombia (FARC), the National Liberation Army (ELN), and certain blocs of the United Self-Defense Forces of Colombia (AUC) that were not involved in demobilization negotiations with the government…Despite a unilateral cease-fire declared by the AUC in 2002 and ongoing demobilization negotiations with the government, paramilitaries continued to violate the cease-fire, recruit soldiers, and commit human rights abuses. The following violations by paramilitaries were reported during the year: political killings and kidnappings; forced disappearances; torture; interference with personal privacy; forced displacement; suborning and intimidation of judges, prosecutors, and witnesses; infringement on citizens' privacy rights; restrictions on freedom of movement; attacks against human rights workers, journalists, and labor union members; recruitment and employment of child soldiers; and harassment, intimidation, and killings of teachers and union leaders.

837.    The ongoing civil war continues in Colombia up to the present time.

<u>Ties Between the AUC and the Colombian Government</u>

838.    The Colombian security forces tolerated and collaborated with the AUC in committing massacres, extra-judicial killings, murders, disappearances, forced displacements, threats and intimidation, including but not limited to the deaths and injuries of the plaintiffs sued for herein.

839.    The Colombian security forces regarded the AUC as de facto allies in the civil war against leftist guerillas.

840.    High officials in the Colombian government collaborated with and directed the operations of the AUC including massacres, extra-judicial killings, murders, disappearances forced displacements, threats and intimidation.

841.    High officials in the Colombian civilian government and the Colombian military, collaborated with and orchestrated massacres, extra-judicial killings, murders, disappearances forced displacements, threats and intimidation against persons including the plaintiffs' decedents. To date, Colombian authorities have charged and/or commenced official criminal investigations of at least 62 members of Colombia's Congress, seven former lawmakers, the head of the secret police, mayors and former governors with illegally collaborating with paramilitaries. As of April 22, 2008, 33 lawmakers including Mario Uribe Escobar, -President Uribe's cousin and former President of Congress, were in jail awaiting trial for collaboration with the paramilitaries. According to testimony of Salvatore Mancuso, two current ministers in the present Uribe government, Vice President Francisco Santos, and Defense Minister Juan Manuel Santos, met and collaborated with paramilitaries.  On April 18, 2008, Colombia's Supreme Court

announced an investigation of the President of Congress, Nancy Patricia Gutierrez for having ties to paramilitary groups and AUC leader John Fredy "The Bird" Gallo, who is held responsible for the murders dozens of persons in the Department of Cundimarca.

842.   In 2001, 32 people, including members of congress, politicians and AUC paramilitary leaders met at Santa Fe de Ralito to sign a document known as the Pact of Paramillo Knot or "Pact of Ralito" to express their active collaboration in maintaining political control of the Republic of Colombia. The release of this document in late 2006 precipitated a wave of arrests and investigations of prominent political leaders, including but not limited to the arrest on November 9, 2006 of Congressman Alvaro Garcia for aggravated homicide, organizing, promoting, arming and financing paramilitaries in the Sucre Department since 1997, for participation in the Macayepo Massacre in 2000 in which 20 peasants were massacred, and other crimes); Congressman Jairo Merlano for having ties to AUC paramilitaries; and Congressman Erick Morris for collaborating with paramilitaries. Subsequently on February 19, 2007, Maria Consuelo Araujo, the Minister of Foreign Relations was forced to resign for ties to the paramilitaries; her brother, Alvaro Araujo, a member of the pro-Uribe caucas was arrested by Order of the Supreme Court for ties to paramilitaries and kidnapping. Another family member, Hernando Molina Araujo, the Governor of Cesar Department was arrested and accused of handling money for paramilitary leader Jorge 40 and co-authoring a massacre. A partial list of government officials who collaborated with the AUC in the areas where plaintiffs were murdered and/or tortured who are currently under criminal charges or subject to ongoing criminal investigation is as follows:

<u>Members of Congress Tied to AUC Paramilitaries</u>

Senator Alvaro Araujo, Department of Cesar, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator Dieb Maloof, Department of Atlantico, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator Mauricio Pimiento, Department of Cesar, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Representative Jorge Luis Caballero, Department of Magdalena, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator Lacouture, Department of Magdalena, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Representative Alfonso Campo Escobar, Department of Magdalena, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator Alvaro Garcia, Department of Sucre, surrendered on November 16, 2006 to face accusations of promoting, arming, and financing paramilitary groups and criminal charges of criminal conspiracy, aggravated homicide, and stealing public funds.

Representative Erick Morris, Department of Sucre, surrendered on November 16, 2006 to face charges of criminal conspiracy with links to paramilitary groups and financing paramilitary groups.

Senator Jairo Merlano, Department of Sucre, was detained by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator Juan Manuel Lopez Cabrales, Department of Cordoba, was called in for interrogation.

Representative Miguel de la Espriella, Department of Cordoba, was called in for interrogation.

Senator Reginaldo Montes, Department of Cordoba, was called in for interrogation.

Senator William Montes, Department of Bolivar, was called in for interrogation.

Representative Jose de los Santos Negrete, Department of Cordoba, was called in for interrogation.

Representative Jose Maria Imbeth, Department of Bolivar, was called in for interrogation.

Senator Rodrigo Burgos de la Espriella, Department of Cordoba, was called in for interrogation.

Senator Jose "Pepe" Gnecco, Department of Bolivar, was called in for interrogation.

Representative Luis Carlos Ordosgoitia, Department of Cordoba, was called in for interrogation.

Representative Fredy Sanchez Arteaga, Department of Cordoba, was called in for interrogation.

Representative Remberto Montes, Department of Cordoba, was called in for interrogation.

Representative Luis Alvarez, Department of Cordoba, was called in for interrogation.

Representative Eleonora Pineda, Department of Cordoba, was called in for interrogation.

Representative Jorge Luis Feris Chadid, Department of Cordoba, was called in for interrogation.

Representative Muriel Benito Rebollo, Department of Sucre, was detained on November 15, 2006 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator David Char Navas, Department of  Atlantico, was called in for interrogation.

Senator Zulema Jattin, Department of Cordoba, is being investigated by the Attorney General's Office.

Senator Luis Alberto Gil Castillo, Department of Santander, is being investigated by the Attorney General's Office.

Senator Juan Carlos Martinez Sinesterra, Department of Santander, is being investigated for possible involvement with paramilitary groups.

Senator Ciro Ramirez Pinzon, Department of Boyaca, is being investigated by the Attorney General's Office.

Senator Oscar Suarez Mira, Department of Antioquia, is being investigated.

Representative Mauricio Parodi Diaz, Department of Antioquia, is being investigated.

Senator Mario Uribe Escobar, Department of Antioquia, is being investigated.

Senator Manuel Guillermo Mora, Department of North Santander, is being investigated.

Representative Alfonso Riaño Castillo, Department of Santander, is being investigated.

Senator Carlos Emiro Barriga, Department of North Santander, is being investigated.

Senator Ruben Dario Quintero, Department of Antioquia, is being investigated.

Representative Hector Julio Alfonso Lopez, Department of Bolivar, is being investigated.

Representative Oscar Leonidas Wilches Carreño, Department of Casanare, is being investigated by the Attorney General's Office for possible involvement with paramilitary groups.

<u>Mayors Tied to AUC Paramilitaries</u>

Mayor Wilmer Jose Perez Padilla, Department of Cordoba, was called in for interrogation, investigated and detained for theft of public funds.

Mayor Sabas Enrique Balserio Gutierrez, Department of Sucre, was called in for interrogation and is being investigated with links to paramilitary groups.

Mayor Edwin Mussi, Department of Sucre, was called in for interrogation.

Officer Felipe Quedaga, Department of Sucre, was called in for interrogation.

Advisor German Ortiz, Department of Cordova, was called in for interrogation.

Officer Rodolfo Vargas, Department of Sucre, was called in for interrogation.

Mayor Sigifredo Senior, Department of Cordoba, was called in for interrogation.

Ex-Mayor Luis Saleman, Department of Sucre, was called in for interrogation.

Mayor Jose Francisco Zuñiga, Department of Magdalena, was called in for interrogation. Mayor Jorge Eliecer Lopez Barreto, Department of Casanare, was investigated for criminal conspiracy and has an order for his capture.

Mayor Raul Cabrera Barreto, Department of Casanare, was investigated for criminal conspiracy and is has an order for his capture.

Henry Montes Montes, Department of Casanare, was investigated for criminal conspiracy and has an order for his capture.

Mayor Mauricio Esteban Chaparro, Department of Casanare, was investigated and has an order for his capture.

Mayor Leonel Roberto Torres Arias, Department of Casanare, was investigated for criminal conspiracy charges and has an order for his capture.

Mayor Aleider Castañeda, Department of Casanare, was investigated for criminal conspiracy and has an order for her capture.

Ex-Mayo Jorge Luis Alfonso Lopez, Department of Bolivar, is a fugitive and has an order for his capture.

Mayor Fulgencio Olarte Morales, Department of Magdalena, was investigated and detained for criminal conspiracy with links to paramilitary groups.

Mayor Nazly Zambrano Guete, Department of Magdalena, was captured on December 18, 2006 with paramilitary groups.

Ex-Mayor Rosa Stella Ibañez, Department of Atlantico, was detained with links to paramilitary groups, specifically, with financial ties to Jorge 40.

<u>Governors Who Signed "El Pacto Ralito"</u>

Governor Salvador Arana, Department of Sucre, is accused of aggravated criminal conspiracy, homicide, among others and is a fugitive with an order for his capture.

Governor Jesus Maria Lopez Gomez, Department of Cordoba, was called in for interrogation.

<u>Actual or Recently Displaced Governors with Ties to AUC Paramilitaries</u>

Governor Trino Luna, Department of Magdalena, was investigated and detained for criminal conspiracy with links to paramilitary groups.

Governor Hernando Molina, Department of Cesar, was called in for interrogation.

<u>Ex-Governors with Ties to AUC Paramilitaries</u>

Ex-Governor Miguel Angel Perez, Department of Casanare, was convicted for receiving money from paramilitary groups and is serving 6 years in prison.

Ex-Governor William Perez, Department of Casanare, is being investigated.

<u>Delegates with Ties to AUC Paramilitaries</u>

Delegate Angel Villareal, Department of Sucre, was investigated and is currently detained for criminal conspiracy with links to paramilitary groups.

Delegate Nelson Stanp Berrio, Department of Sucre, was investigated and is currently detained for criminal conspiracy with links to paramilitary groups.

Delegate Walberto Estrada, Department of Sucre, was investigated and is currently detained for criminal conspiracy with links to paramilitary groups.

