# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL,INC.
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION

_____/

This Document relates to:

Case No. 9:08-cv-80465-KAM

DOES (1-144) and PEREZES (1-95)

               Plaintiffs,

v.

CHIQUITA BRANDS INTERNATIONAL, INC. ET AL

               Defendants

_____/

## FIRST AMENDED COMPLAINT

In response to this Court's December 23, 2009 Order (Doc. No. 275), and with consent of Defendants (Doc. No. 282), Plaintiffs hereby Amend their Complaint and allege as follows:

# I. INTRODUCTION

1.      Plaintiffs are all legal representatives for and wrongful death beneficiaries of the decedents described herein who were executed by the terrorist groups receiving material support from Defendants. The original Plaintiffs to this action are Jane and John Does 1-144, who are the legal heirs to, and wrongful death beneficiaries of, decedents Peter Does 1-144.  Juana and Juan Perezes 1-95 join this amended Complaint as the legal heirs to, and wrongful death beneficiaries of, Pablo Perezes 1-95. Plaintiffs bring this action against Defendants Chiquita Brands International, Inc. (hereinafter "Chiquita") and David Does 1-10 (collectively referred to as "Defendants") for equitable relief and damages. At all times relevant herein, Chiquita's wholly-owned subsidiary, C. I. Bananos de Exportación, S.A. (also known as and referred to hereinafter as "Banadex"), was acting on behalf of Chiquita.

2.      Pursuant to Local Civil Rule 10.1(a), all Plaintiffs can be contacted through their counsel, Conrad & Scherer, 1156 15th Street NW #502, Washington, DC 20005. The street and postal addresses of the individual Plaintiffs cannot be made public due to the substantial risk of violent reprisals against them. The street and postal address of Defendant Chiquita Brands International, Inc., is 250 East Fifth Street, Cincinatti, Ohio 45202. The street and postal addresses of the David

2

Doe Defendants 1–10 are presently unknown to Plaintiffs.

3.     This case involves the systematic intimidation and murder of individuals living in the banana growing regions near the Gulf of Uraba and in the banana zone of Magdalena in Colombia, South America, at the hands of paramilitaries and other terrorist groups working in conjunction with Defendants. This case is brought under the Alien Tort Statute (ATS), Torture Victim Protection Act (TVPA), 28 U.S.C. § 1350, and state tort law, and seeks to remedy and prevent the violent persecution of persons living in the banana growing regions of Colombia.  The Defendants were knowingly engaged in an ongoing campaign of terror against these individuals.

4.     With respect to their business operations in Colombia, the Defendants have hired, armed, contracted with, or otherwise directed terrorist paramilitary forces, for the most part members of the Autodefensas Unidas de Colombia (United Self-Defense Forces of Colombia, a right wing paramilitary organizations, hereinafter "AUC"), that utilized extreme violence and was designated a terrorist organization by the Bush Administration in 2001. The AUC murdered, tortured unlawfully detained or otherwise silenced individuals suspected of sympathizing with leftist guerrillas active in the region, members of the Union Patriotica and Colombian Communist Party, union leaders, and others voicing opposition to the

3

paramilitaries' violent control over these regions.  Others were killed or terrorized

because they had the misfortune of residing in the path of Defendants' paramilitary

forces.  All of the Plaintiffs' decedents were killed under these circumstances, and

all of them were innocent civilians who had no role in the Colombian civil conflict.

     5.    All of the murders of Plaintiffs' decedents were in violation of the

ATS, the TVPA, international human rights law, and the common tort law of the

District of Colombia. In some cases, Defendants also made payments to the

Fuerzas Armadas Revolucionaries de Colombia (Revolutionary Armed Forces of

Colombia, hereinafter "FARC"), the leftist group that has also been designated a

terrorist organization by the Bush Administration. Some of the Plaintiffs allege

herein that their decedents were killed by the FARC during the time Chiquita was

providing substantial support to that terrorist organization. This Court has already

ruled in a related case that plaintiffs there had properly alleged that Chiquita aided

and abetted the FARC through knowing and substantial financial support. *See, In

Re Chiquita Brands International, Inc. ATS and Shareholder Derivative Litigation*,

No. 08-0916, (S.D.Fl., Feb. 4, 2010).

     6.    Plaintiffs do not have access to an independent or functioning legal

system within Colombia to raise their complaints. Any effort by Plaintiffs to seek

legal redress would be futile because those seeking to challenge official or

paramilitary violence, including prosecutors and prominent human rights activists, are at great risk from retaliation. This has been well-documented in credible human rights reports by the U.S. Department of State, Human Rights Watch and Amnesty International. *See, e.g., The Ties that Bind: Colombia and Military-Paramilitary Links*, Human Rights Watch (February, 2000).

7.      Further, various non-governmental organizations in Colombia, such as Justicia y Paz, have sought the assistance and protection of the Colombian government. No action was taken, and these complaints were futile because of the lack of an independent or functioning legal system within Colombia. The justice system in Colombia has utterly failed to bring the perpetrators of violence to justice under the laws of Colombia. Finally, even if there were remedies available to Plaintiffs in Colombia, such remedies are inadequate and would not afford the complete relief available to Plaintiffs by this Complaint. Defendants, because they do business in Colombia, are well aware of these conditions, and know that Plaintiffs do not have the option of seeking justice in Colombia for human rights violations. The fact that terrorist paramilitary groups operate openly and are financed by companies such as Chiquita indicates the level of impunity still existing in Colombia.

8.      Legal action by Plaintiffs in Colombia would be futile. In June 2004,

Chiquita sold its Colombian subsidiary Banadex. On information and belief, Chiquita no longer owns any production operations in Colombia and is not subject to service there. Furthermore, the political and legal system in Colombia is characterized by virtual impunity for the crimes of paramilitaries and those who assist them. The vast majority of arrest warrants for paramilitary leaders are never carried out, and when such figures are arrested they are frequently released or allowed to escape from security facilities. Military officers accused of collaboration with paramilitaries are routinely exonerated or given token sentences by military courts. Prosecutors, investigators, and judicial officials who pursue cases of human rights abuses implicating paramilitaries are subject to death threats and assassinations, and many have had to resign or flee the country as a result.

9.     Legal action by Plaintiffs in Colombia would also result in serious reprisals. Individuals who seek redress for paramilitary crimes committed against them or their family members are regularly targeted for further retributive violence.

10.     Further, Chiquita actively concealed its payments and other forms of support to FARC and the AUC. This concealment had the effect of preventing plaintiffs from learning that Chiquita was responsible for their injuries.  Plaintiffs were unaware of Chiquita's support of the FARC and AUC until shortly after Chiquita's guilty plea in March of 2007.

11.    Chiquita's concealment of its role in Plaintiffs' injuries prevented plaintiffs from filing their claims at an earlier date.

12.    Plaintiffs were additionally unable to bring suit in Colombia or the United States until 2007 due to the poor security situation and the danger of reprisals, to which Chiquita's support of the AUC contributed.

13.    Several of the AUC paramilitary units active in the banana-growing region, including Bloque Norte and the Bloque Elmer Cardenas, did not demobilize until 2006.  (Colombian High Commissioner for Peace, http://www.altocomisionadoparalapaz.gov.co/web/g_autodefensa/dialogos.htm; SEVENTH QUARTERLY REPORT OF THE SECRETARY GENERAL TO THE PERMANENT COUNCIL ON THE MISSION TO SUPPORT THE PEACE PROCESS IN COLOMBIA (MAPP/OEA), OEA/Ser.G CP/doc.4148/06).

14.    According to a recent report by Human Rights Watch, *Paramilitary Heirs, The New Face of Violence in Colombia* (Feb. 2010), there are still violent remnants of the AUC operating in Colombia.

15.    Throughout the period of Plaintiffs' injuries, paramilitaries continued to kill and make threats against civilians in the banana-growing region.  In 2006, several human rights workers received death threats, including lawyers challenging paramilitary violence.  (Amnesty International, *Colombia: Fear and Intimidation:*

*The dangers of human rights work.*)

## II.  JURISDICTION AND VENUE

16.    This Court has federal question jurisdiction pursuant to 28 U.S.C. §1331, based on the ATS and the TVPA, 28 U.S.C. §1350, for the alleged violations of international human rights law.  Supplemental jurisdiction exists over the state law causes of action pursuant to 28 U.S.C. §1367.

17.    This Court also has diversity jurisdiction pursuant to 28 U.S.C. §1332 (a)(2).  All Plaintiffs are citizens and domiciles of Colombia, and the Defendants are all United States domiciles with their principal place of business and/or residence also in the United States.  The amount in dispute between each Plaintiff and each defendant exceeds $75,000.

18.    Defendant Chiquita is a New Jersey Corporation with its principal place of business in Ohio. Defendant has a nation-wide business, with distribution networks all over the country. Defendant conducts significant business within the District of Colombia, and pled guilty to criminal charges in the District of Colombia for the same conduct at issue in this case.

19.    Venue properly lies in this Judicial District pursuant to 28 U.S.C. §1391(b) and (c).

### III. PARTIES

#### Plaintiffs

20.     The original Plaintiffs in this action were 144 Jane (or John) Doe Plaintiffs in this case. They are the legal heirs of 173 Peter (or Pam) Does who were murdered by terrorist organizations receiving support from Chiquita and/or Banadex. The Peter Does are given numbers corresponding to the numbers used for their heirs. Where a Jane Doe is heir to more than one Peter Doe, the additional Peter Does are given letter designations (such as Peter Doe 6-a), so that the numbers still correspond to the numbers used for their heirs.

21.     An additional 95 Plaintiffs join this Amended Complaint, Juana and Juan Perezes 1-95, and they are the legal heirs to Pablo Perezes 1-95.

22.     Plaintiffs are family members of trade unionists, banana workers, political organizers, social activists, and others targeted and killed by terrorists, notably the AUC, and in some cases FARC, during the 1990s through 2004. In order to operate its banana production in an environment free of labor opposition and social disturbances, Chiquita funded, armed, and otherwise supported the AUC, and in some situations the FARC,  during this period. The deaths of Plaintiffs' relatives were a direct, foreseeable, and intended result of Chiquita's illegal and tortious actions. Chiquita's actions violated not only Colombian law and U.S. law, but also

international law prohibiting crimes against humanity, extrajudicial killing, torture, war crimes, and other abuses.

23.   On 2/10/1997, Peter Doe 1 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 1, who was the son of Peter Doe 1, is the legal heir to Peter Doe 1 and resides in the municipio of Apartado in Antioquia, Colombia.

24.   In 1997, Peter Doe 2 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 2, who was the son of Peter Doe 2, is the legal heir to Peter Doe 2 and resides in the municipio of Apartado in Antioquia, Colombia.

25.   On 6/7/1997, Pam Doe 3 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 3, who was the father of Pam Doe 3, is the legal heir to Pam Doe 3 and resides in the municipio of Apartado in Antioquia, Colombia.

26.   On 12/12/1997, Pam Doe 4 was disappeared by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 4, who was the daughter of Pam Doe 4, is the legal heir to Pam Doe 4 and resides in the municipio of Apartado in Antioquia, Colombia.

27.   On 12/12/1997, Peter Doe 5 was disappeared by the AUC, which

received support from Chiquita and/or Banadex. Plaintiff John Doe 5, who was the father of Peter Doe 5, is the legal heir to Peter Doe 5 and resides in the municipio of Apartado in Antioquia, Colombia.

28.    On 7/25/2003, Peter Doe 6 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 6, who was the mother of Peter Doe 6, is the legal heir to Peter Doe 6 and resides in the municipio of Apartado in Antioquia, Colombia.

29.    On 7/25/2003, Peter Doe 6-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 6, who was the mother of Peter Doe 6-a, is the legal heir to Peter Doe 6-a and resides in the municipio of Apartado in Antioquia, Colombia.

30.    On 8/17/1997, Peter Doe 7 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 7, who was the wife of Peter Doe 7, is the legal heir to Peter Doe 7 and resides in the municipio of Apartado in Antioquia, Colombia.

31.    On 2/14/1993, Peter Doe 7-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 7, who was the mother of Peter Doe 7-a, is the legal heir to Peter Doe 7-a and resides in the municipio of Apartado in Antioquia, Colombia.

32.     On 6/19/1997, Peter Doe 8 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 8, who was the wife of Peter Doe 8, is the legal heir to Peter Doe 8 and resides in the municipio of Apartado in Antioquia, Colombia.

33.     On 7/21/2002, Peter Doe 9 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 9, who was the sister of Peter Doe 9, is the legal heir to Peter Doe 9 and resides in the municipio of Apartado in Antioquia, Colombia.

34.     On 3/30/2002, Pam Doe 10 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 10, who was the mother of Pam Doe 10, is the legal heir to Pam Doe 10 and resides in the municipio of Apartado in Antioquia, Colombia.

