UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-MD-01916 (Marra/Johnson)

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates to:

ATS ACTIONS
_____/

ANGELA MARIA HENAO MONTES et al. v.
   CHIQUITA BRANDS INTERNATIONAL, INC.

      Case No. 10-cv-60573
_____/

DOES 1-976 v. CHIQUITA BRANDS
   INTERNATIONAL, INC.

      Case No. 10-cv-00404-RJL (D.D.C)
_____/

## ORDER

Upon consideration of the parties' consent motion to subject the new ATS actions to the Court-ordered briefing schedule for defendants' motion to dismiss the ATS complaints, it is ORDERED that said motion is GRANTED.

If Chiquita wishes to move to dismiss either or both of the new ATS complaints:

1. Chiquita shall file a consolidated motion to dismiss no later than May 4, 2010.

2. The *Montes* and *Does 1-976* plaintiffs will coordinate with the existing ATS plaintiffs to oppose Chiquita's motion in the consolidated opposition that is due on May 21,

2010. To the extent either action presents issues unique to that case that are not addressed in the joint opposition, a separate memorandum of law may be filed by the plaintiffs in that action, no longer than 5 pages, no later than May 21, 2010.

        3.      Chiquita shall incorporate the *Montes* and *Does 1-976* actions into the consolidated reply that is due on June 21, 2010. In the event either group of plaintiffs files a separate memorandum of law in opposition based on unique issues not addressed in the joint opposition, Chiquita may file reply memoranda of no more than 5 pages to each such individual opposition paper. In the alternative, Chiquita may incorporate its reply to individual opposition papers into its reply to the joint opposition with 5 additional pages allotted for each individual opposition addressed in the reply. Any such individual replies shall be due on or before June 21, 2010.

Dated this 26th day of April, 2010.

_____
KENNETH A. MARRA
United States District Judge

2