UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 08-01916-MD-MARRA/JOHNSON**

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTIONS
_____/

**Case No. 08-cv-80421**

JOHN DOE 1 *et al.* v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,
_____/

**Case No. 08-cv-80480**

DOES 1-646 v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,
_____/

**Case No. 08-cv-80508**

JOSE LEONARDO LOPEZ VALENCIA *et al.* v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,
_____/

**Case No. 08-cv-80465**

DOES (1-144) & PEREZES (1-95) v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,
_____/

**Case No. 07-cv-60821**

ANTONIO GONZALEZ CARRIZOSA, *et al.* v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,
_____/

**Case No. 10-cv-80652**

DOES 1-976, *et al.* v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*
_____/

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs in the above-captioned actions submit the following supplemental authority:

*al-Quraishi v. Nakhla*, No. 08-1696, Docket No. 103 (D. Md. July 29, 2010). A copy of the decision is attached as Exhibit A. Plaintiffs call the Court's attention to Part III of the opinion, in which the court rejects the argument that *Johnson v. Eisentrager*, 339 U.S. 763 (1950), and other cases stand for the proposition "that '[a]lien enemies resident abroad cannot maintain a civil action of any type in United States courts.'" Slip op. at 6 (quoting the defendants' motion to dismiss) (alteration in original). The court concludes:

> In light of the Supreme Court's willingness in *Rasul* and *Boumediene* to entertain suits brought by aliens and its meticulous parsing of *Eisentrager*'s reasoning, this Court does not accept Defendants' contention that *Eisentrager* categorically prohibits enemy aliens detained abroad by the military from bringing civil suits in the United States. Plaintiffs possess the "privilege of litigation" in United States courts.

*Id.* at 11.

Date:   August 2, 2010                                  Respectfully submitted,

/s/ John DeLeon
John DeLeon, Fl. Bar No. 650390
jdeleon@chavez-deleon.com
**Law Offices of Chavez-DeLeon**
5975 Sunset Drive, Suite 605
South Miami, FL   33143
Tel: 305/ 740-5347
Fax: 305/ 740-5348

Agnieszka M. Fryszman
Benjamin D. Brown
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C.   20005-3964
Tel: 202/408-4600
Fax: 202/408-4634

Paul L. Hoffman
**Schonburn, Desimone, Seplow, Harris & Hoffman LLP**
723 Ocean Front Walk
Venice, CA  90210
Tel: 310/ 396-0731

2

Fax: 310/ 399-7040

Judith Brown Chomsky
**Law Offices of Judith Brown Chomsky**
Post Office Box 29726
Elkins Park, PA  19027
Tel: 215/ 782-8367
Fax: 202/ 782-8368

Arturo Carrillo
**Colombian Institute of International Law**
5425 Connecticut Ave., N.W., #219
Washington, D.C.  20015
Tel: 202/ 365-7260

Richard Herz
Marco Simons
**Earthrights International**
1612 K Street N.W., Suite 401
Washington, D.C.  20006
Tel: 202/466-5188
Fax: 202/466-5189

*Counsel for John Doe Plaintiffs*

**James K. Green, P.A.**
Esperanté, Suite 1650
222 Lakeview Ave.
West Palm Beach, FL  33401
Tel: 561/659-2029
Fax: 561/655-1357

Jack Scarola, Fl. Bar No. 169440
jsc@searcylaw.com
Wiliam B. King, FL. Bar No. 181773
wbk@searceylaw.com
David Sales
**Searcy Denney Scarola Barnhart & Shipley, P.A.**
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL  33402
Tel: 561/686-6300
Fax: 561/478-0754

*Counsel for Plaintiffs Jose Leonardo Lopez*
*Valencia, et al., & Plaintiffs Jose & Josefa Lopez*

3

*Nos. 1 through 116*

Jonathan C. Reiter
jcrlaw@hotmail.com
**Law Firm of Jonathan C. Reiter**
350 Fifth Avenue, Suite 2811
New York, New York 10118
Tel: 212-736-0979
Fax: 212-268-5297

Ronald S. Guralnick,  Fl. Bar No. 111476
rgacquit@bellsouth.net
**Ronald Guralnick, P.A.**
Bank of America Tower at International Place
100 S.E. 2d Street, Suite 3300
Miami, Florida 33131
Tel: 305-373-0066
Fax: 305-373-1387

*Counsel for Plaintiffs Juan/Juana Does 1-646*

William J. Wichmann, FL Bar No. 313270
wwichmann@me.com
**William J. Wichmann, PA**
1600 West Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Tel: 954-772.6552
Fax: 954-527-8663

William R. Scherer, III
bs@conradscherer.com
**Conrad & Scherer LLP**
633 S. Federal Highway
Fort Lauderdale, FL 33301
Tel: 954/462-5500
Fax: 954/463-9244

*Counsel for Plaintiffs Antonio Gonzalez Carrisoza, et al.*

Terrence Collingsworth
tc@conradscherer.com
**Conrad & Scherer**
731 8th Street S.E.
Washington, D.C. 20003
Tel: 202/543-4100

4

*Counsel for Plaintiffs Does (1-144) & Perezes 1-95*

Paul Wolf
P.O. Box 11244
Washington, D.C. 20008-1244
Tel. (202) 674-9653

*Counsel for Plaintiffs Does 1-976*

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on August 2, 2010.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008, Joint Counsel List filed in accordance with the CMO.

             By: /s/ John DeLeon
                John DeLeon, Fl. Bar No. 650390
                jdeleon@chavez-deleon.com