UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC., ALIEN TORT
STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

_____

This Document Relates To:

    DERIVATIVE ACTIONS.

_____ /

DECLARATION OF STEWART L. COHEN, ESQ. FILED ON BEHALF OF COHEN,
PLACITELLA & ROTH, P.C. IN SUPPORT OF APPLICATION FOR AWARD OF
ATTORNEYS' FEES AND EXPENSES

574596_1

I, Stewart L. Cohen, Esq., declare as follows:

1. I am a shareholder with the firm Cohen, Placitella & Roth, P.C. I am submitting this declaration in support of my firm's application for an award of attorney fees and expenses in connection with services rendered in the above-entitled action.

2. This firm is counsel for the plaintiff City of Philadelphia Public Employee Retirement System.

3. The identification and background of my firm and its partners is attached hereto as Exhibit A.

4. The total number of hours spent to date on this litigation by my firm is 929.70 through August 13, 2010. The total lodestar amount for attorney time based on the firm's current rates is $621,127.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| STEWART L. COHEN | (P) | 546.70 | 700 | 382,690.00 |
| HARRY M. ROTH | (P) | 121.30 | 675 | 81,877.50 |
| CHRISTOPHER M. PLACITELLA | (P) | 13.20 | 675 | 8,910.00 |
| JONATHAN A. SAIDEL | (P) | 13.10 | 650 | 8,515.00 |
| WILLIAM D. MARVIN | (P) | 40.20 | 625 | 25,125.00 |
| MICHAEL COREN | (P) | 24.70 | 650 | 16,055.00 |
| STUART J. GUBER | (P) | 154.70 | 600 | 92,820.00 |
| JILLIAN A. S. ROMAN | (A) | 8.10 | 325 | 2,632.50 |
| SHANNON O. LACK | (A) | 7.70 | 325 | 2,502.50 |
| *TOTAL:* | | *929.70* | | *$621,127.50* |

(P) Partner
(A) Associate
(PL) Paralegal

5. My firm incurred a total of $21,824.86 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

*EXPENSES*

From Inception to August 12, 2010

| *EXPENSE CATEGORY* | *TOTAL* |
|---|---|
| Meals, Hotels & Transportation | $6,498.72 |
| Photocopies | $863.30 |
| Telephone, Facsimile | $22.40 |
| Messenger, Overnight Delivery | $1,654.56 |
| Filing, Witness & Other Fees | $837.16 |
| Court Reporters | $1,865.06 |
| Lexis, Westlaw, Online Library Research | $38.16 |
| Experts/Consultants/Investigators | |
| **Outside:** | $7,487.50 |
| **In-House:** | $2,558.00 |
| *TOTAL* | *$21,824.86* |

6. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

(a) The following is additional information regarding these expenses:

the firm incurred expenses of $1,865.06 for amounts paid to court reporters for transcripts of court hearings and depositions.

| *DATE* | *VENDOR* |
|---|---|
| 8/3/2010 | Magna Legal Services |

(b)   Filing, Witness and Other Fees: $837.16

| DATE | VENDOR |
|---|---|
| 11/13/2007 | Supreme Court of Pennsylvania (Pro Hac Vice - Certificate of Good Standing) |
| 11/13/2007 | Supreme Court of Pennsylvania (Pro Hac Vice - Certificate of Good Standing) |
| 11/13/2007 | Supreme Court of Pennsylvania (Pro Hac Vice - Certificate of Good Standing) |
| 1/4/2008 | United States District Court Southern District of Ohio, Filing Fees |
| 4/15/2008 | United States District Court Motion for Limited Appearance |
| 4/15/2008 | United States District Court Motion for Limited Appearance |
| 1/22/2008 | Pacer |
| 7/1/2008 | Pacer |
| 2/04/2009 | Pacer |

(c)   Meals, Hotels and Transportation: $6,498.72. Expenses for meals, hotels and transportation were incurred for the following purposes:

