UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC., ALIEN TORT
STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

_____

This Document Relates To:

    DERIVATIVE ACTIONS.

_____/

DECLARATION OF SETH D. RIGRODSKY FILED ON
BEHALF OF RIGRODSKY & LONG, P.A., IN SUPPORT OF
APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

I, Seth D. Rigrodsky, declare as follows:

1.     I am shareholder in the law firm of Rigrodsky & Long, P.A. I am submitting this declaration in support of my firm's application for an award of attorney fees and expenses in connection with services it rendered in the above-captioned action.

2.     This firm is co-counsel for plaintiff City of Philadelphia Public Employee Retirement System.

3.     The identification and background of my firm and its partners is attached hereto as Exhibit A.

4.     The total number of hours spent on this litigation by my firm is 1,237.75. The total lodestar amount for attorney/paralegal time based on the firm's current rates is $719,125.00. The

No. 08-01916-MD-MARRA/JOHNSON

hourly rates shown below are the usual and customary rates charged for each individual in our cases.

A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|------|------|------|------|------|
| Seth D. Rigrodsky | (P) | 512.50 | $650 | $333,125.00 |
| Brian D. Long | (P) | 482.75 | $550 | $265,512.50 |
| Joseph F. Russello | (P) | 36.75 | $475 | $17,456.25 |
| Mark S. Reich | (P) | 31.75 | $475 | $15,081.25 |
| Marc A. Rigrodsky | (C) | 134.00 | $600 | $80,400.00 |
| Noah R. Wortman | (PL) | 5.50 | $275 | $1,512.50 |
| Carly E. Holbrook | (PL) | 24.00 | $175 | $4,200.00 |
| Sarah A. Clark | (PL) | 10.50 | $175 | $1,837.50 |
| *TOTAL:* | | *1,237.75* | | *$719,125.00* |

(P) Partner

(C) Counsel

(PL) Paralegal

5.    My firm incurred a total of $31,075.60 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

## EXPENSES

From Inception to August 12, 2010

| EXPENSE CATEGORY | TOTAL |
|------|------|
| Meals, Hotels & Transportation | $20,367.51 |
| Photocopies | $1,690.70 |
| Telephone, Facsimile | $91.69 |
| Messenger & Overnight Delivery | $46.17 |
| Filing, Witness & Other Fees | $10.00 |
| Lexis, Westlaw & Online Library Research | $1,382.03 |
| Experts/Consultants/Investigators | $7,487.50 |
| *TOTAL* | *$31,075.60* |

6.    The following is additional information regarding these expenses:

2

No. 08-01916-MD-MARRA/JOHNSON

(a)    Filing, Witness and Other Fees: $10.00.

| DATE | VENDOR |
|---|---|
| October 15, 2007 | Delaware Supreme Court |

(b)    Meals, Hotels and Transportation: $20,367.51.  Expenses for meals, hotels

and transportation were incurred for the following purposes:

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Seth D. Rigrodsky | September 22, 2008 | New York, NY | Meeting with Counsel for Special Litigation Committee |
| Mark S. Reich | September 22, 2008 | New York, NY | Meeting with Counsel for Special Litigation Committee |
| Joseph F. Russello | September 22, 2008 | New York, NY | Meeting with Counsel for Special Litigation Committee |
| Seth D. Rigrodsky | October 31, 2008 | Philadelphia, PA | Meeting with Counsel for Special Litigation Committee |
| Brian D. Long | October 31, 2008 | Philadelphia, PA | Meeting with Counsel for Special Litigation Committee |
| Marc A. Rigrodsky | December 2008 | New York, NY | Document Review |
| Mark S. Reich | December 2008 | New York, NY | Document Review |
| Joseph F. Russello | December 2008 | New York, NY | Document Review |
| Seth D. Rigrodsky | January 12, 2008 | Miami, FL | Meeting with Special Litigation Committee and Counsel |
| Brian D. Long | January 12, 2008 | Miami, FL | Meeting with Special Litigation Committee and Counsel |
| Seth D. Rigrodsky | February 17, 2009 | New York, NY | Meeting with Counsel for Special Litigation Committee |
| Joseph F. Russello | February 17, 2010 | New York, NY | Meeting with Counsel for Special Litigation Committee |
| Seth D. Rigrodsky | March 19, 2009 | Miami, FL | Meeting with Special Litigation Committee |

