UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-MD-01916 (Marra/Johnson)

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND
SHAREHOLDERS DERIVATIVE LITIGATION
                                                                    /

## MOTION TO WITHDRAW AS COUNSEL

Attorney Ann O'Connell, of the law firm of Covington & Burling LLP, hereby requests leave of Court to withdraw from the representation of Defendants CHIQUITA BRANDS INTERNATIONAL, INC., CHIQUITA FRESH NORTH AMERICA LLC, and FERNANDO AGUIRRE (collectively, "Chiquita") in the matters currently pending in the multi-district proceedings before this Court, and states the following in support:

1. As counsel for Chiquita, Ms. O'Connell filed a Motion for Limited Appearance and Request to Electronically Receive Notices of Electronic Filing on April 22, 2010, which Motion was granted on April 23, 2010.

2. Ms. O'Connell will resign from Covington & Burling LLP, effective August 20, 2010, and will be employed at the Department of Justice.

3. Chiquita continues to be represented in these matters by other attorneys at Covington & Burling LLP who have entered their appearances, including, Gregg H. Levy, John E. Hall, Jonathan M. Sperling, Jonathan L. Marcus, Fuad Rana, and Jose E. Arvelo. Chiquita is also represented by Sidney A. Stubbs, Robert W. Wilkins, and Cristopher S. Rapp of Jones Foster Johnston & Stubbs, P.A., each of whom is admitted to practice in this District.

4. Chiquita consents to Mrs. Mosier's withdrawal from this representation.

WHEREFORE, Jenny R. Mosier respectfully requests that the Court grant her leave to withdraw her appearance on behalf of CHIQUITA BRANDS INTERNATIONAL, INC., CHIQUITA FRESH NORTH AMERICA LLC, and FERNANDO AGUIRRE in the matters currently before this Court in this multi-district litigation.

Dated: August 20, 2010                             Respectfully submitted,

                                                           /s/ Robert W. Wilkins
Gregg H. Levy                                      Sidney A. Stubbs (Fla. Bar No. 095596)
John E. Hall                                       Robert W. Wilkins (Fla. Bar No. 578721)
Jonathan L. Marcus                                 Christopher S. Rapp (Fla. Bar No. 0863211)
José E. Arvelo                                     rwilkins@jones-foster.com
COVINGTON & BURLING LLP                            JONES, FOSTER, JOHNSTON & STUBBS, P.A.
1201 Pennsylvania Avenue, N.W.                     505 South Flagler Drive, Suite 1100
Washington, D.C.  20004                            West Palm Beach, Florida 33401
Telephone: (202) 662-6000                          Telephone: (561) 659-3000
Fax: (202) 662-6291                                Fax: (561) 650-0412

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone:  (212) 841-1000                         *Counsel for Chiquita Brands International, Inc.*
Fax:  (212) 841-1010                               *Chiquita Fresh North America LLC, and Fernando Aguirre*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 20th day of August, 2010. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

By: /s/ Robert W. Wilkins
Fla. Bar No. 578721
rwilkins@jones-foster.com

Case 0:08-md-01916-KAM   Document 362   Entered on FLSD Docket 09/02/2010   Page 3 of 3