## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 08-MD-01916 (Marra/Johnson)

IN RE:  CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND
SHAREHOLDERS DERIVATIVE LITIGATION

—————————————————————————/

### MOTION TO WITHDRAW AS COUNSEL

Attorney Jenny R. Mosier, of the law firm of Covington & Burling LLP, hereby requests leave of Court to withdraw from the representation of Defendants CHIQUITA BRANDS INTERNATIONAL, INC., CHIQUITA FRESH NORTH AMERICA LLC, and FERNANDO AGUIRRE (collectively, "Chiquita") in the matters currently pending in the multi-district proceedings before this Court, and states the following in support:

1.      As counsel for Chiquita, Mrs. Mosier filed a Motion for Limited Appearance and Request to Electronically Receive Notices of Electronic Filing on  March 19, 2008, which Motion was granted on March 20, 2008.

2.      Mrs. Mosier will resign from Covington & Burling LLP, effective August 26, 2010, and will be employed at the Department of Justice.

3.      Chiquita continues to be represented in these matters by other attorneys at Covington & Burling LLP who have entered their appearances, including, Gregg H. Levy, John E. Hall, Jonathan M. Sperling, Jonathan L. Marcus, Fuad Rana, and Jose E. Arvelo.  Chiquita is also represented by Sidney A. Stubbs, Robert W. Wilkins, and Cristopher S. Rapp of Jones Foster Johnston & Stubbs, P.A., each of whom is admitted to practice in this District.

4.      Chiquita consents to Mrs. Mosier's withdrawal from this representation.

WHEREFORE, Jenny R. Mosier respectfully requests that the Court grant her leave to withdraw her appearance on behalf of CHIQUITA BRANDS INTERNATIONAL, INC., CHIQUITA FRESH NORTH AMERICA LLC, and FERNANDO AGUIRRE in the matters currently before this Court in this multi-district litigation.

Dated: August 20, 2010

Respectfully submitted,

_____/s/ Robert W. Wilkins_____

| | |
|---|---|
| Gregg H. Levy | Sidney A. Stubbs (Fla. Bar No. 095596) |
| John E. Hall | Robert W. Wilkins (Fla. Bar No. 578721) |
| Jonathan L. Marcus | Christopher S. Rapp (Fla. Bar No. 0863211) |
| José E. Arvelo | rwilkins@jones-foster.com |
| COVINGTON & BURLING LLP | JONES, FOSTER, JOHNSTON & STUBBS, P.A. |
| 1201 Pennsylvania Avenue, N.W. | 505 South Flagler Drive, Suite 1100 |
| Washington, D.C.  20004 | West Palm Beach, Florida 33401 |
| Telephone: (202) 662-6000 | Telephone: (561) 659-3000 |
| Fax: (202) 662-6291 | Fax: (561) 650-0412 |

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone:  (212) 841-1000
Fax:  (212) 841-1010

*Counsel for Chiquita Brands International, Inc. Chiquita Fresh North America LLC, and Fernando Aguirre*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 20th  day of August, 2010.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

By:      /s/ Robert W. Wilkins
Fla. Bar No. 578721
rwilkins@jones-foster.com