# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION

_____/

This Document Relates To:
ATS ACTIONS

_____/

**Case No. 08-cv-80421**

JOHN DOE 1 *et al.* v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.,*

_____/

**Case No. 08-cv-80480**

DOES 1-747 v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,

_____/

**Case No. 08-cv-80508**

JOSE AND JOSEFA LOPEZ NOS. 1 THROUGH 116 v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,

_____/

**Case No. 08-cv-80465**

DOES (1-144) and PEREZES (1-95)
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,

_____/

**Case No. 07-cv-60821**

ANTONIO GONZALEZ CARRIZOSA, *et al.* v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,

_____/

**Case No. 10-cv-60573**

ANGELA MARIA HENAO MONTES, *et al.* v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,

_____/

**Case No. 10-cv-80652**

DOES 1 THROUGH 976 v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,

_____/

## PLAINTIFFS' RESPONSE TO THE CHIQUITA DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs submit this response to the Chiquita Defendants' September 17, 2010 Notice of Supplemental Authority to advise the Court that *Kiobel v. Royal Dutch Petroleum Co.*,  --- F.3d ----, Nos. 06-4800-cv, 06-4876-cv (2d Cir. Sept. 17, 2010), conflicts with binding precedent in this Circuit.  Reaffirmed last year, the law of this Circuit expressly holds corporations liable under the Alien Tort Statute ("ATS").  *See Sinaltrainal v. Coca-Cola Co.*, 578 F.3d 1252, 1263 (11th Cir. 2009) ("In addition to private individual liability, we have also recognized corporate defendants are subject to liability under the ATS and may be liable for violations of the law of nations."); *Romero v. Drummond Co.*, 552 F.3d 1303, 1315 (11th Cir. 2008) ("The text of the Alien Tort Statute provides no express exception for corporations, and the law of this Circuit is that this statute grants jurisdiction from complaints of torture against corporate defendants." (internal citations omitted)); *see also, e.g., Licea v. Curacao Drydock Co.*, 584 F. Supp. 2d 1355 (S.D. Fla. 2008) (ATS judgment against corporate defendant).  The question of whether the ATS provides for jurisdiction over corporate defendants was squarely presented and decided by the Circuit.  *Romero*, 552 F.3d at 1315.  Recent decisions in other jurisdictions rely on and confirm Eleventh Circuit precedent.  *See Krishanthi v. Rajaratnam*, No. 09-cv-05395, 2010 WL 3429529, *6 (D.N.J. Aug. 26, 2010) (citing *Sinaltrainal,* 578 F.3d at 1263); *Al-Quraishi v. Nakhla*, --- F. Supp. 2d ----, No. 08-cv-1696, 2010 WL 3001986, *39-41 (D. Md. July 29, 2010).

In his opinion concurring in the *Kiobel* judgment, Judge Leval noted that the majority opinion conflicts with decisions of the Eleventh Circuit and virtually every other reported decision.  Slip op. at 24, n.14 (Leval, J., concurring); *see also id*. at 22, n.12.  Judge Leval also criticized the majority's asserted rule as "at once internally inconsistent and incompatible with

Supreme Court authority and with our prior cases that awarded damages for violations of

international law" (*id.* at 6, 22-26); inconsistent with international law as "it is the worldwide

practice to impose civil liability on corporations" (*id*. at 38, 42-48); and erroneous as it misreads

*Sosa v. Alvarez-Machain*, 542 U.S. 692, 732 n.20 (2004) (*Kiobel*, slip op. at 27-31 (Leval, J.,

concurring)) and misinterprets the role of  international criminal tribunals that were established

to prosecute war criminals, not to make compensatory civil awards to victims (*id*. at 40-41).

This Court is bound by the Eleventh Circuit decisions in *Romero* and *Sinaltrainal*.  *See*

*Fanin v. United States Dep't of Veterans Affairs*, 572 F.3d 868, 874 (11th Cir. 2009) ("[A]ny

number of assaults from other circuits cannot overrun one binding precedent from our own

circuit.").  Because it contravenes Eleventh Circuit precedent, *Kiobel* is neither binding nor

persuasive authority here.


