UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-cv-60573 (KAM)

ANGELA MARIA HENAO MONTES; AURA MARIA OCAMPO OCAMPO; BEATRIZ HELENA ARCILA RINCON; GLORIA ELENA BOTERO OCAMPO; MARIA ROSMIRA VELEZ DE HENAO; MARTHA ELENA VALENCIA CORREA; MONICA MARIA BEDOYA GAVIRIA; ADA LUZ TEHERAN HERRERA; ALBA ROCIO SOTO ACEVEDO; ANA ELIZABETH SANCHEZ DE VASQUEZ; ANA EMILCEN DIAZ ESCOBAR; ANA WAITOTO GAMBOA; DIANA MARIA VARGAS HERNANDEZ; EMILIA BLANDON; FANNY DE JESUS GRACIANO TORRES; FLOR ELENA LOPEZ GUERRA; GUSTAVO MIGUEL VILLADIEGO MARTINEZ; JHON JAIRO TORRES VARELAS; JOSE SATURNINO MURILLO MORENO; LUZ ELENA PARRA MORALES; LUZ EVERLY MORENO OBREGON; LUZ MARINA CORDONA PEREZ; MAGNOLIA TRUJILLO; MARIA DE JESUS MONSALVE DE AVENDAÑO; MARIA DEL CARMEN GONZALEZ CORDOBA; MARIA EUSEBIA LOPEZ VALENCIA; MARIA JULIANA POVEDA DE MURILLO; MARIA LEONOR CHAVERRA DE RENDON; MARTHA ALICIA MURILLO MOSQUERA; MARTHA ISABEL ALVAREZ GRISALES; NELSA ROSA ORTIZ PADILLA; NUR ERNEDIS GOMEZ GUERRERO; RAFAEL ANGEL MANCO GUISAO; SANDRA BIBIANA MORENO FERNANDEZ; AMANDA OSPINA DE RUIZ; GABRIEL DE JESUS CANO; LUZ MARGARITA ARANGO RESTREPO; AIDA MOSQUERA CAÑIZALEZ; ASTERIO MENDOZA MOSQUERO; DORA NELLY ESCOBAR METAUTE; LUZ MARINA TUBERQUIA OSORIO; MARIA OMAIRA FRANCO VASQUEZ; AMPARO DE JESUS MORALES OLIVARES; ENADIS MARTINEZ BRAVO; JUANA DE DIOS BEDOYA; MARIA ELENA GONZALEZ MORENO; ORLANDO DE JESUS GARCIA BETANCUR; TERESA TABARES;

**Notice of Entry of Parties Listed Into CM/ECF**

URSULA DEL CARMEN CABADIA MARQUEZ; XIOMARA PIEDRAHITA VALENCIA; YANETH AMIN BELLO; ALEIDA IRENE RUIZ DE ARREDONDO; ALICIA DE JESUS ALVAREZ; ALICIA DE JESUS ALVAREZ; ALIDA DEL SOCORRO SANTANA AMARILES; ANA MARINA GARCIA SERNA; ANGEL EMIRO ARBOLEDA ORTIZ; BERTALINA MESA DE AGUDELO; BLANCA ASENTH RESTREPO; CRISTOBAL DE JESUS RESTREPO BERRIO; CRUZ ELENA TORO GARCIA; ELVIA JULIA DEL CARMEN CORREA DE DIOSA; FERLEY DE JESUS MARTINEZ RIOS; FLOR ANGELA ZAPATA BEDOYA; GLORIA ELENA BALZAN BENJUMEA; GLORIA ELENA PIEDRAHITA; GLORIA EMILSEN ZAPATA ARDILA; JOSE GENARO FLOREZ DIOSA; LORENA ALCIRA VELEZ ACEVEDO; LUCIA MARGARITA ARDILA DE BEDOYA; LUZ AMANDA MONTOYA GARCIA; LUZ MARINA RESTREPO; LUZ MIRIAM GUTIERREZ OBANDO; LUZ NELLY BLANDON HOYOS; LUZ OFELIA JARAMILLO PARRA; MARIA CATALINA JIMENEZ; MARIA CONSUELO MORALES CASTAÑO; MARIA DEL ROCIO CALLE GONZALEZ; MARIA DEL ROSARIO PULGARIN GARCES; MARIA GRACIELA CARO ALVAREZ; MARIA LETICIA CORREA; MARIA LILIAN QUINTERO RAMIREZ; MARIA LUCELLY AGUDELO; MARIA MARLENY URREGO; MARIA NINFA RESTREPO DE CARDENAS; MARLENY DE JESUS ALVAREZ; MARTHA CECILIA PALACIO PALACIO; NELSYN CATALINA MESA; ORLINDE PALACIO LOPEZ; ROSA MARINA AMARILES PALACIO; ROSALBA ORTEGA RESTREPO; ROSALBA RUIZ RESTREPO; ROSMIRA PINO HIGUITA; RUTH NELLY ESTRADA MUÑOZ; VIRGINIA DE JESUS SANCHEZ; YHIRLEY VANESA OCHOA VELEZ; MARIA CRISTINA CHAVERRA HIGUITA; GLORIA NELLY TUBERQUIA OSORIO; EMILCE DEL SOCORRO CASTRO DE PATINO; MARIA NUBIA GONZALEZ PATIÑO; TERESA DE JESUS MUNOZ ZAPATA; ANA FABIOLA MONSALVE PULGARIN; CARLOS ALBERTO FLOREZ VALENCIA; CARMEN DOLORES CARMONA

