UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-cv-60573 (KAM)

ANGELA MARIA HENAO MONTES; AURA
MARIA OCAMPO OCAMPO;  BEATRIZ HELENA
ARCILA RINCON; GLORIA ELENA BOTERO
OCAMPO; MARIA ROSMIRA VELEZ DE HENAO;
MARTHA ELENA VALENCIA CORREA;
MONICA MARIA BEDOYA GAVIRIA; ADA LUZ
TEHERAN HERRERA; ALBA ROCIO SOTO
ACEVEDO;  ANA ELIZABETH SANCHEZ DE
VASQUEZ; ANA EMILCEN DIAZ ESCOBAR;
ANA WAITOTO GAMBOA; DIANA MARIA
VARGAS HERNANDEZ; EMILIA BLANDON;
FANNY DE JESUS GRACIANO TORRES; FLOR
ELENA LOPEZ GUERRA; GUSTAVO MIGUEL
VILLADIEGO MARTINEZ; JHON JAIRO TORRES
VARELAS; JOSE SATURNINO MURILLO
MORENO; LUZ ELENA PARRA MORALES; LUZ
EVERLY MORENO OBREGON; LUZ MARINA
CORDONA PEREZ; MAGNOLIA TRUJILLO;
MARIA DE JESUS MONSALVE DE AVENDAÑO;
MARIA DEL CARMEN GONZALEZ CORDOBA;
MARIA EUSEBIA LOPEZ VALENCIA; MARIA
JULIANA POVEDA DE MURILLO; MARIA
LEONOR CHAVERRA DE RENDON; MARTHA
ALICIA MURILLO MOSQUERA; MARTHA
ISABEL ALVAREZ GRISALES; NELSA ROSA
ORTIZ PADILLA; NUR ERNEDIS GOMEZ
GUERRERO; RAFAEL ANGEL MANCO GUISAO;
SANDRA BIBIANA MORENO FERNANDEZ;
AMANDA OSPINA DE RUIZ; GABRIEL DE
JESUS CANO; LUZ MARGARITA ARANGO
RESTREPO; AIDA MOSQUERA CAÑIZALEZ;
ASTERIO MENDOZA MOSQUERO; DORA
NELLY ESCOBAR METAUTE; LUZ MARINA
TUBERQUIA OSORIO; MARIA OMAIRA
FRANCO VASQUEZ; AMPARO DE JESUS
MORALES OLIVARES; ENADIS MARTINEZ
BRAVO; JUANA DE DIOS BEDOYA; MARIA
ELENA GONZALEZ MORENO; ORLANDO DE
JESUS GARCIA BETANCUR; TERESA TABARES;
URSULA DEL CARMEN CABADIA MARQUEZ;
XIOMARA PIEDRAHITA VALENCIA; YANETH
AMIN BELLO; ALEIDA IRENE RUIZ DE

**SECOND AMENDED COMPLAINT**

**Jury Trial Demanded**

ARREDONDO; ALICIA DE JESUS ALVAREZ;
ALICIA DE JESUS ALVAREZ; ALIDA DEL
SOCORRO SANTANA AMARILES; ANA
MARINA GARCIA SERNA; ANGEL EMIRO
ARBOLEDA ORTIZ; BERTALINA MESA DE
AGUDELO; BLANCA ASENTH RESTREPO;
CRISTOBAL DE JESUS RESTREPO BERRIO;
CRUZ ELENA TORO GARCIA; ELVIA JULIA DEL
CARMEN CORREA DE DIOSA; FERLEY DE
JESUS MARTINEZ RIOS; FLOR ANGELA
ZAPATA BEDOYA; GLORIA ELENA BALZAN
BENJUMEA; GLORIA ELENA PIEDRAHITA;
GLORIA EMILSEN ZAPATA ARDILA; JOSE
GENARO FLOREZ DIOSA; LORENA ALCIRA
VELEZ ACEVEDO; LUCIA MARGARITA
ARDILA DE BEDOYA; LUZ AMANDA
MONTOYA GARCIA; LUZ MARINA RESTREPO;
LUZ MIRIAM GUTIERREZ OBANDO; LUZ
NELLY BLANDON HOYOS; LUZ OFELIA
JARAMILLO PARRA; MARIA CATALINA
JIMENEZ; MARIA CONSUELO MORALES
CASTAÑO; MARIA DEL ROCIO CALLE
GONZALEZ; MARIA DEL ROSARIO PULGARIN
GARCES; MARIA GRACIELA CARO ALVAREZ;
MARIA LETICIA CORREA; MARIA LILIAN
QUINTERO RAMIREZ; MARIA LUCELLY
AGUDELO; MARIA MARLENY URREGO;
MARIA NINFA RESTREPO DE CARDENAS;
MARLENY DE JESUS ALVAREZ; MARTHA
CECILIA PALACIO PALACIO; NELSYN
CATALINA MESA; ORLINDE PALACIO LOPEZ;
ROSA MARINA AMARILES PALACIO;
ROSALBA ORTEGA RESTREPO; ROSALBA RUIZ
RESTREPO; ROSMIRA PINO HIGUITA; RUTH
NELLY ESTRADA MUÑOZ; VIRGINIA DE JESUS
SANCHEZ; YHIRLEY VANESA OCHOA VELEZ;
MARIA CRISTINA CHAVERRA HIGUITA;
GLORIA NELLY TUBERQUIA OSORIO; EMILCE
DEL SOCORRO CASTRO DE PATINO; MARIA
NUBIA GONZALEZ PATIÑO; TERESA DE JESUS
MUNOZ ZAPATA; ANA FABIOLA MONSALVE
PULGARIN; CARLOS ALBERTO FLOREZ
VALENCIA; CARMEN DOLORES CARMONA
ROMAN; CARMEN JULIA CHICA DE SUAZA;
MARIA ISABEL OCAMPO DE OCAMPO; MARIA
NUBIA JIMENEZ DE RAMIREZ; MARIA OLIVIA
CASTRO RIOS; MARIA SOELY FLOREZ

OROZON; OLGA DEL SOCORRO RODAS
VILLADA; AMPARO HENAO ARIAS; ADRIANA
PATRICIA VILLADA GRISALES; ANA MARIA
GAVIRIA TABARES; ANA MARIS CARDONA DE
PAVAS; BERNARDA OSORIO MARULANDA;
BETSABE MEJIA DE LOPEZ; BLANCA LUZ
VILLADA ALZATE; BLANCA OLIVIA TORO
RIOS;  BLANCA RUTH OSORIO; CARMEN
EMILIA VILLA; CECILIA RIOS DE RINCON;
CELIA MARGARITA TOBON TOBON; CELINA
DE JESUS OTALVARO OSORIO; CLARA ROSA
CARDENAS DE GUTIERREZ; CLAUDIA DEL
SOCORRO RIOS CASTRO; DIANA PATRICIA
VELASQUEZ; ELVIA TOBON DE JURADO; FLOR
MARIA ARIAS GALEANO; GLORIA DEL
CARMEN CARMONA PEREZ; GLORIA
PATRICIA VALENCIA LOPEZ; HERIBERTO DE
JESUS PATINO OCAMPO; JAIME DE JESUS
GAVIRIA BOTERO; JESUS MARIA VILLADA
VALENCIA; JOHN JULIO CASTEÑEDA TORO;
JORGE IVAN OCAMPO ARENAS; LILIANA
PATRICIA ALVAREZ MAZO; POLICARPA DE
LOS DOLORES LOPEZ MARIN; LUCIA MOLINA
RIOS; LUIS ALFONSO BOTERO BOTERO; LUIS
EDUARDO MORALES; LUZ DARY BEDOYA
GAVIRIA; LUZ MARINA RODRIGUEZ
VALENCIA; LUZ MERY GARCIA HENAO; LUZ
MERY MUÑOZ MUÑOZ; MAGDALENA INES
OCAMPO DE PEREZ; MARGARITA DE JESUS
CORREA DE BEDOYA; MARIA CECILIA
FLOREZ VALENCIA; MARIA CIELO VILLADA;
MARIA CONSUELO MARULANDA MARTINEZ;
MARIA CONSUELO MONTOYA RAMIREZ;
MARIA ELENA RIOS GAVIRIA; MARIA ELVIA
OROZCO DE ARIAS; MARIA LUZ BEDOYA
ECHAVARRIA; MARIA OLGA RIOS MOLINA;
MARIA OLIVIA FLOREZ PAVAS; MARIA
OMAIRA GAVIRIA DE MOLINA; MARIA
ROMELIA RIOS; MARIA TERESA BURITICA;
MARLENI VILLADA BUITRAGO; MARLENY
MAZO; MARLENY RESTREPO MARULANDA;
MARTA LINA OTALVARO OTALVARO;
MARTHA CECILIA OCAMPO DE OTALVARO;
MARTHA LIA ARENAS; MERDADO ARGOTE;
MIGUEL ANGEL VALENCIA VALENCIA;
NANCY RODAS GALLEGO; OFELIA VALENCIA
DE RIOS; OLIVA ARANGO ANDRADE;

POLICARPA DE LOS DOLORES LOPEZ MARIN;
RODOLFO DE JESUS CARDONA; ROSA EDILMA
LOPEZ GAVIRIA; ROSALBA BEDOYA
ECHAVARRIA; SANDRA MILENA MEDINA
QUINTERO; TERESA DE JESUS GAVIRIA DE
GOMEZ; MARTA LIGIA PAVAS DE ROJAS;
ROSANA TABARES DE GAVIRIA; SONIA
ELIZABETH PATINO BEDOYA; FANNY DE
JESUS MALDONADO DE BOLIVAR; JUAN
FERNANDO MARIN LONDOÑO; LILIANA
MARIA GARCIA GARCIA; MARIA GABRIELA
RESTREPO VELEZ; ZULIA CUESTA BLANDON;
LUZ NERIZ MARTINEZ PEDROZA; GUSTAVO
ALONSO CONEO MACIAS; LUIS ANTONIO
GUISAO; LUZ MILA BUENAÑO RIOS; ALICIA
GARCIA DE GAVIRIA; FLOR ANGELA MEDINA;
FRANCISCO JAVIER VILLADA LLANO; MARIA
ELENA CARMONA DE CARDONA; MARIA
MARLENY CASTRO DE OCAMPO; MARIA
GABRIELA BENITEZ; LUCY ANDREA USME
VALENCIA; BLANCA MARGARITA RAIGOZA
DE ECHAVARRIA; LUZ MERY SANCHEZ DE
ALVAREZ; ANA LUCIA MOLLA MORENO;
ASTRID DEL SOCORRO NEGRETE DE AMAYA;
CARLOS ENRIQUE ARENA DURANGO; CECILIA
ROSA ESPITIA; ELENA BELLO ESPITIA; FLOR
MARIA GASPAR CAUSIL; GLADYS MARIA
MONTES URANGO; GLADYS NUNEZ BENITEZ;
GREGORIA TAPIA MARIMON; INES PAUTT
MORALES; LEDYS NAUDITH YANES LEON;
MARGARITA SOFIA CASTILLO LAMBERTINEZ;
MARIA DEL CARMEN USUGA MOLINA; MARIA
LUISA MESA MESTRA; MARTHA CECILIA
CARDONA HENAO; MARTIN ELIECER DE LAS
AGUAS BELLO; MARTINA CORDOBA DE
BERRIO; NATACHA PIEDRAHITA VALENCIA;
ROSMIRA SUAREZ METRIO; BLANCA CECILIA
CAÑAVERAL; CLAUDIA YANET SERNA
ARANGO; TERESA LOPEZ JULIO; MARLENE
MARIA MARMOL PEREZ; LUCILA MANCILLA
DE GAVIRIA; ENI JHOANNA DELGADO
CORDOBA; CILA MARIA CORREA SEA; LUIS
ALBEIRO MONCADA TREJOS; ARGEMIRO
MANUEL ESPRIELLA CASARRUBIA; ELVIRA
DEL CARMEN LOZANO LOZANO; LUZ DARY
CARVAJAL GRACIANO; ALEXANDRA MUÑOZ
ARIAS; GLORIA ISABEL AGUIRRE; SILVIA

AMPARO GIRALDO DE OBANDO; MARIA DE
LA PAZ BLANDON PULGARIN; DAMARIS
VERGARA TRESPALACIOS; HECTOR DE JESUS
RIVERA MARIN; MARIA DEBORA DUARTE
LOPEZ; MARIA ELENA MONTOYA COLORADO;
ADRIANA MARIA USME CASTANO; ADRIANA
MARLEDY SANCHEZ POSADA; ADRIANA
PATRICIA ISAZA ZULETA; ALBA ESTHER
MANCO; ALBA YANETH BEDOYA;
ALEJANDRA MILENA HOYOS DAVID;
ALEJANDRINA IBARRA; ALEJANDRO IVAN
BASTIDAS CONTRERAS; ALEJANDRO
PALACIOS PINO; ALICIA DE JESUS MANCO
VELEZ; AMANDA DE JESUS GUZMAN; ELVIA
LUCIA BOLIVAR GARCIA; AMPARO DEL
SOCORRO RAMIREZ TORO; AMPARO OSORIO
OSORIO; ANA DE JESUS VALLEJO DE
HERNANDEZ; ANA DOLORES BUENANO
MARTINEZ; ANA JOAQUINA CUESTA
ESCOBAR; ANA JOSEFA ESPINOZA MURIEL;
ANA LETICIA BETANCUR RODRIGUEZ; ANA
MILBIA DURANGO DURANGO; ANA OFELIA
TORRES TORRES; ANA TEREZA MOSQUERA
HURTADO; ANGELA MARIA MONTOYA;
ARACELI SEPULVEDA GUTIERREZ; ARCELIO
ARRIETA LORA; ARNOLIS DEYS GOMEZ
VARGAS; AYDE ROSA FLOREZ MANCO;
BALVINA VILLERO ROSARIO; BELLANIRA
DAVID; BENICIO CORDOBA ROMANA; BERLIS
JULIETH CASTANO BOLIVAR; BERNARDO
LOPEZ ALVAREZ; BIBIANA MARIA
CHAVERRA; BILBERTO WILLIAM QUINTERO
FORNARIS; BLANCA INES PEREZ GIRALDO;
BLANCA LIBIA CANAVERAL BERRIO; CARLOS
ENRIQUE AGUIRRE TUBERQUIA; CARMEN
ALICIA PAZ LOZANO; CARMEN TULIA
ASPRILLA CORDOBA; CENELINA PATRICIA
GALLEGO GARCIA; CESAR AUGUSTO
BOLIVAR RENDON; CLARA ROSA URIBE DE
GUISAO; CLARIVEL AYALA MIRANDA;
CLAUDIA ESTHER MENA MOSQUERA; CLEOFE
CUESTA BLANDON; CONSUELO MENESES
ECHEVERRI; DALILA CARDONA MANCO;
DENIS DEL CARMEN MARTINEZ; DIANA
AMPARO LOPEZ HIGUITA; DINA LUZ
HERRERA PARRA; DINA LUZ LOPEZ ESCOBAR;
DORA ALBA RAMIREZ RESTREPO; DORA

NEIDA DE JESUS ROJAS LONDONO; DORIELA
AMPARO PALACIO; DORIS AREIZA;
EDILTRUDIS DEL CARMEN ARIZAL MACEA;
EDITH AVILA PEREZ; ANA DOLIA BOLIVAR
GARCIA; EDWIN NOLBERTO NIETO TRIANA;
ELA PATRICIA ARCIA SANCHEZ; ELBA
YANETH QUINTERO LONDONO; ELIZABETH
AGUIRRE QUINTERO; ELIZABETH JARAMILLO
ESPINOSA; EMERITA SOFIA GONZALEZ;
ESMERALDA DEL SAGRARIO VELEZ PAREJA;
FABIOLA DEL SOCORRO SERNA DE LEMUS;
FANNY DE JESUS RESTREPO SEPULVEDA;
FANNY DE JESUS RESTREPO ZAPATA;
FRANCIA ELENA MEDRANO CARDONA;
GEORGINA ELENA HERRERA FUENTES;
GEORGINA MARIA DIAZ CALLE; GLORIA
AYDEE GONZALEZ ARBELAEZ; GLORIA
STELLA GRACIANO GALLEGO; GRISELVINA
GOMEZ DE MAYO; GUMERCINDA GAVIRIA
BOLANO; HERMELIA VASQUEZ; HILDA ROSA
MORENO REGINO; IRMA YANETH DUQUE;
JAIRO MANUEL RANGEL PEREZ; JESUS
ALGIDIO MOSQUERA RAMIREZ; JHOJANA
VINASCO ALCAZAR; JHON JAIRO IBARGUEN;
JOHN KENNEDY MANCO CLAVIJO; JOSE DE
JESUS VARELAS; JOSE FAUSTINO GIRON
IBARGUEN; JOSE RAUL CORREA ROJO;
JULIANA LOZANO MOSQUERA; LAURA
VERONICA RESTREPO VILLA; LEONOR OLIVA
RENTERIA MURILLO; LETICIA DE JESUS
ROJAS CARDONA; LIGIA ESTHER CORREA
CARMONA; LILIAN MELANIA RAMIREZ
PEREA; LILIANA PATRICIA LOAIZA URREGO;
LINDA DISNEY MORANO PAREA; LUCELLY
JOHANA JARAMILLO VELASQUEZ; LUCIRIA
AGAMEZ GODOY; BRUNILDA MENA; LUIS
ALBERTO BARRIOS IRIARTE; LUZ AIDEE
GALEANO CASTANO; LUZ ALBA FLORES DE
JARAMILLO; LUZ DARY LUNA MAKEW; LUZ
DARY MONTOYA MORENO; LUZ DARY USUGA
CELADA; LUZ EDILIA GOEZ OSARIO; LUZ
ELENA OSORNO OQUENDO; LUZ GLADYS
HIGUITA CARO; LUZ MARINA CORDOBA
VALENCIA; LUZ MARINA URREGO USUGA;
LUZ MERY GUERRA FERIA; LUZ MERY
PUENTES VERGARA; LUZ MIRYAN SERNA
LOPEZ; LUZ NEY RUIZ BUSTAMANTE; LYDA

NARIA MORENO MONTOYA; MAMERTA
BERTEL DE PESTANA; MANUEL ANTONIO
CORCHO ANAYA; MANUEL DE JESUS
CORDOBA MENA; MARGARITA VASQUEZ
CARDENAS; MARGARITA ISABEL MUNOZ ;
MARIA ALBERTINA TORRES OSORIO; MARIA
ANGELINA PARAMO CARRANZA; MARIA
BERGELIA MOSQUERA CHAVERRA; MARIA
BERTILDA GIRALDO ; MARIA CLEOTILDE
ASPRILLA LOPEZ; MARIA CONSUELO URREGO
DE HERRERA; MARIA DANILA MOSQUERA;
MARIA DE LOS ANGELES OSORNO; MARIA
DEL ROCIO ROLDAN VELASQUEZ; JAUDITH
PETANA CUADRADO; MARIA DOLORES
OSPINA DE MESA; MARIA DORALINA
MOSQUERO ORTIZ; MARIA EDILMA PENA
USUGA; VICTOR SEPULVEDA; MARIA ELENA
ANDRADE CORDOBA; MARIA EPIFANIA
PALACIOS MOSQUERA; MARIA ERNESTINA
RIVERA USUGA; MARIA ESTHER TREJOS
MACHADO; MARIA EUGENIA UBALDO
CUESTA; MARIA EUSMELIA PIEDRAHITA
PUERTA; MARIA EVANGELINA CANAS DE
MORALES; MARIA FLORIPES VELASQUEZ
ALVAREZ; MARIA GEORGINA BALLESTEROS
RODRIGUEZ; MARIA GRACIELA HERRERA DE
GIL; MARIA GUDIELA GIL HERRERA; MARIA
IDIANI HERNANDEZ MANCO; MARIA LA LUZ
SOSA SOSA; MARIA LILIA BLANDON
BLANDON; MARIA LUCELLY QUINTERO DE
GRACIANO; MARIA LUCIA RESTREPO SOSSA;
MARIA LUZ MILO GIL HERRERA; MARIA
LUZMILA ORTIZ; MARIA OFELIA LARGO
ALVAREZ; MARIA ONELIA CORREA DE MESA;
MARIA ROCIO RESTREPO ZAPATA; MARIA
ROSA FIGUEROA PENA; MARIA ROSMIRO
CANO CANO; MARIA SABINA MARCIANA
RIVAS; MARIA YOLANDA MUNOZ MARIN;
MARIELA ARBELAEZ GIRALDO; MARINA DE
JESUS HOYOS RIVAS; LUBIS RAMOZ JIMENEZ;
MARTA CECILIA SEPULVEDA SANCHEZ;
MARTA OLIVA MARIN BETANCUR; MARTHA
INES ARIAS SANCHEZ; MARVELIS MARQUEZ
MORELO; MERCEDES DEL SOCORRO HIGUITA;
MERCEDES VIVE DE PRIETO; NASIRA SOFIA
MONTALVO MACEA; NELLY ESTER SOLAR
JIMENEZ; NELSY MARIA PENAFIEL ESPITIA;

MARGARITA DEL CARMEN REDONDO
ESPITIA; NERY NICOLASA QUINTERO
AGUDELO; NESTOR ALBERTO MOYA
VARGAS; NILSAN MENA MOSQUERA; NOELBA
SEPULVEDA OTALVARO; NORA ELENA
RIVERA MARIN; OFELIA INES SABAS
SANCHEZ; OVIDIO DE JESUS ARROYABE
CORREA; PASTORA DURANGO; PEDRO
FRANCO RUIZ; REYNIT MARTINEZ GARCIA;
ROCIO ALVAREZ; ROCIO AMPARO
VELASQUEZ GUISAO; ROSA BASILIA
RAMIREZ SANCHEZ; ROSA ELENA DURANGO
PULGARIN; ROSA ELENA SERNA SERNA; ROSA
MARIA GOMEZ SEPULVEDA; ROSA MARIA
YEPES GIRALDO; ROSA MIRIAN GONZALEZ
OSORIO; ROSALBA JIMENEZ LOPEZ; ROSALBA
DURANGO; ROSALBA MONTOYA TORO;
ROSALBA OSPINA DE BENITEZ; ROSIRIS DEL
CARMEN MORALES; RUSMIRA BARRIOS DIAZ;
RUTH ISABEL MEJIA VILLA; SANDRA MILENA
PACHECO BEDOYA; YADIRA MORENO
PALACIO; SATURINA MORENO PEREA; SONNY
DEL CARMEN RENTERIA DE ESCOBAR;
TANISLADA SALAS ROMANA; TONY CORREA
SERPA; TRANSITO ASENAL TOVAR
SANCLEMENTE; WALTER JAVIER MADRIGAL
GOEZ; YAMID HURTADO CORDOBA; YONIS
OVEIS CORCHO GONZALEZ; ZULMA MARIA
GUERRERO PALACIO ; NORIS DEL CARMEN
FLOREZ PEINADO; LUIS ALBERTO GUZMAN;
CLARA ELENA CORDOBA MESA; CLAUDIA
ELENA MURILLO VELEZ; LILIANA PATRICIA
ORREGO GONZALEZ; MARLYN ARCOS DE
ARCOS; ALICIA CASALLAS QUINTERO; AMIN
CAVADIA LEMOS; HERMELINDA COGOLLO
FUENTES; ANA DE JESUS AREIZA DE
RODRIGUEZ; ANA DELIA DUARTE CASTANO;
ARACELY ARANGO MAZO; ARMINDA
MOSQUERA IBARGUEN; ASTERIO MENDOZA
MOSQUERA; BERCELIA ROSA MARTINEZ
ZABALA; CLAUDIA PATRICIA GUZMAN
BORJA; DIANA MARIA ORTEGA OQUENDO;
DOMINGO ANTONIO TAPIA HERNANDEZ;
EDELMIRA PADILLA MORENO; ELIAS
MANUEL BALLESTA BERROCAL; FELIPA
MURILLO IBARGUEN; GLORIA NELLY DAVID
GIRALDO; JAZMINY ORTIZ MENDOZA;

LAURINA AGUEDA NARVAEZ RAMOS;
LEOCADIA MARMOLEJO PALACIOS; LUZ
MARY URANGO RIVAS; MARCELINA
CABRERA MORENO; MARIA IDALIA GALLEGO
DE BATISTA; MARIA LAURA GOEZ ARANGO;
MARIA OMAIRA FRANCO VASQUEZ; MARIA
SALOME URRUTIA; MARLENY DEL SOCORRO
JARMILLO; MARTHA INES CHARRASQUIEL
SOLAR; MARTHA LUCIA PORTILLO GENES;
MIRIAM DUARTE PUERTA; NERY
CHARRASQUEL SOLAR ; ORLANDA DUARTE
PUERTA; ROSA ESNEDA GUISAO HIGUITA;
ROSMIRA GUISAO DE LOPEZ; SIXTA CLEDIS
PEREIRA MARTINEZ; SUSANA MARIA BRAVO
ESPITIA; TEOLINDA EVAGELISTA CORDERO
SANTOS; EVERLIDES DEL SOCORRO PALACIO
HINESTROZA; HECTOR BELTRAN CUESTA;
LUZ MARINA RESTREPO ARREDONDO;
ADIJANDRO ARQUINOC ALVAREZ ARANGO;
AIDA PATRICIA MOLINA GONZALEZ; ALFIDIO
TORRES MERCADO; ANA ELVIA BENITEZ
ROJAS; ANA JOSEFA GAVIRIA DE VALENCIA;
ANA LUCILA SEPULVEDA SERNA; BERTA
PERTUZ DE BRAVO; BLANCA MARY CANO
VELASQUEZ; DORIS TABAREZ HIDALGO;
DUBER ANTONIO PAYARES GRACIANO;
ELIDIA GIL; ELIZABETH RAMIREZ RAMIREZ;
ENA JUDITH PITALUA CLEMENTE;
ESPERANZA DEL SOCORRO LUJAN; GABRIELA
BOTERO DE BOTERO; GABRIELA DURANGO
DE PENA; GEORGINA CARDONA OQUENDO;
GLORIA INES MARIN VELASQUEZ; GLORIA
PATRICIA RINCON MORENO; GUILLERMINA
TORDECILLA GULFO; ILUMINADA DEL
CARMEN LAMBERTINO DE ESPITIA; LEIDY
JOHANA ARIAS CUARTAS; LUIS ALBERTO
NUÑEZ PEÑA; LUZ DARY OSORIO ARIAS; LUZ
ELENA MORENO GARCIA; LUZ MARINA
DURANGO ARANGO; LUZ MARINA MANCO
JARAMILLO; LUZ MARINA USUGA AGUIRRE;
LUCENI ESCOBAR HIGUITA; LUZ MARY
RODRIGUEZ BERMUDEZ; MARIA ADELINA
DAVID DE GUISAO; MARIA DORIS CUARTAS
PARRA; MARIA EMILSE VILLEGAS
ECHAVARRIA; MARIA ESTHER OCHOA;
MARIA GLABED LONDONO AGUIRRE; MARIA
GUMERCINDA ASPRILLA; MARIA LIGIA

9

HINCAPIE HINCAPIE; MARIA VICTORIA
CARMONA GARCIA; MARICELA ZEA CORREA;
MARISOL CORDOBA PALACIOS; MARTHA
INES MEJIA PERTUZ; MARTHA LUZ AYAZO
GOMEZ; MILDA RUIZ PEDIATA; OMAIRA
CUADRAOLO TORRES; REMBERTO JOSE SAEZ
MARTINEZ; ROBERTO MANUEL MORA
MONTERROSA; ROSA MAGNOLIA GUISAO
SEPULVEDA; ROSIRIS DEL CARMEN SIBAJA
MARTINEZ; SANDRA PATRICIA AGUILAR;
SERAFINA RENTERIA MARTINEZ; YAIDI
ROMAN SANTACRUZ; YUDY PAOLA
AGUDELO MOLINA; ANTONIO MARIA
RESTREPO; HERNAN DE JESUS
SERNA; JHON MARIO MUÑOZ RUIZ; JOSE
EFRAIN GIL JIMENEZ; LUZ AIDA SERNA
VARGAS; ROSA ADELFA MUNOZ VASQUEZ;
ROSA EMILIA CARO DE BERMUDEZ; BLANCA
ISABEL CORCHO AVILA; EDILIA ESTELLA
ALZATE DIEZ; ESMERALDA MARIA AVILA
LOPEZ; GLORIA EUGENIA MUNOZ; LUZ NELLY
SANCHEZ VILLAREAL; MARIA CONSUELO
RAMIREZ; MARIA DEL CARMEN HERNANDEZ
NEGRETE; MARIA ELENA POSADA DE
SANCHEZ; MARIA ISABEL RIVAS RAMIREZ;
MARIA ROSBENY GUTIERREZ ; MARIA
SENOBIA SERNA RENGIFO; MARIA VICTORIA
MONCADA VELEZ; MARTHA YOLANDA
ECHEVERRY QUINTERO; ONELIA ELVIRA
ROMANA PEREZ; ORFELINA DE JESUS TIRADO
SAYA; REYES SANTOS GONZALEZ HERRERA;
CESAR ADOLFO SEPULVEDA TORRES; LUZ
MARINA TUBERQUIA OSORIO; MARIA DEL
CARMEN POSADA ; MARIA RENE MURILLO
RENTERIA; CARMEN EMILIA ROLDAN
CORTES; LILIANA EUGENIA MARIN PATINO;
LUZ AMPARO RAMIREZ BOTERO; LUZ NELLY
RIOS OSPINA; MARGARITA FERNANDEZ DE
CASTAÑO; MARIA NILIA OCAMPO TORO;
RAMON ANTONIO SANCHEZ GARCIA; ROCIO
DEL SOCORRO UPEGUI LOPEZ; RUBEN DARIO
GOMEZ PINEDA; SANDRA MILENA GONZALEZ
BRAVO; ANA LIGIA CIFUENTES DE HIGUITA;
MARISOL SANCHEZ ALVAREZ; FLOR MARINA
VASQUEZ URREGO; ADRIANA MARIA OSPINA
FERNANDEZ; MARGARITA CAMPIÑO
GUTIERREZ; MARIA DEL SOCORRO

ARROYAVE; MARIA EVELIA TABORDA
TABORDA; MARTA ELENA RODRIGUEZ
CARVAJAL; MARTA LIA ROMAN; NUBIA
AMPARO QUINTANA QUINTANA; YURI
ANGELICA ARROYAVE; ALICIA TORO
RAMIREZ; ARACELLY MARIN; CARMEN TULIA
BEDOYA BEDOYA; CLEOTILDE HOYOS
RAMIREZ; GLORIA MARIA MARULANDA
RODRIGUEZ; LUZ ADRIANA GONZALEZ
OCAMPO; BLANCA RUTH OSORIO GUTIERREZ;
REINALDO DE JESUS CHAVERRA MOLINA;
ALBA USUGA; AMPARO OCANO MOGOLLON;
ARACELLY DEL CARMEN RODRIGUEZ;
ARACELLY GRACIANO CATANO; CARMEN
TULIA VASQUEZ ARREDONDO; CASIMIRA
PALACIOS CABRERA; CLARIVEL BORJA
CARTAGENA; DIOSELINA GOEZ ARANGO;
DORA EUGENIA CHAVERRA ECHEVERRY;
ELENA CORDOBA MOYA; ETELVINA ERCILIA
PINEDA; GLORIA CECILIA ARANGO; GLORIA
ESTELLA MONTOYA; GLORIA YANETH
MOSQUERA; GUILLERMINA AYAZO FLOREZ;
INES MARIA MARTINEZ MONTOYA; JORGE
PALACIOS BOLIVAR; JOSE PLUTARCO
RESTREPO LOPEZ; LUZ ELENA PEREZ
BEDOYA; MAGDALENA DEL SOCORRO RIOS
MARIN; MARIA AMPARO OCAMPO BEDOYA;
MARIA CRUZ ELENA MENA RENTERIA; MARIA
DEL ROSARIO ARIEZA DE TORRES; MARIA
MARGARITA JARAMILLO; MARIA MARIBEL
RAMIREZ AGUDILO; MARIA NAZARETH
LONDONO MONSALVE; MARIA NUBIA
HIGUITA HIGUITA; MARIA NUBIA RAMIREZ
CANAVERAL; MARIA OFELIA TORO BAENA;
MARTA ELENA LOAIZA OROZCO; MARTHA
GLADIS SARASTY; MARTHA INES LOAIZA DE
LONDONO; MARTHA RUTH HENAO
BALLESTEROS; MONICA CECILIA PUERTA
GOMEZ; PEDRO DAVID HERNANDEZ RIVERA;
RIQUILDA DEL SOCORRO ESPITIA QUESADA;
RUTH DEL CARMEN CASTRO PALACIO;
WILLIAM CASTANO ; JUDITH MARIA PALACIO
SANCHEZ; ALCIRA HERNANDEZ LUNA; ANA
DE JESUS MOSQUERA DE PALACIOS; ANA
DEVORA AGUDELO ARENAS; LUZ MARIELA
VALDERRAMA CASTANO; ANA DILMA
HERRERA COSSIO; ANA LUCIA CONTRERAS

TORDECILLA; AURELIA VARGAS CHALA; BERGNUIL DEL CARMEN REYES PEREZ; CARMEN EMILIA QUEJADA URREGO; CARMEN ROCIO ZAPATA RODRIGUEZ; CONSUELO GUZMAN PADIERNA; DARIO DE JESUS MARIN RESTREPO; DIONISIO MEDRANO MEDRANO; DORA ISABEL SANCHEZ MEJIA; EDWIN DE JESUS ARANGO CANO; EUDILIA ROSA DIAZ HERNANDEZ; FLOR ELENA ECHAVARRIA OSORIO; GLORIA INES GOMEZ; GREGORIA VALENCIA; HECTOR GABRIEL CASTANEDA BUILES; JOSE DE JESUS CASTANO OLEA; JUAN SEVERO OBREGON SERNA; LUCELYS CHIQUILLO CASARRUBIA; LUZ MILA DE JESUS VELASQUEZ MANCO; LUZ MILA DURANGO DURANGO; LUZ NERINA CARVAJAL CARVAJAL; MARIA DE JESUS ZARZA ESCOBAR; MARIA DE LOS SANTOS HERNANDEZ; MARIA ELIAS PALENCIA MORELO; MARIA ESTHER OCHOA; MARIA GEORGINA TORRES; MARIA JOSEFA JIMENEZ GOMEZ; MARIA MERCEDES RODRIGUEZ DE BETANCUR; NANCY BANDA GENES; NORIS ISABEL GARCES MOGROVEJO; OLGA PATRICIA USUGA LOAIZA; ONAIDA ISABEL CABRERA YORENTE; OSIRIS TORDECILLA SOTELO; OVIDIO ESPINOSA; PEDRO MANUEL CHIMA SALGADO; REMBERTO FREDY ROJAS CHICAS; ROSALBA LOAIZA; YAQUELINE ALBAREZ GIRALDO; ANGELA MARIA MESA HERNANDEZ; ANGELA MARIA SABALA GAMBOA; DINA LUZ NAVAS GUERRERO; GLADYS MARIA PALOMEQUE RIVAS; MARCELINO PAJARO TORDECILLA; MONICA LILIANA TRUJILLO CEDENO; REINERIO PALACIOS MOSQUERA; RENAN PEREA RAMIREZ; ROSALBA BARRIOS DIAZ; RUTH FANERY OCHOA SALGADO; PORIFIRIO MANUEL GONZALEZ CARRASCAL; REYES BERRIO BLANCO; ENELSY PEREZ LINAN; ELDA DE JESUS CARDONA CASTAÑEDA; GLORIA ELSY LOPEZ MUNERA; MARTA LUCIA MARIN PATINO; ADELAIDA DEL CARMEN RUIZ RUIZ; MARTHA DEL TORO RICARDO; PURIFICACION GARCIA SEVILLA; ROSIRIS DE LOS ANGELES GONZALEZ LAMBERTINEZ; TERESA DE JESUS VALENCIA TOBON; MARIA

ELENA CASTRO PATIÑO; MANUEL SALVADOR
BLANDON CASTAÑO; LUZ AMPARO JIMENEZ
VASQUEZ; BETILDA ROSA CORREA YANEZ;
LANDA SURIS JIMENEZ; ADA LIRIS
MARULANDA LOPEZ; ADRIANA PATRICIA
GALINDO; ALBA MARIA ROJAS GUTIERREZ;
ALBA ROSA ARBOLEDA DE OQUINDO; ALIRIA
ARIAS NABALES; ANA ESCILDA PINO PEÑA;
ANA EVA BRAN DE PALACIO; ANA LUISA
FRANCO DE MORELO; ANA MERCEDES
GARCIA ECHAVARRIA; ARELIS DEL CARMEN
ROMERO ARCIA; BENILDA MOYA CORDOBA;
BETY YULLY VIVAS PALACIOS; MARGARITA
NAVARRO PINEDA; CANDIDA MARIA
MUENTES MANJARREZ; CARLOS ALBERTO
GONZALEZ TABORDA; CARMEN QUINTANA
NOBLE; CASILDA YEPES CORREA; CONSUELO
MARTINEZ LAN; CRUZ ELENA VASQUEZ
MONTOYA; DADA ALBERTA MARTINEZ;
DAISY JUDITH RICARDO BARRIOS; DAMARIS
GUERRERO HIBARGUEN; DARIS ENIDIA
VARELA GARCIA; DARLIS PALMA
MOSQUERA; DIANA LISBET BEDOYA
GRAJALES; DILMA MARIA MOLINA AREVELO;
DIOSELINA MOSQUERA PALACIOS;
DIOSELINA OTALVARO TORO; EDELMIRA
CONTRERAS MARTINEZ; EDENIA SOLAR
BATISTA; ELENA BELLO ESPITIA; ELENA DEL
SOCORRO HERRERA LOPEZ; ELIBARDO
SANTO MENDOZA CAUSIL; ENERGIDA NERY
SALGADO VITAL; ESTEBANA DE JESUS
CASTILLO BELTRAN; EUGENIO CALAZAN
SALGADO; FALCO NERY QUIROZ LOPEZ;
FANNY MOYA RIVAS; MARILENY BECERRA
MARTINEZ; FARID YINET ARIAS GARCIA;
FELICIDAD LEMOS AVILA; FENIZ MOYA
GUTIERREZ; FIDENCIA GUERRERO JULIO;
FRANCISCA RODRIGUEZ RAMOS; GERTRUDIZ
RODRIGUEZ; GLADIS IBARGUEN MOSQUERA;
GLORIA EMILSE HIGUITA FERRERO; GLORIA
ESTELLA BEDOYA ZAPATA; GREGORIA
QUEJADA GALVAN; GUSTAVO ANTONIO DE
LEON AGUAS; INDIRA ELENA NAVAS PEREA;
IRISOL MONTES GOMEZ; ISABEL ROSA FERIA
SUAREZ; JOSE MANUEL BERTEL BUELVAS;
JUAN SANTIAGO GOMEZ ARIAS; JUANA
GARCES LOPEZ; KATERINE VELASQUEZ

TERAN; LEDIZ MARIA RENTERIA ROBLEDO;
LILIANA JIMENEZ LONDONO; LUCILA GOMEZ
CHARRIS; LUCINA MANCO BONILLA; LUIS
ALFREDO BETANCUR VALENCIA; LUZ DENIS
PENAGOS CORREA; LUZ MALLIBI
BETANCORTH IMBA; LUZ NERY OSORIO
HERNANDEZ; LUZ SORAYA ARANGO
RODRIGUEZ; LUZMILA RIVAS ROBLEDO;
MARCO ANTONIO QUEJADA JIMENEZ;
MARGARITA PADILLA MORELO; MARGARITA
CHICA CHICA; MARI DEL SOCORRO
GUTIERREZ; MARIA CEMIDA CANO CANO;
MARIA DEL SOCORRO LONDONO; MARIA
ELIUD AGUIRRE DE USUGA; MARIA LUISA
MEDINA MOYA; MARIA OCTAVINA BERRIO;
MARIA ROSMIRA GRACIANO GRACIANO;
MARIA YOLANDA HERRERA OBANDO;
MARIALA PAS CORDOBA VALENCIA;
MARIANA RIVAS ROBLEDO; MARLENIS
VELASQUEZ; MARY DEL SOCORRO
GUTIERREZ; NANCY ESTELLA ESTRADA
VELOZA; NANCY RAMOS CORDOBA; NATALIA
ANDREA ZUNIGA LOPEZ; NELBO ESTER
BERRIO CASTANO; NELIDA PEREIRA PAEZ;
NETYS MARINA TAPIA RAMIREZ; NICANOR
MENA ESCUDERO; NUBIA GUTIERES
QUEJADA; NUBIA SHIRLEY VASQUEZ TORO;
NURY LUCIA MARZOLA SAEZ; OCTAVIO
ANTONIO RUEDA GOMES; OLGA CECILIA
RESTREPO OCHOA; OLIVIA CORDOBA
MELENDEZ; PETRONA JOAQUINA GUERRA;
POLICARPA RAMOS SALGADO; ROSA MARIA
MOSQUERA MOSQUERA; ROSALBA GOMEZ
DE HIGUITA; ROSALBA MADERO BLANCO;
ROSALBA PEREZ MORENO; ROSALBA VIBA
MENAS; ROSARIO BERRIO DE TRESPALACIO;
RUTH OMAIRA MOSQUERA CORDOBA;
SANDRA PATRICIA FIGUEROA LADEUS;
SANDRA PATRICIA GRAJALES UPEGUI;
SANDRA PATRICIA MORENO HERNANDEZ;
SARIDY ROJAS ORDONEZ; SEGUNDO
RUBIDES; SERGIA CAMACHO CASTRO;
SUSANA MARIA JULIO SUCERQUIA; TERESA
TRILLO NAVARRO; VIRGELINA PEREZ
ARGUMEDO; VIRGINIA VALENCIA BALDRICH;
WALTER ROMERO RAMOS; YASMIN INES
RODRIQUEZ; YASNEY TOVAR JULIO; YUDIS

ESTER MADRID SUAREZ; MARIA DEL
ROSARIO DAVID GUZMAN; ANA EVA GARCIA
GIRALDO JAIRO LEAL; ANA EVA GARCIA
GIRALDO; JORGE ELIECER PALACIOS
HURTADO; JOSE LUBIN CORDOBA CUESTA;
JOVITA PEREA GUARDIA; ALVARO ANTONIO
RODRIGUEZ; GLORIA EMILSE CASTAÑO
MAYA; YULIETH PAOLA COGOLLO
RODRIGUEZ; MARIA CECILIA MARTINEZ;
NIDIA MATURANA GARCIA; ANDREA
SANTOYA HERNANDEZ; KATIA MARIA
CAUSIL NIETO; YSTAR PRADO ASPRILLA;
JOSEFA PRIMERA POLO; MARTA CECILIA
CASTRILLON LOPERA; FLOR NOHELIA PENA
DURANGO; ANA LIGIA OCAMPO MONTES;
ISABEL BARRAGAN CORTEZ; CELMIRO
CORDOBA GAMBOA; MARIA FERNEDYS
GUISAO VILLA; DIOSDADA RIVAS MORENO;
MARIA DE JESUS MORENO MARTINEZ;
MATILDA SERRANO GARCIA; ROSA MARIA
CORDOBA MANCO; SIRIS PRETEL DURANGO;
GERARDO MEDRANO SANCHEZ; RAQUEL
RAMIREZ PALACIO MOSQUERA; LUZ MARY
GAMBOA CUESTA; NEYIS CAICEDO DE
GARCES; NINFA TORRES VERA; VISITACION
ROA RAMIREZ; ARCADIA MARIA ROMANA
ROMANA; CONCEPCION LEMOS MORENO;
DINA LUZ PEREZ POLO; DIOCELINA DEL
CARMEN JENEY VERGARA; EDER LUIS PEREZ
ROJAS; ELENA CONTRERAS TORDECILLA;
ELIZABETH CALDERON GALVIS; HERMINIO
ARRIAGA SERNA; JUANA ROBLEDO RIVAS;
LIBORIA RENTERIA CORDOBA; ANA TERESA
CORDOBA CORREA; LINA PATRICIA PEREZ
QUINTO; LUIS FERNANDO CORDOBA
PALACIOS; MARLENY GIRALDO GARCIA; NUR
ROSA CORCHO ANAYA; OFELIA PALACIO
COSSIO; RAMON GONZALO RENTERIA
PALACIOS; ROBERTO ENRIQUE BARRIOS
REYES; ROSA ELERNY SALAS CUESTA;
SUREYA VALOYES CAICEDO; TOMASA
MANYOMA CORDOBA; YENNY ZAPATA
NAVARRO; NURMA MORENO TORRES; DIANA
ESTER VALOYES SALAS; ELEIDA DIAZ
SILGADO; ELIDA BELENO DE GARCIA;
SALVADORA VARGAS CORDERO; ADELA
SOFIA SUAREZ MONTIEL; JAIRO DE JESUS

ALVAREZ PADILLA; ANATILDE CARVAJAL DE MARTINEZ; ROSA ANGELICA DUARTE; PAULA ANDREA MONTOYA BLANDON; SOL MARIA BASIL BEDOYA; GLEN GONZALEZ TORRES; SHIRLEY JOHANA PENA PENAGOS; ELVIRA MARIA BERRIO GOMEZ; DEYANIRA DEL CARMEN PEREZ; CARMEN TULIA CORDOBA CUESTA; SANDRA MILENA GARCES PRIOLO; LUZ MARINA MONTOYA CARVAJAL; JUAN CARMILO POSADA LOPEZ; BLANCA MIRYAM SIERRA HERNANDEZ; JULIA ROSA URREGO; MARIA MARGARITA CALLE DE VILLA; ARINDA DEL SOCORRO MONTES TUIRAN; MARIA HERSILIA CARMONA; MARIA CATALINA MOSQUERA MOSQUERA; CARLOS ENRIQUE MUNOZ ECHAVARRIA; JHON JAIRO ANAYAS; MIRIAN RENTERIA ASPRILLA; NANCY DEL CARMEN OQUENDO MAZO; SECILIA PALACIO MOSQUERA; EIDA MARIA ASPRILLA; RUBICELLY PIEDRAHITA GONZALEZ; MARIA OLIVA VALLEJO; ORFELIA NELLY QUINTERO RESTREPO; CARMEN GLORIA PAZ MOSQUERA; EUSEBIA SEPULVEDA SEPULVEDA; MARIA BERENICE MONSALVA LOPEZ; ALBA JEANY YEPES MORALES; ANGEL DARIO CANAS BUILES; MARCELINA VALENCIA MARTINEZ; GLORIA GLADYS VILLA RESTREPO; SONIA IRENE PALACIO RENTERIA; JULIO CESAR ALVAREZ VALENCIA; AMELIA ROSA REYES VERTEL; DORA ALBA PEREZ DE MASO; ARISTARCO PALACIOS HINESTROZA; BERNARDO ADAN ALZATE VILLA; SAMUEL RODRIGUEZ HERNANDEZ; JULEY KARINA RIASCOS MORENO; LUZ ESTELA UPEGUI DE PEREZ; ELIDA DEL CARMEN LOPEZ CUELLO; MERCEDES SANMARTIN BERRIO; GLORIA AMPARO DURANGO GIRALDO; MABEL LETICIA CARMONA LAVERDE; FRANCISCA CUESTA ESPINOSA; LUZ ALEIDA CORREA RESTREPO; ROSELY MARIA PEREZ GARCIA; FABIOLA DE JESUS TRUJILLO GIRALDO; JUANA PAULA MOSQUERA RAMIREZ; MARIA CARLINA ARENAS; SANDRA BIBIANA YAGARI MORA; YULIANA MONSALVE LOAIZA; JUANA LEONOR PADILLA VALOYES; LUZ MERY HERNANDEZ HERNANDEZ; ORFELINA

PANESSO PRENS; DORA ELENA TAMAYO;
SARA INES DAVID TORRES; ANA CARMELA
YANEZ ALVAREZ; LUCIA CARTAGENA
MORENO; SARA ESTER ORTEGA ZAPATA;
FABIOLA PEREZ OLIVEROS; EMPERATRIZ
MARQUEZ PATERNINA; MARIA ELCIRA DEL
SOCORRO LONDONO DE MESA; PATRICIA
MUNOZ CASTRO; ROSA ELVIRA LONDONO;
NOEL MELCHOR QUEJADA CHAVERRA;
MARIA MARLENEY CANAVERAL LAVERDE;
ROSA ELENA MARIN DE GALLEGO; DOMINGA
PREN CORDOBA; ALONSO DE JESUS SALAS;
JUDITH CORREA MARTINEZ; MOISES
SANTACRUZ SILGADO; GLORIA MARIA CARO;
DORA LIBIA CASTANEDA MONTES; SANDRA
MILENA OSPINA ALVAREZ; JORGE ELIECER
MARTINEZ GONZALEZ; MARIA EVA CANO
MACHADO; SHIRLEY YULIANA HERNANDEZ;
MARIA ANGELICA USUGA DUARTE;
GERTRUDIS MORENO MESTRA; EUGENIA
MENA HINESTROZA; MANUEL SALVADOR
TABARES GARCIA; GLORIA CRUZ ANA MESA
FRANCO; PETRONA GALE TORRES; MARIA
CERAFINA VALENCIA CAICEDO; LUZ MARINA
SALGADO SANCHEZ; LUZ NANCY
HINESTROZA MOSQUERA; MARTHA
LONDONO MOSQUERA; CONSUELO RIVAS
CARVAJAL; BEATRIZ ZAPATA QUICENO;
GLADYS EMILSE SUAREZ GUISAO; YUDIS
ARTEAGA PEREZ; GEOVANIS SANTANA DIAZ;
MIRYAM DEL SOCORRO VARELA GUISAO;
ANA ELIZABETH VALLE HIGUITA; LIRIA ROSA
GIRALDO MONTOYA; SANDRA MILENA PINO
SOTO; LUZ AIDA RUIZ; MARIA DE LAS
MERCEDES CABADIA ANAYA; MARIA
ROSALBA OCAMPO MORALES; RUBIELA
SIERRA MARTINEZ; CARMEN ELENA BEDOYA
REYES; HERIBERTO CALDERON CANO;
MARTHA CECILIA ARIAS RODRIGUEZ;
MARLENY HOLGUIN DAVID; YAMITH JOSE
MACIAS NAVARRO; ENCARNACION ROMANA
BLANDON; LUZ MERIS HIGUITA; RUBY
ESTELLA AGUDELO CASTANEDA; ANA LIRIA
VARELA DE AGUIRRE; PEDRO NEL
VILLARREAL CASTILLO; MARIA LICELLA
BEDOYA CORREA; LUZ EDILMA PALACIO
CORDOBA; MARTHA NELLY GEORGE GANAN;

OFELIA MOSQUERA PALACIOS; ANA LUCIA
ORTIZ NOLASCO; MARIA CONCEPCION
HOYOS DE HOYOS; AMALIA SERNA DE
QUINTERO; GLORIA AMPARO HERNANDEZ
PEREZ; BERTA GULFO HERRERA; LUVIS DIAZ
MENDOZA; TERESITA DE JESUS QUIROZ DE
ROLDAN; MARGOT VARGAS BENITEZ;
MIGUEL MARIANO VASQUEZ GUERRA; ALBA
LUZ ALVAREZ PAEZ; LUZ NERY  MARTINEZ
RODRIGUEZ; JOSE JULIAN BENITEZ URREGO;
RUBY TATIANA CIFUENTES CARO; EVA DE
JESUS  VANEGAS AGUDELO; LUZ MIRIAM
ROLDAN GOMEZ; LUZ MARINA ARIAS PEREZ;
LUIS FERNANDO PALACIO DIAZ; ELVIA ROSA
DAVID; BLANCA GIRALDO DAVID; YURANI
ANDREA ALVAREZ ZAPATA; LUZ DARY
BATISTA ANAYA; NORELIA VALDERRAMA
BEDOYA; BLANCA ROCIO BENJUMEA
CEPEDA; MARIA CONSUELO AREIZA AREIZA;
JHONY ALEXANDER MORENO RENTERIA;
OSCAR LUIS CHARRASQUIEL GARCIA; LUZ
ESTELA MENA MENA; CARMEN DEL TORO
JIMENEZ; LUZ ELENA  ZAPATA ROJAS;
ANGELICA MARIA VALLESTERO VARGAS;
ANA MORELIA VALDERRAMA DE MANCO;
ROMELIA GUISAO LOPEZ; LUZ MILA
MOSQUERA MARTINEZ; MARIA DEL
CONSUELO RUIZ CUADRO; LEONEL AREIZA
TAMAYO; BEATRIZ ELENA GRACIANO
CARDONA; LUZ MARINA PEREA HURTADO;
LUDYS DEL SOCORRO MIRANDA
SOTOMAYOR; BLANCA INES HENAO RUIZ;
DORA ANGELA DAVID BEDOYA; MONICA
ALEXANDRA ESCOBAR MANCO; LUZ MIRIAM
TUBERQUIA; INES JANET MARTINEZ
ECHAVARRIA; YERLY DEL CARMEN
MACHADO MURILLO; NARCISO MARTINEZ
RAMOS; ROSANA PINEDA DE LOPEZ;
RAFAELA COA BLANQUICET; GLADIS ISNELIA
ALZATE; MARIELA  VASQUEZ MARIN;
BLANCE LILIA PEREZ GUERRA; ELIZABETH
MINA MARMOL; YENIX DE LOS SANTOS
GONZALEZ FAJARDO; ARGENIS DE JESUS
MURILLO; FARA MARIA VACA VIUDA DE
CATANO; CATALINA DEL CARMEN ARTEAGA
RUIZ; ELVA DEL SOCORRO ARIAS TRUJILLO;
ANA SENET GUISAO PUERTA; HERMES

ANTONIO RAMOS ORTEGA; ALEXANDRA
BIBIANA ACEVEDO FLOREZ; DAMARYS
CASTRO GIRALDO; REINALDO AGUIRRE
RODRIGUEZ; DIOSELINA POSADA TORRES;
BLANCA ROSA JIMENEZ DAVID; LUZ MIRYAM
TABORDA RODRIGUEZ; MARIA MARLENE
ARIAS ESTRADA; MARIA OLIVA HIGUITA
GUTIERREZ; LUZ ROSMIRA ARENAS
DURANGO; ANIBAL SEPULVEDA USUGA;
JUANA CRISTINA BENITEZ LARGACHA;
GLADIS BARBA PADILLA; MARIA INES
VELASQUEZ FLOREZ; MARIA EMILSE ZAPATA
LOPEZ; SAMUEL DE JESUS MENDOZA PLATA;
LIBARDO ANIBAL VARGAS RIVAS; JUANA
BAUTISTA CHAVARRIA DE MARTINEZ; MARIA
EDERGIRIA HERNANDEZ; NANCY NEDY
MARTINEZ CHAVARRIA; ALEXANDRA
BENITEZ; CATALINO ANTONIO BEDOYA
AGAMEZ; MAGNOLIA ARIAS GUERRA; MARIA
EUGENIA PADILLA HOYOS; MIRYAM DEL
CARMEN ARRIETA; MARGARITA CORDOBA
ALVAREZ; LIBARDO DE JESUS ABROLEDA
PIEDRAHITA; LUBIN ARMANDO HIGUITA
GUTIERREZ; CARMEN ROSA PALACIO SERNA;
MARIA CONSUELO JIMENEZ; ANA RAQUEL
TORDECILLA ROMERO; JOSE PALENCIA
MORALES; AIDE MARIA PEÑA DIAZ; TERESA
RODRIGUEZ HERNANDEZ; MARTHA
MAGDALENA MARTINEZ USUGA; JUAN
DAVID CORDOBA; ELKIN DE JESUS
RODRIGUEZ QUINTERO; MARIA EUFEMIA
PINO USUGA; ORFA ENELIX VERA AREIZA;
HUMBERTO DE JESUS MENESES ARIAS;
MARIA IRIS ESTRADA OQUENDO; MARIA
GENOVEBA BERNAL MEDINA; JOSE DE LOS
SANTOS MORELOS LENES; EVANGELINA
MORENO RAMIREZ; SAULINA GONZALEZ
GARCIA; MARIA OFELIA HERNANDEZ; LUIS
ELADIO CABRERA; MARTHA ROCIO GOMEZ
MORALES; JOSE MARIA VARELAS DURANGO;
ENORIS DEL CARMEN GONZALEZ MANCO;
OSCAR ANDRES GOMEZ GRANADA;
CENAYDA DEL SOCORRO PUERTA
RODRIGUEZ; CARLOS ENRIQUE CASTRO
ALMANZA; CASILDA ROSA MARTINEZ
USUGA; JOSE MARIA MESA MERCADO; JOSE
ORLANDO AGUIRRE LONDONO; LUZ MARINA

ARENAS; OFIR DE MAR PARRA BURITICA;
ENILDA TAPIA RAMIREZ; LUBIN ANTONIO
GIL; ENILERTA DEL CARMEN BLANCO
RAMOS; MARTHA INES TORRES DUARTE;
ZENITH CABRERA MINOTA; MARIA
CONSUELO ZULETA LAVERDE; ROCIO DE
JESUS QUICENO BETANCUR; MARIA
GEORGINA URREGO SEGURA; PEDRO POLO
MARTINEZ; MARTHA ISABEL MARULANDA
VILLA; MARIA UBERLINA RODRIGUEZ DE
DURANGO; UBERTO DAVID MARTINEZ;
FANNY GARCES GOMEZ; LUZ ELENA
FERRARO AVENDANO; CARMEN QUEJADA
MORENO; GILDARDO REYES CANAS; MARIA
ALEIDA LONDONO; EDILSA YANEZ
MARTINEZ; MARTA CECILIA NANCLARES
HOLGUIN; LUZ ELENA  TALEIGUA LLORENTE;
ERNELINDA CORDOBA MENA; MARIA
CECILIA MARTINEZ SERNA; PIEDAD
ECHAVARRIA; CARMEN AMPARO LARGO
LARGO; GLORIA VITAL BERRIO; DIOCELINA
VERGARA JARAMILLO; MARIA UBERLINA
RODRIGUEZ GUISAO; ANA FELICIA DELGADO;
ADA LUZ MARTINEZ REBOLLEDO; ANA LUCIA
ARGEL VILLALBA; FALCONERY GOMEZ
PUERTA; BLANCA INES PEREZ PULGARIN;
GLADIS ADRIANA OSORIO; ENOLYS RIOS
BARRIOS; DONALDO VARGAS FUENTES;
MARTHA AIDEE MENA CHAVERRA; MARIA
SONIA MONTOYA VELEZ; MIGUEL JIMENEZ
BRAVO; GLORIA DANER PIEDRAHITA PENA;
SELENIA DIAZ PENA; ENADIS JUDITH
ALTAMIRANDA BENITEZ; ANA LIGIA
HERNANDEZ NANCLARES; ANA SILVIA
MORENO HERNANDEZ; AURA ROSA GUZMAN
SEPULVEDA; LILIAN DEL SOCORRO
RESTREPO DE PUERTA; MARIA CECILIA
MENDOZA SOTO; VIRGELINA CORDOBA
HERNANDEZ; ANA ISABEL LOPEZ; MERLY
PADILLA ARTEAGA; ANA MARIA ARENAS
FLOREZ; LUCELLY CARVAJAL NISPERUZA;
MARLE DEL CARMEN CONTRERAS
CONTERAS; ERMINIA JUDITH ARGUMEDO
VELASQUEZ; ELIODETH REBECA OLIVARES
AGUILAR; OLGA JOSEFA PADILLA CORDERO;
OLGA ISABEL PADILLA HOYOS; BLIDA
SUSANA GUERRA MARZOLA; DORIS ELENA

BOLIVAR VASQUEZ; MIRIAM ISABEL
LLORENTE DIAZ; AURA PEREZ DE PADILLA;
ANA SAFIRA MUNOZ MARIN; YOLANDA
MARIMON DURAN; LUZ MARINA HIGUITA
OCHOA; YOLANDA PEREZ SANCHEZ; MARIA
ELISA GUISAO PUERTAS; DINA LUZ PEREZ
RAMOS; ANA FIDELIA CORDOBA VALENCIA;
MARIA FLORENCIA MARZOLA SAEZ; MONICA
PATRICIA MONTERROSA RAMOS; NANCY
LOPEZ SALAZAR; NUBIA DE JESUS GRACIANO
VASQUEZ; MARIA LETICIA ORTIZ ESPINOSA;
YADIRA ROSA LOPEZ NISPERUZA; LEONEL
VARGAS QUINTERO; INES MAGALY
QUINTANA RAMOS; YASMINA ANTONIA
AVENDANO BERRIO; CARMEN TULIA MESTRA
DORIA; JESUS BERTULFO OSPINA AGUIRRE;
LUDIS NELLY RODRIGUEZ RUIZ; HECTOR
MANUEL GUTIERREZ CARDENAS; AURELIA
MARIMON; JUANA MARTINEZ PALACIOS; ANA
RUTH CASTANEDA CASTRO; OLIVA DEL
SOCORRO HERNANDEZ; NIDIA PORRA
MORENO; LUZ NELLYS AGAMEZ MORENO;
YESID MARIA HOYOS SILGADO; EMERITA
ROSA MERCADO ZAPA; ISABEL GUISAO DE
VASQUEZ; HIRNIA CARTAGENA CORDOBA;
ELISABETH OSPINA VELASQUEZ; SIXTA
SOLAR DE JULIO; NEYLA DORIA GONZALEZ;
NESLIS ESCOBAR CORREA; MILADYS
MARGARITA MOLINA GOMEZ; ISIDRA MARIA
CORDOBA MESA; ELENA GARCIA FUENTES;
MARIA ALBANY CUESTA SALAS; MARIA
CECILIA PACHECO MIRANDA; VIRGINIA
CAICEDO DURAN; YENY CAROLINA MAZO
CARVAJAL; INES MARIA RIVERA QUINTANA;
ANGELA MARIA CALDERIN TERAN; ROSA
MARIA BENITEZ DE VARGAS; ANGELICA
MARIA REGINO GOMEZ; CONSUELO DEL
SOCORRO SANCHEZ PACHECO; GLADYS
ELENA CUESTA MOSQUERA; MIRYAM
GIRLEZA CALLE JIMENEZ; MARTHA
MARTINEZ GENEZ; ERNESTINA BEJARANO
PALMA; ANA EMPERATRIZ HUMANEZ
BENITEZ; JUANA CARMELA BRAVO GARCIA;
RICARDO PEREZ GUTIERREZ; JUAN ANTONIO
LEMOS SALAS; ELVIRA JUDITH GOMEZ
MACHADO; FREDY ANDRES HURTADO
CALLE; ELIDA ROSA SIVAJA REGINDO;

CONSUELO DE JESUS OCHOA; DIANA
PATRICIA CORREA MARIN; ALFONSO
MORENO PEREA; MARIA CRISTINA ALCARAZ
BENITEZ; MARIA NELLY HOLGUIN RENGIFO;
ANA FELICIA RAGA DE RIVAS; ZUNILDA
TORRES BALANO; LUZ MARINA GRACIANO;
LUZ DARY TELLEZ ROMERO; MARIA
CRESCENCIA MARTINEZ ROMERO; NORIS
CORRALES ORTIZ; YARID ASPRILLA
ROBLEDO; CONSUELO MENA MORENO;
YAYLENIS GISSELLE LEMOS GIRON; JORGE
LUIS VALDEZ BORJA; LEINER RAFAEL
CARDENAS SUAREZ; CARMEN ALICIA POLO
BUELVAS; DIOSELINA IDARRAGA TORRES;
LUZ MARY SERNA; LUZ ANDREA FIGUEROA
GUERRA; FLOR MARIA GOMEZ RUEDA; ANA
CARMELA VILLADIEGO BARRIOS; FRANCISCO
JAVIER PENATE ALTAMIRANDA; MARIA DE
LA ENCARNACION ESPITIA VEGA;
CLEMENCIA JULIO OJEDA; LIBIA ROSA
PANIAGUA VARGAS; LUZ ELVIRA PANIAGUA
VARGAS; AURA ELENA CORDOBA
MOSQUERA; LUZ GENNY GARCIA CARDONA;
ROSA MARIA PUERTA; OMAIRA AYALA RIOS;
RUFINO ANTONIO PEREZ FLOREZ; DIGNA
MALVIA AGUILAR LAGARCHA; MARIA
TERESA CORCHO PEREZ; ROSIRIS BORJA
GRACIANO; DORIS DEL CARMEN HOYOS DE
CAPACHERO; BERNARDINO ALMANZA
BUELVAS; ENIA ELENA ALMANZA BUELVAS;
MARIA MENA CHAVERRA; DIOSELINA VILLA
TABON; MARGOTH LOPEZ DE ZAPATA;
ISIDORA SANTOS PALACIOS; LUIS ELADIO
ARANGO; NURY PARRA LOBON; MERCEDES
MARIA VALETA SUAREZ; MARIA NELLY
CANAVERAL LAZO; SONIA CORDOBA;
MARTHA LIBIA CARDONA; PABLO ANTONIO
VARELAS; MARIA ORLANDA PINO

                  Plaintiffs,

      v.

CHIQUITA BRANDS INTERNATIONAL, INC., a
New Jersey corporation,

                  Defendant.

_____/

## SECOND AMENDED COMPLAINT

Plaintiffs, by their attorneys Boies, Schiller & Flexner LLP, for their Second Amended Complaint, allege as follows:

## INTRODUCTION

1.      For a period of more than six years, Defendant Chiquita Brands International, Inc. ("Chiquita") knowingly and intentionally made over one hundred payments totaling more than $1.7 million to the United Self-Defense Groups of Colombia (*Autodefensorias Unidas de Colombia* or "AUC"), a violent terrorist organization.   Chiquita's payments were used by the AUC to finance a widespread and systematic campaign of massacres, extra-judicial killings, torture, murders, forced disappearances, forced displacements, and other violent acts against civilians in the regions of Colombia where Plaintiffs or their deceased family members lived and worked.

2.      In 2001, the United States government designated the AUC as both a Foreign Terrorist Organization and a Specifically-Designated Global Terrorist.  Consequently, it is a crime for any person or entity to provide material support or engage in unauthorized transactions with the AUC.  By making payments to the AUC, Chiquita regularly, repeatedly and knowingly engaged in criminal conduct that violated federal law and provided practical assistance and material support to a terrorist organization.

3.      In 2007, the United States Department of Justice ("DOJ") charged Chiquita with Engaging in Transactions with a Specially-Designated Global Terrorist, in violation of 50 U.S.C. § 1705(b) and 31 C.F.R 594.204.  After being charged, Chiquita admitted that its payments to the AUC were unlawful and pled guilty to the offense.  In conformity with its plea agreement, Chiquita was convicted of a felony, agreed to a criminal fine of $25 million, and was placed on corporate probation for a period of five years.

23

4.      The Plaintiffs are family members of individuals who were killed by the AUC or are individuals who were themselves seriously injured by the AUC as a result of Chiquita's support for the AUC and its operations.  The Plaintiffs now seek compensatory and punitive damages arising from Chiquita's unlawful financing of terrorism and its violations of international law under the Alien Tort Claims Act, 28 U.S.C. § 1350, the Torture Victims Protection Act, 28 U.S.C. § 1350 note, and Ohio law.

## JURISDICTION AND VENUE

5.      The Court has federal question subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction); 28 U.S.C. § 1350 (Alien Tort Claims Act); and 28 U.S.C. § 1350, note § 2(a) (Torture Victim Protection Act).

6.      The Court also has diversity subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) because (i) all Plaintiffs are citizens of, and permanently domiciled in, the Republic of Colombia; (ii) Defendant Chiquita is a citizen of the State of New Jersey with its corporate headquarters in the State of Ohio; and (iii) the amount in controversy for each Plaintiff exceeds $75,000.

7.      In addition, the Court has supplemental jurisdiction over any claims based on the laws of the State of Ohio or other applicable jurisdictions pursuant to 28 U.S.C. § 1367(d).

8.      Pursuant to 28 U.S.C. § 1391, venue is proper and convenient in this district.

## PARTIES

**A.      Plaintiffs.**

9.      Plaintiff Angela Maria Henao Montes is the representative and widow of Jose Claudio Gomez Gomez.  Decedent Jose Claudio Gomez Gomez was forcibly disappeared by the AUC on December 29, 2001 in the municipality of Abejorral located in Antioquia, Colombia.

On December 5, 2005, Jose Claudio Gomez Gomez was declared legally dead as of December 29, 2001.

10.     Plaintiff Aura Maria Ocampo Ocampo is the representative and legal heir of Luis Angel Botero Alvarez.  Decedent Luis Angel Botero Alvarez was killed by the AUC on September 6, 2000 in the municipality of Abejorral located in Antioquia, Colombia.

11.     Plaintiff Beatriz Helena Arcila Rincon is the representative and legal heir of Juan Carlos Florez Castro.  Decedent Juan Carlos Florez Castro was killed by the AUC on May 29, 2002 in the municipality of Abejorral located in Antioquia, Colombia.

12.     Plaintiff Gloria Elena Botero Ocampo is the representative and legal heir of Aldemar Grisales Garzon.  Decedent Aldemar Grisales Garzon was killed by the AUC on July 9, 2003 in the municipality of Abejorral located in Antioquia, Colombia.

13.     Plaintiff Maria Rosmira Velez de Henao is the representative and legal heir of Ivan de Jesus Henao Velez.  Decedent Ivan de Jesus Henao Velez was killed by the AUC on March 30, 2002 in the municipality of Abejorral located in Antioquia, Colombia.

14.     Plaintiff Martha Elena Valencia Correa is the representative and legal heir of Hernando de Jesus Valencia Correa.  Decedent Hernando de Jesus Valencia Correa was killed by the AUC on or about November 11, 2000 in the municipality of Abejorral located in Antioquia, Colombia.

15.     Plaintiff Monica Maria Bedoya Gaviria is the representative and legal heir of Jose Indalecio Garcia Castano.  Decedent Jose Indalecio Garcia Castano was killed by the AUC on October 19, 2002 in the municipality of Abejorral located in Antioquia, Colombia.

16.     Plaintiff Ada Luz Teheran Herrera is the representative and legal heir of Yesi de Jesus Hoyos Martinez.  Decedent Yesi de Jesus Hoyos Martinez was killed by the AUC on April 15, 2004 in the municipality of Apartadó located in Antioquia, Colombia.

17.     Plaintiff Alba Rocio Soto Acevedo is the representative and legal heir of Dubey Antonio Hernandez Soto.  Decedent Dubey Antonio Hernandez Soto was killed by the AUC on March 19, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

18.     Plaintiff Ana Elizabeth Sanchez de Vasquez is the representative and legal heir of Bladimir Vasquez Sanchez.  Decedent Bladimir Vasquez Sanchez was killed by the AUC on June 2, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

19.     Plaintiff Ana Emilcen Diaz Escobar is the representative and legal heir of Rosney de Jesus Diaz.  Decedent Rosney de Jesus Diaz was killed by the AUC on September 14, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

20.     Plaintiff Ana Waitoto Gamboa is the representative and legal heir of Casildo Alido Gamboa Mosquera.  Decedent Casildo Alido Gamboa Mosquera was killed by the AUC on January 16, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

21.     Plaintiff Diana Maria Vargas Hernandez is the representative and legal heir of Javier Antonio Lopez.  Decedent Javier Antonio Lopez was killed by the AUC on June 20, 2004 in the municipality of Apartadó located in Antioquia, Colombia.

22.     Plaintiff Emilia Blandon is the representative and legal heir of Bertilio Blandon. Decedent Bertilio Blandon was killed by the AUC on July 25, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

23.     Plaintiff Fanny de Jesus Graciano Torres is the representative and legal heir of Mariela Graciano Torres.  Decedent Mariela Graciano Torres was killed by the AUC on July 17, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

24.     Plaintiff Flor Elena Lopez Guerra is the representative and legal heir of Jose Albeiro Lopez Guerra.  Decedent Jose Albeiro Lopez Guerra was killed by the AUC on June 5, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

25.     Plaintiff Gustavo Miguel Villadiego Martinez is the representative and legal heir of Miguel Antonio Villadiego Martinez.  Decedent Miguel Antonio Villadiego Martinez was killed by the AUC on November 4, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

26.     Plaintiff Jhon Jairo Torres Varelas is the representative and legal heir of Octavio de Jesus Graciano Torres.  Decedent Octavio de Jesus Graciano Torres was killed by the AUC on November 14, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

27.     Plaintiff Jose Saturnino Murillo Moreno is the representative and brother of Jose Rubersindo Murillo Moreno.  Decedent Jose Rubersindo Murillo Moreno was forcibly disappeared by the AUC on August 7, 1998 in the municipality of Apartadó located in Antioquia, Colombia.  On August 9, 2004, Jose Rubersindo Murillo Moreno was declared legally dead as of August 7, 2000.

28.     Plaintiff Luz Elena Parra Morales is the representative and legal heir of Manuel Esteban Cotuaz Orozco.  Decedent Manuel Esteban Cotuaz Orozco was killed by the AUC on May 4, 2004 in the municipality of Apartadó located in Antioquia, Colombia.

29.     Plaintiffs Luz Everly Moreno Obregon and Linda Disney Morano Perea are the representatives and legal heirs of Moises Fonseca Perea.  Decedent Moises Fonseca Perea was killed by the AUC on December 13, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

30.     Plaintiff Luz Marina Cordona Perez is the representative and legal heir of Ana Rita Perez Tabarez.  Decedent Ana Rita Perez Tabarez was killed by the AUC on May 13, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

31.      Plaintiff Magnolia Trujillo is the representative and legal heir of Oscar William Agudelo Trujillo.  Decedent Oscar William Agudelo Trujillo was killed by the AUC on January 16, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

32.      Plaintiff Maria de Jesus Monsalve de Avendaño is the representative and legal heir of Julio Cesar Avendaño Monsalve.  Decedent Julio Cesar Avendaño Monsalve was killed by the AUC on or about December 7, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

33.      Plaintiff Maria del Carmen Gonzalez Cordoba is the representative and legal heir of Carlos Enrique Vivas Gonzalez.  Decedent Carlos Enrique Vivas Gonzalez was killed by the AUC on March 9, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

34.      Plaintiff Maria Eusebia Lopez Valencia is the representative and legal heir of Jeiler Lopez Valencia.  Decedent Jeiler Lopez Valencia was killed by the AUC on July 7, 2004 in the municipality of Apartadó located in Antioquia, Colombia.

35.      Plaintiff Maria Juliana Poveda de Murillo is the representative and legal heir of Jose Luis Murillo Poveda.  Decedent Jose Luis Murillo Poveda was killed by the AUC on January 9, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

36.      Plaintiff Maria Leonor Chaverra de Rendon is the representative and mother of Arturo de Jesus Rendon Chaverra.  Arturo de Jesus Rendon Chaverra was forcibly disappeared by the AUC on November 11, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

37.      Plaintiff Maria Leonor Chaverra de Rendon is the representative and mother of Hernando de Jesus Rendon Chaverra.  Hernando de Jesus Rendon Chaverra was forcibly disappeared by the AUC on November 11, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

38.     Plaintiff Martha Alicia Murillo Mosquera is the representative and sister of Mario Mosquera Robledo.  Mario Mosquera Robledo was forcibly disappeared by the AUC on November 29, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

39.     Plaintiff Martha Isabel Alvarez Grisales is the representative and legal heir of Libia Maria Alvarez Grisales.  Decedent Libia Maria Alvarez Grisales was killed by the AUC on September 10, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

40.     Plaintiff Nelsa Rosa Ortiz Padilla is the representative and legal heir of Federmin Ortega Ortiz.  Decedent Federmin Ortega Ortiz was killed by the AUC on or about December 20, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

41.     Plaintiff Nur Ernedis Gomez Guerrero is the representative and legal heir of Felix de Jesus Henrique Fernandez.  Decedent Felix de Jesus Henrique Fernandez was killed by the AUC on October 6, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

42.     Plaintiff Rafael Angel Manco Guisao is the representative and legal heir of Jesus Emilio Manco Guisao.  Decedent Jesus Emilio Manco Guisao was killed by the AUC on November 24, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

43.     Plaintiff Sandra Bibiana Moreno Fernandez is the representative and legal heir of Amparo de Jesus Fernandez Montaño.  Decedent Amparo de Jesus Fernandez Montaño was killed by the AUC on April 26, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

44.     Plaintiff Amanda Ospina de Ruiz is the representative and mother of Marco Tulio Ruiz Ospina.  Marco Tulio Ruiz Ospina was forcibly disappeared by the AUC on June 12, 1999 in the municipality of Bolívar located in Antioquia, Colombia.

45.     Plaintiff Gabriel de Jesus Cano is the representative and legal heir of Luis Enrique Munoz Cano.  Decedent Luis Enrique Munoz Cano was killed by the AUC on June 21, 1997 in the municipality of Bolívar located in Antioquia, Colombia.

46.     Plaintiff Luz Margarita Arango Restrepo is the representative and legal heir of Luis Fernando Velez Rodriguez.  Decedent Luis Fernando Velez Rodriguez was killed by the AUC on November 9, 2000 in the municipality of Caldas located in Antioquia, Colombia.

47.     Plaintiff Aida Mosquera Cañizalez is the representative and legal heir of Juan Horacio Moreno Lemos.  Decedent Juan Horacio Moreno Lemos was killed by the AUC on or about July 19, 2000 in the municipality of Carepa located in Antioquia, Colombia.

48.     Plaintiff Asterio Mendoza Mosquero is the representative and legal heir of Carlos Alberto Mendoza.  Decedent Carlos Alberto Mendoza was killed by the AUC on December 17, 2000 in the municipality of Carepa located in Antioquia, Colombia.

49.     Plaintiff Dora Nelly Escobar Metaute is the representative and surviving partner of Erasmo Antonio Velasquez Duarte.  Erasmo Antonio Velasquez Duarte was forcibly disappeared by the AUC on February 6, 2000 in the municipality of Carepa located in Antioquia, Colombia.

50.     Plaintiff Luz Marina Tuberquia Osorio is the representative and legal heir of Lisandro Antonio Gomez Tuberquia.  Decedent Lisandro Antonio Gomez Tuberquia was killed by the AUC on June 11, 2004 in the municipality of Carepa located in Antioquia, Colombia.

51.     Plaintiff Maria Omaira Franco Vasquez is the representative and legal heir of Hernando Usuga Usuga.  Decedent Hernando Usuga Usuga was killed by the AUC on April 7, 1997 in the municipality of Carepa located in Antioquia, Colombia.

52.     Plaintiff Amparo de Jesus Morales Olivares is the representative and mother of Hector Enrique Mestro Morales.  Hector Enrique Mestro Morales was forcibly disappeared by the AUC on January 26, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

53.     Plaintiff Enadis Martinez Bravo is the representative and legal heir of Ana Faustina Bravo.  Decedent Ana Faustina Bravo was killed by the AUC on November 26, 1999 in the municipality of Chigorodó located in Antioquia, Colombia.

54.     Plaintiff Juana de Dios Bedoya is the representative and legal heir of Jose Eriberto Higuita Bedoya.  Decedent Jose Eriberto Higuita Bedoya was killed by the AUC on January 13, 2002 in the municipality of Chigorodó located in Antioquia, Colombia.

55.     Plaintiff Maria Elena Gonzalez Moreno is the representative and legal heir of Manuel Espitia Herrero.  Decedent Manuel Espitia Herrero was killed by the AUC on July 5, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

56.     Plaintiff Orlando de Jesus Garcia Betancur is the representative and legal heir of Ronald Orlando Garcia Marulanda.  Decedent Ronald Orlando Garcia Marulanda was killed by the AUC on June 19, 2002 while traveling from the municipality of Carepa to the municipality of Chigorodó in Antioquia, Colombia.

57.     Plaintiff Teresa Tabares is the representative and legal heir of Juan Guillermo Cortes Tabares.  Decedent Juan Guillermo Cortes Tabares was killed by the AUC on October 3, 2003 in the municipality of Chigorodó located in Antioquia, Colombia.

58.     Plaintiffs Ursula del Carmen Cabadia Marquez and Luz Dary Osorio Arias are the representatives and legal heirs of Santander Cabadia.  Decedent Santander Cabadia was killed by the AUC on July 10, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

59.     Plaintiff Xiomara Piedrahita Valencia is the representative and legal heir of Manuel Maria Correa Gomez. Decedent Manuel Maria Correa Gomez was killed by the AUC on August 21, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

60.     Plaintiff Yaneth Amin Bello is the representative and legal heir of Jose Edgar Ibarguen Panesso. Decedent Jose Edgar Ibarguen Panesso was killed by the AUC on October 3, 2003 in the municipality of Chigorodó located in Antioquia, Colombia.

61.     Plaintiff Aleida Irene Ruiz de Arredondo is the representative and legal heir of Jorge Eliecer Arredondo Ruiz. Decedent Jorge Eliecer Arredondo Ruiz was killed by the AUC on September 27, 1999 in the municipality of Concordia located in Antioquia, Colombia.

62.     Plaintiff Alicia De Jesus Alvarez is the representative and legal heir of Carlos Alonso Ramirez Ortiz Alvarez. Decedent Carlos Alonso Ramirez Ortiz Alvarez was killed by the AUC on July 15, 1998 in the municipality of Concordia located in Antioquia, Colombia.

63.     Plaintiff Alicia De Jesus Alvarez is the representative and legal heir of Luz Faneltira Ortiz Alvarez. Decedent Luz Faneltira Ortiz Alvarez was killed by the AUC on July 14, 1998 in the municipality of Concordia located in Antioquia, Colombia.

64.     Plaintiff Alida Del Socorro Santana Amariles is the representative and legal heir of Sergio Augusto Santana. Decedent Sergio Augusto Santana was killed by the AUC on January 8, 2004 in the municipality of Concordia located in Antioquia, Colombia.

65.     Plaintiff Ana Marina Garcia Serna is the representative and mother of Jose Dorlay Sanchez Garcia. Jose Dorlay Sanchez Garcia was forcibly disappeared by the AUC on May 29, 1999 in the municipality of Concordia located in Antioquia, Colombia.

66.     Plaintiff Angel Emiro Arboleda Ortiz is the representative and legal heir of Hector Fabio Arboleda Ortiz. Decedent Hector Fabio Arboleda Ortiz was killed by the AUC on or about November 15, 2001 in the municipality of Concordia located in Antioquia, Colombia. At

the time he was killed by the AUC, Hector Fabio Arboleda was in the custody of Colombia prison officers.  While being transported, the prison officers delivered Hector Fabio Arboleda to the AUC, who killed him.

67.     Plaintiff Bertalina Mesa de Agudelo is the representative and mother of Aristobulo Agudelo Mesa.  Aristobulo Agudelo Mesa was forcibly disappeared by the AUC on September 20, 2002 in the municipality of Concordia located in Antioquia, Colombia.

68.     Plaintiff Blanca Asenth Restrepo is the representative and legal heir of Jose Ancizar Restrepo Rivera.  Decedent Jose Ancizar Restrepo Rivera was killed by the AUC on February 21, 1998 in the municipality of Concordia located in Antioquia, Colombia.

69.     Plaintiff Cristobal de Jesus Restrepo Berrio is the representative and legal heir of Guillermo Hernando Restrepo Ortega.  Decedent Guillermo Hernando Restrepo Ortega was killed by the AUC on December 13, 1998 in the municipality of Concordia located in Antioquia, Colombia.

70.     Plaintiff Cruz Elena Toro Garcia is the representative and legal heir of Jesus Maria Rojas Toro.  Decedent Jesus Maria Rojas Toro was killed by the AUC on March 30, 1997 in the municipality of Concordia located in Antioquia, Colombia.

71.     Plaintiff Cruz Elena Toro Garcia is the representative and legal heir of Luis Emilio Rojas Toro.  Decedent Luis Emilio Rojas Toro was killed by the AUC on November 22, 1997 in the municipality of Concordia located in Antioquia, Colombia.

72.     Plaintiff Elvia Julia del Carmen Correa de Diosa is the representative and legal heir of Luis Angel Valencia Sanchez.  Decedent Luis Angel Valencia Sanchez was killed by the AUC on January 8, 2000 in the municipality of Concordia located in Antioquia, Colombia.

73.     Plaintiff Ferley de Jesus Martinez Rios was attacked and severely injured by the AUC on April 13, 1997 in the municipality of Concordia located in Antioquia, Colombia.

33

74.     Plaintiff Flor Angela Zapata Bedoya is the representative and sister of Luis Enrique Zapata Bedoya.  Luis Enrique Zapata Bedoya was forcibly disappeared by the AUC on February 15, 2001 in the municipality of Concordia located in Antioquia, Colombia.

75.     Plaintiff Gloria Elena Balzan Benjumea is the representative and surviving partner of Carlos Mario Rivera Munoz.  Carlos Mario Rivera Munoz was forcibly disappeared by the AUC on November 21, 1999 in the municipality of Concordia located in Antioquia, Colombia.

76.     Plaintiff Gloria Elena Piedrahita is the representative and sister of Carlos Alberto Guzman Piedrahita.  Carlos Alberto Guzman Piedrahita was forcibly disappeared by the AUC on September 23, 2000 in the municipality of Concordia located in Antioquia, Colombia.

77.     Plaintiff Gloria Emilsen Zapata Ardila is the representative and legal heir of Miguel Angel Toro Arredondo.  Decedent Miguel Angel Toro Arredondo was killed by the AUC on August 3, 1997 in the municipality of Concordia located in Antioquia, Colombia.

78.     Plaintiff Jose Genaro Florez Diosa is the representative and legal heir of Dario Angel Florez Diosa.  Decedent Dario Angel Florez Diosa was killed by the AUC on March 30, 1998 in the municipality of Concordia located in Antioquia, Colombia.

79.     Plaintiff Lorena Alcira Velez Acevedo is the representative and wife of Argiro de Jesus Serna Higuita.  Argiro de Jesus Serna Higuita was forcibly disappeared by the AUC on January 18, 2000 in the municipality of Concordia located in Antioquia, Colombia.

80.     Plaintiff Lucia Margarita Ardila de Bedoya is the representative and mother of Javier de Jesus Bedoya Ardila.  Decedent Javier de Jesus Bedoya Ardila was forcibly disappeared by the AUC on December 28, 2000 in the municipality of Concordia located in Antioquia, Colombia.  Plaintiff was subsequently advised of Mr. Bedoya Ardila's death.

81.     Plaintiff Luz Amanda Montoya Garcia is the representative and legal heir of Jhon Ramiro Montoya.  Decedent Jhon Ramiro Montoya was killed by the AUC on October 11, 1997 in the municipality of Concordia located in Antioquia, Colombia.

82.     Plaintiff Luz Marina Restrepo is the representative and legal heir of Jose Javier Arreondo Restrepo.  Decedent Jose Javier Arreondo Restrepo was killed by the AUC on August 31, 1997 in the municipality of Concordia located in Antioquia, Colombia.

83.     Plaintiff Luz Miriam Gutierrez Obando is the representative and legal heir of Jhon Jairo Marin.  Decedent Jhon Jairo Marin was killed by the AUC on June 6, 1998 in the municipality of Concordia located in Antioquia, Colombia.

84.     Plaintiff Luz Nelly Blandon Hoyos is the representative and mother of Javier Dario Zapata Blandon.  Javier Dario Zapata Blandon was forcibly disappeared by the AUC on July 20, 2000 in the municipality of Concordia located in Antioquia, Colombia.

85.     Plaintiff Luz Ofelia Jaramillo Parra is the representative and aunt of Jhon Fredy Jaramillo.  Jhon Fredy Jaramillo was forcibly disappeared by the AUC on October 13, 2000 in the municipality of Concordia located in Antioquia, Colombia.

86.     Plaintiff Maria Catalina Jimenez is the representative and mother of Marino de Jesus Bedoya Jimenez.  Marino de Jesus Bedoya Jimenez was forcibly disappeared by the AUC on December 22, 1999 in the municipality of Concordia located in Antioquia, Colombia.

87.     Plaintiff Maria Consuelo Morales Castaño is the representative and mother of Elgar de Jesus Sanchez Morales.  Elgar de Jesus Sanchez Morales was forcibly disappeared by the AUC on February 21, 2003 in the municipality of Concordia located in Antioquia, Colombia.

88.     Plaintiff Maria Consuelo Morales Castaño is the representative and mother of Orley de Jesus Sanchez Morales.  Orley de Jesus Sanchez Morales was forcibly disappeared by the AUC on February 21, 2003 in the municipality of Concordia located in Antioquia, Colombia.

89.     Plaintiff Maria del Rocio Calle Gonzalez is the representative and legal heir of Carlos Hernando Calle Gonzalez.  Decedent Carlos Hernando Calle Gonzalez was killed by the AUC on December 27, 1997 in the municipality of Concordia located in Antioquia, Colombia.

90.     Plaintiff Maria del Rosario Pulgarin Garces is the representative and mother of Elkin Dario Moreno Pulgarin.  Elkin Dario Moreno Pulgarin was forcibly disappeared by the AUC on November 20, 2002 in the municipality of Concordia located in Antioquia, Colombia.

91.     Plaintiff Maria Graciela Caro Alvarez is the representative and sister of Jhon Jaime Caro Alvarez.  Jhon Jaime Caro Alvarez was forcibly disappeared by the AUC on September 15, 2000 in the municipality of Concordia located in Antioquia, Colombia.

92.     Plaintiff Maria Graciela Caro Alvarez is the representative and sister of Jorge Leon Caro Alvarez.  Jorge Leon Caro Alvarez was forcibly disappeared by the AUC on September 15, 2000 in the municipality of Concordia located in Antioquia, Colombia.

93.     Plaintiff Maria Leticia Correa is the representative and legal heir of Argemiro de Jesus Cañas Velez.  Decedent Argemiro de Jesus Cañas Velez was killed by the AUC on October 17, 1997 in the municipality of Concordia located in Antioquia, Colombia.

94.     Plaintiff Maria Lilian Quintero Ramirez is the representative and wife of Belisario Palacio Montoya.  Belisario Palacio Montoya was forcibly disappeared by the AUC on March 20, 2002 in the municipality of Concordia located in Antioquia, Colombia.

95.     Plaintiff Maria Lucelly Agudelo is the representative and mother of Nelson de Jesus Sanchez Agudelo.  Nelson de Jesus Sanchez Agudelo was forcibly disappeared by the AUC on February 26, 2001 in the municipality of Concordia located in Antioquia, Colombia.

96.     Plaintiff Maria Marleny Urrego is the representative and mother of Jorge Andres Urrego.  Jorge Andres Urrego was forcibly disappeared by the AUC on August 17, 2002 in the municipality of Concordia located in Antioquia, Colombia.

97.     Plaintiff Maria Ninfa Restrepo de Cardenas is the representative and legal heir of Raul de Jesus Cardenas Restrepo.  Decedent Raul de Jesus Cardenas Restrepo was killed by the AUC on June 27, 2001 in the municipality of Concordia located in Antioquia, Colombia.

98.     Plaintiff Marleny de Jesus Alvarez is the representative and wife of Oscar Emilio Restrepo Ramirez.  Oscar Emilio Restrepo Ramirez was forcibly disappeared by the AUC on July 15, 2000 in the municipality of Concordia located in Antioquia, Colombia.

99.     Plaintiff Martha Cecilia Palacio Palacio is the representative and legal heir of Gustavo Alonso Garcia Palacio.  Decedent Gustavo Alonso Garcia Palacio was killed by the AUC on September 14, 1997 in the municipality of Concordia located in Antioquia, Colombia.

100.     Plaintiff Nelsyn Catalina Mesa is the representative and legal heir of Maximiliano Mesa.  Decedent Maximiliano Mesa was killed by the AUC on January 12, 1997 in the municipality of Concordia located in Antioquia, Colombia.

101.     Plaintiff Orlinde Palacio Lopez is the representative and legal heir of Juan Fernando Palacio Lopez.  Decedent Juan Fernando Palacio Lopez was killed by the AUC on November 8, 1997 in the municipality of Concordia located in Antioquia, Colombia.

102.     Plaintiff Rosa Marina Amariles Palacio is the representative and legal heir of Hugo de Jesus Davila Amariles.  Decedent Hugo de Jesus Davila Amariles was killed by the AUC on March 7, 1997 in the municipality of Concordia located in Antioquia, Colombia.

103.     Plaintiff Rosalba Ortega Restrepo is the representative and legal heir of Jose Gabriel Benjumea.  Decedent Jose Gabriel Benjumea was killed by the AUC on August 3, 1997 in the municipality of Concordia located in Antioquia, Colombia.

104.     Plaintiff Rosalba Ruiz Restrepo is the representative and legal heir of Fabio Alexander Ruiz.  Decedent Fabio Alexander Ruiz was killed by the AUC on June 28, 2001 in the municipality of Concordia located in Antioquia, Colombia.

105.     Plaintiff Rosmira Pino Higuita is the representative and mother of Walter de Jesus Zapata Pino.  Walter de Jesus Zapata Pino was forcibly disappeared by the AUC on February 16, 1999 in the municipality of Concordia located in Antioquia, Colombia.

106.     Plaintiff Ruth Nelly Estrada Muñoz is the representative and legal heir of Rosember Henao Villa.  Decedent Rosember Henao Villa was killed by the AUC on January 2, 2000 in the municipality of Concordia located in Antioquia, Colombia.

107.     Plaintiff Virginia de Jesus Sanchez is the representative and legal heir of Gilberto Lasso.  Decedent Gilberto Lasso was killed by the AUC on July 13, 1998 in the municipality of Concordia located in Antioquia, Colombia.

108.     Plaintiff Yhirley Vanesa Ochoa Velez is the representative and legal heir of Gladys Magnolia Velez Perez.  Decedent Gladys Magnolia Velez Perez was killed by the AUC on November 18, 2003 in the municipality of Concordia located in Antioquia, Colombia.

109.     Plaintiff Maria Cristina Chaverra Higuita is the representative and legal heir of Parmenio Alberto Seña Guerrero.  Decedent Parmenio Alberto Seña Guerrero was killed by the AUC on January 22, 2001 in the municipality of Currulao located in Antioquia, Colombia.

110.     Plaintiff Gloria Nelly Tuberquia Osorio is the representative and legal heir of Gilberto Antonio Cartagena Osorio.  Decedent Gilberto Antonio Cartagena Osorio was killed by the AUC on January 5, 1999 in the municipality of Dabeiba located in Antioquia, Colombia.

111.     Plaintiff Emilce del Socorro Castro de Patino is the representative and legal heir of Jhon Alexander Patino Castro.  Decedent Jhon Alexander Patino Castro was killed by the AUC on December 6, 1998 in the municipality of El Carmen de Viboral located in Antioquia, Colombia.

112.     Plaintiff Maria Nubia Gonzalez Patiño is the representative and legal heir of Dario Antonio Rodriguez Ortiz.  Decedent Dario Antonio Rodriguez Ortiz was killed by the AUC on June 2, 2001 in the municipality of El Carmen de Viboral located in Antioquia, Colombia.

113.     Plaintiff Teresa De Jesus Munoz Zapata is the representative and legal heir of Pablo Cesar Blandon Munoz.  Decedent Pablo Cesar Blandon Munoz was killed by the AUC on September 4, 2000 in the municipality of El Carmen de Viboral located in Antioquia, Colombia.

114.     Plaintiff Ana Fabiola Monsalve Pulgarin is the representative and legal heir of Hernan Gabriel Garcia Monsalve.  Decedent Hernan Gabriel Garcia Monsalve was killed by the AUC on March 20, 1999 in the municipality of El Retiro located in Antioquia, Colombia.  At the time he was killed, Hernan Gabriel Garcia Monsalve had been detained by local police while travelling.  The police delivered Hernan Gabriel Garcia Monsalve to the AUC, who killed him.

115.     Plaintiff Carlos Alberto Florez Valencia is the representative and legal heir of Andres Julian Florez Carmona.  Decedent Andres Julian Florez Carmona was killed by the AUC on November 8, 2003 in the municipality of El Retiro located in Antioquia, Colombia.

116.     Plaintiff Carmen Dolores Carmona Roman is the representative and legal heir of Andres Julian Florez Carmona.  Decedent Andres Julian Florez Carmona was killed by the AUC on November 8, 2003 in the municipality of El Retiro located in Antioquia, Colombia.

117.     Plaintiff Carmen Julia Chica de Suaza is the representative and legal heir of William de Jesus Suaza Chica.  Decedent William de Jesus Suaza Chica was killed by the AUC on July 21, 1999 in the municipality of El Retiro located in Antioquia, Colombia.

118.     Plaintiff Jesus Maria Villada Valencia is the representative and legal heir of Jhon Jairo Villada Bedoya.  Decedent Jhon Jairo Villada Bedoya was killed by the AUC on February 27, 2002 in the municipality of El Retiro located in Antioquia, Colombia.

119.    Plaintiff Maria Isabel Ocampo de Ocampo is the representative and legal heir of Alirio De Jesus Ocampo Ocampo.  Decedent Alirio De Jesus Ocampo Ocampo was killed by the AUC on June 1, 2001 in the municipality of El Retiro located in Antioquia, Colombia.

120.    Plaintiff Maria Nubia Jimenez de Ramirez is the representative and legal heir of Victor Alonso Ramirez Jimenez.  Decedent Victor Alonso Ramirez Jimenez was killed by the AUC on August 5, 2000 in the municipality of El Retiro located in Antioquia, Colombia.

121.    Plaintiff Maria Olivia Castro Rios is the representative and legal heir of Carlos Antonio Tabares Castro.  Decedent Carlos Antonio Tabares Castro was killed by the AUC on March 12, 2002 in the municipality of El Retiro located in Antioquia, Colombia.

122.    Plaintiff Maria Soely Florez Orozon is the representative and legal heir of Juan Carlos Perez Ceballos.  Decedent Juan Carlos Perez Ceballos was killed by the AUC on August 24, 2002 in the municipality of El Retiro located in Antioquia, Colombia.

123.    Plaintiff Olga Del Socorro Rodas Villada is the representative and legal heir of Roberto Carlos Muñeton Rodas.  Decedent Roberto Carlos Muñeton Rodas was killed by the AUC on August 22, 1997 in the municipality of El Retiro located in Antioquia, Colombia.

124.    Plaintiff Amparo Henao Arias is the representative and mother of Adrian Kaleth Escobar Henao.  Adrian Kaleth Escobar Henao was forcibly disappeared by the AUC on June 11, 1998 in the municipality of Envigado located in Antioquia, Colombia.

125.    Plaintiff Adriana Patricia Villada Grisales is the representative and legal heir of Milton Orbey Villada Grisales.  Decedent Milton Orbey Villada Grisales was killed by the AUC on May 2, 1999 in the municipality of La Ceja located in Antioquia, Colombia.

126.    Plaintiff Ana Maria Gaviria Tabares is the representative and legal heir of Jhon Jairo Blandon.  Decedent Jhon Jairo Blandon was killed by the AUC on May 6, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

127.    Plaintiff Ana Maris Cardona De Pavas is the representative and legal heir of Monica Maria Pavas Cardona.  Decedent Monica Maria Pavas Cardona was killed by the AUC on April 18, 2002 in the municipality of La Ceja located in Antioquia, Colombia.

128.    Plaintiff Bernarda Osorio Marulanda is the representative and legal heir of Robinson Alexander Valencia Osorio.  Decedent Robinson Alexander Valencia Osorio was killed by the AUC on June 4, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

129.    Plaintiff Betsabe Mejia de Lopez is the representative and legal heir of Januario Antonio Lopez Dominguez.  Decedent Januario Antonio Lopez Dominguez was killed by the AUC on February 22, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

130.    Plaintiff Blanca Luz Villada Alzate is the representative and legal heir of William Arsenio Villada Alzate.  Decedent William Arsenio Villada Alzate was killed by the AUC on October 10, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

131.    Plaintiff Blanca Olivia Toro Rios is the representative and legal heir of Marina del Socorro Toro Rios.  Decedent Marina del Socorro Toro Rios was killed by the AUC on November 7, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

132.    Plaintiff Blanca Ruth Osorio is the representative and legal heir of Rodrigo Alvaran.  Decedent Rodrigo Alvaran was killed by the AUC on August 13, 2000 in the municipality of La Ceja located in Antioquia, Colombia.

133.    Plaintiff Carmen Emilia Villa is the representative and legal heir of Hugo Alexander Villa.  Decedent Hugo Alexander Villa was killed by the AUC on June 28, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

134.    Plaintiff Cecilia Rios de Rincon is the representative and legal heir of Elkin de Jesus Rincon Rios.  Decedent Elkin de Jesus Rincon Rios was killed by the AUC on November 28, 1999 in the municipality of La Ceja located in Antioquia, Colombia.

135.    Plaintiff Celia Margarita Tobon Tobon is the representative and legal heir of Gonzalo Tobon Tobon.  Decedent Gonzalo Tobon Tobon was killed by the AUC on June 14, 1999 in the municipality of La Ceja located in Antioquia, Colombia.

136.    Plaintiff Celia Margarita Tobon Tobon is the representative and legal heir of Victor Tobon Tobon.  Decedent Victor Tobon Tobon was killed by the AUC on February 13, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

137.    Plaintiff Celina de Jesus Otalvaro Osorio is the representative and legal heir of Juan Fernando Lopez Otalvaro.  Decedent Juan Fernando Lopez Otalvaro was killed by the AUC on March 29, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

138.    Plaintiff Clara Rosa Cardenas de Gutierrez is the representative and legal heir of Diego Leon Gutierrez Cardenas.  Decedent Diego Leon Gutierrez Cardenas was killed by the AUC on May 12, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

139.    Plaintiff Claudia del Socorro Rios Castro is the representative and legal heir of Hector de Jesus Marulanda Rodriguez.  Decedent Hector de Jesus Marulanda Rodriguez was killed by the AUC on July 13, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

140.    Plaintiff Diana Patricia Velasquez is the representative and legal heir of Raul Alberto Ramirez Arenas.  Decedent Raul Alberto Ramirez Arenas was killed by the AUC on or about May 11, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

141.    Plaintiff Elvia Tobon de Jurado is the representative and mother of Javier Alexander Jurado Tobon.  Decedent Javier Alexander Jurado Tobon was forcibly disappeared by

42

the AUC on July 28, 2002 in the municipality of La Ceja located in Antioquia, Colombia. On July 30, 2002, Plaintiff was advised that Decedent had been murdered and told to retrieve his body.

142.    Plaintiff Flor Maria Arias Galeano is the representative and legal heir of Wilmar Alexander Marulanda Arias.  Decedent Wilmar Alexander Marulanda Arias was killed by the AUC on October 9, 2002 in the municipality of La Ceja located in Antioquia, Colombia.

143.    Plaintiff Gloria del Carmen Carmona Perez is the representative and legal heir of Heriberto de Jesus Jurado Gutierrez.  Decedent Heriberto de Jesus Jurado Gutierrez was killed by the AUC on July 13, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

144.    Plaintiff Gloria Patricia Valencia Lopez is the representative and legal heir of Alfonso Delgado Ortiz.  Decedent Alfonso Delgado Ortiz was killed by the AUC on September 16, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

145.    Plaintiff Heriberto de Jesus Patino Ocampo is the representative and legal heir of Rolando de Jesus Patino Arboleda.  Decedent Rolando de Jesus Patino Arboleda was killed by the AUC on January 17, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

146.    Plaintiff Jaime de Jesus Gaviria Botero is the representative and legal heir of Juan Felipe Gaviria Molina.  Decedent Juan Felipe Gaviria Molina was killed by the AUC on April 12, 2002 in the municipality of La Ceja located in Antioquia, Colombia.

147.    Plaintiff Jesus Maria Villada Valencia is the representative and legal heir of Diego Antonio Villada Bedoya.  Decedent Diego Antonio Villada Bedoya was killed by the AUC on July 13, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

148.    Plaintiff John Julio Casteñeda Toro is the representative and legal heir of Julio Jaime Castañeda Arango.  Decedent Julio Jaime Castañeda Arango was killed by the AUC on April 23, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

149.     Plaintiff Jorge Ivan Ocampo Arenas was attacked and severely injured by the AUC on January 17, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

150.     Plaintiffs Liliana Patricia Alvarez Mazo and Policarpa de los Dolores Lopez Marin are the representatives and legal heirs of Wilson Alberto Pavas Lopez.  Decedent Wilson Alberto Pavas Lopez was killed by the AUC on November 4, 1999 in the municipality of La Ceja located in Antioquia, Colombia.

151.     Plaintiff Lucia Molina Rios is the representative and legal heir of Juan Guillermo Molina Rios.  Decedent Juan Guillermo Molina Rios was killed by the AUC on September 4, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

152.     Plaintiff Luis Alfonso Botero Botero is the representative and legal heir of Jorge Humberto Botero Castaneda.  Decedent Jorge Humberto Botero Castaneda was killed by the AUC on April 23, 1999 in the municipality of La Ceja located in Antioquia, Colombia.

153.     Plaintiff Luis Eduardo Morales is the representative and legal heir of Jose David Morales Valencia.  Decedent Jose David Morales Valencia was killed by the AUC on March 11, 2002 in the municipality of La Ceja located in Antioquia, Colombia.

154.     Plaintiff Luz Dary Bedoya Gaviria is the representative and legal heir of German Alonso Cardona Rios.  Decedent German Alonso Cardona Rios was killed by the AUC on December 8, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

155.     Plaintiff Luz Marina Rodriguez Valencia is the representative and legal heir of Edwin German Rodriguez.  Decedent Edwin German Rodriguez was killed by the AUC on February 12, 2002 in the municipality of La Ceja located in Antioquia, Colombia.

156.     Plaintiff Luz Mery Garcia Henao is the representative and legal heir of Reinaldo de Jesus Botero Tobon.  Decedent Reinaldo de Jesus Botero Tobon was killed by the AUC on or about July 9, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

44

157.    Plaintiff Luz Mery Muñoz Muñoz is the representative and wife of Gilberto Rios Murillo.  Gilberto Rios Murillo was forcibly disappeared by the AUC on September 11, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

158.    Plaintiff Magdalena Ines Ocampo de Perez is the representative and legal heir of Fabian Andres Perez Ocampo.  Decedent Fabian Andres Perez Ocampo was killed by the AUC on or about March 23, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

159.    Plaintiff Margarita de Jesus Correa de Bedoya is the representative and legal heir of Fabian Alonso Bedoya Correa.  Decedent Fabian Alonso Bedoya Correa was killed by the AUC on June 14, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

160.    Plaintiff Maria Cecilia Florez Valencia is the representative and legal heir of May Deyber Florez.  Decedent May Deyber Florez was killed by the AUC on February 8, 2003 in the municipality of La Ceja located in Antioquia, Colombia.

161.    Plaintiff Maria Cielo Villada is the representative and legal heir of Robert Andrey Villada Villada.  Decedent Robert Andrey Villada Villada was killed by the AUC on February 4, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

162.    Plaintiff Maria Consuelo Marulanda Martinez is the representative and legal heir of Elkin Fernando Arango Marulanda.  Decedent Elkin Fernando Arango Marulanda was killed by the AUC on May 19, 2002 in the municipality of La Ceja located in Antioquia, Colombia.

163.    Plaintiff Maria Consuelo Montoya Ramirez is the representative and legal heir of Juan Camillo Rios Montoya.  Decedent Juan Camillo Rios Montoya was killed by the AUC on February 12, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

164.    Plaintiff Maria Elena Rios Gaviria is the representative and legal heir of Pedro Jose Alvarez Ruiz.  Decedent Pedro Jose Alvarez Ruiz was killed by the AUC on April 30, 2000 in the municipality of La Ceja located in Antioquia, Colombia.

165.     Plaintiff Maria Elvia Orozco de Arias is the representative and legal heir of Javier Orozco Loaiza.  Decedent Javier Orozco Loaiza was killed by the AUC on June 3, 2003 in the municipality of La Ceja located in Antioquia, Colombia.

166.     Plaintiff Maria Luz Bedoya Echavarria is the representative and legal heir of Leonardo Bedoya.  Decedent Leonardo Bedoya was killed by the AUC on January 9, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

167.     Plaintiff Maria Olga Rios Molina is the representative and legal heir of Albert Jony Rios.  Decedent Albert Jony Rios was killed by the AUC on February 9, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

168.     Plaintiff Maria Olivia Florez Pavas is the representative and legal heir of Joaquin Guillermo Ledesma Florez.  Decedent Joaquin Guillermo Ledesma Florez was killed by the AUC on January 10, 2002 in the municipality of La Ceja located in Antioquia, Colombia.

169.     Plaintiff Maria Omaira Gaviria de Molina is the representative and legal heir of Henry de Jesus Molina Gaviria.  Decedent Henry de Jesus Molina Gaviria was killed by the AUC on October 3, 2000 in the municipality of La Ceja located in Antioquia, Colombia.

170.     Plaintiff Maria Romelia Rios is the representative and legal heir of Andres Antonio Castro Rios.  Decedent Andres Antonio Castro Rios was killed by the AUC on May 19, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

171.     Plaintiff Maria Teresa Buritica is the representative and legal heir of Nicolas Albeiro Buritica.  Decedent Nicolas Albeiro Buritica was killed by the AUC on January 19, 2003 in the municipality of La Ceja located in Antioquia, Colombia.

172.     Plaintiff Marleni Villada Buitrago is the representative and legal heir of Hernando Antonio Otalvaro Lopez.  Decedent Hernando Antonio Otalvaro Lopez was killed by the AUC on April 30, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

173.     Plaintiff Marleny Mazo is the representative and legal heir of Jhon Fredy Mazo. Decedent Jhon Fredy Mazo was killed by the AUC on June 27, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

174.     Plaintiff Marleny Restrepo Marulanda is the representative and daughter of Jose Argelio Restrepo Ramirez.  Jose Argelio Restrepo Ramirez was forcibly disappeared by the AUC on January 29, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

175.     Plaintiff Marleny Restrepo Marulanda is the representative and legal heir of Maria Cecilia Marulanda Rodriguez.  Decedent Maria Cecilia Marulanda Rodriguez was killed by the AUC on January 29, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

176.     Plaintiff Marta Lina Otalvaro Otalvaro is the representative and legal heir of Giovanny Alonso Rios Otalvaro.  Decedent Giovanny Alonso Rios Otalvaro was killed by the AUC on March 22, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

177.     Plaintiff Martha Cecilia Ocampo de Otalvaro is the representative and legal heir of Gloria Emilsen Otalvaro Ocampo.  Decedent Gloria Emilsen Otalvaro Ocampo was killed by the AUC on March 27, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

178.     Plaintiff Martha Lia Arenas is the representative and legal heir of Jeferson Johanny Roman Arenas.  Decedent Jeferson Johanny Roman Arenas was killed by the AUC on or about November 21, 2003 in the municipality of La Ceja located in Antioquia, Colombia.

179.     Plaintiff Merdado Argote is the representative and legal heir of Leonardo Fabio Argote Villada.  Decedent Leonardo Fabio Argote Villada was killed by the AUC on December 4, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

180.     Plaintiff Miguel Angel Valencia Valencia is the representative and legal heir of Ivan Dario Valencia Cardona.  Decedent Ivan Dario Valencia Cardona was killed by the AUC on January 17, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

181.   Plaintiff Nancy Rodas Gallego is the representative and legal heir of Juan Camilo Rios Rodas.  Decedent Juan Camilo Rios Rodas was killed by the AUC on October 10, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

182.   Plaintiff Ofelia Valencia de Rios is the representative and legal heir of William Fernando Rios Valencia.  Decedent William Fernando Rios Valencia was killed by the AUC on December 20, 2002 in the municipality of La Ceja located in Antioquia, Colombia.

183.   Plaintiff Oliva Arango Andrade is the representative and legal heir of Jose Leonel Andrade Arango.  Decedent Jose Leonel Andrade Arango was killed by the AUC on January 6, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

184.   Plaintiff Policarpa De Los Dolores Lopez Marin is the representative and legal heir of Elkin Dario Pavas Lopez.  Decedent Elkin Dario Pavas Lopez was killed by the AUC on January 12, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

185.   Plaintiff Rodolfo de Jesus Cardona is the representative and legal heir of Rosalba Cardona Galeano.  Decedent Rosalba Cardona Galeano was killed by the AUC on or about July 6, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

186.   Plaintiff Rosa Edilma Lopez Gaviria is the representative and legal heir of Francisco Javier Lopez Gaviria.  Decedent Francisco Javier Lopez Gaviria was killed by the AUC on July 5, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

187.   Plaintiffs Rosalba Bedoya Echavarria and Luz Adriana Gonzalez Ocampo are the representatives and legal heirs of Edwin Alexander Gaviria Bedoya.  Decedent Edwin Alexander Gaviria Bedoya was killed by the AUC on or about May 4, 2003 in the municipality of La Ceja located in Antioquia, Colombia.

188.    Plaintiff Rosana Tabares de Gaviria is the representative and legal heir of Arley De Jesus Gaviria Tabares.  Decedent Arley De Jesus Gaviria Tabares was killed by the AUC on June 7, 2002 in the municipality of La Ceja located in Antioquia, Colombia.

189.    Plaintiff Sandra Milena Medina Quintero is the representative and legal heir of Jose de Jesus Medina Yarce.  Decedent Jose de Jesus Medina Yarce was killed by the AUC on December 7, 1998 in the municipality of La Ceja located in Antioquia, Colombia.

190.    Plaintiff Teresa De Jesus Gaviria de Gomez is the representative and legal heir of Diego Antonio Gomez Castro.  Decedent Diego Antonio Gomez Castro was killed by the AUC on September 17, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

191.    Plaintiff Marta Ligia Pavas de Rojas is the representative and legal heir of Lazaro de Jesus Rojas Ruiz.  Decedent Lazaro de Jesus Rojas Ruiz was killed by the AUC on October 2, 2003 in the municipality of La Unión located in Antioquia, Colombia.

192.    Plaintiff Rosana Tabares de Gaviria is the representative and legal heir of Jeison Dario Gaviria Tabares.  Decedent Jeison Dario Gaviria Tabares was killed by the AUC on or about February 24, 1997 in the municipality of La Unión located in Antioquia, Colombia.

193.    Plaintiff Sonia Elizabeth Patino Bedoya is the representative and legal heir of Hernan Alonso Bedoya Jimenez.  Decedent Hernan Alonso Bedoya Jimenez was killed by the AUC on November 23, 1998 in the municipality of La Unión located in Antioquia, Colombia.

194.    Plaintiff Fanny de Jesus Maldonado de Bolivar is the representative and mother of Juan David Bolivar Maldonado.  Juan David Bolivar Maldonado was forcibly disappeared by the AUC on August 14, 2000 while traveling from the municipality of Venecia to the municipality of Medellín located in Antioquia, Colombia.

195.     Plaintiff Juan Fernando Marin Londoño is the representative and son of Rigoberto Marin Restrepo.  Rigoberto Marin Restrepo was forcibly disappeared by the AUC on September 3, 2002 in the municipality of Medellín located in Antioquia, Colombia.

196.     Plaintiff Liliana Maria Garcia Garcia is the representative and legal heir of Jhon Cesar Restrepo Correa.  Decedent Jhon Cesar Restrepo Correa was killed by the AUC on December 26, 2001 in the municipality of Medellín located in Antioquia, Colombia.

197.     Plaintiff Maria Gabriela Restrepo Velez is the representative and legal heir of Ramiro de Jesus Florez Restrepo.  Decedent Ramiro de Jesus Florez Restrepo was killed by the AUC on January 6, 2002 in the municipality of Medellín located in Antioquia, Colombia.

198.     Plaintiff Zulia Cuesta Blandon is the representative and legal heir of Julio Cesar Cuesta.  Decedent Julio Cesar Cuesta was killed by the AUC on May 1, 2000 in the municipality of Medellín located in Antioquia, Colombia.

199.     Plaintiff Luz Neriz Martinez Pedroza is the representative and legal heir of Pablo Emilio Ruiz Rodriguez.  Decedent Pablo Emilio Ruiz Rodriguez was killed by the AUC on April 12, 2004 in the municipality of Murindó located in Antioquia, Colombia.

200.     Plaintiff Gustavo Alonso Coneo Macias is the representative and son of Alfredo Coneo Hernandez.  Alfredo Coneo Hernandez was forcibly disappeared by the AUC on March 4, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

201.     Plaintiff Luis Antonio Guisao is the representative and legal heir of Miguel Antonio Varela Oquendo.  Decedent Miguel Antonio Varela Oquendo was killed by the AUC on February 5, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

202.     Plaintiff Luz Mila Buenaño Rios is the representative and legal heir of Mario Bello Buenaño.  Decedent Mario Bello Buenaño was killed by the AUC on September 17, 1999 in the municipality of Necoclí located in Antioquia, Colombia.

203.     Plaintiff Alicia Garcia de Gaviria is the representative and legal heir of Arnulfo de Jesus Gaviria Garcia.  Decedent Arnulfo de Jesus Gaviria Garcia was killed by the AUC on August 21, 1997 while traveling from the municipality of La Ceja to the municipality of Rionegro in Antioquia, Colombia.

204.     Plaintiff Flor Angela Medina is the representative and legal heir of Wilson Norberto Noreña Medina.  Decedent Wilson Norberto Noreña Medina was killed by the AUC on November 9, 2003 in the municipality of Rionegro located in Antioquia, Colombia.

205.     Plaintiff Francisco Javier Villada Llano is the representative and legal heir of Francisco Javier Villada Alvarez.  Decedent Francisco Javier Villada Alvarez was killed by the AUC on November 27, 1999 in the municipality of Rionegro located in Antioquia, Colombia.

206.     Plaintiff Maria Elena Carmona de Cardona is the representative and legal heir of Juan Bernardo Cardona Carmona.  Decedent Juan Bernardo Cardona Carmona was killed by the AUC on October 29, 1998 in the municipality of Rionegro located in Antioquia, Colombia.

207.     Plaintiff Maria Marleny Castro De Ocampo is the representative and legal heir of Jose Ramiro Ocampo Villa.  Decedent Jose Ramiro Ocampo Villa was killed by the AUC on August 6, 2000 in the municipality of Rionegro located in Antioquia, Colombia.

208.     Plaintiff Maria Gabriela Benitez is the representative and legal heir of Gilberto de Jesus Benitez Ibarra.  Decedent Gilberto de Jesus Benitez Ibarra was killed by the AUC on November 1, 1998 in the municipality of Salgar located in Antioquia, Colombia.

209.     Plaintiff Lucy Andrea Usme Valencia is the representative and legal heir of Orlando Antonio Saldarridga Estrada.  Decedent Orlando Antonio Saldarridga Estrada was killed by the AUC on February 12, 2001 in the municipality of San Roque located in Antioquia, Colombia.

210.    Plaintiff Blanca Margarita Raigoza de Echavarria is the representative and legal heir of Ferney Echavarria Raigoza.  Decedent Ferney Echavarria Raigoza was killed by the AUC on November 12, 1997 in the municipality of Santo Domingo located in Antioquia, Colombia.

211.    Plaintiff Blanca Margarita Raigoza de Echavarria is the representative and legal heir of Wilmar Echavarria Raigoza.  Decedent Wilmar Echavarria Raigoza was killed by the AUC on November 12, 1997 in the municipality of Santo Domingo located in Antioquia, Colombia.

212.    Plaintiff Luz Mery Sanchez de Alvarez is the representative and widow of Otoniel de Jesus Alvarez Arango.  Decedent Otoniel de Jesus Alvarez Arango was forcibly disappeared by the AUC on December 2, 1998 in the municipality of Sonsón located in Antioquia, Colombia. Mr. Alvarez Arango was found dead and subsequently buried on April 12, 1999.

213.    Plaintiff Maria Rosmira Velez de Henao is the representative and legal heir of Saulo Antonio Henao Velez.  Decedent Saulo Antonio Henao Velez was killed by the AUC on August 14, 2000 in the municipality of Sonsón located in Antioquia, Colombia.

214.    Plaintiff Ana Lucia Molla Moreno is the representative and mother of Cristobal Palacio Moya.  Decedent Cristobal Palacio Moya was forcibly disappeared by the AUC on June 11, 2003 in the municipality of Tarazá located in Antioquia, Colombia.  Plaintiff was subsequently provided with Decedent's identification and advised of his death.

215.    Plaintiff Astrid del Socorro Negrete de Amaya is the representative and legal heir of Luis Enrique Amaya Restrepo.  Decedent Luis Enrique Amaya Restrepo was killed by the AUC on December 1, 1997 in the municipality of Turbo located in Antioquia, Colombia.

216.    Plaintiff Carlos Enrique Arena Durango is the representative and brother of Maria Adelaida Arena Durango.  Maria Adelaida Arena Durango was forcibly disappeared by the AUC on January 14, 1997 in the municipality of Turbo located in Antioquia, Colombia.

217.     Plaintiff Cecilia Rosa Espitia is the representative and legal heir of Argelio de Jesus Domico Hernandez.  Decedent Argelio de Jesus Domico Hernandez was killed by the AUC on February 27, 2001 in the municipality of Turbo located in Antioquia, Colombia.

218.     Plaintiff Elena Bello Espitia is the representative and mother of Jorge Eliecer Barrera Bello.  Jorge Eliecer Barrera Bello was forcibly disappeared by the AUC on August 2, 1997 in the municipality of Turbo located in Antioquia, Colombia.

219.     Plaintiff Flor Maria Gaspar Causil is the representative and legal heir of Corcino Antonio Causil Gonzalez.  Decedent Corcino Antonio Causil Gonzalez was killed by the AUC on February 20, 1997 in the municipality of Turbo located in Antioquia, Colombia.

220.     Plaintiff Gladys Maria Montes Urango is the representative and legal heir of Ceferino Lopez Urango.  Decedent Ceferino Lopez Urango was killed by the AUC on August 31, 1997 in the municipality of Turbo located in Antioquia, Colombia.

221.     Plaintiff Gladys Nunez Benitez is the representative and legal heir of Juan Bautista Berrio Nunez.  Decedent Juan Bautista Berrio Nunez was killed by the AUC on July 31, 1999 in the municipality of Turbo located in Antioquia, Colombia.

222.     Plaintiff Gregoria Tapia Marimon is the representative and legal heir of Emilio Herrera Tapias.  Decedent Emilio Herrera Tapias was killed by the AUC on or about January 19, 2000 in the municipality of Turbo located in Antioquia, Colombia.

223.     Plaintiff Ines Pautt Morales is the representative and legal heir of Adanies Martinez Pautt.  Decedent Adanies Martinez Pautt was killed by the AUC on January 18, 2000 in the municipality of Turbo located in Antioquia, Colombia.

224.     Plaintiff Ledys Naudith Yanes Leon is the representative and legal heir of Luis Antonio Flores Martinez.  Decedent Luis Antonio Flores Martinez was killed by the AUC on August 11, 2000 in the municipality of Turbo located in Antioquia, Colombia.

225.    Plaintiff Luz Mila Buenaño Rios is the representative and legal heir of Jhon Fredy Bello Buenaño.  Decedent Jhon Fredy Bello Buenaño was killed by the AUC on July 18, 2001 in the municipality of Turbo located in Antioquia, Colombia.

226.    Plaintiff Margarita Sofia Castillo Lambertinez is the representative and legal heir of Manuel Herrera Betin.  Decedent Manuel Herrera Betin was killed by the AUC on February 6, 1997 in the municipality of Turbo located in Antioquia, Colombia.

227.    Plaintiff Maria del Carmen Usuga Molina is the representative and sister of Henry de Jesus Usuga Molina.  Henry de Jesus Usuga Molina was forcibly disappeared by the AUC on August 12, 1997 in the municipality of Turbo located in Antioquia, Colombia.

228.    Plaintiff Maria Luisa Mesa Mestra is the representative and legal heir of Elkin Jose Mesa Vila.  Decedent Elkin Jose Mesa Vila was killed by the AUC on February 3, 2004 in the municipality of Turbo located in Antioquia, Colombia.

229.    Plaintiff Martha Cecilia Cardona Henao is the representative and legal heir of Guillermo Henao Martinez.  Decedent Guillermo Henao Martinez was killed by the AUC on January 24, 1997 in the municipality of Turbo located in Antioquia, Colombia.

230.    Plaintiff Martin Eliecer de las Aguas Bello is the representative and legal heir of Jorge Luis de las Aguas Bello.  Decedent Jorge Luis de las Aguas Bello was killed by the AUC on July 3, 2003 in the municipality of Turbo located in Antioquia, Colombia.

231.    Plaintiff Martina Cordoba de Berrio is the representative and legal heir of Yonni Mosquera Berrio.  Decedent Yonni Mosquera Berrio was killed by the AUC on May 27, 1997 in the municipality of Turbo located in Antioquia, Colombia.

232.    Plaintiff Natacha Piedrahita Valencia is the representative and legal heir of Carlos Mario Uribe Arias.  Decedent Carlos Mario Uribe Arias was killed by the AUC on or about July 17, 1999 in the municipality of Turbo located in Antioquia, Colombia.

233.    Plaintiff Rosmira Suarez Metrio is the representative and legal heir of Bienvenido Castellano Suarez.  Decedent Bienvenido Castellano Suarez was killed by the AUC on March 5, 1999 in the municipality of Turbo located in Antioquia, Colombia.

234.    Plaintiff Blanca Cecilia Cañaveral is the representative and legal heir of Johny Joel Velasquez Jaramillo.  Decedent Johny Joel Velasquez Jaramillo was killed by the AUC on December 7, 1997 in the municipality of Urrao located in Antioquia, Colombia.

235.    Plaintiff Claudia Yanet Serna Arango is the representative and legal heir of Diego Ernesto Franco Zapata.  Decedent Diego Ernesto Franco Zapata was killed by the AUC on July 1, 1999 in the municipality of Urrao located in Antioquia, Colombia.

236.    Plaintiff Teresa Lopez Julio is the representative and legal heir of Alexis Lopez Julio.  Decedent Alexis Lopez Julio was killed by the AUC on November 19, 2003 in the municipality of Corinto located in Cauca, Colombia.

237.    Plaintiff Marlene Maria Marmol Perez is the representative and legal heir of Dagoberto Manuel Urango Marmol.  Decedent Dagoberto Manuel Urango Marmol was killed by the AUC on November 19, 2000 in the municipality of Aguachica located in Cesar, Colombia.

238.    Plaintiff Lucila Mancilla de Gaviria is the representative and mother of Edison Gaviria Mancilla.  Edison Gaviria Mancilla was forcibly disappeared by the AUC on January 28, 1997 in the municipality of Acandí located in Chocó, Colombia.

239.    Plaintiff Lucila Mancilla de Gaviria is the representative and wife of Alberto Gaviria Londoño.  Alberto Gaviria Londoño was forcibly disappeared by the AUC on January 28, 1997 in the municipality of Acandí located in Chocó, Colombia.

240.    Plaintiff Eni Jhoanna Delgado Cordoba is the representative and legal heir of Jose Lorenzo Valoyes Mena.  Decedent Jose Lorenzo Valoyes Mena was killed by the AUC on May 7, 2002 in the municipality of Carmen del Darién located in Chocó, Colombia.

241.    Plaintiff Carlos Enrique Arena Durango is the representative and legal heir of Esaul Antonio Arenas Durango.  Decedent Esaul Antonio Arenas Durango was killed by the AUC on February 20, 1997 in the municipality of Unguía located in Chocó, Colombia.

242.    Plaintiff Cila Maria Correa Sea is the representative and legal heir of Jose Luis Mendoza Monterosa.  Decedent Jose Luis Mendoza Monterosa was killed by the AUC on September 28, 2002 in the municipality of Unguía located in Chocó, Colombia.

243.    Plaintiff Luis Albeiro Moncada Trejos was kidnapped by the AUC on August 13, 2002 in the municipality of Unguía located in Chocó, Colombia and subsequently released under threat of violence.

244.    Plaintiff Argemiro Manuel Espriella Casarrubia is the representative and legal heir of Santiago Espriella Mercado.  Decedent Santiago Espriella Mercado was killed by the AUC on an unknown date in Córdoba, Colombia.

245.    Plaintiff Elvira del Carmen Lozano Lozano is the representative and legal heir of Ubaldo Antonio Arrieta Lozano.  Decedent Ubaldo Antonio Arrieta Lozano was killed by the AUC on July 6, 2003 in the municipality of Monteria located in Córdoba, Colombia.

246.    Plaintiff Luz Dary Carvajal Graciano is the representative and legal heir of Edilson Varela Tuberquia.  Decedent Edilson Varela Tuberquia was killed by the AUC on March 14, 2000 in the municipality of Tierralta located in Córdoba, Colombia.

247.    Plaintiffs Alexandra Muñoz Arias and Maria del Rosario David Guzman are the representatives and legal heirs of Jhon Jairo Manco David.  Decedent Jhon Jairo Manco David was killed by the AUC on June 4, 2000 in the municipality of Pitalito located in Huila, Colombia.

248.   Plaintiff Gloria Isabel Aguirre is the representative and legal heir of Hugo Albeiro Gonzalez Marulanda.  Decedent Hugo Albeiro Gonzalez Marulanda was killed by the AUC on April 24, 2000 in the municipality of Lérida located in Tolima, Colombia.

249.   Plaintiff Silvia Amparo Giraldo de Obando is the representative and legal heir of Luis Fernando Obando Giraldo.  Decedent Luis Fernando Obando Giraldo was killed by the AUC on September 26, 2001 in the municipality of Cali located in Valle del Cauca, Colombia.

250.   Plaintiff Maria de La Paz Blandon Pulgarin is the representative and legal heir of Hector Jaime Vasquez Grajales.  Decedent Hector Jaime Vasquez Grajales was killed by the AUC on September 22, 2001 in the municipality of El Aguila located in Valle del Cauca, Colombia.

251.   Plaintiff Damaris Vergara Trespalacios is the representative and legal heir of Jorge Alberto Marquez Vergara.  Decedent Jorge Alberto Marquez Vergara was killed by the AUC on November 7, 2003 in the municipality of Jamundí located in Valle del Cauca, Colombia.

252.   Plaintiff Hector de Jesus Rivera Marin is the representative and legal heir of Melida Marin de Rivera.  Decedent Melida Marin de Rivera was killed by the AUC on June 20, 2002 in the municipality of Abejorral located in Antioquia, Colombia.

253.   Plaintiff Maria Debora Duarte Lopez is the representative and legal heir of Jesus Alberto Duarte Lopez.  Decedent Jesus Alberto Duarte Lopez was killed by the AUC on August 17, 2000 in the municipality of Abriaquí located in Antioquia, Colombia.

254.   Plaintiff Maria Elena Montoya Colorado is the representative and legal heir of Luis Angel Montoya Bedoya.  Decedent Luis Angel Montoya Bedoya was killed by the AUC in March 2003 in the municipality of Angelopolis located in Antioquia, Colombia.

255.    Plaintiff Adriana Maria Usme Castano is the representative and legal heir of Josue Montoya Correa.  Decedent Josue Montoya Correa was killed by the AUC on January 8, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

256.    Plaintiff Adriana Marledy Sanchez Posada is the representative and legal heir of Enrique Gustavo Sanchez.  Decedent Enrique Gustavo Sanchez was killed by the AUC on April 26, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

257.    Plaintiff Adriana Patricia Isaza Zuleta is the representative and mother of Jonny Agudelo Isaza.  Jonny Agudelo Isaza was forcibly disappeared by the AUC on March 10, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

258.    Plaintiff Alba Esther Manco is the representative and mother of Jhon Jairo Usuga Manco.  Jhon Jairo Usuga Manco was forcibly disappeared by the AUC on November 7, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

259.    Plaintiff Alba Yaneth Bedoya is the representative and legal heir of Luis Orlando Restrepo.  Decedent Luis Orlando Restrepo was killed by the AUC on September 1, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

260.    Plaintiff Alejandra Milena Hoyos David is the representative and legal heir of Pedro Nel Salazar Largo.  Decedent Pedro Nel Salazar Largo was killed by the AUC on April 22, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

261.    Plaintiff Alejandrina Ibarra is the representative and sister of Alexander Guerrero Ibarra.  Alexander Guerrero Ibarra was forcibly disappeared by the AUC on December 21, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

262.     Plaintiff Alejandro Ivan Bastidas Contreras is the representative and legal heir of Luz Marina Contreras Gomez.  Decedent Luz Marina Contreras Gomez was killed by the AUC on September 20, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

263.     Plaintiff Alicia de Jesus Manco Velez is the representative and legal heir of Ricardo Alfredo Velez Yepes.  Decedent Ricardo Alfredo Velez Yepes was killed by the AUC on December 8, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

264.     Plaintiff Alvaro Antonio Rodriguez is the representative and legal heir of Juan Bautista Rodriguez.  Decedent Juan Bautista Rodriguez was killed by the AUC on June 7, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

265.     Plaintiffs Amanda de Jesus Guzman and Elvia Lucia Bolivar Garcia are the representatives and legal heirs of Jairo Antonio Guzman.  Decedent Jairo Antonio Guzman was killed by the AUC on November 23, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

266.     Plaintiff Amparo del Socorro Ramirez Toro is the representative and mother of Duval Lain Ceron Ramirez.  Duval Lain Ceron Ramirez was forcibly disappeared by the AUC on March 2, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

267.     Plaintiff Amparo Osorio Osorio is the representative and legal heir of Jhon Roger Gomez Osorio.  Decedent Jhon Roger Gomez Osorio was killed by the AUC on November 29, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

268.     Plaintiff Ana de Jesus Vallejo de Hernandez is the representative and legal heir of Leon Angel Piedrahita.  Decedent Leon Angel Piedrahita was killed by the AUC on September 15, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

269.     Plaintiffs Ana Dolores Buenano Martinez and Luz Ney Ruiz Bustamante are the representatives and legal heirs of Jhon Alberto Espinosa.  Decedent Jhon Alberto Espinosa was killed by the AUC on July 30, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

270.     Plaintiff Ana Joaquina Cuesta Escobar is the representative and legal heir of Jose Ivan Valderrama.  Decedent Jose Ivan Valderrama was killed by the AUC on March 6, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

271.     Plaintiff Ana Josefa Espinoza Muriel is the representative and legal heir of Alberto Aurelio Espinoza Muriel.  Decedent Alberto Aurelio Espinoza Muriel was killed by the AUC on February 4, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

272.     Plaintiff Ana Leticia Betancur Rodriguez is the representative and legal heir of Braulio de Jesus Zapata.  Decedent Braulio de Jesus Zapata was killed by the AUC on February 27, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

273.     Plaintiff Ana Milbia Durango Durango is the representative and legal heir of Luis Arnulfo Escobar Durango.  Decedent Luis Arnulfo Escobar Durango was killed by the AUC on November 30, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

274.     Plaintiff Ana Ofelia Torres Torres is the representative and legal heir of Ceferino Antonio Restrepo.  Decedent Ceferino Antonio Restrepo was killed by the AUC on June 14, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

275.     Plaintiff Ana Tereza Mosquera Hurtado is the representative and mother of Felix Antonio Mosquera Hurtado.  Felix Antonio Mosquera Hurtado was forcibly disappeared by the AUC on December 16, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

276.     Plaintiff Angela Maria Montoya is the representative and legal heir of Jhon Jairo Zapata.  Decedent Jhon Jairo Zapata was killed by the AUC on January 27, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

277.     Plaintiff Araceli Sepulveda Gutierrez is the representative and legal heir of Norly Durango.  Decedent Norly Durango was killed by the AUC on January 9, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

278.     Plaintiff Araceli Sepulveda Gutierrez is the representative and legal heir of Jeremias Durango Pino.  Decedent Jeremias Durango Pino was killed by the AUC on June 12, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

279.     Plaintiff Arcelio Arrieta Lora is the representative and legal heir of Wilson Arrieta Galarcio.  Decedent Wilson Arrieta Galarcio was killed by the AUC on June 6, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

280.     Plaintiff Arnolis Deys Gomez Vargas is the representative and legal heir of Tomas Diaz Hernandez.  Decedent Tomas Diaz Hernandez was killed by the AUC on November 15, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

281.     Plaintiff Ayde Rosa Florez Manco is the representative and legal heir of Luis Anibal Berrio Goez.  Decedent Luis Anibal Berrio Goez was killed by the AUC on July 6, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

282.     Plaintiff Balvina Villero Rosario is the representative and legal heir of John Jairo Garces Villero.  Decedent John Jairo Garces Villero was killed by the AUC on November 23, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

283.    Plaintiff Bellanira David is the representative and legal heir of Alejandro Guerra David.  Decedent Alejandro Guerra David was killed by the AUC on May 28, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

284.    Plaintiff Benicio Córdoba Romana is the representative and legal heir of Peregrino Rodriguez Hurtado.  Decedent Peregrino Rodriguez Hurtado was killed by the AUC on February 2, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

285.    Plaintiff Berlis Julieth Castano Bolívar is the representative and legal heir of Liberman Fernando Castano Bolívar.  Decedent Liberman Fernando Castano Bolívar was killed by the AUC on April 13, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

286.    Plaintiff Bernardo Lopez Alvarez is the representative and legal heir of Alexander Alirio Lopez Tobon.  Decedent Alexander Alirio Lopez Tobon was killed by the AUC on January 7, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

287.    Plaintiff Bibiana Maria Chaverra is the representative and mother of Elkin Palomeque Chaverra.  Elkin Palomeque Chaverra was forcibly disappeared by the AUC in November 1998 in the municipality of Apartadó located in Antioquia, Colombia.

288.    Plaintiff Bilberto William Quintero Fornaris is the representative and legal heir of Jose Mauricio Quintero Holguin.  Decedent Jose Mauricio Quintero Holguin was killed by the AUC on July 23, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

289.    Plaintiff Blanca Ines Perez Giraldo is the representative and sister of Luis Anibal Perez Giraldo.  Luis Anibal Perez Giraldo was forcibly disappeared by the AUC on June 17, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

290.     Plaintiff Blanca Libia Canaveral Berrio is the representative and legal heir of Juan Yormer Sossa Sossa.  Decedent Juan Yormer Sossa Sossa was killed by the AUC on July 14, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

291.     Plaintiff Carlos Enrique Aguirre Tuberquia is the representative and legal heir of Julio Enrique Aguirre Cartagena.  Decedent Julio Enrique Aguirre Cartagena was killed by the AUC on July 19, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

292.     Plaintiff Carmen Alicia Paz Lozano is the representative and legal heir of Oscar Ruiz Cavadia.  Decedent Oscar Ruiz Cavadia was killed by the AUC on March 2, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

293.     Plaintiff Carmen Tulia Asprilla Córdoba is the representative and legal heir of Freddy Correa Asprilla.  Decedent Freddy Correa Asprilla was killed by the AUC on March 1, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

294.     Plaintiff Cenelina Patricia Gallego Garcia is the representative and legal heir of Evelio de Jesus Gallego Gonzalez.  Decedent Evelio de Jesus Gallego Gonzalez was killed by the AUC on May 9, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

295.     Plaintiff Cesar Augusto Bolívar Rendon is the representative and legal heir of Hector Luis Bolívar Osorio.  Decedent Hector Luis Bolívar Osorio was killed by the AUC on August 18, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

296.     Plaintiff Clara Rosa Uribe de Guisao is the representative and legal heir of Luis Adolfo Uribe.  Decedent Luis Adolfo Uribe was killed by the AUC on October 3, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

297.     Plaintiff Clarivel Ayala Miranda is the representative and legal heir of Carlos Enrique Ayala.  Decedent Carlos Enrique Ayala was killed by the AUC on June 5, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

298.     Plaintiff Claudia Esther Mena Mosquera is the representative and legal heir of Edwin Murillo Rivas.  Decedent Edwin Murillo Rivas was killed by the AUC on January 6, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

299.     Plaintiff Cleofe Cuesta Blandon is the representative and sister of Mario Blandon. Mario Blandon was forcibly disappeared by the AUC on October 9, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

300.     Plaintiff Consuelo Meneses Echeverri is the representative and legal heir of Jose Ignacio Meneses.  Decedent Jose Ignacio Meneses was killed by the AUC on March 9, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

301.     Plaintiff Consuelo Meneses Echeverri is the representative and legal heir of Miguel Angel Osorio David.  Decedent Miguel Angel Osorio David was killed by the AUC on June 16, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

302.     Plaintiff Dalila Cardona Manco is the representative and legal heir of Ornan Cardona Manco.  Decedent Ornan Cardona Manco was killed by the AUC on December 10, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

303.     Plaintiff Denis del Carmen Martinez is the representative and legal heir of Fredy Manuel Mosquera Hurtado.  Decedent Fredy Manuel Mosquera Hurtado was killed by the AUC on May 1, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

304.     Plaintiff Diana Amparo Lopez Higuita is the representative and daughter of Pedro Nel Lopez Carvajal.  Pedro Nel Lopez Carvajal was forcibly disappeared by the AUC on March 15, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

305.     Plaintiffs Dina Luz Herrera Parra and Maria Graciela Herrera de Gil are the representatives and legal heirs of Jesus Delio Herrera Galvis.  Decedent Jesus Delio Herrera Galvis was killed by the AUC on May 2, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

306.     Plaintiffs Dina Luz Lopez Escobar and Maria Cleotilde Asprilla Lopez are the representatives and legal heirs of William Antonio Lopez Pacheco.  Decedent William Antonio Lopez Pacheco was killed by the AUC on May 10, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

307.     Plaintiff Dora Alba Ramirez Restrepo is the representative and legal heir of Dora Alba Ramirez Restrepo.  Decedent Dora Alba Ramirez Restrepo was killed by the AUC on December 27, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

308.     Plaintiff Dora Neida de Jesus Rojas Londono is the representative and legal heir of Jhonny Montalvo Parodis.  Decedent Jhonny Montalvo Parodis was killed by the AUC on April 28, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

309.     Plaintiff Doriela Amparo Palacio is the representative and legal heir of Libardo de Jesus Martinez Lopez.  Decedent Libardo de Jesus Martinez Lopez was killed by the AUC on May 22, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

310.    Plaintiff Doris Areiza is the representative and legal heir of Torcuato Herrera Morales.  Decedent Torcuato Herrera Morales was killed by the AUC on March 9, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

311.    Plaintiff Ediltrudis del Carmen Arizal Macea is the representative and legal heir of Hernan Conde Tirado.  Decedent Hernan Conde Tirado was killed by the AUC on February 14, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

312.    Plaintiffs Edith Avila Perez and Ana Dolia Bolivar Garcia are the representatives and legal heirs of Jose de los Santos Perea Mosquera.  Decedent Jose de los Santos Perea Mosquera was killed by the AUC on June 27, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

313.    Plaintiff Edwin Nolberto Nieto Triana is the representative and legal heir of Guillermo Nieto Delgado.  Decedent Guillermo Nieto Delgado was killed by the AUC on April 6, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

314.    Plaintiff Ela Patricia Arcia Sanchez is the representative and legal heir of Rosember Antonio Arcia Sanchez.  Decedent Rosember Antonio Arcia Sanchez was killed by the AUC on July 6, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

315.    Plaintiff Elba Yaneth Quintero Londono is the representative and legal heir of Jorge Eduardo Mejia Marin.  Decedent Jorge Eduardo Mejia Marin was killed by the AUC on March 9, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

316.    Plaintiff Elizabeth Aguirre Quintero is the representative and legal heir of Julio Enrique Aguirre Cartagena.  Decedent Julio Enrique Aguirre Cartagena was killed by the AUC on July 19, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

317.     Plaintiff Elizabeth Jaramillo Espinosa is the representative and legal heir of Roberto Hoover Posada Restrepo.  Decedent Roberto Hoover Posada Restrepo was killed by the AUC on August 25, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

318.     Plaintiffs Emerita Sofia Gonzalez and Manuel Antonio Corcho Anaya are the representatives and legal heirs of Arnobis Manuel Corcho Gonzalez.  Arnobis Manuel Corcho Gonzalez was forcibly disappeared by the AUC on January 11, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

319.     Plaintiff Esmeralda del Sagrario Velez Pareja is the representative and legal heir of Carlos Mario Pareja.  Decedent Carlos Mario Pareja was killed by the AUC on June 21, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

320.     Plaintiff Fabiola del Socorro Serna de Lemus is the representative and legal heir of Didier Hernando Lemus Serna.  Decedent Didier Hernando Lemus Serna was killed by the AUC on February 9, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

321.     Plaintiff Fanny de Jesus Restrepo Sepulveda is the representative and legal heir of Ferney Andres Restrepo.  Decedent Ferney Andres Restrepo was killed by the AUC on November 16, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

322.     Plaintiff Fanny de Jesus Restrepo Zapata is the representative and legal heir of Jhon Walter Velez Restrepo.  Decedent Jhon Walter Velez Restrepo was killed by the AUC on November 29, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

323.     Plaintiff Francia Elena Medrano Cardona is the representative and legal heir of Jorge Valencia Cardona.  Decedent Jorge Valencia Cardona was killed by the AUC on December 14, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

324.     Plaintiff Georgina Elena Herrera Fuentes is the representative and legal heir of Juan Carlos Tarras Herrera.  Decedent Juan Carlos Tarras Herrera was killed by the AUC on March 17, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

325.     Plaintiff Georgina Maria Diaz Calle is the representative and legal heir of Gabriel Calle Diaz.  Decedent Gabriel Calle Diaz was killed by the AUC on August 15, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

326.     Plaintiff Gloria Aydee Gonzalez Arbelaez is the representative and mother of Hernando Gonzalez Arbelaez.  Hernando Gonzalez Arbelaez was forcibly disappeared by the AUC on November 11, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

327.     Plaintiff Gloria Stella Graciano Gallego is the representative and legal heir of Manuel Jose Parra Gallego.  Decedent Manuel Jose Parra Gallego was killed by the AUC on April 22, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

328.     Plaintiff Griselvina Gomez de Mayo is the representative and legal heir of Oscar Tulio Mayo Gomez.  Decedent Oscar Tulio Mayo Gomez was killed by the AUC on October 11, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

329.     Plaintiff Gumercinda Gaviria Bolano is the representative and legal heir of Jose Miguel Theran Gaviria.  Decedent Jose Miguel Theran Gaviria was killed by the AUC on November 17, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

330.     Plaintiff Hermelia Vasquez is the representative and legal heir of Rosalba Vasquez.  Decedent Rosalba Vasquez was killed by the AUC on July 15, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

331.     Plaintiff Hilda Rosa Moreno Regino is the representative and legal heir of Leonardo Ayala Regino.  Decedent Leonardo Ayala Regino was killed by the AUC on January 31, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

332.     Plaintiffs Irma Yaneth Duque and Maria Ofelia Largo Alvarez are the representatives and legal heirs of Marceliano Alvarez.  Decedent Marceliano Alvarez was killed by the AUC on November 11, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

333.     Plaintiff Jairo Manuel Rangel Perez is the representative and legal heir of Luis Alberto Rangel Palacio.  Decedent Luis Alberto Rangel Palacio was killed by the AUC on September 13, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

334.     Plaintiff Jesus Algidio Mosquera Ramirez is the representative and uncle of Arelis Mosquera Ramirez.  Arelis Mosquera Ramirez was forcibly disappeared by the AUC in the year 2000 in the municipality of Apartadó located in Antioquia, Colombia.

335.     Plaintiff Jhojana Vinasco Alcazar is the representative and legal heir of Jaime Andres Vinasco Alcazar.  Decedent Jaime Andres Vinasco Alcazar was killed by the AUC on June 12, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

336.     Plaintiff Jhon Jairo Ibarguen is the representative and legal heir of Jhon Jairo Ibarguen Ardila.  Decedent Jhon Jairo Ibarguen Ardila was killed by the AUC on March 24, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

337.     Plaintiff John Kennedy Manco Clavijo is the representative and legal heir of German Manco.  Decedent German Manco was killed by the AUC on October 4, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

69

338.     Plaintiff Jose de Jesus Varelas is the representative and legal heir of Hermes de Jesus Varelas.  Decedent Hermes de Jesus Varelas was killed by the AUC on January 3, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

339.     Plaintiff Jose Faustino Giron Ibarguen is the representative and legal heir of Ever Solin Giron Torres.  Decedent Ever Solin Giron Torres was killed by the AUC on November 14, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

340.     Plaintiff Jose Raul Correa Rojo is the representative and legal heir of Albeiro de Jesus Correa Echavarria.  Decedent Albeiro de Jesus Correa Echavarria was killed by the AUC on March 5, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

341.     Plaintiff Juliana Lozano Mosquera is the representative and legal heir of Elver Enrique Alvarez Suarez.  Decedent Elver Enrique Alvarez Suarez was killed by the AUC on October 8, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

342.     Plaintiff Laura Veronica Restrepo Villa is the representative and legal heir of Ana de Jesus Villa Hernandez.  Decedent Ana de Jesus Villa Hernandez was killed by the AUC on February 26, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

343.     Plaintiff Leonor Oliva Renteria Murillo is the representative and legal heir of Ivan Dario Perea Renteria.  Decedent Ivan Dario Perea Renteria was killed by the AUC on February 1, 2004 in the municipality of Apartadó located in Antioquia, Colombia.

344.     Plaintiff Leticia de Jesus Rojas Cardona is the representative and mother of Blanca Zoraida Cardona Rojas.  Blanca Zoraida Cardona Rojas was forcibly disappeared by the AUC on June 3, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

345.    Plaintiff Ligia Esther Correa Carmona is the representative and legal heir of Gildardo Antonio Correa Carmona.  Decedent Gildardo Antonio Correa Carmona was killed by the AUC on April 24, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

346.    Plaintiff Lilian Melania Ramirez Perea is the representative and legal heir of Francisco Renteria Moreno.  Decedent Francisco Renteria Moreno was killed by the AUC on September 5, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

347.    Plaintiff Liliana Patricia Loaiza Urrego is the representative and legal heir of Ruben Antonio Villa Alvarez.  Decedent Ruben Antonio Villa Alvarez was killed by the AUC on February 28, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

348.    Plaintiff Lucelly Johana Jaramillo Velasquez is the representative and legal heir of Manuel Jaramillo Cogollo.  Decedent Manuel Jaramillo Cogollo was killed by the AUC on August 16, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

349.    Plaintiffs Luciria Agamez Godoy and Brunilda Mena are the representatives and surviving partner and sister, respectively, of Jesus Amancio Zabala Mena.  Jesus Amancio Zabala Mena was forcibly disappeared by the AUC on December 16, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

350.    Plaintiff Luis Alberto Barrios Iriarte is the representative and legal heir of Emerson Barrios Iriarte.  Decedent Emerson Barrios Iriarte was killed by the AUC on May 11, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

351.    Plaintiff Luz Aidee Galeano Castano is the representative and legal heir of Luis Hernan Ruiz Monrroy.  Decedent Luis Hernan Ruiz Monrroy was killed by the AUC on August 12, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

71

352.     Plaintiff Luz Alba Flores de Jaramillo is the representative and legal heir of William Alberto Serpa Guerrero.  Decedent William Alberto Serpa Guerrero was killed by the AUC on July 25, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

353.     Plaintiff Luz Alba Flores de Jaramillo is the representative and legal heir of Jesus Rogelio Jaramillo Tobon.  Decedent Jesus Rogelio Jaramillo Tobon was killed by the AUC on February 28, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

354.     Plaintiff Luz Dary Luna Makew is the representative and legal heir of Richarney Martinez Peinado.  Decedent Richarney Martinez Peinado was killed by the AUC on December 31, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

355.     Plaintiff Luz Dary Montoya Moreno is the representative and legal heir of Rodrigo Antonio Montoya.  Decedent Rodrigo Antonio Montoya was killed by the AUC on May 8, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

356.     Plaintiff Luz Dary Usuga Celada is the representative and legal heir of Gilberto Usuga.  Decedent Gilberto Usuga was killed by the AUC on July 11, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

357.     Plaintiff Luz Dary Usuga Celada is the representative and legal heir of Ubal Disney Usuga Celada.  Decedent Ubal Disney Usuga Celada was killed by the AUC on August 16, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

358.     Plaintiff Luz Edilia Goez Osario is the representative and legal heir of Gilberto de Jesus Velasquez.  Decedent Gilberto de Jesus Velasquez was killed by the AUC on January 23, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

359.    Plaintiff Luz Elena Osorno Oquendo is the representative and legal heir of Carlos Antonio Forero.  Decedent Carlos Antonio Forero was killed by the AUC on June 26, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

360.    Plaintiff Luz Gladys Higuita Caro is the representative and legal heir of Luis Antonio Aguirre.  Decedent Luis Antonio Aguirre was killed by the AUC on May 14, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

361.    Plaintiff Luz Marina Córdoba Valencia is the representative and mother of Jhoan Javier Benitez Córdoba.  Jhoan Javier Benitez Córdoba was forcibly disappeared by the AUC on September 14, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

362.    Plaintiff Luz Marina Urrego Usuga is the representative and legal heir of Henry de Jesus Urrego Usuga.  Decedent Henry de Jesus Urrego Usuga was killed by the AUC on June 28, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

363.    Plaintiff Luz Mery Guerra Feria is the representative and legal heir of Elkiver de Jesus Guerra Feria.  Decedent Elkiver de Jesus Guerra Feria was killed by the AUC on August 12, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

364.    Plaintiff Luz Mery Puentes Vergara is the representative and legal heir of Walter Jimenes Espitia.  Decedent Walter Jimenes Espitia was killed by the AUC on May 11, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

365.    Plaintiff Luz Miryan Serna Lopez is the representative and legal heir of Julieth Marcela Restrepo Serna.  Decedent Julieth Marcela Restrepo Serna was killed by the AUC on July 18, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

366.     Plaintiff Lyda Naria Moreno Montoya is the representative and legal heir of Jose Herney Lopez Velez.  Decedent Jose Herney Lopez Velez was killed by the AUC on August 29, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

367.     Plaintiff Mamerta Bertel de Pestana is the representative and legal heir of Jesus Maria Pestana Bertel.  Decedent Jesus Maria Pestana Bertel was killed by the AUC on July 11, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

368.     Plaintiff Manuel de Jesus Córdoba Mena is the representative and legal heir of Monica Córdoba Sanchez.  Decedent Monica Córdoba Sanchez was killed by the AUC on May 8, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

369.     Plaintiff Margarita Isabel Munoz is the representative and legal heir of Luis Roberto Oviedo Algarin.  Decedent Luis Roberto Oviedo Algarin was killed by the AUC on January 19, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

370.     Plaintiff Margarita Vasquez Cardenas is the representative and legal heir of Jhon Jairo Botero Vasquez.  Decedent Jhon Jairo Botero Vasquez was killed by the AUC on November 9, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

371.     Plaintiff Maria Albertina Torres Osorio is the representative and legal heir of Reinaldo de Jesus Gonzalez Torres.  Decedent Reinaldo de Jesus Gonzalez Torres was killed by the AUC on March 14, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

372.     Plaintiff Maria Angelina Paramo Carranza is the representative and legal heir of Emilson Paramo Carranza.  Decedent Emilson Paramo Carranza was killed by the AUC on March 13, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

373.     Plaintiff Maria Bergelia Mosquera Chaverra is the representative and legal heir of Jose Alberto Mosquera Lozano.  Decedent Jose Alberto Mosquera Lozano was killed by the AUC on December 21, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

374.     Plaintiff Maria Bertilda Giraldo is the representative and legal heir of Pastor Emilio Graciano Gutierrez.  Decedent Pastor Emilio Graciano Gutierrez was killed by the AUC on March 21, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

375.     Plaintiff Maria Consuelo Urrego de Herrera is the representative and legal heir of Hernaldo Enrique Herrera Urrego.  Decedent Hernaldo Enrique Herrera Urrego was killed by the AUC on May 4, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

376.     Plaintiff Maria Danila Mosquera is the representative and legal heir of Carlos Hinestroza Mosquera.  Decedent Carlos Hinestroza Mosquera was killed by the AUC on May 4, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

377.     Plaintiff Maria de los Angeles Osorno is the representative and legal heir of Saulo Antonio Maya Osorno.  Decedent Saulo Antonio Maya Osorno was killed by the AUC on April 13, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

378.     Plaintiff Maria de los Angeles Osorno is the representative and legal heir of Wilson Osorno.  Decedent Wilson Osorno was killed by the AUC on December 25, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

379.     Plaintiffs Maria del Rocio Roldan Velasquez and Jaudith Petana Cuadrado are the representatives and legal heirs of Rufino Eliecer Petana.  Decedent Rufino Eliecer Petana was killed by the AUC on June 4, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

380.     Plaintiff Maria Dolores Ospina de Mesa is the representative and legal heir of Mario Alberto Meza Ospina.  Decedent Mario Alberto Meza Ospina was killed by the AUC on March 24, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

381.     Plaintiff Maria Doralina Mosquero Ortiz is the representative and legal heir of Deison Antonio Restrepo Mosquero.  Decedent Deison Antonio Restrepo Mosquero was killed by the AUC on November 16, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

382.     Plaintiff Maria Edilma Pena Usuga is the representative and legal heir of Bismark Sepulveda Pena.  Decedent Bismark Sepulveda Pena was killed by the AUC on June 26, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

383.     Plaintiffs Maria Edilma Pena Usuga and Victor Sepulveda are the representatives and legal heirs of Diofanor Sepulveda.  Decedent Diofanor Sepulveda was killed by the AUC on January 25, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

384.     Plaintiff Maria Elena Andrade Córdoba is the representative and legal heir of Wilson Palacio Rodriguez.  Decedent Wilson Palacio Rodriguez was killed by the AUC on October 20, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

385.     Plaintiff Maria Epifania Palacios Mosquera is the representative and legal heir of Yuberth James Palacio Mosquera.  Decedent Yuberth James Palacio Mosquera was killed by the AUC on March 1, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

386.     Plaintiff Maria Ernestina Rivera Usuga is the representative and legal heir of Albeiro de Jesus Gomez Suarez.  Decedent Albeiro de Jesus Gomez Suarez was killed by the AUC on October 25, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

387.     Plaintiff Maria Esther Trejos Machado is the representative and legal heir of Edinson Aguilar Rivas.  Decedent Edinson Aguilar Rivas was killed by the AUC on June 23, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

388.     Plaintiff Maria Eugenia Ubaldo Cuesta is the representative and legal heir of Luis Marino Waldo Cuesta.  Decedent Luis Marino Waldo Cuesta was killed by the AUC on November 17, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

389.     Plaintiff Maria Eusmelia Piedrahita Puerta is the representative and legal heir of Giovany Piedrahita.  Decedent Giovany Piedrahita was killed by the AUC on June 25, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

390.     Plaintiff Maria Evangelina Canas de Morales is the representative and legal heir of Ramon Jose Morales Madrigal.  Decedent Ramon Jose Morales Madrigal was killed by the AUC on July 28, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

391.     Plaintiff Maria Floripes Velasquez Alvarez is the representative and mother of Harol Alexis Benitez Velasquez.  Harol Alexis Benitez Velasquez was forcibly disappeared by the AUC on January 30, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

392.     Plaintiff Maria Georgina Ballesteros Rodriguez is the representative and legal heir of Oscar Segura Ballesteros.  Decedent Oscar Segura Ballesteros was killed by the AUC on October 7, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

393.     Plaintiff Maria Gudiela Gil Herrera is the representative and legal heir of Edir Bedoya Ortiz.  Decedent Edir Bedoya Ortiz was killed by the AUC on December 16, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

394.    Plaintiff Maria Idiani Hernandez Manco is the representative and daughter of Jesus Hernandez Gonzalez.  Jesus Hernandez Gonzalez was forcibly disappeared by the AUC on June 16, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

395.    Plaintiff Maria la Luz Sosa Sosa is the representative and legal heir of Avelino de Jesus Sosa Sosa.  Decedent Avelino de Jesus Sosa Sosa was killed by the AUC on June 1, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

396.    Plaintiff Maria Lilia Blandon Blandon is the representative and legal heir of Jose Rigoberto Sanchez Blandon.  Decedent Jose Rigoberto Sanchez Blandon was killed by the AUC on May 11, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

397.    Plaintiff Maria Lucelly Quintero de Graciano is the representative and legal heir of Olga Lucia Saldarriago Cardona.  Decedent Olga Lucia Saldarriago Cardona was killed by the AUC on March 30, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

398.    Plaintiff Maria Lucia Restrepo Sossa is the representative and legal heir of Gustavo de Jesus Restrepo Sossa.  Decedent Gustavo de Jesus Restrepo Sossa was killed by the AUC on November 11, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

399.    Plaintiff Maria Luz Milo Gil Herrera is the representative and legal heir of Jose Dario Cordero Ruedo.  Decedent Jose Dario Cordero Ruedo was killed by the AUC on May 2, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

400.    Plaintiff Maria Luzmila Ortiz is the representative and legal heir of Javier Blandon Ortiz.  Decedent Javier Blandon Ortiz was killed by the AUC on February 12, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

401.     Plaintiff Maria Onelia Correa de Mesa is the representative and legal heir of Nodier Alexander Mesa Correa.  Decedent Nodier Alexander Mesa Correa was killed by the AUC on January 10, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

402.     Plaintiff Maria Rocio Restrepo Zapata is the representative and legal heir of Zeir Usuga Restrepo.  Decedent Zeir Usuga Restrepo was killed by the AUC on September 28, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

403.     Plaintiff Maria Rosa Figueroa Pena is the representative and sister of Angel Manuel Figueroa Pena.  Angel Manuel Figueroa Pena was forcibly disappeared by the AUC on May 5, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

404.     Plaintiff Maria Rosmiro Cano Cano is the representative and legal heir of Maria del Carmen Cano.  Decedent Maria del Carmen Cano was killed by the AUC on January 18, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

405.     Plaintiff Maria Sabina Marciana Rivas is the representative and legal heir of Elkin Rivas Córdoba.  Decedent Elkin Rivas Córdoba was killed by the AUC on September 29, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

406.     Plaintiff Maria Yolanda Munoz Marin is the representative and legal heir of Cecilio Lemos.  Decedent Cecilio Lemos was killed by the AUC on June 28, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

407.     Plaintiff Mariela Arbelaez Giraldo is the representative and legal heir of Edwin Alonso Marin Arbelaez.  Decedent Edwin Alonso Marin Arbelaez was killed by the AUC on October 29, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

408. Plaintiffs Marina de Jesus Hoyos Rivas and Lubis Ramoz Jimenez are the representatives and legal heirs of Luis Jose Vasquez Bello. Decedent Luis Jose Vasquez Bello was killed by the AUC on April 19, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

409. Plaintiff Marta Cecilia Sepulveda Sanchez is the representative and legal heir of Carlos Mario Villalba Sepulveda. Decedent Carlos Mario Villalba Sepulveda was killed by the AUC on September 6, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

410. Plaintiff Marta Oliva Marin Betancur is the representative and legal heir of Victor Javier Vetan Cur Marin. Decedent Victor Javier Vetan Cur Marin was killed by the AUC on July 7, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

411. Plaintiff Martha Ines Arias Sanchez is the representative and legal heir of Luis Fernando Arias. Decedent Luis Fernando Arias was killed by the AUC on January 14, 2004 in the municipality of Apartadó located in Antioquia, Colombia.

412. Plaintiff Marvelis Marquez Morelo is the representative and legal heir of Jaime Luis Diaz Marques. Decedent Jaime Luis Diaz Marques was killed by the AUC on July 4, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

413. Plaintiff Mercedes del Socorro Higuita is the representative and legal heir of Esteban Pino Medrano. Decedent Esteban Pino Medrano was killed by the AUC on February 18, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

414. Plaintiff Mercedes Vive de Prieto is the representative and legal heir of Gabino Prieto Vives. Decedent Gabino Prieto Vives was killed by the AUC on February 28, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

415.     Plaintiff Nasira Sofia Montalvo Macea is the representative and legal heir of Never Francisco Montalvo Macea.  Decedent Never Francisco Montalvo Macea was killed by the AUC on November 17, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

416.     Plaintiff Nasira Sofia Montalvo Macea is the representative and legal heir of Omar Dario Gonzalez Montalvo.  Decedent Omar Dario Gonzalez Montalvo was killed by the AUC on November 17, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

417.     Plaintiff Nelly Ester Solar Jimenez is the representative and legal heir of Wilson Palencia Banquet.  Decedent Wilson Palencia Banquet was killed by the AUC on August 13, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

418.     Plaintiffs Nelsy Maria Penafiel Espitia and Margarita del Carmen Redondo Espitia are the representatives and legal heirs of Felipe Guerrero Espitia.  Decedent Felipe Guerrero Espitia was killed by the AUC on February 25, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

419.     Plaintiff Nery Nicolasa Quintero Agudelo is the representative and legal heir of Jose Arley Agudelo Caro.  Decedent Jose Arley Agudelo Caro was killed by the AUC on May 14, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

420.     Plaintiff Nestor Alberto Moya Vargas is the representative and legal heir of Jose Luis Moya Vargas.  Decedent Jose Luis Moya Vargas was killed by the AUC on May 18, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

421.    Plaintiff Nilsan Mena Mosquera is the representative and legal heir of Merlin Moreno Mena.  Decedent Merlin Moreno Mena was killed by the AUC on September 25, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

422.    Plaintiff Noelba Sepulveda Otalvaro is the representative and legal heir of Albeiro Antonia Tamayo.  Decedent Albeiro Antonia Tamayo was killed by the AUC on January 7, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

423.    Plaintiff Nora Elena Rivera Marin is the representative and legal heir of Maria Clemencia Rivera Marin.  Decedent Maria Clemencia Rivera Marin was killed by the AUC on April 10, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

424.    Plaintiff Ofelia Ines Sabas Sanchez is the representative and mother of William de Jesus Sava Sanchez.  William de Jesus Sava Sanchez was forcibly disappeared by the AUC on April 8, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

425.    Plaintiff Ovidio de Jesus Arroyabe Correa is the representative and legal heir of Luis Rodrigo Arroyave Correa.  Decedent Luis Rodrigo Arroyave Correa was killed by the AUC on June 15, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

426.    Plaintiff Pastora Durango is the representative and legal heir of Jeison Armel Machado Durango.  Decedent Jeison Armel Machado Durango was killed by the AUC on April 26, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

427.    Plaintiff Pastora Durango is the representative and legal heir of Waynestey Machado Durango.  Decedent Waynestey Machado Durango was killed by the AUC on April 26, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

428.     Plaintiff Pedro Franco Ruiz is the representative and legal heir of Manuel Salvador Franco Ruiz.  Decedent Manuel Salvador Franco Ruiz was killed by the AUC on October 20, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

429.     Plaintiff Reynit Martinez Garcia is the representative and legal heir of Alejandro Asprilla Caicedo.  Decedent Alejandro Asprilla Caicedo was killed by the AUC on May 30, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

430.     Plaintiff Rocio Alvarez is the representative and legal heir of Jhonny Arley Munoz Alvarez.  Decedent Jhonny Arley Munoz Alvarez was killed by the AUC on September 30, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

431.     Plaintiff Rocio Amparo Velasquez Guisao is the representative and legal heir of Jose Alberto Martinez Ballesta.  Decedent Jose Alberto Martinez Ballesta was killed by the AUC on April 26, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

432.     Plaintiff Rosa Basilia Ramirez Sanchez is the representative and legal heir of Jhon Jairo Mosquera Ramirez.  Decedent Jhon Jairo Mosquera Ramirez was killed by the AUC on December 10, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

433.     Plaintiff Rosa Elena Durango Pulgarin is the representative and mother of Juan Carlos Penata.  Juan Carlos Penata was forcibly disappeared by the AUC on November 2, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

434.     Plaintiff Rosa Elena Serna Serna is the representative and legal heir of Elkin Antonio Martinez Serna.  Decedent Elkin Antonio Martinez Serna was killed by the AUC on July 5, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

435.     Plaintiff Rosa Maria Gomez Sepulveda is the representative and legal heir of Hubey de Jesus Gomez Sepulveda.  Decedent Hubey de Jesus Gomez Sepulveda was killed by the AUC on August 15, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

436.     Plaintiff Rosa Maria Yepes Giraldo is the representative and legal heir of Libardo de Jesus Gallego.  Decedent Libardo de Jesus Gallego was killed by the AUC on April 15, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

437.     Plaintiff Rosa Mirian Gonzalez Osorio is the representative and legal heir of Luis Hernando Usuga Guisao.  Decedent Luis Hernando Usuga Guisao was killed by the AUC on June 20, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

438.     Plaintiff Rosalba Durango is the representative and legal heir of Gloria Patricia Durango.  Decedent Gloria Patricia Durango was killed by the AUC on December 24, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

439.     Plaintiff Rosalba Jimenez Lopez is the representative and legal heir of Joaquin Emilio Usuga Usugo.  Decedent Joaquin Emilio Usuga Usugo was killed by the AUC on January 9, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

440.     Plaintiff Rosalba Montoya Toro is the representative and legal heir of Edwin Andres Hernandez.  Decedent Edwin Andres Hernandez was killed by the AUC on July 13, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

441.     Plaintiff Rosalba Ospina de Benitez is the representative and legal heir of Ernesto Benitez Ospina.  Decedent Ernesto Benitez Ospina was killed by the AUC on October 19, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

442.     Plaintiff Rosiris del Carmen Morales is the representative and legal heir of Libardo Mosquera.  Decedent Libardo Mosquera was killed by the AUC on November 12, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

443.     Plaintiff Rusmira Barrios Diaz is the representative and mother of Jaiver Enrique Bejarano Barrios.  Jaiver Enrique Bejarano Barrios was forcibly disappeared by the AUC on November 2, 2003 in the municipality of Apartadó located in Antioquia, Colombia.

444.     Plaintiff Ruth Isabel Mejia Villa is the representative and legal heir of Julio Cesar Mejia Villa.  Decedent Julio Cesar Mejia Villa was killed by the AUC on August 1, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

445.     Plaintiffs Sandra Milena Pacheco Bedoya and Yadira Moreno Palacio are the representatives and legal heirs of Luis Carlos Arroyo Perez.  Decedent Luis Carlos Arroyo Perez was killed by the AUC on September 11, 2002 in the municipality of Apartadó located in Antioquia, Colombia.

446.     Plaintiff Saturina Moreno Perea is the representative and legal heir of Luis Enilson Moreno Perea.  Decedent Luis Enilson Moreno Perea was killed by the AUC on December 14, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

447.     Plaintiff Sonny del Carmen Renteria de Escobar is the representative and legal heir of Seferino Escobar Córdoba.  Decedent Seferino Escobar Córdoba was killed by the AUC on January 16, 1997 in the municipality of Apartadó located in Antioquia, Colombia.

448.     Plaintiff Tanislada Salas Romana is the representative and legal heir of Euclides B. Parra.  Decedent Euclides B. Parra was killed by the AUC on May 3, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

449.    Plaintiff Tony Correa Serpa is the representative and legal heir of Wilson Serpa Ramos.  Decedent Wilson Serpa Ramos was killed by the AUC on December 4, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

450.    Plaintiff Transito Asenal Tovar Sanclemente is the representative and legal heir of Jhon Jairo Palacio Tovar.  Decedent Jhon Jairo Palacio Tovar was killed by the AUC on June 1, 2001 in the municipality of Apartadó located in Antioquia, Colombia.

451.    Plaintiff Transito Asenal Tovar Sanclemente is the representative and legal heir of Marlon Palacios Tovar.  Decedent Marlon Palacios Tovar was killed by the AUC on May 15, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

452.    Plaintiff Walter Javier Madrigal Goez is the representative and legal heir of Jose Miguel Madrigal.  Decedent Jose Miguel Madrigal was killed by the AUC on November 13, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

453.    Plaintiff Yamid Hurtado Córdoba is the representative and legal heir of Maria Jhojana Izquierdo Murillo.  Decedent Maria Jhojana Izquierdo Murillo was killed by the AUC on March 4, 2000 in the municipality of Apartadó located in Antioquia, Colombia.

454.    Plaintiff Yonis Oveis Corcho Gonzalez was attacked and severely injured by the AUC on October 24, 1998 in the municipality of Apartadó located in Antioquia, Colombia.

455.    Plaintiff Zulma Maria Guerrero Palacio is the representative and legal heir of Julio Angel Guerrero Palacio.  Decedent Julio Angel Guerrero Palacio was killed by the AUC on June 4, 1999 in the municipality of Apartadó located in Antioquia, Colombia.

456.     Plaintiff Noris del Carmen Florez Peinado is the representative and legal heir of Andres Florez Martinez.  Decedent Andres Florez Martinez was killed by the AUC on November 17, 1998 in the municipality of Arboletes located in Antioquia, Colombia.

457.     Plaintiff Luis Alberto Guzman is the representative and legal heir of Luis Angel Gomez Guzman.  Decedent Luis Angel Gomez Guzman was killed by the AUC in October 2003 in the municipality of Barbosa located in Antioquia, Colombia.

458.     Plaintiff Clara Elena Córdoba Mesa is the representative and legal heir of Wilton Córdoba Lobo.  Decedent Wilton Córdoba Lobo was killed by the AUC on August 17, 2002 in the municipality of Bello located in Antioquia, Colombia.

459.     Plaintiff Claudia Elena Murillo Velez is the representative and legal heir of Darley Idarraga Villada.  Decedent Darley Idarraga Villada was killed by the AUC on December 11, 1998 in the municipality of Bello located in Antioquia, Colombia.

460.     Plaintiff Liliana Patricia Orrego Gonzalez is the representative and legal heir of Diego Alejandro Orrego Gonzalez.  Decedent Diego Alejandro Orrego Gonzalez was killed by the AUC on January 15, 2003 in the municipality of Bello located in Antioquia, Colombia.

461.     Plaintiff Marlyn Arcos de Arcos is the representative and legal heir of Walter Arcos de Arcos.  Decedent Walter Arcos de Arcos was killed by the AUC on January 20, 1998 in the municipality of Caceres located in Antioquia, Colombia.

462.     Plaintiff Alba Yaneth Bedoya is the representative and legal heir of Isidro Humberto Serna.  Decedent Isidro Humberto Serna was killed by the AUC on October 22, 2003 in the municipality of Carepa located in Antioquia, Colombia.

463.     Plaintiff Alicia Casallas Quintero is the representative and legal heir of Javeth Humberto Rios Hincapie.  Decedent Javeth Humberto Rios Hincapie was killed by the AUC on December 10, 1998 in the municipality of Carepa located in Antioquia, Colombia.

464.     Plaintiffs Amin Cavadia Lemos and Hermelinda Cogollo Fuentes are the representatives and legal heirs of Amauri Cavadia.  Decedent Amauri Cavadia was killed by the AUC on September 5, 1997 in the municipality of Carepa located in Antioquia, Colombia.

465.     Plaintiff Ana de Jesus Areiza de Rodriguez is the representative and legal heir of Elkin Rodriguez Areiza.  Decedent Elkin Rodriguez Areiza was killed by the AUC on January 14, 2001 in the municipality of Carepa located in Antioquia, Colombia.

466.     Plaintiff Ana Delia Duarte Castano is the representative and legal heir of Neldo de Jesus Castano Duarte.  Decedent Neldo de Jesus Castano Duarte was killed by the AUC on September 22, 2001 in the municipality of Carepa located in Antioquia, Colombia.

467.     Plaintiff Aracely Arango Mazo is the representative and legal heir of Eufracio Antonio Manco Usuga.  Decedent Eufracio Antonio Manco Usuga was killed by the AUC on June 20, 1999 in the municipality of Carepa located in Antioquia, Colombia.

468.     Plaintiff Arminda Mosquera Ibarguen is the representative and legal heir of Jose Ceferino Mosquera.  Decedent Jose Ceferino Mosquera was killed by the AUC on August 29, 1998 in the municipality of Carepa located in Antioquia, Colombia.

469.     Plaintiff Bercelia Rosa Martinez Zabala is the representative and mother of Marco Fidel Sibaja Martinez.  Marco Fidel Sibaja Martinez was attacked and severely injured by the AUC on January 6, 1997 in the municipality of Carepa located in Antioquia, Colombia.

470.     Plaintiff Claudia Patricia Guzman Borja is the representative and legal heir of Luis Arley Guzman Borja.  Decedent Luis Arley Guzman Borja was killed by the AUC on April 28, 2002 in the municipality of Carepa located in Antioquia, Colombia.

471.     Plaintiff Diana Maria Ortega Oquendo is the representative and legal heir of Rober Hernan Perez Morales.  Decedent Rober Hernan Perez Morales was killed by the AUC on November 15, 2002 in the municipality of Carepa located in Antioquia, Colombia.

472.     Plaintiff Domingo Antonio Tapia Hernandez is the representative and legal heir of Ever Antonio Tapia.  Decedent Ever Antonio Tapia was killed by the AUC on August 31, 2000 in the municipality of Carepa located in Antioquia, Colombia.

473.     Plaintiff Edelmira Padilla Moreno is the representative and legal heir of Marcial Padilla Moreno.  Decedent Marcial Padilla Moreno was killed by the AUC on September 5, 2000 in the municipality of Carepa located in Antioquia, Colombia.

474.     Plaintiff Elias Manuel Ballesta Berrocal is the representative and brother of Gil Fredy Ballesta Berrocal.  Gil Fredy Ballesta Berrocal was forcibly disappeared by the AUC on April 3, 1997 in the municipality of Carepa located in Antioquia, Colombia.

475.     Plaintiff Felipa Murillo Ibarguen is the representative and legal heir of Luis Alberto Córdoba Murillo.  Decedent Luis Alberto Córdoba Murillo was killed by the AUC on June 6, 2000 in the municipality of Carepa located in Antioquia, Colombia.

476.     Plaintiff Gloria Nelly David Giraldo is the representative and legal heir of Wilson de Jesus David Giraldo.  Decedent Wilson de Jesus David Giraldo was killed by the AUC on February 10, 1999 in the municipality of Carepa located in Antioquia, Colombia.

477.     Plaintiff Jazminy Ortiz Mendoza is the representative and legal heir of Eduar Duarte Puerta.  Decedent Eduar Duarte Puerta was killed by the AUC on March 30, 1998 in the municipality of Carepa located in Antioquia, Colombia.

478.     Plaintiff Laurina Agueda Narvaez Ramos is the representative and legal heir of Fabio Jose Narvaez Ramos.  Decedent Fabio Jose Narvaez Ramos was killed by the AUC on October 26, 1999 in the municipality of Carepa located in Antioquia, Colombia.

479.     Plaintiff Leocadia Marmolejo Palacios is the representative and legal heir of Rolando Mosquera Marmolejo.  Decedent Rolando Mosquera Marmolejo was killed by the AUC on July 14, 2001 in the municipality of Carepa located in Antioquia, Colombia.

480.     Plaintiff Luz Marina Durango Arango is the representative and sister of Dubalier de Jesus Rodriguez Arango.  Dubalier de Jesus Rodriguez Arango was forcibly disappeared by the AUC in March 1997 in the municipality of Carepa located in Antioquia, Colombia.

481.     Plaintiff Luz Mary Urango Rivas is the representative and legal heir of Fredy Manuel Hernandez.  Decedent Fredy Manuel Hernandez was killed by the AUC on September 6, 2002 in the municipality of Carepa located in Antioquia, Colombia.

482.     Plaintiff Marcelina Cabrera Moreno is the representative and legal heir of Fidelio Rodriguez Cabrera.  Decedent Fidelio Rodriguez Cabrera was killed by the AUC on March 23, 1999 in the municipality of Carepa located in Antioquia, Colombia.

483.     Plaintiff Maria Idalia Gallego de Batista is the representative and legal heir of Rosa Elena Torres.  Decedent Rosa Elena Torres was killed by the AUC on November 25, 1997 in the municipality of Carepa located in Antioquia, Colombia.

484.     Plaintiff Maria Idalia Gallego de Batista is the representative and legal heir of Morlon Torres Gallego.  Decedent Morlon Torres Gallego was killed by the AUC on December 26, 1997 in the municipality of Carepa located in Antioquia, Colombia.

485.     Plaintiff Maria Laura Goez Arango is the representative and legal heir of Ramon Antonio Zapata Goez.  Decedent Ramon Antonio Zapata Goez was killed by the AUC on November 11, 1997 in the municipality of Carepa located in Antioquia, Colombia.

486.     Plaintiff Maria Salome Urrutia is the representative and legal heir of Angel Adolfo Urrutia Mina.  Decedent Angel Adolfo Urrutia Mina was killed by the AUC on July 2, 2001 in the municipality of Carepa located in Antioquia, Colombia.

487.     Plaintiff Marleny del Socorro Jarmillo is the representative and legal heir of Gillermo Botero Botero.  Decedent Gillermo Botero Botero was killed by the AUC on December 19, 1997 in the municipality of Carepa located in Antioquia, Colombia.

488.     Plaintiff Martha Ines Charrasquiel Solar is the representative and wife of Hernan de Jesus de Horta.  Hernan de Jesus de Horta was forcibly disappeared by the AUC on June 16, 2000 in the municipality of Carepa located in Antioquia, Colombia.

489.     Plaintiff Martha Lucia Portillo Genes is the representative and legal heir of Jose Arnaldo Navales Metaute.  Decedent Jose Arnaldo Navales Metaute was killed by the AUC on July 23, 2003 in the municipality of Carepa located in Antioquia, Colombia.

490.     Plaintiff Miriam Duarte Puerta is the representative and mother of Daladier Areiza Duarte.  Daladier Areiza Duarte was forcibly disappeared by the AUC on April 30, 1998 in the municipality of Carepa located in Antioquia, Colombia.

491.     Plaintiff Nery Charrasquel Solar is the representative and mother of Nilson de Jesus Guzman Charrasquel.  Nilson de Jesus Guzman Charrasquel was forcibly disappeared by the AUC on September 23, 2003 in the municipality of Carepa located in Antioquia, Colombia.

492.     Plaintiff Orlanda Duarte Puerta is the representative and legal heir of Albeiro Duarte Puerta.  Decedent Albeiro Duarte Puerta was killed by the AUC on September 22, 1999 in the municipality of Carepa located in Antioquia, Colombia.

493.     Plaintiff Orlanda Duarte Puerta is the representative and legal heir of Elber de Jesus Moreno Manco.  Decedent Elber de Jesus Moreno Manco was killed by the AUC on October 2, 2002 in the municipality of Carepa located in Antioquia, Colombia.

494.     Plaintiff Rosa Esneda Guisao Higuita is the representative and legal heir of Luz Maryury Lopez Guisao.  Decedent Luz Maryury Lopez Guisao was killed by the AUC on July 17, 1997 in the municipality of Carepa located in Antioquia, Colombia.

495.     Plaintiff Rosmira Guisao de Lopez is the representative and legal heir of Jose Lisardo Lopez Guisao.  Decedent Jose Lisardo Lopez Guisao was killed by the AUC on June 1, 1998 in the municipality of Carepa located in Antioquia, Colombia.

496.     Plaintiff Sixta Cledis Pereira Martinez is the representative and legal heir of Luis Hernan Puerta Arena.  Decedent Luis Hernan Puerta Arena was killed by the AUC on February 28, 1997 in the municipality of Carepa located in Antioquia, Colombia.

497.     Plaintiff Susana Maria Bravo Espitia is the representative and mother of Julio Eliecer Bravo.  Julio Eliecer Bravo was forcibly disappeared by the AUC on February 23, 2003 in the municipality of Carepa located in Antioquia, Colombia.

498.     Plaintiff Susana Maria Bravo Espitia is the representative and mother of Luis Alfonso Bravo.  Luis Alfonso Bravo was forcibly disappeared by the AUC on February 17, 1997 in the municipality of Carepa located in Antioquia, Colombia.

499.     Plaintiff Teolinda Evagelista Cordero Santos is the representative and legal heir of Hamilton Cordero Santos.  Decedent Hamilton Cordero Santos was killed by the AUC on June 17, 1997 in the municipality of Carepa located in Antioquia, Colombia.

500.     Plaintiff Everlides del Socorro Palacio Hinestroza is the representative and legal heir of Jose Heriberto Puerta Hinestroza.  Decedent Jose Heriberto Puerta Hinestroza was killed by the AUC on May 4, 1998 in the municipality of Caucasia located in Antioquia, Colombia.

501.     Plaintiff Hector Beltran Cuesta is the representative and father of Carlos Alberto Beltran Raga.  Carlos Alberto Beltran Raga was forcibly disappeared by the AUC on December 10, 2003 in the municipality of Caucasia located in Antioquia, Colombia.

502.     Plaintiff Luz Marina Restrepo Arredondo is the representative and legal heir of Fredy Humberto Garcia.  Decedent Fredy Humberto Garcia was killed by the AUC on January 31, 2004 in the municipality of Caucasia located in Antioquia, Colombia.

503.     Plaintiff Adijandro Arquinoc Alvarez Arango is the representative and legal heir of Victor Hugo Alvarez Arango.  Decedent Victor Hugo Alvarez Arango was killed by the AUC on January 4, 1999 in the municipality of Chigorodó located in Antioquia, Colombia.

504.     Plaintiff Aida Patricia Molina Gonzalez is the representative and legal heir of Fabiola Gonzalez de Molina.  Decedent Fabiola Gonzalez de Molina was killed by the AUC on June 8, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

505.     Plaintiff Alfidio Torres Mercado is the representative and legal heir of Armando Jose Torres.  Decedent Armando Jose Torres was killed by the AUC on December 9, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

506.     Plaintiff Ana Elvia Benitez Rojas is the representative and mother of Maria del Carmen Borja Benitez.  Maria del Carmen Borja Benitez was forcibly disappeared by the AUC on June 17, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

507.     Plaintiff Ana Josefa Gaviria de Valencia is the representative and legal heir of Efrain Valencia Gaviria.  Decedent Efrain Valencia Gaviria was killed by the AUC on February 11, 2001 in the municipality of Chigorodó located in Antioquia, Colombia.

508.     Plaintiff Ana Lucila Sepulveda Serna is the representative and legal heir of Baldomero Borja Sepulveda.  Decedent Baldomero Borja Sepulveda was killed by the AUC on March 4, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

509.     Plaintiff Berta Pertuz de Bravo is the representative and legal heir of Miguel Antonio Bravo Pertuz.  Decedent Miguel Antonio Bravo Pertuz was killed by the AUC on November 26, 1999 in the municipality of Chigorodó located in Antioquia, Colombia.

510.     Plaintiff Blanca Mary Cano Velasquez is the representative and legal heir of Ivan Dario Arauque Cano.  Decedent Ivan Dario Arauque Cano was killed by the AUC on October 26, 1999 in the municipality of Chigorodó located in Antioquia, Colombia.

511.     Plaintiff Doris Tabarez Hidalgo is the representative and legal heir of Bernardo de Jesus Cano Juncar.  Decedent Bernardo de Jesus Cano Juncar was killed by the AUC on August 13, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

512.     Plaintiff Duber Antonio Payares Graciano is the representative and legal heir of Maria Graciano Fernandez.  Decedent Maria Graciano Fernandez was killed by the AUC on March 14, 2002 in the municipality of Chigorodó located in Antioquia, Colombia.

513.     Plaintiff Elidia Gil is the representative and legal heir of Luis Enrique Duarte. Decedent Luis Enrique Duarte was killed by the AUC on October 24, 1999 in the municipality of Chigorodó located in Antioquia, Colombia.

514.     Plaintiff Elizabeth Ramirez Ramirez is the representative and surviving partner of Fredy de Jesus Lopez.  Fredy de Jesus Lopez was forcibly disappeared by the AUC on April 14, 2002 in the municipality of Chigorodó located in Antioquia, Colombia.

515.     Plaintiff Ena Judith Pitalua Clemente is the representative and legal heir of Miguel Enrique Cuadrado.  Decedent Miguel Enrique Cuadrado was killed by the AUC on May 7, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

516.     Plaintiff Esperanza del Socorro Lujan is the representative and legal heir of Eber Molina Lujan.  Decedent Eber Molina Lujan was killed by the AUC on September 12, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

517.     Plaintiff Gabriela Botero de Botero is the representative and mother of Sergio Armando Botero Botero.  Sergio Armando Botero Botero was forcibly disappeared by the AUC on August 20, 1998 in the municipality of Chigorodó located in Antioquia, Colombia.

518.     Plaintiff Gabriela Durango de Pena is the representative and wife of Heriberto Pena Duarte.  Heriberto Pena Duarte was forcibly disappeared by the AUC in 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

95

519.     Plaintiff Georgina Cardona Oquendo is the representative and mother of Aisber Antonio Palacio Cardona.  Aisber Antonio Palacio Cardona was forcibly disappeared by the AUC on September 3, 2001 in the municipality of Chigorodó located in Antioquia, Colombia.

520.     Plaintiff Gloria Ines Marin Velasquez is the representative and legal heir of Jhon Fredy Marin Velasquez.  Decedent Jhon Fredy Marin Velasquez was killed by the AUC on January 13, 2004 in the municipality of Chigorodó located in Antioquia, Colombia.

521.     Plaintiff Gloria Patricia Rincon Moreno is the representative and legal heir of Juan Pablo Rincon Villa.  Decedent Juan Pablo Rincon Villa was killed by the AUC on October 17, 1998 in the municipality of Chigorodó located in Antioquia, Colombia.

522.     Plaintiff Guillermina Tordecilla Gulfo is the representative and legal heir of Francisco Tordecilla Mercado.  Decedent Francisco Tordecilla Mercado was killed by the AUC on January 5, 2004 in the municipality of Chigorodó located in Antioquia, Colombia.

523.     Plaintiff Iluminada del Carmen Lambertino de Espitia is the representative and legal heir of Walberto Ospino Lambertinez.  Decedent Walberto Ospino Lambertinez was killed by the AUC on November 4, 2002 in the municipality of Chigorodó located in Antioquia, Colombia.

524.     Plaintiff Leidy Johana Arias Cuartas is the representative and legal heir of Valentina Serna Arias.  Decedent Valentina Serna Arias was killed by the AUC on June 2, 2002 in the municipality of Chigorodó located in Antioquia, Colombia.

525.     Plaintiff Luis Alberto Nuñez Peña is the representative and legal heir of Elvira Maria Nuñez Peña.  Decedent Elvira Maria Nuñez Peña was killed by the AUC on June 7, 1999 in the municipality of Chigorodó located in Antioquia, Colombia.

526.    Plaintiff Luz Elena Moreno Garcia is the representative and mother of Herneyson Taborda Moreno.  Herneyson Taborda Moreno was forcibly disappeared by the AUC on August 23, 2001 in the municipality of Chigorodó located in Antioquia, Colombia.

527.    Plaintiff Luz Marina Durango Arango is the representative and legal heir of Maria Nelly Arango.  Decedent Maria Nelly Arango was killed by the AUC on September 3, 1998 in the municipality of Chigorodó located in Antioquia, Colombia.

528.    Plaintiff Luz Marina Manco Jaramillo is the representative and legal heir of Jonatan Manco Jaramillo.  Decedent Jonatan Manco Jaramillo was killed by the AUC on August 7, 2001 in the municipality of Chigorodó located in Antioquia, Colombia.

529.    Plaintiffs Luz Marina Usuga Aguirre and Luceni Escobar Higuita are the representatives and legal heirs of Alejandro Segundo Milanes Correa.  Decedent Alejandro Segundo Milanes Correa was killed by the AUC on July 26, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

530.    Plaintiff Luz Mary Rodriguez Bermudez is the representative and legal heir of Jhon Jairo Rodriguez Bermudez.  Decedent Jhon Jairo Rodriguez Bermudez was killed by the AUC on May 3, 1999 in the municipality of Chigorodó located in Antioquia, Colombia.

531.    Plaintiff Maria Adelina David de Guisao is the representative and mother of Luis Dario Guisao David.  Luis Dario Guisao David was forcibly disappeared by the AUC on January 10, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

532.    Plaintiff Maria Doris Cuartas Parra is the representative and legal heir of Claudia Cristina Arias Cuartas.  Decedent Claudia Cristina Arias Cuartas was killed by the AUC on June 2, 2002 in the municipality of Chigorodó located in Antioquia, Colombia.

533.     Plaintiff Maria Emilse Villegas Echavarria is the representative and legal heir of Hector Manuel Villegas Echavarria.  Decedent Hector Manuel Villegas Echavarria was killed by the AUC on April 9, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

534.     Plaintiff Maria Esther Ochoa is the representative and legal heir of Jhovany Carvajal Ochoa.  Decedent Jhovany Carvajal Ochoa was killed by the AUC on September 22, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

535.     Plaintiff Maria Glabed Londono Aguirre is the representative and legal heir of Andres Arboleda Zapata.  Decedent Andres Arboleda Zapata was killed by the AUC on May 9, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

536.     Plaintiff Maria Gumercinda Asprilla is the representative and mother of Herminio Cuesta Asprilla.  Herminio Cuesta Asprilla was forcibly disappeared by the AUC on March 19, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

537.     Plaintiff Maria Laura Goez Arango is the representative and legal heir of Luis Maria Zapata Urrego.  Decedent Luis Maria Zapata Urrego was killed by the AUC on September 17, 2002 in the municipality of Chigorodó located in Antioquia, Colombia.

538.     Plaintiff Maria Ligia Hincapie Hincapie is the representative and sister of Luis Jabier Hincapie Hincapie.  Luis Jabier Hincapie Hincapie was forcibly disappeared by the AUC on August 4, 1997 in the municipality of Chigorodó located in Antioquia, Colombia.

539.     Plaintiff Maria Victoria Carmona Garcia is the representative and legal heir of Climaco Carmona Bustamante.  Decedent Climaco Carmona Bustamante was killed by the AUC on June 9, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

540.     Plaintiff Maricela Zea Correa is the representative and legal heir of Aristoniel Palacios Mosquera.  Decedent Aristoniel Palacios Mosquera was killed by the AUC on August 13, 1999 in the municipality of Chigorodó located in Antioquia, Colombia.

541.     Plaintiff Marisol Córdoba Palacios is the representative and legal heir of Pedro Luis Córdoba Murillo.  Decedent Pedro Luis Córdoba Murillo was killed by the AUC on January 18, 2001 in the municipality of Chigorodó located in Antioquia, Colombia.

542.     Plaintiff Martha Ines Mejia Pertuz is the representative and legal heir of Hector Cuadrado Cuadrado.  Decedent Hector Cuadrado Cuadrado was killed by the AUC on December 28, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

543.     Plaintiff Martha Luz Ayazo Gomez is the representative and legal heir of Tomas Aquino Salgado.  Decedent Tomas Aquino Salgado was killed by the AUC on June 18, 1999 in the municipality of Chigorodó located in Antioquia, Colombia.

544.     Plaintiff Milda Ruiz Pediata is the representative and legal heir of Pedro Antonio Morelo Ruiz.  Decedent Pedro Antonio Morelo Ruiz was killed by the AUC on January 31, 2002 in the municipality of Chigorodó located in Antioquia, Colombia.

545.     Plaintiff Omaira Cuadraolo Torres is the representative and legal heir of Luis Marino Abadia Potes.  Decedent Luis Marino Abadia Potes was killed by the AUC on November 23, 1998 in the municipality of Chigorodó located in Antioquia, Colombia.

546.     Plaintiff Remberto Jose Saez Martinez is the representative and legal heir of Ever Luis Saez Martinez.  Decedent Ever Luis Saez Martinez was killed by the AUC on December 29, 2002 in the municipality of Chigorodó located in Antioquia, Colombia.

547.     Plaintiff Roberto Manuel Mora Monterrosa is the representative and legal heir of Juan David Mora Borja.  Decedent Juan David Mora Borja was killed by the AUC on December 26, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

548.     Plaintiff Rosa Magnolia Guisao Sepulveda is the representative and legal heir of Luis Alfonso Higuita.  Decedent Luis Alfonso Higuita was killed by the AUC on August 3, 1999 in the municipality of Chigorodó located in Antioquia, Colombia.

549.     Plaintiff Rosiris del Carmen Sibaja Martinez is the representative and legal heir of Jaime Orlando Durango Arango.  Decedent Jaime Orlando Durango Arango was killed by the AUC on September 3, 1998 in the municipality of Chigorodó located in Antioquia, Colombia.

550.     Plaintiff Sandra Patricia Aguilar is the representative and legal heir of Alberto Tascun.  Decedent Alberto Tascun was killed by the AUC on February 2, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

551.     Plaintiff Serafina Renteria Martinez is the representative and mother of Albeiro Renteria Renteria.  Albeiro Renteria Renteria was forcibly disappeared by the AUC on April 17, 2003 in the municipality of Chigorodó located in Antioquia, Colombia.

552.     Plaintiff Yaidi Roman Santacruz is the representative and legal heir of Luis Hilario Roman Mena.  Decedent Luis Hilario Roman Mena was killed by the AUC on January 16, 2004 in the municipality of Chigorodó located in Antioquia, Colombia.

553.     Plaintiff Yudy Paola Agudelo Molina is the representative and legal heir of Gloria Nelly Molina Gonzalez.  Decedent Gloria Nelly Molina Gonzalez was killed by the AUC on October 6, 2000 in the municipality of Chigorodó located in Antioquia, Colombia.

554.     Plaintiff Antonio Maria Restrepo Restrepo is the representative and legal heir of Ramiro de Jesus Restrepo Restrepo.  Decedent Ramiro de Jesus Restrepo Restrepo was killed by the AUC on November 11, 2002 in the municipality of Concordia located in Antioquia, Colombia.

555.     Plaintiff Hernan de Jesus Serna is the representative and father of John Fredy Serna Piedrahita.  John Fredy Serna Piedrahita was forcibly disappeared by the AUC on September 1, 2002 in the municipality of Concordia located in Antioquia, Colombia.

556.     Plaintiff Hernan de Jesus Serna is the representative and father of Hernan Dario Serna Piedrahita.  Hernan Dario Serna Piedrahita was forcibly disappeared by the AUC on September 1, 2002 in the municipality of Concordia located in Antioquia, Colombia.

557.     Plaintiff Jhon Mario Muñoz Ruiz is the representative and legal heir of Fernando Antonio Muñoz Ruiz.  Decedent Fernando Antonio Muñoz Ruiz was killed by the AUC on June 6, 1999 in the municipality of Concordia located in Antioquia, Colombia.

558.     Plaintiff Jose Efrain Gil Jimenez is the representative and father of Fernando de Jesus Gil Agudelo.  Fernando de Jesus Gil Agudelo was forcibly disappeared by the AUC on February 17, 2000 in the municipality of Concordia located in Antioquia, Colombia.

559.     Plaintiff Luz Aida Serna Vargas was attacked and severely injured by the AUC on February 27, 1998 in the municipality of Concordia located in Antioquia, Colombia.

560.     Plaintiff Rosa Adelfa Munoz Vasquez is the representative and legal heir of Carlos Mario Salas Munoz.  Decedent Carlos Mario Salas Munoz was killed by the AUC on July 23, 2001 in the municipality of Concordia located in Antioquia, Colombia.

561.     Plaintiff Rosa Emilia Caro de Bermudez is the representative and mother of Gildardo Bermudez Caro.  Gildardo Bermudez Caro was forcibly disappeared by the AUC on March 17, 2002 in the municipality of Concordia located in Antioquia, Colombia.

562.     Plaintiff Liliana Patricia Orrego Gonzalez is the representative and legal heir of Jaime Andres Orego Gonzalez.  Decedent Jaime Andres Orego Gonzalez was killed by the AUC on October 10, 2002 in the municipality of Copacabana located in Antioquia, Colombia.

563.     Plaintiff Blanca Isabel Corcho Avila is the representative and legal heir of Hernando Cruz Borja.  Decedent Hernando Cruz Borja was killed by the AUC on July 7, 2000 in the municipality of Currulao located in Antioquia, Colombia.

564.     Plaintiff Edilia Estella Alzate Diez is the representative and legal heir of Orlando Bermudez Tobon.  Decedent Orlando Bermudez Tobon was killed by the AUC on June 21, 2000 in the municipality of Currulao located in Antioquia, Colombia.

565.     Plaintiff Esmeralda Maria Avila Lopez is the representative and legal heir of Ubaldo Antonio Avila Lopez.  Decedent Ubaldo Antonio Avila Lopez was killed by the AUC on April 20, 2001 in the municipality of Currulao located in Antioquia, Colombia.

566.     Plaintiff Esmeralda Maria Avila Lopez is the representative and legal heir of Eduardo Santos Avila Lopez.  Decedent Eduardo Santos Avila Lopez was killed by the AUC on December 29, 2000 in the municipality of Currulao located in Antioquia, Colombia.

567.     Plaintiff Gloria Eugenia Munoz is the representative and legal heir of Miguel Angel Cardona.  Decedent Miguel Angel Cardona was killed by the AUC on January 15, 2001 in the municipality of Currulao located in Antioquia, Colombia.

568.     Plaintiff Luz Nelly Sanchez Villareal is the representative and legal heir of Jose Cornelio Gallego.  Decedent Jose Cornelio Gallego was killed by the AUC on May 4, 2000 in the municipality of Currulao located in Antioquia, Colombia.

569.     Plaintiff Maria Consuelo Ramirez is the representative and legal heir of Maria Elena Yepes Ramirez.  Decedent Maria Elena Yepes Ramirez was killed by the AUC on November 13, 1997 in the municipality of Currulao located in Antioquia, Colombia.

570.     Plaintiff Maria del Carmen Hernandez Negrete is the representative and legal heir of Carlos Arturo Sanchez Martinez.  Decedent Carlos Arturo Sanchez Martinez was killed by the AUC on April 16, 2000 in the municipality of Currulao located in Antioquia, Colombia.

571.     Plaintiff Maria Elena Posada de Sanchez is the representative and legal heir of Eduar Alberto Sanchez.  Decedent Eduar Alberto Sanchez was killed by the AUC on February 14, 1997 in the municipality of Currulao located in Antioquia, Colombia.

572.     Plaintiff Maria Isabel Rivas Ramirez is the representative and legal heir of Luis Enrique Treyes.  Decedent Luis Enrique Treyes was killed by the AUC on June 2, 1997 in the municipality of Currulao located in Antioquia, Colombia.

573.     Plaintiff Maria Rosbeny Gutierrez is the representative and legal heir of Wilson Gutierrez Higuita.  Decedent Wilson Gutierrez Higuita was killed by the AUC on January 23, 1997 in the municipality of Currulao located in Antioquia, Colombia.

574.     Plaintiff Maria Senobia Serna Rengifo is the representative and legal heir of Fernando de Jesus Usquiano Serna.  Decedent Fernando de Jesus Usquiano Serna was killed by the AUC on March 8, 2000 in the municipality of Currulao located in Antioquia, Colombia.

575.     Plaintiff Maria Victoria Moncada Velez is the representative and legal heir of Willian Fernando Velez Barrera.  Decedent Willian Fernando Velez Barrera was killed by the AUC on October 12, 1997 in the municipality of Currulao located in Antioquia, Colombia.

576.     Plaintiff Martha Yolanda Echeverry Quintero is the representative and legal heir of Jose Heriberto Echeverry Pulgarin.  Decedent Jose Heriberto Echeverry Pulgarin was killed by the AUC on July 1, 2000 in the municipality of Currulao located in Antioquia, Colombia.

577.     Plaintiff Onelia Elvira Romana Perez is the representative and sister of Giovany Blanquiceth Perez.  Giovany Blanquiceth Perez was forcibly disappeared by the AUC on February 22, 2003 in the municipality of Currulao located in Antioquia, Colombia.

578.     Plaintiff Orfelina de Jesus Tirado Saya is the representative and sister of Darwin Tirado Saya.  Darwin Tirado Saya was forcibly disappeared by the AUC on September 14, 2001 in the municipality of Currulao located in Antioquia, Colombia.

579.     Plaintiff Reyes Santos Gonzalez Herrera is the representative and legal heir of Jorge Manuel Paternina Gonzalez.  Decedent Jorge Manuel Paternina Gonzalez was killed by the AUC on June 14, 1998 in the municipality of Currulao located in Antioquia, Colombia.

580.     Plaintiff Cesar Adolfo Sepulveda Torres is the representative and legal heir of Cesar Naun Sepulveda Durango.  Decedent Cesar Naun Sepulveda Durango was killed by the AUC on April 17, 2000 in the municipality of Dabeiba located in Antioquia, Colombia.

581.     Plaintiffs Luz Marina Tuberquia Osorio and Luz Marina Tuberquia Osorio are the representatives and legal heirs of Gerardo Antonio Gomez.  Decedent Gerardo Antonio Gomez was killed by the AUC on September 28, 1997 in the municipality of Dabeiba located in Antioquia, Colombia.

582.    Plaintiff Maria del Carmen Posada is the representative and mother of Luis Alexander Posada.  Luis Alexander Posada was forcibly disappeared by the AUC on December 3, 2001 in the municipality of Dabeiba located in Antioquia, Colombia.

583.    Plaintiff Maria Rene Murillo Renteria is the representative and legal heir of Cornelio Asprilla.  Decedent Cornelio Asprilla was killed by the AUC in 1997 in the municipality of El Bagre located in Antioquia, Colombia.

584.    Plaintiff Carmen Emilia Roldan Cortes is the representative and mother of Mauricio Alexander Roldan Cortes.  Mauricio Alexander Roldan Cortes was forcibly disappeared by the AUC on February 1, 2004 in the municipality of El Retiro located in Antioquia, Colombia.

585.    Plaintiff Liliana Eugenia Marin Patino is the representative and legal heir of Victor Manuel Mejia Prieto.  Decedent Victor Manuel Mejia Prieto was killed by the AUC on August 4, 2003 in the municipality of El Retiro located in Antioquia, Colombia.

586.    Plaintiff Luz Amparo Ramirez Botero is the representative and legal heir of Hernan Dario Garcia Ramirez.  Decedent Hernan Dario Garcia Ramirez was killed by the AUC on November 5, 2001 in the municipality of El Retiro located in Antioquia, Colombia.

587.    Plaintiff Luz Nelly Rios Ospina is the representative and legal heir of Angel de Jesus Rios Ospina.  Decedent Angel de Jesus Rios Ospina was killed by the AUC on January 28, 2003 in the municipality of El Retiro located in Antioquia, Colombia.

588.    Plaintiff Margarita Fernandez de Castaño is the representative and legal heir of Ivan Dario Castaño Fernandez.  Decedent Ivan Dario Castaño Fernandez was killed by the AUC on May 9, 2000 in the municipality of El Retiro located in Antioquia, Colombia.

589.    Plaintiff Maria Nilia Ocampo Toro is the representative and legal heir of Oscar Alonso Marulanda Ocampo.  Decedent Oscar Alonso Marulanda Ocampo was killed by the AUC on October 28, 1999 in the municipality of El Retiro located in Antioquia, Colombia.

590.    Plaintiff Ramon Antonio Sanchez Garcia was attacked and severely injured by the AUC on May 23, 2001 in the municipality of El Retiro located in Antioquia, Colombia.

591.    Plaintiff Rocio del Socorro Upegui Lopez is the representative and legal heir of Johny Alexander Arcila Upegui.  Decedent Johny Alexander Arcila Upegui was killed by the AUC on October 28, 1999 in the municipality of El Retiro located in Antioquia, Colombia.

592.    Plaintiff Ruben Dario Gomez Pineda is the representative and legal heir of Vicente Alonso Gomez Pineda.  Decedent Vicente Alonso Gomez Pineda was killed by the AUC on May 31, 2000 in the municipality of El Retiro located in Antioquia, Colombia.

593.    Plaintiff Sandra Milena Gonzalez Bravo is the representative and legal heir of Ramiro de Jesus Salazar.  Decedent Ramiro de Jesus Salazar was killed by the AUC on July 27, 2000 in the municipality of El Retiro located in Antioquia, Colombia.

594.    Plaintiff Rosa Elena Durango Pulgarin is the representative and legal heir of Miguel Durango Pulgarin.  Decedent Miguel Durango Pulgarin was killed by the AUC on September 20, 1997 in the municipality of Frontino located in Antioquia, Colombia.

595.    Plaintiff Ana Ligia Cifuentes de Higuita is the representative and legal heir of Marino Higuita Ramirez.  Decedent Marino Higuita Ramirez was killed by the AUC on November 11, 1997 in the municipality of Giraldo located in Antioquia, Colombia.

596.     Plaintiff Marisol Sanchez Alvarez is the representative and legal heir of Gildardo Zuluaga Gomez.  Decedent Gildardo Zuluaga Gomez was killed by the AUC on August 25, 2000 in the municipality of Guarne located in Antioquia, Colombia.

597.     Plaintiff Flor Marina Vasquez Urrego is the representative and mother of Luis Fernando Calle Vasquez.  Luis Fernando Calle Vasquez was forcibly disappeared by the AUC on July 27, 2000 in the municipality of Heliconia located in Antioquia, Colombia.

598.     Plaintiff Adriana Maria Ospina Fernandez is the representative and legal heir of Jorge Horacio Munoz Macias.  Decedent Jorge Horacio Munoz Macias was killed by the AUC on May 28, 2002 in the municipality of Itagüí located in Antioquia, Colombia.

599.     Plaintiff Margarita Campiño Gutierrez is the representative and legal heir of Francisco Luis Campiño Gutierrez.  Decedent Francisco Luis Campiño Gutierrez was killed by the AUC on November 1, 1998 in the municipality of Itagüí located in Antioquia, Colombia.

600.     Plaintiff Margarita Campiño Gutierrez is the representative and legal heir of Edwin Adrian Solorzano Campiño.  Decedent Edwin Adrian Solorzano Campiño was killed by the AUC on December 15, 1997 in the municipality of Itagüí located in Antioquia, Colombia.

601.     Plaintiff Maria del Socorro Arroyave is the representative and legal heir of William Alexander Arroyave.  Decedent William Alexander Arroyave was killed by the AUC on May 1, 2003 in the municipality of Itagüí located in Antioquia, Colombia.

602.     Plaintiff Maria Evelia Taborda Taborda is the representative and legal heir of Mauricio Hernandez Taborda.  Decedent Mauricio Hernandez Taborda was killed by the AUC on November 11, 2002 in the municipality of Itagüí located in Antioquia, Colombia.

603.    Plaintiff Marta Elena Rodriguez Carvajal is the representative and legal heir of Jaime Andres Posada Rodriguez.  Decedent Jaime Andres Posada Rodriguez was killed by the AUC on May 18, 2003 in the municipality of Itagüí located in Antioquia, Colombia.

604.    Plaintiff Marta Lia Roman is the representative and legal heir of Oscar Dario Roman.  Decedent Oscar Dario Roman was killed by the AUC on December 31, 1997 in the municipality of Itagüí located in Antioquia, Colombia.

605.    Plaintiff Nubia Amparo Quintana Quintana is the representative and legal heir of Joan Andres Restrepo Quintana.  Decedent Joan Andres Restrepo Quintana was killed by the AUC on May 13, 2001 in the municipality of Itagüí located in Antioquia, Colombia.

606.    Plaintiff Yuri Angelica Arroyave is the representative and legal heir of Luis Ernesto Carrillo Oses.  Decedent Luis Ernesto Carrillo Oses was killed by the AUC on March 1, 2003 in the municipality of Itagüí located in Antioquia, Colombia.

607.    Plaintiff Alicia Toro Ramirez is the representative and legal heir of Humberto Arbelaez Ramirez.  Decedent Humberto Arbelaez Ramirez was killed by the AUC on July 7, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

608.    Plaintiff Aracelly Marin is the representative and legal heir of Javier de Jesus Martinez Carmona.  Decedent Javier de Jesus Martinez Carmona was killed by the AUC on March 2, 2002 in the municipality of La Ceja located in Antioquia, Colombia.

609.    Plaintiff Carmen Tulia Bedoya Bedoya is the representative and legal heir of Omar de Jesus Ramirez Gallo.  Decedent Omar de Jesus Ramirez Gallo was killed by the AUC on March 20, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

610.     Plaintiff Cleotilde Hoyos Ramirez is the representative and legal heir of John Fernando Tobon Hoyos.  Decedent John Fernando Tobon Hoyos was killed by the AUC on February 16, 2003 in the municipality of La Ceja located in Antioquia, Colombia.

611.     Plaintiff Cleotilde Hoyos Ramirez is the representative and legal heir of Emiliana Hoyos Ramirez.  Decedent Emiliana Hoyos Ramirez was killed by the AUC on July 13, 2001 in the municipality of La Ceja located in Antioquia, Colombia.

612.     Plaintiff Gloria Maria Marulanda Rodriguez is the representative and legal heir of Jose William Gaviria Rodas.  Decedent Jose William Gaviria Rodas was killed by the AUC on March 17, 1997 in the municipality of La Ceja located in Antioquia, Colombia.

613.     Plaintiff Blanca Ruth Osorio Gutierrez is the representative and legal heir of John Alexander Osorio Gutierrez.  Decedent John Alexander Osorio Gutierrez was killed by the AUC on March 31, 2000 in the municipality of La Unión located in Antioquia, Colombia.

614.     Plaintiff Reinaldo de Jesus Chaverra Molina is the representative and legal heir of Horacio de Jesus Chaverra Chaverra.  Decedent Horacio de Jesus Chaverra Chaverra was killed by the AUC on November 10, 2001 in the municipality of La Unión located in Antioquia, Colombia.

615.     Plaintiff Alba Usuga is the representative and legal heir of Enrique Mejia Varela. Decedent Enrique Mejia Varela was killed by the AUC on February 25, 1999 in the municipality of Medellín located in Antioquia, Colombia.

616.     Plaintiff Amparo Ocano Mogollon is the representative and legal heir of Yolima Maria Ocano Mogollon.  Decedent Yolima Maria Ocano Mogollon was killed by the AUC on October 17, 1999 in the municipality of Medellín located in Antioquia, Colombia.

617.     Plaintiff Aracelly Del Carmen Rodriguez is the representative and legal heir of Juan Diego Ribera Posada.  Decedent Juan Diego Ribera Posada was killed by the AUC on March 10, 2000 in the municipality of Medellín located in Antioquia, Colombia.

618.     Plaintiff Aracelly Graciano Catano is the representative and legal heir of Israel Graciano.  Decedent Israel Graciano was killed by the AUC on November 10, 1997 in the municipality of Medellín located in Antioquia, Colombia.

619.     Plaintiff Carmen Tulia Vasquez Arredondo is the representative and legal heir of German Dario Hernandez Cano.  Decedent German Dario Hernandez Cano was killed by the AUC on August 9, 2001 in the municipality of Medellín located in Antioquia, Colombia.

620.     Plaintiff Casimira Palacios Cabrera is the representative and legal heir of Hector Valayes Palacio.  Decedent Hector Valayes Palacio was killed by the AUC on March 6, 2001 in the municipality of Medellín located in Antioquia, Colombia.

621.     Plaintiff Clarivel Borja Cartagena is the representative and sister of Rigoberto Borja Cartagena.  Rigoberto Borja Cartagena was forcibly disappeared by the AUC on January 15, 1997 in the municipality of Medellín located in Antioquia, Colombia.

622.     Plaintiff Dioselina Goez Arango is the representative and mother of Juan Carlos Gaviria Goez.  Juan Carlos Gaviria Goez was forcibly disappeared by the AUC on September 9, 2003 in the municipality of Medellín located in Antioquia, Colombia.

623.     Plaintiff Dora Eugenia Chaverra Echeverry is the representative and legal heir of Gustavo Adolfo Echeverry Botero.  Decedent Gustavo Adolfo Echeverry Botero was killed by the AUC on July 8, 2001 in the municipality of Medellín located in Antioquia, Colombia.

624.     Plaintiff Elena Córdoba Moya is the representative and legal heir of Nairobis Benitez Córdoba.  Decedent Nairobis Benitez Córdoba was killed by the AUC on July 19, 2002 in the municipality of Medellín located in Antioquia, Colombia.

625.     Plaintiff Etelvina Ercilia Pineda is the representative and legal heir of Gustavo Adolfo Pareja Pineda.  Decedent Gustavo Adolfo Pareja Pineda was killed by the AUC on February 8, 1999 in the municipality of Medellín located in Antioquia, Colombia.

626.     Plaintiff Gloria Cecilia Arango is the representative and legal heir of Gustavo Yasid Manco Arango.  Decedent Gustavo Yasid Manco Arango was killed by the AUC on March 13, 1998 in the municipality of Medellín located in Antioquia, Colombia.

627.     Plaintiff Gloria Estella Montoya is the representative and legal heir of Alfredo Pacheco Rodriguez.  Decedent Alfredo Pacheco Rodriguez was killed by the AUC on October 25, 1998 in the municipality of Medellín located in Antioquia, Colombia.

628.     Plaintiff Gloria Yaneth Mosquera is the representative and legal heir of John Dario Maldonado Guerra.  Decedent John Dario Maldonado Guerra was killed by the AUC on August 3, 1999 in the municipality of Medellín located in Antioquia, Colombia.

629.     Plaintiff Guillermina Ayazo Florez is the representative and legal heir of Julio Miguel Aviles Hernandez.  Decedent Julio Miguel Aviles Hernandez was killed by the AUC on September 25, 2000 in the municipality of Medellín located in Antioquia, Colombia.

630.     Plaintiff Ines Maria Martinez Montoya is the representative and legal heir of Jorge Antonio Martinez.  Decedent Jorge Antonio Martinez was killed by the AUC on March 12, 1999 in the municipality of Medellín located in Antioquia, Colombia.

631.    Plaintiff Ines Maria Martinez Montoya is the representative and legal heir of Luis Angel Martinez Montoya. Decedent Luis Angel Martinez Montoya was killed by the AUC on August 26, 2001 in the municipality of Medellín located in Antioquia, Colombia.

632.    Plaintiff Jhon Mario Muñoz Ruiz is the representative and legal heir of Luis Javier Muñoz Ruiz. Decedent Luis Javier Muñoz Ruiz was killed by the AUC on April 3, 1998 in the municipality of Medellín located in Antioquia, Colombia.

633.    Plaintiffs Jorge Palacios Bolívar and Yolanda Porras Arias are the representatives and legal heirs of Cecilio Palacios Valencia. Decedent Cecilio Palacios Valencia was killed by the AUC on September 25, 2000 in the municipality of Medellín located in Antioquia, Colombia.

634.    Plaintiff Jose Plutarco Restrepo Lopez is the representative and legal heir of Gildardo de Jesus Restrepo Tangarife. Decedent Gildardo de Jesus Restrepo Tangarife was killed by the AUC on July 25, 2001 in the municipality of Medellín located in Antioquia, Colombia.

635.    Plaintiff Luz Elena Perez Bedoya is the representative and legal heir of Michael Ramirez Perez. Decedent Michael Ramirez Perez was killed by the AUC on May 23, 2002 in the municipality of Medellín located in Antioquia, Colombia.

636.    Plaintiff Magdalena del Socorro Rios Marin is the representative and legal heir of Sergio Alexander Rios. Decedent Sergio Alexander Rios was killed by the AUC on April 26, 1997 in the municipality of Medellín located in Antioquia, Colombia.

637.    Plaintiff Maria Amparo Ocampo Bedoya is the representative and legal heir of John Fredy de Jesus Gonzalez Ocampo. Decedent John Fredy de Jesus Gonzalez Ocampo was

killed by the AUC on October 8, 2000 in the municipality of Medellín located in Antioquia, Colombia.

638.    Plaintiff Maria Cruz Elena Mena Renteria is the representative and legal heir of Juan Carlos Torres Mena.  Decedent Juan Carlos Torres Mena was killed by the AUC on May 9, 1999 in the municipality of Medellín located in Antioquia, Colombia.

639.    Plaintiff Maria del Rosario Arieza de Torres is the representative and legal heir of Esau Arieza Gomez.  Decedent Esau Arieza Gomez was killed by the AUC on February 27, 2003 in the municipality of Medellín located in Antioquia, Colombia.

640.    Plaintiff Maria Margarita Jaramillo is the representative and legal heir of Deisy Yurani Rios.  Decedent Deisy Yurani Rios was killed by the AUC on November 4, 2002 in the municipality of Medellín located in Antioquia, Colombia.

641.    Plaintiff Maria Maribel Ramirez Agudilo is the representative and legal heir of Juan Guillermo Lombana Torres.  Decedent Juan Guillermo Lombana Torres was killed by the AUC on September 1, 2003 in the municipality of Medellín located in Antioquia, Colombia.

642.    Plaintiff Maria Nazareth Londono Monsalve is the representative and legal heir of Marco Antonio Monsalve Londono.  Decedent Marco Antonio Monsalve Londono was killed by the AUC on June 19, 2000 in the municipality of Medellín located in Antioquia, Colombia.

643.    Plaintiff Maria Nubia Higuita Higuita is the representative and legal heir of Yeomy Yudme David Higuita.  Decedent Yeomy Yudme David Higuita was killed by the AUC on April 13, 2002 in the municipality of Medellín located in Antioquia, Colombia.

644.     Plaintiff Maria Nubia Ramirez Canaveral is the representative and legal heir of Jesus Arly Canaveral Ramirez.  Decedent Jesus Arly Canaveral Ramirez was killed by the AUC on April 8, 2000 in the municipality of Medellín located in Antioquia, Colombia.

645.     Plaintiff Maria Ofelia Toro Baena is the representative and legal heir of Weimar Ancizar Rivera Toro.  Decedent Weimar Ancizar Rivera Toro was killed by the AUC on June 26, 2002 in the municipality of Medellín located in Antioquia, Colombia.

646.     Plaintiff Marta Elena Loaiza Orozco is the representative and legal heir of Jover Andres Gonzalez Loaiza.  Decedent Jover Andres Gonzalez Loaiza was killed by the AUC on March 3, 1999 in the municipality of Medellín located in Antioquia, Colombia.

647.     Plaintiff Martha Gladis Sarasty is the representative and legal heir of David Dario Sarasty.  Decedent David Dario Sarasty was killed by the AUC on January 26, 2003 in the municipality of Medellín located in Antioquia, Colombia.

648.     Plaintiff Martha Gladis Sarasty is the representative and legal heir of Jesus Agosto Patino.  Decedent Jesus Agosto Patino was killed by the AUC on July 29, 2002 in the municipality of Medellín located in Antioquia, Colombia.

649.     Plaintiff Martha Ines Loaiza de Londono is the representative and mother of Luis Fernando Londono Loaiza.  Luis Fernando Londono Loaiza was forcibly disappeared by the AUC in 2000 in the municipality of Medellín located in Antioquia, Colombia.

650.     Plaintiff Martha Ruth Henao Ballesteros is the representative and legal heir of Jose Vicente Higuita Ballesteros.  Decedent Jose Vicente Higuita Ballesteros was killed by the AUC on February 14, 2000 in the municipality of Medellín located in Antioquia, Colombia.

651.     Plaintiff Monica Cecilia Puerta Gomez is the representative and legal heir of Marco Aurelio Posada.  Decedent Marco Aurelio Posada was killed by the AUC on October 23, 2001 in the municipality of Medellín located in Antioquia, Colombia.

652.     Plaintiff Pedro David Hernandez Rivera is the representative and legal heir of Jorge David Hernandez Gonzalez.  Decedent Jorge David Hernandez Gonzalez was killed by the AUC on February 28, 1999 in the municipality of Medellín located in Antioquia, Colombia.

653.     Plaintiff Riquilda del Socorro Espitia Quesada is the representative and wife of Ramon Alberto Osorio Beltran.  Ramon Alberto Osorio Beltran was forcibly disappeared by the AUC on April 15, 1997 in the municipality of Medellín located in Antioquia, Colombia.

654.     Plaintiff Ruth del Carmen Castro Palacio is the representative and legal heir of Zully Ester Murillo Castro.  Decedent Zully Ester Murillo Castro was killed by the AUC on July 19, 2003 in the municipality of Medellín located in Antioquia, Colombia.

655.     Plaintiff William Castaño Cardona was attacked and severely injured by the AUC on September 15, 1998 in the municipality of Medellín located in Antioquia, Colombia.

656.     Plaintiff Judith Maria Palacio Sanchez is the representative and legal heir of Pablo de Jesus Ibarra Gomez.  Decedent Pablo de Jesus Ibarra Gomez was killed by the AUC on January 7, 1998 in the municipality of Murindo located in Antioquia, Colombia.

657.     Plaintiff Alcira Hernandez Luna is the representative and legal heir of Adonilso Pascual Hernandez.  Decedent Adonilso Pascual Hernandez was killed by the AUC on August 12, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

658.     Plaintiff Ana de Jesus Mosquera de Palacios is the representative and legal heir of Melquisedec Palacios Mosquera.  Decedent Melquisedec Palacios Mosquera was killed by the AUC on May 30, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

659.     Plaintiffs Ana Devora Agudelo Arenas and Luz Mariela Valderrama Castano are the representatives and legal heirs of Aldemar Agudelo Arenas.  Decedent Aldemar Agudelo Arenas was killed by the AUC on February 18, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

660.     Plaintiff Ana Dilma Herrera Cossio is the representative and legal heir of Hernan de Jesus Marin.  Decedent Hernan de Jesus Marin was killed by the AUC on October 6, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

661.     Plaintiff Ana Lucia Contreras Tordecilla is the representative and sister of Juan Contreras Tordecilla.  Juan Contreras Tordecilla was forcibly disappeared by the AUC on January 20, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

662.     Plaintiff Aurelia Vargas Chala is the representative and legal heir of Leonel Mayo Romana.  Decedent Leonel Mayo Romana was killed by the AUC on March 5, 2003 in the municipality of Mutatá located in Antioquia, Colombia.

663.     Plaintiff Bergnuil del Carmen Reyes Perez is the representative and legal heir of Abigail Reyes Perez.  Decedent Abigail Reyes Perez was killed by the AUC on January 7, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

664.     Plaintiff Carmen Emilia Quejada Urrego is the representative and legal heir of Segundo Quejada Padilla.  Decedent Segundo Quejada Padilla was killed by the AUC on June 29, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

665.    Plaintiff Carmen Rocio Zapata Rodriguez is the representative and legal heir of Orangel de Jesus David Zapata.  Decedent Orangel de Jesus David Zapata was killed by the AUC on December 12, 2003 in the municipality of Mutatá located in Antioquia, Colombia.

666.    Plaintiff Consuelo Guzman Padierna is the representative and legal heir of Manuel Teodulo Guzman Ramos.  Decedent Manuel Teodulo Guzman Ramos was killed by the AUC on June 1, 1999 in the municipality of Mutatá located in Antioquia, Colombia.

667.    Plaintiff Dario de Jesus Marin Restrepo is the representative and son of Arturo de Jesus Marin.  Arturo de Jesus Marin was forcibly disappeared by the AUC on September 6, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

668.    Plaintiff Dionisio Medrano Medrano is the representative and father of Marco Tulio Medrano Gonzalez.  Marco Tulio Medrano Gonzalez was forcibly disappeared by the AUC on November 15, 1999 in the municipality of Mutatá located in Antioquia, Colombia.

669.    Plaintiff Dora Isabel Sanchez Mejia is the representative and legal heir of Fredwin Castro Sanchez.  Decedent Fredwin Castro Sanchez was killed by the AUC on August 14, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

670.    Plaintiff Edwin de Jesus Arango Cano was attacked and severely injured by the AUC on November 17, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

671.    Plaintiff Eudilia Rosa Diaz Hernandez is the representative and legal heir of Yovanys Diaz.  Decedent Yovanys Diaz was killed by the AUC on November 17, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

672.     Plaintiff Flor Elena Echavarria Osorio is the representative and legal heir of Luis Orlando Asprilla Montano.  Decedent Luis Orlando Asprilla Montano was killed by the AUC on April 23, 2003 in the municipality of Mutatá located in Antioquia, Colombia.

673.     Plaintiffs Gloria Ines Gomez and Rosa Magnolia Guisao Sepulveda are the representatives and legal heirs of Omar Guisao.  Decedent Omar Guisao was killed by the AUC on April 9, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

674.     Plaintiff Gregoria Valencia is the representative and legal heir of Carlos Alberto Rivas.  Decedent Carlos Alberto Rivas was killed by the AUC on August 19, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

675.     Plaintiff Hector Gabriel Castaneda Builes is the representative and legal heir of Claudia Patricia Castaneda Rodriguez.  Decedent Claudia Patricia Castaneda Rodriguez was killed by the AUC on February 28, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

676.     Plaintiff Jose de Jesus Castano Olea is the representative and son of Jose de Jesus Castano Parra.  Jose de Jesus Castano Parra was forcibly disappeared by the AUC on June 19, 1999 in the municipality of Mutatá located in Antioquia, Colombia.

677.     Plaintiff Juan Severo Obregon Serna is the representative and legal heir of Uber Enrique Obregon Cossio.  Decedent Uber Enrique Obregon Cossio was killed by the AUC on August 30, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

678.     Plaintiff Lucelys Chiquillo Casarrubia is the representative and legal heir of Jaider Enrique Ramos Chiquillo.  Decedent Jaider Enrique Ramos Chiquillo was killed by the AUC on April 23, 2002 in the municipality of Mutatá located in Antioquia, Colombia.

118

679.     Plaintiff Luz Mila de Jesus Velasquez Manco is the representative and legal heir of Silvio de Jesus Henao Aguilar.  Decedent Silvio de Jesus Henao Aguilar was killed by the AUC on August 11, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

680.     Plaintiff Luz Mila Durango Durango is the representative and legal heir of Jesus Maria Durango Echaverria.  Decedent Jesus Maria Durango Echaverria was killed by the AUC on November 15, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

681.     Plaintiff Luz Nerina Carvajal Carvajal is the representative and legal heir of Mario de Jesus Berrio.  Decedent Mario de Jesus Berrio was killed by the AUC on May 30, 2001 in the municipality of Mutatá located in Antioquia, Colombia.

682.     Plaintiff Maria de Jesus Zarza Escobar is the representative and legal heir of Bertilda Vasquez Zarza.  Decedent Bertilda Vasquez Zarza was killed by the AUC on January 11, 2004 in the municipality of Mutatá located in Antioquia, Colombia.

683.     Plaintiff Maria de los Santos Hernandez is the representative and surviving partner of Jorge Luis Martinez Paez.  Jorge Luis Martinez Paez was forcibly disappeared by the AUC on February 7, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

684.     Plaintiff Maria Elias Palencia Morelo is the representative and legal heir of Teofilo Berrio Peralta.  Decedent Teofilo Berrio Peralta was killed by the AUC on January 23, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

685.     Plaintiff Maria Esther Ochoa   is the representative and legal heir of Jaime Carvajal Jimenez.  Decedent Jaime Carvajal Jimenez was killed by the AUC on May 16, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

686.     Plaintiff Maria Esther Ochoa is the representative and legal heir of Jorge Eliecer Carvajal Ochoa.  Decedent Jorge Eliecer Carvajal Ochoa was killed by the AUC on March 8, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

687.     Plaintiff Maria Georgina Torres is the representative and legal heir of Ladislao Diaz Cena.  Decedent Ladislao Diaz Cena was killed by the AUC on December 20, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

688.     Plaintiff Maria Josefa Jimenez Gomez is the representative and legal heir of Eulices Jimenez Gomez.  Decedent Eulices Jimenez Gomez was killed by the AUC on August 13, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

689.     Plaintiff Maria Mercedes Rodriguez de Betancur is the representative and legal heir of Octavio de Jesus Betancur.  Decedent Octavio de Jesus Betancur was killed by the AUC on January 31, 1999 in the municipality of Mutatá located in Antioquia, Colombia.

690.     Plaintiff Nancy Banda Genes is the representative and legal heir of Felix Fernando Banda Genes.  Decedent Felix Fernando Banda Genes was killed by the AUC on March 9, 2003 in the municipality of Mutatá located in Antioquia, Colombia.

691.     Plaintiff Noris Isabel Garces Mogrovejo is the representative and legal heir of Angel Maria Arroyo Ruiz.  Decedent Angel Maria Arroyo Ruiz was killed by the AUC on May 30, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

692.     Plaintiff Olga Patricia Usuga Loaiza is the representative and legal heir of Hector Mario Garcia Carmona.  Decedent Hector Mario Garcia Carmona was killed by the AUC on June 13, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

693.    Plaintiff Onaida Isabel Cabrera Yorente is the representative and legal heir of Edilberto Berrio Mesa.  Decedent Edilberto Berrio Mesa was killed by the AUC on January 23, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

694.    Plaintiff Osiris Tordecilla Sotelo is the representative and sister of Ismael Tordecilla Satelo.  Ismael Tordecilla Satelo was forcibly disappeared by the AUC in November 1999 in the municipality of Mutatá located in Antioquia, Colombia.

695.    Plaintiff Ovidio Espinosa is the representative and legal heir of Luz Mila Espinosa Mesa.  Decedent Luz Mila Espinosa Mesa was killed by the AUC on July 3, 1997 in the municipality of Mutatá located in Antioquia, Colombia.

696.    Plaintiff Pedro Manuel Chima Salgado is the representative and brother of Dagoberto Chima Salgado.  Dagoberto Chima Salgado was forcibly disappeared by the AUC on October 13, 2001 in the municipality of Mutatá located in Antioquia, Colombia.

697.    Plaintiff Remberto Fredy Rojas Chicas is the representative and brother of Manuel Dario Rojas Chicas.  Manuel Dario Rojas Chicas was forcibly disappeared by the AUC on May 3, 2000 in the municipality of Mutatá located in Antioquia, Colombia.

698.    Plaintiff Rosalba Loaiza is the representative and mother of John Fredi Roman Loaiza.  John Fredi Roman Loaiza was forcibly disappeared by the AUC on October 7, 2001 in the municipality of Mutatá located in Antioquia, Colombia.

699.    Plaintiff Yaqueline Albarez Giraldo is the representative and sister of Consuelo Albarez Giraldo.  Consuelo Albarez Giraldo was forcibly disappeared by the AUC on March 20, 1998 in the municipality of Mutatá located in Antioquia, Colombia.

700.     Plaintiff Angela Maria Mesa Hernandez is the representative and legal heir of Hernan Choperena Mesa.  Decedent Hernan Choperena Mesa was killed by the AUC on October 22, 2002 in the municipality of Necoclí located in Antioquia, Colombia.

701.     Plaintiff Angela Maria Sabala Gamboa is the representative and mother of Isabel Gamboa Córdoba.  Isabel Gamboa Córdoba was forcibly disappeared by the AUC on March 15, 1998 in the municipality of Necoclí located in Antioquia, Colombia.

702.     Plaintiff Dina Luz Navas Guerrero is the representative and sister of Luis Eduardo Montoya Guerrero.  Luis Eduardo Montoya Guerrero was forcibly disappeared by the AUC on March 2, 2003 in the municipality of Necoclí located in Antioquia, Colombia.

703.     Plaintiff Gladys Maria Palomeque Rivas is the representative and mother of Jhon Cesar Vargas Palomeque.  Jhon Cesar Vargas Palomeque was forcibly disappeared by the AUC on June 24, 2002 in the municipality of Necoclí located in Antioquia, Colombia.

704.     Plaintiff Marcelino Pajaro Tordecilla is the representative and nephew of Plutarlo Pajaro Iloyos.  Plutarlo Pajaro Iloyos was forcibly disappeared by the AUC on June 20, 1905 in the municipality of Necoclí located in Antioquia, Colombia.

705.     Plaintiff Monica Liliana Trujillo Cedeno is the representative and legal heir of Luis Alexander Trujillo Cedena.  Decedent Luis Alexander Trujillo Cedena was killed by the AUC on February 18, 2003 in the municipality of Necoclí located in Antioquia, Colombia.

706.     Plaintiff Reinerio Palacios Mosquera is the representative and legal heir of Magnolio Palacios Quintero.  Decedent Magnolio Palacios Quintero was killed by the AUC on December 28, 1997 in the municipality of Necoclí located in Antioquia, Colombia.

707.    Plaintiff Renan Perea Ramirez is the representative and legal heir of Rodolfo Perea Ramirez.  Decedent Rodolfo Perea Ramirez was killed by the AUC in 1999 in the municipality of Necoclí located in Antioquia, Colombia.

708.    Plaintiff Rosalba   Barrios Diaz is the representative and mother of Eliecer Tordecilla Barrios.  Eliecer Tordecilla Barrios was forcibly disappeared by the AUC on August 7, 1997 in the municipality of Necoclí located in Antioquia, Colombia.

709.    Plaintiff Ruth Fanery Ochoa Salgado is the representative and legal heir of Heber Enrique Ochoa Mesa.  Decedent Heber Enrique Ochoa Mesa was killed by the AUC on August 13, 1997 in the municipality of Necoclí located in Antioquia, Colombia.

710.    Plaintiff Porifirio Manuel Gonzalez Carrascal is the representative and legal heir of Felix Gonzalez Carrascal.  Decedent Felix Gonzalez Carrascal was killed by the AUC on December 16, 1999 in the municipality of Nueva Colonia located in Antioquia, Colombia.

711.    Plaintiff Reyes Berrio Blanco is the representative and legal heir of Robinson Serrano Berrio.  Decedent Robinson Serrano Berrio was killed by the AUC on November 1, 1997 in the municipality of Nueva Colonia located in Antioquia, Colombia.

712.    Plaintiff Enelsy Perez Linan is the representative and legal heir of Jose Elico Restrepo Vergara.  Decedent Jose Elico Restrepo Vergara was killed by the AUC on June 6, 1997 in the municipality of Puerto Berrio located in Antioquia, Colombia.

713.    Plaintiff Elda de Jesus Cardona Castañeda is the representative and legal heir of Vianey de Jesus Ramirez Cardona.  Decedent Vianey de Jesus Ramirez Cardona was killed by the AUC on March 29, 2002 in the municipality of Rionegro located in Antioquia, Colombia.

714.    Plaintiff Gloria Elsy Lopez Munera is the representative and legal heir of Jose Yon Valencia.  Decedent Jose Yon Valencia was killed by the AUC on June 8, 1997 in the municipality of Rionegro located in Antioquia, Colombia.

715.    Plaintiff Marta Lucia Marin Patino is the representative and legal heir of Abel Antonio Hernandez Castro.  Decedent Abel Antonio Hernandez Castro was killed by the AUC on March 20, 2000 in the municipality of Rionegro located in Antioquia, Colombia.

716.    Plaintiff Adelaida del Carmen Ruiz Ruiz is the representative and legal heir of Ebelio Enrique Diaz Yanos.  Decedent Ebelio Enrique Diaz Yanos was killed by the AUC on November 2, 2003 in the municipality of San Carlos located in Antioquia, Colombia.

717.    Plaintiff Martha del Toro Ricardo is the representative and legal heir of Leonardo Quintana Morelo.  Decedent Leonardo Quintana Morelo was killed by the AUC on June 23, 1998 in the municipality of San Juan de Urabá located in Antioquia, Colombia.

718.    Plaintiff Purificacion Garcia Sevilla is the representative and legal heir of Elena Garcia Sevilla.  Decedent Elena Garcia Sevilla was killed by the AUC on July 23, 2001 in the municipality of San Juan de Urabá located in Antioquia, Colombia.

719.    Plaintiff Rosiris de los Angeles Gonzalez Lambertinez is the representative and legal heir of Juan Jose Vargas.  Decedent Juan Jose Vargas was killed by the AUC on July 12, 1999 in the municipality of San Juan de Urabá located in Antioquia, Colombia.

720.    Plaintiff Teresa de Jesus Valencia Tobon is the representative and legal heir of Hernando Henao Catano.  Decedent Hernando Henao Catano was killed by the AUC on February 29, 2000 in the municipality of San Roque located in Antioquia, Colombia.

721.     Plaintiff Maria Elena Castro Patiño is the representative and legal heir of John Fredy Jaramillo Castro.  Decedent John Fredy Jaramillo Castro was killed by the AUC on November 24, 1997 in the municipality of San Vicente located in Antioquia, Colombia.

722.     Plaintiff Manuel Salvador Blandon Castaño is the representative and legal heir of John Jairo Blandon Mejia.  Decedent John Jairo Blandon Mejia was killed by the AUC on July 18, 1999 in the municipality of Sonsón located in Antioquia, Colombia.

723.     Plaintiff Luz Amparo Jimenez Vasquez is the representative and legal heir of Johnny Alexander Velasco Londono.  Decedent Johnny Alexander Velasco Londono was killed by the AUC on May 8, 2001 in the municipality of Sopetran located in Antioquia, Colombia.

724.     Plaintiff Betilda Rosa Correa Yanez is the representative and legal heir of Luis Alberto Salas Correa.  Decedent Luis Alberto Salas Correa was killed by the AUC on May 14, 2003 in the municipality of Tarazá located in Antioquia, Colombia.

725.     Plaintiff Landa Suris Jimenez is the representative and legal heir of Cesar Padilla Jimenez.  Decedent Cesar Padilla Jimenez was killed by the AUC on February 16, 2003 in the municipality of Tarazá located in Antioquia, Colombia.

726.     Plaintiff Ada Liris Marulanda Lopez is the representative and legal heir of Camilo Herrera Lopez.  Decedent Camilo Herrera Lopez was killed by the AUC on November 6, 2000 in the municipality of Turbo located in Antioquia, Colombia.

727.     Plaintiff Adriana Patricia Galindo is the representative and legal heir of Elder Manuel Galindo.  Decedent Elder Manuel Galindo was killed by the AUC on March 16, 1998 in the municipality of Turbo located in Antioquia, Colombia.

728. Plaintiff Adriana Patricia Galindo is the representative and legal heir of Adelmo Galindo Banda. Decedent Adelmo Galindo Banda was killed by the AUC on March 16, 1998 in the municipality of Turbo located in Antioquia, Colombia.

729. Plaintiff Alba Maria Rojas Gutierrez is the representative and legal heir of Jesus Hernando Rojas Gutierrez. Decedent Jesus Hernando Rojas Gutierrez was killed by the AUC on October 12, 2000 in the municipality of Turbo located in Antioquia, Colombia.

730. Plaintiff Alba Rosa Arboleda de Oquindo is the representative and legal heir of Carlos Mario Oquendo Arboleda. Decedent Carlos Mario Oquendo Arboleda was killed by the AUC on April 28, 1997 in the municipality of Turbo located in Antioquia, Colombia.

731. Plaintiff Aliria Arias Nabales is the representative and legal heir of Esgar Alvarez Arias. Decedent Esgar Alvarez Arias was killed by the AUC on September 1, 2001 in the municipality of Turbo located in Antioquia, Colombia.

732. Plaintiff Ana Escilda Pino Peña is the representative and legal heir of Alexis Gaviria Valencia. Decedent Alexis Gaviria Valencia was killed by the AUC on November 25, 2002 in the municipality of Turbo located in Antioquia, Colombia.

733. Plaintiff Ana Eva Bran de Palacio is the representative and legal heir of Jhon Jairo Cajiao Bran. Decedent Jhon Jairo Cajiao Bran was killed by the AUC on August 15, 2000 in the municipality of Turbo located in Antioquia, Colombia.

734. Plaintiff Ana Luisa Franco de Morelo is the representative and legal heir of Tobias Eladio Pena Herrera. Decedent Tobias Eladio Pena Herrera was killed by the AUC on March 17, 2000 in the municipality of Turbo located in Antioquia, Colombia.

735.     Plaintiff Ana Mercedes Garcia Echavarria is the representative and legal heir of Leison Ospina Castrillon.  Decedent Leison Ospina Castrillon was killed by the AUC on October 13, 1997 in the municipality of Turbo located in Antioquia, Colombia.

736.     Plaintiffs Arelis del Carmen Romero Arcia and Walter Romero Ramos are the representatives and legal heirs of Ausberto Antonio Romero Guevara.  Ausberto Antonio Romero Guevara was forcibly disappeared by the AUC on February 13, 1997 in the municipality of Turbo located in Antioquia, Colombia.

737.     Plaintiff Benilda Moya Córdoba is the representative and legal heir of Cesar Cuesta Moya.  Decedent Cesar Cuesta Moya was killed by the AUC on June 16, 2003 in the municipality of Turbo located in Antioquia, Colombia.

738.     Plaintiffs Bety Yully Vivas Palacios and Margarita Navarro Pineda are the representatives and legal heirs of Jose Enrique Navarro.  Decedent Jose Enrique Navarro was killed by the AUC on January 21, 1998 in the municipality of Turbo located in Antioquia, Colombia.

739.     Plaintiff Candida Maria Muentes Manjarrez is the representative and legal heir of Maximo Muentes Gutierrez.  Decedent Maximo Muentes Gutierrez was killed by the AUC on September 8, 2000 in the municipality of Turbo located in Antioquia, Colombia.

740.     Plaintiff Carlos Alberto Gonzalez Taborda is the representative and son of Alfredo Gonzalez.  Alfredo Gonzalez was forcibly disappeared by the AUC on February 25, 1999 in the municipality of Turbo located in Antioquia, Colombia.

741.    Plaintiff Carmen Quintana Noble is the representative and legal heir of Francisco Javier Ruiz.  Decedent Francisco Javier Ruiz was killed by the AUC on November 22, 2002 in the municipality of Turbo located in Antioquia, Colombia.

742.    Plaintiff Casilda Yepes Correa is the representative and legal heir of Camilo Ernesto Yepes Correa.  Decedent Camilo Ernesto Yepes Correa was killed by the AUC on July 28, 2004 in the municipality of Turbo located in Antioquia, Colombia.

743.    Plaintiff Consuelo Martinez Lan is the representative and legal heir of Elkin Emilio Palencia Banquet.  Decedent Elkin Emilio Palencia Banquet was killed by the AUC on February 19, 2001 in the municipality of Turbo located in Antioquia, Colombia.

744.    Plaintiff Cruz Elena Vasquez Montoya is the representative and legal heir of Danilo de Jesus Valencia Naranjo.  Decedent Danilo de Jesus Valencia Naranjo was killed by the AUC on March 9, 1997 in the municipality of Turbo located in Antioquia, Colombia.

745.    Plaintiff Dada Alberta Martinez is the representative and mother of Nelson Becerra Martinez.  Nelson Becerra Martinez was forcibly disappeared by the AUC on May 7, 1997 in the municipality of Turbo located in Antioquia, Colombia.

746.    Plaintiff Daisy Judith Ricardo Barrios is the representative and legal heir of Elder Estrada Asprilla.  Decedent Elder Estrada Asprilla was killed by the AUC on September 19, 2000 in the municipality of Turbo located in Antioquia, Colombia.

747.    Plaintiff Damaris Guerrero Hibarguen is the representative and legal heir of Luis Alfonso Beltran Morelo.  Decedent Luis Alfonso Beltran Morelo was killed by the AUC on August 3, 2000 in the municipality of Turbo located in Antioquia, Colombia.

748.     Plaintiff Daris Enidia Varela Garcia is the representative and legal heir of Jose Ortalides Blandon.  Decedent Jose Ortalides Blandon was killed by the AUC on April 15, 1999 in the municipality of Turbo located in Antioquia, Colombia.

749.     Plaintiff Darlis Palma Mosquera is the representative and surviving partner of Tirzo Lopez Julio.  Tirzo Lopez Julio was forcibly disappeared by the AUC on February 21, 2003 in the municipality of Turbo located in Antioquia, Colombia.

750.     Plaintiff Diana Lisbet Bedoya Grajales is the representative and legal heir of Luis Fernando Bedoya Bedoya.  Decedent Luis Fernando Bedoya Bedoya was killed by the AUC on March 20, 1998 in the municipality of Turbo located in Antioquia, Colombia.

751.     Plaintiff Dilma Maria Molina Arevelo is the representative and legal heir of Jose Evelio Asprilla Perlaza.  Decedent Jose Evelio Asprilla Perlaza was killed by the AUC on March 5, 1997 in the municipality of Turbo located in Antioquia, Colombia.

752.     Plaintiff Dioselina Mosquera Palacios is the representative and legal heir of Edinson Palacios Mosquera.  Decedent Edinson Palacios Mosquera was killed by the AUC on September 10, 2001 in the municipality of Turbo located in Antioquia, Colombia.

753.     Plaintiff Dioselina Otalvaro Toro is the representative and legal heir of Juan Bautista Sepulveda.  Decedent Juan Bautista Sepulveda was killed by the AUC on December 19, 1998 in the municipality of Turbo located in Antioquia, Colombia.

754.     Plaintiff Edelmira Contreras Martinez is the representative and wife of Antonio Perez Argumedo.  Antonio Perez Argumedo was forcibly disappeared by the AUC on April 15, 1997 in the municipality of Turbo located in Antioquia, Colombia.

755.     Plaintiff Edenia Solar Batista is the representative and mother of Edwin Caicedo Solar.  Edwin Caicedo Solar was forcibly disappeared by the AUC on April 23, 2002 in the municipality of Turbo located in Antioquia, Colombia.

756.     Plaintiff Elena Bello Espitia is the representative and surviving partner of Rafael Jaraba Florez.  Rafael Jaraba Florez was forcibly disappeared by the AUC on November 17, 1999 in the municipality of Turbo, located in Antioquia, Colombia.

757.     Plaintiff Elena del Socorro Herrera Lopez is the representative and legal heir of William Herrera Lopez.  Decedent William Herrera Lopez was killed by the AUC on October 23, 2001 in the municipality of Turbo located in Antioquia, Colombia.

758.     Plaintiff Elibardo Santo Mendoza Causil is the representative and legal heir of Roimer Mendoza Ruiz.  Decedent Roimer Mendoza Ruiz was killed by the AUC on July 25, 2000 in the municipality of Turbo located in Antioquia, Colombia.

759.     Plaintiff Energida Nery Salgado Vital is the representative and legal heir of Neder Alvarez Salgado.  Decedent Neder Alvarez Salgado was killed by the AUC on February 24, 2001 in the municipality of Turbo located in Antioquia, Colombia.

760.     Plaintiff Estebana de Jesus Castillo Beltran is the representative and legal heir of Isidro Manuel Barrios Florez.  Decedent Isidro Manuel Barrios Florez was killed by the AUC on August 6, 2003 in the municipality of Turbo located in Antioquia, Colombia.

761.     Plaintiff Eugenio Calazan Salgado is the representative and father of Ilario Salgado Castro.  Ilario Salgado Castro was forcibly disappeared by the AUC on June 30, 1998 in the municipality of Turbo located in Antioquia, Colombia.

762.     Plaintiff Falco Nery Quiroz Lopez is the representative and legal heir of Carlos de Jesus Tavera Mendez.  Decedent Carlos de Jesus Tavera Mendez was killed by the AUC on June 27, 1997 in the municipality of Turbo located in Antioquia, Colombia.

763.     Plaintiffs Fanny Moya Rivas and Marileny Becerra Martinez are the representatives and legals heir of Plinio Medina Moya.  Decedent Plinio Medina Moya was killed by the AUC on August 17, 2002 in the municipality of Turbo located in Antioquia, Colombia.

764.     Plaintiff Farid Yinet Arias Garcia is the representative and surviving partner of Orlando Cuesta Martinez.  Orlando Cuesta Martinez was forcibly disappeared by the AUC on May 26, 2003 in the municipality of Turbo located in Antioquia, Colombia.

765.     Plaintiff Felicidad Lemos Avila is the representative and legal heir of Franklin Lemos Avila.  Decedent Franklin Lemos Avila was killed by the AUC on August 21, 2001 in the municipality of Turbo located in Antioquia, Colombia.

766.     Plaintiff Feniz Moya Gutierrez is the representative and legal heir of Jorge Eliecer Arroyo Cuesta.  Decedent Jorge Eliecer Arroyo Cuesta was killed by the AUC on November 10, 1997 in the municipality of Turbo located in Antioquia, Colombia.

767.     Plaintiff Fidencia Guerrero Julio is the representative and legal heir of Felix Caicedo Gomez.  Decedent Felix Caicedo Gomez was killed by the AUC on September 1, 2000 in the municipality of Turbo located in Antioquia, Colombia.

768.     Plaintiff Francisca Rodriguez Ramos is the representative and legal heir of Tito Mosquera Guaitoto.  Decedent Tito Mosquera Guaitoto was killed by the AUC on March 14, 1997 in the municipality of Turbo located in Antioquia, Colombia.

769.     Plaintiff Gertrudiz Rodriguez is the representative and legal heir of Jorge Isaac Sanchez Martinez.  Decedent Jorge Isaac Sanchez Martinez was killed by the AUC on January 21, 1997 in the municipality of Turbo located in Antioquia, Colombia.

770.     Plaintiff Gladis Ibarguen Mosquera is the representative and legal heir of Laudino Ibarguen Mosquera.  Decedent Laudino Ibarguen Mosquera was killed by the AUC on July 14, 2000 in the municipality of Turbo located in Antioquia, Colombia.

771.     Plaintiff Gloria Emilse Higuita Ferrero is the representative and legal heir of Efren de Jesus Higuita.  Decedent Efren de Jesus Higuita was killed by the AUC on January 23, 1997 in the municipality of Turbo located in Antioquia, Colombia.

772.     Plaintiff Gloria Estella Bedoya Zapata is the representative and legal heir of Luis Edilberto Varela Cano.  Decedent Luis Edilberto Varela Cano was killed by the AUC on December 16, 1999 in the municipality of Turbo located in Antioquia, Colombia.

773.     Plaintiff Gregoria Quejada Galvan is the representative and legal heir of Yira Cuero Quejada.  Decedent Yira Cuero Quejada was killed by the AUC on July 11, 2002 in the municipality of Turbo located in Antioquia, Colombia.

774.     Plaintiff Gustavo Antonio de Leon Aguas is the representative and legal heir of Jhon Robinson de Leon Bedoya.  Decedent Jhon Robinson de Leon Bedoya was killed by the AUC on October 28, 2003 in the municipality of Turbo located in Antioquia, Colombia.

775.     Plaintiff Indira Elena Navas Perea is the representative and legal heir of Alex Yecid Keep Cuadro.  Decedent Alex Yecid Keep Cuadro was killed by the AUC on April 4, 2003 in the municipality of Turbo located in Antioquia, Colombia.

776.     Plaintiff Irisol Montes Gomez is the representative and daughter of Jose Maximiliano Jimenez.  Jose Maximiliano Jimenez was forcibly disappeared by the AUC on January 13, 1998 in the municipality of Turbo located in Antioquia, Colombia.

777.     Plaintiff Isabel Rosa Feria Suarez is the representative and mother of Juan Ernesto Peralta Feria.  Juan Ernesto Peralta Feria was forcibly disappeared by the AUC on May 10, 2001 in the municipality of Turbo located in Antioquia, Colombia.

778.     Plaintiff Jose Manuel Bertel Buelvas is the representative and legal heir of Hernan Alberto Vertel Hernandez.  Decedent Hernan Alberto Vertel Hernandez was killed by the AUC on April 8, 1999 in the municipality of Turbo located in Antioquia, Colombia.

779.     Plaintiff Juan Santiago Gomez Arias is the representative and legal heir of Willian Arias Garcia.  Decedent Willian Arias Garcia was killed by the AUC on January 20, 2000 in the municipality of Turbo located in Antioquia, Colombia.

780.     Plaintiff Juana Garces Lopez is the representative and legal heir of Aurelio Ortiz Moya.  Decedent Aurelio Ortiz Moya was killed by the AUC on September 10, 2002 in the municipality of Turbo located in Antioquia, Colombia.

781.     Plaintiff Katerine Velasquez Teran is the representative and legal heir of Jose Luis Velasquez Teran.  Decedent Jose Luis Velasquez Teran was killed by the AUC on November 24, 2000 in the municipality of Turbo located in Antioquia, Colombia.

782.     Plaintiff Lediz Maria Renteria Robledo is the representative and legal heir of Casildo Renteria.  Decedent Casildo Renteria was killed by the AUC on October 25, 2000 in the municipality of Turbo located in Antioquia, Colombia.

783.    Plaintiff Liliana Jimenez Londono is the representative and legal heir of Hernando Augusto Cruz Borja.  Decedent Hernando Augusto Cruz Borja was killed by the AUC on August 7, 2000 in the municipality of Turbo located in Antioquia, Colombia.

784.    Plaintiff Lucila Gomez Charris is the representative and sister of Wilmar Gomez Charris.  Wilmar Gomez Charris was forcibly disappeared by the AUC on January 11, 2003 in the municipality of Turbo located in Antioquia, Colombia.

785.    Plaintiff Lucina Manco Bonilla is the representative and legal heir of Luis Alfonso Lopez Rendon.  Decedent Luis Alfonso Lopez Rendon was killed by the AUC on October 9, 1999 in the municipality of Turbo located in Antioquia, Colombia.

786.    Plaintiff Luis Alfredo Betancur Valencia is the representative and legal heir of Bernaldo Manuel Betancur Ortega.  Decedent Bernaldo Manuel Betancur Ortega was killed by the AUC on March 23, 1997 in the municipality of Turbo located in Antioquia, Colombia.

787.    Plaintiff Luz Denis Penagos Correa is the representative and legal heir of Leonel Sepulveda Palacio.  Decedent Leonel Sepulveda Palacio was killed by the AUC on February 14, 1997 in the municipality of Turbo located in Antioquia, Colombia.

788.    Plaintiff Luz Mallibi Betancorth Imba is the representative and legal heir of Jhon Fredy Ibarguen Betancur.  Decedent Jhon Fredy Ibarguen Betancur was killed by the AUC on May 11, 2002 in the municipality of Turbo located in Antioquia, Colombia.

789.    Plaintiff Luz Nery Osorio Hernandez is the representative and legal heir of Jhon Fredy Hernandez.  Decedent Jhon Fredy Hernandez was killed by the AUC on January 19, 1997 in the municipality of Turbo located in Antioquia, Colombia.

790.     Plaintiff Luz Soraya Arango Rodriguez was attacked and severely injured by the AUC on January 3, 2003 in the municipality of Turbo located in Antioquia, Colombia.

791.     Plaintiff Luzmila Rivas Robledo is the representative and mother of Ever Mosquera Fluas.  Ever Mosquera Fluas was forcibly disappeared by the AUC on June 5, 1997 in the municipality of Turbo located in Antioquia, Colombia.

792.     Plaintiff Marco Antonio Quejada Jimenez is the representative and legal heir of Julio Quejada Quejada.  Decedent Julio Quejada Quejada was killed by the AUC on March 31, 1997 in the municipality of Turbo located in Antioquia, Colombia.

793.     Plaintiff Margarita Chica Chica is the representative and surviving partner of Engelberto Jose Leon Bermudez.  Engelberto Jose Leon Bermudez was forcibly disappeared by the AUC on November 22, 2002 in the municipality of Turbo located in Antioquia, Colombia.

794.     Plaintiff Margarita Padilla Morelo is the representative and legal heir of Jose Miguel Garcia Perez.  Decedent Jose Miguel Garcia Perez was killed by the AUC on June 26, 1999 in the municipality of Turbo located in Antioquia, Colombia.

795.     Plaintiff Mari del Socorro Gutierrez   is the representative and legal heir of Leimer de Jesus Carbajal.  Decedent Leimer de Jesus Carbajal was killed by the AUC on October 3, 2000 in the municipality of Turbo located in Antioquia, Colombia.

796.     Plaintiff Maria Angelina Paramo Carranza is the representative and legal heir of Hernan Alberto Vertel Hernandez.  Decedent Hernan Alberto Vertel Hernandez was killed by the AUC on April 8, 1999 in the municipality of Turbo located in Antioquia, Colombia.

797.    Plaintiff Maria Cemida Cano Cano is the representative and legal heir of Jaime Arturo Otalvaro Sosa.  Decedent Jaime Arturo Otalvaro Sosa was killed by the AUC on June 13, 1997 in the municipality of Turbo located in Antioquia, Colombia.

798.    Plaintiff Maria del Socorro Londono is the representative and legal heir of Hector Duarte Londono.  Decedent Hector Duarte Londono was killed by the AUC on July 9, 1999 in the municipality of Turbo located in Antioquia, Colombia.

799.    Plaintiff Maria Eliud Aguirre de Usuga is the representative and legal heir of Miriam Usuga Aguirre.  Decedent Miriam Usuga Aguirre was killed by the AUC on June 26, 2001 in the municipality of Turbo located in Antioquia, Colombia.

800.    Plaintiff Maria Luisa Medina Moya is the representative and legal heir of Jhonner Córdoba Medina.  Decedent Jhonner Córdoba Medina was killed by the AUC on September 13, 1999 in the municipality of Turbo located in Antioquia, Colombia.

801.    Plaintiffs Maria Octavina Berrio and Raquel Ramirez Palacio Mosquera are the representatives and legal heirs of Franklin Romana Martinez.  Decedent Franklin Romana Martinez was killed by the AUC on January 21, 1997 in the municipality of Turbo located in Antioquia, Colombia.

802.    Plaintiff Maria Rosmira Graciano Graciano is the representative and legal heir of Francisco Luis Graciano.  Decedent Francisco Luis Graciano was killed by the AUC on March 3, 2001 in the municipality of Turbo located in Antioquia, Colombia.

803.    Plaintiff Maria Yolanda Herrera Obando is the representative and legal heir of Jair Esteban Obando Herrera.  Decedent Jair Esteban Obando Herrera was killed by the AUC on May 29, 1997 in the municipality of Turbo located in Antioquia, Colombia.

804.     Plaintiff Mariala Pas Córdoba Valencia is the representative and wife of Alejandro Rodrege Lescano.  Alejandro Rodrege Lescano was forcibly disappeared by the AUC on October 5, 2000 in the municipality of Turbo located in Antioquia, Colombia.

805.     Plaintiff Mariana Rivas Robledo is the representative and legal heir of Jose Francisco Rivas Vergara.  Decedent Jose Francisco Rivas Vergara was killed by the AUC on August 17, 1997 in the municipality of Turbo located in Antioquia, Colombia.

806.     Plaintiff Mariana Rivas Robledo is the representative and sister of Francisco Rivas Robledo.  Francisco Rivas Robledo was forcibly disappeared by the AUC on October 5, 1997 in the municipality of Turbo, located in Antioquia, Colombia.

807.     Plaintiff Marlenis Velasquez is the representative and legal heir of Jhon Gilber Velasquez.  Decedent Jhon Gilber Velasquez was killed by the AUC on January 15, 2002 in the municipality of Turbo located in Antioquia, Colombia.

808.     Plaintiff Marlenis Velasquez is the representative and legal heir of Ruben Dario Velasquez.  Decedent Ruben Dario Velasquez was killed by the AUC on January 17, 1999 in the municipality of Turbo located in Antioquia, Colombia.

809.     Plaintiff Nancy Estella Estrada Veloza is the representative and legal heir of Jorge Ivon Arenas Pareja.  Decedent Jorge Ivon Arenas Pareja was killed by the AUC on July 18, 2000 in the municipality of Turbo located in Antioquia, Colombia.

810.     Plaintiff Nancy Ramos Córdoba is the representative and legal heir of Leandro Amador Ramos.  Decedent Leandro Amador Ramos was killed by the AUC on August 14, 1997 in the municipality of Turbo located in Antioquia, Colombia.

811.     Plaintiff Natalia Andrea Zuniga Lopez is the representative and legal heir of Manuel Fernando Zapata Hernandez.  Decedent Manuel Fernando Zapata Hernandez was killed by the AUC on May 31, 2003 in the municipality of Turbo located in Antioquia, Colombia.

812.     Plaintiff Nelbo Ester Berrio Castano is the representative and legal heir of Alonso de Jesus Londono Escobar.  Decedent Alonso de Jesus Londono Escobar was killed by the AUC on December 26, 1997 in the municipality of Turbo located in Antioquia, Colombia.

813.     Plaintiff Nelida Pereira Paez is the representative and legal heir of Jose Dolores Pereira Gonzalez.  Decedent Jose Dolores Pereira Gonzalez was killed by the AUC on April 10, 1997 in the municipality of Turbo located in Antioquia, Colombia.

814.     Plaintiff Netys Marina Tapia Ramirez is the representative and legal heir of German Romana Tapias.  Decedent German Romana Tapias was killed by the AUC on August 29, 2001 in the municipality of Turbo located in Antioquia, Colombia.

815.     Plaintiff Nicanor Mena Escudero is the representative and legal heir of Jhon Jairo Mena Palacio.  Decedent Jhon Jairo Mena Palacio was killed by the AUC on August 18, 1997 in the municipality of Turbo located in Antioquia, Colombia.

816.     Plaintiff Nubia Gutieres Quejada is the representative and legal heir of Jhovanis Monte Rosa Gutieres.  Decedent Jhovanis Monte Rosa Gutieres was killed by the AUC on March 31, 2000 in the municipality of Turbo, located in Antioquia, Colombia.

817.     Plaintiff Nubia Shirley Vasquez Toro is the representative and sister of Jhon Alberto Vasquez Toro.  Jhon Alberto Vasquez Toro was forcibly disappeared by the AUC on January 5, 1998 in the municipality of Turbo located in Antioquia, Colombia.

818.    Plaintiff Nury Lucia Marzola Saez is the representative and legal heir of Miguel Mariano Lopez Ofero.  Decedent Miguel Mariano Lopez Ofero was killed by the AUC on March 16, 1997 in the municipality of Turbo located in Antioquia, Colombia.

819.    Plaintiff Octavio Antonio Rueda Gomes is the representative and legal heir of Vian de Jesus Rueda Herrera.  Decedent Vian de Jesus Rueda Herrera was killed by the AUC on May 28, 1997 in the municipality of Turbo located in Antioquia, Colombia.

820.    Plaintiff Olga Cecilia Restrepo Ochoa is the representative and sister of Carlos Arturo Restrepo Vancgas.  Carlos Arturo Restrepo Vancgas was forcibly disappeared by the AUC on September 4, 1997 in the municipality of Turbo located in Antioquia, Colombia.

821.    Plaintiff Olivia Córdoba Melendez is the representative and surviving partner of Giliar Torres Ceballos.  Giliar Torres Ceballos was forcibly disappeared by the AUC on June 25, 2000 in the municipality of Turbo located in Antioquia, Colombia.

822.    Plaintiff Petrona Joaquina Guerra is the representative and legal heir of Ricardo Antonio Goez Restrepo.  Decedent Ricardo Antonio Goez Restrepo was killed by the AUC on March 22, 2000 in the municipality of Turbo located in Antioquia, Colombia.

823.    Plaintiff Policarpa Ramos Salgado is the representative and legal heir of Yohoy David Escobar Ramos.  Decedent Yohoy David Escobar Ramos was killed by the AUC on November 15, 2003 in the municipality of Turbo located in Antioquia, Colombia.

824.    Plaintiff Rosa Maria Mosquera Mosquera is the representative and surviving partner of Humberto Garces Zapata.  Humberto Garces Zapata was forcibly disappeared by the AUC on September 20, 2002 in the municipality of Turbo located in Antioquia, Colombia.

825.     Plaintiff Rosalba Gomez de Higuita is the representative and legal heir of Argemiro Higuita Higuita.  Decedent Argemiro Higuita Higuita was killed by the AUC on May 28, 1997 in the municipality of Turbo located in Antioquia, Colombia.

826.     Plaintiff Rosalba Madero Blanco is the representative and legal heir of Jorge Eliecer Lara Gomez.  Decedent Jorge Eliecer Lara Gomez was killed by the AUC on June 6, 2001 in the municipality of Turbo located in Antioquia, Colombia.

827.     Plaintiff Rosalba Perez Moreno is the representative and mother of Gerardo Nobles Perez.  Gerardo Nobles Perez was forcibly disappeared by the AUC on April 5, 2002 in the municipality of Turbo located in Antioquia, Colombia.

828.     Plaintiff Rosalba Viba Menas is the representative and wife of Juan Cebevo Martinez Mena.  Juan Cebevo Martinez Mena was forcibly disappeared by the AUC on January 5, 2000 in the municipality of Turbo located in Antioquia, Colombia.

829.     Plaintiff Rosario Berrio de Trespalacio is the representative and legal heir of Edwin Jose Renteria Berrio.  Decedent Edwin Jose Renteria Berrio was killed by the AUC on July 24, 2002 in the municipality of Turbo located in Antioquia, Colombia.

830.     Plaintiff Ruth Omaira Mosquera Córdoba is the representative and legal heir of Jose Gabriel Chima Tabor.  Decedent Jose Gabriel Chima Tabor was killed by the AUC on February 25, 1997 in the municipality of Turbo located in Antioquia, Colombia.

831.     Plaintiff Sandra Patricia Figueroa Ladeus is the representative and surviving spouse of Pedro Julio Estrada Carrascal.  Pedro Julio Estrada Carrascal was forcibly disappeared by the AUC on November 1, 1997 in the municipality of Turbo located in Antioquia, Colombia.

832.     Plaintiff Sandra Patricia Grajales Upegui is the representative and sister of Jailer de Jesus Grajales.  Jailer de Jesus Grajales was forcibly disappeared by the AUC on June 27, 2003 in the municipality of Turbo located in Antioquia, Colombia.

833.     Plaintiff Sandra Patricia Moreno Hernandez is the representative and legal heir of Pedro Alfonso Lozano Mosquera.  Decedent Pedro Alfonso Lozano Mosquera was killed by the AUC on August 28, 1998 in the municipality of Turbo located in Antioquia, Colombia.

834.     Plaintiff Saridy Rojas Ordonez is the representative and legal heir of Jose Rojas Munoz.  Decedent Jose Rojas Munoz was killed by the AUC on March 2, 2001 in the municipality of Turbo located in Antioquia, Colombia.

835.     Plaintiff Segundo Rubides is the representative and brother of Misael Rubides. Misael Rubides was forcibly disappeared by the AUC in 1998 in the municipality of Turbo located in Antioquia, Colombia.

836.     Plaintiff Sergia Camacho Castro is the representative and mother of Luis Alberto Santana Camacho.  Luis Alberto Santana Camacho was forcibly disappeared by the AUC on December 24, 2000 in the municipality of Turbo located in Antioquia, Colombia.

837.     Plaintiff Susana Maria Julio Sucerquia is the representative and legal heir of Juan Bernardo Chaverra Julio.  Decedent Juan Bernardo Chaverra Julio was killed by the AUC on December 9, 1999 in the municipality of Turbo located in Antioquia, Colombia.

838.     Plaintiff Teresa Trillo Navarro is the representative and mother of Jhon Jairo Murillo Trillo.  Jhon Jairo Murillo Trillo was forcibly disappeared by the AUC on May 5, 1999 in the municipality of Turbo located in Antioquia, Colombia.

839.    Plaintiff Virgelina Perez Argumedo is the representative and legal heir of Miguel Domico Domico.  Decedent Miguel Domico Domico was killed by the AUC on February 17, 1999 in the municipality of Turbo located in Antioquia, Colombia.

840.    Plaintiff Virginia Valencia Baldrich is the representative and surviving partner of Jesus Augusto Lozano Mosquera.  Jesus Augusto Lozano Mosquera was forcibly disappeared by the AUC on August 7, 1998 in the municipality of Turbo located in Antioquia, Colombia.

841.    Plaintiff Yasmin Ines Rodriquez is the representative and legal heir of William Ramos Petro.  Decedent William Ramos Petro was killed by the AUC on October 17, 1999 in the municipality of Turbo located in Antioquia, Colombia.

842.    Plaintiff Yasney Tovar Julio is the representative and sister of Luis Felipe Tovar Julio.  Luis Felipe Tovar Julio was forcibly disappeared by the AUC on August 16, 1998 in the municipality of Turbo located in Antioquia, Colombia.

843.    Plaintiff Yudis Ester Madrid Suarez is the representative and sister of Arnides Madrid Suarez.  Arnides Madrid Suarez was forcibly disappeared by the AUC on July 6, 2002 in the municipality of Turbo located in Antioquia, Colombia.

844.    Plaintiff Maria del Rosario David Guzman is the representative and legal heir of Alexander Manco David.  Decedent Alexander Manco David was killed by the AUC on September 7, 1997 in the municipality of Uramita located in Antioquia, Colombia.

845.    Plaintiff Ana Eva Garcia Giraldo is the representative and legal heir of Aladeider de Jesus Leal Garcia.  Decedent Aladeider de Jesus Leal Garcia was killed by the AUC on April 11, 2004 in the municipality of Valdivia located in Antioquia, Colombia.

142

846.     Plaintiff Jorge Eliecer Palacios Hurtado is the representative and brother of Benjamin Palacios Hurtado.  Benjamin Palacios Hurtado was forcibly disappeared by the AUC on September 15, 1997 in the municipality of Vigía del Fuerte located in Antioquia, Colombia.

847.     Plaintiff Jose Lubin Córdoba Cuesta is the representative and father of Wilder Alberto Córdoba Martinez.  Wilder Alberto Córdoba Martinez was forcibly disappeared by the AUC on August 17, 1999 in the municipality of Vigía del Fuerte located in Antioquia, Colombia.

848.     Plaintiff Jovita Perea Guardia is the representative and legal heir of Eduardo Palomeque Perea.  Decedent Eduardo Palomeque Perea was killed by the AUC on March 25, 2000 in the municipality of Vigía del Fuerte located in Antioquia, Colombia.

849.     Plaintiff Gloria Emilse Castaño Maya is the representative and legal heir of Jose Lito Chigama Guasirucama.  Decedent Jose Lito Chigama Guasirucama was killed by the AUC on June 15, 1998 in the municipality of Zaragoza located in Antioquia, Colombia.

850.     Plaintiff Yulieth Paola Cogollo Rodriguez is the representative and legal heir of Ronald David Rodriguez.  Decedent Ronald David Rodriguez was killed by the AUC on June 24, 2002 in the municipality of Arauca located in Arauca, Colombia.

851.     Plaintiff Maria Cecilia Martinez is the representative and mother of Belmar Dishey Cuadros.  Belmar Dishey Cuadros was forcibly disappeared by the AUC on January 27, 2003 in the municipality of Tame located in Arauca, Colombia.

852.     Plaintiff Nidia Maturana Garcia is the representative and mother of Rafael Torez Maturana.  Rafael Torez Maturana was forcibly disappeared by the AUC on June 8, 2003 in the municipality of Barranquilla located in Atlántico, Colombia.

143

853.    Plaintiffs Andrea Santoya Hernandez and Katia Maria Causil Nieto are the representatives and legal heirs of Herlin Cuadrado Santoya.  Decedent Herlin Cuadrado Santoya was killed by the AUC on January 25, 2002 in the municipality of Cartagena located in Bolívar, Colombia.

854.    Plaintiff Ystar Prado Asprilla is the representative and legal heir of Kimar Moreno Prado.  Decedent Kimar Moreno Prado was killed by the AUC on August 11, 2002 in the municipality of Cartagena located in Bolívar, Colombia.

855.    Plaintiff Josefa Primera Polo is the representative and legal heir of Carlos Montero Primera.  Decedent Carlos Montero Primera was killed by the AUC on January 16, 2000 in the municipality of Turbaco located in Bolívar, Colombia.

856.    Plaintiff Marta Cecilia Castrillon Lopera is the representative and legal heir of Johan James Calles Castrillon.  Decedent Johan James Calles Castrillon was killed by the AUC on December 10, 1998 in the municipality of Puerto Boyacá located in Boyaca, Colombia.

857.    Plaintiff Flor Nohelia Pena Durango is the representative and legal heir of Elias Arango.  Decedent Elias Arango was killed by the AUC on July 27, 2002 in the municipality of Manzanares located in Caldas, Colombia.

858.    Plaintiff Ana Ligia Ocampo Montes is the representative and legal heir of Elkin Fabian Baldriche Ocampo.  Decedent Elkin Fabian Baldriche Ocampo was killed by the AUC on April 25, 2001 in the municipality of San Pedro located in Valle del Cauca, Colombia.

859.    Plaintiff Isabel Barragan Cortez is the representative and mother of Juan Jose Morelo.  Juan Jose Morelo was forcibly disappeared by the AUC on October 10, 2003 in the municipality of Florencia located in Caquetá, Colombia.

144

860.    Plaintiff Celmiro Córdoba Gamboa is the representative and brother of Felipe Córdoba Gamboa.  Felipe Córdoba Gamboa was forcibly disappeared by the AUC on March 16, 1997 in the municipality of La Montañita located in Caquetá, Colombia.

861.    Plaintiff Maria Fernedys Guisao Villa is the representative and legal heir of Jairo Jair Arciria Guisao.  Decedent Jairo Jair Arciria Guisao was killed by the AUC on February 17, 2000 in the municipality of Valparaíso located in Caquetá, Colombia.

862.    Plaintiff Diosdada Rivas Moreno is the representative and legal heir of Fredy Edilson Quinto Rivas.  Decedent Fredy Edilson Quinto Rivas was killed by the AUC on July 13, 2001 in the municipality of Puerto Tejada located in Cauca, Colombia.

863.    Plaintiff Maria de Jesus Moreno Martinez is the representative and mother of Benjamin Mena Molina.  Benjamin Mena Molina was forcibly disappeared by the AUC on October 27, 1997 in the municipality of Acandí located in Chocó, Colombia.

864.    Plaintiff Matilda Serrano Garcia is the representative and legal heir of Manuel del Cristo Mejio Bloquize.  Decedent Manuel del Cristo Mejio Bloquize was killed by the AUC on April 11, 2000 in the municipality of Acandí located in Chocó, Colombia.

865.    Plaintiff Rosa Maria Córdoba Manco is the representative and legal heir of Ricardo Munoz Córdoba.  Decedent Ricardo Munoz Córdoba was killed by the AUC on December 7, 2002 in the municipality of Acandí located in Chocó, Colombia.

866.    Plaintiff Siris Pretel Durango is the representative and surviving partner of Jesus Emilio Vasquez Meza.  Jesus Emilio Vasquez Meza was forcibly disappeared by the AUC on May 12, 1997 in the municipality of Acandí located in Chocó, Colombia.

867.    Plaintiff Gerardo Medrano Sanchez is the representative and brother of Nazar Jose Medrano Sanchez.  Nazar Jose Medrano Sanchez was forcibly disappeared by the AUC on February 7, 1998 in the municipality of Caño Claro located in Chocó, Colombia.

868.    Plaintiff Luz Mary Gamboa Cuesta is the representative and legal heir of Johan Alberto Ruiz.  Decedent Johan Alberto Ruiz was killed by the AUC on November 13, 1997 in the municipality of Quibdó located in Chocó, Colombia.

869.    Plaintiff Neyis Caicedo de Garces is the representative and legal heir of Felipe Garces Caicedo.  Decedent Felipe Garces Caicedo was killed by the AUC on May 18, 1997 in the municipality of Quibdó located in Chocó, Colombia.

870.    Plaintiff Amparo Ocano Mogollon is the representative and legal heir of Jhonnys Jose Ocano Mogollon.  Decedent Jhonnys Jose Ocano Mogollon was killed by the AUC on April 24, 2000 in the municipality of Riosucio located in Chocó, Colombia.

871.    Plaintiff Arcadia Maria Romana Romana is the representative and daughter of Julio Armando Romana Salcedo.  Julio Armando Romana Salcedo was forcibly disappeared by the AUC on April 8, 1999 in the municipality of Riosucio located in Chocó, Colombia.

872.    Plaintiff Concepcion Lemos Moreno is the representative and legal heir of Miguel Lemos Moreno.  Decedent Miguel Lemos Moreno was killed by the AUC on December 12, 1998 in the municipality of Riosucio located in Chocó, Colombia.

873.    Plaintiff Dina Luz Perez Polo is the representative and legal heir of Medardo Lopez Cana.  Decedent Medardo Lopez Cana was killed by the AUC on April 14, 1997 in the municipality of Riosucio located in Chocó, Colombia.

874.    Plaintiffs Diocelina del Carmen Jeney Vergara and Ninfa Torres Vera are the representatives and legal heirs of Juan Alberto Martinez Jeney.  Decedent Juan Alberto Martinez Jeney was killed by the AUC on January 20, 2004 in the municipality of Riosucio located in Chocó, Colombia.

875.    Plaintiff Eder Luis Perez Rojas is the representative and legal heir of Ricardo Perez.  Decedent Ricardo Perez was killed by the AUC on January 10, 1997 in the municipality of Riosucio located in Chocó, Colombia.

876.    Plaintiffs Elena Contreras Tordecilla and Herminio Arriaga Serna are the representatives and legal heirs of Fredy Arriaga Contreras.  Decedent Fredy Arriaga Contreras was killed by the AUC on April 23, 2003 in the municipality of Riosucio located in Chocó, Colombia.

877.    Plaintiff Elizabeth Calderon Galvis is the representative and surviving partner of Jose Manuel Villalobo Mestra.  Jose Manuel Villalobo Mestra was forcibly disappeared by the AUC on May 10, 1999 in the municipality of Riosucio located in Chocó, Colombia.

878.    Plaintiff Fanny Moya Rivas is the representative and legal heir of Jair Mena Moya.  Decedent Jair Mena Moya was killed by the AUC on April 10, 2003 in the municipality of Riosucio located in Chocó, Colombia.

879.    Plaintiff Juana Robledo Rivas is the representative and legal heir of Clarido Caicedo Chala.  Decedent Clarido Caicedo Chala was killed by the AUC on May 8, 2002 in the municipality of Riosucio located in Chocó, Colombia.

880.    Plaintiffs Liboria Renteria Córdoba and Ana Teresa Cordoba Correa are the representatives and legal heirs of Gilberto Mosquera Martinez.  Decedent Gilberto Mosquera

Martinez was killed by the AUC on July 8, 2002 in the municipality of Riosucio located in Chocó, Colombia.

881.    Plaintiff Lina Patricia Perez Quinto is the representative and legal heir of Alejandro Perez Argumedo.  Decedent Alejandro Perez Argumedo was killed by the AUC on May 23, 1997 in the municipality of Riosucio located in Chocó, Colombia.

882.    Plaintiff Luis Fernando Córdoba Palacios is the representative and legal heir of Cerafin Córdoba Palacios.  Decedent Cerafin Córdoba Palacios was killed by the AUC on October 12, 1997 in the municipality of Riosucio located in Chocó, Colombia.

883.    Plaintiff Marleny Giraldo Garcia is the representative and legal heir of Omelder Amaya Giraldo.  Decedent Omelder Amaya Giraldo was killed by the AUC on February 24, 2002 in the municipality of Riosucio located in Chocó, Colombia.

884.    Plaintiff Nur Rosa Corcho Anaya is the representative and wife of Guillermo Avila.  Guillermo Avila was forcibly disappeared by the AUC on September 13, 1997 in the municipality of Riosucio located in Chocó, Colombia.

885.    Plaintiff Ofelia Palacio Cossio is the representative and legal heir of Luz Marina Palacios Cassio.  Decedent Luz Marina Palacios Cassio was killed by the AUC on February 24, 1997 in the municipality of Riosucio located in Chocó, Colombia.

886.    Plaintiff Ramon Gonzalo Renteria Palacios is the representative and legal heir of Alexis Renteria Córdoba.  Decedent Alexis Renteria Córdoba was killed by the AUC on March 2, 1997 in the municipality of Riosucio located in Chocó, Colombia.

887.     Plaintiff Roberto Enrique Barrios Reyes is the representative and legal heir of Miriam Rosa Barrios Contreras.  Decedent Miriam Rosa Barrios Contreras was killed by the AUC on January 14, 1997 in the municipality of Riosucio located in Chocó, Colombia.

888.     Plaintiff Rosa Elerny Salas Cuesta is the representative and niece of Ricardo Escobar.  Decedent Ricardo Escobar was attacked and severely injured by the AUC on July 18, 1997 in the municipality of Riosucio located in Chocó, Colombia.

889.     Plaintiff Rosa Elerny Salas Cuesta is the representative and sister of Manuel Herminio Salas.  Decedent Manuel Herminio Salas was attacked and severely injured by the AUC on January 12, 1997 in the municipality of Riosucio located in Chocó, Colombia.

890.     Plaintiff Rosa Elerny Salas Cuesta was attacked and severely injured by the AUC on January 12, 1997 in the municipality of Riosucio located in Chocó, Colombia.

891.     Plaintiff Sureya Valoyes Caicedo is the representative and mother of Halmiton Nieto Valoyes.  Halmiton Nieto Valoyes was forcibly disappeared by the AUC on October 7, 2001 in the municipality of Riosucio located in Chocó, Colombia.

892.     Plaintiff Tomasa Manyoma Córdoba is the representative and legal heir of Roberto Mena Córdoba.  Decedent Roberto Mena Córdoba was killed by the AUC on August 23, 1997 in the municipality of Riosucio located in Chocó, Colombia.

893.     Plaintiff Visitacion Roa Ramirez is the representative and mother of Rosendo Manuel Mena Roa.  Rosendo Manuel Mena Roa was forcibly disappeared by the AUC on May 18, 1997 in the municipality of Riosucio located in Chocó, Colombia.

894.    Plaintiff Yenny Zapata Navarro is the representative and legal heir of Rafael Robira Zapata.  Decedent Rafael Robira Zapata was killed by the AUC on June 18, 2001 in the municipality of Riosucio located in Chocó, Colombia.

895.    Plaintiff Nurma Moreno Torres is the representative and mother of Keyla Romana Moreno.  Keyla Romana Moreno was forcibly disappeared by the AUC on February 11, 1997 in the municipality of Tumaradó located in Chocó, Colombia.

896.    Plaintiff Diana Ester Valoyes Salas is the representative and legal heir of Simon Valoyes Lobon.  Decedent Simon Valoyes Lobon was killed by the AUC on February 9, 1997 in the municipality of Unguía located in Chocó, Colombia.

897.    Plaintiff Eleida Diaz Silgado is the representative and legal heir of Jose Luis Molina Blanco.  Decedent Jose Luis Molina Blanco was killed by the AUC on November 18, 2000 in the municipality of Unguía located in Chocó, Colombia.

898.    Plaintiff Elida Beleno de Garcia is the representative and legal heir of Lorenzo Garcia Beleno.  Decedent Lorenzo Garcia Beleno was killed by the AUC on April 8, 1998 in the municipality of Unguía located in Chocó, Colombia.

899.    Plaintiff Salvadora Vargas Cordero is the representative and legal heir of Orfa de Jesus Gonzales Vargas.  Decedent Orfa de Jesus Gonzales Vargas was killed by the AUC on March 3, 1997 in the municipality of Chimá located in Córdoba, Colombia.

900.    Plaintiff Adela Sofia Suarez Montiel is the representative and legal heir of Manuel Enrique Aparicio Suarez.  Decedent Manuel Enrique Aparicio Suarez was killed by the AUC on April 22, 2001 in the municipality of Montería located in Córdoba, Colombia.

901.    Plaintiff Jairo de Jesus Alvarez Padilla is the representative and legal heir of Jairo Alvarez Cardoso.  Decedent Jairo Alvarez Cardoso was killed by the AUC on February 4, 1999 in the municipality of Montería located in Córdoba, Colombia.

902.    Plaintiff Anatilde Carvajal de Martinez is the representative and legal heir of Eliecer Martinez Carvajal.  Decedent Eliecer Martinez Carvajal was killed by the AUC on April 29, 1999 in the municipality of Santa Cruz de Lorica located in Córdoba, Colombia.

903.    Plaintiff Rosa Angelica Duarte is the representative and legal heir of Pedro Luis Cifuentes.  Decedent Pedro Luis Cifuentes was killed by the AUC on November 2, 1999 in the municipality of Tierralta located in Córdoba, Colombia.

904.    Plaintiff Paula Andrea Montoya Blandon is the representative and surviving partner of Luis Alberto Rodriguez Parra.  Luis Alberto Rodriguez Parra was forcibly disappeared by the AUC on June 6, 2002 in the municipality of Maicao located in La Guajira, Colombia.

905.    Plaintiff Sol Maria Basil Bedoya is the representative and legal heir of Darsico Antonio Benitez Padilla.  Decedent Darsico Antonio Benitez Padilla was killed by the AUC on August 24, 2002 in the municipality of Riohacha located in La Guajira, Colombia.

906.    Plaintiff Glen Gonzalez Torres is the representative and legal heir of Karool Eliana Martinez Gonzalez.  Decedent Karool Eliana Martinez Gonzalez was killed by the AUC on December 4, 2000 in the municipality of Ariguaní located in Magdalena, Colombia.

907.    Plaintiff Shirley Johana Pena Penagos is the representative and legal heir of Nury de Jesus Penagos.  Decedent Nury de Jesus Penagos was killed by the AUC on April 2, 2002 in the municipality of Ciénaga located in Magdalena, Colombia.

908.     Plaintiff Shirley Johana Pena Penagos is the representative and legal heir of Jesus Antonio Pena.  Decedent Jesus Antonio Pena was killed by the AUC on April 2, 2002 in the municipality of Ciénaga located in Magdalena, Colombia.

909.     Plaintiff Elvira Maria Berrio Gomez is the representative and legal heir of Omar Antonio Fernandez Berrio.  Decedent Omar Antonio Fernandez Berrio was killed by the AUC on September 5, 1998 in the municipality of Santa Marta located in Magdalena, Colombia.

910.     Plaintiff Luz Elena Perez Bedoya is the representative and legal heir of Jhon Alexander Patino Perez.  Decedent Jhon Alexander Patino Perez was killed by the AUC on December 12, 2002 in the municipality of Fuente de Oro located in Meta, Colombia.

911.     Plaintiff Deyanira del Carmen Perez is the representative and legal heir of Leonardo Fabio Arteaga.  Decedent Leonardo Fabio Arteaga was killed by the AUC on December 10, 2003 in the department of Meta, Colombia.

912.     Plaintiff Georgina Maria Diaz Calle is the representative and legal heir of Nefer Rafael Hoyos Zabaleta.  Decedent Nefer Rafael Hoyos Zabaleta was killed by the AUC on October 11, 2003 in the municipality of Barbacoas located in Nariño, Colombia.

913.     Plaintiff Carmen Tulia Córdoba Cuesta is the representative and legal heir of Israel Córdoba Cuesta.  Decedent Israel Córdoba Cuesta was killed by the AUC on May 11, 1997 in the municipality of Puerto Asís located in Putumayo, Colombia.

914.     Plaintiff Sandra Milena Garces Priolo is the representative and legal heir of Orlando Rojas Saya.  Decedent Orlando Rojas Saya was killed by the AUC on April 20, 1999 in the municipality of Puerto Asís located in Putumayo, Colombia.

915.     Plaintiff Luz Marina Montoya Carvajal is the representative and legal heir of Jhon Faber Ramirez Montoya.  Decedent Jhon Faber Ramirez Montoya was killed by the AUC on August 14, 2000 in the municipality of San Miguel located in Putumayo, Colombia.

916.     Plaintiff Blanca Miryam Sierra Hernandez is the representative and legal heir of Flabio Morales Canas.  Decedent Flabio Morales Canas was killed by the AUC on January 25, 2001 in the municipality of La Virginia located in Risaralda, Colombia.

917.     Plaintiff Juan Carmilo Posada Lopez is the representative and legal heir of Luis Eduardo Posada Quintero.  Decedent Luis Eduardo Posada Quintero was killed by the AUC on October 22, 1999 in the municipality of La Virginia located in Risaralda, Colombia.

918.     Plaintiff Julia Rosa Urrego is the representative and legal heir of Jaime de Jesus Rodriguez Cardona.  Decedent Jaime de Jesus Rodriguez Cardona was killed by the AUC on February 27, 2000 in the municipality of Mistrato located in Risaralda, Colombia.

919.     Plaintiff Maria Margarita Calle de Villa is the representative and legal heir of Jesus Heli Villa Calle.  Decedent Jesus Heli Villa Calle was killed by the AUC on January 21, 2002 in the municipality of Santa Rosa de Cabal located in Risaralda, Colombia.

920.     Plaintiff Bercelia Rosa Martinez Zabala is the representative and grandmother of Uberney Sibaja Martinez.  Uberney Sibaja Martinez was forcibly disappeared by the AUC on August 15, 1993 in the municipality of Tibú located in Santander, Colombia.

921.     Plaintiff Arinda del Socorro Montes Tuiran is the representative and mother of Henry Alvarez Montes.  Henry Alvarez Montes was forcibly disappeared by the AUC in January 2002 in the municipality of Sincelejo located in Sucre, Colombia.

922.     Plaintiff Maria Hersilia Carmona   is the representative and legal heir of Eduar Antonio Moreno Carmona.  Decedent Eduar Antonio Moreno Carmona was killed by the AUC on July 21, 2001 in the municipality of San Luis located in Tolima, Colombia.

923.     Plaintiff Maria Catalina Mosquera Mosquera is the representative and legal heir of Lucindo Ibarguen Moreno.  Decedent Lucindo Ibarguen Moreno was killed by the AUC on June 10, 1997 in the municipality of Cali located in Valle del Cauca, Colombia.

924.     Plaintiff Carlos Enrique Munoz Echavarria is the representative and legal heir of Rafael Antonio Munoz.  Decedent Rafael Antonio Munoz was killed by the AUC on January 28, 1999 in Isla Margarita located in Valle del Cauca, Colombia.

925.     Plaintiff Jhon Jairo Anayas is the representative and legal heir of Joaquin Ortega Anaya.  Decedent Joaquin Ortega Anaya was killed by the AUC on June 21, 2001 in the municipality of Ginebra located in Valle del Cauca, Colombia.

926.     Plaintiff Luz Dary Usuga Celada is the representative and surviving partner of Honorario de Jesus Hidalco.  Honorario de Jesus Hidalco was forcibly disappeared by the AUC in 1998 in an unknown location in Colombia.

927.     Plaintiff Marcelino Pajaro Tordecilla is the representative and brother of Dianor Pajaro Fuentes.  Dianor Pajaro Fuentes was forcibly disappeared by the AUC in 1997 in an unknown location in Colombia.

928.     Plaintiff Mirian Renteria Asprilla is the representative and wife of Alfredo Dias Padilla.  Alfredo Dias Padilla was forcibly disappeared by the AUC in 1999 in an unknown location in Colombia.

929.    Plaintiff Nancy del Carmen Oquendo Mazo is the representative and legal heir of Saul Humberto Mazo Posada.  Decedent Saul Humberto Mazo Posada was killed by the AUC on April 5, 1997 in an unknown location in Colombia.

930.    Plaintiff Secilia Palacio Mosquera is the representative and sister of Wilson Palacio Mosquera.  Wilson Palacio Mosquera was forcibly disappeared by the AUC on November 3, 1999 in an unknown location in Colombia.

931.    Plaintiff Eida Maria Asprilla Ibarguen is the representative and legal heir of Robinson Augusto Moreno Asprilla.  Decedent Robinson Augusto Moreno Asprilla was killed by the AUC on May 9, 1997 in the municipality of Apartado located in Antioquia, Colombia.

932.    Plaintiff Rubicelly Piedrahita Gonzalez is the representative and legal heir of Luis Gonzalo Gonzalez.  Decedent Luis Gonzalo Gonzalez was killed by the AUC on March 19, 1998 in the municipality of Apartado located in Antioquia, Colombia.

933.    Plaintiff Maria Oliva Vallejo is the representative and mother of Fabian Mejia Vallejo.  Fabian Mejia Vallejo was forcibly disappeared by the AUC on July 15, 1999 in the municipality of Apartado located in Antioquia, Colombia.

934.    Plaintiff Orfelia Nelly Quintero Restrepo is the representative and legal heir of Giovanny Serna Quintero.  Decedent Giovanny Serna Quintero was killed by the AUC on February 18, 2001 in the municipality of Apartado located in Antioquia, Colombia.

935.    Plaintiff Carmen Gloria Paz Mosquera is the representative and mother of Jose Manuel Palacios.  Jose Manuel Palacios was forcibly disappeared by the AUC on April 12, 2000 in the municipality of Apartado located in Antioquia, Colombia.

936.     Plaintiff Orfelia Nelly Quintero Restrepo is the representative and legal heir of Sergio Cardona Quintero.  Decedent Sergio Cardona Quintero was killed by the AUC on March 9, 1997 in the municipality of Apartado located in Antioquia, Colombia.

937.     Plaintiff Eusebia Sepulveda Sepulveda is the representative and legal heir of Blanca Nor Sepulveda.  Decedent Blanca Nor Sepulveda was killed by the AUC on December 22, 2000 in the municipality of Apartado located in Antioquia, Colombia.

938.     Plaintiff Maria Berenice Monsalva Lopez is the representative and legal heir of Hector Fabio Perez Sanchez.  Decedent Hector Fabio Perez Sanchez was killed by the AUC on June 22, 2001 in the municipality of Apartado located in Antioquia, Colombia.

939.     Plaintiff Alba Jeany Yepes Morales is the representative and legal heir of Santo Teodoro Moreno Amariles.  Decedent Santo Teodoro Moreno Amariles was killed by the AUC on February 3, 1997 in the municipality of Apartado located in Antioquia, Colombia.

940.     Plaintiff Angel Dario Canas Builes is the representative and legal heir of Fidel Canas Builes.  Decedent Fidel Canas Builes was killed by the AUC on July 17, 1997 in the municipality of Apartado located in Antioquia, Colombia.

941.     Plaintiff Marcelina Valencia Martinez is the representative and partner of Raul Antonio Mena Cordoba.  Raul Antonio Mena Cordoba was forcibly disappeared by the AUC on April 30, 1997 in the municipality of Apartado located in Antioquia, Colombia.

942.     Plaintiff Gloria Gladys Villa Restrepo is the representative and legal heir of Raul Antonio Piedrahita Villa.  Decedent Raul Antonio Piedrahita Villa was killed by the AUC on January 23, 1997 in the municipality of Apartado located in Antioquia, Colombia.

943.     Plaintiff Sonia Irene Palacio Renteria is the representative and legal heir of Jose Lucio Quejada Palacio.  Decedent Jose Lucio Quejada Palacio was killed by the AUC on February 2, 2001 in the municipality of Apartado located in Antioquia, Colombia.

944.     Plaintiff Julio Cesar Alvarez Valencia is the representative and legal heir of Jose Esmeraldo Alvarez Valencia.  Decedent Jose Esmeraldo Alvarez Valencia was killed by the AUC on March 23, 2000 in the municipality of Apartado located in Antioquia, Colombia.

945.     Plaintiff Amelia Rosa Reyes Vertel is the representative and sister of Cesar Guillermo Reyes Bertel.  Cesar Guillermo Reyes Bertel was forcibly disappeared by the AUC on November 12, 2003 in the municipality of Apartado located in Antioquia, Colombia.

946.     Plaintiff Dora Alba Perez de Maso is the representative and legal heir of Jose Joaquin Perez Giraldo.  Decedent Jose Joaquin Perez Giraldo was killed by the AUC on July 20, 1998 in the municipality of Apartado located in Antioquia, Colombia.

947.     Plaintiff Aristarco Palacios Hinestroza is the representative and legal heir of Henry Palacios Larcacha.  Decedent Henry Palacios Larcacha was killed by the AUC on November 14, 1998 in the municipality of Apartado located in Antioquia, Colombia.

948.     Plaintiff Bernardo Adan Alzate Villa is the representative and legal heir of Nelson Enrique Alzate Villa.  Decedent Nelson Enrique Alzate Villa was killed by the AUC on March 22, 1997 in the municipality of Apartado located in Antioquia, Colombia.

949.     Plaintiff Samuel Rodriguez Hernandez is the representative and legal heir of Nelvis Diaz Mosquera.  Decedent Nelvis Diaz Mosquera was killed by the AUC on August 17, 2001 in the municipality of Apartado located in Antioquia, Colombia.

950.     Plaintiff Juley Karina Riascos Moreno is the representative and legal heir of Nestor Riascos.  Decedent Nestor Riascos was killed by the AUC on February 6, 1997 in the municipality of Apartado located in Antioquia, Colombia.

951.     Plaintiff Luz Estela Upegui de Perez is the representative and legal heir of Victor Dario Perez Upegui.  Decedent Victor Dario Perez Upegui was killed by the AUC on February 27, 1997 in the municipality of Apartado located in Antioquia, Colombia.

952.     Plaintiff Elida del Carmen Lopez Cuello is the representative and legal heir of Carlos Arturo Mora Cuello.  Decedent Carlos Arturo Mora Cuello was killed by the AUC on June 1, 2000 in the municipality of Apartado located in Antioquia, Colombia.

953.     Plaintiff Mercedes Sanmartin Berrio is the representative and legal heir of Andres Antonio Suarez Vargas.  Decedent Andres Antonio Suarez Vargas was killed by the AUC on August 26, 1997 in the municipality of Apartado located in Antioquia, Colombia.

954.     Plaintiff Gloria Amparo Durango Giraldo is the representative and sister of Oscar Oimedo Giraldo Martinez.  Oscar Oimedo Giraldo Martinez was forcibly disappeared by the AUC on February 14, 1997 in the municipality of Apartado located in Antioquia, Colombia.

955.     Plaintiff Mabel Leticia Carmona Laverde is the representative and legal heir of Mario Valencia Castano.  Decedent Mario Valencia Castano was killed by the AUC on July 8, 2001 in the municipality of Apartado located in Antioquia, Colombia.

956.     Plaintiff Francisca Cuesta Espinosa is the representative and legal heir of Gustavo de Jesus Diaz Monzon.  Decedent Gustavo de Jesus Diaz Monzon was killed by the AUC on August 2, 1999 in the municipality of Apartado located in Antioquia, Colombia.

957.     Plaintiff Luz Aleida Correa Restrepo is the representative and legal heir of Juan Gabriel Alvarez Correa.  Decedent Juan Gabriel Alvarez Correa was killed by the AUC on September 15, 1997 in the municipality of Apartado located in Antioquia, Colombia.

958.     Plaintiff Rosely Maria Perez Garcia is the representative and mother of John Fredy Jimenez Perez.  John Fredy Jimenez Perez was forcibly disappeared by the AUC on February 3, 2004 in the municipality of Apartado located in Antioquia, Colombia.

959.     Plaintiff Fabiola de Jesus Trujillo Giraldo is the representative and mother of John Fredy Patino Trujillo.  John Fredy Patino Trujillo was forcibly disappeared by the AUC on July 24, 1998 in the municipality of Apartado located in Antioquia, Colombia.

960.     Plaintiff Juana Paula Mosquera Ramirez is the representative and legal heir of Luis Mosquera.  Decedent Luis Mosquera was killed by the AUC on August 18, 1997 in the municipality of Apartado located in Antioquia, Colombia.

961.     Plaintiff Maria Carlina Arenas is the representative and legal heir of Gildardo de Jesus Restrepo.  Decedent Gildardo de Jesus Restrepo was killed by the AUC on January 13, 1997 in the municipality of Apartado located in Antioquia, Colombia.

962.     Plaintiff Sandra Bibiana Yagari Mora is the representative and legal heir of Jaime Yagari Bedoya.  Decedent Jaime Yagari Bedoya was killed by the AUC on August 19, 1997 in the municipality of Apartado located in Antioquia, Colombia.

963.     Plaintiff Yuliana Monsalve Loaiza is the representative and legal heir of William de Jesus Quintana Calles.  Decedent William de Jesus Quintana Calles was killed by the AUC on April 20, 1997 in the municipality of Apartado located in Antioquia, Colombia.

964.     Plaintiff Juana Leonor Padilla Valoyes is the representative and sister of Manuel Arnulfo Padilla Valoyes.  Manuel Arnulfo Padilla Valoyes was forcibly disappeared by the AUC on March 15, 1998 in the municipality of Apartado located in Antioquia, Colombia.

965.     Plaintiff Luz Mery Hernandez Hernandez is the representative and legal heir of Jorge Alberto Hernandez Hernandez.  Decedent Jorge Alberto Hernandez Hernandez was killed by the AUC on September 20, 2001 in the municipality of Apartado located in Antioquia, Colombia.

966.     Plaintiff Orfelina Panesso Prens is the representative and legal heir of Merkin Palacios Mosquera.  Decedent Merkin Palacios Mosquera was killed by the AUC on May 30, 1997 in the municipality of Apartado located in Antioquia, Colombia.

967.     Plaintiff Dora Elena Tamayo is the representative and legal heir of Ovidio de Jesus Tamayo.  Decedent Ovidio de Jesus Tamayo was killed by the AUC on May 20, 1997 in the municipality of Apartado located in Antioquia, Colombia.

968.     Plaintiff Sara Ines David Torres is the representative and legal heir of Ovidio de Jesus Trujillo.  Decedent Ovidio de Jesus Trujillo was killed by the AUC on May 18, 2002 in the municipality of Apartado located in Antioquia, Colombia.

969.     Plaintiff Ana Carmela Yanez Alvarez is the representative and legal heir of Isaias Vargas Yanez.  Decedent Isaias Vargas Yanez was killed by the AUC on April 24, 1999 in the municipality of Apartado located in Antioquia, Colombia.

970.     Plaintiff Lucia Cartagena Moreno is the representative and partner of Henry Antonio Lopez Acevedo.  Henry Antonio Lopez Acevedo was attacked and severely injured by the AUC on February 14, 1997 in the municipality of Apartado located in Antioquia, Colombia.

971.     Plaintiff Sara Ester Ortega Zapata is the representative and mother of John Jairo Usuga Ortega.  John Jairo Usuga Ortega was forcibly disappeared by the AUC on August 20, 1997 in the municipality of Apartado located in Antioquia, Colombia.

972.     Plaintiff Fabiola Perez Oliveros is the representative and legal heir of Cesar de Jesus Perez Oliveros.  Decedent Cesar de Jesus Perez Oliveros was killed by the AUC on April 5, 1997 in the municipality of Apartado located in Antioquia, Colombia.

973.     Plaintiff Emperatriz Marquez Paternina is the representative and legal heir of Orangel De Jesus Marquez.  Decedent Orangel De Jesus Marquez was killed by the AUC on May 5, 1999 in the municipality of Apartado located in Antioquia, Colombia.

974.     Plaintiff Maria Elcira del Socorro Londono de Mesa is the representative and legal heir of Irley Hernan Mesa Londono.  Decedent Irley Hernan Mesa Londono was killed by the AUC on January 13, 2001 in the municipality of Apartado located in Antioquia, Colombia.

975.     Plaintiff Patricia Munoz Castro is the representative and legal heir of Carlos Edgar Doqueresama.  Decedent Carlos Edgar Doqueresama was killed by the AUC on July 29, 1998 in the municipality of Apartado located in Antioquia, Colombia.

976.     Plaintiff Rosa Elvira Londono is the representative and legal heir of Orlando de Jesus Graciano Londono.  Decedent Orlando de Jesus Graciano Londono was killed by the AUC on May 22, 1998 in the municipality of Apartado located in Antioquia, Colombia.

977.     Plaintiff Noel Melchor Quejada Chaverra is the representative and legal heir of Plinio Quejada.  Decedent Plinio Quejada was killed by the AUC on January 13, 2000 in the municipality of Apartado located in Antioquia, Colombia.

978.     Plaintiffs Maria Marleney Canaveral Laverde and Rosa Elena Marin de Gallego are the representatives and legal heirs of Jorge Alexander Ortiz Marin.  Decedent Jorge Alexander Ortiz Marin was killed by the AUC on June 23, 2002 in the municipality of Apartado located in Antioquia, Colombia.

979.     Plaintiff Dominga Pren Cordoba is the representative and legal heir of Orlando Panesso Pren.  Decedent Orlando Panesso Pren was killed by the AUC on November 23, 2002 in the municipality of Apartado located in Antioquia, Colombia.

980.     Plaintiff Alonso de Jesus Salas is the representative and legal heir of Jorge Alirio Salas Gonzalez.  Decedent Jorge Alirio Salas Gonzalez was killed by the AUC on October 19, 1997 in the municipality of Apartado located in Antioquia, Colombia.

981.     Plaintiff Judith Correa Martinez is the representative and legal heir of Luis Fernando Correa Marinez .  Decedent Luis Fernando Correa Marinez  was killed by the AUC on June 8, 1998 in the municipality of Apartado located in Antioquia, Colombia.

982.     Plaintiff Moises Santacruz Silgado is the representative and legal heir of Gabriel Santacruz Alvarado.  Decedent Gabriel Santacruz Alvarado was killed by the AUC on January 17, 1999 in the municipality of Apartado located in Antioquia, Colombia.

983.     Plaintiff Gloria Maria Caro is the representative and mother of Neir de Jesus Giraldo Caro.  Neir de Jesus Giraldo Caro was forcibly disappeared by the AUC on October 6, 1997 in the municipality of Apartado located in Antioquia, Colombia.

984.     Plaintiff Dora Libia Castaneda Montes is the representative and legal heir of Gerardo Antonio Castaneda.  Decedent Gerardo Antonio Castaneda was killed by the AUC on October 19, 1997 in the municipality of Apartado located in Antioquia, Colombia.

162

985.    Plaintiff Sandra Milena Ospina Alvarez is the representative and legal heir of Wilson de Jesus Ferraro Alvarez.  Decedent Wilson de Jesus Ferraro Alvarez was killed by the AUC on April 8, 2000 in the municipality of Apartado located in Antioquia, Colombia.

986.    Plaintiff Jorge Eliecer Martinez Gonzalez is the representative and legal heir of Ruben Dario Martinez Gonzalez.  Decedent Ruben Dario Martinez Gonzalez was killed by the AUC on October 9, 1997 in the municipality of Apartado located in Antioquia, Colombia.

987.    Plaintiff  Maria Eva Cano Machado is the representative and legal heir of Ruben Dario Usuga.  Decedent Ruben Dario Usuga was killed by the AUC on February 16, 2001 in the municipality of Apartado located in Antioquia, Colombia.

988.    Plaintiff Shirley Yuliana Hernandez is the representative and legal heir of Rigoberto Hernandez.  Decedent Rigoberto Hernandez was killed by the AUC on June 18, 1999 in the municipality of Apartado located in Antioquia, Colombia.

989.    Plaintiff Maria Angelica Usuga Duarte is the representative and legal heir of Luis Alberto Rodriguez.  Decedent Luis Alberto Rodriguez was killed by the AUC on November 25, 2003 in the municipality of Apartado located in Antioquia, Colombia.

990.    Plaintiff Gertrudis Moreno Mestra is the representative and legal heir of Herminio Cesar Dorian Moreno.  Decedent Herminio Cesar Dorian Moreno was killed by the AUC on March 22, 2001 in the municipality of Apartado located in Antioquia, Colombia.

991.    Plaintiff Eugenia Mena Hinestroza is the representative and legal heir of Carmelo Mena Palacios.  Decedent Carmelo Mena Palacios was killed by the AUC on September 15, 2001 in the municipality of Apartado located in Antioquia, Colombia.

992.     Plaintiff Manuel Salvador Tabares Garcia is the representative and legal heir of Luis Alfonso Tabares Garcia.  Decedent Luis Alfonso Tabares Garcia was killed by the AUC on April 27, 1997 in the municipality of Apartado located in Antioquia, Colombia.

993.     Plaintiff Gloria Cruz Ana Mesa Franco is the representative and wife of Jose Gildardo Moncada Marin.  Jose Gildardo Moncada Marin was forcibly disappeared by the AUC on October 1, 2002 in the municipality of Apartado located in Antioquia, Colombia.

994.     Plaintiff Petrona Gale Torres is the representative and legal heir of Roberto Miguel Velasquez Gale.  Decedent Roberto Miguel Velasquez Gale was killed by the AUC on May 24, 2000 in the municipality of Apartado located in Antioquia, Colombia.

995.     Plaintiff Maria Cerafina Valencia Caicedo is the representative and legal heir of Juan de Dios Martinez Cordoba.  Decedent Juan de Dios Martinez Cordoba was killed by the AUC on November 25, 2001 in the municipality of Apartado located in Antioquia, Colombia.

996.     Plaintiff Luz Marina Salgado Sanchez is the representative and partner of Santiago de Jesus Rios Rios.  Santiago de Jesus Rios Rios was forcibly disappeared by the AUC on June 20, 2002 in the municipality of Apartado located in Antioquia, Colombia.

997.     Plaintiff Luz Nancy Hinestroza Mosquera is the representative and sister of Hervis Hinestroza Mosquera.  Hervis Hinestroza Mosquera was forcibly disappeared by the AUC on August 1, 2001 in the municipality of Apartado located in Antioquia, Colombia.

998.     Plaintiff Martha Londono Mosquera is the representative and legal heir of Jhon Fred Londono.  Decedent Jhon Fred Londono was killed by the AUC on July 29, 2002 in the municipality of Apartado located in Antioquia, Colombia.

999.    Plaintiff Consuelo Rivas Carvajal is the representative and legal heir of Elmer Antonio Duarte Rivas.  Decedent Elmer Antonio Duarte Rivas was killed by the AUC on June 11, 1999 in the municipality of Apartado located in Antioquia, Colombia.

1000.   Plaintiff Beatriz Zapata Quiceno is the representative and legal heir of Julio Alejandro Martinez Arrieta.  Decedent Julio Alejandro Martinez Arrieta was killed by the AUC on May 10, 1998 in the municipality of Apartado located in Antioquia, Colombia.

1001.   Plaintiff Gladys Emilse Suarez Guisao is the representative and legal heir of Maria Franquelina Guisao Salas.  Decedent Maria Franquelina Guisao Salas was killed by the AUC on October 6, 2000 in the municipality of Apartado located in Antioquia, Colombia.

1002.   Plaintiff Yudis Arteaga Perez is the representative and legal heir of Dairon de Jesus Garces Vega.  Decedent Dairon de Jesus Garces Vega was killed by the AUC on September 11, 2002 in the municipality of Apartado located in Antioquia, Colombia.

1003.   Plaintiff Geovanis Santana Diaz is the representative and legal heir of Dairon Salgado Tatis.  Decedent Dairon Salgado Tatis was killed by the AUC on January 7, 1998 in the municipality of Apartado located in Antioquia, Colombia.

1004.   Plaintiff Miryam del Socorro Varela Guisao is the representative and partner of Nacianceno Higuita.  Nacianceno Higuita was forcibly disappeared by the AUC on October 25, 1999 in the municipality of Apartado located in Antioquia, Colombia.

1005.   Plaintiff Luz Mery Hernandez Hernandez is the representative and sister of Herney Velez.  Herney Velez was forcibly disappeared by the AUC on March 4, 2003 in the municipality of Apartado located in Antioquia, Colombia.

1006.   Plaintiff Ana Elizabeth Valle Higuita is the representative and partner of Noel de Jesus Moreno.  Noel de Jesus Moreno was forcibly disappeared by the AUC on February 17, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1007.   Plaintiff Liria Rosa Giraldo Montoya is the representative and sister of Francisco Luiz Giraldo Montoya.  Francisco Luiz Giraldo Montoya was forcibly disappeared by the AUC on October 18, 1998 in the municipality of Apartado located in Antioquia, Colombia.

1008.   Plaintiff Sandra Milena Pino Soto is the representative and legal heir of Fernando Pino Palacios.  Decedent Fernando Pino Palacios was killed by the AUC on June 14, 2002 in the municipality of Apartado located in Antioquia, Colombia.

1009.   Plaintiff Juley Karina Riascos Moreno is the representative and legal heir of Luz Mary Moreno.  Decedent Luz Mary Moreno was killed by the AUC on August 4, 1999 in the municipality of Apartado located in Antioquia, Colombia.

1010.   Plaintiff Luz Aida Ruiz is the representative and legal heir of Edilberto Ruiz. Decedent Edilberto Ruiz was killed by the AUC on July 27, 2001 in the municipality of Apartado located in Antioquia, Colombia.

1011.   Plaintiff Maria de las Mercedes Cabadia Anaya is the representative and legal heir of Ernesto Moreno Morelo.  Decedent Ernesto Moreno Morelo was killed by the AUC on August 12, 2000 in the municipality of Apartado located in Antioquia, Colombia.

1012.   Plaintiff Maria Rosalba Ocampo Morales is the representative and legal heir of German Alberto Higuita Ocampo.  Decedent German Alberto Higuita Ocampo was killed by the AUC on September 19, 2000 in the municipality of Apartado located in Antioquia, Colombia.

1013.   Plaintiff Rubiela Sierra Martinez is the representative and legal heir of Gonzalo Sierra Martinez.  Decedent Gonzalo Sierra Martinez was killed by the AUC on February 21, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1014.   Plaintiff Carmen Elena Bedoya Reyes is the representative and legal heir of Domingo Salgado Villero.  Decedent Domingo Salgado Villero was killed by the AUC on December 5, 1998 in the municipality of Apartado located in Antioquia, Colombia.

1015.   Plaintiff Heriberto Calderon Cano is the representative and legal heir of Pedro Nel Calderon Samehlz.  Decedent Pedro Nel Calderon Samehlz was killed by the AUC on January 21, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1016.   Plaintiff Martha Cecilia Arias Rodriguez is the representative and legal heir of Walter de Jesus Londono.  Decedent Walter de Jesus Londono was killed by the AUC on October 15, 1999 in the municipality of Apartado located in Antioquia, Colombia.

1017.   Plaintiff Marleny Holguin David is the representative and legal heir of Alonso Miguel Vergara Vidal.  Decedent Alonso Miguel Vergara Vidal was killed by the AUC on January 23, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1018.   Plaintiff Yamith Jose Macias Navarro is the representative and legal heir of Alvaro Macias Mendoza.  Decedent Alvaro Macias Mendoza was killed by the AUC on June 17, 1999 in the municipality of Apartado located in Antioquia, Colombia.

1019.   Plaintiff Encarnacion Romana Blandon is the representative and mother of Wilson Romana Blandon.  Wilson Romana Blandon was forcibly disappeared by the AUC on October 30, 2001 in the municipality of Apartado located in Antioquia, Colombia.

1020.   Plaintiff Orfelia Nelly Quintero Restrepo is the representative and legal heir of Wilson Serna Quintero.  Decedent Wilson Serna Quintero was killed by the AUC on March 24, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1021.   Plaintiff Luz Meris Higuita is the representative and legal heir of Jose Luis Munoz Gallego.  Decedent Jose Luis Munoz Gallego was killed by the AUC on January 7, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1022.   Plaintiff Luz Mery Hernandez Hernandez is the representative and sister of Juan Antonio Hernandez Hernandez.  Juan Antonio Hernandez Hernandez was forcibly disappeared by the AUC on November 8, 2003 in the municipality of Apartado located in Antioquia, Colombia.

1023.   Plaintiff Ruby Estella Agudelo Castaneda is the representative and legal heir of Antonio Jose Castaneda Castaneda.  Decedent Antonio Jose Castaneda Castaneda was killed by the AUC on June 10, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1024.   Plaintiff Ana Liria Varela de Aguirre is the representative and legal heir of Luis Fernando Aguirre Varela.  Decedent Luis Fernando Aguirre Varela was killed by the AUC on October 6, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1025.   Plaintiff Pedro Nel Villarreal Castillo is the representative and legal heir of Pedro Nel Villarreal Montano.  Decedent Pedro Nel Villarreal Montano was killed by the AUC on April 13, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1026.   Plaintiff Maria Licella Bedoya Correa is the representative and legal heir of Rodrigo Betancurt Marin.  Decedent Rodrigo Betancurt Marin was killed by the AUC on May 4, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1027.   Plaintiff Luz Edilma Palacio Cordoba is the representative and legal heir of Libardo Quintana.  Decedent Libardo Quintana was killed by the AUC on October 19, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1028.   Plaintiff Martha Nelly George Ganan is the representative and legal heir of Rodrigo David Higuita.  Decedent Rodrigo David Higuita was killed by the AUC on March 22, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1029.   Plaintiff Ofelia Mosquera Palacios is the representative and mother of Edelmira Goez Mosquera.  Edelmira Goez Mosquera was forcibly disappeared by the AUC on October 1, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1030.   Plaintiff Ana Lucia Ortiz Nolasco is the representative and legal heir of Eder Luis Villalobo Ortiz.  Decedent Eder Luis Villalobo Ortiz was killed by the AUC on February 10, 1998 in the municipality of Apartado located in Antioquia, Colombia.

1031.   Plaintiff Maria Concepcion Hoyos de Hoyos is the representative and legal heir of Sor Teresa Hoyos Serna.  Decedent Sor Teresa Hoyos Serna was killed by the AUC on December 7, 1999 in the municipality of Apartado located in Antioquia, Colombia.

1032.   Plaintiff Amalia Serna de Quintero is the representative and legal heir of John Fredy Quintero Serna.  Decedent John Fredy Quintero Serna was killed by the AUC on November 24, 1998 in the municipality of Apartado located in Antioquia, Colombia.

1033.   Plaintiff Mabel Leticia Carmona Laverde is the representative and legal heir of Marco Julio Carmona Quiceno.  Decedent Marco Julio Carmona Quiceno was killed by the AUC on September 26, 1997 in the municipality of Apartado located in Antioquia, Colombia.

1034.   Plaintiff Gloria Amparo Hernandez Perez is the representative and sister of Homer Maria Hernandez Perez.  Homer Maria Hernandez Perez was forcibly disappeared by the AUC on September 29, 1998 in the municipality of Apartado located in Antioquia, Colombia.

1035.   Plaintiff Berta Gulfo Herrera is the representative and legal heir of Luis Guillermo Mosquera.  Decedent Luis Guillermo Mosquera was killed by the AUC on March 26, 2001 in the municipality of Apartado located in Antioquia, Colombia.

1036.   Plaintiff Luvis Diaz Mendoza is the representative and sister of Ferley Diaz Mendoza.  Ferley Diaz Mendoza was forcibly disappeared by the AUC on June 20, 1905 in the municipality of Apartado located in Antioquia, Colombia.

1037.   Plaintiff Teresita de Jesus Quiroz de Roldan is the representative and legal heir of Fander Neyer Guerra Quiroz.  Decedent Fander Neyer Guerra Quiroz was killed by the AUC on November 22, 1999 in the municipality of Apartado located in Antioquia, Colombia.

1038.   Plaintiff Margot Vargas Benitez is the representative and legal heir of Federman Antonio Gonzalez Calvo.  Decedent Federman Antonio Gonzalez Calvo was killed by the AUC on December 23, 2000 in the municipality of Apartado located in Antioquia, Colombia.

1039.   Plaintiff Miguel Mariano Vasquez Guerra is the representative and legal heir of Miguel Vasquez Renteria.  Decedent Miguel Vasquez Renteria was killed by the AUC on July 23, 2000 in the municipality of Chigorodo located in Antioquia, Colombia.

1040.   Plaintiff Alba Luz Alvarez Paez is the representative and legal heir of Griselio Manuel Gutierrez Ruiz.  Decedent Griselio Manuel Gutierrez Ruiz was killed by the AUC on March 15, 1998 in the municipality of Arboletes located in Antioquia, Colombia.

1041.   Plaintiff Luz Nery Martinez Rodriguez is the representative and legal heir of Nestor Manuel Martinez Guerra .  Decedent Nestor Manuel Martinez Guerra  was killed by the AUC on May 28, 1997 in the municipality of Arboletes located in Antioquia, Colombia.

1042.   Plaintiff Jose Julian Benitez Urrego is the representative and legal heir of Didier de Jesus Benitez.  Decedent Didier de Jesus Benitez was killed by the AUC on May 8, 2001 in the municipality of Arboletes located in Antioquia, Colombia.

1043.   Plaintiff Sonia Irene Palacio Renteria is the representative and mother of Jorge Isaac Parra Palacio.  Jorge Isaac Parra Palacio was forcibly disappeared by the AUC on March 28, 1998 in the municipality of Ayapel located in Cordoba, Colombia.

1044.   Plaintiff Ruby Tatiana Cifuentes Caro is the representative and legal heir of Nelson Yobany Rodriguez Nieto.  Decedent Nelson Yobany Rodriguez Nieto was killed by the AUC on September 15, 2002 in the municipality of Bello located in Antioquia, Colombia.

1045.   Plaintiff Eva de Jesus Vanegas Agudelo is the representative and legal heir of Gloria Lucia Vanegas Vanegas.  Decedent Gloria Lucia Vanegas Vanegas was killed by the AUC on January 17, 2002 in the municipality of Bello located in Antioquia, Colombia.

1046.   Plaintiffs Luz Miriam Roldan Gomez  and Luz Marina Arias Perez are the representatives and legal heirs of Luis Carlos Arias Perez.  Decedent Luis Carlos Arias Perez was killed by the AUC on January 1, 1997 in the municipality of Bello located in Antioquia, Colombia.

1047.   Plaintiff Luis Fernando Palacio Diaz is the representative and legal heir of Hugo Armando Ortiz Diaz.  Decedent Hugo Armando Ortiz Diaz was killed by the AUC on March 17, 1997 in the municipality of Bolivar located in Antioquia, Colombia.

1048.   Plaintiff Elvia Rosa David is the representative and legal heir of Luis Arturo David.  Decedent Luis Arturo David was killed by the AUC on June 22, 1905 in the municipality of Canasgordas located in Antioquia, Colombia.

1049.   Plaintiff Blanca Giraldo David is the representative and legal heir of Elkin Javier Sepulveda.  Decedent Elkin Javier Sepulveda was killed by the AUC on March 27, 1998 in the municipality of Carepa located in Antioquia, Colombia.

1050.   Plaintiff Yurani Andrea Alvarez Zapata is the representative and legal heir of Libardo Alvarez Gonzalez.  Decedent Libardo Alvarez Gonzalez was killed by the AUC on June 3, 1998 in the municipality of Carepa located in Antioquia, Colombia.

1051.   Plaintiff Luz Dary Batista Anaya is the representative and legal heir of Leonardo Cuesta.  Decedent Leonardo Cuesta was killed by the AUC on March 25, 1997 in the municipality of Carepa located in Antioquia, Colombia.

1052.   Plaintiff Norelia Valderrama Bedoya is the representative and wife of Carlos Andres Gallego Guisao.  Carlos Andres Gallego Guisao was forcibly disappeared by the AUC on June 20, 2000 in the municipality of Carepa located in Antioquia, Colombia.

1053.   Plaintiff Blanca Rocio Benjumea Cepeda is the representative and legal heir of Jose Angel Passos Benjumea.  Decedent Jose Angel Passos Benjumea was killed by the AUC on August 25, 1998 in the municipality of Carepa located in Antioquia, Colombia.

1054.   Plaintiff Maria Consuelo Areiza Areiza is the representative and legal heir of Dario Antonio Areiza Castro.  Decedent Dario Antonio Areiza Castro was killed by the AUC on June 18, 1998 in the municipality of Carepa located in Antioquia, Colombia.

1055.    Plaintiff Jhony Alexander Moreno Renteria is the representative and legal heir of Juan Horacio Moreno Lemos.  Decedent Juan Horacio Moreno Lemos was killed by the AUC on July 19, 2000 in the municipality of Carepa located in Antioquia, Colombia.

1056.    Plaintiff Oscar Luis Charrasquiel Garcia is the representative and legal heir of Jose de la Rosa Charrasquiel.  Decedent Jose de la Rosa Charrasquiel was killed by the AUC on October 27, 2001 in the municipality of Carepa located in Antioquia, Colombia.

1057.    Plaintiff Luz Estela Mena Mena is the representative and legal heir of Edinson Salinas Mena.  Decedent Edinson Salinas Mena was killed by the AUC on June 6, 1997 in the municipality of Carepa located in Antioquia, Colombia.

1058.    Plaintiff Carmen del Toro Jimenez is the representative and aunt of Edinson Del Toro Primero .  Edinson Del Toro Primero  was forcibly disappeared by the AUC on January 3, 2001 in the municipality of Carepa located in Antioquia, Colombia.

1059.    Plaintiff Luz Elena  Zapata Rojas is the representative and legal heir of Joaquin Emilio David Manco.  Decedent Joaquin Emilio David Manco was killed by the AUC on March 30, 1998 in the municipality of Carepa located in Antioquia, Colombia.

1060.    Plaintiff Angelica Maria Vallestero Vargas is the representative and legal heir of Marlon Vivas Vallestero.  Decedent Marlon Vivas Vallestero was killed by the AUC on September 25, 2003 in the municipality of Carepa located in Antioquia, Colombia.

1061.    Plaintiff Ana Morelia Valderrama de Manco is the representative and legal heir of John Jairo Manco Valderrama.  Decedent John Jairo Manco Valderrama was killed by the AUC on October 16, 1999 in the municipality of Carepa located in Antioquia, Colombia.

1062.   Plaintiff Romelia Guisao Lopez is the representative and legal heir of Uldar Oquendo Guisado.  Decedent Uldar Oquendo Guisado  was killed by the AUC on July 28, 2003 in the municipality of Carepa located in Antioquia, Colombia.

1063.   Plaintiff Luz Mila Mosquera Martinez is the representative and legal heir of Jose Ovidio Lozano Urrutia.  Decedent Jose Ovidio Lozano Urrutia was killed by the AUC on November 11, 1998 in the municipality of Carepa located in Antioquia, Colombia.

1064.   Plaintiff Maria del Consuelo Ruiz Cuadro is the representative and legal heir of Genaro de Jesus Ruiz Cuadro.  Decedent Genaro de Jesus Ruiz Cuadro was killed by the AUC on August 30, 1999 in the municipality of Carepa located in Antioquia, Colombia.

1065.   Plaintiff Leonel Areiza Tamayo is the representative and legal heir of Jorge Ivan Areiza Florez.  Decedent Jorge Ivan Areiza Florez was killed by the AUC on January 21, 2001 in the municipality of Carepa located in Antioquia, Colombia.

1066.   Plaintiff Beatriz Elena Graciano Cardona is the representative and sister of Ruben Dario Graciano Cardona.  Ruben Dario Graciano Cardona was forcibly disappeared by the AUC on September 10, 2002 in the municipality of Carepa located in Antioquia, Colombia.

1067.   Plaintiff Luz Marina Perea Hurtado is the representative and legal heir of Plinio Jarlinton Conto Hurtado.  Decedent Plinio Jarlinton Conto Hurtado was killed by the AUC on March 11, 2001 in the municipality of Carepa located in Antioquia, Colombia.

1068.   Plaintiff Romelia Guisao Lopez is the representative and legal heir of Wilmar Oquendo Guisao.  Decedent Wilmar Oquendo Guisao was killed by the AUC on July 28, 2003 in the municipality of Carepa located in Antioquia, Colombia.

1069.   Plaintiff Ludys del Socorro Miranda Sotomayor is the representative and legal heir of Octavio Antonio Berrio Velasquez.  Decedent Octavio Antonio Berrio Velasquez was killed by the AUC on February 21, 1997 in the municipality of Carepa located in Antioquia, Colombia.

1070.   Plaintiff Blanca Ines Henao Ruiz is the representative and legal heir of Walter Sony Henao Ruiz.  Decedent Walter Sony Henao Ruiz was killed by the AUC on January 7, 1999 in the municipality of Carepa located in Antioquia, Colombia.

1071.   Plaintiff Dora Angela David Bedoya is the representative and legal heir of Carlos Januario David Bedoya.  Decedent Carlos Januario David Bedoya was killed by the AUC on June 8, 1997 in the municipality of Carepa located in Antioquia, Colombia.

1072.   Plaintiff Monica Alexandra Escobar Manco is the representative and legal heir of Fernando David Viloria Garcia.  Decedent Fernando David Viloria Garcia was killed by the AUC on September 28, 2002 in the municipality of Carepa located in Antioquia, Colombia.

1073.   Plaintiff Luz Miriam Tuberquia is the representative and legal heir of Rodrigo Antonio Tuberquia.  Decedent Rodrigo Antonio Tuberquia was killed by the AUC on April 12, 1997 in the municipality of Carepa located in Antioquia, Colombia.

1074.   Plaintiff Ines Janet Martinez Echavarria is the representative and legal heir of Arnulfo Osorio Silva.  Decedent Arnulfo Osorio Silva was killed by the AUC on March 7, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1075.   Plaintiff Yerly del Carmen Machado Murillo is the representative and legal heir of Morgan Machado Murillo.  Decedent Morgan Machado Murillo was killed by the AUC on April 24, 1998 in the municipality of Chigorodo located in Antioquia, Colombia.

1076.   Plaintiff Narciso Martinez Ramos is the representative and legal heir of Walberto Antonio Martinez Carmona.  Decedent Walberto Antonio Martinez Carmona was killed by the AUC on February 3, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1077.   Plaintiff Rosana Pineda de Lopez is the representative and legal heir of Otalvaro Lopez Pineda.  Decedent Otalvaro Lopez Pineda was killed by the AUC on February 2, 1999 in the municipality of Chigorodo located in Antioquia, Colombia.

1078.   Plaintiff Rafaela Coa Blanquicet is the representative and sister of Albertina Blanquicet.  Albertina Blanquicet was forcibly disappeared by the AUC on November 1, 1998 in the municipality of Chigorodo located in Antioquia, Colombia.

1079.   Plaintiff Gladis Isnelia Alzate is the representative and legal heir of Carlos Arturo Martinez Peralta.  Decedent Carlos Arturo Martinez Peralta was killed by the AUC on February 7, 1998 in the municipality of Chigorodo located in Antioquia, Colombia.

1080.   Plaintiff Mariela Vasquez Marin is the representative and legal heir of Ramon Emilio Ochoa Vasquez.  Decedent Ramon Emilio Ochoa Vasquez was killed by the AUC on March 8, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1081.   Plaintiff Blance Lilia Perez Guerra is the representative and legal heir of Jose Bernardino Minota Copete.  Decedent Jose Bernardino Minota Copete was killed by the AUC on January 10, 2002 in the municipality of Chigorodo located in Antioquia, Colombia.

1082.   Plaintiff Elizabeth Mina Marmol is the representative and legal heir of Ramiro Sanchez Renteria.  Decedent Ramiro Sanchez Renteria was killed by the AUC on October 9, 1999 in the municipality of Chigorodo located in Antioquia, Colombia.

1083.   Plaintiff Yenix de los Santos Gonzalez Fajardo is the representative and legal heir of Alcides de Jesus Garcia Durando.  Decedent Alcides de Jesus Garcia Durando was killed by the AUC on September 15, 2001 in the municipality of Chigorodo located in Antioquia, Colombia.

1084.   Plaintiff Argenis de Jesus Murillo is the representative and aunt of William de Jesus Bedoya Murillo.  William de Jesus Bedoya Murillo was forcibly disappeared by the AUC on March 14, 2001 in the municipality of Chigorodo located in Antioquia, Colombia.

1085.   Plaintiff Fara Maria Vaca Viuda de Catano is the representative and legal heir of William de Jesus Berrio Vaca.  Decedent William de Jesus Berrio Vaca was killed by the AUC on November 30, 2002 in the municipality of Chigorodo located in Antioquia, Colombia.

1086.   Plaintiff Catalina del Carmen Arteaga Ruiz is the representative and mother of Ader de Jesus Palencia Arteaga.  Ader de Jesus Palencia Arteaga was forcibly disappeared by the AUC on August 7, 2003 in the municipality of Chigorodo located in Antioquia, Colombia.

1087.   Plaintiff Elva del Socorro Arias Trujillo is the representative and legal heir of Jose Gabriel Arias Trujillo.  Decedent Jose Gabriel Arias Trujillo was killed by the AUC on July 21, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1088.   Plaintiff Ana Senet Guisao Puerta is the representative and mother of Jhon Sepulvedo.  Jhon Sepulvedo was forcibly disappeared by the AUC on February 16, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1089.   Plaintiff Hermes Antonio Ramos Ortega was attacked and severely injured by the AUC on December 14, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1090.   Plaintiff Alexandra Bibiana Acevedo Florez is the representative and legal heir of Ivan Antonio Ruiz Diaz.  Decedent Ivan Antonio Ruiz Diaz was killed by the AUC on March 11, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1091.   Plaintiff Damarys Castro Giraldo is the representative and legal heir of Eugenio Leon David.  Decedent Eugenio Leon David was killed by the AUC on October 3, 2000 in the municipality of Chigorodo located in Antioquia, Colombia.

1092.   Plaintiff Reinaldo Aguirre Rodriguez is the representative and legal heir of Absalon Aguirre Berrio.  Decedent Absalon Aguirre Berrio was killed by the AUC on September 21, 2002 in the municipality of Chigorodo located in Antioquia, Colombia.

1093.   Plaintiff Dioselina Posada Torres is the representative and legal heir of Luis Alberto Quinonez Montano.  Decedent Luis Alberto Quinonez Montano was killed by the AUC on October 26, 2001 in the municipality of Chigorodo located in Antioquia, Colombia.

1094.   Plaintiff Blanca Rosa Jimenez David is the representative and legal heir of Walter Antonio Jimenez David.  Decedent Walter Antonio Jimenez David was killed by the AUC on June 13, 1999 in the municipality of Chigorodo located in Antioquia, Colombia. tortured, raped

1095.   Plaintiff Luz Miryam Taborda Rodriguez is the representative and legal heir of Jorge Antonio Ortiz.  Decedent Jorge Antonio Ortiz was killed by the AUC on March 15, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1096.   Plaintiff Maria Marlene Arias Estrada is the representative and legal heir of Rigoberto Lopez Arias.  Decedent Rigoberto Lopez Arias was killed by the AUC on July 24, 2002 in the municipality of Chigorodo located in Antioquia, Colombia.

1097.   Plaintiff Maria Oliva Higuita Gutierrez is the representative and legal heir of Wilder Vianney Rincon Higuita.  Decedent Wilder Vianney Rincon Higuita was killed by the AUC on July 12, 2001 in the municipality of Chigorodo located in Antioquia, Colombia.

1098.   Plaintiff Luz Rosmira Arenas Durango is the representative and partner of Hernando Barrera Moncada.  Hernando Barrera Moncada was forcibly disappeared by the AUC on January 14, 1998 in the municipality of Chigorodo located in Antioquia, Colombia.

1099.   Plaintiff Anibal Sepulveda Usuga is the representative and legal heir of Jesus Antonio Sepulveda Usuga.  Decedent Jesus Antonio Sepulveda Usuga was killed by the AUC on January 20, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1100.   Plaintiff Juana Cristina Benitez Largacha is the representative and legal heir of Jesus Francisco Dominguez.  Decedent Jesus Francisco Dominguez was killed by the AUC on May 24, 2001 in the municipality of Chigorodo located in Antioquia, Colombia.

1101.   Plaintiff Gladis Barba Padilla is the representative and aunt of Remberto Barba Ramos.  Remberto Barba Ramos was forcibly disappeared by the AUC on February 17, 2000 in the municipality of Chigorodo located in Antioquia, Colombia.

1102.   Plaintiff Maria Ines Velasquez Florez is the representative and legal heir of Carlos Augusto Velasquez Florez.  Decedent Carlos Augusto Velasquez Florez was killed by the AUC on February 14, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1103.   Plaintiff Maria Emilse Zapata Lopez is the representative and partner of Alexander Mercado Fonseca.  Alexander Mercado Fonseca was forcibly disappeared by the AUC on January 15, 2000 in the municipality of Chigorodo located in Antioquia, Colombia.

1104.   Plaintiff Samuel de Jesus Mendoza Plata is the representative and legal heir of Teresita de Jesus Herrera.  Decedent Teresita de Jesus Herrera was killed by the AUC on July 1, 1998 in the municipality of Chigorodo located in Antioquia, Colombia.

1105.   Plaintiff Libardo Anibal Vargas Rivas is the representative and brother of Eulises Vargas Rivas.  Eulises Vargas Rivas was forcibly disappeared by the AUC on June 1, 2001 in the municipality of Chigorodo located in Antioquia, Colombia.

1106.   Plaintiff Juana Bautista Chavarria de Martinez is the representative and legal heir of Fernando Martinez Garces.  Decedent Fernando Martinez Garces was killed by the AUC on March 7, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1107.   Plaintiff Argenis de Jesus Murillo is the representative and aunt of Luis Maria Murillo.  Luis Maria Murillo was forcibly disappeared by the AUC on May 10, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1108.   Plaintiff Maria Edergiria Hernandez is the representative and legal heir of Ramiro Antonio Aguirre Perez.  Decedent Ramiro Antonio Aguirre Perez was killed by the AUC on February 4, 2002 in the municipality of Chigorodo located in Antioquia, Colombia.

1109.   Plaintiff Nancy Nedy Martinez Chavarria is the representative and legal heir of Ramiro Antonio Banda Bolanos.  Decedent Ramiro Antonio Banda Bolanos was killed by the AUC on March 7, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1110.   Plaintiff Alexandra Benitez is the representative and partner of Ermis de Jesus Durango Lopera.  Ermis de Jesus Durango Lopera was forcibly disappeared by the AUC on January 13, 1999 in the municipality of Chigorodo located in Antioquia, Colombia.

1111.   Plaintiff Catalino Antonio Bedoya Agamez  is the representative and legal heir of Jose Maria Bedoya Reyes.  Decedent Jose Maria Bedoya Reyes was killed by the AUC on March 7, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1112.   Plaintiff Ana Senet Guisao Puerta is the representative and wife of Jesus Emilio Sepulveda.  Jesus Emilio Sepulveda was forcibly disappeared by the AUC on February 16, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1113.   Plaintiff Magnolia Arias Guerra is the representative and legal heir of Beatriz Elena Arias Guerra.  Decedent Beatriz Elena Arias Guerra was killed by the AUC on July 10, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1114.   Plaintiff Maria Eugenia Padilla Hoyos is the representative and legal heir of Tarit de Jesus Moreno Garcia.  Decedent Tarit de Jesus Moreno Garcia was killed by the AUC on February 23, 2003 in the municipality of Chigorodo located in Antioquia, Colombia.

1115.   Plaintiff Miryam del Carmen Arrieta is the representative and legal heir of Ricardo Alfonso Donado.  Decedent Ricardo Alfonso Donado was killed by the AUC on March 2, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1116.   Plaintiff Margarita Cordoba Alvarez is the representative and partner of Leonardo Paneso Rojas.  Leonardo Paneso Rojas was forcibly disappeared by the AUC on October 14, 1997 in the municipality of Chigorodo located in Antioquia, Colombia.

1117.   Plaintiff Libardo de Jesus Abroleda Piedrahita was attacked and severely injured by the AUC on June 19, 1905 in the municipality of Currulao located in Antioquia, Colombia.

1118.   Plaintiff Lubin Armando Higuita Gutierrez is the representative and legal heir of Jeiner Higuita Gutierrez.  Decedent Jeiner Higuita Gutierrez was killed by the AUC on March 9, 1997 in the municipality of Currulao located in Antioquia, Colombia.

1119.   Plaintiff Carmen Rosa Palacio Serna is the representative and legal heir of Luz Mariela Palacio.  Decedent Luz Mariela Palacio was killed by the AUC on March 18, 1997 in the municipality of Currulao located in Antioquia, Colombia.

1120.   Plaintiff Maria Consuelo Jimenez is the representative and legal heir of Esau de Jesus Calle Jimenez.  Decedent Esau de Jesus Calle Jimenez was killed by the AUC on May 9, 1997 in the municipality of Currulao located in Antioquia, Colombia.

1121.   Plaintiff Ana Raquel Tordecilla Romero is the representative and sister of Jesus Joaquin Romero.  Jesus Joaquin Romero was forcibly disappeared by the AUC on January 10, 1997 in the municipality of Currulao located in Antioquia, Colombia.

1122.   Plaintiff Jose Palencia Morales is the representative and legal heir of Eliecer Palencia Diaz.  Decedent Eliecer Palencia Diaz was killed by the AUC on December 31, 1997 in the municipality of Currulao located in Antioquia, Colombia.

1123.   Plaintiff Aide Maria Peña Diaz is the representative and mother of Tomas Diaz Peña.  Tomas Diaz Peña was forcibly disappeared by the AUC on June 14, 1997 in the municipality of Currulao located in Antioquia, Colombia.

1124.   Plaintiff Jose Palencia Morales is the representative and legal heir of Eloy Palencia Diaz.  Decedent Eloy Palencia Diaz was killed by the AUC on December 31, 1997 in the municipality of Currulao located in Antioquia, Colombia.

1125.   Plaintiff Ana Raquel Tordecilla Romero is the representative and sister of Jose Francisco Romero.  Jose Francisco Romero was forcibly disappeared by the AUC on April 9, 1997 in the municipality of Currulao located in Antioquia, Colombia.

1126.   Plaintiff Teresa Rodriguez Hernandez is the representative and daughter of Pedro Antonio Rodriguez Guisao.  Pedro Antonio Rodriguez Guisao was forcibly disappeared by the AUC on June 19, 1905 in the municipality of Currulao located in Antioquia, Colombia.

1127.   Plaintiff Martha Magdalena Martinez Usuga is the representative and sister of Pedro Sanson Martinez.  Pedro Sanson Martinez was forcibly disappeared by the AUC on January 17, 1998 in the municipality of Currulao located in Antioquia, Colombia.

1128.   Plaintiff Juan David Cordoba is the representative and legal heir of Juan David Cordoba.  Decedent Juan David Cordoba was killed by the AUC on March 9, 1997 in the municipality of Currulao located in Antioquia, Colombia.

1129.   Plaintiff Elkin de Jesus Rodriguez Quintero is the representative and son of Laurio de Jesus Rodriguez.  Laurio de Jesus Rodriguez was forcibly disappeared by the AUC on September 15, 1998 in the municipality of Dabeiba located in Antioquia, Colombia.

1130.   Plaintiff Maria Eufemia Pino Usuga is the representative and legal heir of Castor Escobar Rueda.  Decedent Castor Escobar Rueda was killed by the AUC on April 8, 1998 in the municipality of Dabeiba located in Antioquia, Colombia.

1131.   Plaintiff Orfa Enelix Vera Areiza is the representative and sister of Isnaido Arbey Vera Areiza.  Isnaido Arbey Vera Areiza was forcibly disappeared by the AUC on December 23, 1998 in the municipality of Dabeiba located in Antioquia, Colombia.

1132.   Plaintiff Humberto de Jesus Meneses Arias is the representative and legal heir of Luis Humberto Meneses.  Decedent Luis Humberto Meneses was killed by the AUC on April 15, 1999 in the municipality of Dabeiba located in Antioquia, Colombia.

1133.   Plaintiff Maria Iris Estrada Oquendo is the representative and wife of Juan Bautista Ortiz Areiza.  Juan Bautista Ortiz Areiza was forcibly disappeared by the AUC on February 7, 1997 in the municipality of Ituango located in Antioquia, Colombia.

1134.   Plaintiff Maria Genoveba Bernal Medina is the representative and sister of Campo Elias Bernal Medina.  Campo Elias Bernal Medina was forcibly disappeared by the AUC on August 29, 2002 in the municipality of Ituango located in Antioquia, Colombia.

1135.   Plaintiff Jose de los Santos Morelos Lenes is the representative and legal heir of Roman Pastor Morelos Lenes.  Decedent Roman Pastor Morelos Lenes was killed by the AUC on January 15, 2004 in the municipality of Magdalena located in Antioquia, Colombia.

1136.   Plaintiff Evangelina Moreno Ramirez is the representative and legal heir of Jhon Fredys Moreno Ramirez.  Decedent Jhon Fredys Moreno Ramirez was killed by the AUC on September 7, 1998 in the municipality of Medellin located in Antioquia, Colombia.

1137.   Plaintiff Saulina Gonzalez Garcia is the representative and legal heir of Saul Dorance Salazar.  Decedent Saul Dorance Salazar was killed by the AUC on September 30, 1997 in the municipality of Medellin located in Antioquia, Colombia.

1138.   Plaintiff Maria Ofelia Hernandez is the representative and legal heir of Guillermo Antonio Ospino Hernandez.  Decedent Guillermo Antonio Ospino Hernandez was killed by the AUC on July 25, 2001 in the municipality of Medellin located in Antioquia, Colombia.

1139.   Plaintiff Consuelo Rivas Carvajal is the representative and legal heir of Viller Antonio Duarto Rivas.  Decedent Viller Antonio Duarto Rivas was killed by the AUC on July 11, 2000 in the municipality of Medellin located in Antioquia, Colombia.

1140.   Plaintiff Luis Eladio Cabrera is the representative and legal heir of Raulinson Cabrera Rivas.  Decedent Raulinson Cabrera Rivas was killed by the AUC on November 11, 2001 in the municipality of Medellin located in Antioquia, Colombia.

1141.   Plaintiff Martha Rocio Gomez Morales is the representative and legal heir of Fabio Alexander Zapata Gomez.  Decedent Fabio Alexander Zapata Gomez was killed by the AUC on March 3, 2002 in the municipality of Medellin located in Antioquia, Colombia.

1142.   Plaintiff Maria Ofelia Hernandez is the representative and legal heir of Javier Hernandez.  Decedent Javier Hernandez was killed by the AUC on June 15, 1999 in the municipality of Medellin located in Antioquia, Colombia.

1143.   Plaintiff Jose Maria Varelas Durango is the representative and legal heir of Milsiades Varelas Tuberquia.  Decedent Milsiades Varelas Tuberquia was killed by the AUC on October 28, 2002 in the municipality of Medellin located in Antioquia, Colombia.

1144.   Plaintiff Enoris del Carmen Gonzalez Manco is the representative and wife of William de Jesus Garcia Cardona.  William de Jesus Garcia Cardona was forcibly disappeared by the AUC on November 5, 1999 in the municipality of Medellin located in Antioquia, Colombia.

1145.   Plaintiff Lucia Cartagena Moreno is the representative and legal heir of Nelson Andres Sepulvada Cartagena.  Decedent Nelson Andres Sepulvada Cartagena was killed by the AUC on September 18, 2002 in the municipality of Medellin located in Antioquia, Colombia.

1146.   Plaintiff Oscar Andres Gomez Granada  is the representative and legal heir of Jesus Efren Gomez Zuluaga.  Decedent Jesus Efren Gomez Zuluaga was killed by the AUC on June 21, 2000 in the municipality of Medellin located in Antioquia, Colombia.

1147.   Plaintiff Cenayda del Socorro Puerta Rodriguez is the representative and mother of Eliecer de Jesus Rodriguez Puerta.  Eliecer de Jesus Rodriguez Puerta was forcibly disappeared by the AUC on April 18, 2003 in the municipality of Medellin located in Antioquia, Colombia.

1148.   Plaintiff Carlos Enrique Castro Almanza is the representative and legal heir of Johan Enrique Castro Charicha.  Decedent Johan Enrique Castro Charicha was killed by the AUC on February 14, 1998 in the municipality of Medellin located in Antioquia, Colombia.

1149.   Plaintiff Casilda Rosa Martinez Usuga is the representative and mother of Hector de Jesus Graciano.  Hector de Jesus Graciano was forcibly disappeared by the AUC on July 7, 1998 in the municipality of Medellin located in Antioquia, Colombia.

1150.   Plaintiff Jose Maria Mesa Mercado  is the representative and legal heir of Miguel Mesa Mercado.  Decedent Miguel Mesa Mercado was killed by the AUC on September 20, 1997 in the municipality of Medellin located in Antioquia, Colombia.

1151.   Plaintiff Jose Orlando Aguirre Londono is the representative and father of Luis Fernando Aguirre Carvajal.  Luis Fernando Aguirre Carvajal was forcibly disappeared by the AUC on March 15, 2011 in the municipality of Medellin located in Antioquia, Colombia.

1152.   Plaintiff Luz Marina Arenas is the representative and legal heir of Argemiro Vasquez Quintero.  Decedent Argemiro Vasquez Quintero was killed by the AUC on December 3, 2001 in the municipality of Medellin located in Antioquia, Colombia.

1153.   Plaintiff Ofir de Mar Parra Buritica is the representative and legal heir of Edier Farid Parra Buritica.  Decedent Edier Farid Parra Buritica was killed by the AUC on March 18, 2001 in the municipality of Medellin located in Antioquia, Colombia.

1154.   Plaintiff Enilda Tapia Ramirez is the representative and legal heir of Alberto Julio Hidalgo.  Decedent Alberto Julio Hidalgo was killed by the AUC on May 7, 2003 in the municipality of Medellin located in Antioquia, Colombia.

1155.   Plaintiff Lubin Antonio Gil is the representative and legal heir of Ofelia de Jesus Gil.  Decedent Ofelia de Jesus Gil was killed by the AUC on June 19, 2002 in the municipality of Montebello located in Antioquia, Colombia.

1156.   Plaintiff Lubin Antonio Gil is the representative and legal heir of Maria Virgelina Gil.  Decedent Maria Virgelina Gil was killed by the AUC on June 19, 2001 in the municipality of Montebello located in Antioquia, Colombia.

1157.   Plaintiff Enilerta del Carmen Blanco Ramos is the representative and wife of Victor Manuel Carvajal.  Victor Manuel Carvajal was forcibly disappeared by the AUC on November 9, 1997 in the municipality of Mulatos located in Antioquia, Colombia.

1158.   Plaintiff Martha Ines Torres Duarte is the representative and wife of Alexander Cortes Castaneda.  Alexander Cortes Castaneda was forcibly disappeared by the AUC on November 29, 1997 in the municipality of Murindo located in Antioquia, Colombia.

1159.   Plaintiff Zenith Cabrera Minota is the representative and legal heir of Hector Herminio Lozano Palacio.  Decedent Hector Herminio Lozano Palacio was killed by the AUC on September 25, 1999 in the municipality of Murindo located in Antioquia, Colombia.

1160.   Plaintiff Maria Consuelo Zuleta Laverde is the representative and legal heir of Elkin de Jesus Rincon Rios.  Decedent Elkin de Jesus Rincon Rios was killed by the AUC on April 1, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1161.   Plaintiff Rocio de Jesus Quiceno Betancur is the representative and mother of Jose Isaac Bedoya Quiceno.  Jose Isaac Bedoya Quiceno was forcibly disappeared by the AUC on September 22, 2000 in the municipality of Mutata located in Antioquia, Colombia.

1162.   Plaintiff Maria Georgina Urrego Segura is the representative and legal heir of Jose Joaquin Machado Urrego.  Decedent Jose Joaquin Machado Urrego was killed by the AUC on September 15, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1163.   Plaintiff Elva del Socorro Arias Trujillo is the representative and legal heir of Otilio de Jesus Mira Preciado.  Decedent Otilio de Jesus Mira Preciado was killed by the AUC on July 26, 1999 in the municipality of Mutata located in Antioquia, Colombia.

1164.   Plaintiff Pedro Polo Martinez is the representative and father of Aude Antonio Polo Casilla.  Aude Antonio Polo Casilla was forcibly disappeared by the AUC on June 25, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1165.   Plaintiff Martha Isabel Marulanda Villa is the representative and partner of Luis Alfonso Brand Oquendo.  Luis Alfonso Brand Oquendo was forcibly disappeared by the AUC on April 28, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1166.   Plaintiff Maria Uberlina Rodriguez de Durango is the representative and mother of John Fredy Durango Rodriguez.  John Fredy Durango Rodriguez was forcibly disappeared by the AUC on June 19, 1905 in the municipality of Mutata located in Antioquia, Colombia.

1167.   Plaintiff Uberto David Martinez is the representative and legal heir of Oscar de Jesus David Tuberquia.  Decedent Oscar de Jesus David Tuberquia was severely injured and ultimately died as a result of the activities of the AUC on November 10, 2003 in the municipality of Mutata located in Antioquia, Colombia.

1168.   Plaintiff Fanny Garces Gomez is the representative and legal heir of William de Jesus Duarte Puerta.  Decedent William de Jesus Duarte Puerta was killed by the AUC on March 10, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1169.   Plaintiff Luz Elena Ferraro Avendano is the representative and legal heir of Maicol Alberto Ramirez Ferrao.  Decedent Maicol Alberto Ramirez Ferrao was killed by the AUC on October 31, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1170.   Plaintiff Carmen Quejada Moreno is the representative and partner of Cardenio Palomeque.  Cardenio Palomeque was forcibly disappeared by the AUC on June 22, 1905 in the municipality of Mutata located in Antioquia, Colombia.

1171.   Plaintiff Gildardo Reyes Canas is the representative and legal heir of Ovidio Antonio Garces Canas.  Decedent Ovidio Antonio Garces Canas was killed by the AUC on June 9, 2000 in the municipality of Mutata located in Antioquia, Colombia.

1172.   Plaintiff Maria Aleida Londono is the representative and legal heir of Luis Anibal Martinez Borja.  Decedent Luis Anibal Martinez Borja was killed by the AUC on March 24, 2002 in the municipality of Mutata located in Antioquia, Colombia.

1173.   Plaintiff Edilsa Yanez Martinez is the representative and legal heir of Uley Andur Pava Yanez.  Decedent Uley Andur Pava Yanez was killed by the AUC on April 23, 2003 in the municipality of Mutata located in Antioquia, Colombia.

1174.   Plaintiff Maria Cristina Chaverra Higuita is the representative and sister-in-law of Juldor Monroy Arias.  Juldor Monroy Arias was forcibly disappeared by the AUC on January 7, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1175.   Plaintiff Marta Cecilia Nanclares Holguin is the representative and mother of Wilton Jader Nanclares Holguin.  Wilton Jader Nanclares Holguin was forcibly disappeared by the AUC on April 29, 2001 in the municipality of Mutata located in Antioquia, Colombia.

1176.   Plaintiff Luz Elena Taleigua Llorente is the representative and a relative of Jose Dionicio Espilia Rosano.  Jose Dionicio Espilia Rosano was forcibly disappeared by the AUC on April 26, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1177.   Plaintiff Luz Mariela Valderrama Castano is the representative and legal heir of Edvin Conrado Castro Castano.  Decedent Edvin Conrado Castro Castano was killed by the AUC on March 9, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1178.   Plaintiff Ernelinda Cordoba Mena is the representative and partner of Neil Enrique Rodriguez Lopez.  Neil Enrique Rodriguez Lopez was forcibly disappeared by the AUC on January 26, 1999 in the municipality of Mutata located in Antioquia, Colombia.

1179.   Plaintiff Maria Cecilia Martinez Serna is the representative and legal heir of Luis Eduardo Martinez.  Decedent Luis Eduardo Martinez was killed by the AUC on November 7, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1180.   Plaintiff Piedad Echavarria is the representative and legal heir of Wilfredo de Jesus Cano Echavarria.  Decedent Wilfredo de Jesus Cano Echavarria was killed by the AUC on June 17, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1181.   Plaintiff Carmen Amparo Largo Largo is the representative and wife of Luis Enrique Agudelo Rincon.  Luis Enrique Agudelo Rincon was forcibly disappeared by the AUC on September 12, 1999 in the municipality of Mutata located in Antioquia, Colombia.

1182.   Plaintiff Gloria Vital Berrio is the representative and wife of Erenio Berrio Mesa. Erenio Berrio Mesa was forcibly disappeared by the AUC on January 23, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1183.   Plaintiff Diocelina Vergara Jaramillo is the representative and legal heir of Nanciaceno Vergara Velez.  Decedent Nanciaceno Vergara Velez was killed by the AUC on May 16, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1184.   Plaintiff Maria Uberlina Rodriguez Guisao is the representative and sister of Jeniel Antonio Hernandez Rodriguez.  Jeniel Antonio Hernandez Rodriguez was forcibly disappeared by the AUC on June 13, 1999 in the municipality of Mutata located in Antioquia, Colombia.

1185.   Plaintiff Ana Felicia Delgado is the representative and legal heir of Miguel Esteban Jimenez Delgado.  Decedent Miguel Esteban Jimenez Delgado was killed by the AUC on November 27, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1186.   Plaintiff Ada Luz Martinez Rebolledo is the representative and mother of Alexander Ospina Martinez.  Alexander Ospina Martinez was forcibly disappeared by the AUC on April 4, 2002 in the municipality of Mutata located in Antioquia, Colombia.

1187.   Plaintiff Ana Lucia Argel Villalba is the representative and legal heir of Nafer Miguel Hernandez Argel.  Decedent Nafer Miguel Hernandez Argel was killed by the AUC on May 12, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1188.   Plaintiff Falconery Gomez Puerta is the representative and legal heir of Willianton de Jesus Gomez Puerta.  Decedent Willianton de Jesus Gomez Puerta was killed by the AUC on February 10, 2001 in the municipality of Mutata located in Antioquia, Colombia.

1189.   Plaintiff Blanca Ines Perez Pulgarin is the representative and legal heir of Fernestin Higuita Pulgarin.  Decedent Fernestin Higuita Pulgarin was killed by the AUC on March 18, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1190.   Plaintiff Gladis Adriana Osorio is the representative and legal heir of Ricardo Gonzales.  Decedent Ricardo Gonzales was killed by the AUC on February 29, 2000 in the municipality of Mutata located in Antioquia, Colombia.

1191.   Plaintiff Enolys Rios Barrios is the representative and partner of Omar Martinez. Omar Martinez was forcibly disappeared by the AUC on February 28, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1192.   Plaintiff Donaldo Vargas Fuentes is the representative and legal heir of Pedro Manuel Vargas Atencio.  Decedent Pedro Manuel Vargas Atencio was killed by the AUC on January 7, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1193.   Plaintiff Martha Aidee Mena Chaverra is the representative and legal heir of Rudecindo Murillo Murillo.  Decedent Rudecindo Murillo Murillo was killed by the AUC on August 18, 1999 in the municipality of Mutata located in Antioquia, Colombia.

1194.   Plaintiff Blanca Ines Perez Pulgarin is the representative and legal heir of Pedro Antonio Moreno.  Decedent Pedro Antonio Moreno was killed by the AUC on March 15, 1997 in the municipality of Mutata located in Antioquia, Colombia. He suffered internal bleeding caused by the bullet wounds.

1195.   Plaintiff Maria Sonia Montoya Velez is the representative and legal heir of Juan Antonio Usuga.  Decedent Juan Antonio Usuga was killed by the AUC on August 28, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1196.   Plaintiff Miguel Jimenez Bravo is the representative and legal heir of Julio Armando Jimenez Castro.  Decedent Julio Armando Jimenez Castro was killed by the AUC on May 19, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1197.   Plaintiff Gloria Daner Piedrahita Pena is the representative and legal heir of Rodrigo de Jesus Quiceno Piedrahita.  Decedent Rodrigo de Jesus Quiceno Piedrahita was killed by the AUC on December 2, 2002 in the municipality of Mutata located in Antioquia, Colombia.

1198.   Plaintiff Selenia Diaz Pena is the representative and legal heir of Roberto Chaverra.  Decedent Roberto Chaverra was killed by the AUC on June 1, 1999 in the municipality of Mutata located in Antioquia, Colombia.

1199.   Plaintiff Enadis Judith Altamiranda Benitez is the representative and sister of Jaider Nacor Altamiranda Benitez.  Jaider Nacor Altamiranda Benitez was forcibly disappeared by the AUC on November 24, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1200.   Plaintiff Ana Ligia Hernandez Nanclares is the representative and legal heir of Arcesio de Jesus Moreno Vargas.  Decedent Arcesio de Jesus Moreno Vargas was killed by the AUC on June 8, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1201.   Plaintiff Ana Silvia Moreno Hernandez is the representative and legal heir of Wilson de Jesus Restrepo Guzman.  Decedent Wilson de Jesus Restrepo Guzman was killed by the AUC on July 11, 1997 in the municipality of Mutata located in Antioquia, Colombia.

1202.   Plaintiff Aura Rosa Guzman Sepulveda is the representative and mother of Guillermo Antonio Zapata.  Guillermo Antonio Zapata was forcibly disappeared by the AUC on March 25, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1203.   Plaintiff Lilian del Socorro Restrepo de Puerta is the representative and legal heir of Martin Alberto Puerta Restrepo.  Decedent Martin Alberto Puerta Restrepo was killed by the AUC on April 2, 1998 in the municipality of Mutata located in Antioquia, Colombia.

1204.   Plaintiff Maria Cecilia Mendoza Soto is the representative and mother of Fermin Antonio Grandett Mendoza.  Fermin Antonio Grandett Mendoza was forcibly disappeared by the AUC on January 22, 2004 in the municipality of Mutata located in Antioquia, Colombia.

1205.   Plaintiff Virgelina Cordoba Hernandez is the representative and mother of Lit Yojany Cordoba Hernandez.  Lit Yojany Cordoba Hernandez was forcibly disappeared by the AUC on May 10, 2000 in the municipality of Necocli located in Antioquia, Colombia.

1206.   Plaintiff Ana Isabel Lopez is the representative and mother of Ubarley Jose Zuniga Lopez.  Ubarley Jose Zuniga Lopez was forcibly disappeared by the AUC on October 3, 1999 in the municipality of Necocli located in Antioquia, Colombia.

1207.   Plaintiff Edilsa Yanez Martinez is the representative and sister of Plinio Yanez Martinez .  Plinio Yanez Martinez  was forcibly disappeared by the AUC on November 29, 1997 in the municipality of Necocli located in Antioquia, Colombia.

1208.   Plaintiff Merly Padilla Arteaga is the representative and legal heir of Benjamin Antonio Padilla Martinez.  Decedent Benjamin Antonio Padilla Martinez was killed by the AUC on June 8, 2002 in the municipality of Necocli located in Antioquia, Colombia.

1209.   Plaintiff Ana Maria Arenas Florez is the representative and legal heir of Cristobal Arenas Florez.  Decedent Cristobal Arenas Florez was killed by the AUC on April 18, 2002 in the municipality of Necocli located in Antioquia, Colombia.

1210.   Plaintiff Lucelly Carvajal Nisperuza is the representative and legal heir of Jorge Eliecer Carvajal Nolasco.  Decedent Jorge Eliecer Carvajal Nolasco was killed by the AUC on July 6, 2000 in the municipality of Nueva Colonia located in Antioquia, Colombia.

1211.   Plaintiff Marle del Carmen Contreras Contereas is the representative and legal heir of Marco Fidel Madera.  Decedent Marco Fidel Madera was killed by the AUC on July 11, 1999 in the municipality of San Juan de Uraba located in Antioquia, Colombia.

1212.   Plaintiff Erminia Judith Argumedo Velasquez is the representative and sister of German Antonio Argumedo Velasquez.  German Antonio Argumedo Velasquez was forcibly disappeared by the AUC on July 27, 2000 in the municipality of San Pedro de Uraba located in Antioquia, Colombia.

1213.   Plaintiff Eliodeth Rebeca Olivares Aguilar is the representative and mother of Andres Sair Sarmiento Olivares.  Andres Sair Sarmiento Olivares was forcibly disappeared by the AUC on December 23, 2002 in the municipality of San Pedro de Uraba located in Antioquia, Colombia.

1214.   Plaintiff Olga Josefa Padilla Cordero is the representative and legal heir of Manuel Antonio Paez Padila.  Decedent Manuel Antonio Paez Padila was killed by the AUC on January 28, 2001 in the municipality of San Pedro de Uraba located in Antioquia, Colombia.

1215.    Plaintiff Olga Isabel Padilla Hoyos is the representative and legal heir of Willian Manuel Guerra Elerechis.  Decedent Willian Manuel Guerra Elerechis was killed by the AUC on December 25, 2002 in the municipality of San Pedro de Uraba located in Antioquia, Colombia.

1216.    Plaintiff Blida Susana Guerra Marzola is the representative and sister of Edilberto Antonio Guerra Marzola.  Edilberto Antonio Guerra Marzola was forcibly disappeared by the AUC on March 16, 1997 in the municipality of San Pedro de Uraba located in Antioquia, Colombia.

1217.    Plaintiff Doris Elena Bolivar Vasquez is the representative and legal heir of Edinson de Jesus Bolivar Vasquez.  Decedent Edinson de Jesus Bolivar Vasquez was killed by the AUC on January 15, 2003 in the municipality of Santuario located in Antioquia, Colombia.

1218.    Plaintiff Evangelina Moreno Ramirez is the representative and legal heir of Carlos Alberto Moreno Ramirez.  Decedent Carlos Alberto Moreno Ramirez was killed by the AUC on January 30, 2004 in the municipality of Turbo located in Antioquia, Colombia.

1219.    Plaintiff Miriam Isabel Llorente Diaz is the representative and mother of Elkin Jhovannys Arteaga Llorentes.  Elkin Jhovannys Arteaga Llorentes was forcibly disappeared by the AUC on August 29, 2000 in the municipality of Turbo located in Antioquia, Colombia.

1220.    Plaintiff Aura Perez de Padilla is the representative and legal heir of Carlos Andres Padilla Perez.  Decedent Carlos Andres Padilla Perez was killed by the AUC on May 29, 1999 in the municipality of Turbo located in Antioquia, Colombia.

1221.    Plaintiff Ana Safira Munoz Marin is the representative and mother of Cenaida Contreras Munoz.  Cenaida Contreras Munoz was forcibly disappeared by the AUC on November 29, 1999 in the municipality of Turbo located in Antioquia, Colombia.

1222.   Plaintiff Yolanda  Marimon Duran is the representative and legal heir of Carlos Alberto Maquillon Marimon.  Decedent Carlos Alberto Maquillon Marimon was killed by the AUC on March 3, 2001 in the municipality of Turbo located in Antioquia, Colombia.

1223.   Plaintiff Luz Marina Higuita Ochoa is the representative and legal heir of Ivan de Jesus Rivero Diaz.  Decedent Ivan de Jesus Rivero Diaz was forcibly disappeared by the AUC on October 12, 1998 in the municipality of Turbo, located in Antioquia, Colombia. On August 23, 2002, Ivan de Jesus Rivera Diaz was declared legally dead as of October 12, 1998.

1224.   Plaintiff Yolanda Perez Sanchez is the representative and legal heir of Dario Agustin Martinez Martinez.  Decedent Dario Agustin Martinez Martinez was killed by the AUC on April 9, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1225.   Plaintiff Maria Elisa Guisao Puertas is the representative and legal heir of Oscar Emilio Torres Guisao.  Decedent Oscar Emilio Torres Guisao was killed by the AUC on May 28, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1226.   Plaintiff Dina Luz Perez Ramos is the representative and legal heir of Marley Primera Zabala.  Decedent Marley Primera Zabala was killed by the AUC on August 31, 2001 in the municipality of Turbo, located in Antioquia, Colombia.

1227.   Plaintiff Ana Fidelia Cordoba Valencia is the representative and partner of Marlon David Rovira Benitez.  Marlon David Rovira Benitez was forcibly disappeared by the AUC on February 20, 2003 in the municipality of Turbo located in Antioquia, Colombia.

1228.   Plaintiff Maria Florencia Marzola Saez is the representative and legal heir of Juan Francisco Pereira Marzola.  Decedent Juan Francisco Pereira Marzola was killed by the AUC on February 15, 1997 in the municipality of Turbo located in Antioquia, Colombia.

197

1229.   Plaintiff Monica Patricia Monterrosa Ramos is the representative and legal heir of Wilson Arango.  Decedent Wilson Arango was killed by the AUC on January 5, 2001 in the municipality of Turbo located in Antioquia, Colombia.

1230.   Plaintiff Nancy Lopez Salazar is the representative and legal heir of Gustavo Adolfo Lopez Sanchez.  Decedent Gustavo Adolfo Lopez Sanchez was killed by the AUC on April 15, 1999 in the municipality of Turbo located in Antioquia, Colombia.

1231.   Plaintiff Nubia de Jesus Graciano Vasquez is the representative and wife of Hernan de Jesus Angulo David.  Hernan de Jesus Angulo David was forcibly disappeared by the AUC on April 11, 1999 in the municipality of Turbo located in Antioquia, Colombia.

1232.   Plaintiff Maria Leticia Ortiz Espinosa is the representative and legal heir of Luz Elena Carvajal Ortiz.  Decedent Luz Elena Carvajal Ortiz was killed by the AUC on September 8, 2003 in the municipality of Turbo located in Antioquia, Colombia.

1233.   Plaintiff Yadira Rosa Lopez Nisperuza is the representative and legal heir of Ubal Enrique Santos Penate.  Decedent Ubal Enrique Santos Penate was killed by the AUC on August 11, 1996 in the municipality of Turbo, located in Antioquia, Colombia.

1234.   Plaintiff Leonel Vargas Quintero is the representative and father of Leonardo Vargas Benitez.  Leonardo Vargas Benitez was forcibly disappeared by the AUC on June 19, 1905 in the municipality of Turbo located in Antioquia, Colombia.

1235.   Plaintiff Ines Magaly Quintana Ramos is the representative and legal heir of Alcides Antonio Misal Zamora.  Decedent Alcides Antonio Misal Zamora was killed by the AUC on January 18, 2001 in the municipality of Turbo located in Antioquia, Colombia.

1236.   Plaintiff Yasmina Antonia Avendano Berrio is the representative and legal heir of Jorge Adalberto Guerra.  Decedent Jorge Adalberto Guerra was killed by the AUC on August 18, 2003 in the municipality of Turbo located in Antioquia, Colombia.

1237.   Plaintiff Carmen Tulia Mestra Doria is the representative and mother of Jesus Jimenez Mestra.  Jesus Jimenez Mestra was forcibly disappeared by the AUC on July 15, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1238.   Plaintiff Jesus Bertulfo Ospina Aguirre is the representative and legal heir of Hernan de Jesus Ospina Caro.  Decedent Hernan de Jesus Ospina Caro was killed by the AUC on April 15, 2002 in the municipality of Turbo, located in Antioquia, Colombia.

1239.   Plaintiff Ludis Nelly Rodriguez Ruiz is the representative and legal heir of Felipe Cordoba Mosquero.  Decedent Felipe Cordoba Mosquero was killed by the AUC on January 27, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1240.   Plaintiff Hector Manuel Gutierrez Cardenas is the representative and father of Hector Manuel Gutierrez Alvarez.  Hector Manuel Gutierrez Alvarez was forcibly disappeared by the AUC on February 4, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1241.   Plaintiff Carmen del Toro Jimenez is the representative and partner of Jose Feliz Primera Polo.  Jose Feliz Primera Polo was forcibly disappeared by the AUC on April 26, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1242.   Plaintiff Aurelia Marimon is the representative and legal heir of Jose Flores Marimon.  Decedent Jose Flores Marimon was killed by the AUC on April 14, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1243.   Plaintiff Juana Martinez Palacios is the representative and legal heir of Juan Carlos Martinez Palacios.  Decedent Juan Carlos Martinez Palacios was killed by the AUC on June 30, 2001 in the municipality of Turbo located in Antioquia, Colombia.

1244.   Plaintiff Ana Ruth Castaneda Castro is the representative and legal heir of Luis Alberto Castaneda Castro.  Decedent Luis Alberto Castaneda Castro was killed by the AUC on June 4, 2002 in the municipality of Turbo located in Antioquia, Colombia.

1245.   Plaintiff Oliva del Socorro Hernandez is the representative and legal heir of Bernardo de Jesus Hernandez.  Decedent Bernardo de Jesus Hernandez was killed by the AUC on September 28, 2001 in the municipality of Turbo located in Antioquia, Colombia.

1246.   Plaintiff Beatriz Zapata Quiceno is the representative and legal heir of Juan de Jesus Valencia Valencia.  Decedent Juan de Jesus Valencia Valencia was killed by the AUC on June 2, 1998 in the municipality of Turbo located in Antioquia, Colombia.

1247.   Plaintiff Nidia Porra Moreno is the representative and partner of Roberto Luna Carrascal.  Roberto Luna Carrascal was forcibly disappeared by the AUC on May 17, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1248.   Plaintiff Erminia Judith Argumedo Velasquez is the representative and sister of Uber Alberto Arroyo Velasquez.  Uber Alberto Arroyo Velasquez was forcibly disappeared by the AUC on March 7, 1999 in the municipality of Turbo located in Antioquia, Colombia.

1249.   Plaintiff Luz Nellys Agamez Moreno is the representative and sister of Jairo Agamez Moreno.  Jairo Agamez Moreno was forcibly disappeared by the AUC on January 23, 1999 in the municipality of Turbo located in Antioquia, Colombia.

200

1250.   Plaintiff Marileny Becerra Martinez is the representative and legal heir of Plinio Mena Moya.  Decedent Plinio Mena Moya was killed by the AUC on August 17, 2002 in the municipality of Turbo located in Antioquia, Colombia.

1251.   Plaintiff Yesid Maria Hoyos Silgado is the representative and daughter of Galio Hoyos.  Galio Hoyos was forcibly disappeared by the AUC on January 10, 1997 in the municipality of Turbo, located in Antioquia, Colombia.

1252.   Plaintiff Emerita Rosa Mercado Zapa is the representative and legal heir of Genobel Antonio Coronado Mercado.  Decedent Genobel Antonio Coronado Mercado was killed by the AUC on March 9, 2001 in the municipality of Turbo located in Antioquia, Colombia.

1253.   Plaintiff Isabel Guisao de Vasquez is the representative and legal heir of Oscar Vasquez Guisao.  Decedent Oscar Vasquez Guisao was killed by the AUC on January 1, 1999 in the municipality of Turbo located in Antioquia, Colombia.

1254.   Plaintiff Hirnia Cartagena Cordoba is the representative and legal heir of Gildardo Restrepo Cartagena.  Decedent Gildardo Restrepo Cartagena was killed by the AUC on September 26, 2000 in the municipality of Turbo located in Antioquia, Colombia.

1255.   Plaintiff Elisabeth Ospina Velasquez is the representative and mother of Cesar Augusto Quiceno Ospina.  Cesar Augusto Quiceno Ospina was forcibly disappeared by the AUC on May 8, 1998 in the municipality of Turbo, located in Antioquia, Colombia.

1256.   Plaintiff Sixta Solar de Julio is the representative and legal heir of Narciso Antonio Julio Solar.  Decedent Narciso Antonio Julio Solar was killed by the AUC on November 25, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1257.   Plaintiff Neyla Doria Gonzalez is the representative and legal heir of Felix Manuel Gonzalez.  Decedent Felix Manuel Gonzalez was killed by the AUC on April 18, 1997 in the municipality of Turbo, located in Antioquia, Colombia.

1258.   Plaintiff Neslis Escobar Correa is the representative and daughter of Manuel Escobar Pena.  Manuel Escobar Pena was forcibly disappeared by the AUC on September 27, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1259.   Plaintiff Miladys Margarita Molina Gomez  is the representative and legal heir of Franklin William Molina Gomez.  Decedent Franklin William Molina Gomez was killed by the AUC on February 26, 1998 in the municipality of Turbo located in Antioquia, Colombia.

1260.   Plaintiff Isidra Maria Cordoba Mesa is the representative and legal heir of Fredy Julio Cordoba.  Decedent Fredy Julio Cordoba was killed by the AUC on December 8, 2000 in the municipality of Turbo located in Antioquia, Colombia.

1261.   Plaintiff Elena Garcia Fuentes is the representative and legal heir of Justo Palomeque Cossio.  Decedent Justo Palomeque Cossio was killed by the AUC on November 9, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1262.   Plaintiff Maria Albany Cuesta Salas is the representative and mother of Carlos Mario Cuesta Salas.  Carlos Mario Cuesta Salas was forcibly disappeared by the AUC on April 26, 2002 in the municipality of Turbo located in Antioquia, Colombia.

1263.   Plaintiff Maria Cecilia Pacheco Miranda is the representative and legal heir of Jesus Alberto Murillo.  Decedent Jesus Alberto Murillo was killed by the AUC on March 3, 2002 in the municipality of Turbo located in Antioquia, Colombia.

1264.   Plaintiff Virginia  Caicedo Duran is the representative and mother of Carlos Caicedo Caicedo.  Carlos Caicedo Caicedo was forcibly disappeared by the AUC on November 17, 1998 in the municipality of Turbo, located in Antioquia, Colombia.

1265.   Plaintiff Yeny Carolina Mazo Carvajal is the representative and legal heir of Carlos Dario Mazo Correa.  Decedent Carlos Dario Mazo Correa was killed by the AUC on January 14, 2003 in the municipality of Turbo located in Antioquia, Colombia.

1266.   Plaintiff Leonel Vargas Quintero is the representative and legal heir of Claudia Elena Vargas Benitez.  Decedent Claudia Elena Vargas Benitez was killed by the AUC on June 19, 1905 in the municipality of Turbo located in Antioquia, Colombia.

1267.   Plaintiff Maria Cristina Chaverra Higuita is the representative and sister-in-law of Evanjelista Consuegra Quintana.  Evanjelista Consuegra Quintana was forcibly disappeared by the AUC on December 7, 1998 in the municipality of Turbo, located in Antioquia, Colombia.

1268.   Plaintiff Miladys Margarita Molina Gomez  is the representative and sister of Evarista Manuel Molina.  Evarista Manuel Molina was forcibly disappeared by the AUC on February 26, 1997 in the municipality of Turbo, located in Antioquia, Colombia.

1269.   Plaintiff Ines Maria Rivera Quintana is the representative and sister of Fernando Rivera Quintana.  Fernando Rivera Quintana was forcibly disappeared by the AUC on July 7, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1270.   Plaintiff Angela Maria Calderin Teran is the representative and legal heir of Ismal Payares Vasquez.  Decedent Ismal Payares Vasquez was killed by the AUC on December 2, 2001 in the municipality of Turbo located in Antioquia, Colombia.

1271.   Plaintiff Rosa Maria Benitez de Vargas is the representative and legal heir of Pedro Luis Vargas Quintero.  Decedent Pedro Luis Vargas Quintero was killed by the AUC on March 27, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1272.   Plaintiff Angelica Maria Regino Gomez is the representative and legal heir of Estevana Gomez Torres.  Decedent Estevana Gomez Torres was killed by the AUC on August 15, 2002 in the municipality of Turbo located in Antioquia, Colombia.

1273.   Plaintiff Consuelo del Socorro Sanchez Pacheco is the representative and sister of Damaso Manuel Sanchez Pacheco.  Damaso Manuel Sanchez Pacheco was forcibly disappeared by the AUC on October 20, 2003 in the municipality of Turbo located in Antioquia, Colombia.

1274.   Plaintiff Gladys Elena Cuesta Mosquera is the representative and legal heir of Pedro Cuesta Calderon.  Decedent Pedro Cuesta Calderon was killed by the AUC on April 29, 2000 in the municipality of Turbo located in Antioquia, Colombia.

1275.   Plaintiff Miryam Girleza Calle Jimenez is the representative and legal heir of Edwin Suescun Manjarres.  Decedent Edwin Suescun Manjarres was killed by the AUC on June 17, 1999 in the municipality of Turbo located in Antioquia, Colombia.

1276.   Plaintiff Martha Martinez Genez is the representative and legal heir of Alvaro Antonio Mora Diaz.  Decedent Alvaro Antonio Mora Diaz was killed by the AUC on November 30, 1999 in the municipality of Turbo located in Antioquia, Colombia.

1277.   Plaintiff Ernestina Bejarano Palma is the representative and legal heir of Janer Ochoa Bejarano.  Decedent Janer Ochoa Bejarano was killed by the AUC on March 7, 1997 in the municipality of Turbo located in Antioquia, Colombia.

1278.   Plaintiff Ana Emperatriz Humanez Benitez is the representative and legal heir of Cesar Miguel Humanez Benitez.  Decedent Cesar Miguel Humanez Benitez was killed by the AUC on May 28, 1997 in the municipality of Turbo, located in Antioquia, Colombia.

1279.   Plaintiff Juana Carmela Bravo Garcia is the representative and legal heir of Didier de Jesus Mejia Sepulveda.  Decedent Didier de Jesus Mejia Sepulveda was killed by the AUC on August 1, 2000 in the municipality of Turbo located in Antioquia, Colombia.

1280.   Plaintiff Ricardo Perez Gutierrez is the representative and legal heir of Juan Carlos Perez Gomez.  Decedent Juan Carlos Perez Gomez was killed by the AUC on July 23, 2000 in the municipality of Turbo, located in Antioquia, Colombia.

1281.   Plaintiff  Juan Antonio Lemos Salas is the representative and legal heir of Rosairis Salas Mosquera.  Decedent Rosairis Salas Mosquera was killed by the AUC on April 27, 2002 in the municipality of Turbo, located in Antioquia, Colombia.

1282.   Plaintiff Elvira Judith Gomez Machado is the representative and legal heir of Marco Jose Vargas.  Decedent Marco Jose Vargas was killed by the AUC on October 9, 1998 in the municipality of Turbo, located in Antioquia, Colombia.

1283.   Plaintiff Fredy Andres Hurtado Calle is the representative and legal heir of Francisco Hurtado Palacios.  Decedent Francisco Hurtado Palacios was killed by the AUC on September 26, 2001 in the municipality of Turbo located in Antioquia, Colombia.

1284.   Plaintiff Elida Rosa Sivaja Regindo is the representative and legal heir of Carlos Arturo Palencia Sibaja .  Decedent Carlos Arturo Palencia Sibaja  was killed by the AUC on September 24, 2000 in the municipality of Turbo located in Antioquia, Colombia.

1285.   Plaintiff Consuelo de Jesus Ochoa is the representative and legal heir of Juan Marco Aguirre Ochoa.  Decedent Juan Marco Aguirre Ochoa was killed by the AUC on September 16, 1997 in the municipality of Uramita located in Antioquia, Colombia.

1286.   Plaintiff Diana Patricia Correa Marin is the representative and legal heir of Roberto Antonio Montoya Cano.  Decedent Roberto Antonio Montoya Cano was killed by the AUC on November 24, 2003 in the municipality of Valdivia located in Antioquia, Colombia.

1287.   Plaintiff Alfonso Moreno Perea is the representative and brother of Anatolia Moreno Perea.  Anatolia Moreno Perea was forcibly disappeared by the AUC on June 19, 1905 in Antioquia, Colombia.

1288.   Plaintiff Maria Cristina Alcaraz Benitez is the representative and wife of Luis Maria Alvarez Ureyo.  Luis Maria Alvarez Ureyo was forcibly disappeared by the AUC on January 8, 1997 in at an unknown location in Colombia.

1289.   Plaintiff Maria Nelly Holguin Rengifo is the representative and legal heir of Francisco Garcia Fuentes.  Decedent Francisco Garcia Fuentes was killed by the AUC on June 7, 1997 in the municipality of Cartagena located in Bolivar, Colombia.

1290.   Plaintiff Ana Felicia Raga de Rivas is the representative and legal heir of Luis Alberto Rivas Raga.  Decedent Luis Alberto Rivas Raga was killed by the AUC on November 21, 1999 in the municipality of Cartagena located in Bolivar, Colombia.

1291.   Plaintiff Zunilda Torres Balano is the representative and legal heir of Teodulo Ignacio Sibaja Martinez.  Decedent Teodulo Ignacio Sibaja Martinez was killed by the AUC on September 24, 1997 in the municipality of Cartagena located in Bolivar, Colombia.

1292.   Plaintiff Luz Marina Graciano is the representative and mother of Jhon Fredy Graciano.  Jhon Fredy Graciano was forcibly disappeared by the AUC on February 14, 1999 in the municipality of Apartado located in Antioquia, Colombia.

1293.   Plaintiff Luz Marina Graciano is the representative and mother of Eder de Jesus Graciano.  Eder de Jesus Graciano was forcibly disappeared by the AUC on February 14, 1999 in the municipality of Apartado located in Antioquia, Colombia.

1294.   Plaintiff Luz Dary Tellez Romero is the representative and daughter of Pedro Segundo Tellez Lopez.  Pedro Segundo Tellez Lopez was forcibly disappeared by the AUC on February 20, 2000 in the municipality of Aguachica located in Cesar, Colombia.

1295.   Plaintiff Maria Crescencia Martinez Romero is the representative and legal heir of Pedro Antonio Martinez Romero.  Decedent Pedro Antonio Martinez Romero was killed by the AUC on February 13, 1999 in the municipality of Balsa located in Choco, Colombia .

1296.   Plaintiff Noris Corrales Ortiz is the representative and mother of Rogenber Lloreda Corrales.  Rogenber Lloreda Corrales was forcibly disappeared by the AUC on May 27, 1997 in the municipality of Bojaya located in Choco, Colombia.

1297.   Plaintiff Yarid Asprilla Robledo is the representative and brother of Yezsinio Aprilla Robledo.  Yezsinio Aprilla Robledo was forcibly disappeared by the AUC on March 27, 2000 in the municipality of Riosucio located in Choco, Colombia.

1298.   Plaintiff Consuelo Mena Moreno is the representative and mother of Arcenio Mena Moreno.  Arcenio Mena Moreno was forcibly disappeared by the AUC on January 1, 1997 in the municipality of Riosucio located in Choco, Colombia.

1299.   Plaintiff Consuelo Mena Moreno is the representative and mother of Camilo Mena Rodriguez.  Camilo Mena Rodriguez was forcibly disappeared by the AUC on January 1, 1997 in the municipality of Riosucio located in Choco, Colombia.

1300.   Plaintiff Consuelo Mena Moreno is the representative and mother of Yazmin Rodriguez Mena.  Yazmin Rodriguez Mena was forcibly disappeared by the AUC in 1997 in the municipality of Riosucio located in Choco, Colombia.

1301.   Plaintiff Consuelo Mena Moreno is the representative and mother of Cirilo Rodriguez Mena.  Cirilo Rodriguez Mena was forcibly disappeared by the AUC on January 1, 1997 in the municipality of Riosucio located in Choco, Colombia.

1302.   Plaintiff Yaylenis Gisselle Lemos Giron is the representative and sister of Wilmer Mena Giron.  Wilmer Mena Giron was forcibly disappeared by the AUC on December 9, 2000 in the municipality of Riosucio located in Choco, Colombia.

1303.   Plaintiff Jorge Luis Valdez Borja was attacked and severely injured by the AUC on May 1, 2000 in the municipality of Riosucio located in Choco, Colombia.

1304.   Plaintiff Yaylenis Gisselle Lemos Giron is the representative and sister of Gerlin Mena Giron.  Gerlin Mena Giron was forcibly disappeared by the AUC on December 9, 2000 in the municipality of Riosucio located in Choco, Colombia.

1305.   Plaintiff Leiner Rafael Cardenas Suarez is the representative and legal heir of Rafael Milagros Cardenas Vasquez.  Decedent Rafael Milagros Cardenas Vasquez was killed by the AUC on January 9, 1997 in the municipality of Riosucio located in Choco, Colombia.

1306.   Plaintiff Carmen Alicia Polo Buelvas is the representative and legal heir of Miguel Rojas Claros.  Decedent Miguel Rojas Claros was killed by the AUC on February 1, 1997 in the municipality of San Jose located in Choco, Colombia.

1307.   Plaintiff Dioselina Idarraga Torres is the representative and legal heir of Manuel Antonio Celada Manco.  Decedent Manuel Antonio Celada Manco was killed by the AUC on March 6, 1997 in the municipality of Unguia located in Choco, Colombia.

1308.   Plaintiff Luz Mary Serna is the representative and legal heir of Angel Antonio Serna.  Decedent Angel Antonio Serna was killed by the AUC on April 11, 1997 in the municipality of Unguia located in Choco, Colombia.

1309.   Plaintiff Luz Mary Serna is the representative and legal heir of Martha Lilia Saldarriaga Serna.  Decedent Martha Lilia Saldarriaga Serna was killed by the AUC on April 11, 1997 in the municipality of Unguia located in Choco, Colombia.

1310.   Plaintiff Luz Andrea Figueroa Guerra is the representative and legal heir of Luis Emilio Caro Urrego.  Decedent Luis Emilio Caro Urrego was killed by the AUC on June 24, 2000 in the municipality of Unguia located in Choco, Colombia.

1311.   Plaintiff Flor Maria Gomez Rueda is the representative and legal heir of Oscar Tulio Gomez.  Decedent Oscar Tulio Gomez was killed by the AUC on November 4, 1999 in the municipality of Unguia located in Choco, Colombia.

1312.   Plaintiff Ana Carmela Villadiego Barrios is the representative and legal heir of Damasón Manuel Bello Gonsales.  Decedent Damasón Manuel Bello Gonsales was killed by the AUC on March 15, 2000 in an unknown location in the department of Choco, Colombia.

1313.   Plaintiff Francisco Javier Penate Altamiranda is the representative and legal heir of Gustavo del Cristo Reyes Penate.  Decedent Gustavo del Cristo Reyes Penate was killed by the AUC on January 17, 1998 in the municipality of El Contento located in Cordoba, Colombia.

1314.   Plaintiff Maria de la Encarnacion Espitia Vega is the representative and legal heir of Aner Luis Mora Espitia.  Decedent Aner Luis Mora Espitia was killed by the AUC on November 5, 1999 in the municipality of Lorica located in Cordoba, Colombia.

1315.   Plaintiff Clemencia Julio Ojeda is the representative and legal heir of Florencio Manuel Sevillas Puyares.  Decedent Florencio Manuel Sevillas Puyares was killed by the AUC on October 5, 1999 in the municipality of Los Cordobas located in Cordoba, Colombia.

1316.   Plaintiff Libia Rosa Paniagua Vargas is the representative and mother of Javier Alanso Alcaraz Paniagua.  Javier Alanso Alcaraz Paniagua was attacked and severely injured by the AUC on December 9, 2002 in the municipality of Montelibano located in Cordoba, Colombia.

1317.   Plaintiff Luz Elvira Paniagua Vargas is the representative and legal heir of Eduardo Perez Florez.  Decedent Eduardo Perez Florez was killed by the AUC on December 9, 2002 in the municipality of Montelibano located in Cordoba, Colombia.

1318.   Plaintiff Aura Elena Cordoba Mosquera is the representative and legal heir of Franklin Palacios Mosquera.  Decedent Franklin Palacios Mosquera was killed by the AUC on January 24, 2003 in the municipality of Monteria located in Cordoba, Colombia.

1319.   Plaintiff Luz Genny Garcia Cardona is the representative and legal heir of Adolfo Guzman Puerta.  Decedent Adolfo Guzman Puerta was killed by the AUC on February 3, 2001 in the municipality of Monteria located in Cordoba, Colombia.

1320.   Plaintiff Rosa Maria Puerta is the representative and legal heir of Henry Rueda Puerta.  Decedent Henry Rueda Puerta was killed by the AUC on September 20, 1998 in the municipality of Saisa located in Cordoba, Colombia .

1321.   Plaintiff Rosa Maria Puerta is the representative and legal heir of Evelio Enrique Rueda Carmona.  Decedent Evelio Enrique Rueda Carmona was killed by the AUC on September 20, 1998 in the municipality of Saisa located in Cordoba, Colombia .

1322.   Plaintiff Omaira Ayala Rios is the representative and sister of Omar de Jesus Rios.  Omar de Jesus Rios was forcibly disappeared by the AUC on June 18, 1997 in the municipality of San Joaquin located in Cordoba, Colombia.

1323.   Plaintiff Rufino Antonio Perez Florez is the representative and legal heir of Diego Perez Florez.  Decedent Diego Perez Florez was killed by the AUC on June 22, 1998 in the municipality of Tierralta located in Cordoba, Colombia.

1324.   Plaintiff Digna Malvia Aguilar Lagarcha is the representative and partner of Heriberto Leon Hernandez.  Heriberto Leon Hernandez was forcibly disappeared by the AUC on September 27, 1999 in the municipality of Tierralta located in Cordoba, Colombia.

1325.   Plaintiff Maria Teresa Corcho Perez is the representative and legal heir of Ramiro Miguel Pastrana.  Decedent Ramiro Miguel Pastrana was killed by the AUC on February 12, 2000 in the municipality of Tierralta located in Cordoba, Colombia.

1326.   Plaintiff Rosiris Borja Graciano is the representative and legal heir of Eduvier Borja Graciano.  Decedent Eduvier Borja Graciano was killed by the AUC on July 10, 1997 in the municipality of Tierralta located in Cordoba, Colombia.

1327.   Plaintiff Doris del Carmen Hoyos de Capachero is the representative and legal heir of Francisco Hoyos Pena.  Decedent Francisco Hoyos Pena was killed by the AUC on March 1, 2000 in the municipality of Tierralta located in Cordoba, Colombia.

1328.   Plaintiffs Bernardino Almanza Buelvas and Enia Elena Almanza Buelvas are the representatives and legal heirs of Luis Mateo Almanza Buelvas.  Decedent Luis Mateo Almanza Buelvas was killed by the AUC on February 19, 2001 in the municipality of Valencia located in Cordoba, Colombia.

1329.   Plaintiff Maria Mena Chaverra is the representative and legal heir of Jaime Valoyes Mena.  Decedent Jaime Valoyes Mena was killed by the AUC on June 30, 2001 in the municipality of Bogota located in Cundinamarca, Colombia.

1330.   Plaintiff Dioselina Villa Tabon is the representative and legal heir of Jose Yovanny Valencia.  Decedent Jose Yovanny Valencia was killed by the AUC on January 27, 2004 in the municipality of Gigante located in Huila, Colombia.

1331.   Plaintiff Margoth Lopez de Zapata is the representative and legal heir of Bianca Nury Zapata Lopez.  Decedent Bianca Nury Zapata Lopez was killed by the AUC on October 17, 1998 in the municipality of Cienaga located in Magdalena, Colombia.

1332.   Plaintiff Isidora Santos Palacios is the representative and legal heir of Jairo Ricardo Santos.  Decedent Jairo Ricardo Santos was killed by the AUC on January 29, 2002 in the municipality of Villavicencio located in Meta, Colombia.

1333.   Plaintiff Luis Eladio Arango is the representative and legal heir of Dulcrey Arango David.  Decedent Dulcrey Arango David was killed by the AUC on December 6, 2000 in the municipality of Puerto Asis located in Putumayo, Colombia.

1334.   Plaintiff Nury Parra Lobon is the representative and mother of Jhon Jairo Parra Lobon.  Jhon Jairo Parra Lobon was forcibly disappeared by the AUC on April 27, 2003 in the municipality of Valle del Guamuez located in Putumayo, Colombia.

1335.   Plaintiff Fara Maria Vaca Viuda de Catano is the representative and grandmother of William de Jesus Catano Quejada.  William de Jesus Catano Quejada was forcibly disappeared by the AUC on January 15, 2003 in an unknown location in Colombia.

1336.   Plaintiff Mercedes Maria Valeta Suarez is the representative and legal heir of Adolfo Cecilio Valeta.  Decedent Adolfo Cecilio Valeta was killed by the AUC on February 25, 2002 in the municipality of Jamundi located in Valle del Cauca, Colombia.

1337.   Plaintiff Maria Nelly Canaveral Lazo is the representative and legal heir of Javier de Jesus Giraldo.  Decedent Javier de Jesus Giraldo was killed by the AUC on September 28, 1997 in an unknown location in Valle del Cauca, Colombia.

1338.   Plaintiff Sonia Cordoba is the representative and legal heir of Jorge Apolinar Moreno Cordoba.  Decedent Jorge Apolinar Moreno Cordoba was killed by the AUC on September 9, 1999 in unknown location in Colombia.

1339.   Plaintiff Martha Libia Cardona is the representative and partner of Elman de Jesus Cartagena.  Elman de Jesus Cartagena was forcibly disappeared by the AUC on January 26, 1997 in an unknown location in Colombia.

1340.   Plaintiff Pablo Antonio Varelas is the representative and legal heir of Jaime Cardona Varelas.  Decedent Jaime Cardona Varelas was killed by the AUC on August 9, 2002 in an unknown location in Colombia.

213

1341.   Plaintiff Maria Orlanda Pino is the representative and legal heir of Elber Pino Montoya.  Decedent Elber Pino Montoya was killed by the AUC on February 22, 1999 in an unknown location in Colombia.

**B.      Defendant.**

1342.   Defendant Chiquita is a corporation organized under the laws of the State of New Jersey.  Its headquarters are located in the State of Ohio.  Chiquita conducts substantial business in the State of Florida.  Among other things, Chiquita imports bananas and other produce through Port Everglades, Florida, operates offices in the State of Florida, and has a registered agent in the State of Florida.

1343.   At all times relevant to the allegations in this Complaint, Chiquita wholly owned and controlled C.I. Bananos de Exportación, S.A. ("Banadex").  Banadex was headquartered in Medellín, Colombia, and produced bananas in the Santa Marta and Urabá regions of northern Colombia.  At all times relevant to the allegations of this Complaint, Banadex was an agent, alter ego, co-conspirator, and joint tortfeasor with Chiquita, with which it cooperated in a joint criminal enterprise.  For purposes of this Complaint, the term "Chiquita" shall refer to both Chiquita Brands International, Inc. and Banadex interchangeably.

## INTERNATIONAL LAW

1344.   The conduct described in this Complaint, which consists of Chiquita actively supporting known terrorist organizations to purposefully facilitate the commission of massacres, extra-judicial killings, torture, murders, forced disappearances, forced displacements and other violent acts against civilians, has been universally condemned under both international law and the law of the United States.

**A.      Terrorism Is A Violation Of The Law Of Nations.**

1345.   The commission of massacres, extra-judicial killings, murders, torture, forced disappearances, forced displacements, and other violent acts against civilians by the AUC constitute terrorism in that they were committed with the intent to cause death or serious bodily injury to civilians, or to other persons not taking an active part in open hostilities, and with the purpose that the acts intimidate a population to act or abstain from acting.  *See* The International Convention for the Suppression of the Financing of Terrorism, G.A. Res. 54/109, U.N. GA OR, 54th Sess., 76th mtg., Supp. No. 49, U.N. Doc. A/Res/53/108 (1999) (In force Apr. 2002) (the "Financing Convention");

1346.   The international community has universally condemned terrorism, thus incorporating this offense into the law of nations.

1347.   The following international conventions and/or United Nations Security Council Resolutions make clear that the prohibition against terrorism is incorporated into the law of nations:

- The League of Nations Convention (1937);

- The Universal Declaration of Human Rights, United Nations G.A. Res. 217A(III), U.N. Doc A/810 at 71 (1948)

- The International Covenant on Civil and Political Rights, United Nations G.A. Res. 2200A(XXI) (1966);

- The Declaration on Principles of International Relations Concerning Friendly Relations and Cooperation Among the States in Accordance with the Charter of the United Nations, United Nations G.A. Res. 2625(XXV), annex, 25th Sess., 1883rd mtg. (1970);

- Organization of American States General Assembly Resolution on Acts of Terrorism, Organization of American States (1970);

- Convention to Prevent and Punish the Acts of Terrorism Taking the Form of Crimes Against Persons and Related Extortion That Are of International Significance, Organization of American States (1971);

215

- The Declaration on Measures to Prevent International Terrorism Which Endangers or Takes Innocent Human Lives or Jeopardizes Fundamental Freedoms, and Study of the Underlying Causes of Those Forms of Terrorism and Acts of Violence Which Lie in Misery, Frustration, Grievance and Despair and Which Cause Some People to Sacrifice Human Lives, Including Their Own, in an Attempt to Effect Radical Changes, United Nations G.A. Res. 3034 (XXVII) (1972);

- European Convention on the Suppression of Terrorism (1977);

- The Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (1984);

- The Declaration on Measures to Prevent International Terrorism which Endangers or Takes Innocent Human Lives or Jeopardizes Fundamental Freedoms and Study of the Underlying Causes of Those Forms of Terrorism and Acts of Violence which Lie in Misery, Frustration, Grievance and Despair and which Cause Some People to Sacrifice Human Lives, Including Their Own, in an Attempt to Effect Radical Changes, United Nations G.A. 40/61 (1989);

- Human Rights and Terrorism, United Nations G.A. Res. 48/122 (1993);

- The Declaration on Measures to Eliminate International Terrorism, United Nations G.A. Res. 49/60, 49th Sess., 84th mtg. (1994);

- The Declaration on Measures to Eliminate International Terrorism, United Nations G.A. Res. 50/53 (1994);

- The International Convention for the Suppression of Terrorist Bombings, Art. 2.1 (1997);

- The Financing Convention.

**B.      Financing Terrorism Is A Violation Of The Law of Nations.**

1348.   The international community has universally condemned the financing of terrorism, thus incorporating this offense into the law of nations.

1349.   The following international conventions and/or United Nations Security Council Resolutions make clear that the prohibition against financing terrorism is incorporated into the law of nations:

- The Financing Convention;

- Resolution 1267 (1999) of October 15, 1999 on the freezing of the funds and other financial resources of the Taliban.

- Resolution 1269 (1999) of October 19, 1999 calling upon states to take steps to deny those who finance terrorist acts safe haven.

- Resolution 1333 (2000) of December 19, 2000 on the freezing of the funds and other resources of Usama bin Laden and the Al-Qaida organization.

- Resolution 1363 (2001) of July 30, 2001 on the establishment of a mechanism to monitor the implementation of measures imposed by Resolutions 1267 (1999) and 1333 (2000).

- Resolution 1373 (2001) of September 28, 2001 on threats to international peace and security caused by terrorist acts, and mandating the formation of the Counter-Terrorism Committee.

- Resolution 1377 (2001) of November 12, 2001 calling upon states to implement fully Resolution 1373 (2001).

- Resolution 1390 (2002) of January 16, 2002 effectively merging the freezing measures of Resolutions 1267 (1999) and 1333 (2000).

- Resolution 1455 (2003) of January 17, 2003 on measures to improve the implementation of the freezing measures of Resolutions 1267 (1999), 1333 (2000), and 1390 (2002).

- Resolution 1456 (2003) of January 29, 2003 reaffirming that "measures to detect and stem the flow of finance and funds for terrorist purposes must be urgently strengthened"; stating that states must "bring to justice those who finance…terrorist acts"; and urging states to become parties to the Financing Convention; calling on Counter-Terrorism Committee to intensify efforts to implement Resolution 1373 (2001).

- Resolution 1526 (2004) of January 30, 2004 calling upon states to implement fully Resolution 1373 (2001), and measures to improve the freezing measures of Resolutions 1267 (1999) and 1333 (2000).

- Resolution 1535 (2004) of March 26, 2004 calling upon states to implement fully Resolution 1373 (2001).

## C.    War Crimes Are Violations Of The Law Of Nations.

217

1350.   The commission of massacres, extra-judicial killings, murders, torture, forced disappearances, forced displacements, and other violent acts against civilians by the AUC are war crimes.  *See* Geneva Convention, Common Art. 3 (defining war crimes as inhumane acts committed against non-participants in an armed conflict).

1351.   The international community has universally condemned war crimes, thus incorporating the offense into the law of nations.

1352.   The following international conventions and/or United Nations Security Council Resolutions make clear that the prohibition against war crimes is incorporated into the law of nations:

- Geneva Convention, Common Art. 3.

- Convention Relative to the Protection of Civilian Person in Time of War, Art. 3, 6 U.S.T. 3516.

**D.      Crimes Against Humanity Are Violations Of The Law Of Nations.**

1353.   The commission of massacres, extra-judicial killings, murders, torture, forced disappearances, forced displacements, and other violent acts against civilians by the AUC are crimes against humanity.  *See* The Rome Statute of the International Criminal Court, U.N. GAOR, 52d Sess., Annex II, at 4, U.N. Doc. A/CONF.183/9 (1998), Art. 7 (defining crimes against humanity as acts "committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack").

1354.   The international community has universally condemned crimes against humanity, thus incorporating this offense into the law of nations.

1355.   The following international conventions and/or United Nations Security Council Resolutions make clear that the prohibition against crimes against humanity is incorporated into the law of nations:

- The Charter of the International Military Tribunal, Aug. 8, 1945, art. 6I, 59 Stat. 1546, 1547, E.A.S. NO. 472, 82 U.N.T.S. 284;

- The Statute of the International Criminal Tribunal for the Former Yugoslavia, Art. 5;

- The Statute of the International Criminal Tribunal for Rwanda, Art. 3;

- The Rome Statute of the International Criminal Court, Art. 7.

**E.     Official Torture Is A Violation Of The Law Of Nations.**

1356.   The commission of any act under color of law with the intention to inflict severe pain or suffering, whether physical or mental, in order to obtain information, obtain a confession, intimidate or coerce the person or a third person, or punish the person or a third person is torture. *See* The Declaration on the Protection of All Persons from Being Subjected to Torture, G.A. Res. 3452, art. 1, 30 U.N. CAOR Supp. (No. 34) 91, U.N. Doc. A/1034 (1975).

1357.   The international community has universally condemned torture, thus incorporating the offense into the law of nations.

1358.   The following international conventions and/or United Nations Security Council Resolutions make clear that the prohibition against torture is incorporated into the law of nations:

- The Universal Declaration of Human Rights, G.A. Res. 217(III)(A), U.N. Doc. A/810 (1948);

- The Declaration on the Protection of All Persons from Being Subjected to Torture, G.A. Res. 3452, 30 U.N. GAOR Supp. (No. 34) 91, U.N. Doc. A/1034 (1975);

- The American Convention on Human Rights, Art. 5, OAS Treaty Series N. 36 at 1, OAS Off. Rec. OEA/SER 4  v/II 23, doc. 21, rev 2 (English ed. 1975);

- The International Covenant on Civil and Political Rights, U.N. G.A. Res. 2200 (XXI)A, U.N. Doc. A/6316 (1966);

- The European Convention for the Protection of Human Rights and Fundamental Freedoms, Art. 3 Council of Europe, European Treaty Series No. 5 (1968), 213 U.N.T.S. 211);

- Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment pt. I, art. 1, 23 I.L.M. 1027 (1984), *as modified*, 24 I.L.M. 535 (1985).

**F.     Extra-Judicial Killing And Summary Execution Are Violations Of The Law Of Nations.**

1359.   The deliberate killing of a human being under color of law and without previous authorization by the judgment of a regularly constituted court affording all the judicial guarantees which are recognized as indispensable by civilized peoples constitutes the crime of extra-judicial killing or summary execution.  *See* Pub. L. No. 102-256, § 3(a), 106 Stat. 73 (1992), codified at 28 U.S.C. § 1350, notes (incorporating into United States law the definition of extra-judicial killing found in customary international law).

1360.    The international community has universally condemned extra-judicial killing and summary execution, thus incorporating the offense into the law of nations.

1361.   The following international conventions and/or United Nations Security Council Resolutions make clear that the prohibition against extra-judicial killing and summary execution is incorporated into the law of nations:

- The Fourth Geneva Convention, art. 3;

- Universal Declaration of Human Rights, G.A. Res. 217(III)(A), U.N. Doc. A/810 (1948);

- The International Covenant on Civil and Political Rights, U.N. G.A. Res. 2200 (XXI)A, U.N. Doc. A/6316 (1966);

- The European Convention for the Protection of Human Rights and Fundamental Freedoms, Art. 3 Council of Europe, European Treaty Series No. 5 (1968), 213 U.N.T.S. 211).

**FACTUAL ALLEGATIONS**

1362.   Chiquita is one of the largest banana producers in the world and a major supplier of bananas throughout Europe and North America.  In 2003, Chiquita reported revenues in excess of $2.6 billion.  For the year ending 2009, Chiquita had annual revenues in excess of $3.5 billion with a market capitalization of more than $690 million.  Chiquita currently has operations in more than eighty countries throughout the world.  At all times relevant to the allegations in this Complaint, Chiquita had operations in the Republic of Colombia.

1363.   Colombia is home to some of the most fertile and productive banana-growing lands in the Western Hemisphere.  The country's banana-growing regions are located in remote, rural areas of Colombia along the Caribbean coast near the city of Santa Marta and in the Urabá region.

1364.   Since 1899, Chiquita has been growing, exporting, and marketing bananas grown in Santa Marta.  Beginning in 1966, Chiquita expanded its banana operations to even more productive banana-growing lands located in the Urabá region.  Chiquita's operations in Colombia ultimately became the company's most profitable banana-growing business.

1365.   Beginning in or around the late 1970s or early 1980s, Colombia's long-running civil war spilled into the Santa Marta and Urabá banana-growing regions.  Leftist guerillas spread violence, fear, and labor strife throughout these regions.  The violence and instability created by the leftist guerillas directly and negatively impacted Chiquita's banana-growing operations.  Chiquita itself became a target of violence, kidnapping, and extortion by leftist guerillas.

1366.   To free itself from the influence and control of leftist guerilla groups operating in the Santa Marta and Urabá banana-growing regions, Chiquita began to fund, arm, and support

221

the AUC in an effort to eliminate and exterminate leftist guerillas, their sympathizers, and supporters in the banana-growing regions in order to create an environment where the company's banana-growing operations could flourish.

### A.   Participants In Colombia's Civil War.

1367.   For more than forty years, a state of open hostilities, armed conflict, and civil war has existed in Colombia (the "War").  The War is being waged by three primary groups:  the government of Colombia, leftist guerilla groups, and right-wing paramilitary groups.

### (1)   The Government of Colombia.

1368.   Colombia is a constitutional, multi-party, democratic republic.  Colombia is defending itself in the War against leftist guerilla groups that are seeking to overthrow the government through violence, armed conflict, and subversion.

1369.   Colombia participates in the War through its security forces, which include the military, national and local police forces, and the Department of Administrative Security ("DAS"), which is responsible for gathering intelligence and investigating violations of law relating to, among other things, national security.

1370.   At all times relevant to the allegations in this Complaint, Colombia's security forces were ineffective in the War.  The security forces frequently suffered embarrassing losses and were unable to protect Colombia's citizens, landowners, and businessmen from attack, murder, kidnapping for ransom, extortion, and other threats from leftist guerillas.  As a result, many Colombians believed that the leftist guerillas were winning the War.

### (2)   Leftist Guerillas.

1371.   At all times relevant to the allegations of this Complaint, two leftist guerilla groups were actively participating in the War against the government of Colombia.

1372.   The Revolutionary Armed Forces of Colombia (*Fuerzas Armadas Revolucionarias de Colombia*, or "FARC") is a Marxist-Leninist politico-military organization established by the military wing of the Colombian Communist Party in 1964 to conduct guerilla warfare against, and seize power from, the government of Colombia.  FARC is Colombia's largest and most active guerilla group.  In 2001, it was comprised of approximately 15,000 to 18,000 combatants who operated in more than 60 fronts.

1373.   The National Liberation Army (*Ejército Nacional de Liberación*, or "ELN") is a violent revolutionary Marxist guerilla group founded in 1964 by a pro-Cuban revolutionary group.  The ELN became the second largest guerilla group with approximately 4,000 combatants by 1999.

1374.   Both guerilla groups claimed to represent the rural poor in a struggle against Colombia's wealthier classes, aggressively opposed multinational corporations operating in Colombia, and fought against privatization of the country's natural resources, especially by foreign companies.

1375.   The guerilla groups financed their operations in the War through, among other things, kidnapping for ransom, bombing, extortion, drug trafficking, and "war taxes" collected from the wealthy.  They also regularly committed murder and destroyed business infrastructure as part of their strategy to maintain their control and influence over local residents and businesses operating in areas they controlled through the use of fear.

1376.   Colombian security forces were unable to defeat the leftist guerillas in the Santa Marta and Urabá banana-growing regions of Colombia, and were unable to protect landowners, businessmen, and foreign companies operating those areas from violence, kidnapping, or extortion perpetrated by the leftist guerillas.  In fact, Colombian security forces ceded control of

both regions to the FARC and the ELN from the 1980s through the mid-1990s, leaving the guerillas free to terrorize individuals and business operations in the area with impunity.

1377.   The guerilla's terrorist activities during the 1980s caused non-governmental organizations to declare the Urabá region the most violent place in the Western Hemisphere. The Colombian government declared the region a war zone.

1378.   In 1997, the United States Secretary of State officially declared both the FARC and the ELN to be Foreign Terrorist Organizations ("FTO") pursuant to 8 U.S.C. § 1189.  As of the date of this Complaint, both remain designated FTOs.  Both also continue to participate in the War and seek to overthrow the government of Colombia through violence, armed conflict, and subversion.

### (3)   The AUC.

1379.   The AUC was a violent, right-wing organization in Colombia.  The AUC participated in the War, fighting on the same side as the Colombian government and against the leftist guerillas.

1380.   The AUC was formed in or about April 1997 to organize and unite loosely-affiliated, regional paramilitary groups that had been formed during the 1980s by wealthy landowners, businessmen, and drug traffickers who were trying to defend themselves against attacks, kidnappings, and extortion by leftist guerillas.  The AUC actively fought against the leftist guerillas in the Santa Marta and Urabá banana-growing regions, as well as almost every other region of Colombia.

1381.   Before the AUC was organized, a regional paramilitary group called the Rural Self-Defense Group of Córdoba and Urabá (*Autodefensas Campesinas de Córdoba y Urabá*, "ACCU") operated in the banana-growing regions.  The ACCU was led by an individual named Carlos Castaño ("Castaño").  The ACCU became part of the AUC and Castaño became the

AUC's leader.  At all times relevant to the allegations in this Complaint, Castaño was the AUC's

leader.  For purposes of this Complaint, the term "AUC" shall refer to both the AUC and the

ACCU, together with any constituent parts of either paramilitary organization.

1382.   The AUC financed its participation in the War through its extensive involvement

in drug trafficking activities and from financial support it received from sponsors who financed

its operations in the War and paid for protection against leftist guerilla attacks, kidnappings, and

murders.  Sponsors included, among others, wealthy landowners, businessmen, and multinational

corporations, like Chiquita, with business operations in areas subject to the influence or control

of leftist guerillas.

1383.   From the time it was formed in 1997 until it began to demobilize in 2004, the

AUC grew rapidly.  In 1997, the AUC comprised approximately 4,000 combatants.  By 2001, the

AUC claimed to have approximately 11,000 combatants.  When the AUC began to demobilize in

2004, it claimed to have as many as 17,000 armed fighters with an additional 10,000 associated

members.

1384.   The AUC, like the paramilitary groups that preceded its formation, sided with the

Colombian government and became participants in the War against the leftist guerillas.  Because

it shared the Colombian government's objective in the War, the AUC consistently coordinated

operations with, and received training, equipment, and logistical support from, Colombia's

security forces, including the military, police forces, and DAS.

1385.   In addition to engaging the FARC and the ELN in direct combat, the AUC, and

the paramilitary groups that preceded its formation, participated in the War using strategies and

tactics that were illegal under both Colombian and international law.  Among other things, the

AUC:

a.      Attacked non-combatant civilians who were accused of being guerillas, guerilla sympathizers, or otherwise supporting guerillas.  As part of its strategy in the War, the paramilitary groups intentionally and deliberately targeted civilians to "cleanse" municipalities and villages of guerilla influences.  "Cleansing" involved the brutal execution, torture, and/or forced disappearance of individuals the paramilitary groups believed to be, in any way, involved with guerillas.  The cleansing operations targeted categories of people who were typically aligned with leftist political movements, such as labor union leaders and members, workers with ties to labor unions, community activists, human rights defenders, and politicians sympathetic to leftist causes.

b.      Used extraordinary brutality and violence against guerillas and civilians who were accused of being guerilla sympathizers and supporters.  The paramilitary groups intentionally and deliberately engaged in extra-judicial killings, massacres, rapes, kidnappings, forced disappearances, and forced displacements as a war strategy to ensure that civilians would never again join or support guerilla groups or causes.  To maximize fear and terror, the paramilitary groups often decapitated, tortured, and dismembered victims.  Among other atrocities, paramilitary units cut off heads and dismembered bodies with chainsaws, left limbs on fence posts, gutted pregnant women, poured acid on exposed flesh, and stripped and camouflaged bodies then booby trapped them with fragmentation grenades.

c.      Forcibly displaced entire communities of civilians.  The paramilitary groups intentionally and deliberately engaged in the forced displacement of entire communities of civilians as part of a war strategy intended to eliminate logistical support for leftist guerillas.  More than two million Colombians were driven from their homes and communities as a result of the paramilitary effort to defeat the leftist guerillas in the War.

226

d.      Attacked, killed, and forcibly disappeared socially undesirable civilians who were not guerillas or guerilla sympathizers.  As part of its strategy in the War, the paramilitary groups intentionally and deliberately targeted civilians to cleanse municipalities and villages of undesirable influences.  The "social cleansing" operations targeted individuals who were believed to be drug addicts, criminals, prostitutes, street children, homosexuals, and others deemed socially undesirable by the paramilitary groups.

e.      The tactics and strategies described in subparagraphs (a) through (d) are collectively referred to as the "Paramilitary Terrorism Tactics."

1386.   The Colombian security forces used, and directed the actions of, the AUC, and the paramilitary groups that preceded its formation, as allies, agents, partners, and military assets in the War against the leftist guerillas.  Colombian security forces deliberately used the paramilitary groups to employ tactics and carry out missions that would have been illegal under Colombian and international law.

1387.   The goals, strategies, and tactics of the paramilitary groups fighting leftist guerillas were widely reported by the news media and well known throughout Colombia and the world.

1388.   On September 10, 2001, the United States Secretary of State designated the AUC an FTO pursuant to 8 U.S.C. § 1189.  In making the FTO designation, the Secretary of State determined that the AUC threatened the national security of the United States and the safety of U.S. nationals.  As of the date this Complaint was filed, the AUC remains a designated FTO.

1389.   On October 31, 2001, the United States Secretary of State designated the AUC a Specially-Designated Global Terrorist ("SDGT"), pursuant to Executive Order 13224 issued by the President of the United States under authority conferred on him by the International Emergency Economic Powers Act, 50 U.S.C. § 1701, *et seq.*  In making the SDGT designation,

the Secretary of State found that the AUC had committed, or posed a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy or economy of the United States. As a result of the SDGT designation, it is a crime for any United States person to, among other things, willfully engage in transactions with the AUC, without having first obtained a license or other authorization from the United States Department of the Treasury.

1390. Around the same time that the United States made its designations, the European Union also designated the AUC as a terrorist organization.

**B.     A Symbiotic Relationship Existed Between The Government Of Colombia And The AUC.  Therefore, The AUC Was Acting Under The Color Of Law.**

1391. A symbiotic relationship existed between the government of Colombia and the AUC. The symbiotic relationship was so pervasive and intertwined that, at all times and in connection with all events relevant to the allegations in this Complaint, the AUC was acting under the authority or color of law. Paramilitary units were so deeply integrated into, and so highly coordinated with, the effort by Colombian security forces to defeat the leftist guerillas that they became known as the "Sixth Division" – referring to the paramilitaries' role as an additional division in Colombia's then official five-division army.

1392. The symbiotic nature of the relationship between the Colombian government and the AUC is demonstrated by, among other things, the following:

**(1)     The Colombian Military Created, Maintained, And Directed Paramilitary Groups As A Central Component Of The Colombian Government's Strategy To Defeat The Leftist Guerillas In The War.**

1393. The tactics employed by the FARC and the ELN in the War included terrorism against civilians and "hit and run" attacks against Colombian security forces. The leftist guerillas' tactics made it difficult for security forces to defend themselves and impossible for

228

them to protect landowners, businesses, and civilians.  The Colombian military lacked the
manpower, resources, or training to effectively fight guerilla warfare through the thousands of
kilometers of mountainous jungle terrain and remote rural areas where leftist guerillas
maintained strongholds.

1394.   In an effort to more effectively combat the leftist guerillas, Colombian security
forces, together with political and business leaders, organized private, highly mobile paramilitary
groups to hunt and exterminate guerillas and their sympathizers using tactics that were illegal
under Colombian and international law.  The tactics included the Paramilitary Terrorism Tactics.

1395.   The Colombian security forces' use of paramilitary groups to fight the FARC and
the ELN guerillas was consistent with counterinsurgency training and strategy adopted by the
military in previous years.  Consistent with its counterinsurgency strategy, the Colombian
security forces were legally authorized by Colombian law to organize, train, motivate, support,
and jointly operate with the paramilitary groups.

1396.   Paramilitary groups were organized, trained, and supported by the Colombian
military to operate as a central component in the Colombian government's strategy to defeat the
leftist guerillas in the War.  At all times relevant to the allegations in this Complaint, the
Colombian security forces used, supported, and directed paramilitary groups as allies, partners,
agents, and military assets in the War against leftist guerillas.

1397.   Joint operations and unity with Colombian security forces were facilitated by
manning paramilitary groups with active duty and retired military personnel, national police
officers, and other members of Colombia's security forces, as well as civilian fighters.  No clear
division existed between military units and paramilitary groups because active duty members of
Colombia's military regularly moved back and forth between military units and paramilitary

groups during the course of operations against suspected leftist guerillas, their sympathizers, and supporters.

1398.   Colombian security forces trained paramilitary groups.  Among others, the military trained Carlos Castaño, who helped organize the ACCU during the 1980s and became the AUC's leader in 1997.  The military trained other individuals specifically to organize and lead paramilitary groups in other parts of Colombia.

1399.   Colombian security forces armed paramilitary groups.  Among other things, the military provided paramilitary groups with arms and ammunition that were restricted by law to use by military personnel only.  The Colombian government also authorized its state-owned weapons and ammunitions manufacturer to sell arms to paramilitary groups so they could participate in the War.

1400.   Colombian security forces provided paramilitary groups with sophisticated communications equipment.  Colombian security forces gave paramilitary groups powerful two-way radios that allowed them to communicate with each other and with the Colombian military.

1401.   Colombian security forces and paramilitary groups shared intelligence. Paramilitary groups were used to gather intelligence about leftist guerillas and their sympathizers and supporters in the regions where they operated.  The paramilitary groups communicated their intelligence to military intelligence units and to the DAS.  Military intelligence and DAS units reciprocated by sharing intelligence information with the paramilitary groups, including but not limited to lists of individuals the Colombian government suspected of being leftist guerillas, sympathizers, or supporters.  Colombian security forces often directed the AUC to kill or torture the individuals identified on these lists.

1402.   Colombian security forces clothed paramilitaries with government authority. Military personnel entered villages and announced that the paramilitary groups accompanying

them were a legal organization supported by the Colombian government.  Thereafter, military personnel expressly instructed the local political leaders, police forces, and businessmen to collaborate with the paramilitaries, including providing financial support for the paramilitary groups.

1403.   Colombian security forces conducted joint operations with paramilitary groups as part of Colombian government's strategy to hunt and exterminate leftist guerillas, together with their sympathizers and supporters.  The military selected targets, planned operations with paramilitary leaders, and issued operational orders for carrying out the missions.  As part of the joint operations, paramilitary groups were assigned anti-guerilla operations that the military could not lawfully carry out and used Paramilitary Terrorism Tactics the military could not lawfully employ.  For example:

    a.    <u>The First Segovia Massacre</u>.

        i.    On November 11, 1988, the military and paramilitary groups participated in a joint operation against leftist guerillas and their sympathizers in the village of Segovia in the department of Antioquia.  Within an hour, forty-three people were massacred and forty-six others injured using Paramilitary Terrorism Tactics.  The military and paramilitary groups selected the victims by name using a prepared list of people suspected of being leftist guerillas or their sympathizers and supporters.

        ii.    The military facilitated the paramilitary units' entry into and exit from Segovia.  Three army officers and two police officers were indicted for their role in the massacre.

    b.    <u>La Honduras/La Negra Farms Massacres</u>.

        i.    On March 4, 1988, the military and paramilitary groups participated in massacres at two different farms in the department of Antioquia.  In the weeks

preceding the massacre, military personnel arrested some of the eventual victims and photographed them.  The military detained and tortured other individuals to obtain intelligence information about leftist guerillas.  On the day of the massacre, military and paramilitary soldiers searched for twenty men by name at the two farms.  Paramilitary groups executed the men.

ii.     A judicial investigation determined the massacre was a highly coordinated operation carried out jointly by a paramilitary group and four army brigades.

c.     The La Rochela Massacre.

i.     On January 18, 1989, paramilitary groups massacred two judges and ten investigators near La Rochela, in the Department of Santander.  The judges and investigators were, at the time, investigating the military's involvement with paramilitary groups' Paramilitary Terrorism Tactics.

ii.     An investigation linked the massacre to a paramilitary unit operating under orders from a battalion commander in the Colombian Army's Fourteenth Brigade.  A Colombian court determined that Colombian security forces had organized the massacre.

d.     The Second Segovia Massacre.

i.     On April 17, 1989, the evening before a strike organized by leftist guerillas, the military and paramilitary groups entered the municipality of Segovia for the second time.  Upon entering the town, the military forced residents of Segovia into their homes and took control of the village streets.  Leaflets signed by a paramilitary group were then posted on homes and businesses warning inhabitants not to participate in the strike.  On April 22, 1989, five days later, armed gunmen entered Segovia, executed fourteen people, and injured fifteen others.

      ii.     The military coordinated the transportation of the gunmen used during the April 22, 1989 massacre, housed them at a nearby military base until the massacre, and then facilitated their entry into and exit from Segovia.

1404.   By the end of 1989, paramilitary units were responsible for dozens of massacres and hundreds of killings.  Throughout this period of time, Colombian security forces maintained a symbiotic relationship with paramilitary groups in many of Colombia's administrative departments – including Antioquia, the administrative department in which the Urabá banana-growing region is located, and Magdalena, the administrative department in which the Santa Marta banana-growing region is located.

      **(2)**    **The Colombian Government Enacted Legislation To Continue Using Paramilitary Groups As A Central Component In Its Strategy To Defeat Leftist Guerillas.**

1405.   The Paramilitary Terrorism Tactics used by the military and paramilitary groups during the War caused an outcry in the international community.  Foreign nations, non-governmental organizations, and human rights advocates expressed concern that the military's close involvement with paramilitary groups indicated that the Colombian government was promoting war crimes, crimes against humanity, human rights abuses, and other violations of international law.

1406.   In June 1989, the Colombian government responded to international pressure by making it a crime for anyone, including Colombia's security forces, to recruit, train, promote, organize, finance, or belong to paramilitary groups.  ("Anti-Paramilitary Law").

1407.   When it enacted the Anti-Paramilitary Law, the government of Colombia was incapable of defeating the leftist guerillas in the War and also incapable of protecting wealthy Colombians, landowners, and businesses, including multinational corporations like Chiquita,

from attack and extortion by leftist guerillas.  Without paramilitary groups, the Colombian government could not guarantee public safety.

1408.   After enacting the Anti-Paramilitary Law, the Colombian government continued using paramilitary groups as a central component of its strategy in the War through new regulations and legislation that authorized security forces to continue organizing, training, arming, directing, and jointly operating with paramilitary groups and that also authorized landowners and businessmen to lawfully continue financing paramilitary operations.

> **(i)   Defense Ministry Order 200-05/91 Authorized Security Forces To Continue Using Paramilitary Groups To Carry Out The Colombian Government's War Strategy.**

1409.   In May 1991, the Colombian Defense Ministry promulgated Order 200-05/91, which authorized the military to create, control, and operate civilian intelligence networks for the specific purpose of combating leftist guerillas.  In all material respects, Order 200-05/91 constituted formal authorization for Colombian security forces and paramilitary groups to continue their already existing symbiotic relationship.  For example, under Order 200-05/91:

a.   Intelligence network members and operations were covert;

b.   The intelligence networks employed active duty officers, retired military personnel, and civilians.

c.   Division and brigade commanders, or their equivalents, had operational command and control responsibility for the intelligence networks.

d.   Security forces were authorized to recruit, select, organize, train, equip, arm, and direct members of the intelligence networks.

e.   The military were authorized to "establish the targets and the technique to use" in connection with intelligence network operations.

234

f.      The military continued to notify municipalities and villages that the paramilitaries working with them were lawful organizations supported by the government and continued to instruct landowners and businessmen to pay paramilitaries to support their efforts in the War instead of paying leftist guerilla "war taxes."

g.      Colombian security forces were authorized to continue sharing intelligence with paramilitary units.  This intelligence included but was not limited to lists identifying the names of suspected leftist guerillas and their sympathizers and supporters.

h.      The military continued to select individuals for assassination and assign paramilitary groups the task of carrying out the assassinations.

1410.   Under Order 200-05/91, Colombian security forces continued using paramilitary groups as military assets in the War, continued directing their operations, and continued to assign them missions that required using Paramilitary Terrorism Tactics that were unlawful under Colombian and international law.

### (ii)     *Convivir* Legislation Was Enacted To Continue The AUC's Central Role In The Colombian Government's War Strategy.

1411.   By 1994 leftist guerilla violence was continuing to increase, particularly in remote, rural areas of Colombia, including the banana-growing regions in Santa Marta and Urabá.

1412.   In February 1994, the Colombian government enacted Decree 356 of 1994, which authorized civilians in high-risk areas to create private security services, called *convivir*, for their own protection.  Like Order 200-05/91, Decree 356 provided a legal framework for the Colombian government to continue using paramilitary groups as a central component in its strategy to defeat the leftist guerillas and to protect wealthy Colombians, landowners, and businesses, including multinational corporations like Chiquita, from attack and extortion.

1413.   Decree 356 continued and magnified the symbiotic relationship between Colombian security services and paramilitary groups.  The Decree continued the symbiotic relationship by giving *convivir* an organizational and operational structure that paralleled the paramilitary model.  Furthermore, the Decree magnified the symbiotic relationship by giving *convivir* explicit government support.  For example, under Decree 356:

> a.      Wealthy individuals, landowners, and businesses, including multinational corporations like Chiquita, were legally authorized to create and sponsor a *convivir* in high-risk or combat areas where the Colombian government could not guarantee public safety.

> b.      *Convivir* sponsors, including multinational corporations like Chiquita, were legally authorized to finance the *convivir* operations by making payments directly to them.

> c.      *Convivir* members were authorized to carry arms and protect their sponsors by engaging leftist guerillas.

> d.      The identity of *convivir* members was a secret known only to the Colombian security forces and local police chiefs.

> e.      An agency of the Colombian Defense Ministry was directly responsible for licensing and supervising *convivir*.

> f.      The Colombian military was actively involved in organizing *convivir*.

> g.      *Convivir* members were retired soldiers who had been recommended to the *convivir* by Colombian military commanders in the local area.

> h.      The Colombian military was legally authorized to arm *convivir* with weapons and ammunition that would otherwise have been restricted only to military use.

> i.      *Convivir* members and sponsors were connected by and communicated with two-way radios.

       j.     *Convivir* conducted intelligence operations and shared intelligence with the Colombian military and local police.

       k.     *Convivir* worked closely with Colombian security forces and with local police to jointly patrol the area of their responsibility and jointly respond to aggression by leftist guerillas and other emergencies.

       l.     *Convivir* participated in joint operations against leftist guerillas.  Often, Colombian security forces assigned *convivir* to fight battles because they had better resources and were able to use Paramilitary Terrorism Tactics that were unlawful under Colombian and international law.

       m.     *Convivir* participated in security meetings with local officials.

1414.   In the Santa Marta and Urabá banana-growing regions, political, military, and business leaders knew that all of the *convivir* belonged to, and were operated by, the AUC.   By authorizing the funding, arming, and sharing of intelligence with *convivir*, leaders in those regions knowingly and deliberately used *convivir* groups to continue the symbiotic relationship between the Colombian government and paramilitary groups.  Furthermore, political and military leaders in those areas intended that the AUC actively participate in the War and combat leftist guerillas, their sympathizers, and their supporters through *convivir*.

      **(3)     As Part Of The Government's War Strategy, Colombian Security Forces Continued To Jointly Plan And Carry Out Operations With Paramilitary Groups Using Paramilitary Terrorism Tactics.**

1415.   After implementing Order 200-05/91 and Decree 356, the Colombian government continued to use the AUC as a central component in its strategy for defeating the FARC and the ELN in the War.  Among other things, Colombian security forces continued to jointly plan, coordinate, and carry out operations with paramilitary groups, including engaging

paramilitary groups to carry out assignments using Paramilitary Terrorism Tactics that were unlawful under Colombian and international law.

1416.   In 1997, and at other times relevant to the allegations in this Complaint, the Colombian military and the AUC planned, coordinated, and participated in joint offensives against leftist guerillas.  According to AUC leaders, the joint offensives were designed to conquer various regions of Colombia and also to deny leftist guerillas future logistical support by forcing residents to abandon villages that were sympathetic to the leftist guerillas.

1417.   The military selected targets for attack, coordinated the attacks with paramilitary leaders, issued operating orders to paramilitary groups, and provided logistical support for the attacks.  Colombian security forces also provided paramilitary groups with arms, equipment, and intelligence to carry out the operations.

1418.   In connection with the operations, the AUC was operating under the direction of, and in coordination with, Colombian security forces.

1419.   In connection with the operations, the AUC was given assignments that required the use of Paramilitary Terrorism Tactics.

1420.   In connection with the operations, Colombian security forces participated in the Paramilitary Terrorism Tactics.  For example:

        a.       The Mapiripán Massacre.

           i.       In July 1997, as part of a coordinated offensive against leftist guerillas, the Colombian Army's Seventeenth Brigade and the AUC participated in a joint operation in Mapiripán, in the department of Meta.  As determined by the Inter-American Court of Human Rights, the military and AUC jointly and meticulously planned the operation over the course of several months.  According to AUC leaders, Mapiripán was selected as a target

because it was a cocaine trade center used as a source of income for leftist guerillas.  The operation was intended to deprive leftist guerillas of an important source of financing.

        ii.      The military facilitated and participated in the operation.  Among other things, it permitted the AUC to make "irregular flights" from Urabá and land at a civilian airport under military control in Meta.  The military provided military vehicles to transport the AUC fighters from the airport to Mapiripán.  When the AUC surrounded Mapiripán on July 15, 1997, they wore uniforms that were exclusively used by the military, had weapons and munitions restricted to military use, and used high frequency radios.

        iii.     Over the course of seven days, the AUC tortured, dismembered, eviscerated, and decapitated at least forty-nine people in Mapiripán.  Despite repeated requests from residents, including a municipal judge, the military waited one week before entering Mapiripán.  Before entering, helicopters were permitted to land in Mapiripán and fly an injured AUC fighter out of the area.

      b.      <u>The El Aro Massacre</u>.

        i.      In October 1997, the Army's Fourth Brigade and the AUC participated in an offensive in the village of El Aro, in the department of Antioquia.  Like the Mapiripán massacre, the military and AUC leaders planned the offensive over the course of several months.

        ii.      As the offensive began, the Colombian Army established a perimeter to prevent entry into or escape from the village while the AUC was inside.  The Army maintained the perimeter for five days.  During that time, the AUC executed at least eleven people, forcibly disappeared more than thirty other people, burned forty-seven of the sixty-eight houses, looted stores, and destroyed water pipelines.  At least one victim was tied to a tree and

tortured by having his eyes gouged out and his testicles cut off.  After the massacre, the AUC forced most of the residents to leave the area.

           iii.        Several members of the Army and local police were charged with participating in the massacre.

      c.        The El Salado Massacre.

           i.        In February 2000, the military and the AUC participated in an offensive in the village of El Salado, in the Bolivar department.  As with other massacres, military and AUC leaders jointly planned the offensive in advance.  El Salado was chosen as a target for the operation because of the area's long-standing, strong leftist guerilla presence.

           ii.        In February 2000, approximately three hundred paramilitary troops entered the village, announced themselves, and used a list of names to summon individuals believed to be leftist guerillas, or their sympathizers and supporters, to a basketball court used as the village square.  Over the course of three days, the AUC executed, tortured, and raped civilians.  By the time they left, the AUC had killed at least 36 people.  Some were shot after being tortured.  Others were stabbed or beaten to death.  Others were strangled.

           iii.        Shortly after the AUC troops entered the village, the military set up roadblocks and prevented anyone from entering the village or attempting to rescue the residents. The military maintained the roadblock for three days and did not enter the village until approximately one hour after the AUC had departed.  In addition, when one of the AUC fighters was injured while trying to drag victims from their home, a helicopter was allowed to fly into the village to rescue him.

      d.        The Chengue Massacre.

           i.        On January 17, 2001, the military, local police, and the AUC participated in an offensive in the village of Chengue, in the Sucre department.

ii.      On January 17, 2001, approximately eighty AUC fighters entered the village and rounded up the men.  Shortly thereafter, the AUC troops killed twenty-four people by smashing their skulls with stones and a sledgehammer.

iii.      One of the perpetrators later testified that the massacre was organized by, among others, police and Colombian Navy officials.

1421.   In addition to joint operations against entire villages and municipalities, the military and the AUC also jointly planned and coordinated the selective assassination of suspected leftist guerillas and their sympathizers and supporters.  Military intelligence units selected the individuals for assassination then hired and paid AUC gunmen using authority given to them under Order 200-05/91.

1422.   In 1997, a colonel in the Colombian military confirmed to the United States Department of State that Colombian security forces and paramilitary units had been "cooperating for a number of years."  He also informed the United States that the level of cooperation between the military and the AUC in the Santa Marta and Urabá regions had "gotten much worse" since 1996.  The increase in the level of cooperation coincided with the time period military and AUC leaders began planning and implementing their offensive to drive leftist guerillas out of the banana-growing regions.

1423.   As a result of the joint military-paramilitary operations, leftist guerillas were defeated and driven out of various regions of Colombia, including the banana-growing regions in Santa Marta and Urabá.

1424.   As a further result of the joint military-paramilitary operations, the individuals identified in Paragraphs 9 to 252 of this Complaint were killed, injured, or forcibly disappeared during the course of efforts by Colombian security forces and the AUC to defeat the leftist guerillas using Paramilitary Terrorism Tactics.

**(4)   As Part Of The Colombian Government's War Strategy, Traditional Governmental Functions And Roles Were Ceded To The AUC.**

1425.   As an additional part of its plan for defeating the FARC and the ELN, the Colombian government ceded control of traditional state functions to the AUC in remote, rural areas regained from leftist guerillas.  Control of these areas was ceded to the AUC because Colombian security forces were incapable of guaranteeing public safety or preventing the leftist guerillas from returning.  Therefore, the Colombian government deliberately used the AUC to maintain control, increase public safety, and protect civilians and businesses from guerilla attack and extortion in areas regained from the leftist guerillas.

1426.   In conformity with the plan, the Colombian government and security forces ceded control of the Santa Marta and Urabá banana-growing regions to the AUC.  As a consequence, the AUC became the state in Santa Marta and Urabá.

1427.   When fulfilling its state functions, the AUC operated in public, often located its headquarters inside municipalities, and worked in open coordination with local political, military, and police leaders.

1428.   The AUC set up secure perimeters to protect villages and municipalities from attacks by leftist guerillas who were seeking to regain control of the area.  The AUC also established visible bases and maintained check points along public roads.  The military and police forces regularly passed through, and cooperated with, the AUC check points.

1429.   The AUC continued to share information and coordinate operations with the military to maintain control and protect the area from guerilla attack.  In fulfilling this state function, the AUC notified the military of any leftist guerilla presence in the area and aided the military if it was attacked.

1430.   The AUC assumed police authority and became local law enforcement agents responsible for identifying, locating, and punishing criminals.

1431.   The AUC also functioned, from time to time, as judges to resolve local disputes between residents in the communities.

1432.   The AUC used Paramilitary Terrorism Tactics in order to drive the leftist guerillas out of the banana-growing regions, to maintain control over those regions after regaining control, and to carry out the traditional state functions ceded to it by the Colombian government.

1433.   As a result of the Colombian government ceding traditional state functions to the AUC, the individuals identified in Paragraphs 9 to 252 of this Complaint were killed, injured, or forcibly disappeared by the AUC's use of Paramilitary Terrorism Tactics.

### (5)   Paramilitarism Was More Than A War Strategy.  It Was State Policy.

1434.   According to sworn testimony given by a new AUC leader, Salvatore Mancuso, paramilitarism was "state policy" in the Republic of Colombia during all times relevant to the allegations in this Complaint.

### (i)   Leaders Integrated The AUC Into The Political Process.

1435.   The symbiotic relationship between the Colombian government and the AUC extended to local, regional, and national political leaders, including those from the Santa Marta and Urabá banana-growing regions.  Relationships with political leaders integrated the AUC into the political process and gave it the ability to influence decision- and policy-making at all levels of government.

1436.   On September 28, 2000, AUC leaders and approximately four hundred municipal and provincial authorities met in the town of Chivolo, in the Magdalena department.  During the meeting, AUC and Magdalena political leaders, among other things, jointly agreed to politically

support a governor and various congressmen who were affiliated with the AUC.  ("Pact of Chivolo").

1437.   At another point in time during 2000, AUC leaders and regional candidates for gubernatorial and mayoral offices met in a southern region of Colombia to allocate political support, public contracts, and public resources.

1438.   At another point in time during 2001, AUC leaders and congressmen for the department of Antioquia met in Puerto Berio to allocate political support, public contracts, and public resources.

1439.   At another point in time during 2001, AUC leaders and candidates for mayoral and congressional offices met in the town of Pivijay, in the department of Magdalena.  During the meeting, AUC and Magdalena political leaders agreed to support, among other things, a joint political campaign with the AUC in connection with mayoral and congressional offices in the department.

1440.   On July 23, 2001, approximately forty AUC and political leaders, including seven members of congress, four senators, two governors, five mayors, met in the town of Santa Fe de Ralito in the department of Córdoba.  ("Pact of Ralito").  In the meeting, the AUC and political leaders, among other things, jointly agreed to "refound[] the country," develop and sign a new social contract, and maintain national independence.

> **(ii)     Political, Military, And Intelligence Leaders Integrated The AUC Into All Levels Of The Colombian Government.**

1441.   According to information developed through an investigation being conducted by the Attorney General and Supreme Court of Colombia, there has been an ongoing, long-term collaboration between high-ranking government officials and the AUC.  The collaboration

consisted of systemic efforts by officials at all levels and all branches of Colombian government to ally with, aid, and support the AUC.

1442.   The investigation has targeted political leaders at all levels of government.  As of April 2008, approximately 62 members of Congress were officially suspected of cooperating and collaborating with the AUC and its operations.  Thirty-three lawmakers, including the cousin of Colombian President Alvaro Uribe, were in jail awaiting trial.  In addition, many local government officials have also been identified as collaborating and cooperating with the AUC in their local areas, including governors, mayors, and police officials in the political departments where the decedents in this case resided and were murdered.

1443.   The investigation has also targeted a large number of military personnel who had collaborated with, and directed the operations of, the AUC over a long period of time.  The investigation included military officers who collaborated and coordinated with the AUC in the Santa Marta and Urabá banana-growing regions and who engaged in Paramilitary Terrorism Tactics.  Among others currently in custody after being charged with participating in Paramilitary Terrorism Tactics is General Rito Alejo del Rio Rojas, who was responsible for military operations in the Urabá banana-growing region from 1995 through 1997.  According to AUC leaders, the coordination and support provided by General del Rio were among the most important factors allowing the AUC to oust the FARC and the ELN guerillas from Urabá.  Because of his substantial support and coordination, General del Rio became known as the "father of paramilitaries."

1444.   The investigation has also revealed extensive collaboration between the DAS and the AUC in Paramilitary Terrorism Tactics.  Among other things, the DAS shared intelligence information concerning leftist guerillas and suspected sympathizers, altered or erased the histories of AUC members contained in government intelligence databases, and collaborated

concerning support for candidates in municipal, gubernatorial, and presidential elections, including elections in departments where Plaintiffs or their deceased family members lived and worked.

### C. Chiquita Purposefully Aided And Abetted The AUC's Use Of The Paramilitary Terrorism Tactics.

1445.   Until approximately 1997, leftist guerillas controlled the rural northern areas of Colombia, including the banana-growing regions in and around Santa Marta and Urabá.

1446.   At all times relevant to the allegations in this Complaint, the Colombian security forces were unable to defeat the leftist guerillas operating in the banana-growing regions and were unable to protect landowners and businesses from guerilla attacks, kidnappings for ransom, massacres, murders, and extortion.   The Colombian security forces effectively ceded control of the banana-growing regions to the FARC and the ELN.

1447.   Without any opposition from Colombian security forces, leftist guerillas in the Santa Marta and Urabá banana-growing regions created an environment of violence, fear, and danger.   Landowners and businesses were regularly subjected to kidnappings for ransom, murders, property damage, extortion, and war taxes.   Banana workers and citizens in communities surrounding the banana farms were repeatedly subjected to murder, torture, and massacre by leftist guerillas.

1448.   In or around 1982, Chiquita stopped banana operations in Colombia, in part because of the political turmoil and violence pervading the banana-growing regions.

1449.   In 1989, Chiquita returned to Colombia and resumed banana operations in Santa Marta and Urabá.   Upon returning, Chiquita formed Banadex to control all of its business operations in Colombia.   By the mid-1990s, all of Chiquita's Colombian subsidiaries were consolidated under the management of Banadex and its general manager.

246

1450.   Chiquita purchased a large number of banana farms and became a large landowner with approximately 9,500 acres of farmland in the Santa Marta and Urabá banana-growing regions.

1451.   Chiquita also steadily increased its workforce to support its expanding banana operations.  By the mid-1990s, it employed, through Banadex, approximately 4,000 people in the banana-growing regions.

1452.   At the time it resumed operations in Colombia, Chiquita knew that leftist guerillas controlled the banana-growing regions in and around Santa Marta and Urabá.  Chiquita knew the leftist guerillas were hostile to its business interests.  Chiquita knew the leftist guerillas would demand the payment of war taxes and that the leftist guerillas controlled the banana-growing regions through almost daily acts of violence, including murder, kidnapping for ransom, and extortion.

1453.   At the time it resumed operations in Colombian, Chiquita knew that its executives, employees, and property would be subject to attack by leftist guerillas.

1454.   Notwithstanding its knowledge, Chiquita first resumed, and then steadily expanded, banana operations in the leftist guerilla-controlled banana-growing regions in and around Santa Marta and Urabá.  Chiquita knew it would be required to deal with the FARC and the ELN guerillas in the course of operating its business.

> **(1)    FARC And Other Leftist Guerillas Damaged Chiquita's Banana Operations By Creating A Hostile And Dangerous Environment In Santa Marta and Urabá.**

1455.   Shortly after Chiquita resumed business operations in Santa Marta and Urabá, FARC and ELN guerillas began killing Chiquita's banana workers and causing damage to its physical infrastructure.

247

1456.   In and around the same period of time, the FARC began to extort Chiquita by demanding payments from the company.  Chiquita executives understood that the FARC intended to kidnap its employees if the payments were not made.

1457.   In order to continue doing business in the Colombian banana-growing regions, Chiquita began making regular payments to FARC and other leftist guerilla groups.  At various times, Chiquita also made payments to the ELN.  High-ranking officers in Chiquita's world-wide headquarters were informed of, and approved, payments to the FARC and the ELN.

1458.   Chiquita made regular payments to the FARC and the ELN from in or about 1989 through in or about 1997, when the FARC and the ELN controlled the Santa Marta and Urabá banana-growing regions.

1459.   Notwithstanding regular payments, the FARC and the ELN guerillas continued to violently attack banana workers and infrastructure.  The attacks significantly affected Chiquita's operations in the Santa Marta and Urabá banana-growing regions.

1460.   In 1990 or 1991, leftist guerillas kidnapped Chiquita's security director in Colombia and held him for ransom.  Chiquita was forced to negotiate for the director's release.

1461.   Between 1991 and 1997, leftist guerillas kidnapped and held for ransom at least three other Chiquita employees.

1462.   In or about 1992, the ELN destroyed Chiquita's wharf in the city of Turbo.

1463.   During the four months between September and December 1993, leftist guerillas killed more than 220 banana workers in the Urabá region.  Even though the area was experiencing high unemployment rates, the frequent slaughter of banana workers by the FARC and the ELN made it difficult for banana growers to find enough employees willing to work.  According to press reports, the leftist guerilla-fueled violence resulted in a twenty percent reduction in the production and export of bananas from Urabá.

248

1464.   During 1993, leftist guerillas forcibly shut down operations at a number of banana farms, preventing landowners and banana workers from cultivating the land.  According to press reports, growers expected the leftist guerilla violence to reduce banana production for the year by up to twenty-five percent in comparison to the previous year.

1465.   In 1995, leftist guerillas bombed a packing station owned and operated by Chiquita.

1466.   On August 30, 1995, seventeen banana workers were massacred during a raid on a banana plantation by leftist guerrillas with automatic weapons.  The guerillas lashed the banana workers hands behind their back, forced them to lay face-down on a muddy soccer field, then shot them in the head.

1467.   On August 31, 1995, banana workers went on strike to demand protection from leftist guerillas.  The strike shut down all banana operations in the Urabá region.  At the time of the strike, Urabá accounted for 70% of all banana exports from Colombia.

1468.   On September 20, 1995, leftist guerillas massacred twenty-six banana workers. Leftist guerillas made the workers lie down in a ditch beside the road and then shot them, point blank, in the back of the head.  Leftist guerillas captured and shot the workers only a few minutes' drive from a military base.

1469.   The violence caused even more banana workers to flee Urabá.  As a result, Chiquita and other banana producers continued to encounter difficulty finding enough employees.  According to press reports, growers and producers in the area expected banana production to drop by twenty-five percent in comparison to the previous year.

1470.   In 1996, leftist guerillas bombed another packing station owned and operated by Chiquita.

249

1471.   In or around 1996 or 1997, leftist guerillas ambushed, shot, and wounded Chiquita's Colombian Quality Control Director and his bodyguard while they were inspecting banana farms in a company car.  The leftist guerillas spared the Quality Control Director's life only after discovering that he was not the general manager of Banadex, who was their intended target and was reportedly Chiquita's most senior employee in Colombia.

1472.   In or around 1996 or 1997, leftist guerillas ambushed two cars carrying the general manager of Banadex and Chiquita executives who were traveling to a company farm in Santa Marta.  The leftist guerillas opened fire on both cars with automatic weapons.  Chiquita's employees escaped unharmed and evaded capture only because they were inside bullet-proof vehicles.

(2)   Colombian Security Forces Were Incapable Of Defending Chiquita Against Leftist Guerilla Attacks.

1473.   At all times relevant to the allegations in this Complaint, Colombian security forces were incapable of defending Chiquita, its executives, employees, and infrastructure, from attacks by FARC and ELN guerillas.

1474.   Local and national law enforcement agencies were incapable of defending Chiquita against the FARC and the ELN guerillas.  Local law enforcement agencies lacked the weapons, training, and personnel to successfully confront the leftist guerillas.  In addition, the effectiveness of most local police agencies was degraded by rampant corruption.  The national police force was equally ineffective at confronting leftist guerillas and incapable of defending Chiquita from attack.

1475.   Colombia's military could not defend Chiquita.  In fact, the military was unable to defend itself from attack by leftist guerillas.  Throughout the 1980s and 1990s, the FARC and the

250

ELN regularly attacked military bases, killed soldiers, and stole weapons, munitions, and equipment.

1476.   On several occasions, the Colombian Army demonstrated its inability to protect Chiquita from attack by leftist guerillas.  For example, following the destruction of its wharf in Turbo, Chiquita asked the military for help.  The military informed Chiquita that it could not respond promptly because it did not have flashlights and fuel.

1477.   In late 1994, the military notified Chiquita that intelligence indicated that leftist guerillas intended to attack two Chiquita facilities.  In a January 8, 1995 letter concerning the impending attacks, Brigadier General Alvarez Vargas of the Colombian Army informed the company that the military could not provide protection.  Instead, General Alvarez recommended that the company "make a greater commitment to increase and improve [its] own security."

> (3)   Chiquita Agreed To Provide The AUC With Practical Assistance And Material Support To Pacify The Banana-Growing Regions.

1478.   In late 1996 or early 1997, the Banadex general manager, and another Chiquita employee from Colombia, participated in a meeting of banana growers to discuss security issues arising from leftist guerilla activity in the Santa Marta and Urabá regions.  The meeting was also attended by Carlos Castaño, the leader of the AUC. ("Castaño Meeting").

1479.   Chiquita's employees recognized Castaño and were familiar with the AUC. Among other things, they knew the AUC was a participant in the War against the leftist guerillas. They also knew that the AUC used the Paramilitary Terrorism Tactics as part of its strategy for defeating the leftist guerillas and protecting landowners and businesses.  From information widely reported in the Colombian media, Chiquita's employees knew that the AUC's tactics included, among other things, massacres, extra-judicial killings, forced disappearances, torture, and forced displacements.

251

1480.   During the Castaño Meeting, Castaño told Chiquita's executives that the AUC had begun a sustained offensive to drive the leftist guerillas out of the Santa Marta and Urabá regions.  Because of what they knew about Castaño and the AUC, Chiquita's executives understood that the AUC intended to use the Paramilitary Terrorism Tactics.

1481.   Castaño asked Chiquita to support the AUC in its War effort against the leftist guerillas in two ways.  First, Castaño asked Chiquita to stop making payments to the leftist guerillas.  Second, Castaño asked Chiquita to begin paying the AUC.

1482.   Castaño informed Chiquita's executives that the AUC would use money it received from Chiquita to finance Paramilitary Terrorism Tactics that would be used to drive the leftist guerillas out of the Santa Marta and Urabá banana-growing regions; protect the company, its executives, employees, and infrastructure from future attacks by leftist guerillas; and create a business and work environment that would enable Chiquita's Colombian banana-growing operations to thrive.

1483.   At the Castaño Meeting, and at all relevant times thereafter, Chiquita took sides with the AUC in the War against the leftist guerillas and helped to finance and assist the AUC's efforts in that War.

1484.   At the Castaño Meeting, and at all relevant times thereafter, Chiquita agreed, and acted with the intent, to aid and abet the AUC's use of Paramilitary Terrorism Tactics to drive leftist guerillas out of, and maintain control over, the Santa Marta and Urabá banana-growing regions.

1485.   Following the Castaño Meeting, Chiquita knowingly and intentionally provided practical assistance and material support to enable the AUC to use Paramilitary Terrorism Tactics for the purpose of (i) driving leftist guerillas out of the Santa Marta and Urabá banana

regions; (ii) maintaining control over the banana-growing regions; and (iii) creating an environment where the company's banana-growing operations could prosper.

1486. According to information developed by the Attorney General for the Republic of Colombia, the agreement between Chiquita and the AUC constituted a "criminal relationship" to bring about the "bloody pacification" of the banana-growing regions.

1487. The assistance provided by Chiquita had a substantial effect on the AUC's ability to successfully employ the Paramilitary Terrorism Tactics in the two regions. Chiquita knew the AUC was using its assistance to employ the Paramilitary Terrorism Tactics.

(4)     Chiquita Purposefully Assisted The AUC When It Made More Than 100 Payments Totaling Over $1.7 Million Between 1996 And 2004.

1488. For more than seven years – from in or about 1996 through on or about February 4, 2004 – Chiquita, through Banadex, paid money to the AUC in Santa Marta and Urabá. Chiquita paid the AUC, directly or indirectly, nearly every month. From in or about 1996 through on or about February 4, 2004, Chiquita made over 100 payments to the AUC totaling over $1.7 million.

(i)     High-Ranking Company Officers And Directors Knew That The AUC Engaged In The Paramilitary Terrorism Tactics And Approved The Payments.

1489. Chiquita's payments to the AUC were reviewed and approved by senior executives of the corporation, including high-ranking officers, directors, and employees. No later than in or about September 2000, Chiquita's senior executives knew that the corporation was paying the AUC and that the AUC was a violent, paramilitary organization led by Carlos Castaño. An in-house attorney for Chiquita conducted an internal investigation into the payments and provided a high-ranking officer in the company with a memorandum detailing that investigation. The results of that internal investigation were discussed at a meeting of the Audit

Committee of the Board of Directors in the company's Cincinnati headquarters in or about September 2000.

1490.   For several years, from in or about 1996 until April 2002, Chiquita paid the AUC by check through various convivir in both the Santa Marta and Urabá regions.  The checks were nearly always made out to the convivir and were drawn from Banadex's bank accounts.  Chiquita recorded these payments in its corporate books and records as "security payments" or payments for "security" or "security services."

1491.   In or about April 2002, Chiquita seated a new Board of Directors and Audit Committee following its emergence from bankruptcy.

1492.   On or about April 23, 2002, at a meeting of the Audit Committee of the Board of Directors in Chiquita's Cincinnati headquarters, the Audit Committee adopted new procedures for secretly paying the AUC.  Pursuant to the new procedures, Chiquita's executives in Colombia would issue checks payable to an individual employee who would endorse the checks.  After converting the check to cash, another Chiquita employee in Colombia was assigned to deliver the funds, in cash, to the AUC.

1493.   Beginning in or about June 2002, Chiquita began paying the AUC in the Santa Marta region of Colombia directly, secretly, and in cash according to new procedures established by Chiquita's senior executives.  The Chiquita employee to whom the AUC checks were made payable maintained a private ledger of the payments that did not reflect that the AUC was the ultimate and intended recipient of the payments.

        (ii)      Chiquita Continued To Assist The AUC Even After The United States Government Designation Made The Payments A Felony.

1494.   The United States government designated the AUC as an FTO on September 10, 2001.  That designation was well publicized in the American public media.  The AUC's

designation was first reported in the national press by the Wall Street Journal and New York Times, among others, on September 11, 2001.  It was later reported in the local press in Cincinnati, Ohio where Chiquita's headquarters were located.  The Cincinnati Post reported the AUC's FTO designation on October 6, 2001, and the Cincinnati Enquirer reported the designation on October 17, 2001.  The AUC's designation was even more widely reported in public media in Colombia.

1495.   Chiquita had information about the AUC'S designation as an FTO specifically and global security threats generally through an Internet-based, password-protected subscription service that it paid money to receive.  On or about September 30, 2002, a Chiquita employee, from a computer within Chiquita's Cincinnati headquarters, accessed the service's "Colombia-Update page," which contained the following reporting on the AUC.

"US terrorist designation

International condemnation of AUC human rights abuses culminated in 2001 with the US State Department's decision to include the paramilitaries in its annual list of foreign terrorist organizations.  This designation permits the US authorities to implement a range of measures against the AUC, including denying AUC members US entry visas; freezing AUC bank accounts in the US; and barring US companies from contact with the personnel accused of AUC connections."

1496.   Even after learning that the United States government had formally designated the AUC as an FTO, Chiquita continued to make payments to the AUC in the Santa Marta and Urabá regions of Colombia without applying for a required government license.  From on or about September 10, 2001, through on or about February 4, 2004, Chiquita made 50 payments to the AUC totaling over $825,000.

      (iii)    Chiquita Continued To Assist The AUC Against The Advice Of Its Outside Counsel In The United States.

1497.   On or about February 20, 2003, high-ranking officers and employees of Chiquita spoke with attorneys in the District of Columbia office of a national law firm ("outside counsel")

about the United States government's designation of the AUC as an FTO and Chiquita's ongoing payments to the AUC.

1498.   Beginning on or about February 21, 2003, outside counsel advised Chiquita that the payments were illegal under United States law and that Chiquita should immediately stop paying the AUC directly or indirectly.  Among other things, outside counsel, in words and in substance, advised Chiquita:

- "<u>Must</u> stop payments."
  (notes, dated February 21, 2003)

- "<u>Bottom Line:  CANNOT MAKE THE PAYMENT</u>"
  "Advised NOT TO MAKE ALTERNATIVE PAYMENT through CONVIVIR"
  "General rule:  Cannot do indirectly what you cannot do directly"
  "Concluded with:  CANNOT MAKE THE PAYMENT"
  (memo, dated February 26, 2003)

- "You voluntarily put yourself in this position.  Duress defense can wear out through repetition.  Buz [business] decision to stay in harm's way.  Chiquita should leave Columbia."
  (notes, dated March 10, 2003)

- "[T]he company should not continue to make the Santa Marta payments, given the AUC's designation as a foreign terrorist organization[.]"
  (memo, dated March 11, 2003)

- "[T]he company should not make the payment."
  (memo, dated March 27, 2003)

1499.   Chiquita ignored the legal advice of its outside counsel and continued to make unlawful payments to the AUC.  In February and March 2003, Chiquita made cash payments to the AUC totaling $36,871.

1500.   On or about April 3, 2003, a member of the board of directors and a high-ranking officer reported to the full board of directors that Chiquita was making payments to a designated FTO.  The board agreed to disclose the payments to the DOJ.

1501.   On or about April 4, 2003, according to the notes of Chiquita's outside counsel concerning a discussion about the AUC payments, high-ranking Chiquita executives were of the opinion to "just let them sue us, come after us."

1502.   On or about April 8, 2003, high-ranking Chiquita executives instructed the company to continue making make payments to the AUC.

1503.   On or about April 24, 2003, a director and high-ranking officer of Chiquita, together with Chiquita's outside counsel, met with DOJ officials.  The DOJ officials told Chiquita that the company's payments to the AUC were illegal and could not continue.

1504.   However, Chiquita continued to make payments to the AUC.  Between May 12, 2003 and September 1, 2003, Chiquita made nine cash payments totaling approximately $140,866.

1505.   On or about September 8, 2003, Chiquita's outside counsel advised Chiquita in writing that DOJ officials had repeatedly stated that they could not condone current or future payments to the AUC.

1506.   Despite this warning, Chiquita continued to make payments to the AUC. Between September 8, 2003 and December 16, 2003, Chiquita made six cash payments totaling approximately $126,250.

1507.   On or about December 22, 2003, a member of Chiquita's board of directors warned other board members in an email that the company appeared to be "committing a felony" by continuing to make the AUC payments.

1508.   Despite this warning, Chiquita continued to make payments to the AUC. Between December 22, 2003 and February 4, 2004, Chiquita made three more cash payments to the AUC totaling approximately $43,023.

1509.   On March 13, 2007, the United States filed a criminal information against Chiquita in the United States District Court for the District of Columbia.

1510.   On or about March 19, 2007, Chiquita pleaded guilty to one count of Engaging in Transactions with a Specially-Designated Global Terrorist, in violation of 50 U.S.C. § 1705(b) and 31 C.F.R 594.204.  In conformity with its plea agreement, Chiquita agreed to a criminal fine of $25 million and was placed on corporate probation for a period of five years.

1511.   The financial assistance Chiquita provided to the AUC had a substantial effect on the AUC's ability to carry out its plan to drive leftist guerillas out of the Santa Marta and Urabá banana-growing regions and its ability to maintain control after regaining the regions from the leftist guerillas.

1512.   According to Jose Gregorio Mangones Lugo ("Mangones"), an AUC leader of the William Rivas Front in the Santa Marta banana region, the income the AUC received from Chiquita was essential to its operations in the area.  In a normal month, eighty to ninety percent of the income for the William Rivas Front came from banana companies, including Chiquita. The William Rivas Front used the funds it received from Chiquita to pay salaries for paramilitary soldiers, purchase weapons and supplies for the soldiers, and to provide transportation for its operations.  Without the payments from Chiquita, the AUC's William Rivas Front could not have prosecuted the War and used the Paramilitary Terrorism Tactics.

1513.   According to Mangones, during the period of time Chiquita made payments to the AUC, the AUC killed many civilians in the Santa Marta region as part of what the AUC "had to do in order to win" the War against the leftist guerillas.  Among those killed by the AUC were some individuals targeted for assassination by Chiquita executives in Colombia.

1514.   Chiquita made the payments to the AUC for the purpose of facilitating the AUC's ability to combat the leftist guerillas and employ the Paramilitary Terrorism Tactics for which it

258

had become notorious, including massacres, extra-judicial killings, forced disappearances, torture, and forced displacements of civilians accused of being leftist guerillas and their sympathizers or supporters.

1515.   As a result of the funding it received from Chiquita, the AUC had the resources needed to carry out the War against leftist guerillas, their sympathizers, and supporters and to maintain control over the banana-growing regions.

1516.   As a result of the funding it received from Chiquita, the AUC killed, injured, or forcibly disappeared the individuals identified in Paragraphs 9 to 252 of this Complaint using Paramilitary Terrorism Tactics.

>    (5)    Chiquita Purposefully Assisted The AUC When It Facilitated The
>            Shipment Of Arms And Ammunition Through Its Turbo Port Facilities.

1517.   Chiquita facilitated the AUC's use of Paramilitary Terrorism Tactics by making its seaport facilities in the city of Turbo available to the AUC for illegal arms shipments. Chiquita purposefully made its seaport available in order to assist the AUC in driving leftist guerillas out of the Santa Marta and Urabá banana-growing regions and maintaining control over the regions so the company's banana-growing operations could prosper.

1518.   In 2001, the Nicaraguan National Police made arrangements to exchange 3,000 AK-47 assault rifles and 5 million rounds of ammunition for weapons more suited to police work.  The Nicaraguan National Police employed a private Guatemalan arms dealer to handle the exchange.   The arms dealer, in turn, arranged to sell the AK-47 assault rifles and ammunition for $575,000 to an arms merchant based in Panama acting on behalf of the AUC.

1519.   In November 2001, a vessel named the "Otterloo" left Nicaragua with Panama as its declared destination carrying the assault rifles and ammunition.  Instead of sailing to Panama, the Otterloo traveled to Turbo, Colombia.

259

1520.   Bills of lading, shipping invoices, and other documents identified Chiquita as the intended recipient of the arms and ammunition shipment.

1521.   The arms and ammunition were off-loaded at sea from the Otterloo onto Chiquita's barges by Chiquita's employees and brought to Chiquita's private warehouse facility where they were stored for a period of time.  Chiquita employees and/or agents supervised a fictitious inspection of the shipping containers and arranged to load the weapons and ammunition onto trucks for delivery to the AUC.

1522.   A formal report by a General Secretariat of the Organization of American States concluded that the transfer of arms and ammunition to AUC could not have occurred without accomplices in Turbo.

1523.   Plaintiffs are informed and believe that Chiquita facilitated at least four more arms and ammunition shipments through its Turbo port facilities.  According to an interview with the Colombian newspaper El Tiempo, Castaño boasted in response to a question about the Otterloo incident, "This is the greatest achievement by the AUC so far.  Through Central America, five shipments, 13 thousand rifles."

1524.   Chiquita was aware that it had substantially assisted the AUC's use of Paramilitary Terrorism Tactics by helping them acquire a large number of military-grade assault rifles together with a large quantity of ammunition for those rifles.  The arms had a substantial effect on the AUC's ability to carry out its strategy to drive leftist guerillas out of the Santa Marta and Urabá banana-growing regions and to, thereafter, maintain control over the regions through the use of Paramilitary Terrorism Tactics.

1525.   As a result of obtaining weapons with assistance from Chiquita, the AUC had the resources needed to carry out the War against leftist guerillas, their sympathizers, and supporters and to maintain control over the banana-growing regions.

1526.   As a further result of obtaining weapons with assistance from Chiquita, the AUC killed, injured, or forcibly disappeared the individuals identified in Paragraphs 9 to 252 of this Complaint using Paramilitary Terrorism Tactics.

> (6)   Chiquita Purposefully Assisted The AUC When It Facilitated The Shipment Of Narcotics Through Its Turbo Port Facilities.

1527.   Chiquita also purposefully assisted the AUC by allowing it to use the company's private seaport facilities to smuggle large quantities of illegal drugs, especially cocaine, out of Colombia.

1528.   According to Colombian prosecutors, the AUC shipped drugs on Chiquita's boats carrying bananas to Europe.  AUC leaders have stated that the AUC tied drugs to the hulls of banana ships at high sea to evade security agencies' control points.  On seven different occasions, the Colombian government seized cocaine hidden in banana shipments on Chiquita's boats.  More than one and one-half tons of cocaine has been found hidden in the company's produce, valued at over $33 million dollars.  Two of the ships on which drugs were found were named the Chiquita Bremen and the Chiquita Belgie.

1529.   Upon information and belief, drug shipments could not have been attached to Chiquita's banana boats, or hidden in the cargo, without the active collusion or willful ignorance of Chiquita employees.

1530.   Chiquita knew the AUC obtained large sums of money from its illegal drug trafficking activities.  Chiquita also knew the AUC used the money it obtained from drug trafficking activities to finance its participation in the War, including its use of the Paramilitary Terrorism Tactics.  Chiquita purposefully allowed the AUC to use its banana boats and ships to help the AUC acquire money that could be used to support and facilitate its effort to drive leftist

guerillas out of the Santa Marta and Urabá banana-growing regions and to, thereafter, maintain control over the regions using the Paramilitary Terrorism Tactics.

1531.   By providing the AUC with access to its private port at Turbo and to freighters that are owned, operated, or controlled by the company, Chiquita had a substantial effect on the AUC's ability to carry out its plan to drive leftist guerillas out of the Santa Marta and Urabá banana-growing regions and to maintain control over the regions.

1532.   As a result of the funding it derived from drug trafficking activities carried out with assistance from Chiquita, the AUC had the resources needed to carry out the War against leftist guerillas, their sympathizers, and supporters and to maintain control over the banana-growing regions.

1533.   As a further result of the funding it derived from drug trafficking activities carried out with assistance from Chiquita, the AUC killed, injured, or forcibly disappeared the individuals identified in Paragraphs 9 to 252 of this Complaint using Paramilitary Terrorism Tactics.

> D.   Chiquita Took Sides With The AUC For The Benefits It Would Receive From The Defeat And Expulsion Of Leftist Guerillas, Sympathizers, And Supporters In The Banana-growing Regions.

1534.   As a result of purposefully providing assistance and material support to the AUC, Chiquita received significant benefits arising from the AUC's use of the Paramilitary Terrorism Tactics to drive the leftist guerillas, and their sympathizers and supporters, out of the Santa Marta and Urabá banana-growing regions.  Chiquita received additional benefits when the AUC used the Paramilitary Terrorism Tactics to maintain control over the banana-growing regions.

1535.   Because the AUC succeeded in driving the leftist guerillas out of the banana-growing regions, Chiquita executives in Colombia were no longer in constant danger of being kidnapped and held for ransom.  Chiquita's executives were no longer subject to great risk of

being shot and killed by leftist guerillas.  The AUC also protected Chiquita's banana workers from attacks by leftist guerillas.

1536.   The AUC used Paramilitary Terrorism Tactics to ensure that local people living in the banana-growing regions would never again entertain the idea of supporting or joining the leftist guerillas.

1537.   The AUC guarded Chiquita's farms and infrastructure to protect them from being bombed, burned or destroyed by leftist guerillas.  The AUC stopped common criminals from hijacking banana shipments, looting company storage facilities, or damaging company infrastructure.  The AUC also provided armed escorts to accompany major bananas shipments from the farm to storage facilities and then from storage facilities to the port for shipping.

1538.   Chiquita also used the AUC to resolve complaints and problems with banana workers and labor unions.  Among other things, when individual banana workers became "security problems," Chiquita notified the AUC, which responded to the company's instructions by executing the individual.  According to AUC leaders, a large number of people were executed on Chiquita's instructions in the Santa Marta region.

1539.   The AUC also helped Chiquita by "pacifying" the labor union that represented banana workers in the region by assassinating its leftist president and installing a new union leader that would represent both the workers and Chiquita.  Following the assassination, the AUC continued to oversee the labor unions on Chiquita's behalf to ensure that union members did not attempt to take advantage of the company.

1540.   Throughout the period of time it made payments to the AUC, Chiquita and the AUC communicated regularly to identify problems and resolve problems.

1541.   As the AUC took and maintained control over the banana-growing regions, land prices improved and became stable, benefiting large landowners like Chiquita.

1542.   By 2003, Chiquita's operations in the Santa Marta and Urabá regions were the company's most profitable banana-producing operation anywhere in the world.

## GENERAL ALLEGATIONS

1543.   At all times relevant to this Complaint, Chiquita knew that the AUC was a violent paramilitary organization continually engaging in terrorism, brutal crimes, and human rights violations against civilians in Colombia using the Paramilitary Terrorism Tactics.  The Paramilitary Terrorism Tactics were inflicted under color of law and under color of official authority, and/or in conspiracy with, and/or in a joint criminal enterprise with, and/or in concert with, and/or on behalf of those acting under color of official authority.  The AUC carried out its activities with the approval and cooperation of official government security forces, pursuant to the overall war strategy of the Colombian government.  Moreover, high-ranking officials from across the Colombian government collaborated with the AUC, including at least fourteen members of Congress, seven former lawmakers, the head of the secret police, military general and officers, mayors, and former governors.  Furthermore, the AUC's activities were facilitated by Chiquita's payments to the AUC's convivir, which were licensed by and operated with the express authority of the Colombian government.  Through its payments to the AUC and by allowing the AUC to use its Turbo seaport facilities for illegal drug and arms shipments, Chiquita purposefully aided and abetted the Paramilitary Terrorism Tactics.

1544.   The acts described herein were conducted in the course of an internal armed conflict as part of the Colombian government's war strategy.  The AUC and other paramilitaries were parties to this armed conflict and engaged in combat with guerrilla forces on behalf of the government; they committed the abuses against Plaintiffs and their deceased family members as part of their prosecution of this conflict.  The AUC and other paramilitaries were engaged in this conflict in partnership with the Colombian military.  The acts described herein were part of a

264

widespread and systematic attack by the AUC against the civilian population of the banana-growing regions, as well as against several discrete sub-populations, including but not limited to leftist politicians, labor organizers, community activists, persons considered socially undesirable, and suspected guerrilla sympathizers.  This attack spanned a large swath of land in Colombia, resulted in the deaths of thousands of individuals, and was directed by a centrally-commanded paramilitary organization in coordination and cooperation with Colombian government and security forces.  At all relevant times, Chiquita had knowledge of the Colombian government's symbiotic relationship with the AUC and the AUC's use of Paramilitary Terrorism Tactics to carry out the War.

1545.   The attacks on Plaintiffs and their deceased family members described herein were part of a pattern and practice of systematic human rights violations paid for, facilitated, condoned, confirmed, aided and abetted, and/or ratified by Chiquita and/or committed in conspiracy with the AUC.

1546.   As a direct and proximate result of Chiquita's unlawful conduct, Plaintiffs have suffered and will continue to suffer harm including pain and suffering, personal injuries, property damage, harm to their livelihoods, and extreme and severe mental anguish and emotional distress.  Plaintiffs are thereby entitled to general and compensatory damages in amounts to be proven at trial.

1547.   Plaintiffs' causes of action arise under and constitute torts under, among others, the following laws and treaties:

      a.     Alien Tort Claims Act, 28 U.S.C. § 1350;

      b.     Torture Victims Protection Act, Pub. L. No. 102-256, 106 Stat. 73 (1992), codified at 28 U.S.C. § 1350, notes;

      c.     The Law of Nations;

d.      United Nations Charter, 59 Stat. 1031, 3 Bevans 1153 (1945);

e.      Universal Declaration of Human Rights, G.A. Res. 217A(iii), U.N. Doc. A/810 (1948);

f.      International Covenant on Civil and Political Rights, G.A. Res. 2220A(xxi), 21 U.N. Doc., GAOR Supp. (No. 16) at 52, U.N. Doc. A/6316 (1966);

g.      Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res 39/46, 39 U.N. Doc., GAOR Supp. (No. 51) at 1100, U.N. Doc. A/39/51 (1984);

h.      Declaration on the Protection of All Persons From Being Subjected to Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 3452, 30 U.N. Doc., GAOR Supp. (No. 34) at 91, U.N. Doc. A/10034 (1976);

i.      International Convention for the Suppression of Terrorist Bombings, G.A. Res. 164, U.N.  GAOR 52nd Sess., U.N. Doc. A/RES/52/164 (1998), 37 I.L.M. 249 (1998) ("Bombing Convention").

j.      International Convention for the Suppression of the Financing of Terrorism, 39 I.L.M 270 (December 9, 1997); G.A. Res. 54/109, 1 UN Doc. A/RES/54/109 (December 1, 1999);

k.      Common article 3 of the 1949 Geneva Conventions; Articles 4 and 13 of the 1977 Geneva Protocol II;

l.      The Anti-Terrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 (1996);

m.      Customary international law;

n.      Common law of the United States of America;

o.      Statutory and common law of the State of Ohio; and

266

p.    The Laws of Colombia.

1548.   Legal action by Plaintiffs in Colombia would be futile.  In June 2004, Chiquita sold its Colombian subsidiary, Banadex.  On information and belief, Chiquita no longer owns any production operations in Colombia and is not subject to service there.  Furthermore, the political and legal system in Colombia is characterized by virtual impunity for the crimes of paramilitaries and those who assist them.  The vast majority of arrest warrants for paramilitary leaders are never carried out, and when such figures are arrested they are frequently released or allowed to escape from security facilities.  Military officers accused of collaboration with paramilitaries are routinely exonerated or given token sentences by military courts.  Prosecutors, investigators, and judicial officials who pursue cases of human rights abuses implicating paramilitaries are subject to death threats and assassinations, and many have had to resign or flee the country as a result.

1549.   Legal action by Plaintiffs in Colombia would also result in serious reprisals. Individuals who seek redress for paramilitary crimes committed against them or their family members are regularly targeted for further retributive violence.

1550.   Chiquita took active steps to conceal its payments and other forms of support to the AUC.  In fact, during a 60 Minutes report broadcast by CBS News, Chiquita's Chief Executive Officer, Fernando Aguirre, admitted that Chiquita hid the payments to terrorists so well that "if we hadn't gone to the Justice Department, we probably would not be talking about this whole issue.  No one would know about this."

1551.   Chiquita's concealment had the effect of preventing Plaintiffs from learning that Chiquita was responsible for their injuries. Plaintiffs were unaware of Chiquita's support of the AUC until sometime after Chiquita's guilty plea in March of 2007.

1552.   Chiquita's concealment of its role in the deaths of Plaintiffs' decedents and Plaintiffs' injuries prevented Plaintiffs from filing their claims at an earlier date.

1553.   Plaintiffs were additionally unable to bring suit in Colombia or the United States until 2007 due to the poor security situation and the danger of reprisals, to which Chiquita's support of the AUC contributed.

1554.   Several of the AUC units active in the banana-growing region did not demobilize until 2006.

1555.   Throughout this period, paramilitaries continued to kill and make threats against civilians in the banana-growing region.  In 2006, several human rights workers received death threats, including lawyers challenging paramilitary violence.

CLAIMS FOR RELIEF

FIRST CLAIM FOR RELIEF
(Financing Terrorism)

1556.   Plaintiffs repeat and reallege the allegations in each of the preceding paragraphs as if fully set forth herein.

1557.   Financing terrorism is a violation of the law of nations, and thus a violation of 28 U.S.C. § 1350.  Financing terrorism is also a violation of international law, the common law of the United States and the State of Ohio, the laws of Colombia, and the international treaties, agreements, conventions, and resolutions identified in this Complaint.

1558.   The AUC was a terrorist organization, and has been designated as such by the United States and the European Union since 2001.

1559.   The Paramilitary Terrorism Tactics used by the AUC constitute terrorism in that they are (i) violent acts, or acts dangerous to human life, that were intended to intimidate or coerce a civilian population or influence the policy of a government and/or (ii) criminal acts

268

intended or calculated to create a state of terror in the minds of particular persons, a particular group of persons, or the general public.

1560.   The AUC killed or forcibly disappeared the Plaintiffs' deceased family members or seriously injured the Plaintiffs using the Paramilitary Terrorism Tactics.

1561.   Chiquita knew the AUC was a terrorist organization and knew it used the Paramilitary Terrorism Tactics as part of a war strategy to defeat leftist guerillas and to maintain control over areas it regained.

1562.   Chiquita financed terrorism, in violation of the law of nations, by knowingly making over one hundred payments totaling more than $1.7 million to the AUC between 1996 and 2004.

1563.   Chiquita made the payments with the intention that the funds be used, in full or in part, by the AUC to carry out the Paramilitary Terrorism Tactics during the War against the FARC and the ELN guerillas, their sympathizers, and supporters and to help the AUC maintain control over the banana-growing regions.

1564.   Chiquita purposefully made the payments to the AUC with the knowledge and intention that the AUC engage in the Paramilitary Terrorism Tactics that resulted in the death, forced disappearance, or serious injury of the Plaintiffs or their deceased family members.

1565.   The agreement between Chiquita and the AUC constituted a criminal relationship to bring about the bloody pacification of the banana-growing regions.

1566.   As a proximate result of Chiquita's payments to the AUC, the Plaintiffs have suffered serious physical and mental injuries.  Among other things, the Plaintiffs' deceased family members have been killed, or forcibly disappeared, or the Plaintiffs have been seriously injured by the AUC's terrorism using the Paramilitary Terrorism Tactics.

1567.   As a result of Chiquita's unlawful financing of terrorism, the Plaintiffs are entitled to compensatory and punitive damages in an amount in excess of $75,000 per plaintiff.

SECOND CLAIM FOR RELIEF
(Aiding And Abetting Terrorism In Violation Of The Law Of Nations)

1568.   Plaintiffs repeat and reallege the allegations in each of the preceding paragraphs as if fully set forth herein.

1569.   Terrorism is a violation of the law of nations, and thus a violation of 28 U.S.C. § 1350.  Terrorism is also a violation of international law, the common law of the United States and the State of Ohio, the laws of Colombia, and the international treaties, agreements, conventions, and resolutions identified in this Complaint.

1570.   The Paramilitary Terrorism Tactics used by the AUC constitute terrorism in that the Tactics were used with the intent to cause death or serious bodily injury to civilians, or to other persons not taking an active part in open hostilities, and with the purpose that the acts intimidate a population to act or abstain from acting.

1571.   The AUC engaged in terrorism using the Paramilitary Terrorism Tactics.

1572.   Chiquita knew the AUC engaged in terrorism using the Paramilitary Terrorism Tactics as a part of a strategy to defeat leftist guerillas and to maintain control over areas it regained.

1573.   Chiquita aided and abetted terrorism, in violation of the law of nations, by, among other things, knowingly and intentionally (i) making over one hundred payments totaling more than $1.7 million to the AUC between 1996 and 2004; (ii) allowing its seaport facilities to be used by the AUC to unlawfully receive shipments of military-grade firearms; and (iii) allowing its ships and seaport facilities to be used by the AUC to ship narcotics throughout the world.

270

1574.   Chiquita acted with the purpose of facilitating the AUC's engagement in terrorism through use of the Paramilitary Terrorism Tactics to wage the War against the leftist guerillas, their sympathizers, and supporters and to maintain control over the banana-growing regions.

1575.   The financial and other support Chiquita provided the AUC substantially assisted the AUC in engaging in terrorism through the use of the Paramilitary Terrorism Tactics that resulted in the death, forced disappearance, or serious injury of the Plaintiffs or their deceased family members.

1576.   The agreement between Chiquita and the AUC constituted a criminal relationship to bring about the bloody pacification of the banana-growing regions.

1577.   As a proximate result of Chiquita's conduct, the Plaintiffs have suffered serious physical and mental injuries.  Among other things, the Plaintiffs' deceased family members have been killed, or forcibly disappeared, or the Plaintiffs have been seriously injured, by the AUC's terrorist acts.

1578.   As a result of Chiquita aiding and abetting the AUC's terrorism, the Plaintiffs are entitled to compensatory and punitive damages in an amount in excess of $75,000 per Plaintiff.

THIRD CLAIM FOR RELIEF
(Aiding And Abetting Crimes Against Humanity)

1579.   Plaintiffs repeat and reallege the allegations in each of the preceding paragraphs as if fully set forth herein.

1580.   Crimes against humanity are violations of the law of nations, and thus a violation of 28 U.S.C. § 1350.  Crimes against humanity are also violations of international law,

the common law of the United States and the State of Ohio, the laws of Colombia, and the international treaties, agreements, conventions, and resolutions identified in this Complaint.

1581.   The Paramilitary Terrorism Tactics used by the AUC constitute crimes against humanity in that the Tactics included murder, extra-judicial killing, enslavement, arbitrary arrest and detention, kidnapping, forced disappearances, forcible displacement, torture, rape, and other inhumane acts that were committed by the AUC as part of a widespread or systematic attack directed at a civilian population.

1582.   The AUC committed crimes against humanity using the Paramilitary Terrorism Tactics during the course of the War and in furtherance of their objectives in the War.

1583.   Chiquita knew the AUC committed crimes against humanity using the Paramilitary Terrorism Tactics as a part of a strategy to defeat leftist guerillas and to maintain control over the banana-growing regions.

1584.   Chiquita aided and abetted crimes against humanity, in violation of the law of nations, by, among other things, knowingly and intentionally (i) making over one hundred payments totaling more than $1.7 million to the AUC between 1996 and 2004; (ii) allowing its seaport facilities to be used by the AUC to unlawfully receive shipments of military-grade firearms; and (iii) allowing its ships and seaport facilities to be used by the AUC to ship narcotics throughout the world.

1585.   Chiquita acted with the purpose of facilitating the AUC's commission of crimes against humanity through use of the Paramilitary Terrorism Tactics against leftist guerillas, their sympathizers, and supporters and to maintain control over the banana-growing regions.

1586.   The financial and other support Chiquita provided the AUC substantially assisted the AUC in committing crimes against humanity through the use of the Paramilitary

Terrorism Tactics that resulted in the death, forced disappearance, or serious injury of the Plaintiffs or their deceased family members.

1587.   The agreement between Chiquita and the AUC constituted a criminal relationship to bring about the bloody pacification of the banana-growing regions.

1588.   As a proximate result of Chiquita's conduct, the Plaintiffs have suffered serious physical and mental injuries.  Among other things, the Plaintiffs' deceased family members have been killed, or forcibly disappeared, or the Plaintiffs have been seriously injured, by the AUC's crimes against humanity.

1589.   As a result of Chiquita aiding and abetting the AUC's crimes against humanity, the Plaintiffs are entitled to compensatory and punitive damages in an amount in excess of $75,000 per Plaintiff.

FOURTH CLAIM FOR RELIEF<br>(Aiding And Abetting War Crimes)

1590.   Plaintiffs repeat and reallege the allegations in each of the preceding paragraphs as if fully set forth herein.

1591.   War crimes are a violation of the law of nations, and thus a violation of 28 U.S.C. § 1350.  War crimes are also violations of international law, the common law of the United States and the State of Ohio, the laws of Colombia, and the international treaties, agreements, conventions, and resolutions identified in this Complaint.

1592.   The Paramilitary Terrorism Tactics used by the AUC constitute war crimes in that the Tactics included murder, mutilation, cruel treatment, torture, kidnapping and hostage taking, outrages upon personal dignity, extra-judicial killing, forced disappearances, forcible displacement, rape, and other degrading acts that were committed by the AUC against non-combatants during the course of the War.

273

1593.   The AUC committed war crimes using the Paramilitary Terrorism Tactics to further their objectives in the War.

1594.   Chiquita knew the AUC committed war crimes using the Paramilitary Terrorism Tactics as a part of a strategy to defeat leftist guerillas and to maintain control over areas it regained.

1595.   Chiquita aided and abetted the AUC's war crimes, in violation of the law of nations, by, among other things, knowingly and intentionally (i) making over one hundred payments totaling more than $1.7 million to the AUC between 1996 and 2004; (ii) allowing its seaport facilities to be used by the AUC to unlawfully receive shipments of military-grade firearms; and (iii) allowing its ships and seaport facilities to be used by the AUC to ship narcotics throughout the world.

1596.   Chiquita acted with the purpose of facilitating the AUC's commission of war crimes through use of the Paramilitary Terrorism Tactics to wage the War against the leftist guerillas, their sympathizers, and supporters and to maintain control over the banana-growing regions.

1597.   The financial and other support Chiquita provided the AUC substantially assisted the AUC in committing war crimes through the use of the Paramilitary Terrorism Tactics that resulted in the death, forced disappearance, or serious injury of the Plaintiffs or their deceased family members.

1598.   The agreement between Chiquita and the AUC constituted a criminal relationship to bring about the bloody pacification of the banana-growing regions.

1599.   As a proximate result of Chiquita's conduct, the Plaintiffs have suffered serious physical and mental injuries.  Among other things, the Plaintiffs' deceased family

members have been killed, or forcibly disappeared, or the Plaintiffs have been seriously injured by the AUC's war crimes.

1600.   As a result of Chiquita aiding and abetting the AUC's war crimes, the Plaintiffs are entitled to compensatory and punitive damages in an amount in excess of $75,000 per plaintiff.

FIFTH CLAIM FOR RELIEF
(Aiding And Abetting Extra-Judicial Killings)

1601.   Plaintiffs repeat and reallege the allegations in each of the preceding paragraphs as if fully set forth herein.

1602.   Extra-judicial killing, or summary execution, is a violation of the law of nations, and thus a violation of 28 U.S.C. § 1350.  Extra-judicial killing is also a violation of international law, the common law of the United States and the State of Ohio, the laws of Colombia, and the international treaties, agreements, conventions, and resolutions identified in this Complaint.

1603.   The Paramilitary Terrorism Tactics used by the AUC constitute extra-judicial killing in that the AUC deliberately killed the Plaintiffs' deceased family members under color of law and without previous authorization by the judgment of a regularly constituted court affording all the judicial guarantees which are recognized as indispensable by civilized peoples.

1604.   When the AUC used the Paramilitary Terrorism tactics to deliberately kill the Plaintiffs' deceased family members without previous judicial authorization, the AUC was acting under the color of law.

1605.   The AUC killed the Plaintiffs' deceased family members using the Paramilitary Terrorism Tactics to further their objectives in the War and to maintain control over areas it had regained.

275

1606.   Chiquita knew the AUC engaged in the extra-judicial killings using the Paramilitary Terrorism Tactics as a part of a strategy to defeat leftist guerilas and to maintain control over the areas it regained.

1607.   Chiquita aided and abetted the AUC's extra-judicial killings, in violation of the law of nations, by, among other things, knowingly and intentionally (i) making over one hundred payments totaling more than $1.7 million to the AUC between 1996 and 2004; (ii) allowing its seaport facilities to be used by the AUC to unlawfully receive shipments of military-grade firearms; and (iii) allowing its ships and seaport facilities to be used by the AUC to ship narcotics throughout the world.

1608.   Chiquita acted with the purpose of facilitating the AUC's commission of extra-judicial killings during the War using the Paramilitary Terrorism Tactics against leftists guerilas, their sympathizers, and supporters and to maintain control over the banana-growing regions.

1609.   The financial and other support Chiquita provided the AUC substantially assisted the AUC in committing extra-judicial killings using the Paramilitary Terrorism Tactics that resulted in the death of Plaintiffs' deceased family members.

1610.   The agreement between Chiquita and the AUC constituted a criminal relationship to bring about the bloody pacification of the banana-growing regions.

1611.   As a proximate result of Chiquita's conduct, the Plaintiffs have suffered serious physical and mental injuries.  Among other things, the Plaintiffs' deceased family members have been killed by the AUC.

1612.   As a result of Chiquita aiding and abetting the AUC's extra-judicial killing, the Plaintiffs are entitled to compensatory and punitive damages in an amount in excess of $75,000 per plaintiff.

276

SIXTH CLAIM FOR RELIEF
(Aiding And Abetting Torture)

1613.   Plaintiffs repeat and reallege the allegations in each of the preceding paragraphs as if fully set forth herein.

1614.   Torture is a violation of the law of nations, and thus a violation of 28 U.S.C. § 1350.  Torture is also a violation of international law, the common law of the United States and the State of Ohio, the laws of Colombia, and the international treaties, agreements, conventions, and resolutions identified in this Complaint.

1615.   The Paramilitary Terrorism Tactics used by the AUC constitute torture in that the AUC intentionally inflicted severe pain or suffering, physically and mentally, on the Plaintiffs or their deceased family members in order to obtain information, obtain a confession, intimidate or coerce the Plaintiffs or their deceased family members, or a third person, or to punish the Plaintiffs or their deceased family members or a third person.  When the AUC used the Paramilitary Terrorism tactics to torture the Plaintiffs or their deceased family members, the AUC was acting under the color of law.

1616.   The AUC tortured the Plaintiffs or their deceased family members using the Paramilitary Terrorism Tactics during the course of, and to further their objectives in, the War.

1617.   Chiquita knew the AUC engaged in torture using the Paramilitary Terrorism Tactics as a part of a strategy to defeat leftist guerillas and to maintain control over areas it regained.

1618.   Chiquita aided and abetted the AUC's torture, in violation of the law of nations, by, among other things, knowingly and intentionally (i) making over one hundred payments totaling more than $1.7 million to the AUC between 1996 and 2004; (ii) allowing its

seaport facilities to be used by the AUC to unlawfully receive shipments of military-grade firearms; and (iii) allowing its ships and seaport facilities to be used by the AUC to ship narcotics throughout the world.

1619.   Chiquita acted with the purpose of facilitating the AUC's engagement in torture during the War through use of the Paramilitary Terrorism Tactics against the leftist guerillas, their sympathizers, and supporters and to maintain control over the banana-growing regions.

1620.   The financial and other support Chiquita provided the AUC substantially assisted the AUC in engaging in torture through the use of the Paramilitary Terrorism Tactics that resulted in the death or serious injury of the Plaintiffs or their deceased family members.

1621.   The agreement between Chiquita and the AUC constituted a criminal relationship to bring about the bloody pacification of the banana-growing regions.

1622.   As a proximate result of Chiquita's conduct, the Plaintiffs have suffered serious physical and mental injuries.  Among other things, the Plaintiffs or their deceased family members have been killed or seriously injured by torture committed by the AUC.

1623.   As a result of Chiquita aiding and abetting the AUC's torture, the Plaintiffs are entitled to compensatory and punitive damages in an amount in excess of $75,000 per plaintiff.

SEVENTH CLAIM FOR RELIEF
(Extra-Judicial Killing In Violation Of The Torture Victims Protection Act)

1624.   Plaintiffs repeat and reallege the allegations in each of the preceding paragraphs as if fully set forth herein.

1625.   Extra-judicial killing, or summary execution, is a violation of the Torture Victims Protection Act, Pub. L. No. 102-256, § 3(a), 106 Stat. 73 (1992), codified at 28 U.S.C. § 1350, notes.

1626.   The Paramilitary Terrorism Tactics used by the AUC constitute extra-judicial killing in violation of the Torture Victims Protection Act in that the AUC deliberately killed the Plaintiffs' deceased family members under color of law and without previous authorization by the judgment of a regularly constituted court affording all the judicial guarantees which are recognized as indispensable by civilized peoples.

1627.   When the AUC used the Paramilitary Terrorism Tactics to deliberately kill the Plaintiffs' deceased family members without previous judicial authorization, the AUC was acting under the color of law.

1628.   The AUC killed or injured the Plaintiffs' deceased family members using the Paramilitary Terrorism Tactics to further their objectives in the War.

1629.   Chiquita knew the AUC engaged in the extra-judicial killings using the Paramilitary Terrorism Tactics as a part of a strategy to defeat leftist guerillas and to maintain control over areas it regained.

1630.   Chiquita aided and abetted the AUC's extra-judicial killings, in violation of the Torture Victims Protection Act, by, among other things, knowingly and intentionally (i) making over one hundred payments totaling more than $1.7 million to the AUC between 1996 and 2004; (ii) allowing its seaport facilities to be used by the AUC to unlawfully receive shipments of military-grade firearms; and (iii) allowing its ships and seaport facilities to be used by the AUC to ship narcotics throughout the world.

1631.   Chiquita acted with the purpose of facilitating the AUC's commission of extra-judicial killings during the War using the Paramilitary Terrorism Tactics against the leftist

279

guerillas, their sympathizers, and supporters and to maintain control over the banana-growing regions.

1632.   The financial and other support Chiquita provided the AUC substantially assisted the AUC in committing the extra-judicial killings using the Paramilitary Terrorism Tactics that resulted in the death of Plaintiffs' deceased family members.

1633.   The agreement between Chiquita and the AUC constituted a criminal relationship to bring about the bloody pacification of the banana-growing regions.

1634.   As a proximate result of Chiquita's conduct, the Plaintiffs have suffered serious physical and mental injuries.  Among other things, the Plaintiffs' deceased family members have been killed by the AUC.

1635.   As a result of Chiquita aiding and abetting the AUC's extra-judicial killing in violation of the Torture Victims Protection Act, the Plaintiffs are entitled to compensatory and punitive damages in an amount in excess of $75,000 per plaintiff.

EIGHTH CLAIM FOR RELIEF
(Torture In Violation Of The Torture Victims Protection Act)

1636.    Plaintiffs repeat and reallege the allegations in each of the preceding paragraphs as if fully set forth herein.

1637.   Torture is a violation of the Torture Victims Protection Act, Pub. L. No. 102-256, § 3(a), 106 Stat. 73 (1992), codified at 28 U.S.C. § 1350, notes.

1638.   The Paramilitary Terrorism Tactics used by the AUC constitute torture in that the AUC intentionally inflicted severe pain or suffering, physically and mentally, on the Plaintiffs or their deceased family members in order to obtain information, obtain a confession, intimidate or coerce the Plaintiffs, their deceased family members, or a third person, or to punish the Plaintiffs, their deceased family members or a third person.

280

1639.   When the AUC used the Paramilitary Terrorism tactics to torture the Plaintiffs or their deceased family members, the AUC was acting under the color of law.

1640.   The AUC tortured the Plaintiffs or their deceased family members using the Paramilitary Terrorism Tactics during the course of, and to further their objectives in, the War.

1641.   Chiquita knew the AUC engaged in torture using the Paramilitary Terrorism Tactics as a part of a strategy to defeat leftist guerillas and to maintain control over areas it regained.

1642.   Chiquita aided and abetted the AUC's torture, in violation of the Torture Victims Protection Act, by, among other things, knowingly and intentionally (i) making over one hundred payments totaling more than $1.7 million to the AUC between 1996 and 2004; (ii) allowing its seaport facilities to be used by the AUC to unlawfully receive shipments of military-grade firearms; and (iii) allowing its ships and seaport facilities to be used by the AUC to ship narcotics throughout the world.

1643.   Chiquita acted with the purpose of facilitating the AUC's engagement in torture during the War through use of the Paramilitary Terrorism Tactics against leftist guerillas, their sympathizers, and supporters and to maintain control over the banana-growing regions.

1644.   The financial and other support Chiquita provided the AUC substantially assisted the AUC in engaging in the torture of Plaintiffs or their deceased family members using the Paramilitary Terrorism Tactics.

1645.   The agreement between Chiquita and the AUC constituted a criminal relationship to bring about the bloody pacification of the banana-growing regions.

1646.   As a proximate result of Chiquita's conduct, the Plaintiffs have suffered serious physical and mental injuries.  Among other things, the Plaintiffs or their deceased family

members have been killed or seriously injured by the AUC's torture using the Paramilitary

Terrorism Tactics.

1647.   As a result of Chiquita aiding and abetting the AUC's torture in violation

of the Torture Victims Protection Act, the Plaintiffs are entitled to compensatory and punitive

damages in an amount in excess of $75,000 per plaintiff.

NINTH CLAIM FOR RELIEF
(Wrongful Death)

1648.   Plaintiffs repeat and reallege the allegations in each of the preceding

paragraphs as if fully set forth herein.

1649.   This action arises from the deaths of Plaintiffs' deceased family members

as described in this Complaint.

1650.   Chiquita's conduct substantially assisted, facilitated, aided and abetted the

AUC in committing murders, including but not limited to the murders of Plaintiffs' deceased

family members.

1651.   At the time Chiquita provided substantial assistance to the AUC, including

but not limited to monetary payments, Chiquita knew that the AUC was a violent, terrorist

organization and knew and intended that Chiquita's financial support would assist, facilitate, aid

and abet the AUC in committing murders, including but not limited to the murders of Plaintiffs'

deceased family members.

1652.   The acts described herein constitute wrongful death under the laws of the

State of Ohio.

1653.   The deaths of Plaintiff's deceased family members were a direct and

proximate result of Chiquita's provision of financial and other support to the AUC.

282

1654.   The AUC's and Chiquita's actions were willful, intentional, wanton, malicious, and oppressive.

1655.   As a direct result of Chiquita's acts and omissions, and as a result of the deaths described above, Plaintiffs have sustained pecuniary loss resulting from the loss of society, comfort, attention, services, and support of the decedents.

1656.   Chiquita is liable to the Plaintiffs in that it aided and abetted, directed, ordered, requested, paid, was reckless in dealing with, participated in a joint criminal enterprise with, confirmed, ratified, and/or conspired with the AUC in bringing about the deaths of the Plaintiffs' deceased family members.

1657.   As a result of Chiquita's conduct, the Plaintiffs are entitled to compensatory and punitive damages in an amount in excess of $75,000 per Plaintiff.

## TENTH CLAIM FOR RELIEF
(Assault And Battery)

1658.   Plaintiffs repeat and reallege the allegations in each of the preceding paragraphs as if fully set forth herein.

1659.   The AUC's and Chiquita's actions constituted offensive and harmful touching of Plaintiffs' person or the person of the Plaintiffs' deceased family members without their consent, and/or the creation of a reasonable apprehension that such touching would result.

1660.   As a result of the acts described in this Complaint, Plaintiffs or their deceased family members were placed in great fear for their lives and suffered severe physical and psychological abuse and injury.

1661.   The acts described herein constitute assault and battery under the laws of the State of Ohio.

1662.   The AUC's and Chiquita's actions were willful, intentional, wanton, malicious, and oppressive.

1663.   Chiquita is liable to the Plaintiffs in that it aided and abetted, directed, ordered, requested, paid, was reckless in dealing with, participated in a joint criminal enterprise with, confirmed, ratified, and/or conspired with the AUC in bringing about the assault and battery of the Plaintiffs or their deceased family members.

1664.   As a result of Chiquita's conduct, the Plaintiffs are entitled to compensatory and punitive damages in an amount in excess of $75,000 per Plaintiff.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the Court to:

(a)      enter judgment in favor of Plaintiffs on all counts of the Complaint;

(b)      award Plaintiffs compensatory and punitive damages in an amount to be determined at trial;

(c)      award Plaintiffs the costs of suit, including reasonable attorneys' fees; and

(d)      award Plaintiffs such other and further relief as the Court deems just under the circumstances.

April 8, 2011

By:   /s/ Sigrid S. McCawley

Sigrid S. McCawley
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Nicholas A. Gravante Jr.
Lee S. Wolosky
Magda M. Jimenez Train
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Stephen N. Zack
BOIES, SCHILLER & FLEXNER LLP
100 S.E. Second Street
Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Karen C. Dyer
BOIES, SCHILLER & FLEXNER LLP
121 South Orange Avenue
Suite 840
Orlando, FL 32801
Telephone: (407) 425-7118
Facsimile: (407) 425-7047

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of April, 2011, I electronically filed the

Second Amended Complaint with the Clerk of the Court by using the CM/ECF system.  I also

certify that the Second Amended Complaint is being served this day on all counsel of record or

pro se parties identified via transmission of Notices of Electronic Filing generated by CM/ECF.


/s/ Sigrid S. McCawley
Sigrid S. McCawley