### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTIONS
_____/

### STIPULATION AND AGREEMENT REGARDING TOLLING OF THE
### STATUTE OF LIMITATIONS PENDING RECONSIDERATION

WHEREAS, in its Order of June 3, 2011, MDL Docket No. 412, the U.S. District Court for the Southern District of Florida dismissed claims brought by the ATS plaintiffs under various state laws and Colombian law ("non-federal claims");

WHEREAS, the ATS plaintiffs' position is that some of the non-federal claims were dismissed on the basis of a discretionary decision by the Court not to exercise supplemental jurisdiction over such claims and that, under 28 U.S.C. § 1367(d), the applicable statutes of limitation for such claims would be tolled for a period of 30 days from the Court's order of June 3, 2011 ("statutory tolling period");

WHEREAS, the ATS plaintiffs intend to move the Court to reconsider its order dismissing those claims on the grounds that the Court had subject-matter jurisdiction over the non-federal claims, and have asked Chiquita to agree to extend the statutory tolling period to forestall the ATS plaintiffs from filing state court actions;

WHEREAS, Chiquita does not agree with the ATS plaintiffs' interpretation of the Court's order regarding the dismissal of the non-federal claims, but is willing to accommodate the ATS plaintiffs' request to extend the statutory tolling period in order to permit the ATS plaintiffs to move the Court for reconsideration;

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.     To the extent the Court's Order of June 3, 2011, dismissed any of the ATS plaintiffs' non-federal claims on the basis of a discretionary decision by the Court not to exercise supplemental jurisdiction over such claims, the statutory tolling period shall be extended to July 22, 2011.

2.     If the ATS plaintiffs move for reconsideration or relief from the Court's Order of June 3, 2011, on or before July 22, 2011, the statutory tolling

period shall be further extended to 30 days following the Court's ruling on that motion.

3.   Plaintiffs shall not file non-federal claims in another court while any such motion for reconsideration or relief is pending.


Dated: June 30, 2011

/s/ John Scarola
FL Bar No. 169440
Searcy Denney Scarola Barnhart & Shipley
2139 Palm Beach Lakes Blvd.
PO Drawer 3626
West Palm Beach, FL 33402-3626
mep@searcylaw.com
Telephone: 561-686-6300
Fascimile: 561-684-5816


/s/ Sigrid S. McCawley
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022


/s/ John de León
Chávez & De León
5975 Sunset Dr., Suite 605
South Miami, FL 33143
jdeleon@chavez-deleon.com
Telephone: 305-740-5347
Facsimile: 305-740-5348


/s/ Terry P. Collingsworth
Conrad & Scherer, LLP
1156 15th Street, NW, Suite 502
Washington DC 20009
tcollingsworth@conradscherer.com
Telephone: 202-543-4001
Facsimile: 202-527-7990


/s/ Ronald Searle Guralnick
Ronald S Guralnick PA
100 SE 2nd Street

  /s/ John E. Hall
John E. Hall
José E. Arvelo
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 662-6000
Fax: (202) 662-6291

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone:  (212) 841-1000
Fax:  (212) 841-1010

Sidney A. Stubbs (Fla. Bar No. 095596)
Robert W. Wilkins (Fla. Bar No. 578721)
Christopher S. Rapp (Fla. Bar No. 0863211)
csrapp@jones-foster.com
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Telephone: (561) 659-3000
Fax: (561) 650-0412

*Counsel for Chiquita Brands International, Inc. and Chiquita Fresh North America LLC*

Suite 3300
Miami, FL 33131
rgacquit@bellsouth.net
Telephone: 305-373-0066
Facsimile: 373-1387

/s/ Paul David Wolf
PO Box 11244
Washington, DC 20008-1244
paulwolf@icdc.com
Telephone: 202-674-9653
Facsimile: 202-364-6188

/s/ William J. Wichmann
William J. Wichmann, PA
1600 West Commercial Boulevard
Suite 200
Fort Lauderdale, FL 33309
wwichmann@me.com
Telephone: 954-772.6552
Facsimile: 954-527-8663

*Counsel for the Plaintiffs in the
ATS Actions*