**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 08-01916-MD-MARRA/JOHNSON**

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION

_____/

This Document relates to:

Case No. 9:08-cv-80465-KAM

DOES (1-144) and PEREZES (1-95)

          Plaintiffs,

v.

CHIQUITA BRANDS INTERNATIONAL, INC. ET AL

          Defendants

_____/

FILED by _____ D.C.

**JUL 08 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SECOND AMENDED COMPLAINT

In response to this Court's June 3, 2011 Opinion and Order granting leave to amend the First Amended Complaint, Plaintiffs hereby amend the First Amended Complaint. Plaintiffs have amended their allegations in various ways to conform to the June 3, 2011 Opinion and Order (such as by removing the state law causes of action), but in doing so do not waive, but rather expressly reserve, their right to

seek reconsideration of and/or appeal any or all such issues and, where appropriate, amend their allegations based on the results of any such reconsideration or appeal.

## I. INTRODUCTION

1.      Plaintiffs are all legal representatives for and wrongful death beneficiaries of the decedents described herein who were executed by the terrorist groups receiving material support from Defendants. The original Plaintiffs to this action are Jane and John Does 1-144, who are the legal heirs to, and wrongful death beneficiaries of, decedents Peter Does 1-144. Juana and Juan Perezes 1-95 joined the First Amended Complaint as the legal heirs to, and wrongful death beneficiaries of, Pablo Perezes 1-95. Plaintiffs bring this action against Defendants Chiquita Brands International, Inc. (hereinafter "Chiquita") and David Does 1-10 (collectively referred to as "Defendants") for equitable relief and damages. At all times relevant herein, Chiquita's wholly-owned subsidiary, C. I. Bananos de Exportación, S.A. (also known as and referred to hereinafter as "Banadex"), was acting on behalf of Chiquita.

2.      Pursuant to Local Civil Rule 10.1(a), all Plaintiffs can be contacted through their counsel, Conrad & Scherer, 1156 15th Street NW #502, Washington, DC 20005. The street and postal addresses of the individual Plaintiffs cannot be made public due to the substantial risk of violent reprisals against them. The street

and postal address of Defendant Chiquita Brands International, Inc., is 250 East

Fifth Street, Cincinatti, Ohio 45202. The street and postal addresses of the David

Doe Defendants 1–10 are presently unknown to Plaintiffs.

3.     This case involves the systematic intimidation and murder of

individuals living in the banana growing regions near the Gulf of Uraba and in the

banana zone of Magdalena in Colombia, South America, at the hands of

paramilitaries and other terrorist groups working in conjunction with Defendants.

This case is brought under the Alien Tort Statute (ATS) and the Torture Victim

Protection Act (TVPA), 28 U.S.C. § 1350, and seeks to remedy and prevent the

violent persecution of persons living in the banana growing regions of Colombia.

The Defendants were knowingly engaged in an ongoing campaign of terror against

these individuals.

4.     With respect to their business operations in Colombia, the Defendants

have hired, armed, contracted with, or otherwise directed terrorist paramilitary

forces, for the most part members of the Autodefensas Unidas de Colombia

(United Self-Defense Forces of Colombia, a right wing paramilitary organization,

hereinafter "AUC"), that utilized extreme violence and was designated a terrorist

organization by the Bush Administration in 2001. The AUC murdered, tortured

unlawfully detained or otherwise silenced individuals suspected of sympathizing

3

with leftist guerrillas active in the region, members of the Union Patriotica and Colombian Communist Party, union leaders, and others voicing opposition to the paramilitaries' violent control over these regions. Others were killed or terrorized because they had the misfortune of residing in the path of Defendants' paramilitary forces. All of the Plaintiffs' decedents were killed under these circumstances, and all of them were innocent civilians who had no role in the Colombian civil conflict.

5.     All of the murders of Plaintiffs' decedents were in violation of the ATS, the TVPA, international human rights law, and the common tort law of the District of Colombia. In some cases, Defendants also made payments to the Fuerzas Armadas Revolucionaries de Colombia (Revolutionary Armed Forces of Colombia, hereinafter "FARC"), the Ejército de Liberación Nacional (National Liberation Army, hereinafter "ELN"), and other leftist guerrilla groups, some of which (including FARC and ELN) that have also been designated terrorist organizations. Some of the Plaintiffs allege herein that their decedents were killed by the FARC or ELN during the time Chiquita was providing substantial support to those terrorist organizations. This Court has already ruled in a related case that plaintiffs there had properly alleged that Chiquita aided and abetted the FARC through knowing and substantial financial support. *See, In Re Chiquita Brands International, Inc. ATS and Shareholder Derivative Litigation*, No. 08-0916,

4

(S.D.Fl., Feb. 4, 2010).

6.      Plaintiffs do not have access to an independent or functioning legal system within Colombia to raise their complaints. Any effort by Plaintiffs to seek legal redress would be futile because those seeking to challenge official or paramilitary violence, including prosecutors and prominent human rights activists, are at great risk from retaliation. This has been well-documented in credible human rights reports by the U.S. Department of State, Human Rights Watch and Amnesty International. *See, e.g., The Ties that Bind: Colombia and Military-Paramilitary Links*, Human Rights Watch (February, 2000).

7.      Further, various non-governmental organizations in Colombia, such as Justicia y Paz, have sought the assistance and protection of the Colombian government. No action was taken, and these complaints were futile because of the lack of an independent or functioning legal system within Colombia. The justice system in Colombia has utterly failed to bring the perpetrators of violence to justice under the laws of Colombia. Finally, even if there were remedies available to Plaintiffs in Colombia, such remedies are inadequate and would not afford the complete relief available to Plaintiffs by this Complaint. Defendants, because they do business in Colombia, are well aware of these conditions, and know that Plaintiffs do not have the option of seeking justice in Colombia for human rights

violations. The fact that terrorist paramilitary groups operate openly and are financed by companies such as Chiquita indicates the level of impunity still existing in Colombia.

8.     Legal action by Plaintiffs in Colombia would be futile. In June 2004, Chiquita sold its Colombian subsidiary Banadex. On information and belief, Chiquita no longer owns any production operations in Colombia and is not subject to service there. Furthermore, the political and legal system in Colombia is characterized by virtual impunity for the crimes of paramilitaries and those who assist them. The vast majority of arrest warrants for paramilitary leaders are never carried out, and when such figures are arrested they are frequently released or allowed to escape from security facilities. Military officers accused of collaboration with paramilitaries are routinely exonerated or given token sentences by military courts. Prosecutors, investigators, and judicial officials who pursue cases of human rights abuses implicating paramilitaries are subject to death threats and assassinations, and many have had to resign or flee the country as a result.

