party in the town of Guacamayal, in Zona Bananera, Magdalena, when two armed paramilitaries suddenly arrived on a motorcycle. The two paramilitaries approached Pablo Perez 4, and one of them pulled out a gun and shot the victim. When Pablo Perez 4 fell to the ground, the other paramilitary pumped several more shots into him, killing him.

203. Juana Perez 4 received a letter dated September 19, 2008 from the Colombian Attorney General's office that confirms that the commander of the William Rivas Front, Jose Gregorio Mangones Lugo, alias "Carlos Tijeras," had accepted responsibility in public testimony for the murder of Pablo Perez 4. Prior to the murder of Pablo Perez 4, Chiquita had given substantial support to the William Rivas Front, and at the time when Pablo Perez 4 was killed, the William Rivas Front of the AUC was still receiving substantial support from Chiquita suppliers, and the murder of Pablo Perez 4 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 4 was one of the innocent victims of the violence that ensued when Chiquita brought and

51

provided support to the AUC in the banana zone of Magdalena.

204. Juana Perez 5 is the mother and legal heir of Pablo Perez 5, who worked at Finca Calmita, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 5 was kidnapped and murdered on November 1, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Shortly after midnight on November 1, 1997, a group of paramilitaries arrived at the home Pablo Perez 5 shared with members of his family in the village of Guacamayal, in the banana zone of Magdalena. The paramilitaries asked for Pablo Perez 5, who wasn't home at that moment. Using threats, the paramilitaries forced a brother of Pablo Perez 5 to accompany them and to lead them to where Pablo Perez 5 was. The paramilitaries then seized Pablo Perez 5 and kidnapped him. Pablo Perez 5 was found dead later that morning, with two gunshots.

205. At the time when Pablo Perez 5 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 5 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita

with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 5 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

206. Juana Perez 6 is the mother and legal heir of Pablo Perez 6, a former worker at Finca El Golpe, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 6 was kidnapped and murdered on March 16, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Shortly after midnight on March 16, 1999, Pablo Perez 6 was at a pool hall in the town of Sevilla, in the banana zone of Magdalena, when a group of uniformed paramilitaries who had their faces covered with balaclavas entered the pool hall, seized Pablo Perez 6, and kidnapped him. Pablo Perez 6 was found dead the following morning on the outskirts of the village of Guacamayal, also in the banana zone of Magdalena.

207. At the time when Pablo Perez 6 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 6 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the

FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 6 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

208. Juana Perez 7 is the wife and legal heir of Pablo Perez 7, an agricultural worker in Guacamayal, Zona Bananera. Pablo Perez 7 was murdered on March 19, 1995 by ELN guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Several of Pablo Perez 7's family members had been murdered previously, but Pablo Perez 7 had not had any direct confrontation with the armed groups in the region prior to his murder. Shortly before the murder, graffiti had appeared on some of the buses that transported workers to and from local farms that read, "death to the 'Perez' family." On the night before his murder, Pablo Perez 7 had gone out drinking. On March 19, 1995, he slept most of the day, then woke up and left to go visit his sister at approximately 6:30 PM. Along the way, Pablo Perez 7 stopped to talk to some members of his family in the street. A group of armed, uniformed ELN guerrillas approached the group in a white pickup truck. They shot at the group, killing five,

including Pablo Perez 7. Pablo Perez 7 was shot multiple times.

209. At the time when Pablo Perez 7 was murdered, the ELN was receiving substantial support from Chiquita. Pablo Perez 7 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ELN in Magdalena.

210. Juana Perez 8 is the sister and legal heir of Pablo Perez 8, who worked at Finca Los Planetas, a banana plantation which was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 8 was murdered on March 19, 1995 by ELN guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the afternoon of March 19, 1995, Pablo Perez 8 left his home in the village of Guacamayal, in the banana zone of Magdalena, to look for a friend of his. Pablo Perez 8 found his friend in the central plaza of Guacamayal, along with some other friends. After approximately 15 minutes had passed, a group of armed ELN guerrillas arrived and immediately opened fire on the group of friends, killing five of them, including Pablo Perez 8.

211. At the time when Pablo Perez 8 was murdered, the ELN was receiving substantial support from Chiquita. Pablo Perez 8 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ELN in

Magdalena.

212. Juana Perez 9 is the sister and legal heir of Pablo Perez 9, who worked at Finca Eusebia, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. Pablo Perez 9 was kidnapped, beaten and murdered on June 9, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 9, 2001, at approximately 9:30 AM, Pablo Perez 9 finished his daily tasks at Finca Eusebia and left on his bicycle to go home in the village of Varela, in the banana zone of Magdalena. As he was passing between Finca Eusebia and Finca El Tiempo, another banana plantation, a group of paramilitaries in a white pickup truck intercepted him, forced him off of his bicycle, and beat him savagely. The paramilitaries then tied Pablo Perez 9's hands and kidnapped him, taking him to the hamlet of Colorado, near Cienaga, Magdalena. There, the paramilitaries executed Pablo Perez 82 with two gunshots to the head.

