19, 1995 by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On March 19, 1995, Pablo Perez 45 was having a drink with some colleagues on the outskirts of the village of Guacamayal, in the banana zone of Magdalena, when a pickup truck loaded with heavily armed paramilitaries and wearing uniforms arrived. The paramilitaries got out of the pickup truck and began firing, killing five people, including Pablo Perez 45, who died as a result of at least one gunshot to the head. The families of the five killed later learned that the paramilitaries had attacked Pablo Perez 45 and the others because they were members of the SINTRAINAGRO trade union.

287. At the time when Pablo Perez 45 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 45 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita's support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 45 was one of the innocent victims of the violence that ensued when

Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

288. Juana Perez 46A is the wife and legal heir of Pablo Perez 46, with whom she had a family. Juana Perez 46B is the sister and is also a legal heir of Pablo Perez 46. Pablo Perez 46, a security guard employed by Finca Venus, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was murdered on September 24, 1995, by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On September 24, 1995, at approximately 5:30 PM, Pablo Perez 46 left his home in Guacamayal, in the banana zone of Magdalena, to go to his job at Finca Venus, also in Guacamayal, where he was scheduled to work the night shift as a security guard. Pablo Perez 46 was traveling by bicycle, accompanied by three colleagues. At the entrance to Finca Venus, Pablo Perez 46 and his three colleagues were intercepted by a group of paramilitaries, who demanded to see their identity documents. After confirming their identities, the paramilitaries executed the four, including Pablo Perez 46, who died as a result of at least two gunshots to the head.

289. At the time when Pablo Perez 46 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 46 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita

102

that in return for Chiquita's support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 46 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

290. Juana Perez 47A is the wife and legal heir of Pablo Perez 47. Juana Perez 47B is also the wife and is also a legal heir of Pablo Perez 47. Pablo Perez 47 was murdered on October 7, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 47 had been an employee of Finca Despensa, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. But Pablo Perez 47 renounced his job at Finca Despensa several months before he was murdered, to escape persecution against him and his family. Two members of his family who worked at Finca Manantial, another banana plantation owned or controlled by Chiquita, or which supplied Chiquita, had been murdered. Pablo Perez 47 fled the banana zone and

103

moved to Santa Marta months before he was murdered. In Santa Marta, Pablo Perez 47 found work as a security guard at a local supermarket. But on October 7, 2001, the paramilitaries caught up to Pablo Perez 47. On the afternoon of October 7, 2001, Pablo Perez 47 was on his way to his job in Santa Marta when he was intercepted by paramilitaries, who executed him with multiple shots to the head and body.

291.    At the time when Pablo Perez 47 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 47 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 47 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

292.    Juana Perez 48 is the wife and legal heir of Pablo Perez 48, with whom she had a family. Pablo Perez 48, an employee of Finca La Carmela, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was murdered on or about July 5, 2005 by AUC paramilitaries from the William Rivas

104

Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 5:30 AM on July 5, 2005, Pablo Perez 48 left his home in the village of Guacamayal, Zona Bananera, Magdalena, to go to his job at Finca Carmela, also in Guacamayal. Pablo Perez 48 did not return home that evening. Worried, the Plaintiff, accompanied by a brother of Pablo Perez 48, went to look for him at Finca Carmela on July 6, 2005. At Finca Carmela, a foreman told the Plaintiff and Pablo Perez 48's brother that he had seen Pablo Perez 48 leave work the previous day on a bicycle. On July 9, 2005, Pablo Perez 48, accompanied by two children of Pablo Perez 48 and the Plaintiff, returned to Finca Carmela and began to search for Pablo Perez 48. At Finca Carmela, the family members found Pablo Perez 48's corpse, which presented advanced signs of decomposition. Pablo Perez 48 had been strangled to death with such violence that his head had nearly been separated from his body.

293. Based on information and belief, Pablo Perez 48 was murdered by the William Rivas Front because he had refused to resign without severance pay from Finca Carmela, where he had worked for 16 years. The Plaintiff believes that the Finca Carmela foreman lied to her when he said that he had seen Pablo Perez 48 leave work on July 5, 2005. Prior to the time when Pablo Perez 48 was murdered, the William Rivas Front of the AUC had received substantial support from Chiquita, and at the

time of his murder the AUC was still receiving substantial support from Chiquita suppliers. The murder of Pablo Perez 48 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 48 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

294.   Juana Perez 49 is the sister and legal heir of Pablo Perez 49, an employee of Finca La Escondida, a banana plantation in Cienaga, Magdalena that was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 49 was murdered on June 12, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 12, 2003, Pablo Perez 49 was at his job at Finca La Escondida when several paramilitaries seized him and executed him with two gunshots to the head. The paramilitaries had a base on Finca La Escondida itself.

