UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916 (MARRA/JOHNSON)

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates to:
ATS ACTIONS
_____

## ORDER

Upon consideration of the parties' agreed motion to enter a stipulation and to establish a schedule for the parties' briefing of plaintiffs' motion for reconsideration (DE 435), it is on this hereby **ORDERED AND ADJUDGED** that

the parties' agreed motion to enter a stipulation and to establish a schedule for the parties' briefing of plaintiffs' motion for reconsideration (DE 435) motion is **GRANTED**.

Plaintiffs' reconsideration motion shall be filed no later than July 22, 2011.

Defendants' opposition to this motion shall be filed no later than August 19, 2011.

Plaintiffs' reply memorandum shall be filed no later than September 12, 2011.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 11th day of July, 2011.

KENNETH A. MARRA
United States District Judge