UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916 (MARRA/JOHNSON)

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates to:
ATS ACTIONS
_____

### [PROPOSED] ORDER

Upon consideration of the parties' agreed motion to establish a schedule for the parties' briefing of Defendants' motion to certify this Court's June 3, 2011 Order for interlocutory appeal, it is on this ___ day of _____ hereby **ORDERED** that said motion is **GRANTED**.

Plaintiffs' opposition to Defendants' interlocutory appeal motion shall be filed no later than August 19, 2011.

Defendants' reply to Plaintiffs' opposition shall be filed no later than September 12, 2011.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___ day of _____.

_____
KENNETH A. MARRA
United States District Judge