UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS
_____/

NO. 08-80421-cv-MARRA/JOHNSON

JOHN DOE 1 *et al.*,
    v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*
_____/

NO. 08-80508-cv-MARRA/JOHNSON

JOSE LEONARDO LOPEZ VALENCIA *et al.*
    v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*
_____/

NO. 9:08-cv-80465-KAM

DOES (1-144) and PEREZES (1-95)
    v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*
_____/

NO: 07-cv-60821-KAM

ANTONIO GONZALEZ CARRIZOSA, *et. al.*
    v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et. al.*
_____/

NO. 10-cv-60573-MARRA/JOHNSON

ANGELA MARIA HENAO MONTES, *et al.*

1

v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,
_____/

NO. 1:10-cv-00404 – RJL (D.D.C.)

DOES 1-976,
v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,
_____/

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

On October 17, 2011 the Supreme Court granted *certiorari* in *Kiobel v. Royal Dutch Shell*, which presents the question of whether corporations can be sued under the Alien Tort Statute (ATS), and *Mohamad v. Rajoub*, which presents the question of whether the Torture Victim Protection Act (TVPA) permits suits against organizations.

The grants of *certiorari* in *Kiobel* and *Mohamad* provide additional basis for this Court to deny Defendants' motion for interlocutory appeal. Defendants relied on these two cases to argue that interlocutory appeal is necessary because other Circuits have come to different conclusions than the Eleventh Circuit on the questions of corporate liability under the ATS and TVPA. Def. Mot. at 19-20. According to Defendants, only interlocutory review would prevent this Court's rulings from being "illusory" in that ATS and TVPA claims originally filed in the Second Circuit, and TVPA cases originally filed in the D.C. Circuit, would be dismissed upon remand to their courts of origin. *Id.* These grants of *certiorari* moot that argument: unless the Supreme Court somehow avoids the issues, the law on these questions will be uniform across the Circuits by the close of the term. Defendants' motion for interlocutory appeal should be denied.

At the same time, *Kiobel* and *Mohamad* cannot be dispositive of Plaintiffs' claims, given Chiquita's concession that Plaintiffs' Colombia law claims may proceed. Defs.' Mem. in Opp'n to Pls.' Mot. for Reconsideration of Parts III and IV of this Court's June 3, 2011, Opinion and Order, Dkt. No. 470 (Aug. 19, 2011) ("Opp'n") at 11-12.

Date:   October 21, 2011                    Respectfully Submitted,


/s/ James K. Green
James K. Green, FL Bar No. 229466
jameskgreen@bellsouth.net
**James K. Green, P.A.**
Esperanté, Suite 1650
222 Lakeview Ave.
West Palm Beach, FL 33401
Tel: 561-659-2029
Fax: 561-655-1357

Jack Scarola, FL Bar No. 169440
jsc@searcylaw.com
Wiliam B. King, FL Bar No. 181773
wbk@searceylaw.com
David Sales
**Searcy Denney Scarola Barnhart & Shipley, P.A.**
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL 33402
Tel: 561-686-6300
Fax: 561-478-0754

*Counsel for Plaintiffs Jose and Josefa Lopez*
 *Nos. 1 through 116*

John DeLeon, FL Bar No. 650390
jdeleon@chavez-deleon.com
**Law Offices of Chavez-DeLeon**
5975 Sunset Drive, Suite 605
South Miami, FL 33143
Tel: 305-740-5347
Fax: 305-740-5348

Agnieszka M. Fryszman
Benjamin D. Brown

3

**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: 202-408-4600
Fax: 202-408-4634

Paul L. Hoffman
**Schonbrun, Desimone, Seplow,**
 **Harris & Hoffman LLP**
723 Ocean Front Walk
Venice, CA 90291
Tel: 310-396-0731
Fax: 310-399-7040

Judith Brown Chomsky
**Law Offices of Judith Brown Chomsky**
Post Office Box 29726
Elkins Park, PA 19027
Tel: 215-782-8367
Fax: 202-782-8368

Arturo Carrillo
**Colombian Institute of International Law**
5425 Connecticut Ave., N.W., #219
Washington, D.C. 20015
Tel: 202-365-7260

Richard Herz
Marco Simons
**EarthRights International**
1612 K Street N.W., Suite 401
Washington, D.C. 20006
Tel: 202-466-5188
Fax: 202-466-5189

*Counsel for John Doe I Plaintiffs*

Terrence P. Collingsworth
Tcollingsworth@conradscherer.com
**Conrad & Scherer, LLP**
1156 15th St. NW, Suite 502
Washington, D.C. 20005
Tel: 202-543-4001
Fax: 866-803-1125

*Counsel for Plaintiffs DOES 1-144*

4

*and PEREZES 1-95*

William J. Wichmann
Attorney at Law
wwichmann@me.com
888 S.E. 3rd Avenue, Suite 400
Fort Lauderdale FL 33316
Tel: 954-522-8999
Fax : 954-449-6332

*Counsel for Plaintiffs Antonio Gonzalez Carrizosa, et. al.*

Sigrid S. McCawley
**Boies, Schiller & Flexner LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

Stephen N. Zack
**Boies, Schiller & Flexner LLP**
100 S.E. Second St., Suite 2800
Miami, FL 33131
Tel: (305) 539-8400
Fax: (305) 539-1307

Karen C. Dyer
**Boies, Schiller & Flexner LLP**
121 South Orange Ave., Suite 840
Orlando, FL 32801
Tel: (407) 425-7118
Fax: (407) 425-7047

Nicholas A. Gravante Jr.
Lee S. Wolosky
Magda M. Jimenez Train
**Boies, Schiller & Flexner LLP**
575 Lexington Ave., 7th Floor
New York, NY 10022
Tel: 212-446-2300
Fax: 212-446-2350

*Counsel for Plaintiffs Angela Maria Henao Montes, et al.*

Paul Wolf
P.O. Box 11244
Washington, D.C. 20008-1244
Tel. (202) 674-9653

*Counsel for Plaintiffs Does 1-976*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on October 21, 2011. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008, Joint Counsel List filed in accordance with the CMO.

                By: /s/ James K. Green
                   James K. Green, FL Bar No. 229466
                   jameskgreen@bellsouth.net
                   **James K. Green, P.A.**
                   Esperanté, Suite 1650
                   222 Lakeview Ave.
                   West Palm Beach, FL 33401
                   Tel: 561-659-2029
                   Fax: 561-655-1357