UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS
_____/

**DEFENDANTS' UNOPPOSED MOTION TO CLARIFY THIS COURT'S ORDER GRANTING DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL**

Defendants Chiquita Brands International, Inc. and Chiquita Fresh North America LLC (collectively "Chiquita") move this Court to clarify that its Order granting Chiquita's Motion for Certification of Interlocutory Appeal (D.E. # 518) ("Certification Order") extends to its orders denying Chiquita's motions to dismiss all nine of the pending ATS Actions, even though the caption of the Certification Order lists the case numbers of only seven of the nine ATS Actions. Chiquita has conferred with counsel for the affected plaintiffs, and they do not oppose this motion. In support of this motion, Chiquita states as follows:

1. On June 3, 2011, the Court issued an order ("June 3 Order") (D.E. # 412) granting in part and denying in part Chiquita's motions to dismiss seven of the nine ATS Actions. Chiquita's motion to dismiss the other two ATS Actions (Case Nos. 9:11-cv-80404 and 9:11-cv-80405, referred to as the "New Actions") was not yet fully briefed as of the time that the Court issued its June 3 Order.

2. On March 27, 2012, the Court entered an order (D.E. # 513) granting in part and denying in part Chiquita's motion to dismiss the New Actions.

3.      On March 27, 2012, the Court granted Chiquita's motion pursuant to 28 U.S.C. § 1292(b) to certify for interlocutory appeal controlling questions of law decided in the June 3 Order (D.E. # 518) ("Certification Order"). The Certification Order certified questions of law common to all "ATS Complaints," which it defined as the "nine complaints" filed in the nine ATS Actions. The caption of the order, however, lists only seven of the nine ATS Actions, and does not include the two New Actions. (Certification Order at 1-2.)

4.      Out of an abundance of caution, Chiquita respectfully requests that the Court clarify that its Certification Order applies to the Court's orders denying Chiquita's motions to dismiss the New Actions. In addition, Chiquita requests that the Court clarify that its Certification Order also extends to the Court's orders denying motions to dismiss certain amended complaints in two ATS Actions whose case numbers were included in the caption of the Certification Order, but which were issued after the June 3 Order, as described below:

- On September 6, 2011, the Court entered an order (D.E. # 477) granting in part and denying in part Chiquita's motion to dismiss the *Carrizosa* plaintiffs' Second Amended Complaint. The June 3 Order dismissed these plaintiffs' First Amended Complaint and granted them leave to amend. (June 3 Order at 70 n.66, 95.) The plaintiffs filed their Second Amended Complaint on July 7, 2011, and Chiquita moved to dismiss on July 14, 2011 (D.E. # 445).

- On March 27, 2012, the Court entered an order (D.E. # 514) denying Chiquita's motion to dismiss the amended guerrilla-related claims in the Second Amended Complaint filed in Case No. 9:08-cv-80465. The June 3 Order dismissed these claims and granted the plaintiffs leave to amend their complaint. (June 3 Order at 91-95; *id.* at 94 n.103.) The plaintiffs filed the Second Amended Complaint on July 8, 2011 (D.E. # 439), and Chiquita moved to dismiss on July 19, 2011 (D.E. # 450).

5.      The Court's orders denying Chiquita motions to dismiss the New Actions as well as its orders denying Chiquita's motions to dismiss the amended complaints referenced above (collectively, the "Post-June 3 Orders") concern the same controlling questions of law that

2

the Court certified for appeal to the Eleventh Circuit. In its petition to the Eleventh Circuit, Chiquita must attach a copy of both the orders complained of and the order stating the district court's permission to appeal. *See* Fed. R. App. P. 5(b)(E).

      6.      Accordingly, Chiquita seeks clarification that the Court's Certification Order applies to all of the ATS Actions and to the identical questions presented in both the June 3 Order and the Post-June 3 Orders.

WHEREFORE, Chiquita respectfully requests that this Court enter an order clarifying that its Order Granting Defendants' Motion for Certification of Interlocutory Appeal extends to the Post-June 3 Orders. A proposed order is attached.

### CERTIFICATE OF GOOD FAITH CONFERRENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with counsel for the plaintiffs in a good faith effort to resolve the issues raised in this motion. Plaintiffs do not oppose this motion.

Dated: April 3, 2012                  Respectfully submitted,

|  |  |
|---|---|
|  |       /s/ Robert W. Wilkins_____ |
| John E. Hall | Sidney A. Stubbs (Fla. Bar No. 095596) |
| Jose E. Arvelo | Robert W. Wilkins (Fla. Bar No. 578721) |
| COVINGTON & BURLING LLP | Cristopher S. Rapp (Fla. Bar No. 0863211) |
| 1201 Pennsylvania Avenue, N.W. | rwilkins@jones-foster.com |
| Washington, D.C. 20004 | JONES, FOSTER, JOHNSTON & STUBBS, |
| Telephone: (202) 662-6000 | P.A. |
| Fax: (202) 662-6291 | 505 South Flagler Drive, Suite 1100 |
|  | West Palm Beach, Florida 33401 |
| Jonathan M. Sperling | Telephone: (561) 659-3000 |
| COVINGTON & BURLING LLP | Fax: (561) 650-0412 |
| The New York Times Building |  |
| 620 Eighth Avenue |  |
| New York, NY 10018 |  |
| Telephone: (212) 841-1000 | *Counsel for Chiquita Brands International, Inc.* |
| Fax: (212) 841-1010 | *and Chiquita Fresh North America LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 3rd day of April, 2012. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

By: /s/ Robert W. Wilkins
Fla. Bar No. 578721
rwilkins@jones-foster.com