UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-MD-01916 (Marra/Hopkins)

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates to:

ATS ACTIONS

_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CLARIFY THIS COURT'S ORDER GRANTING DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL

Upon consideration of the Defendants' Motion to Clarify this Court's March 27, 2012, Order Granting Defendants' Motion for Certification of Interlocutory Appeal ("Certification Order") (D.E. # 518), the Court hereby **ORDERS** that said motion is **GRANTED**. The Court hereby amends its Certification Order to clarify that it extends to all nine of the pending ATS Actions, and specifically to the following orders:

- D.E. # 412: June 3, 2011, Order granting in part and denying in part Defendants' Motions to Dismiss Amended Complaints in seven of the nine ATS Actions.

- D.E. # 477: September 6, 2011, Order granting in part and denying in part Defendants' Motion to Dismiss the Carrizosa Plaintiffs' Second Amended Complaint.

- D.E. #513: March 27, 2012, Order granting in part and denying in part Defendants' Motion to Dismiss the Complaints in Case Nos. 11-80404

and 11-80405.

- D.E. # 514: March 27, 2012, Order denying Defendants' Motion to Dismiss the Second Amended Complaint in Case No. 08-80465 regarding amended guerrilla-related claims.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7ᵗʰ day of April 2012.

K_____

KENNETH A. MARRA
United States District Judge

2