IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 08-01916-MD-MARRA/JOHNSON**

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION_____/

This Document relates to:

ATS ACTION:

    NO: 07-CV-60821-KAM
_____/

ANTONIO GONZALEZ CARRIZOSA, JULIA ESTER DURANGO HIGITA, LILIANA MARIA CARDONA, MARIA PATRICIA RODRIGUEZ, ANA FRANCISCA PALACIOS MORENO, LUZ MARLENI DURANGO DAVID, ROSA ZUNIGA IBARGEN, LUIS AMPARO COGOLLO OSORIO, CELIA MODESTA NARVAEZ DE MADRID, EDITH MONTIEL BALLESTEROS, MARIA DE LA CRUZ VARELAS LOPEZ, ANA DOLIS ALCARAZ, SILVIA LUZ ACEVEDO DE BUILES, JUAN PABLO OROZCO BUILES, MARIA CAMILA OROZCO BUILES, ISABEL CRISTINA OROZCO BUILES CATALINA DEL CARMEN ALTAMIRANDA DE MEZA, EIPOLITA CARDALES MORENO, NACY DEL CARMEN MAYO, LUZ NIDIA BERRIO RODRIGUEZ, LUZ MERY PEREZ SERNA, JUAN/JUANA DOES 1-151,

    Plaintiffs

vs.

CHIQUITA BRANDS INTERNATIONAL, INC., an Ohio corporation, and CHIQUITA FRESH NORTH AMERICA LLC, a Delaware corporation, CYRUS FREIDHEIM and KEITH LINDNER,

    Defendants.
_____/

## MOTION TO AMEND COMPLAINT

Plaintiffs, by and through Counsel, in this, the Carrizosa action, hereby move the Court for an Order allowing the filing of a Third Amended Complaint.  The Carrizosa Plaintiffs seek to file a Third Amended Complaint to add individual Defendants, Cyrus Freidheim and Keith Lindner as party Defendants.  No prejudice will ensue to the Defendants in this case by allowing the filing of this Third Amended Complaint, a copy of which has been provided to the Defendants.  Pursuant to local rules, a copy of the proposed Third Amended Complaint is attached hereto.

## Memorandum of Law

1. Federal Rule of Civil Procedure 15 (a) (2) authorizes the amendment of pleadings with leave of Court and further states that "the court should freely give leave when justice so requires."  In this case, investigation into the claims alleged in the Second Amended Complaint has lead to the identification of two officers and directors of Chiquita whose individual acts make them liable for the claims set forth in the Third Amended Complaint.

WHEREFORE, the Carrizosa Plaintiffs respectfully request that the Court enter an Order allowing the filing of the Third Amended Complaint attached hereto.

Dated: May 31st, 2012

Respectfully submitted,

William J. Wichmann, PA
FBN: 313270
wwichmann@me.com
888 E. 3rd Avenue, Ste. 400
Fort Lauderdale, FL  33316
Telephone: 954-522-8999
Facsimile:   1-954-449-6332

By: /s/  William J. Wichmann
       William J. Wichmann
       Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30st, 2012, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

By: /s/ William J. Wichmann
William J. Wichmann