**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**


**CASE NO. 08-01916-MD-MARRA/JOHNSON**


IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION_____/

This Document relates to:

ATS ACTION:

     NO: 07-CV-60821-KAM

_____/

ANTONIO GONZALEZ CARRIZOSA, JULIA ESTER
DURANGO HIGITA, LILIANA MARIA CARDONA,
MARIA PATRICIA RODRIGUEZ, ANA FRANCISCA
PALACIOS MORENO, LUZ MARLENI DURANGO
DAVID, ROSA ZUNIGA IBARGEN, LUIS AMPARO
COGOLLO OSORIO, CELIA MODESTA NARVAEZ DE
MADRID, EDITH MONTIEL BALLESTEROS, MARIA
DE LA CRUZ VARELAS LOPEZ, ANA DOLIS
ALCARAZ, SILVIA LUZ ACEVEDO DE BUILES, JUAN
PABLO OROZCO BUILES, MARIA CAMILA OROZCO
BUILES, ISABEL CRISTINA OROZCO BUILES
CATALINA DEL CARMEN ALTAMIRANDA DE MEZA,
EIPOLITA CARDALES MORENO, NACY DEL CARMEN
MAYO, LUZ NIDIA BERRIO RODRIGUEZ, LUZ MERY
PEREZ SERNA, JUAN/JUANA DOES 1-151,

         Plaintiffs

vs.

CHIQUITA BRANDS INTERNATIONAL, INC., an Ohio
corporation, and CHIQUITA FRESH NORTH AMERICA
LLC, a Delaware corporation, CYRUS FREIDHEIM and
KEITH LINDNER,

         Defendants.

_____/

1

## THIRD AMENDED COMPLAINT

Plaintiffs, by and through Counsel, sue the Defendants and allege:

## INTRODUCTION

1.      This is an action seeking damages as a result of the actions of Defendant Chiquita Brands International, Inc., and its subsidiaries, affiliates, management, directors and other personnel (collectively, "Chiquita") in funding, arming, and otherwise supporting a terrorist organization in order to maintain its profitable business in the banana-growing region of Colombia.  That region is referred to as the Zona Bananera, and it stretches along the Caribbean from the gulf of Urabá in the east to the Guajira peninsula in the west of Colombia.

2.      Plaintiffs are family members of banana workers, teachers, community activists and other innocent civilians targeted and killed by terrorists, notably the paramilitary organization United Self-Defense Committees of Colombia (*Autodefensorias Unidas de Colombia*, or AUC), during the 1990s through 2004.  In order to operate its banana production more profitably and in an environment free of labor opposition and social disturbances, Chiquita funded, armed, and otherwise supported the AUC, a terrorist group, during this period. The deaths of Plaintiffs' relatives were a direct and foreseeable result of Chiquita's illegal and tortious actions as set forth herein. Chiquita's actions violated not only Colombian law and U.S. law, but also international law prohibiting crimes against humanity, extrajudicial killing, torture, war crimes, and other abuses.

## JURISDICTION AND VENUE

3.      The Court has federal question jurisdiction over this case pursuant to 28 U.S.C. §1331) based on the ATCA, 28 U.S.C. §1350 (Alien Tort Claims Act).  This Court also has diversity jurisdiction pursuant to 28 U.S.C. §1332 (diversity jurisdiction). All Plaintiffs are citizens and permanent residents of Colombia and Defendants are all U.S. domiciles with their principal place of business and/or residence also in the U.S. The

amount in dispute between each Plaintiff and each Defendant exceeds $75,000.00, the jurisdictional minimum for this Court.

4.     In addition, Plaintiffs invoke the supplemental jurisdiction of this Court with respect to claims based upon laws of the United States, or the common law of the States of Ohio, New Jersey, Florida or any other applicable jurisdiction pursuant to 28 U.S.C. § 1367.

### PARTIES

*Plaintiffs*

5.     Plaintiff Antonio Gonzalez Carrizosa is the father of the decedent, Simon Efrain Gonzalez Ramirez, and the representative of his estate.

6.     Plaintiff Julia Ester Durango Higita is the representative of the estate of Dennys Patricia Carvajal Durango and Luis Henry Gomez Cardona and is acting on behalf of their surviving children Yuieza Veronica Gomez Carvajal, Yeison Enrique Gomez Carvajal and Yinna Marcela Gomez Carvajal. Plaintiff Julia Ester Durango Higita is the mother and mother in law of Dennys Patricia Carvajal Durango and Luis Henry Gomez Cardona.

7.     Plaintiff Liliana Maria Cardona is the representative of the estate of Albeiro de Jesus Ledezma and is acting on behalf of his surviving children Dana Carolina Ledezma Cardona, Darwin Alejandro Ledesma Cardona, Dione Meliza Ledezma Cardona and Crizman Yusein Ledezma Cardona. Plaintiff Liliana Maria Cardona is the wife of Albeiro de Jesus Ledezma

8.     Plaintiff Maria Patricia Rodriguez is' the representative of the estate of Jose Manuel Gomez Madrid and is acting on behalf of his surviving children Oscar Alberto Gomez Echeverri and Solanys Gomez Rodriguez. Plaintiff Maria Patricia Rodriguez is the wife of Jose Manuel Gomez Madrid.

9.     Plaintiff Ana Francisca Palacios Moreno is the representative of the estate of Jonny Smith Sema Palacios. Plaintiff Ana Francisca Palacios Moreno is the mother of Jonny Smith Sema Palacios.

10.    Plaintiff Luz Marleni Durango David is the representative of the estate of Victor Julian Franco Garcia and is acting on behalf of his surviving child, Cristian

Andres Franco Durango. Plaintiff Luz Marleni Durango David is the wife of Victor Julian Franco Garcia.

11.    Plaintiff Rosa Zuniga Ibargen is the representative of the estate of Angel Samuel Hinestroza Cuesta and is acting on behalf of his surviving children Sandra Milena Hinestroza Zuniga, Lucellys Hinestroza Zuniga and Yilmar Hinestroza Zuniga. Plaintiff Rosa Zuniga Ibargen is the wife of Angel Samuel Hinestroza Cuesta.

12.    Plaintiff Luis Amparo Cogollo Osorio is the representative of the estate of Luis Alberto Sena Cogollo and is acting on behalf of his surviving child, Yanier Alberto Sena Montoya. Plaintiff Luis Amparo Cogollo Osorio is the mother of Luis Amparo Cogollo Osorio.

13.    Plaintiff Celia Modesta Narvaez de Madrid is the representative of the estate of Joiuly Luis Urango Narvaez and Amauri Madrid Narvaez. Plaintiff Celia Modesta Narvaez de Madrid is the mother of Jonny Luis Urango Narvaez and Amauri Madrid Narvaez.

14.    Plaintiff Edith Montiel Ballesteros is the representative of the estate of Sergio Luis Montiel Ballesteros. Plaintiff Edith Montiel Ballesteros is the sister of Sergio Luis Montiel Ballesteros.

15.    Plaintiff Maria de la Cruz Varelas Lopez is the representative of the estate of Carlos Eliecer Trejos Varelas. Plaintiff Maria de la Cruz Varelas Lopez is the mother of Carlos Eliecer Trejos Verelas.

16.    Plaintiff Ana Dolis Alcaraz is the representative of the estate of Victor Humberto Restrepo Rodriguez and is acting on behalf of his surviving children Claudia Maria Restrepo Alcaraz, Maria Elena Restrepo Alcaraz, Ingrid Yarley Restrepo Alcaraz and Victor Manuel Alcaraz. Plaintiff Ana Dolis Alcaraz is the wife of Victor Humberto Restrepo Rodriguez.

17.    Plaintiffs Silvia Luz Acevedo de Builes, Juan Pablo Orozco Builes, Maria Camila Orozco Builes, and Isabel Cristina Orozco Builes are the representatives of the estate of Elizabeth Builes Acevedo. Plaintiff Silvia Luz Acevedo de Builes is the mother of Elizabeth Builes Acevedo and Juan Pablo Orozco Builes, Maria Camila Orozco Builes, Isabel Cristina Orozco Builes are the son and daughters of Elizabeth Builes Acevedo.

18. Plaintiff Catalina Altamiranda de Meza is the representative of the estate of David Alfonso Meza Altamiranda. Plaintiff Catalina Altamiranda de Meza is the mother of David Alfonso Meza Altamiranda.

19. Plaintiff Catalina Del Carmen Altamiranda de Meza is the representative of the estate of Rafael Benjamin Meza Martinez. Plaintiff Catalina Del Cannen Altamiranda de Meza is the wife of Rafael Benjamin Meza Martinez.

20. Plaintiff Eipolita Cardales Moreno is the representative of the estate of Jose de Las Nieves Moreno. Plaintiff Eipolita Cardales Moreno is the mother of Jose de Las Nieves Moreno.

21. Plaintiff Nancy Del Carmen Mayo is the representative of the estate of Lesly Briceth Palacios Mayo. Plaintiff Nancy Del Carmen Mayo is the mother of Lesly Briceth Palacios Mayo.

22. Plaintiff Luz Nidia Berrio Rodriguez is the representative of the estate of Jorge Alberto Hernandez Rodriguez. Plaintiff Luz Nidia Berrio Rodriguez is the sister of Jorge Alberto Hernandez Rodriguez.

23. Plaintiff Luz Mery Perez Serna is the representative of the estate of Jorge Nannidez Martinez and Julio Cesar Graciano Torres. Plaintiff Luz Mery Perez Sera is the mother and wife of Jorge Nannidez Martinez and Julio Cesar Graciano Torres.

24. Plaintiffs Juan/Juana Does 1-18 individually and/or as Legal Heirs and/or representatives of Juan/Juana Does 1-18 are citizens of the Republic of Colombia. Plaintiffs Juan/Juana Does 19 through 151 individually and/or as Legal Heirs and/or representatives are added without objection from opposing counsel. Facts surrounding the deaths of additional plaintiffs are set forth in Schedule A.

25. Plaintiffs Juan/Juana Does bring this action anonymously because the disclosure of their identities and those of their decedent family members would expose them to a high risk of violent reprisals at the hands of paramilitaries currently operating in Colombia.

*Defendants*

26. Defendant Chiquita Brands International, Inc. ("Chiquita") is a New Jersey corporation and is headquartered in Cincinnati, Ohio. Chiquita Brands conducts

substantial business in Florida, including the importation of bananas and other produce in Port Everglades, Florida, has offices in Florida, has sought relief in various courts in Florida, and has a registered agent in the State of Florida.  On information and belief, at all times relevant herein, Chiquita Brands wholly owned and controlled C.I. Bananos de Exportación, S.A. ("Banadex") headquartered in Colombia. Banadex produced bananas in the Urabá and Santa Marta regions ("Zona Bananera") and, by 2003, was Chiquita Brands' most profitable banana-producing operation.  At all times material herein, Banadex was an agent, alter ego, co-conspirator and joint tortfeasor with Chiquita Brands, with whom it cooperated in a joint enterprise.  Furthermore, at all times material herein, Chiquita and Banadex conspired with each other, and/or acted in concert, and/or aided or abetted each other's actions and were acting within the course and scope and/or in an agency relationship together.  As described herein, "agency" includes agency by ratification.

28.     Defendant Chiquita Fresh North America LLC ("Chiquita Fresh") is a Delaware corporation and is headquartered in Cincinnati, Ohio. It is a subsidiary of Defendants Chiquita Brands International, Inc., and conducts business in Florida. Chiquita Fresh conducts substantial business in Florida, including the importation of bananas and other produce in Port Everglades, Florida, has offices in Florida, has sought relief in various courts in Florida, and has a registered agent in the State of Florida. Hereinafter, Chiquita Brands and Chiquita Fresh will be collectively referred to as "Chiquita."

28.     Defendant Cyrus Freidheim ("Freidheim"), was the Chairman of the Board of Directors for Chiquita from March 2002 until May 2004 and the CEO of Chiquita from March 2002 until January 2004.  He is a resident of the State of Florida.

30.     Defendant Keith Lindner ("Lindner") was President and COO of Chiquita from 1989 to March 1997, and in March 1997, he became Vice Chairman of the Board of Directors of Chiquita and remained in this position until March 2002.

31.     At all times material hereto, Chiquita Brands, Cyrus Freidheim and Keith Lindner conspired with each other and/or participated in a joint criminal enterprise with each other, and/or acted in concert, and/or aided or abetted each other's actions, and/or were in an agency or joint venture relationship, and were acting within the course and

scope of such conspiracy, joint criminal enterprise, and/or agency.  As described herein, "agency" includes agency by ratification.  Whenever reference is made in this complaint to conduct by a Defendant, such allegations and references shall be construed to mean the conduct of each of the Defendants acting individually, jointly and severally.

32.     At all times material hereto, Defendants conspired with, worked in concert with, participated in a joint criminal enterprise with, acted as the principals of, employed, and/or aided and abetted the violent terrorist organizations responsible for Plaintiffs' injuries, including but not limited to the AUC, and the terrorist organizations were acting within the course and scope of such agency, employment, and/or concerted activity. Chiquita management and personnel, both in Colombia and the United States perpetrated the wrongful conduct alleged herein.  Upon information and belief, Chiquita management and other personnel in the United States and in Colombia were informed of the ongoing events complained of herein and personally participated in the decision making, planning, preparation, ratification, and/or execution of the acts complained of.

