UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 08-01916-MD-MARRA/JOHNSON

IN RE:  CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

_____/

**SEVENTH AMENDED
COMPLAINT**

Jury Trial Demanded

This Document Relates to:

SARA MATILDE MORENO MANJARRES,
ANGELICA MARIA BARRAZA JIMENEZ,
BERTILDA MARINA RETAMOSO
CORONADO, CRISTINA DOMINGA
FIGUEROA CHARRIS, MARIA SALCEDO
PINILLO, SUSANA DEL CARMEN
ITURRIAGO YEPES, ROSA ELENA
VILLAMIL CORREA, ALIS ELENA
GUTIERREZ ESCALANTE, LILIA ESTHER
PEREZ DE LA HOZ, ENA CECILIA DAVILA
VELASQUEZ, LUZ MARINA NAVARRO
CONTRERAS, ENOBIS SEGUNDO PORRAS
TORRES, VICTOR MANUEL CAMARGO
MUNOZ, PEDRO ANTONIO VALENCIA
PACHECO, BIURIS M. SOLANO POLO,
RAMON DIOSIR CARDENAS, NINFORIDES
OLIVO OROZCO, ENELVIA CONEO PENA,
NEIDYS ROSIRIS ANGULO RICARDO,
ZENITH ESTHER VILLAMIL HERNANDEZ,
ANA VERSAIDA ARIAS CARDONA,
MARTHA ISABEL SILVA BLANCO, EDITH
MICAELA MOLINA LOPEZ, LUIS
ALFONSO BENAVIDES SILVA, DELFINA
DOLORES ROMERO ARIZA, DORIS
MARINA CANDANOZA ARRIETA, MARIA
DEL CARMEN ARRIETA MERINO,
SIMONA GULLOSO MONTERO, SANDRA
MILENA ARDILA BALLESTEROS,
ELIZABETH BALLESTEROS STIVENSON,
TATIANA MARENCO GUTIERREZ,
CARLOS ALBAN MARRUGO SIERRA,
LUIS EDUARDO JIMENEZ IBANEZ, AURIS

ESTELA CANTILLO CASTRO, JUVENAL
ENRIQUE FONTALVO CAMARGO, JOSE
ARIEL PEREZ QUINONES, MAGALY
ESTHER RIVERA GONZALEZ, AUGUSTA
ISABEL VELASQUEZ VARGAS, CRISTINA
BAUDILIA RADA POLO, ANA MARIA
MORALES MENDOZA, LUZMILA E. LOPEZ
AVENDANO, MARIA DE JESUS
GARZIBALO RODRIGUEZ, ANA DOLORES
CASTILLO ROA, RAMONA PADILLO
BERRIO, ANA LUISA PADILLA BERRIO,
GUBERLINDA MONICA EGUIS CUAO,
EDILSA BRAVO RODRIGUEZ,
GRIMALDINA MARIA GARCIA MAESTRE,
CARMEN ELENA VERGARA LAZARO,
ENILDA ESTER LOPEZ RAMOS, CARLINA
ISABEL RUIZ HERNANDEZ, LEIDIS
JOHANA SUAREZ GUEVARA, FELIX
ANDRES CONTRERAS VERGARA, LUZ
CELINA ORELLANO LOPEZ, ALEIDA
GONZALEZ CARDONA, ANA DEL
SOCORRO MONSALVE TOSCANO, ANA
DOLIA BOLIVAR GARCIA, ANA
MERCEDES TOSCANO MORENO, ANA
ROMELIA ARENOS BENITEZ,
ANADELINA CARDONA DE GONZALEZ,
ANGELA DEL SOCORRO GOMEZ DE
GONZALEZ, ANGELA PATRICIA
RESTREPO, BERTA GLORIA TUBERQUIA
ZAPATA, BLANCA LIBIA GONZALES
CARDONA, BLANCA NELLY GRACIANO,
DIOCELINA BENITEZ GIRALDO,
NIDIA DEL SOCORRO TOVAR DE
GARCIA, FABIOLA DE JESUS
SEPULVEDA, FERNANDO ANTONIO
PEREZ ALVAREZ, AMPARO DE JESUS
MORALES, GLORIA ESTELLA BEDOYA
ZAPATA, LILIANA MARIA BARRAGAN
MOSQUERA, LOURDES MARTINEZ
IBANEZ, LUIS ANGEL TREJOS GARCIA,
LUZ ESTELLA HIGUITA TAPIA,
LUZ STELLA GOEZ QUIROZ, MARCO
TULIO HIGUITA, MARGARITA MARIA
AQUDELO PATINO, MARIA DILIA AVILA,
MARIA ELMINTA MANCO MARIN, MARIA
GENOVEVA CALLE HERREZA, MARIA

IDALBA VIDOL MARIN, MARIA NELLY
GIRALDO GARZON, MARLENY VARELA
GOMEZ, MARLENY LOAZIA FERRARO,
MARTA INES DAVID USUGA, MARTHA
ELENA HERRERA MORALES, MAYOLIS
BERRIO PEREZ, MORLENY HOLGUIN
DAVID, NANCY STELLA ESTRADA
VELOZA, NIDIA BELLO DE BERRIO,
NORIS DEL CARMEN LEON MARTINEZ,
OLGA MARIA VALENZUELA LARGO,
ROSA MARIA YEPES GIRALDO, SUB
MARY LOAIZA GOEZ, YUDI MARCELA
HENAO TORRES, NOLBIS KARINA
GUTIERREZ AVENDANO, VIVIANA
NAVARRO REALES, MARLY ZANITH
HERNANDEZ DE CARBONA, ROSMINIA
DEL CARMEN OSPINO PEREZ, BERTHA
ISABEL ROBLES MERCADO, FRANCIA
ELENA GUTIERREZ, INGRIS MARIA PENA
URDANETA, ELDA MIREYA SANCHEZ
SAMORA, ONEIDA CANITH NUNEZ
GARCIA, ANA DE DIOS JARAMILLO
ESTRADA, EVELIO MIGUEL ORTEGA
PEREZ, YISEIDY ISABEL CORREA
CARRASCAL, IRINA DIAZ PEREZ, ANA
MILENA DIAZ GOMEZ, MERCEDEZ
ISABEL HERNANDEZ REDONDO,
MARTHA ISABEL BENAVIDES SALGADO,
MARIA DE LAS MERCEDES QUIROZ
QUIROZ, KARINA DEL CARMEN OROZCO
ROMERO, MARICELA OROZCO ROMERO,
MARIA VICTORIA LORA PERALTA,
BEATRIZ ROSARIO GALETH AGUAS,
EVELIO DE JESUS PERALTA
MONTERROZA, NORIS MARIA PEREZ
PEREZ, ROSA MONTERROZA DE
SALCEDO, YAMIL DEL CRISTO BORJA
CARRASCAL, NICOLASA REGINA
GONZALES MEZA, TULIA ESTHER
PETANO SANCHEZ, ANGELINA REYES
VERGARA, MARY LUZ JARABA TOVAR,
NELSON DE JESUS VERGARA QUIROZ,
YANETH DEL CARMEN PERALTA
SALCEDO, GLADYS MARIA SALGADO
CANCHILA, ALFREDO DE JESUS
PERALTA SANTOS, BLANCA ROSA PEREZ

VERGARA, BERLIDES DEL CARMEN
ROYETH ALMANZA, ROSALINA RIVERO
DE CHAMORRO, ALFONSO DE JESUS
MARTINEZ VILLEGAS, MARLENIS DEL
CARMEN CUELLO SALGADO, ENILDA
DEL CARMEN ROBLES BENAVIDES, LUIS
EDUARDO HERNANDEZ LORA, GLADIS
DEL SOCORRO ROBLES BENAVIDES,
ONEIDA DEL SOCORRO SALCEDO
MONTERROZA, ONEIDA DEL SOCORRO
MENDEZ GONZALEZ, SINDY DE LA
CANDELARIA GUERRERO NARVAEZ,
LUZ IRIS QUIROZ QUIROZ, ELSA MUNOZ
OCHOA, DOLORES CONTRERAS
CANCHILA, REMBERTO ANTONIO
TURIZO ATENCIA, AIDA HERAZO
ARRIETA, TARCILA VICTORIA RAMOS
PRIMERA, MARTHA VIDES SOTOMAYOR,
SANDRA MARGARITA CANCHILA
BRAVO, MIRIAM DEL CARMEN
TRESPALCIOS LORA, NILSA ISABEL
FERIA CARVAJAL, CARMEN ELENA
UPARELA MARTINEZ, FRANCISCO
JAVIER SANCHEZ, ALCIRA DEL CARMEN
PEREZ DIAZ, ADALGIZA VILLALBA
MENESES, NESTOR FABIO CANCHILA
PEREZ, DELLANIRA PATERNINA
MONTERROZA, RUBY SALGADO
ATENCIA, IVAN RAMIRO TOVAR PEREZ,
LUCILA DEL ROSARIO BENITEZ PEREZ,
YANETH DEL SOCORRO BERMEJO
VILLADIEGO, FABIO EMILIO VERGARA,
CLARA INES ARROYO CUELLO, ALVARO
JOSE HERNANDEZ CORONADO,
ORFELINA CARRASCAL DE PEREZ,
MARIA DEL CARMEN PEREZ QUIROZ,
LUCELYS GOMEZ PATERNINA, LIGIA
DEL CARMEN FRANCO DE MERCADO,
ANA MARIA RAMOS QUIROZ, LEYDIANA
MARGARITA ESCOBAR MADERA,
ANA JUDITH SALGADO SOLORZANO,
MAGDELENIS DEL CARMEN PEREZ
VIDES, ANGEL EMIRO QUIROZ VITAL,
ELVIA CALDERA VIDES, ISABEL
SALGADO VELASQUEZ, GLADYS
MERCEDES FUNEZ MORALES, LUZ

MARINA VITAL DOMINQUEZ, PLINIO
GABRIEL PATERNINA NEURION, JOSE
RAFAEL GALVAN ACOSTA, ANA MARIA
SIERRA PALENCIA, LILIANA TOSCANO
RIVERO, RUBY EDITH DE LA ROSA
SUAREZ, ANTONIO MANUEL CASTILLO
PERALTA, VICTOR MANUEL MERCADO
GARRIDO, YARIMA DEL CARMEN
BARRETO PEREZ, DANIS PALACIO
HERNANDEZ, IDALIA ROSA TOVAR
PAYARES, ANA SOFIA MADERA NIESCO,
CARMEN SUSANA ORTEGA GOMEZ,
ISRAEL ENRIQUE ASCENCIO CUELLO,
DENIS DEL CARMEN ASCENCIO TOVAR,
REINA ISABEL PEREZ MORALES,
EUFENIA CANDELARIA LORA DE ARGEL,
LEDIS MERCADO CHAMORRO, MARTA
BEATRIZ ORTEGA TOVAR, GREGORIO
LAUREANO MENDOZA VITAL, DAMARIS
ISABEL SOLORZANO ACOSTA, CARMEN
ANA ROBLES SALCEDO, IGNACIO
RIVERA HERRERA, ALIS MARIA
SALGADO LOPEZ, ADELA RODRIGUEZ
RUIZ, ADIELA MERY NAVARRO TERAN,
CARMEN MEZA VILORIA, MARIA
ANTONIA SUAREZ SIERRA, BERTILDA
CANCHILA DE MONTESINO, ANA ISABEL
SALGADO MALDONADO, GRACIELA
CABARCAS RODRIGUEZ, LEDYS
MORENO VIDES, ZULAY DIVINA BELENO
MEDINA, MARIA GREGORIA MOLINARES
DE JIMENEZ, NELSY LUZ MARTINEZ
ROMO, BERNARDINA CAMACHO
GUTIERREZ, JOSE RAMON MARTINEZ
RIVAS, YOESMITH VILLA ALVAREZ,
ELVIRA ROSA CASTRO GARIZABAL,
SOBEIDA ESTHER AHUMADA CAMACHO,
OSIRIS LOPEZ CONRADO, QUENEIMA DE
JESUS PALMEZANO VALLEJO, CECILIA
DEL SOCORRO VERGEL MOLINA, LUZ
MARINA CASTRO DE ORO, FELICITA
ALCAZAR BALLESTAS, AMIRA
ESTEBANA VILORIA DE TORRES,
EDINSON DE LA CRUZ PEREZ CORRO,
PETRA ISABEL VIDES CANTILLO,
JUVENAL SEGUNDO CAMPIS ROMERO,

ABIGAIL DOLORES CASTELLANO
GONZALEZ, NORIS DEL SOCORRO PEREZ
PALACIO, YOMAIRA BARRAZA JIMENEZ,
LUZDARY OROSCO DIAZ, ANA FELIPE DE
VALVERDE, GLADYS CABRERA
HENRIQUEZ, ZOILA MILENA VALENCIA
MALDONADO, MATILDE ISABEL BOSSIO,
MAGALYS CHARRIS GARCIA, EDILSA
MARTINEZ TERAN, YOLANDA
MONTENEGRO HERNANDEZ, HILDA
CERVANTES CERVANTES, REYES
DOLORES MARTINEZ SILVA, YOESMITH
VILLA ALVAREZ, ANA JULIA DIAZ
BAUTISTA, ALBA MARINA OLIVERA
RIVERA, CENILDA ESTHER CORTEZ
HERRERA, ROGER LUIS GARCIA
PACHECO, ANA SOFIA JARABA ROMERO,
MARIA IDOLBA VIDAL MARIN, NURIS
MARIA LOPEZ PABON, INGRIS YOJANA
QUINTERO MANOTAS, DENIS DAMARIS
SOLANO CANTILLO, ISMELDA MARIA
TORRES VALDES, MARIA FILOMENA
RUIZ RAMIREZ, MARIA DEL CARMEN
CAMARGO MARTINEZ, LUCELLY
VARGAS BOLANO, ELIECER DE JESUS
GUTIERREZ MARTINEZ, MARIA
ANTONIA ALONSO POLO, LUCELIA
MARTINEZ RIOS, LEYDI ROSY TORRES
MUNOZ, BEATRIZ ELENA GIRALDO
ORTIZ, LUZ MARINA DIAZ PEREZ,
MANUELA SALVADORA MACIAS
BOCANEGRA, GUILLERMO MANUEL
CORONADO TEJEDOR, BELEN SULEY
QUINTERO NAVARRO, RUTH MARINA
POLO LEA, LUZ MARINA ROMAN DE
CANAS, TERESA DE JESUS GALINDO
IABARRA, MIRIAM DE LAS MERCEDES
ORTIZ, EVERLIDES DEL CARMEN
SALCEDO NARANJO, NANCY ISABEL
SIERRA BORNACHERA, MARIA DEL
CARMEN PUERTA, VENIS MARIA
MACHADO CHALA, MARIA EMINABED
CARDONA, ELISENITH ELENA
MALDONADO SIERRA, ALEXI MARIA
TETE MONTENEGRO, NURIS MARIA
GUTIERREZ BRAVO, ERNES ALFONSO

PEREZ GARCIA, MANUELA DEL CARMEN
MERCADO CONTRERAS, DILIA ESTHER
DONADO PACHECO, BEATRIZ MARIA
FORNARIS LLANOS, GLADYS MARIA
VEGA RUIZ, GREGORIA PINEDA
CABANA, GABRIEL SEGUNDO MAZZILLI
AVENDANO, NINFA ISABEL ALMENTA
HERNANDEZ, ANA MARIA GONZALEZ
RODRIGUEZ, RAFAEL ALONSO GAMERO
PARDO, LEONOR BEATRIZ GARCIA
AVENDANO, ESMERINA ISABEL
LANDETA DE QUIROZ, DINA LUZ
QUIROZ LANDETA, MARIA TERESA
GUTIERREZ BRAVO, LUZ MARINA REYES
VASQUEZ, JUAN BAUTISTA CASTILLO
CORTEZ, VICTORIA ELENA SERGE
CANTILLO, LUIS CARLOS REALES
VILLEGAS, ALFONSO GUMARO
FONTALVO MANJARRES, ESELL
ANTONIO URINA SANDOVAL, NARBEL
ENRIQUE FONTALVO MANJARREZ,
LILIBETH DEL SOCORRO PEREZ
CARRASCAL, NAYIRIS VALENCIANO
PEREZ, MARIA CONCEPCION MARTINEZ
DE DOMINGUEZ, JUDITH MARIA
MORENO DE VALERDE, ALBA INES
VALVERDE FELIP, EMILCE CHARRIZ DE
MORENO, GILDARDO ANTONIO USUGA
LOPERA, DORIS MARIA CONDE
HERRERA, RUBEN DARIO LEAL JARABA,
MARTHA ISABEL MOVILLA BLANCO,
ANA FELICIA PEDROZA SOSA, DELSY
MARIA ESCORSIA HERNANDEZ,
ELIZABETH LARGO, GLORIA INES
CORREA BORJA, ARACELLY CARMONA
DE MORALES, SARA INES DAVID
TORRES, ROSA JULIA LONDONO, ANIBAL
DE JESUS VALENCIA JIMENEZ, MARIA
RUGBI SALAS MONCADA, MARIA
LUCILA TORRES LOPEZ, DORIS CECILIA
TORREGROZA MARTINEZ, CLAUDIA
PATRICIA OCAMPO OCHOA, MARIA DEL
CARMEN BRAVO DE LA HOZ, MIRIAN
DEL SOCORRO VELILLA ARRIETA,
AMALIA ROSA DIAZ DE ORTEGA, EDITA
ERAZO MEJIA, CARMEN CRISTINA PEREZ

SANTOS, PIEDAD MARIA MARTINEZ
DIAZ, HEYDY ESTHER VARGAS
MARTINEZ, HERNANDO MANUEL
MELENDRES SEVERICHE, FERNANDO
RAMON MELENDRES PATERNINA,
JUDITH DEL CARMEN GOMEZ ESTRADA,
SONIA DEL CARMEN ORTEGA MADERA,
ENA MARGARITA MEZA SOTO, CILA
BEATRIZ TOVAR PEREZ, ELENA MARIA
ALVAREZ RIVERA, ROSA ISABEL CRUZ
DE MADARRIAGA, DIOSELINA MARIA
PEREZ PORTACIO, CARMEN MARIA
SOTO ROBLES, NILFA DEL ROSARIO
GONZALEZ PEREZ, MARY DEL CARMEN
VERGARA DE MEZA, PEDRO ANTONIO
RIOS MARTINEZ, PABLO DE JESUS
MARTINEZ JARABA, ENA TERESA
PINEDA PENA, MARILUZ EBRATT
BUELVAS, BEATRIZ ELENA ORTEGA
ESTRADA, CARMEN IRENE GUILLIN DE
PADILLA, MAGDALENA BERTEL
TORRES, TARCILA PEREZ VILLADIEGO,
MARIBEL ANAYA MENCO, CARMEN
ROSA MEZA MARTINEZ, LUDIS GARCIA
ABAD, GLORIA MERINO VARELA, ELSA
GUZMAN, ROSIRIS CAMARGO TORRES,
ANA EVA MEJIA GALVAN, CIRA RIVERA
LUNA, CANDELARIA GOMEZ PEREZ,
MARIBEL ROSALES RODRIGUEZ, YONY
ACOSTA MERCADO, SIXTA VERGARA
ORTEGA, MARIA DE LA NIEVES ORTEGA,
JULIO ELIAS BLANCO ROMERO, MARIA
DEL ROSARIO ARRIETA TOVAR, JOSE
DANIEL ARRIETA TOVAR, NERIS
BARBOZA, ISABEL CANDELARIA
OSORIO FERNANDEZ, ANTONIO JOSE
ORTEGA MERCADO, MARTHA CECILIA
MARTINEZ PEREZ, MARITZA ISABEL
VILLADIEGO, MARIA PEREZ PATERNINA,
EVELYS SANTANA ALTAHONA, ROSA
ELENA AVILES PEREZ, ANA MILENA
MARTINEZ, PABLA ISABEL GOMEZ
ACEVEDO, EDUARDO MENOLET REYES,
DIOMARIS DEL ROSARIO CONTRERAS
PEREZ, DINARA DIAZ MONTES, ELIDA
MEZA SOTO,  LUZ MARINA BOHORQUEZ

ARRIETA, RAFAEL ENRIQUE
HERNANDEZ ARRIETA, FELIX ANTONIO
DE LA HOZ, MARIA DE LOS SANTOS
ORTEGA TORRES, ROSA MARIA LUNA
MERCADO, ALICE VARGAS VERGARA,
MIRIAM PEREZ SEVILLA, GILMA LUCIA
BANOS PALENCIA, LETTYS PALENCIA
DE BANOS, DORIS DE JESUS MORENO
ORTEGA, ALBA YANETH ATENCIA
PEREZ, ELDA MARIA GUZMAN LEON,
JULIO FRANCISCO MARTINEZ
MERCADO, CRISTINA REALES ORTEGA,
CARLOS MARIO CALLE RESTREPO,
EDILDA ROSA PEREZ HERNANDEZ,
DENIS DEL CARMEN MARTINEZ
CASTELLAR, LUZ AMPARO ARTEAGA
ALCARAZ, FRANCISCO LUIS JIMINEZ
GOMEZ, LUZ TEREZA QUINTERO,
BLANCA ROSA PADILLA PACHECO,
OLGA LUCIA PEREZ HERNANDEZ,
MARITZA ESTHER DEAVILA
TORDECILLA, CARMEN MILEDIS
SALAZAR SOLORANZO, NAYIBE ESTHER
PEREZ LOPEZ, MARIA ENCARNACION
GUERRA GOMEZ, ELUDINA ANAYA
ALVAREZ, ORLANDO MADRID
MARTINEZ, REGINA MERCEDES
VILLADIEGO PEREZ, ANA EMILIA
GUERRA CONTRERAS, CIDIA DEL
SOCORRO VERGARA SOLORZANO,
CIPRIANO SEGUNDO HERNANDEZ
GONZALES, TARCILA JUDITH REALES DE
GOMEZ, MONICA CECILIA CESPEDES
SALGADO, KELI JOHANA JIMENES
BERRIO, ELBA DEL ROSARIO GAMARRA
PEREZ, MARIA DEL CARMEN RANGEL
PENA, DALINDA DEL CARMEN SALCEDO
MADRID, INDIRA LUZ COBO SEVERICHE,
EVERLIDES MERCADO AVILA, LILIA
RODRIGUEZ SEVERA, DANI ESTER
GUSMAN DE SIERRA, IVAN DE JESUS
MEDINA MERCADO, MARIA ISABEL
MORENO DE LORDUY, YASMIN JUDITH
ESTRADA VERGARA, MARGARITA ROSA
HERNANDEZ CARDENAS, JHON
ROBERTO SALGADO MEDINA,

LEONARDO RAFAEL PEREZ
HERNANDEZ, YAMILES MARIA SUAREZ
ORTEGA, LUCY ESTHER PEREZ GALE,
MARIA SOTELO ASCENCIO, ANGEL
NAGUIT VERGARA MARTINEZ,
EVERLIDES ARELIS MERCADO SIERRA,
CIELO DEL ROSARIO SUAREZ TAPIA,
SANDRA EUGENIA CHAMORRO
ARRIETA, CONSUELO DE JESUS ORTEGA
ORTEGA, MARIA VICTORIA VERGARA
JIMENEZ, RUBI MARGOTH ESCORCIA
PENA, ALMA DELIA MARQUEZ
CARRENO, LUCIA VITALIA GAMARRA
PEREZ, WILFRIDO DE JESUS DOMINGUEZ
CASTRO, KELIS CANDELARIA ARRIETA
PEREZ, ELIZABETH BANQUETT
SALGADO, MARIA DIAZ VIUDO DE
PEREIRA, AMALIA DEL CARMEN
BENITEZ GUERRO, MARIA ROSARIO
RIVERO NOVOA, HERNANDO MANUEL
MELENDRES SEVERICHE, BERNADO
JOSE TERRAN, ARRIETA, LUIS MARQUEZ
DIAZ, JOSE ALFONSO MOGOLLON
PALACIO, MILTON JOSE PAYARES
SANCHEZ, LEONARDO TORRES ACOSTA,
EVERLUIS URANGO HERNANDEZ,
ALIRIO ANGEL PEREZ MENDEZ, YENIS
MARGARITA BENITEZ NARVAEZ,
EDILSA VICTORIA MORALES
ARGUMEDO, DANIS MARITZA PENA
PEREZ, JULIA ISABEL RAMOS VIDES,
LEYDA JOSEFINA MESA GAMARRA,
MIRIS ROSINA PAYARES SANCHEZ,
CLARIBETH AVILES PEREZ, ORLANDO
MANUEL ARCOS SALCEDO, RAQUEL
MARIA ASCENCIO CANCHILA,
ARACEIDA DEL SOCORRO PUCHE PEREZ,
ANA DOLORES TOBAR PEREZ, ANA
MILENA MEZA ORTEGA, NEVER DEL
CRISTO CONTRERAS SUAREZ, YOMARIS
SOFIA GIL MEZA, BEATRIZ LUCILA LORA
MARMOLEJO, LUDIS MARIA PEREZ
ASCENCIO, OSME SEGUNDO QUIROZ
YEPEZ, ROXI DEL CARMEN MUNOZ
BLANCO, ARACELIS DEL CARMEN
ASCENCIO CANCHILA, CONSUELO DIAZ

BUSTAMANTE, DOLORES PADILLA
RODRIGUEZ, MARIA ULUMINADA
PERALTA DE TAPIA, ANA CRISTINA
MARTINEZ JARABA, YANERLIS DEL
SOCORRO OSORIO GUERRERO, MARIA
PETRONO ROLLETH LEON, MARELYS
LUZ LEGUIA, ALICIA DEL CARMEN
SANDOVAL HERAZO, JAIRO FABIAN
MARTINEZ SANDOVAL, DENIS SANTIZ
DIAZ, YAMILE SANTIZ PINEDA, LILA DE
LAS MERCEDES NAVAREZ AGUAS, EDIN
DEL CARMEN LORA PERALTA, LIRIS
RIVERO CHAMORRO, ELENA MARIA
DIAZ HERNANDEZ, ROSA ISABEL
MONTERROSA MENDOZA, JESUS
RAFAEL GUERRA COUSUEGRA, MARIA
PETRONA CONCHILA MARTINEZ,
GRACIELA MENDOZA, LUZ MELIA
ARRIETA RODRIGUEZ, LUCY DEL
CARMEN SANCHEZ NARVAEZ,
YARLEDIS DAMARIS MARTINEZ
CORONADO, SAGRARIO DEL ROSARIO
ORTEGA MENDOSA, MAYANDA
ARRIETA PEREZ, LUZ DARIS RUIZ
MENDOZA, MARY SODELY ACOSTA
TOVAR, OSMAN JOSE ORTEGA JIMENEZ,
SARA ISABEL ALMANZA CARDENAS,
BERLEDIS NUNEZ OLIVERA, GILMA
MARIA JIMENEZ MARTINEZ, BETILDA
ROSA CANCHILA DE MONTESINO,
ELICITA ISABEL GALE GARCIA,
BERLIDES DEL SOCORRO NUNEZ
OLIVERA, DORIS ESTHER JARAMILLO
PETRO, FRANCISCO MANUEL
CHAMORRO, ELENA DE JESUS MONTERO
TOVAR, TULIO RAFAEL VERGARA
ALVAEZ, NELLYS DEL SOCORRO BARON
ORTEGA, ARNOLDO ANTONIO
HERNANDEZ BAQUERO, NANCY DEL
SOCORRO MARQUEZ DOMINQUEZ,
ANA MARIA DIAZ TAPIA, MARITZA DEL
CARMEN PUCHE GOMEZ, CARMEN
CECILIA CASTILLO PERLATA, SOLEDAD
JUDITH SOTO CHAMORRO, ROSA
ESTHER NAVARRO MARTINEZ, RUBY
DEL SOCORRO ACOSTA HERNANDEZ,

ELVIA ROSA PEREZ TOVAR, JULIO
RAFAEL PUELLO OVEIDO, NELCY MARIA
MONTES VUELVAS, ANA RAQUEL DIAZ
CONDE, AURY DE JESUS GOMEZ PEREZ,
SILVIA RODRIGUEZ GARCIA, DAIRO
RAFAEL GOMEZ OZUNA, NORMA ELIGIA
VILLALBE VILLALBA, EUSTACIO
SEGUNDO SALAZAR MARQUEZ,
MANUELA CARDENA DE SIERRA,
CARMEN ELENA PEREZ BOHORQUEZ,
MARIA CANDELARIA VILLALBA
BARRIOS, MARIA BERNARDA
MONTESINO MADERA, MARIA EUGENIA
BELTRAN SANDOVAL, RAFAEL SUAREZ
QUINTERO, YADIRA DEL SOCORRO
TOVAR DE LOSANO, ROSA IZABEL
SALGADO SILVA, LUIS ALBERTO
GONZALEZ MARTINEZ, DIANA CECILIA
TORREZ HERNANDEZ, MARTHA
PATRICIA CARRASCAL PALACIO,
OSWALDO JERONIMO DIAZ MENDEZ,
MARQUEZA DE JESUS MARTINEZ DE
NOVOA, DULEY DEL CRISTO LARA
LOPEZ, DAGOBERTO RUZ JORGE, BETTY
DEL SOCORRO MENDOZA NAVAEZ,
MAIRA MORELO GONZALEZ, HUGO
NELSON FIGUERON SOLORZANO,
ARELIS DEL CARMEN TARRAZ GOMEZ,
JULIA TEREZA ZABALETA RODRIQUEZ,
MARIA ALEJANDRA MENDOZA DIAZ,
OLGA FRANCISCA MARTINEZ DE
BAQUERO, CESAR TARRAZ GOMEZ,
CARMEN OFELIA MONTES MERCADO,
BLADIMIRO MARTINEZ PADILLA,
OROZMAN SEGUNDO PEREZ GUZMAN,
NORMA ACOSTA SOTELO, MANUEL
IGNACIO CARDENAS PEREZ, LUZ MARI
NAVARRO GONZALEZ, RAFAEL
SEGUNDO MENDOZA PEREZ, VIVIANA
PATRICIA VERGARA SERPA, SEGUNDO
NOVOA MARQUEZ, ADOLFO RAFAEL
TURCIOS ORTEGA, RONNY MANUEL
SALCEDO MONTERROSA, MARIA DE LE
CONCEPCION ORTEGA BUELVAS,
ARELIS DEL CARMEN RUIZ RUIZ,
CLAUDIA INEZ MORENO VERGARA,

MARIA DEL ROSARIO ORTEGA GUZMAN,
JACQUELINE CARDENAS NOVOA,
CARMEN LUZDARY ACOSTA
TARAZONA, NORIS MENDOZA
HERNANDEZ, FRANCISCA MERCEDES
PITRE GODOY, CASTA LEONOR
CAMACHO ANCHILA, MARIA
ROQUELINA BALLENA DE CONTRERAS,
GENUBIA ISABEL MUNOZ ALVARES,
JACINTA ANTONIA CANTILLO POLO,
EMA BELTRAN SIERRA, NORBERTO
RAFAEL MONTERO LIZCANO, MARILIZ
MENDOZA ROMERO, ZULEIMA PATRICIA
JUVIANO ESTRADA, ASTRID MARIA
MONTOYA DE BARRIOS, ALEIDYS PEREZ
CRISTO, AURELIA BARRIOS RODRIGUEZ,
MARIA MAGDALENA AREVALO
ESTRADA, IRIS COLOMBIA CANTILLO
MARTINEZ, SOL DAVID URUETA
ESQUINA, BELINDA JIMENO PADILLA,
LUIS ANGEL MARTINEZ MARRIAGA,
EDILMA AYALA DONADO, ZOILA ROSA
SARMIENTO GIL, CARMEN ALVARADO
VASQUEZ, JUANA PENA DE CHARRIS,
ROSA CECILIA CRESPO ECHAVARRIA,
SONIA MARIA MENDOZA RETAMORO,
EDILSA PAZ CASTRO, SAIDA MARTINEZ,
MARIA CONCEPCION GONZALEZ
BOLANO, YADIRRA DEL ROSARIO
MORENO, MARIA JANEH GUARIN
BEDOYA, DELVIS DAVID MARQUEZ
CADONA, MERCEDES MATILDES
SOCARRA GUERRERO, IRENE MARIA
ALTAMAR MARMOL, ALFREDO CORTEZ
GUTIERREZ, DILIA MARIA MENDOZA
BALENCIO, OLDRIS ISABEL FLOREZ
HEREIRA, MARIA DUMIRIS ORTEGA
CASTRO, MARIA DE LOS SANTOS CANOS
DE CONTREROS, MARLENE MERCEDES
ZARATE OROSCO, EDITH ACOSTA
RODRIQUEZ, MARLENE JUDITH
GALINDO GOMES, WILMAN ANTONIO
GONZALEZ, MARIA DOLORES
CERVANTES CANTILLO, CONSUELO
ESTHER GALAN, FIDIAS ESTHER
ALONSO ARAUJO, ROSA MARIA

QUINTERO, OLGA CARDENAS ARCHILA,
NANCY ESTHER LECHUGA IGLESIAS,
ALBA LUZ DURAN LAPIA, LILIANA
ESTER OROZCO, SINDY CHARRIS
VILLAMIL, ADRIANA SMORIA TEHERAN
BOLANO, JUAN GUTIERREZ RUDAS,
MARIA TOMOSA CANTILLO MORENO,
CARLOTA MARIA FERRER
MONTENEGRO, RITA MANGA GARCIA,
LUZ DIBIA MORALES MORENO, MARTHA
ISABEL CANTILLO DIAZ, ZUNILDA
MANCILLA LEYVA, IRIS MARIA OSPINO
DE MAURY, ENRIQUE ANTONIO BARROS
GRANADOS, ENILDA RUDA VACA,
MARCIA DE LOS ANGELES ROSALES
GUTIERREZ, MANUEL CABALLERO
MONTERO, RAMON BALLINA PEREZ,
HERIBERTO MANUEL BALDOMINO RUA,
AMINTA HERRERA, HILDO ROSE
CANTILLO MARTINEZ, HELDA
GONZALES DE ROJAS, RAFAEL ANTONIO
PINEROS PINEROS, DIVA MIRA
SANCHEZ, RITA MERCEDES GARCIA
PEREZ, MARLENE TERAN MARTINES,
MARINA ESTELA BUSTAMANTE
BARCELO, BERTA ESTER OLIVERO
NORIEGA, CARMEN MIRELLA SAMPAR,
JUDITH SEVILLA MARTINEZ,
ROSISIS CANTILLO BRAVO, LUIS
FRENEY DIAZ DIAZ, GLADIS ELENA
USUGA GARCIA, JUAN MANUEL
CHARRIS OROSCO, IRIS DEL CARMEN
MADERA CARDENAS, BERTHA ISABEL
FRANCO MENDEZ, ERNESTO MANUEL
PATERNINA VERBEL, MARBEL MARIA
JIMENEZ HERAZO, NEILA ROSA
CARRASCAL DE RIOS, RAFAEL ENRIQUE
CARDENAS VITAL, YENNY MARGOTH
ROMERO CROZCO, LISBETH YANETH
CARDENAS TOVAR, FIDELFINA MARIA
REDONDO OVIEDO, NANCY YOLANDA
MARTINEZ NAVARRO, NELBA ROCY
CONTRERAS PEREZ, FERNEYS DE JESUS
ANAYA MEZA, ELVIRA MARGOTH
MARTINEZ DIAZ, ARNELL FRANCISCO
PALENCIA ORTEGA, JACKELINE LEGUIA

HERRERA, ANA SIRA VERGARA
GUEVARA, ANA FIDELIA ATENCIA
ROMERO, ELVIRA ISABEL PENA
NAVARRO, DAIRO AUGUSTO SIERRA
ACOSTA, ANIBAL JOSE BITAR OSORIO,
BENIGNA RAQUEL GALVAN CERPA,
CLARA INEZ DIAZ GOMEZ, MANUEL
ALFONSO CUELLO DIAZ, MARTHA
ISABEL PEREZ DIAZ, LUVIS ESTHER
SILVERA MARIN, ISABEL MARINA
MENDEZ GIL, DIANA DEL CARMEN
RODRIGUEZ ORTEGA, MAYANDA
ARRIETA PEREZ, MONICA MARCELLA
ALZATE ARCILA, LUZ LOPEZ SIERRA,
JOSE ANTONIO TOVAR SANCHEZ,
CARLOS JAVIER RIOS CARRASCAL,
ROSA DE JESUS OLIVO ARANGO,
ETILVIA ROSA ARIAS CASTRO, JUANA
DEL SOCORRO VILLALBA REYES,
LILIANA DEL SOCORRO PEREZ
CASTILLA, DORIS DEL CARMEN
MARTINEZ MERCADO, ASTOLFO NAIN
MONTES OLIVERA, LEILA MONTES DE
PORTO, EVANGELINA LARA MUNOZ,
LUCY DEL SOCORRO LOPEZ MEJIA,
LEDYS MARGARITA ANGULO HERAZO,
ANDREIS DE JESUS MERCADO ANGULO,
EDINSON SEGUNDO RAMBAUTH
PUERTAS, GLADYS EDILMA MONTECINO
MADERA, ELVIRA TERAN CHAMORRO,
JORGE ISAAC TABOADA DIAZ, DELIDA
ISABEL SILVA BORJA, LORFI DEL
CARMEN VASQUEZ ABAD, ANA
SILVERIA VERGARA ORTEGA,
RAFAEL NARVAEZ NOVOA, NILO JOSE
VERGARA LOBO, INGRID DEL CARMEN
BUELVAS ORTEGA, ENALBA DEL
CARMEN PEREZ ASCENCIO, EDIFERLINA
CARMONA MANOSALVA, LIBIA DEL
SOCORRO OLIVERA DE PEREZ, LUIS
ARMANDO BOHORQUEZ RAMIREZ,
DELSY DEL CARMEN BALDOVINO
TOVAR, MIRNA LUZ MADERA PENA,
ANA MILENA SOLAR SANCHEZ, ANA
MARIA CONTRERAS CONTREREAS,
CARMEN ANA ALVAREZ DE ORTEGA,

ANA PETRONA ACOSTA MENDOZA, RITA
ISABEL REYES GONZALEZ, NELCY
MILADYS SALAS OCHOA, ELIS ROSMIRA
CASTILLO CARDOZO, ARACELIS PORTO
MONTES, ALIS ESTELA MENDOZA
CHAVEZ, SIXTA MARIA DIAZ NARVAEZ,
CIELO DE JESUS DUENAS GUERRA,
MARIA SOLEDAD MONSALVE,
VERONICA CLAUDIA DEL VALLE
ALVAREZ, SANDRA INES VARGAS
POBON, CARMEN EMILIA GUISAO,
GLORIA IRENE CORREA MONTOYA,
DORALBA MONSALVE CANTOR, MARIA
ELENA CANTOR, ROSA ELVIRA
ESCOBAR BORJA, YANIRIS MARIA
GUZMAN BANDA, ALONSO MORENO
AROSCO, MARCO MANUEL OROZCO
PABON, WILLIAM ENRIQUE MIRANDA
GUETE, SONIA ROSA CABALLERO
ESCOBAR, LIDA SUGEY MARTINEZ
GRACIA, NATALY GALAN PERALTA,
MARTA BEATRIZ MARTINEZ CASTILLO,
DUBIS ESTER SANJUAN SANCHEZ,
HIPOLITO CARRILLO MUNOZ,
HERIBERTO ANTONIO RUDA MORENO,
SAMIRA ESTER BARRANCO DE LAS
SALAS, ANDRES URIBE CLARO, ZARAY
GUERRERO ACEVEDO, CLAUDIA
PATRICIA ZAMORA ARCINIEGAS, MARIA
FONTALVO MIRANDA, LUZ MARINA
CONRADO MEDINA, TERESA TAMAYO
TRUJILLO, TERESA MARIA PERTUZ
HERNANDEZ, DONALDO BLANCO
BALAGUER, CARLOS ANCIZAR LEON
MEDINA, GINA PAOLA ZAMORA
PACHECO, CARLOS ALBERTO BORJA,
IDALIA ROSA MARTINEZ DE LEON,
MARELBIS ESTHER NINO PACHECO,
JOSE GREGORIO ANGELO RODELO, LUIS
GENARO CHARRIS ACOSTA, MIRIAN
ESTER GIL MARQUEZ, LUDITH
CONTRERAS CHINCHILLA, ELSY ELENA
ORTIZ CANTILLO, MILETH YOHANA
NAVARRO CANENCIA, NANCY MORA
LEMUS, OFELIA DURAN SAUGUINO,
SARA ELENA ISEDA OLIVE, SARA

MERCEDES OLIVE DE ISEDA, ORAYDA
DEL CARMEN BALETA MORENO, LINA
LUZ GONALEZ PINTO, ALDERI ISABEL
PACHECO MENDOZA, MARIA
IGNOCENCIA WILCHES DE CAUSADO,
EDULFO CARMELO MARTINEZ
MARQUEZ, OMAIRA ROSA HERRERA
CEQUEA, NANCY DEL SOCORRO TOVAR
VITOLA, CECILIA ESTHER GUZMAN
MUNIZ, MARTHA CECILIA SANCHEZ
FERIA, CARMEN SOFIA RUIZ QUIROZ,
NEILA ROSA AGUAS ACOSTA, EDITH
DEL SOCORRO TOSCANO PENA, LAZARO
JOSE HERNANDEZ PATERNINA, CESAR
JULIO CONTRERAS RODELO, MERLIS
JUDITH SIMANCA BUELVAS, ELIANA
PATRICIA OTERO MONTIEL, YARLEDIS
MARIELA CARO MORALES, MARY LUZ
CONTRERAS RODELO, GLORIA SOFIA
RUIZ SALAZAR, ANA BELIS ALVAREZ
ALVAREZ, NELLY DEL CARMEN
PATERNINA OLIVA, ROSA ELENA ARCIA
PACHECO, ANA MARIA DIAZ OYOLA,
ANA ISABEL DIAZ GOMEZ, EDIER
ENRIQUE RICARDO PEREIRA, GERMAN
LUIS NARVAEZ DIAZ, FRANCISCO
MANUEL ROMERO GONZALEZ, EMIRO
RAFAEL MONTES DIAZ, CARMEN ALICIA
MORA MARTINEZ, ROSALBA DEL
CARMEN WILCHEZ MENDEZ, EPIFANIA
MARIA ESPITIA AVILEZ, EMIRO ROMERO
FLORES, LEONOR ALICIA LOPEZ, JUANA
OZUNA ESCORCIA, JULIO MANUEL
NISPERUZA SIERRA, MARIA LEDYS
BARON TAPIAS, ALBA ROSA BLANCO
MERCADO, ANA VICTORIA TOSCANO DE
DIAZ, NURYS BAENA SILGADO, PEDRO
JOSE RIVERA MENDOZA, SALOMON DE
JESUS TOVAR BARRETO, JOSE MANUEL
MISAL GAIBAO, OMAIRA ISABEL
HERNANDEZ DE PEREZ, MARTA LUCIA
VILLALBA CERVANTES, MIRYAM
ESTHER VERGARA HOYOS, LILIANA
MILENA ALVAREZ ALVAREZ, HILDA
REGINA THERAN MARQUEZ, GLORIA
ELVIRA PACHECO DE VERONA,

ARGEMIRO JAVIER MELENDES
CALDERIN, ROSIRIS DEL CARMEN
NARVAEZ LOPEZ, GERTRUDIS
ESCUDERO ARRIETA, LUZ MAYRA JULIO
MEZA, ISABEL HERAZO QUIROZ, NANCY
EDITH ESCUDERO DE ROMERO, DELIA
EMPERATIZ GUERRA DE PACHECO,
GUSTAVO ADOLFO TOSCANO BANQUEZ,
LUCILA MARIA ALVAREZ SOTELO,
MANUEL GREGORIO BETTIN, MARIA
LUCIA VARGAS CHAVEZ, HERMENCIA
MUNOZ FLOREZ, NOHORA ALBA
ROMERO MARQUEZ, GLORIA STELLA
RUIZ BERTEL, AMELIA OSORIO AVILA,
MARIA DE LOS SANTOS SALAS RIVERA,
CAROLINA ISABEL BETIN HERNANDEZ,
MARIELA DEL CARMEN HERAZO
AGUAS, MILVA JULIO SILGADO,
MIRELYS DEL ROSARIO PUELLO
TORRES, NURIS MARIA SALCEDO
ALVAREZ, LUZ ALCIRA FLOREZ
VANEGAS, HEIDYS MARIE PERALTA
SALGADO, ZOMAIDA CASTRO PEDROZA,
MAGOLA ISABEL MORENO POLO, LUZ
MERY DIAZ VEGA, MARIA ELENA ALVIZ
RODRIGUEZ, MARIA LUISA LOPEZ
CANCHILA, CIRA LUZ CONTRERAS
HERNANDEZ, YARIS NILETH ACEVEDO
MONTES, ROSA MARIA VERGARA DE
MUNOZ, CECILIA DEL SOCORRO
MORANTE RIVERO, MARLENY DEL
SOCORRO DIAZ SERRANO, RUMARDA
PATERNINA OVIEDO, ARMIDAS ISABEL
VARGAS FLOREZ, RAFAEL ENRIQUE
FLOREZ NISPERUZA, DIOMAR PEREZ
VIUDA DE RODRIGUEZ, PORFIRIA DEL
SOCORRO PICO DE CORDERO, TATIANA
ISABEL POLO FLOREZ, WILFRIDO
EDGARDO DE LA OSSA GUERRA,
EMILDIO RAFAEL NAVARRO MEZA,
ISMARIS TOVAR TORRES, SAMIRNA
PEREZ GONZALEZ, ANGELA DE JESUS
PEREZ BERTEL, SHIRLEY ESTER VIVERO
MARTINEZ, CARMEN REGINA SALGADO
ACOSTA, LUZ MARINA POLO FLOREZ,

MARIA JOSEFA GENES LOPEZ, RUBY DEL
SOCORRO GIRALDO GIRALDO, ELVIRA
JULIO PRIMERA, WILIAM JAVIER
MERCADO VERGARA, LUZ MARINA
VERGARA GUZMAN, LUZ MARINA
AMAYA MORALES, CARMEN LUCIA
BANQUEZ CAMPO, DAIMIRO ALFONSO
GUZMAN PULGAR, JAIME RAFAEL
PERTUZ MORALES, LINEY MAIRA
CONTRERAS RODELO, OTILIA OCHOA
PEREZ, LENIS ELENA ALVAREZ
ALVAREZ, ROBERTO RICARDO
WILCHES, ELISABEL HERNANDEZ POSO,
VICTOR ANTONIO MERCADO CALDERA,
ROSMERY DE LA CRUZ MACEA ACOSTA,
ELVIA ELENA GONZALEZ MARTINEZ,
ANIBAL MIGUEL GARCIA HERNANDEZ,
NEYLA MARGARITA SALGADO
SALGADO, DALGI DANITH ALVAREZ
SUAREZ, ADOLFINA MERCEDES
RICARDO HERRERA, ELVIRA ROSA
OCHOA DIAZ, LIZ DENY GUERRA
VELLOJIN, ARELIS HUERTAS BAENA,
MARIA EUGENIA VITOLA JIMENEZ,
EDILMA ROSA RODRIGUEZ VITOLA,
MARLENE ESTER VARGAS CARDENAS,
AIDA ESTHER VITOLA CHAMIE, JORGE
LUIS HERNANDEZ CHAMIE, MARNELLY
DEL CARMEN VERONA DE HOYOS,
ISABEL BERRIO BERTEL, JOSE
REINALDO ZURITA HERNANDEZ,
ANTONIA MARIA LOPEZ MARTINEZ,
JUVENAL ESCUDERO NARVAEZ, JESUS
MIGUEL RUIZ BERRIO, VICENTA
CASSIANI DE CASSIANI, GICELA DEL
CARMEN CAICEDO JULIO, JUAN
ANTONIO RIVERA PENA, ANA ROSA DE
LE CRUZ CANTILLO, SANDRA MILENA
ANTEQUERA MOLINARES, AGAR
MARINA MARTINEZ ACOSTA, CENUDITH
MARIA PENA GARCIA, EDELMIRA
DOLORES LOZANO CAMACHO, LIDA LUZ
GAMEZ MOZO, NUBIA MARIA
RODRIGUEZ, EDELMIRA ISABEL LOPEZ
CANTILLO, MARIA LUISA CASTRO
AHUMADA, CARMEN CECILIA ALVAREZ

CASTILLO, AIDA ESTER RAMIREZ DE
LOPEZ, MARIA DOLORES DIAZ
GUTIERREZ, LUIS MANUEL ESCORCIA
ALMARALES, LUZ DARY DURANGO
OSORIO, ROSANA AREIZA ROWINSON,
NELBYS DEL CARMEN PAEZ CORREA,
OFELIA USUGA RAMIREZ, MARIA DEL
CARMEN CHIQUILLO, SAUDITH ESTHER
MONTESINO ESCORCIA, NELLY DE
JESUS MANCO GRACIANO, VIRGINIA
SANMARTIN, EMETERIA PIZARRO
SANTOS, GLADYS JANNETH GALLEGO
ROBINSON, CARMEN JAEL ROJAS
GUTIERREZ, FLOR MARIA GASPAR
CAUSIL, GILDARDO DE JESUS MORENO
MUNETON, DIANA MARIA JIMENEZ
MOLINA,

      - against -

CHIQUITA BRANDS
INTERNATIONAL, INC.

Case No. 9:08-cv-80480
_____/

      Plaintiffs, by and through their attorneys, the **LAW FIRM OF**

**JONATHAN C. REITER**, complaining of the defendants, respectfully allege upon

information and belief as follows:

## INTRODUCTION

      This is an action seeking damages for terrorism, war crimes, crimes

against humanity, extrajudicial killing, torture and wrongful death of plaintiffs' decedents

and/or individual living plaintiff(s) committed by defendant CHIQUITA BRANDS

INTERNATIONAL, INC. (CHIQUITA), its officers, directors, agents, servants and

employees, acting in concert with, aiding, abetting, facilitating, soliciting, directing,

orchestrating and conspiring with Colombian paramilitaries and their collaborators in

those atrocities, in violation of the Law of Nations, the laws of the United States of America and of individual states, including but not limited to the State of Ohio, and the laws of the Republic of Colombia.

## JURISDICTION

1.     The Court has subject matter jurisdiction over this case under the Alien Tort Claims Act (ATCA) 28 U.S.C. § 1350 and the Torture Victim Protection Act of 1991 (TVPA) 28 U.S.C. § 1350, note, § 2(a) and 28 U.S.C. § 1331 (Federal Question Jurisdiction), and 28 U.S.C. § 1332 (diversity jurisdiction).  Plaintiffs also invoke the supplemental jurisdiction of this Court with respect to claims based upon the laws of the State of Ohio, the Republic of Colombia and/or any other applicable jurisdiction pursuant to 28 U.S.C. § 1367.

2.     Plaintiffs Individually and/or as Legal Heirs and/or Personal Representatives are citizens of the Republic of Colombia.

3.     Plaintiff LUZ LOPEZ SIERRA Individually and/or as Legal Heir and/or Personal Representative of JOHN FREDY LOPEZ SIERRA, is a citizen of the Republic of Colombia who was granted political asylum by the New York Immigration Court and is a permanent resident of the United States residing in the City and State of New York.

4.     Plaintiff MONICA MARCELLA ALZATE ARCILA Individually and/or as Legal Heir and/or Personal Representative of JAIRO ALBERTO ALZATE ARANGO is a permanent resident of Ontario, Canada.

5.     All plaintiffs and plaintiff's decedents are or were aliens, being and/or having been citizens or subjects of a foreign state.

6.      Defendant CHIQUITA is a United States corporation organized under the laws of the State of New Jersey, having its principal place of business and corporate headquarters at 250 East 5th Street, Cincinnati, Ohio 45202.

7.      The amount in controversy, both individually and collectively, exceeds $75,000.

## PARTIES

The Plaintiffs

8.      There are a total of 914 Plaintiffs, of whom 875 Plaintiffs are the legal heirs of 905 who were murdered/disappeared by Colombian paramilitaries of the "Autodefensas Unidas de Colombia" (commonly known as and referred to hereinafter as the "AUC"), a violent, right-wing organization in the Republic of Colombia, and their collaborators.  In addition, plaintiffs Felix Andres Contreras Vergara, Ana De Dios Jaramillo Estrada, Evelio De Jesus Peralta Monterroza, Rosa Monterroza De Salcedo, Jose Daniel Arrieta Tovar, Dinara Diaz Montes, Francisco Luis Jimenez Gomez, Wilfrido Benitez Salcedo, Wilfrido de Jesus Dominguez Castro, Hernando Manuel Melendres Severiche, Everluis Urango Hernandez, Luis Alberto Gonzalez Martinez, Duley del Cristo Lara Lopez, Hugo Nelson Figueron Solorzano, Bladimiro Martinez Padilla, Orozman Segundo Perez Guzman, Manuel Ignacio Cardenas Perez, Rafael Segundo Mendoza Perez, Dairo Augusto Sierra Acosta, Manuel Alfonso Cuello Diaz, Andreis de Jesus Mercado Angulo, Luis Armando Bohorquez Ramirez, Lazaro Jose Hernandez Paternina, Edier Enrique Ricardo Pereira, Ruby del Socorro Giraldo Giraldo, Liney Maira Contreras Rodelo, Jorge Luis Hernandez Chamie, and Juvenal Escudero Narvaez were tortured and shot by AUC paramilitaries and survived.  Moreover, plaintiff LUZ LOPEZ

SIERRA is the sister of JOHN FREDY LOPEZ SIERRA who was shot and killed by the AUC and plaintiff MONICA MARCELLA ALZATE ARCILA is the daughter of JAIRO ALBERTO ALZATE ARANGO who was shot and killed by the AUC.  Accordingly claim is made for a total of 934 deaths and/or injuries.

9.     The plaintiffs who are the next of kin of the decedents either have been or will be appointed the personal representatives of the decedents if required by law.

10.     The plaintiff's decedents and/or individual plaintiffs were residents of the banana-producing region of Colombia referred to as the "Zona Bananera" encompassing the Departments (governmental subdivisions) of Antioqia, Uraba, Cordoba, Atlantico, Sucre, Bolivar Magdalena and Cesar, all of which are on the Northern Caribbean coast of Colombia.  Plaintiffs decedents and/or plaintiffs were directly connected to the banana producing economy of this region as farmers, land owners, distributors and laborers and/or were family members of persons directly connected to the banana producing economy. Additionally, some of plaintiffs' decedents and/or plaintiffs were labor organizers or occupied other positions ancillary to but directly related to the banana producing economy of that region, including the commercial activities of CHIQUITA. Plaintiffs and/or plaintiffs' decedents were connected to the banana producing economy as aforesaid in areas where CHIQUITA had substantial land holdings, production facilities, import/export facilities and other banana-related activities.  None of the plaintiffs' decedents or plaintiffs were combatants in the Colombian civil war.

11.     Plaintiffs bring this action anonymously because the disclosure of their identities and those of the decedents and/or the details of their deaths/injuries would expose plaintiffs to a high risk of violent reprisals, intimidation and death at the hands of

paramilitaries still operating in Colombia, including groups such as the "Black Eagles" and others, and would facilitate the theft and destruction of government records pertaining to their cases as part of an ongoing campaign by paramilitaries to obstruct justice.

<u>The Defendants</u>

12.     At all times hereinafter mentioned, CHIQUITA was and is an international producer, distributor, and marketer of bananas and other produce; it is one of the largest banana producers in the world and a major supplier of bananas in Europe and North America.  The company was founded in 1899 as the United Fruit Company, became the United Brands Company in 1970, and changed its name to Chiquita Brands International in 1990.

13.     Upon information and belief, C.I. Bananos de Exportacion, S.A., (Banadex) was a Colombian corporation or other business entity headquartered in Medellin, Colombia and was a wholly owned subsidiary of CHIQUITA.

14.     Upon information and belief and at all times relevant herein, CHIQUITA dominated and controlled Banadex.

15.     At all times relevant herein, CHIQUITA, by and through Banadex, produced, contracted for and traded in bananas in the Uraba and Santa Marta regions of Colombia, and elsewhere in Colombia.

16.     At all times material herein, Banadex was an agent and/or alter ego, of CHIQUITA.

17.    At all times material herein, Banadex was an agent and/or alter ego, of CHIQUITA and a co-conspirator and joint tortfeasor with CHIQUITA with whom it cooperated in a joint criminal enterprise.

18.    Defendants designated as "Individuals A through J" are those individuals referred to in that manner in the Factual Proffer filed March 19, 2007 in a criminal case entitled "United States of America v. Chiquita Brands International, Inc.", Criminal No. 07-055 in the United States District Court for the District of Columbia, which factual proffer is incorporated by reference herein and annexed hereto.

19.    Upon information and belief, defendants designated as "Individuals A through J" may include former CHIQUITA CEO Cyrus Friedheim, former CHIQUITA general counsel Robert Olsen and former CHIQUITA board member Roderick M. Hills and others whose identities are presently unknown to the plaintiffs.

20.    Plaintiffs are ignorant of the true names and capacities of the Defendants who are sued herein as Moe Corporations 1-5 and Moes 6-25, and plaintiffs sue these Defendants by such fictitious names and capacities.  Plaintiffs will amend this Complaint to allege the Moes' true names and capacities when ascertained.  Plaintiffs are informed and believe, and on that basis allege, that each fictitiously named Defendant is responsible in some manner for the occurrences herein alleged and that the deaths of plaintiffs' decedents and the injuries to plaintiffs herein alleged were proximately caused by the conduct of such Defendants, in that each caused, conspired to cause, worked in concert to cause, participated in a joint criminal enterprise that caused, or aided and abetted the principal tortfeasors in causing the injuries complained of, and /or was the principal, employer, or other legally responsible person for the persons who caused,

conspired to cause, worked in concert to cause, participated in a joint criminal enterprise that caused, or aided and abetted such injuries.  Whenever and wherever reference is made in this Complaint to any conduct committed by CHIQUITA, and/or Banadex, such allegations and references shall also be deemed to mean the conduct of CHIQUITA and Banadex, acting individually, jointly and severally, through personnel working in the United States and Colombia for the benefit of CHIQUITA and Banadex.

21.     At all times herein material, with respect to the events at issue, CHIQUITA, Banadex, Individuals A through J, Moe Corporations 1-5 and Moes 6-25 conspired with each other, and/or participated in a joint criminal enterprise with each other, and /or acted in concert, and/or aided or abetted each others' actions, and/or were in an agency or alter ego or joint venture relationship, and were acting within the course and scope of such conspiracy, joint criminal enterprise, concerted activity, aiding and abetting, and/or agency or alter ego or joint venture relationship.  As described herein, "agency" included agency by ratification.  Whenever reference is made in this Complaint to any conduct by a defendant, such allegations and references shall be construed to mean the conduct of each of the defendants, acting individually, jointly, and severally.

**VENUE**

22. Venue is proper in the Southern District of New York pursuant to 28 USC § 1391 (a) and (b) in that CHIQUITA is authorized to do business and is in fact doing business in the District and is subject to personal jurisdiction in the District.

## ALLEGATIONS OF FACT COMMON TO ALL COUNTS

The following allegations of fact are made upon information and belief, derived from public and/or de-classified documents of the United States government, as well as documents in the public domain, statements of informants, filed Court documents in the United States and/or Colombia and other documents in the plaintiffs files.

23.     The defendants and each of them tortiously, intentionally, willfully, wantonly, maliciously, knowingly, recklessly and negligently murdered and/or otherwise proximately caused the death of the plaintiff's decedents, and or injuries to plaintiff(s).

24.     The defendants and each of them aided and abetted Colombian paramilitaries, including but not limited to the Autodefensas Unidas de Colombia ("AUC") and their collaborators, in tortiously, intentionally, willfully, wantonly, maliciously, knowingly, recklessly and negligently murdering and/or otherwise proximately causing the death of the plaintiffs' decedents, and/or injuries to plaintiff(s).

25.     The defendants and each of them conspired with the AUC in murdering and/or otherwise proximately causing the death of the plaintiffs' decedents, and/or injuries to plaintiff(s).

26.     The defendants and each of them, acted in concert with the AUC in murdering and/or otherwise proximately causing the death of the plaintiffs' decedents, and/or injuries to plaintiff(s).

27. The defendants ordered, directed, solicited and facilitated the murders of the plaintiffs' decedents by the AUC and/or injuries to plaintiff(s).

28. The defendants acted with the intent to assist in the violations of international law(s) by the AUC and directed their acts to assist in said violations.

29. The defendant's acts had a substantial effect upon the success of the criminal acts of the AUC and its violation of international law(s).

30. The defendant's had actual and constructive knowledge that their acts assisted in the violations of international law(s) by the AUC.

31. On February 10, 2000, Elmer Enrique Cantillo Moreno was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sara Matilde Moreno Manjarres, who was the mother of Elmer Enrique Cantillo Moreno, is the legal heir to Elmer Enrique Cantillo Moreno and resides in the municipality of Pueblo Viejo-Magdalena.

32. On February 10, 2000, Pedro Ramon Cantillo Moreno was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sara Matilde Moreno Manjarres, who was the mother of Pedro Ramon Cantillo Moreno, is the legal heir to Pedro Ramon Cantillo Moreno and resides in the municipality of Pueblo Viejo-Magdalena.

33. On November 6, 1997, Carlos Arturo Jimenez Jimeno was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Angelica Maria Barraza Jimenez, who was the wife of Carlos Arturo Jimenez Jimeno, is the legal heir to Carlos Arturo Jimenez Jimeno and resides in the municipality of Cienaga-Magdalena.

34. On November 11, 2003, Sergio Alberto Cantillo Retamoso was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Bertilda Marina Retamoso Coronado, who was the mother of Sergio Alberto Cantillo Retamoso, is the legal heir to Sergio Alberto Cantillo Retamoso and resides in the municipality of Cienaga-Magdalena.

35. On February 20, 2003, Humberto Jose Araujo Arcianaga was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cristina Dominga Figueroa Charris, who was the wife of Humberto Jose Araujo Arcianaga, is the legal heir to Humberto Jose Araujo Arcianaga and resides in the municipality of Cienaga-Magdalena.

36. On July 12, 2000, Alfredo David Ramirez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Salcedo Pinillo, who was the wife of Alfredo David Ramirez, is the legal heir to Alfredo David Ramirez and resides in the municipality of Cienaga-Madalena.

37. On August 15, 2003, Pedro Manuel Morichal Iturriago was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Susana del Carmen Iturriago Yepes, who was the mother of Pedro Manuel Morichal Iturriago, is the legal heir to Pedro Manuel Morichal Iturriago and resides in the municipality of Cienaga-Magdalena.

38. On February 5, 2001, Felix Villamil Castro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Elena Villamil Correa, who was the daughter of

Felix Villamil Castro, is the legal heir to Felix Villamil Castro and resides in the municipality of Cienaga-Magdalena.

39. On May 1, 2001, Carmen Rosa Cuellar Correa was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Elena Villamil Correa, who was the daughter of Carmen Rosa Cuellar Correa, is the legal heir to Carmen Rosa Cuellar Correa and resides in the municipality of Cienaga-Magdalena.

40. On March 27, 2002, Fernando Federico Fernandez Fernandez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alis Elena Gutierrez Escalante, who was the wife of Fernando Federico Fernandez Fernandez, is the legal heir to Fernando Federico Fernandez Fernandez and resides in the municipality of Aracataca-Magdalena.

41. On February 20, 2002, Jaime Emilio Camargo Perez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lilia Esther Perez de la Hoz, who was the mother of Jaime Emilio Camargo Perez, is the legal heir to Jaime Emilio Camargo Perez and resides in the municipality of Cienaga-Magdalena.

42. On January 23, 2003, Jose Ramon Cueto Velasquez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ena Cecilia Davila Velasquez, who was the sister of Jose Ramon Cueto Velasquez, is the legal heir to Jose Ramon Cueto Velasquez and resides in the municipality of Aracataca-Magdalena.

43. On June 26, 2004, Diomedes Navarro Castilla was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Navarro Contreras, who was the daughter of Diomedes Navarro Castilla, is the legal heir to Diomedes Navarro Castilla and resides in the municipality of Aracataca-Magdalena.

44. On February 10, 2004, Adalberto Porras Torres was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Enobis Segundo Porras Torres, who was the brother of Adalberto Porras Torres, is the legal heir to Adalberto Porras Torres and resides in the municipality of Aracataca-Magdalena.

45. On May 14, 2003, Janer Javier Camargo Laguna was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Victor Manuel Camargo Munoz, who was the son of Janer Javier Camargo Laguna, is the legal heir to Janer Javier Camargo Laguna and resides in the municipality of Aracataca-Magdalena.

46. On July 7, 1999, Maria del Rosario Hernandez Alvares was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Pedro Antonio Valencia Pacheco, who was the husband of Maria del Rosario Hernandez Alvares, is the legal heir to Maria del Rosario Hernandez Alvares and resides in the municipality of Fundacion-Magdalena.

47. On April 9, 2002, Jesus Maria Zapata Orozco was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Biuris M. Solano Polo, who was the

husband of Jesus Maria Zapata Orozc, is the legal heir to Jesus Maria Zapata Orozco and resides in the municipality of Aracataca-Magdalena.

48. On November 19, 2001, Jhony Enot Martinez Alvarez was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ramon Diosir is the legal heir to Jhony Enot Martinez Alvarez and resides in the municipality of Aracataca-Magdalena.

49. On November 19, 2001, Elias Rafael Olivo Orozco was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ninforides Olivo Orozco is the legal heir to Elias Rafael Olivo Orozco and resides in the municipality of Aracataca-Magdalena.

50. On December 14, 2004, Carlos Javier Coneo Teran was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Enelvia Coneo Pena, who was the mother of Carlos Javier Coneo Teran, is the legal heir to Carlos Javier Coneo Teran and resides in the municipality of Aracataca-Magdalena.

51. On June 18, 1998, Oscar Julio Angulo Ricardo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Neidys Rosiris Angulo Ricardo, who was the brother of Oscar Julio Angulo Ricardo, is the legal heir to Oscar Julio Angulo Ricardo and resides in the municipality of Aracataca-Magdalena.

52. On March 14, 2003, Alejandro Alberto Valle Villamil was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Zenith Esther Villamil Hernandez, who was the father of Alejandro Alberto Valle Villamil, is the legal heir to Alejandro Alberto Valle Villamil and resides in the municipality of Aracataca-Magdalena.

53. On November 19, 2002, Jose Gregorio de Leon Arias was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Versaida Arias Cardona is the legal heir to Jose Gregorio de Leon Arias and resides in the municipality of Aracataca-Magdalena.

54. On March 24, 2002, Magalis Milena Camacho Silva was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Martha Isabel Silva Blanco, who was the mother of Magalis Milena Camacho Silva, is the legal heir to Magalis Milena Camacho Silva and resides in the municipality of Aracataca-Magdalena.

55. On February 22, 2003, Manuel Salvador Acosta Garcia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edith Micaela Molina Lopez is the legal heir to Manuel Salvador Acosta Garcia and resides in the municipality of Aracataca-Magdalena.

56. On December 12, 2003, Luis Fernando Benavides Pizarro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Alfonso Benavides Silva, who

was the father of Luis Fernando Benavides Pizarro, is the legal heir to Luis Fernando Benavides Pizarro and resides in the municipality of Cienaga-Magdalena.

57. On December 12, 2003, Enrique Manuel Benavides Pizarro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Alfona Benavides Silva, who was the father of Enrique Manuel Benavides Pizarro, is the legal heir to Enrique Manuel Benavides Pizarro and resides in the municipality of Cienaga-Magdalena.

58. On May 29, 2001, Neigore Alexander Pizarro Romero was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Delfina Dolores Romero Ariza, who was the mother of Neigore Alexander Pizarro Romero, is the legal heir to Neigore Alexander Pizarro Romero and resides in the municipality of Cienaga-Magdalena.

59. On July 8, 2002, Manuel David Candanoza Arrieta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Doris Marina Candanoza Arrieta, who was the sister of Manuel David Candanoza Arrieta, is the legal heir to Manuel David Candanoza Arrieta and resides in the municipality of Sevilla-Zona Bananera.

60. On July 8, 2002, Roberto Antonio Candanosa Arrieta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Doris Marina Candanosa Arrieta, who was the sister of Roberto Antonio Candanosa Arrieta, is the legal heir to Roberto Antonio Candanosa Arrieta and resides in the municipality of Sevilla-Zona Bananera.

61. On July 8, 2002, Ausberto Jacinto Bolivar Candanoza was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Doris Marina Candanoza Arrieta, who was the mother of Ausberto Jacinto Bolivar Candanoza, is the legal heir to Ausberto Jacinto Bolivar Candanoza and resides in the municipality of Sevilla-Zona Bananera.

62. On July 8, 2002, Manuel David Candanoza Arrieta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria del Carmen Arrieta Merino, who was the mother of Manuel David Candanoza Arrieta, is the legal heir to Manuel David Candanoza Arrieta and resides in the municipality of Sevilla-Zona Bananera.

63. On July 8, 2002, Roberto Antonio Candanoza Arrieta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria del Carmen Arrieta Merino, who was the mother of Roberto Antonio Candanoza Arrieta, is the legal heir to Roberto Antonio Candanoza Arreita and resides in the municipality of Sevilla-Zona Bananera.

64. On May 31, 2000, Ever Jose Castro Gulloso was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Simona Gulloso Montero, who was the mother of Ever Jose Castro Gulloso, is the legal heir to Ever Jose Castro Gulloso and resides in the municipality of Sevilla-Zona Bananera.

65. On May 31, 2000, Bairo Jose Lopez Castro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Simona Gulloso Montero, who was the aunt of Bairo

Jose Lopez Castro, is the legal heir to Bairo Jose Lopez Castro and resides in the municipality of Sevilla-Zona Bananera.

66. On June 19, 2003, Andres Alberto Ardila Ballesteros was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sandra Milena Ardila Ballesteros, who was the sister of Andres Alberto Ardila Ballesteros, is the legal heir to Andres Alberto Ardila Ballesteros and resides in the municipality of Sevillaa-Zona Bananera.

67. On June 19, 2003, Andres Alberto Ardila Ballesteros was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elizabeth Ballesteros Stivenson, who was the mother of Andres Alberto Ardila Ballesteros, is the legal heir to Andres Alberto Ardila Ballesteros and resides in the municipality of Sevilla-Zona Bananera.

68. On February 14, 2007, Estibenson Manuel Marenco Gutierrez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Tatiana Marenco Gutierrez, who was the sister of Estibenson Manuel Marenco Gutierrez, is the legal heir to Estibenson Manuel Marenco Gutierrez and resides in the municipality of Fundacion-Magdalena.

69. On April 29, 2000, Julio Marrugo Paternina was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carlos Alban Marrugo Sierra, who was the son of Julio Marrugo Paternina, is the legal heir to Julio Marrugo Paternina and resides in the municipality of Cienaga-Magdalena.

70. On September 29, 1997, Ana Rosa Jimenez Castro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Eduardo Jimenez Ibanez, who was the father of Ana Rosa Jimenez Castro, is the legal heir to Ana Rosa Jimenez Castro and resides in the municipality of Sevilla-Zona Bananera.

71. On September 29, 1997, Ana Rosa Jimenez Castro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Auris Estela Cantillo Castro, who was the sister of Ana Rosa Jimenez Castro, is the legal heir to Ana Rosa Jimenez Castro and resides in the municipality of Sevilla-Zona Bananera.

72. On July 3, 2003, Franklin Fabio Fontalvo Salas was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juvenal Enrique Fontalvo Camargo, who was the father of Franklin Fabio Fontalvo Salas, is the legal heir to Franklin Fabio Fontalvo Salas and resides in the municipality of Sevilla-Zona Bananera.

73. On November 14, 2005, Willfrido Antonio Perez Ballard was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose Ariel Perez Quinones, who was the father of Willfrido Antonio Perez Ballard, is the legal heir to Willfrido Antonio Ballard and resides in the municipality of Fundacion-Magdalena.

74. On January 31, 2003, Boris Alfonso Martinez Rivera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Magaly Esther Rivera Gonzalez, who

was the mother of Boris Alfonso Martinez Rivera, is the legal heir to Boris Alfonso Martinez Rivera and resides in the municipality of Sevilla-Zona Bananera.

75. On October 30, 2004, Jose Alejandro Escobar Vargas was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Augusta Isabel Velasquez Vargas, who was the sister of Jose Alejandro Escobar Vargas, is the legal heir to Jose Alejandro Escobar Vargas and resides in the municipality of Aracataca-Magdalena.

76. On April 26, 2001, Estali Enrique Rada Polo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cristina Baudilia Rada Polo is the legal heir to Estali Enrique Rada Polo and resides in the municipality of Sevilla-Magdalena.

77. On December 1, 2000, Nestor Manuel Valverde Morales was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Maria Morales Mendoza, who was the mother of Nestor Manuel Valverde Morales, is the legal heir to Nestor Manuel Valverde Morales and resides in the municipality of Cienaga-Magdalena.

78. On October 3, 1997, Jesus Salvador Lopez Avendano was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luzmila E. Lopez Avendano, who was the sister of Jesus Salvador Lopez Avendano, is the legal heir to Jesus Salvador Lopez Avendano and resides in the municipality of Cienaga-Magdalena.

79. On February 11, 2000, Adolfo Rafael Moreno Lara was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria de Jesus Garzibalo Rodriguez, who was the wife of Adolfo Rafael Moreno Lara, is the legal heir to Adolfo Rafael Moreno Lara and resides in the municipality of Cienaga-Magdalena.

80. On June 24, 2003, Alexander Manuel Suarez Castillo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Dolores Castillo Roa, who was the mother of Alexander Manuel Suarez Castillo, is the legal heir to Alexander Manuel Suarez Castillo and resides in the municipality of Cienaga-Magdalena.

81. On October 8, 2001, Wilden Rafael de Avilla Mejia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ramona Padillo Berrio, who was the wife of Wilden Rafael de Avilla Mejia, is the legal heir to Wilden Rafael de Avilla Mejia and resides in the municipality of Cienaga-Magdalena.

82. On October 27, 2000, Edwin Alberto Diaz Campo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Luisa Padilla Berrio is the legal heir to Edwin Alberto Diaz Campo and resides in the municipality of Cienaga-Magdalena.

83. On October 3, 1997, Carlos Segundo Barcelo Boveo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Guberlinda Monica Eguis is the legal

heir to Carlos Segundo Barcelo Boveo and resides in the municipality of Cienaga-Magdalena.

84. On April 2, 2005, Jesus Manuel Villa Alvarez) was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edilsa Bravo Rodriguez, who was the wife of Jesus Manuel Villa Alvarez, is the legal heir to Jesus Manuel Villa Alvarez and resides in the municipality of Cienaga-Magdalena.

85. On September 12, 2001, Diego de Alcala Garcia Maestre was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Grimaldina Maria Garcia Maestre is the legal heir to Diego de Alcala Garcia Maestre and resides in the municipality of Sevilla-Zona Bananera.

86. On November 18, 2000, Ezequiel Antonio Vergara Lazaro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Elena Vergara Lazaro, who was the daughter of Ezequiel Antonio Vergara Lazaro, is the legal heir to Ezequiel Antonio Vergara Lazaro and resides in the municipality of Betulia-Sucre.

87. On April 18, 2001, Arturo de Jesus Lopez Ramos was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Enilda Ester Lopez Ramos is the legal heir to Arturo de Jesus Lopez Ramos and resides in the municipality of Guacamoyal-Zona Bananera.

88. On November 9, 2002, Mario Enrique Llerena Ruiz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carlina Isabel Ruiz Hernandez, who was the mother of Mario Enrique Llerena Ruiz, is the legal heir to Mario Enrique Llerena Ruiz and resides in the municipality of Sevilla-Zona Bananera.

89. On April 23, 2002, Felix Andres Contreras Vergara was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Leidis Johana Suarez Guevara, who was the wife of Felix Andres Contreras Vergara, is the legal heir to Felix Andres Contreras Vergara and resides in the municipality of Corozal-Sucre.

90. On July 8, 1999, Alexander Vargas Orellano was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Celina Orellano Lopez, who was the mother of Alexander Vargas Orellano, is the legal heir to Alexander Vargas Orellano and resides in the municipality of Sevilla-Zona Bananera.

91. On July 8, 1999, Holman Segundo Vargas Orellano was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Celina Orellano Lopez, who was the mother of Holman Segundo Vargas Orellano, is the legal heir to Holman Segundo Vargas Orellano and resides in the municipality of Cienaga-Magdalena.

92. On July 8, 1999, Holman Antonio Vargas Sanchez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Celina Orellano Lopez, who was

the wife of Holman Antonio Vargas Sanchez, is the legal heir to Holman Segundo Vargas Sanchez and resides in the municipality of Cienaga-Magdalena.

93. On December 10, 1996, Jonis Alberto Ramos Montalvo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aleida Gonzalez Cardona, who was the wife of Jonis Alberto Ramos Montalvo, is the legal heir to Jonis Alberto Ramos Montalvo and resides in the municipality of Apartado-Barrio Obrero.

94. On September 24, 1996, Marco Fidel Sanchez Gomez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana del Socorro Monsalve Toscano, who was the wife of Marco Fidel Sanchez Gomez, is the legal heir to Marco Fidel Sanchez Gomez and resides in the municipality of Apartado-Antioquia.

95. On July 22, 2001, Jose de los Santos Pena Mosquesa was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Dolia Bolivar Garcia, who was the wife of Jose de los Santos Pena Mosquesa, is the legal heir to Jose de los Santos Pena Mosquesa and resides in the municipality of Apartado-Antioquia.

96. On August 7, 1993, Jaime de Jesus Monsalve Toscano was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Mercedes Toscano Moreno, who was the daughter of Jaime de Jesus Monsalve Toscano, is the legal heir to Jaime de Jesus Monsalve Toscano and resides in the municipality of Apartado-Antioquia.

97. On August 10, 2000, Oscar Emilio Monsalve was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Mercedes Toscano Moreno, who was the mother of Oscar Emilio Monsalve, is the legal heir to Oscar Emilio Monsalve and resides in the municipality of Apartado-Antioquia.

98. On April 26, 2002, Luis Enrique Guisao was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Romelia Arenas Benitez, who was the wife of Luis Enrique Guisao, is the legal heir to Luis Enrique Guisao and resides in the municipality of Apartado.

99. On July 26, 2002, Alirio Gonzalez Cardona was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Anadelina Cardona de Gonzalez, who was the mother of Alirio Gonzalez Cardona, is the legal heir to Alirio Gonzalez Cardona and resides in the municipality of Apartado-Uraba.

100. On November 8, 1997, Gildardo de Jesus Gonzalez Florez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Angela de Socorro Gomez de Gonzalez, who was the wife of Gildardo de Jesus Gonzalez Florez, is the legal heir to Gildardo de Jesus Gonzalez Florez and resides in the municipality of Apartado-Antioquia.

101. On July 6, 1996, Oscar Dario Restrepo Restrepo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Angela Patricia Restrepo is the legal heir to Oscar Dario Restrepo Restrepo and resides in the municipality of Apartado-Antioquia.

102.    On July 13, 1999, Emilio Ramon Zapata Alvarez) was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Berta Gloria Tuberquia Zapata, who was the wife of Emilio Ramon Zapata Alvarez, is the legal heir to Emilio Ramon Zapata Alvarez and resides in the municipality of Apartado.

103.    On November 18, 1996, Aday Maria Suarez Restrepo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Blanca Libia Gonzalez Cardona, who was the wife of Aday Maria Suarez Restrepo, is the legal heir to Aday Maria Suarez Restrepo and resides in the municipality of Apartado-Uraba.

104.    On April 3, 1996, Orlando Ocampo Arias was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Blanca Nelly Graciano, who was the partner of Orlando Ocampo Arias, is the legal heir to Orlando Ocampo Arias and resides in the municipality of Apartado-Antioquia.

105.    On May 8, 2001, Didier de Jesus Benitez Giraldo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Diocelina Benitez Giraldo, who was the sister of Didier de Jesus Benitez Giraldo, is the legal heir to Didier de Jesus Giraldo and resides in the municipality of Apartado-Antioquia.

106.     On November 7, 1990, Alvaro Rafael Garcia Tovar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nidia del Socorro Tovar de Garcia, who was the wife of Alvaro Rafael Garcia Tovar, is the legal heir to Alvaro Rafael Garcia Tovar and resides in the municipality of Corozal, Sucre.

107.     On April 26, 2002, Juan de la Cruz Borja was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Fabiola de Jesus Sepulveda, who was the wife of Juan de la Cruz Borja, is the legal heir to Juan de la Cruz Borja and resides in the municipality of Apartado-Barrio Obrero.

108.     On February 27, 1997, Jairo Antonio Perez Alvarez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Fernando Antonio Perez Alvarez, who was the brother of Jairo Antonio Perez Alvarez, is the legal heir to Jairo Antonio Perez Alvarez and resides in the municipality of Apartado.

109.     On October 2, 2001, Luis Cosme Caicedo Morales was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Amparo de Jesus Morales Vargas, who was the mother of Luis Cosme Caicedo Morales, is the legal heir to Luis Cosme Caicedo Morales and resides in the municipality of Apartado.

110.     On December 16, 1999, Luis Edilberto Varela Cano was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gloria Estella Bedoya Zapata, who

was the wife of Luis Edilberto Varela Cano, is the legal heir to Luis Edilberto Varela Cano and resides in the municipality of Apartado.

111.    On April 26, 2002, Jose Adalberto Martinez Ballesta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Liliana Maria Barragan Mosquera, who was the wife of Jose Adalberto Martinez Ballesta, is the legal heir to Jose Adalberto Martinez Ballesta and resides in the municipality of Apartado-Uraba.

112.    On February 29, 1996, Miguel Morrano Santana was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lourdes Martinez Ibanez, who was the partner of Miguel Morrano Santana, is the legal heir to Miguel Morrano Santana and resides in the municipality of Apartado-Uraba.

113.    On May 10, 1998, Esther Julia Trejos Chaura was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Angel Trejos Garcia, who was the father of Esther Julia Trejos Charua, is the legal heir to Esther Julia Trejos Chaura and resides in the municipality of Apartado-Uraba.

114.    On January 18, 2000, Maria de la Cruz Higuita Giron was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Estella Higuita Topia, who was the niece of Maria de la Cruz Higuita Giron, is the legal heir to Maria de la Cruz Higuita Giron and resides in the municipality of Apartado-Uraba.

115.     On August 17, 1999, William Arturo Good Escobar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Stella Goez Quiroz, who was the wife of William Arturo Good Escobar, is the legal heir to William Arturo Good Escobar and resides in the municipality of Apartado-Uraba.

116.     On October 5, 2001, Maria Noralba Suaza Vinasco was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marco Tulio Higuita, who was the husband of Maria Noralba Suaza Vinasco, is the legal heir to Maria Noralba Suaza Vinasco and resides in the municipality of Barrio las Brisas-Antiquia.

117.     On March 25, 2002, Carlos Alberto de Ossa Aqudelo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Margarita Maria Aqudelo Patino, who was the mother of Carlos Alberto de Ossa Aqudelo, is the legal heir to Carlos Alberto de Ossa Aqudelo and resides in the municipality of Apartado-Uraba.

118.     On April 26, 2002, Jose Viviano Hurtado Moreno was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Dilia Avila, who was the wife of Jose Viviano Hurtado Moreno, is the legal heir to Jose Viviano Hurtado Moreno and resides in the municipality of Apartado.

119.     On June 26, 2004, Francisco Antonio Betancurt was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Elminta Manco Marin, who

was the partner of Francisco Antonio Betancurt, is the legal heir to Francisco Antonio Betancurt and resides in the municipality of Apartado-Barrio Obrero.

120.    On August 19, 2004, Joaquin Emilio Alvarez David was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Genoveva Calle Herreza, who was the partner of Joaquin Emilio Alvarez David, is the legal heir to Joaquin Emilio Alvarez David and resides in the municipality of Apartado-Antioquia.

121.    On June 9, 1997, Tobias de Jesus Cifuentes Bolivar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Idalba Vidal Marin, who was the wife of Tobias de Jesus Cifuentes Bolivar, is the legal heir to Tobias de Jesus Cifuentes Bolivar and resides in the municipality of Apartado-Uraba.

122.    On July 31, 1999, Luis Fernando Sanchez Castelblanco was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Nelly Giraldo Garzon, who was the wife of Luis Fernando Sanchez Castelblanco, is the legal heir to Luis Fernando Sanchez Castelblanco and resides in the municipality of Apartado.

123.    On January 2, 1997, Carlos Alonso Mejia Miranda was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marleny Varela Gomez, who was the wife of Carlos Alonso Mejia Miranda, is the legal heir to Carlos Alonso Mejia Miranda and resides in the municipality of Apartado.

124.    On December 23, 1997, Nidia Loaiza was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marley Loaiza Ferraro, who was the sister of Nidia Loaiza, is the legal heir to Nidia Loaiza and resides in the municipality of Apartado.

125.    On December 23, 1997, Orlando Gomez Rey was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marley Loaiza Ferraro, who was the sister-in-law of Orlando Gomez Rey, is the legal heir to Orlando Gomez Rey and resides in the municipality of Apartado.

126.    On June 1, 1997, Jose Leopoldo Diaz Rodriguez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marta Ines David Usaga, who was the wife of Jose Leopoldo Diaz Rodriguez, is the legal heir to Jose Leopoldo Diaz Rodriguez and resides in the municipality of Apartado-Uraba.

127.    On March 9, 1997, Luis Hernando Herrera Morales was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Martha Elena Herrera Morales, who was the sister of Luis Hernando Herrera Morales, is the legal heir to Luis Hernando Herrera Morales and resides in the municipality of Apartado-Uraba.

128.    On September 29, 2002, Carlos Enrique Gutierrez Osorio was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mayolis Berrio Perez,

who was the wife of Carlos Enrique Gutierrez Osorio, is the legal heir to Carlos Enrique Gutierrez Osorio and resides in the municipality of Apartado.

129.     On January 23, 1997, Alonso Miguel Vergaro Vidal was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marleny Holguin David, who was the partner of Alonso Miguel Vergaro Vidal, is the legal heir to Alonso Miguel Vergaro Vidal and resides in the municipality of Apartado.

130.     On July 18, 2000, Jorge Ivan Arenas Pareja was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nancy Stella Estrada Veloza, who was the wife of Jorge Ivan Arenas Pareja, is the legal heir to Jorge Ivan Arenas Pareja and resides in the municipality of Apartado-Uraba.

131.     On July 11, 1998, Sigifredo Velez Montemiranda was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nidia Bello de Berrio, who was the wife of Sigifredo Velez Montemiranda, is the legal heir to Sigifredo Velez Montemiranda and resides in the municipality of Apartado-Uraba.

132.     On December 19, 2001, Calixto Jose Morales Romero) was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Noris del Carmen Leon Martinez, who was the partner of Calixto Jose Morales Romero, is the legal heir to Calixto Jose Morales Romero and resides in the municipality of Apartado.

133.    On April 12, 2002, Josiel de Jesus Motoya Atehortua was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Olga Maria Valenzuela Largo, who was the wife of Josiel de Jesus Motoya Atehortua, is the legal heir to Josiel de Jesus Motoya Atehortua and resides in the municipality of Apartado-Antioquia.

134.    On April 15, 1997, Libardo de Jesus Gallego was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Maria Yepes Giraldo, who was the wife of Libardo de Jesus Gallego, is the legal heir to Libardo de Jesus Gallego and resides in the municipality of Apartado.

135.    On December 3, 2005, Aristedes de Jesus Acevedo Isaza was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sub Mary Loaiza Goez, who was the wife of Aristedes de Jesus Acevedo Isaza, is the legal heir to Aristedes de Jesus Acevedo Isaza and resides in the municipality of Apartado.

136.    On March 14, 2005, Omairo Alberto Bedoya Velasquez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yudi Marcela Henao Torres, who was the partner of Omairo Alberto Bedoya Velasquez, is the legal heir to Omairo Alberto Bedoya Velasquez and resides in the municipality of Apartado-Antioquia.

137.    On November 23, 2006, Alvaro de Jesus Polo Orozco was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Nolbis Karina Gutierrez Avendano, who was the wife of Alvaro de Jesus Polo Orozco, is the legal heir to Alvaro de Jesus Polo Orozco and resides in the municipality of Cienaga-Magdalena.

138.    On January 24, 2004, Deivis Nacer Equis Ruiz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Viviana Navarro Reales is the legal heir to Deivis Nacer Equis Ruiz and resides in the municipality of Paraiso-Magdalena.

139.    On March 14, 2001, Aurelio Segundo Carbona Hernandez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marly Zanith Hernandez de Carbona, who was the mother of Aurelio Segundo Carbona Hernandez, is the legal heir to Aurelio Segundo Carbona Hernandez and resides in the municipality of Cienaga-Magdalena.

140.    On March 1, 2000, Carlos Arturo Hernandez de Avila was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosminia del Carmen Ospino Perez, who was the wife of Carlos Arturo Hernandez de Avila, is the legal heir to Carlos Arturo Hernandez de Avila and resides in the municipality of Cienaga-Magdalena.

141.    On August 15, 2006, Erys Enrique Gonzalez Manjarres was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Bertha Isabel Robles Mercado, who was the wife of Erys Enrique Gonzalez Manjarres, is the legal heir to Erys Enrique Gonzalez Manjarres and resides in the municipality of Cienaga-Magdalena.

142.     On January 13, 2002, Heriberto Antonio Diaz Garcia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Francia Elena Gutierrez, who was the wife of Heriberto Antonio Diaz Garcia, is the legal heir to Heriberto Antonio Diaz Garcia and resides in the municipality of Cienaga-Magdalena.

143.     On April 23, 2007, Cesar Segundo Polo Orozco was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ingris Maria Pena Urdaneta, who was the wife of Cesar Segundo Polo Orozco, is the legal heir to Cesar Segundo Polo Orozco and resides in the municipality of Cienaga-Magdalena.

144.     On January 17, 2001, Juan de Jesus Sanchez Samora was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elda Mireya Sanchez Samora, who was the sister of Juan de Jesus Sanchez Samora, is the legal heir to Juan de Jesus Sanchez Samora and resides in the municipality of Palmor-Magdalena.

145.     On January 17, 2001, Jose Ismael Sanchez Samora was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elda Mireya Sanchez Samora, who was the sister of Jose Ismael Sanchez Samora, is the legal heir to Jose Ismael Sanchez Samora and resides in the municipality of Palmor-Magdalena.

146.     On August 1, 2005, Luis Fernando Amortegui Leon was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Oneida Canith Nunez Garcia, who

was the partner of Luis Fernando Amortegui Leon, is the legal heir to Luis Fernando Amortegui Leon and resides in the municipality of Cienaga-Magdalena.

147.    On May 12, 1996, Ana de Dios Jaramillo Estrada was shot and severly injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana de Dios Jaramillo Estrada resides in the municipality of Apartado-Antioquia.

148.    On December 7, 2005, Jorge Luis Ortega Espana was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Evelio Miguel Ortega Perez, who was the father of Jorge Luis Ortega Espane, is the legal heir to Jorge Luis Ortega Perez and resides in the municipality of Corozal-Sucre.

149.    On March 12, 2001, Yerlenys Luz Correa Carrascal was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yiseidy Isabel Correa Carrascal, who was the daughter of Yerlenys Luz Correa Carrascal, is the legal heir to Yerlenys Luz Correa Carrascal and resides in the municipality of Medellin, Sucre.

150.    On November 15, 2002, Samuel Diaz Diaz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Irina Diaz Perez, who was the daughter of Samuel Diaz Diaz, is the legal heir to Samuel Diaz Diaz and resides in the municipality of Vereda-Palmarcito.

151.    On November 15, 2002, Samuel Diaz Diaz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Ana Milena Diaz Gomez is the legal heir to Samuel Diaz Diaz and resides in the municipality of Corozal-Sucre.

152.    On April 23, 2004, Jhon Carlos Hernandez Redondo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mercedez Isabel Hernandez Redondo, who was the mother of Jhon Carlos Hernandez Redondo, is the legal heir to Jhon Carlos Hernandez Redondo and resides in the municipality of Corozal-Sucre.

153.    On September 3, 2004, Jose Manuel de la Cruz Valencia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Martha Isabel Benavides Salgado, who was the wife of Jose Manuel de la Crus Valencia, is the legal heir to Jose Manuel de la Cruz Valencia and resides in the municipality of Las Lomas de Corozal.

154.    On July 12, 2006, Oscar Javier Vergara Quiroz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria de las Mercedes Quiroz Quiroz, is the legal heir to Oscar Javier Vergara Quiroz and resides in the municipality of Corozal-Sucre.

155.    On May 24, 2004, Alberto Jose Orozco Romero was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Karina del Carmen Orozco Romero, who was the sister of Alberto Jose Orozco Romero, is the legal heir to Alberto Jose Orozco Romero and resides in the municipality of Corozal.

156.     On March 11, 2004, Pedro Alfonso Lora Moron was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Victoria Lora Peralta, who was the sister of Pedro Alfonso Lora Moron, is the legal heir to Pedro Alfonso Lora Moron and resides in the municipality of Corozal-Sucre.

157.     On January 8, 2004, Adalberto Segundo Galeth Aguas was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Beatriz Rosario Galeth Aguas, who was the sister of Adalberto Segundo Galeth Aguas, is the legal heir to Adalberto Segundo Galeth Aguas and resides in the municipality of Corozal.

158.     On July 29, 2003, Evelio de Jesus Peralta Monterroza was shot and severly injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Evelio de Jesus Peralta Monterroza resides in the municipality of Corozal.

159.     On September 18, 1999, Hernan Jose Benitez Jimenez was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Noris Maria Perez Perez, who was the wife of Hernan Jose Benitez Jimenez, is the legal heir to Hernan Jose Benitez Jimenez and resides in the municipality of Corozal-Sucre.

160.     On July 29, 2003, Rosa Monterroza de Salcedo was shot and severly injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Monterroza de Salcedo resides in the municipality of Morroa-Sucre.

161.     On September 3, 2003, Mironel Francisco Borja Carrascal was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yamil del Cristo Borja Carrascal, who was the brother of Mironel Francisco Borja Carrascal, is the legal heir to Mironel Francisco Borja Carrascal and resides in the municipality of Corozal.

162.     On September 4, 2005, Carlos Eduardo Meza Gonzalez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nicolasa Regina Gonzalez Meza, who was the mother of Carlos Eduardo Meza Gonzalez, is the legal heir to Carlos Eduardo Meza Gonzalez and resides in the municipality of Corozal.

163.     On July 23, 2006, Miguel Norberto Gil Arevalo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Tulia Esther Petano Sanchez is the legal heir to Miguel Norberto Gil Arevalo and resides in the municipality of Corozal.

164.     On August 20, 2006, Javier de Jesus Salgado Reyes was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Angelina Reyes Vergara, who was the sister of Javier de Jesus Salgado Reyes, is the legal heir to Javier de Jesus Salgado Reyes and resides in the municipality of Corozal-Sucre.

165.     On May 14, 2004, Sandra Estella Jaraba Tovar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mary Luz Jaraba Tovar, who was the

sister of Sandra Estella Jaraba Tovar, is the legal heir to Sandra Estella Jaraba Tovar and resides in the municipality of Corozal-Sucre.

166.    On June 19, 2004, Lenin Jose Vergara Lora was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nelson de Jesus Vergara Quiroz, who was the father of Lenin Jose Vergara Lora, is the legal heir to Lenin Jose Vergara Lora and resides in the municipality of Corozal.

167.    On July 29, 2003, Onis Francisco Salcedo Peralta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yaneth del Carmen Peralta Salcedo, who was the wife of Onis Francisco Salcedo Peralta, is the legal heir to Onis Francisco Salcedo Peralta and resides in the municipality of Corozal-Sucre.

168.    On September 16, 2004, Luis Alberto Tatis Vital was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gladys Maria Salgado Canchilla, who was the wife of Luis Alberto Tatis Vital, is the legal heir to Luis Alberto Tatis Vital and resides in the municipality of Corozal-Sucre.

169.    On April 23, 2006, Luis Guillermo Peralta Santos was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alfredo de Jesus Peralta Santos, who was the brother of Luis Guillermo Peralta Santos, is the legal heir to Luis Guillermo Peralta Santos and resides in the municipality of Corozal.

170.     On October 15, 2006, Antonio Jose Baleta Martinez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Blanca Rosa Perez Vergara, who was the wife of Antonio Jose Baleta Martinez, is the legal heir to Antonio Jose Baleta Martinez and resides in the municipality of Corozal-Sucre.

171.     On February 16, 2007, Antonio Abad Martinez Ramos was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Berildes del Carmen Royeth Almanza, who was the wife of Antonio Abad Martinez Ramos, is the legal heir to Antonio Abad Martinez Ramos and resides in the municipality of Corozal.

172.     On January 27, 2004, Rosina Esther Elles Rivero was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosalina Rivero de Chamorro, who was the mother of Rosina Esther Elles Rivero, is the legal heir to Rosina Esther Elles Rivero and resides in the municipality of Sucre.

173.     On February 23, 2004, Roberto Castro Villegas was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alfonso de Jesus Martinez Villegas, who was the brother of Roberto Castro Villegas, is the legal heir to Roberto Castro Villegas and resides in the municipality of Corozal-Sucre.

174.     On May 4, 2004, Jalvider Enrique Fontalvo Prens was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marlenis del Carmen Cuello Salgado,

who was the wife of Jalvider Enrique Fontalvo Prens, is the legal heir to Jalvider Enrique Fontalvo Prens and resides in the municipality of Corozal-Sucre.

175.    On February 2, 1998, Guillermo de Jesus Hernandez Lora was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Enilda del Carmen Robles Benavides, who was the wife of Guillermo de Jesus Hernandez Lora, is the legal heir to Guillermo de Jesus Hernandez Lora and resides in the municipality of Corozal-Sucre.

176.    On February 2, 1998, Guillermo de Jesus Hernandez Lora was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Eduardo Hernandez Lora, who was the brother of Guillermo de Jesus Hernandez Lora, is the legal heir to Guillermo de Jesus Hernandez Lora and resides in the municipality of Corozal-Sucre.

177.    On October 15, 1999, Emiro de Jesus Hernandez Lora, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Eduardo Hernandez Lora, who is the brother of Emiro de Jesus Hernandez Lora, is the legal heir to Emiro de Jesus Hernandez Lora and resides in the municipality of Corozal-Sucre.

178.    On December 22, 2003, Rafael Ricardo Robles Benavides was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gladis del Socorro Robles Benavides, who was the mother of Rafael Ricardo Robles Benavides, is the legal heir to Rafael Ricardo Robles Benavides and resides in the municipality of Corozal.

179.     On June 15, 2002, Hermes Rafael Lara Perez was killed by AUC
Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA
and/or Banadex and the other Defendants. Plaintiff Oneida del Socorro Salcedo
Monterroza, who was the wife of Hermes Rafael Lara Perez, is the legal heir to Hermes
Rafael Lara Perez and resides in the municipality of Sucre.

180.     On November 4, 2002, Ramiro Rafael Vergara Hernandez was killed by
AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with
CHIQUITA and/or Banadex and the other Defendants. Plaintiff Oneida del Socorro
Mendez Gonzalez, who was the wife of Ramiro Rafael Vergara Hernandez, is the legal
heir to Ramiro Rafael Vergara Hernandez and resides in the municipality of Corozal.

181.     On April 29, 1997, Ivan Enrique Guerrero Yeneris was killed by AUC
Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA
and/or Banadex and the other Defendants. Plaintiff Sindy de la Candeleria Guerrero
Narvaez, who was the daughter of Ivan Enrique Guerrero Yeneris, is the legal heir to
Ivan Enrique Guerrero Yeneris and resides in the municipality of Corozal.

182.     On February 27, 1995, Cesar Tulio Quiroz Quiroz was killed by AUC
Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA
and/or Banadex and the other Defendants. Plaintiff Luz Iris Quiroz Quiroz is the legal
heir to Cesar Tulio Quiroz Quiroz and resides in the municipality of Corozal-Sucre.

183.     On September 4, 2005, Jerson de Jesus Guerrero Munoz was killed by
AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with
CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elsa Munoz Ochoa is the

legal heir to Jerson de Jesus Guerrero Munoz and resides in the municipality of Corozal-Sucre.

184.     On July 25, 2000, Juan Carlos Dagobet Canchila was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dolores Cantreras Canchila, who was the mother of Juan Carlos Dagobet Canchila, is the legal heir to Juan Carlos Dagobet Canchila and resides in the municipality of Sincelejo.

185.     On June 7, 1998, Telmo Jose Turizo Atencia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Remberto Antonio Turizo Atencia is the legal heir to Telmo Jose Turizo Atencia and resides in the municipality of Sucre.

186.     On November 1, 2003, Jairo Antonio Herazo Arrieta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aida Herazo Arrieta is the legal heir to Jairo Antonio Herazo Arrieta and resides in the municipality of Corozal-Sucre.

187.     On May 6, 2005, Nafer Enrique Rios Ramos was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Tarcila Victoria Ramos Primera, who was the mother of Nafer Enrique Rios Ramos, is the legal heir to Nafer Enrique Rios Ramos and resides in the municipality of San Onofre-Sucre.

188.     On February 2, 1998, Angel Miguel Gomez Tovar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Martha Vides Sotomayer, who was

the wife of Angel Miguel Gomez Tovar, is the legal heir to Angel Miguel Gomez Tovar and resides in the municipality of Ovejas-Sucre.

189.    On April 4, 1999, Jorge Manuel Canchila Perez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sandra Margarita Canchila Bravo, who was the daughter of Jorge Manuel Canchila Perez, is the legal heir to Jorge Manuel Canchila Perez and resides in the municipality of Corozal.

190.    On May 7, 2003, Silfredo Manuel Salgado Peralta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Miriam del Carmen Trespalcios Lora, who was the wife of Silfredo Manuel Salgado Peralta, is the legal heir to Silfredo Manuel Salgado Peralta and resides in the municipality of Corozal.

191.    On March 8, 2007, Eligio Manuel Mercado Cuello was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nilsa Isabel Feria Carvajal, who was the wife of Eligio Manuel Mercado Cuello, is the legal heir to Eligio Manuel Mercado Cuello and resides in the municipality of Corozal.

192.    On July 19, 2000, Leonel Antonio Martinez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Elena Uparela Martinez, who was the mother of Leonel Anotnio Martinez, is the legal heir to Leonel Antonio Martinez and resides in the municipality of Corozal.

193.     On November 15, 2002, Emigdio Perez Giraldo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Francisco Javier Sanchez is the legal heir to Emigdio Perez Giraldo and resides in the municipality of San Francisco-Antioquia.

194.     On September 24, 2000, Ezequiel Antonio Mercado Ascensio was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alcira del Carmen Perez Diaz, who was the wife of Ezequiel Antonio Mercado Ascensio, is the legal heir to Ezequiel Antonio Mercado Ascencio and resides in the municipality of Sucre.

195.     On February 15, 2004, Jorge Luis Galvan Sotelo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Adalgiza Villalba Meneses, who was the wife of Jorge Luis Galvan Sotelo, is the legal heir to Jorge Luis Galvan Sotelo and resides in the municipality of Corozal.

196.     On July 15, 1993, Luis Eduardo Canchila Vides was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nestor Fabio Canchila Perez, who was the son of Luis Eduardo Canchila Vides, is the legal heir to Luis Eduardo Canchila Vides and resides in the municipality of Corozal-Sucre.

197.     On January 9, 1999, Blas Manuel Chaves Paternina was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Dellanira Paternina Monterroza is the legal heir to Blas Manuel Chaves Paternina and resides in the municipality of Sucre.

198.   On April 15, 2001, Nestor Anibal Peralta Florez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ruby Salgado Atencia, who was the wife of Nestor Anibal Peralta Florez, is the legal heir to Nestor Anibal Peralta Florez and resides in the municipality of Morroa-Sucre.

199.   On July 4, 2004, Jhon Jairo Tovar Benitez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ivan Ramiro Tovar Perez, who was the father of Jhon Jairo Tovar Benitez, is the legal heir to Jhon Jairo Tovar Benitez and resides in the municipality of Corozal.

200.   On July 4, 2004, Jhon Jairo Tovar Benitez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lucila del Rosario Benitez Perez, who was the mother of Jhon Jairo Tovar Benitez, is the legal heir to Jhon Jairo Tovar Benitez and resides in the municipality of Corozal.

201.   On February 12, 2007, Ramiro Jose Bermejo Villadiego was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yaneth Del Socorro Bermejo Villadiego, who was the mother of Ramiro Jose Bermejo Villadiego, is the legal heir to Ramiro Jose Bermejo Villadiego and resides in the municipality of Corozal-Sucre.

202.    On May 3, 1997, Eloy Alberto Vergara Vergara was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Fabio Emilio Vergara is the legal heir to Eloy Alberto Vergagra Vergara and resides in the municipality of Sucre.

203.    On July 3, 2004, Alejandro Rafael Urango Medina was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Clara Ines Arroyo Cuello, who was the wife of Alejandro Rafael Urango Medina, is the legal heir to Alejandro Rafael Urango Medina and resides in the municipality of Corozal-Sucre.

204.    On July 3, 2004, Alejandro Rafael Urango Medina was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alvaro Jose Hernandez Coronado is the legal heir to Alejandro Rafael Urango Medina and resides in the municipality of Corozal-Sucre.

205.    On January 3, 1999, Jose Fernando Perez Carrascal was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Orfelina Carrascal de Perez is the legal heir to Jose Fernando Perez Carrascal and resides in the municipality of Corozal-Sucre.

206.    On April 16, 2005, Andres Manuel Perez Quiroz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria del Carmen Perez Quiroz, who

was the mother of Andres Manuel Perez Quiroz, is the legal heir to Andres Manuel Perez Quiroz and resides in the municipality of Corozal.

207.    On September 13, 2002, Luis Alejandro Salgado Chavez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lucelys Gomez Paternina, who was the wife of Luis Alejandro Salgado Chavez, is the legal heir to Luis Alejandro Salgado Chavez and resides in the municipality of Sucre.

208.    On January 4, 2001, Emil Eduardo Mercado Franco was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ligia del Carmen Franco de Mercado, who was the mother of Emil Eduardo Mercado Franco, is the legal heir to Emil Eduardo Mercado Franco and resides in the municipality of Corozal.

209.    On August 5, 2004, Ramiro Isaac Salgado Villadiego was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Maria Ramos Quiroz, who was the wife of Ramiro Isaac Salgado Villadiego, is the legal heir to Ramiro Isaac Salgado Villadiego and resides in the municipality of Corozal.

210.    On July 15, 2004, Idaldo de Jesus Velasquez Palacios was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Leydiana Margarita Escobar Madera, who was the wife of Idaldo de Jesus Velasquez Palacios, is the legal heir to Idaldo de Jesus Velasquez Palacios and resides in the municipality of Corozal.

211.    On February 12, 2004, Ever Manuel Salgado Tovar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Judith Salgado Solorzano, who was the wife of Ever Manuel Salgado Tovar, is the legal heir to Ever Manuel Salgado Tovar and resides in the municipality of Morroa-Sucre.

212.    On April 22, 1991, Elver Luis Chamorro Ospino was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Magdelenis del Carmen Perez Vides, who was the wife of Elver Luis Chamorro Ospino, is the legal heir to Elver Luis Chamorro Ospino and resides in the municipality of Corozal.

213.    On February 25, 2006, Rafael Antonio Mendoza Benavidez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Angel Emiro Quiroz Vital is the legal heir to Rafael Antonio Mendoza Benavidez and resides in the municipality of Corozal.

214.    On February 7, 2001, Libardo Enrique Zafra Quiroz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elvia Caldera Vides, who was the wife of Libardo Enrique Zafra Quiroz, is the legal heir to Libardo Enrique Zafra Quiroz and resides in the municipality of Sucre.

215.    On October 22, 1996, Joaquin Florentino Lara was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Isabel Salgado

68

Valesquez, who was the wife of Joaquin Florentino Lara, is the legal heir to Joaquin Lara and resides in the municipality of Corozal.

216.    On April 16, 2005, Edelsio Tulio Funez Dominguez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gladys Mercedes Funez Morales, who was the sister of Edelsio Tulio Funez Dominguez, is the legal heir to Edelsio Tulio Funez Dominguez and resides in the municipality of Corozal.

217.    On April 16, 2005, Edelsio Tulio Funez Dominguez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Vital Dominquez, who was the aunt of Edelsio Tulio Funez Dominguez, is the legal heir to Edelsio Tulio Funez Dominguez and resides in the municipality of Corozal.

218.    On January 10, 1999, Luis Alfonso Paternina Chavez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Plinio Gabriel Paternina Neurion, who was the father of Luis Alfonso Paternina Chavez, is the legal heir to Luis Alfonso Paternina Chavez and resides in the municipality of Toluviejo-Sucre.

219.    On April 23, 2004, Jairo Rafael Galvan Hernandez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose Rafael Galvan Acosta, who was the father of Jairo Rafael Galvan Hernandez, is the legal heir to Jairo Rafael Galvan Hernandez and resides in the municipality of Corozal.

220.     On April 28, 1997, Domingo Manuel Sierra Palencia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Maria Sierra Palencia, who was the sister of Domingo Manuel Sierra Palencia, is the legal heir to Domingo Manuel Sierra Palencia and resides in the municipality of Sucre.

221.     On June 15, 2002, Nestor Jose Mendoza Pomares was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Liliana Toscano Rivero, who was the wife of Nestor Jose Mendoza Pomares, is the legal heir to Nestor Jose Mendoza Pomares and resides in the municipality of Ovejas-Sucre.

222.     On April 2, 2000, Francisco Anibal Contreras Mercado was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ruby Edith de la Rosa Suarez, who was the wife of Francisco Anibal Contreras Mercado, is the legal heir to Francisco Anibal Contreras Mercado and resides in the municipality of Corozal-Sucre.

223.     On March 12, 2003, Carlos Alberto Castillo Baleta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Antonio Manuel Castillo Peralta, who was the father of Carlos Alberto Castillo Baleta, is the legal heir to Carlos Antonio Castillo Baleta and resides in the municipality of Corozal.

224.     On February 28, 2004, Victor Manuel Mercado Payares was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Victor Manuel Mercado

Garrido, who was the father of Victor Manuel Mercado Payares, is the legal heir to Victor Manuel Mercado Payares and resides in the municipality of Corozal-Sucre.

225.    On November 29, 2003, Guido de Jesus Serpa Vergara was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yarima del Carmen Barreta Perez, who was the wife of Guido de Jesus Serpa Vergara, is the legal heir to Guido de Jesus Serpa Vergara and resides in the municipality of Corozal.

226.    On November 29, 2003, Guido de Jesus Serpa Vergara was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Danis Palacio Hernandez is the legal heir to Guido de Jesus Serpa Vergara and resides in the municipality of Corozal.

227.    On April 2, 2001, Carlos Manuel Aguas Tovar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Idalia Rosa Tovar Payares, who was the mother of Carlos Manuel Aguas Tovar, is the legal heir to Carlos Manuel Aguas Tovar and resides in the municipality of Sucre.

228.    On December 21, 2003, David Acosta Madera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Sofia Madera Niesco, who was the mother of David Acosta Madera, is the legal heir to David Acosta Madera and resides in the municipality of Corozal.

229.    On December 7, 2001, Augusto Ozel Kelly Fortich was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Carmen Susana Ortega Gomez, who was the wife of Augusto Ozel Kelly Fortich, is the legal heir to Augusto Ozel Kelly Fortich and resides in the municipality of Sucre.

230.    On November 9, 2003, Hernando Enrique Ascencio Tovar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Israel Enrique Ascencio Cuello is the legal heir to Hernando Enrique Ascencio Tovar and resides in the municipality of Corozal-Sucre.

231.    On November 9, 2003, Hernando Enrique Ascencio Tovar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Denis del Carmen Ascencio Tovar is the legal heir to Hernando Enrique Ascencio Tovar and resides in the municipality of Corozal-Sucre.

232.    On January 26, 2002, Alberto Joaquin Suarez Perez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Reina Isabel Perez Morales, who was the mother of Alberto Joaquin Suarez Perez, is the legal heir to Alberto Joaquin Suarez Perez and resides in the municipality of Corozal-Sucre.

233.    On July 4, 2001, Hunter de Jesus Paternina Lora was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Eufenia Candelaria Lora de Argel, who was the mother of Hunter de Jesus Paternina Lora, is the legal heir to Hunter de Jesus Paternina Lora and resides in the municipality of Corozal-Sucre.

234.    On March 25, 2005, Orosma de Jesus Mercado Chamorro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ledis Mercado Chamorro is the legal heir to Orosmo de Jesus Mercado Chamorro and resides in the municipality of Sucre.

235.    On July 29, 2003, Leopoldo Andres Tapia Diaz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marta Beatriz Ortega Tovar, who was the wife of Leopoldo Andres Tapia Diaz, is the legal heir to Leopoldo Andres Tapia Diaz and resides in the municipality of Corozal.

236.    On June 16, 1993, Laureano Miguel Mendoza Gamarra was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gregorio Laureano Mendoza Vital, who was the father of Laureano Miguel Mendoza Gamarra, is the legal heir to Laureano Miguel Mendoza Gamarra and resides in the municipality of Corozal.

237.    On May 15, 2001, Alcides Dominguez Medina was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Damaris Isabel Solorzano, who was the wife of Alcides Dominguez Medina, is the legal heir to Alcides Dominguez Medina and resides in the municipality of Corozal.

238.    On September 24, 2005, Jose Luis Robles Salcedo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Ana Robles Salcedo, who

was the mother of Jose Luis Robles Salcedo, is the legal heir to Jose Luis Robles Salcedo and resides in the municipality of Corozal.

239.     On April 15, 2001, Arnol Antonio Rivera Herrera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ignacio Rivera Herrera, who was the brother of Arnol Antonio Rivera Herrera, is the legal heir to Arnol Antonio Rivera Herrera and resides in the municipality of Morroa-Sucre.

240.     On November 25, 2003, Mario Manuel Salgado Lopez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alis Maria Salgado Lopez is the legal heir to Mario Manuel Salgado Lopez and resides in the municipality of Morroa-Sucre.

241.     On January 9, 1999, Jesus Alberto Perez Rodriguez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Adela Rodriguez Ruiz is the legal heir to Jesus Alberto Perez Rodriguez and resides in the municipality of Morroa-Sucre.

242.     On February 11, 2004, Dulis de Jesus Perez Rodriguez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Adela Rodriguez Ruiz is the legal heir to Dulis de Jesus Perez Rodriguez and resides in the municipality of Morroa-Sucre.

243.     On October 17, 1997, Diana Patricia Sierra Barrios was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Adela Rodriguez Ruiz is the legal heir to Diana Patricia Sierra Barrios and resides in the municipality of Morroa-Sucre.

244.     On August 15, 2005, Jorge Alfredo Carmona Rivera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Adeila Mery Navarro Teran, who was the wife of Jorge Alfredo Carmona Rivera, is the legal heir to Jorge Alfredo Carmona Rivera and resides in the municipality of Corozal.

245.     On November 7, 2002, Carlos Enrique Solorzano Meza was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Meza Viloria, who was the mother of Carlos Enrique Solorzano Meza, is the legal heir to Carlos Enrique Solorzano Meza and resides in the municipality of Corozal-Sucre.

246.     On January 23, 2005, Luis Alberto Rios was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Antonia Suarez Sierra, who was the wife of Luis Alberto Rioa, is the legal heir to Luis Alberto Rios and resides in the municipality of Sincelejo.

247.     On May 18, 2003, Luis Carlos Montesino Canchila was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Bertilda Canchila de Montesino, who was the mother of Luis Carlos Montesino Canchila, is the legal heir to Luis Carlos Montesino Canchila and resides in the municipality of Corozal.

248.     On June 21, 2001, Robinson Jose Gomez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Ana Isabel Salgado Maldonado is the legal heir to Robinson Jose Gomez and resides in the municipality of Cartagena.

249.    On June 21, 2001, Aminto Samir Gomez Salgado was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Isabel Salgado Maldonado is the legal heir to Aminto Samir Gomez Salgado and resides in the municipality of Cartagena.

250.    On June 21, 2001, Omar Enrique Gomez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Isabel Salgado Maldonado is the legal heir to Omar Enrique Gomez and resides in the municipality of Cartagena.

251.    On July 24, 2005, Jose Luis Cabarcas Rodriguez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Graciela Cabarcas Rodriguez, who was the mother of Jose Luis Cabarcas Rodriguez, is the legal heir to Jose Luis Cabarcas Rodriguez and resides in the municipality of Aracataca-Magdalena.

252.    On May 3, 1999, Leonel Eduardo Moreno Vides was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ledys Moreno Vides, who was the sister of Leonel Eduardo Moreno Vides, is the legal heir to Leonel Eduardo Moreno Vides and resides in the municipality of Tucurinca-Magdalena.

253.    On May 21, 2003, Edinson Martin de la Hoz Quinto was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Zulay Divina Beleno Mednia, who

was the wife of Edinson Martin de la Hoz Quinto, is the legal heir to Edinson Martin de la Hoz Quinto and resides in the municipality of Cienaga-Magdalena.

254.    On April 4, 1999, Jose Manuel Molinares Herrera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Gregoria Molinares de Jimenez, who was the sister of Jose Manuel Molinares Herrera, is the legal heir to Jose Manuel Molinares Herrera and resides in the municipality of Zona Bananera.

255.    On November 21, 2001, Emilio Barraza Cervanto was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nelsy Luz Martinez Romo, who was the wife of Emilio Barraza Cervanto, is the legal heir to Emilio Barraza Cervanto and resides in the municipality of Aracataca-Magdalena.

256.    On February 3, 2003, Omar Alfonso Pedroza Camacho was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Bernardina Camacho Gutierrez, who was the mother of Omar Alfonso Pedroza Camacho, is the legal heir to Omar Alfonso Pedroza Camacho and resides in the municipality of Cienaga-Magdalena.

257.    On February 16, 1998, Juan Jose Martinez Rios was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose Ramon Martinez Rivas is the legal heir to Juan Jose Martinez Rios and resides in the municipality of Cienaga-Magdalena.

258.     On January 19, 2001, Gilberto Villa Moreno was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yoesmith Villa Alvarez is the legal heir to Gilberto Villa Moreno and resides in the municipality of Cienaga-Magdalena.

259.     On January 31, 1998, David Enrique Castro Garizabal was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elvira Rosa Castro Garizabal, who was the sister of David Enrique Castro Garizabal, is the legal heir to David Enrique Castro Garizabal and resides in the municipality of Casa Loma.

260.     On August 27, 2000, Doris Isabel Camacho Serpa was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sobeida Esther Ahumada Camacho, who was the daughter of Doris Isabel Camacho Serpa, is the legal heir to Doris Isabel Camacho Serpa and resides in the municipality of Cienaga-Magdalena.

261.     On December 23, 2004, Ismael Alfonso Herrera Puerta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Osiris Lopez Conrado, who was the wife of Ismael Alfonso Herrera Puerta, is the legal heir to Ismael Alfonso Herrera Puerta and resides in the municipality of Cienaga-Magdalena.

262.     On May 6, 2004, Wainer Enrique Bravo Rodriguez was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Queneima de Jesus

Palmezano Vallejo, who was the wife of Wainer Enrique Bravo Rodriguez, is the legal heir to Wainer Enrique Bravo Rodriguez and resides in the municipality of Maicao.

263.     On September 18, 1997, Jhon Jairo Tejeda Vergel was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cecilia del Socorro Vergel Molina, who was the mother of Jhon Jairo Tejeda Vergel, is the legal heir to Jhon Jairo Tejeda Vergel and resides in the municipality of Aracataca-Magdalena.

264.     On September 18, 1997, Alexander Tejeda Vergel was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cecilia del Socorro Vergel Molina, who was the mother of Alexander Tejeda Vergal, is the legal heir to Alezander Tejeda Vergel and resides in the municipality of Aracataca-Magdalena.

265.     On February 21, 2003, Luis Manuel Castro de Oro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Castro de Oro is the legal heir to Luis Manuel Castro de Oro and resides in the municipality of Zona Bananera.

266.     On August 13, 1998, Jose de Jesus Cueto Alcazar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Felicita Alcazar Ballestas, who was the mother of Jose de Jesus Cueto Alcazar, is the legal heir to Jose de Jesus Cueto Alcazar and resides in the municipality of Guacamayal.

267.     On September 21, 1997, Ruberth Arturo Torres Viloria was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Amira Estebana Viloria de Torres, who was the mother of Ruberth Arturo Torres Viloria, is the legal heir to Ruberth Arturo Torres Viloria and resides in the municipality of Guacamayal.

268.    On December 12, 2002, Daniel Jose Torres Corro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edinson de la Cruz Perez Corro, who was the brother of Daniel Jose Torres Corro, is the legal heir to Daniel Jose Torres Corro and resides in the municipality of Sevilla-Zona Bananera.

269.    On July 10, 2003, Ruben Dario Ariza Gonzalez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Petra Isabel Vides Cantillo, who was the wife of Ruben Dario Ariza Gonzalez, is the legal heir to Ruben Dario Ariza Gonzalez and resides in the municipality of Sevilla-Magdalena.

270.    On September 25, 2003, Angel Eduardo Campis Rodriguez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juvenal Segundo Campi Romero, who was the father of Angel Eduardo Campis Rodriguez, is the legal heir to Angel Eduardo Campis Rodriguez and resides in the municipality of Guacamayal-Cienaga.

271.    On May 29, 2000, Jose del Carmen Gonzalez Castellanos was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Abigail Dolores Castellano Gonzalez, who was the mother of Jose del Carmen Gonzalez Castellano, is the

legal heir to Jose del Carmen Gonzalez Castellano and resides in the municipality of Sevilla-Zona Bananera.

272.     On January 30, 1996, Carlos Eduardo Perez Salgado was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Noris del Socorro Perez Palacio, who was the wife of Carlos Eduardo Perez Salgado, is the legal heir to Carlos Eduardo Perez Salgado and resides in the municipality of Corozal-Sucre.

273.     On July 7, 1997, Antonio Jose Pereira Rebollo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yomaira Barraza Jimenez, who was the wife of Antonio Jose Pereira Rebollo, is the legal heir to Antonio Jose Pereira Rebollo and resides in the municipality of Cienaga-Magdalena.

274.     On December 25, 1996, Arnaldo Bonett Campo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luzdary Orosco Diaz, who was the wife of Arnaldo Bonett Campo, is the legal heir to Arnaldo Bonett Campo and resides in the municipality of Cienaga-Magdalena.

275.     On January 27, 1997, Victor Manuel Valverde Felipe was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Felipe Valverde, who was the mother of Victor Manuel Valverde Felipe, is the legal heir to Victor Manuel Valverde Felipe and resides in the municipality of Pueblo Viejo-Magdalena.

276.    On August 1, 2003, Fernando Alfonso Cabrera Cabrera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gladys Cabrera Henriquez, who was the mother of Fernando Alfonso Cabrera Cabrera, is the legal heir to Fernando Alfonso Cabrera Cabrera and resides in the municipality of Cienaga-Magdalena.

277.    On August 1, 2003, Fernando Alfonso Cabrera Cabrera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Zoila Milena Valencia Maldonado, who was the partner of Fernando Alfonso Cabrera Cabrera, is the legal heir to Fernando Alfonso Cabrera Cabrera and resides in the municipality of Cienaga-Magdalena.

278.    On July 14, 2001, Edison Gonzalez Bossio was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Matilde Isabel Bossio, who was the mother of Edison Gonzalez Bossio, is the legal heir to Edison Gonzalez Bossio and resides in the municipality of Cienaga-Magdalena.

279.    On January 9, 1998, Francisco Cervantes Altamar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Magalys Charris Garcia, who was the wife of Francisco Cervantes Altamar, is the legal heir to Francisco Cervantes Altamar and resides in the municipality of Guacamayal-Cienaga.

280. On May 20, 1997, Fernando Melendez Martinez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edilsa Martinez Teran, who was the mother of Fernando Melendez Martinez, is the legal heir to Fernando Melendez Martinez and resides in the municipality of Cienaga-Magdalena.

281. On April 19, 2001, Justo Montenegro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yolando Montenegro Hernandez, who was the wife of Justo Montenegro, is the legal heir to Justo Montenegro and resides in the municipality of Guacamayal-Cienaga.

282. On November 14, 2004, Juan Gabriel Beltran Cervantes was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Hilda Cervantes Cervantes, who was the mother of Juan Gabriel Beltran Cervantes, is the legal heir to Juan Gabriel Beltran Cervantes and resides in the municipality of Fonseca-Guajira.

283. On June, 2, 2000, Jorge Luis Lopez Martinez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Reyes Dolores Martinez Silva, who was the mother of Jorge Luis Lopez Martinez, is the legal heir to Jorge Luis Lopez Martinez and resides in the municipality of Cienaga-Magdalena.

284. On June 13, 2003, Salvador Villa Alvarez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yoesmith Villa Alvarez, who was the

wife of Salvador Villa Alvarez, is the legal heir to Salvador Villa Alvarez and resides in the municipality of Cienaga-Magdalena.

285.    On August 22, 1998, Jose Encarnacion Ahumada Pallares was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Julia Diaz Bautista, who was the wife of Jose Encarnacion Ahumada Pallares, is the legal heir to Jose Encarnacion Ahumada Pallares and resides in the municipality of Guacamayal.

286.    On March 21, 2002, David Samir Diaz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Julia Diaz Bautista, who was the mother of David Samir Diaz, is the legal heir to David Samir Diaz and resides in the municipality of Guacamayal.

287.    On September 18, 1997, Alidio Rafael Zuniga Salcedo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alba Marina Olivera Rivera, who was the wife of Aldidio Rafael Zuniga Salcedo, is the legal heir to Alidio Rafael Zuniga Salcedo and resides in the municipality of Cienaga-Magdalena.

288.    On March 18, 2005, Anit Aulot de la Hoz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cenilda Esther Cortez Herrera, who was the wife of Anit Aulot de la Hoz, is the legal heir to Anit Aulot de la Hoz and resides in the municipality of Cienaga-Magdalena.

289.     On March 17, 1998, Joaquin Arturo Garcia Caballero was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Roger Luis Garcia Romero, who was the son of Joaquin Arturo Garcia Caballera, is the legal heir to Joaquin Arturo Garcia Caballero and resides in the municipality of Cienaga-Magdalena.

290.     On October 6, 2000, Eucario Jose Alvarino Pedroza was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Sofia Jaraba Romero, who was the wife of Eucario Jose Alvarino Pedroza, is the legal heir to Eucario Jose Alvarino Pedroza and resides in the municipality of Sevilla-Zona Bananera.

291.     On November 13, 2006, Leonel Vidal Marin was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Maria Ydalba Vidal Marin is the legal heir to Leonel Vidal Marin and resides in the municipality of Apartado.

292.     On August 27, 2003, Rufino Manuel Prado Lopez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nuris Maria Lopez Pabon, who was the mother of Rufino Manuel Prado Lopez, is the legal heir to Rufino Manuel Prado Lopez and resides in the municipality of Cienaga-Magdalena.

293.     On May 22, 2003, Jorge Luis Rodriguez Pena was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ingris Yojana Quintero Manotas, who

was the wife of Jorge Luis Rodriguez Pena, is the legal heir to Jorge Luis Rodriguez Pena and resides in the municipality of Zona Bananera.

294.    On October 30, 1997, Ovidio Jacinto Morales Almanza was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Denis Damaris Solano Cantillo, who was the wife of Ovidio Jacinto Morales Almanza, is the legal heir to Ovidio Jacinto Morales Almanza and resides in the municipality of Tucurinca-Magdalena.

295.    On November 27, 1998, Ricardo Perez Valdes was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ismelda Maria Torres Valdes, who was the wife of Ricardo Perez Valdes, is the legal heir to Ricardo Perez Valdes and resides in the municipality of Cienaga-Magdalena.

296.    On April 20, 2003, Heriberto Antonio Marino Ramirez was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Filomena Ruiz Ramirez, who was the sister of Heriberto Antonio Marino Ramirez, is the legal heir to Heriberto Antonio Marino Ramirez and resides in the municipality of Zona Bananera.

297.    On April 14, 2005, Jose Manuel Cantillo Cantillo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria del Carmen Camargo Martinez, who was the wife of Jose Manuel Cantillo Cantillo, is the legal heir to Jose Manuel Cantillo Cantillo and resides in the municipality of Zona Bananera.

298.     On May 12, 1999, Oscar Luis Vargas Bolano was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lucelly Vargas Bolano, who was the sister of Oscar Luis Vargas Bolano, is the legal heir to Oscar Luis Vargas Bolano and resides in the municipality of Cienaga-Magdalena.

299.     On October 17, 2003, Expedito Gutierrez Labrales was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Eliecer de Jesus Gutierrez Martinez, who was the son of Expedito Gutierrez Labrales, is the legal heir to Expedito Gutierrez Labrales and resides in the municipality of Aracataca-Magdalena.

300.     On May 7, 2002, Robinson Segundo Alonso was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Antonia Alonso Polo, who was the sister of Robinson Segundo Alonso, is the legal heir to Robinson Segundo Alonso and resides in the municipality of Aracataca-Magdalena.

301.     On November 15, 2002, Saul de Jesus Arrieta Hurtado was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ludelia Martinez Rios, who was the wife of Saul de Jesus Arrieta Hurtado, is the legal heir to Saul de Jesus Arrieta Hurtado and resides in the municipality of Cienaga-Magdalena.

302.     On September 15, 2006, Manuel Alberto Torres Munoz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Leydi Rosy Torres

Munoz, who was the sister of Manuel Alberto Torres Munoz, is the legal heir to Manuel Alberto Torres Munoz and resides in the municipality of Fundacion-Magdalena.

303.    On May 3, 1999, Fernando Rafael Giraldo Ortiz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Beatriz Elena Giraldo Ortiz, who was the sister of Fernando Rafael Giraldo Ortiz, is the legal heir to Fernando Rafael Giraldo Ortiz and resides in the municipality of Tucurinca-Magdalena.

304.    On September 20, 2004, Diomedes Diaz Caballero was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Diaz Perez is the legal heir to Diomedes Diaz Perez and resides in the municipality of Aracataca-Magdalena.

305.    On May 14, 2003, Angel Manuel Olivo Polo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Manuela Salvadora Macias Bocanegra, who was the sister of Angel Manuel Olivo Polo, is the legal heir to Angel Manuel Olivo Polo and resides in the municipality of Fundacion-Magdalena.

306.    On August 29, 1996, Fredi Eudides Coronado Tejedor was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Guillermo Maanuel Coronado Tejedor, who was the brother of Fredi Eudides Coronado Tejedor, is the legal heir to Fredi Eudides Coronado Tejedor and resides in the municipality of Aracataca-Magdalena.

307.     On August 20, 2004, Emiro Mercado Cantillo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Belen Suley Quintero Navarro, who was the wife of Emiro Mercado Cantillo, is the legal heir to Emiro Mercado Cantillo and resides in the municipality of Aracataca-Magdalena.

308.     On October 22, 1996, Armando Rafael Munoz Polo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ruth Marina Polo Lea, who was the mother of Armando Rafael Munoz Polo, is the legal heir to Armando Rafael Munoz Polo and resides in the municipality of Cienaga-Magdalena.

309.     On May, 6 1999, Edilberto Antonio Canas Hernandez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Roman de Canas, who was the sister of Edilberto Antonio Canas Hernandez, is the legal heir to Edilberto Antonio Canas Hernandez and resides in the municipality of Riosucio-Caldas.

310.     On April 8, 2005, Pedro Nel Fernandez Galindo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Teresa de Jesus Galindo Iabarra, who was the sister of Pedro Nel Fernandez Galindo, is the legal heir to Pedro Nel Fernandez Galindo and resides in the municipality of Apartado.

311.     On March 25, 1997, Luis Enrique Ortiz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Miriam de las Mercedes Ortiz, who was the mother of

Luis Enrique Ortiz, is the legal heir to Luis Enrique Ortiz and resides in the municipality of Apartado.

312.    On April 27, 1997, Giovany Ortiz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Miriam de las Mercedes Ortiz, who was the mother of Giovany Ortiz, is the legal heir to Giovany Ortiz and resides in the municipality of Apartado.

313.    On July 15, 1997, Francisco Tomas Navarro Cogollo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Everlides del Carmen Salcedo Naranjo, who was the wife of Francisco Tomas Navarro Cogollo, is the legal heir to Francisco Tomas Navarro Cogollo and resides in the municipality of Puerto Libertado-Cordoba.

314.    On April 18, 1998, Jorge Segundo Martinez Sierra was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nancy Isabel Sierra Bornachera, who was the wife of Jorge Segundo Martinez Sierra, is the legal heir to Jorge Segundo Martinez Sierra and resides in the municipality of Cienaga.

315.    On May 13, 2007, Francisco Antonio Puerta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria del Carmen Puerta, who was the sister of Francsico Antonio Puerta, is the legal heir to Francisco Antonio Puerta and resides in the municipality of Apartado.

316.     On January 22, 1999, Sixto Manuel Ibarra Ceballos was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Venis Maria Machado Chala, who was the wife of Sixto Manuel Ibarra Ceballos, is the legal heir to Sixto Manuel Ibarra Ceballos and resides in the municipality of Apartado-Antioquia.

317.     On April 26, 2002, Luis Henry Gomez Cardona was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Eminabed Cardona, who was the mother of Luis Henry Gomez Cardona, is the legal heir to Luis Henry Gomez Cardona and resides in the municipality of Apartado.

318.     On June 2, 1997, Emiro Segundo Marquez Garcia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elisenith Elena Maldonado Sierra, who was the wife of Emiro Segundo Marquez Garcia, is the legal heir to Emiro Segundo Marquez Garcia and resides in the municipality of Cienaga-Magdalena.

319.     On July 30, 1998, Francisco Javier Polo Gonzalez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alexi Maria Tete Montenegro, who was the wife of Francisco Javier Polo Gonzalez, is the legal heir to Francisco Javier Polo Gonzalez and resides in the municipality of Cienaga-Magdalena.

320.     On October 8, 2001, Gilberto Enrique Gutierrez Garizabalo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nuris Maria Gutierrez

Bravo, who was the wife of Gilberto Enrique Gutierrez Garizabalo, is the legal heir to Gilberto Enrique Gutierrez Garizaballo and resides in the municipality of Cienaga.

321.    On May 2, 1999, Pedro Vidal Perez Pertuz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ernes Alfonso Perez Garcia, who was the son of Pedro Vidal Perez Pertuz, is the legal heir to Pedro Vidal Perez Pertuz and resides in the municipality of Cienaga.

322.    On April 30, 1996, Erwin Toibe Mercado Contreras was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Manuela del Carmen Mercado Contreras, who was the mother of Erwin Toibe Mercado Contreras, is the legal heir to Erwin Toibe Mercado Contreras and resides in the municipality of Cienaga.

323.    On May 11, 2004, Dalmiro Alfonso Tete Donado was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dilia Esther Donado Pachero, who was the mother of Dalmiro Alfonso Tete Donado, is the legal heir to Dalmiro Alfonso Tete Donado and resides in the municipality of Cienaga-Magdalena.

324.    On October 13, 1998, Carlos Modesto Fornaris Llanos was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Beatriz Maria Fornaris Llanos, who was the sister of Carlos Modesto Fornaris Llanos, is the legal heir to Carlos Modesto Fornaris Llanos and resides in the municipality of Cienaga-Magdalena.

325.     On December 2, 2002, Eduardo Jose Vega Ruiz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gladys Maria Vega Ruiz, who was the sister of Eduardo Jose Vega Ruiz, is the legal heir to Eduardo Jose Vega Ruiz and resides in the municipality of Cienaga-Magdalena.

326.     On May 5, 2002, Hernando Segundo Lemus Pineda was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gregoria Pineda Cabana, who was the mother of Hernando Segundo Lemus Pineda, is the legal heir to Hernando Segundo Lemus Pineda and resides in the municipality of Cienaga-Magdalena.

327.     On May 28, 2002, Equilza del Socorro Mazzilli Hernandez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gabriel Segundo Mazzilli Avendano, who was the father of Equilza del Socorro Mazzilli Hernandez, is the legal heir to Equilza del Socorro Mazzilli Hernandez and resides in the municipality of Cienaga-Magdalena.

328.     On June 22, 1997, Arnobis de Jesus Hernandez Almenta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ninfa Isabel Almenta Hernandez, who was the mother of Arnobis de Jesus Hernandez Almenta, is the legal heir to Arnobis de Jesus Hernandez Almenta and resides in the municipality of Cienaga-Magdalena.

329.     On October 20, 2001, Elkin Ovidio Palacio Gonzalez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Maria Gonzalez Rodriguez, who was the mother of Elkin Ovidio Palacio Gonzalez, is the legal heir to Elkin Ovidio Palacio Gonzalez and resides in the municipality of Cienaga-Magdalena.

330.     On January 22, 2005, Fernando Manuel Gamero Pardo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rafael Alonso Gamero Pardo, who was the brother of Fernando Manuel Gamero Pardo, is the legal heir to Fernando Manuel Gamero Pardo and resides in the municipality of Cienaga-Magdalena.

331.     On August 5, 2004, Ismael de los Reyes Garcia Castillo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Leonor Beatriz Garcia Avendano, who was the daughter of Ismael de los Reyes Garcia Castillo, is the legal heir to Ismael de los Reyes Garcia Castillo and resides in the municipality of Barrio Concepcion.

332.     On October 17, 2003, Luis Fernando Quiroz Rudas was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Esmerina Isabel Landeta de Quiroz, who was the wife of Luis Fernando Quiroz Rudas, is the legal heir to Luis Fernando Quiroz Rudas and resides in the municipality of Sevilla-Zona Bananera.

333.     On October 17, 2003, Luis Fernando Quiroz Rudas was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

94

and/or Banadex and the other Defendants. Plaintiff Dina Luz Quiroz Landeta, who was the daughter of Luis Fernando Quiroz Rudas, is the legal heir to Luis Fernando Quiroz Rudas and resides in the municipality of Sevilla-Zona Bananera.

334.    On October 8, 2001, Agapito Segundo Gutierrez Melendez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Teresa Gutierrez Bravo, who was the sister of Agapito Segundo Gutierrez Melendez, is the legal heir to Agapito Segundo Gutierrez Melendez and resides in the municipality of Cienaga-Magdalena.

335.    On May 15, 2003, Ildefonso Alvarez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Reyes Vasquez, who was the wife of Ildefonso Alvarez, is the legal heir to Ildefonso Alvarez and resides in the municipality of Cienaga-Magdalena.

336.    On September 9, 2004, Alfredo Enrique Beltran Castillo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jaun Bautista Castillo Cortez, who was the uncle of Alfredo Enrique Beltran Castillo, is the legal heir to Alfredo Enrique Beltran Castillo and resides in the municipality of Sevilla-Zona Bananera.

337.    On February 21, 1997, Antonio Maria Serge Cantillo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Victoria Elena Serge Cantillo, who

was the sister of Antonio Maria Serge Cantillo, is the legal heir to Antonio Maria Serge Cantillo and resides in the municipality of Santa Marta-Magdalena.

338.    On August 12, 2002, Pedro Pablo Reales Villegas was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Carlos Reales Villegas, who was the brother of Pedro Pablo Reales Villegas, is the legal heir to Pedro Pablo Reales Villegas and resides in the municipality of Cienaga-Magdalena.

339.    On June 4, 2003, Linda Johana Fontalvo Polo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alfonso Gumaro Fontalvo Manjarres, who was the father of Linda Johana Fontalvo Polo, is the legal heir to Linda Johana Fontalvo Polo and resides in the municipality of Fonseca-Guajira.

340.    On January 1, 1997, Jorge David Urina Sandoval was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Esell Antonio Urina Sandoval, who was the brother of Jorge David Urina Sandoval, is the legal heir to Jorge David Urina Sandoval and resides in the municipality of Sevilla-Cienaga.

341.    On September 18, 1997, Alexis Leonor Daza Onate was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Narbel Enrique Fontalvo Manjarrez, who was the husband of Alexis Leonor Daza Onate, is the legal heir to Alexis Leonor Daza Onate and resides in the municipality of Sevilla-Zona Bananera.

342.    On August 16, 2006, Eduardo Segundo Perez Carrascal was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lilibeth del Socorro Perez Carrascal, who was the sister of Eduardo Segundo Perez Carrascal, is the legal heir to Eduardo Segundo Perez Carrascal and resides in the municipality of Cienaga-Magdalena.

343.    On October 14, 2003, Manuel Lopez Morales was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nayiris Valenciano Perez, who was the wife of Manuel Lopez Morales, is the legal heir to Manuel Lopez Morales and resides in the municipality of Cienaga-Magdalena.

344.    On September 20, 1998, Cesar Augusto Dominguez Martinez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Concepcion Martinez de Dominguez is the legal heir to Cesar Augusto Dominguez Martinez and resides in the municipality of Cienaga-Magdalena.

345.    On July 11, 2001, Rafael Alfonso Merino Rodriguez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Judith Maria Moreno de Valverde is the legal heir to Rafael Alfonso Merino Rodriguez and resides in the municipality of Pueblo Viejo-Magdalena.

346.    On January 15, 2005, Wescenlao Antonio Carbono Valverde was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alba Ines Valverde Felip is the legal heir to Wescenlao Antonio Carbono Valverde and resides in the municipality of Cienaga-Magdalena.

347.    On May 20, 2003, Jose del Rosario Moreno Charriz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Emilce Charriz de Moreno, who was the mother of Jose del Rosario Moreno Charriz, is the legal heir to Jose del Rosario Moreno Charriz and resides in the municipality of Pivijay-Magdalena.

348.    On June 7, 1999, Aquilino Moreno Pacheco was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants. Plaintiff Emilce Charriz de Moreno, who was the wife of Aquilino Moreno Pacheco, is the legal heir to Aquilino Moreno Pacheco and resides in the municipality of Pivijay-Magdalena.

349.    On April 11, 1997, Abelardo de Jesus Usuga Lopera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gildardo Antonio Usuga Lopera, who was the brother of Abelardo de Jesus Usuga Lopera, is the legal heir to Abelardo de Jesus Usuga Lopera and resides in the municipality of Apartado.

350.    On April 21, 1999, Rafael Jacinto Vargas Conde was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Doris Maria Conde Herrera is the legal heir to Rafael Jacinto Vargas Conde and resides in the municipality of Apartado-Antioquia.

351.     On August 27, 2000, Donaldo Leal Mejia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ruben Dario Leal Jaraba, who was the mother of Donaldo Leal Mejia, is the legal heir to Donaldo Leal Mejia and resides in the municipality of Cienaga-Magdalena.

352.     On September 30, 2004, Miguel Angel Movilla Babilonia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Martha Isabel Movilla Blanco, who was the aunt of Miguel Angel Movilla Babilonia, is the legal heir to Miguel Angel Movilla Babilonia and resides in the municipality of Cienaga-Magdalena.

353.     On December 3, 2004, Angel David Mercado Ayala was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Felicia Pedroza Sosa, who was the wife of Angel David Mercado Ayala, is the legal heir to Angel David Mercado Ayala and resides in the municipality of Cienaga-Magdalena.

354.     On June 16, 2004, Jairo Antonio Sondoval Maldonado was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Delsy Maria Escorsia, who was the wife of Jairo Antonio Sondoval Maldonado, is the legal heir to Jairo Antonio Sondoval Maldonado and resides in the municipality of Cienaga-Magdalena.

355.     On April 22, 1998, Pedro Nel Salazar Largo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elizabeth Largo, who was the mother

of Pedro Nel Salazar Largo, is the legal heir to Pedro Nel Salazar Largo and resides in the municipality of Apartado-Antioquia.

356.     On April 16, 2002, Gonzalo Trejos Garcia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gloria Ines Correa Borja, who was the wife of Gonzalo Trejos Garcia, is the legal heir to Gonzalo Trejos Garcia and resides in the municipality of Apartado.

357.     On October 16, 2004, Adrian de Jesus Arias Carmona was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aracelly Carmona de Morales, who was the mother of Adrian de Jesus Arias Carmona, is the legal heir to Adrian de Jesus Arias Carmona and resides in the municipality of Supia-Caldes.

358.     On May 18, 2002, Ovidio de Jesus Trujillo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sara Ines David Torres, who was the wife of Ovidio de Jesus Trujillo, is the legal heir to Ovidio de Jesus Trujillo and resides in the municipality of Apartado-Antioquia.

359.     On November 6, 1997, Paola Andrea Aguirre Londono was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Julia Londono, who was the mother of Paola Andrea Aguirre Londono, is the legal heir to Paola Andrea Aguirre Londono and resides in the municipality of Apartado.

360.     On October 21, 1996, Nolberto de Jesus Valencia Montoya was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Anibal de Jesus Valencia Jimenez, who was the father of Nolberto de Jesus Valencia Montoya, is the legal heir to Nolberto de Jesus Valencia Montoya and resides in the municipality of Apartado-Antioquia.

361.     On March 9, 2000, Nohemy de Jesus Solis Salas was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Rugbi Salas Moncada, who was the mother of Nohemy de Jesus Solis Salas, is the legal heir to Nohemy de Jesus Solis Salas and resides in the municipality of Apartado-Antioquia.

362.     On January 7, 1999, Pedro Maria Jaramillo Durango was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Lucila Torres Lopez, who was the wife of Pedro Maria Jaramillo Durango, is the legal heir to Pedro Maria Jaramillo Durango and resides in the municipality of Apartado-Antioquia.

363.     On February 19, 2003, Rafael Narciso Barrios Torregroza was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Doris Cecilia Torregroza Martinez, who was the mother of Rafael Narciso Barrios Torregroza, is the legal heir to Rafael Narciso Barrios Torregroza and resides in the municipality of Cienaga-Magdalena.

364.    On October 1, 1996, Nubia Rosa Ochoa Arias was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Claudia Patricia Ocampo Ochoa, who was the daughter of Nubia Rosa Ochoa Arias, is the legal heir to Nubia Rosa Ochoa Arias and resides in the municipality of Turbo-Antioquia.

365.    On October 1, 1996, Sergio Alirio Ocampo Vargas was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Claudia Patricia Ocampo Ochoa, who was the daughter of Sergio Alirio Ocampo Vargas, is the legal heir to Sergio Alirio Ocampo Vargas and resides in the municipality of Turbo-Antioquia.

366.    On July 5, 2001, Nicolas Osorio Bravo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria del Carmen Bravo de la Hoz, who was the mother of Nicolas Osorio Bravo, is the legal heir to Nicolas Osorio Bravo and resides in the municipality of Apartado.

367.    On July 16, 2004, Donaldo de Jesus Mayoriano Velilla was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mirian del Socorro Velilla Arrieta, who was the mother of Donaldo de Jesus Mayoriano Velilla, is the legal heir to Donaldo de Jesus Mayoriano Velilla and resides in the municipality of Corozal-Sucre.

368.    On August 1, 2005, Jaime Jose Ortega Diaz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Amalia Rosa Diaz de Ortega, who

was the mother of Jaime Jose Ortega Diaz, is the legal heir to Jaime Jose Ortega Diaz and resides in the municipality of Corozal-Sucre.

369.    On June 14, 2004, Carlos Schneider Atencia Herazo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edita Erazo Mejia, who was the mother of Carlos Schneider Atencia Herazo, is the legal heir to Carlos Schneider Atencia Herazo and resides in the municipality of Sucre.

370.    On October 4, 2007, Jaime Francisco Payares Perez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Cristina Perez Santos, who was the wife of Jaime Francisco Payares Perez, is the legal heir to Jaime Francisco Payares Perez and resides in the municipality of Corozal-Sucre.

371.    On December 29, 2001, Euclides Rafael Diaz Narvaez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Piedad Maria Martinez Diaz, who was the wife of Euclides Rafael Diaz Narvaez, is the legal heir to Euclides Rafael Diaz Narvaez and resides in the municipality of Corozal-Sucre.

372.    On August 5, 2004, Carmelo Segundo Vargas Martinez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Heydy Esther Vargas Martinez, who was the sister of Carmelo Segundo Vargas Martinez, is the legal heir to Carmelo Segundo Vargas Martinez and resides in the municipality of Corozal-Sucre.

373. On February 13, 2005, Isaac Fernando Melendres Paternina was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Hernando Manuel Melendres Severiche, who was the father of Isaac Fernando Melendres Paternina, is the legal heir to Isaac Fernando Melendres Paternina and resides in the municipality of Corozal-Sucre.

374. On February 13, 2005, Isaac Fernando Melendres Paternina was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Fernando Ramon Melendres Paternina, who was the brother of Isaac Fernando Melendres Paternina, is the legal heir to Isaac Fernando Melendres Paternina and resides in the municipality of Corozal-Sucre.

375. On June 24, 2007, Carlos Enrique Yepes was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Judith del Carmen Gomez Estrada, who was the mother of Carlos Enrique Yepes, is the legal heir to Carlos Enrique Yepes and resides in the municipality of Corozal-Sucre.

376. On May 4, 1997, Jhon Edgar Mogollon Ortega was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sonia del Carmen Ortega Madera, who was the mother of Jhon Edgar Mogollon Ortega, is the legal heir to Jhon Edgar Mogollon Ortega and resides in the municipality of Corozal-Sucre.

377.     On February 12, 2007, Ramiro Jose Bermejo Villadiego was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ena Margarita Meza Soto, who was the wife of Ramiro Jose Bermejo Villadiego, is the legal heir to Ramiro Jose Bermejo Villadiego and resides in the municipality of Corozal-Sucre.

378.     On May 18, 2003, David Antonio Barboza Tovar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cila Beatriz Tovar Perez, who was the mother of David Antonio Barboza Tovar, is the legal heir to David Antonio Barboza Tovar and resides in the municipality of Corozal-Sucre.

379.     On October 19, 2002, Osvaldo de Jesus Alvarez Rivera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elena Maria Alvarez Rivera, who was the mother of Osvaldo de Jesus Alvarez Rivera, is the legal heir to Osvaldo de Jesus Alvarez Rivera and resides in the municipality of Corozal-Sucre.

380.     On November 4, 2006, Duber Ney Madarriaga Cruz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Isabel Cruz de Madarriaga, who was the mother of Duber Ney Madarriaga Cruz, is the legal heir to Duber Ney Madarriaga Cruz and resides in the municipality of Corozal-Sucre.

381.     On July 3, 2000, Ignacio Jose Lazaro Tovar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dioselina Maria Perez Portacio, who

was the wife of Ignacio Jose Lazaro Tovar, is the legal heir to Ignacio Jose Lazaro Tovar and resides in the municipality of Corozal-Sucre.

382.     On December 31, 1999, Jairo Jose Hernandez Sanchez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Maria Soto Robles, who was the wife of Jairo Jose Hernandez Sanchez, is the legal heir to Jairo Jose Hernandez Sanchez and resides in the municipality of Corozal-Sucre.

383.     On November 4, 2005, Emerson Jose Sierra Mendez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nilfa del Rosario Gonzalez Perez, who was the wife of Emerson Jose Sierra Mendez, is the legal heir to Emerson Jose Sierra Mendez and resides in the municipality of Monteria-Cordoba.

384.     On August 13, 2007, Raomir de Jesus Meza Vergara was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mary del Carmen Vergara de Meza is the legal heir to Raomir de Jesus Meza Vergara and resides in the municipality of Sucre.

385.     On January 10, 1999, Pedro Manuel Rios Lopez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Pedro Antonio Rios Martinez is the legal heir to Pedro Manuel Rios Lopez and resides in the municipality of Toluviejo-Sucre.

386.     On August 25, 2000, Jose Luis Rios Lopez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Pedro Antonio Rios Martinez is the legal heir to Jose Luis Rios Lopez and resides in the municipality of Toluviejo-Sucre.

387.   On August 25, 2000, Ebiliardo Rios Lopez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Pedro Antonio Rios Martinez is the legal heir to Ebiliardo Rios Lopez and resides in the municipality of Toluviejo-Sucre.

388.   On May 9, 2000, Pablo del Cristo Martinez Ortega was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Pablo de Jesus Martinez Jaraba is the legal heir to Pablo del Cristo Martinez Ortega and resides in the municipality of Corozal-Sucre.

389.   On August 22, 1997, Luis Miguel Barros Gomez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ena Teresa Pineda Pena, who was the wife of Luis Miguel Barros Gomez, is the legal heir to Luis Miguel Barros Gomez and resides in the municipality of Ovejas-Sucre.

390.   On August 9, 2004, Humberto Humberto Ebratt Herazo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mariluz Ebratt Buelvas, who was the daughter of Humberto Humberto Ebratt Herazo, is the legal heir to Humberto Humberto Ebratt Herazo and resides in the municipality of Monteria-Cordoba.

391.   On January 15, 2007, Roberto Carlos Vergara Paternina was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Beatriz Elena Ortega Estrada, who was the wife of Roberto Carlos Vergara Paternina, is the legal heir to Roberto Carlos Vergara Paternina and resides in the municipality of Corozal-Sucre.

392.    On April 21, 2006, Dionisio Antonio Guillin was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Irene Guillin de Padilla is the legal heir to Dionisio Anotion Guillin and resides in the municipality of Corozal-Sucre.

393.    On February 28, 1999, Moises Antonio Valeta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Magdalena Bertel Torres, who was the wife of Moises Antonio Valeta, is the legal heir to Moises Antonio Valeta and resides in the municipality of Corozal-Sucre.

394.    On December 19, 2003, Luis Alberto Ramirez Perez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Tarcila Perez Villadiego, who was the mother of Luis Alberto Ramirez Perez, is the legal heir to Luis Alberto Ramirez Perez and resides in the municipality of Corozal-Sucre.

395.    On September 17, 1993, Gustavo Castellar Rivera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maribel Anaya Menco, who was the wife of Gustavo Castellar Rivera, is the legal heir to Gustavo Castellar Rivera and resides in the municipality of Corozal-Sucre.

396.     On November 1, 1996, Antonio Guerra Gomez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Rosa Meza Martinez, who was the wife of Antonio Guerra Gomez, is the legal heir to Antonio Guerra Gomez and resides in the municipality of Ovejas-Sucre.

397.     On August 23, 2000, Ginis Diarlis Chavez Marquez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ludis Garcia Abad is the legal heir to Ginis Diarlis Chavez Marquez and resides in the municipality of Toluviejo-Sucre.

398.     On November 16, 2005, Alfonso Rafael Montes Martinez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gloria Merino Varela is the legal heir to Alfonso Rafael Montes Martinez and resides in the municipality of Corozal-Sucre.

399.     On February 1, 1995, Manuel de Jesus Guerra was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elsa Guzman is the legal heir to Manuel de Jesus Guerra and resides in the municipality of Corozal-Sucre.

400.     On June 3, 1994, Fabio Romero Diaz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosiris Camargo Torres, who was the wife of Fabio Romero Diaz, is the legal heir to Fabio Romero Diaz and resides in the municipality of Corozal-Sucre.

401.    On January 24, 2006, Pablo Martinez Hernandez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Eva Mejia Galvan, who was the wife of Pablo Martinez Hernandez, is the legal heir to Pablo Martinez Hernandez and resides in the municipality of Corozal-Sucre.

402.    On November 12, 2001, Rafael Gonzalez Fernandez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cira Reivera Luna is the legal heir to Rafael Gonzalez Fernandez and resides in the municipality of Corozal-Sucre.

403.    On November 20, 2005, Luis Roberto Ruiz Gomez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Candelaria Gomez Perez, who was the wife of Luis Roberto Ruiz Gomez, is the legal heir to Luis Roberto Ruiz Gomez and resides in the municipality of Sincelejo-Sucre.

404.    On February 27, 1997, Julio Cesar Rosales Zabala was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maribel Rosales Rodriguez, who was the daughter of Julio Cesar Rosales Zabala, is the legal heir to Julio Cesar Rosales Zabala and resides in the municipality of Ovejas-Sucre.

405.    On July 3, 2000, Emiro Mercado Mercado was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yony Acosta Mercado, who was the

brother of Emiro Mercado Mercado, is the legal heir to Emiro Mercado Mercado and resides in the municipality of Corozal-Sucre.

406.     On October 13, 2002, Cesar Julio Vergara Ortega was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sixta Vergara Ortega, who was the sister of Cesar Julio Vergara Ortega, is the legal heir to Cesar Julio Vergara Ortega and resides in the municipality of Corozal-Sucre.

407.     On September 18, 1999, Remberto Chavez Ortega was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria de las Nieves Ortega, who was the mother of Remberto Chavez Ortega, is the legal heir to Remberto Chavez Ortega and resides in the municipality of Corozal-Sucre.

408.     On September 24, 2000, Daniel Blanco Mercado was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Julio Elias Blanco Romero, who was the father of Daniel Blanco Mercado, is the legal heir to Daniel Blanco Mercado and resides in the municipality of El Coley-Sucre.

409.     On September 18, 2006, Jose Daniel Arrieta Tovar was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria del Rosario Arrieta Tovar, who is the mother of Jose Daniel Arrieta Tovar, is the legal heir to Jose Daniel Arrieta Tovar and resides in the municipality of Corozal-Sucre.

410.    On November 9, 2003, Carlos Antonio Barboza was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Neris Barboza, who was the mother of Carlos Antonio Barboza, is the legal heir to Carlos Antonio Barboza and resides in the municipality of Corozal-Sucre.

411.    On September 7, 2005, Manuel del Cristo Contreras Viloria was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Isabel Candelaria Osorio Fernandez, who was the wife of Manuel del Cristo Contreras Viloria, is the legal heir to Manuel del Cristo Contreras Viloria and resides in the municipality of Ovejas-Sucre.

412.    On July 4, 2001, Franklin Francisco Mercado was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Antonio Jose Ortega Mercado, who was the father of Franklin Francisco Mercado, is the legal heir to Franklin Francisco Mercado and resides in the municipality of Corozal-Sucre.

413.    On November 29, 2003, William Serpa Vergara was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Martha Cecilia Martinez Perez, who was the wife of William Serpa Vergara, is the legal heir to William Serpa Vergara and resides in the municipality of Corozal-Sucre.

414.    On August 3, 1999, Ismael de Jesus Perez Villadiego was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maritza Isbel Villadiego, who was the

mother of Ismael de Jesus Perez Villadiego, is the legal heir to Ismael de Jesus Perez Villadiego and resides in the municipality of San Onofre-Sucre.

415.    On October 7, 2002, Jaime Jose Dominguez Fernandez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Perez Paternina, who was the wife of Jaime Jose Dominguez Fernandez, is the legal heir to Jaime Jose Dominguez Fernandez and resides in the municipality of San Pedro-Sucre.

416.    On October 3, 2002, Edinson Santana Altahona was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Evelys Santana Altahona, who was the sister of Edinson Santana Altahona, is the legal heir to Edinson Santana Altahona and resides in the municipality of Corozal-Sucre.

417.    On May 4, 1997, Beatriz Elena Rivera Aviles was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Elena Aviles Perez, who was the mother of Beatriz Elena Rivera Aviles, is the legal heir to Beatriz Elena Rivera Aviles and resides in the municipality of Corozal-Sucre.

418.    On July 28, 1994, Rafael del Cristo Martinez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Milena Martinez is the legal heir to Rafael del Cristo Martinez and resides in the municipality of Corozal-Sucre.

419.    On June 18, 2004, Victor Manuel Gomez Acevedo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Pabla Isabel Gomez Acevedo, who was the mother of Victor Manuel Gomez Acevedo, is the legal heir to Victor Manuel Gomez Acevedo and resides in the municipality of Corozal-Sucre.

420.     On December 29, 2000, Luis Eduardo Mendez Barrios was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Eduardo Menolet Reyes, who was the brother-in-law of Luis Eduardo Mendez Barrios, is the legal heir to Luis Eduardo Mendez Barrios and resides in the municipality of Corozal-Sucre.

421.     On September 17, 1998, Ezequiel Antonio Contreras Perez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Diomaris del Rosario Contreras Perez, who was the wife of Ezequiel Antonio Contreras Perez, is the legal heir to Ezequiel Antonio Contreras Perez and resides in the municipality of San Jose de Pileta-Sucre.

422.     On May 26, 1999, Dinara Diaz Montes was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dinara Diaz Montes resides in the municipality of Corozal-Sucre.

423.     On April 25, 1992, Mauricio Robles Prieto was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elida Meza Soto, who was the wife of Mauricio Robles Prieto, is the legal heir to Mauricio Robles Prieto and resides in the municipality of Corozal-Sucre.

424.     On January 8, 2002, Pablo Enrique Bohorquez Arrieta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Bohorquez Arrieta, who was the sister of Pablo Enrique Bohorquez Arrieta, is the legal heir to Pablo Enrique Bohorquez Arrieta and resides in the municipality of Ovejas-Sucre.

425.     On April 16, 2005, Rafael Hernandez Gamboa was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rafael Enrique Hernandez Arrieta, who was the father of Rafael Hernandez Gamboa, is the legal heir to Rafael Hernandez Gamboa and resides in the municipality of Corozal-Sucre.

426.     On August 20, 2001, Javier Antonio Barrios Montesino was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Felix Antonio de la Hoz, who was the father of Javier Antonio Barrios Montesino, is the legal heir to Javier Antonio Barrios Montesino and resides in the municipality of Corozal-Sucre.

427.     On August 10, 2004, Jose Manuel Ortega Torres was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria de los Santos Ortega Torres, who was the mother of Jose Manuel Ortega Torres, is the legal heir to Jose Manuel Ortega Torres and resides in the municipality of Corozal-Sucre.

428.     On November 7, 2002, Alejandro Ruiz Rios was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Maria Luna Mercado, who was

the wife of Alejandro Ruiz Rios, is the legal heir to Alejandro Ruiz Rios and resides in the municipality of Sincelejo-Sucre.

429.    On May 25, 2000, Jorge Alejandro Hernandez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alice Vargas Vergara is the legal heir to Jorge Alejandro Hernandez and resides in the municipality of Sincelejo-Sucre.

430.    On June 8, 1995, Miguel Martinez Ortega was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Miriam Perez Sevilla, who was the wife of Miguel Martinez Ortega, is the legal heir to Miguel Martinez Ortega and resides in the municipality of San Juan de Betulia-Sucre.

431.    On February 15, 1997, Jorge Luis Peralta Perez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gilma Lucia Banos Palencia, who was the wife of Jorge Luis Peralta Perez, is the legal heir to Jorge Luis Peralta Perez and resides in the municipality of Corozal-Sucre.

432.    On February 15, 1997, Edgardo del Cristo Banos was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lettys Palencia de Banos, who was the wife of Edgardo del Cristo Banos, is the legal heir to Edgardo del Cristo Banos and resides in the municipality of Corozal-Sucre.

433.    On October 27, 2006, Jose Gregorio Pineres Moreno was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Doris de Jesus Moreno Ortega, who was the mother of Jose Gregorio Pineres Moreno, is the legal heir to Jose Gregorio Pineres Moreno and resides in the municipality of Corozal-Sucre.

434.   On August 17, 1990, Jose Tomas Baldovino Chadid was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alba Yaneth Atencia Perez is the legal heir to Jose Tomas Baldovino Chadid and resides in the municipality of Corozal-Sucre.

435.   On November 9, 2003, Fabian Jaraba Guzman was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elda Maria Guzman Leon, who was the mother of Fabian Jaraba Guzman, is the legal heir to Fabian Jaraba Guzman and resides in the municipality of Corozal-Sucre.

436.   On August 27, 2000, Maximiliano Martinez Mercado was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Julio Francisco Martinez Mercaso, who was the brother of Maximiliano Martinez Mercado, is the legal heir to Maximiliano Martinez Mercado and resides in the municipality of San Juan de Betulia-Sucre.

437.   On May 29, 1995, Argemiro Jose Reales Ortega was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cristina Reales Ortega, who was the mother of Argemiro Jose Reales Ortega, is the legal heir to Argemiro Jose Reales Ortega and resides in the municipality of Corozal-Sucre.

438.     On April 26, 2001, Guillermo Antonio de Jesus Calle Herrera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carlos Mario Calle Restrepo, who was the son of Guillermo Anotnio de Jesus Calle Herrera, is the legal heir to Guillermo Anotnio de Jesus Calle Herrera and resides in the municipality of Apartado-Antioquia.

439.     On March 31, 2000, Santos Manuel Villadiego was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edilda Rosa Perez Hernandez, who was the wife of Santos Manuel Villadiego, is the legal heir to Santos Manuel Villadiego and resides in the municipality of Corozal-Sucre.

440.     On May 1, 1998, Fredy Manuel Martinez Castellar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Denis del Carmen Martinez Castellar, who was the wife of Fredy Manuel Martinez Castellar, is the legal heir to Fredy Manuel Martinez Castellar and resides in the municipality of Apartado-Antioquia.

441.     On March 16, 1997, Jorge Albeiro Mejia Bedoya was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Amparo Arteaga Alcaraz, who was the sister-in-law of Jorge Albeiro Mejia Bedoya, is the legal heir to Jorge Albeiro Mejia Bedoya and resides in the municipality of Apartado-Antioquia.

442.     On September 20, 2002, Francisco Luis Jimenez Gomez was shot and severley injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in

conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Francisco Luis Jimenez Gomez with loss of services to Luz Teresa Quintero resides in the municipality of Santaurio-Antioquia.

443.    On July 1, 1997, John Fredy Lopez Sierra was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants.  Plaintiff Luz Lopez Sierra, who was the sister of John Fredy Lopez Sierra, is the legal heir to John Fredy Lopez Sierra and resides in the City and State of New York.

444.    On April 23, 2000, Marco Tulio Padilla Pacheco was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Blanca Rosa Padilla Pacheco, who was the sister of Marco Tulio Padilla Pacheco, is the legal heir to Marco Tulio Padilla Pacheco and resides in the municipality of Corozal-Sucre.

445.    On June 7, 2003, Ariel de Jesus Reino Ramirez was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Olga Lucia Perez Hernandez, who was the wife of Ariel de Jesus Reino Ramirez, is the legal heir toAriel de Jesus Reino Ramirez and resides in the municipality of Corozal-Sucre.

446.    On April 13, 1996, Edilberto Manuel Ferer Tovar was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maritza Esthe Deavila Tordecilla, who was the wife of Edilberto Manuel Ferer Tovar, is the legal heir to Edilberto Manuel Ferer Tovar and resides in the municipality of Corozal-Sucre.

447.     On August 14, 2000, Jorge Eduardo Pena Valencia was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Miledis Salazar Solorzano, who was the wife of Jorge Eduardo Pena Valencia, is the legal heir to Jorge Eduardo Pena Valencia and resides in the municipality of Corozal-Sucre.

448.     On May 16, 2003, Ofer Manuel Perez Lopez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nayide Estner Perez Lopez, who was the sister of Ofer Manuel Perez Lopez, is the legal heir to Ofer Manuel Perez Lopez and resides in the municipality of Corozal-Sucre.

449.     On February 20, 1999, Rafael Antonio Guerra Gomez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Encarnacion Guerra Gomez, who was the mother of Rafael Antonio Guerra Gomez, is the legal heir to Rafael Anotnio Guerr Gomez and resides in the municipality of San Pedro-Sucre.

450.     On December 10, 1996, Jose Antonio Anaya Alvarez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Eludina Margoth Anaya Alvarez, who was the daughter of Jose Antonio Anaya Alvarez, is the legal heir to Jose Anotnio Anaya Alvarez and resides in the municipality of Corozal-Sucre.

451.     On August 21, 2003, Angel Madrid Quiroz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Orlando Madrid Martinez, who was

the brother of Angel Madrid Quiroz, is the legal heir to Angel Madrid Quiroz and resides in the municipality of Morroa-Sucre.

452.     On January 6, 1991, Ivan Anibal Villalba Villadiego was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Regina Mercedes Villadigo Perez, who was the mother of Ivan Anibal Villalba Villadiego, is the legal heir to Ivan Anibal Villalba Villadiego and resides in the municipality of Corozal-Sucre.

453.     On September 6, 2005, Henry de Jesus Martinez Guerra was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Emilia Guerra Contreras, who was the mother of Henry de Jesus Martinez Guerra, is the legal heir to Henry de Jesus Martinez Guerra and resides in the municipality of Betulia-Sucre.

454.     On July 16, 2000, Donidaldo Manuel Vergara Solorzano was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cidia Del Socoro Vergara, who was the mother of Donidaldo Manuel Vergara Solorzano, is the legal heir to Donidaldo Manuel Vergara Solorzano and resides in the municipality of Corozal-Sucre.

455.     On August 19, 1988, Jorge Luis Hernandez Oviedo was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cipriano Segundo

Hernandez Gonzales, who was the cousin of Jorge Luis Hernandez Oviedo, is the legal heir to Jorge Luis Hernandez Oviedo and resides in the municipality of Corozal-Sucre.

456.     On March 7, 2004, Rafael Alipio Gomez Gomez was killed or went missing by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Tarcila Judith Reales De Gomez, who was the wife of Rafael Alipio Gomez Gomez, is the legal heir to Rafael Alipio Gomez Gomez and resides in the municipality of Los Palmitos-Sucre.

457.     On September 14, 2000, Alvaro Jose Yaspe De Leones was injured and killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Monica Cecilia Cespedes Salgado, who was the wife of Alvaro Jose Yaspe De Leones, is the legal heir to Alvaro Jose Yaspe De Leones and resides in the municipality of Corozal-Sucre.

458.     On August 19, 2005, Napoleon Antonio Galvan Severiche was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Keli Johana Jimenez Berrio, who was the wife of Napoleon Antonio Galvan Severiche, is the legal heir to Napoleon Antonio Galvan Severiche and resides in the municipality of Corozal-Sucre.

459.     On April 9. 2006, Danis de Jesus Arias Carmona was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elba del Rosario Gamarra Perez, who was the wife of Danis de Jesus Arias Carmona, is the legal heir to Danis de Jesus Arias Carmona and resides in the municipality of Corozal-Sucre.

460.    On February 7, 2000, Leonel Antonio Cano Rangel was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria del Carmen Rangel Pena, who was the mother of Leonel Antonio Cano Rangel, is the legal heir to Leonel Antonio Cano Rangel and resides in the municipality of Corozal-Sucre.

461.    On October 29, 2000, Wilfredo Benitez Salcedo was seriously injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dalinda Del Carmen Salcedo Madrid, who is the mother of Wilfredo Benitez Salcedo, is the legal heir to Wilfredo Benitez Salcedo and resides in the municipality of Corozal-Sucre.

462.    On October 23, 1998, Jose Paulino Cobo Ortega was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Indira Luz Cobo Severiche, who is the daughter of Jose Paulino Cobo Ortega, is the legal heir to Jose Paulino Cobo Ortega and resides in the municipality of San Juan de Bertulia-Sucre.

463.    On March 11, 2000, Carlos Fidel Perez Ortega was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Everlides Mercado Avila, who is the wife of Carlos Fidel Perez Ortega, is the legal heir to Carlos Fidel Perez Ortega and resides in the municipality of Corozal-Sucre.

464.    On July 4, 2001, Silvio Alejandro Ramirez Rodriguez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lilia Rodriguez Severa, who is the

wife of Silvio Alejandro Ramirez Rodriguez, is the legal heir to Silvio Alejandro Ramirez Rodriguez and resides in the municipality of Corozal-Sucre.

465.    On January 7, 2007, Manuel Alberto Sierra Gusman was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dani Ester Gusman De Sierra, who is the wife of Manuel Alberto Sierra Gusman, is the legal heir to Manuel Alberto Sierra Gusmn and resides in the municipality of Morroa-Sucre.

466.    On February 8, 1990, Alber Luiz Medina Mercado was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ivan de Jesus Medina Mercado, who is the brother of Alber Luiz Medina Mercado, is the legal heir to Alber Luiz Medina Mercado and resides in the municipality of Corozal-Sucre.

467.    On November 6, 1993, William Antonio Lorduy Moreno was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Isabel Moreno de Lorduy, who is the mother of William Antonio Lorduy Moreno, is the legal heir to William Antonio Lorduy Moreno and resides in the municipality of Corozal-Sucre.

468.    On April 30, 2007, Pedro Luis Figueroa Royero was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Margarita Rosa Hernandez, who is the wife of Pedro Luis Figueroa Royero, is the legal heir to Pedro Luis Figueroa Royero and resides in the municipality of Corozal-Sucre.

469.     On April 30, 2007, Pedro Luis Figueroa Royero was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yasmin Judith Estrada Vergara is the legal heir to Pedro Luis Figueroa Royero and resides in the municipality of Corozal-Sucre.

470.     On August 11, 2003, Leonardo Fabio Fontalvo Medina was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jhon Robert Salgado Medina, who is the brother of Leonardo Fabio Fontalvo Medina, is the legal heir to Leonardo Fabio Fontalvo Medina and resides in the municipality of Corozal-Sucre.

471.     On September 14, 1999, Manuel Jeronimo Perez Castro disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Leonardo Rafael Perez Hernandez, who is the brother of Manuel Jeronimo Perez Castro, is the legal heir to Manuel Jeronimo Perez Castro and resides in the municipality of Corozal-Sucre.

472.     On July 31, 1999, Omar De Jesus Gonzales Corpas was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yamiles Maria Suarez Ortega, who is the wife of Omar De Jesus Gonzales Corpas, is the legal heir to Omar De Jesus and resides in the municipality of Corozal-Sucre.

473.     On January 17, 2002, Ermides Henindes Arrieta Perez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lucy Ester Perez Gale, who is the

cousin of Ermides Hermindez Arrieta Perez, is the legal heir to Ermides Henindes Arrieta Perez and resides in the municipality of Corozal-Sucre.

474.    On July 7, 1996, Jaime Ramiro Sotelo Oviedo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marcia Sotelo Ascencio, who is the daughter of Jaime Ramiro Sotelo Oviedo, is the legal heir to Jaime Ramiro Sotelo Oviedo and resides in the municipality of Corozal-Sucre.

475.    On March 25, 1996, Eduar Manuel Vergara Martinez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Angel Naguit Vergara Martinez, who is the brother of Eduar Manuel Vergara Martinez, is the legal heir to Eduar Manuel Vergara Martinez and resides in the municipality of Corozal-Sucre.

476.    On July 3, 1999, Julio Cesar Mercado Olivera was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Everlides Mercado Sierra, who is the wife of Julio Cesar Mercado Olivera, is the legal heir to Julio Cesar Mercado Olivera and resides in the municipality of Corozal-Sucre.

477.    On October 1, 2003, Jhon Jairo Colorado Suarez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cielo del Rasario Suarez, who is the mother of Jhon Jairo Colorado Suarez, is the legal heir to Jhon Jairo Colorado Suarez and resides in the municipality of Corozal-Sucre.

478.     On January 31, 2002, Jose Ulises Garcia Ocampo was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sandra Chamorro Arrieta, who is the wife of Jose Ulises Garcia Ocampo, is the legal heir to Jose Ulises Garcia Ocampo and resides in the municipality of Corozal-Sucre.

479.     On November 15, 2006, Carmelo de Jesus Barrios Acosta was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Consuelo de Jesus Ortega Ortega, who is the wife of Carmelo de Jesus Barrios Acosta, is the legal heir to Carmelo de Jesus Barrios Acosta and resides in the municipality of San Juan De Betulia-Sucre.

480.     On December 4, 2006, Reinal Jose Vergara Jimenes was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Victoria Vergara Jimenes, who is the sister of Reinal Jose Vergara Jimenes, is the legal heir to Reinal Jose Vergara Jimenes and resides in the municipality of Corozal-Sucre.

481.     On September 27, 2000, Wilson de Jesus Hernandez Martinez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rubi Margoth Escorcia Pena, who is the wife of Wilson de Jesus Hernandez Martinez, is the legal heir to Wilson de Jesus Hernandez Martinez and resides in the municipality of Corozal-Sucre.

482.     On September 6, 2004, Rafael Hernandez Diaz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alma Delia Marquez Carreno, who is

the wife of Rafael Hernandez Diaz, is the legal heir to Rafael Hernandez Diaz and resides in the municipality of Sincelejo-Sucre.

483.     On August 30, 2004, Jorge Luis Quiroz Yepez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lucia Vitalia Gamarra Perez, who is the wife of Jorge Luis Quiroz Yepez, is the legal heir to Jorge Luis Quiroz Yepez and resides in the municipality of Corozal-Sucre.

484.     On August 28, 1995, Wilfrido de Jesus Dominguez Castro was seriously injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Wilfrido de Jesus Dominguez Castro is the legal heir to Wilfrido de Jesus Dominguez Castro and resides in the municipality of Corozal-Sucre.

485.     On November 4, 2006, Ariel de Jesus Echavarria Caro was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Kelis Candelaria Arrieta Perez, who is the wife of Ariel de Jesus Echavarria Caro, is the legal heir to Ariel de Jesus Echavarria Caro and resides in the municipality of Corozal-Sucre.

486.     On April 28,1997, Ilse Salgado Arrieta disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elizabeth Banquett Salgado, who is the wife of Ilse Salgado Arrieta, is the legal heir to Ilse Salgado Arrieta and resides in the municipality of Corozal-Sucre.

487.     On August 25, 1996, Julio Segundo Pereira Diaz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Diaz Viudo de Pereira, who is the wife of Julio Segundo Pereira Diaz, is the legal heir to Julio Segundo Pereira Diaz and resides in the municipality of Sincelejo-Sucre.

488.     On March 17, 1993, Hernando Miguel Teheran Mercado disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Amalia del Carmen Benitez Guerro, who is the aunt of Hernando Miguel Teheran Mercado, is the legal heir to Hernando Miguel Teheran and resides in the municipality of Sincelejo-Sucre.

489.     On January 7, 2001, Alcides Manuel Rivero Novoa was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Rosario Rivero Novoa, who is the wife of Alcides Manuel Rivero Novoa, is the legal heir to Alcides Manuel Rivero Novoa and resides in the municipality of Sincelejo-Sucre.

490.     On February 13, 2005, Hernando Manuel Melendres Severiche was seriously injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Hernando Manuel Melendres Severiche is the legal heir to Hernando Manuel Melendres Severiche and resides in the municipality of Corozal-Sucre.

491.     On May 11, 1996, Pedro Terran Muniz was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Bernardo Jose Terran Arrieta, who is the father of

Pedro Terran Muniz, is the legal heir to Pedro Terran Muniz and resides in the municipality of Corozal-Sucre.

492.    On January 19, 2006, Margoth Isabel Marquez de Marquez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Marquez Diaz, who is the sister of Margoth Isabel Marquez de Marquez, is the legal heir to Luis Marquez Diaz and resides in the municipality of Toluviejo-Sucre.

493.    On June 17, 1999, Fabio de Jesus Mogollon Palacio was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose Alfonso Mogollon Palacio, who is the brother of Fabio de Jesus Mogollon Palacio, is the legal heir to Fabio de Jesus Mogollon Palacio and resides in the municipality of Corozal-Sucre.

494.    On September 13, 1994, Manuel de Jesus Payares Perez was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Milton Jose Payares Sanchez, who is the son of Manuel de Jesus Payares Perez, is the legal heir to Manuel de Jesus Payares Perez and resides in the municipality of Corozal-Sucre.

495.    On January 26, 2004 Ramon Del Cristo Ricardo Torres, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Leonardo Torres Acosta, who is the son of Ramon Del Cristo Ricardo Torres, is the legal heir to Ramon Del Cristo Ricardo Torres and resides in the municipality of Corozal-Sucre.

496.     On July 2, 2007 Everluis Urango Hernandez was seriously injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Everluis Urango Hernandez is the legal heir to Everluis Urango Hernandez and resides in the municipality of Corozal-Sucre.

497.     On November 9, 2003 Walter David Perez Lopez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alirio Angel Perez Mendez, who is the son of Walter David Perez Lopez, is the legal heir to Walter David Perez Lopez and resides in the municipality of Corozal-Sucre.

498.     On November 9, 2003 Walter David Perez Lopez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yenis Margarita Benitez Narvaez, who is the wife of Walter David Perez Lopez, is the legal heir to Walter David Perez Lopez and resides in the municipality of Corozal-Sucre.

499.     On March 24, 2007 Elver Adrian Casalla Morales, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edilsa Victoria Morales Argumedo, who is the mother of Elver Adrian Casalla Morales, is the legal heir to Edilsa Victoria Morales Argumedo and resides in the municipality of Corozal-Sucre.

500.     On October 20, 1995 Luis Del Cristo Mercado Contreras, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Danis Maritza Pena

Perez, who is the partner of Luis Del Cristo Mercado Contreras, is the legal heir to Luis Del Cristo Mercado Contreras and resides in the municipality of Corozal-Sucre.

501.    On October 20, 1995 Luis Del Cristo Mercado Contreras, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yenis Margarita Benitez Narvaez, who is the wife of Luis Del Cristo Mercado Contreras, is the legal heir to Luis Del Cristo Mercado Contreras and resides in the municipality of Corozal-Sucre.

502.    On May 25, 2000 Adolfo Jose Galindo Badel, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Leyda Josefina Mesa Gamarra, who is the wife of Adolfo Jose Galindo Badel, is the legal heir to Leyda Josefina Mesa Gamarra and resides in the municipality of Corozal-Sucre.

503.    On March 24, 2003 Jaime Segundo Payeres Sanchez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Miris Rosina Payares Sanchez, who is the mother of Jaime Segundo Payeres Sanchez, is the legal heir to Jaime Segudo Payeres Sanchez and resides in the municipality of Corozal-Sucre.

504.    On July 3, 2000 Adolfo Rafael Acosta Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Claribeth Aviles Perez, who is the wife of Adolfo Rafael Acosta Perez, is the legal heir to Adolfo Rafael Acosta Perez and resides in the municipality of Betulia-Sucre.

505.   On August 11, 1999, Mileyda Arcos Badel, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Orlando Manual Arcos Salcedo, who is the daughter of Mileyda Arcos Badel, is the legal heir to Mileyda Arcos Badel and resides in the municipality of Morroa-Sucre.

506.   On March 16, 2002, Francisco Javier Lopez Ascencio, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Raquel Maria Ascencio Canchila, who is the mother of Francisco Javier Lopez Ascencio, is the legal heir to Francisco Javier Lopez Ascensio and resides in the municipality of Corozal-Sucre.

507.   On May 24, 1994, Rafael Segundo Puches Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Araceida del Socorro Puche Perez, who is the sister of Rafael Segundo Puches Perez, is the legal heir to Rafael Segundo Puches Perez and resides in the municipality of Corozal-Sucre.

508.   On September 23, 2002, Gustavo Manuel Tobar Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Dolores Tobar Perez, who is the sister of Gustavo Manuel Tobar Perez, is the legal heir to Gustavo Manuel Tobar Perez and resides in the municipality of Corozal-Sucre.

509.   On September 13, 1990, Jose Esteban Meza Acosta, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Milena Meza Ortega, who is the

daughter of Jose Esteban Meza Acosta, is the legal heir to Jose Esteban Meza Acosta and resides in the municipality of Betulia-Sucre.

510.    On September 20, 2004, Audaz Miguel Contreras Suarez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Never del Cristo Contreras Suarez, who is the brother of Audaz Miguel Contreras Suarez, is the legal heir to Audaz Miguel Contreras Suarez and resides in the municipality of Corozal-Sucre.

511.    On August 8, 1999, Oner de Jesus Gil Meza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yomaris Sofia Gil Meza, who is the sister of Oner de Jesus Gil Meza, is the legal heir to Oner de Jesus Gil Meza and resides in the municipality of Betulia-Sucre.

512.    On December 4, 2003, Eustorgio Manuel Cueto Contreras, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Beatriz Lucila Lora Marmolejo, who is the wife of Eustorgio Manuel Cueto Contreras, is the legal heir to Eustorgio Manuel Cueto Contreras and resides in the municipality of Corozal-Sucre.

513.    On December 23, 2002, Jorge Isaac Touz Perez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ludis Maria Perez Ascencio, who is the mother of Jorge Isaac Touz Perez, is the legal heir to Jorge Isaac Touz Perez and resides in the municipality of Corozal-Sucre.

514.     On March 30, 1998, Tomas Segundo Quiroz Cuello, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Osme Segundo Quiroz Yepez, who is the father of Tomas Segundo Quiroz Cuello, is the legal heir to Tomas Segundo Quiroz Cuello and resides in the municipality of Corozal-Sucre.

515.     On March 3, 2003, Alfonso Antonio Munoz Blanco, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Roxi del Carmen Munoz Blanco, who is the daughter of Alfonso Antonio Munoz Blanco, is the legal heir to Alfonso Antonio Munoz Blanco and resides in the municipality of Corozal-Sucre.

516.     On March 5, 1997, Marco Emiro Garavito Conde, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aracelis del Carmen Ascencio Canchila, who is the wife of Marco Emiro Garavito Conde, is the legal heir to Marco Emiro Garavito Conde and resides in the municipality of Corozal-Sucre.

517.     On May 9, 2007, Juan Carlos Merlano Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Consuelo Diaz Bustamante, who is the mother of Juan Carlos Merlano Diaz, is the legal heir to Juan Carlos Merlano Diaz and resides in the municipality of Sincelejo-Sucre.

518.     On August 30, 2000, Victor Manuel Tapias Peralta, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dolores Padilla Rodriguez, who is the

wife of Victor Manuel Tapias Peralta, is the legal heir to Victor Manuel Tapias Peralte and resides in the municipality of Corozal-Sucre.

519.    On August 30, 2000, Orlando Antonio Tapia Peralta, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Uluminada Peralta De Tapia, who is the wife of Orlando Antonio Tapia Peralta, is the legal heir to Orlando Antonio Tapia Peralta and resides in the municipality of Corozal-Sucre.

520.    On July 30, 1993, Carlos Fidel Peralta Martinez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Cristina Martinez Jaraba, who is the wife of Carlos Fidel Peralta Martinez, is the legal heir to Carlos Fidel Peralta Martinez and resides in the municipality of Corozal-Sucre.

521.    On July 15, 2007, Arturo Segundo Sanchez Osorio, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yanerlis del Socorro Osorio Guerrero, who is the mother of Arturo Segundo Sanchez Osorio, is the legal heir to Arturo Segundo Sanchez Orosio and resides in the municipality of Corozal-Sucre.

522.    On June 30, 2007, Arcadio Custodio Meza Leon, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Petrono Rolleth Leon, who is the wife of Arcadio Custodio Meza Leon, is the legal heir to Arcadio Custodio Meza Leon and resides in the municipality of Corozal-Sucre.

523.     On February 7, 2006, Arturo Santos Guzman, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marelys Luz Leguia, who is the wife of Arturo Santos Guzman, is the legal heir to Arturo Santos Guzman and resides in the municipality of Corozal-Sucre.

524.     On November 6, 1994, Luis Rafael Martinez Sandoval, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff, Alicia del Carmen Sandoval Herazo, who is the mother of Luis Rafael Martinez Sandoval, is the legal heir to Luis Rafael Martinez Sandoval and resides in the municipality of Corozal-Sucre.

525.     On December 5, 1994, Omar de Jesus Martinez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff, Jair Fabian Martinez Sandoval, who is the son of Omar de Jesus Martinez, is the legal heir to Omar de Jesus Martinez and resides in the municipality of Corozal-Sucre.

526.     On October 15, 1994, Andres Manuel Uparela Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Denis Santiz Diaz, who is the mother of Andres Manuel Uparela Diaz, is the legal heir to Andres Manuel Uparela Diaz and resides in the municipality of Corozal-Sucre.

527.     On December 16, 2007, Manuel de Jesus Santiz Pineda, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yamile Santiz Pineda,

who is the sister of Manuel de Jesus Santiz Pineda, is the legal heir to Manuel de Jesus Santiz Pineda and resides in the municipality of Since-Sucre.

528.    On May 23, 2000, Anibal Jose Gamboa Narvaez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lila de las Mercedes Navarez Aguas, who is the mother of Anibal Jose Gamboa Narvaez, is the legal heir to Anibal Jose Gamboa Narvaez and resides in the municipality of Corozal-Sucre.

529.    On December 31, 1998, Carmelo de Jesus Mercado Dominguez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edin Del Carmen Lora Peralta, who is the wife of Carmelo de Jesus Mercado Dominguez, is the legal heir to Carmelo de Jesus Mercado Dominguez and resides in the municipality of Corozal-Sucre.

530.    On August 15, 2002, Geaneth Enrique Rivera Rivero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Liris Rivero Chamorro, who is the father of Geaneth Enrique Rivera Rivero, is the legal heir to Geaneth Enrique Rivera Rivero and resides in the municipality of Ovejas-Sucre.

531.    On December 3, 2002, Jorge Luis Machado Ortega, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elena Maria Diaz Hernandez, who is the wife of Jorge Luis Machado Ortega, is the legal heir to Jorge Luis Machado Ortega and resides in the municipality of Corozal-Sucre.

532.    On October 24, 2001, Carlos Alberto Urzola Monterroza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Isabel Monterrosa Mendoza, who is the sister of Carlos Alberto Urzola Monterroza, is the legal heir to Carlos Alberto Urzola Monterroza and resides in the municipality of Tolu-Sucre.

533.    On October 4, 2007, Elvia Regina Consuegra Castilla, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jesus Rafael Guerra Consuegra, who is the sister of Elvia Regina Consuegra Castilla, is the legal heir to Elvia Regina Consuegra Castilla and resides in the municipality of Corozal-Sucre.

534.    On December 4, 2006, Andres Rafael Velilla Canchila, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Petrona Canchila Martinez, who is the mother of Andres Rafael Velilla Canchila, is the legal heir to Andres Rafael Velilla Canchila and resides in the municipality of Corozal-Sucre.

535.    On October 24, 2001, Donaldo Enrique Monterroza Mendoza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Graciela Mendoza Julio, who is the mother of Donaldo Enrique Monterroza Mendoza, is the legal heir to Donaldo Enrique Monterroza Mendoza and resides in the municipality of Tolu-Sucre.

536.    On February 9, 2000, Nestor Garcia Montes, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Melia Arrieta Rodriguez, who is

the wife of Nestor Garcia Montes, is the legal heir to Nestor Garcia Montes and resides in the municipality of Corozal-Sucre.

537.    On December 10, 1994, Robinson de Jesus Martinez Barboza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lucy del Carmen Sanchez Narvaez, who is the daughter of Robinson de Jesus Martinez Barboza, is the legal heir to Robinson de Jesus Martinez Barboza and resides in the municipality of Corozal-Sucre.

538.    On October 9, 2000, Jhon Jairo Martinez Coronado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yarledis Damaris Martinez Coronado, who is the sister of Jhon Jairo Martinez Coronado, is the legal heir to Jhon Jairo Martinez Coronado and resides in the municipality of Corozal-Sucre.

539.    On August 28, 2007, Jose Luis Meza Ortega, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sagrario del Rosario Ortega Mendosa, who is the mother of Jose Luis Meza Ortega, is the legal heir to Jose Luis Meza Ortega and resides in the municipality of Betulia-Sucre.

540.    On July 19, 2001, Bienvenido Cuello Vergara, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mayanda Arrieta Perez, who is the wife of Bienvenido Cuello Vergara, is the legal heir to Bienvenido Cuello Vergara and resides in the municipality of Corozal-Sucre.

541.     On December 31, 2007, Euguarne Ramos Bruce, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Daris Ruiz Mendoza, who is the wife of Euguarne Ramos Bruce, is the legal heir to Euguarne Ramos Bruce and resides in the municipality of Corozal-Sucre.

542.     On July 2, 2000, Silvio de Jesus Acosta Medina, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mary Sodely Acosta Tovar, who is the wife of Silvio de Jesus Acosta Medina, is the legal heir to Silvio de Jesus Acosta Medina and resides in the municipality of Betulia-Sucre.

543.     On April 15, 1997, Walter Rafael Ortega Acosta, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Osman Jose Ortega Jimenez, who is the son of Walter Rafael Ortega Acosta, is the legal heir to Walter Rafael Ortega Acosta and resides in the municipality of Corozal-Sucre.

544.     On November 6, 2001, Edwin Antonio Nisperusa Andrade, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sara Isabel Almanza Cardenas, who is the wife of Edwin Antonio Nisperusa Andrade, is the legal heir to Edwin Antonio Nisperusa Andrade and resides in the municipality of Sincelejo-Sucre.

545.     On May 9, 1999, Martin Emilio Pineda Nunez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Berledys Nunez Olivera,

who is the mother of Martin Emilio Pineda Nunez, is the legal heir to Martin Emilio Pineda Nunez and resides in the municipality of Corozal-Sucre.

546.    On December 23, 2002, Luis Alberto Jimenez Martinez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gilma Maria Jimenez Martinez, who is the mother of Luis Alberto Jimenez Martinez, is the legal heir to Luis Alberto Jimenez Martinez and resides in the municipality of Sincelejo-Sucre.

547.    On September 22, 1993, Juan Manuel Montesino Canchila, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Bertilda Rosa Canchila de Montesino, who is the mother of Juan Manuel Montesino Canchila, is the legal heir to Juan Manuel Montesino Canchila and resides in the municipality of Corozal-Sucre.

548.    On November 2, 2003, Ludys Yaneth Garcia Suarez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elicita Isabel Gale Garcia, who is the mother of Ludys Yaneth Garcia Suarez, is the legal heir to Ludys Yaneth Garcia Suarez and resides in the municipality of Corozal-Sucre.

549.    On March 29, 2003, Libardo Antonio Gomez Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Berlides Del Socorro Nunez Olivera, who is the wife of Libardo Antonio Gomez Perez, is the legal heir to mLibardo Antonio Gomez Perez and resides in the municipality of Corozal-Sucre.

550.    On May 20 1999, Jorge Luis Navarro Jaramillo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Doris Esther Jaramillo Petro, who is the mother of Jorge Luis Navarro Jaramillo, is the legal heir to Jorge Luis Navarro Jaramillo and resides in the municipality of Corozal-Sucre.

551.    On March 29, 2003, Marceliano Manuel Gomez Nunez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Francisco Manuel Chamorro, who is the father of Marceliano Manuel Gomez Nunez, is the legal heir to Marceliano Manuel Gomez Nunez and resides in the municipality of Corozal-Sucre.

552.    On November 11, 1995, Jorge Luis Barreto Montero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elena de Jesus Montero Tovar, who is the mother of Jorge Luis Barreto Montero, is the legal heir to Jorge Luis Barreto Montero and resides in the municipality of Since-Sucre.

553.    On September 13, 2005, Tulio Cesar Vergara Rodriguez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Tulio Rafael Vergara Alvarez, who is the father of Tulio Cesar Vergara Rodriguez, is the legal heir to Tulio Cesar Vergara Rodriguez and resides in the municipality of Sincelejo-Sucre.

554.    On September 27, 2000, Johan Alberto Ortega Baron, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nellys Del Socorro Baron Ortega,

who is the mother of Johan Alberto Ortega Baron, is the legal heir to Johan Alberto Ortega Baron and resides in the municipality of Betulia-Sucre.

555.    On November 7, 2006, Carmen Beatriz Vergara Baquero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Arnoldo Antonio Hernandez Baquero, who is the son of Carmen Beatriz Vergara Baquero, is the legal heir to Carmen Beatriz Vergara Baquero and resides in the municipality of Corozal-Sucre.

556.    On September 13, 2007, Samir Marquez Alvarez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nancy Del Socorro Marquez Dominguez, who is the mother of Samir Marquez Alvarez, is the legal heir to Samir Marquez Alvarez and resides in the municipality of Morroa-Sucre.

557.    On February 28, 1999, Robinson de Jesus Mercado Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Maria Diaz Tapia, who is the mother of Robinson de Jesus Mercado Diaz, is the legal heir to Robinson de Jesus Mercado Diaz and resides in the municipality of Corozal-Sucre.

558.    On February 17, 1993, Eliecer Rafael Benitez Martiza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maritza del Carmen Puche Gomez, who is the wife of Eliecer Rafael Benitez Martiza, is the legal heir to Eliecer Rafael Benitez Martiza and resides in the municipality of Morroa-Sucre.

559.     On May 6, 1995, Rafael Andres Castillo Peralta, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Cecilia Castillo Peralta, who is the daughter of Rafael Andres Castillo Peralta, is the legal heir to Rafael Andres Castillo Peralta and resides in the municipality of Corozal-Sucre.

560.     On July 9, 2002, Joaquin Gabriel de la Ossa Cruz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Soledad Judith Soto Chamorro, who is the wife of Joaquin Gabriel De La Ossa Cruz, is the legal heir to Joaquin Gabriel de la Ossa Cruz and resides in the municipality of Bolivar-Sucre.

561.     On February 3, 2006, Arcelio Segundo Navarro Arrieta, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Esther Navarro Martinez, who is the daughter of Arcelio Segundo Navarro Arrieta, is the legal heir to Arcelio Segundo Navarro Arrieta and resides in the municipality of Corozal-Sucre.

562.     On September 27, 2000, Wilson de Jesus Hernandez Martinez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ruby Socorro Acosta Hernandez, who is the wife of Wilson de Jesus Hernandez Martinez, is the legal heir to Wilson de Jesus Hernandez Martinez and resides in the municipality of Betulia-Sucre.

563.     On October 30, 2004, Guillermo Enrique Perez Herazo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elvia Rosa Perez Tovar,

who is the daughter of Guillermo Enrique Perez Herazo, is the legal heir to Guillermo Enrique Perez Herazo and resides in the municipality of Sincelejo-Sucre.

564.    On July 21, 2000, Javier Dario Puello Castro, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Julio Rafael Puello Oviedo, who is the father of Javier Dario Puello Castro, is the legal heir to Javier Dario Puello Castro and resides in the municipality of Corozal-Sucre.

565.    On June 1, 2002, Nelson de Jesus Montes Montes, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nelcy Maria Montes Vuelvas, who is the mother of Nelson de Jesus Montes Montes, is the legal heir to Nelson de Jesus Montes Montes and resides in the municipality of Corozal-Sucre.

566.    On November 15, 2000, Mauricio Villero Moreno, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Raquel Diaz Conde, who is the wife of Mauricio Villero Moreno, is the legal heir to Mauricio Villero Moreno and resides in the municipality of Tolu-Sucre.

567.    On January 3, 2005, Dionis Manuel Gomez Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aury de Jesus Gomez Perez, who is the sister of Dionis Manuel Gomez Perez, is the legal heir to Dionis Manuel Gomez Perez and resides in the municipality of Betulia-Sucre.

568.     On March 23, 2001, Jamer Francisco Carrasquilla Rodriguez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Silvia Rodriguez Garcia, who is the wife of Jamer Francisco Carrasquilla Rodriguez, is the legal heir to Jamer Francisco Carrasquilla Rodriguez and resides in the municipality of Corozal-Sucre.

569.     On July 28, 2005, Eder Luis Gomez Ozuna, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dairo Rafael Gomez Ozuna, who is the brother of Eder Luis Gomez Ozuna, is the legal heir to Eder Luis Gomez Ozuna and resides in the municipality of Corozal-Sucre.

570.     On April 23, 1993, Rafael Francisco Villalba Villalba, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Norma Eligia Villalba Barreto, who is the daughter of Rafael Francisco Villalba Villalba, is the legal heir to Rafael Francisco Villalba Villalba and resides in the municipality of Corozal-Sucre.

571.     On January 1, 1999, Miguel Angel Salazar Marquez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Eustacio Segundo Salazar Marquez, who is the brother of Miguel Angel Salazar Marquez, is the legal heir to Miguel Angel Salazar Marquez and resides in the municipality of Corozal-Sucre.

572.     On January 28, 2001, Mario Javier Sierra Cardenas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Manuela Cardena de Sierra, who is

the brother of Mario Javier Sierra Cardenas, is the legal heir to Mario Javier Sierra Cardenas and resides in the municipality of Corozal-Sucre.

573. On October 3, 1993, Carmelo Adan Perez Mercado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Elena Perez Bohorquez, who is the daughter of Carmelo Adan Perez Mercado, is the legal heir to Carmelo Adan Perez Mercado and resides in the municipality of Corozal-Sucre.

574. On June 19, 2004, Josefa del Carmen Barrios Quiroz, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Candelaria Villalba Barrios, who is the daughter of Josefa del Carmen Barrios Quiroz, is the legal heir to Josefa del Carmen Barrios Quiroz and resides in the municipality of Corozal-Sucre.

575. On May 14, 2000, Jarol Jose Olmos Montesino, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Bernarda Montesino Madera, who is the mother of Jarol Jose Olmos Montesino, is the legal heir to Jarol Jose Olmos Montesino and resides in the municipality of Corozal-Sucre.

576. On October 10, 2003, Yonis Rafael Beltran Sandoval, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Eugenia Beltran Sandoval, who is the sister of Yonis Rafael Beltran Sandoval, is the legal heir to Yonis Rafael Beltran Sandoval and resides in the municipality of Corozal-Sucre.

577.     On December 4, 2006, Antonio Maria Suarez Quintero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rafael Suarez Quintero, who is the brother of Antonio Maria Suarez Quintero, is the legal heir to Antonio Maria Suarez Quintero and resides in the municipality of Sincelejo-Sucre.

578.     On September 23, 2007, Jairith Nelson Tovar Gonzalez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yadira del Socorro Tovar de Losano, who is the sister of Jairith Nelson Tovar Gonzalez, is the legal heir to Jairith Nelson Tovar Gonzalez and resides in the municipality of Corozal-Sucre.

579.     On December 31, 2004, Luis Alberto Gonzalez Martinez, was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Izabel Salgado Silva, who is the daughter of Luis Alberto Gonzalez Martinez, is the legal heir to Luis Alberto Gonzalez Martinez and resides in the municipality of Corozal-Sucre.

580.     On February 11, 1998, Ivan Anival Villalba Villadiego, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Diana Cecilia Torrez Hernandez, who is the wife of Ivan Anival Villalba Villadiego, is the legal heir to Ivan Anival Villalba Villadiego and resides in the municipality of Corozal-Sucre.

581.     On February 2, 2007, Luis Humberto Perez Mercado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Martha Patricia Carrascal Palacio,

who is the wife of Luis Humberto Perez Mercado, is the legal heir to Luis Humberto

Perez Mercado and resides in the municipality of Corozal-Sucre.

582.    On July 9, 1997, Osvaldo Diaz Marquez, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Oswaldo Jeronimo Diaz Mendez, who

is the father of Osvaldo Diaz Marquez, is the legal heir to Osvaldo Diaz Marquez and

resides in the municipality of Sincelejo-Sucre.

583.    On August 5, 2002, Eduardo Antonio Novoa Guerrero, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Marqueza de Jesus Martinez de

Novoa, who is the wife of Eduardo Antonio Novoa Guerrero, is the legal heir to Eduardo

Antonio Novoa Guerrero and resides in the municipality of Corozal-Sucre.

584.    On December 26, 1998, Duley del Cristo Lara Lopez, was injured by

AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Duley del Cristo Lara

Lopez resides in the municipality of Corozal-Sucre.

585.    On March 8, 1997, Domingo Manuel Ruz Vergara, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Dagoberto Ruz Jorge, who is the

cousin of Domingo Manuel Ruz Vergara, is the legal heir to Domingo Manuel Ruz

Vergara and resides in the municipality of Corozal-Sucre.

586.    On June 21, 2004, Carlos Arturo Perez Mendoza, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Betty del Socorro Mendoza Narvaez, who is the mother of Carlos Arturo Perez Mendoza, is the legal heir to Carlos Arturo Perez Mendoza and resides in the municipality of Betulia-Sucre.

587.    On May 26, 2000, Luis Alberto Morelo Gonzalez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maira Morelo Gonzalez, who is the sister of Luis Alberto Morelo Gonzalez, is the legal heir to Luis Alberto Morelo Gonzalez and resides in the municipality of Sincelejo-Sucre.

588.    On August 25, 2003, Hugo Nelson Figueroa Solorzano, was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Hugo Nelson Figueroa Solorzano resides in the municipality of Corozal-Sucre.

589.    On December 23, 2002, Jhon Carlos Gomez Tarraz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Arelis del Carmen Tarraz Gomez, who is the mother of Jhon Carlos Gomez Tarraz, is the legal heir to Jhon Carlos Gomez Tarraz and resides in the municipality of Corozal-Sucre.

590.    On September 3, 1995, Julio Manuel Tarraz Gomez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Julia Tereza Zabaleta Rodriquez, who is the mother of Julio Manuel Tarraz Gomez, is the legal heir to Julio Manuel Tarraz Gomez and resides in the municipality of Corozal-Sucre.

591.    On January 24, 2006, Luciano Jaramillo Zarate, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Alejandra Mendoza Diaz, who is the wife of Luciano Jaramillo Zarate, is the legal heir to Luciano Jaramillo Zarate and resides in the municipality of Sincelejo-Sucre.

592.    On April 20, 1996, Roger Arturo Baquero Ruiz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Olga Francisca Martinez de Baquero, who is the wife of Roger Arturo Baquero Ruiz, is the legal heir to Roger Arturo Baquero Ruiz and resides in the municipality of Sincelejo-Sucre.

593.    On February 19, 2000, Julio Cesar Tarraz Feria, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cesar Tarraz Gomez, who is the son of Julio Cesar Tarraz Feria, is the legal heir to Julio Cesar Tarraz Feria and resides in the municipality of Corozal-Sucre.

594.    On November 22, 2000, Bladimiro Martinez Padilla, was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Ofelia Montes Mercado, who is the sister-in-law of Bladimiro Martinez Padilla, is the legal heir to Bladimiro Martinez Padilla and resides in the municipality of Tolu-Viejo-Sucre.

595.    On September 4, 1996, Orozman Segundo Perez Guzman, was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Orozman Segundo Perez Guzman resides in the municipality of Corozal-Sucre.

596.    On February 15, 2004, Jorge Luis Galvan Sotelo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Norma Acosta Sotelo, who is the mother of Jorge Luis Galvan Sotelo, is the legal heir to Jorge Luis Galvan Sotelo and resides in the municipality of Corozal-Sucre.

597.    On December 28, 2002, Manuel Ignacio Cardenas Perez, was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Manuel Ignacio Cardenas Perez resides in the municipality of Corozal-Sucre.

598.    On February 8, 1999, Luis Alberto Cardenas Chamorro, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Mari Navarro Gonzalez, who is the wife of Luis Alberto Cardenas Chamorro, is the legal heir to Luis Alberto Cardenas Chamorro and resides in the municipality of Corozal-Sucre.

599.    On April 14, 2004, Rafael Segundo Mendoza Perez, was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rafael Segundo Mendoza Perez resides in the municipality of Betulia-Sucre.

600.    On October 20, 2002, Jairo Calet Naranjo Soto, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Viviana Patricia Vergara Serpa, who

is the wife of Jairo Calet Naranjo Soto, is the legal heir to Jairo Calet Naranjo Soto and resides in the municipality of Corozal-Sucre.

601.    On April 29, 1997, Manuel Segundo Novoa Cardenas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Segundo Novoa Marquez, who is the son of Manuel Segundo Novoa Cardenas, is the legal heir to Manuel Segundo Novoa Cardenas and resides in the municipality of Sincelejo-Sucre.

602.    On January11, 2003, Carlos Alfonso Turcios Seba, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Adolfo Rafael Turcios Ortega, who is the father of Carlos Alfonso Turcios Seba, is the legal heir to Carlos Alfonso Turcios Seba and resides in the municipality of Corozal-Sucre.

603.    On November 2,1998, Piedad Maria Montes Olivera, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ronny Manuel Salcedo Monterrosa, who is the husband of Piedad Maria Montes Olivera, is the legal heir to Piedad Maria Montes Olivera and resides in the municipality of Corozal-Sucre.

604.    On September 16, 2005, Pedro Jose Ortega Ortega, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria de la Concepcion Ortega Buelvas, who is the mother of Pedro Jose Ortega Ortega, is the legal heir to Pedro Jose Ortega Ortega and resides in the municipality of Corozal-Sucre.

605. On November 21, 2002, Jorge Luis Polo Peternina, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Arelis del Carmen Ruiz Ruiz, who is the niece of Jorge Luis Polo Peternina, is the legal heir to Jorge Luis Polo Peternina and resides in the municipality of Corozal-Sucre.

606. On December 22, 1999, Jose Miguel Moreno Martinez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Claudia Inez Moreno Vergara, who is the daughter of Jose Miguel Moreno Martinez, is the legal heir to Jose Miguel Moreno Martinez and resides in the municipality of Betulia-Sucre.

607. On February 10, 2000, Oscar Manuel Melendrez Ortega, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria del Rosario Ortega Guzman, who is the mother of Oscar Manuel Melendrez Ortega, is the legal heir to Oscar Manuel Melendrez Ortega and resides in the municipality of Corozal-Sucre.

608. On August 15, 2007, Jairo Daniel Perez Navarro, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jacqueline Cardenas Novoa, who is the wife of Jairo Daniel Perez Navarro, is the legal heir to Jairo Daniel Perez Navarro and resides in the municipality of Corozal-Sucre.

609. On December 14, 1990, Hugo Rafael Barrias Ortega, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Luzdary Acosta Tarazona,

who is the sister-in-law of Hugo Rafael Barrias Ortega, is the legal heir to Hugo Rafael Barrias Ortega and resides in the municipality of Corozal-Sucre.

610.    On July 16, 1996, Luis Francisco Miranda Mendoza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Noris Mendoza Hernandez, who is the daughter-in-law of Luis Francisco Miranda Mendoza, is the legal heir to Luis Francisco Miranda Mendoza and resides in the municipality of Cienaga-Sucre.

611.    On December 21, 1996, Gabriel Segundo Miranda Ahumado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Noris Mendoza Hernandez, who is the wife of Gabriel Segundo Miranda Ahumado, is the legal heir to Gabriel Segundo Miranda Ahumado and resides in the municipality of Cienaga-Sucre.

612.    On September 18, 2006, Eduardo Antonio Pitre Orozco, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Francisca Mercedes Pitre Godoy, who is the wife of Eduardo Antonio Pitre Orozco, is the legal heir to Eduardo Antonio Pitre Orozco and resides in the municipality of Barrio 7 de Abril-Magdalena.

613.    On November 2, 2000, Eduardo Alfonso Perez Camacho, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Casta Leonor Camacho Anchila, who is the mother of Eduardo Alfonso Perez Camacho, is the legal heir to Eduardo Alfonso Perez Camacho and resides in the municipality of Cienega-Magdalena.

614. On October 8, 2000, Moises Contreras Ballena, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Roquelina Ballena de Contreras, who is the mother of Moises Contreras Ballena, is the legal heir to Moises Contreras Ballena and resides in the municipality of Guacamayal.

615. On May 15, 2003, Ilder Alfonso Alvares Cantillo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Genubia Isabel Munoz Alvares, who is the wife of Ilder Alfonso Alvares Cantillo, is the legal heir to Ilder Alfonso Alvares Cantillo and resides in the municipality of Guacamayal.

616. On August 17, 1999, Alfer Cantillo Polo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jacinta Antonia Cantillo Polo, who is the sister of Alfer Cantillo Polo, is the legal heir to Alfer Cantillo Polo and resides in the municipality of Barrio 1 de Mayo-Magdalena.

617. On May 14, 1997, Manuel Antonio Tellez Carrascal, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ema Beltran Sierra, who is the wife of Manuel Antonio Tellez Carrascal, is the legal heir to Manuel Antonio Tellez Carrascal and resides in the municipality of Pasadisc-Aracataca.

618. On January 19, 1998, Norberto Rafael Montero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Norberto Rafael Montero Lizcano,

who is the father of Norberto Rafael Montero, is the legal heir to Norberto Rafael Montero and resides in the municipality of Cienega.

619.    On July 20, 1998, Juan Carlo Mendoza Monterio, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mariliz Mendoza Romero, who is the daughter of Juan Carlo Mendoza Monterio, is the legal heir to Juan Carlo Mendoza Monterio and resides in the municipality of Guacamayol.

620.    On October 17, 1999, Pedro Pablo Gomez Hurtado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Zuleima Patricia Juviano Estrada, who is the wife of Pedro Pablo Gomez Hurtado, is the legal heir to Pedro Pablo Gomez Hurtado and resides in the municipality of Cienega-Magdalena.

621.    On December 31, 1996, Humberto Barrio Caballero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Astrid Maria Montoya de Barrios, who is the wife of Humberto Barrio Caballero, is the legal heir to Humberto Barrio Caballero and resides in the municipality of Cienega-Magdalena.

622.    On May 21, 1997, Cesar Augusto Perez Cardeno, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aleidys Perez Cristo, who is the wife of Cesar Augusto Perez Cardeno, is the legal heir to Cesar Augusto Perez Cardeno and resides in the municipality of Aracataca-Magdalena.

623.    On January 30, 1998, Zamir Enrique Coronado Barrios, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aurelia Barrios Rodriguez, who is the mother of Zamir Enrique Coronado Barrios, is the legal heir to Zamir Enrique Coronado Barrios and resides in the municipality of Aracataca-Magdalena.

624.    On November 12, 1996, Alvaro Jose Linero Arevalo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Magdalena Arevalo Estrada, who is the wife of Alvaro Jose Linero Arevalo, is the legal heir to Alvaro Jose Linero Arevalo and resides in the municipality of Aracataca-Magdalena.

625.    On October 30, 1996, Fernando Jesus Beltran Cantillo, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Iris Colombia Cantillo Martinez, who is the sister of Fernando Jesus Beltran Cantillo, is the legal heir to Fernando Jesus Beltran Cantillo and resides in the municipality of Aracataca-Magdalena.

626.    On March 29, 1998, Cesar Enrique Urueta Ayola, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sol David Urueta Esquina, who is the father of Cesar Enrique Urueta Ayola, is the legal heir to Cesar Enrique Urueta Ayola and resides in the municipality of Cienaga-Magdalena.

627.    On August 31, 2002, Robinson Simon Garcia Camargo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Belinda Jimeno Padilla, who is the wife of Robinson Simon Garcia Camargo, is the legal heir to Robinson Simon Garcia Camargo and resides in the municipality of Aracataca-Magdalena.

628.     On March 10, 1998, Zobeida Rosa Martinez Marriarsa, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Angel Martinez Marriaga, who is the brother of Zobeida Rosa Martinez Marriarsa, is the legal heir to Zobeida Rosa Martinez Marriarsa and resides in the municipality of Zona-Bananara-Sevilla.

629.     On August 27, 2000, Adolfo David Mercado Parejo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edilma Ayala Donado, who is the wife of Adolfo David Mercado Parejo, is the legal heir to Adolfo David Mercado Parejo and resides in the municipality of Cienaga-Magdalena.

630.     On January 21, 1998, Roberto Jose Gelvez Sarmiento, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Zoila Rosa Sarmiento Gil, who is the mother of Roberto Jose Gelvez Sarmiento, is the legal heir to Roberto Jose Gelvez Sarmiento and resides in the municipality of Cienega-Magdalena.

631.     On September 1, 1999, Rogelio Alberto Berdugo Alvarado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Alvarado

Vasquez, who is the brother of Rogelio Alberto Berdugo Alvarado, is the legal heir to Rogelio Alberto Berdugo Alvarado and resides in the municipality of Sevilla.

632.    On March 12, 1999, Aldo Enriquez Charris Peno, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juana Pena de Charris, who is the mother of Aldo Enriquez Charris Peno, is the legal heir to Aldo Enriquez Charris Peno and resides in the municipality of Cienega-Magdalena.

633.    On January 24, 1997, Wilmer de Jesus Gutierrez Rincon, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Cecilia Crespo Achavarria, who is the wife of Wilmer de Jesus Gutierrez Rincon, is the legal heir to Wilmer de Jesus Gutierrez Rincon and resides in the municipality of Puente del Rio Frio-Magdalena.

634.    On May 4, 1997, Rafael Angel Mendoza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sonia Maria Mendoza Restamoro, who is the mother of Rafael Angel Mendoza, is the legal heir to Rafael Angel Mendoza and resides in the municipality of Cienega-Magdalena.

635.    On February 1, 1998, Cecilia Castro, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edilsa Paz Castro, who is the daughter of Cecilia Castro, is the legal heir to Cecilia Castro and resides in the municipality of Cienega-Magdalena.

636.    On February 1, 1998, Alfredo Paz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edilsa Paz Castro, who is the mother of Alfredo Paz, is the legal heir to Alfredo Paz and resides in the municipality of Cienega-Magdalena.

637.    On March 12, 1998, Orlando Ceballo Martinez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Saida Martinez, who is the mother of Orlando Ceballo Martinez, is the legal heir to Orlando Ceballo Martinez and resides in the municipality of Cienega-Magdalena.

638.    On July 29, 1998, Jorge Aquile Gonzalez Bolano, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Concepcion Gonzalez Bolano, who is the mother of Jorge Aquile Gonzalez Bolano, is the legal heir to Jorge Aquile Gonzalez Bolano and resides in the municipality of Aracataca-Magdalena.

639.    On February 6, 1998, Jose Gregario Fontalvo Herrera, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yadirra del Rosario Moreno, who is the mother of Jose Gregario Fontalvo Herrera, is the legal heir to Jose Gregario Fontalvo Herrera and resides in the municipality of Aracataca-Magdalena.

640.    On March 30, 1998, Julian Guarin Bedoya, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Janeh Guarin Bedoya, who is

the sister of Julian Guarin Bedoya, is the legal heir to Julian Guarin Bedoya and resides in the municipality of Tulia-Magdalena.

641.    On August 3, 1996, Armando Segundo Marquez Orozco, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Delvis David Marquez Cadona, who is the son of Armando Segundo Marquez Orozco, is the legal heir to Armando Segundo Marquez Orozco and resides in the municipality of Cienega-Magdalena.

642.    On November 24, 2000, Alvaro Alberto Castro Fornaris, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mercedes Matildes Socarra Guerrero, who is the wife of Alvaro Alberto Castro Fornaris, is the legal heir to Alvaro Alberto Castro Fornaris and resides in the municipality of Cienega-Magdalena.

643.    On September 8, 2003, Obed Munoz Altamar, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Irene Maria Altamar Marmol, who is the mother of Obed Munoz Altamar, is the legal heir to Obed Munoz Altamar and resides in the municipality of Aracataca-Magdalena.

644.    On September 12, 2001, Eduardo Emilio Cortez Gutierrez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alfredo Cortez Gutierrez, who is the brother of Eduardo Emilio Cortez Gutierrez, is the legal heir to Eduardo Emilio Cortez Gutierrez and resides in the municipality of Macondo.

645.     On May 13, 2002, Domingo Jose Mendoza Balencia, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dilia Maria Mendoza Balencio, who is the sister of Domingo Jose Mendoza Balencia, is the legal heir to Domingo Jose Mendoza Balencia and resides in the municipality of Aracataca-Magdalena.

646.     On August 31, 2005, Pablo Emilio Rozo Reyes, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Oldris Isabel Florez Hereira, who is the mother of Pablo Emilio Rozo Reyes, is the legal heir to Pablo Emilio Rozo Reyes and resides in the municipality of Cienega-Magdalena.

647.     On March 16, 2002, Jose del Carmen Henriquez Mercado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Dumiris Ortega Castro, who is the wife of Jose del Carmen Henriquez Mercado, is the legal heir to Jose del Carmen Henriquez Mercado and resides in the municipality of Aracataca-Magdalena.

648.     On January 16, 2001, Jose Doroteo Mangas Canas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria de los Santos Canos de Contreros, who is the mother of Jose Doroteo Mangas Canas, is the legal heir to Jose Doroteo Mangas Canas and resides in the municipality of Zona-Bananera-Magdalena.

649.     On August 11, 2000, Wilma Ismael Lara Zarate, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marlene Mercedes Zarate Orosco,

who is the mother of Wilma Ismael Lara Zarate, is the legal heir to Wilma Ismael Lara Zarate and resides in the municipality of Cienega-Magdalena.

650. On September 18, 2001, Hermes Rafael Fonseca Acosta, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edith Acosta Rodriquez, who is the mother of Hermes Rafael Fonseca Acosta, is the legal heir to Hermes Rafael Fonseca Acosta and resides in the municipality of Cienega-Magdalena.

651. On March 7, 1996, Miquel Alfonso Arias, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marlene Judith Galindo Gomes, who is the wife of Miquel Alfonso Arias, is the legal heir to Miquel Alfonso Arias and resides in the municipality of Aracataca-Magdalena.

652. On August 29, 1996, Alvaro Alfredo Vizcaino Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Wilman Antonio Gonzalez, who is the cousin of Alvaro Alfredo Vizcaino Perez, is the legal heir to Alvaro Alfredo Vizcaino Perez and resides in the municipality of Aracataca-Magdalena.

653. On May 16, 2001, Hector Jose Vargas Jimenez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Dolores Cervantes Cantillo, who is the wife of Hector Jose Vargas Jimenez, is the legal heir to Hector Jose Vargas Jimenez and resides in the municipality of Aracataca-Magdalena.

654.     On May 29, 1997, Hector Antonio SanJuan Sanchez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Consuelo Esther Galan, who is the wife of Hector Antonio SanJuan Sanchez, is the legal heir to Hector Antonio SanJuan Sanchez and resides in the municipality of Cienega-Magdalena.

655.     On August 17, 1999, Robinson Manuel Alonso Cantillo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Fidias Esther Alonso Araujo, who is the daughter of Robinson Manuel Alonso Cantillo, is the legal heir to Robinson Manuel Alonso Cantillo and resides in the municipality of Aracataca-Magdalena.

656.     On August 5, 2001, Julio Enrique Suarez Ochoa, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Maria Quintero, who is the cousin of Julio Enrique Suarez Ochoa, is the legal heir to Julio Enrique Suarez Ochoa and resides in the municipality of Cienega-Magdalena.

657.     On March 12, 1998, Alfredo Manuel Martinez Cardeas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Olga Cardenas Archila, who is the mother of Alfredo Manuel Martinez Cardeas, is the legal heir to Alfredo Manuel Martinez Cardeas and resides in the municipality of Cienega-Magdalena.

658.     On July 15, 2000, Reinaldo Lechuga Iglesias, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Nancy Esther Lechuga Iglesias, who is the sister of Reinaldo Lechuga Iglesias, is the legal heir to Reinaldo Lechuga Iglesias and resides in the municipality of Bananera-Magdalena.

659.    On February 24, 1997, Jose Gregorio Lechuga Iglesias, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nancy Esther Lechuga Iglesias, who is the sister of Jose Gregorio Lechuga Iglesias, is the legal heir to Jose Gregorio Lechuga Iglesias and resides in the municipality of Bananera-Magdalena.

660.    On July 15, 2000, Ismael Jose Lechuga Iglesia, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nancy Esther Lechuga Iglesias, who is the sister of Ismael Jose Lechuga Iglesia, is the legal heir to Ismael Jose Lechuga Iglesia and resides in the municipality of Bananera-Magdalena.

661.    On March 5, 1997, Ubicindo Berrio Morelo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alba Luz Duran Lapia, who is the wife of Ubicindo Berrio Morelo, is the legal heir to Ubicindo Berrio Morelo and resides in the municipality of Apartado-Antioquia.

662.    On March 29, 2006, Alejandro Alberto Avila Benitez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lilana Ester Orozco, who is the wife of Alejandro Alberto Avila Benitez, is the legal heir to Alejandro Alberto Avila Benitez and resides in the municipality of Cienega-Magdalena.

663.     On August 17, 2002, Victoriano Segundo Charris Villamil, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sindy Charris Villamil, who is the sister of Victoriano Segundo Charris Villamil, is the legal heir to Victoriano Segundo Charris Villamil and resides in the municipality of Cienega-Magdalena.

664.     On March 20, 1997, David Ortega Lopez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Adriana Smoria Teheran Bolano, who is the wife of David Ortega Lopez, is the legal heir to David Ortega Lopez and resides in the municipality of Cienega-Magdalena.

665.     On December 27, 2006, Fredy Antonio Gutierrez Carrillo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan Gutierrez Rudas, who is the father of Fredy Antonio Gutierrez Carrillo, is the legal heir to Fredy Antonio Gutierrez Carrillo and resides in the municipality of El Reten-Magdalena.

666.     On March 10, 2000, Abel Antonio Cantillo Moreno, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Tomasa Cantillo Moreno, who is the wife of Abel Antonio Cantillo Moreno, is the legal heir to Abel Antonio Cantillo Moreno and resides in the municipality of Pueblo-Viejo-Magdalena.

667.     On September 5, 2005, Manuel de Jesus Moreno Pacheco, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carlota Maria Ferrer

Montenegro, who is the wife of Manuel de Jesus Moreno Pacheco, is the legal heir to Manuel de Jesus Moreno Pacheco and resides in the municipality of Aracataca-Magdalena.

668.    On May 24, 2004, Edwin Rafael Rojano Manga, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rita Manga Garcia, who is the mother of Edwin Rafael Rojano Manga, is the legal heir to Edwin Rafael Rojano Manga and resides in the municipality of Aracataca-Magdalena.

669.    On May 24, 2004, Edwin Rafael Rojano Manga, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Dibia Morales Moreno, who is the partner of Edwin Rafael Rojano Manga, is the legal heir to Edwin Rafael Rojano Manga and resides in the municipality of Magdalena.

670.    On March 4, 1999, Damaso Jose Montenegro Cantillo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Martha Isabel Cantillo Diaz, who is the mother of Damaso Jose Montenegro Cantillo, is the legal heir to Damaso Jose Montenegro Cantillo and resides in the municipality of Fundacion-Magdalena.

671.    On June 13, 1999, Jean Enrique Daconte Mancilla, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Zunilda Mancilla Leyva, who is the mother of Jean Enrique Daconte Mancilla, is the legal heir to Jean Enrique Daconte Mancilla and resides in the municipality of Aracataca-Magdalena.

672.    On February 16, 1996, Adolfo Jaime Maury Serpa, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Iris Maria Ospino de Maury, who is the wife of Adolfo Jaime Maury Serpa, is the legal heir to Adolfo Jaime Maury Serpa and resides in the municipality of Aracataca-Magdalena.

673.    On September 16, 2002, Yonis Barros Gonzales, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Enrique Antonio Barros Granados, who is the father of Yonis Barros Gonzales, is the legal heir to Yonis Barros Gonzales and resides in the municipality of Fundacion-Magdalena.

674.    On July 20, 2004, Yimy Rafael Barros Gonzales, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Enrique Antonio Barros Granados, who is the father of Yimy Rafael Barros Gonzales, is the legal heir to Yimy Rafael Barros Gonzales and resides in the municipality of Fundacion-Magdalena.

675.    On July 13, 2005, Enrique Segundo Barros Gonzales, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Enrique Antonio Barros Granados, who is the father of Enrique Segundo Barros Gonzales, is the legal heir to Enrique Segundo Barros Gonzales and resides in the municipality of Fundacion-Magdalena.

676.    On June 5, 1998, Baltazar Segundo Olaya Rodriquez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Eniloda Ruda Vaca, who

is the wife of Baltazar Segundo Olaya Rodriquez, is the legal heir to Baltazar Segundo Olaya Rodriquez and resides in the municipality of Invacio Nueva Esperanza.

677.    On February 22, 1999, Luis Alberto Payares Rosales, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marcia de los Angeles Rosales Gutierrez, who is the mother of Luis Alberto Payares Rosales, is the legal heir to Luis Alberto Payares Rosales and resides in the municipality of Cienega-Magdalena.

678.    On January 18, 1998, Javier Antonio Caballero Escobar, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Manuel Caballero Montero, who is the father of Javier Antonio Caballero Escobar, is the legal heir to Javier Antonio Caballero Escobar and resides in the municipality of Aracataca-Magdalena.

679.    On April 20, 2003, Uber Antonio Ballena Perez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ramon Ballina Perez, who is the brother of Uber Antonio Ballena Perez, is the legal heir to Uber Antonio Ballena Perez and resides in the municipality of Zona-Bananera-Sevilla.

680.    On March 15, 2003, Fredys Manuel Baldomino Quintera, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Heriberto Manuel Baldomino Rua, who is ts the father of Fredys Manuel Baldomino Quintera, is the legal heir to Fredys Manuel Baldomino Quintera and resides in the municipality of Barrio el Carmen.

681.     On September 28, 2003, Juan Suarez Corrales, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aminta Herrera, who is the wife of Juan Suarez Corrales, is the legal heir to Juan Suarez Corrales  and resides in the municipality of Fundacion-Magdalena.

682.     On April 10, 2002, Pablo Marcial Cervantes Cantillo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Hildo Rose Cantillo Martinez, who is the wife of Pablo Marcial Cervantes Cantillo, is the legal heir to Pablo Marcial Cervantes Cantillo and resides in the municipality of Cienega-Magdalena.

683.     On January 14, 2005, Rafael Francisco Rojas Gonzales, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Helda Gonzales de Rojas, who is the mother of Rafael Francisco Rojas Gonzales, is the legal heir to Rafael Francisco Rojas Gonzales and resides in the municipality of Aracataca-Magdalena.

684.     On October 28, 2005, Jose Antonio Pineros Arias, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rafael Antonio Pineros Pineros, who is the father of Jose Antonio Pineros Arias, is the legal heir to Jose Antonio Pineros Arias and resides in the municipality of Barranquilla.

685.     On November 13, 2004, Anibal Sanchez Castillo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Diva Mira Sanchez, who is the sister

of Anibal Sanchez Castillo, is the legal heir to Anibal Sanchez Castillo and resides in the municipality of Aracataca-Magdalena.

686.    On March 14, 1998, Efran Manuel Perez Garcia, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rita Mercedes Garcia Perez, who is the mother of Efran Manuel Perez Garcia, is the legal heir to Efran Manuel Perez Garcia and resides in the municipality of Tururica.

687.    On August 6, 1997, Jose Rodolfo Oquendo Teran, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marlene Teran Martines, who is the mother of Jose Rodolfo Oquendo Teran, is the legal heir to Jose Rodolfo Oquendo Teran and resides in the municipality of Magdalena.

688.    On August 6, 1997, Jose Antonio Oquendo Teran, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marlene Teran Martines, who is the mother of Jose Antonio Oquendo Teran, is the legal heir to Jose Antonio Oquendo Teran and resides in the municipality of Magdalena.

689.    On February 20, 2000, Fredy Antonio Fontalvo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marlene Teran Martines, who is the mother of Fredy Antonio Fontalvo, is the legal heir to Fredy Antonio Fontalvo and resides in the municipality of Magdalena.

690.     On October 31, 2000, Jose Guzman Torregrosa Pacheco, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marina Estela Bustamente Barcelo, who is the wife of Jose Guzman Torregrosa Pacheco, is the legal heir to Jose Guzman Torregrosa Pacheco and resides in the municipality of Cienega-Magdalena.

691.     On January 1, 2001, Augustin Alberto Gonzalez Olivero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Berta Ester Olivero Noriega, who is the mother of Augustin Alberto Gonzalez Olivero, is the legal heir to Augustin Alberto Gonzalez Olivero and resides in the municipality of Cienega-Magdalena.

692.     On December 4, 2005, Roberth Anthony Moreno Gallardo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Mirella Sampar, who is the mother of Roberth Anthony Moreno Gallardo, is the legal heir to Roberth Anthony Moreno Gallardo and resides in the municipality of Cienega-Magdalena.

693.     On January 20, 2005, Pedro Agustin Moreno Samper, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Mirella Sampar, who is the mother of Pedro Agustin Moreno Samper, is the legal heir to Pedro Agustin Moreno Samper and resides in the municipality of Cienega-Magdalena.

694.     On July 30, 2002, Amed Segundo Rivas Sevilla, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Judith Sevilla Martinez, who is the mother of Amed Segundo Rivas Sevilla, is the legal heir to Amed Segundo Rivas Sevilla and resides in the municipality of Cienega-Magdalena.

695.     On January 24, 2004, Yesid Alberto Rivas Sevilla, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Judith Sevilla Martinez, who is the mother of Yesid Alberto Rivas Sevilla, is the legal heir to Yesid Alberto Rivas Sevilla and resides in the municipality of Cienega-Magdalena.

696.     On May 11, 2004, Deivis Alfonso Rivas Sevilla, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Judith Sevilla Martinez, who is the mother of Deivis Alfonso Rivas Sevilla, is the legal heir to Deivis Alfonso Rivas Sevilla and resides in the municipality of Cienega-Magdalena.

697.     On February 10, 2002, Luis Carlos Cantillo Bravo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosisis Cantillo Bravo, who is the sister of Luis Carlos Cantillo Bravo, is the legal heir to Luis Carlos Cantillo Bravo and resides in the municipality of Cienega-Magdalena.

698.     On September 24, 1998, Jaime Alberto Diaz Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Freney Diaz Diaz, who is the

brother of Jaime Alberto Diaz Diaz, is the legal heir to Jaime Alberto Diaz Diaz and resides in the municipality of Valle del Cauca.

699.    On March 14, 2001, Adalberto Antonio Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gladis Elena Usuga Garcia, who is the wife of Adalberto Antonio Perez, is the legal heir to Adalberto Antonio Perez and resides in the municipality of Apartado-Antioquia.

700.    On November 5, 1997, Wilton Manuel Charris Andrades, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan Manuel Charris Orosco is the legal heir to Wilton Manuel Charris Andrades and resides in the municipality of Las Mercedes.

701.    On March 8, 2008, Janier Javier Castillo Cardenas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Iris del Carmen Madera Cardenas, who is the sister of Janier Javier Castillo Cardenas, is the legal heir to Janier Javier Castillo Cardenas and resides in the municipality of Corozal, Sucre.

702.    On August 30, 1998, Miguel Angel Segura Gomez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Bertha Isabel Franco Mendez, who is the wife of Miguel Angel Segura Gomez, is the legal heir to Miguel Angel Segura Gomez and resides in the municipality of Corozal, Sucre.

703.     On January 24, 2002, Ernesto Manuel Paternina Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ernesto Manuel Paternina Verbel, who is the father of Ernesto Manuel Paternina Perez, is the legal heir to Ernesto Manuel Paternina Perez and resides in the municipality of Sincelejo, Sucre.

704.     On November 6, 1999, Alain Paternina Verbel, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ernesto Manuel Paternina Verbel, who is the brother of Alain Paternina Verbel, is the legal heir to Alain Paternina Verbel and resides in the municipality of Sincelejo, Sucre.

705.     On July 4, 2003, Gabriel Antonio Garrido Rodriguez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marbel Maria Jimenez Herazo, who is the wife of Gabriel Antonio Garrido Rodriguez, is the legal heir to Gabriel Antonio Garrido Rodriguez and resides in the municipality of Corozal, Sucre.

706.     On September 8, 2006, Never Rios Carrascal, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Neila Rosa Carrascal de Rios, who is the mother of Never Rios Carrascal, is the legal heir to Never Rios Carrascal and resides in the municipality of Sincelejo, Sucre.

707.     On December 31, 2007, Gustavo Adolfo Cardenas Vital, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rafael Enrique Cardenas

Vital, who is the brother of Gustavo Adolfo Cardenas Vital, is the legal heir to Gustavo Adolfo Cardenas Vital and resides in the municipality of Corozal, Sucre.

708.    On March 7, 2003, Jorge Luis Mercado Pestana, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yenny Margoth Romero Crozco, who is the wife of Jorge Luis Mercado Pestana, is the legal heir to Jorge Luis Pestana and resides in the municipality of Corozal, Sucre.

709.    On August 20, 1992, Arnoldo de Jesus Sepulveda, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lisbeth Yaneth Cardenas Tovar, who is the wife of Arnoldo de Jesus Sepulveda, is the legal heir to Arnoldo de Jesus Sepulveda and resides in the municipality of Corozal, Sucre.

710.    On February 14, 2004, Humberto Rafael Redondo Oviedo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Fidelfina Maria Redondo Oviedo, who is the mother of Humberto Rafael Redondo Oviedo, is the legal heir to Humberto Rafael Redondo Oviedo and resides in the municipality of Los Palmitos, Sucre.

711.    On January 30, 2005, Jamer Edgar Martinez Navarro, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nancy Yolanda Martinez Navarro, who is the sister of   jamer Edgar Martinez Navarro, is the legal heir to Jamer Edgar Martinez Navarro and resides in the municipality of Corozal, Sucre.

712.     On February 20, 2003, Jorge Luis Meza Vergara, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nelba Rocy Contreras Perez, who is the wife of Jorge Luis Meza Vergara, is the legal heir to Jorge Luis Meza Vergara and resides in the municipality of Corozal, Sucre.

713.     On March 24, 2004, Angel Ramiro Cardenas Meza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ferneys de Jesus Anaya Meza, who is the sister of Angel Ramiro Cardenas Meza, is the legal heir to Angel Ramiro Cardenas Meza and resides in the municipality of Betulia, Sucre.

714.     On March 29, 2005, Edilberto Antonio Casarrubia Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elvira Margoth Martinez Diaz, who is the wife of Edilberto Antonio Casarrubia Diaz, is the legal heir to Edilberto Antonio Casarrubia Diaz and resides in the municipality of Sincelejo, Sucre.

715.     On May 2, 1997, Luis Eduardo Palencia Prieto, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Arnell Francisco Palencia Ortega, who is the son of Luis Eduardo Palencia Preito, is the legal heir to Luis Eduardo Palencia Prieto and resides in the municipality of Corozal, Sucre.

716.     On April 15, 2006, Adalberto Miguel Leguia Herrera, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jackeline Leguia Herrera, who is the

sister of Adalberto Miguel Leguia Herrera, is the legal heir to Adalberto Miguel Leguia Herrera and resides in the municipality of Corozal, Sucre.

717.    On October 13, 2002, Cesar Tulio Vergara Guevara, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Sira Vergara Guevara, who is the daughter of Cesar Tulio Vergara Guevara, is the legal heir to Cesar Tukio Vergara Guevara and resides in the municipality of Corozal, Sucre.

718.    On January 3, 2005, Jose del Carmen Bohorquez Atencia, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Fidelia Atencia Romero, who is the sister of Jose del Carmen Bohorquez Atencia, is the legal heir to Jose del Carmen Bohorquez Atencia and resides in the municipality of Corozal, Sucre.

719.    On February 11, 2005, Ivan Rafael Pena, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elvira Isabel Pena Navarro, who is the mother of Ivan Rafael Pena, is the legal heir to Ivan Rafael Pena and resides in the municipality of Corozal, Sucre.

720.    On January 19, 2000, Dairo Augusto Sierra Acosta, was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dairo Augusto Sierra Acosta resides in the municipality of Sincelejo, Sucre.

721.    On September 20, 2002, Anibal Jose Bitar Calle, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Anibal Jose Bitar Osorio, who is the father of Anibal Jose Bitar Calle, is the legal heir to Anibal Jose Bitar Calle and resides in the municipality of Sincelejo, Sucre.

722.     On August 28, 1998, Jorge Eleazar Sanchez Mosquera, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Benigna Raquel Galvan Cerpa, who is the wife of Jorge Eleazar Sanchez Mosquera, is the legal heir to Jorge Eleazar Sanchez Mosquera and resides in the municipality of Corozal, Sucre.

723.     On March 3, 1999, Manuel Alfonso Cuello Diaz, was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Manuel Alfonso Cuello Diaz with loss of services to Plaintiff Clara Inez Diaz Gomez reside in the municipality of Corozal, Sucre.

724.     On January 4, 1992, Pedro Jose Mariota Sane, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Martha Isabel Perez Diaz, who is the wife of Pedro Jose Mariota Sane, is the legal heir to Pedro Jose Mariota Sane and resides in the municipality of Corozal, Sucre.

725.     On October 2, 2001, Alfonso Arturo Angulo Gutierrez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luvis Esther Silvera Marin, who is the wife of Alfonso Arturo Angulo Gutierrez, is the legal heir to Alfonso Arturo Angulo Gutierrez and resides in the municipality of Sincelejo, Sucre.

726.     On April 4, 2006, Kelly Johana Narvaez Mendez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Isabel Marina Mendez Gil, who is the mother of Kelly Johana Narvaez Mendez, is the legal heir to Kelly Johana Narvaez Mendez and resides in the municipality of Corozal, Sucre.

727.     On March 21, 1997, Ever Ortega Mendez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Diana del Carmen Rodriguez Ortega, who is the sister of Ever Ortega Mendez, is the legal heir to Ever Ortega Mendez and resides in the municipality of Sincelejo, Sucre.

728.     On March 4, 2006, Henry Alberto Berrio Arrieta, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mayanda Arrieta Perez is the legal heir to Henry Alberto Berrio Arrieta and resides in the municipality of Corozal, Sucre.

729.     On September 8, 2003, Jorge Luis Arias Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose Antonio Tovar Sanchez, who is the father of Jorge Luis Arias Perez, is the legal heir to Jorge Luis Arias Perez and resides in the municipality of Corozal, Sucre.

730.     On September 27, 1997, Eder Francisco Rios Carrascal, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carlos Javier Rios

Carrascal, who is the brother of Eder Francisco Rios Carrascal, is the legal heir to Eder Francisco Rios Carrascal and resides in the municipality of Sincelejo, Sucre.

731.

732.    On May 21, 2003, Yuseth Harry Olivo Arango, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa de Jesus Olivo Arango, who is the mother of Yuseth Haryy Olivo Arango, is the legal heir to Yuseth Haryy Olivo Arango and resides in the municipality of Sincelejo, Sucre.

733.    On March 1, 2005, Luis Miguel Mendoza Arias, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Etilvia Rosa Arias Castro, who is the mother of Luis Miguel Mendoza Arias, is the legal heir to Luis Miguel Mendoza Arias and resides in the municipality of Corozal, Sucre.

734.    On April 7, 2002, Yesit Fabian Villacob Betin, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juana del Socorroa Villaiba Reyes, who is the wife of Yesit Fabian Villacob Betin, is the legal heir to Yesit Fabian Villacob Betin and resides in the municipality of Sincelejo, Sucre.

735.    On September 6, 1997, Jose Angel Perez Sanchez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Liliana del Socorro Perez Castilla, who is the daughter of Jose Angel Perez Sanchez, is the legal heir to Jose Angel Perez Sanchez and resides in the municipality of Corozal, Sucre.

736.   On September 6, 1997, Jose Angel Perez Sanchez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Doris del Carmen Martinez Mercado, who is the wife of Jose Angel Perez Sanchez, is the legal heir to Jose Angel Perez Sanchez and resides in the municipality of El Pinal, Sucre.

737.   On November 2, 1998, Juan Jose Montes Balasnoa, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Astolfo Nain Montes Olivera, who is the son of Juan Jose Montes Balasnoa, is the legal heir to Juan Jose Montes Balasnoa and resides in the municipality of Corozal, Sucre.

738.   On November 2, 1998, Juan Jose Montes Balasnoa, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Leila Montes de Porto, who is the daughter of Juan Jose Montes Balasnoa, is the legal heir to Juan Jose Montes Balasnoa and resides in the municipality of Corozal, Sucre.

739.   On May 9, 1996, Santander Romero Lara, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Evangelina Lara Munoz, who is the mother of Santander Romero Lara, is the legal heir to Santander Romero Lara and resides in the municipality of Corozal, Sucre.

740.   On June 16, 2002, Fredy Fernando Flores Lopez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lucy del Socorro Lopez Mejia, who

is the mother of Fredy Fernando Flores Lopez, is the legal heir to Fredy Fernando Flores Lopez and resides in the municipality of Corozal, Sucre.

741.     On May 16, 2006, Andreis de Jesus Mercado Angulo, was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Andreis de Jesus Mercado Angulo with loss of services to Plaintiff Ledys Margarita Angulo Herazo, who is the mother of Andreis de Jesus Mercado Angulo reside in the municipality of Betulia, Sucre.

742.     On September 8, 2008, Edwin de Jesus Rambauth Puertas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edinson Segundo Rambauth Puertas, who is the brother of Edwin de Jesus Rambauth Puertas, is the legal heir to Edwin de Jesus Rambauth Puertas and resides in the municipality of Corozal, Sucre.

743.     On May 1, 2001, Mariano Antonio Assia Vergara, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gladys Edilma Montecino Madera, who is the wife of Mariano Antonio Assia Vergara, is the legal heir to Mariano Antonio Assia Vergara and resides in the municipality of Corozal, Sucre.

744.     On June 20, 2004, Pedro Jose Benavides Vides, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elvira Teran Chamorro, who is the

wife of Pedro Jose Benavides Vides, is the legal heir to Pedro Jose Benavides Vides and resides in the municipality of Sincelejo, Sucre.

745.    On June 25, 2000, Julio Blanquicet Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jorge Isaac Taboada Diaz, who is the brother of Julio Blanquicet Diaz, is the legal heir to Julio Blanquicet Diaz and resides in the municipality of Corozal, Sucre.

746.    On May 10, 1998, Renson Antonio Tovar Ortega, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Delida Isabel Silva Borja, who is the wife of Renson Antonio Tovar Ortega, is the legal heir to Renson Antonio Tovar Ortega and resides in the municipality of Corozal, Sucre.

747.    On November 10, 2000, Reinaldo Carmelo Bray Leal, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lorfi del Carmen Vasquez ABAD, who is the wife of Reinaldo Carmelo Bray Leal, is the legal heir to Reinaldo Carmelo Bray Leal and resides in the municipality of Corozal, Sucre.

748.    On June 6, 2004, Luis Carlos Hoyos Angulo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Silveria Vergara Ortega, who is the wife of Luis Carlos Hoyos Angulo, is the legal heir to Luis Carlos Hoyos Angulo and resides in the municipality of Corozal, Sucre.

749.     On July 6, 1992, Moises Narvaez Gomez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rafael Narvaez Novoa, who is the brother of Moises Narvaez Gomez, is the legal heir to Moises Narvaez Gomez and resides in the municipality of Corozal, Sucre.

750.     On October 12, 2005, Manuel Enrique Polanco Atencia, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nilo Jose Vergara Lobo, who is the father-in-law of Manuel Enrique Polanco Atencia, is the legal heir to Manuel Enrique Polanco Atencia and resides in the municipality of Corozal, Sucre.

751.     On June 29, 2005, Omar de Jesus Berna, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ingrid del Carmen Buelvas Ortega, who is the wife of Omar de Jesus Berna, is the legal heir to Omar de Jesus Berna and resides in the municipality of Corozal, Sucre.

752.     On September 8, 2000, Jairo Enrique Escobar Silgado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Enalba del Carmen Perez Ascencio, who is the wife of Jairo Enrique Escobar Silgado, is the legal heir to Jairo Enrique Escobar Silgado and resides in the municipality of Corozal, Sucre.

753.     On December 4, 2003, Andres Fabian Narvaez Carmona, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edilferlina Carmona

Manosalva, who is the mother of Andres Fabian Narvaez Carmona, is the legal heir to Andres Fabian Narvaez Carmona and resides in the municipality of Corozal, Sucre.

754. On November 2, 1998, Denys del Carmen Olivera de Montes, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Llibia del Socorro Olivera de Perez, who is the daughter of Denys del Carmen Olivera de Montes, is the legal heir to Denys del Carmen Olivera de Montes and resides in the municipality of Corozal, Sucre.

755. On December 26, 1998, Luis Armando Bohorquez Ramirez, was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Armando Bohorquez Ramirez resides in the municipality of Coroza, Sucre.

756. On September 13, 2001, Alberto Rafael Baldovino Tovar, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Delsy del Carmen Baldovino Tovar, who is the sister of Alberto Rafael Baldovino Tovar, is the legal heir to Alberto Rafael Baldovino Tovar and resides in the municipality of Corozal, Sucre.

757. On March 28, 2006, Jose Manuel Villalba Reyes, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mirna Luz Madera Pena, who is the wife of Jose Manuel Villalba Reyes, is the legal heir to Jose Manuel Villalba Reyes and resides in the municipality of Corozal, Sucre.

758.    On November 6, 2003, Pedro Pablo Solar Romero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Milena Arrieta Perez, who is the daughter of Pedro Pablo Solar Romero, is the legal heir to Pedro Pablo Solar Romero and resides in the municipality of Sincelejo, Sucre.

759.    On July 11, 2007, Luis Miguel Arrieta Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Maria Contreras Contreras, who is the sister of Luis Miguel Arrieta Perez, is the legal heir to Luis Miguel Arrieta Perez and resides in the municipality of Corozal, Sucre.

760.    On January 26, 2002, Alfredo de Jesus Ortega Ortega, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Ana Alvarez de Ortega, who is the wife of Alfredo de Jesus Ortega Ortega, is the legal heir to Alfredo de Jesus Ortega Ortega and resides in the municipality of Corozal, Sucre.

761.    On October 21, 1997, Jose Luis Acosta Mendoza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Petrona Acosta Mendoza, who is the sister of Jose Luis Acosta Mendoza, is the legal heir to Jose Luis Acosta Mendoza and resides in the municipality of Corozal, Sucre.

762.    On June 18, 1996, Edilberto de Jesus Arrieta Bohorquez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rita Isabel Reyes

Gonzalez, who is the partner of Edilberto de Jesus Arrieta Bohorquez, is the legal heir to Edilberto de Jesus Arrieta Bohorquez and resides in the municipality of Corozal, Sucre.

763.    On November 22, 1999, Alfredo Jose Gamarra Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nelcy Miladys Salas Ochoa, who is the wife of Alfredo Jose Gamarra Perez, is the legal heir to Alfredo Jose Gamarra Perez and resides in the municipality of Corozal, Sucre.

764.    On May 11, 1992, Miguel Enrique Ortega Castillo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elis Rosmira Castillo Cardoza, who is the sister of Miguel Enrique Ortega Castillo, is the legal heir to Miguel Enrique Ortega Castillo and resides in the municipality of Corozal, Sucre.

765.    On September 6, 1997, Ever Julio Olivera Viloria, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aracelis Porto Montes is the legal heir to Ever Julio Olivera Viloria and resides in the municipality of Corozal, Sucre.

766.    On December 21, 1996, Eduardo de Jesus Mercado Pineres, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alis Estela Mendoza Chavez, who is the wife of Eduardo de Jesus Mercado Pineres, is the legal heir to Eduardo de Jesus Mercado Pineres and resides in the municipality of Corozal, Sucre.

767.    On December 15, 1998, Julio Cesar Diaz Narvaez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Sixta Maria Diaz Narvaez, who is the sister of Julio Cesar Diaz Narvaez, is the legal heir to Julio Cesar Diaz Narvaez and resides in the municipality of Corozal, Sucre.

768.     On January 23, 1994, William Urango Duenas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cielo de Jesus Duenas Guerra is the legal heir to William Urango Duenas and resides in the municipality of Corozal, Sucre.

769.     On September 20, 2000, Manuel Segundo Hernandez Escobar, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Soledad Monsalve, who is the wife of Manuel Segundo Hernandez Escobar, is the legal heir to Manuel Segundo Hernandez Escobar and resides in the municipality of Antioquia..

770.     On August 31, 2002, Jesus David del Valle Alvarez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Veronica Claudia del Valle Alvarez, who is the sister of Jesus David del Valle Alvarez, is the legal heir to Jesus David del Valle Alvarez and resides in the municipality of Cienaga, Magdalena.

771.     On September 26, 2001, Jaider Alfonso Cantillo Hustaris, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sandra Ines Vargas Pobon, who is the wife of Jaider Alfonso Contillo Hustaris, is the legal heir to Jaider Lafonso Cantillo Hustaris and resides in the municipality of Cienaga, Magdalena.

772.     On July 4, 1995, Medardo Antonio Graciano Guisao, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Emilia Guisao, who is the mother of Medardo Antonio Graciano Guisao, is the legal heir to Medardo Antonio Graciano Guisao and resides in the municipality of Policarpa, Antioquia.

773.     On November 27, 1985, Angelino Graciano Guisao, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Emilia Guisao, who is the mother of Angelino Graciano Guisao, is the legal heir to Angelino Graciano Guisao and resides in the municipality of Policarpa, Antioquia.

774.     On December 9, 1995, Nelson Heli Graciano Guisao, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Emilia Guisao, who is the mother of Nelson Heli Graciano Guisao, is the legal heir to Nelson Heli Graciano Guisao and resides in the municipality of Policarpa, Antioquia.

775.     On January 3, 1995, Idelber Hernandez Gomez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gloria Irene Correa Montoya, who is the partner of Idelber Hernandez Gomez, is the legal heir to Idelber Hernandez Gomez and resides in the municipality of Policarpa, Antioquia.

776.     On April 16, 2004, Alberto de Jesus Arias Monsalve, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Doralba Monsalve Cantor, who is the

sister of Alberto de Jesus Arias Monsalve, is the legal heir to Alberto de Jesus Arias Monsalve and resides in the municipality of Policarpa, Antioquia.

777.    On April 16, 2004, Alberto de Jesus Arias Monsalve, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Elena Cantor, who is the mother of Alberto de Jesus Arias Monsalve, is the legal heir to Alberto de Jesus Arias Monsalve and resides in the municipality of Policarpa, Antioquia.

778.    On July 18, 2002, Orlando Manuel Vertel Pastana, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Doralba Monsalve Cantor, who is the partner of Orlando Manuel Vertel Pastana, is the legal heir to Orlando Manuel Vertal Pastana and resides in the municipality of Policarpa, Antioquia.

779.    On April 18, 1996, Fabio de Jesus Durango Escobar, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Elvira Escobar Borja, who is the mother of Fabio de Jesus Durango Escobar, is the legal heir to Fabio de Jesus Durango Escobar and resides in the municipality of Policarpa, Antioquia

780.    On August 21, 1996, Pedro Pablo Molina Cordero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yaniris Maria Guzman Banda, who is the partner of Pedro Pablo Molina Cordero, is the legal heir to Pedro Pablo Molina Cordero and resides in the municipality of Policarpa, Antioquia.

781.     On January 25, 2005, Edwin Alfonso Moreno Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alonso Moreno Arosco, who is the son of Edwin Alfonso Moreno Perez, is the legal heir to Edwin Alfonso Moreno Perez and resides in the municipality of Cienaga, Magdalena.

782.     On January 21, 1998, Omar David Orozco Pabon, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marco Manuel Orozco Pabon, who is the brother of Omar David Orozco Pabon, is the legal heir to Omar David Orozco Pabon and resides in the municipality of Cienaga, Magdalena.

783.     On June 19, 2004, Willliam David Miranda Montero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff William Enrique Miranda Guete, who is the father of William David Miranda Montero, is the legal heir to William David Miranda Montero   and resides in the municipality of Sevilla, Magdalena.

784.     On May 29, 2003, Jhon Jairo Conrado Caballero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sonia Rosa Caballero Escobar, who is the mother of Jhon Jairo Conrado Caballero, is the legal heir to Jhon Jairo Conrado Caballero and resides in the municipality of Cienaga, Magdalena.

785.     On June 28, 1999, Jose Manuel Monsalve Batista, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lida Sugey Martinez Gracia, who is

the partner of Jose Manuel Monsalve Batista, is the legal heir to Jose Manuel Monsalve Batista and resides in the municipality of Cienaga, Magdalena.

786.    On May 24, 2005, Hugo Alfonso Chamorro, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nataly Galan Peralta, who is the partner of Hugo Alfonso Chamorro, is the legal heir to Hugo Alfonso Chamorro and resides in the municipality of Cienaga, Magdalena.

787.    On March 16, 1994, Benjamin Fontalvo Martinez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marta Beatriz Martinez Castillo, who is the sister of Bejamin Fontalvo Martinez, is the legal heir to Benjamin Fontalvo Martinez and resides in the municipality of Cienaga, Magdalena.

788.    On January 29, 1994, Jose Miguel SanJuan, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dubis Ester SanJuan Sanchez, who is the daughter of Jose Miguel SanJuan, is the legal heir to Jose Miguel SanJuan and resides in the municipality of Cienaga, Magdalena.

789.    On June 9, 2000, Fernando Cesar SanJuan Sanchez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dubis Ester SanJuan Sanchez, who is the sister of Fernando Cesar SanJuan Sanchez, is the legal heir to Fernando Cesar SanJuan Sanchez and resides in the municipality of Cienaga, Magdalena.

790.    On January 20, 1992, Rodrigo Carrillo Munoz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Hipolito Carrillo Munoz, who is the brother of Rodrigo Carrillo Munoz, is the legal heir to Rodrigo Carrillo Munoz and resides in the municipality of Aracataca, Mayol.

791.    On September 13, 2008, Lenin Alfonso Ruda Payares, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Heriberto Antonio Ruda Moreno, who is the father of Lenin Alfonso Ruda Payares, is the legal heir to Lenin Alfonso Ruda Payares and resides in the municipality of San Pues, Aracataca.

792.    On April 16, 1996, Soler Nain Barranco Valencia, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Samira Ester Barranco de las Salas, who is the sister of Soler Nain Barranco Valencia, is the legal heir to Soler Nain Barranco Valencia and resides in the municipality of Vuelta el Torito, Aracataca.

793.    On March 16, 2001, Andres Uribe Claro, was shot and severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Andres Uribe Claro resides in the municipality of Vuelta el Torito, Aracataca.

794.    On October 9, 1995, Eder Elias Quintero Acevedo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Zaray Guerrero, who is the sister of

Eder Elias Quintero, is the legal heir to Eder Elias Quintero Acevedo and resides in the municipality of Aracataca, Mayol.

795.    On July 26, 1995, Jose Clovelio Zamora Camacho, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Claudia Patricia Zamora Arciniegas, who is the daughter of Jose Clovelio Zamora Camacho, is the legal heir to Jose Clovelio Zamora Camacho and resides in the municipality of San Helisa, Fundacion.

796.    On August 1, 1998, Vladimir de Jesus Jimenez Fontalvo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Fontalvo Miranda, who is the daughter of Vladimir de Jesus Jimenez Fontalvo, is the legal heir to Vladimir de Jesus Jimenez Fontalvo and resides in the municipality of Aracataca, Mayol.

797.    On September 4, 2007, Luis Manuel Ortiz Cantillo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Conrado Medina, who is the wife of Luis Manuel Ortiz Cantillo, is the legal heir to Luis Manuel Ortiz Cantillo and resides in the municipality of Fundacion, Magdalena.

798.    On March 11, 2004, Pedro Antonio Rincon Madarriaga, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Teresa Tamayo Trujillo, who is the wife of Pedro Antonio Rincon Madarriaga, is the legal heir to Pedro Antonio Rincon Madarriaga and resides in the municipality of Vuelta el Torito, Aracataca.

799.    On July 17, 2004, Omar Alfonso Polo Pabayo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Teresa Maria Pertuz Hernandez, who is the wife of Omar Alfonso Polo Pabayo, is the legal heir to Omar Alfonso Polo Pabayo and resides in the municipality of Buenos Aires, Aracataca.

800.    On May 11, 1998, Argemiro Blanco Blanco, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Donaldo Blanco Balaguer, who is the son of Argemiro Blanco Blanco, is the legal heir to Argemiro Blanco Blanco and resides in the municipality of Santa Ana, Aracataca.

801.    On May 24, 2006, Jose Eliazar Medina Chamorro, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carlos Ancizar Leon Medina, who is the nephew of Jose Eliazar Medina Chamorro, is the legal heir to Jose Eliazar Medina Chamorro and resides in the municipality of Roz del Rio, Magdalena.

802.    On December 2, 2006, Harles Caceres Contreras, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gina Paola Zamora Pacheco, who is the wife of Harles Caceres Contreras, is the legal heir to Harles Caceres Contreras and resides in the municipality of Fundacion, Magdalena.

803.    On June 27, 2000, Jorge Luis Borja Valle, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carlos Alberto Borja, who is the

father of Jorge Luis Borja Valle, is the legal heir to Jorge Luis Borja Valle and resides in the municipality of San Carlos, Magdalena.

804.    On October 14, 2006, Luis Manuel Martinez de Aguas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Idalia Rosa Martinez de Leon, who is the daughter of Luis Manuel Martinez de Aguas, is the legal heir to Luis Manuel Martinez de Aguas and resides in the municipality of Fundacion, Magdalena.

805.    On March 23, 2003, Martin Emilio Gutierrez Bolanos, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marelbis Esther Nino Pacheco, who is the wife of Martin Emilio Gutierrez Bolanos, is the legal heir to Martin Emilio Gutierrez Bolanos and resides in the municipality of San Pues, Aracataca.

806.    On August 31, 2001, Jader Chamorro Rodelo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose Gregorio Angelo Rodelo, who is the brother of Jader Chamorro Rodelo, is the legal heir to Jader Chamorro Rodelo and resides in the municipality of Fundacion Magdalena.

807.    On October 13, 2003, Emell Enrique Charris Puello, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Genaro Charris Acosta, who is the father of Emell Enrique Charris Pueelo, is the legal heir to Emell Enrique Charris Puello and resides in the municipality of Roz del Rio, Magdalena.

808.    On May 26, 1999, Luis Felipe Vega Parra, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mirian Ester Gil Marquez, who is the wife of Luis Felipe Vega Parra, is the legal heir to Luis Felipe Vega Parra and resides in the municipality of San Puesito, Aracataca.

809.    On March 30, 2004, Albeiro Jose Caceres Becerra, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ludith Contreras Chinchilla, who is the wife of Albeiro Jose Caceres Becerra, is the legal heir to Albeiro Jose Caceres Becerra and resides in the municipality of Findacion, Magadalena.

810.    On September 25, 1999, Hugo Jose Ortiz Molina, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elsy Elena Ortiz Cantillo, who is the wife of Hugo Jose Ortiz Molina, is the legal heir to Hugo Jose Ortiz Molina and resides in the municipality of San Pues, Aracataca.

811.    On July 6, 2002, Marqueza Isabel Canencia Gonzalez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mileth Yohana Navarro Canencia, who is the daughter of Marqueza Isabel Canencia Gonzalez, is the legal heir to Marqueza Isabel Canencia Gonzalez and resides in the municipality of Buenos Aires, Magdalena.

812.    On December 7, 2003, Miguel Antonio Rodriguez Duarte, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nancy Mora Lemus, who

is the wife of Miguel Antonio Ridriguez Duarte, is the legal heir to Miguel Antonio Rodriguez Duarte and resides in the municipality of Fundacion, Magdalena.

813.    On March 20, 2002, Ramon Duran Sauguino, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ofelia Duran Sauguino, who is the mother of Ramon Duran Sauguino, is the legal heir to Ramon Duran Sauguino and resides in the municipality of Fundacion, Magdalena.

814.    On May 26, 2000, Cristobal Cruz Miranda, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sara Elena Iseda Olive, who is the wife of Cristobal Cruz Miranda, is the legal heir to Cristobal Cruz Miranda and resides in the municipality of Ciudadela, Aracataca.

815.    On December 4, 1996, Freddy Geronimo Iseda Olive, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sara Mercedes Olive de Iseda, who is the mother of Freddy Geronimo Iseda Olive, is the legal heir to Freddy Geronimo Iseda Olive and resides in the municipality of Ciudadela, Aracataca.

816.    On October 28, 1993, Jose Martiniano Baleta Moreno, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Orayda del Carmen Baleta Moreno, who is the sister of Jose Martiniano Baleta Moreno, is the legal heir to Jose Martiniano Baleta Moreno and resides in the municipality of Loma Alta.

817.    On March 14, 1989, Adelmo Manuel Gonzalez Guevara, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lina Luz Gonzalez Pinto, who is the daughter of Adelmo Manuel Gonzalez Guevara, is the legal heir to Adelmo Manuel Gonzalez Guevara and resides in the municipality of Sincelejo, Sucre.

818.    On August 31, 2008, Juan Manuel Mendoza Arco, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alderi Isabel Pacheco Mendoza is the legal heir to Juan Manuel Mendoza Arco and resides in the municipality of Montelibano, Cordoba.

819.    On February 17, 1995, Luis Miguel Pacheco Mendoza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alderi Isabel Pacheco Mendoza, who is the sister of Luis Miguel Pacheco Mendoza, is the legal heir to Luis Miguel Pacheco Mendoza and resides in the municipality of Montelibano, Cordoba.

820.    On April 10, 1994, Alvaro Jose Causado Marquez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Ignocencia Wilches de Causado, who is the wife of Alvaro Jose Causado Marquez, is the legal heir to Alvaro Jose Causado Marquez and resides in the municipality of El Pinal, Sucre.

821.    On August 18, 2007, Carlos David Martinez Moreno, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edulfo Carmelo Martinez Marquez,

who is the father of Carlos David Martinez Marquez, is the legal heir to Carlos David Martinez Marquez and resides in the municipality of Corozal, Sucre.

822.     On June 10, 1999, Jorge Eliecer Herrera Cequea, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Omaira Rosa Herrera Cequea, who is the sister of Jorge Eliecer Herrera Cequea, is the legal heir to Jorge Eliecer Herrera Cequea and resides in the municipality of Montelibano, Cordoba.

823.     On September 14, 2002, Joaquin Pablo Rivera Colon, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nancy Del Socorro Tovar Vitola, who is the partner of Joaquin Pablo Rivera Colon, is the legal heir to Joaquin Pablo Rivera Colon and resides in the municipality of Sincelejo, Sucre.

824.     On July 30, 2008, Dario Jose Yepes Guzman, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cecilia Esther Guzman Muniz, who is the mother of Dario Jose Yepes Guzman, is the legal heir to Dario Jose Yepes Guzman and resides in the municipality of Corozal, Sucre.

825.     On May 7, 1992, Luis Alberto Perez Benitez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Martha Cecilia Sanchez Feria, who is the partner of Luis Alberto Perez Benitez, is the legal heir to Luis Alberto Perez Benitez and resides in the municipality of El Pinal, Sucre.

826.     On July 18, 2004, Wayner Ezequiel Teheran Mendoza, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Sofia Ruiz Quiroz, who is the wife of Wayner Ezequiel Teheran Mendoza, is the legal heir to Wayner Ezequiel Teheran Mendoza and resides in the municipality of Corozal, Sucre.

827.     On September 14, 1987, Antonio Jose Aguas Acosta, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Neila Rosa Aguas Acosta is the legal heir to Antonio Jose Aguas Acosta and resides in the municipality of Corozal, Sucre.

828.     On July 30, 1995, Lazaro Jose Hernandez Paternina, was injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edith del Socorro Toscano Pena, who is the wife of Lazaro Jose Hernandez Paternina, is the legal heir to Lazaro Jose Hernandez Paternina and resides in the municipality of Macajan, Sucre.

829.     On November 7, 2007, Luis Alberto Ortiz Montes, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cesar Julio Contreras Rodelo is the legal heir to Luis Alberto Ortiz Montes and resides in the municipality of Montelibano, Cordoba.

830.     On May 2, 2006, Jose Rafael Martinez Nunez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Merlis Judith Simanca Buelvas, who

is the wife of Jose Rafael Martinez Nunez, is the legal heir to Jose Rafael Martinez Nunez and resides in the municipality of Urbanizacion la Primavera.

831.     On October 27, 2008, Nilson de Jesus Acosta Ramos, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Eliana Patricia Otero Montiel is the legal heir to Nilson de Jesus Acosta Ramos and resides in the municipality of Montelibano, Cordoba.

832.     On June 5, 1991, Jorge Elias Lambrano Medina, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yarledis Mariela Caro Morales is the legal heir to Jorge Elias Lambrano Medina and resides in the municipality of Los Almendros.

833.     On March 1, 1991, Jose Benjamin Regino Viloria, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mary Luz Contreras, who is the partner of Jose Benjamin Regino Viloria, is the legal heir to Jose Benjamin Regino Viloria and resides in the municipality of Sincelejo, Sucre.

834.     On February 9, 2003, Hernando Jose Ortega Ruiz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gloria Sofia Ruiz Salazar, who is the mother of Hernando Jose Ortega Ruiz, is the legal heir to Hernando Jose Ortega Ruiz and resides in the municipality of Sincelejo, Sucre.

835.     On March 9, 2001, Victor Manuel Alvarez Alvarez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Belis Alvarez Alvarez, who is the sister of Victor Manuel Alvarez Alvarez, is the legal heir to Victor Manuel Alvarez Alvarez and resides in the municipality of Corozal, Sucre.

836.     On August 19, 1998, Fernando David Ruiz Paternina, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nelly del Carmen Paternina Oliva, who is the mother of Fernando David Ruiz Paternina, is the legal heir to Fernando David Ruiz Paternina and resides in the municipality of Sincelejo, Sucre.

837.     On May 1, 1992, Domingo Antonio Arcia Urrutia, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Elena Arcia Pacheco, who is the daughter of Domingo Antonio Arcia Urrutia, is the legal heir to Domingo Antonio Arcia Urrutia and resides in the municipality of Montelibano, Cordoba.

838.     On May 19, 2003, Eulices Canon Pineda, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Maria Diaz Oyola, who is the partner of Eulices Canon Pineda, is the legal heir to Eulices Canon Pineda and resides in the municipality of Montelibano, Cordoba.

839.     On February 24, 2009, Julio Anibal Marquez Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Isabel Diaz Gomez, who is the

mother of Julio Anibal Marquez Diaz, is the legal heir to Julio Anibal Marquez Diaz and resides in the municipality of Corozal, Sucre.

840.   On July 23, 2009, Edier Enrique Ricardo Pereira, was severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edier Enrique Ricardo Pereira resides in the municipality of Macajan, Sucre.

841.   On May 5, 2004, Roy Enrri Narvaez Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff German Luis Narvaez Diaz, who is the brother of Roy Enrri Narvaez Diaz, is the legal heir to Roy Enrri Narvaez Diaz and resides in the municipality of Los Palmitos, Sucre.

842.   On March 15, 2001, Silvia Isabel Medrano Medrano, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Francisco Manuel Romero Gonzalez, who is the husband of Silvia Isabel Medrano Medrano, is the legal heir to Silvia Isabel Medrano Medrano and resides in the municipality of Montelibano, Cordoba.

843.   On June 9, 1999, Jhonson Jose Montes Balasnoa, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Emiro Rafael Montes Diaz is the legal heir to Jhonson Jose Montes Balasnoa and resides in the municipality of Los Palmitos, Sucre.

844.   On January 4, 2002, Daimer Samuel Gutierrez Mora, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

207

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Alicia Mora Martinez, who is the mother of Daimer Samuel Gutierrez Mora, is the legal heir to Daimer Samuel Gutierrez Mora and resides in the municipality of El Pinal, Sucre.

845.    On November 26, 1996, Roberto Antonio Perez Mercado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosalba del Carmen Wilchez Mendez, who is the wife of Roberto Antonio Perez Mercado, is the legal heir to Roberto Antonio Perez Mercado and resides in the municipality of Sincelejo, Sucre.

846.    On December 8, 1999, Sandra Rosa Casarrubia Espitia, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Epifania Maria Espitia Avilez is the legal heir to Sandra Rosa Casarrubia Espitia and resides in the municipality of Montelibano, Cordoba.

847.    On February 12, 2001, Pedro Melendres Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Emiro Romero Flores is the legal heir to Pedro Melendres Diaz and resides in the municipality of Montelibano, Cordoba.

848.    On February 12, 2001, Jose Luis Ramos Bertel, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Emiro Romero Flores is the legal heir to Jose Luis Ramos Bertel and resides in the municipality of Montelibano, Cordoba.

849.    On June 25, 2002, Wilson Manuel Lopez Cordero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Leonor Alicia Lopez is the legal heir to Wilson Manuel Lopez Cordero and resides in the municipality of Puerto Libertador.

850. On April 29, 2005, Amin Jose Salas Ozuna, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juana Ozuna Escorcia, who is the mother of Amin Jose Salas Ozuna, is the legal heir to Amin Jose Salas Ozuna and resides in the municipality of Son Onofre, Sucre.

851. On February 13, 2010, Carlos Alberto Niperuza Meza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Julio Manuel Nisperuza Sierra, who is the father of Carlos Alberto Niperuza Meza, is the legal heir to Carlos Alberto Niperuza Meza and resides in the municipality of Montelibano, Cordoba.

852. On November 23, 1993, Tarcila Tapias Guevara, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Ledys Baron Tapias, who is the daughter of Tarcila Tapias Guevara, is the legal heir to Tarcila Tapias Guevara and resides in the municipality of San Onofre, Sucre.

853. On March 12, 1998, Nestor Segundo Blanco Mercado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Alba Rosa Blanco Mercado is the legal heir to Nestor Segundo Blanco Mercado and resides in the municipality of San Onofre, Sucre.

854. On August 18, 2000, Over Eduardo Diaz Toscano, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Victoria Toscano de Diaz is the legal heir to Over Eduardo Diaz Toscano and resides in the municipality of San Onofre, Sucre.

855. On May 6, 1999, Eliecer Baena Silgado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nurys Baena Silgado is the legal heir to Eliecer Baena Silgado and resides in the municipality of San, Onofre, Sucre.

856. On December 3, 2004, Jaime Enrique Rivera Mendoza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Pedro Jose Rivera Mendoza is the legal heir to Jaime Enrique Rivera Mendoza and resides in the municipality of Monte Carmelo.

857. On September 27, 2003, Franklim Enrique Ricardo Barreto, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Salomon de Jesus Tovar Barreto is the legal heir to Franklim Enrique Ricardo Barreto and resides in the municipality of Sincelejo, Sucre.

858. On April 25, 2003, Raul Enrique Tovar Barreto, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Salomon de Jesus Tovar Barreto is the

legal heir to Raul Enrique Tovar Barreto and resides in the municipality of Sincelejo, Sucre.

859.    On November 30, 2003, Victor Manuel Misal Gaibao, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose Manuel Misal Gaibao, who is the brother of Victor Manuel Misal Gaibao, is the legal heir to Victor Manuel Misal Gaibao and resides in the municipality of San Marco, Sucre.

860.    On December 17, 1993, Filadelfo Ricaurte Perez Herrera, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Omaira Isabel Hernandez de Perez, who is the wife of Filadelfo Ricaurte Perez Herrera, is the legal heir to Filadelfo Ricaurte Perez Herrera and resides in the municipality of Sincelejo, Sucre.

861.    On December 22, 2007, Juan Carlos Villalba Cervantes, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marta Lucia Vallalba Cervantes is the legal heir to Juan Carlos Villalba Cervantes and resides in the municipality of Puerto Libertador, Cordoba.

862.    On July 15, 1999, Luis Francisco Salgado Oyoda, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Miryam Esther Vergara Hoyos, who is the partner of Luis Francisco Salgado Oyoda, is the legal heir to Luis Francisco Salgado Oyoda and resides in the municipality of San Onofre, Sucre.

863.   On March 31, 2009, Julio Hernan Verbal Medina, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Liliana Milena Alvarez Alvarez is the legal heir to Julio Hernan Verbal Medina and resides in the municipality of Chinu, Cordoba.

864.   On March 31, 2009, Marleny del Carmen Alvarez Alvarez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Liliana Milena Alvarez Alvarez, who is the ssiter of Marleny del Carmen Alvarez Alvarez, is the legal heir to Marleny del Carmen Alvarez Alvarez and resides in the municipality of Chinu, Cordoba.

865.   On April 10, 2001, Jose Luis Gomez Tarapuez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Hilda Regina Theran Marquez, who is the wife of Jose Luis Gomez Tarapuez, is the legal heir to Jose Luis Gomez Tarapuez and resides in the municipality of Corozal, Sucre.

866.   On August 27, 1996, Manuel Reinero Pacheco Zapa, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gloria Elvira Pacheco de Verona, who is the daughter of Manuel Reinero Pacheco Zapa, is the legal heir to Manuel Reinero Pacheco Zapa and resides in the municipality of Corozal, Sucre.

867.   On April 6, 1993, Pedro Melendres Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Argemiro Javier Melendres Calderin

is the legal heir to Pedro Melendres Diaz and resides in the municipality of Montelibano, Cordoba.

868.     On March 1, 2004, Leonel Vergara Paternina, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosiris del Carmen Narvaez Lopez, who is the wife of Leonel Vergara Paternina, is the legal heir to Leonel Vergara Paternina and resides in the municipality of Macajon, Sucre.

869.     On February 20, 2003, Atilano Antonio Escudero Ortiz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gertrudis Escudero Arrieta, who is the mother of Atilano Antonio Escudero Ortiz, is the legal heir to Atilano Antonio Escudero Ortiz and resides in the municipality of Sincelejo, Sucre.

870.     On February 11, 1993, Aniano Julio Cabarcas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Mayra Julio Meza, who is the wife of Aniano Julio Cabarcas, is the legal heir to Aniano Julio Cabarcas and resides in the municipality of San Onofre, Sucre.

871.     On October 13, 2001, Esteban Manuel Solar Herazo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Isabel Herazo Quiroz, who is the mother of Esteban Manuel Solar Herazo, is the legal heir to Esteban Manuel Solar Herazo and resides in the municipality of San Onofre, Sucre.

872.     On December 15, 2009, Antonio Romero Escudero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nancy Edith Escudero de Romero is the legal heir to Antonio Romero Escudero and resides in the municipality of Cartagena, Bolivar.

873.     On August 12, 1996, Antonio Jose Romero Palacio, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nancy Edith Escudero de Romero, who is the wife of Antonio Jose Romero Palacio, is the legal heir to Antonio Jose Romero Palacio and resides in the municipality of Cartagena, Bolivar.

874.     On September 2, 1996, Jose Tomas Guerra Salazar, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Delia Emperatiz Guerra de Pacheco is the legal heir to Jose Tomas Guerra Salazar and resides in the municipality of Montelibano, Cordoba.

875.     On March 24, 1990, Gustavo Enrique Toscano Mendoza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gustavo Adolfo Toscano Banquez is the legal heir to Gustavo Enrique Toscano Mendoza and resides in the municipality of San Onofre, Sucre.

876.     On July 11, 2007, Niver Ney Ramos Alvarez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lucila Maria Alvarez Sotelo, who is

the mother of Niver Ney Ramos Alvarez, is the legal heir to Niver Ney Ramos Alvarez and resides in the municipality of Montelibano, Cordoba.

877.    On August 27, 2005, Ador Manuel Bettin Gomez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Manuel Gregorio Bettin is the legal heir to Ador Manuel Bettin Gomez and resides in the municipality of Corozal, Sucre.

878.    On August 27, 2005, Astor Ford Bettin Gomez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Manuel Gregorio Bettin is the legal heir to Astor Ford Bettin Gomez and resides in the municipality of Corozal, Sucre.

879.    On July 4, 2003, Arnulfo Segundo Vargas Chavez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Lucia Vargas Chavez, who is the wife of Arnulfo Segundo Vargas Chavez, is the legal heir to Arnulfo Segundo Vargas Chavez and resides in the municipality of Sincelejo, Sucre.

880.    On June 6, 1995, Julio Munoz Florez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Hermencia Munoz Florez, who is the mother of Julio Munoz Florez, is the legal heir to Julio Munoz Florez and resides in the municipality of San Onofre, Sucre.

881.    On November 25, 2009, Leonel Munoz Florez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Hermencia Munoz Florez, who is the

mother of Leonel Munoz Florez, is the legal heir to Leonel Munoz Florez and resides in the municipality of San Onofre, Sucre.

882.    On October 18, 2003, Alvaro de Jesus Romero Marquez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nohora Alba Romero Marquez is the legal heir to Alvaro de Jesus Romero Marquez and resides in the municipality of Sincelejo, Sucre.

883.    On April 1, 2009, Luis Miguel Urzola Bertel, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gloria Stella Ruiz Bertel is the legal heir to Luis Miguel Urzola Bertel and resides in the municipality of Sincelejo, Sucre.

884.    On February 20, 2004, Alfonso Banquez Gomez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Amelia Osorio Avila, who is the wife of Alfonso Banquez Gomez, is the legal heir to Alfonso Banquez Gomez and resides in the municipality of San Onofre, Sucre.

885.    On May 10, 1999, Gregorio Francisco Torres Rivera, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria de los Santos Salas Rivera, who is the wife of Gregorio Francisco Torres Rivera, is the legal heir to Gregorio Francisco Torres Rivera and resides in the municipality of Chinulito, Sucre.

886.    On February 21, 1997, Never Manuel Betin Hernandez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carolina Isabel Betin Hernandez, who is the mother of Never Manuel Betin Hernandez, is the legal heir to Never Manuel Betin Hernandez and resides in the municipality of Corozal, Sucre.

887.    On December 17, 2004, Hugo Alfonso Reyes Herazo, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mariela del Carmen Herazo Aguas, who is the mother of Hugo Alfonso Reyes Herazo, is the legal heir to Hugo Alfonso Reyes Herazo and resides in the municipality of San Pues, Sucre.

888.    On August 31, 1996, Manuel Benito Osorio Peroza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Milva Julio Silgado, who is the wife of Manuel Benito Osorio Peroza, is the legal heir to Manuel Benito Osorio Peroza and resides in the municipality of San Onofre, Sucre.

889.    On March 4, 2004, Julio Jose Sequea Bravo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mirelys del Rosario Puello Torres, who is the wife of Julio Jose Sequea Bravo, is the legal heir to Julio Jose Sequea Bravo and resides in the municipality of Sincelejo, Sucre.

890.    On November 13, 1989, Adalberto Marcel Aguas Yepes, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nuris Maria Salcedo Alvarez, who is the partner of Adalberto Marcel Aguas Yepes, is the legal heir to Adalberto Marcel Aguas Yepes and resides in the municipality of Sincelejo, Sucre.

891.     On June 2, 1997, Elkin Arturo Rojas Castaneda, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Alcira Florez Vanegas, who is the wife of Elkin Arturo Rojas Castaneda, is the legal heir to Elkin Arturo Rojas Castaneda and resides in the municipality of Montelibano, Cordoba.

892.     On October 5, 2001, Lorena Margarita Sanchez Peralta, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Heidys Marie Peralta Salgado is the legal heir to Lorena Margarita Sanchez Peralta and resides in the municipality of Corozal, Sucre.

893.     On August 6, 2000, Norberto Millan Pedroza Roqueme, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Zomaida Castro Pedroza is the legal heir to Norberto Millan Pedroza Roqueme and resides in the municipality of San Onofre, Sucre.

894.     On November 26, 2003, Jose Albeiro Calle Porras, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Magola Isabel Moreno Polo, who is the partner of Jose Albeiro Calle Porras, is the legal heir to Jose Albeiro Calle Porras and resides in the municipality of Montelibano, Cordoba.

895.     On August 16, 2009, Pedro Luis Ramos Diaz, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Luz Mery Diaz Vega is the legal heir to Pedro Luis Ramos Diaz and resides in the municipality of Sincelejo, Sucre.

896.    On May 13, 2000, Jorge Luis Barros Rodriguez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Elena Alviz Rodriguez, who is the sister of Jorge Luis Barros Rodriguez, is the legal heir to Jorge Luis Barros Rodriguez and resides in the municipality of Sincelejo, Sucre.

897.    On December 18, 1996, Walter Manuel Lopez Guarin, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Luisa Lopez Canchila, who is the daughter of Walter Manuel Lopez Guarin, is the legal heir to Walter Manuel Lopez Guarin and resides in the municipality of Corozal, Sucre.

898.    On November 2, 2005, Delquin Duvan Contreras Hernandez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cira Luz Contreras Hernandez, who is the sister of Delquin Duvan Contreras Hernandez, is the legal heir to Delquin Duvan Contreras Hernandez and resides in the municipality of Corozal, Sucre.

899.    On October 26, 2007, Luis Abel Puerta Calderin, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Yaris Nileth Acevedo Montes, who is the wife of Luis Abel Puerta Calderin, is the legal heir to Luis Abel Puerta Calderin and resides in the municipality of Montelibano, Cordoba.

900.    On November 2, 2001, Manuel Francisco Munoz Ureita, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosa Maria Vergara de Munoz, who is the wife of Manuel Francisco Munoz Ureita, is the legal heir to Manuel Francisco Munoz Ureita and resides in the municipality of Sincelejo, Sucre.

901.    On May 16, 1998, Alfredo Buelvas Guerra, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cecilia del Socorro Morante Rivero, who is the wife of Alfredo Buelvas Guerra, is the legal heir to Alfredo Buelvas Guerra and resides in the municipality of Corozal, Sucre.

902.    On November 27, 1998, Luis Eduardo Diaz Serrano, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marleny del Socorro Diaz Serrano, who is the sister of Luis Eduardo Diaz Serrano, is the legal heir to Luis Eduardo Diaz Serrano and resides in the municipality of Montelibano, Cordoba.

903.    On March 19, 2004, Juan Carlos Escobar Paternina, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rumarda Paternina Oviedo, who is the mother of Juan Carlos Escobar Paternina, is the legal heir to Juan Carlos Escobar Paternina and resides in the municipality of Tolu Viejo, Sucre.

904.    On October 17, 2008, Over Manuel Vargas Florez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Armidas Isabel Vargas,

who is the mother of Over Manuel Vargas Florez, is the legal heir to Over Manuel

Vargas Florez and resides in the municipality of Montelibano, Cordoba.

905.    On July 26, 1998, Melanio Elis Florez Lucas, disappeared or was killed by

AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with

CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rafael Enrique Florez

Nisperuza is the legal heir to Melanio Elis Florez Lucas and resides in the municipality of

Montelibano, Cordoba.

906.    On February 3, 2006, Salvador Antonio Perez Mejia, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Diomar Perez Viuda de Rodriguez,

who is the daughter of Salvador Antonio Perez Mejia, is the legal heir to Salvador

Antonio Perez Mejia and resides in the municipality of Sincelejo, Sucre.

907.    On March 2, 1992, Adalberto Antonio Cordero Pico, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Porfiria del Socorro Pico de Cordero,

who is the wife of Adalberto Antonio Cordero Pico, is the legal heir to Adalberto Antonio

Cordero Pico and resides in the municipality of Sincelejo, Sucre.

908.    On September 2, 2006, Luis Carlos Velasquez Davila, was killed by AUC

Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Tatiana Isabel Polo Florez, who is the

wife of Luis Carlos Velasquez Davila, is the legal heir to Luis Carlos Velasquez Davila

and resides in the municipality of Montelibano, Cordoba.

909.     On July 10, 1999, Nel de la Ossa Hoyos, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Wilfrido Edgardo de la Ossa Guerra, who is the father of Nel de la Ossa Hoyos, is the legal heir to Nel de la Ossa Hoyos and resides in the municipality of Montelibano, Cordoba.

910.     On May 21, 2009, Adalberto Enrique Navarro Garcia, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Emildio Rafael Navarro Meza, who is the son of Adalberto Enrique Navarro Garcia, is the legal heir to Adalberto Enrique Navarro Garcia and resides in the municipality of Montelibano, Cordoba.

911.     On July 30, 1995, Eberto Segundo Tovar Barreto, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ismaris Tovar Torres is the legal heir to Eberto Segundo Tovar Barreto and resides in the municipality of Sincelejo, Sucre.

912.     On June 19, 1995, Julio Manuel Hoyos Gonzalez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Samirna Perez Gonzalez, who is the sister of Julio Manuel Hoyos Gonzalez, is the legal heir to Julio Manuel Hoyos Gonzalez and resides in the municipality of Montelibano, Cordoba.

913.     On March 29, 2004, Alvaro Jose Campo Perez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Angela de Jesus Perez Bertel is the legal heir to Alvaro Jose Campo Perez and resides in the municipality of Sincelejo, Sucre.

914.    On January 3, 2002, Henry David Osorio Matera, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Shirley Ester Vivero Martinez is the legal heir to Henry David Osorio Matera and resides in the municipality of Corozal, Sucre.

915.    On September 21, 1992, Luis Eduardo Salgado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Regina Salgado Acosta, who is the mother of Luis Eduardo Salgado, is the legal heir to Luis Eduardo Salgado and resides in the municipality of Corozal, Sucre.

916.    On February 14, 2007, Nazer Manuel Polo Florez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Polo Florez, who is the mother of Nazer Manuel Polo Florez, is the legal heir to Nazer Manuel Polo Florez and resides in the municipality of Montelibano, Cordoba.

917.    On February 27, 2002, Mary Isabel Genes Martinez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Josefa Genes Lopez is the legal heir to Mary Isabel Genes Martinez and resides in the municipality of San Onofre, Sucre.

918.    On April 25, 1991, Ruby del Socorro Giraldo Giraldo, was severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ruby del Socorro Giraldo Giraldo resides in the municipality of Montelibano, Cordoba.

919.     On May 4, 2009, Jaider de Jesus Caycedo Julio, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elvira Julio Primera, who is the mother of Jaider de Jesus Caycedo Julio, is the legal heir to Jaider de Jesus Caycedo Julio and resides in the municipality of San Onofre, Sucre.

920.     On August 7, 1989, Rafael Enrique Mercado Vergara, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Wiliam Javier Mercado Vergara, who is the brother of Rafael Enrique Mercado Vergara, is the legal heir to Rafael Enrique Mercado Vergara and resides in the municipality of San Onofre, Sucre.

921.     On March 17, 1997, Eberto Jose Martinez Martinez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Vergara Guzman, who is the wife of Eberto Jose Martinez Martinez, is the legal heir to Eberto Jose Martinez Martinez and resides in the municipality of Las Palmitas, Sucre.

922.     On November 13, 2005, Dairo Jose Perez Paez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Marina Amaya Morales, who is the wife of Dairo Jose Perez Paez, is the legal heir to Dairo Jose Perez Paez and resides in the municipality of Sincelejo, Sucre.

923.     On December 30, 2003, Heber Enrique de Avile Torres, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Lucia Banquez

224

Campo, who is the partner of Heber Enrique de Avile Torres, is the legal heir to Heber Enrique de Avile Torres and resides in the municipality of San Onofre, Sucre.

924.     On June 20, 1997, Arnulfo Rafael Meza Romero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Daimiro Alfonso Guzman Pulgar is the legal heir to Arnulfo Rafael Meza Romero and resides in the municipality of San Onofre, Sucre.

925.     On March 16, 2001, Jorge Luis Pertez Aguas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jaime Rafael Pertuz Morales, who is the uncle of Jorge Luis Pertez Aguas, is the legal heir to Jorge Luis Pertez Aguas and resides in the municipality of Montelibano, Cordoba.

926.     On April 25, 1991, Liney Maira Contreras Rodelo, was severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Liney Maira Contreras Rodelo resides in the municipality of Montelibano, Cordoba.

927.     On November 24, 1999, Leon Dario Viana Ochoa, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Otilia Ochoa Perez, who is the mother of Leon Dario Viana Ochoa, is the legal heir to Leon Dario Viana Ochoa and resides in the municipality of Sincelejo, Sucre.

928.     On December 15, 2003, Jorge Luis Alvarez Alvarez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA

and/or Banadex and the other Defendants. Plaintiff Lenis Elena Alvarez Alvarez, who is the sister of Jorge Luis Alvarez Alvarez, is the legal heir to Jorge Luis Alvarez Alvarez and resides in the municipality of Chinu, Cordoba.

929.     On April 26, 1998, Julio Alfredo Ricardo Julio, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Roberto Ricardo Wilches, who is the son of Julio Alfredo Ricardo Julio, is the legal heir to Julio Alfredo Ricardo Julio and resides in the municipality of Tolu Viejo, Sucre.

930.     On November 20, 1998, Jose Lopez Ursuga, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elisabel Hernandez Poso is the legal heir to Jose Lopez Ursuga and resides in the municipality of Montelibano, Cordoba.

931.     On November 20, 1998, Ignacio Hernandez Manco, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elisabel Hernandez Poso, who is the daughter of Ignacio Hernandez Manco, is the legal heir to Ignacio Hernandez Manco and resides in the municipality of Montelibano, Cordoba.

932.     On August 8, 2009, Jonathan Rafael Gomez Salgado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Victor Antonio Mercado Caldera is the legal heir to Jonathan Rafael Gomez Salgado and resides in the municipality of Corozal, Sucre.

933.     On January 19, 1998, Jorge Mario Ramos Macea, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosmery de la Cruz Macea Acosta, who is the mother of Jorge Mario Ramos Macea, is the legal heir to Jorge Mario Ramos Macea and resides in the municipality of Sahagun, Cordoba.

934.     On May 19, 2002, Jose Manuel Navarro Gonzalez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elvia Elena Gonzalez Martinez, who is the mother of Jose Manuel Navarro Gonzalez, is the legal heir to Jose Manuel Navarro Gonzalez and resides in the municipality of Corozal, Sucre.

935.     On March 14, 2003, Rodolfo Manuel Garcia Navarro, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Anibal Miguel Garcia Hernandez is the legal heir to Rodolfo Manuel Garcia Navarro and resides in the municipality of El Carman, Bolivar.

936.     On December 21, 2004, Julio Cesar Contreras Salgado, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Neyla Margarita Salgado Salgado, who is the mother of Julio Cesar Contreras Salgado, is the legal heir to Julio Cesar Contreras Salgado and resides in the municipality of El Pinal, Sucre.

937.     On March 7, 2001, Jaime Arturo Alvarez Villadiego, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Dalgi Danith Alvarez Suarez, who is

the wife of Jaime Arturo Alvarez Villadiego, is the legal heir to Jaime Arturo Alvarez Villadiego and resides in the municipality of Corozal, Sucre.

938.    On February 25, 2002, Nelson Enrique Julio Ricardo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Adolfina Mercedes Ricardo Herrera, who is the mother of Nelson Enrique Julio Ricardo, is the legal heir to Nelson Enrique Julio Ricardo and resides in the municipality of Corozal, Sucre.

939.    On March 16, 2005, Ramiro Rafael Mendoza Rodelo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Elvira Rosa Ochoa Diaz, who is the wife of Ramiro Rafael Mendoza Rodelo, is the legal heir to Ramiro Rafael Mendoza Rodelo and resides in the municipality of Corozal, Sucre.

940.    On March 10, 2008, Jorge Eliecer Sena Ramos, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Liz Deny Guerra Vellojin, who is the partner of Jorge Eliecer Sena Ramos, is the legal heir to Jorge Eliecer Sena Ramos and resides in the municipality of Montelibano, Cordoba.

941.    On October 13, 2001, Javid Blanco Huertas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Arelis Huertas Baena, who is the mother of Javid Blanco Huertas, is the legal heir to Javid Blanco Huertas and resides in the municipality of San Onofre, Sucre.

942.     On Septmeber 8, 2006, Juan Carlos Rios Santos, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Eugenia Vitola Jimenez, who is the partner of Juan Carlos Rios Santos, is the legal heir to Juan Carlos Rios Santos and resides in the municipality of Soncelejo, Sucre.

943.     On February 4, 2000, Alcides Rafael Rodriguez Vitola, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edilma Rosa Rodriguez Vitola is the legal heir to Alcides Rafael Rodriguez Vitola and resides in the municipality of Macajan, Sucre.

944.     On November 11, 1999, Edinson Alvarez Vargas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marlene Ester Vargas Cardenas, who is the mother of Edinson Alvarez Vargas, is the legal heir to Edinson Alvarez Vargas and resides in the municipality of San Onofre, Sucre.

945.     On April 2, 2000, Jorge Luis Hernandez Chamie, was severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aida Esther Vitola Chamie is the legal heir to Jorge Luis Hernandez Chamie and resides in the municipality of San Onofre, Sucre.

946.     On April 2, 2000, Jaime Enrique Hernandez Chamie, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aida Esther Hernandez Chamie is the

legal heir to Jaime Enrique Hernandez Chamie and resides in the municipality of San Onofre, Sucre.

947.    On April 1, 2000, Eduardo Enrique Hernandez Montero, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aida Esther Hernandez Chamie is the legal heir to Eduardo Enrique Hernandez Montero and resides in the municipality of San Onofre, Sucre.

948.    On May 20, 2000, Juan Carlos Hernandez Chamie, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aida Esther Vitola Chamie is the legal heir to Juan Carlos Hernandez Chamie and resides in the municipality of San Onofre, Sucre.

949.    On April 3, 1986, Edilberto Verona Contreras, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Marnelly del Carmen Verona de Hoyos, who is the daughter of Edilberto Verona Contreras, is the legal heir to Edilberto Verona Contreras and resides in the municipality of Corozal, Sucre.

950.    On February 10, 2004, Jose Miguel Berrio Berrio, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Isabel Berrio Bertel, who is the mother of Jose Miguel Berrio Berrio, is the legal heir to Jose Miguel Berrio Berrio and resides in the municipality of San Onofre, Sucre.

951. On December 28, 1988, Dario Zurita Nunez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose Reinaldo Zurita Hernandez is the legal heir to Dario Zurita Nunez and resides in the municipality of Montelibano, Cordoba.

952. On December 11, 2008, Victor Manuel Zurita Nunez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jose Reinaldo Zurita Hernandez, who is the father of Victor Manuel Zurita Nunez, is the legal heir to Victor Manuel Zurita Nunez and resides in the municipality of Montelibano, Cordoba.

953. On April 4, 1986, Jose Francisco Vergara Fuentes, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Antonio Maria Lopez Martinez is the legal heir to Jose Francisco Vergara Fuentes and resides in the municipality of Corozal, Sucre.

954. On November 23, 2006, Juvenal Escudero Narvaez, was severely injured by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juvenal Escudero Narvaez resides in the municipality of San Onofre, Sucre.

955. On August 17, 2003, Manuel de Jesus Ruiz Perez, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Jesus Miguel Ruiz

Berrio, who is the father of Manuel de Jesus Ruiz Perez, is the legal heir to Manuel de Jesus Ruiz Perez and resides in the municipality of San Onofre, Sucre.

956.    On October 18, 2001, Placido Cassiani Cassiani, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Vicenta Cassiani De Cassiani, who is the mother of Placido Cassiani Cassiani, is the legal heir to Placido Cassiani Cassiani and resides in the municipality of San Onofre, Sucre.

957.    On April 4, 2008, Gicela del Carmen Caicedo Julio, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gicela del Carmen Caicedo Julio, who is the sister of Gicela del Carmen Caicedo Julio, is the legal heir to Gicela del Carmen Caicedo Julio and resides in the municipality of San Onofre, Sucre.

958.    On October 27, 1992, Umberto de Jesus Rivera Pena, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Juan Antonio Rivera Pena, who is the brother of Umberto de Jesus Rivera Pena, is the legal heir to Umberto de Jesus Rivera Pena and resides in the municipality of Corozal, Sucre.

959.    On July 16, 2006, Davinson Rafael De La Cruz Cantillo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ana Rosa De La Cruz Cantillo, who is the sister of Davinson Rafael De La Cruz Cantillo, is the legal heir to Davinson Rafael De La Cruz Cantillo, and resides in the municipality of Aracataca, Magdalena.

960.     On August 13, 2008, Jonis Enrique Sarmiento Viloria, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Sandra Milena Antequera Molinares, who is the wife of Jonis Enrique Sarmiento Viloria, is the legal heir to Jonis Enrique Sarmiento Viloria and resides in the municipality of Aracataca, Magdalena.

961.     On April 23, 2001, Javier Martinez Benitez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Agar Marina Martinez Acosta, who is the mother of Javier Martinez Benitez, is the legal heir to Javier Martinez Benitez and resides in the municipality of Magdalena.

962.     On August 6, 1998, Eusebio Lopez Garcia, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Cenudith Maria Pena Garcia, who is the sister of Eusebio Lopez Garcia, is the legal heir to Eusebio Lopez Garcia and resides in the municipality of Cienaga, Magdalena.

963.     On August 11, 2006, Francisco Segundo Lozano Polo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edelmira Dolores Lozano Camacho, who is the daughter of Francisco Segundo Lozano Polo, is the legal heir to Francisco Segundo Lozano Polo and resides in the municipality of Barrio Villa Nora.

964.     On June 15, 1997, Roberto Julio Cantillo Romo, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Lida Luz Gamez Mozo, who is the

wife of Roberto Julio Cantillo Romo, is the legal heir to Roberto Julio Cantillo Romo and resides in the municipality of Pueblo Viejo.

965.    On April 6, 2002, Alfredo Blanquillo Mendoza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nubia Maria Rodriguez, who is the wife of Alfredo Blanquillo Mendoza, is the legal heir to Alfredo Blanquillo Mendoza and resides in the municipality of Cienaga.

966.    On October 4, 2002, Luis Alfonso Gomez Lopez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Edelmira Isabel Lopez Cantillo, who is the mother of Luis Alfonso Gomez Lopez, is the legal heir to Luis Alfonso Gomez Lopez and resides in the municipality of Aracataca, Magdalena.

967.    On August 10, 2001, Pedro Manuel Ahumada Barraza, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria Luisa Castro Ahumada, who is the niece of Pedro Manuel Ahumada Barraza, is the legal heir to Pedro Manuel Ahumada Barraza and resides in the municipality of Ayacucho.

968.    On February 10, 2008, Damian de Jesus Fontalvo Alvarez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Cecilia Alvarez Castillo, who is the mother of Damian de Jesus Fontalvo Alvarez, is the legal heir to Damian de Jesus Fontalvo Alvarez.

969.     On January 28, 2003, Juan Ricardo Lopez Ramirez, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Aida Ester Ramirez De Lopez, who is the mother of Juan Ricardo Lopez Ramirez, is the legal heir to Juan Ricardo Lopez Ramirez and resides in the municipality of Tucurinca.

970.     On March 17, 2003, Jose Yovanis Ospina Echevarria, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Mari Dolores Diaz Gutierrez, who is the wife of Jose Yovanis Ospina Echevarria, is the legal heir to Jose Yovanis Ospina Echevarria and resides in the municipality of Fundacion.

971.     On July 25, 1998, Angel Escorcia Almarales, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luis Manuel Escorcia Almarales, who is the brother of Angel Escorcia Almarales, is the legal heir to Angel Escorcia Almarales and resides in the municipality of Barrio Esmeralda.

972.     On March 15, 2000, Ederlin Durango Osorio, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Luz Dary Durango Osorio, who is the mother of Ederlin Durango Osorio, is the legal heir to Ederlin Durango Osorio and resides in the municipality of Apartado.

973.     On September 30, 2006, Fredy Enrique Durango Higuita, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Rosana Areiza

Rowinson, who is the partner of Fredy Enrique Durango Higuita, is the legal heir to Fredy Enrique Durango Higuita and resides in the municipality of Barrio Esmeralda.

974.    On October 30, 2002, Rafael Francisco Acosta Rivas, was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nelbys del Carmen Paez Correa, who is the partner of Rafael Francisco Acosta Rivas, is the legal heir to Rafael Francisco Acosta Rivas and resides in the municipality of Corrolao.

975.    On November 19, 2005, Antonio Jose Cardona Durango, disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Ofelia Usuga Ramirez, who is the wife of Antonio Jose Cardona Durango, is the legal heir to Antonio Jose Cardona Durango and resides in the municipality of Barrio La Paz.

976.    On July 12, 1999, Jose Gustavo Ricardo Chiquillo (Doe 876), was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Maria del Carmen Chiquillo is the legal heir to Jose Gustavo Ricardo Chiquillo and resides in the municipality of Corrolao.

977.    On October 30, 1999, Modesto Segundo Hernandez Mendoza (Doe 877), was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Saudith Esther Montesino Escorcia is the legal heir to Modesto Segundo Hernandez Mendoza and resides in the municipality of Barrio Raices.

978.     On November 6, 2003, Fredy de Jesus Manco Graciano (Doe 878), was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Nelly de Jesus Manco Graciano is the legal heir to Fredy de Jesus Manco Graciano.

979.     On February 1, 2005, Carlos Arturo Avila Sanmartin  (Doe 879), was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Virginia Sanmartin, who is the mother of Carlos Arturo Avila Sanmartin, is the legal heir to Carlos Arturo Avila Sanmartin and resides in the municipality of Corrolao.

980.     In 2003, Jesus Emilio Palacios Pizarro (Doe 880), disappeared or was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Emeteria Pizarro Santos, who is the mother of Jesus Emilio Palacios Pizarro, is the legal heir to Jesus Emilio Palacios Pizarro and resides in the municipality of Corrolao.

981.     On March 28, 1998, Nelson de Jesus Cossio Suarez (Doe 881), was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gladys Janneth Gallego Robinson, who is the partner of Nelson de Jesus Cossio Suarez, is the legal heir to Nelson de Jesus Cossio Suarez and resides in the municipality of Barrio La Esperanza.

982.     On October 12, 2000, Jesus Hernando Rojas Gutierrez (Doe 882), was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Carmen Jael Rojas

Gutierrez, who is the sister of Jesus Hernando Rojas Gutierrez, is the legal heir to Jesus Hernando Rojas Gutierrez.

983.    On February 20, 1997, Corcino Antonio Causil Gonzalez (Doe 883), was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Flor Maria Gaspar Causil, who is the niece of Corcino Antonio Causil Gonzalez, is the legal heir to Corcino Antonio Causil Gonzalez and resides in the municipality of Apartado.

984.    On June 11, 2000, Jhony Wilmar Moreno Garcia (Doe 884), was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Gildardo de Jesus Moreno Muneton, who is the father of Jhony Wilmar Moreno Garcia, is the legal heir to Jhony Wilmar Moreno Garcia and resides in the municipality of Apartado.

985.    On November 29, 2002, Orlando Enrique Mestra Acosta (Doe 885), was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with CHIQUITA and/or Banadex and the other Defendants. Plaintiff Diana Maria Jimenez Molina, who is the partner of Orlando Enrique Mestra Acosta, is the legal heir to Orlando Enrique Mestra Acosta and resides in the municipality of Corrolao.

986.    On July 1, 1997, JOHN FREDY LOPEZ SIERRA was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants.  Plaintiff LUZ LOPEZ SIERRA, who was the sister of JOHN FREDY LOPEZ SIERRA, is the legal heir to JOHN FREDY LOPEZ SIERRA and resides in the City and State of New York.

987.     On May 28, 1999, JAIRO ALBERTO ALZATE ARANGO was killed by AUC Paramilitaries, aided, abetted, solicited, facilitated and in conspiracy with Chiquita and/or Banadex and the other Defendants.  Plaintiff MONICA MARCELLA ALZATE ARCILA, who was the daughter of JAIRO ALBERTO ALZATE ARANGO, is the legal heir to JAIRO ALBERTO ALZATE ARANGO and resides in the Ontario, Canada.

The Colombian Conflict/Civil War

988.     Heretofore and at the time of the occurrences herein, there existed a state of armed conflict and civil war in Colombia.

989.     At the time of the occurrences herein, there were three main sets of actors in Colombia's longstanding conflict: leftist guerrilla groups, right-wing paramilitary groups, and government security forces.

990.     The most significant leftist guerilla group was, and is, the Revolutionary Armed Forces of Colombia (FARC).

991.     In 2004, the FARC was estimated to have about 18,000 members in almost 70 fronts, organized in regional "blocs," plus mobile columns and urban militias. The group controlled and/or or operated freely in 40 to 60 percent of the country, usually sparsely populated areas, rural zones, jungles and plains, and rarely in significant population centers.

992.     While it received limited assistance from the Soviet bloc during the Cold War, the FARC financed itself through kidnapping for ransom, extortion, and involvement in Colombia's drug trade.

993.     The FARC grew rapidly during the 1990s, and dealt the Colombian military several humiliating defeats in 1996-1998.

994.    The FARC continues to operate in Colombia up to the present time.

The AUC

995.    The Autodefensas Unidas de Colombia ("AUC') is a right wing paramilitary organization in Colombia.

996.    Heretofore and at the time of the occurrences herein, The AUC's operations, included terrorism, massacres, extra-judicial killings, murders, disappearances forced displacements, threats and intimidation.

997.    The AUC financed itself from a variety of sources, including but not limited to the drug trade, and by monetary payments from American corporations such as CHIQUITA, as more fully set forth below.

998.    The AUC was founded by Carlos Castano Gil, and is the successor to the "ACCU", the Peasant Self-Defense Group of Cordoba and Uraba.

999.    In 1994, Castano and the ACCU sponsored a summit of the Self-Defense Groups of Colombia, bringing together regional paramilitaries from across the country. This summit led to the formation of the AUC, a national federation uniting Colombia's regional paramilitaries under Castano's leadership.

1000.   In 1997, the AUC comprised roughly 4,000 combatants.  By 2001, Castano claimed to have 11,000 members, though government estimates put the number somewhere between 8,000 and 9,000.  By 2002, AUC forces were present in nearly the whole of Colombia.  AUC leaders have claimed that the organization comprised as many as 17,000 armed fighters and 10,000 associates at its peak before a demobilization process that began in 2004.

1001.   Carlos Castano was allegedly murdered in April 2004. Subsequently, the most publicly recognized leader of the AUC was Salvatore Mancuso. A former Córdoba rancher, Mancuso became the "Maximum Comandante" of the AUC and chief negotiator in Santa Fe de Ralito.

1002.   Run by AUC military leader Salvatore Mancuso, the Northern Bloc of the AUC incorporated Carlos Castaño's original ACCU, controlling municipalities in a swath of territory stretching from the Panamanian to the Venezuelan borders. Mancuso's deputy in the Caribbean coast was Rodrigo Tovar Pupo, more commonly known as Jorge 40, whom authorities believe controlled much of Colombia's Caribbean drug routes. Vicente Castaño, Carlos and Fidel's brother, is a third powerful player - and he is widely believed to have played a role in Carlos' death. The Northern Bloc demobilized in part in March of 2006. Vicente Castaño is a fugitive from justice.

1003.   Led by José Alfredo "El Alemán" Berrío, the Elmer Cardenas Bloc of the AUC was originally part of the ACCU, which through a wave of brutality and massacres gained control of the strategic Urabá region near the Colombian-Panamanian border during the 1990s. Substantial evidence suggests that Berrío and the Élmer Cárdenas Bloc are very strong in drug trafficking.

1004.   The Northern bloc of the AUC controlled the Zona Bananera where plaintiffs were killed or tortured, and this bloc was led by Salvatore Mancuso and Rodrigo Tovar Pupo, alias Jorge 40.  Within the Northern bloc were the Frente Atlanico, led by Edgar Ignacio Fierro Flores, alias "Antonio", the Montes de Maria bloc, led by Edwar Cobo Tellez, alias "Diego Vecino"; the Frente Resistencia Tayrona, led by Hernan Giraldo Serna, alias "El Patron" Other blocs of the AUC existed and/or continue to exist

including, but not limited to, the Catatumbo Bloc, led by Salvatore Mancuso, the Madgdalena Medio Bloc, the Bananero Bloc, the Central Bolivar Bloc, the Mineros Bloc, the Calima Bloc, and others.

1005.   The activities of the AUC were directed toward elimination of anyone considered close to the guerillas or who opposed or complicated the paramilitaries' control of territory or population in the area in which they exerted their power.

1006.   The AUC's primary method was terrorism against individuals or communities.  To this end, the AUC routinely engaged in death threats, extrajudicial killings, massacres, torture, rape, kidnapping, forced disappearances, and looting.  The AUC periodically engaged in direct combat with armed guerilla forces, but the vast majority of its victims were civilians targeted by a policy of political and social cleansing,- typically rural workers, trade unionists, community activists, human rights defenders, leftist politicians, judicial investigators and inhabitants of small towns in contested rural areas.

1007.   AUC violence has often caused entire communities to disperse, either due to threats of an impending massacre or in the wake of such massacres and the looting and destruction that commonly accompanied them.

1008.   The AUC and its constituent groups, including the ACCU, have, at least since 1994, been participating in an internal armed conflict in Colombia, at times engaging in direct conflict with guerilla armies.  The AUC itself has accepted that it is subject to the laws of war, with the limited exception that it believes it has the privilege to execute guerillas hors de combat, and has accepted training in the laws of war from the International Committee of the Red Cross.

1009.   During the applicable time period when plaintiffs' decedents were killed and or plaintiffs were tortured from on or about 1997 through 2007, there continued to exist a state of civil war in Colombia.

1010.   The United States Department of State Country Reports on Human Rights Practices pertaining to the Republic of Colombia during the relevant time period have continuously documented the ongoing state of civil war. For example, the report for 1997, released on January 30, 1998 states in part: "The control of the central Government over the national territory has been increasingly challenged by longstanding and widespread internal armed conflict and rampant violence--both criminal and political. An estimated 10,000 to 15,000 full-time guerrillas, belonging to three distinct communist rebel armies operating in more than 100 separate guerrilla fronts spread across the nation, represented a growing threat to government security forces. The Government has been forced into an essentially defensive posture and its forces rarely initiate military action. The guerrillas exercised a significant degree of influence in about 57 percent of the country's 1,071 municipalities."

1011.   According to the U.S. Department of State Report on Human Rights Practices for **2001** (US Dept of State released March 4, 2002) "…The Government continued to face serious challenges to its control over the national territory, as longstanding and widespread internal armed conflict and rampant violence--both political and criminal--persisted. The principal participants in the conflict were government security forces, paramilitary groups, guerrillas, and narcotics traffickers. The country's internal conflict caused the deaths of between 3,000 and 3,500 civilians during the year, including combat casualties, political murders, and forced disappearances."

1012.   According to the U.S. Department of State Report on Human Rights Practices for **2002** (U.S. Dept of State released March 31, 2003): "A major internal armed conflict between the Government and leftist guerrillas, particularly the FARC and the terrorist organization National Liberation Army (ELN)--as well as right-wing paramilitaries, particularly the terrorist organization United Self-Defense Forces of Colombia (AUC), caused the deaths of between 5,000 and 6,000 civilians during the year, including combat casualties, political killings, and forced disappearances. Serious violations of human rights were commonplace."

1013.   According to the U.S. Department of State Report on Human Rights Practices for **2003** (U.S. Dept of State released February 25, 2004: "…Internal armed conflict continued between the Government and terrorist groups, particularly the FARC, the National Liberation Army (ELN), and the AUC. The conflict caused the deaths of between 3,000 and 4,000 civilians during the year, including combat casualties, political murders, and forced disappearances."

1014.   According to the U.S. Department of State Report on Human Rights Practices for **2004** (U.S. Dept. of State released 2/28/2005) "…Internal armed conflict continued between the Government and terrorist groups, particularly the Revolutionary Armed Forces of Colombia (FARC), the National Liberation Army (ELN), and the United Self-Defense Forces of Colombia (AUC). The conflict caused the deaths of between 3,000 and 4,000 persons during the year, including combat casualties, political murders, and forced disappearances. The civilian judiciary is largely independent of the executive and legislative branches; however, it was overburdened, inefficient, and subject to intimidation and corruption…Despite a unilateral cease-fire declared by the AUC to

facilitate demobilization negotiations with the Government, paramilitaries continued to commit numerous political killings--including of labor leaders. Paramilitaries often kidnapped and tortured suspected guerrilla sympathizers prior to executing them. Paramilitaries interfered with personal privacy in areas where they exercised de facto control, forcibly displaced thousands of innocent civilians, and engaged in military operations that endangered civilian lives. Paramilitaries also threatened and attacked human rights workers and journalists who criticized their illegal activities and continued to employ child soldiers."

1015.    According to the U.S. Department of State Report on Human Rights Practices for **2005** (US Dept. of State released March 8, 2006), "…The 41-year internal armed conflict continued between the government and Foreign Terrorist Organizations, particularly the Revolutionary Armed Forces of Colombia (FARC), the National Liberation Army (ELN), and certain blocs of the United Self-Defense Forces of Colombia (AUC) that were not involved in demobilization negotiations with the government…Despite a unilateral cease-fire declared by the AUC in 2002 and ongoing demobilization negotiations with the government, paramilitaries continued to violate the cease-fire, recruit soldiers, and commit human rights abuses. The following violations by paramilitaries were reported during the year: political killings and kidnappings; forced disappearances; torture; interference with personal privacy; forced displacement; suborning and intimidation of judges, prosecutors, and witnesses; infringement on citizens' privacy rights; restrictions on freedom of movement; attacks against human rights workers, journalists, and labor union members; recruitment and employment of child soldiers; and harassment, intimidation, and killings of teachers and union leaders.

1016.   The ongoing civil war continues in Colombia up to the present time.

<u>Ties Between the AUC and the Colombian Government</u>

1017.   The Colombian security forces tolerated and collaborated with the AUC in committing massacres, extra-judicial killings, murders, disappearances, forced displacements, threats and intimidation, including but not limited to the deaths and injuries of the plaintiffs sued for herein.

1018.   The Colombian security forces regarded the AUC as de facto allies in the civil war against leftist guerillas.

1019.   High officials in the Colombian government collaborated with and directed the operations of the AUC including massacres, extra-judicial killings, murders, disappearances forced displacements, threats and intimidation.

1020.   High officials in the Colombian civilian government and the Colombian military, collaborated with and orchestrated massacres, extra-judicial killings, murders, disappearances forced displacements, threats and intimidation against persons including the plaintiffs' decedents. To date, Colombian authorities have charged and/or commenced official criminal investigations of at least 62 members of Colombia's Congress, seven former lawmakers, the head of the secret police, mayors and former governors with illegally collaborating with paramilitaries. As of April 22, 2008, 33 lawmakers including Mario Uribe Escobar, -President Uribe's cousin and former President of Congress, were in jail awaiting trial for collaboration with the paramilitaries. According to testimony of Salvatore Mancuso, two current ministers in the present Uribe government, Vice President Francisco Santos, and Defense Minister Juan Manuel Santos, met and collaborated with paramilitaries.  On April 18, 2008, Colombia's Supreme Court

announced an investigation of the President of Congress, Nancy Patricia Gutierrez for having ties to paramilitary groups and AUC leader John Fredy "The Bird" Gallo, who is held responsible for the murders dozens of persons in the Department of Cundimarca.

1021.   In 2001, 32 people, including members of congress, politicians and AUC paramilitary leaders met at Santa Fe de Ralito to sign a document known as the Pact of Paramillo Knot or "Pact of Ralito" to express their active collaboration in maintaining political control of the Republic of Colombia. The release of this document in late 2006 precipitated a wave of arrests and investigations of prominent political leaders, including but not limited to the arrest on November 9, 2006 of Congressman Alvaro Garcia for aggravated homicide, organizing, promoting, arming and financing paramilitaries in the Sucre Department since 1997, for participation in the Macayepo Massacre in 2000 in which 20 peasants were massacred, and other crimes); Congressman Jairo Merlano for having ties to AUC paramilitaries; and Congressman Erick Morris for collaborating with paramilitaries. Subsequently on February 19, 2007, Maria Consuelo Araujo, the Minister of Foreign Relations was forced to resign for ties to the paramilitaries; her brother, Alvaro Araujo, a member of the pro-Uribe caucas was arrested by Order of the Supreme Court for ties to paramilitaries and kidnapping. Another family member, Hernando Molina Araujo, the Governor of Cesar Department was arrested and accused of handling money for paramilitary leader Jorge 40 and co-authoring a massacre. A partial list of government officials who collaborated with the AUC in the areas where plaintiffs were murdered and/or tortured who are currently under criminal charges or subject to ongoing criminal investigation is as follows:

<u>Members of Congress Tied to AUC Paramilitaries</u>

Senator Alvaro Araujo, Department of Cesar, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator Dieb Maloof, Department of Atlantico, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator Mauricio Pimiento, Department of Cesar, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Representative Jorge Luis Caballero, Department of Magdalena, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator Lacouture, Department of Magdalena, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Representative Alfonso Campo Escobar, Department of Magdalena, was investigated and detained on February 15, 2007 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator Alvaro Garcia, Department of Sucre, surrendered on November 16, 2006 to face accusations of promoting, arming, and financing paramilitary groups and criminal charges of criminal conspiracy, aggravated homicide, and stealing public funds.

Representative Erick Morris, Department of Sucre, surrendered on November 16, 2006 to face charges of criminal conspiracy with links to paramilitary groups and financing paramilitary groups.

Senator Jairo Merlano, Department of Sucre, was detained by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator Juan Manuel Lopez Cabrales, Department of Cordoba, was called in for interrogation.

Representative Miguel de la Espriella, Department of Cordoba, was called in for interrogation.

Senator Reginaldo Montes, Department of Cordoba, was called in for interrogation.

Senator William Montes, Department of Bolivar, was called in for interrogation.

Representative Jose de los Santos Negrete, Department of Cordoba, was called in for interrogation.

Representative Jose Maria Imbeth, Department of Bolivar, was called in for interrogation.

Senator Rodrigo Burgos de la Espriella, Department of Cordoba, was called in for interrogation.

Senator Jose "Pepe" Gnecco, Department of Bolivar, was called in for interrogation.

Representative Luis Carlos Ordosgoitia, Department of Cordoba, was called in for interrogation.

Representative Fredy Sanchez Arteaga, Department of Cordoba, was called in for interrogation.

Representative Remberto Montes, Department of Cordoba, was called in for interrogation.

Representative Luis Alvarez, Department of Cordoba, was called in for interrogation.

Representative Eleonora Pineda, Department of Cordoba, was called in for interrogation.

Representative Jorge Luis Feris Chadid, Department of Cordoba, was called in for interrogation.

Representative Muriel Benito Rebollo, Department of Sucre, was detained on November 15, 2006 by the Supreme Court for criminal conspiracy with links to paramilitary groups.

Senator David Char Navas, Department of  Atlantico, was called in for interrogation.

Senator Zulema Jattin, Department of Cordoba, is being investigated by the Attorney General's Office.

Senator Luis Alberto Gil Castillo, Department of Santander, is being investigated by the Attorney General's Office.

Senator Juan Carlos Martinez Sinesterra, Department of Santander, is being investigated for possible involvement with paramilitary groups.

Senator Ciro Ramirez Pinzon, Department of Boyaca, is being investigated by the Attorney General's Office.

Senator Oscar Suarez Mira, Department of Antioquia, is being investigated.

Representative Mauricio Parodi Diaz, Department of Antioquia, is being investigated.

Senator Mario Uribe Escobar, Department of Antioquia, is being investigated.

Senator Manuel Guillermo Mora, Department of North Santander, is being investigated.

Representative Alfonso Riaño Castillo, Department of Santander, is being investigated.

Senator Carlos Emiro Barriga, Department of North Santander, is being investigated.

Senator Ruben Dario Quintero, Department of Antioquia, is being investigated.

Representative Hector Julio Alfonso Lopez, Department of Bolivar, is being investigated.

Representative Oscar Leonidas Wilches Carreño, Department of Casanare, is being investigated by the Attorney General's Office for possible involvement with paramilitary groups.

<u>Mayors Tied to AUC Paramilitaries</u>

Mayor Wilmer Jose Perez Padilla, Department of Cordoba, was called in for interrogation, investigated and detained for theft of public funds.

Mayor Sabas Enrique Balserio Gutierrez, Department of Sucre, was called in for interrogation and is being investigated with links to paramilitary groups.

Mayor Edwin Mussi, Department of Sucre, was called in for interrogation.

Officer Felipe Quedaga, Department of Sucre, was called in for interrogation.

Advisor German Ortiz, Department of Cordova, was called in for interrogation.

Officer Rodolfo Vargas, Department of Sucre, was called in for interrogation.

Mayor Sigifredo Senior, Department of Cordoba, was called in for interrogation.

Ex-Mayor Luis Saleman, Department of Sucre, was called in for interrogation.

Mayor Jose Francisco Zuñiga, Department of Magdalena, was called in for interrogation. Mayor Jorge Eliecer Lopez Barreto, Department of Casanare, was investigated for criminal conspiracy and has an order for his capture.

Mayor Raul Cabrera Barreto, Department of Casanare, was investigated for criminal conspiracy and is has an order for his capture.

Henry Montes Montes, Department of Casanare, was investigated for criminal conspiracy and has an order for his capture.

Mayor Mauricio Esteban Chaparro, Department of Casanare, was investigated and has an order for his capture.

Mayor Leonel Roberto Torres Arias, Department of Casanare, was investigated for criminal conspiracy charges and has an order for his capture.

Mayor Aleider Castañeda, Department of Casanare, was investigated for criminal conspiracy and has an order for her capture.

Ex-Mayo Jorge Luis Alfonso Lopez, Department of Bolivar, is a fugitive and has an order for his capture.

Mayor Fulgencio Olarte Morales, Department of Magdalena, was investigated and detained for criminal conspiracy with links to paramilitary groups.

Mayor Nazly Zambrano Guete, Department of Magdalena, was captured on December 18, 2006 with paramilitary groups.

252

Ex-Mayor Rosa Stella Ibañez, Department of Atlantico, was detained with links to paramilitary groups, specifically, with financial ties to Jorge 40.

<u>Governors Who Signed "El Pacto Ralito"</u>

Governor Salvador Arana, Department of Sucre, is accused of aggravated criminal conspiracy, homicide, among others and is a fugitive with an order for his capture.

Governor Jesus Maria Lopez Gomez, Department of Cordoba, was called in for interrogation.

<u>Actual or Recently Displaced Governors with Ties to AUC Paramilitaries</u>

Governor Trino Luna, Department of Magdalena, was investigated and detained for criminal conspiracy with links to paramilitary groups.

Governor Hernando Molina, Department of Cesar, was called in for interrogation.

<u>Ex-Governors with Ties to AUC Paramilitaries</u>

Ex-Governor Miguel Angel Perez, Department of Casanare, was convicted for receiving money from paramilitary groups and is serving 6 years in prison.

Ex-Governor William Perez, Department of Casanare, is being investigated.

<u>Delegates with Ties to AUC Paramilitaries</u>

Delegate Angel Villareal, Department of Sucre, was investigated and is currently detained for criminal conspiracy with links to paramilitary groups.

Delegate Nelson Stanp Berrio, Department of Sucre, was investigated and is currently detained for criminal conspiracy with links to paramilitary groups.

Delegate Walberto Estrada, Department of Sucre, was investigated and is currently detained for criminal conspiracy with links to paramilitary groups.

Delegate Johny Guillermo Villa Uparela, Department of Sucre, was investigated

1022.   The DAS Collaboration with the AUC: On November 21, 2006, Rafael Garcia Torres, the former information Technologies Chief of the Administrative Department of Security (Departamento Administrativo de Seguridad or "DAS") was arrested and charged with taking bribes from AUC paramilitaries and narcotraffickers in exchange for erasing or altering their judicial history from the state intelligence database. Former chief of DAS, Jorge Noguera was arrested and charged with collaborating with paramilitaries including Jorge 40, to influence municipal, gubernatorial and presidential elections, among them the Magdalena Department governor Trino Luna, and in the Cesar Department wih Hernando Molina Araujo.  Noguera obstructed justice in connection with the investigation of the Otterloo case in which arms and ammunition were brought into Colombia as detailed below.

1023.   Senior officers in the Colombian military, including but not limited to former Military Forces Commanders Major General Manuel Bonett, and General Harold Bedoya, Vice Admiral Rodrigo Quinones, Gen. Jaime Uscategui; Gen. Rito Alejo Del Rio, General Mario Montoya, Colonel Danilo Gonzalez, Major Walter Fratinni and Defense Minister Juan Manuel Santos, collaborated with, facilitated, aided and abetted the AUC in the commission of various massacres, extrajudicial killings and other atrocities against civilians, including the plaintiffs, and or gave tacit support to and acquiescence in their activities. General Montoya was linked to Diego Murillo, the former leader of an AUC affiliated paramilitary group in Medellin.

1024.   The presence in the military of high ranking staff officers known to have close ties to the AUC and other paramilitaries was widely regarded within the army as tolerance for the paramilitaries.

1025.   In July 1997, approximately 200 AUC paramilitaries from the Uraba region murdered at least 30 civilians in Mapiripan, Colombia with the active assistance of the Columbian military. The paramilitaries arrived by chartered plane at San Jose Del Guaviare airport and were not subjected to identification or cargo checks by airport police. During their 5 day stay in the town, the commander of a nearby military base, Major Hernan Orozco, then acting commander of the Joaquin Paris Battalion and Brig. General. Jaime Humerto Uscategui, Commander of the parent unit 7th Brigade, and other officials, including the Mayor, knowingly failed to respond to the massacre, indicating their complicity.

1026.   On January 17, 2001, approximately 80 paramilitaries of the AUC entered the small farming village of Chengue in the State of Sucre where they rounded up the men and smashed their skulls with stones and a sledgehammer, killing 24 of persons. One of the perpetrators confessed, naming the organizers of the mass murder, including police and navy officials.

1027.   AUC paramilitaries provided assistance to the military during large scale operations against guerilla strongholds.

1028.   The AUC carried out selective assassinations, and massacres of suspected leftist sympathizers.

1029.   The political goal of the AUC was to drive the FARC out of Uraba, Santa Marta, Sucre, Magdalena and other regions of Colombia.

1030.   The AUC was the de facto government of Uraba, Cordoba, Magdalena, Bolivar, Sucre, Santa Marta, Cesar, Antioquia and other regions of Colombia.

1031.   In 2001, a ship unloaded 3400 AK47 rifles and 4 million rounds of ammunition in a Banadex controlled dock in Colombia destined for the AUC.

1032.   According to Mario Iguaran, Colombia's attorney general, there was a criminal relationship between CHIQUITA and the AUC in which CHIQUITA supplied money and arms to the AUC in return for the bloody pacification of the Zona Bananera, including Uraba, Cordoba, Sucre, Magdalena, Atlantico, Antioquia and other areas.

<u>Colombian State Participation in Illegal Payments Through the CONVIVIR</u>

1033.   The Colombian state was a participant in illegal payments by CHIQUITA to the AUC through a program known as Convivir, a network of security cooperatives sponsored and licensed by the government to patrol rural areas and gather intelligence under the direction of military commanders.

1034.   The Colombian government authorized the formation of Convivirs by a decree of Colombia's Ministry of Defense on February 11, 1994 and a law passed by the Colombian Congress in November 1995 to aid the military in counterinsurgency operations by empowering civilians to gather information about guerilla activities in rural areas and pass it on to local commanders.  The official name of these organizations was Rural Cooperatives of Vigilance and Security.

1035.   Colombian president Alvaro Uribe was one of the program's key sponsors while governor of Uraba in the mid 1990s, which support has continued while he has been President of Colombia.

1036.   The convivirs were legal fronts for the paramilitaries and were frequently

commanded and/or controlled by known paramilitaries, and/or colluded with

paramilitaries.  A partial list of known AUC commanders that controlled various

convivirs is set forth in table form below:

| | |
|---|---|
| Salvatore Mancuso | Convivir Horizonte Limitada |
| Salvatore Mancuso | Convivir Guaimaral Ltda. |
| Francisco Javier Piedrahita | Convivir Nuevo Amanecer |
| Jesus Roldan Perez Alias MONOLECHE | Convivir Abibe |
| Luis Alberto Villegas Uribe Alias TUBO | Convivir El Condor |
| Arnulfo Penuela Marin | Convivir Papagayo |
| Luis Carlos Mercado Gutierrez | Convivir La Palma |
| Arnoldo Vergara Tres Palacios Alias MOCHACABEZA | Convivir Costa Azul |
| Jose Maria Barrera Ortiz Alias CHEPE BARRERA | Convivir Siete Cueros |
| Jose Maria Barrera Ortiz Alias CHEPE BARRERA | Convivir Los Guayacones |
| Mario Prada Cobos | Convivir Amigos por Valencia |
| Rodrigo Pelado Alias CADENA | Convivir Nuevo Amanecer |
| Hector Julio Alfonso Pastrana ESPOSO ALIAS LA GATA | Convivir Esperanza Futura |
| Juan Prada Marquez Alias JUANCHO PRADA | Convivir Los Arrayanes |
| Salomon Feris Chadid Alias 08 | Convivir Orden y Desarrollo |
| Carmelo Cogollo Lara | Convivir Consejeros |
| Rudolf Paffen | Convivir Orden y Desarrollo |
| Rodrigo Perez Alzate Alias JULIAN BOLIVAR | Convivir Deyavane |
| Jorge Luis Afonso Lopez HIJO ALIAS LA GATA | Convivir Orden y Desarrollo |

1037.   CHIQUITA channeled AUC payments through intermediaries from

various convivir groups in Uraba; the fact that the company channeled illegal payments

through the ledgers of the state-backed security network indicates that the AUC, the

convivir, the Colombian government and CHIQUITA were acting in concert.

1038.   The Convivir Papagayo, through which CHIQUITA funneled money to

the paramilitaries was chartered and supported by then governor and now president

Uribe.

1039.   The Convivir Papagayo was directed, controlled and run by the AUC

paramilitaries, who also served as public officials.  The control persons of Convivir

Papagayo currently under arrest or investigation for their role in illegal payments received from CHIQUITA and funneled to the AUC include:

Arnulfo Penuela Marin, the Mayor of the Town of Carepa;

Jesus Alberto Osorio Mejia, Chief of the Relaciones Publicas de Servicios Especiales de Uraba (A government agency);

Epitasio Antonio Arboleda Velez, Chief of Zone One of the Servicios Especiales de Uraba;

Carlos Alberto Jaramillo Patino, Legal Representative of the Servicios Especiales de Uraba.

1040.   The Convivir were and are directly linked to some of the most brutal massacres in the Uraba, Magdalena, Sucre and Santa Marta and other regions, including the deaths of the plaintiffs' decedents.

1041.   The Colombian government, through ministry of defense officials authorized illegal arms sales to convivirs with links to the AUC and other paramilitaries, including a wide range of weapons legally restricted for exclusive use by the armed forces, including submachine guns, 9mm pistols, mini-Uzis, rifles and munitions.

1042.   The Ministry of Defense was providing a legal cover for the paramiltiaries.

1043.   According to the United States Drug Enforcement Agency (DEA), Carlos Castaño was connected to some of the world's richest drug dealers.  Castano has openly admitted that drug trafficking finances 70 percent of his operation.  He often boasts of his strategy, "quitarle agua al pez", or draining the sea to catch the fish (killing the innocent to catch the guerillas). When asked why he slaughters peasants, women and

children, he replies, "Well, I can't wait for the guerillas to put on their uniforms before I kill them. When we take out [a sympathizer] we save many who would've been killed in the future."  Robin Kirk, author of "War with Colombia and International Law," claims that the death squads make their massacres as brutal and gruesome as possible to make sure their message is understood.

1044.    On a Friday in July 2000, in the village of El Salado, some 300 paramilitaries arrived and went straight to the makeshift basketball court which doubles as the main square there, announced themselves as members of the AUC, and with a list of names began "summoning people for judgment." A table and chairs were seized from a house, and after the death squad leader had made himself comfortable, the basketball court was turned into a court of execution. The paramilitary troops ordered up liquor and music, and then embarked on a rampage of torture, rape and killing.  By the time they left, they had killed at least 36 people whom they accused of collaborating with the enemy. The victims ranged from a six-year-old girl to an elderly woman.  As music blared, some of the victims were shot after being tortured; others were stabbed or beaten to death, and several more were strangled.  Yet during the three days of killing, military and police units just a few miles away made no effort to stop the slaughter. At one point the paramilitaries had a helicopter flown in to rescue a fighter who had been injured trying to drag some victims from their home. Instead of fighting back, the armed forces set up a roadblock on the road to the village shortly after the rampage began and prevented human rights and relief groups from entering and rescuing residents," (NYT News Service, July 2000).

1045.   According to the 2000 State Department report on Human Rights, "High-ranking government security forces committed serious abuses, including extra judicial killings, but were rarely brought to justice."

1046.   The US Army School of the Americas (SOA), now renamed the Western Hemisphere Institute for Security Cooperation (WHISC), has an extensively documented history of training some of the hemisphere's worst human rights abusers. It acquired its nickname the "School of Assassins" for obvious reasons. SOA graduates are currently involved in the dirty war now being waged in Colombia with US support. The school is now drawing more of its students from Colombia than from any other country, over 10,000 to so far.

1047.   In 2000, Human Rights Watch released a report linking SOA graduates to the formation and operation of Colombian paramilitary death squads. These groups are notorious for horrific atrocities including rape, torture, chainsaw massacres, other types of terrifying massacres, and assassinations. Among those graduates cited for involvement with paramilitary groups were: Maj. David Hernandez Rojas, cited for the 1999 murder of peace commissioner Alex Lopera, and who was working with the ACCU; Maj. Jesus Maria Clavijo and Maj. Alvaro Cortes Morillo, linked in 1999 to paramilitary groups through cell phone and beeper communications as well as regular meetings on military bases; Gen. Carlos Ospina Ovalle, former commander of the Fourth Brigade cited with "extensive evidence of pervasive ties" to paramilitary groups involved in human rights atrocities in 1999; Brigadier General Jaime Alban, who commands the Third Brigade of the Colombian military, the brigade responsible for setting up a paramilitary death squad known as the "Calima Front" in 1999.  A 2001 Human Rights Watch report states that

"the Calima Front and the Third Brigade are the same thing. The Third Brigade provided the Calima Front with weapons and intelligence."  The report also notes that, "Half of Colombia's eighteen brigade-level army units have documented links to paramilitary activity.

1048.   Longstanding and pervasive ties exist between the AUC and official Colombian security forces, which include the Colombian Armed Forces and the Colombian National Police.  Collusion with government forces has been a feature of Colombian paramilitaries since their inception.  In the 1980's, paramilitaries were partially organized and armed by the Colombian military and participated in campaigns of the official armed forces against guerilla insurgents.  Paramilitary forces included active-duty and retired army and police personnel among their members.  Although a 1989 government decree established criminal penalties for providing assistance to paramilitaries, the continued existence of military/paramilitary ties has been documented by Colombian non-governmental organizations, international human rights groups, the U.S. State Department, the Office of the U.N. High Commissioner for Human Rights, and the Colombian Attorney General 's office.  Cooperation with paramilitaries has been demonstrated in half of Colombia's eighteen brigade –level Army units, spread across all of the Army's regional divisions.  Such cooperation is so pervasive that the paramilitaries are referred to by many in Colombian as the "Sixth Division," in addition to the five official divisions of the Colombian Army.

1049.   Government securities forces have habitually tolerated the presence of paramilitaries and have willfully failed to prevent or interrupt their crimes, actively conspired with them and coordinated activities with them.  Documented examples

include: Allowing paramilitaries to establish permanent bases and checkpoints without interference; Failing to carry out arrest warrants for paramilitary leaders, who move about the country freely; withdrawing security forces from villages deemed sympathetic to guerillas, leaving them vulnerable to attack by paramilitaries; failing to intervene to stop ongoing massacres occurring over a period of days; sharing intelligence, including the names of suspect guerilla collaborators; sharing vehicles, including army trucks used to transport paramilitary fighters; supplying weapons and munitions; allowing passage through roadblocks; providing support with helicopters and medical aid; communicating via radio, cellular telephones, and beepers; sharing members, including active-duty soldiers serving in paramilitary units and paramilitary commanders lodging on military bases; and planning and carrying out joint operations.

1050.   In a recurring pattern, paramilitaries have taken over villages and assaulted inhabitants while nearby security forces have either failed to intervene or have intervened to facilitate the violence.  In October 1997, for example, members of the Army's Fourth Brigade reportedly established a perimeter around the village of El Aro, in Antioquia.  While the Army prevented entry and escape, members of the AUC entered the village and over a period of five days executed at least eleven people, burned most of the houses, looted stores, and destroyed pipes that fed the homes potable water.  Upon leaving the village, the paramilitaries forcibly disappeared over thirty more people and compelled most of the residents to flee.  In January 2001, more than one hundred AUC fighters took over the village of Chengue, in Sucre.  The AUC executed twenty-five people before setting fire to the village and forcibly disappearing ten additional villagers.

Troops from the First Marine Infantry Unit positioned outside the village allegedly prevented humanitarian organizations from entering the area to aid survivors.

1051.   According to testimony of Salvatore Mancuso given on May15-17, 2007, para-militarism was State Policy in the Republic of Colombia.

CHIQUITA's Ties to the AUC and its Conspiracy and Aiding and Abetting of the Murders/Disappearances/Tortures of Plaintiffs' Decedents and/or Plaintiff(s)

1052.   Plaintiffs hereby incorporate by reference and specifically allege all of the allegations of the Factual Proffer filed March 19, 2007 in a criminal case entitled "United States of America v. Chiquita Brands International, Inc.," Criminal No. 07-055 in the United States District Court for the District of Columbia, to the extent that such allegations inculpate Chiquita and the other defendants, and without adopting any allegations tending to excuse or mitigate defendants' acts and omissions as follows:

1053.   Defendant CHIQUITA BRANDS INTERNATIONAL, INC. ("CHIQUITA"), was a multinational corporation, incorporated in New Jersey and headquartered in Cincinnati, Ohio.  Defendant CHIQUITA engaged in the business of producing, marketing, and distributing bananas and other fresh produce.  Defendant CHIQUITA was one of the largest banana producers in the world and a major supplier of bananas throughout Europe and North America, including within the District of Columbia.  Defendant CHIQUITA reported over $2.6 billion in revenue for calendar year 2003.  Defendant CHIQUITA had operations throughout the world, including the Republic of Colombia.

1054.   C.I. Bananos de Exportación, S.A. (also known as and referred to hereinafter as "Banadex"), was defendant CHIQUITA's wholly-owned Colombian subsidiary.  Banadex produced bananas in the Urabá and Santa Marta regions of

Columbia.  By 2003, Banadex was defendant CHIQUITA's most profitable banana-producing operation.  In June 2004, defendant CHIQUITA sold Banadex.

1055.   The United Self-Defense Forces of Colombia – an English translation of the Spanish name of the group, "Autodefensas Unidas de Colombia" (commonly known as and referred to hereinafter as the "AUC"), was a violent, right-wing organization in the Republic of Colombia.  The AUC was formed in or about April 1997 to organize loosely-affiliated illegal paramilitary groups that had emerged in Colombia to retalitate against left-wing guerillas fighting the Colombian government.  The AUC's activities varied from assassinating suspected guerilla supporters to engaging guerrilla combat units.  The AUC also engaged in other illegal activities, including the kidnapping and murder of civilians.

1056.   Pursuant to Title 8, United States Code, Section 1189, the Secretary of State of the United States had the authority to designate a foreign organization as a Foreign Terrorist Organization ("FTO") if the organization engaged in terrorist activity threatening the national security of the United States.

1057.   The Secretary of State of the United States designated the AUC as an FTO, initially on September 10, 2001, and again on September 10, 2003.  As a result of the FTO designation, since September 10, 2001, it has been a crime for any United States person, among other things, to knowingly provide material support and resources, including currency and monetary instruments, to the AUC.

1058.   The International Emergency Economic Powers Act, 50 U.S.C. § 1701, *et seq.,* conferred upon the President of the United States the authority to deal with threats to the national security, foreign policy and economy of the United States.  On September

23, 2001, pursuant to this authority, President George W. Bush issued Executive Order 13224.  This Executive Order prohibited, among other things, any United States person from engaging in transactions with any foreign organization or individual determined by the Secretary of State of the United States, in consultation with the Secretary of the Treasury of the United States and the Attorney General of the United States, to have committed, or posed a significant risk of committing, acts of terrorism that threaten the security of United States nationals or the national security, foreign policy or economy of the United States (referred to hereinafter as a "Specially-Designated Global Terrorist" or "SDGT").  This prohibition included the making of any contribution of funds to or for the benefit of an SDGT, without having first obtained a license or other authorization from the United States government.

1059.   The Secretary of the Treasury promulgated the Global Terrorism Sanctions Regulations, 31 C.F.R. § 594.201, *et seq.,* implementing the sanctions imposed by Executive Order 13224.  The United States Department of the Treasury's Office of Foreign Assets Control ("OFAC"), located in the District of Colombia, was the entity empowered to authorize transactions with an SDGT.  Such authorization, if granted, would have been in the form of a license.

1060.   Pursuant to Executive Order 13224, the Secretary of State of the United States, in consultation with the Secretary of the Treasury of the United States and the Attorney General of the United States, designated the AUC as a Specially-Designated Global Terrorist on October 31, 2001.  As a result of the SDGT designation, since October 31, 2001, it has been a crime for any United States person, among other things,

willfully to engage in transactions with the AUC, without having first obtained a license or other authorization from OFAC.

1061.   Individual A was a high-ranking officer of defendant CHIQUITA.

1062.   Individual B was a member of the Board of Directors of defendant CHIQUITA ("Board").

1063.   Individual C was a high-ranking officer of defendant CHIQUITA.

1064.   Individual D was a high-ranking officer of defendant CHIQUITA.

1065.   Individual E was a high-ranking officer of defendant CHIQUITA.

1066.   Individual F was a high-ranking officer of Banadex.

1067.   Individual G was an employee of Banadex.

1068.   Individual H was an employee of defendant CHIQUITA.

1069.   Individual I was an employee of defendant CHIQUITA.

1070.   Individual J was a high-ranking officer of defendant CHIQUITA.

1071.   For over six years – from in or about 1997 through on or about February 4, 2004 – defendant CHIQUITA, through Banadex, paid money to the AUC in the two regions of Colombia where it had banana-producing operations: Urabá and Santa Marta. Defendant CHIQUITA paid the AUC, directly or indirectly, nearly every month.  From in or about 1997 through on or about February 4, 2004, defendant CHIQUITA made over 100 payments to the AUC totaling over $1.7 million.

1072.   Defendant CHIQUITA had previously paid money to other terrorist organizations operating in Colombia, namely to the following violent, left-wing terrorist organizations:  Revolutionary Armed Forces of Colombia – an English translation of the Spanish name of the group "Fuerzas Armadas Revolucionarias de Colombia" (commonly

known as and referred to hereinafter as "the FARC"); and the National Liberation Army – an English translation of the Spanish name of the group "Ejército de Liberación Nacional" (commonly known as and referred to hereinafter as "the ELN").  Defendant CHIQUITA made these earlier payments from in or about 1989 through in or about 1997, when the FARC and the ELN controlled areas where defendant CHIQUITA had its banana-producing operations.   The FARC and the ELN were designated as FTOs in October 1997.

1073.   Defendant CHIQUITA began paying the AUC in Urabá following a meeting in or about 1997 between the then-leader of the AUC, Carlos Castaño, and Banadex's then-General Manager.  At the meeting Castaño informed the General Manager that the AUC was about to drive the FARC out of Urabá.  Castaño also instructed the General Manager that defendant CHIQUITA's subsidiary had to make payments to an intermediary known as a "convivir." Convivirs were private security companies licensed by the Colombian government to assist the local police and military in providing security.  The AUC, however, used certain convivirs as fronts to collect money from businesses for use to support its illegal activities.

1074.   Defendant CHIQUITA's payments to the AUC were reviewed and approved by senior executives of the corporation, to include high-ranking officers, directors, and employees.  No later than in or about September 2000, defendant CHIQUITA's senior executives knew that the corporation was paying the AUC and that the AUC was a violent, paramilitary organization led by Carlos Castaño.  An in-house attorney for defendant CHIQUITA conducted an internal investigation into the payments and provided Individual C with a memorandum detailing that investigation.  The results

of that internal investigation were discussed at a meeting of the then-Audit Committee of the then-Board of Directors in defendant CHIQUITA's Cincinnati headquarters in or about September 2000.  Individual C, among others, attended this meeting.

1075.   For several years defendant CHIQUITA paid the AUC by check through various convivirs in both the Urabá and Santa Marta regions of Colombia.  The checks were nearly always made out to the convivirs and were drawn from the Colombian bank accounts of defendant CHIQUITA's subsidiary.  No convivir ever provided defendant CHIQUITA or Banadex with any actual security services or actual security equipment in exchange for the payments, for example, security guards, security guard dogs, security patrols, security alarms, security fencing, or security training.  Defendant CHIQUITA recorded these payments in its corporate books and records as "security payments" or payments for "security" or "security services."

1076.   In or about April, 2002, defendant CHIQUITA seated a new Board of Directors and Audit Committee following defendant CHIQUITA's emergence from bankruptcy.

1077.   Beginning in or about June, 2002, defendant CHIQUITA began paying the AUC in the Santa Marta region of Colombia directly and in cash according to new procedures established by senior executives of defendant CHIQUITA.  In or about March, 2002, Individual C and others established new procedures regarding defendant CHIQUITA's direct cash payments to the AUC.  According to these new procedures: Individual F received a check that was made out to him personally and drawn from one of the Colombian bank accounts of defendant CHIQUITA's subsidiary.  Individual F then

endorsed the check.  Either Individual F or Individual G cashed the check, and Individual G hand-delivered the cash directly to AUC personnel in Santa Marta.

1078.   Banadex treated these direct cash payments to the AUC as payments to Individual F, recorded the withholding of the corresponding Colombian tax liability, reported the payments to Individual F as such to Colombian tax authorities, and paid Individual F's corresponding Colombian tax liability.  This treatment of the payments made it appear that Individual F was being paid more money and thus increased the risk that Individual F would be a target for kidnapping or other physical harm if this became known.

1079.   Individual F also maintained a private ledger of the payments, which did not reflect the ultimate and intended recipient of the payments.  The private ledger only reflected the transfer of funds from Individual F to Individual G and not the direct cash payments to the AUC.

1080.   On or about April 23, 2002, at a meeting of the Audit Committee of the Board of Directors in defendant CHIQUITA's Cincinnati headquarters, Individual C described the procedures referenced in Paragraph 25 [of the Factual Proffer].  Individual A, Individual B, and Individual E, among others, attended this meeting.

1081.   The United States government designated the AUC as a FTO on September 10, 2001, and that designation was well-publicized in the American public media.  The AUC's designation was first reported in the national press (for example, in the Wall Street Journal and the New York Times) on September 11, 2001.  It was later reported in the local press in Cincinnati where defendant CHIQUITA's headquarters were located – for example, in the Cincinnati Post on October 6, 2001, and in the

Cincinnati Enquirer on October 17, 2001.  The AUC's designation was even more widely

reported in the public media in Colombia, where defendant CHIQUITA had its

substantial banana-producing operations.

1082.   Defendant CHIQUITA had information about the AUC's designation as

an FTO specifically and global security threats generally through an Internet-based,

password-protected subscription service that defendant CHIQUITA paid money to

receive.  On or about September 30, 2002, Individual H, from a computer within

defendant CHIQUITA's Cincinnati headquarters, accessed this service's "Colombia –

Update page," which contained the following reporting on the AUC:

> "US terrorist designation.
>
> International condemnation of the AUC human rights abuses culminated in 2001 with the US State Department's decision to include the paramilitaries in its annual list of foreign terrorist organizations.  This designation permits the US authorities to implement a range of measures against the AUC, including denying AUC members US entry visas; freezing AUC bank accounts in the US; and barring US companies from contact with the personnel accused of AUC connections."

1083.   From on or about September 10, 2001, through on or about February 4,

2004, defendant CHIQUITA made 50 payments to the AUC totaling over $825,000.

Defendant CHIQUITA never applied for nor obtained any license from the Department

of the Treasury's Office of Foreign Assets Control with respect to any of its payments to

the AUC.

1084.   On or about September 12, 2001, Individual G paid the AUC in Urabá and

Santa Marta by check in an amount equivalent to $31,847.[1]

---

[1]     With respect to all statements in this Factual Proffer relating to payments by check, the "on or about" dates refer to the dates on which such checks cleared the bank, not the dates on which the checks were issued or delivered.

1085.   On or about November 14, 2001, Individual F and Individual G paid the AUC in Urabá and Santa Marta by check in the amount equivalent to $56,292.

1086.   On or about December 12, 2001, Individual F and Individual G paid the AUC in Urabá and Santa Marta by check in an amount equivalent to $26,644.

1087.   On or about February 4, 2002, Individual F and Individual G paid the AUC in Urabá and Santa Marta by check in an amount equivalent to $30,079.

1088.   On or about March 7, 2002, Individual F and Individual G paid the AUC in Urabá and Santa Marta by check in an amount equivalent to $25,977.

1089.   On or about March 31, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in two equal payments in amounts equivalent to $3,689 each.

1090.   On or about April 16, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $35,675.

1091.   On or about May 15, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $10,888.

1092.   On or about May 31, 2002, Individual F and Individual G paid the AUC Santa Marta in cash in two equal payments in amounts equivalent to $3,595 each.

1093.   In or about June 2002, Individual F and Individual G began making direct cash payments to the AUC in the Santa Marta region of Colombia according to the procedures referenced in Paragraph 25.

1094.   On or about June 11, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in three payments in amounts equivalent to $4,764, $6,670 and $6,269, respectively.

1095.   On or about June 14, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $31,131.

1096.   On or about July 2, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $11,585.

1097.   On or about July 9, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $5,917.

1098.   On or about August 6, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $4,654.

1099.   On or about August 15, 202, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $27,841.

1100.   On or about September 2, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $4,616.

1101.   On or about October 7, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $8,026.

1102.   On or about October 15, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $40,419.

1103.   On or about November 8, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $6,164.

1104.   On or about November 29, 2002, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $5,685.

1105.   On or about December 9, 2002, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $47,424.

1106.   On or about January 21, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $7,954.

1107.   On or about January 27, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $22,336.

1108.   On or about February 11, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $7,291.

1109.   On or about February 20, 2003, Individual I stated to Individual C that Individual I had discovered that the AUC had been designated by the United States government as a Foreign Terrorist Organization.  Shortly thereafter, Individual C and Individual I spoke with attorneys in the District of Columbia office of a national law firm ("outside counsel") about defendant CHIQUITA's ongoing payments to the AUC.

1110.   Beginning on or about February 21, 2003, outside counsel advised defendant CHIQUITA, through Individual C and Individual I, that the payments were illegal under United States law and that defendant CHIQUITA should immediately stop paying the AUC directly or indirectly.  Among other things, outside counsel, in words and in substance, advised defendant CHIQUITA:

"Must stop payments."
(notes, dated February 21, 2003)

"Bottom Line:  CANNOT MAKE THE PAYMENT"
"Advised NOT TO MAKE ALTERNATIVE PAYMENT through CONVIVIR"
"General Rule:  Cannot do indirectly what you cannot do directly"
"Concluded with: CANNOT MAKE THE PAYMENT"
(memo, dated February 26, 2003)

"You voluntarily put yourself in this position.  Duress defense can wear out through repetition.  Buz [business] decision to stay in harm's way.  CHIQUITA should leave Colombia."
(notes, dated March 10, 2003)

"[T]he company should not continue to make the Santa Marta payments, given the AUC's designation as a foreign terrorist organization[.]" (memo, dated March 11, 2003)

[T]he company should not make the payment." (memo, dated March 27, 2003)

1111.   On or about February 27, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $17,434.

1112.   On or about March 27, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $19,437.

1113.   On or about April 3, 2003, Individual B and Individual C first reported to the full Board of Directors of defendant CHIQUITA that defendant CHIQUITA was making payments to a designated Foreign Terrorist Organization.  A member of defendant CHIQUITA's Board of Directors objected to the payments and recommended that defendant CHIQUITA consider taking immediate corrective action, to include withdrawing from Colombia.  The Board agreed to disclose promptly to the Department of Justice the fact that defendant CHIQUITA had been making payments to the AUC.

1114.   On or before April 4, 2003, according to outside counsel's notes concerning a conversation about defendant CHIQUITA's payments to the AUC, Individual C said: "His and [Individual B's] opinion is just let them sue us, come after us. This is also [Individual A's] opinion."

1115.   On or about April 8, 2003, Individual C and Individual D met at defendant CHIQUITA's headquarters in Cincinnati with Individual F, Individual G, Individual H, and Individual I.  According to the contemporaneous account of this meeting, Individual C and Individual D instructed Individual F and Individual G to "continue making payments" to the AUC.

1116.   On or about April 24, 2003, Individual B and Individual C, along with outside counsel, met with officials of the United States Department of Justice, stated that defendant CHIQUITA had been making payments to the AUC for years, and represented that the payments had been made under threat of violence.  Department of Justice officials told Individual B and Individual C that defendant CHIQUITA's payments to the AUC were illegal and could not continue.  Department of Justice officials acknowledged that the issue of continued payments was complicated.

1117.   On or about April 30, 2003, Individual B and Individual C told members of the Audit Committee of the Board of Directors and the outside auditors of defendant CHIQUITA about the meeting with Department of Justice officials on April 24, 2003.  Individual B and Individual C said that the conclusion of the April 24th meeting was that there would be "no liability for past conduct" and that there had been [n]o conclusion on continuing the payments."

1118.   On or about May 5, 2003, according to the contemporaneous account of this conversation, Individual I instructed Individual F and Individual J to "continue making payments" to the AUC.

1119.   On or about May 12, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $6,105.

1120.   On or about May 21, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $47,235.

1121.   On or about June 4, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $7,623.

1122.   On or about June 6, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in two payments in amounts equivalent to $6,229 and $5,764, respectively.

1123.   On or about July 14, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $7,139.

1124.   On or about July 24, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $35,136.

1125.   On or about August 8, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $5,822.

1126.   On or about August 25, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $12,850.

1127.   On or about September 1, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $6,963.

1128.   On or about September 8, 2003, outside counsel advised defendant CHIQUITA in writing, through Individual C and Individual I, that: "[Department of Justice] officials have been unwilling to give assurances or guarantees of non-prosecution; in fact, officials have repeatedly stated that they view the circumstances presented as a technical violation and cannot endorse current or future payments."

1129.   On or about October 6, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $18,249.

1130.   On or about October 6, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent $9,439.

1131.   On or about October 24, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $30,511.

1132.   On or about November 5, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $6,937.

1133.   On or about December 1, 2003, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $6,337.

1134.   On or about December 2, 2003, Individual F and Individual G paid the AUC in Urabá by check in the amount equivalent to $30,193.

1135.   On or about December 4, 2003, Individual B and Individual C provided the Board of Directors additional details concerning defendant CHIQUITA's payments to the AUC that had not previously been disclosed to the Board.  A member of defendant CHIQUITA's Board of Directors responded to this additional information by stating: "I reiterate my strong opinion – stronger now – to sell our operations in Colombia."

1136.   On or before December 4, 2003, defendant CHIQUITA created and maintained corporate books and records that did not identify the ultimate and intended recipient of the payments to the AUC in Urabá in calendar year 2003 as follows:

| Reporting Period | Description of recipient | Description of payment |
| --- | --- | --- |
| 1st Quarter 2003 | "Papagayo Association, a 'Convivir.' (Convivirs are government licensed security providers.)" | "Payment for security service." |
| 2nd Quarter 2003 | "Papagayo Association, a 'Convivir.' (Convivirs are government licensed security providers.)" | "Payment for security services." |
| 3rd Quarter 2003 | "Papagayo Association, a 'Convivir.' (Convivirs | "Payment for security services." |

are government licensed
security providers.)"

1137.   On or about December 16, 2003, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $24,584.

1138.   On or about December 22, 2003, Individual B sent an email to other Board members on the subject of defendant CHIQUITA's ongoing payments to the AUC, stating, among other things: "This is not a management investigation.  This is an audit committee investigation.  It is an audit committee investigation because we appear to [be] committing a felony."

1139.   On or about January 9, 2004, Individual F and Individual G paid the AUC in Santa Marta in cash in an amount equivalent to $10,630.

1140.   On or about January 13, 2004, Individual F and Individual G paid the AUC in Urabá  by check in an amount equivalent to $27,958.

1141.   On or about February 4, 2004, Individual F and Individual G paid the AUC in Urabá by check in an amount equivalent to $4,795.

1142.   According to defendant CHIQUITA's records, from September 10, 2001, through in or about January 2004, defendant CHIQUITA earned more than $49.4 million in profits from its Colombian banana-producing operations.

1143.   The foregoing allegations contained in the factual proffer, were formally admitted in writing by Fernando Aguirre, Chairman of the Board of Directors, President and Chief Executive Officer of CHIQUITA BRANDS INTERNATIONAL, INC., on or about March 12, 2007.

<u>FRAUDULENT CONCEALMENT AND EQUITABLE TOLLING</u>

278

1144.   That until publication of CHIQUITA'S guilty plea on or about March 19, 2007, none of the plaintiffs had any knowledge of CHIQUITA'S payments to the AUC.

1145.   Plaintiffs could not have discovered CHIQUITA'S payments and provisions to the AUC by the exercise of reasonable diligence because Chiquita actively and fraudulently concealed these activities by making clandestine, furtive, payments; making and filing false and misleading documents, books and records; funneling illegal payments through intermediaries including the convivir; filing false, misleading and fraudulent documents with the Colombian and United States governments; utilizing false front organizations and dummy corporations to import, transport and distribute arms, ammunition and military supplies to the AUC and to provide substantial financial assistance to the AUC; making payments to Banadex executives with the intent that they would be withdrawn as cash and handed directly to the AUC; and in otherwise acting in a clandestine and fraudulent manner with the intent to conceal its illegal and criminal activities aide, abetted and proximately caused the injuries and deaths herein alleged.

1146.   That by reason of the foregoing, any statutes of limitation applicable to ATCA and TVPA claims were equitably tolled until on or about March 19, 2007, and accordingly the claims of all plaintiffs herein are timely brought.

<u>CHIQUITA'S CONSPIRACY WITH THE AUC</u>

1147.   That heretofore and at the time of the occurrences herein, the defendants had entered into a conspiracy and a joint plan with the AUC to effectuate a variety of purposes that were of mutual benefit to CHIQUITA and the AUC.

1148.   That as previously indicated in 1997, control persons of CHIQUITA, including its general manager and upon information and belief, Robert Fisher met with

leaders of the AUC including Carlos Castano and others including one Raul Hasbun to devise a plan for the financing and coordinating paramilitary operations in the Zona Bananera.

1149.   The joint purposes and mutual benefits of the conspiracy between CHIQUITA and the AUC included the political, military and economic control of the Republic of Colombia and specifically of the banana growing regions; the destruction and expulsion of guerilla groups such as the FARC and the ELN; the establishment of the AUC and CHIQUITA as the *de facto* power and authority over the banana growing regions and their inhabitants; the wrongful and illegal seizure and/or acquisition of banana growing land from the peasants by the commission of various overt acts, including threats, intimidation, murders, massacres, disappearances and other atrocities; the elimination and/or domination of labor union organizers perceived by CHIQUITA to be hostile to their economic interests, accomplished by threats, intimidation, murders, massacres, disappearances and other atrocities; the acquisition and maintenance of monopolistic control over commerce in bananas by CHIQUITA and the destruction of all competition in the cultivation, distribution and marketing of bananas, accomplished by threats, intimidation, murders, massacres, disappearances and other atrocities.

1150.   That pursuant to the conspiracy between CHIQUITA and the AUC, the co-conspirators actively cooperated in a variety of overt acts, including but not limited to the illegal payment of money as detailed in the "Factual Proffer".

1151.   That pursuant to the conspiracy between CHIQUITA and the AUC, the co-conspirators actively cooperated in a variety of overt acts, including but not limited to the production, transportation, distribution and sale of illegal drugs.

280

1152.   That pursuant to the conspiracy between CHIQUITA and the AUC, the co-conspirators actively conspired to acquire, transport and distribute illegal weapons and ammunition to be used in the commission of threats, intimidation, murders, massacres, disappearances and other atrocities.

1153.   That pursuant to the conspiracy between CHIQUITA and the AUC, the co-conspirators actively conspired to acquire, transport and distribute vehicles and other war materiel for the purpose of committing threats, intimidation, murders, massacres, disappearances and other atrocities.

1154.   CHIQUITA, by and through its agents, servants and employees, including but not limited to Individuals A through J, and other agents servants and employees including but not limited to James Reilly, Willie Gonzalez, Jose Anarbona, Giovanny Hurtado Torres, Luis Anibal Chaverra Arboleda, Erasmo De Jesus Saldarriaga Cuartas, Luis German Cuartas ordered, directed and orchestrated weapons smuggling, threats, intimidation, murders, massacres, disappearances and other atrocities.

1155.   As more fully alleged in detail above, Chiquita paid the AUC, directly or indirectly, nearly every month during the period 1997-2004, making over one hundred payments to the AUC totaling over 1.7 million.  Chiquita's payments to the AUC were reviewed and approved by senior executives of the corporation, including high ranking officers, directors, and employees.  Chiquita's senior executives knew that the corporation was paying the AUC and that the AUC was a violent, paramilitary organization led by Carlos Castano. Payments made to the AUC or to front organizations were recorded in Chiquita's corporate books and records as "security payments" or payments for "security" or "security services." Other payments, made to Banadex

executives with the intent that they would be withdrawn as cash and handed directly to the AUC, were recorded as income contributions.

1156.   CHIQUITA'S payments to the AUC were knowingly and intentionally fraudulent, furtive, secretive, atypical, lacking in business justification, criminal and methodical, and indicate the intent to participate in a criminal venture with the AUC, and to aid and abet the illegal, immoral, murderous war crimes, and crimes against humanity perpetrated by the AUC.

1157.   At all relevant times, CHIQUITA knew that the AUC was a violent, terrorist paramilitary organization.  On September 10, 2001, the United States government designated the AUC as a Foreign Terrorist Organization ("FTO"), and that designation was well-publicized in the American public media, including in the Cincinnati Post on October 6, 2001, and in the Cincinnati Enquirer on October 17, 2001, as well as in the Colombian media.

1158.   On March 19, 2007, CHIQUITA pled guilty in U.S. District Court for the District of Colombia to one count of engaging in transactions with a specially designated global terrorist.  The company's sentence will include a $25 million criminal fine, the requirement to implement and maintain an effective compliance and ethics program, and five years' probation.

1159.   According to the sentencing memorandum of the United States Government in the aforementioned case, CHIQUITA'S payments "fueled violence" and "paid for weapons and ammunition to kill innocent people".

<u>The Illegal Smuggling of Arms by CHIQUITA/BANADEX to the AUC</u>

1160.   In 2001, CHIQUITA facilitated the clandestine and illegal transfer of arms and ammunition from Nicaragua to the AUC.

1161.   The Nicaraguan National Police provided 3,000 AK-47 assault rifles and 5 million rounds of ammunition to a private Guatamalan arms dealership, Grupo de Representaciones Internationales S.A. ("GIR S.A."), in exchange for weapons more suited to police work.  GIR S.A., in turn, arranged to sell the AK-47's and ammunition for $575,000 to Shimon Yelinek, an arms merchant based in Panama.  In November 2001, Yelinek loaded the arms onto a Panamanian-registered ship called the "OTTERLOO" with Panama as its declared destination, but the ship instead went to Turbo, Colombia.

1162.   CHIQUITA, through Banadex, operated a private port facility at the Colombian municipality of Turbo, used for the transport of bananas and other cargo.  The arms ship docked at the CHIQUITA port, and Banadex employees unloaded the 3,000 assault rifles and 5 million rounds of ammunition.  These arms and ammunition were then transferred to the AUC.

1163.   The arms and ammunition were off-loaded at sea from the Otterloo onto barges owned and operated by Banadex and brought to Chiquita's private warehouse facility.  The arms and ammunition were unloaded by Banadex employees and stored in Banedex private warehouse for a period of time.  It was then loaded onto trucks and delivered to AUC paramilitaries.

1164.   Bills of lading and other shipping documents relating to the Otterloo's cargo indicate that the recipient of the goods was C.I. Banadex S.A. and Inv. Banoly, Ltda.

1165.   Luis Anibal Chaverra Arboleda, an employee of Banadex S.A. and other agents/employees of Banadex, supervised the fictitious inspection of the containers containing weapons and ammunition and arranged for the loading of the weapons and ammunition onto trucks destined for AUC paramilitaries under circumstances evincing knowledge and intent of aiding and abetting the paramilitaries.

1166.   According to official documents of the Fiscalia 41 of Medellin dated November 7, 2002, the employees of Banadex were in charge of the process of unloading, storing, lifting and loading the guns and ammunition onto trucks, and that Banadex was in charge of the shipment, and provided their personnel, warehouses and equipment for the purpose of receiving and transferring the arms and ammunition to the AUC, and that the unloading and storage was done by a private company, CI Banadex, which had total management, mobilization and control of the port and the containers containing the arms and ammunition.

1167.   On information and belief, CHIQUITA facilitated at least four other arms shipments to the AUC.  In an interview with the Colombian newspaper El Tiempo, AUC leader Carlos Castano subsequently boasted, "This is the greatest achievement by the AUC so far.  Through Central America, five shipments, 13 thousand rifles."

1168.   On information and belief, CHIQUITA was aware of the use of its facilities for the illegal transshipment of arms to the AUC, and intended to provide such support and assistance to the AUC.

1169.   The arms and munitions that came into Colombia through Chiquita's private port at Turbo were used to commit massacres, mass murders, torture and intimidation, including but not limited to the murders of the plaintiffs' decedents.

1170.   The arms and munitions that came into Colombia through Chiquita's private port at Turbo were used to commit massacres, mass murders, torture and intimidation, and were used to wage war against left wing guerillas, in the course of which the war crimes against the plaintiffs were committed.

1171.   On information and belief, CHIQUITA also assisted the AUC by allowing the use of its private port facilities not only for the illegal importation of arms, but also for the illegal exportation of large amounts of illegal drugs, especially cocaine.  The drug trade was a major source of income for the AUC.  CHIQUITA intentionally and knowingly allowed use of its port and banana transportation boats for this purpose. CHIQUITA also transported illegal drugs in trucks and other vehicles acquired, owned and operated by it for the use in its conspiracy with the AUC.

1172.   Drug enforcement agents and customs officials in Belgium and the United Kingdom found more than a ton of almost pure cocaine hidden in at least seven Chiquita ships in 1997, all or which was illegally exported through Chiquita's private port facility at Santa Marta, Colombia. The seized cocaine was worth approximately $33 million in pure form and more than $100 million if sold on the streets according to United States DEA sources. On or about October 31, 1997, officials in Belgium seized more than 500 kilos of cocaine from the ship "Chiquita Bremen".  The cocaine had a street value of approximately $50 million.

1173.   The AUC's access to Chiquita's private port at Turbo as well as access to freighters owned, operated and/or controlled by Chiquita, materially and substantially aided the AUC to export drugs from which it derived substantial and material revenue to support its operations and to import weapons as aforesaid.

## AS AND FOR A FIRST CAUSE OF ACTION
## ENGAGING IN TERRORISM AND/OR PROVIDING
## MATERIAL SUPPORT TO A TERRORIST ORGANIZATION

1174.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1175.   The AUC was and is a global terrorist organization, having been so designated by the U.S. State Department, as hereinabove alleged.

1176.   That heretofore and at the time of the occurrences herein, the AUC was engaged in terrorism in violation of the law of nations and of individual countries and states in that *inter alia* it engaged in violent acts, or acts dangerous to human life that were intended to intimidate or coerce a civilian population, and/or to influence the policy of a government by intimidation or coercion; and/or to affect the conduct of a government by mass destruction, assassination, kidnapping or hostage taking, as defined by 31 CFR § 594.311 and Chapter 113B of Part I of Title 18 of the United States Code; engaged in criminal acts intended and/or calculated to create a state of terror in the minds of particular persons or a group of persons or the general public as defined in the League of Nations Convention (1937)  and the General Assembly Resolution 51/210 (1999) wherein such acts are strongly condemned; and/or engaged in crimes against a civilian population intended to cause death or serious bodily harm to civilians or non-combatants with the purpose of intimidating a population in violation of  UN Resolution May 17, 2005 and UN General Assembly Resolution 49/60 of December 9, 1994 adopting the Declaration of Measures to Eliminate International Terrorism and all other citations therein condemning terrorism which are hereby incorporated by reference; and  UN

286

General Assembly Resolution 42/159 (adopted December 7, 1987) and other international laws and *jus cogens* as set forth herein and elsewhere.

1177.   That terrorism is a violation of the law of nations.

1178.   That conspiring with and aiding, abetting, facilitating, soliciting and giving material aid to a terrorist organization is a violation of the law of nations.

1179.   That heretofore and at the time of the occurrences herein, the AUC was engaged in committing violent activities, including, but not limited to mass murders, individual murders, forced disappearances, drug trafficking, extortion and kidnapping, including but not limited to the murders of the plaintiffs' decedents and others.

1180.   As heretofore alleged, from 1997 to 2004, CHIQUITA, directly and by and through its subsidiaries, agents, and employees, made approximately 100 payments to the AUC in an amount exceeding $1.7 million as hereinabove alleged.

1181.   CHIQUITA directly and indirectly provided guns, ammunition, trucks and other war material to the AUC, as hereinabove alleged.

1182.   That as heretofore alleged, CHIQUITA was involved in a conspiracy with the AUC and committed the overt acts hereinabove alleged that proximately caused the deaths of plaintiffs' decedents.

1183.   At all times material hereto, CHIQUITA knew or should have known that its providing money, guns, ammunition, war material and other forms of aid to the AUC would facilitate, aid and abet the commission of mass murders, individual murders, forced disappearances, kidnapping and other crimes, including the murders of the plaintiffs decedents.

1184.   As a result of providing financial support to the AUC, defendant

CHIQUITA violated the law of nations, established United States laws, international

laws, treaties and norms, including, but not limited to those sections previously set forth

including but not limited to:

The Declaration on Measures to Eliminate International Terrorism and citations therein
incorporated by reference adopted by the United Nations General Assembly on
December 9, 1994 (GA Res. 49/60);
The Anti Terror Act, 18 U.S.CC. 113B;
The Anti-Terrorism and Effective Death Penalty Act ("AEDPA"), Pub. L. No. 104-132,
110 Stat. 1214 (1996);
The Uniting and Strengthening America by Providing Appropriate Tools Required to
Intercept and Obstruct Terrorism Act of 2001 ("USA PATRIOT Act"), Pub. L. No. 107-
56, 115 Stat. 271 (2001);
The Convention on the Prevention and Punishment of the Crime of Genocide; Art. 2,
Dec. 9, 1948, 78 U.N.T.S.;
International Convention for the Suppression of Terrorist Bombings, G.A. Res. 52-164,
1, U.N. Doc A/RES/52/164;
International Convention for the Suppression of the Financing of Terrorism, 39 I.L.M.
270 (Dec. 9, 1997); G.A. Res. 54/109, 1 UN Doc A/RES/54/109 (Dec 1, 1999) and
ratified by over 130 countries (The Financing Convention);
United Nations Charter, 59 Stat. 1031, 3 Bevans 1153 (1945);
(Universal Declaration of Human Rights, G.A. Res. 217A (iii), U.N. Doc. A/810 (1948);
International Covenant on Civil and Political Rights, G.A. Res. 2220A(xxi), 21 U.N.
Doc., GAOR Supp. (No. 16) at 52, U.N. Doc. (A/6316 (1966);
Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or
Punishment, G.A. Res. 39/46, 39 U.N. Doc., GAOR Supp. (No. 51) at 1100, U.N. doc.
A/39/51 (1984);
Declaration on the Protection of all Persons From Being Subjected to Torture and Other
Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 3452, 30 U.N. Doc.,
GAOR Supp. (No. 34) at 91, U.N. Doc. A/10034 (1976);
Common Article 3 of the 1949 Geneva Conventions; Articles 4 and 13 of the 1977
Geneva Protocol II;
Convention on Combating Bribery of Foreign Public Officials in International Businesss
Transactions, 37 I.L.M. 1 (Dec. 18, 1997);
and other *jus cogens*.

1185.   The murders of the plaintiffs' decedents and/or injuries to plaintiff(s) were

a direct and proximate result of CHIQUITA's conspiring with and providing aid to a

terrorist organization as hereinabove alleged.

1186.   The abuses described above were premeditated, politically-motivated acts of violence committed against noncombatant civilians for the purpose of instilling fear, targeting political opponents, and generally terrorizing a civilian population.

1187.   Defendants are liable to Plaintiffs in that they aided and abetted, directed, ordered, requested, paid, were reckless in dealing with, participated in a joint criminal enterprise with, confirmed, ratified, and/or conspired with the AUC in bringing about the acts of terrorism against Plaintiffs.

1188.   The murderous acts of terrorism against the plaintiffs were financed by the defendants' illegal payments of money hereinabove alleged.

1189.   Payments by CHIQUITA to the AUC were significant and substantial, and were used to by weapons, ammunition and war materiel, to fund terrorist operations against the plaintiffs, and to support the AUC's illegal and immoral activities, freeing up other funds directly involved in financing the murders, tortures, and other terrorist acts, war crimes and crimes against humanity committed by the AUC.

1190.   The murderous acts of terrorism against the plaintiffs were aided, abetted and facilitated by the illegal payments of money hereinabove alleged.

1191.   The murderous acts of terrorism against the plaintiffs and the illegal payments of money hereinabove alleged as well as defendants furnishing arms to the AUC were overt acts committed in pursuance of the conspiracy hereinabove alleged.

1192.   The defendants, their agents servants and employees including but not limited to James Reilly, Willie Gonzalez, Jose Anarbona and Giovanny Hurtado Torres, Reinaldo Escobar de la Hoz, defendants "A" through "J"participated in the coordination of joint and conspiratorial activities between CHIQUITA and the AUC, including

identifying to the AUC who was to be killed, tortured and/or otherwise terrorized and intimidated and otherwise participated in the distribution of money, arms and ammunition, vehicles, war material, drugs and drug-making chemicals as hereinabove alleged.

1193.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1194.   That the defendants acted with the intent to assist in the violations of international law.

1195.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1196.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1197.   That the defendant acted willfully, wantonly and recklessly, with the intent to aid the terrorist acts of the AUC, with deliberate and conscious disregard of the fact that its actions would aid, abet and further the terrorist activities of the AUC.

1198.   That by reason of the wrongful conduct of the defendants, including aid to a terrorist organization as hereinabove alleged and the consequent crimes committed thereby, as hereinabove alleged, plaintiff's decedents suffered conscious pain, suffering

and death, and the plaintiffs have suffered pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

## AS AND FOR A SECOND CAUSE OF ACTION
## WAR CRIMES

1199.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1200.   Heretofore, and at the time of the murders of plaintiffs' decedents and/or injuries to plaintiffs, and prior thereto, there existed a state of civil war and armed conflict in Colombia and specifically in the regions where plaintiffs resided.

1201.   The AUC was a party to the civil war and armed conflict, which was ongoing at the time of the murders, tortures and other injuries inflicted upon the plaintiffs.

1202.   The murders of plaintiff's decedents and/or injuries to plaintiff(s) were committed in the course of a civil war and armed conflict not of an international character.

1203.   The plaintiffs' decedents and/or plaintiffs were non-combatants in the civil war and armed conflict.

1204.   The plaintiffs and their decedents were systematically murdered, tortured and otherwise injured as a direct and proximate result of the AUC's deliberate campaign of terror against civilians for the purposed of suppressing, eliminating and otherwise destroying support for left wing groups such as the FARC as an integral part of its strategy in the ongoing civil war and armed conflict.

1205.   As documented in reports of the United States Department of State from 1997 onward, as heretofore alleged, the AUC took the offensive against the left wing guerillas by perpetrating killings, massacres, forced displacements and forced depopulations of civilians perceived by it to be supportive of left wing elements including the FARC. These civilian non-combatants, including the plaintiffs, were specifically targeted as part of the war strategy of the AUC and resulted in thousands of civilian deaths, including those of plaintiffs' decedents.

1206.   The defendants conspired with, aided, abetted, directed, solicited and facilitated the AUC in the orchestration of hostilities, armed conflict, and acts of murder, torture, terrorism, coercion and intimidation, including but not limited to the murders of plaintiffs' decedents and/or injuries to plaintiff(s)

1207.   The murders of plaintiffs' decedents constituted war crimes, in violation of the law of nations and laws of the United States, including but not limited to:

The Anti Terror Act, 18 U.S.CC. 113B; and
The Anti-Terrorism and Effective Death Penalty Act ("AEDPA"), Pub. L. No. 104-132, 110 Stat. 1214 (1996);
The Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 ("USA PATRIOT Act"), Pub. L. No. 107-56, 115 Stat. 271 (2001);
The Convention on the Prevention and Punishment of the Crime of Genocide; Art. 2, Dec. 9, 1948, 78 U.N.T.S.;
International Convention for the Suppression of Terrorist Bombings, G.A. Res. 52-164, 1, U.N. Doc A/RES/52/164;
International Convention for the Suppression of the Financing of Terrorism, 39 I.L.M. 270 (Dec. 9, 1997) G.A. Res. 54/109, 1 UN Doc A/RES/54/109 (Dec 1, 1999) and ratified by over 130 countries (The Financing Convention);
United Nations Charter, 59 Stat. 1031, 3 Bevans 1153 (1945);
(Universal Declaration of Human Rights, G.A. Res. 217A (iii), U.N. Doc. A/810 (1948);
International Covenant on Civil and Political Rights, G.A. Res. 2220A(xxi), 21 U.N. Doc., GAOR Supp. (No. 16) at 52, U.N. Doc. (A/6316 (1966);
Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 39/46, 39 U.N. Doc., GAOR Supp. (No. 51) at 1100, U.N. doc. A/39/51 (1984);

Declaration on the Protection of all Persons From Being Subjected to Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 3452, 30 U.N. Doc., GAOR Supp. (No. 34) at 91, U.N. Doc. A/10034 (1976);
Common Article 3 of the 1949 Geneva Conventions; Articles 4 and 13 of the 1977 Geneva Protocol II;
Convention on Combating Bribery of Foreign Public Officials in International Businesss Transactions, 37 I.L.M. 1 (Dec. 18, 1997);
and other *jus cogens*.

1208.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1209.   That the defendants acted with the intent to assist in the violations of international law.

1210.   That defendants had the specific intent that its financial and other aid to the AUC would further the AUC's war objectives of defeating the FARC and other left wing elements *inter alia* by means of the AUC's campaign of terrorizing, murdering, maiming and torturing civilian non-combatants as herein alleged.

1211.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1212.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1213.   That by reason of the murderous war crimes herein alleged, plaintiff's decedents suffered conscious pain, suffering and death, and the plaintiffs have suffered

personal injuries, pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

**AS AND FOR A THIRD CAUSE OF ACTION**
**CRIMES AGAINST HUMANITY**

1214.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1215.   Heretofore, and at the time of the murders of plaintiff's decedents and/or attempted murders/personal injuries, and prior thereto, the AUC, in pursuance of the aforedescribed conspiracy with defendant CHIQUITA, and acting in concert with, aided, abetted, facilitated, and solicited by defendant CHIQUITA, engaged in a widespread and systematic attack on and persecution of large segments of the civilian populations of the banana growing regions of Colombia, including but not limited to the areas where plaintiffs resided, and including plaintiffs' decedents.

1216.   The AUC's widespread and systematic attack on and persecution of large segments of the civilian population of the banana growing regions was carried out by mass murders/massacres, individual murders, disappearances, torture, threats, detention, coercion and intimidation.

1217.   The AUC's acts of mass murder/massacre, individual murders, disappearances, torture, threats, and intimidation was designed, planned, orchestrated and executed for the primary purpose of exercising political and economic control over the subject areas as heretofore alleged.

1218.   The murders of plaintiffs' decedents and/or attempted murders/personal

injuries constituted crimes against humanity, in violation of the law of nations and laws

of the United States, including but not limited to:

The Anti Terror Act, 18 U.S.CC. 113B; and
The Anti-Terrorism and Effective Death Penalty Act ("AEDPA"), Pub. L. No. 104-132,
110 Stat. 1214 (1996);
The Uniting and Strengthening America by Providing Appropriate Tools Required to
Intercept and Obstruct Terrorism Act of 2001 ("USA PATRIOT Act"), Pub. L. No. 107-
56, 115 Stat. 271 (2001);
The Convention on the Prevention and Punishment of the Crime of Genocide; Art. 2,
Dec. 9, 1948, 78 U.N.T.S. 277;
International Convention for the Suppression of Terrorist Bombings, G.A. Res. 52-164,
1, U.N. Doc A/RES/52/164;
International Convention for the Suppression of the Financing of Terrorism, 39 I.L.M.
270 (Dec. 9, 1997) G.A. Res. 54/109, 1 UN Doc A/RES/54/109 (Dec 1, 1999) and
ratified by over 130 countries (The Financing Convention);
United Nations Charter, 59 Stat. 1031, 3 Bevans 1153 (1945);
(Universal Declaration of Human Rights, G.A. Res. 217A (iii), U.N. Doc. A/810 (1948);
International Covenant on Civil and Political Rights, G.A. Res. 2220A(xxi), 21 U.N.
Doc., GAOR Supp. (No. 16) at 52, U.N. Doc. (A/6316 (1966);
Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or
Punishment, G.A. Res. 39/46, 39 U.N. Doc., GAOR Supp. (No. 51) at 1100, U.N. doc.
A/39/51 (1984), 1465 U.N.T.S. 85;
Declaration on the Protection of all Persons From Being Subjected to Torture and Other
Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 3452, 30 U.N. Doc.,
GAOR Supp. (No. 34) at 91, U.N. Doc. A/10034 (1976);
Common Article 3 of the 1949 Geneva Conventions; Articles 4 and 13 of the 1977
Geneva Protocol II;
Convention on Combating Bribery of Foreign Public Officials in International Businesss
Transactions, 37 I.L.M. 1 (Dec. 18, 1997);
and other *jus cogens*.

1219.   That the defendants, their agents servants and employees (a) knowingly

and substantially assisted the AUC and their collaborators to commit acts that violate

clearly established international law norms, and (b) facilitated the commission of

international law violations by providing the AUC and their collaborators with the tools,

instrumentalities, or services to commit those violations with actual or constructive

knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1220.   That the defendants acted with the intent to assist in the violations of international law.

1221.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1222.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1223.   That by reason of the murderous crimes against humanity herein alleged, plaintiffs' decedents and/or plaintiff(s) suffered personal injuries, conscious pain, suffering and death, and the plaintiffs have suffered pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

## AS AND FOR A FOURTH CAUSE OF ACTION
## EXTRAJUDICIAL KILLING/TORTURE IN VIOLATION OF TVPA

1224.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1225.   The murders of the plaintiffs' decedents and/or attempted murders of plaintiff(s) were extra-judicial killings/torture in violation of the TVPA.

1226.   The deliberate killings and/or attempted murders, under color of law, of plaintiffs' decedents and/or plaintiff(s) were not authorized by a lawful judgment pronounced by a regularly constituted court affording all the judicial guarantees which are recognized as indispensable by civilized peoples

296

1227.   The murders of plaintiffs' decedents and/or attempted murders of plaintiff(s) were committed under color of law, in that the AUC's commission of these atrocities was done with the knowledge, acquiescence and complicity of the official security forces of the Republic of Colombia as heretofore alleged; that the AUC was acting as a *de facto* government and/or agency of government of the banana growing regions with the knowledge, acquiescence and complicity of large segments of the Colombian government, including ranking members of the executive and legislative branches as well as the security forces; and payments were made by CHIQUITA utilizing officially sanctioned Convivirs, as hereinabove alleged.

1228.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1229.   That the defendants acted with the intent to assist in the violations of international law.

1230.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1231.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1232.   Plaintiffs have no alternative remedy to the within action.  Legal action by Plaintiffs in Colombia would be futile.  In June 2004, CHIQUITA sold its Colombian subsidiary Banadex.  On information and belief, CHIQUITA no longer owns any production operation in Colombia and is not subject to service there.

1233.   Legal action by Plaintiffs in Colombia could also result in serious reprisals.  Individuals who seek redress for paramilitary crimes committed against them or their family members are regularly targeted for further retributive violence. This has been well-documented in credible human rights reports by the U.S. Department of State, Human Rights Watch and Amnesty International.  *See*, *e.g.* The Ties that Bind: Colombia and Military-Paramilitary Links, Human Rights Watch (February, 2000).

1234.   Further, various non-governmental organizations in Colombia, such as Justicia y Paz, have sought the assistance and protection of the Colombian government. No action was taken, and these complaints were futile because of the lack of an independent or functioning legal system within Colombia.  The justice system in Colombia has utterly failed to bring the perpetrators of violence to justice under the laws of Colombia.  Finally, even if there were remedies available Plaintiffs in Colombia, such remedies are inadequate and would not afford the compete relief available to Plaintiffs by this Complaint.

1235.   Plaintiffs were unable to bring suit in the United States until the present due to the poor security situation and the danger of reprisals, which CHIQUITA's support of the AUC contributed to, as well as the criminal secreting of evidence by CHIQUITA and the conspiratorial and secretive nature of the acts and omissions of the defendants only brought to light by the above referenced criminal proceedings instituted by the

United States.  This suit is brought within one year from the termination of said criminal proceeding and within all applicable statutes of limitation.

1236.   That by reason of the extrajudicial killing of the plaintiffs' decedents and that plaintiffs' decedents suffered conscious pain, suffering and death, and the plaintiffs have suffered pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

**AS AND FOR A FIFTH CAUSE OF ACTION**
**WRONGFUL DEATH AND SURVIVAL ACTIONS**
**UNDER THE LAW OF OHIO**

1237.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1238.   By reason of the extrajudicial killing and wrongful death of the plaintiff's decedents as hereinabove alleged, and the negligence of the defendants in failing to exercise proper supervision; in negligently hiring, supervising and retaining its agents, servants and employees; in negligently violating their duties as directors and officers of CHIQUITA; in negligently contracting, agreeing, acting in concert with and conspiring with persons whom defendants knew or should have known were violent and had the intention, means and propensity to commit crimes, perpetrate murders, disappearances, kidnappings, torture and other atrocities, and in otherwise being negligent, the defendants are liable to the plaintiff for wrongful death damages under laws of the State of Ohio, including R.C. § 2125.01, 2125.02 et seq. and for the conscious pain and suffering of the decedent pursuant to R.C. § 2305.21 et seq. pertaining to survival of actions.

1239.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted a the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1240.   That the defendants acted with the intent to assist in the violations of international law.

1241.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1242.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1243.   That by reason of the extrajudicial killing and wrongful death of the plaintiffs' decedents as hereinabove alleged, plaintiff's decedents suffered conscious pain, suffering and death, and the plaintiffs have suffered pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

**AS AND FOR A SIXTH CAUSE OF ACTION**
**BATTERY**

1244.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1245.   Defendants murdered, tortured and/or attempted to murder plaintiffs' decedents and/or plaintiff(s), constituting common law battery.

1246.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1247.   That the defendants acted with the intent to assist in the violations of international law.

1248.   That the defendant's acts had a substantial effect upon the success of the violations of international law.

1249.   That the defendant was aware that its acts and omissions assisted in the violations of international law.

1250.   That by reason of the foregoing, plaintiffs' decedents suffered conscious pain, suffering and death, and the plaintiffs have suffered personal injuries, pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

## AS AND FOR A SEVENTH CAUSE OF ACTION
### NEGLIGENCE

1251.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1252.   Defendants were negligent in failing to exercise proper supervision; in negligently hiring its agents, servants and employees; in negligently violating their duties as directors and officers of CHIQUITA; in negligently contracting, agreeing, acting in concert with and conspiring with persons whom defendants knew or should have known were violent and had the intention, means and propensity to commit crimes, perpetrate murders, disappearances, kidnappings, torture and other atrocities, in acting and in otherwise being negligent and failing to exercise reasonable care.

1253.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms, and (b) facilitated the commission of international law violations by providing the AUC and their collaborators with the tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1254.   That defendants' negligence was a proximate cause of injury and or/death of plaintiff(s) and /or plaintiffs' decedents.

1255.   Defendants acted willfully, wantonly, maliciously and with a reckless disregard and depraved indifference to human life in the commission of the acts and omissions hereinabove alleged in all counts of the complaint.

**AS AND FOR AN EIGHTH CAUSE OF ACTION**
**LOSS OF SERVICES, SOCIETY AND CONSORTIUM**

1256.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1257.   All plaintiffs who are the spouses, children, siblings, parents and/or relations of persons injured or killed, as heretofore alleged, claim damages for loss of services, society and consortium.

### AS AND FOR A NINTH CAUSE OF ACTION
### WRONGFUL DEATH AND SURVIVAL ACTIONS
### UNDER THE LAWS OF COLOMBIA

1258.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1259.   By reason of the the wilfull wrongdoing, criminal, tortious, negligent and fraudulent conduct of the defendants, in causing the wrongful death of the plaintiff's decedents as heretofore alleged, in willfully, criminally, fraudulently and negligently failing to exercise proper supervision; willfully, criminally, fraudulently and negligently hiring, supervising and retaining its agents, servants and employees; willfully, criminally, fraudulently and negligently violating their duties as directors and officers of CHIQUITA; in willfully, criminally fraudulently and negligently contracting, agreeing, acting in concert with aiding and abetting, and conspiring with members of the AUC whom defendants knew or should have known were violent and had the intention, means and propensity to commit crimes, perpetrate murders, disappearances, kidnappings, torture and other atrocities; in willfully violating laws of the Republic of Colombia and the United States prohibiting the funding of illegal terrorist organizations, to wit: the AUC;  in providing the AUC and their collaborators with the funds, tools, instrumentalities, or services to commit those violations, and in otherwise committing willful, criminal, fraudulent and negligent acts and omissions, the defendants are liable to the plaintiff for wrongful death damages and for conscious pain and suffering under laws

of the Republic of Colombia including but not limited to Articles 2341, 2344, 2347 and 2356 of the Colombian Civil Code, and the Colombian Constitution.

1260.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms and the laws of Colombia, and (b) facilitated the commission of international law violations and the laws of Colombia by providing the AUC and their collaborators with the funds, tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1261.   The acts and omissions set forth herein constitute torts under the laws of the Republic of Colombia.

1262.   That the defendants acted with the intent to assist in the violations of international law and the laws of Colombia.

1263.   That the defendant's acts had a substantial effect upon the success of the violations of international law and the laws of Colombia.

1264.   That the defendant was aware that its acts and omissions assisted in the violations of international law and the laws of Colombia.

1265.   That by reason of the extrajudicial killing and wrongful death of the plaintiffs' decedents as hereinabove alleged, plaintiff's decedents suffered conscious pain, suffering and death, and the plaintiffs have suffered pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of

society, loss of services, moral damages and other injuries, and accordingly, the plaintiffs

claim all damages allowed by law, including compensatory and punitive damages.

## AS AND FOR A TENTH CAUSE OF ACTION FOR CAUSING INJURY UNDER THE LAWS OF COLOMBIA

1266.   Plaintiffs repeat and reallege all of the previous allegations of the

complaint with the same force and effect as if fully set forth again at length.

1267.   By reason of the the wilfull wrongdoing, criminal, tortious, negligent and

fraudulent conduct of the defendants, in causing the assaults, batteries, tortures,

maimings, rapes, woundings and injuring of the plaintiffs as heretofore alleged, in

willfully, criminally, fraudulently and negligently failing to exercise proper supervision;

willfully, criminally, fraudulently and negligently hiring, supervising and retaining its

agents, servants and employees; willfully, criminally, fraudulently and negligently

violating their duties as directors and officers of CHIQUITA; in willfully, criminally

fraudulently and negligently contracting, agreeing, acting in concert with aiding and

abetting, and conspiring with members of the AUC whom defendants knew or should

have known were violent and had the intention, means and propensity to commit crimes,

perpetrate murders, disappearances, kidnappings, torture and other atrocities; in willfully

violating laws of the Republic of Colombia and the United States prohibiting the funding

of illegal terrorist organizations, to wit: the AUC;  in providing the AUC and their

collaborators with the funds, tools, instrumentalities, or services to commit those

violations, and in otherwise committing willful, criminal, fraudulent and negligent acts

and omissions, the defendants are liable to the plaintiff for damages, pain and suffering

under laws of the Republic of Colombia including but not limited to Articles 2341, 2344,

2347 and 2356 of the Colombian Civil Code, and the Colombian Constitution.

1268.   That the defendants, their agents servants and employees (a) knowingly and substantially assisted the AUC and their collaborators to commit acts that violate clearly established international law norms and the laws of Colombia, and (b) facilitated the commission of international law violations and the laws of Colombia by providing the AUC and their collaborators with the funds, tools, instrumentalities, or services to commit those violations with actual or constructive knowledge that those tools, instrumentalities, or services would be (or only could be) used in connection with that purpose.

1269.   The acts and omissions set forth herein constitute torts under the laws of the Republic of Colombia.

1270.   That the defendants acted with the intent to assist in the violations of international law and the laws of Colombia.

1271.   That the defendant's acts had a substantial effect upon the success of the violations of international law and the laws of Colombia.

1272.   That the defendant was aware that its acts and omissions assisted in the violations of international law and the laws of Colombia.

1273.   Defendants acted willfully, wantonly, maliciously and with a reckless disregard and depraved indifference to human life in the commission of the acts and omissions hereinabove alleged in all counts of the complaint.

1274.   That by reason of the wilfull, criminal, tortious, fraudulent and negligent acts and omissions of the defendants as heretofore alleged, plaintiffs suffered conscious pain, suffering, and the plaintiffs have suffered pecuniary and economic damages, loss of support, loss of nurture care and guidance, grief, anguish, loss of society, loss of services,

moral damages and other injuries, and accordingly, the plaintiffs claim all damages allowed by law, including compensatory and punitive damages.

## AS AND FOR A TWELFTH CAUSE OF ACTION
## LOSS OF SERVICES, SOCIETY AND CONSORTIUM UNDER THE LAWS OF COLOMBIA

1275.   Plaintiffs repeat and reallege all of the previous allegations of the complaint with the same force and effect as if fully set forth again at length.

1276.   All plaintiffs who are the spouses, children, siblings, parents and/or relations of persons injured or killed, as heretofore alleged, claim damages for loss of services, society and consortium under the laws of the Republic of Colombia.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury on all causes of action.

**WHEREFORE**, plaintiffs demand judgment against the defendants on each and all Causes of Action in the complaint on behalf of each and all plaintiff(s) against each and all defendant(s) for compensatory damages in the sum of $10 million for each individual plaintiff and/or decedent, totaling $9,340,000,000.00 (NINE BILLION THREE HUNDRED FORTY MILLION DOLLARS) in compensatory damages, and punitive damages in the sum of $10 million for each individual plaintiff and/or decedent, totaling $9,340,000,000.00 (NINE BILLION THREE HUNDRED FORTY MILLION DOLLARS in punitive damages, making in all the sum of $18,680,000,000.00

(EIGHTEEN BILLION SIX HUNDRED EIGHTY MILLION DOLLARS), along with

interest, costs and disbursements.

> JONATHAN C. REITER, Esq.
> E-Mail:  jcrlaw@hotmail.com
> LAW FIRM OF JONATHAN C. REITER
> 350 Fifth Avenue, Suite 2811
> New York, New York 10118
> Tel:  212-736-0979
> Fax:  212-268-5297
> Lead Attorney of Record for Plaintiffs,
> SARA MATILDE MORENO MAJARRES,
> et. al.
>
> By:   s/Jonathan C. Reiter
> JONATHAN C. REITER
>
> RONALD S. GURALNICK, Esq.
> (Fl Bar No. 111476)
> E-Mail:  rgacquit@bellsouth.net
> RONALD GURALNICK, P.A.
> Bank of America Tower at International
> Place
> 100 S.E. 2d Street, Suite 3300
> Miami, Florida 33131
> Tel:  305-373-0066
> Fax:  305-373-1387
> Co-counsel for Plaintiffs, SARA MATILDE
> MORENO MAJARRES, et. al.
>
> By:   s/Ronald Guralnick
> RONALD GURALNICK

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel, parties or others who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  Setpember 20, 2012

By:____ s/Ronald S. Guralnick
RONALD S. GURALNICK
Co-Counsel for Plaintiffs
SARA MATILDE MORENO MAJARRES, et. al.


## SERVICE LIST

Gregg H. Levy, Esq.
John E. Hall, Esq.
Jenny R. Mosier, Esq.
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: 202-662-6000
Facsimile:  202-662-6291
Attorneys for CHIQUITA BRANDS INTERNATIONAL

Jonathan M. Sperling, Esq.
jsperling@cov.com
COVINGTON & BURLING
620 Eighth Avenue
New York, New York 10018
Telephone: 212-841-1000
Facsimile:  212-841-1010
Attorneys for CHIQUITA BRANDS INTERNATIONAL

Sidney Alton Stubbs, Jr., Esq.
sstubs@jones-foster.com
Robert William Wilkins, Esq.
rwilkins@jones-foster.com

Cristopher Stephen Rapp, Esq.
csrapp@jones-foster.com
JONES FOSTER JOHNSTON & STUBBS
505 S. Flagler Drive Suite 1100
P.O. Box 3475
West Palm Beach, FL 33402-3475
Telephone: 561-659-3000
Facsimile:  561-650-0409
Attorneys for CHIQUITA BRANDS INTERNATIONAL

Rene Devlin Harrod, Esq.
rharrod@bergersingerman.com
BERGER SINGERMAN
Law Olas Centre II
350 E. Las Olas Blvd
Suite 1000
Ft. Lauderdale, FL 33301
Telephone: 954-525-9900
Facsimile:  954-523-2872
Attorneys for CHIQUITA BRANDS INTERNATIONAL

Alison K. Clark, Esq.
aclark@sbtklaw.com
SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile:  610-667-7056
Attorneys for CHIQUITA BRANDS INTERNATIONAL

Robert M. Stern, Esq.
rstern@omm.com
O'MELVENY & MYERS
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: 202-383-5328
Facsimile:  202-383-5414
Attorneys for CHIQUITA BRANDS INTERNATIONAL

James K. Green, Esq.
jameskgreen@bellsouth.net
JAMES K. GREEN, P.A.
Esperate, Suite 1650
222 Lakeview Avenue
West Palm Beach, FL 33401

Telephone:  800-780-8607 (toll free)
              561-686-6300
Facsimile:   561-478-0754
Attorneys for Lopez, et. al., Plaintiffs

Jack Scarola, Esq.
jsc@searcylaw.com
William B. King, Esq.
wbk@searcylaw.com
David Sales
SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.
2139 Palm Beach Lakes blvd.
P.O. Box 3626
West Palm Beach, FL 33402
Telephone:  561-686-6300
Facsimile:  561-478-0754
Attorneys for Lopez, et. al., Plaintiffs

John DeLeon, Esq.
jdeleon@chavez-deleon.com
LAW OFFICE OF CHAVEZ-DELEON
5975 Sunset Drive
Suite 605
South Miami, FL 33143
Telephone:  305-740-5347
Facsimile:  305-740-5348
Attorneys for John Doe 1-8, Plaintiffs

Paul Hoffman, Esq.
hoffpaul@aol.com
SCHONBRUN, DESIMONE, SEPLOW,
HARRIS & HOFFMAN, LLP
723 Ocean Front Walk
Venice, CA 90210
Telephone: 310-396-0731
Facsimile:  310-399-7040
Attorneys for John Doe 1-8, Plaintiffs

Agnieszka M. Fryszman, Esq.
afryszyman@emht.com
Benjamin D. Brown, Esq.
bbrown@emht.com
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500

Washington, D.C. 20005-3964
Telephone: 202-408-4600
Facsimile:  202-408-4634
Attorneys for John Doe 1-8, Plaintiffs

Judith Brown Chomsky, Esq.
jchomsky@igc.com
LAW OFFICES OF JUDITH BROWN CHOMSKY
P.O. Box 29726
Elkins Park, PA 19027
Telephone: 215-782-8367
Facsimile:  202-782-8368
Attorneys for John Doe 1-8, Plaintiffs

Arturo Carrillo, Esq.
COLOMBIAN INSTITUTE OF INTERNATIONAL LAW
5425 Connecticut Avenue, N.W. #219
Washington, D.C. 20015
Attorneys for John Doe 1-8, Plaintiffs
Telephone: 202-365-7260
Attorneys for John Does 1-8, Plaintiff

Richard Herz, Esq.
Marco Simons
marco@earthrights.org
EARTH RIGHTS INTERNATIONAL
1612 K Street, N.W., Suite 401
Washington, D.C. 20006
Telephone: 202-466-5188
Facsimile:  202-466-5189
Attorneys for John Doe 1-8, Plaintiffs

William J. Wichmann, Esq.
1600 W. Commeerical Blvd.
Ft. Lauderdale, FL 33309
Telephone: 954-772-6552
Facsimile:  954-568-0085
Attorneys for Carrizosa, et.al., Plaintiffs

Willaim R. Scherer, III, Esq.
bs@conscherer.com
CONRAD & SCHERER, LLP
633 S. Federal Highway
Fort Lauderdale, FL 33301
Telephone:  954-462-5500
Facsimile:  954-463-9244

Attorneys for Carrizosa, et.al., Plaintiffs

Terrence Collingsworth, Esq.
tc@conradscherer.com
CONRAD & SCHERER
731 8th Street, S.E.
Washington, D.C. 20003
Telephone: 202-543-4100
Attorneys for John Doe 1-144, Plaintiffs

**Notice has not been delivered electronically to those listed below and will be provided by other means.**

Arturo Carrillo
Colombian Institute of International Law
5425 Connecticut Avenue NW
Suite 219
Washington, DC 20015

John P. Pierce
Pierce Law Group
4641 Montgomery Avenue
Suite 500
Bethesda, MD 20814

Karen Caudill Dyer
Boies Schiller & Flexner
390 North Orange Avenue
Suite 1890
Orlando, FL 32801

Michael G. Lenett
Cuneo Gilbert & Laduca LLP
507 C Street NE
Washington, DC 20002

Molly McOwen
Cohen Milstein Hausfeld & Toll
1100 New York Avenue NW
Suite 500 West Tower
Washington, DC 20005-3934

Richard Herz
Earth Rights International
1612 K Street NW

Suite 401
Washington, DC 20006

Robin Winchester
Barroway Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

Samuel Meirowitz
Osen LLC
700 Kinderkamack Road
Orandell, NJ 07649

Stephen N. Zack
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800 Bank of America Tower
Miami, FL 33131-2144

Stuart J. Guber
Cohen, Placitella & Roth, P.C.
2001 Market Street
Suite 2900
Philadelphia, PA 19103

William K. Cavanagh
Cavanagh & O'Hara
407 E Adams Street
Springfield, IL 62701