UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-01916-MD-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants Chiquita Brands International, Inc. and Chiquita Fresh North America L.L.C.'s Consent Motion to Stay Proceedings and Toll Rule 12 Obligations Pending Interlocutory Review (DE 586). Plaintiffs in the ATS actions do not oppose the Motion.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants Chiquita Brands International, Inc. and Chiquita Fresh North America L.L.C.'s Consent Motion to Stay Proceedings and Toll Rule 12 Obligations Pending Interlocutory Review (DE 586) is **GRANTED**. Proceedings in the ATS actions are **STAYED** until the Eleventh Circuit completes its interlocutory review of the Court's June 3, 2011, Order denying in part and granting in part Defendants' motions to dismiss the ATS actions (DE 412). Plaintiffs in case number 9:08-cv-80421 may file the amended complaint attached to Defendants' Motion as Exhibit A. Any defendant's obligation under Rule 12 to respond to an amended complaint filed by any plaintiff after September 18, 2012, is hereby **TOLLED** until 60 days after the Eleventh Circuit completes its interlocutory review. Plaintiffs reserve the right to

move the Court to lift the stay for the limited purpose of preserving testimony where there is a reasonable basis that relevant and material testimony may be lost if not taken during the period this stay is in effect. Defendants reserve the right to oppose any such motion by Plaintiffs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of November, 2012.

_____
KENNETH A. MARRA
United States District Judge