# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court

FILED by _HH_ D.C.
NOV 13 2012
STEVEN M. LARIMORE
CLERK U.S DIST. CT
S. D. of FLA. – MIAMI

Appeal Section
305-523-5080

U.S. COURT OF APPEALS
RECEIVED CLERK
NOV 05 2012
ATLANTA, GA.

Date: October 31, 2012

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**CORRECTED NOTICE OF CROSS APPEAL**

IN RE:   District Court No.: 08-01916-MD-KAM   U.S.C.A. No.: 12-90020-B (GENERAL DOCKET NUMBER 12-14898-B)

Style:  IN RE: CHIQUITA BRANDS INTERNATIONAL, INC. ALIEN TORT STATUE AND SHAREHOLDERS DERIVATIVE LITIGATION

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copy of Corrected Notice of Cross Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal: NO |
| | Date(s) of other notice(s): 9/27/2012 |
| | _____ volume(s) of pleadings;  _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| ___ | There was no hearing from which a transcript could be made. |
| ___ | Copy of CJA form appointing counsel enclosed. |
| ___ | The following materials were SEALED in this court (order enclosed): |
| X | The appellate docket fee has been paid  YES |
| | Date paid  10/9/2012   Receipt No.  FLS100046641 |
| ___ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is:  KENNETH A. MARRA |
| X | The Court Reporter(s):  STEPHEN FRANKLIN |
| ___ | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: _____ |
| ___ | This is a DEATH PENALTY appeal. |

Sincerely,

Steven M. Larimore, Clerk of Court

By: _/s/ Maria Cruz_
    Maria Cruz          Deputy Clerk

c:  court file

| X | 400 N. Miami Avenue<br>Miami, FL 33128<br>305-523-5100 | ☐ | 299 E. Broward Boulevard<br>Room 108<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ | 701 Clematis Street<br>Room 402<br>W. Palm Beach, FL 33401<br>561-803-3400 | ☐ | 301 Simonton Street<br>Room 130<br>Key West, FL 33040<br>305-295-8100 | ☐ | 300 South Sixth Street<br>Ft. Pierce, FL 34950<br>561-595-9691 |