UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

```
FILED by  MC  D.C.
ELECTRONIC

MAR 14, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 14, 2013

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 12-90020-B  ; 12-14898 -BB ; 12-15381-BB
Case Style: Chiquita Brands Int'l v. John Doe No. 1
District Court Docket No: 0:08-md-01916-KAM

On April 1, 2013, this Court will begin **MANDATORY electronic filing.** All counsel are required to file documents electronically in appeals pending on April 1, 2013, and in appeals docketed in this Court on or after that date, unless exempted for good cause.

GENERAL DOCKET NUMBER:

12-14898

Enclosed is the court's order granting permission to appeal. Pursuant to this order this cause has been docketed under the general docket number shown above which should be used in all future correspondence and filings instead of the previously assigned number. The order also dismisses 12-15381 for lack of jurisdiction.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file an original and one copy of a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Pursuant to Fed.R.App.P 5(d), appellant must within fourteen (14) days after the date of entry of this order pay to the district court clerk the $450 docket fee plus the $5 filing fee required by statute (28 U.S.C. § § 1913, 1917). This appeal will be dismissed without further notice [11th Cir. R. 42-1(b)] unless the fee is paid within fourteen (14) days, with notice to this office.


Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol Lewis, BB
Phone #: (404) 335-6179

Enclosure(s)

DKT-10 Petition Permission Granted

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-90020

_____

CHIQUITA BRANDS INTERNATIONAL, INC.,
CHIQUITA FRESH NORTH AMERICA LLC,

Petitioners,

versus

JOHN DOE 1,

Respondent.

_____

On Petition for Permission to Appeal from the
United States District Court for the Southern District of Florida

_____

_____

No. 12-15381

_____

ANTONIO GONZALEZ CARRIZOSA,
JULIE ESTER DURANGO HIGITA, et al.,

Plaintiffs-Appellants,

versus

CHIQUITA BRANDS INTERNATIONAL INC., an Ohio corporation,
CHIQUITA FRESH NORTH AMERICA LLC, a Delaware corporation,

Defendants-Appellees.

_____

On Appeal from the United States District Court
for the Southern District of Florida

———————————————

BEFORE:  BARKETT, HULL, and MARCUS, Circuit Judges.

BY THE COURT:

Respondent's cross-petition for permission to appeal is GRANTED.  Because the cross-petition has been granted, the parties need not respond to the jurisdictional questions issued on December 6, 2012.  Case number 12-15381 is DISMISSED for lack of jurisdiction because no permission to appeal had been granted for the cross-appeal at the time the notices were filed.  Any pending motions in 12-15381 are DENIED as moot.