UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-01916-MD-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates To:

All ATA ACTIONS
_____/

## ORDER

THIS CAUSE comes before the Court upon Julin Plaintiffs' Motion to Set a Scheduling Conference for the ATA Actions or, in the alternative, for Entry of a Pretrial Scheduling Order (DE 108).[1]  Defendants responded (DE 112), and Plaintiffs replied (DE 114).  This matter is now ripe for review.

It is hereby **ORDERED and ADJUDGED** that Julin Plaintiffs' Motion to Set a Scheduling Conference for the ATA Actions (DE 108) is **GRANTED**.  The Court will hold a scheduling conference concerning all ATA actions on March 10, 2014 at 9 a.m.  The Court has reserved 2 hours.  At the hearing, the parties shall address whether proceeding with discovery is appropriate at this point and shall address Defendant's Motion for Reconsideration of the Court's Order Denying Defendant's Motion to Dismiss (DE 105).

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of January, 2014.

_____
KENNETH A. MARRA
United States District Judge

---

[1] All citations are to the docket entries in *Julin v. Chiquita Brands Int'l*, 08-cv-20641-KAM.