UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS
_____/

## ORDER AND FINAL PARTIAL JUDGMENT

This cause comes before the Court upon Defendants Chiquita Brands International, Inc. and Chiquita Fresh North America, LLC's (collectively "Chiquita") Motion for Entry of Judgment of Dismissal of ATS and TVPA Claims. (DE 694).

Pursuant to the mandate of the Eleventh Circuit (DE 693) and Rule 54(b), it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Defendant's motion (DE 694) is **GRANTED** and **FINAL PARTIAL JUDGMENT** is **ENTERED**.

Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** and **ENTERS PARTIAL FINAL JUDGMENT FOR CHIQUITA** on the following claims:

- *Carrizosa*, 0:07-cv-60821: Counts 1-3;[1]
- *Doe*, 9:08-cv-80421: Counts 1-9;[2]
- *Does 1-144*, 9:08-cv-80465: Counts 1-4;[3]

---

[1] Third Am. Compl. ¶¶ 134-158 (DE 186 (individual dkt.)).

[2] Second Am. Compl. ¶¶ 244-317 (DE 589 (MDL dkt.); DE 143 (individual dkt.)).

[3] Third Am. Compl. ¶¶ 2165-2274 (DE 575 (MDL dkt.); DE 95 (individual dkt.)).

- *Does 1-188*, 9:08-cv-80480:  Counts 1-4;[4]
- *López Valencia*, 9:08-cv-80508:  Counts 1-9;[5]
- *Henao Montes*, 0:10-cv-60573:  Counts 1-8;[6]
- *Does 1-976*, 9:10-cv-80652:  Counts 1-9;[7]
- *Does 1-677*, 9:11-cv-80404:  Counts 1-9;[8] and
- *Does 1-254*, 9:11-cv-80405:  Counts 1-5.[9]

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of February, 2015.

KENNETH A. MARRA
United States District Judge

Copies to:
Counsel of Record

---

[4] Seventh Am. Compl. ¶¶ 1174-1236 (DE 557 (MDL dkt.); DE 146 (individual dkt.)).

[5] Third Am. Compl. ¶¶ 1259-1348 (DE 576 (MDL dkt.); DE 141 (individual dkt.)).

[6] Third Am. Compl. ¶¶ 1835-1926 (DE 558 (MDL dkt.); DE 99 (individual dkt.)).

[7] Compl. ¶¶ 1135-1215 (DE 3 (individual dkt.)).

[8] Compl. ¶¶ 893-973 (DE 3 (individual dkt.)).

[9] Compl. ¶¶ 362-397 (DE 3 (individual dkt.)).