UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 08-MD-01916 (Marra/Johnson)**

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates to:

ATS ACTIONS
_____/

NO. 08-80421-cv-MARRA/JOHNSON

JOHN DOE 1 *et al.*,

    v.

CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*
_____/

NO. 08-80508-cv-MARRA/JOHNSON

JOSE LEONARDO LOPEZ VALENCIA *et al.*

    v.

CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*
_____/

**DEFENDANT CHIQUITA'S MOTION FOR LEAVE TO FILE
SURREPLY IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO ISSUE
REQUESTS FOR JUDICIAL ASSISTANCE TO PERPETUATE TESTIMONY AND
MOTION FOR LEAVE TO TAKE DEPOSITIONS TO PERPETUATE TESTIMONY**

Defendants Chiquita Brands International, Inc. and Chiquita Fresh North America LLC (collectively "Chiquita") request leave to file the attached three-page surreply to Plaintiffs' Reply to Chiquita's Opposition to Plaintiffs' Emergency Motion to Issue Requests for Judicial

Assistance to Perpetuate Testimony and Motion for Leave to Take Depositions to Perpetuate Testimony (D.E. 708).

**MEMORANDUM OF LAW**

On December 26, 2014, the above-captioned plaintiffs ("Plaintiffs") plus an additional ATS plaintiffs' group filed two motions requesting expedited discovery—an Emergency Motion to Issue Requests for Judicial Assistance to Perpetuate Testimony (D.E. 688) and a Motion for Leave to Take Depositions to Perpetuate Testimony (D.E. 687). Chiquita filed a Memorandum of Law in Opposition of these motions on January 23, 2015 (D.E. 696). On February 6, 2015, Plaintiffs submitted their reply to Chiquita's opposition (D.E. 708).

Local Rule 7.1(c) provides that, after the filing of a reply memorandum, "[n]o further or additional memoranda of law shall be filed without prior leave of Court." In this Circuit, however, "[a] district court's decision to permit the filing of a surreply is purely discretionary" and is justified "when a valid reason for such additional briefing exists," such as where the movant presents "materials . . . for the first time in a reply brief . . . ." *First Specialty Ins. Corp. v. 633 Partners, Ltd.*, 300 F. App'x 777, 788 (11th Cir. 2008) (citations and quotation marks omitted); *see also Baltzer v. Midland Credit Management, Inc.*, No. 14-20140-CIV, 2014 WL 3845449, at *2 (S.D. Fla. Aug. 5, 2014) (granting leave to file a surreply to respond to new evidence submitted in response to an opposition brief).

In their reply brief, plaintiffs introduced new evidence that Chiquita had no opportunity to address in its opposition brief, including declarations of three plaintiffs' lawyers in this case (D.E. 708-1, 708-4, 708-5), portions of the transcript of a deposition of a fourth plaintiffs' lawyer that Chiquita had not previously seen and that is not publicly available (D.E. 708-20), and a document purporting to show average life expectancy at birth in various countries (D.E. 708-3).

In order to provide a brief response to the new evidence in plaintiffs' reply, Chiquita respectfully requests leave to file the attached, three-page surreply to Plaintiffs' Reply to Chiquita's Memorandum of Law in Opposition to Plaintiffs' Emergency Motion to Issue Requests for Judicial Assistance to Perpetuate Testimony and Motion to Leave to Take Depositions to Perpetuate Testimony (D.E. 708).

CERTIFICATE OF GOOD FAITH CONFERENCE

Undersigned counsel certify that counsel for Chiquita have conferred with counsel for plaintiffs concerning this motion, and counsel for plaintiffs took the position that "any proposed surreply should be lodged with the motion for leave, and that without being provided with a draft of either the motion for leave to file or the surreply, plaintiffs are unable to determine to which material Chiquita wishes to respond, and thus whether a surreply is warranted."

Dated: February 12, 2015　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____/s/ Robert W. Wilkins_____

John E. Hall　　　　　　　　　　　　　　　Sidney A. Stubbs (Fla. Bar No. 095596)
Patrick S. Davies　　　　　　　　　　　　　Robert W. Wilkins (Fla. Bar No. 578721)
Shankar Duraiswamy　　　　　　　　　　　Christopher S. Rapp (Fla. Bar No. 0863211)
José E. Arvelo　　　　　　　　　　　　　　rwilkins@jones-foster.com
COVINGTON & BURLING LLP　　　　　　JONES, FOSTER, JOHNSTON & STUBBS,
One CityCenter　　　　　　　　　　　　　　P.A.
850 Tenth Street, NW　　　　　　　　　　　505 South Flagler Drive, Suite 1100
Washington, D.C. 20001　　　　　　　　　West Palm Beach, Florida 33401
Telephone: (202) 662-6000　　　　　　　　Telephone: (561) 659-3000
Fax: (202) 662-6291　　　　　　　　　　　Fax: (561) 650-0412

Jonathan M. Sperling　　　　　　　　　　　*Counsel for Chiquita Brands International, Inc.*
COVINGTON & BURLING LLP　　　　　　*and Chiquita Fresh North America LLC*
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Fax: (212) 841-1010

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 12th day of February, 2015.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

By:  /s/ Robert W. Wilkins
Fla. Bar No. 578721
rwilkins@jones-foster.com