UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

### NOTIFICATION OF OFFER TO JUDICIAL LAW CLERK

This cause is before the Court sua sponte.  Pursuant to Administrative Oder 89-03 (see attachment), the Court hereby notifies all parties that the law firm of Covington & Burling LLP, who has appeared as counsel of record herein for Defendants Chiquita Brands International, Inc., and Chiquita Fresh North America LLC, has extended an offer of employment to Wesley W. Wintermyer, who is currently serving as a law clerk to the undersigned.

Accordingly, law clerk Wintermyer is hereafter disqualified from this matter and shall have no involvement in this matter within chambers.

So noted in chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of February, 2015.

_____
KENNETH A. MARRA
United States District Judge