UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916-MD (MARRA/JOHNSON)

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____

This Document Relates To:

ATS ACTIONS

_____

# DEFENDANTS' UNOPPOSED MOTION
# FOR LEAVE TO MODIFY PAGE LIMITS

Defendants Chiquita Brands International, Inc., Chiquita Fresh North America LLC (collectively, "Chiquita"), and Fernando Aguirre, on behalf of himself and Defendants Cyrus Freidheim, Charles Keiser, Robert Kistinger, Robert Olson, William Tsacalis, Steven Warshaw, and Keith Lindner (collectively, "Individual Defendants"), hereby move this Court for an order, pursuant to Local Rule 7.1(c)(2), permitting (1) Chiquita to file a memorandum of no more than fifty (50) pages in support of its forthcoming omnibus motion to dismiss under Rule 12(b)(6) and on the grounds of *forum non conveniens* and (2) the Individual Defendants to file a joint memorandum of no more than forty (40) pages, and individual supplemental memoranda of no more than ten (10) pages per defendant, in support of the Individual Defendants' forthcoming joint consolidated motion to dismiss the amended complaints in the five ATS Actions in which they have been named as defendants. Counsel for Chiquita and Mr. Aguirre have conferred with Plaintiffs, and Plaintiffs do not oppose this motion.

In support of this motion, Chiquita and Mr. Aguirre state as follows:

1

1. Chiquita intends to move the Court to dismiss certain claims in the ATS Actions under Rule 12(b)(6) and all remaining claims in those actions on the grounds of *forum non conveniens* (the "FNC Motion"), arguing that Colombia provides the more appropriate forum for any Colombian law claims that are not barred on the merits by the statute of limitations. Chiquita expects to file its FNC Motion on or before March 9, 2015.

2. The FNC Motion will incorporate a supporting memorandum of law that addresses issues relevant to the Court's determination, including the availability and adequacy of the alternate Colombian forum and the private and public interest factors that must be considered.

3. The Court previously granted Chiquita's motion to exceed page limits in connection with its prior motion to dismiss on the grounds of *forum non conveniens.* (Endorsed Order (Nov. 2, 2011 (D.E. 501).)

4. As with Chiquita's prior motion, because of the extent and importance of the issues involved, it would be impossible for Chiquita to effectively brief its FNC Motion in the twenty pages normally permitted by Local Rule 7.1(c)(2). The FNC Motion will also include an additional argument not made in the earlier *forum non conveniens* motion: that the Colombian law claims asserted by certain plaintiffs are also barred on the merits under the statute of limitations.

5. On or before March 9, 2015, the Individual Defendants intend to file a joint, consolidated motion to dismiss the claims asserted against them in five of the ATS Actions ("Joint Motion").

6. In the interests of efficiency and to avoid inundating the Court with eight sets of duplicative briefing, the Individual Defendants intend to file a joint consolidated

memorandum of law in support of the Joint Motion that will address issues that are common to all Individual Defendants. Each Individual Defendant also intends to file his own supplemental memorandum of law to address certain individualized issues. To enable this more efficient approach, the Individual Defendants ask the Court to modify the standard twenty-page limit set forth in Local Rule 7.1(c)(2) such that their joint memorandum of law shall not exceed 40 pages and their individual supplemental memoranda shall not exceed 10 pages. The net effect of the Individual Defendants' request would be to reduce the total number of pages that they could submit in support of their motions to dismiss from 160 pages to 120 pages.

7. Accordingly, pursuant to Local Rule 7.1(c)(2), Chiquita hereby moves the Court to permit it to file a memorandum in support of its forthcoming FNC motion of no more than fifty (50) pages, and Mr. Aguirre moves the Court, on behalf of himself and the other Individual Defendants, to permit the Individual Defendants to file a joint memorandum in support of their forthcoming Joint Motion of no more than 40 pages and individual supplemental memoranda of no more than 10 pages per defendant.

8. A proposed order is attached.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movants have conferred with counsel for the Plaintiffs in a good faith effort to resolve the issues raised in this motion. Plaintiffs do not oppose this motion.

Dated:  February 27, 2015		Respectfully submitted,

| | |
|---|---|
| John E. Hall | /s/ Robert W. Wilkins |
| Patrick S. Davies | Sidney A. Stubbs (Fla. Bar No. 095596) |
| James M. Garland | Robert W. Wilkins (Fla. Bar No. 578721) |
| Shankar Duraiswamy | rwilkins@jones-foster.com |
| José E. Arvelo | JONES, FOSTER, JOHNSTON & STUBBS, |
| COVINGTON & BURLING LLP | P.A. |
| One CityCenter | 505 South Flagler Drive, Suite 1100 |
| 850 Tenth Street NW | West Palm Beach, Florida 33401 |
| Washington, D.C. 20001 | Telephone: (561) 659-3000 |
| Telephone: (202) 662-6000 | Fax: (561) 650-0412 |
| Fax: (202) 662-6291 | |
| | |
| Jonathan M. Sperling | |
| COVINGTON & BURLING LLP | |
| The New York Times Building | *Counsel for Chiquita and Fernando Aguirre, on* |
| 620 Eighth Avenue | *behalf of the Individual Defendants* |
| New York, NY  10018 | |
| Telephone:  (212) 841-1000 | |
| Fax:  (212) 841-1010 | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 27th day of February, 2015.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

          By:     /s/ Robert W. Wilkins
                 Fla. Bar No. 578721
                 rwilkins@jones-foster.com