UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916-MD (MARRA/JOHNSON)

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION

This Document Relates To:

ALL ATS ACTIONS

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO MODIFY PAGE LIMITS

Upon Defendants Chiquita Brands International, Inc., Chiquita Fresh North America LLC (collectively, "Chiquita") and Fernando Aguirre's unopposed motion for leave to exceed page limits, it is hereby

ORDERED that Defendants' Unopposed Motion for Leave to Modify Page Limits is GRANTED;

It is FURTHER ORDERED that Chiquita is permitted to file a memorandum of no more than fifty (50) pages in support of its forthcoming motion to dismiss on the grounds of *forum non conveniens*; and

It is FURTHER ORDERED that Defendants Aguirre, Freidheim, Keiser, Kistinger, Olson, Tsacalis, Warshaw, and Lindner are permitted to file a joint memorandum of no more than forty (40) pages, and individual supplemental memoranda of no more than ten (10) pages per defendant, in support of their joint consolidated motion to dismiss.

3/2/15

Kenneth A. Marra
UNITED STATES DISTRICT JUDGE