UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:

ATS ACTIONS

08-80421-CIV-MARRA
08-80465-CIV-MARRA
_____/

**STATEMENT REGARDING DEATH OF A PARTY**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for defendant Roderick M. Hills, Sr. hereby notifies the Court and the parties on the record of Mr. Hills' passing during the pendency of this action. Mr. Hills died on October 29, 2014.

Respectfully submitted,

Dated: March 3, 2015
Miami, Florida

/s/ K. Lee Blalack, II
K. LEE BLALACK, II*
Tenn. Bar No. 017261
lblalack@omm.com
ANTON METLITSKY*
N.Y. Bar No. 4383527
ametlitsky@omm.com
DIMITRI D. PORTNOI*
CAL. BAR NO. 282871
dportnoi@omm.com
O'MELVENY &MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)

Robert D. W. Landon, III
Fla. Bar No. 961272
rlandon@knpa.com
Giselle S. Guerra
Fla. Bar No. 0100600
gguerra@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100, Miami Center
Miami, FL  33131-4327
Telephone:  (305) 373-1000
Facsimile:  (305) 372-1861

*Admitted Pro Hac Vice

*Attorneys for Carla M. Hills, as the Personal Representative of the Estate of Roderick M. Hills, Sr.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing document was filed with the Clerk of the Court using CM/ECF on this 3rd day of March, 2015. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

*/s/ Robert D.W. Landon, III*
Robert D.W. Landon, III