UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.: 0:08-md-01916-KAM

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDERS DERIVATIVE LITIGATION

___

This Document Relates To:
ATS ACTIONS:

9:08-cv-80421 KAM
9:08-cv-80465 KAM

___

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that L. Louis Mrachek and the firm Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., enter their appearance as counsel of record for Defendant, Charles Keiser, and request that all notices, pleadings, and other papers filed in this matter be served upon the undersigned counsel at the address below.

Date: March 4, 2015.                       Respectfully submitted,

/s/ *L. Louis Mrachek*
L. Louis Mrachek
Florida Bar No. 182880
Email: lmrachek@mrachek-law.com
Mrachek, Fitzgerald, Rose,
Konopka, Thomas & Weiss, P.A.
Suite 600, 505 South Flagler Drive
West Palm Beach, Florida 33401
561-655-2250 Telephone
561-655-5537 Facsimile
Attorneys for Defendant Charles Keiser

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being served this 4th day of March, 2015, by electronic mail on the designated lead counsel entitled to receive service in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

/s/ L. Louis Mrachek
L. Louis Mrachek