UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 08-01916-MD (MARRA/JOHNSON)**

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

Case No. 9:08-cv-80421 KAM
Case No. 9:08-cv-80465 KAM
_____

**NOTICE OF APPEARANCE**

    Jeffrey A. Neiman, Esq. and Matthew R. Chaves, Esq. hereby enter their appearance on behalf of Defendant Robert W. Olson, in the above-captioned matter and respectfully request that all copies of future Court orders, pleadings, and other papers be provided to the undersigned.

Date: March 9, 2015

                                Respectfully Submitted,

                                Marcus Neiman & Rashbaum
                                100 Southeast Third Avenue
                                Suite 805
                                Fort Lauderdale, FL 33394
                                Tel: (954)-462-1200
                                Fax: (954)-688-2492

By:                         /s/ Jeffrey A. Neiman_____
                                JEFFREY A. NEIMAN
                                Florida Bar Number 544469
                                jneiman@mnrlawfirm.com

By:                         /s/ Matthew R. Chaves
                                Matthew R. Chaves
                                Florida Bar Number 104942
                                mchaves@mnrlawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served via ECF on March 9, 2015, on all counsel or parties of record on the service list.

By: /s/ Jeffrey A. Neiman_____
JEFFREY A. NEIMAN