UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS

    07-60821-CIV-MARRA
    08-80508-CIV-MARRA
    10-60573-CIV-MARRA
_____/

## NOTICE OF APPEARANCE

Please take notice that J. MICHAEL BURMAN, ESQUIRE and BERNARD LEBEDEKER, ESQUIRE, of REID BURMAN LEBEDEKER, 222 Lakeview Avenue, Suite 1160, Post Office Drawer 2926, West Palm Beach, Florida 33401, hereby makes his appearance in the above cause as counsel for Defendant, KEITH LINDNER, and requests that all pleadings, motions and notices be forwarded to him at said address.

The undersigned, in accordance with Florida Rule of Judicial Administration 2.516, hereby designates the following as his primary and secondary email addresses:

        jmb@reidburmanlaw.com
        bal@reidburmanlaw.com
        amn@reidburmanlaw.com

Dated:  March 9, 2015        Respectfully submitted,

        /s/ J. Michael Burman
        J. Michael Burman, Esq. (FBN: 136214)
        Bernard A. Lebedeker, Esq. (FBN: 42950)
        REID BURMAN LEBEDEKER
        222 Lakeview Ave., Suite 1160
        West Palm Beach, FL 33401
        561-659-7700 (telephone)
        561-659-6377 (fax)
        jmb@reidburmanlaw.com
        bal@reidburmanlaw.com
        *Attorneys for Defendant Keith Lindner*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 9th day of March, 2015, on all counsel or parties of record on the service list generated by CM/ECF.

By:     /s/ Bernard A. Lebedeker
       Bernard A. Lebedeker