### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION

_____/

This Document Relates To:

ATS ACTION

    08-80465-CIV-MARRA

_____/

### NOTICE OF APPEARANCE

Please take notice that J. MICHAEL BURMAN, ESQUIRE and BERNARD LEBEDEKER, ESQUIRE, of REID BURMAN LEBEDEKER, 222 Lakeview Avenue, Suite 1160, Post Office Drawer 2926, West Palm Beach, Florida 33401, hereby makes his appearance in the above cause as counsel for Defendant, STEVEN WARSHAW, and requests that all pleadings, motions and notices be forwarded to him at said address.

The undersigned, in accordance with Florida Rule of Judicial Administration 2.516, hereby designates the following as his primary and secondary email addresses:

jmb@reidburmanlaw.com

bal@reidburmanlaw.com

amn@reidburmanlaw.com

Dated: March 9, 2015                     Respectfully submitted,

                                   /s/ J. Michael Burman
                                 J. Michael Burman, Esq. (FBN: 136214)
                                 Bernard A. Lebedeker, Esq. (FBN: 42950)
                                 REID BURMAN LEBEDEKER
                                 222 Lakeview Ave., Suite 1160
                                 West Palm Beach, FL 33401
                                 561-659-7700 (telephone)
                                 561-659-6377 (fax)
                                 jmb@reidburmanlaw.com
                                 bal@reidburmanlaw.com
                                 *Attorneys for Defendant Steven Warshaw*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF on this 9th day of March, 2015, on all counsel or parties of

record on the service list generated by CM/ECF.


By:     /s/ Bernard A. Lebedeker
Bernard A. Lebedeker