UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS

     08-80421-CIV-MARRA
     08-80465-CIV-MARRA
_____/

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT WILLIAM TSACALIS

     The undersigned attorney, John B. T. Murray, Jr., of the law firm of Squire Patton Boggs

(US) LLP, hereby gives notice of his appearance as counsel for Defendant William Tsacalis.

Copies of all pleadings, motions, and correspondence concerning this case should be served upon

the undersigned.

Dated:   March 9, 2015         Respectfully submitted,

                         *s/ J.B. Murray*_____
                         John B. T. Murray, Jr. (Fla. Bar. No. 962759)
                         Email: jb.murray@squirepb.com
                         SQUIRE PATTON BOGGS (US) LLP
                         1900 Phillips Point West
                         777 South Flagler Drive
                         West Palm Beach, FL 33401
                         Telephone: 561.650.7213
                         Facsimile: 561.655.1509
                         *Attorneys for Defendant William Tsacalis*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 9th day of March, 2015.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.


By: */s J.B. Murray*
John B.T. Murray, Jr.