UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-Marra/Johnson

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS

    07-60821-CIV-MARRA
    08-80421-CIV-MARRA
    08-80465-CIV-MARRA
    08-80480-CIV-MARRA
    08-80508-CIV-MARRA
    10-60573-CIV-MARRA
_____/

**ORDER**

Upon consideration of the Consent Motion to Extend Time for Filing Responses to Chiquita's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) and for *Forum Non Conveniens* and Individual Defendants' Joint Consolidated Motion to Dismiss Plaintiffs' Amended Complaints as Supplemented by Memoranda Submitted by the Individual Defendants, the Court hereby **ORDERS** that said Motion is **GRANTED.** Plaintiffs' time to respond to Defendants'Chiquita's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) and for *Forum Non Conveniens* and Individual Defendants' Joint Consolidated Motion to Dismiss Plaintiffs' Amended Complaints as Supplemented by Memoranda Submitted by the Individual Defendantsi is hereby extended to May 8, 2015, and Defendants shall have until June 8, 2015 to file their replies thereto.

**Chiquita Banana Master File**
**Case No.: 08-01916-MD-MARRA/JOHNSON**
Order on Plaintiffs Motion to Amend Complaint

      **DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this _____ day of _____, 2015.

      _____
      KENNETH A. MARRA
      United States District Court Judge