UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC., ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS
_____/

Case No. 08-80465-CIV-MARRA

DOES 1-144 et. al.
    v.
CHIQUITA BRANDS INTERNATIONAL, et. al.
_____/

Case No. 10-80652-CIV-MARRA

DOES 1-976
    v.
CHIQUITA BRANDS INTERNATIONAL, et. al.
_____/

Case No. 11-80404-CIV-MARRA

DOES 1-677
    v.
CHIQUITA BRANDS INTERNATIONAL, et. al.
_____/

Case No. 11-80405-CIV-MARRA

DOES 1-254
    v.
CHIQUITA BRANDS INTERNATIONAL, et. al.
_____/

Case No. 13-80146-CIV-MARRA

DOES 1-97 et. al.
        v.
BOIES SCHILLER & FLEXNER et al.
_____/

## Order

Upon consideration of the Doe Plaintiffs' Motion to Extend Page Limits, and all responses thereto, the court hereby GRANTS Plaintiffs' motion. The Doe Plaintiffs may file a brief up to 30 pages long, not including tables of contents and authorities, in response to Defendant's Motion to Dismiss for *Forum Non Conveniens*. Signed this 17th day of March, 2015.

_____
U.S. District Judge
KENNETH A. MARRA