## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-Marra/Johnson

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS

      07-60821-CIV-MARRA
      08-80421-CIV-MARRA
      08-80465-CIV-MARRA
      08-80480-CIV-MARRA
      08-80508-CIV-MARRA
      10-60573-CIV-MARRA
_____/

## ORDER

Upon consideration of the Consent Motion to Extend Time for Filing Responses to Chiquita's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) and for *Forum Non Conveniens* and Individual Defendants' Joint Consolidated Motion to Dismiss Plaintiffs' Amended Complaints as Supplemented by Memoranda Submitted by the Individual Defendants, the Court hereby **ORDERS** that said Motion is **GRANTED.** Plaintiffs' time to respond to Defendants' Chiquita's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) and for *Forum Non Conveniens* and Individual Defendants' Joint Consolidated Motion to Dismiss Plaintiffs' Amended Complaints as Supplemented by Memoranda Submitted by the Individual Defendants is hereby extended to May 8, 2015, and Defendants shall have until June 8, 2015 to file their replies thereto.

Chiquita Banana Master File
Case No.: 08-01916-MD-MARRA/JOHNSON
Order on Plaintiff's Motion to Amend Complaint

**DONE and ORDERED** in Chambers at West Palm Beach,  Palm Beach County,

Florida, this _17th_ day of _____MARCH_____, 2015.



_____
KENNETH A. MARRA
United States District Court Judge