UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-MD-01916-Marra/Johnson

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND
SHAREHOLDERS DERIVATIVE LITIGATION
_____/

## MOTION TO WITHDRAW AS COUNSEL

Attorney René D. Harrod, of Broward County Attorney's Office, hereby requests leave of Court to withdraw from the representation of Defendants Robert W. Olson, Carl H. Lindner, Keith E. Lindner, Cyrus F. Freidham, Jr., Jeffrey M. Zalla, James B. Riley, Warren J. Ligan, Robert F. Kistinger, William A. Tsacalis, Fred J. Runk, and Steven G. Warshaw (collectively, "Defendants") in the matters currently pending in the multi-district proceedings before this Court, and states the following in support:

1. Attorney René Harrod is no longer with the law firm of Berger Singerman, P.A.

2. Attorney Fred O. Goldberg, with the law firm of Berger Singerman P.A., 350 E. Las Olas Blvd, 10th Floor, Ft. Lauderdale, Florida 33301, entered a Notice of Appearance in this matter on behalf of Defendants on October 13, 2010 [DE #374].

3. René Harrod respectfully requests the Court grant her leave to withdraw her appearance in this matter.

WHEREFORE, René D. Harrod respectfully requests that the Court grant her leave to withdraw her appearance on behalf of Defendants in the matters currently held before this Court in this multi-district litigation.

        Respectfully submitted,

        Joni Armstrong Coffey
        Broward County Attorney
        Governmental Center, Suite 423
        115 South Andrews Avenue
        Fort Lauderdale, Florida 33301
        Telephone: (954) 357-7600
        Facsimile: (954) 357-7641

By:    s/ René D. Harrod
        René D. Harrod
        Florida Bar No. 627666
        rharrod@broward.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record registered to receive electronic Notices of Filing generated by CM/ECF.

By:    s/ René D. Harrod
        René D. Harrod