UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-01916-MD-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

THIS DOCUMENT RELATES TO:

ALL ATS ACTIONS
_____/

ADMINISTRATIVE ORDER GOVERNING
CM/ECF UPLOADING OF FUTURE FILINGS

As a matter of administrative efficiency, with respect to all future filings in this litigation, the Court directs counsel for all parties to limit the identification of party plaintiffs in each descriptive caption uploaded into the Court's CM/ECF system to an aggregate reference to "plaintiffs," or the name of the first referenced plaintiff in the case with an "et al." addendum, in addition to a cross-reference to the number of the individual case in which the matter is submitted. It is not necessary or desirable to list the names of each individual plaintiff in every court filing, a practice which impedes the efficient navigation through voluminous court filings in this matter.

Counsel for all parties are advised to comply with this administrative requirement.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 7th day of April, 2015.

                                                KENNETH A. MARRA
                                                United States District Judge

cc.  All counsel