UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-1916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATURE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates to:

ATS Actions
_____/

9:08-cv-80465-KAM
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that William R. Scherer and Albert L. Frevola, Jr. of the law firm of Conrad & Scherer, LLP, hereby enter their appearance as attorneys of record for Juana and Juan Perezes 1-95, Juana and Juan Perezes 96-795, Jane and John Does 1-144, Carmen Tulia, Cordoba Cuesta, et al., and request copies of all papers and discovery filed or served in the case to be served upon them.

Dated:  April 22, 2015
Fort Lauderdale, Florida

Respectfully submitted

CONRAD & SCHERER, LLP
*Attorneys for Plaintiffs*
633 South Federal Highway, 8th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-5500
Facsimile: (954) 463-9244

BY:    /s//William R. Scherer
William R. Scherer
Florida Bar No. 169454
Email: wscherer@conradscherer.com

BY:   /s/Albert L. Frevola, Jr.<br>
Florida Bar No. 857416<br>
Email: AFrevola@conradscherer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using CM/EF on this 22nd day of April, 2015.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

/s/ William R. Scherer<br>
William R. Scherer<br>
<br>
/s/ Albert F. Frvola, Jr.<br>
Albert F. Frevola