# EXHIBIT 1

*In re: Chiquita Brands International, Inc.* Case No. 08-01916-MD-MARRA/JOHNSON
Plaintiffs' Privilege Log in Response to Defendants' April 17, 2015 Special Requests for Production
This Privilege Log from Case No. 9:08-cv-80465-KAM (Doe/Perez Plaintiffs) Supplements the MDL Plaintiffs' Joint Privilege Log

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/20/2009 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1, Confidential consulting attorney 2 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth, confidential consulting attorney 1, and confidential consulting attorney 2. | AWP | |
| 2 | 7/15/2009 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1, Confidential consulting attorney 2 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth, confidential consulting attorney 1, and confidential consulting attorney 2. | AWP | Attachment: Non-final draft contract |
| 3 | 7/21/2009 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1, Confidential consulting attorney 2 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth, confidential consulting attorney 1, and confidential consulting attorney 2. | AWP | Attachment: Example draft contract |
| 4 | 7/21/2009 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth, confidential consulting attorney 1, and confidential consulting attorney 2. | AWP | |
| 5 | 7/24/2009 | Susana Tellez | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth, confidential consulting attorney 1, and confidential consulting attorney 2. | AWP | |

*As Plaintiffs state in their General Objections Nos. 2, 14, and 15 to their Responses to Chiquita's Special Set of Requests for Production of Documents, Plaintiffs object to responding in any way to any requests that go beyond the limited scope of discovery in this case and do not include on this log any privileged documents that are responsive only to Defendants' improper requests in this regard. The inclusion of any document on this log that may be responsive to any aspect of an improper request or otherwise objectionable request by Defendants does not waive any such objection.

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|---|---|---|---|---|---|---|---|---|
| 6 | 8/12/2009 | Susana Tellez | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | Attachment 1: Example draft contract; Attachment 2: Non-final draft contract |
| 7 | 8/12/2009 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 8 | 8/13/2009 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1; includes discussion of case strategy revealing attorney mental impressions. | AWP | |
| 9 | 8/14/2009 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 10 | 8/14/2009 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 11 | 8/24/2009 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1, Confidential consulting attorney 2, Confidential consulting attorney 3 | Terrence Collingsworth, Esq., Bob Perillo | | Contract negotiations between Collingsworth, confidential consulting attorney 1, confidential consulting attorney 2, and confidential consulting attorney 3; includes discussion of case strategy revealing attorney mental impressions. | AWP | Attachment 1: Non-final draft contract; Attachment 2: Draft document with example complaint paragraphs |

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|---|---|---|---|---|---|---|---|---|
| 12 | 8/24/2009 | Susana Tellez | Confidential consulting attorney 1, Confidential consulting attorney 2, Confidential consulting attorney 3 | Terrence Collingsworth, Esq., Bob Perillo | | Contract negotiations between Collingsworth, confidential consulting attorney 1, confidential consulting attorney 2, and confidential consulting attorney 3. | AWP | |
| 13 | 8/28/2009 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth, confidential consulting attorney 1, confidential consulting attorney 2, and confidential consulting attorney 3. | AWP | |
| 14 | 9/1/2009 | Confidential consulting attorney 1; Confidential consulting attorney 2 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1; reveals case strategy. | AWP | |
| 15 | 9/2/2009 | Susana Tellez | Confidential consulting attorney 1 | | | Response to email about contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 16 | 9/2/2009 | Confidential consulting attorney 1 | Susana Tellez | | | Response to email about contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 17 | 9/3/2009 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | | | Contract negotiations between Collingsworth and confidential consulting attorney 1; reveals case strategy. | AWP | |
| 18 | 9/3/2009 | Confidential consulting attorney 1 | Susana Tellez | | | Response to email about contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|---|---|---|---|---|---|---|---|---|
| 19 | 9/20/2009 | Confidential consulting attorney 1 | Susana Tellez | | | Email from confidential consulting attorney 1 discussing plans to meet with Raúl Hasbún and contract negotiations; reveals case strategy. | AWP | |
| 20 | 9/21/2009 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | | | Email to confidential consulting attorney 1 discussing plans to meet with Raúl Hasbún and contract negotiations; reveals case strategy. | AWP | |
| 21 | 12/6/2009 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 22 | 12/7/2009 | Susana Tellez | Confidential consulting attorney 1 | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 23 | 12/10/2009 | Confidential consulting attorney 1 | Susana Tellez | | | Email to confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |
| 24 | 12/11/2009 | Susana Tellez | Confidential consulting attorney 1 | | | Email to confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |
| 25 | 1/12/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Email from confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |
| 26 | 1/6/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Email to confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|---|---|---|---|---|---|---|---|---|
| 27 | 1/11/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Email from confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |
| 28 | 1/12/2010 | Susana Tellez | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Email to confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |
| 29 | 1/12/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Email from confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |
| 30 | 2/12/2010 | Susana Tellez | Confidential consulting attorney 1 | | | Email to confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |
| 31 | 2/12/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Email from confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |
| 32 | 3/18/2010 | Victoria Ryan (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 33 | 3/19/2010 | Confidential consulting attorney 1 | Victoria Ryan | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 34 | 3/25/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1; includes discussion of witness development strategy revealing attorney assessment of case. | AWP | |

