UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTIONS
_____/

NO. 08-80421-cv-MARRA/JOHNSON

JOSE AND JOSEFA LOPEZ NOS. 1 THROUGH 352,
(commonly referred to as the *Valencia* action)

    Plaintiffs,

vs.

CHIQUITA BRANDS INTERNATIONAL, INC.,
a New Jersey corporation; MOE CORPORATIONS
MOES 11-25,

    Defendants.
_____/

**NOTICE OF JOINDER BY JOSE AND JOSEFA LOPEZ NOS. 1 THROUGH 352 IN MEMORANDUM OF LAW IN SUPPORT OF OBJECTIONS AND RESPONSES OF PLAINTIFFS JOHN DOE 1 *ET AL*. TO DEFENDANTS' SPECIAL REQUESTS FOR PRODUCTION AND SPECIAL INTERROGATORIES**

Plaintiffs Jose and Josefa Lopez Nos. 1 through 352 hereby join in and adopt the Memorandum of Law in Support of Objections and Responses of Plaintiffs John Doe 1 *et al.* to Defendants' Special Requests for Production and Special Interrogatories.

Respectfully submitted,

Jack Scarola, Esq.
Florida Bar No: 169440
William B. King, Esq.
Florida Bar No: 0181773
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, P.A.
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL 33402
Telephone: 561.686.6300
Facsimile: 561.478.0754

and

s/ James K. Green, Esq.
Florida Bar No. 229466
JAMES K. GREEN, P.A.
Esperantè, Suite 1650
222 Lakeview Avenue
West Palm Beach, Florida 33401
Telephone: 561.659.2029
Facsimile: 561.655.1357
jameskgreen@bellsouth.net

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed below and all counsel in the MDL proceedings either via transmission of Notices of Electronic Filing generated by CM/ECF or in

some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

By: _____
WILLIAM B. KING