**PRIVILEGE LOG**

*Jose and Josefa Lopez Nos. 1 through 352* No. 08-cv-80508

Plaintiffs' counsel in *Jose and Josefa Lopez Nos. 1 through 352* No. 08-cv-80508, provide the following logs of documents that are withheld from production on the basis of privilege (Exhibits 1 and 2). These logs are subject to the following objections and understandings:

1. Plaintiffs have not included on this log any internal discussion among Florida counsel and their staff in this case. Pursuant to Local Rule 26.1(g)(3)(C), "work product material created after commencement of the action" need not be included on a privilege log. Out of an abundance of caution, plaintiffs have included on this log work product material that was shared with counsel outside the New Jersey case.

2. Plaintiffs have not included on this log any documents which might be responsive to requests or portions of requests that Plaintiffs have objected to as beyond the scope of discovery permitted by the Court's April 7, 2015, Order.

3. Plaintiffs have not included on this log any documents that might be produced by other plaintiffs and their counsel in other Chiquita MDL cases. Plaintiffs nonetheless object to the production of any such documents authored or transmitted by Florida counsel in this case, or any documents reflecting the opinions, views, or strategic judgments of said counsel, as presumptively protected by the work product doctrine. Should such documents be produced, plaintiffs request that they be immediately sequestered and not reviewed until such time as they can be reviewed and privilege objections interposed, and a ruling of the Court obtained with respect to any documents for which privilege is claimed.

4. In particular, with respect to documents produced by attorney Paul Wolf, plaintiffs are in the process of reviewing these documents and producing a privilege log, which will be produced at the earliest opportunity.

5. Should the Court have any desire to review any of the materials as to which a privilege objection has been asserted, then without regard to whether a predicate for in camera inspection has been established by the Defendants, the Plaintiffs will voluntarily provide the Court with copies of these materials for review in camera.

**MDL Plaintiffs' Group Privilege Log – Chiquita's April 17, 2015 Special Requests for Production**

| DOC ID | Date | Author | Recipients | Description | Format | Privileges |
|---|---|---|---|---|---|---|
| 1 | 6/20/2011 | Jack Scarola (Searcy Denney) | ATS-all listserv | Document containing attorney mental impressions, legal strategy, and summary of Chiquita MDL group meeting of 6/20/2011. | .pdf | Work product; common interest |
| 2 | 6/23/2011 | Julianne Lorello (Searcy Denney) | ATS-all listserv | Email attaching Doc. 1 and circulated to counsel for the MDL group. (attachment) | email | Work product; common interest |
| 3 | 7/5/2011 | Jack Scarola (Searcy Denney) | Terrence Collingsworth (Conrad & Scherer); ATS-all listserv | Email referring to issues identified on Document 1, relating to attorney mental impressions, legal strategy, and summary of Chiquita DML group meeting of 6/20/2011 | email | Work product; common interest |
| 4 | 7/5/2011 | Terrence Collingsworth (Conrad & Scherer) | Jack Scarola; ATS-all listserv | Email referring to issues identified on Document 1, relating to attorney mental impressions, legal strategy, and summary of Chiquita DML group meeting of 6/20/2011 | email | Work product; common interest |
| 5 | 7/12/2011 | Jack Scarola (Searcy Denney) | ATS-all listserv | Email containing attorney mental impressions, legal strategy, and summary of Chiquita MDL group meeting | email | Work product; common interest |
| 6 | 7/19/2011 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email containing attorney mental impressions, legal strategy, research, and summary contents of an internal legal memorandum that also contains attorney work product (without attachment) | email | Work product; common interest |
| 7 | 7/19/2011 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email attaching legal memorandum described in Doc. 6 (attachment) | email | Work product; common interest |

