## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION

_____/

This Document Relates To:

ATS ACTIONS

Case No.: 9:10-cv-1060573-KAM

ANGELA MARIA HENAO MONTES, et al.,

                    Plaintiffs,

v.

CHIQUITA BRANDS INTERNATIONAL, INC,
a New Jersey corporation,

                    Defendant.
ATS ACTIONS

_____/

### MONTES PLAINTIFFS' MOTION FOR LEAVE TO LATE FILE
### THEIR NOTICE OF JOINDER AND DISCOVERY RESPONSES IN

### THE DOE 1-144 PLAINTIFFS MEMORANDUM OF LAW IN SUPPORT OF THEIR
### OBJECTIONS AND RESPONSES TO DEFENDANTS' DISCOVERY REQUESTS

and

### THE MEMORANDUM OF LAW IN SUPPORT OF OBJECTIONS AND RESPONSES
### OF PLAINTIFFS JOHN DOE 1 ET AL. TO DEFENDANTS' SPECIAL REQUESTS FOR
### PRODUCTION AND SPECIAL INTERROGATORIES

1

Plaintiffs in *Angela Maria Henao Montes, et al. v. Chiquita Brands Int'l, Inc.*, No. 10-cv-60573 ("Montes Plaintiffs") hereby ask leave of Court to file their Notice of Joinder The Doe 1-144 Plaintiffs Memorandum of Law in Support of Their Objections and Responses to Defendants' Discovery Requests and the Memorandum of Law in Support of Objections and Responses of Plaintiffs John Doe 1 et al. to Defendants' Special Requests for Production and Special Interrogatories filed April 22, 2015 ("Joinder") and related discovery responses one day late.

On April 7, 2015, the Court entered an Order authorizing Chiquita Brands International, Inc. ("Chiquita") to serve limited document requests and interrogatories on the Montes Plaintiffs and other groups of plaintiffs in this multi-district litigation.  Chiquita served their discovery requests on the Montes Plaintiffs on April 17, 2015.  The April 7, 2015 Order provided the Montes Plaintiffs five days to serve their responses and objections and further instructed them to file their responses and objections, together with a memorandum of law supporting the basis for their objections.  Accordingly, the Montes Plaintiffs' responses and objections were due on April 22, 2015.

The Montes Plaintiffs timely completed (1) their responses and objections to Chiquita's document requests and interrogatories and a supporting privilege log ("Discovery Responses") and (2) the Joinder (collectively, "Discovery Responses").  However, on April 22, 2015, counsel who was attempting to file the Joinder and Discovery Responses was unable to access, and file the documents into, the Court's CM/ECF filing system.   As a result, in lieu of filing and serving the Joinder and Discovery Responses through CM/ECF, counsel timely served Chiquita and counsel for all other parties to the multi-district litigation via email on April 22, 2015.

The Montes Plaintiffs now ask leave of Court to file the Joinder and the Discovery Responses on April 23, 2015, one day late.  The Joinder and Discovery Responses have been filed with CM/ECF concurrently with this motion.

Dated this 23rd day of April, 2015.

Respectfully submitted,

/s/ Sigrid S. McCawley__
Sigrid S. McCawley
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Douglass A. Mitchell
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street
Suite 800
Las Vegas, Nevada  89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of April 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified via transmission of Notices of Electronic Filing generated by CM/ECF.


 /s/ Sigrid S. McCawley
Sigrid S. McCawley