UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916-MD (MARRA/JOHNSON)

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____

This Document Relates To:

ATS ACTIONS
_____

**DEFENDANT CHIQUITA'S RESPONSE TO PLAINTIFFS' MOTION
FOR A 45-DAY EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTIONS TO DISMISS (D.E. 775)**

In accordance with the Court's Order of April 23, 2015 (D.E. 779), Defendants Chiquita Brands International, Inc. and Chiquita Fresh North America LLC (collectively, "Chiquita") hereby respond to Plaintiffs' Motion for a 45-Day Extension of Time Within Which to File Memoranda of Law Opposing Defendants' Motions to Dismiss, and Request for Expedited Briefing Schedule (D.E. 775).

1. On March 13, 2015, four days after Defendants filed their pending motions to dismiss, Plaintiffs filed, and Defendants consented, to a motion extending Plaintiffs' time to file their briefs in opposition to the motions until May 8, 2015 (D.E. 749).

2. As Chiquita has previously advised Plaintiffs' counsel, it does not oppose granting Plaintiffs 45 additional days, until June 22, 2015, to file their opposition briefs.

3. Chiquita does oppose an extension to the extent Plaintiffs do not intend to file their opposition briefs by June 22, but instead intend to seek a further deferral of their time to respond in order to conduct *forum non conveniens* or any other discovery.

Dated:  April 23, 2015

John E. Hall
Patrick S. Davies
James M. Garland
Shankar Duraiswamy
José E. Arvelo
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Fax: (202) 662-6291

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone:  (212) 841-1000
Fax:  (212) 841-1010

Respectfully submitted,

   /s/ Robert W. Wilkins
Sidney A. Stubbs (Fla. Bar No. 095596)
Robert W. Wilkins (Fla. Bar No. 578721)
rwilkins@jones-foster.com
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Telephone: (561) 659-3000
Fax: (561) 650-0412

*Counsel for Chiquita and Fernando Aguirre, on behalf of the Individual Defendants*

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 23rd day of April, 2015. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

        By:    /s/ Robert W. Wilkins
        Fla. Bar No. 578721
        rwilkins@jones-foster.com