# EXHIBIT D

[redacted]

Another thing that I remembered last night, is that Terry uses the same witness, a guy named Elkin (I forgot his last name) as a witness in multiple cases. Elkin was a member of the AUC, but Terry got him a visa to the US and hired him as a paralegal. He was an employee in Terry's office

6 years ago, at the same time he was a fact witness. I am not sure but I think he was a witness in one of the Drummond cases.

Another concern I have had is that various people, including Mr Hugo thought that Terry was using the same plaintiffs in both the Chiquita and Drummond cases. In Drummond, the plaintiffs live near a rail line used to transport coal, and Drummond wanted to kill them because they were causing business problems. In Chiquita, the same people live in a banana region and Chiquita (and their competitor Dole) both provided the AUC with names of people to kill. This last accusation is really absurd, and makes Terry's witness for this, a guy named Carlos Tijeras, unbelievable. Since many of Terry's 'dual use' clients have filed under Doe pseudonyms, no one is able to say for sure whether they really overlap.

See you next week.

- Paul

> Dear Mr. Davis:
>
> I just read an article on the internet about your subpeona to Terry
> Collingsworth for documents related to payments to his witnesses in
> the Drummond case. [redacted]
>
> Mr Hugo told me that he had been scared to travel to Colombia. On his
> first trip down there, he was concerned that they had no security
> protection. Terry said, don't worry, I travel here all the time and
> its not that dangerous. Mike replied, what about all the money we're
> paying for private security? Then Terry explained to him that the
> security company used it to pay Terry's witnesses.
>
> I made the mistake of starting a human rights case against Chiquita
> Brands with Terry Collingsworth. It did not take long to realize what
> kind of a person he is. I was right out of law school at the time,
> and a newspaper reporter recommended Terry to me. Terry immediately
> began getting his own clients on the side, and although I didn't know
> it, sold an interest in my cases (the clients only knew me, and I was
> supposedly working in an exclusive relationship with Terry) to PWA.
> Years later, Mike Hugo of PWA calls me and says, I saw your name on
> these retainer agreements and thought I'd call you to see who you
> were. Terry and I were at a standoff over my first cases, and I saw PWA as a potential way to resolve it.
>
> Mike Hugo raised the issue of witness payments with the senior
> partners at PWA, and was fired within a few months. I understand that
> as a parting shot, he wrote Gerry Parker a detailed letter describing
> witness payments and other ethical issues. Mr Hugo also described the
> witness payments at lunch at a restaurant at Reagan-National Airport on June 22, 2011.
> Besides myself, also present were Jack Scarola, Bill King and John
> Hopkins (from Searcy Denney Scarola Barnhart & Shipley) an attorney
> from Lipscomb & Lack (I have his business card somewhere but forget

NJDOEI000279

DCI V. TC
000894

Another thing that I remembered last night, is that Terry uses the same witness, a guy named Elkin (I forgot his last name) as a witness in multiple cases. Elkin was a member of the AUC, but Terry got him a visa to the US and hired him as a paralegal. He was an employee in Terry's office 6 years ago, at the same time he was a fact witness. I am not sure but I think he was a witness in one of the Drummond cases.

Another concern I have had is that various people, including Mr Hugo thought that Terry was using the same plaintiffs in both the Chiquita and Drummond cases. In Drummond, the plaintiffs live near a rail line used to transport coal, and Drummond wanted to kill them because they were causing business problems. In Chiquita, the same people live in a banana region and Chiquita (and their competitor Dole) both provided the AUC with names of people to kill. This last accusation is really absurd, and makes Terry's witness for this, a guy named Carlos Tijeras, unbelievable. Since many of Terry's 'dual use' clients have filed under Doe pseudonyms, no one is able to say for sure whether they really overlap.

See you next week.

- Paul

> Dear Mr. Davis:
>
> I just read an article on the internet about your subpeona to Terry
> Collingsworth for documents related to payments to his witnesses in the
> Drummond case. If you want to get to the bottom of this, I suggest you
> turn your attention to the law firm of Parker Waichman Associates (PWA)
> instead. PWA paid Terry Collingsworth's expense bills for Drummond and
> other cases. Witnesses were apparently paid up to $50,000, according to
> former PWA partner Mike Hugo. The payments were made to a private security
> company made of former CIA people. I'm sorry but I don't recall their
> names, but might recall it if the name were mentioned. Mike Hugo
> definitely knows their name.
>
> Mr Hugo told me that he had been scared to travel to Colombia. On his
> first trip down there, he was concerned that they had no security
> protection. Terry said, don't worry, I travel here all the time and its
> not that dangerous. Mike replied, what about all the money we're paying
> for private security? Then Terry explained to him that the security
> company used it to pay Terry's witnesses.
>
> I made the mistake of starting a human rights case against Chiquita Brands
> with Terry Collingsworth. It did not take long to realize what kind of a
> person he is. I was right out of law school at the time, and a newspaper
> reporter recommended Terry to me. Terry immediately began getting his own
> clients on the side, and although I didn't know it, sold an interest in my
> cases (the clients only knew me, and I was supposedly working in an
> exclusive relationship with Terry) to PWA. Years later, Mike Hugo of PWA
> calls me and says, I saw your name on these retainer agreements and
> thought I'd call you to see who you were. Terry and I were at a standoff
> over my first cases, and I saw PWA as a potential way to resolve it.
>
> Mike Hugo raised the issue of witness payments with the senior partners at
> PWA, and was fired within a few months. I understand that as a parting
> shot, he wrote Gerry Parker a detailed letter describing witness payments
> and other ethical issues.

NJDOEI000284

DCI V. TC
000899