# EXHIBIT E

**Partial transcript of the José Gregorio Mangones Lugo Interview with Emisora del Atlántico, broadcast on April 3, 2009**

**Emisora del Atlántico**

April 3, 2009, 11:31 am:

<u>Spanish original</u>:

\*       \*       \*

Finalizaron las audiencias colectivas en donde el jefe del frente William Rivas (WR) de las AUC reconoció más de las 1000 extorsiones en su área de influencia a ganaderos y una multinacional bananera.

<u>Periodista</u>: . . . En el día de hoy término la audiencia donde aceptó el Señor JGML la serie de extorsiones que se venían realizando a las empresas, ganaderos y comerciantes de las zonas de influencia que tenían ellos en el departamento de l Magdalena; por línea de mando el señor JGML aceptó 300 extorsiones, aproximadamente que se cometían contra las empresas, comerciantes, y ganaderos de la región, de un total de 1000 en toda el área de influencia según lo indica el desmovilizado JGML. Señala que el producto de las extorsiones eran invertidos en gastos propios del frente WR y el resto era enviado al jefe máximo del bloque norte de las AUC Rodrigo Tovar Pupo alias "Jorge 40". Solicitó JGML no mirar a las autodefensas con visos de venganza, agregó que él ya está pagando por lo que hizo, razón de ello era el haberse sometido al proceso de Justicia y Paz del Gobierno Nacional.

Aquí en la entrevista que logramos realizar con el señor JGML hace contados minutos cuando ya se dirigía a la cárcel Modelo.

<u>JGML</u>**:** bueno en toda el área de influencia yo creo que pasa de 1000.

<u>Periodista</u>**:** ¿En toda el área usted comandaba?

<u>JGML</u>**:** Sí en toda el área.

<u>Periodista</u>**:** ¿A usted le reportaban esas ganancias los diferentes subalternos?

<u>JGML</u>**:** Toda, toda la plata, si, si, claro. Ellos le reportaban al frente WR y el frente WR hacia sus gastos como todo frente y el resto que quedaba era reportado al bloque Norte que era comandado por "Jorge 40", a él llegaba lo que quedaba de la plata; o sea el comandante del frente era comandante pero la plata siempre llegaba al jefe máximo del bloque.

<u>Periodista</u>: ¿Oigame, y a qué personas o empresas se pusieron estas extorsiones?

<u>JGML</u>: Muchas, muchas. Todas las empresas bananeras, como por ejemplo Chiquita Brands, Dole, y todas las empresas bananeras que existieron.

<u>P</u>: ¿Comerciantes?

<u>JGML</u>: Comerciantes, ganaderos, palmeros.

<u>P</u>: ¿Representantes?

1

JGML: No, allá no, con políticos no, no, eso nunca . . . por lo menos el frente WR nunca tuvo esa injerencia de extorsionar a ningún político.

P: ¿Pero llegaron a exigirle . . .?

JGML: A los contratistas sí, los diferentes municipios que usted sabe yo lo he ratificado varios contratistas de los diferentes municipios, si a esos si los tuvimos extorsionados.

P: ¿La clase política llegaba a insinuarle algún tipo de este hecho?

JGML: No, nosotros nunca estuvimos tratando esos temas de extorsión con la clase política.

P: el 13 de abril ¿qué se va a hablar?

JGML: Vamos a continuar con la versión mía y la persona que anduvo conmigo mucho tiempo, como se dice la mano derecha, Rolando René Garavite, una versión que le digo que aquí ya está última etapa de mis versiones.

P: ¿Cuál era la función de Rolando?

JGML: Rolando René Garavite comenzó como el segundo mío, andaba permanentemente conmigo, era la persona de mi confianza y después yo le dí la oportunidad de ser comandante y se desempeñó bien y es una de las versiones que estoy esperando muy agradablemente. Vamos a tratar homicidio y muchos temas más.

P: Bueno estaremos pendientes el próximo 13 de abril de la audiencia que entregara el señor José Gregorio Mangones Lugo, alias "Carlos Tijeras", donde acaban de escuchar entregará información y aceptará cargos relacionados con homicidios, masacres y diversos hechos que se registraron por parte del frente Willian Rivas de las AUC comandado por el señor JGML alias "Carlos Tijeras", allá hablará su mano derecha, como lo acaban de escuchar por parte del señor JGML.

---

English translation:

\*     \*     \*

The collective hearings in which the boss of the William Rivas (WR) front of the AUC recognized more than 1000 extortions to cattle-ranchers and a banana multinational in his area of influence ended.

Journalist: . . . Today, the hearing ended in which Mr. José Gregorio Mangones Lugo accepted the series of extortions that were being made to the companies, cattle ranchers, and merchants of the zones of influence they had in the Magdalena department.  From chain of command, Mr. José Gregorio Mangones Lugo accepted approximately 300 extortions that were committed against companies, merchants, and cattle ranchers of the region, of a total of 1,000 in the whole area of influence, according to the demobilized José Gregorio Mangones Lugo.  He notes that the product of those extortions was invested in the William Rivas front's own expenses and that the rest was sent to the maximum chief of the northern bloc of the AUC, Rodrigo Tovar Pupo aka "Jorge 40."  . . .

Here is an interview that we were able to conduct with Mr. José Gregorio Mangones Lugo short minutes ago when he was en route to the Modelo jail.

A [José Gregorio Mangones Lugo (aka Carlos Tijeras)]: "Well, in the whole area of influence, I think it surpasses 1,000."

Q [Reporter]: "In the whole area that you commanded?"

A [Carlos Tijeras]: "Yes in the whole area."

Q: "Those earnings were reported to you by different underlings?"

A: "All, all the money, yes, yes, sure.  They reported to the William Rivas front and the William Rivas front made its expenses as every front, and the remainder was reported to the Northern Bloc that was commanded by 'Jorge 40.'  What remained of the money went to him.  That is, the commander of the front was a commander, but the money always reached the maximum chief of the bloc."

Q: "Listen, to which persons or enterprises were extortions made?"

A: "Many, many.  Every banana enterprise, as for example Chiquita Brands, Dole, and all of the other banana enterprises."

Q: "Merchants, cattle [ranchers]?"

A: "Merchants, cattle [ranchers], palm [producers]."

Q: "Representatives?"

A: "No, not there, with politicians no, no, that never . . .  At least the William Rivas front never had to do with the extortion of any politician."

Q: "But did you get to require them?"

A: "To contractors, yes, the different municipalities . . .  You know I have confirmed it.  Various contractors of different municipalities, yes, we did extort them."

Q: "Did the political class ever insinuate this type of act?"

A: "No, no, we never dealt with those subjects of extortion with the political class."

*       *       *