# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916 (MARRA/JOHNSON)

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates to:
ATS ACTIONS
_____

**[PROPOSED] ORDER**

Upon consideration of the parties' submissions as ordered by this Court in its April 7, 2015, Order (D.E. 759), it is on this ___ day of _____ 2015, hereby **ORDERED**:

1. Plaintiffs' objections to Defendants' April 17, 2015, discovery requests are overruled. Plaintiffs shall provide complete responses to Defendants' discovery requests as written by May 8, 2015.

2. If Plaintiffs contend that a protective order is necessary before providing any information responsive to Defendants' requests, the parties shall confer in good faith on the terms of such an order and Plaintiffs shall submit a proposed draft protective order to this Court by May 5, 2015, indicating any areas of disagreement with Defendants.

3. If Plaintiffs contend that any responsive documents are protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other privilege or protection, Plaintiffs shall produce privilege logs to Defendants that provide sufficient information for Defendants and this Court to assess each claim of privilege, including full identification of all parties to the claimed protected communication and the subject matter of

2

the communication.  All communications that are responsive to Defendants' discovery requests over which Plaintiffs assert privilege shall be logged without exception.

        4.     Mr. Paul Wolf's April 20, 2015, production to Defendants, Mr. Wolf's April 22, 2015 written discovery responses to Defendants, and Plaintiffs' April 27, 2015 privilege log pertaining to Mr. Wolf's production, shall be produced to this Court forthwith and under seal for *in camera* inspection and ruling on Plaintiffs' assertions of work product.  All remaining documents and information responsive to Defendants' discovery requests with respect to which Plaintiffs assert any privilege shall be logged as specified in paragraph (3) above and shall be submitted to the Court under seal, along with the privilege logs, for *in camera* review by May 8, 2015.

        **DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this \_\_\_ day of _____ 2015.

_____
KENNETH A. MARRA
United States District Judge