UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND SHAREHOLDER DERIVATIVE LITIGATION

_____/

This Document Relates To:
ATS ACTIONS
_____/

## LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE REPUBLIC OF COLOMBIA FOR THE TAKING OF EVIDENCE FROM FREDDY RENDÓN HERRERA

**LETTER OF REQUEST**
Request for International Judicial Assistance
Pursuant to the Hague Convention of 18 March 1970 on
the Taking of Evidence in Civil or Commercial Matters
By the United States District Court
For the Southern District of Florida

Honorable Kenneth A. Marra

**TO THE COLOMBIAN MINISTRY OF FOREIGN AFFAIRS:**

The United States District Court for the Southern District of Florida presents its

compliments to the Ministry of Foreign Affairs, the appropriate judicial authority of the Republic

of Colombia, and requests international judicial assistance to obtain witness testimony of Freddy

Rendón Herrera. This Court requests the assistance described herein pursuant to the Hague

Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial

Matters, as adopted and implemented in the United States of America at 28 U.S.C. § 1781, and in

the Republic of Colombia by the Law 1282 of 2009. The United States District Court for the

Southern District of Florida is a competent court of law and equity which properly has

1

jurisdiction over this proceeding, and has the power to compel the attendance of witnesses and production of documents both within and outside its jurisdiction.

The witness testimony of Freddy Rendón Herrera is intended for use in civil proceedings before this court in the above-captioned matter. This request is made with the understanding that it will in no way require any person to commit any offense, or to undergo a broader form of inquiry than he or she would if the litigation were conducted in the Republic of Colombia. In the proper exercise of its authority, this Court has determined that the witness testimony of Freddy Rendón Herrera cannot be secured except by the intervention of the Colombian Ministry of Foreign Affairs.

## LETTER OF REQUEST

### 1. **Senders**

Judge Kenneth A. Marra
U.S. District Court for the Southern District of Florida
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis St.
West Palm Beach, FL 33401
USA

### 2. **Central Authority of the Requested State**

Ministerio de Relaciones Exteriores
Dirección de Asuntos Migratorios, Consulares, y Servicio al Ciudadano
Edificio Luís López de Mesa
Carrera 6, Número 9 - 46
Bogotá D.C.
COLOMBIA

### 3. **Person to whom the executed request is to be returned**

Clerk of Court
U.S. District Court for the Southern District of Florida
8th Floor SOUTH
400 North Miami Ave.
Miami, FL 33128
USA

4. **Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request**

   **Date**

May 18, 2015

   **Reason for Urgency**

Witness has been eligible for release from prison since the end of 2014 and will be difficult to locate after he is released.

5. **IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOR TO SUBMIT THE FOLLOWING REQUEST:**

   a. **Requesting judicial authority (article 3(a))**

Judge Kenneth A. Marra
U.S. District Court for the Southern District of Florida
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis St.
West Palm Beach, FL 33401
USA

   b. **To the competent authority of (article 3(a))**

Republic of Colombia

   c. **Name of the case and any identifying number**

*In re Chiquita Brands International, Inc. Alien Tort Statute and Shareholder Derivative Litigation*, No. 08-01916-MD-MARRA (S.D. Fla.)

6. **Names and addresses of the parties and their representatives (including representatives in the requested State) (article 3(b))**

   a. **Plaintiffs**

There are several thousand individual plaintiffs, most of whom have been identified by pseudonyms for their own protection. The names of the plaintiffs as identified in the most recent amended Complaints are as follows:

John Doe I *et al.*
Sara Matilde Moreno Manjarres *et al.*

3

Antonio Gonzalez Carrizosa *et al.*
José y Josefa López Nos. 1 – 116
Does 1 – 144
Pérezes 96-795
Carmen Túlia Córdoba Cuesta *et al.*
Angela María Henao Montes *et al.*

All plaintiffs can be contacted through counsel for John Doe I *et al.*:
Marco Simons
**EarthRights International**
1612 K Street N.W., Suite 401
Washington, D.C. 20006
Tel: 202-466-5188
Fax: 202-466-5189

### Plaintiffs' Representatives

Agnieszka M. Fryszman
Benjamin D. Brown
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: 202-408-4600
Fax: 202-408-4634

Marco Simons
Richard Herz
Michelle Harrison
Jonathan Kaufman
Marissa Vahlsing
**EarthRights International**
1612 K Street N.W., Suite 401
Washington, D.C. 20006
Tel: 202-466-5188
Fax: 202-466-5189

Paul L. Hoffman
**Schonbrun, Desimone, Seplow,
Harris, Hoffman & Harrison LLP**
723 Ocean Front Walk
Venice, CA 90291
Tel: 310-396-0731
Fax: 310-399-7040

Judith Brown Chomsky

**Law Offices of Judith Brown Chomsky**
Post Office Box 29726
Elkins Park, PA 19027
Tel: 215-782-8367
Fax: 202-782-8368

Arturo Carrillo
**Colombian Institute of International Law**
5425 Connecticut Ave., N.W., #219
Washington, D.C. 20015
Tel: 202-994-5794

John DeLeon, FL Bar No. 650390
**Law Offices of Chavez-DeLeon**
5975 Sunset Drive, Suite 605
South Miami, FL 33143
Tel: 305-740-5347
Fax: 305-740-5348

*Counsel for John Doe I Plaintiffs*

Jonathan C. Reiter
**Law Firm of Jonathan C. Reiter**
350 Fifth Avenue, Suite 2811
New York, NY 10118
Tel: 212-736-0979
Fax: 212-268-5297

Ronald S. Guralnick, FL Bar No. 111476
**Ronald Guralnick, P.A.**
Bank of America Tower at International Place
100 S.E. 2d Street, Suite 3300
Miami, FL 33131
Tel: 305-373-0066
Fax: 305-373-1387

*Counsel for Plaintiffs Sara Matilde Moreno Manjarres et al.*

William J. Wichmann
Attorney at Law
888 S.E. 3rd Avenue, Suite 400
Fort Lauderdale FL 33316
Tel: 954-522-8999
Fax: 954-449-6332

*Counsel for Plaintiffs Antonio Gonzalez Carrizosa, et. al.*

5

James K. Green, FL Bar No. 229466
**James K. Green, P.A.**
Esperanté, Suite 1650
222 Lakeview Ave.
West Palm Beach, FL 33401
Tel: 561-659-2029
Fax: 561-655-1357

Jack Scarola, FL Bar No. 169440
Wiliam B. King, FL Bar No. 181773
**Searcy Denney Scarola Barnhart & Shipley, P.A.**
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL 33402
Tel: 561-686-6300
Fax: 561-478-0754

*Counsel for Plaintiffs Jose and Josefa Lopez Nos. 1 through 116*

Terrence P. Collingsworth
**Conrad & Scherer, LLP**
1156 15th St. NW, Suite 502
Washington, D.C. 20005
Tel: 202-543-4001
Fax: 866-803-1125

Eric J. Hager
**Conrad & Scherer, LLP**
Avenida República de El Salvador 500 e Irlanda Edificio Siglo XXI, PH Oficina W Quito, Ecuador
Tel: 954-462-5500 ext. 461
Fax: 866-803-1125

*Counsel for Plaintiffs DOES 1-144 and PEREZES (96-795), and Carmen Tulia Cordoba Cuesta et al.*

Sigrid S. McCawley
**Boies, Schiller & Flexner LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

Stephen N. Zack
**Boies, Schiller & Flexner LLP**

100 S.E. Second St., Suite 2800
Miami, FL 33131
Tel: (305) 539-8400
Fax: (305) 539-1307

Karen C. Dyer
**Boies, Schiller & Flexner LLP**
121 South Orange Ave., Suite 840
Orlando, FL 32801
Tel: (407) 425-7118
Fax: (407) 425-7047

Nicholas A. Gravante Jr.
Lee S. Wolosky
Magda M. Jimenez Train
**Boies, Schiller & Flexner LLP**
575 Lexington Ave., 7th Floor
New York, NY 10022
Tel: 212-446-2300
Fax: 212-446-2350

***Counsel for Plaintiffs Angela Maria
Henao Montes, et al.***

### b. Defendants

Defendants' names are:

Chiquita Brands International, Inc.
Chiquita Fresh North America LLC
Cyrus Freidheim
Robert Olson
Charles Keiser
William Tsacalis
Robert Kistinger
Fernando Aguirre
Steven Warshaw
Keith Lindner

Defendants can all be contacted through lead counsel for Chiquita Brands International, Inc.:
John E. Hall
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. NW
Washington, D.C. 20001
UNITED STATES OF AMERICA

Telephone: (202) 662-6000
Fax: (202) 662-6291
jhall@cov.com

### Defendants' Representatives

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
UNITED STATES OF AMERICA
Telephone: (212) 841-1000
Fax: (212) 841-1010

John E. Hall
Patrick S. Davies
James M. Garland
Shankar Duraiswamy
José E. Arvelo
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. NW
Washington, D.C. 20001
UNITED STATES OF AMERICA
Telephone: (202) 662-6000
Fax: (202) 662-6291

