UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-01916-KAM

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

THIS DOCUMENT RELATES TO:

ATS ACTIONS

08-80421-CIV-MARRA
08-80465-CIV-MARRA
08-80508-CIV-MARRA
10-60573-CIV-MARRA
08-80480-CIV-MARRA
_____/

ORDER ON PLAINTIFFS' TIME SENSITIVE
MOTION TO SUSPEND BRIEFING SCHEDULE ON
DEFENDANTS' PENDING MOTIONS TO DISMISS
and
ORDER DIRECTING EXPEDITED BRIEFING ON PLAINTIFFS'
MOTION TO PARTIALLY LIFT DISCOVERY STAY FOR PURPOSE
OF ALLOWING LIMITED *FORUM NON CONVENIENS* DISCOVERY [DE 792]

**THIS CAUSE** is before the court on the plaintiffs' time sensitive motion to suspend the briefing schedule on defendants' pending motions to dismiss under Fed. R. Civ. P. 12(b) (1) and 12(b) (6), combined with a request to partially lift the discovery stay for purpose of allowing limited *forum con conveniens* discovery prior to submission of plaintiffs' responses [DE 792] [DE 793].

Upon consideration, it is **ORDERED AND ADJUIDGED**:

1. The plaintiffs' request to suspend the briefing schedule on defendants' pending motions to dismiss [DE 792]  for the purpose of facilitating a limited discovery

opportunity directed to defendants' factual assertions in support of its motion to dismiss on *forum non conveniens* grounds is **DENIED.** The deadline for submission of plaintiffs' responses in opposition to the defendants' pending motions to dismiss under Rule 12(b)(6) and Rule 12(b)(1) remains set for **JUNE 22, 2015** pursuant to the court's April 28, 2015 order granting plaintiff's request for a 45-day extension of this deadline [DE 786].

2. As to plaintiff's motion to partially lift the existing discovery stay for purposes of allowing limited discovery directed to *forum non conveniens* factual issues [DE 792][DE 793], the defendants are directed to file their response in opposition to the motion, if any, within **FIVE (5) DAYS** from the date of entry of this order. Plaintiffs shall thereafter file their reply within **THREE (3) DAYS** of the filing of defendants' response.

3. This order is without prejudice for plaintiff to seek leave of court to supplement its response in opposition to the defendants' *forum non conveniens* motion with further relevant evidentiary submissions in the event a limited discovery opportunity on this discrete issue is allowed (an issue on which the court expresses no opinion at this time), and, in this event, the court will provide the opposing parties an opportunity to respond to any supplemental submissions before the motion is resolved.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 30th day of April, 2015.

KENNETH A. MARRA
United States District Judge

cc.  All counsel