UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTIONS
_____/

NO. 08-80421-cv-MARRA/JOHNSON
JOHN DOE 1 *et al.*,
        v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al*
_____/

## ATS PLAINTIFFS' COUNSEL PRIVILEGE LOG FOR DOCUMENTS PRODUCED BY PAUL WOLF

In order to assist the Court in reviewing documents provided *in camera* by Chiquita, the ATS Plaintiffs' Counsel provide this privilege log detailing documents produced by Paul Wolf to Chiquita that potentially constitute or divulge protected work product. All claims of work product also incorporate the common interest privilege, to the extent applicable.

Some of these documents appear to be drafts of documents that were later filed, and counsel have not done a line-by-line comparison to determine whether they are identical to the filed documents. Additionally, some documents may have been publicly filed in *Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al.* Case No. 2:11-cv-03695-RDP-TMP (N.D. Ala.) or related cases. However, counsel in this case did not consent to the disclosure of any information protected by applicable work product and common consent doctrines. Therefore, counsel object to the production of such documents in this case.

Some of the documents objected to are not responsive to Chiquita's document requests – for example, a draft complaint from unrelated litigation, and a draft expert declaration from

1

unrelated litigation.

Some of the documents include both privileged and non-privileged material, and could be redacted. We have attempted, in the description of the document, to direct the Court's attention to the privileged material. Two documents, Nos. 26 and 227, include material that could be redacted, but also include non-privileged, confidential information that should be subject to disclosure only under a confidentiality and protective order restricting dissemination to counsel only.

The documents below are identified in the order in which they appear in the document management system of Chiquita's counsel, Covington & Burling. We understand, however, that Chiquita provided the documents to the Court without any identifiers that would enable either the Court or Plaintiffs' counsel to differentiate among the documents produced. We suggest that Chiquita produce the documents to the Court either with identifiers that match them with Plaintiffs' privilege log, or with bates-numbers that would allow the Court and Plaintiffs' counsel to differentiate among the documents.

**PRIVILEGE LOG**

| DOC ID | Date | Author | Recipients | Description | Privileges claimed |
|---|---|---|---|---|---|
| 7 | 12/19/2011 | Prepared for James K. Green's signature | | Working draft of Plaintiffs' Motion to Partially Lift the Stay of Discovery for the Limited Purpose of Permitting Discovery on Issues Related to Defendants' Motion to Dismiss for Forum Non Conveniens and Supporting Memorandum of Law in the Re: Chiquita Brands International, Inc. Alien Tort Statute and Shareholder Derivative Litigation | Work Product |
| 8 | 12/10/2009 | | | Draft of Declaration of Francisco Ostau de Lafont de Leon in Support of Plaintiffs' Response to | Work Product |

| | | | | Defendants' Opening Brief on Limited Remand from Ninth Circuit in *Mujica v Occidental* case. | |
|---|---|---|---|---|---|
| 10 | 07/2011 | | | Draft of MDL Plaintiffs' Counsel Common Interest and Confidentiality Agreement | Work Product |
| 11 | 09/06/2013 | Paul Wolf | | Draft Declaration of Paul David Wolf. Declaration reveals work product communications between MDL Plaintiffs' Counsel; Plaintiffs produced a version in their production which redacted paras. 8-27 | Work Product |
| 14 | 07/15/2011 | Piper Hendricks | Terrence Collingsworth; Christian Levesque | Internal legal memorandum containing attorney mental impressions, legal strategy, research and opinions | Work Product |
| 25 | 07/31/2011; 08/01/2011; 09/23/2011 | Lee Wolosky; Jack Scarola; Douglass Mitchell | Lee Wolosky; Marco Simons; Terrence Collingsworth; Chiquita ATS-all listserve | Series of emails regarding common benefit fees | Work Product |
| 26 | 10/14/2013 | Paul Wolf | | Draft declaration of Paul David Wolf; paragraphs 6-7, 9-10 discuss privileged communications or matters of strategy | Work Product; Bar Complaint confidentiality |
| 41 | 9/6/2013 | Paul Wolf | | Declaration of Paul Wolf containing work product communications among counsel for plaintiffs group; attaches 7/5/2013 email from Terry Collingsworth to Jack Scarola and listserve for counsel for plaintiffs' group; although this may have been filed in the *Drummond* litigation, we understand that it may be subject to claw-back efforts; Plaintiffs produced a version in their production which redacted paras. 8-27 and the text of the email | Work Product |
| 60 | 07/25/2011 | Signed by many MDL counsel | | Confidentiality Agreement regarding "identifying information" | Work Product |
| 61 | 07/2011 | | | Common Interest and Confidentiality Agreement – draft | Work Product |

