UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-1916-MD-MARRA

IN RE CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

**This document relates to:**

**ATS ACTIONS:**

**JOHN DOE 1 et al,**
    plaintiffs,

vs.

**CHIQUITA BRANDS INTERNATIONAL INC., et al.,**    (Case No. 08-80421-KAM)
    defendants.
_____/

**JANE AND JOHN DOES (1-444) et al.,**
    Plaintiffs,

vs.

**CHIQUITA BRANDS INTERNATIONAL, INC., et al.,**    (Case No. 08-80465-KAM)

    **Defendants.**
_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY
DEFENDANT FOLLOWING SUGGESTION OF DEATH OF
DEFENDANT RODERICK M. HILLS, SR.**

**THIS CAUSE** is before the court following submission of a Suggestion of Death submitted March 3, 2015 by the attorneys for defendant Roderick M. Hills, Sr. [DE 725] together with the plaintiffs' corresponding motion, filed June 1, 2015, for the substitution of Carla A. Hills, as Personal Representative of the Estate of Rodrick M. Hills, as a named defendant in the above-

captioned matters pursuant to Fed. R. Civ. P. 25(a)(1) [ECF 813].  As it appears that the motion for substitution was timely made within the 90-day period prescribed by Fed. R. Civ. P. 25(a)(1), and that no party has filed any response in opposition to the motion for substitution, it is

**ORDERED AND ADJUDGED:**

The plaintiffs' motion to substitute Carla A. Hills, as Personal Representative of the Estate of Rodrick M. Hills, as a named defendant in these actions [DE 813] is **GRANTED**, in light of defense counsel's submission of a Suggestion of Death as to the Defendant, Rodrick M. Hills, during the pendency of this action [DE 725], and Carla A. Hills, as Personal Representative of the Estate of Roderick M. Hills, is now substituted as a party defendant in these matters in place of the decedent, Roderick M. Hills.  All further pleadings and papers filed in this cause shall reflect this part substitution.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 30th day of June, 2015.

_____
KENNETH A. MARRA
United States District Judge

cc. All counsel