**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 08-MD-01916 (MARRA/JOHNSON)**

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION

_____/

This Document Relates to:

    ATS ACTIONS

    08-80421-CIV-MARRA
    08-80465-CIV-MARRA
    08-80508-CIV-MARRA

_____

**NOTICE OF FILING OF EXHIBITS TO DEFENDANT CHIQUITA'S TIME-SENSITIVE MOTION TO COMPEL COMPLIANCE WITH THE COURT'S MAY 5 DISCOVERY ORDER, AND REQUEST FOR EXPEDITED BRIEFING SCHEDULE**

Defendants Chiquita Brands International, Inc. and Chiquita Fresh North America LLC

(collectively "Chiquita"), hereby submit the exhibits cited in Defendant Chiquita's Time-

Sensitive Motion to Compel Compliance with the Court's May 5 Discovery Order, and Request

for Expedited Briefing Schedule (D.E. 837, the "Motion"), including the Declaration of Shankar

Duraiswamy (dated July 1, 2015) and exhibits 1-47 thereto.  The exhibits could not be attached

to the Motion itself due to technical difficulties encountered during the electronic filing of the

Motion.

Dated: July 2, 2015                              Respectfully submitted,

John E. Hall                                 /s/ James C. Gavigan, Jr._____
Shankar Duraiswamy                 Sidney A. Stubbs (Fla. Bar No. 095596)
José E. Arvelo                          Robert W. Wilkins (Fla. Bar No. 578721)
COVINGTON & BURLING LLP     James C. Gavigan, Jr. (Fla. Bar No. 0085909)
One CityCenter                        jgavigan@jonesfoster.com
850 Tenth St. NW                     JONES, FOSTER, JOHNSTON & STUBBS,
Washington, D.C. 20001            P.A.
Telephone: (202) 662-6000        505 South Flagler Drive, Suite 1100
Fax: (202) 662-6291                 West Palm Beach, Florida 33401
                                            Telephone: (561) 659-3000
Jonathan M. Sperling               Fax: (561) 650-0412
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone:  (212) 841-1000
Fax:  (212) 841-1010                *Counsel for Chiquita Brands International, Inc.*
                                            *and Chiquita Fresh North America, LLC*


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF on this 2nd day of July, 2015.  I also certify that the foregoing

document is being served this day on all counsel of record registered to receive electronic

Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First

Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance

with the CMO.


       By:   /s/ James C. Gavigan, Jr.
             Fla. Bar No. 0085909