UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

Case No. 08-80421-cv-MARRA/JOHNSON

JOHN DOE 1 *et al.*,
v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*
_____/

Case No. 9:08-cv-80465-KAM DOES (1-144), PEREZES (1-95), PEREZES (96-795),

and Carmen Tulia Cordoba Cuesta, *et al.*
v.
CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*
_____/

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT
CARLA A. HILLS TO REPLY IN SUPPORT OF MOTION TO DISMISS**

IT IS HEREBY STIPULATED by and between the Parties hereto through their undersigned attorneys that Defendant Carla A. Hills may have additional time within which to file and serve her Reply in Support of Motion to Dismiss. ECF Nos. 911, 912. The Parties stipulate to a two-week extension for Defendant's Reply in Support of Motion to Dismiss, modifying the deadline for the time to reply from November 19, 2015 to December 3, 2015.

**IT IS HEREBY SO STIPULATED AND AGREED.**

Dated: November 17, 2015

Respectfully submitted,

/s/ K. LEE BLALACK II
K. LEE BLALACK, II*
Tenn. Bar No. 017261
lblalack@omm.com
ANTON METLITSKY*
N.Y. Bar No. 4383527
ametlitsky@omm.com
DIMITRI D. PORTNOI*
CAL. BAR NO. 282871
dportnoi@omm.com
O'MELVENY &MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)

*Admitted Pro Hac Vice*

AND

Robert D. W. Landon, III
Fla. Bar No. 961272
rlandon@knpa.com
Giselle S. Guerra
Fla. Bar No. 0100600
gguerra@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100, Miami Center
Miami, FL 33131-4327
Telephone:  (305) 373-1000
Facsimile:  (305) 372-1861

Counsel for Defendant Carla A. Hills

/s/ MARCO SIMONS
Marco Simons
Counsel for Plaintiffs John Doe 1 *et al.*
**EarthRights International**
1612 K Street NW #401
Washington, DC 20006
Tel: 202-466-5188

/s/ TERRENCE P. COLLINGSWORTH
Terrence P. Collingsworth

>Counsel for Plaintiffs DOES (1-144), PEREZES (1-95), PEREZES (96-795), and Carmen Tulia Cordoba Cuesta *et al.*
>**Conrad & Scherer, LLP**
>1301 Connecticut Avenue NW, Suite 350
>Washington, D.C. 20036
>Tel: 202-543-4001
>Fax: 866-803-1125

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on November 17, 2015. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008, Joint Counsel List filed in accordance with the CMO.

>/s/ Robert D.W. Landon, III
>Robert D.W. Landon, III