UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTIONS
_____/

08-80421-CIV-MARRA
08-80480-CIV-MARRA
08-80508-CIV-MARRA
10-60573-CIV-MARRA
_____/

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE AND SUPPLEMENTAL EXPERT DECLARATION**

In Plaintiffs' Notice of Newly Discovered Information (DE 946), Plaintiffs submitted an expert declaration and recent news articles about ongoing violence in the areas of Colombia where individual plaintiffs reside and the targeting of persons raising issues of human rights violation relevant to the *forum non conveniens* (FNC) analysis. Defendants responded, DE 956, by filing a new declaration – their own supplemental evidence in addition to responding to Plaintiffs' filing to which Plaintiffs now respond.[1]

1. Defendants' new expert declaration does not support the conclusion that Colombia provides a secure environment for litigation by victims of AUC violence.

    Chiquita has seized upon Plaintiffs' submission of newly discovered evidence as an

---

[1] Defendants raise the possibility of moving to strike Plaintiffs' Notice of Newly Discovered Information. The appropriate remedy for the inclusion of argument in the Notice would be to strike only those portions of the Notice that include argument or alternatively to permit Plaintiffs to refile the same information without argument.

1

opportunity to submit a third declaration from Michael Shifter that does little more than repeat arguments it has already made to this Court in Mr. Shifter's prior declarations. *See* DE 741-5; DE 899-2. Mr. Shifter argues that because plaintiffs are seeking compensation from Chiquita, not the AUC, they are not like the human rights defenders or land claimants who are described in the articles submitted in Plaintiffs' Notice. DE 956-2 ¶ 5. This analysis is incorrect. Plaintiffs are seeking compensation for forced exile, lost homes, lost limbs and lost lives. *See, e.g.*, DE 576 ¶¶ 147-161, 678-692, 1208-1210 (Third Amended Compl. in No. 08-80508). Like the defenders and land claimants described in Plaintiffs' recently filed Notice, Plaintiffs seek redress for the AUC's atrocities from one of the AUC's co-conspirators, Chiquita, which has admitted funding the AUC for a period of more than seven years. Moreover, Mr. Shifter's new declaration suffers from the same flaw as his first two in that he fails to account for Chiquita's plan to implead a wide variety of other, potentially highly dangerous, actors in Colombia's conflict. DE 832 at 18-20 (FNC opp'n).

Mr. Shifter refers to several newspaper articles from Colombia that describe the Colombian military's crackdown on armed groups. DE 956-2 & n. 8. These articles appear to *confirm* rather than repudiate the fact that violence related to armed groups continues in Colombia. Likewise, Mr. Shifter cites an article from *The Economist* to establish that "violence associated with the armed conflict in Colombia is at its lowest level since 1975." DE 956-2 ¶3. But the same article vividly describes some of the difficulties Colombian victims of paramilitary violence have faced seeking restitution, and how some activists who advocate on their behalf have been "killed."[2] Mr. Shifter's repeated assertions that the general crime

---

[2] *The promise of peace,* The Economist, Oct. 31, 2015, *available at* http://www.economist.com/news/special-report/21676955-colombia-close-historic-peaceagreement-will-transform-its-prospects. (Subsection "A Nation of Victims").

statistics in Colombia are improving have little bearing on the dangers that *Plaintiffs* will face if they are compelled to pursue their claims in Colombia. Indeed, reference to such statistics misses the point altogether. The issue before the Court is not whether Colombia generally is safer than it was 20 years ago but whether it is currently an adequate forum for Plaintiffs to pursue *these* claims. *See, e.g.*, *Ceramic Corp. of Am. v. Inka Maritime Corp. Inc.*, 1 F.3d 947, 949-50 (9th Cir. 1993); *Norex Petroleum Ltd v. Access Industries Inc.*, 416 F.3d 146, 158-59 (2d Cir. 2008).

2. <u>Newspaper articles are proper sources of information regarding country conditions</u>

Defendants did not previously object to Plaintiffs' reliance on newspaper articles, and courts have repeatedly considered newspaper articles to inform their analysis of FNC motions. *See, e.g., Delgado v. Shell Oil Co.*, 890 F. Supp. 1324, 1357 (S.D. Tex. 1995) (court deciding FNC motion considered "news articles" to be "relevant"), *aff'd*, 231 F.3d 165 (5th Cir. 2000). *See also*, *Banco Mercantil, S.A. v. Hernandez Arencibia*, 927 F. Supp. 565, 567 (D.P.R. 1996); *Martinez v. White*, 492 F. Supp. 2d 1186, 1192 (N.D. Cal. 2007). Contemporaneous articles are accepted because they provide the court with updates about country conditions in the proposed alternative forum. *See Jakaj v. United States Dept. of Justice*, 164 Fed. Appx. 27, 28 (2d Cir. 2006). Indeed, in one case a district court faulted the undersigned Plaintiffs' counsel for *not* submitting current newspaper articles in opposing FNC dismissal, *see Carijano v. Occidental Petroleum Corp.*, 548 F. Supp. 2d 823, 832 (C.D. Cal. 2008); although that dismissal was reversed on appeal, *see* 643 F.3d 1216 (9th Cir. 2011), the Court of Appeals did not suggest that consideration of news articles is improper.

