# Exhibit 2

From: "Brown, Ben" <bbrown@cohenmilstein.com>
Subject: RE: [Chiquita-ATS-all] Re: Rule 26 meet and confer
Date: Fri, July 1, 2011 1:38 pm
To: "'Paul Wolf'" <paulwolf@icdc.com>,"chiquita-ats-all@googlegroups.com" <chiquita-ats-all@googlegroups.com>

Let's be clear. We agreed as a group that we would carefully research what steps we could take to protect witnesses and their families from retaliation if they are willing to tell the truth about the terrorists and the atrocities at issue. We have no reason to believe that any witnesses have been "tainted" or that any improper activities have occurred. We need to work together on this issue to ensure that we are best protecting our clients' interests while adhering to the letter and the spirit of any and all ethical and legal principles. Let's be sure this issue is on the agenda at our next meeting.

-----Original Message-----
From: chiquita-ats-all@googlegroups.com [mailto:chiquita-ats-all@googlegroups.com]
On Behalf Of Paul Wolf
Sent: Friday, July 01, 2011 10:34 AM
To: chiquita-ats-all@googlegroups.com
Subject: Re: [Chiquita-ATS-all] Re: Rule 26 meet and confer

I'm concerned that Raul Hasbun has already been tainted as a witness and wish we could get this under control. In the meeting minutes it says we're supposed to get a report on what compensation has already been paid / promised to Hasbun and his lawyer, and an ethics opinion.

Someone from El Aleman's group contacted us again and he wants me to meet with him in Itagui for some reason. I dont know what he wants. I think we need to coordinate these kinds of meetings with AUC commanders and stop working independently.

Paul

> ----- Original Message -----
> From: Terrence Collingsworth <TCollingsworth@conradscherer.com>
> To: Terrence Collingsworth <tc@iradvocates.org>; Jack Scarola;
> chiquita-ats-all@googlegroups.com <chiquita-ats-all@googlegroups.com>
> Cc: William R. Scherer <WScherer@conradscherer.com>
> Sent: Thu Jun 30 23:04:45 2011
> Subject: Rule 26 meet and confer
>
>
>
>
>
> .
>
> :
>
> :               REDACTED
> :

>
>
>
> .
> :

http://webmail.icdc.com/webmail/src/printer_friendly_bottom.php?passed_ent_id=0&mail... 8/27/2013