# Exhibit B

# Paul Wolf

### Attorney at Law

PO Box 46213, Denver CO 80201
Tel. (202) 431-6986, paulwolf@iyahoo.com

July 8, 2017

General Counsel, Room 5890
Department of Commerce
Washington, D. C. 20230

**Re: In Re Chiquita Brands International, Inc.**

### TOUHY REQUEST - DEMAND FOR TESTIMONY

This is a request to take the deposition of Special Agent Christopher Tafe, who was a key investigator in a federal criminal case against Chiquita Brands International, Inc. In March of 2007, Chiquita pled guilty to engaging in financial transactions with a specially designated terrorist in Case # 07-cr-0055 in D.C. District Court. I represent more than two thousand families of Colombians murdered by the terrorists in Multi District Litigation proceedings in the Southern District of Florida, in case 08-1916-MD-MARRA.

SA Tafe's testimony is needed to explain the documentary evidence upon which the criminal prosecution was based, and which was produced to the plaintiffs by Chiquita in our civil case. The United States is not a party to the civil case.

Attached is a Declaration explaining the scope of the proposed testimony. Also attached is a Department of Justice Press Release Commending Agent Tafe for his work on the Chiquita case. I am glad to accomodate Agent Tafe's schedule and take the

deposition at a location convenient for him.  Please be in contact if there is any further information you need to respond to this request.

        Sincerely,

        _____
        Paul Wolf, CO Bar 42107
        *Plaintiffs Attorney in Chiquita case*

cc: U.S. Attorney Channing Phillips, AUSA Jonathan Mathis

**Declaration of Paul Wolf, Esq. in Support of Touhy
Request to take deposition of SA Christopher Tafe**

Paul Wolf, hereby declares under penalty of perjury:

1. I am an attorney licensed in the District of Columbia (#480285) and Colorado (#42107). I am counsel of record for more than 2000 families bringing wrongful death claims against Chiquita Brands International, Inc., in case 08-1916-MD-MARRA in the U.S. District Court for the Southern District of Florida.

2. In addition to myself, there are six other groups of plaintiffs represented by different attorneys, and about a dozen individual defendants, some of whom have their own attorneys.

3. This mass tort case is set for trial to begin on October 28, 2019, when a dozen bellwether cases will be tried. The parties are engaged in discovery now.

4. This civil case is largely based on Chiquita's guilty plea in U.S. v. Chiquita Brands, 07-cr-0055 (DDC). Chiquita pled guilty to engaging in financial transactions with a specially desginated terrorist, the Autodefensas Unidas de Colombia, or AUC.

5. Special Agent Christopher Tafe was one of the key individuals involved in this prosecution, which was the result of a joint investigation of the Department of Commerce and ICE. He was congradulated for his work on the case in a March 19, 2007 Department of Justice Press Release. See Attached Exhibit A

6. SA Tafe's testimony is needed to understand the evidence that led Chiquita Brands to decide to plead guilty. Chiquita used numerous methods to disguise the payments to this terrorist group as legitimate payments for security services. They kept two sets of books, and in addition to paying front companies, paid bonuses to the

management of their Colombian subsidiary, which were then used to pay the terrorists. The evidence proving Chiquita's guilt is not obvious or easy to understand. It is based on Agent Tafe's own work.

7.  Counsel will travel to whatever location is convenient for SA Tafe and accomodate his schedule.

8.  Counsel will also want to call Agent Tafe as a witness at trial, which begins on October 28, 2019.

Signed this 8th day of July 2017.

_____
Paul Wolf, CO Bar #42107

# PAUL WOLF

### ATTORNEY AT LAW

PO Box 46213, Denver CO 80201
Tel. (202) 431-6986, paulwolf@iyahoo.com

July 8, 2017

Office of General Counsel
Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**Re: In Re Chiquita Brands International, Inc.**

### TOUHY REQUEST - DEMAND FOR TESTIMONY

This is a request to take the deposition of Special Agent Theodore Schmitz (ICE), who was a key investigator in a federal criminal case against Chiquita Brands International, Inc. In March of 2007, Chiquita pled guilty in to engaging in financial transactions with a specially designated terrorist, in Case # 07-cr-0055 in D.C. District Court. I represent more than two thousand families of Colombians murdered by the terrorists in Multi District Litigation proceedings in the Southern District of Florida, in case 08-1916-MD-MARRA.

SA Schmitz' testimony is needed to explain the documentary evidence upon which the criminal prosecution was based, and which was produced to the plaintiffs by Chiquita in our civil case. The United States is not a party to the civil case.

Attached is a Declaration explaining the scope of the proposed testimony. Also attached is a Department of Justice Press Release Commending Agent Schmitz for his work on the Chiquita case. I am glad to accomodate Agent Schmitz' schedule and take

the deposition at a location convenient for him.  Please be in contact if there is any further information you need to respond to this request.

        Sincerely,

        _____
        Paul Wolf, CO Bar 42107
        *Plaintiffs Attorney in Chiquita case*

cc: US Attorney Channing Phillips, AUSA Jonathan Mathis

July 8, 2017

**Declaration of Paul Wolf, Esq. in Support of Touhy
Request to take deposition of SA Theodore Schmitz**

Paul Wolf, hereby declares under penalty of perjury:

1. I am an attorney licensed in the District of Columbia (#480285) and Colorado (#42107). I am counsel of record for more than 2000 families bringing wrongful death claims against Chiquita Brands International, Inc., in case 08-1916-MD-MARRA in the U.S. District Court for the Southern District of Florida.

2. In addition to myself, there are six other groups of plaintiffs represented by different attorneys, and about a dozen individual defendants, some of whom have their own attorneys.

3. This mass tort case is set for trial to begin on October 28, 2019, when a dozen bellwether cases will be tried. The parties are engaged in discovery now.

