IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____

This Document Relates To:

ATS ACTION
_____

     Case No. 9:08-cv-80421-KAM

JOHN DOE 1, et al.

               Plaintiffs,

    vs.

CHIQUITA BRANDS INTERNATIONAL, INC., et al.

               Defendants.
_____

## ORDER

THIS CAUSE is before the Court on Individual Defendants Robert Kistinger, Robert Olson, and William Tsacalis's Consent Motion for Setting Date for Answer in the above-captioned ATS Action. Having considered said motion, it is ORDERED AND ADJUDGED that the motion is GRANTED. Defendants Kistinger, Olson, and Tsacalis shall have until March 23, 2018 to file their respective answers in this case.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 28th day of February, 2018.

                                              KENNETH A. MARRA
                                              United States District Judge