**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 08-01916-MD-MARRA/JOHNSON**

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION

_____ /

This Document relates to:

Case No. 9:08-cv-80465-KAM

DOES (1-144) and PEREZES (1-95)

                    Plaintiffs,

v.

CHIQUITA BRANDS INTERNATIONAL, INC. ET AL

                    Defendants.

_____ /

## DEFENDANT CHARLES KEISER'S ANSWER TO THE THIRD AMENDED COMPLAINT

      Defendant Charles Keiser ("Keiser"), for his answer to the Third Amended Complaint in this action dated September 24, 2012 (D.E. # 575) ("Complaint"), states as follows:

      The first unnumbered paragraph of the Complaint sets forth information about the Complaint, and does not require a response.  To the extent a response is required, Keiser denies the allegations of that paragraph, except admits that Plaintiffs amended their First Amended Complaint in response to this Court's June 3, 2011 Opinion and Order, and admits that Plaintiffs amended their Second Amended Complaint pursuant to this Court's March 27, 2012 Order Granting in Part and Denying in Part Plaintiffs' Motion for Reconsideration.

**AS TO THE SECTION ENTITLED "INTRODUCTION"**

1.       Keiser denies the allegations in the last sentence of Paragraph 1, except admits that C.I. Bananos de Exportación, S.A. ("Banadex") was a wholly-owned subsidiary of Chiquita.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 1, except denies that Defendants provided material support to terrorist groups, and admits that Plaintiffs purport to bring this action against Defendants for equitable relief and damages.

2.       Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2, except denies that the street and postal address of its headquarters is 250 East Fifth Street, Cincinnati, Ohio 45202.

3.       Keiser denies the allegations in the first sentence of Paragraph 3 that he "work[ed] in conjunction" with "paramilitaries and other terrorist groups[.]"  Keiser further denies the allegations in the last sentence of Paragraph 3. Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 3, except admits that Plaintiffs purport to bring this case under the Alien Tort Statute (ATS), Torture Victim Protection Act (TVPA), 28 U.S.C. § 1350, and state tort law.

4.       Keiser denies the allegations in the first and third sentences of Paragraph 4, except admits that the Autodefensas Unidas de Colombia ("AUC") was designated as a Foreign Terrorist Organization by the Bush Administration in 2001.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 4, except admits that the AUC engaged in violence and illegal activities.

5.       Keiser admits that Banadex for a time paid money, in response to threats and extortion demands, to the Revolutionary Armed Forces of Colombia ("FARC") and the National Liberation

Army ("ELN"), both violent, left-wing groups that, in October 1997, were designated as Foreign Terrorist Organizations.  Keiser further admits that Chiquita's former Colombian subsidiary made extortion payments to other leftist guerrilla groups.  The last sentence of Paragraph 5 sets forth a legal assertion that does not require a response.  Keiser otherwise denies the allegations of Paragraph 5.

6.      Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 6.

7.      Keiser denies the allegations in the fifth sentence of Paragraph 7.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 7.

8.      The first sentench of Paragraph 8 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations in the first sentence of Paragraph 8.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations in the remainder of Paragraph 8, , except admits that Chiquita sold its Colombian subsidiary, Banadex, in June 2004 and no longer owns any production operation in Colombia.

9.      Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 9.

10.      Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 10.

11.      Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 11.

12.      Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 12, except denies that he "support[ed] the AUC[.]"

13.     Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 13.

14.     Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 14, except admits that a report by Human Rights Watch titled *Paramilitary Heirs, the New Face of Violence* says what the report says, which report speaks for itself.

15.     Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 15.

## AS TO THE SECTION ENTITLED "<u>JURISDICTION AND VENUE</u>"

16.     Paragraph 16 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 16, except admits that Plaintiffs purport to bring this action pursuant to 28 U.S.C. §§ 1331, 1350 and 1367.

17.     Paragraph 17 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 17, except admits that his principal place of residence is in the United States and that Plaintiffs also purport to bring this action pursuant to 28 U.S.C. § 1332(a)(2).

18.     Keiser denies that Chiquita's principal place of business is in Ohio.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 18, except admits that Chiquita has operations of some sort in most of the United States and imports produce through various U.S. ports.

19.     Paragraph 19 sets forth a legal assertion regarding venue and does not require a response. To the extent a response is required, Keiser denies the allegations of Paragraph 19.

### AS TO THE SECTION ENTITLED "<u>PARTIES</u>"

### As to the Subsection Entitled "Plaintiffs"

20.     Keiser denies the allegations of Paragraph 20 to the extent they relate to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 20.

21.     Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 21, except admits that plaintiffs were added to the First and Third Amended Complaints.

22.     Keiser is without knowledge or information sufficient to admit or deny the allegations in the first sentence of Paragraph 22.  Keiser otherwise denies the allegations of Paragraph 22.

23. — 195.     The allegations of Paragraphs 23 through 195 do not relate to Keiser.  To the extent they do in any way, in response to Paragraphs 23 through 195, Keiser denies that the AUC, the paramilitaries, and/or guerrilla groups, including but not limited to the FARC and the ELN, "received support from" him while he worked for Chiquita's Colombian subsidiaries.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraphs 23 through 195.

196.     The allegations of Paragraph 196 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 196.

197.     The allegations of Paragraph 197 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of

Paragraph 197.

198.     The allegations of Paragraph 198 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 198.

199.     The allegations of Paragraph 199 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 199.

200.     The allegations of Paragraph 200 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 200.

201.     The allegations of Paragraph 201 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 201.

202.     The allegations of Paragraph 202 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 202.

203.     The allegations of Paragraph 203 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is

otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 203.

204.    The allegations of Paragraph 204 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 204.

205.    The allegations of Paragraph 205 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 205.

206.    The allegations of Paragraph 206 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 206.

207.    The allegations of Paragraph 207 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 207.

208.    The allegations of Paragraph 208 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 208.

209.    The allegations of Paragraph 209 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC

and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 209.

210.    The allegations of Paragraph 210 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 210.

211.    The allegations of Paragraph 211 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 211.

212.    The allegations of Paragraph 212 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 212.

213.    The allegations of Paragraph 213 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 213.

214.    The allegations of Paragraph 214 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 214.

215.    The allegations of Paragraph 215 do not relate to Keiser.  To the extent they do in any

way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC. Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 215.

216.     The allegations of Paragraph 216 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 216.

217.     The allegations of Paragraph 217 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC. Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 217.

218.     The allegations of Paragraph 218 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 218.

219.     The allegations of Paragraph 219 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC. Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 219.

220.     The allegations of Paragraph 220 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 220.

221.    The allegations of Paragraph 221 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 221.

222.    The allegations of Paragraph 222 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 222.

223.    The allegations of Paragraph 223 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 223.

224.    The allegations of Paragraph 224 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 224.

225.    The allegations of Paragraph 225 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 225.

226.    The allegations of Paragraph 226 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations

of Paragraph 226.

227.    The allegations of Paragraph 227 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 227.

228.    The allegations of Paragraph 228 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 228.

229.    The allegations of Paragraph 229 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 229.

230.    The allegations of Paragraph 230 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 230.

231.    The allegations of Paragraph 231 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 231.

232.    The allegations of Paragraph 232 do not relate to Keiser.  To the extent a response is

required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 232.

233.    The allegations of Paragraph 233 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 233.

234.    The allegations of Paragraph 234 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 234.

235.    The allegations of Paragraph 235 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 235.

236.    The allegations of Paragraph 236 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 236.

237.    The allegations of Paragraph 237 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 237.

238.     The allegations of Paragraph 238 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 238.

239.     The allegations of Paragraph 239 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the ELN. Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 239.

240.     The allegations of Paragraph 240 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 240.

241.     The allegations of Paragraph 241 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 241.

242.     The allegations of Paragraph 242 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 242.

243.     The allegations of Paragraph 243 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 243.

244.    The allegations of Paragraph 244 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 244.

245.    The allegations of Paragraph 245 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 245.

246.    The allegations of Paragraph 246 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 246.

247.    The allegations of Paragraph 247 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 247.

248.    The allegations of Paragraph 248 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 248.

249.    The allegations of Paragraph 249 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 249.

250.    The allegations of Paragraph 250 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 250.

251.    The allegations of Paragraph 251 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 251.

252.    The allegations of Paragraph 252 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 252.

253.    The allegations of Paragraph 253 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 253.

254.    The allegations of Paragraph 254 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 254.

255.    The allegations of Paragraph 255 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of

Paragraph 255.

256.    The allegations of Paragraph 256 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 256.

257.    The allegations of Paragraph 257 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 257.

258.    The allegations of Paragraph 258 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 258.

259.    The allegations of Paragraph 259 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 259.

260.    The allegations of Paragraph 260 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 260.

261.    The allegations of Paragraph 261 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is

otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 261.

