UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-MD-1916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS:

17-80323-CIV-MARRA
17-80547-CIV-MARRA

_____/

**STATUS UPDATE OF ALL PARTIES AS TO
REMANDED DISTRICT OF NEW JERSEY ACTIONS**

Pursuant to this Court's Orders [DE 1430 & 1488] staying further proceedings in these two actions pending rulings by the United States District Court for the District of New Jersey in remanded case no. 2:07-CV-3406 (the "New Jersey Action"), Plaintiffs and all Defendants in both of the above-captioned cases provide this 90-day status report, including their respective positions on the appropriate course of action.[1]

**I.   Joint update on transferred cases**

On January 22, 2018, the District of New Jersey granted Plaintiffs' motion to transfer and denied Defendants' motion to dismiss, transferring claims against Defendants Kistinger, Olson, and Tsacalis to the Southern District of Ohio, and claims against Defendants Freidheim and Keiser to the Southern District of Florida. [D.N.J. DE 78 (Opinion), DE 79 (Order).] The claims

---

[1] The defendants in No. 17-80323-CIV-MARRA are Cyrus Freidheim and Charles Keiser. The defendants in No. 17-80547-CIV-MARRA are Robert Olson, Robert Kistinger, William Tsacalis, and John Ordman.

transferred to this Court were re-consolidated with No. 08-80421 [DE 1757]. The claims transferred to the Southern District of Ohio were also re-transferred to this Court by the Judicial Panel on Multidistrict Litigation [DE 1811], and assigned case number 18-80248.

## II.     Plaintiffs' position as to the appropriate course of action

### a. Background on overlapping cases

Currently, there is some overlap between claims asserted in Nos. 08-80421 & 18-80248 (the original "New Jersey" case and its remnants – referred herein as the "Original Cases"), and the claims asserted in Nos. 17-80323 & 17-80547 (the 2017 Ohio and Florida cases, referred herein as the "2017 Cases"). The Original Cases are being prosecuted by eleven named plaintiffs as class representatives (the "Original Plaintiffs"), against six individual defendants as well as Chiquita. Those eleven plaintiffs also asserted claims in the 2017 Cases, but those cases also assert claims on behalf of hundreds of additional plaintiffs who are not named in the Original Cases (although they are members of the putative class – referred herein as the "2017 Plaintiffs"). Additionally, the 2017 Cases name one additional individual defendant – John Ordman – who was not previously named in the Original Cases.

Last year, Plaintiffs attempted to amend in the 2017 Plaintiffs in the Original Cases, in motions for leave to amend in this Court [DE 1289] and the District of New Jersey [D.N.J. DE 65]. This Court denied the motion [DE 1315]. The District of New Jersey stayed the motion [D.N.J. DE 73], leaving that motion pending as the cases were re-transferred to this Court.

This chart shows the claims asserted and the overlap between the cases:

| PLAINTIFFS | DEFENDANTS | CASE(S) |
| --- | --- | --- |
| Original Plaintiffs | Chiquita | **Only** Original Cases |
| Original Plaintiffs | Kistinger, Olson, Tsacalis, Freidheim, Keiser | **Both** Original and 2017 Cases |

2

| Original Plaintiffs | Ordman | **Only** 2017 Cases |
|---|---|---|
| 2017 Plaintiffs | Chiquita | **None** (motion to amend in Original Cases denied; these plaintiffs remain as putative class members) |
| 2017 Plaintiffs | Kistinger, Olson, Tsacalis, Freidheim, Keiser | **Only** 2017 Case (motion to amend in Original Cases pending) |
| 2017 Plaintiffs | Ordman | **Only** 2017 Cases |

b. **Appropriate next steps**

i. **As to the stay**

Plaintiffs believe that the stay on the 2017 Cases may be lifted. Nonetheless, Plaintiffs do not believe that the 2017 Cases can be added to the current MDL trial schedule without modification, as these plaintiffs have had no opportunity for discovery.

ii. **As to the overlapping claims**

At the moment, there is only one area of actual overlap between the Original Cases and the 2017 Cases – claims asserted by the Original Plaintiffs against five of the individual defendants. Plaintiffs propose that the parties confer as to whether it is appropriate to voluntarily dismiss these claims from the 2017 Cases before Defendants respond to the complaints in the 2017 Cases, or whether it is more appropriate simply to sever these claims from the 2017 Cases and consolidate them with the Original Cases.

