UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916-KAM

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

**This Document Relates to:**

**ALL ATS ACTIONS**
**ALL ATA ACTIONS**
_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court on various pending motions in cases subsumed within this MDL proceeding.

Upon consideration, it is **ORDERED AND ADJUDGED**:

1. The motions to exclude expert testimony, previously submitted in connection with those ATA actions which have since culminated in final settlement [DE 1281, 1283, 1284, 1285, 1326, 1327, 1328, and 1331] are **DENIED as MOOT**.

2. Plaintiffs' Motion for Issuance of Letters of Request for Judicial Assistance in the taking of the deposition testimony of **Carlos Manuel Bello Arrieta** [DE 2076], filed August 30, 2018 by the *Manjarres* Plaintiffs on behalf of all MDL Plaintiffs, is **GRANTED.** The Letter of Request shall issue by separate order of the Court. The taking of this deposition shall be counted against the total deposition cap cumulatively allotted to the Plaintiffs pursuant to the Court's order granting Defendant Chiquita's motion to enforce the deposition limitation [DE 2082].

3. Plaintiffs, Does 1-976 and Does 1-677, unopposed Third Hague Request for Issuance of Letters of Request for Judicial Assistance in the taking of the deposition testimony of Colombian witness **Raul Emilio Hasbun** filed August 14, 2018 [DE 2053] is **GRANTED**. The Letter of Request shall issue by separate order of the Court. The taking of this deposition shall be counted against the total deposition cap cumulatively allotted to Plaintiffs pursuant to the Court's order granting Defendant Chiquita's motion to enforce the deposition limitation [DE 2082].

4. The Individual Defendants Robert Kistinger, Robert Olson, William Tsacalis and John Ordman's unopposed motion for extension of time to file answer the operative Complaint in Case NO. 17-CV-80535 [DE 2062] is **GRANTED**, and the time for filing answer is extended up through and including **SEPTEMBER 14, 2018.**

5. In Case Nos. 08-80421, 08-80465, 08-80480, 08-80508, 10-80652, 11-80404 and 11-80405, Plaintiffs' motion to amend the global scheduling order in order to set forth a briefing schedule on Plaintiffs' contemplated motion for class certification filed August 17, 2018 [DE 2054] is **DENIED** to the extent Plaintiffs seek establishment of a briefing schedule on a contemplated but not yet filed motion for class certification. In other words, the motion is denied as premature pending a determination on the timeliness of the contemplated motion for class certification.

To the extent the motion may be interpreted as a request for leave of court to file a motion for class certification at this advanced juncture in this MDL proceeding – approximately 11 years after filing of the Plaintiffs' complaints -- ruling on the issue of timeliness is RESERVED pending submission of supplemental briefing on this limited issue. Having reviewed Defendant Chiquita's opposition to the motion [DE

2079] and the opposition submitted by Plaintiff groups represented by Attorney Paul Wolf [DE 2058], together with moving Plaintiffs' Reply in further support of their Motion to Amend filed September 7, 2018 [DE 2089], the Court directs the moving Plaintiffs to submit a consolidated, supplemental Reply, not to exceed **TEN (10) PAGES** in length, addressing the single issue of the timeliness of the contemplated motion for class certification. Moving Plaintiffs shall file their supplemental Reply Brief by no later than **SEPTEMBER 28, 2018.** No further briefing shall be submitted unless expressly invited by the Court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 10th day of September, 2018.

KENNETH A. MARRA
United States District Judge

cc. all counsel