UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916-KAM

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

This Document Relates to:

ATS ACTION

08-80424-CIV-MARRA
_____/

**ORDER**

This cause is before the Court upon New Jersey Plaintiff's Motion to Compel Answers to Discovery (DE 1822). The Motion is fully briefed and ripe for review. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Motion is granted in part and denied in part. The Motion is granted with respect to:

(1) Interrogatories 2-3 and Response for Production 51
(2) Interrogatory 4 and Response for Productions 8, 26-30
(3) Response for Production 2, but if the responses fall within the rubric of the protective order, the same restrictions apply
(4) Response for Production 5
(5) As for the factual proffer, Defendant must answer whether it admits everything in the factual proffer is true. If the answer is no, Defendant shall state what in the factual proffer is not true.

All other requests are denied.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that New Jersey Plaintiff's Motion to Compel Answers to Discovery (DE 1822) is **GRANTED IN PART AND DENIED**

**IN PART.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of October, 2018.

_____
KENNETH A. MARRA
United States District Judge