UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTIONS:

08-80421-CIV-MARRA (N.J. Action) (Does 1-11)
_____/

## ORDER ENFORCING DISCOVERY ORDER

THIS CAUSE is before the Court on "New Jersey" Plaintiffs' Motion to Enforce Discovery Order. Following careful review of all issues raised, it is ORDERED AND ADJUDGED:

1. The Plaintiffs' motion is GRANTED. [DE 2001] With respect to all responses to Jane Doe 3's First Set of Requests for Production for which Chiquita provided "examples" of previously-produced documents, rather than a comprehensive list, Chiquita is directed to supplement its responses by filing an index of all previously-produced documents, categorized by corresponding request number.

2. Chiquita must serve all supplemental responses within SEVEN DAYS of this Order, and shall file a notice of compliance with this Order upon doing so.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this 25th day of OCTOBER, 2018.

HONORABLE KENNETH A. MARRA
United States District Judge

1