**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 08-MD-01916-MARRA**

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:
_____/

**ATS ACTIONS**
_____/

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N.J. Action) (Does 1-11)
08-80465-CIV-MARRA (D.C. Action) (Does 1-144)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (N.Y. Action) (*Manjarres*)
10-60573-CIV-MARRA (*Montes*)
17-81285-CIV-MARRA (D.C. Action) (*Does v. Hills*)
18-80248-CIV-MARRA (*John Doe 1*)
_____/

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS'**
**EXPEDITED MOTION TO ENLARGE PAGE LIMITS FOR DAUBERT MOTION**

Although the last of Defendants' experts was deposed more than four and a half months

ago on January 30, 2019, Plaintiffs delayed until less than two weeks before their single

consolidated *Daubert* motion is due to move the Court on an expedited basis for an additional 10

pages (DE 2483) to challenge that expert and Defendants' other five experts. The only ground

specified in Plaintiffs' expedited motion is that they must make separate and unique arguments for

each expert (DE 2483, ¶¶ 4, 6).  But that is something Plaintiffs have long known and the Court

clearly understood when it first established the requirement of a one 20-page consolidated motion,

originally in April 2017 (DE 1361, § IV.A.1) and reaffirmed in September 2018 (DE 2122, §

IV.A.1).

As Defendants explained to Plaintiffs, in an email not mentioned in Plaintiffs' Motion, the "20-page limit for one consolidated Daubert brief per side has been in place since the first scheduling order over two years ago and Defendants will abide by that limit for **all** Plaintiffs' (non-Wolf and Wolf) experts unless the Court orders otherwise."[1]

In fact, Defendants are challenging nine Plaintiffs' experts in 20 pages. There is no reason that Plaintiffs cannot challenge six of Defendants' experts in the same number of pages.

Plaintiffs' request for additional pages to challenge Defendants' experts is particularly inappropriate given their gamesmanship with their own experts.  As stated in their expert disclosure for one expert, "Plaintiffs have designed the identity of ███████████ as well the content of her testimony in this case as highly confidential" under the ATS Protective Order.[2]  And just last night Plaintiffs served an "amended report" of their expert, Professor Terry Karl, in which she alters the content of her expert report.[3]  This purported alteration comes months after the November 26, 2018 deadline for expert reports, months after the December 24, 2018 deadline for rebuttal reports, months after Professor Karl's February 7, 2019 deposition, and little more than a week before the July 1, 2019 deadline for Daubert motions (DE 2122; DE

---

[1] Michael L. Cioffi June 18, 2019 email to James K. Green, attached hereto as Exhibit 1 (emphasis in original) (email exhibit not included).

[2] *See* Exhibit 2 - redacted copy of Plaintiffs' disclosure for ████████████████ a hybrid fact/expert witness in Colombia who was first disclosed as a fact witness with discoverable knowledge by the New Jersey Plaintiffs on September 17, 2018 – one month before the close of fact discovery on October 28, 2018 and more than 15 months after the interrogatory requesting the identity of witnesses with discoverable knowledge. Defendants could not depose her during fact discovery because one month was not sufficient to obtain and process a letter of request pursuant to The Hague Evidence Convention. Defendants could not depose her as an expert witness because Plaintiffs refused to produce her in this District for deposition.  This expert is included within the 20-page consolidated Daubert motion that Defendants will file.

[3] See Exhibit 3 (James Green June 20, 2019 6:21 p.m. email to Michael Cioffi, et al.).  Professor Karl is within the 20-page consolidated Daubert motion that Defendants will file.

2197).  Despite this gamesmanship, Defendants will abide by the 20-page limit for one consolidate

Daubert motion as long ordered by the Court.  Plaintiffs should abide by that limit as well, and the

Court should deny their motion for more pages.


Dated:          June 21, 2019                          Respectfully submitted,

                                                       */s/ Michael L. Cioffi*
                                                       Michael L. Cioffi (*pro hac vice*)
                                                       Thomas H. Stewart (*pro hac vice*)
                                                       Kevin M. Bandy (*pro hac vice*)
                                                       Blank Rome LLP
                                                       1700 PNC Center
                                                       201 East Fifth Street
                                                       Cincinnati, Ohio 45202
                                                       Tel:          (513) 362-8701/04
                                                       Fax:          (513) 362-8702/93
                                                       Email:        cioffi@blankrome.com
                                                                     stewart@blankrome.com
                                                                     kbandy@blankrome.com

                                                       Frank A. Dante (*pro hac vice*)
                                                       Blank Rome LLP
                                                       One Logan Square
                                                       130 N. 18th Street
                                                       Philadelphia, PA 19103
                                                       Tel:          (215) 569-5645
                                                       Fax:          (215) 832-5645
                                                       Email:        dante@blankrome.com

                                                       *Counsel for Defendant, Chiquita Brands*
                                                       *International, Inc. and on behalf of the*
                                                       *Individual Defendants in cases selected for*
                                                       *summary judgment briefing*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed this document with the Clerk of the Court using

CM/ECF on June 21, 2019 which will automatically generate and serve Notices of Electronic

Filing on all counsel of record.

<u>/s/ Michael L. Cioffi</u>
*Counsel for Defendant Chiquita*
*Brands International, Inc.*