Delegate Johny Guillermo Villa Uparela, Department of Sucre, was investigated

843.    The DAS Collaboration with the AUC: On November 21, 2006, Rafael Garcia Torres, the former information Technologies Chief of the Administrative Department of Security (Departamento Administrativo de Seguridad or "DAS") was arrested and charged with taking bribes from AUC paramilitaries and narcotraffickers in exchange for erasing or altering their judicial history from the state intelligence database. Former chief of DAS, Jorge Noguera was arrested and charged with collaborating with paramilitaries including Jorge 40, to influence municipal, gubernatorial and presidential elections, among them the Magdalena Department governor Trino Luna, and in the Cesar Department wih Hernando Molina Araujo.  Noguera obstructed justice in connection with the investigation of the Otterloo case in which arms and ammunition were brought into Colombia as detailed below.

844.    Senior officers in the Colombian military, including but not limited to former Military Forces Commanders Major General Manuel Bonett, and General Harold Bedoya, Vice Admiral Rodrigo Quinones, Gen. Jaime Uscategui; Gen. Rito Alejo Del Rio, General Mario Montoya, Colonel Danilo Gonzalez, Major Walter Fratinni and Defense Minister Juan Manuel Santos, collaborated with, facilitated, aided and abetted the AUC in the commission of various massacres, extrajudicial killings and other atrocities against civilians, including the plaintiffs, and or gave tacit support to and acquiescence in their activities. General Montoya was linked to Diego Murillo, the former leader of an AUC affiliated paramilitary group in Medellin.

845.    The presence in the military of high ranking staff officers known to have close ties to the AUC and other paramilitaries was widely regarded within the army as tolerance for the paramilitaries.

846.    In July 1997, approximately 200 AUC paramilitaries from the Uraba region murdered at least 30 civilians in Mapiripan, Colombia with the active assistance of the Columbian military. The paramilitaries arrived by chartered plane at San Jose Del Guaviare airport and were not subjected to identification or cargo checks by airport police. During their 5 day stay in the town, the commander of a nearby military base, Major Hernan Orozco, then acting commander of the Joaquin Paris Battalion and Brig. General. Jaime Humerto Uscategui, Commander of the parent unit 7th Brigade, and other officials, including the Mayor, knowingly failed to respond to the massacre, indicating their complicity.

847.    On January 17, 2001, approximately 80 paramilitaries of the AUC entered the small farming village of Chengue in the State of Sucre where they rounded up the men and smashed their skulls with stones and a sledgehammer, killing 24 of persons. One of the perpetrators confessed, naming the organizers of the mass murder, including police and navy officials.

848.    AUC paramilitaries provided assistance to the military during large scale operations against guerilla strongholds.

849.    The AUC carried out selective assassinations, and massacres of suspected leftist sympathizers.

850.    The political goal of the AUC was to drive the FARC out of Uraba, Santa Marta, Sucre, Magdalena and other regions of Colombia.

851.    The AUC was the de facto government of Uraba, Cordoba, Magdalena, Bolivar, Sucre, Santa Marta, Cesar, Antioquia and other regions of Colombia.

852.    In 2001, a ship unloaded 3400 AK47 rifles and 4 million rounds of ammunition in a Banadex controlled dock in Colombia destined for the AUC.

853.    According to Mario Iguaran, Colombia's attorney general, there was a criminal relationship between CHIQUITA and the AUC in which CHIQUITA supplied money and arms to the AUC in return for the bloody pacification of the Zona Bananera, including Uraba, Cordoba, Sucre, Magdalena, Atlantico, Antioquia and other areas.

<u>Colombian State Participation in Illegal Payments Through the CONVIVIR</u>

854.    The Colombian state was a participant in illegal payments by CHIQUITA to the AUC through a program known as Convivir, a network of security cooperatives sponsored and licensed by the government to patrol rural areas and gather intelligence under the direction of military commanders.

855.    The Colombian government authorized the formation of Convivirs by a decree of Colombia's Ministry of Defense on February 11, 1994 and a law passed by the Colombian Congress in November 1995 to aid the military in counterinsurgency operations by empowering civilians to gather information about guerilla activities in rural areas and pass it on to local commanders.  The official name of these organizations was Rural Cooperatives of Vigilance and Security.

856.    Colombian president Alvaro Uribe was one of the program's key sponsors while governor of Uraba in the mid 1990s, which support has continued while he has been President of Colombia.

857.     The convivirs were legal fronts for the paramilitaries and were frequently commanded and/or controlled by known paramilitaries, and/or colluded with paramilitaries.  A partial list of known AUC commanders that controlled various convivirs is set forth in table form below:

| | |
|---|---|
| Salvatore Mancuso | Convivir Horizonte Limitada |
| Salvatore Mancuso | Convivir Guaimaral Ltda. |
| Francisco Javier Piedrahita | Convivir Nuevo Amanecer |
| Jesus Roldan Perez Alias MONOLECHE | Convivir Abibe |
| Luis Alberto Villegas Uribe Alias TUBO | Convivir El Condor |
| Arnulfo Penuela Marin | Convivir Papagayo |
| Luis Carlos Mercado Gutierrez | Convivir La Palma |
| Arnoldo Vergara Tres Palacios Alias MOCHACABEZA | Convivir Costa Azul |
| Jose Maria Barrera Ortiz Alias CHEPE BARRERA | Convivir Siete Cueros |
| Jose Maria Barrera Ortiz Alias CHEPE BARRERA | Convivir Los Guayacones |
| Mario Prada Cobos | Convivir Amigos por Valencia |
| Rodrigo Pelado Alias CADENA | Convivir Nuevo Amanecer |
| Hector Julio Alfonso Pastrana ESPOSO ALIAS LA GATA | Convivir Esperanza Futura |
| Juan Prada Marquez Alias JUANCHO PRADA | Convivir Los Arrayanes |
| Salomon Feris Chadid Alias 08 | Convivir Orden y Desarrollo |
| Carmelo Cogollo Lara | Convivir Consejeros |
| Rudolf Paffen | Convivir Orden y Desarrollo |
| Rodrigo Perez Alzate Alias JULIAN BOLIVAR | Convivir Deyavane |
| Jorge Luis Afonso Lopez HIJO ALIAS LA GATA | Convivir Orden y Desarrollo |

858.     CHIQUITA channeled AUC payments through intermediaries from various convivir groups in Uraba; the fact that the company channeled illegal payments through the ledgers of the state-backed security network indicates that the AUC, the convivir, the Colombian government and CHIQUITA were acting in concert.

859.     The Convivir Papagayo, through which CHIQUITA funneled money to the paramilitaries was chartered and supported by then governor and now president Uribe.

860.     The Convivir Papagayo was directed, controlled and run by the AUC paramilitaries, who also served as public officials.  The control persons of Convivir

Papagayo currently under arrest or investigation for their role in illegal payments received from CHIQUITA and funneled to the AUC include:

> Arnulfo Penuela Marin, the Mayor of the Town of Carepa;
>
> Jesus Alberto Osorio Mejia, Chief of the Relaciones Publicas de Servicios Especiales de Uraba (A government agency);
>
> Epitasio Antonio Arboleda Velez, Chief of Zone One of the Servicios Especiales de Uraba;
>
> Carlos Alberto Jaramillo Patino, Legal Representative of the Servicios Especiales de Uraba.

861.     The Convivir were and are directly linked to some of the most brutal massacres in the Uraba, Magdalena, Sucre and Santa Marta and other regions, including the deaths of the plaintiffs' decedents.

862.     The Colombian government, through ministry of defense officials authorized illegal arms sales to convivirs with links to the AUC and other paramilitaries, including a wide range of weapons legally restricted for exclusive use by the armed forces, including submachine guns, 9mm pistols, mini-Uzis, rifles and munitions.

863.     The Ministry of Defense was providing a legal cover for the paramiltiaries.

864.     According to the United States Drug Enforcement Agency (DEA), Carlos Castaño was connected to some of the world's richest drug dealers.  Castano has openly admitted that drug trafficking finances 70 percent of his operation.  He often boasts of his strategy, "quitarle agua al pez", or draining the sea to catch the fish (killing the innocent to catch the guerillas). When asked why he slaughters peasants, women and

children, he replies, "Well, I can't wait for the guerillas to put on their uniforms before I kill them. When we take out [a sympathizer] we save many who would've been killed in the future."  Robin Kirk, author of "War with Colombia and International Law," claims that the death squads make their massacres as brutal and gruesome as possible to make sure their message is understood.

865.    On a Friday in July 2000, in the village of El Salado, some 300 paramilitaries arrived and went straight to the makeshift basketball court which doubles as the main square there, announced themselves as members of the AUC, and with a list of names began "summoning people for judgment." A table and chairs were seized from a house, and after the death squad leader had made himself comfortable, the basketball court was turned into a court of execution. The paramilitary troops ordered up liquor and music, and then embarked on a rampage of torture, rape and killing.  By the time they left, they had killed at least 36 people whom they accused of collaborating with the enemy. The victims ranged from a six-year-old girl to an elderly woman.  As music blared, some of the victims were shot after being tortured; others were stabbed or beaten to death, and several more were strangled.  Yet during the three days of killing, military and police units just a few miles away made no effort to stop the slaughter. At one point the paramilitaries had a helicopter flown in to rescue a fighter who had been injured trying to drag some victims from their home. Instead of fighting back, the armed forces set up a roadblock on the road to the village shortly after the rampage began and prevented human rights and relief groups from entering and rescuing residents," (NYT News Service, July 2000).

866.    According to the 2000 State Department report on Human Rights, "High-ranking government security forces committed serious abuses, including extra judicial killings, but were rarely brought to justice."

867.    The US Army School of the Americas (SOA), now renamed the Western Hemisphere Institute for Security Cooperation (WHISC), has an extensively documented history of training some of the hemisphere's worst human rights abusers. It acquired its nickname the "School of Assassins" for obvious reasons. SOA graduates are currently involved in the dirty war now being waged in Colombia with US support. The school is now drawing more of its students from Colombia than from any other country, over 10,000 to so far.