35.     On 8/20/1997, Peter Doe 11 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 11, who was the mother of Peter Doe 11, is the legal heir to Peter Doe 11 and resides in the municipio of Apartado in Antioquia, Colombia.

36.     In 2000, Peter Doe 11-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 11, who was the mother of Peter Doe 11-a, is the legal heir to Peter Doe 11-a and resides in the municipio of Apartado

in Antioquia, Colombia.

37. In 2004, Peter Doe 11-b was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 11, who was the mother of Peter Doe 11-b, is the legal heir to Peter Doe 11-b and resides in the municipio of Apartado in Antioquia, Colombia.

38. On 12/14/1999, Peter Doe 12 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 12, who was the wife of Peter Doe 12, is the legal heir to Peter Doe 12 and resides in the municipio of Apartado in Antioquia, Colombia.

39. On 5/24/1975, Pam Doe 13 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 13, who was the mother of Pam Doe 13, is the legal heir to Pam Doe 13 and resides in the municipio of Apartado in Antioquia, Colombia.

40. On 4/24/1978, Pam Doe 13-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 13, who was the mother of Pam Doe 13-a, is the legal heir to Pam Doe 13-a and resides in the municipio of Apartado in Antioquia, Colombia.

41. On 1/1/1989, Peter Doe 13-b was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 13, who was the mother

of Peter Doe 13-b, is the legal heir to Peter Doe 13-b and resides in the municipio of Apartado in Antioquia, Colombia.

42.     On 7/10/2000, Peter Doe 14 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 14, who was the mother of Peter Doe 14, is the legal heir to Peter Doe 14 and resides in the municipio of Apartado in Antioquia, Colombia.

43.     On 11/9/2003, Peter Doe 14-a was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 14, who was the wife of Peter Doe 14-a, is the legal heir to Peter Doe 14-a and resides in the municipio of Apartado in Antioquia, Colombia.

44.     On 7/20/1997, Peter Doe 15 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 15, who was the wife of Peter Doe 15, is the legal heir to Peter Doe 15 and resides in the municipio of Apartado in Antioquia, Colombia.

45.     On 5/3/2002, Peter Doe 15-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 15, who was the mother of Peter Doe 15-a, is the legal heir to Peter Doe 15-a and resides in the municipio of Apartado in Antioquia, Colombia.

46.     On 5/3/2002, Peter Doe 15-b was killed by the AUC, which received

support from Chiquita and/or Banadex.  Plaintiff Jane Doe 15, who was the mother of Peter Doe 15-b,  is the legal heir to Peter Doe 15-b and resides in the municipio of Apartado in Antioquia, Colombia.

47.     On 9/5/2000, Peter Doe 16 was disappeared by paramilitaries, who received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 16, who was the wife of Peter Doe 16,  is the legal heir to Peter Doe 16 and resides in the municipio of Apartado in Antioquia, Colombia.

48.     On 10/5/2004, Pam Doe 16-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 16, who was the mother of Pam Doe 16-a,  is the legal heir to Pam Doe 16-a and resides in the municipio of Apartado in Antioquia, Colombia.

49.     On 1/16/1997, Peter Doe 17 was killed by paramilitaries, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 17, who was the sister of Peter Doe 17,  is the legal heir to Peter Doe 17 and resides in the municipio of Apartado in Antioquia, Colombia.

50.     On 7/10/1997, Peter Doe 18 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 18, who was the wife of Peter Doe 18,  is the legal heir to Peter Doe 18 and resides in the municipio of Apartado in Antioquia, Colombia.

51.     On 4/20/2002, Peter Doe 19 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 19, who was the father of Peter Doe 19, is the legal heir to Peter Doe 19 and resides in the municipio of Apartado in Antioquia, Colombia.

52.     On 7/22/1997, Peter Doe 20 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 20, who was the mother of Peter Doe 20, is the legal heir to Peter Doe 20 and resides in the municipio of Apartado in Antioquia, Colombia.

53.     On 6/26/2001, Peter Doe 21 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 21, who was the wife of Peter Doe 21, is the legal heir to Peter Doe 21 and resides in the municipio of Apartado in Antioquia, Colombia.

54.     On 5/28/1997, Peter Doe 22 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 22, who was the wife of Peter Doe 22, is the legal heir to Peter Doe 22 and resides in the municipio of Apartado in Antioquia, Colombia.

55.     On 6/11/1999, Peter Doe 23 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 23, who was the mother of Peter Doe 23, is the legal heir to Peter Doe 23 and resides in the municipio of

16

Apartado in Antioquia, Colombia.

56. On 11/8/1997, Peter Doe 24 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 24, who was the wife of Peter Doe 24, is the legal heir to Peter Doe 24 and resides in the municipio of Apartado in Antioquia, Colombia.

57. On 4/13/1997, Peter Doe 25 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 25, who was the mother of Peter Doe 25, is the legal heir to Peter Doe 25 and resides in the municipio of Apartado in Antioquia, Colombia.

58. On 1/22/2003, Peter Doe 26 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 26, who was the mother of Peter Doe 26, is the legal heir to Peter Doe 26 and resides in the municipio of Apartado in Antioquia, Colombia.

59. On 10/1/1996, Peter Doe 27 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 27, who was the mother of Peter Doe 27, is the legal heir to Peter Doe 27 and resides in the municipio of Apartado in Antioquia, Colombia.

60. On 10/19/1997, Peter Doe 28 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 28, who was the wife of

Peter Doe 28, is the legal heir to Peter Doe 28 and resides in the municipio of Apartado in Antioquia, Colombia.

61.    On 5/31/1997, Peter Doe 29 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 29, who was the wife of Peter Doe 29, is the legal heir to Peter Doe 29 and resides in the municipio of Apartado in Antioquia, Colombia.

62.    On 1/7/2000, Pam Doe 30 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 30, who was the daughter of Pam Doe 30, is the legal heir to Pam Doe 30 and resides in the municipio of Apartado in Antioquia, Colombia.

63.    On 10/12/1996, Peter Doe 31 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 31, who was the wife of Peter Doe 31, is the legal heir to Peter Doe 31 and resides in the municipio of Apartado in Antioquia, Colombia.

64.    On 9/14/1995, Peter Doe 32 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 32, who was the wife of Peter Doe 32, is the legal heir to Peter Doe 32 and resides in the municipio of Apartado in Antioquia, Colombia.

65.    On 10/2/2003, Peter Doe 33 was killed by paramilitaries, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 33, who was the wife of Peter Doe 33, is the legal heir to Peter Doe 33 and resides in the municipio of Apartado in Antioquia, Colombia.

66.     On 9/5/2004, Peter Doe 34 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 34, who was the wife of Peter Doe 34, is the legal heir to Peter Doe 34 and resides in the municipio of Apartado in Antioquia, Colombia.

67.     On 3/4/2004, Peter Doe 35 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 35, who was the wife of Peter Doe 35, is the legal heir to Peter Doe 35 and resides in the municipio of Apartado in Antioquia, Colombia.

68.     On 5/10/2001, Peter Doe 36 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 36, who was the wife of Peter Doe 36, is the legal heir to Peter Doe 36 and resides in the municipio of Apartado in Antioquia, Colombia.

69.     On 12/9/1993, Peter Doe 37 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 37, who was the wife of Peter Doe 37, is the legal heir to Peter Doe 37 and resides in the municipio of Apartado in Antioquia, Colombia.

70.    On 3/4/2002, Peter Doe 38 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 38, who was the wife of Peter Doe 38,  is the legal heir to Peter Doe 38 and resides in the municipio of Apartado in Antioquia, Colombia.

71.    On 4/9/1997, Peter Doe 39 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 39, who was the wife of Peter Doe 39,  is the legal heir to Peter Doe 39 and resides in the municipio of Apartado in Antioquia, Colombia.

72.    On 6/28/2001, Peter Doe 40 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 40, who was the mother of Peter Doe 40,  is the legal heir to Peter Doe 40 and resides in the municipio of Apartado in Antioquia, Colombia.

73.    On 7/16/2002, Peter Doe 41 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 41, who was the wife of Peter Doe 41,  is the legal heir to Peter Doe 41 and resides in the municipio of Apartado in Antioquia, Colombia.

74.    On 4/15/1997, Peter Doe 42 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 42, who was the wife of Peter Doe 42,  is the legal heir to Peter Doe 42 and resides in the municipio of

Apartado in Antioquia, Colombia.

75.    On 3/25/1999, Peter Doe 43 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 43, who was the mother of Peter Doe 43,  is the legal heir to Peter Doe 43 and resides in the municipio of Apartado in Antioquia, Colombia.

76.    On 4/27/1999, Peter Doe 43-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 43, who was the mother of Peter Doe 43-a,  is the legal heir to Peter Doe 43-a and resides in the municipio of Apartado in Antioquia, Colombia.

77.    On 4/4/1998, Peter Doe 44 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 44, who was the wife of Peter Doe 44,  is the legal heir to Peter Doe 44 and resides in the municipio of Apartado in Antioquia, Colombia.

78.    On 2/23/2002, Peter Doe 45 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 45, who was the wife of Peter Doe 45,  is the legal heir to Peter Doe 45 and resides in the municipio of Apartado in Antioquia, Colombia.

79.    On 2/5/1993, Peter Doe 46 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 46, who was the wife of

Peter Doe 46,  is the legal heir to Peter Doe 46 and resides in the municipio of Apartado in Antioquia, Colombia.

80.    On 12/22/1998, Peter Doe 46-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 46, who was the sister of Peter Doe 46-a,  is the legal heir to Peter Doe 46-a and resides in the municipio of Apartado in Antioquia, Colombia.

81.    On 12/4/1997, Peter Doe 47 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 47, who was the wife of Peter Doe 47,  is the legal heir to Peter Doe 47 and resides in the municipio of Apartado in Antioquia, Colombia.

82.    On 8/29/1997, Peter Doe 48 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 48, who was the wife of Peter Doe 48,  is the legal heir to Peter Doe 48 and resides in the municipio of Apartado in Antioquia, Colombia.

83.    On 6/6/1997, Peter Doe 49 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 49, who was the wife of Peter Doe 49,  is the legal heir to Peter Doe 49 and resides in the municipio of Apartado in Antioquia, Colombia.

84.    On 3/10/2000, Peter Doe 50 was killed by the AUC, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 50, who was the wife of Peter Doe 50, is the legal heir to Peter Doe 50 and resides in the municipio of Apartado in Antioquia, Colombia.

85.    On 7/15/1997, Peter Doe 51 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 51, who was the wife of Peter Doe 51, is the legal heir to Peter Doe 51 and resides in the municipio of Apartado in Antioquia, Colombia.

86.    On 8/20/2000, Peter Doe 52 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 52, who was the wife of Peter Doe 52, is the legal heir to Peter Doe 52 and resides in the municipio of Apartado in Antioquia, Colombia.

87.    On 10/28/2002, Peter Doe 53 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 53, who was the wife of Peter Doe 53, is the legal heir to Peter Doe 53 and resides in the municipio of Apartado in Antioquia, Colombia.

88.    On 11/14/2000, Peter Doe 54 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 54, who was the wife of Peter Doe 54, is the legal heir to Peter Doe 54 and resides in the municipio of Apartado in Antioquia, Colombia.

89.     On 11/27/1997, Peter Doe 55 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 55, who was the wife of Peter Doe 55,  is the legal heir to Peter Doe 55 and resides in the municipio of Apartado in Antioquia, Colombia.

90.     On 6/14/2000, Peter Doe 56 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 56, who was the wife of Peter Doe 56,  is the legal heir to Peter Doe 56 and resides in the municipio of Apartado in Antioquia, Colombia.

91.     On 2/22/1996, Peter Doe 57 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 57, who was the wife of Peter Doe 57,  is the legal heir to Peter Doe 57 and resides in the municipio of Apartado in Antioquia, Colombia.

92.     In 1987, Peter Doe 58 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 58, who was the brother of Peter Doe 58,  is the legal heir to Peter Doe 58 and resides in the municipio of Chigorodo in Antioquia, Colombia.

93.     In 1993, Pam Doe 58-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 58, who was the brother of Pam Doe 58-a,  is the legal heir to Pam Doe 58-a and resides in the municipio of Chigorodo

in Antioquia, Colombia.

94.  On 3/7/1997, Peter Doe 59 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 59, who was the wife of Peter Doe 59, is the legal heir to Peter Doe 59 and resides in the municipio of Chigorodo in Antioquia, Colombia.

95.  On 5/28/1997, Peter Doe 60 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 60, who was the wife of Peter Doe 60, is the legal heir to Peter Doe 60 and resides in the municipio of Chigorodo in Antioquia, Colombia.

96.  On 10/20/2000, Pam Doe 61 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 61, who was the wife of Pam Doe 61, is the legal heir to Pam Doe 61 and resides in the municipio of Chigorodo in Antioquia, Colombia.