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Harry M. Roth | January 29, 2008 | Arizona | Court Proceedings |
| Stewart L. Cohen | September 22, 2008 | New York | Meeting with SLC |
| William D. Marvin | December 2008 | New York | Discovery |
| Harry M. Roth | January 12, 2009 | Florida | Meeting |
| William D. Marvin | February 2009 | New York | Discovery |
| Harry M. Roth | February 17, 2009 | New York | Meeting |
| Stewart L. Cohen | March 18, 2009 | Florida | Meeting |
| Stewart L. Cohen | October 5, 2009 | New York | Mediation |
| Stuart J. Guber | July 28, 2010 | North Carolina | Deposition |

(d)   Photocopying:

Outside Photocopy Expenses: $863.30

| DATE | VENDOR |
|---|---|
| 08/09/10 | Digital Prints – Reliable Philadelphia |

(e) Lexis, Westlaw, Online Library Research: $38.16. These databases were used to obtain access to SEC filings, legal research and cite-checking of briefs. The charges for these vendors vary depending upon the type of services requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16 day of August, 2010, at Philadelphia, Pennsylvania.

_____
STEWART L. COHEN


No. 08-01916-MD-MARRA/JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2010.

                                              s/ David J. George
                                              DAVID J. GEORGE

                                              ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
                                              120 East Palmetto Park Road, Suite 500
                                              Boca Raton, FL  33432
                                              Telephone:  561/750-3000
                                              561/750-3364 (fax)
                                              E-mail: DavidG@rgrdlaw.com

575210_2

# Mailing Information for a Case 0:08-md-01916-KAM

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jose E. Arvelo**
  jarvelo@cov.com

- **Kathleen Lee Barber**
  kbarber@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Rachel L. Braunstein**
  rachel.braunstein@friedfrank.com

- **Benjamin D. Brown**
  bbrown@cmht.com

- **Daniel Arthur Casey**
  dan.casey@klgates.com,alicia.cardona@klgates.com,miamidocketing@klgates.com

- **Judith Brown Chomsky**
  jchomsky@igc.org

- **Alison K. Clark**
  aclark@sbtklaw.com

- **Stewart L. Cohen**
  scohen@cprlaw.com

- **Terry Collingsworth**
  tc@conradscherer.com

- **Patrick J. Coughlin**
  patc@rgrdlaw.com

- **Jonathan W. Cuneo**
  jonc@cuneolaw.com

- **John De Leon**
  jlleon7@aol.com,apereyra@chavez-deleon.com,mvillareal@ffchavez.com,lizmachin@gmail.com,agreenstein@chavez-deleon.com

- **Joseph A. DeMaria**
  jad@tewlaw.com,mm@tewlaw.com

- **Matias Rafael Dorta**
  mrd@tewlaw.com

- **Jeffrey T. Edwards**
  jedwards@preti.com

- **Agnieszka M. Fryszman**
  afryszman@cmht.com

- **David J. George**
  dgeorge@rgrdlaw.com,karenc@csgrr.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Joshua D. Glatter**
  jdg@osen.us

- **Neil L. Glazer**
  nglazer@kohnswift.com

- **Nicholas A. Gravante , Jr**
  ngravante@bsfllp.com

- **James Kellogg Green**
  jameskgreen@bellsouth.net

- **Alan Graham Greer**
  agreer@richmangreer.com,isilva@richmangreer.com

- **Ronald Searle Guralnick**
  rgacquit@bellsouth.net

- **John E. Hall**
  jhall@cov.com

- **Gregory P. Hansel**
  ghansel@preti.com

- **Rene Devlin Harrod**
  rharrod@bergersingerman.com,bmoya@bergersingerman.com,drt@bergersingerman.com

- **David B. Hennes**
  david.hennes@friedfrank.com

- **Paul L. Hoffman**
  hoffpaul@aol.com

- **Jason Husgen**
  jhusgen@milberg.com

- **Robert C. Josefsberg**
  rjosefsberg@podhurst.com,mvalledor@podhurst.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com

- **William Bennett King**
  wbk@searcylaw.com,jxl@searcylaw.com,GRA@searcylaw.com