No. 08-01916-MD-MARRA/JOHNSON

| | | | |
|---|---|---|---|
| | | | and Counsel |
| Brian D. Long | March 19, 2009 | Miami, FL | Meeting with Special Litigation Committee and Counsel |
| Seth D. Rigrodsky | June 10, 2009 | New York, NY | Meeting with Counsel for Special Litigation Committee |
| Brian D. Long | June 10, 2009 | New York, NY | Meeting with Counsel for Special Litigation Committee |
| Seth D. Rigrodsky | October 5, 2009 | New York, NY | Mediation |
| Seth D. Rigrodsky | July 28, 2010 | Asheville, NC | Deposition |

    (c)    Photocopying:

In-house: $1,366.25.

Outside Photocopy Expenses: $324.45

| DATE | VENDOR |
|---|---|
| September 15, 2007 | IKON Office Solutions |
| December 18, 2008 | IKON Office Solutions |
| May 4, 2010 | IKON Office Solutions |

    (d)    Lexis, Westlaw, Online Library Research: $1,382.03. These included vendors such as: Lexis Nexis and Pacer Service Center. These databases were used, among other reasons, to obtain access to Chiquita Brands' International's SEC filings, legal research and cite-checking of briefs. The charges for these vendors vary depending upon the type of services requested.

    7.    The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

No. 08-01916-MD-MARRA/JOHNSON

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on August 13, 2010, at Wilmington, Delaware.

_____
SETH D. RIGRODSKY

No. 08-01916-MD-MARRA/JOHNSON

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2010, I authorized the electronic filing of the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on August 20, 2010.

s/ David J. George
DAVID J. GEORGE

ROBBINS GELLER RUDMAN
& DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
E-mail:DavidG@rgrdlaw.com

575210_2

## Mailing Information for a Case 0:08-md-01916-KAM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jose E. Arvelo**
  jarvelo@cov.com

- **Kathleen Lee Barber**
  kbarber@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Rachel L. Braunstein**
  rachel.braunstein@friedfrank.com

- **Benjamin D. Brown**
  bbrown@cmht.com

- **Daniel Arthur Casey**
  dan.casey@klgates.com,alicia.cardona@klgates.com,miamidocketing@klgates.com

- **Judith Brown Chomsky**
  jchomsky@igc.org

- **Alison K. Clark**
  aclark@sbtklaw.com

- **Stewart L. Cohen**
  scohen@cprlaw.com

- **Terry Collingsworth**
  tc@conradscherer.com

- **Patrick J. Coughlin**
  patc@rgrdlaw.com

- **Jonathan W. Cuneo**
  jonc@cuneolaw.com

- **John De Leon**
  jlleon7@aol.com,apereyra@chavez-deleon.com,mvillareal@ffchavez.com,lizmachin@gmail.com,agreenstein@chavez-deleon.com

- **Joseph A. DeMaria**
  jad@tewlaw.com,mm@tewlaw.com

- **Matias Rafael Dorta**
  mrd@tewlaw.com

- **Jeffrey T. Edwards**
  jedwards@preti.com

- **Agnieszka M. Fryszman**
  afryszman@cmht.com

- **David J. George**
  dgeorge@rgrdlaw.com,karenc@csgrr.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Joshua D. Glatter**
  jdg@osen.us

- **Neil L. Glazer**
  nglazer@kohnswift.com

- **Nicholas A. Gravante , Jr**
  ngravante@bsfllp.com

- **James Kellogg Green**
  jameskgreen@bellsouth.net

- **Alan Graham Greer**
  agreer@richmangreer.com,isilva@richmangreer.com

- **Ronald Searle Guralnick**
  rgacquit@bellsouth.net

- **John E. Hall**
  jhall@cov.com

- **Gregory P. Hansel**
  ghansel@preti.com

- **Rene Devlin Harrod**
  rharrod@bergersingerman.com,bmoya@bergersingerman.com,drt@bergersingerman.com

- **David B. Hennes**
  david.hennes@friedfrank.com

- **Paul L. Hoffman**
  hoffpaul@aol.com

- **Jason Husgen**
  jhusgen@milberg.com

- **Robert C. Josefsberg**
  rjosefsberg@podhurst.com,mvalledor@podhurst.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com

- **William Bennett King**
  wbk@searcylaw.com,jxl@searcylaw.com,GRA@searcylaw.com