Dated: September 21, 2010                    Respectfully Submitted,

                                             /s/ John DeLeon
                                             John DeLeon, FL Bar No. 650390
                                             jdeleon@chavez-deleon.com
                                             **Law Offices of Chavez-DeLeon**
                                             5975 Sunset Drive, Suite 605
                                             South Miami, FL  33143
                                             Tel:  305-740-5347
                                             Fax:  305-740-5348

                                             Agnieszka M. Fryszman
                                             Benjamin D. Brown
                                             **Cohen Milstein Sellers & Toll PLLC**
                                             1100 New York Ave., N.W.
                                             West Tower, Suite 500
                                             Washington, D.C.  20005-3964
                                             Tel:  202-408-4600
                                             Fax:  202-408-4634

                                             Paul L. Hoffman
                                             **Schonbrun, Desimone, Seplow,**
                                             **  Harris & Hoffman LLP**

2

723 Ocean Front Walk
Venice, CA  90291
Tel:  310-396-0731
Fax:  310-399-7040

Judith Brown Chomsky
**Law Offices of Judith Brown Chomsky**
Post Office Box 29726
Elkins Park, PA  19027
Tel:  215-782-8367
Fax:  202-782-8368

Arturo Carrillo
**Colombian Institute of International Law**
5425 Connecticut Ave., N.W., #219
Washington, D.C.  20015
Tel:  202-365-7260

Richard Herz
Marco Simons
**Earthrights International**
1612 K Street N.W., Suite 401
Washington, D.C.  20006
Tel:  202-466-5188
Fax:  202-466-5189

*Counsel for John Doe Plaintiffs*

Jonathan C. Reiter
jcrlaw@hotmail.com
**Law Firm of Jonathan C. Reiter**
350 Fifth Avenue, Suite 2811
New York, NY  10118
Tel:  212-736-0979
Fax:  212-268-5297

Ronald S. Guralnick, FL Bar No. 111476
rgacquit@bellsouth.net
**Ronald Guralnick, P.A.**
Bank of America Tower at International Place
100 S.E. 2d Street, Suite 3300
Miami, FL  33131
Tel:  305-373-0066
Fax:  305-373-1387

*Counsel for Plaintiffs Juan/Juana Does 1-747*

3

James K. Green, FL Bar No. 229466
jameskgreen@bellsouth.net
**James K. Green, P.A**.
Esperantè, Suite 1650
222 Lakeview Avenue
West Palm Beach, FL  33401
Tel:  561-659.2029
Fax:  561-655.1357

Jack Scarola, FL Bar No. 169440
William B. King, FL Bar No. 0181773
**Searcy Denney Scarola**
  **Barnhart & Shipley, P.A.**
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL  33402
Tel:  561-686.6300
Fax:  561-478.0754

*Counsel for Plaintiffs Jose and Josefa Lopez*
  *Nos. 1 through 116*

Terrence P. Collingsworth
Tcollingsworth@conradscherer.com
**Conrad & Scherer, LLP**
1156 15th St. NW, Suite 502
Washington, D.C.  20009
Tel:  202-543-4001
Fax:  866-803-1125

*Counsel for Plaintiffs DOES 1-144*
  *and PEREZES 1-95*

William J. Wichmann, FL Bar No. 313270
wwichmann@me.com
**William J. Wichmann, PA**
1600 West Commercial Blvd., Suite 200
Fort Lauderdale, FL  33309
Tel:  954-772.6552
Fax:  954-527-8663

*Counsel for Plaintiffs Antonio Gonzalez*
  *Carrizosa, et. al.*

Sigrid S. McCawley
smccawley@bsfllp.com
**Boies, Schiller & Flexner LLP**

4

401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Tel:  954-356-0011
Fax:  954-356-0022

Stephen N. Zack
**Boies, Schiller & Flexner LLP**
100 S.E. Second St., Suite 2800
Miami, FL  33131
Tel: (305) 539-8400
Fax: (305) 539-1307

Karen C. Dyer
**Boies, Schiller & Flexner LLP**
121 South Orange Ave., Suite 840
Orlando, FL  32801
Tel:  (407) 425-7118
Fax:  (407) 425-7047

Nicholas A. Gravante Jr.
Lee S. Wolosky
Magda M. Jimenez Train
**Boies, Schiller & Flexner LLP**
575 Lexington Ave., 7th Floor
New York, NY  10022
Tel:  212-446-2300
Fax:  212-446-2350

*Counsel for Plaintiffs Angela Maria
  Henao Montes, et al.*

Paul Wolf
paulwolf@icdc.com
P.O. Box 11244
Washington, D.C. 20008-1244
Tel. (202) 674-9653

*Counsel for Plaintiffs Does 1-976*

5

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that I caused the foregoing document, Plaintiffs' Response to the

Chiquita Defendants' Notice of Supplemental Authority, to be electronically filed with the Clerk

of the Court using CM/ECF on this 21st day of September, 2010.  I also certify that the foregoing

document is being served this day on all counsel of record registered to receive electronic

Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First

Case Management Order.

   /s/ John DeLeon
John DeLeon
Fl. Bar No. 650390
jdeleon@chavez-deleon.com