2

ROMAN; CARMEN JULIA CHICA DE SUAZA; MARIA ISABEL OCAMPO DE OCAMPO; MARIA NUBIA JIMENEZ DE RAMIREZ; MARIA OLIVIA CASTRO RIOS; MARIA SOELY FLOREZ OROZON; OLGA DEL SOCORRO RODAS VILLADA; AMPARO HENAO ARIAS; ADRIANA PATRICIA VILLADA GRISALES; ANA MARIA GAVIRIA TABARES; ANA MARIS CARDONA DE PAVAS; BERNARDA OSORIO MARULANDA; BETSABE MEJIA DE LOPEZ; BLANCA LUZ VILLADA ALZATE; BLANCA OLIVIA TORO RIOS;  BLANCA RUTH OSORIO; CARMEN EMILIA VILLA; CECILIA RIOS DE RINCON; CELIA MARGARITA TOBON TOBON; CELINA DE JESUS OTALVARO OSORIO; CLARA ROSA CARDENAS DE GUTIERREZ; CLAUDIA DEL SOCORRO RIOS CASTRO; DIANA PATRICIA VELASQUEZ; ELVIA TOBON DE JURADO; FLOR MARIA ARIAS GALEANO; GLORIA DEL CARMEN CARMONA PEREZ; GLORIA PATRICIA VALENCIA LOPEZ; HERIBERTO DE JESUS PATINO OCAMPO; JAIME DE JESUS GAVIRIA BOTERO; JESUS MARIA VILLADA VALENCIA; JOHN JULIO CASTEÑEDA TORO; JORGE IVAN OCAMPO ARENAS; LILIANA PATRICIA ALVAREZ MAZO; LUCIA MOLINA RIOS; LUIS ALFONSO BOTERO BOTERO; LUIS EDUARDO MORALES; LUZ DARY BEDOYA GAVIRIA; LUZ MARINA RODRIGUEZ VALENCIA; LUZ MERY GARCIA HENAO; LUZ MERY MUÑOZ MUÑOZ; MAGDALENA INES OCAMPO DE PEREZ; MARGARITA DE JESUS CORREA DE BEDOYA; MARIA CECILIA FLOREZ VALENCIA; MARIA CIELO VILLADA; MARIA CONSUELO MARULANDA MARTINEZ; MARIA CONSUELO MONTOYA RAMIREZ; MARIA ELENA RIOS GAVIRIA; MARIA ELVIA OROZCO DE ARIAS; MARIA LUZ BEDOYA ECHAVARRIA; MARIA OLGA RIOS MOLINA; MARIA OLIVIA FLOREZ PAVAS; MARIA OMAIRA GAVIRIA DE MOLINA; MARIA ROMELIA RIOS; MARIA TERESA BURITICA; MARLENI VILLADA BUITRAGO; MARLENY MAZO; MARLENY RESTREPO MARULANDA; MARTA LINA OTALVARO OTALVARO; MARTHA CECILIA OCAMPO DE OTALVARO;

3

MARTHA LIA ARENAS; MERDADO ARGOTE; MIGUEL ANGEL VALENCIA VALENCIA; NANCY RODAS GALLEGO; OFELIA VALENCIA DE RIOS; OLIVA ARANGO ANDRADE; POLICARPA DE LOS DOLORES LOPEZ MARIN; RODOLFO DE JESUS CARDONA; ROSA EDILMA LOPEZ GAVIRIA; ROSALBA BEDOYA ECHAVARRIA; SANDRA MILENA MEDINA QUINTERO; TERESA DE JESUS GAVIRIA DE GOMEZ; MARTA LIGIA PAVAS DE ROJAS; ROSANA TABARES DE GAVIRIA; SONIA ELIZABETH PATINO BEDOYA; FANNY DE JESUS MALDONADO DE BOLIVAR; JUAN FERNANDO MARIN LONDOÑO; LILIANA MARIA GARCIA GARCIA; MARIA GABRIELA RESTREPO VELEZ; ZULIA CUESTA BLANDON; LUZ NERIZ MARTINEZ PEDROZA; GUSTAVO ALONSO CONEO MACIAS; LUIS ANTONIO GUISAO; LUZ MILA BUENAÑO RIOS; ALICIA GARCIA DE GAVIRIA; FLOR ANGELA MEDINA; FRANCISCO JAVIER VILLADA LLANO; MARIA ELENA CARMONA DE CARDONA; MARIA MARLENY CASTRO DE OCAMPO; MARIA GABRIELA BENITEZ; LUCY ANDREA USME VALENCIA; BLANCA MARGARITA RAIGOZA DE ECHAVARRIA; LUZ MERY SANCHEZ DE ALVAREZ; ANA LUCIA MOLLA MORENO; ASTRID DEL SOCORRO NEGRETE DE AMAYA; CARLOS ENRIQUE ARENA DURANGO; CECILIA ROSA ESPITIA; ELENA BELLO ESPITIA; FLOR MARIA GASPAR CAUSIL; GLADYS MARIA MONTES URANGO; GLADYS NUNEZ BENITEZ; GREGORIA TAPIA MARIMON; INES PAUTT MORALES; LEDYS NAUDITH YANES LEON; MARGARITA SOFIA CASTILLO LAMBERTINEZ; MARIA DEL CARMEN USUGA MOLINA; MARIA LUISA MESA MESTRA; MARTHA CECILIA CARDONA HENAO; MARTIN ELIECER DE LAS AGUAS BELLO; MARTINA CORDOBA DE BERRIO; NATACHA PIEDRAHITA VALENCIA; ROSMIRA SUAREZ METRIO; BLANCA CECILIA CAÑAVERAL; CLAUDIA YANET SERNA ARANGO; TERESA LOPEZ JULIO; MARLENE MARIA MARMOL PEREZ; LUCILA MANCILLA DE GAVIRIA; ENI JHOANNA DELGADO CORDOBA; CILA MARIA CORREA SEA; LUIS