9.     Legal action by Plaintiffs in Colombia would also result in serious reprisals. Individuals who seek redress for paramilitary crimes committed against them or their family members are regularly targeted for further retributive violence.

10.     Further, Chiquita actively concealed its payments and other forms of

6

support to FARC, other leftist guerrilla groups, and the AUC. This concealment had the effect of preventing plaintiffs from learning that Chiquita was responsible for their injuries. Plaintiffs were unaware of Chiquita's support of the FARC, other leftist guerrilla groups, and AUC until shortly after Chiquita's guilty plea in March of 2007.

11. Chiquita's concealment of its role in Plaintiffs' injuries prevented plaintiffs from filing their claims at an earlier date.

12. Plaintiffs were additionally unable to bring suit in Colombia or the United States until 2007 due to the poor security situation and the danger of reprisals, to which Chiquita's support of the AUC contributed.

13. Several of the AUC paramilitary units active in the banana-growing region, including Bloque Norte and the Bloque Elmer Cardenas, did not demobilize until 2006. (Colombian High Commissioner for Peace, http://www.altocomisionadoparalapaz.gov.co/web/g_autodefensa/dialogos.htm; SEVENTH QUARTERLY REPORT OF THE SECRETARY GENERAL TO THE PERMANENT COUNCIL ON THE MISSION TO SUPPORT THE PEACE PROCESS IN COLOMBIA (MAPP/OEA), OEA/Ser.G CP/doc.4148/06).

14. According to a recent report by Human Rights Watch, *Paramilitary Heirs, The New Face of Violence in Colombia* (Feb. 2010), there are still violent

remnants of the AUC operating in Colombia.

15.     Throughout the period of Plaintiffs' injuries, paramilitaries continued to kill and make threats against civilians in the banana-growing region. In 2006, several human rights workers received death threats, including lawyers challenging paramilitary violence. (Amnesty International, *Colombia: Fear and Intimidation: The dangers of human rights work.*)

## II.  JURISDICTION AND VENUE

16.     This Court has federal question jurisdiction pursuant to 28 U.S.C. §1331, based on the ATS and the TVPA, 28 U.S.C. §1350, for the alleged violations of international human rights law.  Supplemental jurisdiction exists over the state law causes of action pursuant to 28 U.S.C. §1367.

17.     This Court also has diversity jurisdiction pursuant to 28 U.S.C. §1332 (a)(2).  All Plaintiffs are citizens and domiciles of Colombia, and the Defendants are all United States domiciles with their principal place of business and/or residence also in the United States. The amount in dispute between each Plaintiff and each defendant exceeds $75,000.

18.     Defendant Chiquita is a New Jersey Corporation with its principal place of business in Ohio. Defendant has a nation-wide business, with distribution networks

all over the country. Defendant conducts significant business within the District of Colombia, and pled guilty to criminal charges in the District of Colombia for the same conduct at issue in this case.

19.    Venue properly lies in this Judicial District pursuant to 28 U.S.C. §1391(b) and (c).

### III.  PARTIES

#### Plaintiffs

20.    The original Plaintiffs in this action were 144 Jane (or John) Doe Plaintiffs in this case. They are the legal heirs of 173 Peter (or Pam) Does who were murdered by terrorist organizations receiving support from Chiquita and/or Banadex. The Peter Does are given numbers corresponding to the numbers used for their heirs. Where a Jane Doe is heir to more than one Peter Doe, the additional Peter Does are given letter designations (such as Peter Doe 6-a), so that the numbers still correspond to the numbers used for their heirs.

21.    An additional 95 Plaintiffs joined the First Amended Complaint, Juana and Juan Perezes 1-95, and they are the legal heirs to Pablo Perezes 1-95.

22.    Plaintiffs are family members of trade unionists, banana workers, political organizers, social activists, and others targeted and killed by terrorists, notably the AUC, and in some cases FARC or ELN, during the 1990s through 2004.

In order to operate its banana production in an environment free of labor opposition and social disturbances, Chiquita funded, armed, and otherwise supported the AUC, and in some situations the FARC and other leftist guerrilla groups, during this period. The deaths of Plaintiffs' relatives were a direct, foreseeable, and intended result of Chiquita's illegal and tortious actions. Chiquita's actions violated not only Colombian law and U.S. law, but also international law prohibiting crimes against humanity, extrajudicial killing, torture, war crimes, and other abuses.

23.    On 2/10/1997, Peter Doe 1 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 1, who was the son of Peter Doe 1, is the legal heir to Peter Doe 1 and resides in the municipio of Apartado in Antioquia, Colombia.

24.    In 1997, Peter Doe 2 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 2, who was the son of Peter Doe 2, is the legal heir to Peter Doe 2 and resides in the municipio of Apartado in Antioquia, Colombia.

25.    On 6/7/1997, Pam Doe 3 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 3, who was the father of Pam Doe 3, is the legal heir to Pam Doe 3 and resides in the municipio of Apartado in Antioquia, Colombia.

26.     On 12/12/1997, Pam Doe 4 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 4, who was the daughter of Pam Doe 4, is the legal heir to Pam Doe 4 and resides in the municipio of Apartado in Antioquia, Colombia.

27.     On 12/12/1997, Peter Doe 5 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 5, who was the father of Peter Doe 5, is the legal heir to Peter Doe 5 and resides in the municipio of Apartado in Antioquia, Colombia.

28.     On 7/25/2003, Peter Doe 6 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 6, who was the mother of Peter Doe 6, is the legal heir to Peter Doe 6 and resides in the municipio of Apartado in Antioquia, Colombia.

29.     On 7/25/2003, Peter Doe 6-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 6, who was the mother of Peter Doe 6-a, is the legal heir to Peter Doe 6-a and resides in the municipio of Apartado in Antioquia, Colombia.

30.     On 8/17/1997, Peter Doe 7 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 7, who was the wife of Peter Doe 7, is the legal heir to Peter Doe 7 and resides in the municipio of Apartado

in Antioquia, Colombia.