213. In a letter dated February 28, 2008, the Colombian Attorney General's office stated that in public testimony, Jose Gregorio Mangones Lugo, A/K/A "Carlos Tijeras," who later became the commander of the William Rivas Front of the AUC Northern Block, accepted responsibility for the murder of Pablo Perez 9. At the time when Pablo Perez 9 was murdered, the Northern Block of the AUC was receiving

substantial support from Chiquita, and the murder of Pablo Perez 9 was in furtherance

of the understanding between the AUC and Chiquita that in return for Chiquita's

support, the AUC would drive the FARC and ELN guerrillas out of the banana area

and maintain a sufficient presence to keep the guerrillas from regaining a foothold.

Further, the AUC provided Chiquita with security, labor quiescence and social

stability, and ensured that trade unions were not infiltrated by leftists sympathetic to

the FARC and ELN guerrillas. Pablo Perez 9 was one of the innocent victims of the

violence that ensued when Chiquita brought and provided support to the AUC in the

banana zone of Magdalena.

214.  Juana Perez 10 is the wife and legal heir of Pablo Perez 10. Pablo Perez

10, an employee of Finca El Porvenir, a banana farm owned or controlled by Chiquita,

or which supplied Chiquita, was murdered on February 21, 2003 by AUC

paramilitaries from the William Rivas Front, who were in control of the banana zone

and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On

February 21, 2003, Pablo Perez 10 was eating dinner at his home in the town of

Guacamayal, Zona Bananera, Magdalena, when heavily armed paramilitaries arrived

in a pickup truck. The paramilitaries tried to kidnap Pablo Perez 10. When he resisted,

they shot and killed him on the spot.

215.  In a letter issued on May 15, 2007, Carelis Padilla Peña, the Zona

57

Bananera, Magdalena Municipal Representative, confirmed that Pablo Perez 10 was killed in the context of the internal armed conflict. At the time when Pablo Perez 10 was killed, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 10 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 10 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

216.   Juan Perez 11A is the son and legal heir of Pablo Perez 11. Juana Perez 11B is the wife and legal heir of Pablo Perez 11. Pablo Perez 11, an employee of the banana plantation La Juliana, which was owned or controlled by Chiquita or which sold bananas to Chiquita, was murdered on May 30, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 11 was an active member of SINTRAINAGRO, the trade union representing banana workers, including

those employed by Chiquita. On May 30, 1997, Pablo Perez 11 was at work at La Juliana when, at approximately 8:00 AM, a group numbering more than 30 armed paramilitaries entered the plantation. The paramilitaries ordered all the plantation's workers to assemble and, working off a written list, separated three of them from the group. The three included the foreman, the secretary [Paula Perez 12, below], and Pablo Perez 11. The paramilitaries then executed Pablo Perez 11 and the other two workers by gunshot.

217. At the time when Pablo Perez 11 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 11 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 11 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

218. Juana Perez 12 is the mother and legal heir of Paula Perez 12, an employee of the banana plantation Finca La Juliana, which was owned or controlled

59

by Chiquita owned or which sold bananas to Chiquita, in the banana zone of Magdalena. Paula Perez 12, the plantation's secretary, was murdered on May 30, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 30, 1997, Paula Perez 12 was working in the office at Finca La Juliana when a large group of paramilitaries arrived. The paramilitaries entered the office and removed Paula Perez 12 by force, telling her that they needed to speak with her. After a brief conversation, one of the paramilitaries pulled out a firearm and opened fire on Paula Perez 12, killing her with a gunshot to the head. The paramilitaries also killed two other employees of Finca La Juliana in the same incident [including Pablo Perez 11, above].

219. At the time when Paula Perez 12 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Paula Perez 12 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Paula Perez 12 was one of the

innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

220.   Juana Perez 13 is the sister and legal heir of Paula Perez 13. Paula Perez 13, an employee of the banana plantation Nabusimake, a Chiquita supplier, was raped, tortured and murdered on October 18, 2005 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the evening of October 19, 2005, Paula Perez 13 was on the Nabusimake plantation, located in the town of Sevilla, Zona Bananera, in the company of a security guard when, at approximately 8:00 PM, a group of five armed paramilitaries entered the plantation. The security guard fled as the paramilitaries approached, leaving Paula Perez 13 alone. The paramilitaries raped Paula Perez 13, tortured her with multiple stab wounds and by burning her chest, and then killed her by slitting her throat.

221.   On March 13, 2007, the Zona Bananera Municipal Representative issued a letter confirming that Paula Perez 13 was murdered on October 18, 2005, for ideological and political reasons in the context of the internal armed conflict. Prior to the rape, torture and murder of Paula Perez 13, the William Rivas Front of the AUC had received substantial support from Chiquita, and continued to receive substantial support from Chiquita's suppliers. The murder of Paula Perez 13 was in furtherance

61

of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Paula Perez 13 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

222. Juana Perez 14 is the wife and legal heir of Pablo Perez 14, an employee of Finca La Joya, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 14 was murdered on June 2, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 2, 1997, at approximately 7:00 PM, four armed Northern Block paramilitaries arrived on two motorcycles at the home Pablo Perez 14 shared with the Plaintiff, in the village of Guamachito, in the banana zone of Magdalena. The paramilitaries asked Pablo Perez 14 several questions, asking who had lived in his house before he did, and where he had weapons hidden. Pablo Perez 14 responded that he had no weapons. The paramilitaries then ransacked his home, stealing valuables, and then left. But almost

immediately they returned and ordered Pablo Perez 14 to accompany them, telling him that nothing would happen to him. But a short distance from his home they executed Pablo Perez 14 with several gunshots to the head and body.