295.   At the time when Pablo Perez 49 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo

Perez 49 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 49 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

296. Juana Perez 50A is the mother and legal heir of Pablo Perez 50. Juana Perez 50B is the wife and is also a legal heir of Pablo Perez 50, with whom she had a family. Pablo Perez 50, an employee of Finca Marte, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. was an active member of the trade union SINTRAINAGRO, which represented banana workers in Magdalena, including Chiquita workers, and had participated in the negotiation of the 1996 collective bargaining agreement between SINTRAINAGRO and Finca Marte. Pablo Perez 50 was kidnapped, tortured and murdered on November 1, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of October 31, 1997 or in the early morning hours of November 1, 1997, a group of

heavily armed paramilitaries dressed in camouflaged uniforms stormed Pablo Perez 50's home in the village of Guacamayal, in the banana zone of Magdalena, while he was sleeping. The paramilitaries broke down the door to the home, found Pablo Perez 50 and seized him, tied him up and forced him to accompany them at gunpoint, beating him as they kidnapped him. Pablo Perez 50's corpse was found the following morning with signs of torture and two gunshots, one to the head and one to the body.

297. In a certificate issued on November 22, 1999, Elvis Emilio Redondo Lopez, the Cienaga Municipal Representative, confirmed that Pablo Perez 50 was murdered in a massacre carried out in the context of the internal armed conflict. At the time when Pablo Perez 50 was kidnapped, tortured and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap, torture and murder of Pablo Perez 50 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 50 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

298. Juan Perez 51 is the brother and legal heir of Pablo Perez 51, an employee of Finca Plantacion, a banana plantation in the banana zone of Magdalena that was owned or controlled by Chiquita, or that supplied Chiquita. Pablo Perez was an active member of SINTRAINAGRO, the trade union that represented banana workers in Magdalena, including Chiquita workers, and had been actively recruiting workers at Finca Palntacion to join SINTRAINAGRO. Pablo Perez 51 was murdered on April 19, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the morning of April 19, 1997, Pablo Perez 51 finished his shift as a security guard at Finca Plantacion, and headed to his home in the village of Orihueca. Shortly after he arrived home, when a car pulled up with several paramilitaries dressed in civilian clothes. One of the paramilitaries told Pablo Perez 51 that he was needed back at Finca Plantacion for a meeting. Pablo Perez 51 got into the car and the paramilitaries drove off with him. Later that morning Pablo Perez 51 was found dead in the hamlet of Iberia, with three gunshots to the head and neck.

299. Based on information and belief, management at Finca Plantacion had Pablo Perez 51 murdered because he was actively recruiting union members, and had refused to resign despite management's insistence that he leave his job. At the time when Pablo Perez 51 was murdered, the Northern Block of the AUC was receiving

109

substantial support from Chiquita, and the murder of Pablo Perez 51 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 51 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

300. Juana Perez 52 is the wife and legal heir of Pablo Perez 52, a security guard employed by Finca Despensa, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 52 was murdered on November 10, 2000 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the afternoon of November 10, 2000, Pablo Perez 52 left his home in Cienaga, Magdalena to cash his paycheck from Finca Despensa. After cashing his paycheck, Pablo Perez 52 ran into a friend of his who invited him to a beer. Pablo Perez 52 were together at a local establishment at approximately 9:00 PM when a group of uniformed paramilitaries arrived and opened fire, killing Pablo Perez 52 and

110

another patron.

301. At the time when Pablo Perez 52 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 52 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 52 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

302. Juan Perez 53 is the husband and legal heir of Paula Perez 53, who ran the canteen concession at Finca La Juliana, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Paula Perez 53 was kidnapped and murdered on July 9, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Early on the morning of July 9, 2001, Paula Perez 53 arrived at the canteen at Finca La Juliana, and after attending to some administrative chores, began to prepare breakfast for the banana workers. At approximately 6:30 AM a pickup

111

truck with seven or eight paramilitaries arrived. The paramilitaries disembarked, entered the canteen, and asked Paula Perez 53 where her son was. Paula Perez 53 responded that she did not know where her son was, but that at any rate, any matter that had to do with her son also had to do with her. One of the paramilitaries, using profane language, seized her and led her away with them. As she was being led away, Paula Perez 53 screamed for help to the plantation administrator, the foremen, and workers, but no one intervened on her behalf. Several hours later Paula Perez 53's corpse was found in Reposo, in the banana zone of Magdalena, with two gunshots to the head and face.