## STATEMENT OF FACTS

33.     In the early 1980s, Colombia saw a vast expansion in trade in illegal drugs, particularly cocaine. An emerging class of drug barons, with the cooperation and facilitation of the Colombian government, began to create private paramilitary forces to combat left-wing guerrilla forces, including the Revolutionary Armed Forces of Colombia (*Fuerzas Armadas Revolucionarios de Colombia*, or FARC) and the National Liberation Army (*Ejercito Nacional de Liberacion*, or ELN), who were engaged in terrorist activities such as extortion, kidnappings, and assassinations.  Despite their ties to private individuals, the paramilitaries were a key part of the Colombian state strategy to combat the guerilla insurgency from their inception.

34.     In 1981, the Medellín drug cartel created a death squad, *Muerte a Secuestradores* ("Death to Kidnappers") that targeted guerillas for elimination and adopted brutal, terrorist tactics. As the 1980s progressed, paramilitaries maintained links

with drug barons, large landowners, industrialists, and bankers who funded them, although in some cases they achieved some autonomy in their violent activities.

35.     By the mid-1990s, paramilitary groups had achieved a substantial degree of independence from their creators due to their increased participation in, and benefit from, drug trafficking, and had become a major force in the fight against the guerillas. The largest and most well-organized paramilitary group in Colombia was the Rural Self-Defense Group of Córdoba and Urabá (*Autodefensas Campesinas de Córdoba and Urabá*, or ACCU). The organization featured a central command that coordinated the activities of local fronts. Both mobile and stationary units existed, and fighters received a base salary plus food, a uniform, weapons, and munitions. The commander-in-chief of the ACCU was Carlos Castaño, a long-time paramilitary fighter with family ties to the drug trade. In 1994, Castaño and the ACCU sponsored a summit of the Self-Defense Groups of Colombia, bringing together regional paramilitaries from across the country. This summit led to the formation of the AUC, a national federation uniting Colombia's regional paramilitaries under Castaño's leadership.

36.     The AUC grew rapidly in size during the late 1990s and into the twenty-first century. In 1997, it comprised roughly 4,000 combatants. By 2001, the AUC claimed to have 11,000 members, though government estimates put the number somewhere between 8,000 and 9,000. By 2002, AUC forces were present in nearly the whole of Colombia including the banana growing regions in Urabá and Santa Marta, known as the "Zona Bananera".    By 2004, the AUC claimed to have as many as 17,000 armed fighters and 10,000 other associates, including informants, cooks, drivers, and computer technicians.

37.     The AUC paramilitary groups collaborated closely with the Colombian government and were used by the government to oppose anti-government guerilla groups like the FARC, up to 2004.   The efforts of the AUC were directed toward the elimination of any alleged guerrilla sympathizer who opposed or complicated the paramilitaries' control of territory or population in the area in which they exerted their power, or threatened their allies – including the government and the banana companies. The AUC's primary method was terrorism against individuals or communities. To this end, the AUC

routinely engaged in death threats, extrajudicial killings, attacks on civilian populations, torture, rape, kidnapping, forced disappearances, and looting.

38.     While the AUC periodically engaged in direct combat with armed guerrilla forces, the vast majority of its victims were civilians targeted by a policy of political and social cleansing, typically rural workers, indigenous persons, community activists, teachers, students, anyone considered socially undesirable (including suspected petty criminals) and persons with disabilities.  AUC violence often caused entire communities to disperse, either due to threats of an impending massacre or in the wake of such massacres and the looting and destruction that commonly accompanied them.

39.     The abuses of the AUC covered the banana-growing region known as the "Zona Bananera" and were carried out according to a systematic and well-coordinated plan between the Colombian government, the paramilitaries, and the companies that financed them.  On many occasions from at least 1994 through 2004 they carried out multiple executions or mass-killings of civilians.  From its inception, the activities of the AUC have been carried out under the direction of a central command.  During this time frame, the AUC actively participated in the internal armed conflict in Colombia, a conflict in which the paramilitaries were fighting on behalf of the government against guerrilla forces.

40.     The Colombian government, in 1994, established the *Convivir* system to aid in counter-insurgency operations through the collection of information about guerrilla activities in the banana-growing regions of Colombia.  *Convivirs* were government sponsored rural surveillance and security cooperatives made up of local civilians.  The Colombian government issued licenses for the *Convivirs* to operate in the Zona Bananera. *Convivirs* were permitted to use arms that were otherwise restricted to use by the military and police.  The *convivir* units in the Zona Bananera were fronts for the AUC from their inception to collect money from foreign and local businesses that operated in the Zona Bananera.  In 1997, the leader of the AUC, Carlos Castaño requested the General Manager of Chiquita's subsidiary, Banadex, make payments to a *convivir*.  For several years thereafter, Chiquita made payments to the AUC by check through various *convivirs* particularly one known as "Papagayo" in the banana-growing region of Colombia.  The checks were nearly always made payable to the *convivirs* yet no actual security services

were ever provided to Chiquita or Banadex in exchange for these payments.  Beginning in June of 2002, Chiquita began paying the AUC directly yet no actual security services were ever provided in exchange.  Instead, Chiquita knew or should have known the payments were made to fund the AUC violence alleged herein.

41.     At all times material hereto, the Colombian Government security forces tolerated and collaborated with the AUC, willfully failed to prevent or interrupt AUC crimes and actively conspired and coordinated activities with them.   The cooperation between the Colombian security forces and the AUC arose from a common interest in fighting the guerillas.  Boundaries between the AUC and the military were amorphous, as some paramilitary members were former police or army members, while some active-duty military members moonlighted as paramilitary members and became thoroughly integrated into the groups.  Upon information and belief, Colombian security forces allowed members of the AUC to serve as proxies in their pursuit of guerrilla forces, largely due to the military's operative incapacity to defeat the guerrillas on its own.  In a recurring pattern, AUC paramilitaries took over villages and assaulted inhabitants while nearby security forces failed to intervene to stop the violence. As outside organizations placed increasing pressure and scrutiny upon the military to improve its human rights record, military leaders decided to leave much of their "dirty work" – brutal violence against civilians and suspected paramilitaries in violation of Colombian and international law – to the paramilitaries.

Documented examples include:

- Allowing paramilitaries to establish permanent bases and checkpoints without interference, often within short distance of military bases for mutual support;
- Failing to carry out arrest warrants for paramilitary leaders, who move about the country freely;
- Withdrawing security forces from villages deemed sympathetic to guerrillas, leaving them vulnerable to attack by paramilitaries;
- Failing to intervene to stop ongoing attacks on civilian populations occurring over a period of days;
- Sharing intelligence, including the names of suspect guerilla collaborators;
- Sharing vehicles, including army trucks used to transport paramilitary fighters;
- Supplying weapons and munitions;
- Allowing passage through roadblocks;

- Providing support with helicopters and medical aid;
- Communicating via radio, cellular telephones, and beepers;
- Sharing members, including active-duty soldiers serving in paramilitary units and paramilitary commanders lodging on military bases; and
- Planning and carrying out joint operations

42.     Chiquita, as the successor to the United Fruit Company and the United Brands Company, has been involved in the production and exportation of produce from Central and South American nations, including Colombia, for over a century. At all times material hereto, Chiquita produced bananas in the Zona Bananera region of Colombia.

43.     On information and belief, from the early 1990s until at least 1997, Chiquita provided material support, including money, to terrorist organizations in the Zona Bananera.  Chiquita's assistance helped the paramilitaries to consolidate as a decisive actor in the political, military, and social terrain of the banana-growing region. In exchange for its financial support to the AUC, Chiquita was able to operate in an environment in which labor and community opposition to their operations and policies was suppressed.

44.     From 1997 until at least February 2004, Chiquita provided material support to and aided and abetted the AUC in the Zona Bananera.  During this time, the AUC exerted control over large areas in the area, particularly in the towns and urban areas, and influenced institutions such as labor organizations and local governments in the region.  On information and belief, the stability and social control provided by the AUC was to Chiquita's benefit, allowing the exportation of bananas without interruption due to conflict.

45.     Chiquita paid the AUC, directly or indirectly, nearly every month during the period 1997–2004, making over one hundred payments to the AUC totaling over $1.7 million.   Chiquita's payments to the AUC were reviewed and approved by senior executives of Chiquita, including high-ranking officers, directors, and employees. Chiquita's senior executives knew that the corporation was paying the AUC and that the AUC was a violent, paramilitary organization engaged in violations of international law.

46.     Some of Chiquita's payments were made directly to the AUC or to front organizations like the *Convivir* Papagayo.  Chiquita concealed the nature of these

payments by recording them in corporate books and records as "security payments" or payments for "security" or "security services."

47.     Other payments were made indirectly to the AUC.  On some occasions, Chiquita made payments to the accounts of Banadex executives with the intent that they would be withdrawn as cash and handed directly to the AUC.  Chiquita made payments in this way in order to conceal the fact that they were paying the AUC; it recorded these payments simply as income contributions.

48.     At all relevant times, Chiquita knew that the AUC was a violent, terrorist paramilitary organization, as its brutal aims and tactics were a well-known feature of the Colombian civil war. On September 10, 2001, the United States government designated the AUC as a Foreign Terrorist Organization ("FTO"), and that designation was well-publicized in the American public media, including in the Cincinnati Post on October 6, 2001, and in the Cincinnati Enquirer on October 17, 2001, as well as in the Colombian media.

49.     In 2003, Chiquita consulted with attorneys from the District of Columbia office of a national law firm ("outside counsel") about Chiquita's ongoing payments to the AUC.  The outside counsel advised Chiquita that the payments were illegal under United States law and that Chiquita should immediately stop paying the AUC directly or indirectly. Among other things, outside counsel advised Chiquita:

Must stop payments

- "Bottom Line: CANNOT MAKE THE PAYMENT"

- "Advised NOT TO MAKE ALTERNATIVE PAYMENT through CONVIVIR"

- "General Rule: Cannot do indirectly what you cannot do directly"

- "Concluded with: CANNOT MAKE THE PAYMENT"

- "You voluntarily put yourself in this position. Duress defense can wear out through repetition. Buz [business] decision to stay in harm's way. CHIQUITA should leave Colombia."
- "[T]he company should not continue to make the Santa Marta payments, given the
- AUC's designation as a foreign terrorist organization[.]"
- [T]he company should not make the payment."

50.     Although Chiquita's Board of Directors agreed to disclose its payments to the AUC to the U.S. Department of Justice on or about April 3, 2003, on April 8, 2003, Chiquita instructed Banadex to continue making the payments to the AUC.  On April 24, 2003, Chiquita met with Justice Department officials, who told them the payments were illegal. Nonetheless, Chiquita continued to make the payments until at least February 2004.

51.     On March 19, 2007, Chiquita pled guilty in U.S. District Court for the District of Colombia to one count of engaging in transactions with a specially designated global terrorist. The company's sentence will include a $25 million criminal fine, the requirement to implement and maintain an effective compliance and ethics program, and five years' probation.

52.     In 2001, Chiquita facilitated the clandestine and illegal transfer of arms and ammunition from Nicaragua to the AUC in Colombia's Zona Bananera.

53.     The Nicaraguan National Police and Army were involved in a deal that provided 3,000 AK-47 assault rifles and 5 million rounds of ammunition to a private Guatemalan arms dealership, Grupo de Representaciones Internationales S.A. ("GIR S.A."), in exchange for weapons more suited to police work. GIR S.A., in turn, arranged to sell the AK-47s and ammunition for $575,000 to Shimon Yelinek, an arms merchant based in Panama. In November 2001, Yelinek loaded the arms onto the Otterloo, a Panamanian-registered ship, with Panama as its declared destination.  Instead of docking in Panama, the Otterloo went to Turbo, Colombia, where Chiquita, through its subsidiary Banadex, operated a private port facility for the transport of bananas and other cargo. The arms ship Otterloo docked at Chiquita's port in Turbo, and Banadex employees unloaded the 3,000 assault rifles and 5 million rounds of ammunition.  On information and belief, these arms and ammunition were then transferred to the AUC.

54.     On information and belief, Chiquita facilitated at least four other arms shipments to the AUC and was aware of the use of its facilities for the illegal transshipment of arms to the AUC, and therefore intended to provide such support and assistance to the AUC.

55.     On information and belief, the monetary payment and other support and assistance provided by Chiquita to the AUC aided and abetted and contributed to the

13

AUC's ability to flourish and consolidate its power in the Zona Bananera and commit the killings alleged herein. The assistance, financial and otherwise, provided by Chiquita to the AUC, aided and abetted and facilitated the AUC's ability to carry out acts of terror and mayhem with impunity by substantially assisting the AUC and by contributing significantly to the perpetration of the AUC crimes. The acts of terror and violence were designed to instill fear and control in Colombia's Zona Bananera. Such acts of terror and violence and violations of international law include the actions set forth below.

### FACTS SURROUNDING DEATHS OF PLAINTIFFS' FAMILY MEMBERS

56.     Simon Efrain Gonzalez Ramirez, a student, was waiting for a bus in the Municipality of Magdalena, Zona Bananera, Colombia when he was kidnapped and murdered by the AUC, financed by Chiquita Brands, on May 21, 2002. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has accepted responsibility for decedent's kidnapping and murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's kidnapping and murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.