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|----------|------|--------|-----------|--------|--------------|-------------|--------------------|------------|
| 35 | 3/25/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1; includes discussion of witness development strategy. | AWP | |
| 36 | 3/26/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1; includes discussion of witness development strategy. | AWP | |
| 37 | 4/5/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | | | Contract negotiations between Collingsworth and confidential consulting attorney 1; includes discussion of case status and strategy. | AWP | |
| 38 | 4/5/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | | | Email to confidential consulting attorney 1 regarding plans to meet; reveals attorney assessment of cases in *Perez, et al. v. Dole Food Company, Inc.* and *In Re: Chiquita Brands Int'l.* | AWP | |
| 39 | 4/26/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 40 | 4/26/2010 | Susana Tellez | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1; discusses witness development strategy. | AWP | |

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|---|---|---|---|---|---|---|---|---|
| 41 | 4/26/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 42 | 4/26/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1; discusses witness development strategy. | AWP | |
| 43 | 4/26/2010 | Susana Tellez | Confidential consulting attorney 1 | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 44 | 4/26/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 45 | 4/27/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 46 | 4/27/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 47 | 4/27/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1; discusses witness development strategy. | AWP | |
| 48 | 4/27/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1; discusses witness development strategy. | AWP | |

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|---|---|---|---|---|---|---|---|---|
| 49 | 4/27/2010 | Susana Tellez | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 50 | 5/10/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1; discusses case strategy. | AWP | |
| 51 | 5/10/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Response to email about contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 52 | 5/11/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | Attachment 1: Non-final draft contract (Spanish); Attachment 2: Non-final draft contract (English) |
| 53 | 5/19/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 54 | 5/24/2010 | Susana Tellez | Confidential consulting attorney 1 | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 55 | 5/24/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 56 | 5/26/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1; includes discussion of case status and strategy, revealing attorney assessment of case. | AWP | Attachment: May 17, 2010 Dole Food Co.'s Demurrers to Pls.' Amended Complaint |

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|---|---|---|---|---|---|---|---|---|
| 57 | 6/1/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 58 | 6/2/2010 | Susana Tellez | Confidential consulting attorney 1 | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 59 | 6/2/2010 | Susana Tellez | Confidential consulting attorney 1 | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 60 | 6/2/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth and confidential consulting attorney 1. | AWP | |
| 61 | 5/27/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | | | Contract negotiations between Collingsworth confidential consulting attorney 1; discusses case status and strategy. | AWP | |
| 62 | 5/27/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Contract negotiations between Collingsworth confidential consulting attorney 1. | AWP | |
| 63 | 6/3/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Contract negotiations between Collingsworth and confidential consulting attorney 1; includes discussions of case status and strategy, revealing attorney assessment of case. | AWP | Attachment 1: Non-final draft contract with confidential consulting attorney 1; Attachment 2: Non-final draft contract |
| 64 | 7/8/2010 | Susana Tellez | Confidential consulting attorney 1 | | | Email to confidential consulting attorney 1 revealing case strategy and discussing contract negotiations. | AWP | |

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|---|---|---|---|---|---|---|---|---|
| 65 | 7/15/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Email to confidential consulting attorney 1 regarding plans to meet Raúl Hasbún and contract negotiations; reveals case strategy. | AWP | |
| 66 | 7/15/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | | | Email to confidential consulting attorney 1 regarding fact investigation and assessment of witness credibility. | AWP | |
| 67 | 8/27/2010 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | | | Email to confidential consulting attorney 1 regarding contract negotiations; reveals case strategy. | AWP | |
| 68 | 8/27/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Email from confidential consulting attorney 1 regarding contract negotiations; reveals case strategy. | AWP | |
| 69 | 9/13/2010 | Susana Tellez | Confidential consulting attorney 1 | Terrence Collingsworth, Esq. | | Email to confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |
| 70 | 9/13/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Email from confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |
| 71 | 9/13/2010 | Confidential consulting attorney 1 | Susana Tellez | | | Email from confidential consulting attorney 1 discussing fact investigation strategy. | AWP | |

| Doc. No. | Date | Author | Recipient | Copied | Blind Copied | Description | Privilege Asserted | Attachment |
|---|---|---|---|---|---|---|---|---|
| **72** | 9/14/2010 | Susana Tellez | Confidential consulting attorney 1 | | | Email to confidential consulting attorney 1 discussing final declaration of Carlos Tijeras, reveals fact investigation strategy. | AWP | Attachment: Declaration of Carlos Tijeras plus Ex. A |
| **73** | 6/10/2011 | Susana Tellez (on behalf of Terrence Collingsworth, Esq.) | Confidential consulting attorney 1 | | | Email to confidential consulting attorney 1 regarding case strategy and plans to meet Raúl Hasbún; reveals attorney mental impressions. | AWP | Attachment: Press Release related to *In Re: Chiquita Brands Int'l* |
| **74** | 10/24/2012 | Confidential consulting attorney 1 | | | | Receipt from confidential consulting attorney 1 for payment associated with arranging meeting with Salvatore Mancuso. | AWP | |