**MDL Plaintiffs' Group Privilege Log – Chiquita's April 17, 2015 Special Requests for Production**

| DOC ID | Date | Author | Recipients | Description | Format | Privileges |
|---|---|---|---|---|---|---|
| 8 | 7/19/2011 | Piper Hendricks | ATS-all listserv | Document, described in Doc. 6, containing attorney mental impressions, legal strategy, research and opinions | .doc | Work product; common interest |
| 9 | 7/19/2011 | Rick Herz (ERI) | ATS-all listserv | Email in response to Doc. 6, containing attorney mental impressions and opinions | email | Work product; common interest |
| 10 | 7/19/2011 | Paul Wolf | ATS-all listserv | Email in response to Doc. 6, containing attorney mental impressions and opinions | email | Work product; common interest |
| 11 | 7/19/2011 | Paul Wolf | ATS-all listserv | Email in response to Doc. 6, containing attorney mental impressions and opinions | email | Work product; common interest |
| 12 | 7/19/2011 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email in response to Doc. 11, reflecting attorney mental impressions and opinions | email | Work product; common interest |
| 13 | 10/08/2013 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email discussing issues relating to Drummond litigation, referring to past communications, mental impressions, and opinions among and by MDL counsel. | email | Work product; common interest |
| 14 | 10/08/2013 (date of circulation) | Paul Wolf (circulated by Terrence Collingsworth) | ATS-all listserv | Declaration of Paul Wolf, dated September 6, 2013 filed in Drummond.  The declaration has been produced but redacted to remove privileged attorney work product. | .pdf | Work product; common interest |
| 15 | 10/08/2013 | Marco Simons (ERI) | ATS-all listserv | Email containing attorney mental impressions and opinion in response to issues raised in Doc. 13. | email | Work product; common interest |

April 22, 2015

**MDL Plaintiffs' Group Privilege Log – Chiquita's April 17, 2015 Special Requests for Production**

| DOC ID | Date | Author | Recipients | Description | Format | Privileges |
|---|---|---|---|---|---|---|
| 16 | 10/08/2013 | Distributed by Marco Simons (ERI) | ATS-all listserv | Document attached to Doc. 15 that contains attorney mental impressions, research, analysis, and opinions. | .doc | Work product; common interest |
| 17 | 10/09/2013 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email containing attorney mental impressions and legal strategy, in response to Doc. 15 email. | email | Work product; common interest |
| 18 | 10/09/2013 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email containing attorney mental impressions and legal strategy, in response to Doc. 15 email. | email | Work product; common interest |
| 19 | 10/10/2013 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email attorney mental impressions, opinions, and legal strategy relating to ongoing Drummond v. Collingsworth litigation. | email | Work product; common interest |
| 20 | 12/11/2013 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Attachment to Doc. 21 (below).  Draft memorandum containing legal research, mental impressions, and strategy concerning legal proceeding. | .doc | Work product; common interest |
| 21 | 4/10/2014 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email containing mental impressions, legal strategy, and opinions concerning the *Drummond v. Collingsworth* litigation. | email | Work product; common interest |
| 22 | 4/11/2014 | Marco Simons (ERI) | ATS-all listserv | Email containing attorney mental impressions, litigation strategy, and opinion. | email | Work product |
| 23 | 4/11/2014 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email containing attorney mental impressions, litigation strategy, and opinion. | email | Work product; common interest |