*Counsel for Defendants Chiquita Brands International, Inc., Chiquita Fresh North America LLC, and Fernando Aguirre*

Michael G. Austin
Ardith Bronson
DLA PIPER LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-5341
UNITED STATES OF AMERICA
Telephone: (305) 423-8500
Fax: (305) 503-9583

*Counsel for Defendants Cyrus Freidheim and Robert Kistinger*

David S. Krakoff
James T. Parkinson
BUCKLEYSANDLER LLP

1250 24th Street, N.W., Suite 700
Washington, D.C. 20037
UNITED STATES OF AMERICA
Telephone: (202) 349-8000
Fax: (202) 349-8080

L. Louis Mrachek
MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, Florida 33401
UNITED STATES OF AMERICA
Telephone: (561) 655-2250
Fax: (561) 655-5537

*Counsel for Defendant Charles Keiser*

J. Michael Burman, Esq.
Bernard A. Lebedeker, Esq.
REID BURMAN LEBEDEKER
222 Lakeview Ave., Suite 1160
West Palm Beach, FL 33401
UNITED STATES OF AMERICA
Telephone: (561) 659-7700
Fax: (561) 659-6377

*Counsel for Defendants Keith Lindner and Steven Warshaw*

Jeffrey A. Neiman
MARCUS NEIMAN & RASHBAUM
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394
UNITED STATES OF AMERICA
Telephone: (954) 462-1200
Fax: (954) 688-2492

Elissa J. Preheim
R. Stanton Jones
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
UNITED STATES OF AMERICA
Telephone: (202) 942-5000
Fax: (202) 952-5999

*Counsel for Defendant Robert Olson*

9

John B. T. Murray, Jr.
SQUIRE PATTON BOGGS (US) LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401
UNITED STATES OF AMERICA
Telephone: (561) 650-7213
Fax: (561) 655-1509

*Counsel for Defendant William Tsacalis*

7.

### a. Nature of the proceedings (article 3(c))

Tort suit for damages

### b. Summary of complaint

Plaintiffs allege that Defendant Chiquita Brands International, Inc. and the individual defendants intentionally supported Colombian paramilitary groups in Urabá in exchange for security services and assistance in suppressing labor organizations, leading to the murder and torture of Plaintiffs and their family members.

### c. Summary of defenses

Defendants argue that they are not liable for Plaintiffs' injuries, among other things, because the payments that give rise to Plaintiffs' claims were extorted, that the Court does not have personal or subject matter jurisdiction, that Plaintiffs have not stated a claim upon which relief can be granted, that Plaintiffs' claims are time-barred, and that Colombia is the more appropriate forum to adjudicate any remaining claims.

8.

### a. Evidence to be obtained or other judicial act to be performed (article 3(d))

Evidence relating to Plaintiffs' allegations and claims, and Defendants' defenses.

### b. Purpose of the evidence or judicial act sought

Proof of Plaintiffs' civil claims and Defendants' defenses.

### 9. Identity and address of any person to be examined (article 3(e))

Freddy Rendón Herrera
Carcel de Itagüí
Carrera 70 Número 23-10

Barrio Sanfrancisco
Itagüí - Antioquia
COLOMBIA

### 10. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (article 3(f))

Plaintiffs wish to examine Witness Rendón Herrera about the means that Chiquita used to hide the nature of its payments to the AUC and ensure that they were funneled to the paramilitaries, as well as the services that Chiquita received in return for the payments it made. Specifically, Plaintiffs request investigation of the following topics:

1. **Meetings between Chiquita/Banadex executives and AUC commanders.**
   - Did Chiquita or Banadex executives and AUC commanders ever meet? How do you know?
   - If they did meet, what did they speak about? How do you know?
   - If they did meet, who attended the meetings? How do you know?
   - If they did meet, what were the circumstances of the meeting(s)?
   - Were you present at any such meetings?

2. **Payments from Chiquita/Banadex to the AUC**
   - Please tell us everything you know about Chiquita's payment arrangements with the AUC or any subdivision of the AUC. How do you know these things?
   - Did the Elmer Cárdenas Bloc receive any of the money that Chiquita paid to the AUC? How do you know?
   - If the Elmer Cárdenas Bloc did receive any of the money that Chiquita paid to the AUC, how was it delivered?
   - Did any paramilitary unit that you are aware of – including the Elmer Cárdenas Bloc - provide any services to Chiquita and/or Banadex? How do you know?
   - If any paramilitary unit did provide services to Chiquita and/or Banadex, were those services provided in exchange for Chiquita's payments? How do you know?
   - Did Chiquita and/or Banadex make any arrangements to hide payments to the AUC from government regulators? How do you know?
   - If any arrangements to hide the payments were made, what were those arrangement? How do you know?
   - What did you mean when you stated in 2007 that Chiquita made its payments to the AUC through a corporation "as an intermediary"?
   - What did the AUC do with any money that it received from Chiquita/Banadex? How do you know?
   - Was the money the AUC received from Chiquita/Bandaex important for the AUC? How do you know?
   - If it was important, how was it important?
   - Did Chiquita/Banadex know what the AUC did with the money it paid to the AUC? How do you know?

Case 0:08-md-01916-KAM   Document 760-3   Entered on FLSD Docket 04/17/2015   Page 13 of 38

- Did Chiquita or Banadex ever ask the AUC to put the money to a particular purpose? How do you know?
- If Chiquita or Banadex did ask the AUC to put money to a particular purpose, what was that purpose? How do you know?
- If Chiquita or Banadex did ask the AUC to put money to a particular purpose, what was the AUC's response?   How do you know?
- Did Chiquita or Banadex ever ask the AUC *not* to use the money for a particular purpose? How do you know?
- If Chiquita or Banadex did ask the AUC *not* to use the money for a particular purpose, what was that purpose?
- If Chiquita or Banadex did ask the AUC *not* to use the money for a particular purpose, what was the AUC's response? How do you know?

3. **Other assistance from Chiquita/Banadex to the AUC**
   - To your knowledge, did Chiquita or Banadex ever help the AUC acquire weapons or ammunition? How do you know?
   - If Chiquita or Banadex did help the AUC to acquire weapons or ammunition, please explain everything you know about that.

4. **Alignment between AUC and Chiquita/Banadex**

   - Did the AUC see its interests to be aligned with Chiquita's or Banadex's in the civil war? How do you know?
   - If the AUC did see its interests to be aligned with Chiquita's or Banadex's in the civil war, in what way?
   - Did Chiquita or Banadex see its interests to be aligned with the AUC's? How do you know?
   - If Chiquita or Banadex did see its interests to be aligned with the AUC's? If so, in what way?

5. **Contact between Chiquita/Banadex employees and the AUC**
   - Did any Chiquita and/or Banadex employee have contact with any AUC individual or unit?  How do you know?
   - If there was any such contact, which Chiquita/Banadex employees were involved? How do you know?
   - If there was any such contact, which AUC units or individuals were involved? How do you know?
   - If there was any such contact, what was the purpose of the communication?  How do you know?
   - If there was any such contact, what was discussed?  How do you know?
   - If there was any such contact, what was the form of the communication (e.g. telephone or in person)?  How do you know?

Defendants object or reserve the right to object to the above questions on various grounds, including but not limited to lack of foundation. This Court will consider and rule upon Defendants' objections at an appropriate time.

Defendants wish to ask the following questions, among others:

1. When did you serve as a member of paramilitary or "*autodefensa*" groups, including the AUC, and what was your role in that organization?

2. Did your paramilitary group operate in Magdalena? Did your paramilitary group operate in the banana-growing zone of Urabá including Apartadó, Carepa, and Chigorodó?

3. Did your paramilitary group, the Élmer Cárdenas Block, acquire effective control over the regions where it operated?

4. In your opinion, did your paramilitary group provide security to the population in the regions under your control? How so?

5. Did your paramilitary group engage in violence against those who refused to comply with your orders or demands?

6. Was the Colombian government willing or able to stop or counter your paramilitary group or the AUC?

7. Was your paramilitary group—the Élmer Cárdenas Block—autonomous? Did it depend on the AUC or other paramilitary groups for funding?

8. How much of the Élmer Cárdenas Block funding came from drug trafficking? Kidnapping? Extortion? Chiquita? Other sources?

9. Did the Elmer Cárdenas Block charge taxes, tolls, or *vacunas*? Who paid them? Which companies? Did anyone refuse to pay? What happened to them?

10. Do you have personal, first-hand knowledge about Chiquita's payments to paramilitaries?

11. Do you have personal, first-hand knowledge about whether the convivirs Papagayo, Tagua del Darién or Punta de Piedra paid the AUC?

12. Have you ever met or communicated with any Chiquita executive, representative, or employee? If so, who?

13. Have you killed, ordered the killing, or participated in the killing of individuals? If so, how many? What other crimes have you committed?

14. Before today, have you talked to anyone about the lawsuits by AUC victims against Chiquita? If so, who, when, and what did you hear or say?