3

| | | | | | |
|---|---|---|---|---|---|
| 68 | Undated | Paul Wolf | | Appears to be preparatory notes of history of involvement in case and surrounding issue of payment of witnesses | Work Product |
| 83 | 08/26/2012 | Terrence Collingsworth; Jack Scarola | Jack Scarola; James K Green; Chiquita ATS-all listserve | Email between MDL Plaintiffs counsel regarding strategy | Work Product |
| 88 | 07/19/2011 | Mike Hugo | Paul Wolff | Email communication quoting MDL Plaintiffs work product communications. | Work Product |
| 91 | 7/20/2011 | Mike Hugo | Jack Scarola, Chiquita ATS-all listserve | Email communication regarding legal strategy among plaintiffs group | Work Product |
| 92 | 07/27/2011 | Mike Hugo | Jack Scarola; Terry Collingsworth; Chiquita ATS-all listserve | Emails between MDL Plaintiffs' counsel discussing logistics | Work Product |
| 101 | 07/19/2011 | Terrence Collingsworth | Paul Wolf; Chiquita ATS-all listserve | Emails between MDL plaintiffs' counsel revealing attorney mental impressions regarding the ethics of payments to witnesses | Work Product |
| 102 | 7/19/2011 | Paul Wolf | Rick Herz; Terrence Collingsworth; and Chiquita ATS-all listserve | Emails between MDL plaintiffs' counsel | Work product |
| 103 | 7/28/2011 | Jack Scarola | Terry Collingsworth, Paul Wolf, Mike Hugo | Email communication among counsel for plaintiffs group concerning legal strategy and forwarding additional email to plaintiffs' group listserve | Work Product |
| 105 | Undated | | | Draft Common interest and Confidentiality agreement for MDL | Work product |
| 107 | 7/25/2011 | Signed by many MDL counsel | | Confidentiality agreement between Plaintiff Counsels including ERI, Cohen Milstein etc. | Work product |
| 108 | Undated | Signed by many MDL counsel | | Confidentiality agreement between Plaintiff Counsels including ERI, Cohen Milstein etc. | Work product |

4

| 122 | Undated | Paul Wolf | | List of docs related to Drummond case; the following paragraphs in particular divulge or describe confidential MDL counsel communications and strategy: Drummond Binder Volume 1 – Witness Payment Emails paras. 2-16 & 18; Drummond Binder Volume 7 – Scarola Discovery para. 9. | Work product |
|---|---|---|---|---|---|
| 176 | 9/6/2013 | Paul Wolf | | Declaration of Paul Wolf containing work product communications among counsel for plaintiffs group; attaches 7/5/2013 email from Terry Collingsworth to Jack Scarola and listserve for counsel for plaintiffs' group; although this may have been filed in the *Drummond* litigation, we understand that it may be subject to claw-back efforts; Plaintiffs produced a version in their production which redacted paras. 8-27 and the text of the email | Work Product |
| 206 | 07/19/2011 | Terrence Collingsworth | Chiquita ATS-all listserve | Exhibit filed under seal pursuant to *Drummond Co., Inc. v. Collingsworth* No. 2:11-cv-3695-RDP (N.D. Ala.); attaches email discussing ethics of payments to witnesses, and internal legal memorandum described in Doc. 14. | Work Product |
| 215 | 07/19/2011 | Mike Hugo | Paul Wolf | Emails between MDL plaintiffs' counsel revealing attorney mental impressions regarding ethics of payments to witnesses | Work Product |
| 216 | 7/20/2011 | Mike Hugo | Jack Scarola, Chiquita ATS-all listserve | Email communication regarding legal strategy among plaintiffs group | Work Product |
| 217 | 07/27/2011 | Mike Hugo | Jack Scarola; Terry Collingsworth; Chiquita ATS-all listserve | Emails between MDL Plaintiffs' counsel discussing logistics. | Work Product |