CONCLUSION

For the reasons set forth above, this Court should consider both Plaintiffs' Notice of Newly Discovered Facts and the Expert Declaration submitted by Defendants and conclude

that Colombia is an inadequate forum for Plaintiffs' claim against Defendants.

Dated: December 23, 2015 Respectfully submitted,

  /s/ *Marco Simons*

Marco Simons
Richard Herz
Jonathan Kaufman
Marissa Vahlsing
Michelle Harrison
Sean Powers
**EarthRights International**
1612 K Street N.W., Suite 401
Washington, D.C. 20006
Tel: 202-466-5188
Fax: 202-466-5189

Agnieszka M. Fryszman
Benjamin D. Brown
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: 202-408-4600
Fax: 202-408-4699

Paul L. Hoffman
**Schonbrun, Desimone, Seplow,**
**Harris, Hoffman & Harrison LLP**
723 Ocean Front Walk
Venice, CA 90291
Tel: 310-396-0731
Fax: 310-399-7040

Judith Brown Chomsky
**Law Offices of Judith Brown Chomsky**
Post Office Box 29726
Elkins Park, PA 19027
Tel: 215-782-8367
Fax: 202-782-8368

Arturo Carrillo
**Colombian Institute of International Law**
5425 Connecticut Ave., N.W., #219
Washington, D.C. 20015
Tel: 202-365-7260
Fax: 202-994-4946

4

**Counsel for John Doe I Plaintiffs, original docket number:  9:08-cv-80421-KAM**

James K. Green, FL Bar No. 229466
**James K. Green, P.A.**
Esperante, Suite 1650
222 Lakeview Ave.
West Palm Beach, FL  33401
Tel:  561-659-2029
Fax:  561-655-1357

Jack Scarola, FL Bar No. 169440
William B. King, FL Bar No. 181773
**Searcy Denney Scarola Barnhart & Shipley, P.A.**
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL  33402
Tel:  561-686-6300
Fax:  561-478-0754

**Counsel for Plaintiffs Jose and Josefa Lopez Nos. 1 through 116, original docket number:  9:08-cv-80508-KAM**

Jonathan C. Reiter
**Law Firm of Jonathan C. Reiter**
350 Fifth Avenue, Suite 2811
New York, NY  10118
Tel:  212-736-0979
Fax:  212-268-5297

Ronald S. Guralnick, FL Bar No. 111476
**Ronald Guralnick, P.A.**
Bank of America Tower at
International Place
100 S.E. 2d Street, Suite 3300
Miami, FL  33131
Tel:  305-373-0066
Fax:  305-373-1387

**Counsel for Plaintiffs Juan/Juana Does 1-888 (previous caption), now captioned as Sara Matilde Moreno Manjarres et al. v. Chiquita Brands International, Inc., Case No. 9:08-cv-80480, (Southern District of New York)**

5

Sigrid S. McCawley
**Boes, Schiller & Flexner LLP**
401 East Las Olas Blvd., Suite 1200
Ford Lauderdale, FL  33301
Tel:  954-356-0011
Fax:  954-356-0022

Douglass A. Mitchell
**Boies, Schiller & Flexner LLP**
300 South Fourth Street
Suite 800
Las Vegas, Nevada  89101
Tel: 702-382-7300
Fax: 702-382-2755

**Counsel for Plaintiffs Angela Maria Henao Montes, et al., original docket number 1:10-cv-60573-KAM**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on December 23, 2015. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008, Joint Counsel List filed in accordance with the CMO.

　　　　　　　　　　　　　　　　　　　　　　/s/*Marco Simons*
　　　　　　　　　　　　　　　　　　　　　Marco Simons
　　　　　　　　　　　　　　　　　　　　　marco@earthrights.org
　　　　　　　　　　　　　　　　　　　　　**EarthRights International**
　　　　　　　　　　　　　　　　　　　　　1612 K Street N.W., Suite 401
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　Tel: 202-466-5188
　　　　　　　　　　　　　　　　　　　　　Fax: 202-466-5189