4. This civil case is largely based on Chiquita's guilty plea in U.S. v. Chiquita Brands, 07-cr-0055 (DDC). Chiquita pled guilty to engaging in financial transactions with a specially desginated terrorist, the Autodefensas Unidas de Colombia, or AUC.

5. Special Agent Christopher Schmitz was one of the key individuals involved in this prosecution, which was the result of a joint investigation of the Department of Commerce and ICE. He was congradulated for his work on the case in a March 19, 2007 Department of Justice Press Release. See Attached Exhibit A

6. SA Schmitz's testimony is needed to understand the evidence that led Chiquita Brands to decide to plead guilty. Chiquita used numerous methods to disguise the payments to this terrorist group as legitimate payments for security services. They kept two sets of books, and in addition to paying front companies, paid bonuses to the

management of their Colombian subsidiary, which were then used to pay the terrorists. The evidence proving Chiquita's guilt is not obvious or easy to understand. It is based on Agent Schmitz' own work.

7.      Counsel will travel to whatever location is convenient for SA Schmitz and accomodate his schedule.

8.      Counsel will also want to call Agent Schmitz as a witness at trial, which begins on October 28, 2019.

Signed this 8th day of July 2017.

_____
Paul Wolf, CO Bar #42107

# Paul Wolf

### Attorney at Law

PO Box 46213, Denver CO 80201
Tel. (202) 431-6986, paulwolf@iyahoo.com

Kenneth A. Blanco
Acting Assistant Attorney General, Criminal Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

July 8, 2017

**Re: In Re Chiquita Brands International, Inc.**

### TOUHY REQUEST - DEMAND FOR TESTIMONY

This is a request to take the deposition of Michael Chertoff, who is a key witness in a civil case against Chiquita Brands International, Inc. In March of 2007, Chiquita pled guilty to engaging in financial transactions with a specially designated terrorist in Case # 07-cr-0055 in D.C. District Court. I represent more than two thousand families of Colombians murdered by the terrorists in Multi District Litigation proceedings in the Southern District of Florida, in case 08-1916-MD-MARRA.

In April of 2003, Mr. Chertoff met with Roderick Hills and other representatives of Chiquita Brands to discuss that company's payments to the Autodefensas Unidas de Colombia (AUC), which was (and still is) a specially-designated terrorist organization. At the time, Mr. Chertoff was Assistant Attorney General in charge of the Criminal Division of the U.S. Department of Justice. He is now a partner at Covington & Burling, LLP, which until recently was counsel for Defendant Chiquita Brands in the above-mentioned criminal and civil cases.

Mr. Chertoff's testimony is needed to resolve a factual dispute over whether Mr. Chertoff indicated the Department of Justice would overlook Chiquita's payments, or whether if, in this meeting, Chiquita confessed to a serious crime. According to Chiquita, their representatives left this meeting under the impression that the Department of Justice had somehow condoned what they were doing. Nevertheless, Chiquita was prosecuted for this conduct and pled guilty. The documentary evidence from the criminal prosecution was also produced to the plaintiffs by Chiquita in our civil case. The United States is not a party to the civil case.

Attached is a Declaration explaining the scope of the proposed testimony. I am glad to accomodate Mr. Chertoff's schedule and take the deposition at a location convenient for him. Please be in contact if there is any further information you need to respond to this request.

Sincerely,

_____
Paul Wolf, CO Bar 42107
*Plaintiffs Attorney in Chiquita case*

cc: U.S. Attorney Channing Phillips, AUSA Jonathan Mathis

**Declaration of Paul Wolf, Esq. in Support of Touhy
Request to take deposition of Michael Chertoff**

Paul Wolf, hereby declares under penalty of perjury:

1.      I am an attorney licensed in the District of Columbia (#480285) and Colorado (#42107).  I am counsel of record for more than 2000 families bringing wrongful death claims against Chiquita Brands International, Inc., in case 08-1916-MD-MARRA in the U.S. District Court for the Southern District of Florida.

2.      In addition to myself, there are six other groups of plaintiffs represented by different attorneys, and about a dozen individual defendants, some of whom have their own attorneys.

3.      This mass tort case is set for trial to begin on October 28, 2019, when a dozen bellwether cases will be tried. The parties are engaged in discovery now.

4.      This civil case is largely based on Chiquita's guilty plea in U.S. v. Chiquita Brands, 07-cr-0055 (DDC).  Chiquita pled guilty to engaging in financial transactions with a specially desginated terrorist, the Autodefensas Unidas de Colombia, or AUC.

5.      In April of 2003, Michael Chertoff met with Roderick Hills and other representatives of Chiquita Brands to discuss that company's payments to the Autodefensas Unidas de Colombia (AUC), which was (and still is) a specially-designated terrorist organization.

6.      At the time, Mr. Chertoff was Assistant Attorney General in charge of the Criminal Division of the U.S. Department of Justice.  He is now a partner at Covington & Burling, LLP, which until recently was counsel for Defendant Chiquita Brands in the above-mentioned criminal and civil cases.

7. Mr. Chertoff's testimony is needed to resolve a factual dispute over whether Mr. Chertoff indicated the Department would overlook Chiquita's payments, or whether if, in this meeting, Chiquita confessed to a serious crime. According to Chiquita, their representatives left this meeting under the impression that the Department of Justice had somehow condoned what they were doing. Nevertheless, Chiquita was prosecuted for this conduct and pled guilty.

8. Counsel will travel to whatever location is convenient for Mr. Chertoff and accomodate his schedule.

8. Counsel will also want to call Mr. Chertoff as a witness at trial, which begins on October 28, 2019.

Signed this 8th day of July 2017.

                                                                                                        _____

                                                                                                   Paul Wolf, CO Bar #42107