262.    The allegations of Paragraph 262 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 262.

263.    The allegations of Paragraph 263 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 263.

264.    The allegations of Paragraph 264 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 264.

265.    The allegations of Paragraph 265 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 265.

266.    The allegations of Paragraph 266 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 266.

267.    The allegations of Paragraph 267 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations

of Paragraph 267.

268.    The allegations of Paragraph 268 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 268.

269.    The allegations of Paragraph 269 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 269.

270.    The allegations of Paragraph 270 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 270.

271.    The allegations of Paragraph 271 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 271.

272.    The allegations of Paragraph 272 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 272.

273.    The allegations of Paragraph 273 do not relate to Keiser.  To the extent a response is

required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 273.

274.    The allegations of Paragraph 274 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 274.

275.    The allegations of Paragraph 275 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 275.

276.    The allegations of Paragraph 276 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 276.

277.    The allegations of Paragraph 277 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 277.

278.    The allegations of Paragraph 278 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 278.

279.    The allegations of Paragraph 279 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 279.

280.    The allegations of Paragraph 280 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 280.

281.    The allegations of Paragraph 281 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 281.

282.    The allegations of Paragraph 282 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 282.

283.    The allegations of Paragraph 283 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 283.

284.    The allegations of Paragraph 284 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of

Paragraph 284.

285.    The allegations of Paragraph 285 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 285.

286.    The allegations of Paragraph 286 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 286.

287.    The allegations of Paragraph 287 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 287.

288.    The allegations of Paragraph 288 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 288.

289.    The allegations of Paragraph 289 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 289.

290.    The allegations of Paragraph 290 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is

otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 290.

291.    The allegations of Paragraph 291 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 291.

292.    The allegations of Paragraph 292 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 292.

293.    The allegations of Paragraph 293 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 293.

294.    The allegations of Paragraph 294 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 294.

295.    The allegations of Paragraph 295 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 295.

296.    The allegations of Paragraph 296 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC

and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 296.

297.    The allegations of Paragraph 297 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 297.

298.    The allegations of Paragraph 298 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 298.

299.    The allegations of Paragraph 299 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 299.

300.    The allegations of Paragraph 300 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 300.

301.    The allegations of Paragraph 301 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 301.

302.    The allegations of Paragraph 302 do not relate to Keiser.  To the extent they do in any

way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 302.

303.    The allegations of Paragraph 303 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 303.

304.    The allegations of Paragraph 304 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 304.

305.    The allegations of Paragraph 305 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 305.

306.    The allegations of Paragraph 306 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations ofParagraph 306.

307.    The allegations of Paragraph 307 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 307.

308.    The allegations of Paragraph 308 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 308.

309.    The allegations of Paragraph 309 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 309.

310.    The allegations of Paragraph 310 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 310.

311.    The allegations of Paragraph 311 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 311.

312.    The allegations of Paragraph 312 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 312.

313.    The allegations of Paragraph 313 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations

of Paragraph 313.

314.    The allegations of Paragraph 314 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 314

315.    The allegations of Paragraph 315 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 315.

316.    The allegations of Paragraph 316 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 316.

317.    The allegations of Paragraph 317 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 317.

318.    The allegations of Paragraph 318 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 318.

319.    The allegations of Paragraph 319 do not relate to Keiser.  To the extent a response is

required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 319.

320.    The allegations of Paragraph 320 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 320.

321.    The allegations of Paragraph 321 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 321.

322.    The allegations of Paragraph 322 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 322.

323.    The allegations of Paragraph 323 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 323.

324.    The allegations of Paragraph 324 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 324.

325.    The allegations of Paragraph 325 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 325.

326.    The allegations of Paragraph 326 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 326.

327.    The allegations of Paragraph 327 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 327.

328.    The allegations of Paragraph 328 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 328.

329.    The allegations of Paragraph 329 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 329.

330.    The allegations of Paragraph 330 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of

Paragraph 330.

331.    The allegations of Paragraph 331 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 331.

332.    The allegations of Paragraph 332 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 332.

333.    The allegations of Paragraph 333 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 333.

334.    The allegations of Paragraph 334 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 334.

335.    The allegations of Paragraph 335 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 335.

336.    The allegations of Paragraph 336 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is

otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 336.

337.    The allegations of Paragraph 337 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 337.

338.    The allegations of Paragraph 338 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 338.

339.    The allegations of Paragraph 339 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 339.

340.    The allegations of Paragraph 340 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 340.

341.    The allegations of Paragraph 341 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 341.

342.    The allegations of Paragraph 342 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC

and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 342.

343.   The allegations of Paragraph 343 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 343.

344.   The allegations of Paragraph 344 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 344.

345.   The allegations of Paragraph 345 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 345.

346.   The allegations of Paragraph 346 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 346.

347.   The allegations of Paragraph 347 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 347.

348.   The allegations of Paragraph 348 do not relate to Keiser.  To the extent they do in any

way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 348.

349.    The allegations of Paragraph 349 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 349.

350.    The allegations of Paragraph 350 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 350.

351.    The allegations of Paragraph 351 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 351.

352.    The allegations of Paragraph 352 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 352.

353.    The allegations of Paragraph 353 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 353.

354.    The allegations of Paragraph 354 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 354.

355.    The allegations of Paragraph 355 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 355.

356.    The allegations of Paragraph 356 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 356.

357.    The allegations of Paragraph 357 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 357.

358.    The allegations of Paragraph 358 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 358Paragraph 358.

359.    The allegations of Paragraph 359 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 359.

360.    The allegations of Paragraph 360 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he received any type of "support" or "substantial support" from the AUC and denies that he provided any type of "support" or "substantial support" to the AUC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 360.

361.    The allegations of Paragraph 361 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 361.

362.    The allegations of Paragraph 362 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 362

363.    The allegations of Paragraph 363 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 363.

364.    The allegations of Paragraph 364 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the AUC. Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 364.

365.    The allegations of Paragraph 365 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 365.

366.    The allegations of Paragraph 366 do not relate to Keiser.  To the extent they do in any

way, Keiser denies that he provided any type of "support" or "substantial" support to the FARC guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 366.

367.    The allegations of Paragraph 367 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 367.

368.    The allegations of Paragraph 368 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the FARC guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 368.

369.    The allegations of Paragraph 369 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 369.

370.    The allegations of Paragraph 370 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the FARC guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 370.

371.    The allegations of Paragraph 371 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 371.

372.    The allegations of Paragraph 372 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the FARC guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the

allegations of Paragraph 372.

373.    The allegations of Paragraph 373 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 373.

374.    The allegations of Paragraph 374 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the FARC guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 374.

375.    The allegations of Paragraph 375 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 375.

376.    The allegations of Paragraph 376 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the ELN guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 376.

377.    The allegations of Paragraph 377 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 377.

378.    The allegations of Paragraph 378 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 378.

379.    The allegations of Paragraph 379 do not relate to Keiser.  To the extent a response is

required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 379.

380.   The allegations of Paragraph 380 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the FARC guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 380.

381.   The allegations of Paragraph 381 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 381.

382.   The allegations of Paragraph 382 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 382.

383.   The allegations of Paragraph 383 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 383.

384.   The allegations of Paragraph 384 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 384.

385.   The allegations of Paragraph 385 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 385.

386.    The allegations of Paragraph 386 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the FARC guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 386.

387.    The allegations of Paragraph 387 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 387.

388.    The allegations of Paragraph 388 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the FARC guerrillas.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 388.

389.    The allegations of Paragraph 389 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 389.

390.    The allegations of Paragraph 390 do not relate to Keiser.  To the extent they do in any way, Keiser denies that he provided any type of "support" or "substantial" support to the FARC.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 390.

391 – 2031.    The allegations of Paragraphs 391 through 2031 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraphs 391 through 2031.

**As to the Subsection Entitled "Defendants"**

2032.   Keiser admits the allegations in the second and third sentences of Paragraph 2032.  Keiser

is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2032, except denies that Chiquita is headquartered in Cincinnati, Ohio.

2033.   The first sentence of Paragraph 2033 sets forth a legal assertion and does not require a response.  To the extent a response is required, Keiser admits that C.I. Bananos de Exportación, S.A. ("Banadex") was a wholly-owned subsidiary of Chiquita in the Republic of Colombia; that Banadex was engaged in the production of, contracting for, or trade of bananas in Colombia; and that Chiquita sold Banadex in June 2004.  Keiser otherwise denies the allegations of Paragraph 2033.