The other area of potential overlap is with the pending motions to amend in the 2017 Plaintiffs into the Original Cases, against five of the individual defendants. Plaintiffs propose that this Court grant that motion in these cases, and then the parties can confer about this overlap as well before the Defendants respond to the complaints. If the Court denies the motion, however, there will be no additional overlap between the cases and no need for further action.

**III.    Defendants' position as to the appropriate course of action**

Defendants believe that the stay on the 2017 Cases should be lifted only for the limited purpose of allowing Plaintiffs to voluntarily dismiss the 2017 Cases in whole or in part, and for the parties then to brief motions to dismiss any part of the 2017 Cases that are not voluntarily dismissed.  Beyond that, Defendants believe that the 2017 Cases should be dismissed in their entirety.  Defendants understand that Plaintiffs intend to voluntarily dismiss some portion of the 2017 Cases, and Defendants will move at the appropriate time to dismiss any portion of the 2017 Cases that are not voluntarily dismissed.  As to the Original Cases (originally filed in 2008), Defendants believe that any motion to amend the operative complaint in those decade-old cases should be denied, consistent with this Court's prior order denying precisely such a motion to amend last year [DE 1315].

Dated: May 8, 2018                                                           Respectfully submitted,

/s/ Marco Simons
Marco Simons
Marissa Vahlsing
Richard Herz
Sean Powers
EARTHRIGHTS INTERNATIONAL
1612 K Street NW #401
Washington, DC 20006
Tel: 202-466-5188
marco@earthrights.org

Leslie M. Kroeger (FL Bar No. 989762)
lkroeger@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401

/s/ Jeffrey A. Neiman
Jeffrey A. Neiman
(Florida Bar Number 544469)
MARCUS NEIMAN & RASHBAUM
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
Tel: (954) 462-1200
Fax: (954) 688-2492
jneiman@mnrlawfirm.com

Elissa J. Preheim
R. Stanton Jones
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 952-5999
elissa.preheim@arnoldporter.com
stanton.jones@arnoldporter.com
*Counsel for Defendant Robert Olson*

4

Benjamin D. Brown
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., N.W.,
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: 202-408-4600
Fax: 202-408-4634

Paul L. Hoffman
Schonbrun DeSimone Seplow Harris & Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291
Tel: 310-396-0731
Fax: 310-399-7040

Judith Brown Chomsky
Law Offices of Judith Brown Chomsky
Post Office Box 29726
Elkins Park, PA 19027
Tel: 215-782-8367
Fax: 202-782-8368

Arturo Carrillo
Colombian Institute of International Law
5425 Connecticut Ave., N.W., #219
Washington, D.C. 20015
Tel: 202-994-5794

*Counsel for Plaintiffs*

/s/ Ardith Bronson
Ardith Bronson
(Florida Bar Number 423025)
ardith.bronson@dlapiper.com
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Tel: (305) 423-8500
Fax: (305) 503-9583

Earl Silbert (*pro hac vice*)
earl.silbert@dlapiper.com
Charles B. Wayne (*pro hac vice*)
charles.wayne@dlapiper.com
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000

*Counsel for Cyrus Freidheim and Robert Kistinger*

/s/ John B. T. Murray, Jr.
John B. T. Murray, Jr.
(Florida Bar Number 962759)
jb.murray@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401
Tel: (561) 650-7213
Fax: (561) 655-1509

*Counsel for Defendant William Tsacalis*

/s/ David S. Krakoff
David S. Krakoff (*pro hac vice*)
Bradley A. Marcus (*pro hac vice*)
BUCKLEY SANDLER LLP
1250 24th Street, N.W., Suite 700
Washington, D.C. 20037
Tel: (202) 349-8000
Fax: (202) 349-8080

        L. Louis Mrachek
(Florida Bar Number 182880)
MRACHEK, FITZGERALD, ROSE,
KONOPKA, THOMAS & WEISS, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, Florida 33401
Tel: (561) 655-2250
Fax: (561) 655-5537

*Counsel for Defendant Charles Keiser*


/s/ Robert Meyer
Robert Meyer (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1123
Fax: (202) 303-2123
rmeyer@willkie.com

*Counsel for Defendant John Ordman*