868.    In 2000, Human Rights Watch released a report linking SOA graduates to the formation and operation of Colombian paramilitary death squads. These groups are notorious for horrific atrocities including rape, torture, chainsaw massacres, other types of terrifying massacres, and assassinations. Among those graduates cited for involvement with paramilitary groups were: Maj. David Hernandez Rojas, cited for the 1999 murder of peace commissioner Alex Lopera, and who was working with the ACCU; Maj. Jesus Maria Clavijo and Maj. Alvaro Cortes Morillo, linked in 1999 to paramilitary groups through cell phone and beeper communications as well as regular meetings on military bases; Gen. Carlos Ospina Ovalle, former commander of the Fourth Brigade cited with "extensive evidence of pervasive ties" to paramilitary groups involved in human rights atrocities in 1999; Brigadier General Jaime Alban, who commands the Third Brigade of the Colombian military, the brigade responsible for setting up a paramilitary death squad known as the "Calima Front" in 1999.  A 2001 Human Rights Watch report states that

"the Calima Front and the Third Brigade are the same thing. The Third Brigade provided the Calima Front with weapons and intelligence."  The report also notes that, "Half of Colombia's eighteen brigade-level army units have documented links to paramilitary activity.

869.    Longstanding and pervasive ties exist between the AUC and official Colombian security forces, which include the Colombian Armed Forces and the Colombian National Police.  Collusion with government forces has been a feature of Colombian paramilitaries since their inception.  In the 1980's, paramilitaries were partially organized and armed by the Colombian military and participated in campaigns of the official armed forces against guerilla insurgents.  Paramilitary forces included active-duty and retired army and police personnel among their members.  Although a 1989 government decree established criminal penalties for providing assistance to paramilitaries, the continued existence of military/paramilitary ties has been documented by Colombian non-governmental organizations, international human rights groups, the U.S. State Department, the Office of the U.N. High Commissioner for Human Rights, and the Colombian Attorney General 's office.  Cooperation with paramilitaries has been demonstrated in half of Colombia's eighteen brigade –level Army units, spread across all of the Army's regional divisions.  Such cooperation is so pervasive that the paramilitaries are referred to by many in Colombian as the "Sixth Division," in addition to the five official divisions of the Colombian Army.

870.    Government securities forces have habitually tolerated the presence of paramilitaries and have willfully failed to prevent or interrupt their crimes, actively conspired with them and coordinated activities with them.  Documented examples

include: Allowing paramilitaries to establish permanent bases and checkpoints without interference; Failing to carry out arrest warrants for paramilitary leaders, who move about the country freely; withdrawing security forces from villages deemed sympathetic to guerillas, leaving them vulnerable to attack by paramilitaries; failing to intervene to stop ongoing massacres occurring over a period of days; sharing intelligence, including the names of suspect guerilla collaborators; sharing vehicles, including army trucks used to transport paramilitary fighters; supplying weapons and munitions; allowing passage through roadblocks; providing support with helicopters and medical aid; communicating via radio, cellular telephones, and beepers; sharing members, including active-duty soldiers serving in paramilitary units and paramilitary commanders lodging on military bases; and planning and carrying out joint operations.

871.    In a recurring pattern, paramilitaries have taken over villages and assaulted inhabitants while nearby security forces have either failed to intervene or have intervened to facilitate the violence.  In October 1997, for example, members of the Army's Fourth Brigade reportedly established a perimeter around the village of El Aro, in Antioquia.  While the Army prevented entry and escape, members of the AUC entered the village and over a period of five days executed at least eleven people, burned most of the houses, looted stores, and destroyed pipes that fed the homes potable water.  Upon leaving the village, the paramilitaries forcibly disappeared over thirty more people and compelled most of the residents to flee.  In January 2001, more than one hundred AUC fighters took over the village of Chengue, in Sucre.  The AUC executed twenty-five people before setting fire to the village and forcibly disappearing ten additional villagers.

Troops from the First Marine Infantry Unit positioned outside the village allegedly prevented humanitarian organizations from entering the area to aid survivors.

872.    According to testimony of Salvatore Mancuso given on May15-17, 2007, para-militarism was State Policy in the Republic of Colombia.

CHIQUITA's Ties to the AUC and its Conspiracy and Aiding and Abetting of the Murders/Disappearances/Tortures of Plaintiffs' Decedents and/or Plaintiff(s)

873.    Plaintiffs hereby incorporate by reference and specifically allege all of the allegations of the Factual Proffer filed March 19, 2007 in a criminal case entitled "United States of America v. Chiquita Brands International, Inc.," Criminal No. 07-055 in the United States District Court for the District of Columbia, to the extent that such allegations inculpate Chiquita and the other defendants, and without adopting any allegations tending to excuse or mitigate defendants' acts and omissions as follows:

874.    Defendant CHIQUITA BRANDS INTERNATIONAL, INC. ("CHIQUITA"), was a multinational corporation, incorporated in New Jersey and headquartered in Cincinnati, Ohio.  Defendant CHIQUITA engaged in the business of producing, marketing, and distributing bananas and other fresh produce.  Defendant CHIQUITA was one of the largest banana producers in the world and a major supplier of bananas throughout Europe and North America, including within the District of Columbia.  Defendant CHIQUITA reported over $2.6 billion in revenue for calendar year 2003.  Defendant CHIQUITA had operations throughout the world, including the Republic of Colombia.

875.    C.I. Bananos de Exportación, S.A. (also known as and referred to hereinafter as "Banadex"), was defendant CHIQUITA's wholly-owned Colombian subsidiary.  Banadex produced bananas in the Urabá and Santa Marta regions of

202

Columbia.  By 2003, Banadex was defendant CHIQUITA's most profitable banana-producing operation.  In June 2004, defendant CHIQUITA sold Banadex.

876.    The United Self-Defense Forces of Colombia – an English translation of the Spanish name of the group, "Autodefensas Unidas de Colombia" (commonly known as and referred to hereinafter as the "AUC"), was a violent, right-wing organization in the Republic of Colombia.  The AUC was formed in or about April 1997 to organize loosely-affiliated illegal paramilitary groups that had emerged in Colombia to retalitate against left-wing guerillas fighting the Colombian government.  The AUC's activities varied from assassinating suspected guerilla supporters to engaging guerrilla combat units.  The AUC also engaged in other illegal activities, including the kidnapping and murder of civilians.

877.    Pursuant to Title 8, United States Code, Section 1189, the Secretary of State of the United States had the authority to designate a foreign organization as a Foreign Terrorist Organization ("FTO") if the organization engaged in terrorist activity threatening the national security of the United States.

878.    The Secretary of State of the United States designated the AUC as an FTO, initially on September 10, 2001, and again on September 10, 2003.  As a result of the FTO designation, since September 10, 2001, it has been a crime for any United States person, among other things, to knowingly provide material support and resources, including currency and monetary instruments, to the AUC.

879.    The International Emergency Economic Powers Act, 50 U.S.C. § 1701, *et seq.,* conferred upon the President of the United States the authority to deal with threats to the national security, foreign policy and economy of the United States.  On September

23, 2001, pursuant to this authority, President George W. Bush issued Executive Order 13224.  This Executive Order prohibited, among other things, any United States person from engaging in transactions with any foreign organization or individual determined by the Secretary of State of the United States, in consultation with the Secretary of the Treasury of the United States and the Attorney General of the United States, to have committed, or posed a significant risk of committing, acts of terrorism that threaten the security of United States nationals or the national security, foreign policy or economy of the United States (referred to hereinafter as a "Specially-Designated Global Terrorist" or "SDGT").  This prohibition included the making of any contribution of funds to or for the benefit of an SDGT, without having first obtained a license or other authorization from the United States government.

880.    The Secretary of the Treasury promulgated the Global Terrorism Sanctions Regulations, 31 C.F.R. § 594.201, *et seq.,* implementing the sanctions imposed by Executive Order 13224.  The United States Department of the Treasury's Office of Foreign Assets Control ("OFAC"), located in the District of Colombia, was the entity empowered to authorize transactions with an SDGT.  Such authorization, if granted, would have been in the form of a license.

881.    Pursuant to Executive Order 13224, the Secretary of State of the United States, in consultation with the Secretary of the Treasury of the United States and the Attorney General of the United States, designated the AUC as a Specially-Designated Global Terrorist on October 31, 2001.  As a result of the SDGT designation, since October 31, 2001, it has been a crime for any United States person, among other things,

willfully to engage in transactions with the AUC, without having first obtained a license or other authorization from OFAC.

882.    Individual A was a high-ranking officer of defendant CHIQUITA.

883.    Individual B was a member of the Board of Directors of defendant CHIQUITA ("Board").

884.    Individual C was a high-ranking officer of defendant CHIQUITA.

885.    Individual D was a high-ranking officer of defendant CHIQUITA.

886.    Individual E was a high-ranking officer of defendant CHIQUITA.

887.    Individual F was a high-ranking officer of Banadex.

888.    Individual G was an employee of Banadex.

889.    Individual H was an employee of defendant CHIQUITA.

890.    Individual I was an employee of defendant CHIQUITA.

891.    Individual J was a high-ranking officer of defendant CHIQUITA.

892.    For over six years – from in or about 1997 through on or about February 4, 2004 – defendant CHIQUITA, through Banadex, paid money to the AUC in the two regions of Colombia where it had banana-producing operations: Urabá and Santa Marta. Defendant CHIQUITA paid the AUC, directly or indirectly, nearly every month.  From in or about 1997 through on or about February 4, 2004, defendant CHIQUITA made over 100 payments to the AUC totaling over $1.7 million.

893.    Defendant CHIQUITA had previously paid money to other terrorist organizations operating in Colombia, namely to the following violent, left-wing terrorist organizations:  Revolutionary Armed Forces of Colombia – an English translation of the Spanish name of the group "Fuerzas Armadas Revolucionarias de Colombia" (commonly

known as and referred to hereinafter as "the FARC"); and the National Liberation Army – an English translation of the Spanish name of the group "Ejército de Liberación Nacional" (commonly known as and referred to hereinafter as "the ELN").  Defendant CHIQUITA made these earlier payments from in or about 1989 through in or about 1997, when the FARC and the ELN controlled areas where defendant CHIQUITA had its banana-producing operations.   The FARC and the ELN were designated as FTOs in October 1997.

894.    Defendant CHIQUITA began paying the AUC in Urabá following a meeting in or about 1997 between the then-leader of the AUC, Carlos Castaño, and Banadex's then-General Manager.  At the meeting Castaño informed the General Manager that the AUC was about to drive the FARC out of Urabá.  Castaño also instructed the General Manager that defendant CHIQUITA's subsidiary had to make payments to an intermediary known as a "convivir." Convivirs were private security companies licensed by the Colombian government to assist the local police and military in providing security.  The AUC, however, used certain convivirs as fronts to collect money from businesses for use to support its illegal activities.

895.    Defendant CHIQUITA's payments to the AUC were reviewed and approved by senior executives of the corporation, to include high-ranking officers, directors, and employees.  No later than in or about September 2000, defendant CHIQUITA's senior executives knew that the corporation was paying the AUC and that the AUC was a violent, paramilitary organization led by Carlos Castaño.  An in-house attorney for defendant CHIQUITA conducted an internal investigation into the payments and provided Individual C with a memorandum detailing that investigation.  The results

of that internal investigation were discussed at a meeting of the then-Audit Committee of the then-Board of Directors in defendant CHIQUITA's Cincinnati headquarters in or about September 2000.  Individual C, among others, attended this meeting.