97.  On 1/27/1991, Peter Doe 62 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 62, who was the son of Peter Doe 62, is the legal heir to Peter Doe 62 and resides in the municipio of Chigorodo in Antioquia, Colombia.

98.  On 3/2/2001, Peter Doe 63 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 63, who was the wife of

Peter Doe 63, is the legal heir to Peter Doe 63 and resides in the municipio of Chigorodo in Antioquia, Colombia.

99.     On 5/6/2001, Peter Doe 64 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 64, who was the wife of Peter Doe 64, is the legal heir to Peter Doe 64 and resides in the municipio of Chigorodo in Antioquia, Colombia.

100.   On 7/8/2000, Peter Doe 64-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 64, who was the mother of Peter Doe 64-a, is the legal heir to Peter Doe 64-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

101.   On 7/29/1997, Peter Doe 65 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 65, who was the wife of Peter Doe 65, is the legal heir to Peter Doe 65 and resides in the municipio of Chigorodo in Antioquia, Colombia.

102.   On 11/23/1999, Peter Doe 66 was killed by paramilitaries, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 66, who was the mother of Peter Doe 66, is the legal heir to Peter Doe 66 and resides in the municipio of Chigorodo in Antioquia, Colombia.

103.   On 7/22/2002, Peter Doe 67 was killed by the AUC, which received

support from Chiquita and/or Banadex.  Plaintiff Jane Doe 67, who was the wife of Peter Doe 67,  is the legal heir to Peter Doe 67 and resides in the municipio of Chigorodo in Antioquia, Colombia.

104.   On 4/12/2002, Peter Doe 68 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 68, who was the wife of Peter Doe 68,  is the legal heir to Peter Doe 68 and resides in the municipio of Chigorodo in Antioquia, Colombia.

105.   On 2/22/2001, Peter Doe 69 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 69, who was the wife of Peter Doe 69,  is the legal heir to Peter Doe 69 and resides in the municipio of Chigorodo in Antioquia, Colombia.

106.   On 11/28/2003, Peter Doe 70 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 70, who was the daughter of Peter Doe 70,  is the legal heir to Peter Doe 70 and resides in the municipio of Chigorodo in Antioquia, Colombia.

107.   On 9/18/2001, Peter Doe 71 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 71, who was the daughter of Peter Doe 71,  is the legal heir to Peter Doe 71 and resides in the municipio of Chigorodo in Antioquia, Colombia.

108.   On 1/28/1993, Peter Doe 72 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 72, who was the wife of Peter Doe 72, is the legal heir to Peter Doe 72 and resides in the municipio of Chigorodo in Antioquia, Colombia.

109.   In 1994, Peter Doe 73 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 73, who was the wife of Peter Doe 73, is the legal heir to Peter Doe 73 and resides in the municipio of Chigorodo in Antioquia, Colombia.

110.   On 3/10/1994, Peter Doe 74 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 74, who was the wife of Peter Doe 74, is the legal heir to Peter Doe 74 and resides in the municipio of Chigorodo in Antioquia, Colombia.

111.   In 1992, Peter Doe 75 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 75, who was the wife of Peter Doe 75, is the legal heir to Peter Doe 75 and resides in the municipio of Chigorodo in Antioquia, Colombia.

112.   In 1991, Pam Doe 75-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 75, who was the mother of Pam Doe 75-a, is the legal heir to Pam Doe 75-a and resides in the municipio of Chigorodo

in Antioquia, Colombia.

113. On 7/23/1997, Peter Doe 76 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 76, who was the wife of Peter Doe 76, is the legal heir to Peter Doe 76 and resides in the municipio of Chigorodo in Antioquia, Colombia.

114. On 8/7/1998, Peter Doe 77 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 77, who was the mother of Peter Doe 77, is the legal heir to Peter Doe 77 and resides in the municipio of Chigorodo in Antioquia, Colombia.

115. On 10/23/1999, Peter Doe 78 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 78, who was the wife of Peter Doe 78, is the legal heir to Peter Doe 78 and resides in the municipio of Chigorodo in Antioquia, Colombia.

116. On 1/29/1993, Peter Doe 79 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 79, who was the wife of Peter Doe 79, is the legal heir to Peter Doe 79 and resides in the municipio of Chigorodo in Antioquia, Colombia.

117. In 1990, Peter Doe 80 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 80, who was the wife of Peter Doe

80, is the legal heir to Peter Doe 80 and resides in the municipio of Chigorodo in Antioquia, Colombia.

118. In 1990, Peter Doe 80-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 80, who was the mother of Peter Doe 80-a, is the legal heir to Peter Doe 80-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

119. In 1992, Peter Doe 80-b was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 80, who was the mother of Peter Doe 80-b, is the legal heir to Peter Doe 80-b and resides in the municipio of Chigorodo in Antioquia, Colombia.

120. On 8/3/1995, Peter Doe 81 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 81, who was the wife of Peter Doe 81, is the legal heir to Peter Doe 81 and resides in the municipio of Chigorodo in Antioquia, Colombia.

121. In 1994, Peter Doe 82 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 82, who was the sister of Peter Doe 82, is the legal heir to Peter Doe 82 and resides in the municipio of Chigorodo in Antioquia, Colombia.

122. On 4/4/1997, Peter Doe 83 was killed by the AUC, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 83, who was the wife of Peter Doe 83, is the legal heir to Peter Doe 83 and resides in the municipio of Chigorodo in Antioquia, Colombia.

123.    In 1999, Peter Doe 84 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 84, who was the wife of Peter Doe 84, is the legal heir to Peter Doe 84 and resides in the municipio of Chigorodo in Antioquia, Colombia.

124.    In 1991, Peter Doe 85 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 85, who was the wife of Peter Doe 85, is the legal heir to Peter Doe 85 and resides in the municipio of Chigorodo in Antioquia, Colombia.

125.    On 7/23/1996, Peter Doe 86 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 86, who was the wife of Peter Doe 86, is the legal heir to Peter Doe 86 and resides in the municipio of Chigorodo in Antioquia, Colombia.

126.    On 10/24/1990, Peter Doe 87 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 87, who was the wife of Peter Doe 87, is the legal heir to Peter Doe 87 and resides in the municipio of Chigorodo in Antioquia, Colombia.

127. On 5/20/1991, Peter Doe 88 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 88, who was the brother of Peter Doe 88, is the legal heir to Peter Doe 88 and resides in the municipio of Chigorodo in Antioquia, Colombia.

128. On 7/10/1989, Peter Doe 88-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 88, who was the brother of Peter Doe 88-a, is the legal heir to Peter Doe 88-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

129. In 1992, Peter Doe 89 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 89, who was the mother of Peter Doe 89, is the legal heir to Peter Doe 89 and resides in the municipio of Chigorodo in Antioquia, Colombia.

130. In 1992, Peter Doe 89-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 89, who was the mother of Peter Doe 89-a, is the legal heir to Peter Doe 89-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

131. In 1989, Peter Doe 89-b was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 89, who was the mother of Peter Doe 89-b, is the legal heir to Peter Doe 89-b and resides in the municipio of

Chigorodo in Antioquia, Colombia.

132. On 3/7/1997, Peter Doe 90 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 90, who was the wife of Peter Doe 90, is the legal heir to Peter Doe 90 and resides in the municipio of Chigorodo in Antioquia, Colombia.

133. In 2002, Peter Doe 91 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 91, who was the wife of Peter Doe 91, is the legal heir to Peter Doe 91 and resides in the municipio of Chigorodo in Antioquia, Colombia.

134. On 4/6/1995, Peter Doe 92 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 92, who was the wife of Peter Doe 92, is the legal heir to Peter Doe 92 and resides in the municipio of Chigorodo in Antioquia, Colombia.

135. On 2/11/2001, Peter Doe 93 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 93, who was the wife of Peter Doe 93, is the legal heir to Peter Doe 93 and resides in the municipio of Chigorodo in Antioquia, Colombia.

136. On 4/20/1993, Peter Doe 94 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 94, who was the wife of

Peter Doe 94, is the legal heir to Peter Doe 94 and resides in the municipio of Chigorodo in Antioquia, Colombia.

137.   On 12/10/1997, Peter Doe 95 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 95, who was the wife of Peter Doe 95, is the legal heir to Peter Doe 95 and resides in the municipio of Chigorodo in Antioquia, Colombia.

138.   On 7/22/1995, Peter Doe 96 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 96, who was the wife of Peter Doe 96, is the legal heir to Peter Doe 96 and resides in the municipio of Chigorodo in Antioquia, Colombia.

139.   On 7/23/2000, Peter Doe 97 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 97, who was the mother of Peter Doe 97, is the legal heir to Peter Doe 97 and resides in the municipio of Chigorodo in Antioquia, Colombia.

140.   In 1995, Peter Doe 98 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 98, who was the wife of Peter Doe 98, is the legal heir to Peter Doe 98 and resides in the municipio of Chigorodo in Antioquia, Colombia.

141.   In 1997, Peter Doe 98-a was killed by the AUC, which received support

from Chiquita and/or Banadex. Plaintiff Jane Doe 98, who was the mother of Peter Doe 98-a, is the legal heir to Peter Doe 98-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

142.   In 1991, Peter Doe 98-b was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 98, who was the mother of Peter Doe 98-b, is the legal heir to Peter Doe 98-b and resides in the municipio of Chigorodo in Antioquia, Colombia.

143.   On 8/11/1998, Peter Doe 99 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 99, who was the wife of Peter Doe 99, is the legal heir to Peter Doe 99 and resides in the municipio of Chigorodo in Antioquia, Colombia.

144.   On 7/10/1997, Peter Doe 100 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 100, who was the wife of Peter Doe 100, is the legal heir to Peter Doe 100 and resides in the municipio of Chigorodo in Antioquia, Colombia.

145.   On 9/24/1999, Peter Doe 101 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 101, who was the wife of Peter Doe 101, is the legal heir to Peter Doe 101 and resides in the municipio of Chigorodo in Antioquia, Colombia.

146.   On 8/27/1990, Peter Doe 102 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 102, who was the mother of Peter Doe 102,  is the legal heir to Peter Doe 102 and resides in the municipio of Chigorodo in Antioquia, Colombia.

147.   On 2/11/1993, Peter Doe 103 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 103, who was the mother of Peter Doe 103,  is the legal heir to Peter Doe 103 and resides in the municipio of Chigorodo in Antioquia, Colombia.

148.   On 6/2/1995, Peter Doe 104 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 104, who was the mother of Peter Doe 104,  is the legal heir to Peter Doe 104 and resides in the municipio of Chigorodo in Antioquia, Colombia.

149.   On 9/18/1999, Peter Doe 105 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 105, who was the wife of Peter Doe 105,  is the legal heir to Peter Doe 105 and resides in the municipio of Chigorodo in Antioquia, Colombia.

150.   On 7/10/1996, Peter Doe 106 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 106, who was the wife of Peter Doe 106,  is the legal heir to Peter Doe 106 and resides in the municipio of

Chigorodo in Antioquia, Colombia.

151. In 1992, Peter Doe 107 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 107, who was the mother of Peter Doe 107, is the legal heir to Peter Doe 107 and resides in the municipio of Chigorodo in Antioquia, Colombia.

152. In 1989, Peter Doe 108 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 108, who was the mother of Peter Doe 108, is the legal heir to Peter Doe 108 and resides in the municipio of Chigorodo in Antioquia, Colombia.

153. In 1991, Peter Doe 108-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 108, who was the mother of Peter Doe 108-a, is the legal heir to Peter Doe 108-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

154. On 5/20/1998, Peter Doe 109 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 109, who was the wife of Peter Doe 109, is the legal heir to Peter Doe 109 and resides in the municipio of Chigorodo in Antioquia, Colombia.

155. On 11/14/2000, Peter Doe 110 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 110, who was the wife of

Peter Doe 110, is the legal heir to Peter Doe 110 and resides in the municipio of Turbo in Antioquia, Colombia.

156. On 7/16/1997, Peter Doe 111 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 111, who was the daughter of Peter Doe 111, is the legal heir to Peter Doe 111 and resides in the municipio of Turbo in Antioquia, Colombia.

157. On 6/28/1995, Peter Doe 112 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 112, who was the brother of Peter Doe 112, is the legal heir to Peter Doe 112 and resides in the municipio of Turbo in Antioquia, Colombia.

158. On 2/6/2002, Peter Doe 113 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 113, who was the wife of Peter Doe 113, is the legal heir to Peter Doe 113 and resides in the municipio of Turbo in Antioquia, Colombia.

159. On 9/24/1996, Peter Doe 114 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 114, who was the wife of Peter Doe 114, is the legal heir to Peter Doe 114 and resides in the municipio of Turbo in Antioquia, Colombia.