- **Beth J. Kushner**
  bkushner@vonbriesen.com

- **Dianna Walsh Lamb**
  dianna.lamb@friedfrank.com

- **Arthur Leahy**
  artl@csgrr.com

- **Gregg H. Levy**
  glevy@cov.com

- **Carrie M. Logan**
  clogan@preti.com

- **Brian D. Long**
  bdl@rigrodskylong.com

- **Jeffrey B. Maletta**
  jeffrey.maletta@klgates.com

- **Jonathan L. Marcus**
  jmarcus@cov.com

- **Eli R. Mattioli**
  eli.mattioli@klgates.com

- **Sigrid Stone McCawley**
  smccawley@bsfllp.com

- **William G. McGuinness**
  william.mcguinness@friedfrank.com

- **Gina R. Merrill**
  gmerrill@cov.com

- **Jenny R. Mosier**
  jmosier@cov.com

- **Ann O'Connell**
  aoconnell@cov.com

- **Gary M. Osen**
  gmo@osen.us

- **Keith F. Park**
  keithp@rgrdlaw.com

- **Christopher Stephen Polaszek**
  cpolaszek@milberg.com,ntarnor@milberg.com,jhusgen@milberg.com,psafirstein@milberg.com,MAOffice@milberg.com

- **Elissa J. Preheim**
  elissa.preheim@aporter.com

- **Fuad Rana**
  frana@cov.com

- **Cristopher Stephen Rapp**
  csrapp@jones-foster.com

- **Ramon Alvaro Rasco**
  rrasco@podhurst.com

- **Peter Raven-Hansen**
  pravenhansen@gmail.com

- **Jonathan C. Reiter**
  jcrlaw@hotmail.com

- **Seth D. Rigrodsky**
  sdr@rigrodskylong.com

- **Robert Jeffrey Robbins**
  rrobbins@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Anthony Romance**
  mromance@richmangreer.com,isilva@richmangreer.com

- **Harry M. Roth**
  hroth@cprlaw.com

- **Peter G.A. Safirstein**
  psafirstein@milberg.com

- **David Joseph Sales**
  djs@searcylaw.com

- **John Scarola**
  mep@searcylaw.com

- **Aaron Schlanger**
  as@osen.us

- **Stephen H. Schwartz**
  sschwartz@kohnswift.com

- **Marco Simons**
  marco@earthrights.org

- **Samantha A. Smith**
  ssmith@csgrr.com

- **Jonathan M. Sperling**
  jsperling@cov.com

- **Steven M. Steingard**
  ssteingard@kohnswift.com

- **Robert M. Stern**
  rstern@omm.com

- **Sidney Alton Stubbs , Jr**
  sstubbs@jones-foster.com,mkieta@jones-foster.com

- **Nathaniel A. Tarnor**
  ntarnor@milberg.com

- **Magda Jimenez Train**
  mjimenez@bsfllp.com

- **William J. Wichmann**
  wwichmann@me.com,wjwboss@yahoo.com

- **Robert William Wilkins**
  rwilkins@jones-foster.com,csrapp@jones-foster.com

- **Paul David Wolf**
  paulwolf@icdc.com

- **Lee S. Wolosky**
  lwolosky@bsfllp.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com

## Manual Notice List

The following is the list of parties who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Arturo Carrillo
Colombian Institute of International Law
```

5425 Connecticut Avenue NW
Suite 219
Washington, DC 20015

William K. Cavanagh
Cavanagh & O'Hara
407 E Adams Street
Springfield, IL 62701

Karen Caudill Dyer
Boies Schiller & Flexner
390 North Orange Avenue
Suite 1890
Orlando, FL 32801

Hawaii Annuity Trust Fund for Operating Engineers
,

Richard Herz
Earth Rights International
1612 K Street NW
Suite 401
Washington, DC 20006

Michael G. Lenett
Cuneo Gilbert & Laduca LLP
507 C Street NE
Washington, DC 20002

Molly McOwen
Cohen Milstein Hausfeld & Toll
1100 New York Avenue NW
Suite 500 West Tower
Washington, DC 20005-3934

Samuel Meirowitz
Osen LLC
700 Kinderkamack Road
Orandell, NJ 07649

John P. Pierce
Pierce Law Group
4641 Montgomery Avenue
Suite 500
Bethesda, MD 20814

Robin Winchester
Barroway Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

Stephen N. Zack
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800 Bank of America Tower
Miami, FL 33131-2144