- **Beth J. Kushner**
  bkushner@vonbriesen.com

- **Dianna Walsh Lamb**
  dianna.lamb@friedfrank.com

- **Arthur Leahy**
  artl@csgrr.com

- **Gregg H. Levy**
  glevy@cov.com

- **Carrie M. Logan**
  clogan@preti.com

- **Brian D. Long**
  bdl@rigrodskylong.com

- **Jeffrey B. Maletta**
  jeffrey.maletta@klgates.com

- **Jonathan L. Marcus**
  jmarcus@cov.com

- **Eli R. Mattioli**
  eli.mattioli@klgates.com

- **Sigrid Stone McCawley**
  smccawley@bsfllp.com

- **William G. McGuinness**
  william.mcguinness@friedfrank.com

- **Gina R. Merrill**
  gmerrill@cov.com

- **Jenny R. Mosier**
  jmosier@cov.com

- **Ann O'Connell**
  aoconnell@cov.com

- **Gary M. Osen**
  gmo@osen.us

- **Keith F. Park**
  keithp@rgrdlaw.com

- **Christopher Stephen Polaszek**
  cpolaszek@milberg.com,ntarnor@milberg.com,jhusgen@milberg.com,psafirstein@milberg.com,MAOffice@milberg.com

- **Elissa J. Preheim**
  elissa.preheim@aporter.com

- **Fuad Rana**
  frana@cov.com

- **Cristopher Stephen Rapp**
  csrapp@jones-foster.com

- **Ramon Alvaro Rasco**
  rrasco@podhurst.com

- **Peter Raven-Hansen**
  pravenhansen@gmail.com

- **Jonathan C. Reiter**
  jcrlaw@hotmail.com

- **Seth D. Rigrodsky**
  sdr@rigrodskylong.com

- **Robert Jeffrey Robbins**
  rrobbins@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Anthony Romance**
  mromance@richmangreer.com,isilva@richmangreer.com

- **Harry M. Roth**
  hroth@cprlaw.com

- **Peter G.A. Safirstein**
  psafirstein@milberg.com

- **David Joseph Sales**
  djs@searcylaw.com

- **John Scarola**
  mep@searcylaw.com

- **Aaron Schlanger**
  as@osen.us

- **Stephen H. Schwartz**
  sschwartz@kohnswift.com

- **Marco Simons**
  marco@earthrights.org

- **Samantha A. Smith**
  ssmith@csgrr.com

- **Jonathan M. Sperling**
  jsperling@cov.com

- **Steven M. Steingard**
  ssteingard@kohnswift.com

- **Robert M. Stern**
  rstern@omm.com

- **Sidney Alton Stubbs , Jr**
  sstubbs@jones-foster.com,mkieta@jones-foster.com

- **Nathaniel A. Tarnor**
  ntarnor@milberg.com

- **Magda Jimenez Train**
  mjimenez@bsfllp.com

- **William J. Wichmann**
  wwichmann@me.com,wjwboss@yahoo.com

- **Robert William Wilkins**
  rwilkins@jones-foster.com,csrapp@jones-foster.com

- **Paul David Wolf**
  paulwolf@icdc.com

- **Lee S. Wolosky**
  lwolosky@bsfllp.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com

## Manual Notice List

The following is the list of parties who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Arturo Carrillo
Colombian Institute of International Law

5425 Connecticut Avenue NW
Suite 219
Washington, DC 20015

**William K. Cavanagh**
Cavanagh & O'Hara
407 E Adams Street
Springfield, IL 62701

**Karen Caudill Dyer**
Boies Schiller & Flexner
390 North Orange Avenue
Suite 1890
Orlando, FL 32801

**Hawaii Annuity Trust Fund for Operating Engineers**
,

**Richard Herz**
Earth Rights International
1612 K Street NW
Suite 401
Washington, DC 20006

**Michael G. Lenett**
Cuneo Gilbert & Laduca LLP
507 C Street NE
Washington, DC 20002

**Molly McOwen**
Cohen Milstein Hausfeld & Toll
1100 New York Avenue NW
Suite 500 West Tower
Washington, DC 20005-3934

**Samuel Meirowitz**
Osen LLC
700 Kinderkamack Road
Orandell, NJ 07649

**John P. Pierce**
Pierce Law Group
4641 Montgomery Avenue
Suite 500
Bethesda, MD 20814

**Robin Winchester**
Barroway Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

**Stephen N. Zack**
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800 Bank of America Tower
Miami, FL 33131-2144