ALBEIRO MONCADA TREJOS; ARGEMIRO MANUEL ESPRIELLA CASARRUBIA; ELVIRA DEL CARMEN LOZANO LOZANO; LUZ DARY CARVAJAL GRACIANO; ALEXANDRA MUÑOZ ARIAS; GLORIA ISABEL AGUIRRE; SILVIA AMPARO GIRALDO DE OBANDO; MARIA DE LA PAZ BLANDON PULGARIN; DAMARIS VERGARA TRESPALACIOS; HECTOR DE JESUS RIVERA MARIN; MARIA DEBORA DUARTE LOPEZ; MARIA ELENA MONTOYA COLORADO; ADRIANA MARIA USME CASTANO; ADRIANA MARLEDY SANCHEZ POSADA; ADRIANA PATRICIA ISAZA ZULETA; ALBA ESTHER MANCO; ALBA YANETH BEDOYA; ALEJANDRA MILENA HOYOS DAVID; ALEJANDRINA IBARRA; ALEJANDRO IVAN BASTIDAS CONTRERAS; ALEJANDRO PALACIOS PINO; ALICIA DE JESUS MANCO VELEZ; AMANDA DE JESUS GUZMAN; AMPARO DEL SOCORRO RAMIREZ TORO; AMPARO OSORIO OSORIO; ANA DE JESUS VALLEJO DE HERNANDEZ; ANA DOLORES BUENANO MARTINEZ; ANA JOAQUINA CUESTA ESCOBAR; ANA JOSEFA ESPINOZA MURIEL; ANA LETICIA BETANCUR RODRIGUEZ; ANA MILBIA DURANGO DURANGO; ANA OFELIA TORRES TORRES; ANA TEREZA MOSQUERA HURTADO; ANGELA MARIA MONTOYA; ARACELI SEPULVEDA GUTIERREZ; ARCELIO ARRIETA LORA; ARNOLIS DEYS GOMEZ VARGAS; AYDE ROSA FLOREZ MANCO; BALVINA VILLERO ROSARIO; BELLANIRA DAVID; BENICIO CORDOBA ROMANA; BERLIS JULIETH CASTANO BOLIVAR; BERNARDO LOPEZ ALVAREZ; BIBIANA MARIA CHAVERRA; BILBERTO WILLIAM QUINTERO FORNARIS; BLANCA INES PEREZ GIRALDO; BLANCA LIBIA CANAVERAL BERRIO; CARLOS ENRIQUE AGUIRRE TUBERQUIA; CARMEN ALICIA PAZ LOZANO; CARMEN TULIA ASPRILLA CORDOBA; CENELINA PATRICIA GALLEGO GARCIA; CESAR AUGUSTO BOLIVAR RENDON; CLARA ROSA URIBE DE GUISAO; CLARIVEL AYALA MIRANDA; CLAUDIA ESTHER MENA MOSQUERA; CLEOFE

5

CUESTA BLANDON; CONSUELO MENESES ECHEVERRI; DALILA CARDONA MANCO; DENIS DEL CARMEN MARTINEZ; DIANA AMPARO LOPEZ HIGUITA; DINA LUZ HERRERA PARRA; DINA LUZ LOPEZ ESCOBAR; DORA ALBA RAMIREZ RESTREPO; DORA NEIDA DE JESUS ROJAS LONDONO; DORIELA AMPARO PALACIO; DORIS AREIZA; EDILTRUDIS DEL CARMEN ARIZAL MACEA; EDITH AVILA PEREZ; EDWIN NOLBERTO NIETO TRIANA; ELA PATRICIA ARCIA SANCHEZ; ELBA YANETH QUINTERO LONDONO; ELIZABETH AGUIRRE QUINTERO; ELIZABETH JARAMILLO ESPINOSA; EMERITA SOFIA GONZALEZ; ESMERALDA DEL SAGRARIO VELEZ PAREJA; FABIOLA DEL SOCORRO SERNA DE LEMUS; FANNY DE JESUS RESTREPO SEPULVEDA; FANNY DE JESUS RESTREPO ZAPATA; FRANCIA ELENA MEDRANO CARDONA; GEORGINA ELENA HERRERA FUENTES; GEORGINA MARIA DIAZ CALLE; GLORIA AYDEE GONZALEZ ARBELAEZ; GLORIA STELLA GRACIANO GALLEGO; GRISELVINA GOMEZ DE MAYO; GUMERCINDA GAVIRIA BOLANO; HERMELIA VASQUEZ; HILDA ROSA MORENO REGINO; IRMA YANETH DUQUE; JAIRO MANUEL RANGEL PEREZ; JESUS ALGIDIO MOSQUERA RAMIREZ; JHOJANA VINASCO ALCAZAR; JHON JAIRO IBARGUEN; JOHN KENNEDY MANCO CLAVIJO; JOSE DE JESUS VARELAS; JOSE FAUSTINO GIRON IBARGUEN; JOSE RAUL CORREA ROJO; JULIANA LOZANO MOSQUERA; LAURA VERONICA RESTREPO VILLA; LEONOR OLIVA RENTERIA MURILLO; LETICIA DE JESUS ROJAS CARDONA; LIGIA ESTHER CORREA CARMONA; LILIAN MELANIA RAMIREZ PEREA; LILIANA PATRICIA LOAIZA URREGO; LINDA DISNEY MORANO PAREA; LUCELLY JOHANA JARAMILLO VELASQUEZ; LUCIRIA AGAMEZ GODOY; LUIS ALBERTO BARRIOS IRIARTE; LUZ AIDEE GALEANO CASTANO; LUZ ALBA FLORES DE JARAMILLO; LUZ DARY LUNA MAKEW; LUZ DARY MONTOYA MORENO; LUZ DARY USUGA CELADA; LUZ EDILIA GOEZ