31.    On 2/14/1993, Peter Doe 7-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 7, who was the mother of Peter Doe 7-a,  is the legal heir to Peter Doe 7-a and resides in the municipio of Apartado in Antioquia, Colombia.

32.    On 6/19/1997, Peter Doe 8 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 8, who was the wife of Peter Doe 8,  is the legal heir to Peter Doe 8 and resides in the municipio of Apartado in Antioquia, Colombia.

33.    On 7/21/2002, Peter Doe 9 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 9, who was the sister of Peter Doe 9,  is the legal heir to Peter Doe 9 and resides in the municipio of Apartado in Antioquia, Colombia.

34.    On 3/30/2002, Pam Doe 10 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 10, who was the mother of Pam Doe 10,  is the legal heir to Pam Doe 10 and resides in the municipio of Apartado in Antioquia, Colombia.

35.    On 8/20/1997, Peter Doe 11 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 11, who was the mother

of Peter Doe 11, is the legal heir to Peter Doe 11 and resides in the municipio of Apartado in Antioquia, Colombia.

36. In 2000, Peter Doe 11-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 11, who was the mother of Peter Doe 11-a, is the legal heir to Peter Doe 11-a and resides in the municipio of Apartado in Antioquia, Colombia.

37. In 2004, Peter Doe 11-b was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 11, who was the mother of Peter Doe 11-b, is the legal heir to Peter Doe 11-b and resides in the municipio of Apartado in Antioquia, Colombia.

38. On 12/14/1999, Peter Doe 12 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 12, who was the wife of Peter Doe 12, is the legal heir to Peter Doe 12 and resides in the municipio of Apartado in Antioquia, Colombia.

39. On 5/24/1975, Pam Doe 13 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 13, who was the mother of Pam Doe 13, is the legal heir to Pam Doe 13 and resides in the municipio of Apartado in Antioquia, Colombia.

40. On 4/24/1978, Pam Doe 13-a was killed by the AUC, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 13, who was the mother of Pam Doe 13-a, is the legal heir to Pam Doe 13-a and resides in the municipio of Apartado in Antioquia, Colombia.

41.    On 1/1/1989, Peter Doe 13-b was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 13, who was the mother of Peter Doe 13-b, is the legal heir to Peter Doe 13-b and resides in the municipio of Apartado in Antioquia, Colombia.

42.    On 7/10/2000, Peter Doe 14 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 14, who was the mother of Peter Doe 14, is the legal heir to Peter Doe 14 and resides in the municipio of Apartado in Antioquia, Colombia.

43.    On 11/9/2003, Peter Doe 14-a was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 14, who was the wife of Peter Doe 14-a, is the legal heir to Peter Doe 14-a and resides in the municipio of Apartado in Antioquia, Colombia.

44.    On 7/20/1997, Peter Doe 15 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 15, who was the wife of Peter Doe 15, is the legal heir to Peter Doe 15 and resides in the municipio of Apartado in Antioquia, Colombia.

14

45.    On 5/3/2002, Peter Doe 15-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 15, who was the mother of Peter Doe 15-a, is the legal heir to Peter Doe 15-a and resides in the municipio of Apartado in Antioquia, Colombia.

46.    On 5/3/2002, Peter Doe 15-b was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 15, who was the mother of Peter Doe 15-b, is the legal heir to Peter Doe 15-b and resides in the municipio of Apartado in Antioquia, Colombia.

47.    On 9/5/2000, Peter Doe 16 was disappeared by paramilitaries, who received support from Chiquita and/or Banadex. Plaintiff Jane Doe 16, who was the wife of Peter Doe 16, is the legal heir to Peter Doe 16 and resides in the municipio of Apartado in Antioquia, Colombia.

48.    On 10/5/2004, Pam Doe 16-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 16, who was the mother of Pam Doe 16-a, is the legal heir to Pam Doe 16-a and resides in the municipio of Apartado in Antioquia, Colombia.

49.    On 1/16/1997, Peter Doe 17 was killed by paramilitaries, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 17, who was the sister of Peter Doe 17, is the legal heir to Peter Doe 17 and resides in the municipio of

Apartado in Antioquia, Colombia.

50.    On 7/10/1997, Peter Doe 18 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 18, who was the wife of Peter Doe 18, is the legal heir to Peter Doe 18 and resides in the municipio of Apartado in Antioquia, Colombia.

51.    On 4/20/2002, Peter Doe 19 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 19, who was the father of Peter Doe 19, is the legal heir to Peter Doe 19 and resides in the municipio of Apartado in Antioquia, Colombia.

52.    On 7/22/1997, Peter Doe 20 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 20, who was the mother of Peter Doe 20, is the legal heir to Peter Doe 20 and resides in the municipio of Apartado in Antioquia, Colombia.

53.    On 6/26/2001, Peter Doe 21 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 21, who was the wife of Peter Doe 21, is the legal heir to Peter Doe 21 and resides in the municipio of Apartado in Antioquia, Colombia.

54.    On 5/28/1997, Peter Doe 22 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 22, who was the wife of

Peter Doe 22, is the legal heir to Peter Doe 22 and resides in the municipio of Apartado in Antioquia, Colombia.

55. On 6/11/1999, Peter Doe 23 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 23, who was the mother of Peter Doe 23, is the legal heir to Peter Doe 23 and resides in the municipio of Apartado in Antioquia, Colombia.

56. On 11/8/1997, Peter Doe 24 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 24, who was the wife of Peter Doe 24, is the legal heir to Peter Doe 24 and resides in the municipio of Apartado in Antioquia, Colombia.

57. On 4/13/1997, Peter Doe 25 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 25, who was the mother of Peter Doe 25, is the legal heir to Peter Doe 25 and resides in the municipio of Apartado in Antioquia, Colombia.

58. On 1/22/2003, Peter Doe 26 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 26, who was the mother of Peter Doe 26, is the legal heir to Peter Doe 26 and resides in the municipio of Apartado in Antioquia, Colombia.

59. On 10/1/1996, Peter Doe 27 was killed by the AUC, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 27, who was the mother of Peter Doe 27, is the legal heir to Peter Doe 27 and resides in the municipio of Apartado in Antioquia, Colombia.