223. At the time when Pablo Perez 14 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 14 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 14 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

224. Juan Perez 15 is the son and legal heir of Pablo Perez 15, a small farmer who grew bananas for Chiquita on his farm in a rural zone of Cienaga, Magdalena. Pablo Perez 15 was murdered on August 1, 2005 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On August 1, 2005 at approximately 4:30 PM, Pablo Perez 15 was at his farm in the Ceibales sector of rural

Cienaga when two paramilitaries dressed in civilian clothes arrived at the farmhouse where Pablo Perez 15 lived and asked for him. Relatives of Pablo Perez 15 told the paramilitaries that he was bathing. A short time later the two paramilitaries returned with a third paramilitary. They found Pablo Perez 15, took him a short distance away from the farmhouse, and murdered him with three gunshots to the face and head.

225.    A relative of Pablo Perez 15 who witnessed the crime later reviewed a photo album shown him by the district attorney's office, and identified the person who gave the order to execute Pablo Perez 15. This person was, according to a certificate issued by the district attorney's office on July 25, 2006, Rolando Rene Garavito Zapata, alias "Cara de Niño", a known AUC member. Prior to the time when Pablo Perez 15 was murdered, the Northern Block of the AUC had received substantial support from Chiquita, and was still receiving substantial support from Chiquita's suppliers at the time when Pablo Perez 15 was killed. The murder of Pablo Perez 15 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 15 was one of the innocent

victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

226. Juana Perez 16 is the mother and legal heir of Pablo Perez 16, a fisherman who lived in Puebloviejo, Magdalena. Pablo Perez 16 was murdered on September 7, 1996 by guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On September 7, 1996, Pablo Perez 16 was working in the Ciénaga market when an armed guerrilla approached him on foot and shot him, killing him. The plaintiff believes that the guerrillas murdered Pablo Perez 16 because they thought he was a paramilitary informant.

227. At the time when Pablo Perez 16 was murdered, the guerrillas were receiving substantial support from Chiquita. Pablo Perez 16 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in Magdalena.

228. Juan Perez 17 is the father and legal heir of Pablo Perez 17A and Pablo Perez 17B, two agricultural workers who were brothers. Pablo Perez 17A and Pablo Perez 17B were murdered on October 17, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On October 17, 2003,

65

Pablo Perez 17A and Pablo Perez 17B were returning to their home in rural Cienaga, Magdalena, after a day working in the fields when they were intercepted by four paramilitaries on two motorcycles at Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. The paramilitaries forced Pablo Perez 17A and Pablo Perez 17B to walk further into the banana plantation, and then murdered them with multiple gunshots.

229. At the time when Pablo Perez 17A and Pablo Perez 17B were murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 17A and Pablo Perez 17B was in furtherance of the understanding that the AUC had with Chiquita and that in return for Chiquita's and support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 17A and Pablo Perez 17B were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

230. Juana Perez 18 is the wife and legal heir of Pablo Perez 18, an employee of Finca La Juliana, a banana plantation owned or controlled by Chiquita, or which

supplied Chiquita. Pablo Perez 18 was murdered on May 16, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 16, 1997, Pablo Perez 18 was at work at Finca La Juliana when a large group of heavily armed paramilitaries entered the plantation. The paramilitaries murdered Pablo Perez 18 with at least one gunshot to the head, leaving his body at the plantation's packing station.

231. At the time when Pablo Perez 18 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 18 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 18 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

232. Juana Perez 19 is the sister and legal heir of Pablo Perez 19, a security guard supervisor and former police officer in Ciénaga, Magdalena. Pablo Perez 19

was murdered on April 6, 1995 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 19 worked for a private security firm that provided security guards to a number of plantations in the region. At approximately 7:00 PM on April 6, 1995, Pablo Perez 19 started making his rounds to check on the security guards working on the plantations. He was accompanied by the supervisor who oversaw shift changes, and both men were reservists with the police force. On their way back, they were detained at a FARC checkpoint. The FARC checked their identification, and seeing that they were reservists, told both men to turn around and shot them from behind, killing them both.

233.   At the time when Pablo Perez 19 was murdered, the FARC was receiving substantial support from Chiquita. Pablo Perez 19 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the FARC in Magdalena.