303. At the time when Paula Perez 53 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Paula Perez 53 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Paula Perez 53 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

304.   Juana Perez 54 is the wife and legal heir of Pablo Perez 54, with whom she had a family. Pablo Perez 54, an employee of Finca Manantial, a banana plantation owned or controlled by Chiquita or which supplied Chiquita, was murdered on September 25, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Early on the morning of September 25, 1999, when Pablo Perez 54 had just arrived at Finca Manantial to begin his shift, a group of heavily armed paramilitaries arrived at Finca Manantial and, finding Pablo Perez 54, demanded that he tell them where another employee was. When Pablo Perez 54 answered that he did not know, the paramilitaries executed him with two gunshots.

305.   At the time when Pablo Perez 54 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 54 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 54 was one of the innocent victims of the violence that ensued when Chiquita brought and provided

113

support to the AUC in the banana zone of Magdalena.

306. Juana Perez 55 is the mother and legal heir of Pablo Perez 55, am employee of Finca Crisol, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 55 was murdered on November 27, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the morning of November 27, 2001, Pablo Perez 55 was working at Finca Crisol, near the village of Guacamayal, Zona Bananera, Magdalena, when four paramilitaries arrived on two motorcycles. The paramilitaries proceeded to open fire on a colleague of Pablo Perez 55, killing the colleague. Pablo Perez 55 reacted to the shock of seeing his colleague murdered by trying to run. The paramilitaries then opened fire on Pablo Perez 55, killing him with two gunshots to the head. The paramilitaries also shot and killed another worker of Crisol before leaving.

307. At the time when Pablo Perez 55 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 55 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor

quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 55 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

308.    Juana Perez 56A is the wife and legal heir of Pablo Perez 56. Juan Perez 56B is the father and is also a legal heir of Pablo Perez 56. Pablo Perez 56, an employee of Finca Marte, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was murdered on May 2, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of May 1, 1999, Pablo Perez 56 was in the village of Guacamayal drinking with friends, when he decided to head home. Riding his motorcycle, Pablo Perez 56 was intercepted near the Guacamayal cemetery by a group of paramilitaries, who threw him to the ground and fired two gunshots into his head, mortally injuring him. A friend of Pablo Perez 56 passed the scene five minutes later and found Pablo Perez 56 still alive. The friend took Pablo Perez 56 to the hospital, but Pablo Perez 56 died on the morning of May 2, 1999.

309.    At the time when Pablo Perez 56 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo

Perez 56 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 56 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

310.   Juana Perez 57 is the wife and legal heir of Pablo Perez 57, with whom she had a family. Pablo Perez 57, an employee of Agrícola El Retiro S.A., a banana company owned or controlled by Chiquita, or which supplied Chiquita, was murdered on January 17, 2004 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 2:00 AM on January 17, 2004, a group of heavily armed paramilitaries stormed the home that Pablo Perez 57 shared with the Plaintiff, and in full view of the Plaintiff and her children, seized Pablo Perez 57, beat him, tied him up, and forced him out of the home to a point approximately 200 yards away, where the paramilitaries executed Pablo Perez 57 with seven gunshots to the head and body.

311. At the time when Pablo Perez 57 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 57 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 57 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

312. Juana Perez 58 is the mother and legal heir of Pablo Perez 58, an employee of Finca Pie de Cuesta, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 58 was murdered on July 23, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. In the early morning hours of July 23, 2001, Pablo Perez 58 was at a party in Aracataca, Magdalena when he participated in a fight with a man who turned out to be a Northern Block paramilitary. The paramilitary forced Pablo Perez 58 to lie on the ground, and then proceeded to execute Pablo Perez 58 with at least one gunshot

117

to the head.

313.    At the time when Pablo Perez 58 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 58 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 58 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

314.    Juan Perez 59A is the father and legal heir of Pablo Perez 59. Juan Perez 59B is the brother and is also a legal heir of Pablo Perez 59. Pablo Perez 59 was murdered on or around February 25, 2007 by remnants of the AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 59, together with his family, worked a parcel of land located between several banana plantations (Despensa, La Juliana) that were owned or controlled by Chiquita, or supplied Chiquita, in the banana zone of Magdalena. On the night of February 25,

2007, Pablo Perez 59 stayed on the parcel working late, after his family returned to their home. Based on information and belief, sometime after his family returned home, a group of paramilitaries who had their base on nearby banana plantations entered the parcel and shot Pablo Perez 59. In the early morning hours of February 26, 2007, his family was worried because Pablo Perez 59 had not returned home. Juan Perez 59A went back to the parcel to look for Pablo Perez 59, and found him dead with a gunshot wound to his leg. Pablo Perez 59 bled to death sometime between the night of February 25, 2007 and the morning of February 26, 2007.