57.     Luis Henry Gomez Cardona was the administrator of Villa Lucia Farm in Apartado, Zona Bananera, Colombia. Mr. Gomez and his wife, Dennys Patricia Carvajal Durango, were banana farm workers. Mr. Gomez, his wife, and 7 other banana workers were killed by the AUC, financed by Chiquita Brands, in a highly publicized massacre that occurred on the Villa Lucia Farm on April 26, 2002. Upon information and belief, Chiquita benefited from decedents murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. Decedents are survived by their mother and mother in law, Plaintiff Julia Ester Durango Higita, and their three young children.

58.     Albeiro de Jesus Ledezma was a banana worker who was also killed by the AUC, financed by Chiquita Brands, in the massacre that took place on Villa Lucia Farm in Apartado, Zona Bananera; Colombia on April 26, 2002. Upon information and belief, Chiquita benefited from decedents murder by removing individuals who

Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. Decedent is survived by his wife, Plaintiff Liliana Maria Cardona, and their four children.

59.     Jose Manuel Gomez Madrid was killed by AUC, financed by Chiquita Brands, in the Municipality of Apartado, Zona Bananera, Colombia on May 12, 2004. Mr. Gomez was killed while he was working on the Praga banana farm. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  Decedent is survived by his wife, Plaintiff Maria Patricia and their three children.

60.     Jonny Smith Sena Palacios, a teacher, was killed by the AUC, financed by Chiquita Brands, on June 17, 2001. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.   Decedent is survived by her mother, Plaintiff Ana Francisca Palacios Moreno.

61.     Victor Julian Durango Garcia was a cabinet maker who worked in the city of Apartado, Zona Bananera, Colombia. He was killed by the AUC, financed by Chiquita Brands, outside of his workshop on June 14, 2000.   Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.   Decedent is survived by his wife, Plaintiff Luz Marleni Durango David and their child.

62.     Angel Samuel Hinestroza Cuesta was a fertilizer contractor who worked at Santa Marta Farm located close to the city of Apartado, Zona Banaera, Colombia. He was threatened several times by members of the AUC, financed by Chiquita Brands, until they killed him while he was collecting wood on May 6, 2002. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.   Decedent is survived by his wife, Plaintiff Rosa Zuniga lbargen, and their five children.

63.    Luis Alberto Sena Cogollo was threatened by members of the AUC. He was forced to leave the city of Apartado and escape to Medellin. Unable to find work, he returned to Apartado. He was killed by the AUC, financed by Chiquita Brands, when he was leaving his house in Apartado, Zona Bananera, Colombia on October 28, 2003. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. Decedent is survived by his mother, Plaintiff Luis Amparo Cogollo Osorio and his young son.

64.    Jonny Luis Urango Narvaez was murdered by the AUC, financed by Chiquita Brands, in the city of Apartado, Zona Banaera, Colombia, on November 12, 2002. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. Decedent is survived by his mother, Plaintiff Celia Modesta Narvaez de Madrid.

65.    Amauri Madrid Narvaez was murdered by the AUC, financed by Chiquita Brands, in the city of Apartado, Zona Bananera Colombia on August 18, 2000. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.   Decedent is survived by his mother, Plaintiff Celia Modesta Narvaez de Madrid.

66.    Sergio Luis Montiel Ballesteros was murdered by the AUC, financed by Chiquita Brands, on January 22, 2000, as the AUC falsely believed he stole plantains from the Mona Lisa farm in the Zona Bananera, controlled by the AUC. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.   Decedent is survived by his sister, Plaintiff Edith Montiel Ballesteros.

67.    Carlos Eliecer Trejos Varelas was a banana worker who was killed by the AUC, financed by Chiquita Brands, on September 12, 2004, while in front of his house, in the Zona Bananera, Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed

undesirable and a threat to the stability of Chiquita's operations and established social order in the area.   He is survived by his mother, Plaintiff Maria de la Cruz Varelas Lopez.

68.     Victor Humberto Restrepo Rodriguez was killed by the AUC, financed by Chiquita Brands, in the Municipality of Apartado, Zona Bananera, Colombia on November 17, 2002. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. Decedent is survived by his wife, Plaintiff Ana Dolis Alcaraz, and their four children.

69.     Elizabeth Builes Acevedo was killed by the AUC, financed by Chiquita Brands, near the El Trebol and La Clarita Farms on January 20, 1997. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  She is survived by her mother, Plaintiff Silvia Luz Acevedo de Builes, by her son Plaintiff Juan Pablo Orozco Builes and by her two daughters, Plaintiffs Maria Camilia and Isabel Cristina Orozco Builes.

70.     David Alfonso Meza Altamiranda was a banana worker who was killed by the AUC, financed by Chiquita Brands, on November 4, 1999. He was killed in the municipality of Apartado, Zona Bananera. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by his mother, Plaintiff Catalina Altamiranda de Meza.

71.     Rafael Benjamin Meza Martinez was killed by the AUC, financed by Chiquita Brands, on April 1, 1993, in the Zona Bananera, Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by his wife, Plaintiff Catalina Del Carmen Altamiranda de Meza.

72.     Jose de Las Nieves Moreno was a banana worker at the Praga farm located in the Municipality of Apartado, Zona Bananera, Colombia. He was murdered by the AUC, financed by Chiquita Brands, on May 12, 2004. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his mother, Plaintiff Eipolita Cardales Moreno,

73.     Lesly Briceth Palacios Mayo was a child (8 years old) who was killed by a stray bullet fired by the AUC, financed by Chiquita Brands, while riding her bicycle with her father in a plaza in the Municipality of Apartado, Zona Bananera, on December 15, 2002.  Upon  She is survived by her mother, Plaintiff Nancy del Carmen Mayo.

74.     Jorge Alberto Hernandez Rodriguez was a banana worker who was killed by the AUC, financed by Chiquita Brands, on September 5, 2001. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. His is survived by his sister, Plaintiff Luz Nidia Berrio Rodriguez.

75.     Jorge Narmidez Martinez was a banana worker who was killed by the AUC, financed by Chiquita Brands, on February 26, 2002. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by his mother, Plaintiff Luz Mery Perez Serna.

76.     Julio Cesar Graziano Torres was a banana worker who was killed by the AUC, financed by Chiquita Brands, on July 21, 2002. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by his wife, Plaintiff Luz Mery Perez Serna, and their daughter.

77.     Juan Doe 1, a businessman and local business leader, was leaving for

work in the Municipality of Cienaga, Zona Bananera, Colombia when he was murdered by AUC assassins financed by Chiquita Brands, on May 30, 2002. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 1, his wife and two minor children, Does 1A&1B.

78.    Juan Doe 2, was an opposition political leader, in the Municipality of Cienaga, Zona Bananera, Colombia who he was murdered by AUC assassins financed by Chiquita Brands, on April 26, 2001. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 2, his wife, 4 adult daughters and 1 minor child, Does 2A, 2B, 2C, 2D & 2E.

79.    Juan Doe 3, a farmworker, teacher and local human rights activist, was murdered in the town plaza in Aracatac, Zona Bananera, Colombia by AUC assassins financed by Chiquita Brands, on April 13, 2002. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 3, his wife and six minor child, Does 3A, 3B, 3C, 3D, 3E & 3F.

80.    Juan Doe 4, a high school teacher and local politician was kidnapped,

tortured and murdered outside of Cienaga, Zona Bananera, Colombia on November 2, 2003 by AUC gunman financed by Chiquita. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 4, his adult daughter.

81.    Juan Doe 5, a gas station employee, was assassinated at work by AUC gunmen on a motorcycle in Cienaga, Zona Bananera, Colombia, on October 31, 2003. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 5, his wife, mother Doe 5A and a minor child Doe 5B.

82.    Juan Doe 6, a taxi driver was assassinated in his cab by AUC gunmen financed by Chiquita in Cienaga, Zona Bananera, Colombia, on April 25, 2000. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander  who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 6, his wife, mother and minor child Doe 6A.

83.    Juan Doe 7, a farm worker and watchman was assassinated at the banana farm Finca La Joya where he worked, by AUC gunmen financed by Chiquita in Zona Bananera, Colombia, on November 27, 2001. Jose Gregorio Mangones

Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 7, his wife, mother Doe 7A and son, Doe 7B.

84.      Juana Doe 8, a housewife and her son Jose Doe 8, were assassinated in their home by AUC gunmen financed by Chiquita in Guayacamal, Zona Bananera, Colombia, on January 22, 2004, in a campaign by the AUC to exterminate their entire family.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedents murders as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  Decedents are survived by Juan Doe 8, son and brother of the victims respectively.

85.      Juan Doe 9, a farm worker and  small businessman was assassinated on a road near the farm where he worked, by AUC gunmen financed by Chiquita, in Zona Bananera, Colombia, on August 29, 2003.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 9, his wife, and son Doe 9A.

86.      Juan Doe 10, a farm worker was taken from his home in San Jose de Kennedy and assassinated near where he worked, by AUC gunmen financed by Chiquita, in Zona Bananera, Magdalena Colombia, on December 3, 2002.  Jose

Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 10, his wife.

87.     John Doe 11, a coffee farmer and local community leader, was waiting for a bus in the Municipality of Fundación, Zona Bananera, Colombia with his minor daughter when he was murdered by AUC assassins financed by Chiquita Brands, on August 13, 2003.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 11, his wife and minor child Doe 11A.

88.     Juan Doe 12, a coffee grower and salesman was assassinated in his home by AUC gunmen financed by Chiquita, in Zona Bananera, Cienaga Colombia, on February 4, 2003.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 12, his wife and 3 minor children, Does 12A, 12B and 12C.

89.     Juana Doe 13, a community leader, teacher and local social activist, was murdered in her home in Magdalena, Zona Bananera, Colombia by AUC assassins financed by Chiquita Brands, on September 17, 2001.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has

admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  She is survived by Juan Doe 13, her son.

90.     Juan Doe 14, a farmworker, and community activist, was murdered in the Magdalena, Zona Bananera, Colombia by AUC assassins financed by Chiquita Brands, on May 30, 2002.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 14, his wife and three sons, Does 14A, 14B and 14C.

91.     Juan Doe 15, a student, was murdered in his mother's home in Magdelena, Zona Bananera, Colombia by AUC assassins financed by Chiquita Brands, on August 8th, 2003, in a case of mistaken identity.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 15, who is his mother.

92.     Juan Doe 16, 17 and 18 were brothers on vacation in Magdalena, Zona Bananera where they were kidnapped, murdered and thrown in a mass grave by the AUC, financed by Chiquita, on August 23, 2003.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras", an AUC commander who received funding from Chiquita has accepted responsibility for decedents' kidnapping and murders, as part of the Justice

and Peace (Justicia y Paz) proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedents kidnappings and murders by removing individuals who Chiquita's agents, the AUC, deemed undesirable and threats to the stability of Chiquita's operations and established order in the area.  Decedents are survived by Juana Doe 16 and Juan Doe 16A, their mother and father.

## GENERAL ALLEGATIONS

93.     Chiquita's conduct aided and abetted killings and other conduct alleged herein, which constitute extrajudicial killings, war crimes, crimes against humanity, torture, rape, forced disappearances, human rights violations against Columbian civilians, and attacks against civilian populations.

94.     Chiquita acted with the purpose of assisting the AUC commit the unlawful killings and violations of international law alleged in this Third Amended Complaint.

95.     Chiquita substantially assisted the AUC paramilitaries who personally undertook the wrongful acts alleged herein, and intended, at the time it provided assistance to the AUC, that its actions would aid the AUC in committing the wrongful acts alleged herein.

96.     In alleging that the AUC committed illegal killings and violations of international law, Plaintiffs incorporate by reference paragraphs 55 through 91, and Schedule A, of this Third Amended Complaint, which sets forth in detail that the killings alleged in this Complaint constitute extrajudicial killings, war crimes, crimes against humanity, torture, human rights violations against Columbian civilians, and attacks against civilian populations.

97.     Chiquita's substantial monetary payments and facilitation of drug and arms trafficking contributed significantly to the perpetration of the crimes committed by the AUC by improving its financial position and enabling it to purchase weapons, munitions, and other war material to be used against innocent civilians.  In some areas of the Zona Bananera, payments from Chiquita constituted a significant portion of the AUC's budget.

98.     In addition, Chiquita's monetary payments and facilitation of drug

trafficking and arms smuggling, which directly assisted the AUC, substantially and directly increased the AUC's capacity to carry out the killings and other violations of international law alleged herein.

99.     Most of the arms that were transferred to the AUC from the Otterloo shipment (*see* paragraph 48) have never been recovered and, on information and belief, are still in the hands of the AUC, where they and other similarly obtained firearms have been used in the commission of extrajudicial killings, war crimes, crimes against humanity, and other violations alleged in this Complaint.

100.    Chiquita intended for its assistance to aid the AUC in the illegal killings and wrongful activity alleged herein. The AUC's use of violent tactics, including extrajudicial killings, crimes against humanity, torture, rape, and kidnapping, to terrorize and intimidate innocent civilians living in areas under the FARC's control was well known within Columbia and was widely reported in the mainstream media in Columbia and the United States.  For example, in 1997, the United States' State Department noted:

> "[t]he many paramilitary groups took the offensive against the guerillas, often perpetrating *targeted killings, massacres, and forced displacements of the guerrillas' perceived or alleged civilian support base…An active policy of depopulation, pursued by some paramilitary groups against communities suspected of guerrilla support*, was the primary cause of the growing internal displacement problem."