April 22, 2015

**MDL Plaintiffs' Group Privilege Log – Chiquita's April 17, 2015 Special Requests for Production**

| DOC ID | Date | Author | Recipients | Description | Format | Privileges |
|---|---|---|---|---|---|---|
| 24 | 4/12/2014 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email containing attorney mental impressions, litigation strategy, and opinion.  (attachment below) | .doc | Work product; common interest |
| 25 | 4/12/2014 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Attachment to Doc. 24.  Draft memorandum containing legal research, mental impressions, and strategy concerning legal proceeding. | .doc | Work product; common interest |
| 26 | 11/03/2014 | Terrence Collingsworth (Conrad & Scherer) | ATS-all listserv | Email addressing issues in a lawsuit to which Conrad & Scherer is a party of interest to Chiquita MDL Plaintiff counsel, reflecting attorney mental impressions and work product. | email | Work product; common interest |
| 27 | 11/03/2014 | Court filing (distributed by Terrence Collingsworth) | ATS-all listserv | Document attached to Doc. 26 email, which was filed under protective order in court. Attorney mark-up on circulated version reflects mental impressions and work product. | .pdf | Work product; common interest; pursuant to court protective order |
| 28 | 1/28/2015 | Terry Collingsworth (Conrad & Scherer) | | Email containing attorney mental impressions, legal strategy, and opinions concerning *the Drummond v. Collingsworth* litigation. (attachments) | email | Work product; common interest |
| 30 | 1/28/2015 | Paul Wolf (circulated by Terrence Collingsworth) | ATS-all listserv | Attachment to Doc. 28.  Excerpts from Paul Wolf's deposition in *Drummond v. Collingsworth* litigation, filed as "Exhibit 7."  Wolf discloses without consent privileged communications between Chiquita MDL Plaintiffs counsel.  Excerpts selected and compiled by MDL Plaintiffs counsel, reflect attorney mental impressions and opinion. | .pdf | Work product; common interest |

April 22, 2015

4

**MDL Plaintiffs' Group Privilege Log – Chiquita's April 17, 2015 Special Requests for Production**

| DOC ID | Date | Author | Recipients | Description | Format | Privileges |
|---|---|---|---|---|---|---|
| 30 | 1/28/2015 (date of circulation) | Paul Wolf (circulated by Terrence Collingsworth) | ATS-all listserv | Attachment to Doc. 28. Document containing email thread Paul Wolf and counsel for Drummond, disclosing without consent privileged communications and legal strategies of plaintiffs' counsel in the Chiquita MDL. Document has been redacted to remove privileged attorney work product. | .pdf | Work product, common interest |
| 31 | 1/28/2015 | Marco Simons (Earth Rights International) | Terrence Collingsworth (Conrad & Scherer); Rick Herz (Earth Rights International); Agnieszka Fryszman (Cohen Milstein); Paul Hoffman; Jonathan Kaufman (Earth Rights International); ATS-all listserv | Email containing attorney mental impressions, litigation strategy, and opinion. | email | Work product; common interest |
| 32 | 1/28/2015 | Terrence Collingsworth (Conrad & Scherer) | Marco Simons (Earth Rights International); Rick Herz (Earth Rights International); Agnieszka Fryszman (Cohen Milstein); Paul Hoffman; Jonathan Kaufman (Earth Rights International); | Email containing attorney mental impressions, litigation strategy, and opinion. | email | Work product; common interest |

April 22, 2015

5

**MDL Plaintiffs' Group Privilege Log – Chiquita's April 17, 2015 Special Requests for Production**

| DOC ID | Date | Author | Recipients | Description | Format | Privileges |
|--------|------|--------|------------|-------------|--------|------------|
| | | | ATS-all listserv | | | |
| 33 | 1/28/2015 | Marco Simons (Earth Rights International) | Terrence Collingsworth (Conrad & Scherer); Rick Herz (Earth Rights International); Agnieszka Fryszman (Cohen Milstein); Paul Hoffman; Jonathan Kaufman (Earth Rights International); ATS-all listserv | Email containing attorney mental impressions, litigation strategy, and opinion. | email | Work product; common interest |
| 35 | 1/28/2015 | Terrence Collingsworth (Conrad & Scherer) | Marco Simons (Earth Rights International); Rick Herz (Earth Rights International); Agnieszka Fryszman (Cohen Milstein); Paul Hoffman; Jonathan Kaufman (Earth Rights International); ATS-all listserv | Email containing attorney mental impressions, litigation strategy, and opinion. | email | Work product; common interest |

April 22, 2015