15. Has anyone asked you to testify about Chiquita and, if so, who?  Has anyone drafted a statement or declaration relating to Chiquita for you to sign?

16. Has anyone given or offered you or anyone you know anything of value to testify about Chiquita?  If so, what?

17. Has anyone provided, offered or paid for security protection for you or anyone you know?  If so, who?

18. Are any of the Colombians suing Chiquita at risk of reprisals from you for having sued Chiquita?

19. Do you admit you made the statements in the attached documents and recording?

Plaintiffs object or reserve the right to object to the above questions on various grounds. This Court will consider and rule upon Plaintiffs' objections at an appropriate time.

**11. Documents or other property to be inspected (article 3(g))**

None.

**12. Any requirement that the evidence be given on oath or affirmation and any special form to be used (article 3(h))**

This Court requests that the Colombian Judicial Authority instruct a person authorized to administer oaths in Colombia to take the evidence under oath in the manner prescribed under Colombian law.  If possible, the deponent should swear to tell "the whole truth and nothing but the truth."

**13. Special methods or procedure to be followed (articles 3(i) and 9)**

This Court requests that the witness testimony be performed in the manner described below:

- This Court requests that counsel for Plaintiffs and counsel for Defendant be permitted to attend the questioning and to each have a reasonable opportunity to examine and cross examine the witness following the witnesses' responses to the written questions listed in section 10 above.

- This Court requests that Plaintiffs be permitted to conduct oral examination by a single designated liaison counsel for all plaintiffs' groups.

- This Court requests that Defendants be permitted to conduct oral cross-examination by a single designated liaison counsel for all defendants.

- This Court requests that counsel be permitted to present documents to the witness for identification or questioning. ~~Any counsel wishing to present documents to the witness shall identify the documents in this section and attach them to this letter or identify any such documents in an exhibit list to be exchanged with opposing counsel along with copies of the documents at least twenty (20) days prior to the scheduled deposition.~~ *For example,* Defendants attach to this letter the following documents for possible presentation to the Witness: (1) the recording and partial transcript of a radio interview of the Witness broadcast April 30, 2009; (2) the transcript of sworn testimony provided by the Witness to the National Prosecutor General's Office on October 31, 2007; and (3) a Justice-and-Peace judgment in case # 110016000025320088324I, dated August 27, 2014.

- This Court requests that, to the extent the Colombian judicial authority decides to limit the oral examination, either by amount of time or number of questions permitted, the examination be divided equally between the plaintiffs' questions and the defendants' questions.

- This Court requests that the questions posed to the witness and his answers be recorded by a court reporter or by a person able to produce a verbatim transcript of the examination. Counsel for Plaintiffs will provide a reporter certified by the State of Florida.

- This Court requests that the questioning be conducted with the assistance of an interpreter fluent in the English and Spanish languages. Counsel for Plaintiffs and counsel for Defendants will both provide certified interpreters.

**14. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (article 7).**

This Court requests that the following people should be notified of the time and place for the execution of this Request:

John E. Hall
James M. Garland
Shankar Duraiswamy
José E. Arvelo
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. NW.
Washington, D.C. 20001
UNITED STATES OF AMERICA
Telephone: (202) 662-6000
Fax: (202) 662-6291

jhall@cov.com
pdavies@cov.com
jgarland@cov.com

15

sduraiswamy@cov.com
jarvelo@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
UNITED STATES OF AMERICA
Telephone: (212) 841-1000
Fax: (212) 841-1010
jsperling@cov.com

*Counsel for Defendants Chiquita Brands International, Inc., Chiquita Fresh North America LLC, and Fernando Aguirre*

Paul Wolf
P.O. Box 46213
Denver, CO 80201
(202) 431-6986
paulwolf@yahoo.com

*Counsel for Does 1-144, Does 1-976, Does 1-677, and Does 1-254*

15. **Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (article 8)**

No attendance of judicial personnel of the requesting authority is requested

16. **Specification of privilege or duty to refuse to give evidence under the law of the State of origin (article 11, b)**

The witness may refuse to give evidence insofar as there is a privilege or duty to refuse to give evidence under the laws of the United States or the laws of Colombia.

17. **The fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 26 of the Convention will be borne by**

Plaintiffs will bear all fees and costs, which can be billed to:

Marco Simons
EarthRights International
1612 K St. NW, Suite 401
Washington, DC 20006
USA

16

By: _____

               Honorable Kenneth A Marra
               District Court Judge
               United States District Court for the Southern District of Florida
               West Palm Beach, Florida
               United States of America

Signed in _____WEST PALM BEACH, FLORIDA_____, this ___28th___ day of ___APRIL___, 2015

**Annex 1**

**Partial transcript of the radio interview of Freddy Rendón Herrera broadcast April 30, 2009**

RCN Radio, LA FM: entrevista del 30 de abril de 2009

[29:30 - 30:10]

PERIODISTA: "Señor RENDÓN, uno de los capítulos más importantes para Justicia y Paz, es la financiación que tuvieron los paramilitares de varios sectores, entre ellos los empresarios. Y quiero hablar en concreto de CHIQUITA BRANDS, háblenos de cómo fue esa financiación?"

EL ALEMÁN: "Jairo, agradezco tu pregunta pero en el caso concreto de FREDY RENDÓN no conoce mucho de ese tema ya que esa no era zona de jurisdicción del bloque ELMER CÁRDENAS, eso era zona de jurisdicción del señor RAÚL HASBÚN, que seguramente está preparando ante sus fiscales de Justicia y Paz contar cómo fue esa relación y esa financiación."

**ANNEX 2**

Transcript of sworn testimony provided by Freddy Rendón Herrera to the National Prosecutor General's Office
on October 31, 2007



RADICADO Nº 1.007.839

DECLARACIÓN JURADA  RECEPCIONADA AL SEÑOR FREDY RENDÓN HERRERA, alias EL ALEMÁN.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

FISCALÍA GENERAL DE LA NACIÓN, FISCALÍA VEINTINUEVE ESPECIALIZADA, Medellín, Treinta y Uno (31) de octubre de dos mil siete (2007). En fecha se traslada el despacho hasta las instalaciones del Centro Carcelario de Mediana y Máxima Seguridad de Itaguí con el fin de recibir diligencia de declaración bajo la gravedad de juramento al señor FREDY RENDÓN HERRERA. Se le pone de presente los artículos 266, 267, y 269 del C. P.P. y el 435 del Código Penal, quien manifiesta decir la verdad. Respecto de sus condiciones civiles, expone: **PREGUNTADO:** dentro de la estructura organizacional, que cargo ocupaba usted dentro de las AUC. **CONTESTADO:** Las AUC se crean a finales de 1997, como una estrategia de CARLOS CASTAÑO, para afrontar una posible negociación con el gobierno y como una estrategia de comunicación frente al país, eso se dio a partir de una reunión que tuvo CARLOS CASTAÑO con el entonces el Comisionado de Paz, JOSE NOE RIOS en esa época, y se convoco a los diferentes grupos de autodefensa a nivel nacional, por que las autodefensas es una confederación, no hay una estructura de mando orgánico con un estado mayor, ese estado mayor de las autodefensas, entre comillas eso no existió, como representación ante el gobierno, como se avecinaba un proceso de paz frente al gobierno y demás, toda la organización y no el gobierno ir a reunirse con unos en los llanos a negociar con los del magdalena medio, con los del caribe, con los de Urabá, con los de Medellín, no, se busco eso y la CASA CASTAÑO, que eran DON VICENTE y CARLOS, convocaron a esa reunión y la gente lo acepto que CARLOS CASTAÑO seria el comandante general para una posible negociación y demás pero no daba ordenes, ni tenia responsabilidades de lo que hicieran en los Llanos Orientales, ni en el norte de Colombia o en el suroeste Antioqueño, ni en Medellín, ni en el Magdalena Medio, que paso si la CASA CASTAÑO se convirtió en la casa matriz que suministraba armamento y le vendía a los comandantes y la CASA CASTAÑO mandó varios grupos de autodefensa, bajo responsabilidad de las ACUC a diferentes lugares del país! el bloque ELMER CARDENAS, no