5

| 223 | Undated | Paul Wolf; Terrence Collingsworth | | Internal draft memorandum for communication to *Chiquita* clients | Work Product |
|---|---|---|---|---|---|
| 227 | 10/13/2015 | Paul Wolf | Jorge Dopico, Chief Counsel Departmental Disciplinary Committee Supreme Court, Appellate Division First Judicial Department | Submission in confidential bar complaint proceedings; pages 2-4 reveal attorney discussions including MDL Plaintiff's counsel meetings | Work Product; Bar Complaint confidentiality |
| 236 | Undated | | | Notes of plaintiffs' counsel's meeting of March 20, 2008, including confidential discussions | Work product |
| 240 | Undated | | | Draft of Plaintiffs' Motion To Partially Lift The Stay Of Discovery For The Limited Purpose Of Taking Depositions To Preserve Testimony And For The Limited Purpose Of Permitting Discovery To Determine Those Others Whose Testimony Needs To Be Preserved | Work product |
| 280 | 09/2005 | Terry Collingsworth; Dan Stormer | | Draft of class action complaint against Wal-Mart | Work Product |
| 282 | Undated | | | Paras. 2-16 on pages 1-2 divulge or describe confidential MDL plaintiffs' counsel communications | Work Product |
| 284 | 07/19/2011 | Terrence Collingsworth; Paul Wolf | Terrence Collingworth; Paul Wolf; Chiquita ATS-all listserve | Emails between counsel regarding ethics of payments to witnesses | Work Product |
| 285 | 07/19/2011 | Paul Wolf; Rick Herz; Terrence Collingsworth | Paul Wolf; Rick Herz; Terrence Collingsworth; Chiquita ATS-all listserve | Emails between counsel regarding ethics of payments to witnesses and strategy | Work Product |
| 286 | 07/19/2011 | Mike Hugo | Paul Wolf | Email communication quoting MDL Plaintiffs work product communications. | Work Product |

6

| # | Date | From | To | Description | Privilege |
|---|------|------|-----|-------------|-----------|
| 287 | 07/26-07/29/2011 | Jack Scarola; Paul Wolf; Terry Collingsworth; James Green | Jack Scarola; Paul Wolf; Terry Collingsworth; James Green; Chiquita ATS-all listserve | Emails between counsel discussing logistics | Work Product |
| 288 | 08/26/2012 | Terrence Collingworth; Jack Scarola | Terrence Collingworth; Jack Scarola; Chiquita ATS-all listserve | Emails between counsel discussing strategy | Work Product |
| 289 | Undated | | | Draft Plaintiffs' Motion to Partially Lift the Stay of Discovery for the Limited Purpose of Taking Depositions to Preserve Testimony and for the Limited Purpose of Permitting Discovery to Determine Those Others Whose Testimony Needs to be Preserved | Work Product |
| 291 | 08/21/2013 | Paul Wolf | Trey Wells | Emails from discussing communications between MDL Plaintiffs' counsel | Work Product |
| 292 | 06/20/2011 | Paul Wolf; Jack Scarola | Paul Wolf; Jack Scarola | Emails discussing litigation strategy | |
| 293 | Undated | Paul Wolf | | Draft Declaration of Paul David Wolf. Declaration reveals work product communications between MDL Plaintiffs' Counsel. | Work Product |
| 298 | 06/24/2011; 06/28/2011; 06/30/2011; 07/01/2011; | Ben Brown; Paul Wolf; Terrence Collingsworth; Jack Scarola | Ben Brown; Paul Wolf; Terrence Collingsworth; Jack Scarola; Chiquita ATS-all listserve | Emails between MDL Plaintiffs' counsel regarding strategy | Work product |
| 299 | 12/09/2013 | Paul Wolf | | Memorandum in English and Spanish; paras. 2-3 reveal internal attorney communications and strategy | Work Product |
| 303 | 07/05/2011; 06/30/2011; 06/28/2011; | Terrence Collingsworth; Jack Scarola | Terrence Collingsworth; Jack Scarola; William Scherer; Eric Hager; Chiquita ATS-all listserve | Emails between MDL Plaintiffs' counsel regarding strategy | Work product |