2034.   Keiser admits that subsidiaries of Chiquita and of its predecessor, the United Fruit Company, had a presence in Colombia for more than one hundred years.  Keiser is otherwise without knowledge or information sufficient to admit or deny the the allegations of Paragraph 2034.

2035.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2035, except admits that Banadex's extortion payments to the AUC were approved by high-ranking officers, directors, and employees of the company, based on the understanding that the payments were necessary to protect Banadex personnel from violent retaliation if the payments were refused or discontinued.

2036.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2036, except admits that Cyrus Freidheim is a former CEO and Chairman of the Board of Directors of Chiquita.

2037.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2037, except admits that Roderick Hills was a member of the Board of Directors of Chiquita.

2038.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2038, except admits that Robert Olson is a former Vice President and General Counsel of Chiquita.

2039.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2039, except admits that Robert Kistinger is a former President and COO of Chiquita's Fresh Group.  Keiser further admits that, in the late 1980s, Mr. Kistinger was part of a group of Chiquita executives that authorized Banadex to comply with extortive demands made by illegal armed groups in Colombia such as the FARC in order to prevent violent retaliation and to save lives.

2040.   Paragraph 2040 sets forth information about a purported defendant and does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2040.

2041.   Paragraph 2041 sets forth information about a purported defendant and does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2041.

2042.   Paragraph 2042 sets forth information about a purported defendant and does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2042.

2043.   Paragraph 2043 sets forth information about a purported defendant and does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2043.

2044.   Paragraph 2044 sets forth information about a purported defendant and does not require a response.  To the extent a response is required, Keiser is without knowledge or information

sufficient to admit or deny the allegations of Paragraph 2044.

2045.  Paragraph 2045 sets forth information about a purported defendant and does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2045.

2046.  Paragraph 2046 sets forth information about a purported defendant and does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2046.

2047.  Keiser admits the first sentence of Paragraph 2047.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2047.

2048.  Keiser admits that Mr. Warshaw "held various executive positions at Chiquita" but is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2048.

2049.  Keiser denies that Fernando Aguirre is the current Chairman and CEO of Chiquita.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2049.

2050.  Keiser admits that he was the manager of Chiquita subsidiaries in Colombia for a time.  Keiser further admits he met with AUC leaders but otherwise denies the allegations of Paragraph 2050.

2051.  Paragraph 2051 sets forth information about Plaintiffs' reference to defendants in the Complaint and does not require a response.

2052.  Keiser denies the allegations of Paragraph 2052 to the extent they are intended in any way to refer to him.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2052.

2053.  Keiser is without knowledge or information sufficient to admit or deny the allegations of

Paragraph 2053.

2054.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2054.

2055.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2055.

2056.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 256.

**AS TO THE SECTION ENTITLED "<u>FACTUAL ALLEGATIONS</u>"**

**As to the Subsection Entitled "A.  The Colombian Conflict and Paramilitary Terrorist Organizations"**

2057.   Keiser denies the allegations in the last sentence of Paragraph 2057 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2057, except admits that the FARC and the ELN engaged in violence and illegal activities, such as extortion and kidnappings.

2058.   Keiser denies the allegations in the second sentence of Paragraph 2058 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2058, except admits that paramilitaries engaged in violence and illegal activities.

2059.   The allegations of Paragraph 2059 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2059, except admits that Castaño was the leader of the AUC.

2060.   The allegations of Paragraph 2060 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2060.

2061.   Keiser denies the allegations of Paragraph 2061 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2061, except admits that the AUC engaged in violence and illegal activities.

2062.   The allegations of Paragraph 2062 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2062, except admits that the AUC engaged in violence and illegal activities.

2063.   Keiser denies the allegations in the second sentence of Paragraph 2063 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2063.

2064.   Keiser denies the allegations of Paragraph 2064 to the extent that they are intended to refer in any way to him.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2064, except admits that, during certain times, the AUC operated in Urabá.

2065.   The allegations of Paragraph 2065 do not relate to Keiser. To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2065, except admits that paramilitaries fought against guerrilla forces in an internal armed conflict in Colombia.

2066.   The allegations of Paragraph 2066 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2066, except denies the allegations of the last sentence of Paragraph 2066 to the extent that they are intended to refer in any way to him.

2067.   The allegations of Paragraph 2067 do not relate to Keiser.  To the extent a response is

required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2067.

2068.   The allegations of Paragraph 2068 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2068.

2069.   Keiser denies the allegations of Paragraph 2069 to the extent that they are intended to refer in any way to him.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2069.

2070.   Keiser denies the allegations of Paragraph 2069 to the extent that they are intended to refer in any way to him.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2069.

**As to the Subsection Entitled "B.  The Creation of *Convivir* to Legitimize the Paramilitaries"**

2071.   The allegations of Paragraph 2071 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2071, except admits that "convivirs" were private entities akin to neighborhood watch groups authorized under Colombian law to assist the police and military by gathering and sharing information about illegal armed groups, including guerrillas.

2072.   The allegations of Paragraph 2072 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2072, except denies that he was aware of any connection between the AUC and *convivir* "from their inception."   Keiser only later came to understand – well after he left his position at Banadex – that the *convivirs* had links to the AUC, and that money paid to the *convivirs* may, in some fashion, satisfied the AUC's extortion demands.

2073.   The allegations of Paragraph 2073 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2073, except admits that Álvaro Uribe promoted *convivirs*.  Keiser further denies that Álvaro Uribe is the current President of Colombia.

2074.   Keiser denies the allegations of Paragraph 2074 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2074.

2075.   Keiser denies the allegations of Paragraph 2075.

2076.   The allegations of Paragraph 2076 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2076, except admits that "*convivirs*" were private entities akin to neighborhood watch groups authorized under Colombian law to assist the police and military by gathering and sharing information about illegal armed groups, including guerrillas.

2077.   Keiser is without knowledge or information sufficient to admit or deny the allegations in the first sentence of Paragraph 2077, except admits that Banadex for a time made payments to *convivirs*.  With respect to the allegations in the second sentence of Paragraph 2077, Keiser denies that he "knew that these payments were going to AUC in order to kill workers and other civilians" to the extent that allegation is intended to refer to him.  Keiser is otherwise without knowledge or information to admit or deny the allegations of Paragraph 2077, except admits that payments to the AUC or *convivirs* were typically recorded in Banadex's books and records as "security payments" or payments for "security" or "security services."  Keiser only later came to understand – well after he left his position at Banadex – that the *convivirs* had links to the AUC, and that money paid to the *convivirs* may, in some fashion, satisfied the AUC's extortion demands.

2078.   Keiser denies the allegations of Paragraph 2078 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2078.

### As to the Subsection Entitled "C.  The AUC Acted Under Color of Authority of the Colombian Government in Committing the Acts Alleged Herein."

Keiser is without knowledge or information sufficient to admit or deny the allegations of the stand-alone paragraph on page 1010 of the Complaint, above Paragraph 2079.

2079.   The allegations of Paragraph 2079 do not relate to Keiser.  To the extent a response is required, Keiseris without knowledge or information sufficient to admit or deny the allegations of Paragraph 2079.

2080.   The allegations of Paragraph 2080 do not relate to Keiser.  To the extent a response is required, Keiseris without knowledge or information sufficient to admit or deny the allegations of Paragraph 2080.

2081.   The allegations of Paragraph 2081 do not relate to Keiser.  To the extent a response is required, Keiseris without knowledge or information sufficient to admit or deny the allegations of Paragraph 2081.

2082.   The allegations of Paragraph 2082 do not relate to Keiser.  To the extent a response is required, Keiseris without knowledge or information sufficient to admit or deny the allegations of Paragraph 2082.

2083.   The allegations of Paragraph 2083 do not relate to Keiser.  To the extent a response is required, Keiseris without knowledge or information sufficient to admit or deny the allegations of Paragraph 2083.

2084.   The allegations of Paragraph 2084 do not relate to Keiser.  To the extent a response is required, Keiseris without knowledge or information sufficient to admit or deny the allegations

of Paragraph 2084.

2085.   The allegations of Paragraph 2085 do not relate to Keiser.  To the extent a response is required, Keiseris without knowledge or information sufficient to admit or deny the allegations of Paragraph 2085.

2086.   The allegations of Paragraph 2086 do not relate to Keiser.  To the extent a response is required, Keiseris without knowledge or information sufficient to admit or deny the allegations of Paragraph 2086.

2087.   The allegations of Paragraph 2087 do not relate to Keiser.  To the extent a response is required, Keiseris without knowledge or information sufficient to admit or deny the allegations of Paragraph 2087, except admits that, at times, the AUC and FARC engaged in an armed conflict with each other.

Keiser is without knowledge or information sufficient to admit or deny the allegations of the stand-alone paragraph on page 1016 of the Complaint, above Paragraph 2088.