896.    For several years defendant CHIQUITA paid the AUC by check through various convivirs in both the Urabá and Santa Marta regions of Colombia.  The checks were nearly always made out to the convivirs and were drawn from the Colombian bank accounts of defendant CHIQUITA's subsidiary.  No convivir ever provided defendant CHIQUITA or Banadex with any actual security services or actual security equipment in exchange for the payments, for example, security guards, security guard dogs, security patrols, security alarms, security fencing, or security training.  Defendant CHIQUITA recorded these payments in its corporate books and records as "security payments" or payments for "security" or "security services."

897.    In or about April, 2002, defendant CHIQUITA seated a new Board of Directors and Audit Committee following defendant CHIQUITA's emergence from bankruptcy.

898.    Beginning in or about June, 2002, defendant CHIQUITA began paying the AUC in the Santa Marta region of Colombia directly and in cash according to new procedures established by senior executives of defendant CHIQUITA.  In or about March, 2002, Individual C and others established new procedures regarding defendant CHIQUITA's direct cash payments to the AUC.  According to these new procedures: Individual F received a check that was made out to him personally and drawn from one of the Colombian bank accounts of defendant CHIQUITA's subsidiary.  Individual F then

endorsed the check.  Either Individual F or Individual G cashed the check, and Individual G hand-delivered the cash directly to AUC personnel in Santa Marta.

899.   Banadex treated these direct cash payments to the AUC as payments to Individual F, recorded the withholding of the corresponding Colombian tax liability, reported the payments to Individual F as such to Colombian tax authorities, and paid Individual F's corresponding Colombian tax liability.  This treatment of the payments made it appear that Individual F was being paid more money and thus increased the risk that Individual F would be a target for kidnapping or other physical harm if this became known.

900.   Individual F also maintained a private ledger of the payments, which did not reflect the ultimate and intended recipient of the payments.  The private ledger only reflected the transfer of funds from Individual F to Individual G and not the direct cash payments to the AUC.

901.   On or about April 23, 2002, at a meeting of the Audit Committee of the Board of Directors in defendant CHIQUITA's Cincinnati headquarters, Individual C described the procedures referenced in Paragraph 25 [of the Factual Proffer].  Individual A, Individual B, and Individual E, among others, attended this meeting.

902.   The United States government designated the AUC as a FTO on September 10, 2001, and that designation was well-publicized in the American public media.  The AUC's designation was first reported in the national press (for example, in the Wall Street Journal and the New York Times) on September 11, 2001.  It was later reported in the local press in Cincinnati where defendant CHIQUITA's headquarters were located – for example, in the Cincinnati Post on October 6, 2001, and in the

Cincinnati Enquirer on October 17, 2001.  The AUC's designation was even more widely reported in the public media in Colombia, where defendant CHIQUITA had its substantial banana-producing operations.

903.    Defendant CHIQUITA had information about the AUC's designation as an FTO specifically and global security threats generally through an Internet-based, password-protected subscription service that defendant CHIQUITA paid money to receive.  On or about September 30, 2002, Individual H, from a computer within defendant CHIQUITA's Cincinnati headquarters, accessed this service's "Colombia – Update page," which contained the following reporting on the AUC:

> "US terrorist designation.
>
> International condemnation of the AUC human rights abuses culminated in 2001 with the US State Department's decision to include the paramilitaries in its annual list of foreign terrorist organizations.  This designation permits the US authorities to implement a range of measures against the AUC, including denying AUC members US entry visas; freezing AUC bank accounts in the US; and barring US companies from contact with the personnel accused of AUC connections."

904.    From on or about September 10, 2001, through on or about February 4, 2004, defendant CHIQUITA made 50 payments to the AUC totaling over $825,000.  Defendant CHIQUITA never applied for nor obtained any license from the Department of the Treasury's Office of Foreign Assets Control with respect to any of its payments to the AUC.

905.    On or about September 12, 2001, Individual G paid the AUC in Urabá and Santa Marta by check in an amount equivalent to $31,847.[1]

---

[1]     With respect to all statements in this Factual Proffer relating to payments by check, the "on or about" dates refer to the dates on which such checks cleared the bank, not the dates on which the checks were issued or delivered.

906.    On or about November 14, 2001, Individual F and Individual G paid the AUC in Urabá and Santa Marta by check in the amount equivalent to $56,292.

907.    On or about December 12, 2001, Individual F and Individual G paid the AUC in Urabá and Santa Marta by check in an amount equivalent to $26,644.

908.    On or about February 4, 2002, Individual F and Individual G paid the AUC in Urabá and Santa Marta by check in an amount equivalent to $30,079.

909.    On or about March 7, 2002, Individual F and Individual G paid the AUC in Urabá and Santa Marta by check in an amount equivalent to $25,977.

910.    On or about March 31, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in two equal payments in amounts equivalent to $3,689 each.

911.    On or about April 16, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $35,675.

912.    On or about May 15, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $10,888.

913.    On or about May 31, 2002, Individual F and Individual G paid the AUC Santa Marta in cash in two equal payments in amounts equivalent to $3,595 each.

914.    In or about June 2002, Individual F and Individual G began making direct cash payments to the AUC in the Santa Marta region of Colombia according to the procedures referenced in Paragraph 25.

915.    On or about June 11, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in three payments in amounts equivalent to $4,764, $6,670 and $6,269, respectively.

916.     On or about June 14, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $31,131.

917.     On or about July 2, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $11,585.

918.     On or about July 9, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $5,917.

919.     On or about August 6, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $4,654.

920.     On or about August 15, 202, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $27,841.

921.     On or about September 2, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $4,616.

922.     On or about October 7, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $8,026.

923.     On or about October 15, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $40,419.

924.     On or about November 8, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $6,164.

925.     On or about November 29, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $5,685.

926.     On or about December 9, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $47,424.

927.    On or about January 21, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $7,954.

928.    On or about January 27, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $22,336.

929.    On or about February 11, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $7,291.

930.    On or about February 20, 2003, Individual I stated to Individual C that Individual I had discovered that the AUC had been designated by the United States government as a Foreign Terrorist Organization.  Shortly thereafter, Individual C and Individual I spoke with attorneys in the District of Columbia office of a national law firm ("outside counsel") about defendant CHIQUITA's ongoing payments to the AUC.

931.    Beginning on or about February 21, 2003, outside counsel advised defendant CHIQUITA, through Individual C and Individual I, that the payments were illegal under United States law and that defendant CHIQUITA should immediately stop paying the AUC directly or indirectly.  Among other things, outside counsel, in words and in substance, advised defendant CHIQUITA:

"Must stop payments."
(notes, dated February 21, 2003)

"Bottom Line:  CANNOT MAKE THE PAYMENT"
"Advised NOT TO MAKE ALTERNATIVE PAYMENT through CONVIVIR"
"General Rule:  Cannot do indirectly what you cannot do directly"
"Concluded with: CANNOT MAKE THE PAYMENT"
(memo, dated February 26, 2003)

"You voluntarily put yourself in this position.  Duress defense can wear out through repetition.  Buz [business] decision to stay in harm's way.  CHIQUITA should leave Colombia."
(notes, dated March 10, 2003)

"[T]he company should not continue to make the Santa Marta payments, given the AUC's designation as a foreign terrorist organization[.]"
(memo, dated March 11, 2003)

[T]he company should not make the payment."
(memo, dated March 27, 2003)

932.    On or about February 27, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $17,434.

933.    On or about March 27, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $19,437.

934.    On or about April 3, 2003, Individual B and Individual C first reported to the full Board of Directors of defendant CHIQUITA that defendant CHIQUITA was making payments to a designated Foreign Terrorist Organization.  A member of defendant CHIQUITA's Board of Directors objected to the payments and recommended that defendant CHIQUITA consider taking immediate corrective action, to include withdrawing from Colombia.  The Board agreed to disclose promptly to the Department of Justice the fact that defendant CHIQUITA had been making payments to the AUC.

935.    On or before April 4, 2003, according to outside counsel's notes concerning a conversation about defendant CHIQUITA's payments to the AUC, Individual C said: "His and [Individual B's] opinion is just let them sue us, come after us. This is also [Individual A's] opinion."

936.    On or about April 8, 2003, Individual C and Individual D met at defendant CHIQUITA's headquarters in Cincinnati with Individual F, Individual G, Individual H, and Individual I.  According to the contemporaneous account of this meeting, Individual C and Individual D instructed Individual F and Individual G to "continue making payments" to the AUC.

937.    On or about April 24, 2003, Individual B and Individual C, along with outside counsel, met with officials of the United States Department of Justice, stated that defendant CHIQUITA had been making payments to the AUC for years, and represented that the payments had been made under threat of violence.  Department of Justice officials told Individual B and Individual C that defendant CHIQUITA's payments to the AUC were illegal and could not continue.  Department of Justice officials acknowledged that the issue of continued payments was complicated.

938.    On or about April 30, 2003, Individual B and Individual C told members of the Audit Committee of the Board of Directors and the outside auditors of defendant CHIQUITA about the meeting with Department of Justice officials on April 24, 2003. Individual B and Individual C said that the conclusion of the April 24th meeting was that there would be "no liability for past conduct" and that there had been [n]o conclusion on continuing the payments."

939.    On or about May 5, 2003, according to the contemporaneous account of this conversation, Individual I instructed Individual F and Individual J to "continue making payments" to the AUC.

940.    On or about May 12, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $6,105.

941.    On or about May 21, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $47,235.

942.    On or about June 4, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $7,623.

943.   On or about June 6, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in two payments in amounts equivalent to $6,229 and $5,764, respectively.

944.   On or about July 14, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $7,139.

945.   On or about July 24, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $35,136.

946.   On or about August 8, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $5,822.

947.   On or about August 25, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $12,850.

948.   On or about September 1, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $6,963.

949.   On or about September 8, 2003, outside counsel advised defendant CHIQUITA in writing, through Individual C and Individual I, that: "[Department of Justice] officials have been unwilling to give assurances or guarantees of non-prosecution; in fact, officials have repeatedly stated that they view the circumstances presented as a technical violation and cannot endorse current or future payments."

950.   On or about October 6, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $18,249.

951.   On or about October 6, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent $9,439.

952.    On or about October 24, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $30,511.

953.    On or about November 5, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $6,937.

954.    On or about December 1, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $6,337.

955.    On or about December 2, 2003, Individual F and Individual G paid the AUC in Urabá by check in the amount equivalent to $30,193.