160. On 12/10/1995, Peter Doe 115 was disappeared by the FARC, which

38

received support from Chiquita and/or Banadex. Plaintiff Jane Doe 115, who was the wife of Peter Doe 115, is the legal heir to Peter Doe 115 and resides in the municipio of Turbo in Antioquia, Colombia.

161. In 2002, Peter Doe 116 was killed by paramilitaries, who received support from Chiquita and/or Banadex. Plaintiff Jane Doe 116, who was the mother of Peter Doe 116, is the legal heir to Peter Doe 116 and resides in the municipio of Turbo in Antioquia, Colombia.

162. In 2002, Peter Doe 116-a was killed by paramilitaries, who received support from Chiquita and/or Banadex. Plaintiff Jane Doe 116, who was the mother of Peter Doe 116-a, is the legal heir to Peter Doe 116-a and resides in the municipio of Turbo in Antioquia, Colombia.

163. On 8/7/1993, Peter Doe 117 was killed by paramilitaries, who received support from Chiquita and/or Banadex. Plaintiff Jane Doe 117, who was the daughter of Peter Doe 117, is the legal heir to Peter Doe 117 and resides in the municipio of Turbo in Antioquia, Colombia.

164. On 1/11/2001, Peter Doe 118 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 118, who was the wife of Peter Doe 118, is the legal heir to Peter Doe 118 and resides in the municipio of Turbo in Antioquia, Colombia.

165.   On 11/4/2003, Peter Doe 119 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 119, who was the wife of Peter Doe 119,  is the legal heir to Peter Doe 119 and resides in the municipio of Turbo in Antioquia, Colombia.

166.   On 4/28/2002, Peter Doe 120 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 120, who was the daughter of Peter Doe 120,  is the legal heir to Peter Doe 120 and resides in the municipio of Turbo in Antioquia, Colombia.

167.   On 8/1/1994, Peter Doe 121 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 121, who was the wife of Peter Doe 121,  is the legal heir to Peter Doe 121 and resides in the municipio of Turbo in Antioquia, Colombia.

168.   On 10/3/2000, Peter Doe 122 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 122, who was the wife of Peter Doe 122,  is the legal heir to Peter Doe 122 and resides in the municipio of Turbo in Antioquia, Colombia.

169.   On 1/8/1987, Peter Doe 123 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 123, who was the son of Peter Doe 123,  is the legal heir to Peter Doe 123 and resides in the municipio of

Turbo in Antioquia, Colombia.

170. On 2/27/1997, Peter Doe 124 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 124, who was the mother of Peter Doe 124, is the legal heir to Peter Doe 124 and resides in the municipio of Turbo in Antioquia, Colombia.

171. On 2/28/1997, Pam Doe 124-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 124, who was the mother of Pam Doe 124-a, is the legal heir to Pam Doe 124-a and resides in the municipio of Turbo in Antioquia, Colombia.

172. In 1993, Peter Doe 125 was disappeared by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 125, who was the son of Peter Doe 125, is the legal heir to Peter Doe 125 and resides in the municipio of Turbo in Antioquia, Colombia.

173. On 11/6/2002, Peter Doe 126 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 126, who was the daughter of Peter Doe 126, is the legal heir to Peter Doe 126 and resides in the municipio of Turbo in Antioquia, Colombia.

174. On 3/30/1996, Peter Doe 127 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 127, who was the wife of

Peter Doe 127, is the legal heir to Peter Doe 127 and resides in the municipio of Turbo in Antioquia, Colombia.

175.   On 11/23/1997, Peter Doe 128 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 128, who was the wife of Peter Doe 128, is the legal heir to Peter Doe 128 and resides in the municipio of Turbo in Antioquia, Colombia.

176.   On 11/23/1997, Peter Doe 128-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 128, who was the sister of Peter Doe 128-a, is the legal heir to Peter Doe 128-a and resides in the municipio of Turbo in Antioquia, Colombia.

177.   On 5/26/1994, Peter Doe 128-b was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 128, who was the sister of Peter Doe 128-b, is the legal heir to Peter Doe 128-b and resides in the municipio of Turbo in Antioquia, Colombia.

178.   On 12/9/1992, Peter Doe 129 was killed by the FARC, who received support from Chiquita and/or Banadex. Plaintiff Jane Doe 129, who was the daughter of Peter Doe 129, is the legal heir to Peter Doe 129 and resides in the municipio of Turbo in Antioquia, Colombia.

179.   In October 1997, Peter Doe 130 was killed by the AUC, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 130, who was the mother of Peter Doe 130, is the legal heir to Peter Doe 130 and resides in the municipio of Turbo in Antioquia, Colombia.

180.   On 6/28/2004, Peter Doe 131 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 131, who was the mother of Peter Doe 131, is the legal heir to Peter Doe 131 and resides in the municipio of Turbo in Antioquia, Colombia.

181.   On 3/15/1992, Peter Doe 132 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 132, who was the sister of Peter Doe 132, is the legal heir to Peter Doe 132 and resides in the municipio of Turbo in Antioquia, Colombia.

182.   On 9/18/1995, Peter Doe 133 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 133, who was the wife of Peter Doe 133, is the legal heir to Peter Doe 133 and resides in the municipio of Turbo in Antioquia, Colombia.

183.   On 8/2/1998, Peter Doe 134 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 134, who was the wife of Peter Doe 134, is the legal heir to Peter Doe 134 and resides in the municipio of Turbo in Antioquia, Colombia.

184.   On 8/2/1987, Peter Doe 135 was killed by paramilitaries, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 135, who was the wife of Peter Doe 135,  is the legal heir to Peter Doe 135 and resides in the municipio of Turbo in Antioquia, Colombia.

185.   On 1/25/1997, Peter Doe 136 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 136, who was the wife of Peter Doe 136,  is the legal heir to Peter Doe 136 and resides in the municipio of Turbo in Antioquia, Colombia.

186.   On 12/31/1997, Peter Doe 137 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 137, who was the daughter of Peter Doe 137,  is the legal heir to Peter Doe 137 and resides in the municipio of Turbo in Antioquia, Colombia.

187.   On 5/23/1997, Peter Doe 138 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 138, who was the wife of Peter Doe 138,  is the legal heir to Peter Doe 138 and resides in the municipio of Turbo in Antioquia, Colombia.

188.   On 3/18/2003, Peter Doe 139 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 139, who was the wife of Peter Doe 139,  is the legal heir to Peter Doe 139 and resides in the municipio of

Turbo in Antioquia, Colombia.

189. On 12/1/1997, Peter Doe 140 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 140, who was the wife of Peter Doe 140, is the legal heir to Peter Doe 140 and resides in the municipio of Turbo in Antioquia, Colombia.

190. On 6/9/1997, Peter Doe 141 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 141, who was the wife of Peter Doe 141, is the legal heir to Peter Doe 141 and resides in the municipio of Turbo in Antioquia, Colombia.

191. On 8/14/2000, Pam Doe 142 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 142, who was the mother of Pam Doe 142, is the legal heir to Pam Doe 142 and resides in the municipio of Turbo in Antioquia, Colombia.

192. In 1996, Peter Doe 143 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 143, who was the father of Peter Doe 143, is the legal heir to Peter Doe 143 and resides in the municipio of Medellin in Antioquia, Colombia.

193. In 1995, Peter Doe 143-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 143, who was the father of Peter

Doe 143-a, is the legal heir to Peter Doe 143-a and resides in the municipio of Medellin in Antioquia, Colombia.

194. In 1999, Peter Doe 143-b was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 143, who was the father of Peter Doe 143-b, is the legal heir to Peter Doe 143-b and resides in the municipio of Medellin in Antioquia, Colombia.

195. On 6/22/2003, Peter Doe 144 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 144, who was the mother of Peter Doe 144, is the legal heir to Peter Doe 144 and resides in the municipio of Medellin in Antioquia, Colombia.

196. Juan Perez 1 is the wife and legal heir to Pablo Perez 1, a banana worker employed by Finca El Golpe, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 1 was kidnapped and disappeared from his home in Gran Vía, Zona Bananera on May 17, 2001 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At 1:00 AM on May 17, 2001, approximately 50 heavily armed paramilitaries, some wearing AUC uniforms, surrounded Pablo Perez 1's home, broke down the door, and proceeded to savagely beat members of his family. The paramilitaries attempted to rape Juana Perez

1, the petitioner, but were ordered to stop by an unidentified paramilitary leader. After an hour had passed, the paramilitaries took Pablo Perez 1 prisoner, taking him away with at least 10 other victims they had captured that night elsewhere. Pablo Perez 1 was never found.

197.   At the time when Pablo Perez 1 was disappeared, the William Rivas Front was receiving substantial support from Chiquita, and the kidnapping/disappearance of Pablo Perez 1 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 1 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

198.   Juana Perez 2 is the wife and legal heir of Pablo Perez 2, a banana worker employed by Finca Plantación, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. Pablo Perez 2 was kidnapped and disappeared from his home in Gran Vía, Zona Bananera on May 17, 2001 by AUC paramilitaries from the William Rivas Front who were in control of the

banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. In the early morning hours of May 17, 2001, approximately 50 heavily armed paramilitaries surrounded Pablo Perez 2's home, broke down the door, and proceeded to assault Juana Perez 106, the petitioner, grabbing her by the hair. The paramilitaries demanded insistently to know where Pablo Perez 2 had hidden the 400,000 Colombian Pesos which he had just received as partial payment of his accumulated employee benefits from Finca Plantación, money he had collected in the hopes of purchasing a small house. The paramilitaries tied Pablo Perez 2's hands, placed a plastic bag over his head, and beat and tortured him savagely. They then took him away in a pickup truck, robbing the family's kitchen utensils on the way out. Pablo Perez 2 was never found. Based on information and belief, management at Finca Plantación informed the paramilitaries that Pablo Perez 2 had recently collected a large sum of money as partial payment of his accumulated employee benefits.

199. At the time when Pablo Perez 2 was disappeared, the William Rivas Front was receiving substantial support from Chiquita, and the kidnapping/disappearance of Pablo Perez 2 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided

48

Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 2 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

200.   Juana Perez 3 is the mother and legal heir to Pablo Perez 3, a member of SINTRAINAGRO, the trade union representing banana workers, and an employee of Finca Los Abriles, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in Magdalena. Pablo Perez 3 was murdered on November 20, 1997, by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 3 was with his family at home in Santa Rosalia, in the banana zone, when an armed group of paramilitaries wearing fatigues broke through the door and threw Pablo Perez 3 and his father to the floor, then ordered Pablo Perez 3's mother into another room. The paramilitaries ransacked the house under the pretext of searching for weapons, stole the family's cash, then left. But shortly thereafter they returned and kidnapped Pablo Perez 3. His decomposed body was found two days later in nearby Tucurinca, with multiple gunshot wounds.

201.   At the time when Pablo Perez 3 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez

3 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 3 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

202. Juana Perez 4 is the mother and legal heir of Pablo Perez 4, an occasional worker at Finca Vijagual I, a banana plantation previously owned or controlled by Chiquita, and which was still supplying Chiquita. Pablo Perez 4 was murdered on September 9, 2004, by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On September 9, 2004, Pablo Perez 4 was at a birthday party in the town of Guacamayal, in Zona Bananera, Magdalena, when two armed paramilitaries suddenly arrived on a motorcycle. The two paramilitaries approached Pablo Perez 4, and one of them pulled out a gun and shot the victim. When Pablo Perez 4 fell to the ground, the other paramilitary pumped several more shots into him, killing him.

203. Juana Perez 4 received a letter dated September 19, 2008 from the Colombian Attorney General's office that confirms that the commander of the William Rivas Front, Jose Gregorio Mangones Lugo, alias "Carlos Tijeras," had accepted responsibility in public testimony for the murder of Pablo Perez 4. Prior to the murder of Pablo Perez 4, Chiquita had given substantial support to the William Rivas Front, and at the time when Pablo Perez 4 was killed, the William Rivas Front of the AUC was still receiving substantial support from Chiquita suppliers, and the murder of Pablo Perez 4 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 4 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

204. Juana Perez 5 is the mother and legal heir of Pablo Perez 5, who worked at Finca Calmita, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 5 was kidnapped and murdered on November 1, 1997 by AUC paramilitaries from the Northern Block, who were in control of the

banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Shortly after midnight on November 1, 1997, a group of paramilitaries arrived at the home Pablo Perez 5 shared with members of his family in the village of Guacamayal, in the banana zone of Magdalena. The paramilitaries asked for Pablo Perez 5, who wasn't home at that moment. Using threats, the paramilitaries forced a brother of Pablo Perez 5 to accompany them and to lead them to where Pablo Perez 5 was. The paramilitaries then seized Pablo Perez 5 and kidnapped him. Pablo Perez 5 was found dead later that morning, with two gunshots.