OSARIO; LUZ ELENA OSORNO OQUENDO; LUZ GLADYS HIGUITA CARO; LUZ MARINA CORDOBA VALENCIA; LUZ MARINA URREGO USUGA; LUZ MERY GUERRA FERIA; LUZ MERY PUENTES VERGARA; LUZ MIRYAN SERNA LOPEZ; LUZ NEY RUIZ BUSTAMANTE; LYDA NARIA MORENO MONTOYA; MAMERTA BERTEL DE PESTANA; MANUEL ANTONIO CORCHO ANAYA; MANUEL DE JESUS CORDOBA MENA; MARGARITA VASQUEZ CARDENAS; MARGARITA ISABEL MUNOZ ; MARIA ALBERTINA TORRES OSORIO; MARIA ANGELINA PARAMO CARRANZA; MARIA BERGELIA MOSQUERA CHAVERRA; MARIA BERTILDA GIRALDO ; MARIA CLEOTILDE ASPRILLA LOPEZ; MARIA CONSUELO URREGO DE HERRERA; MARIA DANILA MOSQUERA; MARIA DE LOS ANGELES OSORNO; MARIA DEL ROCIO ROLDAN VELASQUEZ; MARIA DOLORES OSPINA DE MESA; MARIA DORALINA MOSQUERO ORTIZ; MARIA EDILMA PENA USUGA; MARIA ELENA ANDRADE CORDOBA; MARIA EPIFANIA PALACIOS MOSQUERA; MARIA ERNESTINA RIVERA USUGA; MARIA ESTHER TREJOS MACHADO; MARIA EUGENIA UBALDO CUESTA; MARIA EUSMELIA PIEDRAHITA PUERTA; MARIA EVANGELINA CANAS DE MORALES; MARIA FLORIPES VELASQUEZ ALVAREZ; MARIA GEORGINA BALLESTEROS RODRIGUEZ; MARIA GRACIELA HERRERA DE GIL; MARIA GUDIELA GIL HERRERA; MARIA IDIANI HERNANDEZ MANCO; MARIA LA LUZ SOSA SOSA; MARIA LILIA BLANDON BLANDON; MARIA LUCELLY QUINTERO DE GRACIANO; MARIA LUCIA RESTREPO SOSSA; MARIA LUZ MILO GIL HERRERA; MARIA LUZMILA ORTIZ; MARIA OFELIA LARGO ALVAREZ; MARIA ONELIA CORREA DE MESA; MARIA ROCIO RESTREPO ZAPATA; MARIA ROSA FIGUEROA PENA; MARIA ROSMIRO CANO CANO; MARIA SABINA MARCIANA RIVAS; MARIA YOLANDA MUNOZ MARIN; MARIELA ARBELAEZ GIRALDO; MARINA DE JESUS HOYOS RIVAS; MARTA CECILIA SEPULVEDA SANCHEZ; MARTA OLIVA MARIN

BETANCUR; MARTHA INES ARIAS SANCHEZ; MARVELIS MARQUEZ MORELO; MERCEDES DEL SOCORRO HIGUITA; MERCEDES VIVE DE PRIETO; NASIRA SOFIA MONTALVO MACEA; NELLY ESTER SOLAR JIMENEZ; NELSY MARIA PENAFIEL ESPITIA; NERY NICOLASA QUINTERO AGUDELO; NESTOR ALBERTO MOYA VARGAS; NILSAN MENA MOSQUERA; NOELBA SEPULVEDA OTALVARO; NORA ELENA RIVERA MARIN; OFELIA INES SABAS SANCHEZ; OVIDIO DE JESUS ARROYABE CORREA; PASTORA DURANGO; PEDRO FRANCO RUIZ; REYNIT MARTINEZ GARCIA; ROCIO ALVAREZ; ROCIO AMPARO VELASQUEZ GUISAO; ROSA BASILIA RAMIREZ SANCHEZ; ROSA ELENA DURANGO PULGARIN; ROSA ELENA SERNA SERNA; ROSA MARIA GOMEZ SEPULVEDA; ROSA MARIA YEPES GIRALDO; ROSA MIRIAN GONZALEZ OSORIO; ROSALBA JIMENEZ LOPEZ; ROSALBA DURANGO; ROSALBA MONTOYA TORO; ROSALBA OSPINA DE BENITEZ; ROSIRIS DEL CARMEN MORALES; RUSMIRA BARRIOS DIAZ; RUTH ISABEL MEJIA VILLA; SANDRA MILENA PACHECO BEDOYA; SATURINA MORENO PEREA; SONNY DEL CARMEN RENTERIA DE ESCOBAR; TANISLADA SALAS ROMANA; TONY CORREA SERPA; TRANSITO ASENAL TOVAR SANCLEMENTE; WALTER JAVIER MADRIGAL GOEZ; YAMID HURTADO CORDOBA; YONIS OVEIS CORCHO GONZALEZ; ZULMA MARIA GUERRERO PALACIO ; NORIS DEL CARMEN FLOREZ PEINADO; LUIS ALBERTO GUZMAN; CLARA ELENA CORDOBA MESA; CLAUDIA ELENA MURILLO VELEZ; LILIANA PATRICIA ORREGO GONZALEZ; MARLYN ARCOS DE ARCOS; ALICIA CASALLAS QUINTERO; AMIN CAVADIA LEMOS; ANA DE JESUS AREIZA DE RODRIGUEZ; ANA DELIA DUARTE CASTANO; ARACELY ARANGO MAZO; ARMINDA MOSQUERA IBARGUEN; ASTERIO MENDOZA MOSQUERA; BERCELIA ROSA MARTINEZ ZABALA; CLAUDIA PATRICIA GUZMAN BORJA; DIANA MARIA ORTEGA OQUENDO; DOMINGO ANTONIO TAPIA HERNANDEZ;