60. On 10/19/1997, Peter Doe 28 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 28, who was the wife of Peter Doe 28, is the legal heir to Peter Doe 28 and resides in the municipio of Apartado in Antioquia, Colombia.

61. On 5/31/1997, Peter Doe 29 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 29, who was the wife of Peter Doe 29, is the legal heir to Peter Doe 29 and resides in the municipio of Apartado in Antioquia, Colombia.

62. On 1/7/2000, Pam Doe 30 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 30, who was the daughter of Pam Doe 30, is the legal heir to Pam Doe 30 and resides in the municipio of Apartado in Antioquia, Colombia.

63. On 10/12/1996, Peter Doe 31 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 31, who was the wife of Peter Doe 31, is the legal heir to Peter Doe 31 and resides in the municipio of Apartado in Antioquia, Colombia.

64. On 9/14/1995, Peter Doe 32 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 32, who was the wife of Peter Doe 32, is the legal heir to Peter Doe 32 and resides in the municipio of Apartado in Antioquia, Colombia.

65. On 10/2/2003, Peter Doe 33 was killed by paramilitaries, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 33, who was the wife of Peter Doe 33, is the legal heir to Peter Doe 33 and resides in the municipio of Apartado in Antioquia, Colombia.

66. On 9/5/2004, Peter Doe 34 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 34, who was the wife of Peter Doe 34, is the legal heir to Peter Doe 34 and resides in the municipio of Apartado in Antioquia, Colombia.

67. On 3/4/2004, Peter Doe 35 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 35, who was the wife of Peter Doe 35, is the legal heir to Peter Doe 35 and resides in the municipio of Apartado in Antioquia, Colombia.

68. On 5/10/2001, Peter Doe 36 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 36, who was the wife of Peter Doe 36, is the legal heir to Peter Doe 36 and resides in the municipio of

Apartado in Antioquia, Colombia.

69.    On 12/9/1993, Peter Doe 37 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 37, who was the wife of Peter Doe 37, is the legal heir to Peter Doe 37 and resides in the municipio of Apartado in Antioquia, Colombia.

70.    On 3/4/2002, Peter Doe 38 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 38, who was the wife of Peter Doe 38, is the legal heir to Peter Doe 38 and resides in the municipio of Apartado in Antioquia, Colombia.

71.    On 4/9/1997, Peter Doe 39 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 39, who was the wife of Peter Doe 39, is the legal heir to Peter Doe 39 and resides in the municipio of Apartado in Antioquia, Colombia.

72.    On 6/28/2001, Peter Doe 40 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 40, who was the mother of Peter Doe 40, is the legal heir to Peter Doe 40 and resides in the municipio of Apartado in Antioquia, Colombia.

73.    On 7/16/2002, Peter Doe 41 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 41, who was the wife of

Peter Doe 41, is the legal heir to Peter Doe 41 and resides in the municipio of Apartado in Antioquia, Colombia.

74.    On 4/15/1997, Peter Doe 42 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 42, who was the wife of Peter Doe 42, is the legal heir to Peter Doe 42 and resides in the municipio of Apartado in Antioquia, Colombia.

75.    On 3/25/1999, Peter Doe 43 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 43, who was the mother of Peter Doe 43, is the legal heir to Peter Doe 43 and resides in the municipio of Apartado in Antioquia, Colombia.

76.    On 4/27/1999, Peter Doe 43-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 43, who was the mother of Peter Doe 43-a, is the legal heir to Peter Doe 43-a and resides in the municipio of Apartado in Antioquia, Colombia.

77.    On 4/4/1998, Peter Doe 44 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 44, who was the wife of Peter Doe 44, is the legal heir to Peter Doe 44 and resides in the municipio of Apartado in Antioquia, Colombia.

78.    On 2/23/2002, Peter Doe 45 was killed by the AUC, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 45, who was the wife of Peter Doe 45, is the legal heir to Peter Doe 45 and resides in the municipio of Apartado in Antioquia, Colombia.

79. On 2/5/1993, Peter Doe 46 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 46, who was the wife of Peter Doe 46, is the legal heir to Peter Doe 46 and resides in the municipio of Apartado in Antioquia, Colombia.

80. On 12/22/1998, Peter Doe 46-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 46, who was the sister of Peter Doe 46-a, is the legal heir to Peter Doe 46-a and resides in the municipio of Apartado in Antioquia, Colombia.

81. On 12/4/1997, Peter Doe 47 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 47, who was the wife of Peter Doe 47, is the legal heir to Peter Doe 47 and resides in the municipio of Apartado in Antioquia, Colombia.

82. On 8/29/1997, Peter Doe 48 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 48, who was the wife of Peter Doe 48, is the legal heir to Peter Doe 48 and resides in the municipio of Apartado in Antioquia, Colombia.

83.     On 6/6/1997, Peter Doe 49 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 49, who was the wife of Peter Doe 49, is the legal heir to Peter Doe 49 and resides in the municipio of Apartado in Antioquia, Colombia.

84.     On 3/10/2000, Peter Doe 50 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 50, who was the wife of Peter Doe 50, is the legal heir to Peter Doe 50 and resides in the municipio of Apartado in Antioquia, Colombia.

85.     On 7/15/1997, Peter Doe 51 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 51, who was the wife of Peter Doe 51, is the legal heir to Peter Doe 51 and resides in the municipio of Apartado in Antioquia, Colombia.

86.     On 8/20/2000, Peter Doe 52 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 52, who was the wife of Peter Doe 52, is the legal heir to Peter Doe 52 and resides in the municipio of Apartado in Antioquia, Colombia.

87.     On 10/28/2002, Peter Doe 53 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 53, who was the wife of Peter Doe 53, is the legal heir to Peter Doe 53 and resides in the municipio of

Apartado in Antioquia, Colombia.

88.    On 11/14/2000, Peter Doe 54 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 54, who was the wife of Peter Doe 54,  is the legal heir to Peter Doe 54 and resides in the municipio of Apartado in Antioquia, Colombia.

89.    On 11/27/1997, Peter Doe 55 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 55, who was the wife of Peter Doe 55,  is the legal heir to Peter Doe 55 and resides in the municipio of Apartado in Antioquia, Colombia.

90.    On 6/14/2000, Peter Doe 56 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 56, who was the wife of Peter Doe 56,  is the legal heir to Peter Doe 56 and resides in the municipio of Apartado in Antioquia, Colombia.