234.   Juana Perez 20 is the wife and legal heir of Pablo Perez 20, an employee of Finca La Joya, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, located in or near the village of Guacamayal, Zona Bananera, Magdalena. Pablo Perez 20 was murdered on November 27, 2001 in a massacre committed by AUC paramilitaries from the Northern Block, who were in control of

68

the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 6:30 AM on November 27, 2001, Pablo Perez 20 was finishing up his shift as night watchman at Finca La Joya when a group of four paramilitaries entered aboard two motorcycles. The four paramilitaries carried a list of names of Finca La Joya workers whom they were looking for. The paramilitaries seized Pablo Perez 20 and two other workers, and opened fire on them, killing all three. Pablo Perez 20 died of multiple gunshots to the head.

235. In a certificate issued on December 28, 2001, Luis Carlos Infante Avendaño, the Zona Bananera Municipal Representative, certified that Pablo Perez 20 was the victim of a selective massacre carried out for ideological and political motives in the context of the internal armed conflict. In a letter dated February 28, 2008, the Colombian Attorney General's office confirmed that the commander of the William Rivas Front of the Northern Block, Jose Gregorio Mangones Lugo, alias "Carlos Tijeras," had accepted responsibility for the murder of Pablo Perez 20. At the time when Pablo Perez 20 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 20 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining

69

a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 20 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

236.   Juan Perez 21 is a victim and survivor of torture, and is the brother and legal heir of Pablo Perez 21A and Pablo Perez 21B. Juan Perez 21 was tortured, and Pablo Perez 21A and Pablo Perez 21B were murdered on November 27, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Juan Perez 21, Pablo Perez 21A and Pablo Perez 21B lived and worked at the small banana farm "Ana Dilia," in the village of Río Frío, in the banana zone of Magdalena. The farm "Ana Dilia" produced bananas for Chiquita. At approximately 11:00 PM on the night of November 27, 1997, a large group of heavily armed paramilitaries with their faces covered by balaclavas stormed the home where Juan Perez 21, Pablo Perez 21A and Pablo Perez 21B lived with other members of their family. When Pablo Perez 21A saw the paramilitaries, he tried to run away, but the paramilitaries opened fire on him, killing him with multiple gunshots. One of the paramilitaries pointed to Pablo Perez 21B; the leader of the paramilitaries said that they would have to take Pablo Perez 21B

70

with them for questioning. Pablo Perez 21B tried to defend himself, taking a swing at one of his captors, but the paramilitaries opened fire on him, killing him with multiple gunshots. The paramilitaries then proceeded to torture Juan Perez 21, demanding to know where the family had weapons hidden in the house. Juan Perez 21 told the paramilitaries repeatedly that the family had no weapons, but they continued to torture him, throwing him to the floor, beating him with rifle butts over his entire body, and pouring a caustic, inflammable liquid on his back, which they repeatedly ignited and then snuffed out. While some of the paramilitaries tortured Juan Perez 21, others ransacked the house in search of weapons. Though they found no weapons, the paramilitaries robbed the family of money, jewelry and home appliances.

237. In a certificate issued on May 8, 2007, Boris Emilio Garcia Arcon, the Cienaga Municipal Representative, confirmed that Pablo Perez 21A and Pablo Perez 21B died as victims of a selective massacre carried out for ideological or political motives in the context of the internal armed conflict. At the time when Juan Perez 21 was tortured, and Pablo Perez 21A and Pablo Perez 21B were murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the torture of Juan Perez 21 and the murder of Pablo Perez 21A and Pablo Perez 21B were in furtherance of the understanding that the AUC had with Chiquita that in return for

Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Juan Perez 21, Pablo Perez 21A and Pablo Perez 21B were three of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

238.   Juan Perez 22 is also the father and legal heir of Pablo Perez 22, an agricultural worker from the village of Sevillano, in rural Cienaga, Magdalena. Pablo Perez 22 was murdered on July 22, 1996 by ELN guerrillas who were vying for control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 22 had worked for five years at the El Chorro farm in Sevillano. Two months prior to Pablo Perez 22's murder, a group of heavily armed men who identified themselves as ELN guerillas entered the farm and warned Pablo Perez 22 that he should stop working at El Chorro because the ELN had received information that indicated that the paramilitaries were using the farm to camp out. But Pablo Perez 22 paid no attention to the warning, and continued to work at El Chorro. At approximately 6:00 PM on July 22, 1996, when Pablo Perez 22 was eating supper in Sevillano, he was approached by six armed men, one of whom accused him

of disobeying the ELN. The armed men then shot Pablo Perez 22 to death.

239.   At the time when Pablo Perez 22 was killed, the ELN was receiving substantial from Chiquita. Pablo Perez 22 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ELN in the banana zone and surrounding areas of Magdalena.

240.   Juan Perez 23 is the brother and legal heir of Pablo Perez 23, a banana worker employed by Finca Vijagual, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. Pablo Perez 23 was murdered on or about May 12, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On or about May 12, 1999, Pablo Perez 23 left his home in the town of Sevilla, in the banana zone of Magdalena, in order to accompany a friend to the village of  Tierra Nueva, in Pueblo Viejo, Magdalena. Along the way, Pablo Perez 23 and his friend were intercepted by paramilitaries, who kidnapped and murdered them. Pablo Perez 23's family did not immediately find his body, but eventually was led to the place where he had been left thanks to information supplied by informants.