315. Prior to the murder of Pablo Perez 59, Chiquita had given substantial support to the Northern Block, and at the time when Pablo Perez 59 was killed, remnants of the Northern Block of the AUC were still receiving substantial support from Chiquita suppliers. The murder of Pablo Perez 59 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 59 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the

119

banana zone of Magdalena.

316.   Juan Perez 60 is the father and legal heir of Pablo Perez 60, an employee of Finca San Antonio, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, located in Turbo, in the Urabá region of Antioquia. Pablo Perez 60 was kidnapped, tortured and murdered on June 17, 1999 by AUC paramilitaries who were in control of the banana zone and surrounding areas of Urabá, in furtherance of the internal armed conflict. At approximately 1:00 AM on June 17, 1999, Pablo Perez 60 was resting at his home in Apartadó, Antioquia when a group of paramilitaries who had arrived in several vehicles stormed his home, kicked in his door, seized Pablo Perez 60, and beat him. The paramilitaries demanded to know where Pablo Perez 60 had weapons hidden. Finding no weapons, the paramilitaries kidnapped Pablo Perez 60 and took him to the village of Nueva Colonia, in Turbo, Antioquia, very near the San Antonio banana plantation where Pablo Perez 60 worked. There, the paramilitaries tortured Pablo Perez 60 before executing him with several gunshots to the head and body.

317.   At the time when Pablo Perez 60 was kidnapped, tortured and murdered, the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 60 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas

out of the banana area of Urabá, Antioquia and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 60 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Urabá, Antioquia.

318. Juana Perez 61 is the wife and legal heir of Pablo Perez 61, an employee of Finca La Juliana, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Juana Perez 61 is also a victim. Pablo Perez 61 was murdered, and Juana Perez 61 was injured, on March 12, 1998 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of March 12, 1998, Juana Perez 61 and Pablo Perez 61 were in their home in Cienaga, Magdalena, when a group of paramilitaries stormed their home, breaking down their patio door and entering the home with force. Pablo Perez 61, startled awake by the forced entry, brandished a machete in order to fend off the invaders. The paramilitaries ordered Pablo Perez 61 to lower his machete. When Pablo Perez 61 lowered the machete, the paramilitaries opened fire, killing Pablo Perez 61 with three gunshots to the body, and injuring Juana Perez 61, who received a gunshot in her back, piercing her lung and

exiting her body through her throat.

319. At the time when Pablo Perez 61 was murdered and Juana Perez 61 was injured, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 61 and the injury of Juana Perez 61 were in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 61 and Juana Perez 61 were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

320. Juan Perez 62 is the father and legal heir of Pablo Perez 62, a former employee of Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 62 was murdered on December 15, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the evening of December 15, 1999, Pablo Perez 62 was lured out of his home in Cienaga, Magdalena, with the offer of employment. The following morning Pablo

Perez 62 was found dead on the outskirts of Cienaga with three gunshots to his head.

321. At the time when Pablo Perez 62 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 62 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 62 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

322. Juana Perez 63 is the wife and legal heir of Pablo Perez 63, a former worker at Finca Diana Maria, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 63 was murdered on May 17, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 17, 2001, Pablo Perez 63 was at his job as a security guard in Cienaga when he was approached by three paramilitaries. The paramilitaries executed Pablo Perez 63 with three gunshots to the body and face.

323.    Based on information and belief, Pablo Perez 63 was murdered because he and other former employees of finca Diana Maria had instituted legal action against Chiquita for payment of back wages and severance they were owed. In a certificate issued on April 17, 2002, Jacob Gutierrez Buelvas, the Cienaga Municipal Representative, confirmed that Pablo Perez 63 was the victim of a targeted assassination for ideological and political reasons in the context of the internal armed conflict. At the time when Pablo Perez 63 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 63 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 63 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

324.    Juana Perez 64 is the daughter and legal heir of Pablo Perez 64, the owner of a small banana plantation that supplied Chiquita. Pablo Perez 64 was murdered on July 8, 1998 by AUC paramilitaries from the Northern Block, who were

124

in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On July 8, 1998, Pablo Perez 64 was on the Luz Marina plantation, which he owned, in Rio Frio, in the banana zone of Magdalena, when five paramilitaries arrived in a pickup truck. The paramilitaries found Pablo Perez 64 resting in a hammock. Immediately they opened fire on Pablo Perez 64, hitting him in the neck and head, killing him.