United States Department of State, *1997 Human Rights Report: Columbia*, at 2 (emphasis added).

101.    Further, in 1999, the State Department noted:

> "Paramilitary groups and guerrillas were responsible for the vast majority of political and extrajudicial killings during the year.  Throughout the county, paramilitary groups *killed, tortured and threatened civilians suspected of sympathizing with guerrillas in an orchestrated campaign to terrorize them into fleeing their homes, thereby depriving guerrillas of the civilian support*.  The AUC paramilitary umbrella organization…exercised increasing influence during the year, extending its presence through violence and intimidation into areas previously under guerrilla control.

*Id.* at 2 (emphasis added).

102.     On September 10, 2001, the United States government designated the AUC as a Foreign Terrorist Organization ("FTO"), which was well-publicized in the mainstream media in the United States.  *See* ¶43 above.  The AUC's designation as an FTO was even more widely reported in the public media in Columbia, where Chiquita had its substantial banana-producing operations.

103.     Chiquita obtained information about the AUC's FTO designation through an Internet-based, password-protected subscription service that it paid money to receive.  On or about September 30, 2002, from a computer located within Chiquita's Cincinnati headquarters, a Chiquita employee accessed the subscription services' "Columbia – Update Page," which contained the following reporting on the AUC:

> "US terrorist designation.  International condemnation of the AUC human rights abuses culminated in 2001 with the US State Department's decision to include the paramilitaries in its annual list of foreign terrorist organizations.  This designation permits the US authorities to implement a range of measures against the AUC, including denying AUC members US entry visas; freezing AUC bank accounts in the US; and barring US companies from contact with the personnel accused of AUC connections."

104.     From on or about September 10, 2001 through on or about February 4, 2004, Chiquita made approximately 50 payments to the AUC totaling over $825,000.00.  Chiquita, however, never applied for, nor obtained, any license from the Treasury Department's Office of Foreign Assets Control with respect to any of its payments to the AUC.

105.     On or about February 20, 2003, two Chiquita officials had a conversation about one official's discovery that the AUC had been designated an FTO.  Shortly thereafter, the two officials spoke with Chiquita's outside counsel about Chiquita's ongoing payments to the AUC.

106.     Chiquita's outside counsel advised it, through the aforementioned two officials, that the payments to the AUC were illegal under United States law and that Chiquita should immediately cease paying the AUC directly or indirectly.  Plaintiffs incorporate by reference ¶49 of this Third Amended Complaint.

107.    Notwithstanding a February 26, 2003 communication from Chiquita's outside counsel advising Chiquita to stop making payments to the AUC, two Chiquita employees in Urabá paid the AUC, by check, an amount equivalent to $19,437.00

108.    Chiquita's acts of assistance to the AUC were made with the intent that the AUC would perpetrate extrajudicial killings, war crimes, crimes against humanity, torture, rape, forced disappearances, human rights violations against Columbian civilians, attacks against civilian populations, and other unlawful conduct alleged herein.  In exchange for the financial support it supplied to the AUC, Chiquita was able to operate in an environment in which labor and community opposition was suppressed.  Chiquita's assistance to the AUC was not given out of duress.  Instead, it was given in furtherance of its proactive strategy to increase profitability and put down labor unrest by eliminating the FARC in Urabá.

109.    In late 1996 or early 1997, Chiquita sought and secured a meeting with the AUC paramilitaries.  A meeting took place in Medellín, Columbia and a high-level Chiquita employee was present.  At the meeting, it was decided that Chiquita, along with other companies operating in the Zona Bananera, would pay the paramilitaries.  Carlos and Vicente Castaño led the negotiations with the banana companies.  As a result of the negotiations, Ever Veloza Garciá, a high ranking AUC commander also known as "H.H.", was ordered to patrol the entire banana-growing region.

110.    On information and belief, in order to operate its banana production in an environment free of labor opposition and social disturbances, Chiquita agreed to a business arrangement whereby it would pay the AUC a certain amount of money per box of bananas exported, and would help to arm and otherwise support the AUC and other terrorist groups during the period of the conduct alleged in this Third Amended Complaint.

111.    Chiquita did not enter into this business agreement with the AUC out of duress.  Rather, Chiquita, along with other banana companies, initiated the relationship with the AUC.  Mario Iguarán, the former Attorney General of Columbia, charged that a criminal relationship between Chiquita and the AUC

27

existed in which Chiquita supplied money, arms, and munitions to the AUC in return for the quelling of social, political and economic unrest in the Zona Bananera through threats of violence, torture, unlawful killings and violations of international law.

112.    In return for Chiquita supplying money, arms and munitions to the AUC, the AUC provided protection services to Chiquita and other banana growers, meting out violent reprisals against real or suspected thieves, as well as against social undesirables, suspected guerrilla sympathizers or supporters, and anyone who was suspected of opposing the AUC's activities or social programs in the banana growing region.

113.    By arming and financing the AUC, Chiquita intended to benefit from the AUC's systematic killing of civilians.  After its agreement with Chiquita, the AUC understood that a primary goal of its terror campaign was to force laborers to work in the plantations and create an environment free of labor opposition and social disturbances.  For those who interfered with the AUC's goal, the punishment was brutal.  For instance, one of Chiquita's plantation workers witnessed paramilitaries killed a banana worker who was deemed a troublemaker because he did not work fast enough.  In addition, other plantation workers witnessed members of the AUC threaten and intimidate workers who had salary disputes with Chiquita.

114.    Chiquita's assistance also helped the AUC gain access to its perceived opponents who worked for the company.  José Gehiener Arias Ramirez, a Chiquita employee, who was later killed by the AUC, repeatedly witnessed AUC members entering a packing house that was owned and operated by Chiquita to threaten workers form the Barrio Policarpa, whose residents were viewed as hostile to the AUC.

115.    Carlos Castaño wrote in *Mi Confesíon* that the unions were strong and "terrifying" before the paramilitaries arrived in Urabá, and that they had turned to crime as well as starting extensive worker strikes.  In concert with the Columbian Army, which assisted banana growers by occupying banana plantations and arresting union leaders or forcing laborers to work during strikes, the AUC undertook an extensive campaign of murdering civilians in order to disrupt the unions.  According

to Gloria Cuartas, "they pulled out a map where they said which plantations allegedly had a FARC presence and started killing workers and union members, until the organizational structures of the union and board of Sintrainagro were left totally in the hands of the ELN," a former insurgent group that had been coopted by the paramilitaries.

116.    The stability and social control provided by the AUC was to Chiquita's benefit, in that it minimized the expenses incurred and eliminated disruption in the exportation of bananas.  As a result of the AUC's actions, Chiquita was able to dismantle the social assistance programs to which the banana companies had agreed through negotiations with the unions in the 1980s, thereby lowering costs.  The influence of the AUC in the leadership of the banana workers' trade unions was also to Chiquita's benefit, as it reduced labor strife.

117.    In addition to directly suppressing labor activity, the paramilitaries regulated the banana-growing population and protected Chiquita's profitability by controlling the provision of medical services in the town of Urabá.  Residents of Apartadó reported that they feared seeing doctors because they believed that medical personnel were under the control of the AUC.  On information and belief, this arrangement benefitted Chiquita because it allowed the paramilitaries to inform the company of its employees' medical issues that could possibly affect labor productivity, including pregnancy.  It also allowed paramilitaries to prevent doctors from certifying worksite injuries or providing medical excuses to workers, which would have raised costs for the Defendants.

118.    As a result of the paramilitaries intervention on behalf of Chiquita and other plantation owners, Castaño was able to boast in 2001 that "in the past three years there have been no strikes in the banana-growing region, and the *Sintrainagro unions worked shoulder-to-shoulder with the employees to promote the [economy of the] zone*."  (Emphasis added).

119.    In May 1997, Chiquita's management held a meeting that was attended by its General Counsel Robert Olson, Senior Counsel Robert Thomas, and company Vice Presidents Wilfred "Bud" White, William Tsacalis and Robert Kistinger.  At this meeting, Chiquita contemplated its symbiotic relationship with the

AUC.  The company considered whether to pay an estimated $120,000.00 to the AUC for security services in 1997.  Chiquita pondered: "Maybe the question is not 'Why are we doing this?' but rather…'Do we want to ship bananas from Columbia?'…Need to keep this very confidential – **People can get killed**." (Emphasis added).

120.    Through its conduct, Chiquita conspired with the AUC to eliminate the FARC through violent attacks on guerrillas and suspected guerilla sympathizers, and by threatening and terrorizing civilian populations in and around the Zona Bananera.  The killings alleged in this Complaint, which constitute extrajudicial killings, war crimes, crimes against humanity, and torture, were committed by members of the AUC in furtherance of the conspiracy.  The conduct alleged herein constituted a conspiracy in that: (1) Chiquita and the AUC agreed to commit their campaign of extrajudicial killings, war crimes, crimes against humanity, torture and other violations of international law against innocent civilians; (2) Chiquita joined the conspiracy with the purpose and intent to facilitate the commission of unlawful killings and violations of international law; and (3) the AUC did in fact commit violations of international law.

121.    The AUC was formed as a result of an agreement between its leaders, government backers, and private supporters, for the purpose of eliminating the FARC through the extermination of guerrillas and suspected guerrilla sympathizers, and by threatening and terrorizing civilian populations in an around the Zona Bananera.  The AUC purposely targeted innocent civilians, even those with no ties to the guerillas.  The use of illegal, violent means, including extrajudicial killings, war crimes, crimes against humanity, and torture, was always central to the AUC's mission, strategy and goal. Chiquita joined the conspiracy knowing the purpose and intent of the AUC, which was to fight the FARC by means of illegal violence against particular classes of civilians and intending to help accomplish that goal by providing monetary support to the AUC.

122.    Chiquita started conspiring with the AUC in 1995 or earlier, and its first direct payments to the ACCU were made no later than 1995.  Chiquita initiated a meeting with the paramilitaries in late 1996 or early 1997, and concluded an agreement with the AUC whereby Chiquita would pay the paramilitaries for their services supporting their banana plantations.  These services consisted of threatening, torturing, or killing civilians,

workers who attempted to strike, union leaders, alleged criminals, and small banana farmers who refused to sell or abandon their land. Chiquita knew of the AUC's goal of eliminating the FARC through the killing of suspected sympathizers and innocent civilians and joined in the agreement with the AUC with the purpose that the illegal killings alleged herein would be committed.

123.    Plaintiffs incorporate by reference ¶¶36-40, 40-56, 102-112, above. Further, Chiquita knew that the AUC's primary tactic was to target innocent civilians in order to intimidate them from supporting the FARC.

124.    Chiquita joined in the conspiracy with the AUC intending to benefit from the AUC's goal of eliminating the FARC through the killing of suspected sympathizers and innocent civilians. Specifically, the AUC's unlawful methods would reduce Chiquita's costs and risk exposure by suppressing labor unrest through the elimination of those who opposed the policies and goals of banana plantations or threatened their profitability.

125.    In addition, Chiquita, as a co-conspirator, arranged illegal money payments, smuggled drugs and arms, and facilitated and condoned murders in furtherance of the conspiracy alleged herein.

126.    The AUC's conduct alleged in this Third Amended Complaint was committed by members of the AUC in furtherance of the conspiracy's goal of eliminating the FARC by means of illegal violence against particular classes of civilians.

127.    All Plaintiffs' decedents were killed by the AUC in furtherance of the conspiracy. Their status as social activists, unionists, alleged criminals, or victims of extortion by the FARC led to their being suspected by the AUC as FARC supporters, sympathizers or otherwise threats to the public order and ultimately to their murders. Plaintiffs incorporate by reference paragraphs 36-40, 56-92, and Schedule A, which detail the threats Plaintiffs' decedents posed to the AUC and why they are characterized as FARC sympathizers.

128.    All of the acts described herein were inflicted under color of law and under color of official authority, and/or in conspiracy with, and/or in a joint criminal enterprise with, and/or in concert with, and/or on behalf of those acting under color of official authority. The AUC has carried out its activities with both the tacit

31

approval and active cooperation of official Colombian government security forces. Moreover, high-ranking officials from across the Colombian government have been implicated in paramilitary collaboration, including members of Congress, former lawmakers, mayors, and former governors. Furthermore, Chiquita's payments to the AUC were facilitated by *convivirs,* which were licensed by and operated with the express authority of the Colombian government as further set forth herein.

129.    The acts described herein were conducted in the course of an internal armed conflict, in which the AUC and other paramilitaries were engaged in combat with guerrilla armies.  The abuses committed against Plaintiffs and decedents were committed as part of the AUC's prosecution of this conflict. The AUC and other paramilitaries were also engaged in this conflict in partnership with the Colombian military.

130.    The acts described herein were part of a widespread and systematic attack by the paramilitaries against the civilian population of the Zona Bananera, as well as against several discrete sub-populations, including opposition politicians, labor organizers, community activists, persons considered socially undesirable, persons with disabilities and perceived guerrilla sympathizers. These acts took place in the Zona Bananera and resulted in the deaths of thousands of individuals, and were directed by a centrally commanded paramilitary organization. On information and belief, at all relevant times Chiquita had knowledge of these acts and attacks.

131.    The acts and injuries to Plaintiffs and decedents described herein were part of a pattern and practice of systematic human rights violations requested, paid for, ordered, confirmed, aided and abetted, and/or ratified by Chiquita and/or committed in conspiracy with the AUC.  Furthermore Chiquita actively concealed its payments and support to the AUC as detailed herein, which prevented the Plaintiffs from filing their claims earlier than the guilty plea in March of 2007.