se llamaba ELMER CARDENAS, cuando yo ingresé a las autodefensas
a finales de 1995, que era el grupo de Necoclí, se llamaba los
Huelangues o la 70, o mejor la 70. Le voy a contar de CARLOS
ARDILA, él era el comandante del 58 frente de las Farc, que operaba
en la serranía de abibe con sus ramales hacia San Pedro, Necoclí, San
Juan, Arboletes y la zona de Córdoba, la guerrilla se robaba el ganado
en Córdoba y CARLOS CORREA recibía los ganados en la zona del
Carmelo, Candelaria y él reducía esos ganados, por que el era uno de
los hombres del ganado en Necoclí, por que el tenía sus fincas, su
familia era ganadera, eso no despertaba sospecha y todos esos
ganados CARLOS los vendía y nadie decía nada, CARLOS CASTAÑO
descubre que él era el comandante financiero del 58, lo culminan a
CARLOS a que dejara las FARC y entregara toda la información y
formara un grupo de autodefensa en Necoclí y combatiera al EPL que
era el que estaba mas fuerte, por que las FARC entraba era por
épocas. Yo ingreso a las autodefensas por que yo comienzo a viajar a
Urabá en unos camiones a llevar cerveza, hasta que llegue a Necoclí,
yo era muy joven en esa época, hice buenos amigos en el pueblo, y me
fui quedando ahí, yo creo que de los únicos camiones que llegaban allá,
éramos nosotros, de ida llevábamos carga o cerveza y de venida,
traíamos contrabando para acá y lo descargábamos en unas bodegas
cerca al diamante y hubo un momento que yo deje de viajar en el
camión por que se estaba volviendo muy peligroso, a mí me tocó
conocer los comandantes del EPL, de un reducto del EPL, por que el
EPL se había desmovilizado en 1991 en pueblo nuevo, pero había
quedado CARABALLO, RICARDO, GONZALO y una disidencia que
operaba en esa zona, a mí me toco ver la policía semi secuestrada en
el comando por que no salía y me tocó ver al comandante del EPL con
su radio y su pistola tomando y todos los comerciantes de Necoclí le
llevaban botas, jenes y víveres y a las 4 de la tarde cogía y se iba,
entonces yo me quedo y comienzo a colaborar con CARLOS y demás,
por que yo me hice muy amigo de una familia, los VANEGAS y de los
muchachos y no se lo puedo negar fumábamos marihuana y yo
trabajaba en la proveedora los fines de semana y CARLOS CORREA
mercaba en esa proveedora, y ahí conocí a CARLOS, conocí al
CABEZON, a WILLIAM SOTO y me fui metiendo, luego tuve la
oportunidad de conocer a CARLOS CASTAÑO, CARLOS CORREA me
llevo a una reunión que hizo CASTAÑO por el río mulatos y el estaba
dando una charla a unos muchachos uniformados como unos 20 y otros



de civil, y el tipo me dejo descrestado, a partir de ahí, me dijo usted de donde es y yo le dije Amalfi, y fuimos haciendo amistad, y yo fui haciendo parte de esa pequeña autodefensa de Necocli, y comenzamos a trabajar y posterior, por que la zona norte estaba dividida en varas zonas, el área de jurisdicción para CARLOS CORREA fue desde tiene en una línea imaginaria hasta Pueblo Bello y hacia el norte al río Mulato, al sur estaba Turbo estaba la zona bananera, que los comandantes eran VELOSA que había sido parte de las milicias de las Farc y se entrego y lo pusieron de comandante en esta zona, como el era jefe de milicias, conoce muy bien ese tema, lo ponen ahí y el comienza a operar en esa zona, que yo recuerdo VELOSA, posterior se nombra a RAUL HASBUN y en representación de los bananeros de Urabá, para montar un grupo en Urabá, al norte estaba ELIAS 44, que fue muerto en el 97 o 98 por el ejercito en San Juan, cuando el es muerto, entonces yo le digo al PROFE, mataron a 44, entonces esa zona es muy arcana a nosotros, por que no nos deja esa zona, dijo no hay ningún problema, entonces cogimos desde el río mulatos hacia los municipios del norte, San Juan, Arboletes y algunos municipios de la margen izquierda de Córdoba, Puerto Escondido, Moñitos y San Bernardo del Viento, hasta cuando estaba en el proceso de negociación con las autodefensas en ralito que me piden los CASTAÑO a mi que les entregue esta zona de Córdoba por que van hacer una entrega gradual con el gobierno, yo se las devuelvo y es de conocimiento publico y de la fiscalía ese tema.  Nosotros nos quedamos entonces con los municipios del norte Antioqueño, Turbo y la zona bananera RAUL HASBUN, ellos operaban desde Tie hasta Currulao la gente de Turbo, como hacia la zona de nueva Antioquia y La Serranía y PEDRO tenia sus comandante ahí, que eran CEPILLO y COCUYO era la cabeza, que tenia un grupo hacia La Serranía y ellos llegaban hasta el río Jurado. A partir de octubre del 2002 que nosotros nos unimos a un pequeño grupo de autodefensas que había en Mutatá, que tenia jurisdicción de Mutatá hasta el río Jurado, a partir de ahí, paso a ser zona nuestra desde Jurado hasta Dabeiba; desde el río Jurado a Mutatá, después llegamos a Dabeiba, entonces quedó, desde Uramita a Jurado y el grupo que había en la zona de Bajirá y Pavarandó y hacia Jiguamandó era responsabilidad de la CASA CASTAÑO, de VICENTE CASTAÑO, que el tenia ahí sus comandantes, que eran PALILLO, un comandante MARCOS, y ellos tienen un revés militar ahí y mataron casi a ciento y pico de hombres,



cuando matan esa gente yo le dijo al PROFE esta gente que tiene usted aquí se la pasa a durmiendo y guatemando en Bajirá y ese grupo que usted tiene ahí, el comandante es el dueño del prostíbulo, entonces me dijo reciba eso, lo recibimos en octubre del 2002, entonces la zona de nosotros quedó del río jurado a Dabeiba y Pavarandó incluyendo Bajirá y demás a partir de esa fecha y así se desmovilizo el 30 de abril en Lomas Aisladas del 40 corregimiento sobre la panamericana de Turbo, el frente Pavarandó y el frente Gabriela Wait el que operaba en Pavarandó y el que operaba en Dabeiba. **PREGUNTADO:** En lo concerniente a la relación o vínculos que tuvieron Ustedes con las comercializadoras de banano, entre ellas CHIQUITA BRANDS, (Banadex), PROBAN, UNIBAN y hoy CHIQUITA BRANDS que es BANACOL, SUNITSA, DEL MONTE, la relación y la forma en la que conoce hasta ahora la fiscalía de la financiación de estas bananeras a los grupos con ingerencia de las autodefensas en Urabá, quién la maneja o quien medió entre las bananeras y ustedes. **CONTESTADO:** Lo primero, explicándole en el mapa, no era jurisdicción que nos correspondiera al ELMER CARDENAS, pero yo le puedo decir lo que yo se de ese tema, en una oportunidad yo fui a un desayuno y me encontré con CARLOS y con el señor VICENTE CASTAÑO y estuvimos hablando un largo rato y allí me dijo que ellos percibían finanzas de los bananeros y que si yo percibía finanzas de los plataneros por caja a lo que yo le dije que no, porque los plataneros eran muy pobres que solo sacaban diez cajas, el otro veinte, el otro treinta, mal haría yo ir a cobrarle a un campesino de esos que estaban pasando por los estados guerrilleros que estaban allí, que estaban totalmente acabados y ahorita que se estaban recuperando como iba yo a ir a cobrarles impuestos, contrario de lo que si pasaba con los bananeros. Ellos aprovecharon la confrontación para que las ocho familias que hoy son dueñas de la industria bananera entre ellas la familia del señor gobernador de Antioquia que no le guste para nada que yo hable de ese tema y cuando yo hablo dicen que como le van a creer a un bandido, ellos acabaron con los pequeños propietarios de banano en Urabá, en ese ciclo de que las autodefensas, que operó en Urabá y que PEDRO HASBUN se hizo comandante de las autodefensas del bloque bananero y además era un bananero mas, entonces el en estrategia con los demás bananeros pusieron un impuesto por caja al banano que el señor CASTAÑO en su momento me dijo que era como de cincuenta centavos o un centavo de





**FISCALIA**

dólar, yo no le pare muchas bolas porque la conversación, estaba si yo le cobraba o no a los plataneros y yo le dije que no, de oídas si, entonces esas finanzas llegaban a la convivir, que en ese momento no se llamaba PAPAGAYO, que ahora al final se llama PAPAGAYO, que la manejaba el señor ARNULFO PEÑUELA, como que hoy queda elegido alcalde de Carepa, el es como sargento retirado del ejercito y tiene su historia en Urabá, enseguida el fue él que dirigió la Convivir, y el señor ALBERTO OSORIO que es un señor de Punta de Piedra era el que manejaba el tema como social de las convivir, y PEDRO estaban en la cabeza tanto del grupo de autodefensas como parte de esa convivir. PEDRO RAUL HASBUN es el que usted dice. Yo lo conocí como PEDRO BONITO o PEDRO HASBUN. Si usted señor fiscal encuentra que lo cheques vienen a mi y los empleados son míos y demás, entonces he mentido a la fiscalía y segundo eso va a pasar inmediatamente al fondo de reparación en el tema de Urabá los cinco o seis grandes bananeros que en ese momento no eran grandes, cogieron y comenzaron desde las huelgas entre Cintra Banano y Finagro, que era un sindicato que lo orquestaba las FARC y otro el EPL se comenzaron a matar, pero sabe una cosa, lo mas triste es que esos sindicatos o en parte los bananeros, cuando a ese sindicato llegan los desmovilizados del EPL, hoy Esperanza Paz y Libertad que hicieron e incluso de oídas he escuchado cosas como esta, les pagaban los grandes empresarios o para que las huelgas duraran mucho tiempo, mientras una huelga duraban un mes para un pequeño bananero, llegaba el compadre y le decía hermanos estamos reventados, se quebró, lo mejor es vender y los grandes adquirieron las tierras baratas, la industria bananera que son treinta y cinco mil hectáreas estas en manos de siete y la industria platanera esta en manos de siete mil, así de sencillo, es, ok eso es lo que yo puedo decir del tema de la financiación que lo escuche a VICENTE CASTAÑO en su momento que recibía, no se si cincuenta centavos de dólar o un dólar, no se, por cada caja que se exportaba y hasta la fecha creo que eso se debe estar dando porque esos recursos iban a las convivir y eso iba porque yo escuche que una parte iba al tema social, a temas del mismo monopolio bananero y segundo que lo manejaba quien además era el comandante de las autodefensas. **PREGUNTADO**: Usted personalmente estuvo con RAUL EMILIO HASBUN MENDOZA alias o mas conocido con el apodo de PEDRO BONITO en reuniones del grupo al que usted pertenece. **CONTESTADO**: Haber, conozco a PEDRO BONITO o a RAUL como le