7

| 304 | 07/12/2011 | Paul Wolf; Jack Scarola | Jack Scarola; Chiquita ATS-all listserve | Emails between MDL Plaintiffs' counsel regarding strategy | Work product |
|---|---|---|---|---|---|
| 305 | 07/12/2011; 06/23/2011; 06/22/2011 | Jack Scarola; Lee Wolosky; Paul Wolf; Marco Simons; | Jack Scarola; Lee Wolosky; Paul Wolf; Marco Simons; Doug Mitchell; Chiquita ATS-all listserve | Emails between MDL Plaintiffs' counsel regarding strategy | Work product |
| 306 | 07/12/2011 | Jack Scarola | Chiquita ATS-all listserve | Email between MDL Plaintiffs' counsel providing summary of phone conference regarding strategy, reflecting attorneys' mental impressions | Work Product |
| 307 | 07/19/2011 | Terrence Collingsworth | Chiquita ATS-all listserve | Email containing attorney mental impressions, legal strategy, research, and summary contents of an internal legal memorandum that also contains attorney work product (without attachment) | Work Product |
| 308 | 07/19/2011 | Terrence Collingsworth | Chiquita ATS-all listserve | Internal legal memorandum concerning ethics of payments to witnesses attached to email | Work Product |
| 310 | 07/01/2014 | Paul Wolf | | Deposition transcript, partially designated confidential, disclosing confidential documents and discussions | Work product |
| 311 | 07/01/2014 | Paul Wolf | | Deposition transcript, partially designated confidential, disclosing confidential documents and discussions | Work Product |
| 313 | 07/01/2014 | Paul Wolf | | Deposition transcript, partially designated confidential, disclosing confidential documents and discussions | Work product |

Date:   May 8, 2015

Respectfully Submitted,
/s/ Marco Simons
Marco Simons
Richard Herz
**EarthRights International**
1612 K Street N.W., Suite 401
Washington, D.C. 20006
Tel: 202-466-5188
Fax: 202-466-5189

8

John DeLeon, FL Bar No. 650390
jdeleon@chavez-deleon.com
**Law Offices of Chavez-DeLeon**
5975 Sunset Drive, Suite 605
South Miami, FL 33143
Tel: 305-740-5347
Fax: 305-740-5348

Agnieszka M. Fryszman
Benjamin D. Brown
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: 202-408-4600
Fax: 202-408-4634

Paul L. Hoffman
**Schonbrun, Desimone, Seplow,**
 **Harris & Hoffman LLP**
723 Ocean Front Walk
Venice, CA 90291
Tel: 310-396-0731
Fax: 310-399-7040

Judith Brown Chomsky
**Law Offices of Judith Brown Chomsky**
Post Office Box 29726
Elkins Park, PA 19027
Tel: 215-782-8367
Fax: 202-782-8368

Arturo Carrillo
**Colombian Institute of International Law**
5425 Connecticut Ave., N.W., #219
Washington, D.C. 20015
Tel: 202-365-7260
***Counsel for John Doe I Plaintiffs***