2088.   Keiser denies the allegations of Paragraph 2088 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2088.

2089.   The allegations of Paragraph 2089 do not relate to Keiser.  To the extent a response is required, Keiseris without knowledge or information sufficient to admit or deny the allegations of Paragraph 2089.

2090.   The allegations of Paragraph 2090 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2090.

2091.   The allegations of Paragraph 2091 do not relate to Keiser.  To the extent a response is

required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2091.

2092.   The allegations of Paragraph 2092 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2092.

2093.   The allegations of Paragraph 2093 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2093.

2094.   The allegations of Paragraph 2094 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2094.

2095.   The allegations of Paragraph 2095 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2095.

2096.   The allegations of Paragraph 2096 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2096.

2097.   The allegations of Paragraph 2097 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2097.

2098.   The allegations of Paragraph 2098 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2098.

2099.   The allegations of Paragraph 2099 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2099.

2100.   Keiserdenies the allegations of Paragraph 2100 to the extent that they are intended to refer in any way to Chiquita.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2100.

2101.   The allegations of Paragraph 2101 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2101.

Keiser is without knowledge or information sufficient to admit or deny the allegations of the stand-alone paragraph on page 1021 of the Complaint, above Paragraph 2102.

2102.   The allegations of Paragraph 2102 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2102.

2103.   Keiser denies the allegations in the first sentence of Paragraph 2103 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2103.

2104.   The allegations of Paragraph 2104 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2104.

2105.   The allegations of Paragraph 2105 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2105.

**As to the Subsection Entitled "D.  The Banana Industry and in Urabá and Magdalena."**

2106.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2106, except denies that the banana-growing region of Urabá is "located in the northeast corner of Colombia and South America"; admits that the banana-growing region of Urabá is within the Department of Antioquia, Colombia; denies that the United Fruit Company created Banadex in the 1960s; and admits that a subsidiary of the United Fruit Company engaged in banana operations in Urabá as of the 1960s.

2107.   Keiser denies the allegations of Paragraph 2107 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2107.

2108.   Keiser denies the allegations of Paragraph 2108 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the remainder of the allegations of Paragraph 2108.

2109.   Keiser denies the allegations of Paragraph 2109 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2109.

2110.   Keiser denies the allegations of Paragraph 2110 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2110.

2111.   The allegations of Paragraph 2011 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2011, except admits that both the guerillas and paramilitaries engaged in violence and illegal activities.

2112.   Keiser denies the allegations of Paragraph 2112 to the extent that they are intended to refer

in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit

or deny the allegations of Paragraph 2112.

**As to the Subsection Entitled "E.  Chiquita's Support of the FARC, the ELN, and other guerrilla groups"**

2113.   Keiser denies the allegations of Paragraph 2113, except admits that this Court's June 3,

2011 Opinion and Order contains the quote transcribed in Paragraph 2113, which quote speaks

for itself.

2114.   Keiser denies the allegations of Paragraph 2114, except admits that Chiquita's former

Colombian subsidiary made extortion payments to left-wing guerrilla groups, including the

FARC and the ELN, from in or about 1989 through in or about 1997.

2115.   Keiser is without knowledge or information sufficient to admit or deny the allegations of

Paragraph 2115.

2116.   Keiser denies the allegations in the first sentence of Paragraph 2116.  Keiser is otherwise

without knowledge or information sufficient to admit or deny the allegations of the second

sentence of Paragraph 2116.

2117.   Keiser is without knowledge or information sufficient to admit or deny the allegations of

Paragraph 2117, except admits that extortion payments to guerrilla groups almost always were

made in cash through intermediaries, including Mr. OsorioKeiser further admits that, based on

advice from a consultant who had experience in dealing with extortion demands, Chiquita's

former Colombian subsidiary would attempt on occasion to negotiate with gurrilla groups to

lower the amount of the demand and would also on occasion try to delay the making of a payment

to the extent possible, but only if it could be done without putting lives at risk

2118.   Keiser is without knowledge or information sufficient to admit or deny the allegations of

of Paragraph 2118.

2119.   Paragraph 2119 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2119.

2120.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2120.

2121.   Keiser denies the allegations of Paragraph 2121.

2122.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2122.

2123.   Keiser admits that, at the time Chiquita's then-Colombian subsidiary received the first extortive demand for payment, he was aware of the violence committed by guerrilla groups such as the FARC and the ELN. Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2123.

2124.   Keiser denies the allegations of Paragraph 2124.

2125.   Keiser denies the allegations of Paragraph 2125.

2126.   Keiser denies the allegations of Paragraph 2126 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2126.

2127.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2127.

2128.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2128, except denies that he ever engaged in a "collaborative relationship with Left-Wing Guerrilla Groups" to the extent that allegation is intended to refer to him.

2129.   Keiser denies the allegations of Paragraph 2129.

2130.   Keiser is without knowledge or information sufficient to admit or deny the allegations of

Paragraph 2130.

2131.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2131.

2132.   The allegations of Paragraph 2132 do not relate to Keiser.  To the extent they do in any way, Keiser denies the allegations of Paragraph 2132.

2133.   The allegations of Paragraph 2133 do not relate to Keiser.  To the extent they do in any way, Keiser denies the allegations of Paragraph 2133.

2134.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2134, but admits that Banadex's extortion payments to guerrilla groups tapered off around the same time Banadex began making payments to the AUC.

2135.   Keiser denies the allegations of Paragraph 2135.

**As to the Subsection Entitled "F.  Chiquita=s Support of the AUC"**

2136.   The allegations of Paragraph 2136 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2136, except admits that as the successor to the United Fruit Company and the United Brands Company, Chiquita has been involved in the production or exportation of produce from Central and South American nations, including Colombia, during certain periods of time going back about a century and that Chiquita subsidiaries have been engaged in the production, purchase, or export of bananas in the Urabá region of Colombia during certain periods of time.

2137.   Keiser denies the allegations of Paragraph 2137.

2138.   Keiser denies the allegations of Paragraph 2138.

2139.   Keiser denies the allegations in the first sentence of Paragraph 2139.  Chiquita is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2139.

2140.   Keiser denies the allegations of Paragraph 2140.

2141.   With respect to the allegations contained in the first sentence of Paragraph 2141 Keiser admits that, beginning in or about 1997, Banadex paid money to the AUC and to certain convivirs. Keiser further admits that these payments were made generally on a monthly basis. Keiser is without knowledge or information sufficient to admit or deny the total dollar amount of payments or the total number of payments.  Further, Keiser is without knowledge or information sufficient to admit or deny the existence, frequency, and/or total dollar amount of payments (if any) that occurred after he left his position at Banadex in 2000.

2142.   Keiser admits that Banadex's extortion payments to the AUC were approved by high-ranking officers, directors, and employees of Banadex and Chiquita, based on the understanding that the payments were necessary to protect Banadex personnel from violent retaliation if the payments were refused or discontinued.  Keiser also admits that the AUC was a violent paramilitary organization led by Carlos Castaño.  Keiser otherwise denies the allegations of Paragraph 2142.

2143.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2143, except admits that payments to the AUC or *convivirs* were typically recorded in Banadex's books and records as "security payments" or payments for "security" or "security services."

2144.   Keiser denies the allegations of Paragraph 2144, except is without knowledge or information sufficient to admit or deny whether Chiquta "recorded these payments simply as income contributions."

2145.   Keiser denies the allegations of Paragraph 2145.

2146.   Keiser admits that the AUC was a violent paramilitary organization whose tactics were

publicized throughout the Colombian media.  Keiser further admits that he understands that on September 10, 2001, the United States government designated the AUC as a Foreign Terrorist Organization ("FTO").  Keiser is otherwise without knowledge or information sufficient to admit or deny the remainder of the allegations of Paragraph 2146.

2147.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2147.  .

2148.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2148.

2149.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2149, except admits that he generally understands that Chiquita entered into a plea agreement with the U.S. Department of Justice.

Keiser is without knowledge or information sufficient to admit or deny the allegations of the stand-alone phrase "Chiquita[']s facilitation of the AUC[']s arms shipments" on page 1036 of the Complaint, above Paragraph 2150.

2150.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2150.

2151.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2151.

2152.   Keiser is without knowledge or information sufficient to admit or deny the allegations in Paragraph 5152, except admits that Banadex operated private port facilities at the Colombian municipalities of Turbo and Carepa, used for the transport of bananas and other cargo.

2153.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2153.

2154.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2154.

2155.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2155.

2156.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2156.

2157.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraphs 2157.

2158.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2158.

2159.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2159, except denies that he "knowingly and intentionally aided the AUC to procure" arms to the extent those allegations are intended to refer to him.  .