956.    On or about December 4, 2003, Individual B and Individual C provided the Board of Directors additional details concerning defendant CHIQUITA's payments to the AUC that had not previously been disclosed to the Board.  A member of defendant CHIQUITA's Board of Directors responded to this additional information by stating: "I reiterate my strong opinion – stronger now – to sell our operations in Colombia."

957.    On or before December 4, 2003, defendant CHIQUITA created and maintained corporate books and records that did not identify the ultimate and intended recipient of the payments to the AUC in Urabá in calendar year 2003 as follows:

| Reporting Period | Description of recipient | Description of payment |
| --- | --- | --- |
| 1st Quarter 2003 | "Papagayo Association, a 'Convivir.' (Convivirs are government licensed security providers.)" | "Payment for security service." |
| 2nd Quarter 2003 | "Papagayo Association, a 'Convivir.' (Convivirs are government licensed security providers.)" | "Payment for security services." |
| 3rd Quarter 2003 | "Papagayo Association, a 'Convivir.' (Convivirs | "Payment for security services." |

are government licensed
security providers.)"

958.    On or about December 16, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $24,584.

959.    On or about December 22, 2003, Individual B sent an email to other Board members on the subject of defendant CHIQUITA's ongoing payments to the AUC, stating, among other things: "This is not a management investigation.  This is an audit committee investigation.  It is an audit committee investigation because we appear to [be] committing a felony."

960.    On or about January 9, 2004, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $10,630.

961.    On or about January 13, 2004, Individual F and Individual G paid the AUC in Urabá  by check in an amount equivalent to $27,958.

962.    On or about February 4, 2004, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $4,795.

963.    According to defendant CHIQUITA's records, from September 10, 2001, through in or about January 2004, defendant CHIQUITA earned more than $49.4 million in profits from its Colombian banana-producing operations.

964.    The foregoing allegations contained in the factual proffer, were formally admitted in writing by Fernando Aguirre, Chairman of the Board of Directors, President and Chief Executive Officer of CHIQUITA BRANDS INTERNATIONAL, INC., on or about March 12, 2007.

<u>FRAUDULENT CONCEALMENT AND EQUITABLE TOLLING</u>

965.    That until publication of CHIQUITA'S guilty plea on or about March 19, 2007, none of the plaintiffs had any knowledge of CHIQUITA'S payments to the AUC.

966.    Plaintiffs could not have discovered CHIQUITA'S payments and provisions to the AUC by the exercise of reasonable diligence because Chiquita actively and fraudulently concealed these activities by making clandestine, furtive, payments; making and filing false and misleading documents, books and records; funneling illegal payments through intermediaries including the convivir; filing false, misleading and fraudulent documents with the Colombian and United States governments; utilizing false front organizations and dummy corporations to import, transport and distribute arms, ammunition and military supplies to the AUC and to provide substantial financial assistance to the AUC; making payments to Banadex executives with the intent that they would be withdrawn as cash and handed directly to the AUC; and in otherwise acting in a clandestine and fraudulent manner with the intent to conceal its illegal and criminal activities aide, abetted and proximately caused the injuries and deaths herein alleged.

967.    That by reason of the foregoing, any statutes of limitation applicable to ATCA and TVPA claims were equitably tolled until on or about March 19, 2007, and accordingly the claims of all plaintiffs herein are timely brought.

<u>CHIQUITA'S CONSPIRACY WITH THE AUC</u>

968.    That heretofore and at the time of the occurrences herein, the defendants had entered into a conspiracy and a joint plan with the AUC to effectuate a variety of purposes that were of mutual benefit to CHIQUITA and the AUC.

969.    That as previously indicated in 1997, control persons of CHIQUITA, including its general manager and upon information and belief, Robert Fisher met with

leaders of the AUC including Carlos Castano and others including one Raul Hasbun to devise a plan for the financing and coordinating paramilitary operations in the Zona Bananera.

970.    The joint purposes and mutual benefits of the conspiracy between CHIQUITA and the AUC included the political, military and economic control of the Republic of Colombia and specifically of the banana growing regions; the destruction and expulsion of guerilla groups such as the FARC and the ELN; the establishment of the AUC and CHIQUITA as the *de facto* power and authority over the banana growing regions and their inhabitants; the wrongful and illegal seizure and/or acquisition of banana growing land from the peasants by the commission of various overt acts, including threats, intimidation, murders, massacres, disappearances and other atrocities; the elimination and/or domination of labor union organizers perceived by CHIQUITA to be hostile to their economic interests, accomplished by threats, intimidation, murders, massacres, disappearances and other atrocities; the acquisition and maintenance of monopolistic control over commerce in bananas by CHIQUITA and the destruction of all competition in the cultivation, distribution and marketing of bananas, accomplished by threats, intimidation, murders, massacres, disappearances and other atrocities.

971.    That pursuant to the conspiracy between CHIQUITA and the AUC, the co-conspirators actively cooperated in a variety of overt acts, including but not limited to the illegal payment of money as detailed in the "Factual Proffer".

972.    That pursuant to the conspiracy between CHIQUITA and the AUC, the co-conspirators actively cooperated in a variety of overt acts, including but not limited to the production, transportation, distribution and sale of illegal drugs.

973.   That pursuant to the conspiracy between CHIQUITA and the AUC, the co-conspirators actively conspired to acquire, transport and distribute illegal weapons and ammunition to be used in the commission of threats, intimidation, murders, massacres, disappearances and other atrocities.

974.   That pursuant to the conspiracy between CHIQUITA and the AUC, the co-conspirators actively conspired to acquire, transport and distribute vehicles and other war materiel for the purpose of committing threats, intimidation, murders, massacres, disappearances and other atrocities.

975.   CHIQUITA, by and through its agents, servants and employees, including but not limited to Individuals A through J, and other agents servants and employees including but not limited to James Reilly, Willie Gonzalez, Jose Anarbona, Giovanny Hurtado Torres, Luis Anibal Chaverra Arboleda, Erasmo De Jesus Saldarriaga Cuartas, Luis German Cuartas ordered, directed and orchestrated weapons smuggling, threats, intimidation, murders, massacres, disappearances and other atrocities.

976.   As more fully alleged in detail above, Chiquita paid the AUC, directly or indirectly, nearly every month during the period 1997-2004, making over one hundred payments to the AUC totaling over 1.7 million.  Chiquita's payments to the AUC were reviewed and approved by senior executives of the corporation, including high ranking officers, directors, and employees.  Chiquita's senior executives knew that the corporation was paying the AUC and that the AUC was a violent, paramilitary organization led by Carlos Castano. Payments made to the AUC or to front organizations were recorded in Chiquita's corporate books and records as "security payments" or payments for "security" or "security services." Other payments, made to Banadex

executives with the intent that they would be withdrawn as cash and handed directly to the AUC, were recorded as income contributions.

977.    CHIQUITA'S payments to the AUC were knowingly and intentionally fraudulent, furtive, secretive, atypical, lacking in business justification, criminal and methodical, and indicate the intent to participate in a criminal venture with the AUC, and to aid and abet the illegal, immoral, murderous war crimes, and crimes against humanity perpetrated by the AUC.

978.    At all relevant times, CHIQUITA knew that the AUC was a violent, terrorist paramilitary organization.  On September 10, 2001, the United States government designated the AUC as a Foreign Terrorist Organization ("FTO"), and that designation was well-publicized in the American public media, including in the Cincinnati Post on October 6, 2001, and in the Cincinnati Enquirer on October 17, 2001, as well as in the Colombian media.

979.    On March 19, 2007, CHIQUITA pled guilty in U.S. District Court for the District of Colombia to one count of engaging in transactions with a specially designated global terrorist.  The company's sentence will include a $25 million criminal fine, the requirement to implement and maintain an effective compliance and ethics program, and five years' probation.

980.    According to the sentencing memorandum of the United States Government in the aforementioned case, CHIQUITA'S payments "fueled violence" and "paid for weapons and ammunition to kill innocent people".

The Illegal Smuggling of Arms by CHIQUITA/BANADEX to the AUC

981.     In 2001, CHIQUITA facilitated the clandestine and illegal transfer of arms and ammunition from Nicaragua to the AUC.

982.     The Nicaraguan National Police provided 3,000 AK-47 assault rifles and 5 million rounds of ammunition to a private Guatamalan arms dealership, Grupo de Representaciones Internationales S.A. ("GIR S.A."), in exchange for weapons more suited to police work.  GIR S.A., in turn, arranged to sell the AK-47's and ammunition for $575,000 to Shimon Yelinek, an arms merchant based in Panama.  In November 2001, Yelinek loaded the arms onto a Panamanian-registered ship called the "OTTERLOO" with Panama as its declared destination, but the ship instead went to Turbo, Colombia.

983.     CHIQUITA, through Banadex, operated a private port facility at the Colombian municipality of Turbo, used for the transport of bananas and other cargo.  The arms ship docked at the CHIQUITA port, and Banadex employees unloaded the 3,000 assault rifles and 5 million rounds of ammunition.  These arms and ammunition were then transferred to the AUC.

984.     The arms and ammunition were off-loaded at sea from the Otterloo onto barges owned and operated by Banadex and brought to Chiquita's private warehouse facility.  The arms and ammunition were unloaded by Banadex employees and stored in Banedex private warehouse for a period of time.  It was then loaded onto trucks and delivered to AUC paramilitaries.

985.     Bills of lading and other shipping documents relating to the Otterloo's cargo indicate that the recipient of the goods was C.I. Banadex S.A. and Inv. Banoly, Ltda.

986.     Luis Anibal Chaverra Arboleda, an employee of Banadex S.A. and other agents/employees of Banadex, supervised the fictitious inspection of the containers containing weapons and ammunition and arranged for the loading of the weapons and ammunition onto trucks destined for AUC paramilitaries under circumstances evincing knowledge and intent of aiding and abetting the paramilitaries.

987.     According to official documents of the Fiscalia 41 of Medellin dated November 7, 2002, the employees of Banadex were in charge of the process of unloading, storing, lifting and loading the guns and ammunition onto trucks, and that Banadex was in charge of the shipment, and provided their personnel, warehouses and equipment for the purpose of receiving and transferring the arms and ammunition to the AUC, and that the unloading and storage was done by a private company, CI Banadex, which had total management, mobilization and control of the port and the containers containing the arms and ammunition.

988.     On information and belief, CHIQUITA facilitated at least four other arms shipments to the AUC.  In an interview with the Colombian newspaper El Tiempo, AUC leader Carlos Castano subsequently boasted, "This is the greatest achievement by the AUC so far.  Through Central America, five shipments, 13 thousand rifles."