205. At the time when Pablo Perez 5 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 5 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 5 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

206. Juana Perez 6 is the mother and legal heir of Pablo Perez 6, a former

worker at Finca El Golpe, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 6 was kidnapped and murdered on March 16, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Shortly after midnight on March 16, 1999, Pablo Perez 6 was at a pool hall in the town of Sevilla, in the banana zone of Magdalena, when a group of uniformed paramilitaries who had their faces covered with balaclavas entered the pool hall, seized Pablo Perez 6, and kidnapped him. Pablo Perez 6 was found dead the following morning on the outskirts of the village of Guacamayal, also in the banana zone of Magdalena.

207. At the time when Pablo Perez 6 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 6 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 6 was one of the innocent victims of the violence that ensued when Chiquita brought

and provided support to the AUC in the banana zone of Magdalena.

208.   Juana Perez 7 is the wife and legal heir of Pablo Perez 7, an agricultural worker in Guacamayal, Zona Bananera. Pablo Perez 7 was murdered on March 19, 1995 by ELN guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Several of Pablo Perez 7's family members had been murdered previously, but Pablo Perez 7 had not had any direct confrontation with the armed groups in the region prior to his murder. Shortly before the murder, graffiti had appeared on some of the buses that transported workers to and from local farms that read, "death to the 'Perez' family." On the night before his murder, Pablo Perez 7 had gone out drinking. On March 19, 1995, he slept most of the day, then woke up and left to go visit his sister at approximately 6:30 PM. Along the way, Pablo Perez 7 stopped to talk to some members of his family in the street. A group of armed, uniformed ELN guerrillas approached the group in a white pickup truck. They shot at the group, killing five, including Pablo Perez 7. Pablo Perez 7 was shot multiple times.

209.   At the time when Pablo Perez 7 was murdered, the ELN was receiving substantial support from Chiquita. Pablo Perez 7 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ELN in Magdalena.

210.   Juana Perez 8 is the sister and legal heir of Pablo Perez 8, who worked at Finca Los Planetas, a banana plantation which was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 8 was murdered on March 19, 1995 by ELN guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the afternoon of March 19, 1995, Pablo Perez 8 left his home in the village of Guacamayal, in the banana zone of Magdalena, to look for a friend of his. Pablo Perez 8 found his friend in the central plaza of Guacamayal, along with some other friends. After approximately 15 minutes had passed, a group of armed ELN guerrillas arrived and immediately opened fire on the group of friends, killing five of them, including Pablo Perez 8.

211.   At the time when Pablo Perez 8 was murdered, the ELN was receiving substantial support from Chiquita.  Pablo Perez 8 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ELN in Magdalena.

212.   Juana Perez 9 is the sister and legal heir of Pablo Perez 9, who worked at Finca Eusebia, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. Pablo Perez 9 was kidnapped, beaten and murdered on June 9, 2001 by AUC paramilitaries from the Northern Block,

who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 9, 2001, at approximately 9:30 AM, Pablo Perez 9 finished his daily tasks at Finca Eusebia and left on his bicycle to go home in the village of Varela, in the banana zone of Magdalena. As he was passing between Finca Eusebia and Finca El Tiempo, another banana plantation, a group of paramilitaries in a white pickup truck intercepted him, forced him off of his bicycle, and beat him savagely. The paramilitaries then tied Pablo Perez 9's hands and kidnapped him, taking him to the hamlet of Colorado, near Cienaga, Magdalena. There, the paramilitaries executed Pablo Perez 82 with two gunshots to the head.

213. In a letter dated February 28, 2008, the Colombian Attorney General's office stated that in public testimony, Jose Gregorio Mangones Lugo, A/K/A "Carlos Tijeras," who later became the commander of the William Rivas Front of the AUC Northern Block, accepted responsibility for the murder of Pablo Perez 9. At the time when Pablo Perez 9 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 9 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social

stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 9 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

214.    Juana Perez 10 is the wife and legal heir of Pablo Perez 10. Pablo Perez 10, an employee of Finca El Porvenir, a banana farm owned or controlled by Chiquita, or which supplied Chiquita, was murdered on February 21, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On February 21, 2003, Pablo Perez 10 was eating dinner at his home in the town of Guacamayal, Zona Bananera, Magdalena, when heavily armed paramilitaries arrived in a pickup truck. The paramilitaries tried to kidnap Pablo Perez 10. When he resisted, they shot and killed him on the spot.

215.    In a letter issued on May 15, 2007, Carelis Padilla Peña, the Zona Bananera, Magdalena Municipal Representative, confirmed that Pablo Perez 10 was killed in the context of the internal armed conflict.  At the time when Pablo Perez 10 was killed, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 10 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support,

the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 10 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

216.   Juan Perez 11A is the son and legal heir of Pablo Perez 11. Juana Perez 11B is the wife and legal heir of Pablo Perez 11. Pablo Perez 11, an employee of the banana plantation La Juliana, which was owned or controlled by Chiquita or which sold bananas to Chiquita, was murdered on May 30, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 11 was an active member of SINTRAINAGRO, the trade union representing banana workers, including those employed by Chiquita. On May 30, 1997, Pablo Perez 11 was at work at La Juliana when, at approximately 8:00 AM, a group numbering more than 30 armed paramilitaries entered the plantation. The paramilitaries ordered all the plantation's workers to assemble and, working off a written list, separated three of them from the group. The three included the foreman, the secretary [Paula Perez 12, below], and

58

Pablo Perez 11. The paramilitaries then executed Pablo Perez 11 and the other two workers by gunshot.

217.   At the time when Pablo Perez 11 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 11 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 11 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

218.   Juana Perez 12 is the mother and legal heir of Paula Perez 12, an employee of the banana plantation Finca La Juliana, which was owned or controlled by Chiquita owned or which sold bananas to Chiquita, in the banana zone of Magdalena. Paula Perez 12, the plantation's secretary, was murdered on May 30, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 30, 1997, Paula Perez 12 was working in the office at Finca La

Juliana when a large group of paramilitaries arrived. The paramilitaries entered the office and removed Paula Perez 12 by force, telling her that they needed to speak with her. After a brief conversation, one of the paramilitaries pulled out a firearm and opened fire on Paula Perez 12, killing her with a gunshot to the head. The paramilitaries also killed two other employees of Finca La Juliana in the same incident [including Pablo Perez 11, above].

219.   At the time when Paula Perez 12 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Paula Perez 12 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Paula Perez 12 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

220.   Juana Perez 13 is the sister and legal heir of Paula Perez 13. Paula Perez 13, an employee of the banana plantation Nabusimake, a Chiquita supplier, was raped, tortured and murdered on October 18, 2005 by AUC paramilitaries from the

William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the evening of October 19, 2005, Paula Perez 13 was on the Nabusimake plantation, located in the town of Sevilla, Zona Bananera, in the company of a security guard when, at approximately 8:00 PM, a group of five armed paramilitaries entered the plantation. The security guard fled as the paramilitaries approached, leaving Paula Perez 13 alone. The paramilitaries raped Paula Perez 13, tortured her with multiple stab wounds and by burning her chest, and then killed her by slitting her throat.

221. On March 13, 2007, the Zona Bananera Municipal Representative issued a letter confirming that Paula Perez 13 was murdered on October 18, 2005, for ideological and political reasons in the context of the internal armed conflict. Prior to the rape, torture and murder of Paula Perez 13, the William Rivas Front of the AUC had received substantial support from Chiquita, and continued to receive substantial support from Chiquita's suppliers. The murder of Paula Perez 13 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to

the FARC and ELN guerrillas. Paula Perez 13 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

222.    Juana Perez 14 is the wife and legal heir of Pablo Perez 14, an employee of Finca La Joya, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 14 was murdered on June 2, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 2, 1997, at approximately 7:00 PM, four armed Northern Block paramilitaries arrived on two motorcycles at the home Pablo Perez 14 shared with the Plaintiff, in the village of Guamachito, in the banana zone of Magdalena. The paramilitaries asked Pablo Perez 14 several questions, asking who had lived in his house before he did, and where he had weapons hidden. Pablo Perez 14 responded that he had no weapons. The paramilitaries then ransacked his home, stealing valuables, and then left. But almost immediately they returned and ordered Pablo Perez 14 to accompany them, telling him that nothing would happen to him. But a short distance from his home they executed Pablo Perez 14 with several gunshots to the head and body.

223.    At the time when Pablo Perez 14 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo

Perez 14 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 14 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

224. Juan Perez 15 is the son and legal heir of Pablo Perez 15, a small farmer who grew bananas for Chiquita on his farm in a rural zone of Cienaga, Magdalena. Pablo Perez 15 was murdered on August 1, 2005 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On August 1, 2005 at approximately 4:30 PM, Pablo Perez 15 was at his farm in the Ceibales sector of rural Cienaga when two paramilitaries dressed in civilian clothes arrived at the farmhouse where Pablo Perez 15 lived and asked for him. Relatives of Pablo Perez 15 told the paramilitaries that he was bathing. A short time later the two paramilitaries returned with a third paramilitary. They found Pablo Perez 15, took him a short distance away from the farmhouse, and murdered him with three gunshots to the face and head.

225.   A relative of Pablo Perez 15 who witnessed the crime later reviewed a photo album shown him by the district attorney's office, and identified the person who gave the order to execute Pablo Perez 15. This person was, according to a certificate issued by the district attorney's office on July 25, 2006, Rolando Rene Garavito Zapata, alias "Cara de Niño", a known AUC member. Prior to the time when Pablo Perez 15 was murdered, the Northern Block of the AUC had received substantial support from Chiquita, and was still receiving substantial support from Chiquita's suppliers at the time when Pablo Perez 15 was killed. The murder of Pablo Perez 15 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 15 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

226.   Juana Perez 16 is the mother and legal heir of Pablo Perez 16, a fisherman who lived in Puebloviejo, Magdalena. Pablo Perez 16 was murdered on September 7, 1996 by guerrillas who were attempting to establish control over the

banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  On September 7, 1996, Pablo Perez 16 was working in the Ciénaga market when an armed guerrilla approached him on foot and shot him, killing him.  The plaintiff believes that the guerrillas murdered Pablo Perez 16 because they thought he was a paramilitary informant.

227.   At the time when Pablo Perez 16 was murdered, the guerrillas were receiving substantial support from Chiquita.  Pablo Perez 16 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in Magdalena.

228.   Juan Perez 17 is the father and legal heir of Pablo Perez 17A and Pablo Perez 17B, two agricultural workers who were brothers. Pablo Perez 17A and Pablo Perez 17B were murdered on October 17, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On October 17, 2003, Pablo Perez 17A and Pablo Perez 17B were returning to their home in rural Cienaga, Magdalena, after a day working in the fields when they were intercepted by four paramilitaries on two motorcycles at Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. The paramilitaries forced Pablo Perez 17A and Pablo Perez 17B to walk further into the banana plantation, and then

murdered them with multiple gunshots.

229.    At the time when Pablo Perez 17A and Pablo Perez 17B were murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 17A and Pablo Perez 17B was in furtherance of the understanding that the AUC had with Chiquita and that in return for Chiquita's and support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 17A and Pablo Perez 17B were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

230.    Juana Perez 18 is the wife and legal heir of Pablo Perez 18, an employee of Finca La Juliana, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 18 was murdered on May 16, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 16, 1997, Pablo Perez 18 was at work at Finca La Juliana when a large group of heavily armed paramilitaries entered the plantation. The paramilitaries murdered

Pablo Perez 18 with at least one gunshot to the head, leaving his body at the plantation's packing station.

231.   At the time when Pablo Perez 18 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 18 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 18 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

232.   Juana Perez 19 is the sister and legal heir of Pablo Perez 19, a security guard supervisor and former police officer in Ciénaga, Magdalena. Pablo Perez 19 was murdered on April 6, 1995 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 19 worked for a private security firm that provided security guards to a number of plantations in the region. At approximately 7:00 PM on April 6, 1995, Pablo Perez 19 started making his rounds to check on the

security guards working on the plantations. He was accompanied by the supervisor who oversaw shift changes, and both men were reservists with the police force. On their way back, they were detained at a FARC checkpoint. The FARC checked their identification, and seeing that they were reservists, told both men to turn around and shot them from behind, killing them both.

233. At the time when Pablo Perez 19 was murdered, the FARC was receiving substantial support from Chiquita. Pablo Perez 19 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the FARC in Magdalena.

234. Juana Perez 20 is the wife and legal heir of Pablo Perez 20, an employee of Finca La Joya, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, located in or near the village of Guacamayal, Zona Bananera, Magdalena. Pablo Perez 20 was murdered on November 27, 2001 in a massacre committed by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 6:30 AM on November 27, 2001, Pablo Perez 20 was finishing up his shift as night watchman at Finca La Joya when a group of four paramilitaries entered aboard two motorcycles. The four paramilitaries carried a list of names of Finca La Joya workers whom they were looking for. The paramilitaries

seized Pablo Perez 20 and two other workers, and opened fire on them, killing all three. Pablo Perez 20 died of multiple gunshots to the head.