EDELMIRA PADILLA MORENO; ELIAS
MANUEL BALLESTA BERROCAL; FELIPA
MURILLO IBARGUEN; GLORIA NELLY DAVID
GIRALDO; JAZMINY ORTIZ MENDOZA;
LAURINA AGUEDA NARVAEZ RAMOS;
LEOCADIA MARMOLEJO PALACIOS; LUZ
MARY URANGO RIVAS; MARCELINA
CABRERA MORENO; MARIA IDALIA GALLEGO
DE BATISTA; MARIA LAURA GOEZ ARANGO;
MARIA OMAIRA FRANCO VASQUEZ; MARIA
SALOME URRUTIA; MARLENY DEL SOCORRO
JARMILLO; MARTHA INES CHARRASQUIEL
SOLAR; MARTHA LUCIA PORTILLO GENES;
MIRIAM DUARTE PUERTA; NERY
CHARRASQUEL SOLAR ; ORLANDA DUARTE
PUERTA; ROSA ESNEDA GUISAO HIGUITA;
ROSMIRA GUISAO DE LOPEZ; SIXTA CLEDIS
PEREIRA MARTINEZ; SUSANA MARIA BRAVO
ESPITIA; TEOLINDA EVAGELISTA CORDERO
SANTOS; EVERLIDES DEL SOCORRO PALACIO
HINESTROZA; HECTOR BELTRAN CUESTA;
LUZ MARINA RESTREPO ARREDONDO;
ADIJANDRO ARQUINOC ALVAREZ ARANGO;
AIDA PATRICIA MOLINA GONZALEZ; ALFIDIO
TORRES MERCADO; ANA ELVIA BENITEZ
ROJAS; ANA JOSEFA GAVIRIA DE VALENCIA;
ANA LUCILA SEPULVEDA SERNA; BERTA
PERTUZ DE BRAVO; BLANCA MARY CANO
VELASQUEZ; DORIS TABAREZ HIDALGO;
DUBER ANTONIO PAYARES GRACIANO;
ELIDIA GIL; ELIZABETH RAMIREZ RAMIREZ;
ENA JUDITH PITALUA CLEMENTE;
ESPERANZA DEL SOCORRO LUJAN; GABRIELA
BOTERO DE BOTERO; GABRIELA DURANGO
DE PENA; GEORGINA CARDONA OQUENDO;
GLORIA INES MARIN VELASQUEZ; GLORIA
PATRICIA RINCON MORENO; GUILLERMINA
TORDECILLA GULFO; ILUMINADA DEL
CARMEN LAMBERTINO DE ESPITIA; LEIDY
JOHANA ARIAS CUARTAS; LUCENI ESCOBAR
HIGUITA; LUIS ALBERTO NUÑEZ PEÑA; LUZ
DARY OSORIO ARIAS; LUZ ELENA MORENO
GARCIA; LUZ MARINA DURANGO ARANGO;
LUZ MARINA MANCO JARAMILLO; LUZ
MARINA USUGA AGUIRRE; LUZ MARY
RODRIGUEZ BERMUDEZ; MARIA ADELINA

9

DAVID DE GUISAO; MARIA DORIS CUARTAS PARRA; MARIA EMILSE VILLEGAS ECHAVARRIA; MARIA ESTHER OCHOA; MARIA GLABED LONDONO AGUIRRE; MARIA GUMERCINDA ASPRILLA; MARIA LIGIA HINCAPIE HINCAPIE; MARIA VICTORIA CARMONA GARCIA; MARICELA ZEA CORREA; MARISOL CORDOBA PALACIOS; MARTHA INES MEJIA PERTUZ; MARTHA LUZ AYAZO GOMEZ; MILDA RUIZ PEDIATA; OMAIRA CUADRAOLO TORRES; REMBERTO JOSE SAEZ MARTINEZ; ROBERTO MANUEL MORA MONTERROSA; ROSA MAGNOLIA GUISAO SEPULVEDA; ROSIRIS DEL CARMEN SIBAJA MARTINEZ; SANDRA PATRICIA AGUILAR; SERAFINA RENTERIA MARTINEZ; YAIDI ROMAN SANTACRUZ; YUDY PAOLA AGUDELO MOLINA; ANTONIO MARIA RESTREPO RESTREPO; HERNAN DE JESUS SERNA; JHON MARIO MUÑOZ RUIZ; JOSE EFRAIN GIL JIMENEZ; LUZ AIDA SERNA VARGAS; ROSA ADELFA MUNOZ VASQUEZ; ROSA EMILIA CARO DE BERMUDEZ; BLANCA ISABEL CORCHO AVILA; EDILIA ESTELLA ALZATE DIEZ; ESMERALDA MARIA AVILA LOPEZ; GLORIA EUGENIA MUNOZ; LUZ NELLY SANCHEZ VILLAREAL; MARIA CONSUELO RAMIREZ; MARIA DEL CARMEN HERNANDEZ NEGRETE; MARIA ELENA POSADA DE SANCHEZ; MARIA ISABEL RIVAS RAMIREZ; MARIA ROSBENY GUTIERREZ ; MARIA SENOBIA SERNA RENGIFO; MARIA VICTORIA MONCADA VELEZ; MARTHA YOLANDA ECHEVERRY QUINTERO; ONELIA ELVIRA ROMANA PEREZ; ORFELINA DE JESUS TIRADO SAYA; REYES SANTOS GONZALEZ HERRERA; CESAR ADOLFO SEPULVEDA TORRES; LUZ MARINA TUBERQUIA OSORIO; MARIA DEL CARMEN POSADA ; MARIA RENE MURILLO RENTERIA; CARMEN EMILIA ROLDAN CORTES; LILIANA EUGENIA MARIN PATINO; LUZ AMPARO RAMIREZ BOTERO; LUZ NELLY RIOS OSPINA; MARGARITA FERNANDEZ DE CASTAÑO; MARIA NILIA OCAMPO TORO; RAMON ANTONIO SANCHEZ GARCIA; ROCIO DEL SOCORRO UPEGUI LOPEZ; RUBEN DARIO