91.    On 2/22/1996, Peter Doe 57 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 57, who was the wife of Peter Doe 57,  is the legal heir to Peter Doe 57 and resides in the municipio of Apartado in Antioquia, Colombia.

92.    In 1987, Peter Doe 58 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 58, who was the brother of Peter

Doe 58, is the legal heir to Peter Doe 58 and resides in the municipio of Chigorodo in Antioquia, Colombia.

93.    In 1993, Pam Doe 58-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 58, who was the brother of Pam Doe 58-a, is the legal heir to Pam Doe 58-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

94.    On 3/7/1997, Peter Doe 59 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 59, who was the wife of Peter Doe 59, is the legal heir to Peter Doe 59 and resides in the municipio of Chigorodo in Antioquia, Colombia.

95.    On 5/28/1997, Peter Doe 60 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 60, who was the wife of Peter Doe 60, is the legal heir to Peter Doe 60 and resides in the municipio of Chigorodo in Antioquia, Colombia.

96.    On 10/20/2000, Pam Doe 61 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 61, who was the wife of Pam Doe 61, is the legal heir to Pam Doe 61 and resides in the municipio of Chigorodo in Antioquia, Colombia.

97.    On 1/27/1991, Peter Doe 62 was killed by the FARC, which received

support from Chiquita and/or Banadex. Plaintiff John Doe 62, who was the son of Peter Doe 62, is the legal heir to Peter Doe 62 and resides in the municipio of Chigorodo in Antioquia, Colombia.

98. On 3/2/2001, Peter Doe 63 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 63, who was the wife of Peter Doe 63, is the legal heir to Peter Doe 63 and resides in the municipio of Chigorodo in Antioquia, Colombia.

99. On 5/6/2001, Peter Doe 64 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 64, who was the wife of Peter Doe 64, is the legal heir to Peter Doe 64 and resides in the municipio of Chigorodo in Antioquia, Colombia.

100. On 7/8/2000, Peter Doe 64-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 64, who was the mother of Peter Doe 64-a, is the legal heir to Peter Doe 64-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

101. On 7/29/1997, Peter Doe 65 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 65, who was the wife of Peter Doe 65, is the legal heir to Peter Doe 65 and resides in the municipio of Chigorodo in Antioquia, Colombia.

102. On 11/23/1999, Peter Doe 66 was killed by paramilitaries, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 66, who was the mother of Peter Doe 66, is the legal heir to Peter Doe 66 and resides in the municipio of Chigorodo in Antioquia, Colombia.

103. On 7/22/2002, Peter Doe 67 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 67, who was the wife of Peter Doe 67, is the legal heir to Peter Doe 67 and resides in the municipio of Chigorodo in Antioquia, Colombia.

104. On 4/12/2002, Peter Doe 68 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 68, who was the wife of Peter Doe 68, is the legal heir to Peter Doe 68 and resides in the municipio of Chigorodo in Antioquia, Colombia.

105. On 2/22/2001, Peter Doe 69 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 69, who was the wife of Peter Doe 69, is the legal heir to Peter Doe 69 and resides in the municipio of Chigorodo in Antioquia, Colombia.

106. On 11/28/2003, Peter Doe 70 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 70, who was the daughter of Peter Doe 70, is the legal heir to Peter Doe 70 and resides in the municipio of

Chigorodo in Antioquia, Colombia.

107. On 9/18/2001, Peter Doe 71 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 71, who was the daughter of Peter Doe 71, is the legal heir to Peter Doe 71 and resides in the municipio of Chigorodo in Antioquia, Colombia.

108. On 1/28/1993, Peter Doe 72 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 72, who was the wife of Peter Doe 72, is the legal heir to Peter Doe 72 and resides in the municipio of Chigorodo in Antioquia, Colombia.

109. In 1994, Peter Doe 73 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 73, who was the wife of Peter Doe 73, is the legal heir to Peter Doe 73 and resides in the municipio of Chigorodo in Antioquia, Colombia.

110. On 3/10/1994, Peter Doe 74 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 74, who was the wife of Peter Doe 74, is the legal heir to Peter Doe 74 and resides in the municipio of Chigorodo in Antioquia, Colombia.

111. In 1992, Peter Doe 75 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 75, who was the wife of Peter Doe

75, is the legal heir to Peter Doe 75 and resides in the municipio of Chigorodo in Antioquia, Colombia.

112.  In 1991, Pam Doe 75-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 75, who was the mother of Pam Doe 75-a, is the legal heir to Pam Doe 75-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

113.  On 7/23/1997, Peter Doe 76 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 76, who was the wife of Peter Doe 76, is the legal heir to Peter Doe 76 and resides in the municipio of Chigorodo in Antioquia, Colombia.

114.  On 8/7/1998, Peter Doe 77 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 77, who was the mother of Peter Doe 77, is the legal heir to Peter Doe 77 and resides in the municipio of Chigorodo in Antioquia, Colombia.

115.  On 10/23/1999, Peter Doe 78 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 78, who was the wife of Peter Doe 78, is the legal heir to Peter Doe 78 and resides in the municipio of Chigorodo in Antioquia, Colombia.

116.  On 1/29/1993, Peter Doe 79 was killed by the FARC, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 79, who was the wife of Peter Doe 79, is the legal heir to Peter Doe 79 and resides in the municipio of Chigorodo in Antioquia, Colombia.

117. In 1990, Peter Doe 80 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 80, who was the wife of Peter Doe 80, is the legal heir to Peter Doe 80 and resides in the municipio of Chigorodo in Antioquia, Colombia.

118. In 1990, Peter Doe 80-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 80, who was the mother of Peter Doe 80-a, is the legal heir to Peter Doe 80-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

119. In 1992, Peter Doe 80-b was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 80, who was the mother of Peter Doe 80-b, is the legal heir to Peter Doe 80-b and resides in the municipio of Chigorodo in Antioquia, Colombia.

120. On 8/3/1995, Peter Doe 81 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 81, who was the wife of Peter Doe 81, is the legal heir to Peter Doe 81 and resides in the municipio of Chigorodo in Antioquia, Colombia.

121. In 1994, Peter Doe 82 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 82, who was the sister of Peter Doe 82, is the legal heir to Peter Doe 82 and resides in the municipio of Chigorodo in Antioquia, Colombia.