241.   At the time when Pablo Perez 23 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo

Perez 23 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 23 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

242. Juan Perez 24 is the brother and legal heir of Pablo Perez 24, an occasional banana worker employed at Finca Vijagual, a banana plantation in the banana zone of Magdalena which supplied Chiquita. Pablo Perez 24 was murdered on December 24, 2004 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On December 24, 2004, Pablo Perez 24 was returning to his home in Sevilla, Zona Bananera, Magdalena, after having visited Plaintiff. As Pablo Perez 24 was returning home, he found two paramilitaries who were waiting for him in Sevilla. The two paramilitaries opened fire on Pablo Perez 24, killing him with multiple gunshots.

243. Prior to the time when Pablo Perez 24 was murdered, the William Rivas

Front of the AUC had received substantial support from Chiquita, and was still receiving substantial support from Chiquita's suppliers. The murder of Pablo Perez 24 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 24 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

244. Juana Perez 25 is the wife and legal heir of Pablo Perez 25, an engineering student who lived in Fundación, Magdalena. Pablo Perez 25 was murdered on August 17, 1996 by guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At the time of his murder, Pablo Perez 25 was about to graduate from the university as a systems technician. On August 17, 1996, he left for Sevilla, in the banana zone, to visit his uncle and ask him to attend his graduation. As he was leaving, a man who had a farm in Sevilla asked him for a ride. The man's car had broken down and he had gone to Fundación to purchase parts. Pablo Perez 25

agreed to drive the man and his spare parts back to the farm in Sevilla. When they arrived at the farm, they found that the guerrillas and the paramilitaries were in the middle of a confrontation. Pablo Perez 25 got out of his car and began to run and was caught in the crossfire. He was hit once in the head and once in the back, and died instantly.

245. At the time when Pablo Perez 25 was killed, the guerrillas were receiving substantial from Chiquita. Pablo Perez 25 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

246. Juana Perez 26 is the mother and legal heir of Pablo Perez 26, a security guard at Finca Maria Eusebia, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 26 was murdered on May 10, 1996 by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the evening of May 9, 1996, Pablo Perez 26 began his shift as night security guard at Finca Maria Eusebia. At approximately 3:00 AM, a group of paramilitaries entered the finca and found Pablo Perez 26, murdering him with six gunshots to the head and body.

247. At the time when Pablo Perez 26 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 26 was

in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita's support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 26 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

248. Juana Perez 27 is the wife and legal heir of Pablo Perez 27, with whom she had a family. Pablo Perez 27, an employee of Finca Crisol, a banana plantation in the banana zone of Magdalena that supplied Chiquita, was murdered on December 18, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 27 was employed as a laborer, but on the day he was murdered, he had been assigned guard duty on the night shift at Crisol. At approximately 7:30 PM, a group of five heavily armed paramilitaries dressed in civilian clothes, two of whom had their faces covered with balaclavas, entered the plantation and seized Pablo Perez 27. The paramilitaries bound Pablo Perez 27's hands and feet. The following

morning, Pablo Perez 27 was found dead on the plantation, his throat slit and his head nearly severed, and with a deep stab wound on his back.

249. At the time when Pablo Perez 27 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 27 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 27 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

250. Juana Perez 28 is the wife and legal heir of Pablo Perez 28A, and the mother and legal heir of Pablo Perez 28B. Pablo Perez 28A and Pablo Perez 28B, father and son who worked as security guards on banana plantations that were owed or controlled by, or produced bananas for Chiquita, were murdered on April 30, 2000 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of April 29, Pablo Perez 28B began his shift as a security guard

at Finca La Isabel, a banana plantation in the banana zone of Magdalena. In the early morning hours of April 30, when Pablo Perez 28B was still guarding Finca La Isabel, a group of heavily armed paramilitaries dressed in camouflaged uniforms and traveling in a pickup truck entered the plantation and seized Pablo Perez 28B. The paramilitaries took Pablo Perez 28B back to his family's home at the Helena ranch, in the village of Sevillano, in rural Cienaga, Magdalena. There, the paramilitaries woke Pablo Perez 28A and told him they had to ask him some questions. The paramilitaries then escorted Pablo Perez 28A and Pablo Perez 28B a short distance away, and executed them with two gunshots each to the head.

251.    At the time when Pablo Perez 28A and Pablo Perez 28B were murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 28A and Pablo Perez 28B was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 28A and Pablo Perez 28B were two of the innocent victims of the violence that ensued when Chiquita brought and provided

support to the AUC in the banana zone of Magdalena.