325. Based on information and belief, Pablo Perez 64 was murdered because he had witnessed the execution of three people by the Northern Block paramilitaries on Finca Luz marina approximately six months prior to his own death. At the time when Pablo Perez 64 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 64 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 64 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

125

326. Juan Perez 65 is the father and legal heir of Pablo Perez 65, an employee of Finca Venus, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 65 was murdered on October 14, 2005 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the afternoon of October 14, 2005, after coming home from his job at Finca Venus, Pablo Perez 65 was resting when two paramilitaries arrived at his family's home in the hamlet of La Balsa, in Guacamayal, Zona Bananera, Magdalena. The paramilitaries told the Plaintiff that they needed to speak to Pablo Perez 65. Pablo Perez 65 presented himself, and the paramilitaries asked him to accompany them. Pablo Perez 65 left with the two paramilitaries. Shortly thereafter, the Plaintiff heard several gunshots in the distance, and ran out of the house towards the point from which the gunshots had come. There, the plaintiff found Pablo Perez 65's corpse. The paramilitaries executed Pablo Perez 65 with multiple gunshots.

327. Prior to the murder of Pablo Perez 65, the William Rivas Front of the AUC had received substantial support from Chiquita, and at the time of the murder of Pablo Perez 65, the William Rivas Front was still receiving substantial support from Chiquita's suppliers. The murder of Pablo Perez 65 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support,

126

the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 65 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

328.    Juana Perez 66 is the wife and legal heir of Pablo Perez 66, an employee of Finca Venus, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 66 was murdered on April 29, 1998 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, as well as adjacent provinces, in furtherance of the internal armed conflict. Pablo Perez 66, an active member of SINTRAINAGRO, the trade union which represented banana workers in Magdalena, including Chiquita's workers, had fled his home in Guacamayal, in the banana zone of Magdalena, because he had received death threats from the Northern Block paramilitaries as a result of his union organizing work. After Pablo Perez 66 had moved to Barranquilla, Atlántico, an area which was also controlled by the Northern Block, the paramilitaries caught up to him on April 29, 1998, and executed him.

329.   At the time when Pablo Perez 66 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 66 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 66 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

330.   Juana Perez 67 is the wife and legal heir of Pablo Perez 67, with whom she had a family. Pablo Perez 67, an employee of Finca Vijagual, a banana plantation in the banana zone of Magdalena that was owned or controlled by Chiquita, or that supplied Chiquita, was murdered on June 1, 2002 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 10:00 PM on June 1, 2002, Pablo Perez 67 was returning to his home in the village of Orihueca, Zona Bananera, Magdalena after having done food shopping for the week

when he was approached by two paramilitaries aboard a motorcycle. The two paramilitaries executed Pablo Perez 67 with three gunshots to the head and face.

331. In a letter dated August 26, 2008, the Colombian Attorney General's office informed Juana Perez 67 that in public testimony, William Rivas Front commander Jose Gregorio Mangones Lugo, A/K/A "Carlos Tijeras," had recognized his responsibility for the murder of Pablo Perez 67. At the time when Pablo Perez 67 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 67 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 67 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

332. Juana Perez 68 is the wife and legal heir of Pablo Perez 68, an employee of Finca Marte, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 68 was kidnapped, tortured and murdered on April 18,

2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, as well as adjacent provinces, in furtherance of the internal armed conflict. Near midnight on April 18, 2001, a group of paramilitaries forced their way into the home that Juana Perez 68 and Pablo Perez 68 shared in Guacamayal, Zona Bananera, Magdalena. Some of the paramilitaries seized and beat Pablo Perez 68 as Juana Perez 68 watched helplessly, while other paramilitaries searched the home. The paramilitaries then kidnapped Pablo Perez 68 and took him with them. His dismembered body was found the following day with at least one gunshot to the head.

333. At the time when Pablo Perez 68 was kidnapped, tortured and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap, torture and murder of Pablo Perez 68 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 68 was one of the innocent victims of the

violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

334. Juana Perez 69 is the mother and legal heir of Pablo Perez 69, a vendor who bought bananas rejected for export and sold them on the local market; Pablo Perez 69 specialized in buying rejected banana from banana plantations owned or controlled by Chiquita, or which supplied Chiquita, such as Fabriska, Manantial, Vijuagal, and Marte. Pablo Perez 69 was murdered on April 29, 2003 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On April 29, 2003, Pablo Perez 69 purchased a truckload of rejected bananas from Finca Fabriska, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. When Pablo Perez 69 was driving his truck on his way out of the village of Rio Frio, a paramilitary hailed him, asking for a ride. The paramilitary got into the truck, and Pablo Perez 69 proceeded north toward Cienaga. When Pablo Perez 69 reached Finca Manantial, another banana plantation owned or controlled by Chiquita, or which supplied Chiquita, where the paramilitaries had a base of operations, the paramilitary told Pablo Perez 69 to stop his truck. When Pablo Perez 69 stopped his truck, the paramilitary executed Pablo Perez 69 with five gunshots to the face and neck.