132.    As a direct and proximate result of Chiquita's unlawful and tortuous conduct, Plaintiffs have suffered and will continue to suffer harm including pain and suffering, personal injuries, property damages, harm to their livelihoods, and extreme and severe mental anguish and emotional distress.  At all times material hereto, Chiquita acted with the intent to assist in violations of international law and

were aware that their acts and omissions substantially assisted in the violations of international law and acted willfully, wantonly and recklessly with the intent to aid the terrorist acts of the AUC as alleged herein.  Plaintiffs are thereby entitled to compensatory and punitive damages in amounts to be proven at trial.

133.    Plaintiffs' causes of action arise under and violate the following laws, agreements, conventions, resolutions and treaties:

a)  Alien Tort Claims Act, 28 U.S.C. § 1350;

b)  Torture Victims Protection Act, 28 U.S.C. § 1350, note;

c)  Customary international law;

d)  United Nations Charter, 59 Stat. 1031, 3 Bevans 1153 (1945);

e)  Universal Declaration of Human Rights, G.A. Res. 217A(iii), U.N. Doc. A/810 (1948);

f)  International Covenant on Civil and Political Rights, G.A. Res. 2220A(xxi), 21 U.N. Doc., GAOR Supp. (No. 16) at 52, U.N. Doc. A/6316 (1966);

g)  Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 39/46, 39 U.N. Doc., GAOR Supp. (No. 51) at 1100, U.N. Doc. A/39/51 (1984);

h)  Declaration on the Protection of All Persons From Being Subjected to Torture and Other

Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 3452, 30 U.N. Doc., GAOR Supp. (No. 34) at 91, U.N. Doc. A/10034 (1976);

i)  Common Article 3 of the 1949 Geneva Conventions; Articles 4 and 13 of the 1977 Geneva Protocol II;

j)  Common law of the United States of America;

k)  Statutes and common law of the States of Ohio, New Jersey, Florida including but not limited to wrongful death, assault and battery, intentional infliction of emotional distress, negligent infliction of emotional distress, negligence, negligent hiring, civil conspiracy, and loss of consortium; and the

l)  Laws of Colombia.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### (ALIEN TORT CLAIMS ACT, 28 U.S.C. § 1350, FOR EXTRAJUDICIAL KILLING)

134.     The allegations set forth in the above paragraphs are realleged and incorporated by reference as if fully set forth herein.

135.     The intentional killings of Plaintiffs under color of law were not authorized by a lawful judgment pronounced by a regularly constituted court affording all the judicial guarantees that are recognized as indispensable by civilized people.

136.     The conduct alleged herein constitute violations of established United States laws, including, the Alien Tort Statute (28 U.S.C. § 1350), the common law of Ohio, New Jersey, Florida or any other applicable jurisdiction including the laws of Colombia and the international treaties, agreements, conventions and resolutions set forth herein. Chiquita Brands is also vicariously liable for any violations of their employees or agents of the laws set forth herein.

137.     By carrying out intentional killings of Plaintiffs' decedents, which were not authorized by a previous judgment pronounced by a regularly constituted court affording all the judicial guarantees which are recognized as indispensable by civilized people, the AUC committed acts of extrajudicial killings.

138.     Chiquita Brands is liable to Plaintiffs in that it aided and abetted, directed, ordered, requested, paid, were reckless in dealing with, participated in a joint criminal enterprise with, confirmed, ratified, were the principals of, and/or conspired with the AUC, which was acting under color of law by collaboration with the Columbian military, to bring about the extrajudicial killings of Plaintiffs' decedents.  Further, Chiquita Brands knowingly aided and abetted the AUC in

committing extrajudicial killings by providing financial support, supplies, access, and other substantial assistance that contributed to the ability of the AUC to murder Plaintiffs' decedents.

139.    The AUC intentionally committed extrajudicial killings in furtherance of its role, assigned to it by the Columbian State, to eliminate the FARC and its alleged supporters and sympathizers.  These killings, however, were not authorized by a lawful judgment pronounced by a regularly constituted court affording all the judicial guarantees that are recognized as indispensable by civilized people.

140.    Because it acted as a government in and of itself and maintained a symbiotic relationship with the Columbian State, the AUC was a state actor.

141.    The AUC killed Plaintiffs' decedents as part of the Columbian State's policy of intimidating civilians from supporting the FARC.  The AUC committed many of these murders in the presence of family members or other community members, or they subsequently reported to the family that they were responsible for the killings.  They openly killed civilians and discussed such killings in public in order to intimidate and threaten others.

142.    The State of Columbia supported the extrajudicial killings committed by the AUC, but it did not authorize them to commit these unlawful acts pursuant to a lawful judgment.

143.    None of Plaintiffs' decedents was killed pursuant to any judicial process.

144.    Plaintiffs have suffered damages, including emotional harm, lack of consortium, and financial support. Plaintiffs seek compensatory and punitive damages in amounts to be ascertained at trial.

WHEREFORE, Plaintiffs respectfully request that judgment be entered against Defendants, award Plaintiffs compensatory and punitive damages, award Plaintiffs' costs of suit, award Plaintiffs such other relief the Court deems just and proper, and request a trial by jury.

## SECOND CLAIM FOR RELIEF

## (ALIEN TORT CLAIMS ACT, 28 U.S.C. § 1350, FOR PROVIDING MATERIAL SUPPORT TO A TERRORIST ORGANIZATION RESULTING IN DEATH)

145.   The allegations set forth in the above paragraphs are realleged and incorporated by reference as if fully set forth herein.

146.   Plaintiffs and their deceased family members are citizens of Colombia.

147.   At all times material hereto, the AUC was a designated terrorist organization by the U.S. State Department and known for its violent activities, including, but not limited to, the murders, drug trafficking, extortion and kidnapping.

148.   From 1997 to 2004, Chiquita Brands, directly and by and through its subsidiaries, agents, and employees, made approximately 100 payments to the AUC in an amount exceeding $1.7 million and therefore aided and abetted the AUC.

149.   At all times material hereto, Chiquita Brands knew or should have known that its relationship with the AUC would lead to the decedents' deaths.

150.   As a result of providing assistance including financial support to the AUC, Chiquita Brands violated established United States laws, including, the Alien Tort Statute (28 U.S.C. 1350), the common law of Ohio, New Jersey, Florida or any other applicable jurisdiction including the laws of Colombia and the international treaties, agreements, conventions and resolutions set forth herein.

151.   As a direct and proximate result of Defendants actions, decedents were murdered and Plaintiffs have suffered damages, including emotional harm, lack of consortium, and financial support. Plaintiffs seek compensatory and punitive damages in amounts to be ascertained at trial.

WHEREFORE, Plaintiffs respectfully request that judgment be entered

against Defendants, award Plaintiffs compensatory and punitive damages, award Plaintiffs costs of suit, award Plaintiffs such other relief the Court deems just and proper, and request a trial by jury.

## THIRD CLAIM FOR RELIEF

## (ALIEN TORT CLAIMS ACT, 28 U.S.C. § 1350, FOR WAR CRIMES, TERRORISM AND CRIMES AGAINST HUMANITY)

152.    The allegations set forth in the above paragraphs are realleged and incorporated by reference as if fully set forth herein.

153.    At all times material hereto, Colombia was engaged in an ongoing civil conflict with active hostilities, which constituted an armed civil conflict not of an international character occurring in the territory of one of the High Contracting Parties, as defined in Common Article 3 of the 1949 Geneva Conventions. Plaintiffs and their decedents were innocent civilians that took no part in the hostilities.   Defendants Chiquita through their actions described herein conspired with, aided and abettd and supported a terrorist organization, the AUC and are liable for war crimes, terrorism and crimes against humanity perpetrated with Defendants participation and/or ratification.  Furthermore, Defendants intentionally and/or recklessly caused their employees and/or agents to murder decedents. Through their employees and/or agents, Chiquita knowingly aided and abetted the AUC that murdered decedents by providing financial support, supplies, access, and other substantial assistance that contributed to the ability of the AUC to murder decedents.

154.    Chiquita violated established United States laws, including, the Alien Tort Statute (28 U.S.C. § 1350), the common law of Ohio, New Jersey, Florida or any other applicable jurisdiction including the laws of Colombia and the international laws and treaties, agreements, conventions and resolutions set forth herein. Chiquita is also vicariously liable for any violations of their employees or agents of the laws set forth herein.

155.    Chiquita is liable to Plaintiffs because they aided and abetted, directed, ordered, requested, paid, were reckless in dealing with, participated in a

joint criminal enterprise with, confirmed, ratified, were the principals of, and/or conspired with the AUC in bringing about the crimes against humanity committed against Plaintiffs.

156.    The AUC's killing strategy was to target civilians living near guerrilla groups in order to intimidate the population from providing any support to the guerrillas.  This included anyone believed to be supporters and/or sympathizers of the guerrillas, such as banana workers, teachers, community activists, human rights defenders, and politicians.

157.    All of Plaintiffs' decedents were killed as a result of the AUC's coordinated attacks on innocent civilian populations.  Further, Plaintiff's decedents were not incidental victims of a civil war.  They were victims of the AUC's goal to eliminate the FARC through violent attacks on guerrillas and suspected guerilla sympathizers, and by threatening and terrorizing civilian populations in and around the Zona Bananera.

158.    Plaintiffs have suffered damages, including emotional harm, lack of consortium, and financial support.  Plaintiffs seek compensatory and punitive damages in amounts to be ascertained at trial.

WHEREFORE, Plaintiffs respectfully request that judgment be entered against Defendants, award Plaintiffs compensatory and punitive damages, award Plaintiffs costs of suit, award Plaintiffs such other relief the Court deems just and proper, and request a trial by jury.

## FOURTH CLAIM FOR RELIEF
### (NEGLIGENT RETENTION AND SUPERVISION)

159.    The allegations set forth in the above paragraphs are realleged and incorporated by reference as if fully set forth herein.

160.    Chiquita owed a duty to Plaintiffs to adequately supervise their employees and agents. Even if Chiquita did not have actual knowledge of their employees' and agents' acts, the egregious and frequent nature of the acts should have given Chiquita constructive knowledge. Moreover, because of the AUC's record of torture, kidnapping and murder, Chiquita should have known that their employees and agents would continue to act improperly if not adequately

supervised.

161.    Chiquita's actions and omissions were a direct and substantial cause of the murder of decedents. Chiquita failed to use due care to protect decedents from injury and harm, thereby proximately causing their injuries. Plaintiffs are entitled to recover compensatory and punitive damages in amounts to be ascertained at trial.

WHEREFORE, Plaintiffs respectfully request that judgment be entered against Defendants, award Plaintiffs compensatory and punitive damages, award Plaintiffs costs of suit, award Plaintiffs such other relief the Court deems just and proper, and request a trial by jury.

**FIFTH CLAIM FOR RELIEF**
**(NEGLIGENT HIRING)**

162.    The allegations set forth in the above paragraphs are realleged and incorporated by reference as if fully set forth herein.

163.    As a regular part of its operations, the Chiquita hired and contracted with the AUC to oversee their operations in Colombia.

164.    Chiquita failed to exercise reasonable care in hiring and contracting with the AUC. At the time that Chiquita selected, hired, and contracted with the AUC, Chiquita knew or reasonably should have known that the AUC would violate Plaintiffs' rights and that, as a direct and proximate result of those violations, Plaintiffs would suffer injuries as alleged herein.

165.    Once Chiquita hired the AUC they were acting as joint employers, and Chiquita exercised control over the operative details in Colombia.

166.    Chiquita had the authority to prohibit, control, and/or regulate its operations in Colombia, so as to prevent these acts and omissions from occurring.

167.    Chiquita's actions and omissions were a direct and substantial cause of the murder of decedents. Chiquita failed to use due care to protect decedents from injury and harm, thereby proximately causing their injuries. Plaintiffs are entitled to recover compensatory and punitive damages in amounts to be ascertained at trial.

WHEREFORE, Plaintiffs respectfully request that judgment be entered against Defendants, award Plaintiffs compensatory and punitive damages, award Plaintiffs costs of suit, award Plaintiffs such other relief the Court deems just and

proper, and request a trial by jury.

## SIXTH CLAIM FOR RELIEF
## (WRONGFUL DEATH)

168.    The allegations set forth in the above paragraphs are realleged and incorporated by reference as if fully set forth herein.

169.    As a direct result of Defendants' acts and omissions and as a result of the deaths described herein, Plaintiffs have sustained damages, including but not limited to loss of society, comfort, attention, services and support of the decedents, together with funeral expenses.

170.    Chiquita is liable to Plaintiffs because they aided and abetted, directed, ordered, requested, paid, were reckless in dealing with, participated in a joint criminal enterprise with, confirmed, ratified, were the principals of, and/or conspired with the AUC in bringing about the wrongful death of the decedents.

171.    The acts described herein constitute wrongful death, actionable under the laws of the United States, Colombia or the common law of Ohio, New Jersey, Florida or any other applicable jurisdiction.

WHEREFORE, Plaintiffs respectfully request that judgment be entered against Defendants award Plaintiffs compensatory and punitive damages, award Plaintiffs' costs of suit, award Plaintiffs such other relief the Court deems just and proper, and request a trial by jury.