FISCALIA

dicen, me lo encontré en varias reuniones tanto en la CASA CASTAÑO, como en algunas veces cuando se iba a entrar el armamento, por el golfo de Urabá que ellos eran los encargados de entrar el armamento en Uraba; me reuní varias veces con ellos, me lo encontré porque además él creo que tenía una cabañita cerca de Necoclí, los veía por la carretera y demás, pero para el tema de finanzas o de eso jamás, porque no era zona de jurisdicción nuestra el tema bananero, él manejaba el Bloque Bananero, claro. **PREGUNTADO:** En el periódico El Tiempo en un artículo publicado el jueves 27 de septiembre de 2007 la columnista CLAUDIA LOPEZ en uno de sus apartes refiere "desde hace meses hay una declaración confesa de alias EL ALEMAN, según la cual todas las bananeras de Uraba le pagaban a los paramilitares a través de LAS CONVIVIR PAGAPAYO, esta convivir papagayo que sigue cumpliendo como una cooperativa especial de vigilancia y seguridad legal", se ratifica en lo que publica CLAUDIA LOPEZ. **CONTESTADO:** No del todo, es que pues CLAUDIA LOPEZ desde su juventud, juventudes comunistas, y ella hace parte de las ONG, respetable desde todo punto de vista, arco iris, pero hay cosas que dicen que no son ciertas, pero lo que ella dice ahí en esa columna, a mí cuando se me pregunto que sabia yo del tema bananero y de las finanzas, dije que lo que yo había escuchado del señor CASA CASTAÑO, era que ellos le pagaban vacunas al grupo bananero, que eso lo manejaba RAUL HASBUN por intermedio de la convivir, eso fue y me ratifico en lo dicho. **PREGUNTADO:** Sabe que personas, funcionarios o empleados de CHIQUITA BRANDS tenían contacto directo con ustedes. **CONTESTADO:** Con nosotros no porque no era área nuestra, con la gente de las autodefensas del bananero no se con quien manejaba eso porque no era del resorte nuestro. **PREGUNTADO:** Conoció Usted a TULIO GARAI Y A VICTOR BUITRAGO, personas éstas que laboraron directamente con CHIQUITA BRANDS y BANADEX. **CONTESTADO:** Yo no conozco directivas, ni empleados, ni a nadie que tenga que ver con la industria bananera, o las compañías que exportan. **PREGUNTADO:** Usted menciono ahora al ex sargento ARNULFO PEÑUELA, quien es un presunto fundador de las convivir en la región de Uraba, usted conoció personalmente al sargento. **CONTESTADO:** Yo conocí al señor ANULFO PEÑUELA, después escuche que había sido sargento del ejército o de la policía. Yo lo conocí porque en alguna oportunidad yo estaba haciendo una carretera él fue allí estuvimos hablando, no



FISCALIA
GENERAL DE LA NACIÓN

se que, yo les estaba pidiendo a esa convivir que no se metiera a la zona del norte porque era una zona donde nosotros teníamos los PDS nuestros, los trabajamos con la junta de acción comunal,   que hacíamos obras en común acuerdo, como puentes, arreglábamos carreteras, hacíamos represas de agua y demás, y el estuvo allí, y estuvimos hablando en ese momento, entonces me dijo que es que era que el tenia unos muchachos en San José de Mulatos y  es mas yo le dije hágame el favor y no se me meta con  las convivir esa cuestión, entonces el me dijo en ese momento que por que esa carretera que nosotros estábamos haciendo que por que no le pasaba yo esas facturas, para el sacar esa plata de las convivir y legalizar  esa carretera y que el me ayudaba con algo a lo que yo me moleste con el ese día y a partir de ahí no lo volví a ver. **PREGUNTADO**: Conoció al señor ARNULFO o ANTONIO ARBOLEDA, administrador de fincas bananeras.   Dirá que vínculos tenia la CONVIVIR PAPAGAYO, asociación en otra oportunidad papagayo o convivir La Tagua con las autodefensas que hacia presencia en Uraba. **CONTESTADO**: Yo no sabría responderle su pregunta doctora, porque yo lo que si sabia es que PEDRO además de ser el comandante del bloque bananero, era muy cercano a esa convivir y se que trabajaba ahí como ALBERTO, como PEÑUELA y demás, pero no se que relación tendrían o si de aquí sacaban fondos para allá, eso si ya es de  preguntarle a esas personas. **PREGUNTADO**. Se  tiene conocimiento de que en declaraciones que se han dado en versiones para los fiscales de la unidad para la Justicia y la Paz que el señor ARNULFO PEÑUELA era la persona que buscaba los jefes de los diferentes frentes que operaban en la región de Uraba para que diera el visto bueno, e inclusive  le mandaban las hojas de vida y el decía si la persona era idónea para ingresar a las AUC, que sabe usted de eso. **CONTESTADO**: En el caso nuestro como no hicimos parte de las Autodefensas Unidas de Colombia,  no cumplíamos ordenes ni de la CASA CASTAÑO ni de los comandantes de Uraba, sino que nosotros teníamos una autodefensa totalmente autónoma y eso puede constatarlo el gobierno porque hicimos un proceso de negociación totalmente diferente al que se hizo en Ralito, eso no paso en  el caso nuestro, si paso en el caso de otras autodefensas no lo se. **PREGUNTADO**: Conoce usted o conoció al señor CARLOS MARIO ARRIETA, quien trabajo durante 15 años en CHIQUITA BRANDS. **CONTESTADO**. No señora. **PREGUNTADO**: Según el testigo, y labores de inteligencia adelantadas por el CTI,





dice: "las AUC y la empresa, refiriéndose a la empresa CHIQUITA BRANDS, iban hombres de esa organización, recuerdo que allí entraba El Charrito, Tribilin y El Ratón, iban a tanquear las motos y también hacían reuniones con los trabajadores de la empresa..., por que ellos se identifican con el alias.... ellos preguntaban, refiriéndose a las AUC por el supervisor de turno que fueron varios los que desempeñaron ese cargo entre ellos Fermín Martínez, Felipe Solórzano y Juaquín Cuadrados, luego ellos llamaban al jefe de operaciones Alber Trujillo Garay, y ya ellos los autorizaban a que les entregaran la gasolina y lo que necesitaran esos hombres de las AUC. Qué sabe usted de eso. **CONTESTADO:** No se absolutamente nada de eso, ni jamás había escuchado los seudónimos esos que usted acaba de leer. **PREGUNTADO:** Afirma el mencionado testigo que uno de los escoltas de nombra ALEX CORENA que vive en Apartado, le llevo dinero una vez a Piedras Blancas a las AUC, por los lados de la brigada 17.....le llevaba en una tula grande, y el me encomendó que iba a llevarle una tula de dinero a las AUC, que eso era para financiar las AUC, lo cual correspondía según este testigo lo que correspondía a el dinero que se descontaba por caja de banano embarcada, sabe usted algo de ello. **CONTESTADO:** Solo por lógica, que si se esta haciendo una transacción de esas magnitudes, por cajas y demás eso no se lo iban a entregar en un costal a un empleado para que lo llevara allá si esos recursos iban dirigidos a esa convivir, eso por lógica no, otra cosa. Aguas Blancas o Piedras Blancas es en Carepa, municipio donde esta el batallón o la brigada y están distantes 15 kilómetros, eso no tiene lógica, no se absolutamente nada de eso. **PREGUNTADO:** Afirma también este testigo que en el pueblito Zungo embarcadero vivía TRIBILIN encargado de los urbanos, el era el que daba toda la información a las AUC de todo lo que pasaba en ese sector, recuerda a esta persona dentro de la organización. **CONTESTADO:** No señora, por lo que le he mencionado de que no tengo conocimiento de esa estructura por que era totalmente independiente de la nuestra. **PREGUNTADO:** Afirma el testigo: "traian en contenedores armamento, recuerdo que en el 2002 en el mes de marzo, yo estaba desempeñando mi labor como vigilante, eso fue un día 19 como a las dos de la tarde y observe que salieron 14 contenedores, cuando se prendió la alarma que se supo en la región que los 14 contenedores llevaban armas para Bajirá, eso es un pueblo que colinda con Chocó, San Pedro de Uraba, Necocli y Piedras Blancas, donde fueron