Keiser is without knowledge or information sufficient to admit or deny the allegations of the stand-alone phrase "Chiquita[']s facilitation of the AUC[']s drug shipments" on page 1038 of the Complaint, above Paragraph 2168.

2160.   Keiser denies the allegations in the first sentence of Paragraph 2160.  Keiser further denies that he "allowed the AUC uncontrolled access to its port facilities and ships for the purpose of smuggling drugs."  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations in the second sentence of Paragraph 2160, except admits that the AUC was engaged in illegal activities.

2161.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2161.

2162.   Keiser admits that drugs smuggled without his knowledge and consent were found from time to time in vessels that transported Chiquita produce from Colombia.  Keiser denies any participation in the illegal exportation of illegal drugs from Colombia and is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2162.

2163.   Keiser denies the allegations of Paragraph 2163.

2164.   Paragraph 2164 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2164.

**AS TO THE SECTION ENTITLED "V.  <u>CAUSES OF ACTION</u>"**

**As to the Subsection Entitled "<u>First Cause of Action</u>"**

The Court has entered judgment dismissing the First Cause of Action in the Complaint with prejudice (D.E. 700).  The Paragraphs under the subsection of the Complaint entitled "First Cause of Action" therefore do not require a response.  To the extent a response is required, Keiser provides responses to each paragraph below.

The stand-alone sentence on page 1040 of the Complaint, above Paragraph 2165, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of the stand-alone sentence on page 1040 of the Complaint, above Paragraph 2165.

2165.   The responses set forth in Paragraphs 1 through 2164 are reasserted and incorporated by reference as if fully set forth herein.

Keiser denies the allegations of the stand-alone sentence on page 1040 of the Complaint, above Paragraph 2166.

2166.   The allegations in Paragraph 2166 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2166.

2167.   The allegations of Paragraph 2167 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2167, except admits that the AUC engaged in violent conduct.

2168.   Paragraph 2168 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2168.

2169.   Paragraph 2169 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2169.

The stand-alone sentence on page 1042 of the Complaint, above Paragraph 2170 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of the stand-alone sentence on page 1042 of the Complaint, above Paragraph 2170.

2170.   Paragraph 2170 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2170.

2171.   Keiser admits that the U.S. Department of State's 1997 Country Report on Human Rights Practices contains the quote transcribed in Paragraph 2171, which quote speaks for itself.  Keiser further admits that he is generally aware of the internal conflict in Colombia but is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2171.

2172.   The allegations of Paragraph 2172 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2172, except admits that he was generally aware of the internal armed conflict in Colombia between guerrilla and paramilitary groups while he worked for Chiquita's Colombian

subsidiaries.

2173.   The allegations of Paragraph 2173 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2173.

The stand-alone sentence on page 1043 of the Complaint, above Paragraph 2174, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of the stand-alone sentence on page1043 of the Complaint, above Paragraph 2174, except admits that, at times, the AUC and FARC were parties to the armed conflict in Colombia.

2174.   The allegations of Paragraph 2174 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2174, except admits that Carlos Castaño led the AUC.

2175.   The responses set forth in ¶¶ 2079-87 are reasserted and incorporated by reference as if fully set forth herein.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2175.

The stand-alone sentence on page 1044 of the Complaint, above Paragraph 2176, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of the stand-alone sentence on page 1044 of the Complaint, above Paragraph 2176.

2176.   The responses set forth in ¶¶ 20-2031 are reasserted and incorporated by reference as if fully set forth herein.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2176.

2177.   The allegations of Paragraph 2177 do not relate to Keiser. To the extent a response is

required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2177, except admits the AUC engaged in violence and illegal activities.

The stand-alone sentence on page 1045 of the Complaint, above Paragraph 2178, sets forth a legal assertion that does not require a response. To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of the stand-alone sentence on page 1045 of the Complaint, above Paragraph 2178.

2178.   The allegations of Paragraph 2178 do not relate to Keiser. To the extent they do in any way, Keiser denies that he was in any way "complicit" in any "war strategy against the FARC agreed on by the AUC and the Colombian Government[.]"Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2178.

2179.   The allegations of Paragraph 2179 do not relate to Keiser. To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2179, except admits that the AUC used violence, including in areas where the FARC had a presence, and that the U.S. Department of State's 1997 Country Report on Human Rights Practices contains the quoted text partially transcribed in Paragraph 2179, which quoted text speaks for itself.

2180.   Keiser admits that the U.S. Department of State's 1999 Country Report on Human Rights Practices contains the quote transcribed in Paragraph 2180, which quote speaks for itself. Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2180.

2181.   Keiser denies the allegations of Paragraph 2181 to the extent that they are intended to refer in any way to Keiser. Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2181, except admits that the AUC engaged in violence and

illegal activities.

2182.   The allegations of Paragraph 2182 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2182.

2183.   The responses set forth in ¶¶ 20, 2087-89 are reasserted and incorporated by reference as if fully set forth herein.  The allegations of Paragraph 2183 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2183.

2184.   The allegations of Paragraph 2184 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2184.

2185.   The allegations of Paragraph 2185 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2185.

Keiser denies the allegations of the stand-alone sentence on page 1048 of the Complaint, above Paragraph 2186.

2186.   Paragraph 2186 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2186.

2187.   Paragraph 2187 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser is without information sufficient to admit or deny the allegations of Paragraph 2187.

2188.   Paragraph 2188 sets forth legal assertions that do not require a response.  To the extent a

response is required, Keiser denies the allegations of Paragraph 2188.

2189.   Paragraph 2189 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations in the first sentence of Paragraph 2189.  Keiser is without knowledge or information sufficient to admit or deny the allegations contained in the second sentence of Paragraph 2189.

2190.   The allegations of Paragraph 2190 do not relate to Keiser.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny allegations of Paragraph 2190.

2191.   The responses set forth in ¶¶ 2136-49 are reasserted and incorporated by reference as if fully set forth herein.  Keiser otherwise denies the allegations of Paragraph 2191.

2192.   Keiser admits that, beginning in or about 1997, Banadex paid money to the AUC and to certain convivirs.  Keiser further admits that these payments were made generally on a monthly basis. Keiser is without knowledge or information sufficient to admit or deny the total dollar amount of payments or the total number of payments.  Further, Keiser is without knowledge or information sufficient to admit or deny the existence, frequency, and/or total dollar amount of payments (if any) that occurred after he left his position at Banadex in 2000.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2192.

2193.   Keiser is without knowledge or information sufficient to admit or deny the allegations of the first two sentences of Paragraph 2193.  Keiser denies the allegations in the third sentence of Paragraph 2193.

2194.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2194.

2195.   Keiser is without knowledge or information sufficient to admit or deny the allegations of

Paragraph 2195.

2196.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2196.

2197.   Keiser admits that Banadex or other Chiquita subsidiaries had prior to 1997 paid extortion money to other terrorist organizations operating in Colombia, namely the following violent, left-wing terrorist organizations: Revolutionary Armed Forces of Colombia—an English translation of the Spanish name of the group "Fuerzas Armadas Revolucionarias de Colombia" (commonly known as and referred to hereinafter as "the FARC"); and the National Liberation Army—an English translation of the Spanish name of the group "Ejército de Liberación Nacional" (commonly known as and referred to hereinafter as "the ELN").  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2197, except admits that high-ranking officers of Chiquita approved the making of extortion payments in Colombia to protect the lives of employees.

2198.   The responses set forth in ¶¶ 2150-59 are reasserted and incorporated by reference as if fully set forth herein.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2198.

2199.   The allegations of Paragraph 2199 do not relate to Keiser.  To the extent they do in any way, Keiser denies he provided any "assistance to the AUC in smuggling arms" and denies he provided any "support to the AUC[']s drug-smuggling."  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2199.

2200.   Keiser denies the allegations of Paragraph 2200.

2201.   Keiser denies the allegations of Paragraph 2201.

2202.   Keiser denies the allegations of Paragraph 2202, except admits that, in or around 1997,

Keiser, along with several Banadex employees, were summoned to a meeting at a house in Medellin, Colombia, at which Carlos Castaño, the leader of the AUC, was present.  Mr. Castaño demanded that Banadex cease all payments to guerrilla groups and made it clear that if Banadex failed to pay the AUC, there would be physical harm to Banadex's employees or property.  Keiser interpreted the statement to mean that there was a serious risk that AUC would kill employees of Banadex if payments were not made to the AUC.  As a result of the meeting with Mr. Castaño, Keiser had a clear understanding that Banadex had no choice but to make payments to the AUC.