989.     On information and belief, CHIQUITA was aware of the use of its facilities for the illegal transshipment of arms to the AUC, and intended to provide such support and assistance to the AUC.

990.     The arms and munitions that came into Colombia through Chiquita's private port at Turbo were used to commit massacres, mass murders, torture and intimidation, including but not limited to the murders of the plaintiffs' decedents.

991.   The arms and munitions that came into Colombia through Chiquita's private port at Turbo were used to commit massacres, mass murders, torture and intimidation, and were used to wage war against left wing guerillas, in the course of which the war crimes against the plaintiffs were committed.

992.   On information and belief, CHIQUITA also assisted the AUC by allowing the use of its private port facilities not only for the illegal importation of arms, but also for the illegal exportation of large amounts of illegal drugs, especially cocaine.  The drug trade was a major source of income for the AUC.  CHIQUITA intentionally and knowingly allowed use of its port and banana transportation boats for this purpose. CHIQUITA also transported illegal drugs in trucks and other vehicles acquired, owned and operated by it for the use in its conspiracy with the AUC.

993.   Drug enforcement agents and customs officials in Belgium and the United Kingdom found more than a ton of almost pure cocaine hidden in at least seven Chiquita ships in 1997, all or which was illegally exported through Chiquita's private port facility at Santa Marta, Colombia. The seized cocaine was worth approximately $33 million in pure form and more than $100 million if sold on the streets according to United States DEA sources. On or about October 31, 1997, officials in Belgium seized more than 500 kilos of cocaine from the ship "Chiquita Bremen".  The cocaine had a street value of approximately $50 million.

994.   The AUC's access to Chiquita's private port at Turbo as well as access to freighters owned, operated and/or controlled by Chiquita, materially and substantially aided the AUC to export drugs from which it derived substantial and material revenue to support its operations and to import weapons as aforesaid.

## AS AND FOR A FIRST CAUSE OF ACTION
## ENGAGING IN TERRORISM AND/OR PROVIDING
## MATERIAL SUPPORT TO A TERRORIST ORGANIZATION

995.    Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

996.    The AUC was and is a global terrorist organization, having been so designated by the U.S. State Department, as hereinabove alleged.

997.    That heretofore and at the time of the occurrences herein, the AUC was engaged in terrorism in violation of the law of nations and of individual countries and states in that *inter alia* it engaged in violent acts, or acts dangerous to human life that were intended to intimidate or coerce a civilian population, and/or to influence the policy of a government by intimidation or coercion; and/or to affect the conduct of a government by mass destruction, assassination, kidnapping or hostage taking, as defined by 31 CFR § 594.311 and Chapter 113B of Part I of Title 18 of the United States Code; engaged in criminal acts intended and/or calculated to create a state of terror in the minds of particular persons or a group of persons or the general public as defined in the League of Nations Convention (1937)  and the General Assembly Resolution 51/210 (1999) wherein such acts are strongly condemned; and/or engaged in crimes against a civilian population intended to cause death or serious bodily harm to civilians or non-combatants with the purpose of intimidating a population in violation of  UN Resolution May 17, 2005 and UN General Assembly Resolution 49/60 of December 9, 1994 adopting the Declaration of Measures to Eliminate International Terrorism and all other citations therein condemning terrorism which are hereby incorporated by reference; and  UN

General Assembly Resolution 42/159 (adopted December 7, 1987) and other international laws and *jus cogens* as set forth herein and elsewhere.

998.   That terrorism is a violation of the law of nations.

999.   That conspiring with and aiding, abetting, facilitating, soliciting and giving material aid to a terrorist organization is a violation of the law of nations.

1000.   That heretofore and at the time of the occurrences herein, the AUC was engaged in committing violent activities, including, but not limited to mass murders, individual murders, forced disappearances, drug trafficking, extortion and kidnapping, including but not limited to the murders of the plaintiffs' decedents and others.

1001.   As heretofore alleged, from 1997 to 2004, CHIQUITA, directly and by and through its subsidiaries, agents, and employees, made approximately 100 payments to the AUC in an amount exceeding $1.7 million as hereinabove alleged.

1002.   CHIQUITA directly and indirectly provided guns, ammunition, trucks and other war material to the AUC, as hereinabove alleged.

1003.   That as heretofore alleged, CHIQUITA was involved in a conspiracy with the AUC and committed the overt acts hereinabove alleged that proximately caused the deaths of plaintiffs' decedents.

1004.   At all times material hereto, CHIQUITA knew or should have known that its providing money, guns, ammunition, war material and other forms of aid to the AUC would facilitate, aid and abet the commission of mass murders, individual murders, forced disappearances, kidnapping and other crimes, including the murders of the plaintiffs decedents.

1005.   As a result of providing financial support to the AUC, defendant

CHIQUITA violated the law of nations, established United States laws, international

laws, treaties and norms, including, but not limited to those sections previously set forth

including but not limited to:

The Declaration on Measures to Eliminate International Terrorism and citations therein incorporated by reference adopted by the United Nations General Assembly on December 9, 1994 (GA Res. 49/60);
The Anti Terror Act, 18 U.S.CC. 113B;
The Anti-Terrorism and Effective Death Penalty Act ("AEDPA"), Pub. L. No. 104-132, 110 Stat. 1214 (1996);
The Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 ("USA PATRIOT Act"), Pub. L. No. 107-56, 115 Stat. 271 (2001);
The Convention on the Prevention and Punishment of the Crime of Genocide; Art. 2, Dec. 9, 1948, 78 U.N.T.S.;
International Convention for the Suppression of Terrorist Bombings, G.A. Res. 52-164, 1, U.N. Doc A/RES/52/164;
International Convention for the Suppression of the Financing of Terrorism, 39 I.L.M. 270 (Dec. 9, 1997); G.A. Res. 54/109, 1 UN Doc A/RES/54/109 (Dec 1, 1999) and ratified by over 130 countries (The Financing Convention);
United Nations Charter, 59 Stat. 1031, 3 Bevans 1153 (1945);
(Universal Declaration of Human Rights, G.A. Res. 217A (iii), U.N. Doc. A/810 (1948);
International Covenant on Civil and Political Rights, G.A. Res. 2220A(xxi), 21 U.N. Doc., GAOR Supp. (No. 16) at 52, U.N. Doc. (A/6316 (1966);
Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 39/46, 39 U.N. Doc., GAOR Supp. (No. 51) at 1100, U.N. doc. A/39/51 (1984);
Declaration on the Protection of all Persons From Being Subjected to Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 3452, 30 U.N. Doc., GAOR Supp. (No. 34) at 91, U.N. Doc. A/10034 (1976);
Common Article 3 of the 1949 Geneva Conventions; Articles 4 and 13 of the 1977 Geneva Protocol II;
Convention on Combating Bribery of Foreign Public Officials in International Businesss Transactions, 37 I.L.M. 1 (Dec. 18, 1997);
and other *jus cogens*.

1006.   The murders of the plaintiffs' decedents and/or injuries to plaintiff(s) were

a direct and proximate result of CHIQUITA's conspiring with and providing aid to a

terrorist organization as hereinabove alleged.

1007.   The abuses described above were premeditated, politically-motivated acts of violence committed against noncombatant civilians for the purpose of instilling fear, targeting political opponents, and generally terrorizing a civilian population.

1008.   Defendants are liable to Plaintiffs in that they aided and abetted, directed, ordered, requested, paid, were reckless in dealing with, participated in a joint criminal enterprise with, confirmed, ratified, and/or conspired with the AUC in bringing about the acts of terrorism against Plaintiffs.

1009.   The murderous acts of terrorism against the plaintiffs were financed by the defendants' illegal payments of money hereinabove alleged.

1010.   Payments by CHIQUITA to the AUC were significant and substantial, and were used to by weapons, ammunition and war materiel, to fund terrorist operations against the plaintiffs, and to support the AUC's illegal and immoral activities, freeing up other funds directly involved in financing the murders, tortures, and other terrorist acts, war crimes and crimes against humanity committed  by the AUC.

1011.   The murderous acts of terrorism against the plaintiffs were aided, abetted and facilitated by the illegal payments of money hereinabove alleged.

1012.   The murderous acts of terrorism against the plaintiffs and the illegal payments of money hereinabove alleged as well as defendants furnishing arms to the AUC were overt acts committed in pursuance of the conspiracy hereinabove alleged.

1013.   The defendants, their agents servants and employees including but not limited to James Reilly, Willie Gonzalez, Jose Anarbona and Giovanny Hurtado Torres, Reinaldo Escobar de la Hoz,  defendants "A" through "J"participated in the coordination of joint and conspiratorial activities between CHIQUITA and the AUC, including

identifying to the AUC who was to be killed, tortured and/or otherwise terrorized and intimidated and otherwise participated in the distribution of money, arms and ammunition, vehicles, war material, drugs and drug-making chemicals as hereinabove alleged.

1014.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1015.   That the defendants acted with the intent to assist in the violations of international law.

1016.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1017.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1018.   That the defendant acted willfully, wantonly and recklessly, with the intent to aid the terrorist acts of the AUC, with deliberate and conscious disregard of the fact that its actions would aid, abet and further the terrorist activities of the AUC.

1019.   That by reason of the wrongful conduct of the defendants, including aid to a terrorist organization as hereinabove alleged and the consequent crimes committed thereby, as hereinabove alleged, plaintiff's decedents suffered conscious pain, suffering

and death, and the plaintiffs have suffered pecuniary and economic damages, loss of

support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services

and other injuries, and accordingly, the plaintiffs claim all damages allowed by law,

including compensatory and punitive damages.

## AS AND FOR A SECOND CAUSE OF ACTION
## WAR CRIMES

1020.   Plaintiffs repeat and reallege all of the previous allegations of the

complaint with the same force and effect as if fully set forth again at length.

1021.   Heretofore, and at the time of the murders of plaintiffs' decedents and/or

injuries to plaintiffs, and prior thereto, there existed a state of civil war and armed

conflict in Colombia and specifically in the regions where plaintiffs resided.

1022.   The AUC was a party to the civil war and armed conflict, which was

ongoing at the time of the murders, tortures and other injuries inflicted upon the

plaintiffs.

1023.   The murders of plaintiff's decedents and/or injuries to plaintiff(s) were

committed in the course of a civil war and armed conflict not of an international

character.

1024.   The plaintiffs' decedents and/or plaintiffs were non-combatants in the civil

war and armed conflict.