235. In a certificate issued on December 28, 2001, Luis Carlos Infante Avendaño, the Zona Bananera Municipal Representative, certified that Pablo Perez 20 was the victim of a selective massacre carried out for ideological and political motives in the context of the internal armed conflict. In a letter dated February 28, 2008, the Colombian Attorney General's office confirmed that the commander of the William Rivas Front of the Northern Block, Jose Gregorio Mangones Lugo, alias "Carlos Tijeras," had accepted responsibility for the murder of Pablo Perez 20. At the time when Pablo Perez 20 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 20 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 20 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

236. Juan Perez 21 is a victim and survivor of torture, and is the brother and legal heir of Pablo Perez 21A and Pablo Perez 21B. Juan Perez 21 was tortured, and Pablo Perez 21A and Pablo Perez 21B were murdered on November 27, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Juan Perez 21, Pablo Perez 21A and Pablo Perez 21B lived and worked at the small banana farm "Ana Dilia," in the village of Río Frío, in the banana zone of Magdalena. The farm "Ana Dilia" produced bananas for Chiquita. At approximately 11:00 PM on the night of November 27, 1997, a large group of heavily armed paramilitaries with their faces covered by balaclavas stormed the home where Juan Perez 21, Pablo Perez 21A and Pablo Perez 21B lived with other members of their family. When Pablo Perez 21A saw the paramilitaries, he tried to run away, but the paramilitaries opened fire on him, killing him with multiple gunshots. One of the paramilitaries pointed to Pablo Perez 21B; the leader of the paramilitaries said that they would have to take Pablo Perez 21B with them for questioning. Pablo Perez 21B tried to defend himself, taking a swing at one of his captors, but the paramilitaries opened fire on him, killing him with multiple gunshots. The paramilitaries then proceeded to torture Juan Perez 21, demanding to know where the family had weapons hidden in the house. Juan Perez 21 told the paramilitaries repeatedly that the family had no weapons, but they

continued to torture him, throwing him to the floor, beating him with rifle butts over his entire body, and pouring a caustic, inflammable liquid on his back, which they repeatedly ignited and then snuffed out. While some of the paramilitaries tortured Juan Perez 21, others ransacked the house in search of weapons. Though they found no weapons, the paramilitaries robbed the family of money, jewelry and home appliances.

237. In a certificate issued on May 8, 2007, Boris Emilio Garcia Arcon, the Cienaga Municipal Representative, confirmed that Pablo Perez 21A and Pablo Perez 21B died as victims of a selective massacre carried out for ideological or political motives in the context of the internal armed conflict. At the time when Juan Perez 21 was tortured, and Pablo Perez 21A and Pablo Perez 21B were murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the torture of Juan Perez 21 and the murder of Pablo Perez 21A and Pablo Perez 21B were in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Juan Perez 21, Pablo Perez 21A and

Pablo Perez 21B were three of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

238. Juan Perez 22 is also the father and legal heir of Pablo Perez 22, an agricultural worker from the village of Sevillano, in rural Cienaga, Magdalena. Pablo Perez 22 was murdered on July 22, 1996 by ELN guerrillas who were vying for control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 22 had worked for five years at the El Chorro farm in Sevillano. Two months prior to Pablo Perez 22's murder, a group of heavily armed men who identified themselves as ELN guerillas entered the farm and warned Pablo Perez 22 that he should stop working at El Chorro because the ELN had received information that indicated that the paramilitaries were using the farm to camp out. But Pablo Perez 22 paid no attention to the warning, and continued to work at El Chorro. At approximately 6:00 PM on July 22, 1996, when Pablo Perez 22 was eating supper in Sevillano, he was approached by six armed men, one of whom accused him of disobeying the ELN. The armed men then shot Pablo Perez 22 to death.

239. At the time when Pablo Perez 22 was killed, the ELN was receiving substantial from Chiquita. Pablo Perez 22 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ELN in the banana zone and surrounding areas of Magdalena.

240.   Juan Perez 23 is the brother and legal heir of Pablo Perez 23, a banana worker employed by Finca Vijagual, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. Pablo Perez 23 was murdered on or about May 12, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On or about May 12, 1999, Pablo Perez 23 left his home in the town of Sevilla, in the banana zone of Magdalena, in order to accompany a friend to the village of  Tierra Nueva, in Pueblo Viejo, Magdalena. Along the way, Pablo Perez 23 and his friend were intercepted by paramilitaries, who kidnapped and murdered them. Pablo Perez 23's family did not immediately find his body, but eventually was led to the place where he had been left thanks to information supplied by informants.

241.   At the time when Pablo Perez 23 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 23 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by

leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 23 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

242. Juan Perez 24 is the brother and legal heir of Pablo Perez 24, an occasional banana worker employed at Finca Vijagual, a banana plantation in the banana zone of Magdalena which supplied Chiquita. Pablo Perez 24 was murdered on December 24, 2004 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On December 24, 2004, Pablo Perez 24 was returning to his home in Sevilla, Zona Bananera, Magdalena, after having visited Plaintiff. As Pablo Perez 24 was returning home, he found two paramilitaries who were waiting for him in Sevilla. The two paramilitaries opened fire on Pablo Perez 24, killing him with multiple gunshots.

243. Prior to the time when Pablo Perez 24 was murdered, the William Rivas Front of the AUC had received substantial support from Chiquita, and was still receiving substantial support from Chiquita's suppliers. The murder of Pablo Perez 24 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from

regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 24 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

244. Juana Perez 25 is the wife and legal heir of Pablo Perez 25, an engineering student who lived in Fundación, Magdalena. Pablo Perez 25 was murdered on August 17, 1996 by guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At the time of his murder, Pablo Perez 25 was about to graduate from the university as a systems technician. On August 17, 1996, he left for Sevilla, in the banana zone, to visit his uncle and ask him to attend his graduation. As he was leaving, a man who had a farm in Sevilla asked him for a ride. The man's car had broken down and he had gone to Fundación to purchase parts. Pablo Perez 25 agreed to drive the man and his spare parts back to the farm in Sevilla. When they arrived at the farm, they found that the guerrillas and the paramilitaries were in the middle of a confrontation. Pablo Perez 25 got out of his car and began to run and was caught in the crossfire. He was hit once in the head and once in the back, and died instantly.

245. At the time when Pablo Perez 25 was killed, the guerrillas were receiving substantial from Chiquita. Pablo Perez 25 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

246. Juana Perez 26 is the mother and legal heir of Pablo Perez 26, a security guard at Finca Maria Eusebia, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 26 was murdered on May 10, 1996 by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the evening of May 9, 1996, Pablo Perez 26 began his shift as night security guard at Finca Maria Eusebia. At approximately 3:00 AM, a group of paramilitaries entered the finca and found Pablo Perez 26, murdering him with six gunshots to the head and body.

247. At the time when Pablo Perez 26 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 26 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita's support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade

unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 26 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

248. Juana Perez 27 is the wife and legal heir of Pablo Perez 27, with whom she had a family. Pablo Perez 27, an employee of Finca Crisol, a banana plantation in the banana zone of Magdalena that supplied Chiquita, was murdered on December 18, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 27 was employed as a laborer, but on the day he was murdered, he had been assigned guard duty on the night shift at Crisol. At approximately 7:30 PM, a group of five heavily armed paramilitaries dressed in civilian clothes, two of whom had their faces covered with balaclavas, entered the plantation and seized Pablo Perez 27. The paramilitaries bound Pablo Perez 27's hands and feet. The following morning, Pablo Perez 27 was found dead on the plantation, his throat slit and his head nearly severed, and with a deep stab wound on his back.

249. At the time when Pablo Perez 27 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 27 was in furtherance of the understanding that the AUC had with Chiquita that

in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 27 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

250. Juana Perez 28 is the wife and legal heir of Pablo Perez 28A, and the mother and legal heir of Pablo Perez 28B. Pablo Perez 28A and Pablo Perez 28B, father and son who worked as security guards on banana plantations that were owed or controlled by, or produced bananas for Chiquita, were murdered on April 30, 2000 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of April 29, Pablo Perez 28B began his shift as a security guard at Finca La Isabel, a banana plantation in the banana zone of Magdalena. In the early morning hours of April 30, when Pablo Perez 28B was still guarding Finca La Isabel, a group of heavily armed paramilitaries dressed in camouflaged uniforms and traveling in a pickup truck entered the plantation and seized Pablo Perez 28B. The paramilitaries took Pablo Perez 28B back to his family's home at the Helena ranch,

78

in the village of Sevillano, in rural Cienaga, Magdalena. There, the paramilitaries woke Pablo Perez 28A and told him they had to ask him some questions. The paramilitaries then escorted Pablo Perez 28A and Pablo Perez 28B a short distance away, and executed them with two gunshots each to the head.

251.   At the time when Pablo Perez 28A and Pablo Perez 28B were murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 28A and Pablo Perez 28B was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 28A and Pablo Perez 28B were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

252.   Juana Perez 28 is also the mother and legal heir of Pablo Perez 28C and Pablo Perez 28D, two brothers who worked as security guards at the banana plantation La Despensa, which was owned or controlled by Chiquita, or was a Chiquita supplier. Pablo Perez 28C and Pablo Perez 28D were murdered on August 27, 2000 by AUC

paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Since the murder of their father Pablo Perez 28A and their brother Pablo Perez 28B (above), Pablo Perez 28C and Pablo Perez 28D had been staying at the family's home at Helena ranch in Sevillano, Cienaga, for security reasons. In the early morning hours of August 27, 2000, when the two brothers were asleep, a large group of paramilitaries arrived at the ranch, and entered their home with force. The paramilitaries searched the house, supposedly looking for weapons, and then bound Pablo Perez 28C and Pablo Perez 28D and forced them out of the house. The paramilitaries took them to a place approximately 300 meters from the house, where they also had several other neighbors whom they had captured. The paramilitaries then forced Pablo Perez 28C and Pablo Perez 28D to lay face down on the ground, and executed them with gunshots to the head and, in the case of Pablo Perez 28C, also to the body. The paramilitaries also murdered the other captives.

253. In a certificate issued in April 2001, Jacob Gutierrez Buelvas, the Cienaga, Magdalena Municipal Representative, confirmed that Pablo Perez 28C and Pablo Perez 28D died in a selective massacre carried out for ideological and political motives in the context of the internal armed conflict. At the time when Pablo Perez 28C and Pablo Perez 28D were murdered, the Northern Block of the AUC was

receiving substantial support from Chiquita, and the murder of Pablo Perez 28C and Pablo Perez 28D was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 28C and Pablo Perez 28D were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

254.   Juana Perez 29 is the wife and legal heir of Pablo Perez 29, with whom she had a family. Pablo Perez 29, an employee of Compañía Afrícola El Reten, S.A., which was owned or controlled by Chiquita or which was a Chiquita supplier, was kidnapped and murdered on October 18, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Early on the morning of October 18, 1997, Pablo Perez 29 was at the banana plantation where he lived and worked when a group of paramilitaries arrived and seized him. The paramilitaries

forced Pablo Perez 29 to collect all of his belongings, and then kidnapped him. He was found dead later that day with two gunshots to the head. His belongings were missing.

255. At the time when Pablo Perez 29 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 29 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 29 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

256. Juana Perez 30 is the mother and legal heir of Pablo Perez 30 lived in Aracataca, Magdalena, and was an employee of Finca Buena Vista, a banana plantation owned or controlled by Chiquita, or which supplied bananas to Chiquita. Pablo Perez 30 was murdered on March 7, 2004 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of March 6, 2004, Pablo Perez 30 was drinking at a bar in Aracataca with his friend when a

neighbor of the friend's arrived with an injury to his neck. Pablo Perez 30's friend offered his neighbor a beer, then suggested that the friend should go home to take care of his wound. Pablo Perez 30's friend then accompanied the neighbor home. Later on, in the early morning hours of March 7, 2004, Pablo Perez 30's friend returned to find Pablo Perez 30 at the bar where they had been drinking together earlier. Pablo Perez 30 then accompanied his friend home. The two were walking together when a group of four paramilitaries approached and forced them to accompany the paramilitaries to the home of the neighbor of Pablo Perez 30's friend who had suffered the injury to his neck. But when the paramilitaries, Pablo Perez 30 and his friend got to the neighbor's home, the paramilitaries could not find the neighbor, even after searching the neighbor's house. The paramilitaries then demanded that Pablo Perez 30 and his friend tell them where the neighbor was hiding. The paramilitaries then executed Pablo Perez 30 and his friend with gunfire.