10

GOMEZ PINEDA; SANDRA MILENA GONZALEZ BRAVO; ANA LIGIA CIFUENTES DE HIGUITA; MARISOL SANCHEZ ALVAREZ; FLOR MARINA VASQUEZ URREGO; ADRIANA MARIA OSPINA FERNANDEZ; MARGARITA CAMPIÑO GUTIERREZ; MARIA DEL SOCORRO ARROYAVE; MARIA EVELIA TABORDA TABORDA; MARTA ELENA RODRIGUEZ CARVAJAL; MARTA LIA ROMAN; NUBIA AMPARO QUINTANA QUINTANA; YURI ANGELICA ARROYAVE; ALICIA TORO RAMIREZ; ARACELLY MARIN; CARMEN TULIA BEDOYA BEDOYA; CLEOTILDE HOYOS RAMIREZ; GLORIA MARIA MARULANDA RODRIGUEZ; LUZ ADRIANA GONZALEZ OCAMPO; BLANCA RUTH OSORIO GUTIERREZ; REINALDO DE JESUS CHAVERRA MOLINA; ALBA USUGA; AMPARO OCANO MOGOLLON; ARACELLY DEL CARMEN RODRIGUEZ; ARACELLY GRACIANO CATANO; CARMEN TULIA VASQUEZ ARREDONDO; CASIMIRA PALACIOS CABRERA; CLARIVEL BORJA CARTAGENA; DIOSELINA GOEZ ARANGO; DORA EUGENIA CHAVERRA ECHEVERRY; ELENA CORDOBA MOYA; ETELVINA ERCILIA PINEDA; GLORIA CECILIA ARANGO; GLORIA ESTELLA MONTOYA; GLORIA YANETH MOSQUERA; GUILLERMINA AYAZO FLOREZ; INES MARIA MARTINEZ MONTOYA; JORGE PALACIOS BOLIVAR; JOSE PLUTARCO RESTREPO LOPEZ; LUZ ELENA PEREZ BEDOYA; MAGDALENA DEL SOCORRO RIOS MARIN; MARIA AMPARO OCAMPO BEDOYA; MARIA CRUZ ELENA MENA RENTERIA; MARIA DEL ROSARIO ARIEZA DE TORRES; MARIA MARGARITA JARAMILLO; MARIA MARIBEL RAMIREZ AGUDILO; MARIA NAZARETH LONDONO MONSALVE; MARIA NUBIA HIGUITA HIGUITA; MARIA NUBIA RAMIREZ CANAVERAL; MARIA OFELIA TORO BAENA; MARTA ELENA LOAIZA OROZCO; MARTHA GLADIS SARASTY; MARTHA INES LOAIZA DE LONDONO; MARTHA RUTH HENAO BALLESTEROS; MONICA CECILIA PUERTA GOMEZ; PEDRO DAVID HERNANDEZ RIVERA; RIQUILDA DEL SOCORRO ESPITIA QUESADA;

RUTH DEL CARMEN CASTRO PALACIO; WILLIAM CASTANO ; JUDITH MARIA PALACIO SANCHEZ; ALCIRA HERNANDEZ LUNA; ANA DE JESUS MOSQUERA DE PALACIOS; ANA DEVORA AGUDELO ARENAS; ANA DILMA HERRERA COSSIO; ANA LUCIA CONTRERAS TORDECILLA; AURELIA VARGAS CHALA; BERGNUIL DEL CARMEN REYES PEREZ; CARMEN EMILIA QUEJADA URREGO; CARMEN ROCIO ZAPATA RODRIGUEZ; CONSUELO GUZMAN PADIERNA; DARIO DE JESUS MARIN RESTREPO; DIONISIO MEDRANO MEDRANO; DORA ISABEL SANCHEZ MEJIA; EDWIN DE JESUS ARANGO CANO; EUDILIA ROSA DIAZ HERNANDEZ; FLOR ELENA ECHAVARRIA OSORIO; GLORIA INES GOMEZ; GREGORIA VALENCIA; HECTOR GABRIEL CASTANEDA BUILES; JOSE DE JESUS CASTANO OLEA; JUAN SEVERO OBREGON SERNA; LUCELYS CHIQUILLO CASARRUBIA; LUZ MILA DE JESUS VELASQUEZ MANCO; LUZ MILA DURANGO DURANGO; LUZ NERINA CARVAJAL CARVAJAL; MARIA DE JESUS ZARZA ESCOBAR; MARIA DE LOS SANTOS HERNANDEZ; MARIA ELIAS PALENCIA MORELO; MARIA ESTHER OCHOA; MARIA GEORGINA TORRES; MARIA JOSEFA JIMENEZ GOMEZ; MARIA MERCEDES RODRIGUEZ DE BETANCUR; NANCY BANDA GENES; NORIS ISABEL GARCES MOGROVEJO; OLGA PATRICIA USUGA LOAIZA; ONAIDA ISABEL CABRERA YORENTE; OSIRIS TORDECILLA SOTELO; OVIDIO ESPINOSA; PEDRO MANUEL CHIMA SALGADO; REMBERTO FREDY ROJAS CHICAS; ROSALBA LOAIZA; YAQUELINE ALBAREZ GIRALDO; ANGELA MARIA MESA HERNANDEZ; ANGELA MARIA SABALA GAMBOA; DINA LUZ NAVAS GUERRERO; GLADYS MARIA PALOMEQUE RIVAS; MARCELINO PAJARO TORDECILLA; MONICA LILIANA TRUJILLO CEDENO; REINERIO PALACIOS MOSQUERA; RENAN PEREA RAMIREZ; ROSALBA BARRIOS DIAZ; RUTH FANERY OCHOA SALGADO; PORIFIRIO MANUEL GONZALEZ CARRASCAL; REYES BERRIO BLANCO; ENELSY PEREZ LINAN;