122. On 4/4/1997, Peter Doe 83 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 83, who was the wife of Peter Doe 83, is the legal heir to Peter Doe 83 and resides in the municipio of Chigorodo in Antioquia, Colombia.

123. In 1999, Peter Doe 84 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 84, who was the wife of Peter Doe 84, is the legal heir to Peter Doe 84 and resides in the municipio of Chigorodo in Antioquia, Colombia.

124. In 1991, Peter Doe 85 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 85, who was the wife of Peter Doe 85, is the legal heir to Peter Doe 85 and resides in the municipio of Chigorodo in Antioquia, Colombia.

125. On 7/23/1996, Peter Doe 86 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 86, who was the wife of Peter Doe 86, is the legal heir to Peter Doe 86 and resides in the municipio of

Chigorodo in Antioquia, Colombia.

126. On 10/24/1990, Peter Doe 87 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 87, who was the wife of Peter Doe 87, is the legal heir to Peter Doe 87 and resides in the municipio of Chigorodo in Antioquia, Colombia.

127. On 5/20/1991, Peter Doe 88 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 88, who was the brother of Peter Doe 88, is the legal heir to Peter Doe 88 and resides in the municipio of Chigorodo in Antioquia, Colombia.

128. On 7/10/1989, Peter Doe 88-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 88, who was the brother of Peter Doe 88-a, is the legal heir to Peter Doe 88-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

129. In 1992, Peter Doe 89 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 89, who was the mother of Peter Doe 89, is the legal heir to Peter Doe 89 and resides in the municipio of Chigorodo in Antioquia, Colombia.

130. In 1992, Peter Doe 89-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 89, who was the mother of Peter

Doe 89-a, is the legal heir to Peter Doe 89-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

131. In 1989, Peter Doe 89-b was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 89, who was the mother of Peter Doe 89-b, is the legal heir to Peter Doe 89-b and resides in the municipio of Chigorodo in Antioquia, Colombia.

132. On 3/7/1997, Peter Doe 90 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 90, who was the wife of Peter Doe 90, is the legal heir to Peter Doe 90 and resides in the municipio of Chigorodo in Antioquia, Colombia.

133. In 2002, Peter Doe 91 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 91, who was the wife of Peter Doe 91, is the legal heir to Peter Doe 91 and resides in the municipio of Chigorodo in Antioquia, Colombia.

134. On 4/6/1995, Peter Doe 92 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 92, who was the wife of Peter Doe 92, is the legal heir to Peter Doe 92 and resides in the municipio of Chigorodo in Antioquia, Colombia.

135. On 2/11/2001, Peter Doe 93 was killed by the AUC, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 93, who was the wife of Peter Doe 93, is the legal heir to Peter Doe 93 and resides in the municipio of Chigorodo in Antioquia, Colombia.

136.   On 4/20/1993, Peter Doe 94 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 94, who was the wife of Peter Doe 94, is the legal heir to Peter Doe 94 and resides in the municipio of Chigorodo in Antioquia, Colombia.

137.   On 12/10/1997, Peter Doe 95 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 95, who was the wife of Peter Doe 95, is the legal heir to Peter Doe 95 and resides in the municipio of Chigorodo in Antioquia, Colombia.

138.   On 7/22/1995, Peter Doe 96 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 96, who was the wife of Peter Doe 96, is the legal heir to Peter Doe 96 and resides in the municipio of Chigorodo in Antioquia, Colombia.

139.   On 7/23/2000, Peter Doe 97 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 97, who was the mother of Peter Doe 97, is the legal heir to Peter Doe 97 and resides in the municipio of Chigorodo in Antioquia, Colombia.

140.   In 1995, Peter Doe 98 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 98, who was the wife of Peter Doe 98, is the legal heir to Peter Doe 98 and resides in the municipio of Chigorodo in Antioquia, Colombia.

141.   In 1997, Peter Doe 98-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 98, who was the mother of Peter Doe 98-a, is the legal heir to Peter Doe 98-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

142.   In 1991, Peter Doe 98-b was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 98, who was the mother of Peter Doe 98-b, is the legal heir to Peter Doe 98-b and resides in the municipio of Chigorodo in Antioquia, Colombia.

143.   On 8/11/1998, Peter Doe 99 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 99, who was the wife of Peter Doe 99, is the legal heir to Peter Doe 99 and resides in the municipio of Chigorodo in Antioquia, Colombia.

144.   On 7/10/1997, Peter Doe 100 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 100, who was the wife of Peter Doe 100, is the legal heir to Peter Doe 100 and resides in the municipio of

Chigorodo in Antioquia, Colombia.

145. On 9/24/1999, Peter Doe 101 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 101, who was the wife of Peter Doe 101, is the legal heir to Peter Doe 101 and resides in the municipio of Chigorodo in Antioquia, Colombia.

146. On 8/27/1990, Peter Doe 102 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 102, who was the mother of Peter Doe 102, is the legal heir to Peter Doe 102 and resides in the municipio of Chigorodo in Antioquia, Colombia.

147. On 2/11/1993, Peter Doe 103 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 103, who was the mother of Peter Doe 103, is the legal heir to Peter Doe 103 and resides in the municipio of Chigorodo in Antioquia, Colombia.

148. On 6/2/1995, Peter Doe 104 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 104, who was the mother of Peter Doe 104, is the legal heir to Peter Doe 104 and resides in the municipio of Chigorodo in Antioquia, Colombia.

149. On 9/18/1999, Peter Doe 105 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 105, who was the wife of

Peter Doe 105, is the legal heir to Peter Doe 105 and resides in the municipio of Chigorodo in Antioquia, Colombia.

150. On 7/10/1996, Peter Doe 106 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 106, who was the wife of Peter Doe 106, is the legal heir to Peter Doe 106 and resides in the municipio of Chigorodo in Antioquia, Colombia.

151. In 1992, Peter Doe 107 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 107, who was the mother of Peter Doe 107, is the legal heir to Peter Doe 107 and resides in the municipio of Chigorodo in Antioquia, Colombia.

152. In 1989, Peter Doe 108 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 108, who was the mother of Peter Doe 108, is the legal heir to Peter Doe 108 and resides in the municipio of Chigorodo in Antioquia, Colombia.