252.   Juana Perez 28 is also the mother and legal heir of Pablo Perez 28C and Pablo Perez 28D, two brothers who worked as security guards at the banana plantation La Despensa, which was owned or controlled by Chiquita, or was a Chiquita supplier. Pablo Perez 28C and Pablo Perez 28D were murdered on August 27, 2000 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Since the murder of their father Pablo Perez 28A and their brother Pablo Perez 28B (above), Pablo Perez 28C and Pablo Perez 28D had been staying at the family's home at Helena ranch in Sevillano, Cienaga, for security reasons. In the early morning hours of August 27, 2000, when the two brothers were asleep, a large group of paramilitaries arrived at the ranch, and entered their home with force. The paramilitaries searched the house, supposedly looking for weapons, and then bound Pablo Perez 28C and Pablo Perez 28D and forced them out of the house. The paramilitaries took them to a place approximately 300 meters from the house, where they also had several other neighbors whom they had captured. The paramilitaries then forced Pablo Perez 28C and Pablo Perez 28D to lay face down on the ground, and   executed them with gunshots to the head and, in the case of Pablo Perez 28C, also to the body. The paramilitaries also murdered the other captives.

80

253.   In a certificate issued in April 2001, Jacob Gutierrez Buelvas, the Cienaga, Magdalena Municipal Representative, confirmed that Pablo Perez 28C and Pablo Perez 28D died in a selective massacre carried out for ideological and political motives in the context of the internal armed conflict. At the time when Pablo Perez 28C and Pablo Perez 28D were murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 28C and Pablo Perez 28D was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 28C and Pablo Perez 28D were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

254.   Juana Perez 29 is the wife and legal heir of Pablo Perez 29, with whom she had a family. Pablo Perez 29, an employee of Compañía Afrícola El Reten, S.A., which was owned or controlled by Chiquita or which was a Chiquita supplier, was kidnapped and murdered on October 18, 1997 by AUC paramilitaries from the

Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Early on the morning of October 18, 1997, Pablo Perez 29 was at the banana plantation where he lived and worked when a group of paramilitaries arrived and seized him. The paramilitaries forced Pablo Perez 29 to collect all of his belongings, and then kidnapped him. He was found dead later that day with two gunshots to the head. His belongings were missing.

255. At the time when Pablo Perez 29 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 29 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 29 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

256. Juana Perez 30 is the mother and legal heir of Pablo Perez 30 lived in Aracataca, Magdalena, and was an employee of Finca Buena Vista, a banana plantation owned or controlled by Chiquita, or which supplied bananas to Chiquita.

82

Pablo Perez 30 was murdered on March 7, 2004 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of March 6, 2004, Pablo Perez 30 was drinking at a bar in Aracataca with his friend when a neighbor of the friend's arrived with an injury to his neck. Pablo Perez 30's friend offered his neighbor a beer, then suggested that the friend should go home to take care of his wound. Pablo Perez 30's friend then accompanied the neighbor home. Later on, in the early morning hours of March 7, 2004, Pablo Perez 30's friend returned to find Pablo Perez 30 at the bar where they had been drinking together earlier. Pablo Perez 30 then accompanied his friend home. The two were walking together when a group of four paramilitaries approached and forced them to accompany the paramilitaries to the home of the neighbor of Pablo Perez 30's friend who had suffered the injury to his neck. But when the paramilitaries, Pablo Perez 30 and his friend got to the neighbor's home, the paramilitaries could not find the neighbor, even after searching the neighbor's house. The paramilitaries then demanded that Pablo Perez 30 and his friend tell them where the neighbor was hiding. The paramilitaries then executed Pablo Perez 30 and his friend with gunfire.

257. At the time when Pablo Perez 30 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo

83

Perez 30 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 30 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

258.   Juana Perez 31 is the mother and legal heir of Pablo Perez 31, a banana worker who lived and was employed at Finca Raquelita, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in Orihueca, the banana zone of Magdalena. Pablo Perez 31 was murdered on October 18, 2001 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On October 18, 2001, Pablo Perez 31 was eating lunch at Finca Raquelita when two armed paramilitaries arrived on a motorcycle. The two paramilitaries approached the plantation's administrator in his office and got into a heated discussion with him, demanding to know where Pablo Perez 31 was. One of the paramilitaries then drew a gun and fired a shot into the administrator's head, wounding him; the administrator

84

tried to run away, but the paramilitaries fired two more shots at him, killing him. As the two paramilitaries were leaving the administrator's office, they spotted Pablo Perez 31. They grabbed him and threw him to the ground. As one of the paramilitaries then started the motorcycle's engine, the other placed his foot on Pablo Perez 31's chest and fired two shots into his head, killing him.

259.    At the time when Pablo Perez 31 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 31 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 31 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

260.    Juana Perez 32 is the mother and legal heir of Pablo Perez 32, an employee of the banana plantation Finca Pinos, a Chiquita supplier in Aracataca, Magdalena. Pablo Perez 32 was murdered on December 20, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone

and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On December 20, 2003, Pablo Perez 32 left his home to look for a friend. Approximately two blocks from his home, he was approached by a group of heavily armed paramilitaries who asked for him by name. When Pablo Perez 32 turned to address the paramilitaries, they opened fire on him, wounding him. Pablo Perez 32 tried to run but the paramilitaries caught up to him and killed him with additional gun fire.