335. At the time when Pablo Perez 69 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 69 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 69 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

336. Juana Perez 70 is the daughter and legal heir of Pablo Perez 70A, a security guard who worked for approximately 15 years guarding several banana plantations owned or controlled by Chiquita in the banana zone of Magdalena. Pablo Perez 70A was murdered on June 15, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 15, 1997, Pablo Perez 70A was resting at his home in the village of Rio Frio, in the banana zone of Magdalena, when a person stopped by and asked for him. Pablo Perez 70A left with this person shortly thereafter. Later on that day, Pablo Perez 70A was in another part of Rio Frio when

he was approached by a group of paramilitaries wearing camouflaged uniforms, their faces covered by balaclavas. The paramilitaries executed Pablo Perez 70A with six gunshots to the head and body.

337. At the time when Pablo Perez 70A was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 70A was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 70A was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

338. Juana Perez 70 is also the daughter and legal heir of Paula Perez 70B, the wife of Pablo Perez 70A. Paula Perez 70B was kidnapped and murdered on September 27, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Paula Perez 70B was at home with her three children, including the Plaintiff, when near midnight on September 26, 1997 three pick-up trucks full of paramilitaries

wearing camouflaged uniforms and with the faces covered by balaclavas stormed the home, kicking in the door and entering with force. The paramilitaries asked for Paula Perez 70B by name. When Paula Perez 70B presented herself, the paramilitaries tied her up and forced her into one of the pickup trucks, and then drove off with her. Her body was found later on September 27, 1997, with two gunshots to the head.

339.    At the time when Paula Perez 70B was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Paula Perez 70B was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Paula Perez 70B was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

340.    Juana Perez 71 is the wife and legal heir of Pablo Perez 71A, with whom she had a family. Pablo Perez 71A, a security guard employed by Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was kidnapped on September 26 and tortured and murdered on September 27, 1997 by

AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict, in the same action in which the paramilitaries kidnapped and murdered Paula Perez 70B, above. At approximately 11:30 PM on the night of September 26, 1997, Pablo Perez 71A was at home with the Plaintiff and their children when a large group of paramilitaries wearing camouflaged uniforms and covering their faces with balaclavas forced their way into the home, breaking down the door. Pablo Perez 71A tried to hide under a bed but the paramilitaries discovered him, pulled him out from under the bed, tied his hands and kidnapped him. As the paramilitaries were leaving with Pablo Perez 71A, a young daughter of his and the Plaintiff screamed at the paramilitaries, demanding that they release her father. One of the paramilitaries beat the daughter in response. The paramilitaries then took Pablo Perez 71A to a nearby home from which they kidnapped Paula Perez 70B, above. At approximately 6:30 AM on September 27, 1997, Pablo Perez 71A was found dead in the village of Gran Via, in the banana zone of Magdalena, bearing signs of torture Pablo Perez 71A was murdered with at least one gunshot to the head.

341. At the time when Pablo Perez 71A was kidnapped, tortured and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap, torture and murder of Pablo Perez 71A was in furtherance

135

of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 71A was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

342. Juana Perez 71 is also the sister and legal heir of Pablo Perez 71B, and the daughter and legal heir of Pablo Perez 71C. Pablo Perez 71B was an employee of Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita; Pablo Perez 71C farmed a parcel of land adjacent to Finca Manantial. Pablo Perez 71B and Pablo Perez 71C were kidnapped and murdered on October 18, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of October 18, 1997, Pablo Perez 71B and Pablo Perez 71C were at their home near the village of Rio Frio, in the banana zone of Magdalena, when a group of paramilitaries, who were wearing camouflaged uniforms and had their faces covered with balaclavas, forced their way into the home, searched

the premises, and then forced Pablo Perez 71B and Pablo Perez 71C to accompany them. Pablo Perez 71B and Pablo Perez 71C were found dead shortly thereafter, on the outskirts of Cienaga, Magdalena. Pablo Perez 71B and Pablo Perez 71C were murdered with multiple gunshots to the head.

343. At the time when Pablo Perez 71B and Pablo Perez 71C were kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 71B and Pablo Perez 71C was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 71B and Pablo Perez 71C were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

344. Juana Perez 72 is the wife and legal heir of Pablo Perez 72, an employee of Finca La Juliana, a banana plantation that was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 72 was murdered on March 31, 2003 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone

137

and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On March 31, 2003, a group of paramilitaries forced Pablo Perez 72 off the bus that was transporting him and other La Juliana workers as it passed through the entrance to La Juliana. The paramilitaries then executed Pablo Perez 72.