## SEVENTH CLAIM FOR RELIEF
## (LOSS OF CONSORTIUM)

172.    The allegations set forth in the above paragraphs are realleged and incorporated by reference as if fully set forth herein.

173.    At all times material hereto, the Plaintiff's decedents were faithful, loving spouses and parents to the Plaintiffs.  As a result of the acts of Defendants, those Plaintiffs who are the spouses and children of the decedents have been deprived of the decedent's society, comfort, attention, services and support, all to their damage, in an amount to be proved at trial.

174.    Defendants are liable to Plaintiffs because they aided and abetted, directed, ordered, requested, paid, were reckless in dealing with, participated in a

joint criminal enterprise with, confirmed, ratified, were the principals of, and/or conspired with the AUC in causing Plaintiffs to suffer loss of consortium.

175.    Defendants actions and omissions were a direct and substantial cause of the murder of decedents. Defendants failed to use due care to protect decedents from injury and harm, thereby proximately causing their injuries. Plaintiffs are entitled to recover compensatory and punitive damages in amounts to be ascertained at trial.

WHEREFORE, Plaintiffs respectfully request that judgment be entered against Defendants, award Plaintiffs compensatory and punitive damages, award Plaintiffs costs of suit, award Plaintiffs such other relief the Court deems just and proper, and a trial by jury.


Dated: May 30th, 2012                    Respectfully submitted,

                                         William J. Wichmann, PA
                                         FBN: 313270
                                         wwichmann@me.com
                                         888 E. 3rd Avenue, Ste. 400
                                         Fort Lauderdale, FL  33316
                                         Telephone: 954-522-8999
                                         Facsimile:   1-954-449-6332

                                         By: /s/ William J. Wichmann
                                                William J. Wichmann
                                             Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30th, 2012, I filed the foregoing document with the Clerk of the Court.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.


                                         By: /s/ William J. Wichmann
                                                William J. Wichmann

**SCHEDULE A**

1)      Juan Doe 19 and his father were stopped alongside the Panamerican Highway fixing a flat tire when they were attacked by 3 armed AUC paramilitaries who shot and killed Juan Doe 19's father on 5/16/2003.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.

2)      Juan Doe 20, a security guard at the Finca La Joya banana farm in La Joya in Zona Bananera, Magdalena, Colombia was killed by AUC gunman financed by Chiquita in an attack on personnel at the farm on 11/27/2001.  He is survived by Juana Doe 20, his wife and his son Juan Doe 20A.

3)      Juan Doe 21, was a lawyer and community leader.  He was assassinated by AUC paramiitares financed by Chiquita on a public bus in Santa Marta, Colombia on 3/25/2004.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.   He is survived by Juana Doe 21, his wife, and two children, Juan Does 21A, B.

4)      Juan Doe 22 a banana worker was murdered in Magdalena, Zona Bananera, Colombia by AUC paramilitaries financed by Chiquita Brands on 11/1/2001.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 22, his wife and son, Juan Doe 22A.

5)       Juan Doe 23, a banana worker on a farm in Fundación, Magdalena, Colombia was killed by AUC gunman financed by Chiquita in an attack on personnel at the farm 4/4/2003.  He is survived by Juana Doe 23, his wife.

6)      Juan Doe 24, a displaced banana worker who cultivated a small plot for his family, was murdered selling his crop in Santa Rosalia, Colombia by AUC paramilitaries

financed by Chiquita Brands, on 12/23/2003.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 24, his wife and five children, also Does.

**7)**	Juan Doe 25, a banana worker was kidnapped and assassinated by AUC paramilitaries financed by Chiquita in Chigordoro, Colombia. 5/12/1995.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 25, his wife and two children.

**8)**	Juan Doe 26 a banana worker, was murdered at the Finca La Esperanza in El Reten Magdalena, Zona Bananera, Colombia by AUC paramilitaries financed by Chiquita Brands on 3/19/2004.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his son, Juan Doe 26A.

**9)**	Juan Doe 27 a banana worker, at Finca La Union, was kidnapped by force from his home in Caserio el Salon, Cienega Colombia and assassinated by AUC paramilitaries financed by Chiquita Brands on 1/30/2001.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established

social order in the area.  He is survived by his brother, Juan Doe 27A.

**10)**     Juan Doe 28, a banana worker at the Finca Sara Palma, in Aracataca, Magdalena Colombia, was murdered on the farm by AUC paramilitaries financed by Chiquita Brands 3/29/2001.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 28, his mother.

**11)**     Juan Doe 29, a banana worker in the Zona Bananera, Magdalena Colombia, was kidnapped from the Finca Leyva farm and later murdered by 5 AUC paramilitaries financed by Chiquita Brands on 9/19/2001.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juan Doe 30A, his dependent father, Juana Doe 29, his wife, and 4 children, also Does.

**12)**     Juan Doe 30 an administrative banana worker in the Antioquia, Apartado Colombia, was kidnapped from the Finca Rita Maria and murdered with acid by AUC paramilitaries financed by Chiquita Brands on 11/23/2000. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 30, his wife, and 3 children, also Does.

**13)**     Juan Doe 31, a banana worker on Finca Paraguay in  Apartado Colombia, where he was murdered by AUC paramilitaries financed by Chiquita Brands on 12/30/2000. Upon information and belief, Chiquita benefited from decedent's

murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 31, his wife, and 3 children.

**14)**    Juan Doe 32, a banana worker, was shot and killed in Aracataca, Colombia by AUC paramilitaries on a motorcycle on 2/1/2003.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his mother, Juana Doe 32.

**15)**    Juan Doe 33, a banana worker at the Finca La Isabel in the Zona Bananera, Magdalena Colombia, was on his way to work when he was removed from a public bus near Porton de Moran and murdered by AUC paramilitaries on 7/19/2002.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 33, his mother.

**16)**    Juan Doe 34, a banana worker at the Finca Marcela in Cienaga, Magdalena Colombia was returning from work when he was shot and killed on the street by 4 AUC paramilitaries on 6/5/2000.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 34, his mother.

**17)**    Juan Doe 35 was in the commercial banana business with his son.  While at home he received an anonymous phone call, shortly thereafter AUC paramilitaries came to his home and shot him dead in Aracataca, Magdalena Colombia on 8/12/2002.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y

Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 35A, his wife, and his son.

**18)**     Juan Doe 36 was a banana worker at Fina La Florida in the Las Flores district of Aracataca, Magdalena Colombia where he was shot and killed on his way to work by AUC paramilitaries on 5/25/2002.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 36A, his sister, and Juan Doe 36A, his son.

**19)**     Juan Doe 37 was a former member of the military forces in Colombia and banana worker at Finca Frutales de Aracataca in Magdalena Colombia.  He was stopped on his motorbike and killed while on his way to work by AUC paramilitaries on 5/5/2000.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juan Doe 37A, his father.

**20)**     Juan Doe 38 was a farm worker at Finca Los Lirrios where he was kidnapped and murdered by 5 AUC paramilitaries on 1/30/2001.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 38A, his sister.

**21)**     Juan Doe 39 was kidnapped from his home in Aracataca, Magdalena Colombia and shot to death one block away by 15 AUC paramilitaries 4/28/2001.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 39A, his sister.

**22)**     Juan Doe 40 and his brother were shot to death by AUC paramilitaries financed by Chiquita Brands, while boarding a public bus, on 6/9/2003.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  Juan Doe 40 was in possession of title to a plot of agricultural land coveted by Chiquita's agents, the AUC.  He is survived by Juana Doe 40, his wife, and 5 children, also Does.

**23)**     Juan Doe 41 was shot and killed by AUC paramilitaries financed by Chiquita Brands at a gas station in Aracataca, Magdalena, Colombia on 7/10/2002.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his wife Juana Doe 41A and 4 children, also Does.

**24)**     Juan Doe 42 was a banana worker at Finca Amparo in Cienega, Magdalena Colombia.  While celebrating his daughter's birthday he was shot and killed by AUC paramilitaries financed by Chiquita Brands as part of a well-known massacre designed to terrorize the public, on 7/21/2002.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his wife Juana Doe 42 and 2 children, also Does.

**25)**     Juan Doe 43 was a student, kidnapped from his home by AUC paramilitaries financed by Chiquita Brands, in Zona Bananera, Magdalena Colombia on 4/15/2000.  Upon information and belief, Chiquita benefited from decedent's disappearance and

murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by his mother Juana Doe 43.

26)    Juan Doe 44 and Juana Doe 44 were husband and wife farm workers at various farms in Zona Bananera, Magdalena Colombia where they were shot and killed by paramilitaries financed by Chiquita Brands on 3/4/1999. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. Decedents are survived by a minor child Juana Doe 44A and the custodial aunt Juana Doe 44B.

27)    Juan Doe 45 was a banana worker at Finca Los Lirrios, Arracataca, Magdalena Colombia. He was shot and killed by AUC paramilitaries financed by Chiquita Brands at work on 4/6/2003. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 45A, his wife and his daughter, also a Doe.

28)    Juan Doe 46 was a banana worker at Finca La Merced, Zona Bananera, Magdalena Colombia. While at home with his family he was shot and killed by 2 AUC paramilitaries financed by Chiquita Brands on 1/16/2004. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 46, his wife and 3 children Juan Does 46A, B & C.

29)    Juan Doe 47 was a banana worker at Finca El Triangulo, Zona Bananera, Magdalena Colombia. While at home with his family he was shot and killed by 2 AUC paramilitaries financed by Chiquita Brands, on 5/11/2000. Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who

Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 47, his wife and 6 children, all Does.

**30)**     Juan Doe 48 was transporting banana workers in a van near the Finca Cara de Vaca in Zona Bananera, Magdalena Colombia where he was kidnapped and murdered with 5 others by AUC paramilitaries financed by Chiquita Brands, on 8/3/2001.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 48, his mother.

**31)**     Juan Doe 49 was a banana worker at Finca San Jose, Zona Bananera, Magdalena Colombia.  He returned home from work on 12/2/2003, where he was shot and killed at his front door by AUC paramilitaries financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 49, his  mother and Juana Doe 49A his wife.

**32)**     Juan Doe 50 was a banana worker and part-time mechanic at Finca San Jose, Zona Bananera, Magdalena Colombia.  On 12/30/2001 while assisting in the burial of another victim of AUC violence, he was shot and killed by AUC paramilitaries financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juan Doe 50, his brother.

**33)**     Juan Doe 51 was a teenager living near the banana farms in Reten, Magdalena, Colombia.  He was shot and killed outside his home by AUC paramilitaries financed by Chiquita Brands on 12/29/2001.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has

admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 51, his mother and John Doe 51A, his father.

**34)**      Juan Doe 52 was a farm worker at Finca El Bongo, Corregimiento de Media Luna, Zona Bananera, Magdalena Colombia.  Upon leaving work he was abducted and killed and his body was dumped at Finca El Bongo by AUC paramilitaries financed by Chiquita Brands on 7/17/2000.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 52, his  sister.

**35)**      Juan Doe 53 was a banana worker at Finca El Cacao,  Zona Bananera, El Reten, Magdalena Colombia.  He was shot and his body dumped head first in a well at Finca El Cacao by AUC paramilitaries financed by Chiquita Brands, on 4/5/2006.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 53, his mother.

**36)**      Juan Doe 54 was a banana worker at Finca Rancho Alegre,  near Apartado Colombia.  He was shot and killed at work, by AUC paramilitaries financed by Chiquita Brands on 9/11/1996.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 54, his wife and 4 children, Juan Does 54A, B, C & D.

**37)**      Juan Doe 55 was a banana worker at Finca Villa Lucia, near Apartado Colombia.  He was shot and killed at work by AUC paramilitaries financed by Chiquita Brands in an infamous massacre on 11/12/2001.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who

Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 55, his wife and 2 children, Juan Does 55A & B.

**38)**    Juan Doe 56 was a banana worker who worked with his father at various farms in the, Zona Bananera, Magdalena Colombia.  Upon returning to town from work with his father, he and his uncle were shot and killed on a street corner in the town of Cienaga on 1/24/2004, by AUC paramilitaries financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juan Doe 56A, his father.

**39)**    Juan Doe 57 was the owner of a farm in Sierra Nevada de Santa Marta in rural Cienaga Colombia.  He was kidnapped and hacked to death by machetes, and his body was dumped in a common grave by AUC paramilitaries financed by Chiquita Brands, on 5/4/2002.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 57, his wife, and 6 children, also Does.

**40)**    Juan Doe 58 was a farm worker in Cienega, Colombia.  He was abducted from his home and killed by paramilitaries of the AUC financed by Chiquita Brands on 03/21/2001.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 58, his  mother.

**41)**    Juan Doe 59 was a bicycle taxi driver in Cienega, Colombia, where he was shot and killed by AUC paramilitaries financed by Chiquita Brands on 06/13/2005.  Upon information and belief, Chiquita benefited from decedent's murder by

removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 58, his mother and 2 children Juan Does 59A & B.

**42)**     Juan Doe 60 was a farm worker at Finca La Esperanza, Magdalena Colombia where he was murdered by paramilitaries of the AUC financed by Chiquita Brands on 12/11/2003.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 60, his wife and children, also Does.