8



FISCALIA
GENERAL DE LA NACIÓN

repartidas las armas, entonces los que estábamos prestando el servicio de vigilancia nos dimos cuenta que el señor VICTOR BUITRAGO que era el jefe de seguridad de protección industrial llamo a ELBER JULIO GARAY, para que le recogiera las ordenes de salida y destruyera los videos que habían grabado la salida de los contenedores y después de destruirlos salieron los contenedores internamente se divulgo en la empresa que esos contenedores iban con armamento, el supervisor de ese día era FELIPE SOLORZANO y le pidió las ordenes de salida y fue VICTOR quien las mando a recoger, que sabe usted de eso. CONTESTADO: Lo primero es que el testigo dice cosas que es de su imaginación, que las armas entraron si, que había un supervisor que se llamaba PEDRO o CARLOS o que mandaron a recoger las ordenes o los videos, de eso no se absolutamente nada, yo puedo decir de temas es que esas armas ni se fueron para Bajirá, para Piedras Blancas, ni para San Pedro en su momento, solamente para Necoclí, mi participación en el tema y lo que yo se del tema es al señor DARIO MORENO y al señor RAUL HASBUN, LOS CASTAÑO les dieron la orden de coordinar todo lo concerniente a entrar esas armas a recibir ese barco y recibir esas armas sin ningún tropiezo, faltando unos tres o cuatro días se apareció donde mi, por intermedio de otra persona un funcionario, yo creo que de la DIAN donde él me dijo que él sabía que iban a entrar unas cosas y que les habían dado muy poquita plata y yo le dije al señor VICENTE, esta pasando esto y esto, el llamo al señor RAUL HASBUN y al señor DARIO MORENO y les dijo, si esas armas se me caen tienen el mayor problema conmigo y ellos se fueron y el señor VICENTE me dijo, dele esa plata a esa gente y yo les di la plata, como 100 millones de pesos le entregué a ese señor y las armas entraron, y si llegaron en contenedores, pueden haber sido los 14 contenedores pero eso es de conocimiento publico y me los entregaron a mi en Tié y a partir de Tié estaban bajo mi responsabilidad, saque el armamento, devolví esos camiones y utilice otros camiones y enseguida esas armas fueron mandadas al corregimiento de Catalina, donde los CASTAÑO, yo destruí los contenedores, otros creo que alguien los vendió y pare de contar, eso es lo que yo se de ese tema, no se que paso allá en el puerto, por que yo no maneje nada de ese tema. PREGUNTADO: Dice también este testigo que el señor DUQUE ARBOLEDA, integrante de las AUC en Necoclí, fue el encargado de recibir ese armamento, era puro AK 47 y provenían de Honduras, teniendo como contacto directo en la



**FISCALIA**

CHIQUITA BRANDS, las AUC a JULIAN DIAZ y a VICTOR BUITRAGO. **CONTESTADO:** Lo que puedo decir de eso, es que me sigue impresionando el testigo que sabe mucho y a la vez no, y si usted revisa los listados de desmovilización nuestra, no encontrara ese nombre, es mas no creo que en los miembros del ELMER CARDENAS, haya algún con ese nombre, que los contactos allá adentro con las autodefensas de Urabá son esos, no puedo decir si o no, yo le estoy contando lo que yo se de cómo entraron esas armas y de lo que a mi me correspondió hacer, si hubiera dicho, EL ALEMAN recibió esas armas, esas armas si las recibí yo y no profundice con los CASTAÑO, de donde venía e barco ni para donde iban, se que ese barco traía las armas y pelotas y las pelotas las repartimos a todos los niños en navidad para la zona de Urabá. **PREGUNTADO:** Habla este testigo, que como vigilante pudo presenciar otro armamento que salió en febrero de ese mismo año por Nueva Colonia lo trajo un buque El Leoncito, por el puerto de embarque, que lo descargo el señor julio marino, el era el encargado con JUAN CARLOS ARIZABAL de descargar ese embarque, ese armamento lo montaron en la plana de Casanova, lo trajo el remolcador mina, al embarcadero de Nueva Colonia, ahí lo descargaron en la Barcadilla y a las 11 de la noche de ese día, entraron 12 camiones a recoger ese armamento, lo camuflaron dentro de la urea que pusieron las orillas de los camiones y fue el señor VICTOR BUITRAGO quien mando a ELBER GARAY, para que estuviera pendiente del desembarque, señala que todo este armamento fue el alemán el encarado de todo este armamento. **CONTESTADO:** Eso es falso, de ese armamento que pudo haber entrado en ese año, yo les voy a contar lo que yo se, yo llegué a una terminal de una carretera entre pueblo nuevo y el volcán, por que me llamo cero cuatro y me dijo, necesito que me ayude con una situación, a quién me encontré yo ahí, a cepillo, a 04 como que a unos armeros, unas cinco o seis personas y una seguridad de unos 10 hombres y que encontré yo allí, había arrumado en una ramada bultos de abono urea y ellos estaban mochando costales y sacando los fusiles que venían adentro desarmados pero no eran 14 camiones, ni doce como el dice, yo llegue allí y les ayude a terminar de sacar los fusiles, a armarlos y se los llevó 04, a nosotros nos dejaron como 60 fusiles de esos y ellos se fueron, eso era por ahí uno o dos camionados, yo no se por que yo no vi llegar los camiones, ni lo hicieron conmigo, solamente me llamaron cuando estaban en el área y colaboré con eso y así se lo dije



a la fiscalía y eran fusiles AK 47 de munición 5.56 de fabricación
Búlgara, y si llegaron en abono, si llegaron 14 camiones con armas, eso
no lo se, no creo por que lo que llegó ahí fueron como cuatrocientos
fusiles en esos bultos de urea y esas armas me dijo a mi CASA
CASTAÑO que las había entrado HUMBERTO AGREO, que fue quien
entro esos fusiles de Bulgaria, por que por Buenaventura, entraron
unos en una época y estos que entraron en la urea, ya que si hubo
participación de la empresa en eso, no se, por que esos si venían en la
urea y venían los bultos sellados similarmente a los otros bultos, eso
es lo que yo puedo decir de eso, y es falso cuando esta persona dice
que el alemán, es mas casi no me entero donde no me entero pierdo los
60 fusiles. **PREGUNTADO**: Dice también el testigo, que conoce
también al alemán que en el 2005, estando usted en Mutatá en un
reten de la policía, le hicieron un pare, usted iba en una camioneta, no
se detuvo, y los señores agentes le dispararon y le pegaron un tiro en
el abdomen, luego por este hecho fue trasladado para la ciudad de
Medellín y acá estuvo en una clínica. **CONTESTADO**: Yo vengo del
Chocó y me recoge una camioneta en lomas aisladas en cuarenta me
subo a la camioneta y me traslado a Pavarandó y cuando voy llegando
al casco urbano de Mutatá para esos días había hostilidades en contra
del ejercito que se encontraba en La Llorona y dentro del pueblo
habían hechos varios disparos a la policía, la policía estaba muy tocada
en ese momento en el casco urbano, cuando pasa una primer camioneta
y me confirma, todo tranquilo pase, yo entro a la primera calle del
pueblo, el comando de policía queda ahí, yo tampoco de conchudo me
voy a pasar por el frente de los policías, yo giro a la izquierda, giro a
la derecha, y giro nuevamente a la derecha y salgo nuevamente a la
calle principal cuando voy en el descenso hay un policía extendido y yo
voy a subir, cuando veo que el policía me ve, yo voy de civil, va otro
muchacho y atrás van dos fusileros de civil, yo veo que el coge el
radio, yo les digo ey pendientes, doy la vuelta, cuando bajo, este
muchacho reporta a la moto que estaba haciendo ronda, estaba el
policía que iba manejando y otro que iba en la parte de atrás con fusil,
como estaba como enrarecida la cosa, yo mermo la velocidad para
pasar el policía, yo iba en un carro diesel, y de un lado me salen los dos
policías que acabo de mencionar, pero el policía no me hace pare, y yo
lo veo que se arroja el fusil y me hace como posición de disparo, yo no
le parao y sigo acelerando el carro, e inmediatamente me comienza a
disparar pero como los fusiles de la policía les quitan ráfaga para que