2203.   Keiser denies the allegations of Paragraph 2203.

2204.   Keiser admits that of Banadex's extortion payments to the AUC were approved by high-ranking officers, directors, and employees of the company, based on the understanding that the payments were necessary to protect Banadex personnel from violent retaliation if the payments were refused or discontinued.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2204, but admits that Banadex recorded payments to the AUC or convivirs in their corporate books and records as, *inter alia*, "security payments" or payments for "security" or "security services."

2205.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2205.

2206.   Keiser is without knowledge or information sufficient to admit or deny the allegations in the first sentence of Paragraph 2206.  Keiser admits that the AUC's use of violent tactics was well known in Colombia and widely reported there.  Keiser further admits that the U.S. Department of State's 1997 Country Report on Human Rights Practices contains the quoted text partially transcribed in Paragraph 2206, which quoted text speaks for itself.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2206.

2207.   Keiser admits that the U.S. Department of State's 1999 Country Report on Human Rights Practices contains the quote transcribed in Paragraph 2207, which quote speaks for itself.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2207.

2208.   Keiser denies the allegations of Paragraph 2208.

2209.   Keiser admits the allegations of Paragraph 2209 and adds that he did not learn of the AUC's designation as an FTO before 2003.

2210.   Keiser is without knowledge or information sufficient to admit or deny the alelgations of Paragraph 2210.

2211.   Keiser is without knowledge or information sufficient to admit or deny the alelgations of Paragraph 2211.

2212.   Keiser is without knowledge or information sufficient to admit or deny the alelgations of Paragraph 2212.

2213.   The responses set forth in ¶ 2147 are reasserted and incorporated by reference as if fully set forth herein.  Keiser is otherwise without knowledge or information sufficient to admit or deny the alelgations of Paragraph 2213.

2214.   Keiser is without knowledge or information sufficient to admit or deny the alelgations of Paragraph 2214.

2215.   Keiser is without knowledge or information sufficient to admit or deny the alelgations of Paragraph 2215.

2216.   Keiser denies the allegations of Paragraph 2216.

2217.   Keiser denies the allegations of Paragraph 2217.

2218.   Keiser denies the allegations of Paragraph 2218.

2219.   Keiser is without knowledge or information sufficient to admit or deny the alelgations of Paragraph 2219.

2220.   Keiser denies the allegations of Paragraph 2220.

2221.   Keiser denies the allegations in the first sentence of Paragraph 2221.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations in remainder of Paragraph 2221.

2222.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2222.

2223.   Keiser denies the allegations of Paragraph 2223.

2224.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2224.

2225.   Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2225.

2226.   Keiser denies that he provided "collaboration" to the AUC in any way.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2226.

Keiser denies the allegations of the stand-alone sentence on page 1061 of the Complaint, above Paragraph 2227.

2227.   Keiser incorporates by reference its responses to Paragraphs 1 through 2226 of the Complaint as if fully set forth herein.

2228.   Paragraph 2228 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser admits that *Cabello v. Fernandez-Larios*, 402 F.3d 1148, 1159 (11th Cir. 2005) contains the quote transcribed in Paragraph 2228, which quote speaks for itself.

2229.   Chiquita reasserts and incorporates by reference its responses to ¶¶ 2136-46, and 2202-03

as if fully set forth herein.  Keiser denies the allegations in the first sentence of Paragraph 2229 to the extent that they are intended to refer in any way to Keiser.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2229.

2230.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2136-45, and 2191 as if fully set forth herein.  Keiser otherwise denies the allegations of Paragraph 2230.

2231.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2136-45, 2201-19 as if fully set forth herein.  Keiser otherwise denies the allegations of Paragraph 2231.

2232.   Keiser denies the allegations contained in the first sentence of Paragraph to 2232 to the extent they relate to Keiser.  Keiser further denies the allegations contained in the second sentence of Paragraph 2232.  Keiser is without knowledge or information sufficient to admit or denty the allegations in the third sentence of Paragraph 2233.

Keiser denies the allegations of the stand-alone sentence on page 1063 of the Complaint, above Paragraph 2233.

2233.   Keiser incorporates by reference its responses to Paragraphs 1 through 2232 of the Complaint as if fully set forth herein.  Paragraph 2233 sets forth legal assertions that do not require a response. To the extent a response is required, Keiser admits that the Court's June 3, 2011 Opinion and Order rejected Plaintiffs' agency theory of secondary liability and that Plaintiffs purport to reassert agency allegations for the reasons stated in Paragraph 2233.  Keiser otherwise denies the allegations of Paragraph 2233.

2234.   Paragraph 2234 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny allegations of Paragraph 2234.

2235.   Keiser reasserts and incorporates by reference its responses to ¶¶ 486-95, 551-53, 558,

and 566-69 as if fully set forth herein.  Keiser otherwise denies the allegations of Paragraph 2235.

2236.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2136-45, and 2191 as if fully set forth herein.  Keiser denies the allegations in the first and second sentences of Paragraph 2236.  Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2236.

2237.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2106-12 as if fully set forth herein.  Keiser otherwise denies the allegations of Paragraph 2237.

2238.   Keiser denies the allegations of Paragraph 2238.

2239.   Keiser denies the allegations of Paragraph 2239.

**As to the Subsection Entitled "<u>Second Cause of Action</u>"**

The Court has entered judgment dismissing the Second Cause of Action in the Complaint with prejudice (D.E. 700).  The Paragraphs under the subsection of the Complaint entitled "Second Cause of Action" therefore do not require a response.  To the extent a response is required, Keiser provides responses to each paragraph below.

The stand-alone sentence on page 1066 of the Complaint, above Paragraph 2240, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of the stand-alone sentence on page 1066 of the Complaint, above Paragraph 2240.

2240.   Keiser incorporates by reference its responses to Paragraphs 1 through 2239 of this Complaint as if fully set forth herein.

2241.   The allegations of Paragraph 2241 set forth a legal assertion that does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2241.

2242.   The allegations of Paragraph 2242 do not relate to Keiser.  To the extent a response is

required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2242, except admits that the AUC and FARC engaged in an armed conflict in Colombia and further admits that the AUC engaged in violence and illegal activities.

2243.   The allegations of Paragraph 2243 do not relate to Keiser.   To the extent a response is required, Keiser is is without knowledge or information sufficient to admit or deny the allegations in the first four sentences of Paragraph 2243, except denies that he has provided any support whatsoever to the AUC.   The allegations in the last sentence of Paragraph 2243 set forth a legal assertion that does not require a response.   To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2243.

2244.   The allegations in Paragraph 2244 do not relate to Keiser.   To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2244.

2245.   The allegations of Paragraph 2245 do not relate to Keiser.   To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2245, except admits that the 1997 State Department Human Rights Report contains the quote transcribed in Paragraph 2245, which quote speaks for itself.   Keiser reasserts and incorporates by reference its responses to ¶¶ 20-2031, and 2106-12 as if fully set forth herein.

2246.   The allegations of Paragraph 2246 do not relate to Keiser.   To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2246, except admits that the 1999 U.S. State Department Human Rights Report contains the quote transcribed in Paragraph 2246, which quote speaks for itself.

2247.   The allegations of Paragraph 2247 do not relate to Keiser.   To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations

of Paragraph 2247.

The stand-alone sentence on page 1069 of the Complaint, above Paragraph 2248, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1069 of the Complaint, above Paragraph 2248.

2248.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2186-2226 as if fully set forth herein. Keiser otherwise denies the allegations of Paragraph 2248.

2249.   Keiser denies the allegations of Paragraph 2249.

The stand-alone sentence on page 1069 of the Complaint, above Paragraph 2250, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1069 of the Complaint, above Paragraph 2250.

2250.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2227-32 as if fully set forth herein. Keiser otherwise denies the allegations of Paragraph 2250.

2251.   Keiser denies the allegations of Paragraph 2251.

The stand-alone sentence on page 1070 of the Complaint, above Paragraph 2252, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1070 of the Complaint, above Paragraph 2252.

2252.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2233-39 as if set forth herein.  Keiser otherwise denies the allegations of Paragraph 2252.

2253.   Keiser denies the allegations of Paragraph 2253.

2254.   Keiser denies the allegations of Paragraph 2254.

### As to the Subsection Entitled "Third Cause of Action"

The Court has entered judgment dismissing the Third Cause of Action in the Complaint with prejudice (D.E. 700).  The Paragraphs under the subsection of the Complaint entitled "Third Cause of Action" therefore do not require a response.  To the extent a response is required, Keiser

provides responses to each paragraph below.

The stand-alone sentence on page 1072 of the Complaint, above Paragraph 2255, sets forth a legal assertion that does not require a response. To the extent a response is required, Keiser denies the stand-alone sentence on page 1072 of the Complaint, above Paragraph 2255.