1025.   The plaintiffs and their decedents were systematically murdered, tortured

and otherwise injured as a direct and proximate result of the AUC's deliberate campaign

of terror against civilians for the purposed of suppressing, eliminating and otherwise

destroying support for left wing groups such as the FARC as an integral part of its

strategy in the ongoing civil war and armed conflict.

1026.   As documented in reports of the United States Department of State from 1997 onward, as heretofore alleged, the AUC took the offensive against the left wing guerillas by perpetrating  killings, massacres, forced displacements and forced depopulations of civilians perceived by it to be supportive of left wing elements including the FARC. These civilian non-combatants, including the plaintiffs, were specifically targeted as part of the war strategy of the AUC and resulted in thousands of civilian deaths, including those of plaintiffs' decedents.

1027.   The defendants conspired with, aided, abetted, directed, solicited and facilitated the AUC in the orchestration of hostilities, armed conflict, and acts of murder, torture, terrorism, coercion and intimidation, including but not limited to the murders of plaintiffs' decedents and/or injuries to plaintiff(s)

1028.   The murders of plaintiffs' decedents constituted war crimes, in violation of the law of nations and laws of the United States, including but not limited to:

The Anti Terror Act, 18 U.S.CC. 113B; and
The Anti-Terrorism and Effective Death Penalty Act ("AEDPA"), Pub. L. No. 104-132, 110 Stat. 1214 (1996);
The Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 ("USA PATRIOT Act"), Pub. L. No. 107-56, 115 Stat. 271 (2001);
The Convention on the Prevention and Punishment of the Crime of Genocide; Art. 2, Dec. 9, 1948, 78 U.N.T.S.;
International Convention for the Suppression of Terrorist Bombings, G.A. Res. 52-164, 1, U.N. Doc A/RES/52/164;
International Convention for the Suppression of the Financing of Terrorism, 39 I.L.M. 270 (Dec. 9, 1997) G.A. Res. 54/109, 1 UN Doc A/RES/54/109 (Dec 1, 1999) and ratified by over 130 countries (The Financing Convention);
United Nations Charter, 59 Stat. 1031, 3 Bevans 1153 (1945);
(Universal Declaration of Human Rights, G.A. Res. 217A (iii), U.N. Doc. A/810 (1948);
International Covenant on Civil and Political Rights, G.A. Res. 2220A(xxi), 21 U.N. Doc., GAOR Supp. (No. 16) at 52, U.N. Doc. (A/6316 (1966);
Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 39/46, 39 U.N. Doc., GAOR Supp. (No. 51) at 1100, U.N. doc. A/39/51 (1984);

Declaration on the Protection of all Persons From Being Subjected to Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 3452, 30 U.N. Doc., GAOR Supp. (No. 34) at 91, U.N. Doc. A/10034 (1976);
Common Article 3 of the 1949 Geneva Conventions; Articles 4 and 13 of the 1977 Geneva Protocol II;
Convention on Combating Bribery of Foreign Public Officials in International Businesss Transactions, 37 I.L.M. 1 (Dec. 18, 1997);
and other *jus cogens*.

1029.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1030.   That the defendants acted with the intent to assist in the violations of international law.

1031.   That defendants had the specific intent that its financial and other aid to the AUC would further the AUC's war objectives of defeating the FARC and other left wing elements *inter alia* by means of the AUC's campaign of terrorizing, murdering, maiming and torturing civilian non-combatants as herein alleged.

1032.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1033.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1034.   That by reason of the murderous war crimes herein alleged, plaintiff's decedents suffered conscious pain, suffering and death, and the plaintiffs have suffered

personal injuries, pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

## AS AND FOR A THIRD CAUSE OF ACTION
## CRIMES AGAINST HUMANITY

1035.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1036.   Heretofore, and at the time of the murders of plaintiff's decedents and/or attempted murders/personal injuries, and prior thereto, the AUC, in pursuance of the aforedescribed conspiracy with defendant CHIQUITA, and acting in concert with, aided, abetted, facilitated, and solicited by defendant CHIQUITA, engaged in a widespread and systematic attack on and persecution of large segments of the civilian populations of the banana growing regions of Colombia, including but not limited to the areas where plaintiffs resided, and including plaintiffs' decedents.

1037.   The AUC's widespread and systematic attack on and persecution of large segments of the civilian population of the banana growing regions was carried out by mass murders/massacres, individual murders, disappearances, torture, threats, detention, coercion and intimidation.

1038.   The AUC's acts of mass murder/massacre, individual murders, disappearances, torture, threats, and intimidation was designed, planned, orchestrated and executed for the primary purpose of exercising political and economic control over the subject areas as heretofore alleged.

1039.   The murders of plaintiffs' decedents and/or attempted murders/personal

injuries constituted crimes against humanity, in violation of the law of nations and laws

of the United States, including but not limited to:

The Anti Terror Act, 18 U.S.CC. 113B; and
The Anti-Terrorism and Effective Death Penalty Act ("AEDPA"), Pub. L. No. 104-132,
110 Stat. 1214 (1996);
The Uniting and Strengthening America by Providing Appropriate Tools Required to
Intercept and Obstruct Terrorism Act of 2001 ("USA PATRIOT Act"), Pub. L. No. 107-
56, 115 Stat. 271 (2001);
The Convention on the Prevention and Punishment of the Crime of Genocide; Art. 2,
Dec. 9, 1948, 78 U.N.T.S. 277;
International Convention for the Suppression of Terrorist Bombings, G.A. Res. 52-164,
1, U.N. Doc A/RES/52/164;
International Convention for the Suppression of the Financing of Terrorism, 39 I.L.M.
270 (Dec. 9, 1997) G.A. Res. 54/109, 1 UN Doc A/RES/54/109 (Dec 1, 1999) and
ratified by over 130 countries (The Financing Convention);
United Nations Charter, 59 Stat. 1031, 3 Bevans 1153 (1945);
(Universal Declaration of Human Rights, G.A. Res. 217A (iii), U.N. Doc. A/810 (1948);
International Covenant on Civil and Political Rights, G.A. Res. 2220A(xxi), 21 U.N.
Doc., GAOR Supp. (No. 16) at 52, U.N. Doc. (A/6316 (1966);
Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or
Punishment, G.A. Res. 39/46, 39 U.N. Doc., GAOR Supp. (No. 51) at 1100, U.N. doc.
A/39/51 (1984), 1465 U.N.T.S. 85;
Declaration on the Protection of all Persons From Being Subjected to Torture and Other
Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 3452, 30 U.N. Doc.,
GAOR Supp. (No. 34) at 91, U.N. Doc. A/10034 (1976);
Common Article 3 of the 1949 Geneva Conventions; Articles 4 and 13 of the 1977
Geneva Protocol II;
Convention on Combating Bribery of Foreign Public Officials in International Businesss
Transactions, 37 I.L.M. 1 (Dec. 18, 1997);
and other *jus cogens*.

1040.   That the defendants, their agents servants and employees (a) knowingly

and substantially assisted the AUC and their collaborators to commit acts that violate

clearly established international law norms, and (b) facilitated the commission of

international law violations by providing the AUC and their collaborators with the tools,

instrumentalities, or services to commit those violations with actual or constructive

knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1041.   That the defendants acted with the intent to assist in the violations of international law.

1042.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1043.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1044.   That by reason of the murderous crimes against humanity herein alleged, plaintiffs' decedents and/or plaintiff(s) suffered personal injuries, conscious pain, suffering and death, and the plaintiffs have suffered pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

## AS AND FOR A FOURTH CAUSE OF ACTION
## EXTRAJUDICIAL KILLING/TORTURE IN VIOLATION OF TVPA

1045.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1046.   The murders of the plaintiffs' decedents and/or attempted murders of plaintiff(s) were extra-judicial killings/torture in violation of the TVPA.

1047.   The deliberate killings and/or attempted murders, under color of law, of plaintiffs' decedents and/or plaintiff(s) were not authorized by a lawful judgment pronounced by a regularly constituted court affording all the judicial guarantees which are recognized as indispensable by civilized peoples

235

1048.   The murders of plaintiffs' decedents and/or attempted murders of plaintiff(s) were committed under color of law, in that the AUC's commission of these atrocities was done with the knowledge, acquiescence and complicity of the official security forces of the Republic of Colombia as heretofore alleged; that the AUC was acting as a *de facto* government and/or agency of government of the banana growing regions with the knowledge, acquiescence and complicity of large segments of the Colombian government, including ranking members of the executive and legislative branches as well as the security forces; and payments were made by CHIQUITA utilizing officially sanctioned Convivirs, as hereinabove alleged.

1049.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1050.   That the defendants acted with the intent to assist in the violations of international law.

1051.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1052.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1053.   Plaintiffs have no alternative remedy to the within action.  Legal action by Plaintiffs in Colombia would be futile.  In June 2004, CHIQUITA sold its Colombian subsidiary Banadex.  On information and belief, CHIQUITA no longer owns any production operation in Colombia and is not subject to service there.

1054.   Legal action by Plaintiffs in Colombia could also result in serious reprisals.  Individuals who seek redress for paramilitary crimes committed against them or their family members are regularly targeted for further retributive violence. This has been well-documented in credible human rights reports by the U.S. Department of State, Human Rights Watch and Amnesty International.  *See*, *e.g.* The Ties that Bind: Colombia and Military-Paramilitary Links, Human Rights Watch (February, 2000).

1055.   Further, various non-governmental organizations in Colombia, such as Justicia y Paz, have sought the assistance and protection of the Colombian government. No action was taken, and these complaints were futile because of the lack of an independent or functioning legal system within Colombia.  The justice system in Colombia has utterly failed to bring the perpetrators of violence to justice under the laws of Colombia.  Finally, even if there were remedies available Plaintiffs in Colombia, such remedies are inadequate and would not afford the compete relief available to Plaintiffs by this Complaint.

1056.   Plaintiffs were unable to bring suit in the United States until the present due to the poor security situation and the danger of reprisals, which CHIQUITA's support of the AUC contributed to, as well as the criminal secreting of evidence by CHIQUITA and the conspiratorial and secretive nature of the acts and omissions of the defendants only brought to light by the above referenced criminal proceedings instituted by the

United States.  This suit is brought within one year from the termination of said criminal proceeding and within all applicable statutes of limitation.