257. At the time when Pablo Perez 30 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 30 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor

quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 30 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

258.   Juana Perez 31 is the mother and legal heir of Pablo Perez 31, a banana worker who lived and was employed at Finca Raquelita, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in Orihueca, the banana zone of Magdalena. Pablo Perez 31 was murdered on October 18, 2001 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On October 18, 2001, Pablo Perez 31 was eating lunch at Finca Raquelita when two armed paramilitaries arrived on a motorcycle. The two paramilitaries approached the plantation's administrator in his office and got into a heated discussion with him, demanding to know where Pablo Perez 31 was. One of the paramilitaries then drew a gun and fired a shot into the administrator's head, wounding him; the administrator tried to run away, but the paramilitaries fired two more shots at him, killing him. As the two paramilitaries were leaving the administrator's office, they spotted Pablo Perez 31. They grabbed him and threw him to the ground. As one of the paramilitaries then started the motorcycle's engine, the other placed his foot on Pablo Perez 31's

chest and fired two shots into his head, killing him.

259. At the time when Pablo Perez 31 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 31 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 31 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

260. Juana Perez 32 is the mother and legal heir of Pablo Perez 32, an employee of the banana plantation Finca Pinos, a Chiquita supplier in Aracataca, Magdalena. Pablo Perez 32 was murdered on December 20, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On December 20, 2003, Pablo Perez 32 left his home to look for a friend. Approximately two blocks from his home, he was approached by a group of heavily armed paramilitaries who asked for him by name. When Pablo Perez 32 turned to address the

paramilitaries, they opened fire on him, wounding him. Pablo Perez 32 tried to run but the paramilitaries caught up to him and killed him with additional gun fire.

261. At the time when Pablo Perez 32 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 32 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 32 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

262. Juana Perez 33 is the mother and legal heir of Pablo Perez 33, an employee of Finca Villa Anita, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 33 was murdered on November 11, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On November 11, 2003, at approximately 7:00 PM, four paramilitaries arrived at the home of Juana Perez 33, in the hamlet of Cauca, in Aracataca,

Magdalena, and asked for Pablo Perez 33, her son. Juana Perez 33 denied knowing who Pablo Perez 33 was. The four paramilitaries then searched her home for him. When the paramilitaries could not find Pablo Perez 33 there, they left and went to Pablo Perez 33's home, which was in the same hamlet. There they found Pablo Perez 33, seized him, and led him to the center of the hamlet. There, the paramilitaries executed Pablo Perez 33 together with another captive.

263.   At the time when Pablo Perez 33 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 33 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 33 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

264.   Juana Perez 34 is the sister and legal heir of Pablo Perez 34, an employee of Finca Pie de Cuesta, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 34 was kidnapped on May 5, 1998, and

murdered on or around May 8, 1998, by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of May 5, 1998, at approximately 11:00 PM, a group of heavily armed paramilitaries dressed in civilian clothes arrived in a pickup truck at Pablo Perez 34's home in Aracataca, kicked in the door and entered the home by force. Pablo Perez 34 tried to escape by running, but he was overcome by the paramilitaries, who forced him into their pickup truck and drove off with him. On May 8, 1998, Pablo Perez 34 was found dead near the village of Guacamayal, in the banana zone, presenting burns on his face and body, and possibly stab wounds. The coroner's office ruled that Pablo Perez 34 bled to death.

265.   Based on information and belief, Pablo Perez 34 was murdered by the Northern Block paramilitaries because he had had an argument with a foreman at Finca Pie de Cuesta. At the time when Pablo Perez 34 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 34 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by

leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 34 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

266. Juana Perez 35 is the wife and legal heir of Pablo Perez 35, an employee of Finca La Juliana, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 35 was kidnapped and disappeared on January 30, 2001 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 1:00 AM on January 30, 2001, a group of heavily armed paramilitaries dressed in camouflaged uniforms and wearing balaclavas stormed the home that Pablo Perez 35 shared with the Plaintiff, in the village of Salon, in Cienaga, Magdalena. The paramilitaries seized Pablo Perez 35, bound him, and drove off with them in the pickup truck they arrived in. Pablo Perez 35 was never seen again.

267. At the time when Pablo Perez 35 was kidnapped and disappeared, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and disappearance of Pablo Perez 35 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided

Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 35 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

268.    Juana Perez 36 is the wife and legal heir of Pablo Perez 36, an agricultural worker who lived with Plaintiff in the village of Reposo, in the banana zone of Magdalena. Pablo Perez 36 was kidnapped and murdered on December 22, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 8:00 PM on or about December 21, 2003, Pablo Perez 36 had just arrived at his home from work on a coffee plantation when a group of paramilitaries arrived in a vehicle, entered Pablo Perez 36's home, and seized him. The paramilitaries told Pablo Perez 36 that he had to come with them to "fix a problem." Pablo Perez 36 was found dead on December 22, 2003 at Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. The AUC paramilitaries had a base at Finca Manantial.

269.    At the time when Pablo Perez 36 was kidnapped and murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 36 was in furtherance of the understanding that

the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 36 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

270.   Juana Perez 37 is the wife and legal heir of Pablo Perez 37, a former employee of Finca Vijagual, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 37 was murdered on June 7, 1997 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 6, 1997, Pablo Perez 37 was speaking with some friends on the outskirts of Cienaga, Magdalena, when three paramilitaries in a pickup truck approached. One of the paramilitaries pointed to Pablo Perez 37. Another paramilitary got out of the pickup truck and opened fire on Pablo Perez 37, wounding him. Pablo Perez 37 was taken to a local hospital, but died of his wounds early on the morning of June 7, 1997.

271.   At the time when Pablo Perez 37 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo

Perez 37 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 37 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

272.    Juana Perez 38 is the sister and legal heir of Pablo Perez 38, an employee of Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 38 was murdered on March 1, 2000 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On March 1, 2000, at approximately 5:30 PM, Pablo Perez 38 was at his job at Finca Manantial when four paramilitaries arrived on two motorcycles. The paramilitaries approached Pablo Perez 38 and demanded to know where the foreman was. When Pablo Perez 38 responded that he did not know where the foreman was, one of the paramilitaries beat Pablo Perez 38 on his head with the butt of his firearm. Pablo Perez 38 fell to the ground; the paramilitary then fired several gunshots into Pablo Perez

92

38's head, killing him instantly.

273.    At the time when Pablo Perez 38 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 38 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 38 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

274.    Juana Perez 39 is the mother and legal heir of Pablo Perez 39, a security guard at a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 39 was kidnapped and murdered on or about August 14, 1997 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On or about August 14, 1997, Pablo Perez 39 was on his way to his home in Rio Frio, in the banana zone of Magdalena, after finishing his shift as a security guard at Finca Trupillos, when he was intercepted by a large group of heavily armed paramilitaries

dressed in camouflaged uniforms who were posted on both sides of the highway. The paramilitaries forced Pablo Perez 39 off his bicycle and into a truck. Some of the paramilitaries then drove off with him. Pablo Perez 39's dead body was found on August 21, 1997, in an advanced state of decay.

275. At the time when Pablo Perez 39 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 39 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 39 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

276. Juana Perez 40 is the sister and legal heir of Pablo Perez 40, a 62-year-old laborer who lived in Cienaga, Magdalena. Pablo Perez 40 was murdered on May 22, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 22, 2003, Pablo Perez 40 left his home in Cienaga to look for

bananas and other fruit for his household's consumption, as was his custom. Pablo Perez 40 was murdered by paramilitaries who were providing security for Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 40's body was found the following morning on Finca Manantial, with two gunshots to his head.

277. At the time when Pablo Perez 40 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 40 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 40 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

278. Juana Perez 41 is the mother and legal heir of Pablo Perez 41, an employee of Finca Triunfo, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 41 was murdered on August 26, 1996 by ACCU paramilitaries who were in control of the banana zone and surrounding areas of

Magdalena, in furtherance of the internal armed conflict. On August 26, 1996, Pablo Perez 41 was returning to his home in Cienaga, Magdalena from work at Finca Triunfo when he was intercepted by a group of paramilitaries several blocks from his home. The paramilitaries stopped Pablo Perez 41, searched him, then stabbed him to death.

279. At the time when Pablo Perez 41 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 41 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita's support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 41 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

280. Juana Perez 42 is the mother and legal heir of Pablo Perez 42, a 19-year-old employee of Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 42 was murdered on September 13,

1998 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Approximately two weeks prior to his murder, Pablo Perez 42 received a warning from a paramilitary that the AUC had ordered his death. On September 13, 1998, Pablo Perez 42 left his home at approximately 4:30 AM, and headed to work at Finca Manantial. Several blocks from his home he was intercepted by a group of paramilitaries, who executed him with two gunshots to the head.

281.    At the time when Pablo Perez 42 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 42 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 42 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

282.    Juana Perez 43A is the mother and legal heir of Pablo Perez 43. Juana Perez 43B is the wife and is also a legal heir of Pablo Perez 43. Pablo Perez 43, an

employee of Finca Plantacion, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita, was murdered on September 14, 2004 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 5:30 AM on September 14, 2004, Pablo Perez 14 left his home in the village of Orihueca, Zona Bananera, Magdalena, to head to his job at Finca Plantacion. When he had walked less than a block from his home, Pablo Perez 43 turned around because he had forgotten some papers he needed to bring to work. Pablo Perez 43 returned to his home, retrieved the papers, and left again, this time on a bicycle. When he had gone approximately two blocks from his home, a paramilitary who was behind Pablo Perez 43 approached him and murdered him with five gunshots to his head.

283. In a letter dated February 28, 2008, the Colombian Attorney General's office notified Juana Perez 43B that in public testimony, Jose Gregorio Mangones Lugo, A/K/A "Carlos Tijeras," the commander of the William Rivas Front, accepted responsibility for the murder of Pablo Perez 43. Prior to the time when Pablo Perez 43 was murdered, the William Rivas Front of the AUC had received substantial support from Chiquita, and at the time of his murder the AUC was still receiving substantial support from Chiquita suppliers. The murder of Pablo Perez 43 was in

furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 43 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

284. Juan Perez 44 is the brother and legal heir of Pablo Perez 44, an employee of Finca Burdeos, a banana plantation owned by Chiquita or which supplied Chiquita. Pablo Perez 44 was murdered on July 14, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of July 13, 2001, Pablo Perez 44 was at a party in Cienaga, Magdalena. After midnight, in the early morning hours of July 14, 2001, Pablo Perez 44 left the party to return to his home in Cienaga. On his way home, Pablo Perez 44 was intercepted by four paramilitaries. The paramilitaries beat him to death, fracturing his face and head, using a large stone.

285. At the time when Pablo Perez 44 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 44 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 44 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

286. Juana Perez 45 is the wife and legal heir of Pablo Perez 45, with whom she had a family. Pablo Perez 45 was an employee of Finca Marte, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita, and was an active member of SINTRAINAGRO, the trade union that represented banana workers in Magdalena, including Chiquita workers. Pablo Perez 45 was murdered on March 19, 1995 by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On March 19, 1995, Pablo Perez 45 was having a drink with some colleagues on the outskirts of the village of Guacamayal, in the banana zone of Magdalena, when a

pickup truck loaded with heavily armed paramilitaries and wearing uniforms arrived. The paramilitaries got out of the pickup truck and began firing, killing five people, including Pablo Perez 45, who died as a result of at least one gunshot to the head. The families of the five killed later learned that the paramilitaries had attacked Pablo Perez 45 and the others because they were members of the SINTRAINAGRO trade union.

287.   At the time when Pablo Perez 45 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 45 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita's support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 45 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

288.   Juana Perez 46A is the wife and legal heir of Pablo Perez 46, with whom she had a family. Juana Perez 46B is the sister and is also a legal heir of Pablo Perez 46. Pablo Perez 46, a security guard employed by Finca Venus, a banana plantation

owned or controlled by Chiquita, or which supplied Chiquita, was murdered on September 24, 1995, by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On September 24, 1995, at approximately 5:30 PM, Pablo Perez 46 left his home in Guacamayal, in the banana zone of Magdalena, to go to his job at Finca Venus, also in Guacamayal, where he was scheduled to work the night shift as a security guard. Pablo Perez 46 was traveling by bicycle, accompanied by three colleagues. At the entrance to Finca Venus, Pablo Perez 46 and his three colleagues were intercepted by a group of paramilitaries, who demanded to see their identity documents. After confirming their identities, the paramilitaries executed the four, including Pablo Perez 46, who died as a result of at least two gunshots to the head.

289. At the time when Pablo Perez 46 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 46 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita's support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas.

Pablo Perez 46 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

290.    Juana Perez 47A is the wife and legal heir of Pablo Perez 47. Juana Perez 47B is also the wife and is also a legal heir of Pablo Perez 47. Pablo Perez 47 was murdered on October 7, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 47 had been an employee of Finca Despensa, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. But Pablo Perez 47 renounced his job at Finca Despensa several months before he was murdered, to escape persecution against him and his family. Two members of his family who worked at Finca Manantial, another banana plantation owned or controlled by Chiquita, or which supplied Chiquita, had been murdered. Pablo Perez 47 fled the banana zone and moved to Santa Marta months before he was murdered. In Santa Marta, Pablo Perez 47 found work as a security guard at a local supermarket. But on October 7, 2001, the paramilitaries caught up to Pablo Perez 47. On the afternoon of October 7, 2001, Pablo Perez 47 was on his way to his job in Santa Marta when he was intercepted by paramilitaries, who executed him with multiple shots to the head and body.