ELDA DE JESUS CARDONA CASTAÑEDA; GLORIA ELSY LOPEZ MUNERA; MARTA LUCIA MARIN PATINO; ADELAIDA DEL CARMEN RUIZ RUIZ; MARTHA DEL TORO RICARDO; PURIFICACION GARCIA SEVILLA; ROSIRIS DE LOS ANGELES GONZALEZ LAMBERTINEZ; TERESA DE JESUS VALENCIA TOBON; MARIA ELENA CASTRO PATIÑO; MANUEL SALVADOR BLANDON CASTAÑO; LUZ AMPARO JIMENEZ VASQUEZ; BETILDA ROSA CORREA YANEZ; LANDA SURIS JIMENEZ; ADA LIRIS MARULANDA LOPEZ; ADRIANA PATRICIA GALINDO; ALBA MARIA ROJAS GUTIERREZ; ALBA ROSA ARBOLEDA DE OQUINDO; ALIRIA ARIAS NABALES; ANA ESCILDA PINO PEÑA; ANA EVA BRAN DE PALACIO; ANA LUISA FRANCO DE MORELO; ANA MERCEDES GARCIA ECHAVARRIA; ARELIS DEL CARMEN ROMERO ARCIA; BENILDA MOYA CORDOBA; BETY YULLY VIVAS PALACIOS; CANDIDA MARIA MUENTES MANJARREZ; CARLOS ALBERTO GONZALEZ TABORDA; CARMEN QUINTANA NOBLE; CASILDA YEPES CORREA; CONSUELO MARTINEZ LAN; CRUZ ELENA VASQUEZ MONTOYA; DADA ALBERTA MARTINEZ; DAISY JUDITH RICARDO BARRIOS; DAMARIS GUERRERO HIBARGUEN; DARIS ENIDIA VARELA GARCIA; DARLIS PALMA MOSQUERA; DIANA LISBET BEDOYA GRAJALES; DILMA MARIA MOLINA AREVELO; DIOSELINA MOSQUERA PALACIOS; DIOSELINA OTALVARO TORO; EDELMIRA CONTRERAS MARTINEZ; EDENIA SOLAR BATISTA; ELENA BELLO ESPITIA; ELENA DEL SOCORRO HERRERA LOPEZ; ELIBARDO SANTO MENDOZA CAUSIL; ENERGIDA NERY SALGADO VITAL; ESTEBANA DE JESUS CASTILLO BELTRAN; EUGENIO CALAZAN SALGADO; FALCO NERY QUIROZ LOPEZ; FANNY MOYA RIVAS; FARID YINET ARIAS GARCIA; FELICIDAD LEMOS AVILA; FENIZ MOYA GUTIERREZ; FIDENCIA GUERRERO JULIO; FRANCISCA RODRIGUEZ RAMOS; GERTRUDIZ RODRIGUEZ; GLADIS IBARGUEN MOSQUERA; GLORIA EMILSE HIGUITA FERRERO; GLORIA ESTELLA BEDOYA

13

ZAPATA; GREGORIA QUEJADA GALVAN; GUSTAVO ANTONIO DE LEON AGUAS; INDIRA ELENA NAVAS PEREA; IRISOL MONTES GOMEZ; ISABEL ROSA FERIA SUAREZ; JOSE MANUEL BERTEL BUELVAS; JUAN SANTIAGO GOMEZ ARIAS; JUANA GARCES LOPEZ; KATERINE VELASQUEZ TERAN; LEDIZ MARIA RENTERIA ROBLEDO; LILIANA JIMENEZ LONDONO; LUCILA GOMEZ CHARRIS; LUCINA MANCO BONILLA; LUIS ALFREDO BETANCUR VALENCIA; LUZ DENIS PENAGOS CORREA; LUZ MALLIBI BETANCORTH IMBA; LUZ NERY OSORIO HERNANDEZ; LUZ SORAYA ARANGO RODRIGUEZ; LUZMILA RIVAS ROBLEDO; MARCO ANTONIO QUEJADA JIMENEZ; MARGARITA PADILLA MORELO; MARGARITA CHICA CHICA; MARI DEL SOCORRO GUTIERREZ; MARIA CEMIDA CANO CANO; MARIA DEL SOCORRO LONDONO; MARIA ELIUD AGUIRRE DE USUGA; MARIA LUISA MEDINA MOYA; MARIA OCTAVINA BERRIO; MARIA ROSMIRA GRACIANO GRACIANO; MARIA YOLANDA HERRERA OBANDO; MARIALA PAS CORDOBA VALENCIA; MARIANA RIVAS ROBLEDO; MARLENIS VELASQUEZ; MARY DEL SOCORRO GUTIERREZ; NANCY ESTELLA ESTRADA VELOZA; NANCY RAMOS CORDOBA; NATALIA ANDREA ZUNIGA LOPEZ; NELBO ESTER BERRIO CASTANO; NELIDA PEREIRA PAEZ; NETYS MARINA TAPIA RAMIREZ; NICANOR MENA ESCUDERO; NUBIA GUTIERES QUEJADA; NUBIA SHIRLEY VASQUEZ TORO; NURY LUCIA MARZOLA SAEZ; OCTAVIO ANTONIO RUEDA GOMES; OLGA CECILIA RESTREPO OCHOA; OLIVIA CORDOBA MELENDEZ; PETRONA JOAQUINA GUERRA; POLICARPA RAMOS SALGADO; ROSA MARIA MOSQUERA MOSQUERA; ROSALBA GOMEZ DE HIGUITA; ROSALBA MADERO BLANCO; ROSALBA PEREZ MORENO; ROSALBA VIBA MENAS; ROSARIO BERRIO DE TRESPALACIO; RUTH OMAIRA MOSQUERA CORDOBA; SANDRA PATRICIA FIGUEROA LADEUS; SANDRA PATRICIA GRAJALES UPEGUI; SANDRA PATRICIA MORENO HERNANDEZ;