153. In 1991, Peter Doe 108-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 108, who was the mother of Peter Doe 108-a, is the legal heir to Peter Doe 108-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

154. On 5/20/1998, Peter Doe 109 was killed by the AUC, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 109, who was the wife of Peter Doe 109, is the legal heir to Peter Doe 109 and resides in the municipio of Chigorodo in Antioquia, Colombia.

155. On 11/14/2000, Peter Doe 110 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 110, who was the wife of Peter Doe 110, is the legal heir to Peter Doe 110 and resides in the municipio of Turbo in Antioquia, Colombia.

156. On 7/16/1997, Peter Doe 111 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 111, who was the daughter of Peter Doe 111, is the legal heir to Peter Doe 111 and resides in the municipio of Turbo in Antioquia, Colombia.

157. On 6/28/1995, Peter Doe 112 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 112, who was the brother of Peter Doe 112, is the legal heir to Peter Doe 112 and resides in the municipio of Turbo in Antioquia, Colombia.

158. On 2/6/2002, Peter Doe 113 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 113, who was the wife of Peter Doe 113, is the legal heir to Peter Doe 113 and resides in the municipio of Turbo in Antioquia, Colombia.

159. On 9/24/1996, Peter Doe 114 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 114, who was the wife of Peter Doe 114, is the legal heir to Peter Doe 114 and resides in the municipio of Turbo in Antioquia, Colombia.

160. On 12/10/1995, Peter Doe 115 was disappeared by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 115, who was the wife of Peter Doe 115, is the legal heir to Peter Doe 115 and resides in the municipio of Turbo in Antioquia, Colombia.

161. In 2002, Peter Doe 116 was killed by paramilitaries, who received support from Chiquita and/or Banadex. Plaintiff Jane Doe 116, who was the mother of Peter Doe 116, is the legal heir to Peter Doe 116 and resides in the municipio of Turbo in Antioquia, Colombia.

162. In 2002, Peter Doe 116-a was killed by paramilitaries, who received support from Chiquita and/or Banadex. Plaintiff Jane Doe 116, who was the mother of Peter Doe 116-a, is the legal heir to Peter Doe 116-a and resides in the municipio of Turbo in Antioquia, Colombia.

163. On 8/7/1993, Peter Doe 117 was killed by paramilitaries, who received support from Chiquita and/or Banadex. Plaintiff Jane Doe 117, who was the daughter of Peter Doe 117, is the legal heir to Peter Doe 117 and resides in the municipio of

Turbo in Antioquia, Colombia.

164. On 1/11/2001, Peter Doe 118 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 118, who was the wife of Peter Doe 118, is the legal heir to Peter Doe 118 and resides in the municipio of Turbo in Antioquia, Colombia.

165. On 11/4/2003, Peter Doe 119 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 119, who was the wife of Peter Doe 119, is the legal heir to Peter Doe 119 and resides in the municipio of Turbo in Antioquia, Colombia.

166. On 4/28/2002, Peter Doe 120 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 120, who was the daughter of Peter Doe 120, is the legal heir to Peter Doe 120 and resides in the municipio of Turbo in Antioquia, Colombia.

167. On 8/1/1994, Peter Doe 121 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 121, who was the wife of Peter Doe 121, is the legal heir to Peter Doe 121 and resides in the municipio of Turbo in Antioquia, Colombia.

168. On 10/3/2000, Peter Doe 122 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 122, who was the wife of

Peter Doe 122, is the legal heir to Peter Doe 122 and resides in the municipio of Turbo in Antioquia, Colombia.

169. On 1/8/1987, Peter Doe 123 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 123, who was the son of Peter Doe 123, is the legal heir to Peter Doe 123 and resides in the municipio of Turbo in Antioquia, Colombia.

170. On 2/27/1997, Peter Doe 124 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 124, who was the mother of Peter Doe 124, is the legal heir to Peter Doe 124 and resides in the municipio of Turbo in Antioquia, Colombia.

171. On 2/28/1997, Pam Doe 124-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 124, who was the mother of Pam Doe 124-a, is the legal heir to Pam Doe 124-a and resides in the municipio of Turbo in Antioquia, Colombia.

172. In 1993, Peter Doe 125 was disappeared by the FARC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 125, who was the son of Peter Doe 125, is the legal heir to Peter Doe 125 and resides in the municipio of Turbo in Antioquia, Colombia.

173. On 11/6/2002, Peter Doe 126 was killed by the AUC, which received

support from Chiquita and/or Banadex. Plaintiff Jane Doe 126, who was the daughter of Peter Doe 126, is the legal heir to Peter Doe 126 and resides in the municipio of Turbo in Antioquia, Colombia.

174. On 3/30/1996, Peter Doe 127 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 127, who was the wife of Peter Doe 127, is the legal heir to Peter Doe 127 and resides in the municipio of Turbo in Antioquia, Colombia.

175. On 11/23/1997, Peter Doe 128 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 128, who was the wife of Peter Doe 128, is the legal heir to Peter Doe 128 and resides in the municipio of Turbo in Antioquia, Colombia.

176. On 11/23/1997, Peter Doe 128-a was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 128, who was the sister of Peter Doe 128-a, is the legal heir to Peter Doe 128-a and resides in the municipio of Turbo in Antioquia, Colombia.

177. On 5/26/1994, Peter Doe 128-b was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 128, who was the sister of Peter Doe 128-b, is the legal heir to Peter Doe 128-b and resides in the municipio of Turbo in Antioquia, Colombia.

178. On 12/9/1992, Peter Doe 129 was killed by the FARC, who received support from Chiquita and/or Banadex. Plaintiff Jane Doe 129, who was the daughter of Peter Doe 129, is the legal heir to Peter Doe 129 and resides in the municipio of Turbo in Antioquia, Colombia.

179. In October 1997, Peter Doe 130 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 130, who was the mother of Peter Doe 130, is the legal heir to Peter Doe 130 and resides in the municipio of Turbo in Antioquia, Colombia.

180. On 6/28/2004, Peter Doe 131 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 131, who was the mother of Peter Doe 131, is the legal heir to Peter Doe 131 and resides in the municipio of Turbo in Antioquia, Colombia.

181. On 3/15/1992, Peter Doe 132 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 132, who was the sister of Peter Doe 132, is the legal heir to Peter Doe 132 and resides in the municipio of Turbo in Antioquia, Colombia.