261.    At the time when Pablo Perez 32 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 32 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 32 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

262.    Juana Perez 33 is the mother and legal heir of Pablo Perez 33, an employee of Finca Villa Anita, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 33 was murdered on November 11, 2003 by

AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On November 11, 2003, at approximately 7:00 PM, four paramilitaries arrived at the home of Juana Perez 33, in the hamlet of Cauca, in Aracataca, Magdalena, and asked for Pablo Perez 33, her son. Juana Perez 33 denied knowing who Pablo Perez 33 was. The four paramilitaries then searched her home for him. When the paramilitaries could not find Pablo Perez 33 there, they left and went to Pablo Perez 33's home, which was in the same hamlet. There they found Pablo Perez 33, seized him, and led him to the center of the hamlet. There, the paramilitaries executed Pablo Perez 33 together with another captive.

263.    At the time when Pablo Perez 33 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 33 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 33 was one of the innocent victims of the violence that ensued when Chiquita brought and provided

support to the AUC in the banana zone of Magdalena.

264.    Juana Perez 34 is the sister and legal heir of Pablo Perez 34, an employee of Finca Pie de Cuesta, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 34 was kidnapped on May 5, 1998, and murdered on or around May 8, 1998, by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of May 5, 1998, at approximately 11:00 PM, a group of heavily armed paramilitaries dressed in civilian clothes arrived in a pickup truck at Pablo Perez 34's home in Aracataca, kicked in the door and entered the home by force. Pablo Perez 34 tried to escape by running, but he was overcome by the paramilitaries, who forced him into their pickup truck and drove off with him. On May 8, 1998, Pablo Perez 34 was found dead near the village of Guacamayal, in the banana zone, presenting burns on his face and body, and possibly stab wounds. The coroner's office ruled that Pablo Perez 34 bled to death.

265.    Based on information and belief, Pablo Perez 34 was murdered by the Northern Block paramilitaries because he had had an argument with a foreman at Finca Pie de Cuesta. At the time when Pablo Perez 34 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 34 was in furtherance of the understanding that the AUC had with Chiquita that

88

in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 34 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

266.   Juana Perez 35 is the wife and legal heir of Pablo Perez 35, an employee of Finca La Juliana, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 35 was kidnapped and disappeared on January 30, 2001 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 1:00 AM on January 30, 2001, a group of heavily armed paramilitaries dressed in camouflaged uniforms and wearing balaclavas stormed the home that Pablo Perez 35 shared with the Plaintiff, in the village of Salon, in Cienaga, Magdalena. The paramilitaries seized Pablo Perez 35, bound him, and drove off with them in the pickup truck they arrived in. Pablo Perez 35 was never seen again.

267.   At the time when Pablo Perez 35 was kidnapped and disappeared, the Northern Block of the AUC was receiving substantial support from Chiquita, and the

kidnap and disappearance of Pablo Perez 35 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 35 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

268. Juana Perez 36 is the wife and legal heir of Pablo Perez 36, an agricultural worker who lived with Plaintiff in the village of Reposo, in the banana zone of Magdalena. Pablo Perez 36 was kidnapped and murdered on December 22, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 8:00 PM on or about December 21, 2003, Pablo Perez 36 had just arrived at his home from work on a coffee plantation when a group of paramilitaries arrived in a vehicle, entered Pablo Perez 36's home, and seized him. The paramilitaries told Pablo Perez 36 that he had to come with them to "fix a problem." Pablo Perez 36 was found dead on December 22, 2003 at Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. The

AUC paramilitaries had a base at Finca Manantial.

269. At the time when Pablo Perez 36 was kidnapped and murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 36 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 36 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

270. Juana Perez 37 is the wife and legal heir of Pablo Perez 37, a former employee of Finca Vijagual, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 37 was murdered on June 7, 1997 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 6, 1997, Pablo Perez 37 was speaking with some friends on the outskirts of Cienaga, Magdalena, when three paramilitaries in a pickup truck approached. One of the paramilitaries pointed to Pablo Perez 37. Another paramilitary got out of the pickup

truck and opened fire on Pablo Perez 37, wounding him. Pablo Perez 37 was taken to a local hospital, but died of his wounds early on the morning of June 7, 1997.

271. At the time when Pablo Perez 37 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 37 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 37 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

272. Juana Perez 38 is the sister and legal heir of Pablo Perez 38, an employee of Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 38 was murdered on March 1, 2000 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On March 1, 2000, at approximately 5:30 PM, Pablo Perez 38 was at his job at Finca Manantial when four paramilitaries arrived on two motorcycles. The paramilitaries

approached Pablo Perez 38 and demanded to know where the foreman was. When
Pablo Perez 38 responded that he did not know where the foreman was, one of the
paramilitaries beat Pablo Perez 38 on his head with the butt of his firearm. Pablo Perez
38 fell to the ground; the paramilitary then fired several gunshots into Pablo Perez
38's head, killing him instantly.

273.   At the time when Pablo Perez 38 was murdered, the Northern Block of
the AUC was receiving substantial support from Chiquita, and the murder of Pablo
Perez 38 was in furtherance of the understanding that the AUC had with Chiquita that
in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas
out of the banana area and maintain a sufficient presence to keep the guerrillas from
regaining a foothold. Further, the AUC provided Chiquita  with security, labor
quiescence and social stability, and ensured that trade unions were not infiltrated by
leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 38 was one of the
innocent victims of the violence that ensued when Chiquita brought and provided
support to the AUC in the banana zone of Magdalena.