345.   At the time when Pablo Perez 72 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 72 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 72 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

346.   Juana Perez 73 is the wife and legal heir of Pablo Perez 73, an employee of Finca La Joya, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 73 was murdered on November 8, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On

November 8, 2001, Pablo Perez 73 was at his job at Finca La Joya when a group of paramilitaries entered the plantation. The paramilitaries executed four people on the plantation, including Pablo Perez 73, who died with multiple gunshots to the head and body.

347. At the time when Pablo Perez 73 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 73 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 73 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

348. Juana Perez 74 is the mother and legal heir of Pablo Perez 74, an employee of Finca Silvia Maria, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 74 was kidnapped and disappeared on March 14, 2000 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the

139

internal armed conflict. After midnight on March 14, 2000, a group of paramilitaries entered the hamlet of Iberia, in the banana zone of Magdalena, and murdered several residents and kidnapped several others, including Pablo Perez 74. The paramilitaries stormed Pablo Perez 74's home, kicking in the door and seizing Pablo Perez 74, taking him away. Pablo Perez 74 was never seen again.

349.  At the time when Pablo Perez 74 was kidnapped and disappeared, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and disappearance of Pablo Perez 74 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 74 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

350.  Juana Perez 75 is the wife and legal heir of Pablo Perez 75, with whom she had a family. Pablo Perez 75, who worked at Finca La Joya, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was murdered on October 12, 2003 by AUC paramilitaries from the William Rivas Front who were in

140

control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 5:30 AM on October 12, 2003, two paramilitaries found Pablo Perez 75 at his home in Cienaga, Magdalena, and executed him with two gunshots to the face and neck.

351. At the time when Pablo Perez 75 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 75 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 75 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

352. Juana Perez 76 is the mother and legal heir of Pablo Perez 76, an occasional worker at Finca Manantial, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 76 was kidnapped and murdered on June 3, 2002 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal

141

armed conflict. On June 3, 2002, Pablo Perez 76 left his home in Cienaga, Magdalena to look for work in the banana zone with two other people. When Pablo Perez 76 and the other two people got to the town of Sevilla, in the banana zone, the vehicle they were riding in was intercepted by a group of paramilitaries, who kidnapped the three, including Pablo Perez 76. Pablo Perez 76 was found dead in the hamlet of Soplador, Guacamayal, in the banana zone of Magdalena.

353. At the time when Pablo Perez 76 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 76 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 76 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

354. Juana Perez 77 is the mother and legal heir of Pablo Perez 77, an employee of Finca Crisol, a banana plantation that was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 77 was murdered on January 13,

142

2002 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Early on the morning of January 13, 2002, Pablo Perez 77 left his home in Cienaga, Magdalena for work. He was intercepted by paramilitaries, who executed him that day.

355. At the time when Pablo Perez 77 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 77 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 77 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

356. Juana Perez 78 is the mother and legal heir of Pablo Perez 78, who worked at Finca La Joya, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 78 was murdered on May 24, 2002 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and

surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 23, 2002, four paramilitaries showed up at the home where Pablo Perez 78 lived in Cienaga, Magdalena, and asked for him, but Pablo Perez 78 was not home at the time. On May 24, 2002, Pablo Perez 78 was intercepted in Cienaga by a group of paramilitaries, who executed him and left his body on the Cienaga beach.

357.   At the time when Pablo Perez 78 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 78 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 78 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

358.   Juana Perez 79 is the wife and legal heir of Pablo Perez 79, a security guard who worked at Finca Despensa, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 79 was murdered on August 27, 2000 by AUC paramilitaries from the Northern Block, who were in control of the

144

banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 4:30 AM on August 27, 2000, a group of approximately 40 paramilitaries stormed the home where Pablo Perez 79 lived in Cienaga, Magdalena, and forced the three men they found, including Pablo Perez 79, outside. The paramilitaries led the three captives to a point about three blocks away from the home, and executed them with gunshots.

359. At the time when Pablo Perez 79 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 79 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita's support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 79 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

360. Juana Perez 80 is the wife and legal heir of Pablo Perez 80, with whom she had a family. Pablo Perez 80, a former worker at Finca La Juliana, a banana plantation owned or controlled by Chiquita or which supplied Chiquita, was murdered

145

on May 19, 1996 by guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena. At approximately 5:00 PM on May 19, 1996, Pablo Perez 80 was eating and watching television in his home in Cienaga, in the company of the Plaintiff, when two guerrillas, one of them dressed in a camouflaged uniform and with his face covered by a balaclava, approached his home. One of the guerrillas entered Pablo Perez 80's home through the patio, and the other entered through the front door. Upon finding Pablo Perez 80 seated in front of his television, the two guerrillas opened fire, killing Pablo Perez 80 with four gunshots to the face, head and body.