**43)**     Juan Doe 61 was a banana worker at Finca La Leviatán,  Magdalena Colombia where he was kidnapped and murdered by paramilitaries of the AUC patrolling the area in a red truck, on 12/12/2002.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 61, his sister

**44)**     Juan Doe 62 was mechanic working at the Los Pinos, Los Lirrios & Las Flores farms in Cienega, Magdalena, Colombia.  He was shot and killed by AUC paramilitaries financed by Chiquita Brands on 09/01/2001.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 62, his wife and 3 children Juan Doe 62A, B & C.

**45)**     Juan Doe 63 was banana worker at the Finca Las Flores in Cienega, Magdalena, Colombia.  He looking for wood on adjacent land when was shot and

killed by AUC paramilitaries financed by Chiquita Brands who dumped his body at the municipal dump on 10/11/2001.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 63, his wife, and 3 children Does 63A, B & C.

**46)**    Juan Doe 64 was an oil production worker in Cienega, Colombia.  He was shot and killed by AUC paramilitaries financed by Chiquita Brands on 01/22/2002.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 64, his mother, Juana Doe 64A and minor children, Does 64B & C.

**47)**    Juan Doe 65 was a banana worker at Finca Villa Lucia, near Apartado Colombia.  He was shot killed at work by AUC paramilitaries financed by Chiquita Brands on 04/26/2002, in a notorious massacre of banana workers.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 65, his wife and a minor child, Doe 65A.

**48)**    Juan Doe 66 was a tire worker in Cienega, Colombia.  He was abducted from his work place and killed by AUC paramilitaries, on 06/28/2003  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 66, his wife and minor son Doe 66A.

**49)**    Juan Doe 67 was a farm worker at Finca Los Pinos Del Monte  in Aracataca, Magdalena Colombia where he was kidnapped from his home and murdered on

09/06/2004 by paramilitaries due to labor unrest at the farm.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 67, his mother and Doe 67A, his minor son.

**50)**     Juan Doe 68 was a teenager Cienega, Magdalena Colombia.  He was shot and killed by paramilitaries of the AUC, on 08/13/2002.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his mother, Juana Doe 68.

**51)**     Juan Doe 69 was a banana worker at Finca San Antonio, near Cienega, Colombia.  He was shot killed on 08/05/2006 by paramilitaries of the AUC, financed by Chiquita Brands, due to labor unrest at the farm.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 69, his mother.

**52)**     Juan Doe 70 was a supervisor at Finca San Carlos, near Aracataca, Magdalena, Colombia.  He was tied up, shot and killed at work by AUC paramilitaries on 06/15/2001 who were financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 70, his wife and 4 children, Does 70A, B, C & D.

**53)**     Juan Doe 71 was shot to death by paramilitaries of the AUC on  10/31/2003 that was financed by Chiquita Brands.  He was killed while working at the La Sogama gas station in Cienega,, Colombia.  Jose Gregorio Mangones Lugo alias

"Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 71, his wife, minor child Doe 71 and mother Juana Doe 71A.

**54)**     Juan Doe 72 was a fruit vendor in Valledupar, Cesar, Colombia. He was murdered on 09/18/2005, in his home by paramilitaries of the AUC wielding machetes, who were financed by Chiquita Brands. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by his mother, Juana Doe 72.

**55)**     Juan Doe 73 was banana worker in the Zona Bananera, Magdalena, Colombia. He was shot and killed by paramilitaries of the AUC who were financed by Chiquita Brands, at his front door in El Reten Colombia on 03/17/2004. Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 73, his mother.

**56)**     Juan Doe 74 was a small farmer and the owner of a plot of land in the Baldio sector near the Apartado River, in Apartado, Colombia. He was also the president of a community group of small farmers that resisted a campaign of extrajudicial expropriation of lands, led by AUC Commander Raul Hasbun in the area near

Chiquita Brands farms.  Juan Doe 74 was assassinated by AUC paramilitaries led by Commander Raul Hasbun, on 09/05/2000, when he refused to voluntarily abandon his farm.  Raul Hasbun, an AUC commander, who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 74, his wife and 9 children, Does 74 A- I who was forced to abandon their lands after their father's assassination.

57)      Juan Doe 75, a banana worker at Finca La Isabel, was kidnapped from a public bus and later assassinated by the AUC on 09/23/2001, in Aracataca, Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.   He is survived by Juana Doe 75, his mother.

58)      Juan Doe 76 was a farm worker at Finca La Juliana in Magdalena Colombia. He was kidnapped from his home and murdered by the AUC on 08/27/2000, together with 10 other civilians in an infamous massacre known as "La Polvorin".  The event was named for the neighborhood in Cienega Colombia where the massacre occurred. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 76, his mother and Does 76A & B, his minor children.

59)      Juan Doe 77 was a banana farm worker at Finca Los Lirrios, Arracataca, Magdalena Colombia.  He was shot and killed together with 5 other banana workers in a pool hall after work on 05/05/2002, by AUC paramilitaries who were financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 77, his wife and

Juana Doe 77A, his mother and Doe 77B, his minor son.

**60)**         Juan Doe 78, a banana worker in Antioquia, Apartado Colombia, was murdered together with his 2 sons Does 78A&B, also banana workers, by paramilitaries of the AUC in 1994. Upon information and belief, Chiquita benefited from decedent's murder by removing individuals who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 78, his daughter and sister to the other decedents.

**61)**     Juan Doe 79 was a banana farm worker in Magdalena Colombia.  He was shot and killed at his home on 05/30/2000, by AUC paramilitaries financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 79, his wife and Juana Doe 79A, his mother and Does 79B & C, his minor children.

**62)**     Juan Doe 80 was a banana farm worker at the Finca Sara Palma in Magdalena Colombia.  He was shot and killed at his home in Aracataca by paramilitaries of the AUC on 05/21/2005 that was financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 80, his wife and Juana Doe 80A, his mother.

**63)**     Juan Doe 81 was a banana farm worker in Aracataca Colombia.  He was shot and killed at work on the farm in Aracataca by AUC paramilitaries on 02/03/2002.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 81, his mother.

**64)**     Juan Doe 82 was a banana farm worker in Aracataca Colombia.  He was shot and killed at work in the farm in Aracataca by AUC paramilitaries on 02/03/2002.  Upon information and belief, Chiquita benefited from decedent's murder by

removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 81, his mother, also the mother of Juan Doe 81 & 83.

**65)**     Juan Doe 83 was a banana farm worker in Aracataca Colombia.  He was shot and killed at work in the farm in Aracataca by AUC paramilitaries on 08/19/2002. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 81, his mother who is also the mother of Juan Doe 81 and Juan Doe 82.

**66)**     Juan Doe 84 was a farmer who was abducted with 7 others by hooded AUC paramilitaries on 07/08/2000.  He was taken to a soccer field and murdered together with his brother, in full view of a Colombian army troops and hovering overhead in a helicopter in Apartado Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 84, his mother.

**67)**     Juan Doe 85 was a farmer who was abducted with 7 others by hooded AUC paramilitaries, taken to a soccer field and murdered together with his brother, in full view of a Colombian army troops and hovering overhead in a helicopter in Apartado Colombia, on 07/08/2000.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 84, his mother.

**68)**     Juan Doe 86 was a farmer who escaped the assassination of his cousins (Juan Does 84 & 85) set forth above, by hooded AUC paramilitaries, full view of a Colombian army troops and helicopter hovering over a soccer field in Apartado Colombia.  He was pursued and shot to death by the same AUC paramilitaries that killed his cousins.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established

social order in the area.  He is survived by Juana Doe 86, his mother.

**69)**     Juan Doe 87 was a Pentecostal minister and banana farm worker at Finca Plantacion, Zona Bananera, Guamachito, Magdalena, Colombia.  He was shot and killed while leaving work on 10/12/2003, by 2 AUC paramilitaries on a motorcycle. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 87, his wife and Doe 87 A & B, his sons.

**70)**     Juan Doe 88, a teenager, was a banana farm worker at various farms in Cienega, Magdalena Colombia.  He was shot and killed at his home during lunch on 12/10/1997, by AUC paramilitaries who were financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 88, his mother.

**71)**     Juan Doe 89 was a farm worker in Magdalena Colombia.   He was kidnapped from his home and murdered by AUC paramilitaries on 08/27/2000, who were financed by Chiquita Brands together with 10 other civilians in an infamous massacre known as "La Polvorin".  This massacre is named for the neighborhood in Cienega Colombia where the atrocity occurred.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 89, his mother and Doe 89A, his minor child.

**72)**     Juan Doe 90 was a farm worker in charge of the watering stations at Finca La Juliana in Magdalena Colombia.  He was kidnapped from a party for a co-worker and murdered by hooded AUC paramilitaries on 07/14/2001.  Upon information and

belief, Chiquita benefited from decedent's murder by removing an individual who
Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of
Chiquita's operations and established social order in the area.  He is survived by
Juana Doe 90, his wife and 5 children Does 90A ,B, C, D & E.

**73)**     Juan Doe 91, a banana worker and farmer, was murdered in Valledupar,
Colombia by AUC paramilitaries financed by Chiquita Brands on 05/01/2002.
Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding
from Chiquita has admitted that he ordered, carried out and accepted responsibility
for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon
information and belief, Chiquita benefited from decedent's murder by removing an
individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the
stability of Chiquita's operations and established social order in the area.  He is
survived by Juana Doe 91, his daughter.

**74)**     Juan Doe 92 was a vegetable salesman in Aracataca and Fundacion, Zona
Bananera, Magdalena Colombia.  Upon returning home from work he was
kidnapped and killed by AUC on 06/07/1999.  Upon information and belief, Chiquita
benefited from decedent's murder by removing an individual who Chiquita's agents,
the AUC, deemed undesirable and a threat to the stability of Chiquita's operations
and established social order in the area.  He is survived by Juana Doe 92, his
mother.

**75)**     Juan Doe 93 was the son of a small farmer and owner of a farm in Cordoba,
Colombia.  His father resisted a campaign of extrajudicial expropriation of his land,
led by the AUC financed by Chiquita Brands.  On 01/24/2001, Juan Doe 93 was shot
and killed by AUC paramilitaries in Cienega, Magdalena when his father refused to
voluntarily abandon his farm.  Upon information and belief, Chiquita benefited from
decedent's murder by removing an individual who Chiquita's agents, the AUC,
deemed undesirable and a threat to the stability of Chiquita's operations and
established social order in the area.  He is survived by Juan Doe 93, his father.

**76)**     Juan Doe 94 was a mechanic in Barranquilla, Colombia who came to the
assistance of a friend whose car had been impounded by the AUC on 10/05/2004.
For this he was shot to death by the AUC.  Jose Gregorio Mangones Lugo alias

"Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 94, his wife, and 3 children Does 94B, C, & D.

**77)**     Juan Doe 95 was a teenaged banana worker at Finca La Veredo, Magdalena Colombia who was murdered in a soccer field by the AUC on 06/11/2003. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 95, his custodial aunt.

**78)**     Juan Doe 96 was a banana worker at Finca La Lola in Turbo, Antioquia Colombia who was murdered at work by paramilitaries of the AUC on 08/23/1998 who was financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 96, his mother.

**79)**     Juan Doe 97 was a banana farm worker in Zona Bananera, Magdalena Colombia.  He was shot and killed at home, after work, by AUC paramilitaries financed by Chiquita Brands, on 06/29/2006.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 97, his mother, and minor child Doe 97A.

**80)**     Juan Doe 98 was a banana farm worker in Aracataca, Magdalena Colombia.  He was shot and killed by AUC paramilitaries on 06/12/2000, while on his way to work.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.

He is survived by Juana Doe 98, his mother, and minor child Doe 98A.

**81)**     Juan Doe 99 a small businessman who repaired refrigeration equipment.  On 09/09/2004, he was shot and killed at a family gathering celebrating his birthday in Guacamayal, Zona Bananera, Colombia, by AUC paramilitaries financed by Chiquita Brands.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 99, his wife and son, Doe 99A.

**82)**     Juan Doe 100, a government worker and his brother were shot on the street in Ceinaga, Magdalena, Colombia by AUC paramilitaries on 01/18/2002.  Juan Doe 100 survived his gunshot wounds after months in intensive care but was rendered permanently paralyzed.  His brother was shot dead in the incident.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for shooting Juan Doe 101 as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's attempted murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.

**83)**     Juan Doe 101, a foreman at a greenhouse near to several banana farms, was shot and killed in Aracataca, Colombia while riding his bicycle on 02/03/2002. He was killed by AUC paramilitaries in a white truck financed by Chiquita Brands. Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is

survived by his wife, Juana Doe 101.

**84)** Juan Doe 102, a banana packer at the Finca Sara Palma, was murdered on the farm by AUC paramilitaries financed by Chiquita Brands, on 08/23/2002. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juan Doe 102A, his father.

**85)** Juan Doe 103 was a banana worker at Finca Amparo in Cienega, Magdalena Colombia. While celebrating his niece's birthday he was shot and killed by AUC paramilitaries on 07/21/2002. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by his wife Juana Doe 104 and 2 children, Juan Does 103A, & B.

**86)** Juan Doe 104, a banana worker on Finca Italia in Apartado Colombia, was murdered by AUC paramilitaries on 06/27/2001. He was falsely accused of being a guerilla. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 104, his wife.

**87)** Juan Doe 105 was a banana worker who returned from work where he was shot and killed in his home in Aracataca, Magdalena Colombia by AUC paramilitaries on 01/13/2005. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations

and established social order in the area.  He is survived by Juana Doe 105A, his daughter and Juana Doe 105B, his mother.