**FISCALIA**

no gasten mucha munición en un ataque, el comienza a dispararme con el fusil desde la moto, los muchachos tratan de reaccionar, pero el los neutralizó a los dos, el les dio a los dos en las manos y en los pies yo estaba con la pistola y le disparo y lo herí en el labio y el le dio 19 disparos a la camioneta, hirió a los dos muchachos y me hirió a mi también y como era en el puente, subo unos 200 metros, volteo a la derecha y llega el carro de los escoltas me estaba esperando en el puente, y los policías, cuando yo le pego el tiro al tipo, ellos se devuelven, giro ahí y me encuentro con los escoltas, y yo ya me estaba sintiendo muy mal, llamaron por radio al medico de la tropa nuestra que estaba en Pavarandó, el se viene en una moto y enseguida, los conchudos estos se vienen 5 motos y un camionado de ejercito a perseguirnos, entonces pasamos el puesto del río sucio, llegando a Chontadural los policías seguían atrás, yo ya había hecho una llamada y ya venia un helicóptero a recibirme y los policías seguían atrás, así que yo le dije a los muchachos, pues ya va tocar matarlos, se monto una emboscada y cuando llego la policía armo la trifulca, les dañaron las motos, yo les dije, pues de todas formas traten de no ir a matar esos muchachos, no salió ninguno de los policías muertos, las motos las dañaron, y los tipos se pararon y se devolvieron, el helicóptero llegó, me recogió, llegué acá a Medellín, normal, me baje del helicóptero, me fui para la clínica Medellín, me hicieron un examen, el medico me dijo usted es el mas de buenas del mundo entero, esa bala le entró le pegó en una costilla y ahí la tiene y no le paso nada entonces yo me fui para la casa de mi hermana y allá le dije a mi hermana, dígale a mi cuñado que me busque un medico que me mire, por que yo no me siento bien y se me bajaba la presión permanentemente, llegó el medico, me reviso y le dijo a mi hermana, llévemelo a la clínica que este muchacho hay que operarlo antes de treinta minutos por que o si no se nos va a morir, el fue cuadró en la clínica Las Américas, me entraron, cuando desperté me dijo que yo era el mas rebuenas del mundo entero, de estas lesiones de 1000 personas se salva una y vos te salvaste, me dañó el diafragma, me reventó el vaso, me pasó el pulmón y el intestino, a mi me hicieron un operativo en la clínica, entonces yo me quede registrado en la clínica dos días con otro nombre y a las dos días me salgo de la clínica y me voy para una casa, esa noche llega la sijin, policía judicial, me iban a matar en esa clínica, pero yo ya no estaba, por que uno se entera de todos esos temas, y entonces yo me fui para Manizales a un apartamento que me consiguieron por allá, me



**FISCALIA**
GENERAL DE LA NACION

tuvieron que volver a operar, por que me dijeron que podía tener un pulmón contaminado, y cuando me estaba recuperando en el cuarto unos manes y unas mujeres con unos revólveres todos viejos, eran de la sijin, me preguntaron que me había pasado, yo les explique, lo que yo había explicado desde aquí, no me pudieron encontrar nada, esa es la historia. **PREGUNTADO:** Cuantas armas aproximadamente ingresaron. **CONTESTADO:** En el Waterloo que yo recibí, entraron 5000 fusiles y tres millones de tiros, y de otros viajes de armas, yo ya se los expliqué a la fiscalía, y esos que entraron en la urea, no se el numero, aproximados 600 o 700 fusiles, por que yo no participe de eso, yo fui donde los estaban sacando de los bultos de urea. **PREGUNTADO:** Ustedes utilizaban gentes de las convivir en el ingreso de estas armas. **CONTESTADO:** Como soy reiterativo, no tengo conocimiento si el grupo de Urabá utilizaba los convivir, o con que gente hicieron lo de la entrada de estas armas, por que en el caso mío a mi me correspondió otra actividad totalmente independiente a la recibida de eso. **PREGUNTADO:** Que conoce usted del grupo de los 20. **CONTESTADO:** Muy famosos, pero no se quien son sus miembros o quienes son. **PREGUNTADO:** Usted recuerda quienes son el grupo de los 8, por quienes están conformados por que familias. **CONTESTO:** No se si el grupo de los 20, sean los mismos del grupo de los 8, pero yo le puedo decir lo que todo el mundo sabe en Urabá, que la industria bananera en Urabá esta en manos de seis, siete u ocho familias, que entres esas esta la familia del gobernador GAVIRIA, los ENRIQUES GALLO, y otra gente que yo no conozco, son los mas mentados por que son familias políticas, que han manejado la política en Urabá, la administración publica y demás, pero como no era zona nuestra, no le puedo decir quien eran los otros, estos son los que mas se conocen. **PREGUNTADO:** Un rubro que utilizaba para las cuentas era C La Tagua, todo lo que se descontaba para los dineros de la financiación, de las cajas de banano exportadas, esa porcentaje iba a una cuenta cuyo rubro, la tenían denominada C. La Tagua, que sabe usted de eso. **CONTESTADO:** Absolutamente nada, como lo he dicho antes, lo que se de ese tema de lo que daban los bananeros, fue por que lo escuche de oída, por que eso no era zona nuestra, no se que es C. La Tagua. **PREGUNTADO:** Otra forma de financiarse el grupo al que usted perteneció, era a través de peajes ilegales. Cómo funcionaban y cuales tenían. **CONTESTADO:** En el norte de Urabá, el estado no arregla las carreteras, y usted en este momento va y no



**FISCALIA**
GENERAL DE LA NACIÓN

tiene como caminar por ellas. Nosotros tuvimos algunos peajes, pero en común acuerdo con la comunidad, para que esas finanzas fueran revertidas en mejoras de la infraestructura vial de los corregimientos y un porcentaje iba a las finanzas nuestras, hubieron peajes en un sitio que se llama Loma de Piedra, que es la carretera que conduce de Necoclí a San Pedro de Urabá, y ese peaje de ahí de la (y), que gira a la izquierda a la comarca y sigue para San Pedro, había un peaje ahí, ese peaje era cien por ciento, esos dineros los recaudaba la junta de acción comunal de Pueblo Nuevo, Brisas del Río, y loma piedra, con que objetivo, cuando llegaba el verano ellos contrataban la cuchilla, la moto niveladora, para que que les raspara la carretera y eso contaba con la tutoría de algún PDS nuestro, para que o se fueran a robar nada, y creo que ahorita ultimo, siguieron cobrando las platicas y construyeron o coofinanciaron un puente para cruzar de brisas del río, al otro lado del río, y creo que lo deben tener en este momento, pero eso es muy normal allá en ese norte, digamos que yo lo institucionalice, si viene el camión a coger plátano, pues que pague un peaje de diez mil pesos y esos diez mil pesos, sirven para tapar el hueco, para que el viaje no se valla a perder, quien pierde es el campesino que pierde las cajitas que mande, en un momento se dañó mucho la carretera entre Turbo y San Juan de Urabá y yo ordene poner un peaje entre el Totumo y Necoclí, que duro un mes, por que ahí ya afectaba los intereses de la oligarquía de Urabá, o sea de los grandes bananeros que entraban su cartón, que entraban la remesa, todo ese tema y además yo recibí algunas quejas y razones de pedro, de que ellos le pagaban a ellos allá, que por que yo les estaba cobrando y que eso les estaba incrementando mucho el costo y yo les dije, si pero la carretera hay que arreglarla, entonces creo que capturaron a uno de los muchachos y los metieron presos, o mataron uno la policía o el ejercito un día por la noche, entonces yo ordene retirarlo, en la zona de Mellito a Mulato había un peaje, ese lo tuvimos mas tiempo por que ese era mas fácil de controlar el cruce de la policía o el ejercito de Arboletes a Necoclí y de Necoclí a Arboletes, que controlar de Turbo a Necoclí, entonces el peaje estuvo mucho mas tiempo e igual se destinaban parte de esos recursos a unas obras de infraestructura vial en las comunidades y lo otro engrosaba las finanzas nuestras. Cuando llegamos a Dabeiba las finanzas nuestras allí eran muy pocas, el comercio estaba acabado, la policía estaba secuestrada en el puesto de policía los bancos habían desaparecido, la