2255.   Keiser reasserts and incorporates by reference its responses to Paragraphs 1-2254 as if fully set forth herein.

The stand-alone sentence on page 1072 of the Complaint, above Paragraph 2256, sets forth a legal assertion that does not require a response. To the extent a response is required, Chiquita is without knowledge or information sufficient to admit or deny the stand-alone sentence on page 1072 of the Complaint, above Paragraph 2256.

2256.   Keiser repeats and reasserts all of the previous responses to Paragraphs 2071-2105 as if fully set forth herein. The allegations of Pargaraph 2256 do not relate to Keiser. Furthermore, the allegations in the first sentence of Paragraph 2256 sets forth a legal assertion that does not require a response. To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2256.

The stand-alone sentence on page 1072 of the Complaint, above Paragraph 2257, sets forth a legal assertion that does not require a response. To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the stand-alone sentence on page 1072 of the Complaint, above Paragraph 2257.

2257.   The allegations in the first and third sentences of Paragraph 2257 set forth a legal assertion that does not require a response. To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2257, except admits that the AUC engaged in violence and illegal activities.

The stand-alone sentence on page 1073 of the Complaint, above Paragraph 2258, sets forth a legal assertion that does not require a response. To the extent a response is required, Keiser denies the stand-alone sentence on page 1073 of the Complaint, above Paragraph 2258.

2258.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2186-2226 as if fully set forth herein. Keiser otherwise denies the allegations of Paragraph 2258.

2259.   Keiser denies the allegations of Paragraph 2259.

The stand-alone sentence on page 1073 of the Complaint, above Paragraph 2260, sets forth a legal assertion that does not require a response. To the extent a response is required, Keiser denies the stand-alone sentence on page 1073 of the Complaint, above Paragraph 2260.

2260.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2227-32 as if fully set forth herein. Keiser otherwise denies the allegations of Paragraph 2260.

2261.   Keiser denies the allegations of Paragraph 2261.

The stand-alone sentence on page 1074 of the Complaint, above Paragraph 2262, sets forth a legal assertion that does not require a response. To the extent a response is required, Keiser denies the stand-alone sentence on page 1074 of the Complaint, above Paragraph 2262.

2262.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2233-39 as if fully set forth herein. Keiser otherwise denies the allegations of Paragraph 2262.

2263.   Keiser denies the allegations of Paragraph 2263.

2264.   Keiser denies the allegations of Paragraph 2264.

### As to the Subsection Entitled "Fourth Cause of Action"

The Court has entered judgment dismissing the Fourth Cause of Action in the Complaint with prejudice (D.E. 700). The Paragraphs under the subsection of the Complaint entitled "Fourth Cause of Action" therefore do not require a response. To the extent a response is required, Keiser provides responses to each paragraph below.

The stand-alone sentence on page 1074-75 of the Complaint, above Paragraph 2265, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1074-75 of the Complaint, above Paragraph 2265.

2265.   Keiser incorporates by reference its responses to Paragraphs 1-2264 of the Complaint as if fully set forth herein.

The stand-alone sentence on page 1075 of the Complaint, above Paragraph 2266, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1075 of the Complaint, above Paragraph 2266.

2266.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2071-2105 as if fully set forth herein.  Paragraph 2266 sets forth a legal assertion that does not require a response.  To the extent a respone is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2266.

The stand-alone sentence on page 1075 of the Complaint, above Paragraph 2267, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the stand-alone sentence on page 1075 of the Complaint, above Paragraph 2267.

2267.   The allegations of Paragraph 2267 set forth a legal assertion that does not require a response.  To the extent a response is required, Keier is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2267, except admits that the AUC engaged in violent conduct.

The stand-alone sentence on page 1075 of the Complaint, above Paragraph 2268, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1075 of the Complaint, above Paragraph 2268.

2268.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2186-2226 as if fully set forth herein.  Keiser otherwise denies the allegations of Paragraph 2268.

2269.   Keiser denies the allegations of Paragraph 2269.

The stand-alone sentence on page 1076 of the Complaint, above Paragraph 2270, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1076 of the Complaint, above Paragraph 2270.

2270.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2227-32 as if fully set forth herein.  Keiser otherwise denies the allegations of Paragraph 2270.

2271.   Keiser denies the allegations of Paragraph 2271.

The stand-alone sentence on page 1077 of the Complaint, above Paragraph 2272, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1077 of the Complaint, above Paragraph 2272.

2272.   Keiser reasserts and incorporates by reference its responses to ¶¶ 2233-39 as if fully set forth herein.  Keiser otherwise denies the allegations of Paragraph 2272.

2273.   Keiser denies the allegations of Paragraph 2273.

2274.   Keiser denies the allegations of Paragraph 2274.

**As to the Subsection Entitled "<u>Fifth Cause of Action</u>"**

The stand-alone sentence on page 1077 of the Complaint, above Paragraph 2275, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1077 of the Complaint, above Paragraph 2275.

2275.   Keiser reasserts and incorporates by reference its responses to ¶¶ 1-2274 as if fully set forth herein.  Keiser otherwise denies the allegations of Paragraph 2275.

2276.   Keiser denies the allegations of Paragraph 2276, except admits that Plaintiffs purport to seek damages.

2277.   Keiser denies the allegations of Paragraph 2277.

2278.   Paragraph 2278 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2278.

2279.   Keiser denies the allegations of Paragraph 2279.

2280.   Paragraph 2280 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2280.

2281.   Paragraph 2281 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations in the first and last sentences of Paragraph 2281, and Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2281.

2282.   Paragraph 2282 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations in the first and last sentences of Paragraph 2282, and Keiser is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2282.

2283.   Paragraph 2283 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations in the first sentence of Paragraph 2283 and is otherwise without knowledge or information sufficient to admit or deny the allegations of Paragraph 2283.

2284.   Paragraph 2284 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2284.

### As to the Subsection Entitled "Sixth Cause of Action"

The stand-alone sentence on page 1081 of the Complaint, above Paragraph 2285, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser

denies the stand-alone sentence on page 1081 of the Complaint, above Paragraph 2285.

2285.   Keiser reasserts and incorporates by reference its responses to ¶¶ 1-2284 as if fully set forth herein.

2286.   Paragraph 2286 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2286.

2287.   Paragraph 2287 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2287.

2288.   Paragraph 2288 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2288.

2289.   Paragraph 2289 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2289.

2290.   Paragraph 2290 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2290.

2291.   Paragraph 2291 sets forth legal assertions that do not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2891.

## As to the Subsection Entitled "Seventh Cause of Action"

The stand-alone sentence on page 1082 of the Complaint, above Paragraph 2292, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1082 of the Complaint, above Paragraph 2292.

2292.   Keiser reasserts and incorporates by reference its responses to ¶¶ 1-2291 as if fully set forth herein.

2293.   Keiser denies the allegations of Paragraph 2293.

2294.   Paragraph 2294 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2294.

2295.   Keiser denies the allegations of Paragraph 2295.

2296.   Paragraph 2296 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2296.

2297.   Paragraph 2297 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2297.

2298.   Paragraph 2298 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2298.

2299.   Paragraph 2299 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2299.

**As to the Subsection Entitled "Eighth Cause of Action"**

The stand-alone sentence on page 1084 of the Complaint, above Paragraph 2300, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1084 of the Complaint, above Paragraph 2300.

2300.   Keiser reasserts and incorporates by reference its responses to ¶¶ 1-2299 as if fully set forth herein.

2301.   Keiser denies the allegations of Paragraph 2301.

2302.   Paragraph 2302 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2302.

2303.   Keiser denies the allegations of Paragraph 2303.

2304.   Keiser denies the allegations of Paragraph 2304.

2305.   Keiser denies the allegations of Paragraph 2305.

2306.   Keiser denies the allegations of Paragraph 2306.

2307.   Paragraph 2307 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2307.

2308.   Paragraph 2308 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2308.

2309.   Paragraph 2309 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2309.

### As to the Subsection Entitled "Ninth Cause of Action"

The stand-alone sentence on page 1086 of the Complaint, above Paragraph 2310, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1086 of the Complaint, above Paragraph 2310.

2310.   Keiser reasserts and incorporates by reference its responses to ¶¶ 1-2309 as if fully set forth herein.

2311.   Keiser denies the allegations of Paragraph 2311.

2312.   Paragraph 2312 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2312.

2313.   Paragraph 2313 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2313.

### As to the Subsection Entitled "Tenth Cause of Action"

The stand-alone sentence on page 1087 of the Complaint, above Paragraph 2314, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1087 of the Complaint, above Paragraph 2314.