1057.   That by reason of the extrajudicial killing of the plaintiffs' decedents and that plaintiffs' decedents suffered conscious pain, suffering and death, and the plaintiffs have suffered pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

### AS AND FOR A FIFTH CAUSE OF ACTION
### WRONGFUL DEATH AND SURVIVAL ACTIONS
### UNDER THE LAW OF OHIO

1058.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1059.   By reason of the extrajudicial killing and wrongful death of the plaintiff's decedents as hereinabove alleged, and the negligence of the defendants in failing to exercise proper supervision; in negligently hiring, supervising and retaining its agents, servants and employees; in negligently violating their duties as directors and officers of CHIQUITA; in negligently contracting, agreeing, acting in concert with and conspiring with persons whom defendants knew or should have known were violent and had the intention, means and propensity to commit crimes, perpetrate murders, disappearances, kidnappings, torture and other atrocities, and in otherwise being negligent, the defendants are liable to the plaintiff for wrongful death damages under laws of the State of Ohio, including R.C. § 2125.01, 2125.02 et seq. and for the conscious pain and suffering of the decedent pursuant to R.C. § 2305.21 et seq. pertaining to survival of actions.

1060.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted a the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1061.   That the defendants acted with the intent to assist in the violations of international law.

1062.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1063.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1064.   That by reason of the extrajudicial killing and wrongful death of the plaintiffs' decedents as hereinabove alleged, plaintiff's decedents suffered conscious pain, suffering and death, and the plaintiffs have suffered pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

## AS AND FOR A SIXTH CAUSE OF ACTION
## BATTERY

1065.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1066.   Defendants murdered, tortured and/or attempted to murder plaintiffs'

decedents and/or plaintiff(s), constituting common law battery.

1067.   That the defendants, their agents servants and employees (a) knowingly

and substantially assisted the AUC and their collaborators to commit acts that violate

clearly established international law norms, and (b) facilitated the commission of

international law violations by providing the AUC and their collaborators with the tools,

instrumentalities, or services to commit those violations with actual or constructive

knowledge that those tools, instrumentalities, or services would be (or only could be)

used in connection with that purpose.

1068.   That the defendants acted with the intent to assist in the violations of

international law.

1069.   That the defendant's acts had a substantial effect upon the success of the

violations of international law.

1070.   That the defendant was aware that its acts and omissions assisted in the

violations of international law.

1071.   That by reason of the foregoing, plaintiffs' decedents suffered conscious

pain, suffering and death, and the plaintiffs have suffered personal injuries, pecuniary and

economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss

of society, loss of services and other injuries, and accordingly, the plaintiffs claim all

damages allowed by law, including compensatory and punitive damages.

## AS AND FOR A SEVENTH CAUSE OF ACTION
## NEGLIGENCE

1072.   Plaintiffs repeat and reallege all of the previous allegations of the

complaint with the same force and effect as if fully set forth again at length.

1073.   Defendants were negligent in failing to exercise proper supervision; in negligently hiring its agents, servants and employees; in negligently violating their duties as directors and officers of CHIQUITA; in negligently contracting, agreeing, acting in concert with and conspiring with persons whom defendants knew or should have known were violent and had the intention, means and propensity to commit crimes, perpetrate murders, disappearances, kidnappings, torture and other atrocities, in acting and in otherwise being negligent and failing to exercise reasonable care.

1074.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1075.   That defendants' negligence was a proximate cause of injury and or/death of plaintiff(s) and /or plaintiffs' decedents.

1076.   Defendants acted willfully, wantonly, maliciously and with a reckless disregard and depraved indifference to human life in the commission of the acts and omissions hereinabove alleged in all counts of the complaint.

### AS AND FOR AN EIGHTH CAUSE OF ACTION
### LOSS OF SERVICES, SOCIETY AND CONSORTIUM

1077.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1078.   All plaintiffs who are the spouses, children, siblings, parents and/or relations of persons injured or killed, as heretofore alleged, claim damages for loss of services, society and consortium.

### JURY DEMAND

Plaintiffs hereby demand a trial by jury on all causes of action.

**WHEREFORE**, plaintiffs demand judgment against the defendants on each and all Causes of Action in this Fifth Amended Complaint on behalf of each and all plaintiff(s) against each and all defendant(s) for compensatory damages in the sum of $10 million for each individual plaintiff and/or decedent, totaling $7,470,000,000.00 (SEVEN BILLION FOUR HUNDRED SEVENTY MILLION DOLLARS) in compensatory damages, and punitive damages in the sum of $10 million for each individual plaintiff and/or decedent, totaling $7,470,000,000.00 (SEVEN BILLION FOUR HUNDRED SEVENTY MILLION DOLLARS in punitive damages, making in all the sum of $14,940,000,000.00 (FOURTEEN BILLION NINE HUNDRED FORTY MILLION DOLLARS), along with interest, costs and disbursements.

JONATHAN C. REITER, Esq.
E-Mail:  jcrlaw@hotmail.com
LAW FIRM OF JONATHAN C. REITER
350 Fifth Avenue, Suite 2811
New York, New York 10118
Tel:  212-736-0979
Fax:  212-268-5297
Lead Attorney of Record for Plaintiffs,
JUAN/JUAN DOES 1-747

By:   s/Jonathan C. Reiter
JONATHAN C. REITER

RONALD S. GURALNICK, Esq.
(Fl Bar No. 111476)
E-Mail:  rgacquit@bellsouth.net
RONALD GURALNICK, P.A.
Miami Tower
100 S.E. 2d Street, Floor 36
Miami, Florida 33131
Tel:  305-373-0066
Fax:  305-373-1387
Co-counsel for Plaintiffs, JUAN/JUANA
DOES 1-747

By:   s/Ronald Guralnick
RONALD GURALNICK

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel, parties or others who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  February 26, 2010

By:   s/Ronald S. Guralnick
RONALD S. GURALNICK
Co-Counsel for Plaintiffs
JUAN/JUANA DOES 1-747

## SERVICE LIST

Gregg H. Levy, Esq.
John E. Hall, Esq.
Jenny R. Mosier, Esq.
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: 202-662-6000
Facsimile:  202-662-6291
Attorneys for CHIQUITA BRANDS INTERNATIONAL

Jonathan M. Sperling, Esq.
jsperling@cov.com
COVINGTON & BURLING
620 Eighth Avenue
New York, New York 10018
Telephone: 212-841-1000
Facsimile: 212-841-1010
Attorneys for CHIQUITA BRANDS INTERNATIONAL

Sidney Alton Stubbs, Jr., Esq.
sstubs@jones-foster.com
Robert William Wilkins, Esq.
rwilkins@jones-foster.com
Cristopher Stephen Rapp, Esq.
csrapp@jones-foster.com
JONES FOSTER JOHNSTON & STUBBS
505 S. Flagler Drive Suite 1100
P.O. Box 3475
West Palm Beach, FL 33402-3475
Telephone: 561-659-3000
Facsimile: 561-650-0409
Attorneys for CHIQUITA BRANDS INTERNATIONAL

Rene Devlin Harrod, Esq.
rharrod@bergersingerman.com
BERGER SINGERMAN
Law Olas Centre II
350 E. Las Olas Blvd
Suite 1000
Ft. Lauderdale, FL 33301
Telephone: 954-525-9900
Facsimile: 954-523-2872
Attorneys for CHIQUITA BRANDS INTERNATIONAL

Alison K. Clark, Esq.
aclark@sbtklaw.com
SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
Attorneys for CHIQUITA BRANDS INTERNATIONAL

Robert M. Stern, Esq.
rstern@omm.com
O'MELVENY & MYERS
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: 202-383-5328
Facsimile:  202-383-5414
Attorneys for CHIQUITA BRANDS INTERNATIONAL

James K. Green, Esq.
jameskgreen@bellsouth.net
JAMES K. GREEN, P.A.
Esperate, Suite 1650
222 Lakeview Avenue
West Palm Beach, FL 33401
Telephone:  800-780-8607 (toll free)
                   561-686-6300
Facsimile:   561-478-0754
Attorneys for Lopez, et. al., Plaintiffs

Jack Scarola, Esq.
jsc@searcylaw.com
William B. King, Esq.
wbk@searcylaw.com
David Sales
SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.
2139 Palm Beach Lakes blvd.
P.O. Box 3626
West Palm Beach, FL 33402
Telephone:  561-686-6300
Facsimile:  561-478-0754
Attorneys for Lopez, et. al., Plaintiffs

John DeLeon, Esq.
jdeleon@chavez-deleon.com
LAW OFFICE OF CHAVEZ-DELEON
5975 Sunset Drive
Suite 605
South Miami, FL 33143
Telephone:  305-740-5347
Facsimile:  305-740-5348
Attorneys for John Doe 1-8, Plaintiffs

Paul Hoffman, Esq.
hoffpaul@aol.com
SCHONBRUN, DESIMONE, SEPLOW,
HARRIS & HOFFMAN, LLP
723 Ocean Front Walk
Venice, CA 90210
Telephone: 310-396-0731
Facsimile:  310-399-7040
Attorneys for John Doe 1-8, Plaintiffs

Agnieszka M. Fryszman, Esq.
afryszyman@emht.com
Benjamin D. Brown, Esq.
bbrown@emht.com
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: 202-408-4600
Facsimile:  202-408-4634
Attorneys for John Doe 1-8, Plaintiffs

Judith Brown Chomsky, Esq.
jchomsky@igc.com
LAW OFFICES OF JUDITH BROWN CHOMSKY
P.O. Box 29726
Elkins Park, PA 19027
Telephone: 215-782-8367
Facsimile:  202-782-8368
Attorneys for John Doe 1-8, Plaintiffs

Arturo Carrillo, Esq.
COLOMBIAN INSTITUTE OF INTERNATIONAL LAW
5425 Connecticut Avenue, N.W. #219
Washington, D.C. 20015
Attorneys for John Doe 1-8, Plaintiffs
Telephone: 202-365-7260
Attorneys for John Does 1-8, Plaintiff

Richard Herz, Esq.
Marco Simons
marco@earthrights.org
EARTH RIGHTS INTERNATIONAL
1612 K Street, N.W., Suite 401
Washington, D.C. 20006
Telephone: 202-466-5188
Facsimile:  202-466-5189
Attorneys for John Doe 1-8, Plaintiffs

William J. Wichmann, Esq.
1600 W. Commeerical Blvd.
Ft. Lauderdale, FL 33309
Telephone: 954-772-6552
Facsimile:  954-568-0085
Attorneys for Carrizosa, et.al., Plaintiffs

Willaim R. Scherer, III, Esq.
bs@conscherer.com
CONRAD & SCHERER, LLP
633 S. Federal Highway
Fort Lauderdale, FL 33301
Telephone:  954-462-5500
Facsimile:  954-463-9244
Attorneys for Carrizosa, et.al., Plaintiffs

Terrence Collingsworth, Esq.
tc@conradscherer.com
CONRAD & SCHERER
731 8th Street, S.E.
Washington, D.C. 20003
Telephone: 202-543-4100
Attorneys for John Doe 1-144, Plaintiffs