291.    At the time when Pablo Perez 47 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 47 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 47 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

292.    Juana Perez 48 is the wife and legal heir of Pablo Perez 48, with whom she had a family. Pablo Perez 48, an employee of Finca La Carmela, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was murdered on or about July 5, 2005 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 5:30 AM on July 5, 2005, Pablo Perez 48 left his home in the village of Guacamayal, Zona Bananera, Magdalena, to go to his job at Finca Carmela, also in Guacamayal. Pablo Perez 48 did not return home that evening. Worried, the Plaintiff, accompanied by a brother of

Pablo Perez 48, went to look for him at Finca Carmela on July 6, 2005. At Finca Carmela, a foreman told the Plaintiff and Pablo Perez 48's brother that he had seen Pablo Perez 48 leave work the previous day on a bicycle. On July 9, 2005, Pablo Perez 48, accompanied by two children of Pablo Perez 48 and the Plaintiff, returned to Finca Carmela and began to search for Pablo Perez 48. At Finca Carmela, the family members found Pablo Perez 48's corpse, which presented advanced signs of decomposition. Pablo Perez 48 had been strangled to death with such violence that his head had nearly been separated from his body.

293.   Based on information and belief, Pablo Perez 48 was murdered by the William Rivas Front because he had refused to resign without severance pay from Finca Carmela, where he had worked for 16 years. The Plaintiff believes that the Finca Carmela foreman lied to her when he said that he had seen Pablo Perez 48 leave work on July 5, 2005. Prior to the time when Pablo Perez 48 was murdered, the William Rivas Front of the AUC had received substantial support from Chiquita, and at the time of his murder the AUC was still receiving substantial support from Chiquita suppliers. The murder of Pablo Perez 48 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided

Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 48 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

294.    Juana Perez 49 is the sister and legal heir of Pablo Perez 49, an employee of Finca La Escondida, a banana plantation in Cienaga, Magdalena that was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 49 was murdered on June 12, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 12, 2003, Pablo Perez 49 was at his job at Finca La Escondida when several paramilitaries seized him and executed him with two gunshots to the head. The paramilitaries had a base on Finca La Escondida itself.

295.    At the time when Pablo Perez 49 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 49 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by

106

leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 49 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

296.   Juana Perez 50A is the mother and legal heir of Pablo Perez 50. Juana Perez 50B is the wife and is also a legal heir of Pablo Perez 50, with whom she had a family. Pablo Perez 50, an employee of Finca Marte, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. was an active member of the trade union SINTRAINAGRO, which represented banana workers in Magdalena, including Chiquita workers, and had participated in the negotiation of the 1996 collective bargaining agreement between SINTRAINAGRO and Finca Marte. Pablo Perez 50 was kidnapped, tortured and murdered on November 1, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of October 31, 1997 or in the early morning hours of November 1, 1997, a group of heavily armed paramilitaries dressed in camouflaged uniforms stormed Pablo Perez 50's home in the village of Guacamayal, in the banana zone of Magdalena, while he was sleeping. The paramilitaries broke down the door to the home, found Pablo Perez 50 and seized him, tied him up and forced him to accompany them at gunpoint, beating him as they kidnapped him. Pablo Perez 50's corpse was found the following

morning with signs of torture and two gunshots, one to the head and one to the body.

297.   In a certificate issued on November 22, 1999, Elvis Emilio Redondo Lopez, the Cienaga Municipal Representative, confirmed that Pablo Perez 50 was murdered in a massacre carried out in the context of the internal armed conflict. At the time when Pablo Perez 50 was kidnapped, tortured and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap, torture and murder of Pablo Perez 50 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 50 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

298.   Juan Perez 51 is the brother and legal heir of Pablo Perez 51, an employee of Finca Plantacion, a banana plantation in the banana zone of Magdalena that was owned or controlled by Chiquita, or that supplied Chiquita. Pablo Perez was an active member of SINTRAINAGRO, the trade union that represented banana workers in Magdalena, including Chiquita workers, and had been actively recruiting

workers at Finca Palntacion to join SINTRAINAGRO. Pablo Perez 51 was murdered on April 19, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the morning of April 19, 1997, Pablo Perez 51 finished his shift as a security guard at Finca Plantacion, and headed to his home in the village of Orihueca. Shortly after he arrived home, when a car pulled up with several paramilitaries dressed in civilian clothes. One of the paramilitaries told Pablo Perez 51 that he was needed back at Finca Plantacion for a meeting. Pablo Perez 51 got into the car and the paramilitaries drove off with him. Later that morning Pablo Perez 51 was found dead in the hamlet of Iberia, with three gunshots to the head and neck.

299.    Based on information and belief, management at Finca Plantacion had Pablo Perez 51 murdered because he was actively recruiting union members, and had refused to resign despite management's insistence that he leave his job. At the time when Pablo Perez 51 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 51 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and

social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 51 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

300. Juana Perez 52 is the wife and legal heir of Pablo Perez 52, a security guard employed by Finca Despensa, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 52 was murdered on November 10, 2000 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the afternoon of November 10, 2000, Pablo Perez 52 left his home in Cienaga, Magdalena to cash his paycheck from Finca Despensa. After cashing his paycheck, Pablo Perez 52 ran into a friend of his who invited him to a beer. Pablo Perez 52 were together at a local establishment at approximately 9:00 PM when a group of uniformed paramilitaries arrived and opened fire, killing Pablo Perez 52 and another patron.

301. At the time when Pablo Perez 52 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 52 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas

out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 52 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

302.    Juan Perez 53 is the husband and legal heir of Paula Perez 53, who ran the canteen concession at Finca La Juliana, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Paula Perez 53 was kidnapped and murdered on July 9, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Early on the morning of July 9, 2001, Paula Perez 53 arrived at the canteen at Finca La Juliana, and after attending to some administrative chores, began to prepare breakfast for the banana workers. At approximately 6:30 AM a pickup truck with seven or eight paramilitaries arrived. The paramilitaries disembarked, entered the canteen, and asked Paula Perez 53 where her son was. Paula Perez 53 responded that she did not know where her son was, but that at any rate, any matter that had to do with her son also had to do with her. One of the paramilitaries, using profane language, seized her and led her away with them. As she was being led away,

Paula Perez 53 screamed for help to the plantation administrator, the foremen, and workers, but no one intervened on her behalf. Several hours later Paula Perez 53's corpse was found in Reposo, in the banana zone of Magdalena, with two gunshots to the head and face.

303. At the time when Paula Perez 53 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Paula Perez 53 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Paula Perez 53 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

304. Juana Perez 54 is the wife and legal heir of Pablo Perez 54, with whom she had a family. Pablo Perez 54, an employee of Finca Manantial, a banana plantation owned or controlled by Chiquita or which supplied Chiquita, was murdered on September 25, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of

the internal armed conflict. Early on the morning of September 25, 1999, when Pablo Perez 54 had just arrived at Finca Manantial to begin his shift, a group of heavily armed paramilitaries arrived at Finca Manantial and, finding Pablo Perez 54, demanded that he tell them where another employee was. When Pablo Perez 54 answered that he did not know, the paramilitaries executed him with two gunshots.

305.   At the time when Pablo Perez 54 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 54 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 54 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

306.   Juana Perez 55 is the mother and legal heir of Pablo Perez 55, am employee of Finca Crisol, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 55 was murdered on November 27, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone

and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the morning of November 27, 2001, Pablo Perez 55 was working at Finca Crisol, near the village of Guacamayal, Zona Bananera, Magdalena, when four paramilitaries arrived on two motorcycles. The paramilitaries proceeded to open fire on a colleague of Pablo Perez 55, killing the colleague. Pablo Perez 55 reacted to the shock of seeing his colleague murdered by trying to run. The paramilitaries then opened fire on Pablo Perez 55, killing him with two gunshots to the head. The paramilitaries also shot and killed another worker of Crisol before leaving.

307. At the time when Pablo Perez 55 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 55 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 55 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

308. Juana Perez 56A is the wife and legal heir of Pablo Perez 56. Juan Perez

56B is the father and is also a legal heir of Pablo Perez 56. Pablo Perez 56, an employee of Finca Marte, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was murdered on May 2, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of May 1, 1999, Pablo Perez 56 was in the village of Guacamayal drinking with friends, when he decided to head home. Riding his motorcycle, Pablo Perez 56 was intercepted near the Guacamayal cemetery by a group of paramilitaries, who threw him to the ground and fired two gunshots into his head, mortally injuring him. A friend of Pablo Perez 56 passed the scene five minutes later and found Pablo Perez 56 still alive. The friend took Pablo Perez 56 to the hospital, but Pablo Perez 56 died on the morning of May 2, 1999.

309. At the time when Pablo Perez 56 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 56 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by

leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 56 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

310. Juana Perez 57 is the wife and legal heir of Pablo Perez 57, with whom she had a family. Pablo Perez 57, an employee of Agrícola El Retiro S.A., a banana company owned or controlled by Chiquita, or which supplied Chiquita, was murdered on January 17, 2004 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 2:00 AM on January 17, 2004, a group of heavily armed paramilitaries stormed the home that Pablo Perez 57 shared with the Plaintiff, and in full view of the Plaintiff and her children, seized Pablo Perez 57, beat him, tied him up, and forced him out of the home to a point approximately 200 yards away, where the paramilitaries executed Pablo Perez 57 with seven gunshots to the head and body.

311. At the time when Pablo Perez 57 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 57 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from

regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 57 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

312. Juana Perez 58 is the mother and legal heir of Pablo Perez 58, an employee of Finca Pie de Cuesta, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 58 was murdered on July 23, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. In the early morning hours of July 23, 2001, Pablo Perez 58 was at a party in Aracataca, Magdalena when he participated in a fight with a man who turned out to be a Northern Block paramilitary. The paramilitary forced Pablo Perez 58 to lie on the ground, and then proceeded to execute Pablo Perez 58 with at least one gunshot to the head.

313. At the time when Pablo Perez 58 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 58 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas

out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 58 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

314. Juan Perez 59A is the father and legal heir of Pablo Perez 59. Juan Perez 59B is the brother and is also a legal heir of Pablo Perez 59. Pablo Perez 59 was murdered on or around February 25, 2007 by remnants of the AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 59, together with his family, worked a parcel of land located between several banana plantations (Despensa, La Juliana) that were owned or controlled by Chiquita, or supplied Chiquita, in the banana zone of Magdalena. On the night of February 25, 2007, Pablo Perez 59 stayed on the parcel working late, after his family returned to their home. Based on information and belief, sometime after his family returned home, a group of paramilitaries who had their base on nearby banana plantations entered the parcel and shot Pablo Perez 59. In the early morning hours of February 26, 2007, his family was worried because Pablo Perez 59 had not returned home. Juan Perez 59A

went back to the parcel to look for Pablo Perez 59, and found him dead with a gunshot wound to his leg. Pablo Perez 59 bled to death sometime between the night of February 25, 2007 and the morning of February 26, 2007.

315. Prior to the murder of Pablo Perez 59, Chiquita had given substantial support to the Northern Block, and at the time when Pablo Perez 59 was killed, remnants of the Northern Block of the AUC were still receiving substantial support from Chiquita suppliers. The murder of Pablo Perez 59 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 59 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

316. Juan Perez 60 is the father and legal heir of Pablo Perez 60, an employee of Finca San Antonio, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, located in Turbo, in the Urabá region of Antioquia. Pablo Perez 60 was kidnapped, tortured and murdered on June 17, 1999 by AUC paramilitaries who

119

were in control of the banana zone and surrounding areas of Urabá, in furtherance of the internal armed conflict. At approximately 1:00 AM on June 17, 1999, Pablo Perez 60 was resting at his home in Apartadó, Antioquia when a group of paramilitaries who had arrived in several vehicles stormed his home, kicked in his door, seized Pablo Perez 60, and beat him. The paramilitaries demanded to know where Pablo Perez 60 had weapons hidden. Finding no weapons, the paramilitaries kidnapped Pablo Perez 60 and took him to the village of Nueva Colonia, in Turbo, Antioquia, very near the San Antonio banana plantation where Pablo Perez 60 worked. There, the paramilitaries tortured Pablo Perez 60 before executing him with several gunshots to the head and body.

317.    At the time when Pablo Perez 60 was kidnapped, tortured and murdered, the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 60 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area of Urabá, Antioquia and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 60 was one of the innocent victims of the violence that ensued when Chiquita brought