SARIDY ROJAS ORDONEZ; SEGUNDO RUBIDES; SERGIA CAMACHO CASTRO; SUSANA MARIA JULIO SUCERQUIA; TERESA TRILLO NAVARRO; VIRGELINA PEREZ ARGUMEDO; VIRGINIA VALENCIA BALDRICH; WALTER ROMERO RAMOS; YASMIN INES RODRIQUEZ; YASNEY TOVAR JULIO; YUDIS ESTER MADRID SUAREZ; MARIA DEL ROSARIO DAVID GUZMAN; ANA EVA GARCIA GIRALDO JAIRO LEAL; ANA EVA GARCIA GIRALDO; JORGE ELIECER PALACIOS HURTADO; JOSE LUBIN CORDOBA CUESTA; JOVITA PEREA GUARDIA; ALVARO ANTONIO RODRIGUEZ; GLORIA EMILSE CASTAÑO MAYA; YULIETH PAOLA COGOLLO RODRIGUEZ; MARIA CECILIA MARTINEZ; NIDIA MATURANA GARCIA; ANDREA SANTOYA HERNANDEZ; YSTAR PRADO ASPRILLA; JOSEFA PRIMERA POLO; MARTA CECILIA CASTRILLON LOPERA; FLOR NOHELIA PENA DURANGO; ANA LIGIA OCAMPO MONTES; ISABEL BARRAGAN CORTEZ; CELMIRO CORDOBA GAMBOA; MARIA FERNEDYS GUISAO VILLA; DIOSDADA RIVAS MORENO; MARIA DE JESUS MORENO MARTINEZ; MATILDA SERRANO GARCIA; ROSA MARIA CORDOBA MANCO; SIRIS PRETEL DURANGO; GERARDO MEDRANO SANCHEZ; RAQUEL RAMIREZ PALACIO MOSQUERA; LUZ MARY GAMBOA CUESTA; NEYIS CAICEDO DE GARCES; NINFA TORRES VERA; VISITACION ROA RAMIREZ; ARCADIA MARIA ROMANA ROMANA; CONCEPCION LEMOS MORENO; DINA LUZ PEREZ POLO; DIOCELINA DEL CARMEN JENEY VERGARA; EDER LUIS PEREZ ROJAS; ELENA CONTRERAS TORDECILLA; ELIZABETH CALDERON GALVIS; HERMINIO ARRIAGA SERNA; JUANA ROBLEDO RIVAS; LIBORIA RENTERIA CORDOBA; LINA PATRICIA PEREZ QUINTO; LUIS FERNANDO CORDOBA PALACIOS; MARLENY GIRALDO GARCIA; NUR ROSA CORCHO ANAYA; OFELIA PALACIO COSSIO; RAMON GONZALO RENTERIA PALACIOS; ROBERTO ENRIQUE BARRIOS REYES; ROSA ELERNY SALAS CUESTA; SUREYA VALOYES

15

CAICEDO; TOMASA MANYOMA CORDOBA; YENNY ZAPATA NAVARRO; NURMA MORENO TORRES; DIANA ESTER VALOYES SALAS; ELEIDA DIAZ SILGADO; ELIDA BELENO DE GARCIA; SALVADORA VARGAS CORDERO; ADELA SOFIA SUAREZ MONTIEL; JAIRO DE JESUS ALVAREZ PADILLA; ANATILDE CARVAJAL DE MARTINEZ; ROSA ANGELICA DUARTE; PAULA ANDREA MONTOYA BLANDON; SOL MARIA BASIL BEDOYA; GLEN GONZALEZ TORRES; SHIRLEY JOHANA PENA PENAGOS; ELVIRA MARIA BERRIO GOMEZ; DEYANIRA DEL CARMEN PEREZ; CARMEN TULIA CORDOBA CUESTA; SANDRA MILENA GARCES PRIOLO; LUZ MARINA MONTOYA CARVAJAL; JUAN CARMILO POSADA LOPEZ; BLANCA MIRYAM SIERRA HERNANDEZ; JULIA ROSA URREGO; MARIA MARGARITA CALLE DE VILLA; ARINDA DEL SOCORRO MONTES TUIRAN; MARIA HERSILIA CARMONA; MARIA CATALINA MOSQUERA MOSQUERA; CARLOS ENRIQUE MUNOZ ECHAVARRIA; JHON JAIRO ANAYAS; MIRIAN RENTERIA ASPRILLA; NANCY DEL CARMEN OQUENDO MAZO; SECILIA PALACIO MOSQUERA,

    Plaintiffs,

 v.

CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation,

    Defendant.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

 Plaintiffs, by and through their undersigned counsel, hereby file this notice as required by the ECF Clerk, in order to add additional plaintiffs listed in the First Amended Complaint filed on November 3, 2010, into the Court's CM/ECF system.

16

November 4, 2010

By: /s/ Sigrid S. McCawley

Sigrid S. McCawley
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Nicholas A. Gravante Jr.
Lee S. Wolosky
Magda M. Jimenez Train
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Stephen N. Zack
BOIES, SCHILLER & FLEXNER LLP
100 S.E. Second Street
Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Karen C. Dyer
BOIES, SCHILLER & FLEXNER LLP
121 South Orange Avenue
Suite 840
Orlando, FL 32801
Telephone: (407) 425-7118
Facsimile: (407) 425-7047

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of November, 2010, I electronically filed the foregoing Notice of Entry of Parties Listed Into CM/ECF with the Clerk of the Court by using the CM/ECF system. I also certify that the Notice of Entry of Parties Listed Into CM/ECF is being served this day on all counsel of record or pro se parties identified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Sigrid S. McCawley
Sigrid S. McCawley