182. On 9/18/1995, Peter Doe 133 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 133, who was the wife of Peter Doe 133, is the legal heir to Peter Doe 133 and resides in the municipio of

Turbo in Antioquia, Colombia.

183. On 8/2/1998, Peter Doe 134 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 134, who was the wife of Peter Doe 134, is the legal heir to Peter Doe 134 and resides in the municipio of Turbo in Antioquia, Colombia.

184. On 8/2/1987, Peter Doe 135 was killed by paramilitaries, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 135, who was the wife of Peter Doe 135, is the legal heir to Peter Doe 135 and resides in the municipio of Turbo in Antioquia, Colombia.

185. On 1/25/1997, Peter Doe 136 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 136, who was the wife of Peter Doe 136, is the legal heir to Peter Doe 136 and resides in the municipio of Turbo in Antioquia, Colombia.

186. On 12/31/1997, Peter Doe 137 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 137, who was the daughter of Peter Doe 137, is the legal heir to Peter Doe 137 and resides in the municipio of Turbo in Antioquia, Colombia.

187. On 5/23/1997, Peter Doe 138 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 138, who was the

wife of Peter Doe 138, is the legal heir to Peter Doe 138 and resides in the municipio of Turbo in Antioquia, Colombia.

188. On 3/18/2003, Peter Doe 139 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 139, who was the wife of Peter Doe 139, is the legal heir to Peter Doe 139 and resides in the municipio of Turbo in Antioquia, Colombia.

189. On 12/1/1997, Peter Doe 140 was killed by the FARC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 140, who was the wife of Peter Doe 140, is the legal heir to Peter Doe 140 and resides in the municipio of Turbo in Antioquia, Colombia.

190. On 6/9/1997, Peter Doe 141 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 141, who was the wife of Peter Doe 141, is the legal heir to Peter Doe 141 and resides in the municipio of Turbo in Antioquia, Colombia.

191. On 8/14/2000, Pam Doe 142 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 142, who was the mother of Pam Doe 142, is the legal heir to Pam Doe 142 and resides in the municipio of Turbo in Antioquia, Colombia.

192. In 1996, Peter Doe 143 was killed by the AUC, which received support

from Chiquita and/or Banadex. Plaintiff John Doe 143, who was the father of Peter Doe 143, is the legal heir to Peter Doe 143 and resides in the municipio of Medellin in Antioquia, Colombia.

193. In 1995, Peter Doe 143-a was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 143, who was the father of Peter Doe 143-a, is the legal heir to Peter Doe 143-a and resides in the municipio of Medellin in Antioquia, Colombia.

194. In 1999, Peter Doe 143-b was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff John Doe 143, who was the father of Peter Doe 143-b, is the legal heir to Peter Doe 143-b and resides in the municipio of Medellin in Antioquia, Colombia.

195. On 6/22/2003, Peter Doe 144 was killed by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 144, who was the mother of Peter Doe 144, is the legal heir to Peter Doe 144 and resides in the municipio of Medellin in Antioquia, Colombia.

196. Juan Perez 1 is the wife and legal heir to Pablo Perez 1, a banana worker employed by Finca El Golpe, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 1 was kidnapped and disappeared from his home in Gran Vía, Zona Bananera on May 17, 2001 by AUC paramilitaries

from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At 1:00 AM on May 17, 2001, approximately 50 heavily armed paramilitaries, some wearing AUC uniforms, surrounded Pablo Perez 1's home, broke down the door, and proceeded to savagely beat members of his family. The paramilitaries attempted to rape Juana Perez 1, the petitioner, but were ordered to stop by an unidentified paramilitary leader. After an hour had passed, the paramilitaries took Pablo Perez 1 prisoner, taking him away with at least 10 other victims they had captured that night elsewhere. Pablo Perez 1 was never found.

197.   At the time when Pablo Perez 1 was disappeared, the William Rivas Front was receiving substantial support from Chiquita, and the kidnapping/disappearance of Pablo Perez 1 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 1 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

198.   Juana Perez 2 is the wife and legal heir of Pablo Perez 2, a banana worker employed by Finca Plantación, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. Pablo Perez 2 was kidnapped and disappeared from his home in Gran Vía, Zona Bananera on May 17, 2001 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.   In the early morning hours of May 17, 2001, approximately 50 heavily armed paramilitaries surrounded Pablo Perez 2's home, broke down the door, and proceeded to assault Juana Perez 106, the petitioner, grabbing her by the hair. The paramilitaries demanded insistently to know where Pablo Perez 2 had hidden the 400,000 Colombian Pesos which he had just received as partial payment of his accumulated employee benefits from Finca Plantación, money he had collected in the hopes of purchasing a small house. The paramilitaries tied Pablo Perez 2's hands, placed a plastic bag over his head, and beat and tortured him savagely. They then took him away in a pickup truck, robbing the family's kitchen utensils on the way out. Pablo Perez 2 was never found. Based on information and belief, management at Finca Plantación informed the paramilitaries that Pablo Perez 2 had recently collected a large sum of money as partial payment of his accumulated employee benefits.

199.   At the time when Pablo Perez 2 was disappeared, the William Rivas

Front was receiving substantial support from Chiquita, and the kidnapping/disappearance of Pablo Perez 2 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 2 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

200.    Juana Perez 3 is the mother and legal heir to Pablo Perez 3, a member of SINTRAINAGRO, the trade union representing banana workers, and an employee of Finca Los Abriles, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in Magdalena. Pablo Perez 3 was murdered on November 20, 1997, by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 3 was with his family at home in Santa Rosalia, in the banana zone, when an armed group of paramilitaries wearing fatigues broke through the door and threw Pablo Perez 3 and his father to the floor, then ordered Pablo Perez 3's mother into another room. The paramilitaries ransacked the house under the pretext

of searching for weapons, stole the family's cash, then left. But shortly thereafter they returned and kidnapped Pablo Perez 3. His decomposed body was found two days later in nearby Tucurinca, with multiple gunshot wounds.

201. At the time when Pablo Perez 3 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 3 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 3 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

202. Juana Perez 4 is the mother and legal heir of Pablo Perez 4, an occasional worker at Finca Vijagual I, a banana plantation previously owned or controlled by Chiquita, and which was still supplying Chiquita. Pablo Perez 4 was murdered on September 9, 2004, by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On September 9, 2004, Pablo Perez 4 was at a birthday