274.   Juana Perez 39 is the mother and legal heir of Pablo Perez 39, a security
guard at a banana plantation owned or controlled by Chiquita, or which supplied
Chiquita. Pablo Perez 39 was kidnapped and murdered on or about August 14, 1997
by AUC paramilitaries of the Northern Block, who were in control of the banana zone

93

and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On or about August 14, 1997, Pablo Perez 39 was on his way to his home in Rio Frio, in the banana zone of Magdalena, after finishing his shift as a security guard at Finca Trupillos, when he was intercepted by a large group of heavily armed paramilitaries dressed in camouflaged uniforms who were posted on both sides of the highway. The paramilitaries forced Pablo Perez 39 off his bicycle and into a truck. Some of the paramilitaries then drove off with him. Pablo Perez 39's dead body was found on August 21, 1997, in an advanced state of decay.

275.   At the time when Pablo Perez 39 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 39 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 39 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

276.   Juana Perez 40 is the sister and legal heir of Pablo Perez 40, a 62-year-

old laborer who lived in Cienaga, Magdalena. Pablo Perez 40 was murdered on May 22, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 22, 2003, Pablo Perez 40 left his home in Cienaga to look for bananas and other fruit for his household's consumption, as was his custom. Pablo Perez 40 was murdered by paramilitaries who were providing security for Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 40's body was found the following morning on Finca Manantial, with two gunshots to his head.

277. At the time when Pablo Perez 40 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 40 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 40 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

278. Juana Perez 41 is the mother and legal heir of Pablo Perez 41, an employee of Finca Triunfo, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 41 was murdered on August 26, 1996 by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On August 26, 1996, Pablo Perez 41 was returning to his home in Cienaga, Magdalena from work at Finca Triunfo when he was intercepted by a group of paramilitaries several blocks from his home. The paramilitaries stopped Pablo Perez 41, searched him, then stabbed him to death.

279. At the time when Pablo Perez 41 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 41 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita's support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 41 was one of the innocent victims of the violence that ensued when

96

Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

280.     Juana Perez 42 is the mother and legal heir of Pablo Perez 42, a 19-year-old employee of Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 42 was murdered on September 13, 1998 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Approximately two weeks prior to his murder, Pablo Perez 42 received a warning from a paramilitary that the AUC had ordered his death. On September 13, 1998, Pablo Perez 42 left his home at approximately 4:30 AM, and headed to work at Finca Manantial. Several blocks from his home he was intercepted by a group of paramilitaries, who executed him with two gunshots to the head.

281.     At the time when Pablo Perez 42 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 42 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by

leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 42 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

282. Juana Perez 43A is the mother and legal heir of Pablo Perez 43. Juana Perez 43B is the wife and is also a legal heir of Pablo Perez 43. Pablo Perez 43, an employee of Finca Plantacion, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita, was murdered on September 14, 2004 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 5:30 AM on September 14, 2004, Pablo Perez 14 left his home in the village of Orihueca, Zona Bananera, Magdalena, to head to his job at Finca Plantacion. When he had walked less than a block from his home, Pablo Perez 43 turned around because he had forgotten some papers he needed to bring to work. Pablo Perez 43 returned to his home, retrieved the papers, and left again, this time on a bicycle. When he had gone approximately two blocks from his home, a paramilitary who was behind Pablo Perez 43 approached him and murdered him with five gunshots to his head.

283. In a letter dated February 28, 2008, the Colombian Attorney General's office notified Juana Perez 43B that in public testimony, Jose Gregorio Mangones

Lugo, A/K/A "Carlos Tijeras," the commander of the William Rivas Front, accepted responsibility for the murder of Pablo Perez 43. Prior to the time when Pablo Perez 43 was murdered, the William Rivas Front of the AUC had received substantial support from Chiquita, and at the time of his murder the AUC was still receiving substantial support from Chiquita suppliers. The murder of Pablo Perez 43 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 43 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

284.   Juan Perez 44 is the brother and legal heir of Pablo Perez 44, an employee of Finca Burdeos, a banana plantation owned by Chiquita or which supplied Chiquita. Pablo Perez 44 was murdered on July 14, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of July 13, 2001, Pablo Perez 44 was at a party in Cienaga, Magdalena. After midnight, in the

early morning hours of July 14, 2001, Pablo Perez 44 left the party to return to his home in Cienaga. On his way home, Pablo Perez 44 was intercepted by four paramilitaries. The paramilitaries beat him to death, fracturing his face and head, using a large stone.

285. At the time when Pablo Perez 44 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 44 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 44 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

286. Juana Perez 45 is the wife and legal heir of Pablo Perez 45, with whom she had a family. Pablo Perez 45 was an employee of Finca Marte, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita, and was an active member of SINTRAINAGRO, the trade union that represented banana workers in Magdalena, including Chiquita workers. Pablo Perez 45 was murdered on March