361.   At the time when Pablo Perez 80 was murdered, the guerrillas were receiving substantial from Chiquita. Pablo Perez 80 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

362.   Juana Perez 81 is the wife and legal heir of Pablo Perez 81, with whom she had a family. Pablo Perez 81 was an employee of Finca Carmen Alicia, a banana plantation owned or controlled by Chiquita in the Urabá region of Antioquia. Pablo Perez 81 was an active member of SINTRAINAGRO, the trade union that represented banana workers in Urabá, including Chiquita workers. Pablo Perez 81 was murdered on November 12, 1993 by ACCU paramilitaries who were in control of the banana

146

zone and surrounding areas of Urabá, in furtherance of the internal armed conflict. On November 12, 1993, at approximately 11:30 AM, a group of four heavily armed paramilitaries entered the Carmen Alicia banana plantation in a white pickup truck. The paramilitaries parked the pickup truck at the plantation's packing plant. When Pablo Perez 81 saw the paramilitaries, he tried to flee, but he did not have time. The paramilitaries intercepted him and executed him with multiple gunshots.

363.   Based on information and belief, management at Finca Carmen Alicia had the paramilitaries murder Pablo Perez 81 because days earlier he had just been named as a member of the SINTRAINAGRO workers' committee at Finca Carmen Alicia, and Pablo Perez 81 had made it clear that he was opposed to the presence of paramilitaries on the plantation. At the time when Pablo Perez 81 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 81 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita's support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 81 was one of the innocent

victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Urabá, Antioquia.

364.   Juana Perez 82 is the wife and legal heir of Pablo Perez 82, with whom she had a family. Pablo Perez 82, a banana worker who lived in El Reten, Magdalena, was murdered on March 10, 1995 by guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 1:00 PM on March 10, 1995, Pablo Perez 82 finished work for the day at Finca La Alegría, a banana plantation and set out for his home on foot. Along the way, two guerrillas intercepted Pablo Perez 82. The guerrillas executed Pablo Perez 82 with three gunshots, including at least one to the head.

365.   At the time when Pablo Perez 82 was murdered, the guerrillas were receiving substantial from Chiquita. Pablo Perez 82 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

366.   Juana Perez 83A is the mother and legal heir of Pablo Perez 83. Juana Perez 83B is the wife and is also a legal heir of Pablo Perez 83, with whom she had a family. Pablo Perez 83, a transport driver who lived in Aracataca, Magdalena, was murdered on September 21, 1996 by FARC guerrillas who were attempting to

148

establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On September 21, 1996, Pablo Perez 83 was transporting passengers from Fundacion, Magdalena to Monterrubio, Magdalena. Along the way, Pablo Perez 83 was detained at a FARC roadblock on the outskirts of Monterrubio. The FARC guerrillas executed Pablo Perez 83 with firearms.

367. At the time when Pablo Perez 83 was murdered, the FARC guerrillas were receiving substantial from Chiquita. Pablo Perez 83 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

368. Juan Perez 84 is the nephew and legal heir of Pablo Perez 84A, and the nephew and legal heir of Pablo Perez 84B. Pablo Perez 84A and Pablo Perez 84B, two brothers and farmers who lived in Monterrubio, Magdalena, were murdered on September 1, 1006 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 84A and Pablo Perez 84B had been drinking alcoholic beverages when, at approximately 5:00 PM on September 1, 1996, a group of heavily armed FARC guerrillas dressed in camouflaged uniforms entered the town of Monterrubio and gathered residents in the town square. The FARC guerrillas presented themselves as members of the Colombian army. Once the frightened

149

residents had gathered in the town square, the FARC guerrillas asked for a show of hands from residents who had information about the guerrillas. Pablo Perez 84A and Pablo Perez 84B, in a sign of approval, raised their own hands. The FARC guerrillas then separated Pablo Perez 84A and Pablo Perez 84B, along with approximately four other residents who had raised their hands. The FARC guerrillas then led the six captives away, accusing them of being collaborators with the Colombian army. The bodies of the captives, including Pablo Perez 84A and Pablo Perez 84B, were found shot to death approximately three miles away. Pablo Perez 84A and Pablo Perez 84B were each found with four gunshot wounds.

369. At the time when Pablo Perez 84A and Pablo Perez 84B were murdered, the FARC guerrillas were receiving substantial from Chiquita. Pablo Perez 84A and Pablo Perez 84B were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

370. Juana Perez 85 is the mother and legal heir of Pablo Perez 85, a professional photographer who lived in Fundacion, Magdalena. Pablo Perez 85 was murdered on October 21, 1995 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 85's work frequently took him up into the