**88)**     Juan Doe 106 was banana worker at the Finca Los Lirrios in Cienega, Magdalena, Colombia.  He was shot and killed on the farm on 06/03/2000, by AUC paramilitaries financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 106, his wife.

**89)**     Juan Doe 107 was a banana worker at Finca Los Pinos Del Monte  in Aracataca, Magdalena Colombia where he was kidnapped, tortured and murdered by AUC paramilitaries, on 11/09/2000.  His body was later found in Fundacion, Magdalena Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 107, his aunt.

**90)**      Juan Doe 108 was a banana worker at Finca Los Pinos Del Monte in Aracataca, Magdalena Colombia where he was kidnapped and murdered together with his nephew by AUC paramilitaries on 01/04/1997. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 108, his sister.

**91)**     Juan Doe 109, a farm worker lived with his mother and children on a coffee farm in Magdalena, Zona Bananera, Colombia.  He was killed by AUC paramilitaries on 10/23/2004. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 109, his mother

and two minor children, Does 109A&B.

**92)**     Juan Doe 110 was a banana worker at Finca Tierra Grata in Tucurinca, Zona Bananera Colombia.  On 10/29/2002, he was kidnapped and murdered by AUC paramilitaries, financed by Chiquita Brands. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 110, his mother.

**93)**     Juan Doe 111 was a farm worker at Finca Los Lirrios where he was kidnapped and murdered by AUC paramilitaries on 03/09/2005.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 111A, his sister.

**94)**     Juan Doe 112, a construction worker was murdered in Barrio Del Carmen, Aracataca, Zona Bananera by AUC paramilitaries financed by Chiquita Brands, in a case of mistaken identity, on 03/08/2004.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juan Doe 112A, his brother.

**95)**     Juan Doe 113, was a banana worker in Apartado Colombia, where he was murdered by AUC paramilitaries on 10/06/1995. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 113, his wife, and 2 children Does 113 A & B.

**96)**     Juan Doe 114, a banana worker at the Banadex, Proban and Uniban Farms

near Apartado Colombia.  On 06/14/2002, he was falsely accused of collaborating with guerillas and murdered by AUC paramilitaries financed by Chiquita Brands, in the parking lot of an Esso station in Apartado. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 114, his daughter.

**97)**    Juana Doe 115, was a banana worker who was murdered in Zona Bananera, Colombia by AUC paramilitaries on 06/09/2004.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  She is survived by Juana Doe 115, her mother and three minor children, Does 115A, B, C.

**98)**    Juan Doe 116, was a mango salesman and banana worker in Pozos Colorados, Cienaga, Zona Bananera, Colombia.  On 05/06/2003 he was murdered by AUC paramilitaries financed by Chiquita Brands, as part of a "social cleansing" operation.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 116, his wife and three minor children, Does 116A, B & C.

**99)**    Juan Doe 117, a banana worker at Finca La Juliana in the Cienaga, Zona Bananera, Colombia, was murdered by AUC paramilitaries on 06/04/2005.   Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for

decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juan Doe 117A, his father.

**100)**     Juan Doe 118, was a farm worker in Zona Bananera, Colombia.  On 02/06/2002 he was killed by AUC paramilitaries financed by Chiquita Brands.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 118, his daughter.

**101)**     Juan Doe 119, a banana worker returned home from work for lunch in Apartado, Colombia, on 01/11/2001, when he was killed by AUC paramilitaries, financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 119, his wife and three minor children, Does 119A,B & C.

**102)**     Juan Doe 120, was a farm worker in Zona Bananera, Colombia.  On 10/15/2003 he went to the store and returned home where he was kidnapped and murdered by AUC paramilitaries financed by Chiquita Brands.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 120, his sister.

**103)**     Juan Doe 121, a farm worker at the Finca Vana  Granja was kidnapped and murdered by AUC paramilitaries on 10/17/2003. The AUC dumped his body in a river at Puente Del Caucho, El Reten Colombia.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 121, his daughter.

**104)**     Juan Doe 122, was a baker and part-time banana worker at Finca La Juliana in Cienaga, Zona Bananera, Colombia.  On 06/10/2002 he was baking bread for morning delivery from his home in Barrio Porvenir, where he was murdered by AUC paramilitaries financed by Chiquita Brands.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 122, his wife and five children, all Does.

**105)**     Juan Doe 123, was a banana worker in La Cienaga, Zona Bananera, Colombia.   On 08/21/2003 he was murdered by AUC paramilitaries financed by Chiquita Brands.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 123, his mother.

**106)**     Juan Doe 124**,** was a farm worker at Finca La Juliana in Magdalena

Colombia.   On 12/15/1999 he was kidnapped from his home and murdered by AUC paramilitaries, financed by Chiquita Brands.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 124, his mother.

**107)**    Juan Doe 125, was farm worker from Pueblo Viejo in Cienaga, Colombia. On 03/02/2001 he was murdered in his sleep by AUC paramilitaries financed by Chiquita Brands.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 125, his sister and a minor child, also a Doe.

**108)**    Juan Doe 126, was a banana worker in Fundacion  Magdalena, Colombia. On 11/12/1998 he was murdered by AUC paramilitaries financed by Chiquita Brands.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by  his wife, Juana Doe 126, and a minor child, also a Doe.

**109)**    Juan Doe 127, was a banana worker, at Finca Cobar in Aracataca, Colombia. He was threatened at work then shot at home by AUC paramilitaries on 2/ 14/2004, who were financed by Chiquita Brands.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from

decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his wife, Juana Doe 127 and five children, also Does.

**110)**   Juan Doe 128**,** was a farm worker in Magdalena Colombia.   He left work early one day on a personal errand to Barranquilla, Colombia.  He was followed by AUC paramilitaries, financed by Chiquita Brands, who shot and killed him on 4/26/2001.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 128, his mother.

**111)**   Juan Doe 129 was a farm worker in Chirigodo, Antioquia Colombia.   He was wrongly accused of being a guerilla, and shot by AUC paramilitaries on a public road after he left the banana farm on 7/25/1997.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 129, his wife.

**112)**   Juan Doe 130 a banana worker at Fincas San Jose and  Maria Usebia, was kidnapped by force from work at Finca San Jose in Cienega Colombia and held by the AUC.  He was falsely accused of being a guerilla and killed by AUC paramilitaries, financed by Chiquita Brands on 718/2004.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his mother, Juana Doe 130 and two daughters, also Does.

**113)**   Juan Doe 131 was a banana worker at Fincas Del Caribe, in Zona Bananera, Magdalena Colombia.  He was falsely accused of being a guerrilla by AUC paramilitaries who shot and killed him on 5/25/1999.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of

Chiquita's operations and established social order in the area.  He is survived by his mother, Juana Doe 131.

**114)**    Juan Doe 132, a 19 year old banana worker at Finca Manantial in Zona Bananera, Magdalena Colombia was falsely accused of being a guerrilla by AUC paramilitaries who shot and killed him in the town of Cienega on 6/4/2005.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his aunt Juana Doe 132.

**115)**    Juan Doe 133, a banana worker at Finca San Antonio in Zona Bananera, Magdalena Colombia was abducted by AUC paramilitaries under the command of Hernan Giraldo of Frente Tayrona, while fishing with two friends after work on 12/9/2000, near Santa Marta Colombia.  The AUC paramilitaries falsely accused him of being a guerilla and killed him and his friends.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his sister Juana Doe 133.

**116)**    Juan Doe 134, a banana worker, was shot and decapitated in Aracataca, Colombia by AUC paramilitaries who falsely accused him of being a guerrilla on 4/14/2002.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his wife, Juana Doe 134 and five children, all Does.

**117)**    Juan Doe 135, a banana worker at Finca La Mercedes, was taken from a family gathering, shot and killed in Aracataca, Colombia by AUC paramilitaries financed by Chiquita Brands, on 6/24/2001.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC,

deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his mother, Juana Doe 135, and two sons also Does.

**118)**     Juan Doe 136, a banana worker at Finca Pic de Cuesta, was shot and killed in his home near Aracataca, Colombia by AUC paramilitaries on 10/11/2005.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his wife, Juana Doe 136 and a daughter, also a Doe.

**119)**     Juan Doe 137, was a banana worker, at the Finca La Candelaria in Cienega, Zona Bananera, Colombia.  He was taken by force from work by AUC paramilitaries on 6/14/2002 and murdered.  His body was recovered on 6/18/2002 in a river.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 137, his sister.

**120)**     Juan Does 138, 138A & B, teenaged brothers and farm workers, were shot and killed on their family farm in Sierra Nevada, Cesar, Colombia by AUC paramilitaries, financed by Chiquita Brands, on 3/9/2004.  This atrocity was committed by the AUC in an attempt to take over the family farm.  Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of

Chiquita's operations and established social order in the area.  These Juan Does are survived by Juana Doe 138, their mother.

**121)**    Juan Doe 139, was a banana worker in Aracataca, Zona Bananera, Colombia who was murdered by AUC paramilitaries financed by Chiquita Brands, on 2/2/2003.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 139, his sister, and two daughters, also Does.

**122)**    Juan Doe 140, was a realtor handling property transactions involving lots used as small banana farms in Santa Marta, Zona Bananera, Colombia.  He was shot and killed by AUC paramilitaries, financed by Chiquita Brands, on 7/31/2003 in an attempt to influence the sale of property to the AUC.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 140, his wife and  daughter, a Doe.

**123)**    Juan Doe 141, was a banana worker at the Finca Villa Elena in El Reten, Magdalena, Zona Bananera.  He was shot and killed by AUC paramilitaries financed by Chiquita Brands, on 10/4/2000, on the road to Finca Bella Ena.  The AUC falsely accused him of being a guerrilla because he could not produce his cedula (National Identity card). Rodrigo Tovar Pupo alias "Jorge 40" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC,

deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 141, his wife and daughter, also a Doe.

**124)**    Juana Doe 142, a banana worker in the Antioquia, Apartado Colombia, was falsely accused of being a guerrilla, shot and killed by AUC paramilitaries in front of her home on 4/9/2001. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  She is survived by her minor children, all orphans, all Does.

**125)**    Juan Doe 143, a day laborer and banana cutter at Finca La Candelaria, and his daughter were kidnapped by 6 AUC paramilitaries.  They released his daughter but led him away and shot him to death on 5/21/2003. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered, carried out and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his wife, Juana Doe 143 and minor children, all Does.

**126)**    Juan Doe 144, was a banana worker in Apartado Colombia, where he was murdered by AUC paramilitaries, financed by Chiquita Brands on 4/21/97.   He was accused of being a guerrilla and summarily executed at work on the Finca San Jacinto.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 144, his wife, and daughter, also a Doe.

**127)**    Juan Doe 145, was a banana worker at Finca Maria Isabel in Aracataca, Zona Bananera, Colombia, where he was accused of assisting guerrillas and shot in the head on the farm by AUC paramiitaries financed by Chiquita Brands on 7/18/2003. Upon information and belief, Chiquita benefited from decedent's murder by

removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by Juana Doe 145, his wife, and three children, all Does.

**128)**   Juan Doe 146, was a banana worker, who was shot and killed by the AUC while on his way to work at the Finca Germania in El Reten Magdalena, Zona Bananera, Colombia.   He falsely accused of being a guerrilla sympathizer, taken off his motorcycle, shot and his body dumped in a ditch by paramilitaries on 8/23/2003. Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area. He is survived by his wife, Juana Doe 146.

**129)**   Juan Doe 147 was a teenaged student, part-time banana cutter at Finca Juliana de Chiquita and bicycle taxi driver in Cienega, Colombia.  He was shot and killed by a member of the AUC on 5/23/2003.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his mother, Juana Doe 147.

**130)**   Juan Doe 148, delivered supplies to the banana farms in the Cienaga, Zona Bananera, Colombia, region.  While making a delivery he was stopped at an AUC paramilitary checkpoint, removed from his vehicle and shot to death on 2/24/2000. Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 148, his daughter.

**131)**   Juan Doe 149, was a banana worker and wood cutter at Finca Manantial in Zona Bananera, Magdalena Colombia who was falsely accused of being a guerrilla by AUC paramilitaries.  They hacked him to death with machetes on a path outside Cienega, on 1/17/2002.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his wife, Juana Doe 149, and two children, also Does.

**132)**   Juan Doe 150, was a banana worker at Finca De Los Vetos, Origueca, Magdalena Colombia.  He was falsely accused of being a guerrilla by AUC paramiitaries who shot him to death on 10/18/2004.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by his mother, Juana Doe 150, and two children, also Does.

**133)**   Juan Doe 151, was a banana worker in Cienaga, Zona Bananera, Colombia, who was abducted outside his home by four AUC paramilitary paramilitaries in a truck on 8/12/2002.  They shot and killed him, falsely accusing him of being a member of guerrilla forces.  Jose Gregorio Mangones Lugo alias "Carlos Tijeras" an AUC commander who received funding from Chiquita has admitted that he ordered and accepted responsibility for decedent's murder as part of the Justicia y Paz proceedings in Colombia.  Upon information and belief, Chiquita benefited from decedent's murder by removing an individual who Chiquita's agents, the AUC, deemed undesirable and a threat to the stability of Chiquita's operations and established social order in the area.  He is survived by Juana Doe 151, his wife, his mother and five minor children, also Does.

351382