**FISCALIA**

agricultura había decaído, nosotros pusimos un peaje y lo tuvimos mucho tiempo, y ese peaje desapareció en el momento en el que declaramos el cese de hostilidades y ya venía como los últimos cinco o seis meses con muchos problemas, por que el ejercito nos había matado a los muchachos que nos cobraban el peaje. **PREGUNTADO:** Si ustedes se financiaban con estos peajes, explíqueme donde estaban las autoridades de Urabá. **CONTESTADO:** Que hacia la policía de Dabeiba, entre Dabeiba y Uramita, jamás pasaba y si pasaba, pasaba era una fuerza especial por que el temor a que fuera atacado por la guerrilla era miedoso, entonces los policías que salían de permiso de Dabeiba, esos muchachos casi nunca salen, están esos sitios que son de alta peligrosidad, se mantienen semi secuestrados, o cuando pasan varios camiones de policía o ejercito, se salen con el ejercito de esos pueblos en el peaje de Dabeiba, que esta ubicado en una zona que se llama Cajones, usted le mienta cajones a la policía o al ejercito y ahí mismo se le   paran los pelos, nosotros teníamos el peaje allá y teníamos postas, o sea radios desde el pueblo de Uramita y radios desde el pueblo de Dabeiba que nos informaba, vea van dos camiones de la policía o del ejercito, que van para Urabá, si es del caso de Uramita, y cuatro cinco soldados de civil no se van a ir a tomar un peaje de esos, por que saben que esos peajes tienen seguridad, y los muchachos a cada rato le dieron bala al ejercito ahí, que se metían cinco o seis pero por debajo una fuerza especial a darle baja a los muchachos y a robarles la plata, que fue lo que paso ultimo, a los muchachos se les metieron en un camión encarpado, y cuando los muchachos pararon el camión, el que los reportaba de abajo no los había visto, los mataron de una vez, les quitaron la platica y los reportaron, en el caso de San Juan de Urabá, igual, en San Juan había radio y en Necoclí había radio, no podía llegar policía o nada parecido a ese sitio sin ser detectado, eso es lo que le puedo decir de eso, en el chocó no había peajes, en el chocó existía algo, prohibir la sacada del ganados del Chocó a Antioquia, por que el Chocó era libre de aftosa y los ganaderos querían sacar todo el ganado y dejarnos allá cuidando selvas, para 1993, en el Chocó había, 190 mil reces en 204 mil hectáreas que suman los dos municipios de Acandí y Unguía cuando comenzó la confrontación, los ganaderos lo primero que hacen es llevasen el ganado, y a llevárselos para otras tierras, cuando yo me doy cuenta, alguien me dice, comandante usted se va a quedar aquí cuidando que, si se están llevando el ganado, luego le van a decir que

**FISCALIA**

no tienen con que financiarse por que no tienen ganado, entonces yo prohibí la sacada de los ganados hembras aptos para reproducción y cuando yo pare eso habían 50 mil reces, hoy hay 90 mil. **PREGUNTADO:** Con respecto a la financiación por parte de ganaderos, quien era el intermediario para este recaudo y como se tazaba el cobro de esto, a sabiendas que es difícil, ya que lo otro eran cajas y esto es semovientes, como era esa negociación. **CONTESTADO:** Lo primero es que en una época unos lo dieron con beneplácito, el uno daba 10 millones, el otro 3, el otro 2, y después en la medida que se iba avanzando en el proceso de expulsar la guerrilla de la zona entonces después sucedía que los ganaderos no querían dar la plata que habían dado en su momento que tenían el problema, pero cuando el problema se soluciono, entonces ya decían, yo ya no voy a dar, entonces ya nos tocó a nosotros imponerla, y que impusimos un impuesto, y ese impuesto en que consistía, en 10 mil pesos por hectárea para propietarios de mas de 200 hectáreas, que estuvieran utilizándola con semovientes y demás, por que la agricultura nunca, por que esa era de plataneros, el que tenia maizito y yuca, o sea mas pobre, por que de esa sociedad los mas pobres eran los agricultores y lo ganaderos muchos me pusieron denuncias de que los estaba extorsionando y demás, y en el momento que nos desmovilizamos, se paró el cobro de impuestos, quien era el encargado de eso, los comandantes de las diferentes zonas mandaban una persona semestralmente, otros pagaban mensualmente, otros anualmente, pero eso lo manejaba cada uno de los comandantes. **PREGUNTADO:** Estas personas que les pagaban a ustedes, lo hacían por temor, por que se sentían intimidados con ustedes en la región, o eran voluntarios los pagos. **CONTESTADO:** Como explique ahora, donde quiera que iba llegando un grupo de autodefensas que nacía ahí, autodefensas eran todos, hoy siguen siendo en esa región todos autodefensas, lo que pasa hoy es que todo el que fue colaborador o fue auxiliador esta metiendo la cara y todo el mundo esta diciendo a mi me obligaron y yo estoy diciendo lo mismo, si los obligamos a que nos dieran plata por que o si no, no cabrían los presos en la cárcel. **PREGUNTADO:** Sabe usted quien es ALIAS CAMACHO. **CONTESTADO:** Yo creo que lo oí mentar como autodefensa del bananero, yo creo. **PREGUNTADO:** En el frente ARLEX HURTADO, quien era el comandante de ese frente que operaba en Urabá. **CONTESTADO:** Ese no operaba en Turbo, operaba de Currulao a Barranquillita y era del bloque que lideraba



**FISCALIA**
GENERAL DE LA NACIÓN

CEPILLO, COCUYO y PEDRO. **PREGUNTADO:** Que sabe usted de
ese bloque. **CONTESTADO:** Lo que ya le he dicho, no era de
responsabilidad nuestra. **PREGUNTADO:** Usted conoció o escucho de
RAFAEL EMILIO GARCIA, alias EL VIEJO  o alias DON RAFA que
milito en este grupo. **CONTESTADO:** Si yo lo conozco.
**PREGUNTADO:** Dentro de la organización, MAICOL a que bloque
pertenecía. **CONTESTADO:** Lo que yo se de ese muchacho es que
llegó a las autodefensas al grupo Los Tangueros, el con CARLOS,
después de que FIDEL desaparece, que asume CARLOS y VICENTE,
ese muchacho mantiene al lado de ellos, y después lo envían que me
contó EL PRFE y otras personas, lo envían a Urabá a cumplir ordenes
de PEDRO y yo creo que el debió haber trabajado en sus inicios con
VELOSA, creo que trabajó VELOSA, ese muchacho y CEPILLO,
COCUYO, PEDRO, esos eran como los mandos en Urabá, eso es lo que
yo le puedo decir de ese muchacho. **PREGUNTADO:** Usted estuvo en
predios de propiedad de la familia HASBUN. **CONTESTADO:** En
predios, no. **PREGUNTADO:** Conoció fincas de la familia HASBUN.
**CONTESTADO:** No. **PREGUNTADO:** Estuvo en contacto con
personas o con directivas de Chiquita Brands, Uniban, Proban o alguna
otra comercializadora de banano en la región de urabá.
**CONTESTADO:** No, conocí a ninguno de ellos, ni me reuní con
ninguno, por que como lo he dicho no era zona nuestra, uno no se metía
en la zona de la otra gente. **PREGUNTADO:** Tiene usted
conocimiento por que se dice o hay constancia de la misma que el
señor RAUL EMILIO HASBUN MENDOZA, alias PEDRO BONITO, de
los dineros que llegaban a las autodefensas por financiación por parte
de las comercializadoras de banano o de pejes ilegales o las cuotas
exigidas a los ganaderos, iban a las cuentas bancarias personales del
mencionado. **CONTESTADO:** Ya no sabría decirle yo doctora, por
que no tengo conocimiento como manejaban el tema financiero ellos, o
si tenían peajes o si tenían finanzas del comercio, desconozco ese
tema. **PREGUNTADO:** Se entero usted, que las comercializadoras de
banano financiaron a LAS AUC, **CONTESTADO:** Lo que le escuche yo
en su momento a VICENTE CASTAÑO es que ellos recogían unos
centavos de dólar por caja, por intermedio del comandante PEDRO en
Urabá. **PREGUNTADO:** De acuerdo a declaración que se escuchó
ayer por los medios de comunicación, en la versión libre, EVER
VELOSA afirma que entre JORGE 40 y RAUL HASBUN se presento
problemas de los recaudos de los dineros de las comercializadoras,




FISCALIA
GENERAL DE LA NACIÓN

por que este último no daba cuentas claras de él, estamos hablando de
RAUL, o no entregaba los dineros. **CONTESTADO**: Lo que yo le
escuché a DON JORGE que comparto camarote con él, de que como se
cobraba impuesto por caja en Urabá, entonces el señor VICENTE le
mando a PEDRO para que organizaran como cobrarle también a las
bananeras de Santa Marta y por allá, por que eran de las mismas
compañías y que organizara eso ala y que le diera la lata, nunca le dio
plata, sino que se la mantenía en una oficina en Santa Marta, un
apartamento, nunca le dieron nada, o lo que el un día, les dijo vallasen
de aquí que nosotros cobramos la plata directamente, eso es lo que yo
he escuchado de JORGE, sobre ese tema. **PREGUNTADO**: Bajo la
gravedad de juramento, como lo ha venido haciendo durante toda esta
diligencia, manifieste, si usted sabe donde se encuentra en este
momento el señor RAUL EMILIO HASBUN MENDOZA, alias PEDRO
BONITO. **CONTESTADO**: No señora, no se donde se puede ubicar, o
si ha tenido contactos con él, los tuve poquitos cuando estuve en
Urabá, pero mientras he estado aquí, jamás. **PREGUNTADO**: Tiene
algo más para corregir, agregar o enmendar. **CONTESTADO**: Que si
en algún momento se me requiere para aclarar lo que yo conozco de
este tema, que ya lo he dicho en Justicia y Paz y lo he ratificado aquí,
total disposición para eso. No siendo otro el objeto de la presente
diligencia se da por terminada y se firma por quienes en ella
intervinieron.


ALICIA DOMÍNGUEZ HOYOS
Fiscal 29 Especializada


FREDY RENDÓN HERRERA
Declarante


SANDRA MALLELY DUQUE SÁNCHEZ
Asistente de Fiscal III

18