2314.   Keiser reasserts and incorporates by reference its responses to ¶¶ 1-2313 as if fully set forth herein.

2315.   Keiser denies the allegations of Paragraph 2315.

2316.   Keiser is without knowledge or information sufficient to admit or deny the allegations in

the first sentence of Paragraph 2316.  Keiser otherwise denies the allegations of Paragraph 2316.

2317.  Paragraph 2317 sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the allegations of Paragraph 2317.

### As to the Subsection Entitled "Eleventh Cause of Action"

The stand-alone sentence on page 1088 of the Complaint, above Paragraph 2318, sets forth a legal assertion that does not require a response.  To the extent a response is required, Keiser denies the stand-alone sentence on page 1088 of the Complaint, above Paragraph 2318.

2318.  Keiser reasserts and incorporates by reference its responses to ¶¶ 1-2317 as if fully set forth herein.

2319.  Keiser denies the allegations of Paragraph 2319.

2320.  Keiser denies the allegations of Paragraph 2320.

2321.  Keiser is without knowledge or information sufficient to admit or deny the allegations in the first sentence of Paragraph 2321.  Keiser otherwise denies the allegations of Paragraph 2321.

In response to the "WHEREFORE" clause on page 1089 paragraph 2323 of the Complaint, Keiser denies that Plaintiffs are entitled to any relief whatsoever.

Keiser denies any allegation in the Complaint to which a response by it is required that is not expressly admitted.

Keiser denies each and every allegation made in each and every heading contained in the Complaint.

### AFFIRMATIVE DEFENSES

1.     Plaintiffs' complaint fails to state a claim upon which relief may be granted.

2.     This Court lacks subject matter jurisdiction over this action.

3.     Aiding and abetting and conspiracy liability is not permitted under the ATS.

4.      Plaintiffs' claims under the ATS are barred because Plaintiffs are not "aliens" within the meaning of the ATS.

5.      Plaintiffs' claims under the ATS, federal common law, and/or other federal statutory law are barred because those laws do not apply extraterritorially.

6.      Plaintiffs' ATS claims are barred, in whole or in part, by the Antiterrorism Act, 18 U.S.C. §2333(a), which occupies the field and supplants federal common law.

7.      Plaintiffs' claims for torture and extrajudicial killing are barred, in whole or in part, by the TVPA, which occupies and supplants federal common law regarding claims for torture and extrajudicial killing.

8.      Plaintiffs' claims are barred by the applicable statutes of limitations.

9.      Plaintiffs' claims are barred by the doctrine of laches.

10.      Plaintiffs' claims are barred by the doctrine of waiver.

11.      Plaintiffs' claims are barred by the doctrine of estoppel.

12.      Plaintiffs have failed to exhaust adequate and available local remedies.

13.      Under the Act of State doctrine, Plaintiffs cannot recover damages arising out of official government acts.

14.      Plaintiffs lack standing or capacity under applicable law to bring these claims.

15.      Plaintiffs suing in a representative capacity lack standing or capacity under applicable law to bring these claims on behalf of the deceased.

16.      Plaintiffs' claims for wrongful death are barred to the extent that any Plaintiffs or anyone else has brought any other action for damages related to the alleged decedents' deaths.

17.      Plaintiffs' claims must be dismissed because of the nonjoinder of indispensable parties alleged to have caused Plaintiffs' and decedents' injuries.

18.     Insofar as Keiser may be held liable for any of the Plaintiffs' claims, any such liability shall be reduced or eliminated under the principles of indemnity, contribution, assumption of risk, or comparative fault.

19.     Plaintiffs' putative recoveries are barred, in whole or in part, by Plaintiffs' failure to mitigate damages.

20.     Keiser's actions or omissions did not cause the injuries or other harms claimed by Plaintiffs in this case.

21.     To the extent that Plaintiffs and decedents are found to have suffered the harms alleged in the Complaint, those harms were caused by persons or entities other than Keiser.

22.     Keiser had no prior knowledge of the acts of the assailants that are alleged to have caused Plaintiffs' and decedents' injuries, nor was the commission of any such acts Keiser's intent.

23.     Keiser cannot fully and fairly defend itself in this suit based on lack of access to evidence and information in Colombia in violation of Keiser's due process rights.

24.     Plaintiffs' claims are barred to the extent plaintiffs are allowed to proceed pseudonymously in violation of Keiser's due process rights.

25.     Plaintiffs' ATS claims are barred by due process principles, because Keiser lacked fair notice that the ATS imposed liability for the conduct at issue.

26.     Plaintiffs' complaint raises nonjusticiable political questions.

27.     Plaintiffs' claims must be dismissed based on principles of international comity.

28.     The doctrine of *forum non conveniens* precludes adjudication of Plaintiffs' complaint in this forum.

29.     The actions or omissions of and/or attributable to Keiser were justified, excused, and privileged in furthering Chiquita's legitimate interests of safeguarding the well-being and livelihood of its employees and independent contractors.

30.     Plaintiffs' claims are barred because any alleged acts or omissions of Keiser were taken out of necessity or under duress.

31.     Plaintiffs' claims are barred because they invoke acts or omissions of and/or attributable to Keiser that were lawful.

32.     Plaintiffs' claims are barred because Chiquita was extorted by the AUC.

33.     Plaintiffs' claims are barred because the alleged injuries that purportedly resulted from a reasonable response to a threat that appeared to pose imminent harm to third persons.

34.     Plaintiffs' state law claims are barred by due process principles, because Keiser lacked fair notice that state laws other than those of Ohio or Colombia would be applied to govern the conduct at issue.

35.     Plaintiffs state law claims are barred because the laws of Ohio or of other states of the United States do not apply extraterritorially.

36.     Plaintiffs' state law claims are barred under the doctrine of federal supremacy over foreign affairs.

37.     Keiser does not and did not owe a duty to any of the Plaintiffs or decedents in this case.

38.     Keiser did not hire, select, retain, or employ the individuals who are alleged to have injured Plaintiffs or decedents.

39.     Assuming for the purpose of asserting this defense only that the individuals alleged to have harmed Plaintiffs and decedents were agents or employees of Chiquita, such persons were acting outside the scope of their supposed employment or agency.

40.     Plaintiffs' claims for punitive damages are barred insofar as Plaintiffs seek to hold Keiser vicariously liable for any act or decision of another person.

41.     An award of punitive damages against Keiser would be unconstitutional and in violation of the Due Process Clause of the Fifth and Fourteenth Amendments of the U.S. Constitution.

42.     An award of punitive damages against Chiquita would violate the Excessive Fines Clause of the Eighth Amendment to the U.S. Constitution.

43.     An award of punitive damages would be contrary to the laws of Colombia upon which Plaintiffs' claims are based.

44.     Plaintiffs' claims for punitive damages are barred by the Commerce Clause of the U.S. Constitution because the allegations in the Complaint took place in interstate and foreign commerce, and the imposition of punitive damages on Chiquita would unduly burden interstate or foreign commerce.

45.     Plaintifs' Colombian law claims are barred or inadequate under Colombian law, including by virtue of Colombian law defenses, which Keiser affirmatively asserts herein to the extent not otherwise asserted in these Defenses.

46.     Keiser reserves the right to assert additional defenses that become available or apparent during discovery and reserves the right to amend this answer to assert such defenses. This reservation of rights is all the more necessary because the complaint does not describe the

alleged claims or events with sufficient particularity to permit Chiquita to ascertain whether additional defenses may exist.

WHEREFORE, Keiser requests that Plaintiffs' claims be dismissed with prejudice and that this Court award Keiser costs, attorneys' fees, and such other relief as the Court may deem proper.

Dated: March 5, 2018                                    Respectfully submitted,

                                                       /s/ L. Louis Mrachek
                                                       _____

                                                       L. Louis Mrachek (Fla. Bar No. 182880)
                                                       MRACHEK, FITZGERALD, ROSE,
                                                       KONOPKA, THOMAS & WEISS, P.A.
                                                       505 South Flagler Drive, Suite 600
                                                       West Palm Beach, Florida 33401
                                                       Tel:  (561) 655-2250
                                                       Fax: (561) 655-5537
                                                       Email: lmrachek@mrachek-law.com


                                                       David S. Krakoff
                                                       James T. Parkinson
                                                       Ann D. Wiles
                                                       BUCKLEY SANDLER LLP
                                                       1250 24th Street, N.W., Suite 700
                                                       Washington, D.C. 20037
                                                       Tel:   (202) 349-8000
                                                       Fax:  (202) 349-8080
                                                       Email: dkrakoff@buckleysandler.com
                                                       jparkinson@buckleysandler.com
                                                       awiles@buckleysandler.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 5th day of March, 2018.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

By:     _/s/ L. Louis Mrachek_____
L. Louis Mrachek
(Fla. Bar No. 182880)