1        CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

2              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
3
             Case No:  08-01916-MD-MARRA/JOHNSON
4

5  IN RE:  CHIQUITA BRANDS INTERNATIONAL, INC.
   ALIEN TORT STATUTE AND
6  SHAREHOLDER DERIVATIVE LITIGATION

7  JOSE AND JOSEFA LOPEZ NOS. 1 through 339,
   (commonly referred to as the Valencia action),
8
            Plaintiffs,
9
   -vs-
10
   CHIQUITA BRANDS INTERNATIONAL, INC., a New
11 Jersey corporation; MOE CORPORATIONS 1-10;
   MOES 11-25; CYRUS FREIDHEIM; and KEITH LINDNER,
12
            Defendants.
13 _____/

14

15

              DEPOSITION OF DAVID GADDIS
16
                   (Videotaped)
17

18            Thursday, January 17, 2019
               9:51 a.m. - 3:59 p.m.
19

              BLANK, ROME, LLP
20    500 East Broward Boulevard, Suite 2100
                Fort Lauderdale, Florida
21

22
           Stenographically Reported By:
23           ROBIN L. MERKER, RPR, FPR
           Registered Professional Reporter
24           Florida Professional Reporter

25

Page 2

```
 1                   APPEARANCES
 2   On behalf of the Plaintiffs:
         LEOPOLD LAW, P.A.
 3       2925 PGA Boulevard
         Suite 200
 4       Palm Beach Gardens, Florida 33410-2911
         561.684.6500
 5       tleopold@leopold-law.com
         BY: THEODORE J. LEOPOLD, ESQUIRE
 6
         EARTHRIGHTS INTERNATIONAL
 7       1612 K Street NW
         Suite 401
 8       Washington, D.C. 20006-2826
         202.466.5188
 9       wyatt@earthrights.org
         BY: WYATT GJULLIN, ESQUIRE
10
     On behalf of Chiquita Brands International:
11       BLANK, ROME, LLP
         130 North 18th Street
12       Philadelphia, Pennsylvania 19103
         215.569.5645
13       dante@blankrome.com
         BY: FRANK A. DANTE, ESQUIRE
14
     On behalf of William Tsacalis:
15       SQUIRE, PATTON, BOGGS, LLP
         777 South Flagler Drive
16       1900 Phillips Point West
         West Palm Beach, Florida 33401
17       561.650.7200
         jb.murray@squirepb.com
18       BY: JOHN BRIAN THOMAS MURRAY, ESQUIRE
19   On behalf of the Estate of Roderick Hills:
         O'MELVENY & MYERS
20       1625 Eye Street, NW
         Washington, DC 20006
21       202.383.5374
         lblalack@omm.com
22       BY: K. LEE BLALACK II, ESQUIRE (Telephonically)
23
24
25
```

Page 3

```
 1                   APPEARANCES
 2
     On behalf of John Ordman:
 3       WILLKIE FARR & GALLAGHER LLP
         1875 K Street, N.W.
 4       Washington, D.C. 20006-1238
         222.303.1123
 5       rmeyer@willkie.com
         BY: ROBERT J. MEYER, ESQUIRE (Telephonically)
 6
     On behalf of Cyrus Freidheim and Rob Kistinger:
 7       DLA PIPER, LLP (US)
         200 South Biscayne Boulevard
 8       Suite 2500
         Miami, Florida 33131-5341
 9       305.423.8562
         jillian.skinner@dlapiper.com
10       BY: JILLIAN SKINNER, ESQUIRE (Telephonically)
11   On behalf of Charles Keiser:
         BUCKLEY SANDLER LLP
12       1133 Avenue of the Americas
         Suite 3100
13       New York, New York 10036
         212.600.2355
14       ceisner@buckleysandler.com
         BY: CAROLYN K. EISNER, ESQUIRE (Telephonically)
15
16
     Also Present:
17       NEAL BEYLUS, U.S. Legal Support
18
                        -  -  -
19
20
21
22
23
24
25
```

Page 4

```
 1                INDEX OF PROCEEDINGS
 2
 3   DEPOSITION OF DAVID GADDIS
 4   DIRECT EXAMINATION BY MR. LEOPOLD:           6
     CROSS-EXAMINATION BY MR. DANTE:            192
 5   REDIRECT EXAMINATION BY MR. LEOPOLD:       196
     CERTIFICATE OF OATH                        211
 6   CERTIFICATE OF REPORTER                    212
     WITNESS NOTIFICATION LETTER                213
 7   Errata Sheet (to be forwarded upon execution)  214
 8
 9
10
                      EXHIBITS
11
     Number            Description            Page
12
        1    Rebuttal Expert Report            16
13      2    1/30/17 Expert Report             27
        3    2/15/17 Deposition                42
14      4    1/27/05 International Crisis Report  125
        5    Kaplan Expert Report             165
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1           Deposition taken before Robin L. Merker,
 2   Registered Professional Reporter, Florida Professional
 3   Reporter, in the above cause.
 4                        *****
 5           THE VIDEOGRAPHER:  Good morning.  We are now on
 6   the video record.  Today is Thursday, the 17th day of
 7   January, 2019.  The time is 9:53 a.m.
 8           We are here at 500 East Broward Boulevard, Fort
 9   Lauderdale, Florida for the purpose of taking the
10   videotaped deposition of David Gaddis taken by the
11   plaintiffs in Case No. 08-MD-1916-Marra.  The case is
12   Re: Chiquita Brands International, Inc., which is
13   filed in the U.S. District Court, Southern District
14   of Florida.
15           The court reporter is Robin Merker of
16   U.S. Legal Support.  The videographer is Neal Beylus
17   of U.S. Legal Support.
18           Would all counsel please state their appearance
19   for the record.
20           MR. LEOPOLD:  Good morning.  Ted Leopold on
21   behalf of the plaintiffs.
22           MR. DANTE:  Good morning.  Frank Dante from
23   Blank Rome on behalf of Chiquita Brands
24   International, Inc.
25           MR. MURRAY:  J.B. Murray, Squire, Patton Boggs
```

Page 6

1    for Bill Tsacalis.
2         MR. GJULLIN:  Wyatt Gjullin on behalf of
3    plaintiffs.
4         MR. BLALOCK:  Lee Blalack on behalf of the
5    Estate of Rod Hills.
6         MS. SKINNER:  Jillian Skinner on behalf of
7    defendants Robert Kistinger and Cyrus Freidheim.
8         MR. MEYER:  Robert Meyer on behalf of John
9    Ordman.
10        MS. EISNER:  Carolyn Eisner, Buckley Sanders
11   for defendant Charles Keiser.
12        THE COURT REPORTER:  Do you swear or affirm the
13   evidence you are about to give will be the truth, the
14   whole truth, and nothing but the truth?
15        THE WITNESS:  I do.
16   Thereupon,
17              DAVID GADDIS,
18   having been first duly sworn or affirmed, was examined and
19   testified as follows:
20              DIRECT EXAMINATION
21   BY MR. LEOPOLD:
22        Q.   Good morning, Mr. Gaddis.  How are you?
23        A.   I'm doing well.  Good morning.
24        Q.   Now, I know that you've had your deposition
25   taken on a number of occasions; is that correct?

Page 7

1         A.   On one occasion, yes, sir.
2         Q.   Only one in all your years of experience?
3         A.   Oh, with regard to Chiquita --
4         Q.   No.
5         A.   -- right.  I've had several, somewhere around
6    eight to ten depositions.
7         Q.   And that's because of your background of DEA
8    agent and things of that sort, that's where you've had
9    most of your experience; correct?
10        A.   Yes.
11        Q.   All right.  So I don't want to spend a lot a
12   time, but since you've been through this rodeo before,
13   answer the questions as best you can.
14             If you don't understand a question I've asked
15   you need to stop me and I'll be happy to rephrase it.
16   Okay?
17        A.   Yes.
18        Q.   If I ask a question and you answer it I'm going
19   to assume that you've understood my question.  Is that
20   fair?
21        A.   Yes.
22        Q.   All right.  Now, there's a lot of lawyers that
23   are on the phone and there's a few here in the room.  So
24   if you hear either your lawyer or any of the other
25   lawyers make an objection, just stop, let them make the

Page 8

1    objection and then answer as you best you can, unless the
2    lawyer for Chiquita tells you, for whatever reason,
3    hopefully appropriately, not to answer the question.
4    Okay?
5         A.   Yes.
6         Q.   Fair enough?
7         A.   Yes.
8         Q.   Okay.  Why don't you state your full name for
9    us, please.
10        A.   David Lee, L-E-E, Gaddis, G-A-D-D-I-S.
11        Q.   All right.  And, Mr. Gaddis, I want to be
12   careful because I'm not sure exactly what your present
13   position is.  So if you could tell us your -- where you
14   live.  If you don't want to give your specific address, I
15   understand.
16        A.   No, that's fine.  I live at 3309 Lake Pointe,
17   P-O-I-N-T-E, Drive, Belmont, B-E-L-M-O-N-T, North
18   Carolina.
19        Q.   And is that near Charlotte?
20        A.   It is.
21        Q.   How long have you lived there?
22        A.   Since 2014.
23        Q.   Prior to that where were you?
24        A.   Prior to that I was living in a temporary home
25   as I was building the home I live in today.

Page 9

1         Q.   Are you presently employed?
2         A.   I own my own company.
3         Q.   What is the name of that company?
4         A.   G-Global Protection Solutions.
5         Q.   And how long has that company been in
6    existence?
7         A.   Since February of -- I'm sorry -- March
8    of 2011.
9         Q.   Are there any other owners or partners in the
10   business with you?
11        A.   No.
12        Q.   Any other employees other than yourself?
13        A.   My wife.
14        Q.   Is she essentially a bookkeeper, or is she
15   actively involved in doing the same kind of work that you
16   do?
17        A.   She manages our accounts.  She does a lot of
18   the administrative bookkeeping and things of that nature.
19        Q.   In a nutshell, can you sort of define for us
20   what that business is?
21        A.   In a nutshell, it's a crisis response and risk
22   mitigation company.  I provide prevention techniques such
23   as building protocols, practices, procedures for
24   corporate clients to follow, which would mitigate their
25   risk.

Page 10

1    Q.   Are you able to tell us some of the names of
2    your clients?
3    A.   I -- I could.  For instance, I've worked for
4    AML Bowl-More, the big bowling company.
5         I've worked for OtterBox, the cell phone cover
6    company.
7         I've worked for Jackson National Financial
8    Insurance Company.
9         And then there are a plethora of attorneys that
10   I would conduct investigations for from time to time,
11   things of that nature.
12   Q.   Just give an example of some of the type of
13   things that you would do for these companies.
14   A.   Asset location.
15        Provide some investigative support when they
16   have issues involving theft of property, including
17   intellectual property.
18        Setting up, as I mentioned, protocols,
19   procedures, and practices for the -- the security
20   department to follow, which mitigates their corporate
21   risk.
22        Setting up security departments or divisions to
23   include uniform guard services if -- if applicable,
24   things of that nature.
25   Q.   And you've been doing this since approximately

Page 11

1    2011?
2    A.   Yes, sir.
3    Q.   All right.  And I'll get into more of your
4    background in a moment, but prior to 2011 what were you
5    doing?
6    A.   I was a DEA agent.
7    Q.   And that made up most of your professional
8    career historically; is that a fair statement?
9    A.   Yes, sir, from 1986 until 2011.
10   Q.   Now, before we get into that, let me ask you:
11   When were you first contacted in this case to act as a
12   consultant and/or expert in this matter?
13        MR. DANTE:  Objection to the form of the
14   question.
15        THE WITNESS:  I would say in the
16   September/October time frame.  Possibly around early
17   October we -- we talked about the case and that led
18   to an agreement that I had entered into with
19   Mr. Dante in early November.
20   BY MR. LEOPOLD:
21   Q.   You're talking about 2018?
22   A.   Yes, sir.
23   Q.   And was it Mr. Dante that had contacted you
24   about working for either the Blank Rome firm and/or their
25   client Chiquita in this matter?

Page 12

1    A.   Yes.
2    Q.   When you were first contacted by Mr. Dante,
3    what did Mr. Dante ask you to do?
4    A.   He asked me to prepare an expert report that
5    would respond to other expert reports in terms of a
6    rebuttal, and asked if I was available to do that.  And
7    we had entered into that November 2018, agreement.
8    Q.   Do you know how Mr. Dante got your name to work
9    on this matter?
10   A.   Yes.  I was involved in the ATA Chiquita case
11   the year prior, which involved giving a deposition.  I
12   was working for a law firm -- I was working for Chiquita
13   with the law firm Covington.  And when Blank Rome took
14   over this case I first met Mr. Dante, and we were talking
15   about preparing -- doing some preparation leading up to
16   the trial which did not occur because of a legal
17   settlement.
18   Q.   When you were on the phone with Mr. Dante in
19   September and/or October of 2018, what do you recall,
20   with specificity, did he ask you to do and/or areas of
21   expert testimony in this matter?
22   A.   He asked me to provide an expert opinion
23   through the expert report on the -- my knowledge and
24   experience of the drug trafficking capability of the AUC
25   right wing paramilitary group based in Colombia from the

Page 13

1    periods of the mid 1990s through 2004, I believe.
2    Q.   Give me those dates again.  I'm sorry.
3    A.   From the mid 1990s up through 2004.
4    Q.   At that time did you discuss anything further
5    and/or did you decide on the phone what your decision
6    would be about being involved in this matter?
7        MR. DANTE:  Objection to the form of the
8    question.
9        You can answer.
10       THE WITNESS:  I was available.  And I entered
11   into the contract by simply providing my own report
12   based on information from public -- public
13   information, public resources, my recollection from
14   my experiences in working DEA investigations that
15   targeted AUC drug-trafficking organizations.  And, of
16   course, having read and reviewed the expert --
17   opposing counsel's expert reports to establish
18   whether or not certain points would be rebutted.
19   BY MR. LEOPOLD:
20   Q.   Well, at the time that Mr. Dante called you on
21   the phone, had you seen the expert reports in this
22   matter --
23   A.   No.
24   Q.   -- in terms to be able to say yes, I've read
25   them, I'll be happy to act as Chiquita's expert in this

Page 14

1  matter as a rebuttal expert?
2        MR. DANTE:  Object to the form of the question.
3     There's just a little confusion about the
4     timing.
5  BY MR. LEOPOLD:
6     Q.   When you were on the phone with Mr. Dante, if I
7  understood correctly, you agreed at that time to act as
8  an consultant/expert for Chiquita.  Is that a true
9  statement?
10    A.   Yes.
11    Q.   Okay.  At that time, when Mr. Dante called you
12 on the phone, had you already read the expert reports of
13 the plaintiffs in this matter?
14    A.   No.
15    Q.   Okay.  Irrespective of that, you agreed to act
16 as an agent expert for Chiquita at that time on the
17 phone; correct?
18    A.   Yes.
19    Q.   Okay.  At some point after that, did -- were
20 you provided any materials from either Mr. Dante or any
21 of the lawyers for Chiquita to determine and/or evaluate
22 this matter?
23    A.   Yes, I was.
24    Q.   What materials were you provided?
25    A.   These were reports that discussed drug

Page 15

1  trafficking involving the AUC.  These were a variety of
2  reports focusing on AUC drug operations; FARC, the
3  leftist guerrilla group in Colombia, their involvement in
4  drug trafficking.  Magazine articles.  Academic papers.
5  Things of that nature.  Some State Department reports.
6     Q.   And who specifically, if you know, provided
7  those materials to you?
8     A.   The majority of those materials were provided
9  by Mr. Dante for me to review.
10    Q.   And how long after the call in September and/or
11 October, when you were retained, did those materials
12 arrive?
13    A.   Not until after we had entered into our
14 agreement to work together, which would have been early
15 November, around November 9th.
16    Q.   Had you ever seen and/or read those materials
17 before, i.e., prior to receiving those from Mr. Dante
18 and/or his office?
19    A.   Some I had.
20    Q.   But not all of them?
21    A.   No, sir.
22    Q.   Do you have a list of what was provided to you?
23    A.   That would be, I think, in Exhibit B of my
24 report.
25    Q.   Okay.  Let me go ahead and mark Exhibit B.

Page 16

1        MR. LEOPOLD:  And, excuse me, but I'm not sure
2     if you guys were continuous exhibits or just starting
3     fresh as 1 for this deposition.
4        MR. MURRAY:  I think we have a protocol in
5     place, just starting fresh.
6        MR. DANTE:  Starting fresh.
7        MR. MURRAY:  Yeah.
8        (Exhibit 1, Rebuttal Expert Report, was marked
9  for identification.)
10 BY MR. LEOPOLD:
11    Q.   Do you have a copy of your expert report with
12 you --
13    A.   No, sir.
14    Q.   -- your own copy?
15         Did you bring any documents with you today?
16    A.   No, sir.
17    Q.   Are the materials at your home or your office?
18    A.   Those materials I left in my office at my home.
19    Q.   Okay.  Is all of your file materials, as it
20 relates to this matter, at your office?
21    A.   Yes, sir.
22    Q.   Do you have any documentation with you that
23 identifies what is part of your expert file, if you will?
24    A.   No.
25    Q.   Does such a document exist?

Page 17

1     A.   No.
2     Q.   As you sit here today, can you identify or
3  enumerate for me what would consist as part of your
4  expert file in this matter?
5        MR. DANTE:  Objection.  Form.  Asked and
6     answered.
7        He also testified that it was in the report.
8        MR. LEOPOLD:  Well, I didn't -- I didn't -- I
9     didn't isolate just the Exhibit B.
10 BY MR. LEOPOLD:
11    Q.   I'm asking all of your materials that are part
12 of your expert file can you identify, as you sit here
13 today, as best you can recall, since you have no
14 documentation with you, what would be part of that file?
15    A.   I can only respond by referencing Exhibit B.
16    Q.   Let me hand you Exhibit 1, which is your entire
17 report with your CV and Exhibit B?
18        MR. LEOPOLD:  You need a copy?
19        MR. DANTE:  Yeah, I do.
20        MR. LEOPOLD:  J.B.?
21        MR. MURRAY:  I've got, thanks.
22 BY MR. LEOPOLD:
23    Q.   Clearly, the report is part of your file;
24 correct?
25    A.   Yes, sir.

Page 18

1    Q.   Your CV is part of your file; correct?
2    A.   Correct.
3    Q.   Exhibit B is part of your file; correct?
4    A.   Correct.
5    Q.   Do you have hand notes as part of your file?
6    A.   I do.
7    Q.   Do you know how many pages it consists of?
8    A.   No, I couldn't tell you with specificity how
9  many pages.
10   Q.   Do you know generally what is encompassed as
11 part of your hand notes, what kind of information may be
12 jotted down there?
13   A.   My hand notes primarily were focused on the
14 other expert reports from opposing counsel as I reviewed
15 them and made points from them.
16   Q.   Can you identify for us now which expert
17 reports of plaintiffs you were provided?
18   A.   There was a report by a -- I'll just name the
19 last names.
20   Q.   Sure.
21   A.   Kirk, Kaplan, Ortega, and McBryan.
22   Q.   Okay.  Any other reports provided to you?
23   A.   Expert reports?
24   Q.   Yes, sir.
25   A.   No.

Page 19

1    Q.   Okay.  Any other reports of any kind provided
2  to you?
3    A.   Just the materials that we had discussed, I had
4  mentioned earlier, in terms of focusing on AUC
5  drug-trafficking operations and FARC drug trafficking.
6    Q.   That's enumerated in Exhibit B?
7    A.   Yes.
8    Q.   Okay.  Now, I want you to take a moment, take
9  as long as you need, look at Exhibit B and let me know
10 that, in addition to what is listed on Exhibit B, are
11 there any other documents by way of research materials
12 that you have that are not listed there as part of your
13 expert file?
14   A.   Not that I recall.
15   Q.   Did you do any of your own research in the
16 preparation of your opinions and/or report that we've
17 marked as Exhibit 1 to this deposition?
18   A.   Other than recollection of investigative cases,
19 DEA-investigated cases, that I was personally involved
20 with, no.
21   Q.   Okay.  Now, when you say "recollection," are
22 you referring to based upon your recollection that you
23 then went out and did some research or contacted people
24 you may have worked with, or looked at documents, or just
25 your recollection that's in your mind?

Page 20

1    A.   Recollection that's in my mind.
2    Q.   Okay.  So it would be a true statement to say
3  that other than what is listed in Exhibit B in terms of
4  hard materials, you did not go out and do any of your own
5  accumulation of getting data and/or research; is that a
6  true statement?
7    A.   Yes.
8    Q.   So other than your hand notes, the documents
9  that are listed in Exhibit B, the expert report, is there
10 anything else part of your expert file that you can tell
11 us as you sit here today?
12   A.   Not beyond my mental recollection of the work
13 that I conducted.
14   Q.   All right.  And just to be fair to you, were
15 you provided any depositions of anyone in this litigation
16 or the prior ATS litigation?
17        MR. DANTE:  Objection to the form of the
18   question.
19        Other than the ones that are listed on
20   Exhibit B?
21        MR. LEOPOLD:  Yes, yes, yes.
22        THE WITNESS:  The answer would be no.
23 BY MR. LEOPOLD:
24   Q.   So, again, I just want to be fair to you, other
25 than the ATS [sic] report from the prior litigation,

Page 21

1  exhibit -- also, your report here, Exhibit 1, and
2  Exhibit A and B to that report, and the documents listed
3  in Exhibit B, and your hand notes, there's nothing else
4  that is part of your, quote, expert file for this matter;
5  is that a true statement?
6        MR. MURRAY:  Objection.  Form.
7        THE WITNESS:  Yes.
8  BY MR. LEOPOLD:
9    Q.   Now, the materials listed on Exhibit B, were
10 those sent to you after the September/October phone call
11 from Mr. Dante retaining your services for this matter,
12 or had you already had those materials?
13   A.   These materials were provided after we had
14 entered into our agreement.
15   Q.   Did you still have in your custody and/or
16 control the file materials or the expert file materials
17 from the ATS [sic] case when you were retained as an
18 expert?
19        MR. DANTE:  Objection to the form of the
20   question.
21        THE WITNESS:  No, I had those destroyed when
22   the trial or the case was settled.
23        MR. DANTE:  Just so the record's clear, Ted, I
24   think you stated ATS cases.  These are the ATS cases.
25   I think you meant to refer to the ATA cases.

David Gaddis - confidential
January 17, 2019                                    22 to 25

Page 22

1       MR. LEOPOLD:  ATA, excuse me.
2       MR. MURRAY:  That was the basis of my objection
3   as well.
4       MR. LEOPOLD:  I'm sorry.
5   BY MR. LEOPOLD:
6   Q.   Okay.  The earlier litigation, the ATA
7   litigation, let me just, so the record's clean.
8        Do you still have your file materials from the
9   ATA case?
10  A.   No, sir.  I purged those files, destroyed them.
11  Q.   From the best that you recall, by way of your
12  expert file materials from the ATA case, did it have any
13  additional materials other than what we've already
14  discussed as part of your present expert file, other than
15  Exhibit 1, report?
16      MR. DANTE:  Objection to the form.
17      You can answer.
18      THE WITNESS:  No.
19  BY MR. LEOPOLD:
20  Q.   Do you understand the question?
21  A.   Yes.
22  Q.   Okay.  So the only additional document that
23  would be -- that wasn't part of your ATA file is the
24  report that we've marked as Exhibit 1, which is your
25  expert report in this matter?

Page 23

1       MR. DANTE:  Objection to the form of the
2   question.
3       THE WITNESS:  Yes.
4   BY MR. LEOPOLD:
5   Q.   In terms of Exhibit B materials, did you read
6   those materials?
7   A.   Yes.
8   Q.   As part of your review of those materials, did
9   you highlight and/or mark on those materials?
10  A.   No.
11  Q.   So if we were to look at those materials, they
12  would be what I refer to as fresh documents, no
13  highlighting, no note-taking on them, no underlining,
14  anything of that sort?
15  A.   Yes.
16  Q.   Do you recall how many pages of your hand notes
17  there are?
18  A.   No, sir, not with any specificity.
19  Q.   Would you be -- we'll make the appropriate
20  request through counsel, but we're going to ask for you
21  to make a copy of your hand notes and provide them so we
22  can get a copy of them.  Okay?
23  A.   I would be happy to provide them to counsel.
24  Q.   Okay.  Thank you.
25       Now, let's take a step back for a moment if we

Page 24

1   can.  Do you recall when you were first contacted about
2   the ATA matter?
3   A.   That would be with -- through my relationship
4   with Covington, the ATA matter, and that would have
5   occurred -- that would have occurred sometime in 2017.
6   Q.   Do you remember early, mid, or late 2017?
7   A.   No, I don't recall the month.
8   Q.   Who at Covington contacted you?
9   A.   Maureen Brown.
10  Q.   And what did Ms. Brown ask you to do at that
11  time?
12      MR. DANTE:  Let me just object that it's beyond
13      the scope of his opinions in this case.
14      You can answer.
15      THE WITNESS:  Ms. Brown asked if I would be
16      interested and available to provide an expert report
17      on the drug-trafficking operations of the FARC in
18      Colombia through a specific period of time.
19  BY MR. LEOPOLD:
20  Q.   And was -- and what was that time period, if
21  you recall?
22  A.   It was a bit -- I believe it was the 1990s,
23  early 2000s.
24  Q.   Generally the same time frame that Mr. Duarte
25  asked you to testify about?

Page 25

1   A.   Yes.
2   Q.   Dante, excuse me.
3       MR. DANTE:  Objection to the form of the
4       question.
5   BY MR. LEOPOLD:
6   Q.   The same time frame generally?
7   A.   Yes.
8   Q.   Was there any discussion at that time that
9   there was another expert involved to do the same type of
10  testimony, but you needed to be substituted or take the
11  place of that person for any reason?
12      MR. DANTE:  Object to the form of the question.
13      THE WITNESS:  Yes.
14  BY MR. LEOPOLD:
15  Q.   Tell me about that.
16  A.   That, I think you're referring to another
17  retired DEA agent named Michael Braun, B-R-A-U-N --
18  Q.   Um-hum.
19  A.   -- who could not provide the service, so they
20  had asked if I would consider.
21  Q.   Do you know why?
22  A.   I believe Mike made a recommendation to
23  Ms. Brown that I was knowledgeable on this topic.
24  Q.   Did you ever find out the reason why Mr. Brown
25  was not able to render the expert testimony that he was

Page 26

1  originally retained to do?
2        MR. DANTE:  Objection.  Beyond the scope of the
3     opinions in this case.
4        THE WITNESS:  No.
5  BY MR. LEOPOLD:
6     Q.   Did you ever talk to him about that?
7     A.   No.
8     Q.   Did you -- and on that initial phone call did
9  you agree to provide that expert testimony?
10    A.   Yes.
11    Q.   After you -- you were provided that -- I should
12 say after you agreed to provide that expert testimony,
13 were you provided any materials?
14    A.   I'm sorry, can you repeat the question.
15    Q.   After you agreed with Ms. Brown to render the
16 expert testimony in the ATA case, did Ms. Brown and/or
17 anyone else forward you materials, case materials, if you
18 will?
19    A.   Yes.
20    Q.   And what materials did they provide you?
21       MR. DANTE:  Objection to the form of the
22    question.  Beyond the scope of his opinions in this
23    case.
24       Ted, are we going to talk about his expert
25    report in this case or are we going to try the ATA

Page 27

1  cases?
2        MR. LEOPOLD:  Okay.  I'm not sure if you got
3     your objection on.
4        MR. DANTE:  I did.
5  BY MR. LEOPOLD:
6     Q.   Okay.  You can answer.
7     A.   The reports involved magazine articles, State
8  Department reports, some Colombian reports.  I read and
9  speak Spanish so some of these were in Spanish from
10 Colombian NGO writers, things of that nature.
11    Q.   Were you provided an actual, either draft or
12 completed, expert report to review?
13    A.   In the ATA case?
14    Q.   Yes, sir.
15    A.   Yes.
16    Q.   And who prepared that report if you know -- or
17 document?
18    A.   Covington provided it to me.
19       (Exhibit 2, 1/30/17 Expert Report, was marked
20 for identification.)
21 BY MR. LEOPOLD:
22    Q.   Let me hand you what we've marked as Exhibit 2
23 to your deposition.  And this is a document that was
24 marked at your deposition in the ATA case, which was also
25 marked as Exhibit 121.

Page 28

1        When was the last time you've seen this
2  document?
3     A.   The last time I saw this document was -- in its
4  entirety, in reading through it --
5     Q.   Yes, sir.
6     A.   -- was leading up to preparation for trial.
7     Q.   When the ATA case resolved was this one of the
8  documents that were destroyed by you?
9     A.   Yes, sir.
10    Q.   Okay.  After -- or excuse me.
11       After speaking with Ms. Brown and materials
12 being sent to you, was -- other than Exhibit A, which I
13 believe is your CV, was the content of the document, in
14 other words the expert report, the document that was
15 provided to you by Ms. Brown?
16       MR. DANTE:  Object to the form of the question.
17       THE WITNESS:  I -- I don't quite understand the
18    question.
19 BY MR. LEOPOLD:
20    Q.   It was poorly worded, so I apologize.
21       If you look at the document, Exhibit 2 --
22 forget Exhibit A and B for right now.  I'm talking about
23 the content of the report.
24       Was this the document that Ms. Brown provided
25 to you and/or someone in her office?

Page 29

1        MR. DANTE:  Objection to the form.
2        THE WITNESS:  Ms. Brown provided an initial
3     draft to which I reviewed and made some changes,
4     minor changes, in -- in a number of -- of spots.
5     But, yes, this is generally the report that was
6     provided to me.
7  BY MR. LEOPOLD:
8     Q.   Did you ever learn who actually drafted Exhibit
9  No. 2 --
10    A.   No.
11    Q.   -- your expert report in the ATA case?
12    A.   In terms of a -- a person?
13    Q.   Yes.
14       MR. MURRAY:  Objection.  Form.
15       THE WITNESS:  No.
16 BY MR. LEOPOLD:
17    Q.   To the best of your knowledge, is it your
18 understanding that one or more lawyers for Chiquita
19 prepared the ATA document?
20       MR. DANTE:  Object to the form.  Asked and
21    answered.
22       THE WITNESS:  No.
23 BY MR. LEOPOLD:
24    Q.   So as you sit here today you have no
25 understanding or appreciation of who prepared the ATA

David Gaddis - Confidential
January 17, 2019                                        30 to 33

Page 30

```
1  expert report?
2         MR. DANTE:  Objection to the form of the
3     question.  Asked and answered.
4         THE WITNESS:  Yes.
5  BY MR. LEOPOLD:
6     Q.  Did you ever ask anybody?
7     A.  No.  It was provided to me by Mo Brown and a
8  cocounsel at Covington.  That's all I was aware of.
9     Q.  In terms of Exhibit B of Exhibit 2, your expert
10 report in the ATA case, if you look at Exhibit B, were
11 those materials provided to you by the Covington lawyers?
12    A.  Yes.
13    Q.  Did you, prior to having your deposition taken
14 in the ATA case, ever go out and do any of your own
15 research and accumulation of documents in addition to
16 what is listed on Exhibit B?
17    A.  No.
18    Q.  Would your workup be similar to what your --
19 what you've told us your workup is in this case, in that
20 you have looked at the documents that were provided to
21 you from the lawyers, and your own understanding and
22 experience, if you will, and that is essentially the work
23 you've done on the ATA matter?
24        MR. DANTE:  Object to the form of the question.
25     Also mischaracterizes the witness's testimony.
```

Page 31

```
1         THE WITNESS:  Yes, my memory, recollection,
2     based on complex investigations that I was involved
3     in through the years focusing on the FARC, along with
4     those resources in Exhibit B, were what I relied on.
5  BY MR. LEOPOLD:
6     Q.  Now, if you recall, when the draft of the
7  expert report was sent to you by the Covington lawyers
8  you said that you made some changes.  How would you
9  categorize those changes?
10    A.  Based on my review, and I can't recall with any
11 specificity which changes were made at the time.
12    Q.  Um-hum.
13    A.  But as I looked through the report, I may have
14 wanted a sentence or a paragraph to be reworded in terms
15 that I was comfortable with.
16    Q.  Would you categorize the changes that you
17 either made and/or recommended to be minor in terms of
18 the entire context in the preparation of the expert
19 report in the ATA case?
20        MR. DANTE:  Object to the form of the question.
21     Beyond the scope of his opinions in this case.
22        THE WITNESS:  I cannot say that they're minor,
23     or I wouldn't have made the changes.  To me they were
24     pertinent enough to -- to add or change in the
25     report.
```

Page 32

```
1  BY MR. LEOPOLD:
2     Q.  But as you sit here today you don't recall what
3  those were?
4     A.  No.
5     Q.  Okay.  Now, when you were contacted by counsel
6  in the ATS case, this case, did you ask to review your
7  expert report from the ATS -- the ATA case?
8     A.  Okay.  Repeat the question.
9     Q.  When you were retained in this case, did you
10 ask if you could review your expert report in the ATA
11 case?
12    A.  No, no.
13    Q.  Now, tell us about the preparation of your
14 expert report in the ATS case, this case, Exhibit 1.
15    A.  Before I destroyed or purged the Exhibit 2 from
16 the ATA case, I used this report as format, a template if
17 you will, to begin drafting my report which is Exhibit 1.
18        MR. LEOPOLD:  Could you just read me back his
19     answer?
20        (A portion of the record was read by the
21 reporter.)
22 BY MR. LEOPOLD:
23    Q.  Okay.  So I need to ask you -- I need to step
24 back for a moment, and I probably should ask this
25 question:  When did you purge and/or destroy your ATA
```

Page 33

```
1  file?
2     A.  I can't recall with specificity the date.
3  The -- the sourced material in Exhibit B -- oh, I'm
4  sorry.  In part B of Exhibit 2, all of these documents:
5  the books, reports, court filings, government sources,
6  etc., these were destroyed because they were voluminous
7  and they were taking up file space, and they were
8  destroyed around the time that the legal settlement
9  occurred.
10    Q.  And when, approximately -- approximate time
11 frame was that?
12    A.  I can't recall.  It was early 2018.
13    Q.  Okay.
14    A.  I believe.
15    Q.  All right.
16    A.  I'm trying to recall, and it's difficult to
17 give you specific months or dates, but it was around the
18 time frame of 2018.
19        The -- the report noted as Exhibit 2 remained
20 in the file because it's not as voluminous as the others,
21 support materials if you will, in the ATA case.
22    Q.  Okay.
23    A.  So this was destroyed more recently in the last
24 couple of months.
25    Q.  And "this," you're pointing to Exhibit 2 which
```

Page 34

1  is your ATA expert report?
2      A.  Yes.
3      Q.  And why did you destroy it?
4      A.  Space efficiency.  I didn't feel like I needed
5  it.  As I had -- I wasn't anticipating to be contacted
6  to -- to work on a new expert report.  But when I was, I
7  reverted back to the old ATA report, saw that it was
8  there in my files, and used it to draft the basic format.
9      Q.  All right.  And so after you did that, you made
10  the decision, after you prepared your ATS expert report,
11  to destroy the ATA report?
12     A.  Yes.
13     Q.  Did anybody tell you to do that?
14     A.  No.
15     Q.  You just thought you didn't need to keep it any
16  longer?
17     A.  Yes.
18     Q.  As you -- well, let me strike that.
19         Did anybody help you prepare the ATS expert
20  report, Exhibit No. 1?
21         MR. DANTE:  Objection.  Form.
22         THE WITNESS:  No.  In fact, Mr. Dante told me
23     that --
24         MR. DANTE:  Let's -- I'm going to instruct you
25     not to divulge the contents of our communications.

Page 35

1         THE WITNESS:  Okay.  Okay.
2  BY MR. LEOPOLD:
3      Q.  Well, let me take a step back.
4         After your initial retention for the ATS case
5  by Mr. Dante, did you have any follow-up conversations
6  with either Mr. Dante or any of the lawyers for Chiquita
7  about your expert report?
8      A.  Yes.
9      Q.  On how many occasions did you have any
10  conversations with any of the lawyers about your expert
11  report for the ATS case?
12     A.  There was numerous.
13     Q.  Did you keep any log or track of those
14  conversations?
15     A.  No.
16     Q.  Do you have a billing file?
17         MR. DANTE:  Objection to the form of the
18     question.
19         THE WITNESS:  Yes.
20  BY MR. LEOPOLD:
21     Q.  And how much do you charge per hour for your
22  time?
23     A.  $650.
24     Q.  As part of your phone calls would you, in your
25  normal course of your business, keep track of your time

Page 36

1  that you spent on a particular matter?
2      A.  That would be, as best possible, that would be
3  listed on the invoice under an expense sheet.
4      Q.  So the answer to my question is yes,
5  Mr. Leopold, I keep track of my time?
6      A.  Yes.
7      Q.  Okay.  And so if we looked at your time
8  records, would we see phone calls every time you spoke to
9  one of the lawyers, whether Mr. Dante or someone else,
10  about this matter?
11     A.  Yes.
12     Q.  Okay.  And do you know how much time you spent
13  or billed in this matter to date?
14     A.  I can give you an approximate --
15     Q.  Please.
16     A.  -- amount.  Somewhere around $20,000.
17     Q.  Okay.  And you have your billing files, also,
18  at your home?
19     A.  Yes.
20     Q.  Okay.  And, again, we're going to request
21  counsel to give us that, so you have no problem making a
22  copy and sending it to your counsel; correct?
23     A.  I'm happy to provide them to my counsel.
24     Q.  And is it up to date?  So, in other words,
25  we'll see your time, essentially, up to the last month or

Page 37

1  so?
2      A.  Yes.
3      Q.  Was there discussions with anyone, counsel or
4  otherwise, about what portions of the ATA expert report,
5  Exhibit No. 2 to this deposition, should be used for your
6  expert report in the ATS case?
7         MR. DANTE:  Object to the form of the question.
8         THE WITNESS:  No.
9  BY MR. LEOPOLD:
10     Q.  Did you actually prepare the typewritten expert
11  report that is marked as Exhibit 1 to this case?
12     A.  Yes.
13     Q.  On your computer?
14     A.  Yes.
15     Q.  Did you in any form have, in a Word document or
16  some other type of computer processing, the ATA expert
17  report in your computer?
18     A.  No.
19     Q.  Did you request anybody to send it to you?
20     A.  No.
21     Q.  So you physically typed the expert report
22  that's marked as Exhibit 1?
23     A.  Okay.  And when you physically typed the expert
24     Q.  Okay.  And when you physically typed the expert
25  report that is marked as Exhibit 1, you had the expert

Page 38

1  ATS -- excuse me -- the expert ATA report in front of
2  you, did you not?
3      A.  Yes.
4      Q.  Okay.  And you would agree with me -- well, let
5  me take a step back.
6          You would agree with me, by reviewing Exhibit 1
7  and Exhibit 2, that they are substantially similar --
8          MR. DANTE:  Object to the form of the question.
9  BY MR. LEOPOLD:
10     Q.  -- correct?
11     A.  No, I would not agree with you.
12     Q.  Okay.  How do they differ other than in the ATA
13 case you're dealing with FARC and in the ATS case you're
14 dealing with AUC?  Have you ever looked, in terms of word
15 for word, the differences in the report?
16         MR. DANTE:  Objection to the form of the
17     question.
18         THE WITNESS:  No, I have not.
19 BY MR. LEOPOLD:
20     Q.  Do you recall, when you were preparing Exhibit
21 No. 1, that you took a fair amount of the information
22 that was in the expert report, the ATA report, and
23 incorporated it into the ATS expert report?
24         MR. DANTE:  Objection to the form of the
25     question.

Page 39

1          THE WITNESS:  Yes, as pertaining to Colombian
2      drug trade, I do recall using some of that language
3      that was in the earlier report.
4  BY MR. LEOPOLD:
5      Q.  Okay.  Can you, as you sit here today, tell us
6  the substantial differences between the two reports?
7          MR. DANTE:  Objection to the form of the
8      question.
9          Do you want him to go line through line the
10     changes in the two reports?
11         MR. LEOPOLD:  But I'm not sure if you got --
12     the objection is what?
13         MR. DANTE:  The objection is the form of the
14     question.
15         MR. LEOPOLD:  Okay.  I think that's all we need
16     to hear.
17         MR. DANTE:  It's an unfair question to ask the
18     witness.
19         MR. LEOPOLD:  Okay.  But we don't need --
20         MR. DANTE:  It's a long report, there are many
21     differences, you can see the differences yourself.
22         MR. LEOPOLD:  Right.  I don't want to get
23     into -- I'm assuming you're experienced enough to
24     know that we just want to stay with the legal
25     objections.  We're not going to -- we're not going to

Page 40

1      have legal speaking objections.  So just object to
2      the form is fine.  If I need to ask you what that
3      objection is I'll do so.  I'm assuming you'll be able
4      to give me the legal objection.
5          MR. DANTE:  Um-hum.
6          MR. LEOPOLD:  So the -- but I don't need it
7      right now.
8  BY MR. LEOPOLD:
9      Q.  So right now, Mr. Gaddis, do you understand my
10     question?
11         MR. DANTE:  And you're experienced enough to
12     ask proper questions and be fair to the witness.
13 BY MR. LEOPOLD:
14     Q.  Do you understand my question?
15     A.  I do.
16     Q.  Okay.  Could you answer my question, please?
17     A.  Yes.  I -- I believe that there are significant
18 and substantial differences between the two reports
19 pertaining to types of drug-trafficking operations
20 involving Colombia between a different cartel.  The first
21 report, ATA, involving the leftist guerrilla FARC
22 organization, and the new report involving not only the
23 AUC, but the AUC as entrenched with other trafficking
24 organizations such as the North Valley Cartel.
25     Q.  In terms of your opinions that you set forth in

Page 41

1  the ATS report, Exhibit No. 1, related to the AUC, can
2  you identify where those opinions derive from?  And by
3  that, specifically I'm asking:  Did they derive from the
4  materials listed on Exhibit B, or your own personal
5  experience, or both, or something else?
6          MR. DANTE:  Objection to the form of the
7      question.
8          THE WITNESS:  Both collectively.  But my
9      experiences in those investigations provided me a
10     depth of knowledge that I relied on as I read public
11     information, articles, and other reports.  That depth
12     of knowledge provided my memory of cases and of
13     investigations against the AUC which brought me to --
14     to writing this report.
15 BY MR. LEOPOLD:
16     Q.  All right.  But to be crystal clear, you told
17 me this before, but I want to be fair to you, you did not
18 go out and, when you prepared your expert report for the
19 ATS case, Exhibit No. 1, you did not go out and do any of
20 your own research.  The only materials that you reviewed
21 to support your report is identified in Exhibit B; isn't
22 that a true statement?
23         MR. DANTE:  Objection to the form of the
24     question.  Mischaracterizes the witness's prior
25     testimony.

Page 42

```
1        THE WITNESS:  Correct.
2  BY MR. LEOPOLD:
3     Q.  Thank you.  Let me hand you --
4        MR. DANTE:  Can we take a break?
5        MR. LEOPOLD:  Yeah, let me just mark this so we
6  have this.
7        (Exhibit 3, 2/15/17 Deposition, was marked for
8  identification.)
9  BY MR. LEOPOLD:
10    Q.  Let me hand you what we've marked as Exhibit
11 No. 3.
12    A.  Um-hum.
13    Q.  And let me just ask you, close the loop on
14 this:  Now, Exhibit No. 3 is your deposition from the ATS
15 case; is that correct?
16       MR. GJULLIN:  ATA.
17 BY MR. LEOPOLD:
18    Q.  Excuse me, the ATA case.  I'm sorry.
19       MR. DANTE:  I can't tell.  If you don't know,
20 you --
21       THE WITNESS:  I'll have to --
22 BY MR. LEOPOLD:
23    Q.  Well, do you see your name on there --
24    A.  -- more closely look at it.
25    Q.  -- David Lee Gaddis, February 15, 2017?
```

Page 43

```
1     A.  Yes, I do see that.  Um-hum.
2     Q.  Now, prior to today's deposition, did you
3  review this deposition?
4     A.  No.
5     Q.  Have you ever seen a hard copy of your
6  deposition in the ATA case?
7     A.  No.
8     Q.  Did you ever request anybody to provide it to
9  you prior to today so that you can refresh your memory
10 about what you testified to under oath in February
11 of 2017?
12       MR. DANTE:  Objection to the form of the
13 question.
14       THE WITNESS:  No.
15 BY MR. LEOPOLD:
16    Q.  Did you ever think about asking anybody to look
17 at your prior testimony?
18       MR. DANTE:  Objection to the form of the
19 question.
20       THE WITNESS:  No.
21       MR. LEOPOLD:  Okay.  Let's --
22       MR. DANTE:  Could we take a break?  Thank you.
23       THE VIDEOGRAPHER:  Going off the video record
24 at 10:44.
25       (A brief recess was taken from 10:44 a.m. to
```

Page 44

```
1  10:54 a.m.)
2        THE VIDEOGRAPHER:  And we're back on the video
3  record at 10:54 a.m.
4  BY MR. LEOPOLD:
5     Q.  Mr. Gaddis, just before the break I provided to
6  you Exhibit No. 3 to your deposition here today.  Do you
7  recall that?
8     A.  Yes.
9     Q.  And that was your sworn testimony given on
10 February 15, 2017, in the ATA case; is that correct?
11    A.  Yes.
12    Q.  And if I -- if I understood your earlier
13 testimony just before the break, you neither asked for
14 nor reviewed this deposition prior to today; is that
15 correct?
16    A.  Yes.
17    Q.  Do you recall, after the deposition taken on
18 February 15, 2017, whether or not you made any changes to
19 the deposition testimony?
20    A.  I do not recall.
21    Q.  Okay.  As you sit here today, anything about
22 the testimony that perhaps you thought about and you
23 would say as I sit here today, I would change?
24       MR. DANTE:  Object to the form.
25       THE WITNESS:  Not that I can think of or
```

Page 45

```
1  recall.
2  BY MR. LEOPOLD:
3     Q.  And at the time that you gave your sworn
4  testimony in February 15, 2017, the testimony you gave
5  was full and complete; is that true?
6        MR. DANTE:  Objection to form.
7        THE WITNESS:  I answered the questions that
8  were asked of me --
9  BY MR. LEOPOLD:
10    Q.  Truthfully?
11    A.  -- throughout the deposition.
12    Q.  Truthfully?
13    A.  Yes.
14    Q.  And you understood that you were under oath at
15 the time?
16    A.  Yes.
17    Q.  And you believe it was accurate at the time
18 that you gave that testimony; is that a true statement?
19    A.  Yes.
20    Q.  Now, in the preparation of the ATA expert
21 report, do you recall how many times you spoke to the
22 lawyers in preparation of that report?
23    A.  No, I don't recall.
24    Q.  Let me see if this refreshes your recollection.
25 Turn to page 23 of the document, please.
```

David Gaddis - Confidential
January 17, 2019                                          46 to 49

Page 46

1   A.   (Complied.)
2   Q.   Beginning at line 15 through 21:
3   "QUESTION:" -- let me know when you're there.
4   A.   Page 23.
5   Q.   Yes, sir.  It would be the upper right-hand
6   part of the page I believe.  Are you there?
7   A.   Yes, which lines.
8   Q.   15 through 21.
9   A.   Okay.
10  Q.   "QUESTION:" -- this is to you by counsel --
11  "Did you do anything to prepare for today's deposition?
12       "ANSWER:  Yes, I reviewed the expert report
13  that was researched and developed by counsel.  I had
14  numerous" occasions -- excuse me.  "I had numerous
15  discussions with counsel about the topic of my expert
16  report and we had discussions yesterday about today's
17  activities, about today's deposition."
18       Does that help refresh your recollection about
19  how many times you spoke with counsel with respect to
20  their development in preparation of that ATA expert
21  report?
22  A.   No.
23  Q.   As you sit here today, do you know how many
24  times that you spoke with Mr. Dante or -- and/or anyone
25  on behalf of Chiquita in preparation of the ATS expert

Page 47

1   report?
2   A.   Not with any specificity.
3   Q.   Okay.  Well, approximately.
4   A.   Numerous times.
5   Q.   "Numerous" means what to you?
6   A.   I -- I truly can't say with any specificity.
7   Q.   More than five, less than five?
8   A.   Perhaps between five and ten.
9   Q.   Okay.  How many drafts of your ATS report did
10  you go through before it was final, if any?
11  A.   I would say two drafts.
12  Q.   Do you have the previous drafts in your
13  computer?
14  A.   I'm not sure.
15  Q.   Would you be able to check at home and make a
16  determination if you still have them?
17  A.   I would.
18  Q.   Okay.  And we're going to request those, if
19  there are any drafts of the previous report, in other
20  words, prelude to the final report, we're going to ask
21  that you give that to Mr. Dante, and we're going to
22  request those as well.  Okay?
23  A.   I'd be happy to if it's available.
24       MR. DANTE:  And we'll object to that.
25       MR. LEOPOLD:  Well, you can object.  I'm just

Page 48

1   asking you to give it to him and then we'll let the
2   court decide whether it can be produced.
3   BY MR. LEOPOLD:
4   Q.   Do you remember what the nature of the changes
5   were between the first draft and the second draft and the
6   second draft and the final draft?
7       MR. DANTE:  Objection.  Form.
8       THE WITNESS:  Not with any specificity.
9   BY MR. LEOPOLD:
10  Q.   Well, how about generally?
11  A.   May I review the report?
12  Q.   Sure, take your time.  Let me know when you're
13  done.
14  A.   By the way, may I correct something I had said
15  earlier?
16  Q.   Sure.
17  A.   In paragraph 4, as I review Exhibit --
18  Q.   Just what are you referring to, so we know?
19  A.   Exhibit 1.
20  Q.   Okay.  That's --
21  A.   Paragraph 4.
22  Q.   That's your ATS expert report in this matter?
23  A.   Yes.
24  Q.   Paragraph 4?
25  A.   I had referred to opposing expert report, I

Page 49

1   think I said Kirk.  It wasn't Kirk, it was Karl.
2   Q.   Okay.  No problem.  It was K-A-R-L.
3   A.   Okay.  Could you repeat the question?
4   Q.   Yes, sir.  If I -- well, it might be easier
5   just to have the court reporter read back.
6       (A portion of the record was read by the
7   reporter.)
8   BY MR. LEOPOLD:
9   Q.   I was asking you, and then you asked to look at
10  your -- look at the report.  What was the -- I believe I
11  asked the differences or changes between draft one to
12  draft two, and draft two to the final report marked as
13  Exhibit 1.  And you said give me a moment and let me look
14  at the document.
15  A.   Okay.
16       MR. DANTE:  I'm going to object to the form of
17       the question, it's prohibited by federal rules.
18  BY MR. LEOPOLD:
19  Q.   You can answer.
20       THE WITNESS:  Should I answer?
21       MR. DANTE:  Go ahead.
22  BY MR. LEOPOLD:
23  Q.   Yes, please.
24  A.   Okay.  As I recall -- and it's difficult,
25  again, to recall with specificity, but as -- as I recall,

Page 50

1  there was an addition in paragraph 4 where specifically
2  points 1 through 5 were added as direct rebuttals to the
3  other expert reports in terms of adding specific directed
4  language about the rebuttals.
5      Q.  Okay.  Anything else?
6      A.  Yes.  It's later in the report, and it
7  addresses -- I believe that the discussion of -- in
8  paragraph 22, the first sentence is a -- is a sourced
9  with Footnote 17, where it discusses that $200 million
10 were derived from the drug trade.  $200 million was --
11 was added in the report as an average when I know, from
12 my experiences, that 200 million is an average within a
13 range, a range that can be -- I would actually say 200
14 million is a conservative figure when it could extend
15 much higher.  So there was some change in regard to the
16 wording of actually making 200 million an average.
17     Q.  Was that change your suggestion or the lawyers'
18 or someone else's?
19     A.  It was the lawyers' suggestion to list an
20 average, which I remember the 200 million was something
21 that we had to discuss.
22         When my -- my range actually would be somewhere
23 between 200 and $350 million but we kept it at 200
24 million.
25         MR. DANTE:  You want to take a break, Ted?

Page 51

1          MR. LEOPOLD:  (Indicating.)
2          MR. DANTE:  No?  Okay.
3          THE WITNESS:  And the final -- I'm sorry.
4          The final piece that was -- was added, I
5      believe, was two support documents added to the
6      report, referred to in paragraph 32, which was the
7      U.S. Customs report.
8  BY MR. LEOPOLD:
9      Q.  Hold on one second.  Let me just get there.
10         Paragraph 32.  Okay.  Two additional articles?
11     A.  Two additional -- yes, articles or papers that
12 were -- were sourced.  One was the U.S. -- United States
13 Customs report by officials touting Chiquita as a,
14 quote-unquote, leader among commercial ocean carriers in
15 the prevention of drug smuggling.
16     Q.  Let me just stop you there.  Was that -- since
17 you have already told us you did not do any of your
18 original research, I'm assuming the lawyers told you to
19 put that in there.
20         MR. DANTE:  Object to the form of the question
21     and it calls for a privileged communication.
22 BY MR. LEOPOLD:
23     Q.  You can answer.
24     A.  Yes, that was added as a suggestion by my
25 lawyer.

Page 52

1      Q.  And they provided that article to you; correct?
2      A.  Yes.
3      Q.  Okay.  What's the second article?
4      A.  The second article was regarding the Belgium
5  authorities, at the end of paragraph 32.
6      Q.  Footnote 30?
7      A.  Yes.
8      Q.  And, again, that was at the lawyers'
9  suggestions and they provided that to you?
10     A.  Yes.
11         MR. DANTE:  Objection to the form of the
12     question.
13 BY MR. LEOPOLD:
14     Q.  I didn't hear your answer.
15     A.  Yes.
16     Q.  Thank you.
17     A.  And may I -- may I clarify another point --
18     Q.  Sure.
19     A.  -- that we discussed earlier?
20         As I'm looking through the report, I -- I see a
21 quote by then U.S. Attorney at the Southern District of
22 New York, Preet Bharara.
23     Q.  What page are you at?
24     A.  That was in page 8, paragraph 15.
25     Q.  Um-hum.

Page 53

1      A.  At the bottom of the page it reads "As he has
2  now admitted in our courthouse, Barrera," who is a
3  Colombian drug trafficker --
4      Q.  Let me stop you there for the court reporter
5  because it's confusing.
6          MR. LEOPOLD:  It's B-A-R-R-E-R-A, and Preet
7      Bharara, as you may know from all the news these days
8      is B-H-A-R-A-R-A.
9          MR. DANTE:  It's Preet.
10         MR. LEOPOLD:  Preet, P-R-E-E-T.
11 BY MR. LEOPOLD:
12     Q.  Go ahead, I'm sorry.
13     A.  "Barrera bought cocaine paste from the FARC
14 and, under the protection of AUC, turned it into hundreds
15 of tons of hugely profitable product annually, some of
16 which he knew was intended for distribution in the U.S.
17 For years the AUC financed its terrorist activity through
18 the proceeds of cocaine trafficking in AUC-controlled
19 regions of Colombia."
20         This reminds me of -- you had asked had I done
21 any of my own research.  And I'm thinking of research
22 as -- as, you know, reading thorough articles, or papers,
23 or things of that such, when perhaps you may think a
24 Google search on an announcement by the U.S. Attorney
25 could be research.  I did do some of that so that I could

Page 54

1  recollect the names of those indicted in our
2  investigations.  So I wanted to make that clear.
3      Q.   That's fair, that's fair, and I appreciate you
4  telling us that.
5           So essentially you -- you did some basic Google
6  searches to refresh your recollection on some of your own
7  activities while you were involved with the DEA?
8      A.   Correct.
9      Q.   Okay.
10     A.   Yes.  To -- to solidify in my memory the
11 complete names of those defendants and the time frames,
12 things of that nature.
13     Q.   Okay.  Anything else?
14     A.   No.
15     Q.   Okay.
16     A.   Not that I can recall.
17     Q.   Okay.  Thank you.
18          Now, for purposes of -- for purposes of your
19 deposition here today, can you tell us what you did to
20 prepare for this deposition, if anything?
21     A.   Yes.  I flew in from Charlotte yesterday, I
22 arrived around noon, and I immediately traveled to this
23 office space and I met with Mr. Dante, and we went
24 through the expert report.
25     Q.   The ATS report?

Page 55

1      A.   ATS report.
2      Q.   Were you shown any additional documents
3  yesterday?
4      A.   Yes, I think -- yes, we looked at the Jane's
5  report on the amount of cocaine that was estimated to be
6  manufactured by AUC over a period of time.
7      Q.   You said which report?
8      A.   The -- I believe it was the Jane's report.
9      Q.   Can you spell the name?
10     A.   J-A-N-E apostrophe S.
11     Q.   Anything else?
12     A.   Not that I can recall.
13     Q.   How long did you-all spend together?
14     A.   We were here for approximately six hours.  I
15 think around 6:00 p.m. we finished.
16     Q.   Okay.  Other than yesterday's preparation for
17 the deposition, prior to yesterday, did you do anything
18 to prepare?  And by that I mean, either in-person
19 meeting, phone calls, conference calls, review of
20 materials, anything of that sort?
21     A.   We had a couple of phone calls leading up to --
22 to meeting here yesterday.  I reviewed Exhibit 1 in
23 preparation.  I did it on the plane flying up, again, so
24 I had reviewed it several times.  I think that's
25 essentially it.

Page 56

1      Q.   Prior to your retention in the ATA case had you
2  worked for Chiquita at any time?
3      A.   No.
4      Q.   Have you ever consulted with Chiquita for any
5  purposes or reasons?
6      A.   No.
7      Q.   All right.  Let's go to Exhibit A in the ATS
8  report marked as Exhibit 1, which is your background.
9           Now, we talked a little bit about your present
10 job or ownership of your business G-Global Protection a
11 little bit earlier.  Do you recall that?
12     A.   Yes.
13     Q.   All right.  And prior to that I believe you
14 said from '90 -- from 1986 through 2011 you worked with
15 the DEA?
16     A.   Correct, yes.
17     Q.   So let's just start there if we can.  So in
18 1986 what were you doing or what were you hired to do?
19     A.   I was hired as a special agent, criminal
20 investigator.  I was transferred to Miami, Florida.
21     Q.   Where were you living?
22     A.   In West Kendall.
23     Q.   Are you from Miami?
24     A.   No, no.  I'm from the -- I'm from North
25 Carolina originally.

Page 57

1      Q.   Where?
2      A.   The Raleigh area.
3      Q.   Okay.  What were you doing in West Kendall at
4  the time?
5      A.   Working as a DEA agent.
6      Q.   Oh, okay.  So you were hired as DEA when you
7  were living in North Carolina and they moved you to South
8  Florida?
9      A.   Actually, at that time I was living in Atlanta,
10 Georgia, hired by DEA in the Atlanta area.  I was living
11 in North Alabama because I had graduated from the
12 University of Alabama Huntsville.  So I was living in
13 Huntsville, but the recruiting office was in Atlanta so I
14 was hired out of Atlanta, Georgia.  And then I was
15 transferred immediately, upon graduation of the basic
16 agents academy in Quantico, Virginia to go to Miami.  And
17 that was in July -- I was hired February of 1986 and
18 transferred to Miami in July of 1986.
19     Q.   And what year did you graduate college at the
20 University of Alabama in Huntsville?
21     A.   December of 1985 with a bachelor's of arts in
22 criminal justice and a Spanish minor.
23     Q.   All right.  So when you got to Miami what was
24 your job description?
25     A.   My job description was to investigate

Page 58

1  drug-trafficking organizations to include money
2  laundering activities, and conduct these investigations
3  leading to federal prosecutions based on federal
4  indictments.  And dismantling drug cartels, drug
5  organizations.  Of course, in the mid 1980s in Miami, we
6  were focused on the Colombian drug cartels which were
7  omnipresent.
8      Q.   I was born and raised in Coral Gables so I know
9  it well.
10     A.   Okay.  Yeah.
11     Q.   The history and how things changed.
12     A.   You lived through the 1980s there.  Okay.
13     Q.   Who -- first, how long did you stay in that
14 position?
15     A.   Seven years --
16     Q.   Okay.
17     A.   -- approximately.
18     Q.   In South Florida?
19     A.   Yes.
20     Q.   All right.  So for those seven years,
21 generally, who did you investigate?
22     A.   I investigated an assortment of trafficking
23 organizations that were tethered to Colombian cartels,
24 but present in the South Florida area.  I mean, as far
25 south as Key West and as far north as Tallahassee and

Page 59

1  beyond.  We had other -- other tentacles that reached out
2  to other U.S. states.
3          But in Miami we had, like I said, a plethora of
4  targets that we were investigating and there were -- many
5  of them were Colombian based and Colombian citizens.
6  Others were perhaps Cuban.  We had U.S. born citizens
7  that were tethered to those organizations.  We worked on
8  ex-Colombian congressmen and -- which resulted in their
9  indictment and -- and convictions in federal courts for
10 bringing cocaine into the U.S., money laundering
11 components of -- of a number of these -- these
12 organizations.
13         Oftentimes it took us to Caribbean nations such
14 as Haiti or the Dominican Republic, and hence my learning
15 Spanish at that time.  It was an absolute requirement to
16 do my job.
17     Q.   Did you travel to Colombia --
18     A.   Yes.
19     Q.   -- during that seven years?
20     A.   Yes.
21     Q.   And was your involvement during those seven
22 years all focused on the drug trade?  In other words,
23 money -- all aspects related to the drug cartel, if you
24 will?
25     A.   Yes.

Page 60

1      Q.   During those seven years, did you focus in your
2  work in any way related to the paramilitary organizations
3  such as FARC or the AUC?
4          MR. DANTE:  Object to the form of the question.
5          THE WITNESS:  Yes, there were times when
6      components of -- of the FARC and -- it was primarily
7      the FARC at that time, that was prior to 1992,
8      they -- they would pop up on our radar screen.
9  BY MR. LEOPOLD:
10     Q.   Okay.  I understand that they would pop up, and
11 I understand, you know, they existed.  My specific
12 question to you is:  As part of your work did you focus
13 and delve into the underbelly, if you will, of the FARC;
14 who they were, their creation, how they made their money,
15 what their infrastructure were, all of those things, at
16 that time?
17         MR. DANTE:  Objection to the form of the
18     question.
19 BY MR. LEOPOLD:
20     Q.   Or was your focus more on the overall drug
21 cartel and how drugs were being moved and --
22         MR. DANTE:  Same objection.
23         You can answer.
24         THE WITNESS:  The way DEA criminal
25     investigations work is that you target a specific

Page 61

1      trafficker or trafficking organization, a conspiracy
2      if you will, an enterprise, and then you use your
3      investigative resources to target after that
4      organization.
5          So I was involved, yes, directly in targeting
6      many drug-trafficking organizations and drug
7      traffickers to include some who -- those of -- some
8      of which were connected or affiliated to the FARC
9      because the FARC was, in the early 1990s, very active
10     in the manufacture of -- of coca, coca base, and also
11     the manufacture of cocaine hydrochloride from coca
12     base.  They have the labs in the jungle.
13 BY MR. LEOPOLD:
14     Q.   Right.  So you learned about those things, what
15 they did?
16     A.   Correct, constantly reading intelligence
17 reports from DEA and intra-agency reports, things of that
18 nature, and -- and focusing more and more on those
19 trafficking organizations based in Colombia.
20     Q.   And was it focused, as it related to FARC, for
21 example, was it focused on their drug trade, what they
22 were doing as it related to the drug industry?
23     A.   Yes, that's what DEA was most interested in.
24     Q.   And that's what your focus was?
25     A.   Yes.

Page 62

1    Q.  All right.  And that went on for approximately
2  seven years.  What happened after that, in terms of what
3  you did career-wise?
4    A.  I was transferred to a program -- I volunteered
5  and was successfully transferred to a program called
6  operation SNOWCAP toward the end of that seven-year
7  period while in Miami.
8    Q.  Just so we have a time frame, we're now at
9  around 1993?
10   A.  No, 1991.
11   Q.  Okay.
12   A.  And that operation required some intensive
13 Spanish instruction for several months, some intensive
14 jungle training at Fort Benning, Georgia, with the U.S.
15 Army Rangers.  And then we were deployed out to South
16 America and focused on those organizations described,
17 manufacturing.
18   Q.  So in 1991, you went through this training and
19 then you went to South America?
20   A.  Correct.
21   Q.  And how long did you stay down there?
22   A.  Usually three months at a time.
23   Q.  So three months there and then back to the
24 U.S.?
25   A.  I actually -- yes, correct.  And I always lived

Page 63

1  in -- Miami in West Kendall.
2       So it would be a temporary deployment, you're
3  forwarded out into the jungle, you're living in tents and
4  things like that.  So we were focusing on those lab
5  interdiction operations.
6       And that -- I did that twice.  I did -- I did
7  that -- I'm sorry, I did that three times.  I went to
8  Bolivia twice, and I went to Guatemala on my last
9  deployment before being transferred permanently to
10 Central America.
11   Q.  So I just want to try to get the time frame
12 down.  So you did two three-month stints in South
13 America?
14   A.  Yes.
15   Q.  And over those two stints was how long, 1991
16 till when?
17   A.  Well, three months at a time and they were
18 several, maybe six months apart.  So, yeah, the '91,
19 '90 -- leading up to '92.
20   Q.  All right.  And --
21   A.  Because I transferred to Central America, San
22 José, Costa Rica in May of 1992.
23   Q.  So when you were doing those three-month stints
24 in South America, were you focused out in the jungle on
25 the actual labs.

Page 64

1    A.  Correct.
2    Q.  And I'm assuming you-all worked trying to get
3  rid of them or destroying them in some fashion --
4    A.  Well, but --
5    Q.  -- or intelligence on them?
6    A.  Our purpose was to collect intelligence which
7  would lead to federal prosecutions and conspiracies.  So
8  we would collect as much intelligence whether it was
9  paper seized or debriefings from defendants who were --
10 were captured, and then providing, you know, reports of
11 investigation and forwarding that, that information, to
12 other offices.
13   Q.  And, again, was your focus, if not all and/or
14 the majority of your focus, on the drug trade?
15   A.  Yes.
16   Q.  When you were back in Miami, when you weren't
17 in those two three-month stints, what was your job
18 duties?
19   A.  The same, to -- to focus on drug-trafficking
20 organizations.  And it's not that one DEA agent can make
21 a case.  It requires a group of investigators to conduct
22 the surveillances, you know, to -- to go through records
23 and debrief informants or sources of information.
24       So I would come back and either I would be a
25 lead investigator, sometimes I would receive some

Page 65

1  excellent case information while being in South America
2  and follow up on it back in Miami because, again,
3  organizations were tethered together from Miami to -- to
4  Latin America and elsewhere.  And other times I would be
5  a support investigator to another agent's lead case.  So
6  that's how I kept busy.
7    Q.  Okay.  After that, did your job description
8  and/or duties change?
9    A.  I'm sorry, after what?
10   Q.  After the two -- after the two three-month
11 stints when you were down in South America, you told us
12 about that.  And then in the off times when you weren't
13 down there you were in Miami.  How long did that go on
14 before your job description changed?
15   A.  Okay.  And --
16       MR. DANTE:  Objection to the form, Ted.
17       I think he said two stints and I think he said
18   three stints.
19 BY MR. LEOPOLD:
20   Q.  I thought you said two three-month stints?
21   A.  Two three-month stints in South America, and
22 then there was -- the last one was in Guatemala.
23   Q.  Okay.
24       MR. DANTE:  Okay.
25

Page 66

1  BY MR. LEOPOLD:
2      Q.   So you did three stints in South America?
3      A.   SNOWCAP assignments.
4      Q.   Okay.  All right.
5           And then did your job description change?
6      A.   It did slightly in title only.
7      Q.   Okay.
8      A.   I was -- again, I had applied -- I enjoyed
9  being in Latin America, enjoyed learning the second
10  language, so I applied for a position in San José, Costa
11  Rica, Central America, and I received it.
12     Q.   Okay.  We're going to stop there for one second
13  while he changes the tape?
14          THE VIDEOGRAPHER:  Off the video record at
15     11:29 a.m.
16          (A brief recess was taken from 11:29 a.m. to
17  11:30 a.m.)
18          THE VIDEOGRAPHER:  And we're back on the video
19     record at 11:30 a.m.
20  BY MR. LEOPOLD:
21     Q.   Mr. Gaddis, when you went to Costa Rica what
22  was your job description?
23     A.   I was also a criminal investigator and
24  continued to work on-the-ground investigations against
25  toward drug-trafficking organizations that were present

Page 67

1  throughout Central America.
2      Q.   In terms of the time frame, is when to when?
3      A.   That was from 19 -- mid 1992 until August
4  of 1995.
5      Q.   Again, was your primary focus on the drug
6  trade?
7      A.   Yes, it was.  And we worked against the Cali
8  cartel, the Medellín cartel.  Our investigations were --
9  were primarily focused on the Colombian-based
10  organizations.
11     Q.   Did you, at any point in time, focus on
12  anything related to the FARC?
13     A.   At times, yes.
14     Q.   What did that consist of?
15     A.   That was based on intelligence gleaned from
16  sources of information or informants, or by other means,
17  that the FARC was a producer to the drug traffickers that
18  we had identified in our investigations.
19     Q.   So would it be fair to say it was solely based
20  upon their drug involvement and/or other trafficking?
21     A.   Yes.
22     Q.   During this time, 1992 through August of 1995,
23  did you focus on any of the work of the AUC?
24          MR. DANTE:  Object to the form.  Foundation
25     too.

Page 68

1          THE WITNESS:  I cannot recall with any
2      specificity during that time frame working on
3      specific targets connected to the AUC.
4  BY MR. LEOPOLD:
5      Q.   Okay.  What did you then do after August
6  of 1995?
7      A.   I -- I was -- I received a promotion to head an
8  office in Mexico so I transferred to Mexico.
9      Q.   And stayed there till when?
10     A.   1998.
11     Q.   What was your job description in Mexico?
12     A.   Oh, as resident agent in charge for the office
13  in Hermosillo, Sonora.  S-O-N-O-R-A and Hermosillo is
14  spelled H-E-R-M-I-L-L-O [sic].
15          I would supervise the investigations of -- for
16  subordinate criminal investigators and agents that were
17  in that office with me.
18     Q.   In lay terms what did you do?
19     A.   I -- I advised and actually helped conduct the
20  investigations because of the --
21     Q.   Investigations of what?
22     A.   Criminal investigations of drug traffickers who
23  were working in Mexico and also tethered to South --
24  Central America and South America.  So one reason I
25  was -- I was sent to Mexico was because of the gaining

Page 69

1  intelligence of Colombian trafficking organizations and
2  Mexican trafficking organizations working hand in hand --
3      Q.   Um-hum?
4      A.   -- working together.
5           So I supervised those agents in investigations
6  as I had conducted when I was in Costa Rica and Nicaragua
7  and Miami years -- years before.
8      Q.   Again, your primary, if not sole focus was on
9  the drug trade; is that a true statement?
10     A.   Yes.
11     Q.   During that point in time did you focus on
12  anything related to the FARC?
13     A.   Yes.
14     Q.   What was it?
15     A.   There was an organization referred to as the
16  Castrillón, C-A-S-T-R-I-L-L-O-N.  Castrillón, which is a
17  Colombian organization, who were being supplied to by the
18  FARC, and they were bringing the cocaine up into Mexico.
19     Q.   Was the focus of your work related to the FARC
20  solely and exclusively related to their drug trade and
21  drug transactions, if you will?
22          MR. DANTE:  Objection to the form.
23          THE WITNESS:  I would say that although we
24      focused -- because, again, DEA is always focused on
25      leading to federal prosecutions and -- and

Case 0:08-md-01916-KAM   Document 2527-13   Entered on FLSD Docket 08/15/2019   Page 19
of 131
David Gaddis - confidential deck
January 17, 2019                                          70 to 73

Page 70

1    convictions and -- with Title 21 drug violations.
2    However, as you work through an investigation, if you
3    work on an investigation that leads to a terrorist
4    organization, or a subversive organization, you will
5    also collect intelligence about that activity, that
6    subversive activity.
7  BY MR. LEOPOLD:
8       Q.   Okay.  Did you -- did you end up gathering any
9  information about FARC by way of other sources, such as
10 intelligence reports and things of that sort?
11      A.   Yes.
12      Q.   Okay.  And other than the -- other than focused
13 on the actual drug trade, what type of information, if
14 any, did you ascertain from these reports related to
15 FARC?
16      A.   Being involved in other criminal activity like
17 extortion, kidnappings -- primarily kidnappings, during
18 those early years of the 1990s.
19      Q.   Did you learn about their revenue sources other
20 than the drug industry, if any?
21      A.   We did not focus on those areas outside of
22 drugs as -- as much as we did the drugs.
23      Q.   Okay.  So the answer is no, you did not learn
24 about other sources of revenue by the FARC other than the
25 drug sources revenue?

Page 71

1       A.   No, we did learn about it because as -- as --
2  if you're working on a subversive group and there is
3  other criminal activity you -- you will -- you will
4  collect that intelligence, you will include that in the
5  report.  In fact, in the DEA reports there's -- there's a
6  subheading that says "nondrug-related information," and
7  you include that information in the report.  So you do
8  come across that report and some of that activity I
9  described in the last question.
10      Q.   But that was not your focus; is that a true
11 statement?
12      A.   Yes.
13      Q.   All right.  But in addition, although it may
14 not have been your focus, did you learn about some of
15 their other revenue sources?
16      MR. DANTE:  Objection to the form.
17      THE WITNESS:  I was aware and continued to be
18 aware that, yes, there were other sources of revenue
19 from criminal activity, such as extortion, kidnapping
20 primarily.
21 BY MR. LEOPOLD:
22      Q.   Do you know who they were extorting?
23      MR. DANTE:  Object to the form.
24      THE WITNESS:  From the intelligence reports,
25 they were extorting people with financial resources,

Page 72

1    significant financial resources.  And oftentimes
2    would kidnap wealthy individuals, businessmen.
3  BY MR. LEOPOLD:
4       Q.   Did you learn at any point in time through the
5  DEA reports that Chiquita was one of those companies that
6  was being extorted?
7       A.   No.
8       Q.   Now, during this time in Mexico, similarly, did
9  you invest -- did you research and/or learn about the AUC
10 through either your own personal knowledge or DEA reports
11 and things of that sort?
12      A.   Yes, yes.  It was -- it was becoming clear that
13 the AUC in the mid 1990s was on our radar screen.  "Our"
14 being DEA's radar screen, because of their drug
15 activities.
16      Q.   Was that a focus of your work in terms of the
17 AUC being involved in activities outside of the drug
18 trade?
19      MR. DANTE:  Objection to the form.
20      THE WITNESS:  Are you talking about the period
21 of time that I was in --
22 BY MR. LEOPOLD:
23      Q.   Mexico.
24      A.   -- Mexico?
25      Q.   '95 through '98.

Page 73

1       A.   Okay.  Could you repeat that question.
2       Q.   Yes.  Did you -- did you address and/or focus
3  on the AUC related to the drug industry?
4       A.   If there were leads we would pursue them
5  regardless of who the investigative target was.  I cannot
6  recall to you right now if AUC components were part of
7  our -- our -- our targeted group.
8       Q.   So is it a true statement to say that between
9  1995 and 1998 you do not have any specific recollection
10 of doing any type of either research or learning about
11 the AUC in reports and things of that sort?
12      A.   I remember receiving intelligence reports about
13 AUC components being involved in drug trafficking, but I
14 cannot -- I did not write any of those reports.
15      Q.   Did it become the focus of any of your work?
16      MR. DANTE:  Objection to the form.
17 BY MR. LEOPOLD:
18      Q.   The drug trafficking by AUC during that time
19 period?
20      A.   As we targeted, we, my group in Hermosillo
21 targeted Mexican traffickers who were tethered to
22 Colombian suppliers.  I cannot recall whether any were
23 AUC traffickers.
24      Q.   Did you at any point in time between the 1995
25 and 1998 period, similar to what I asked you about FARC,

Page 74

1  learn about and/or research about additional sources of
2  revenue by the AUC other than the drug trafficking, if
3  any?
4           MR. DANTE:  Object to the form of the question.
5      Foundation.
6           THE WITNESS:  No, it was not necessarily our
7      focus.
8  BY MR. LEOPOLD:
9      Q.   So, A, it wasn't your focus and, B, you have no
10 recollection of learning about any other sources of
11 income by the AUC during that period of time; is that a
12 true statement?
13          MR. DANTE:  Objection to the form of the
14     question.
15          THE WITNESS:  At that time, that's correct.
16 BY MR. LEOPOLD:
17     Q.   Okay.  Now, in 1998 did your job change?
18     A.   It did.  I was transferred to Washington, D.C.,
19 at the DEA headquarters, more specifically in Arlington,
20 Virginia where I sat on the international operations
21 desk.  At that time DEA was divided in domestic
22 operations meaning the U.S. affairs of drug trafficking
23 and international operations.  So I was assigned to the
24 international operations division.
25     Q.   And for how long did you hold that position?

Page 75

1      A.   Approximately -- let's see.  I left in August
2  of 2001.  Yeah, I think it was exactly a month before
3  9/11.
4      Q.   On a -- on a day-to-day perspective could you
5  tell us what your job consisted of?
6      A.   My job as deputy chief for international
7  operations, and actually before that, a -- a desk chief
8  for Latin America, was to collect intelligence from the
9  field components, being anywhere in Latin America, and
10 organize that intelligence so that the information could
11 be well organized for exploitation whenever the
12 opportunity arose for the field.  Meaning, I would
13 receive information, perhaps directly from DEA or
14 interagency intelligence, organize that intelligence, and
15 then kick it back out to the field components for action
16 so they could make rests or initiate investigations
17 leading to arrest and things of that nature.
18     Q.   And was the type of data and/or information you
19 were gathering all related to the drug industry?
20     A.   Yes.
21     Q.   Okay.
22     A.   And money laundering associated with the drug
23 industry.
24     Q.   Now, during this time, 1998 to 2001, again, as
25 relates to say the AUC, did you investigate or learn

Page 76

1  about revenue sources of the AUC?
2      A.   Yes, as it pertained to drug trafficking.
3      Q.   Anything as it relates to -- other than to drug
4  trafficking?
5      A.   Well, there was intelligence information that I
6  recall talking of -- of extortion and kidnappings of --
7  of that sort.  But that paled in comparison to the levels
8  of drug trafficking and distribution, global
9  distribution, by the AUC.
10     Q.   At this point in time, 1998 to 2001, you said
11 that you -- you just told us you learned about other
12 revenue sources of the AUC such as extortion and
13 kidnapping.
14          In these reports did it inform you about the
15 amount of revenue that was ascertained in these other
16 activities other than the drug trade?
17     A.   I can't recall specific numbers of -- of other
18 activity, no.
19     Q.   Okay.  So it would be fair to include, at least
20 at this point in time in 1998 through 2001, you did not
21 have a good feel, if you had a feel at all, about what
22 the revenues were for the AUC outside of the drug trade?
23          MR. DANTE:  Objection.  Form.
24 BY MR. LEOPOLD:
25     Q.   Is that a true statement?

Page 77

1           MR. DANTE:  Mischaracterizes the witness's
2       testimony.
3           THE WITNESS:  I would have to answer it in this
4       way, that as we receive our intelligence, based on
5       the DEA criminal investigations, we would receive
6       information about other forms of revenue streams by
7       the AUC, as well as the FARC, in Colombia.
8           I described those as activities such as
9       kidnapping and extortion, and knowing that there was
10      a certain level of revenue aside from drug
11      trafficking that they were -- they were benefitting
12      from.  So I -- I remember seeing reports and
13      intelligence that reflected nondrug trafficking
14      activity, but I can't recall specifically what those
15      numbers were.
16 BY MR. LEOPOLD:
17     Q.   That's all I'm asking you.
18     A.   Okay.
19     Q.   You were not either privy and/or do not -- were
20 not provided the actual amount of dollars via revenue
21 that, for example, the AUC was accumulating per year
22 outside of the drug trade?
23     A.   I --
24          MR. DANTE:  Objection.  Asked and answered to
25      the form.

Page 78

1    THE WITNESS:  I was privy to that information.
2    I simply cannot recall what that information
3    specifically indicated.
4  BY MR. LEOPOLD:
5    Q.  Okay.  So if I were to ask you the ranges of
6  the dollar amounts between '98 and 2001 that you were
7  privy to, as you sit here today you would not be able to
8  tell us what that was?
9    MR. DANTE:  Objection to the form of the
10   question.  Asked and answered.
11   THE WITNESS:  Well, based on my expert report,
12   I can provide ranges that I already have in the
13   report of how much drug trafficking information.
14  BY MR. LEOPOLD:
15   Q.  My question is very specific.  It's not related
16  to drug trafficking.  I'm talking about other revenue
17  such as related to the extortion or kidnappings or in
18  kind.  As you sit here today, you could not give us the
19  ranges that you recall seeing; is that a true statement?
20   MR. DANTE:  Objection to the form of the
21   question.  Assumes facts.  Mischaracterizes the
22   witness's testimony.  Asked and answered multiple
23   times.
24   THE WITNESS:  From that --
25   MR. DANTE:  You can answer it again.

Page 79

1    THE WITNESS:  Okay.  From that -- that range of
2    time from 1998 to 2001, no, I cannot recall.
3  BY MR. LEOPOLD:
4    Q.  Thank you.  Now, in 2001 your job position
5  changed again.
6    A.  Yes.
7    Q.  And you went to Charlotte?
8    A.  I did.
9    Q.  Okay.  What did you do there?
10   A.  I was the de facto special agent in charge, the
11  title was assistant special charge agent in charge,
12  answering to the SAC in Atlanta, Georgia.  But I
13  controlled DEA's operations statewide in North Carolina.
14   Q.  There was a lot of drug trafficking at the
15  time?
16   A.  Unfortunately, there is.
17   Q.  All right.  So tell us on a day-to-day basis,
18  generally, what you did.
19   A.  That was supervising a number of agents that
20  worked in five offices throughout the state, and
21  approving investigation, investigative requests, funding,
22  you know, and budgets, things of that nature.
23   Q.  Did your work focus on -- let me take a step
24  back.
25   Understanding that your work focused on drug

Page 80

1  trafficking and drugs came from, I guess, primarily South
2  America, what was your main focus on what was going on in
3  North Carolina during this time?
4    A.  Yes.  And that bored me and that's why I ended
5  up going to Colombia from there.
6    Q.  Okay.  So would it be fair to say that between
7  2001 and 2003 when you were working in Charlotte over the
8  North Carolina drug industry, if you will, that you had
9  no day-to-day knowledge of what was going on by way of
10  the Latin American drug industry?
11   MR. DANTE:  Objection to the form of the
12   question.
13  BY MR. LEOPOLD:
14   Q.  Similar what your experience was like
15  previously?
16   MR. DANTE:  Objection to the form of the
17   question.
18   THE WITNESS:  I would say aside from reviewing
19   intelligence reports that were readily available,
20   I -- I always had a -- an interest, a keen interest,
21   in Latin America affairs because of my early
22   experiences with DEA involving Latin America
23   operations.  So I would stay informed through
24   intelligence reports or public information, articles,
25   things of that nature.  But during that time frame

Page 81

1    none of -- that I can recall, none of the North
2    Carolina investigations were directly tethered.
3  BY MR. LEOPOLD:
4    Q.  Okay.  And the North Carolina investigations
5  was what you were focused on?
6    A.  At that time, yes.
7    Q.  Okay.  During this time do you recall reading
8  and/or learning anything about the AUC in terms of what
9  they were doing in the drug industry at that time?
10   A.  Yes.
11   Q.  Okay.  During that time did you learn about
12  revenue streams to the AUC outside of the drug industry?
13   A.  Yes.
14   Q.  And was it similar to what we talked about
15  earlier, extortion and kidnapping and things of that
16  sort?
17   A.  Yes.
18   Q.  Did you know, or did you learn, during either
19  your time between 1998 and 2003, who the AUC was
20  extorting and/or working with?
21   MR. DANTE:  Did you say 1998 to 2003?
22   MR. LEOPOLD:  Um-hum.
23   MR. DANTE:  It's two positions here.
24   MR. LEOPOLD:  Yes, I know.
25   THE WITNESS:  Okay.  Specifically I do not, as

Page 82

```
1       we were focused on the drug trafficking activities
2       primarily.
3  BY MR. LEOPOLD:
4       Q.   During this time period did you learn -- this
5  time period, meaning I'm going to go back a little bit to
6  your past two jobs because I want to go to your --
7  your -- well, let me -- let me just take it back.
8            In your history of your job up until the 2003
9  time frame, when you were working in Charlotte, did you
10 learn through intelligence reports or some other way the
11 history about how the AUC came about and/or was created?
12      A.   Yes.
13      Q.   Could you tell us how you learned that?
14      A.   Again, in -- in intelligence reports provided
15 directly by DEA or interagency resources.
16      Q.   What is your understanding about the creation
17 of the AUC?
18      A.   That the AUC was formed to protect wealthy
19 landowners against the taxes by the FARC.  So primarily
20 you had a leftist guerrilla group and the right wing
21 paramilitaries fighting one another.
22      Q.   Was, to your understanding, based upon your
23 background and the intelligence reports and other things
24 you may have learned, that Chiquita was one of those
25 large landowners who the AUC was originally to protect?
```

Page 83

```
1            MR. DANTE:  Object to the form of the question.
2            THE WITNESS:  No.
3  BY MR. LEOPOLD:
4       Q.   No, they weren't or no, you didn't learn?
5       A.   No, I did not learn.
6       Q.   Do you know --
7       A.   I did not hear of Chiquita at that time during
8  that time frame.
9       Q.   As you sit here today do you now have an
10 understanding?
11      A.   Yes.
12      Q.   What is that understanding?
13      A.   That understanding is that Chiquita, as a
14 Colombian operating corporation, and their subsidiary was
15 approached by AUC components and extorted.  And extortion
16 payments, some extortion payments were made.
17      Q.   And a subsidiary of Banadex, is that what
18 you're referring to?
19      A.   Yes.
20      Q.   Up -- in your job in Charlotte, when you were
21 reading the intelligence reports, did you ever learn
22 about the amount of money, revenue that is, that the AUC
23 was earning in those years outside of the drug industry
24 or drug business, I should say?
25      A.   Not that I can recall.
```

Page 84

```
1       Q.   You don't recall any specific numbers in any of
2  these reports?
3       A.   No, sir.  Outside of drugs?
4       Q.   Yes.
5       A.   No, sir.
6       Q.   To your knowledge, did these intelligence
7  reports have specific numbers related to revenues
8  garnered by the AUC outside of the drug --
9       A.   I --
10      Q.   -- industry?
11      A.   Excuse me for interrupting.
12           I do recall the numbers being significantly
13 less than the revenue streams they were able to get
14 through international drug trafficking.
15      Q.   But let me be crystal clear in my question.  My
16 specific question to you right now is:  Were there actual
17 numbers in these reports of revenue by the AUC outside of
18 the drug revenues?
19      A.   Yes.
20      Q.   Okay.  What are these reports called?
21      A.   I'm referring to State Department reports.
22 There may have been some NGO nongovernment organization
23 reporting as well.  I -- I can't remember specific
24 sources.  But, yes, the State Department certainly
25 focused on all aspects of the criminal organization
```

Page 85

```
1  surrounding the AUC and the FARC.
2       Q.   And if I understand your testimony as it
3  relates to either the FARC or the AUC, you can't sit here
4  today and recall specific numbers?
5       A.   Yes, that's correct.
6       Q.   All you can say is they were lower than what
7  they were earning in the drug business?
8            MR. DANTE:  Objection.  Form.  Mischaracterizes
9            his testimony.
10           THE WITNESS:  I recall significantly lower than
11           the -- what they were collecting from international
12           drug trade.
13 BY MR. LEOPOLD:
14      Q.   Well, you've used the word, quote, significant
15 several times and it's actually in your report several
16 times.  You need to define for me what you mean by
17 "significant."
18      A.   Well, I would say the difference is between
19 hundreds of millions of dollars versus hundreds of
20 thousands of dollars.  Or perhaps, you know, a million or
21 two.
22           I think another percentage I used was
23 70 percent of the AUC's criminal activity and their
24 income resulted from their participation in the drug
25 trade.
```

Page 86

1  Q.  But when you wrote your report that's marked as
2  Exhibit 1 for the -- this case, the ATS case, related to
3  the AUC in using that percentage of 70 percent, did you
4  ever go back and look at those State Department documents
5  or other documents to get the exact number to give you
6  the 70 percent -- percentage?
7      A.  That came from my recollection of the actual
8  investigations that were conducted during the late '90s;
9  mid '90s, late '90s, and early 2000s.
10     Q.  When you say the investigations that were
11 conducted, meaning what?
12     A.  DEA investigations against AUC components.
13     Q.  But what I'm trying to understand is, you're
14 saying 70 percent of a number, a gross number?
15     A.  Um-hum.
16     Q.  Okay.  And the gross number that you're using
17 is based upon the reports of the drug industry number
18 that they were earning, say the AUC; correct?
19     A.  Right.  Right.
20     Q.  So you're -- if you cannot recall with any
21 specificity the nondrug money revenue of the AUC, how are
22 you coming up with those percentages?
23     A.  Well, thank you, that's -- that's a good point
24 for clarification is, in the investigations you do glean,
25 as I had testified earlier, there's nondrug-related

Page 87

1  information.  So you do find out by what other means
2  they're collecting revenue.  So through my recollection
3  it was pertinent for us to -- to specify the difference
4  in drug-related revenue versus nondrug-related revenue.
5  And the drug-related revenue was at about 70 percent for
6  the AUC.
7      Q.  Okay.  So the non -- even though, respectfully,
8  you couldn't -- you didn't -- when you wrote your report
9  marked as Exhibit 1, you did not recall the specific
10 non-revenue numbers for the AUC; correct?
11     MR. DANTE:  Objection.  Form.  Asked and
12 answered.
13     THE WITNESS:  What I was referring to was the
14 numbers of those nondrug revenues that were in those
15 reports during that time frame.
16 BY MR. LEOPOLD:
17     Q.  I understand that.  But you also have testified
18 here, over the last ten or so minutes, that you cannot
19 recall with any specificity the exact numbers; correct?
20     A.  The exact numbers that were on those reports.
21 But I can recall the numbers from our investigations that
22 occurred during that time period, the mid 1990s leading
23 up through late '90s into the early 2000s.
24     Q.  So I'm a little confused so you need to give me
25 an example.  Give me an example of what you mean when you

Page 88

1  say you can recall the exact number.  What number are you
2  referring to?
3      A.  The 70 percent.
4      Q.  So in these reports, if you will, you don't
5  recall the exact dollar amounts, but you recall the
6  percentages of -- of what was drug-related versus
7  nondrug-related revenues?
8      A.  Yes.
9      Q.  Is that what you're saying?
10     A.  Yes.
11     Q.  So you're remembering the percentage, but
12 you're not remembering the actual dollar amount?
13     A.  Yes.
14     Q.  Okay.  So that's how you're coming with the
15 70-30?
16     A.  Yes.
17     Q.  Okay.  Because you remember in these reports
18 the percentages of 70-30, you just don't remember what
19 the gross amount of revenue of 70 was and/or the gross
20 amount of the 30 percent is?
21     A.  And --
22     Q.  Is that a true statement?
23     MR. DANTE:  Objection.  Form.  Asked and
24 answered.  Mischaracterizes his testimony.
25

Page 89

1  BY MR. LEOPOLD:
2      Q.  Is that a true statement?
3      A.  Not entirely.  That -- I -- I do not remember
4  the specific numbers.  But keep in mind that the -- the
5  70 percent that I do recall in terms of percentages are
6  also visited and reflected in some of the support
7  material that I used in the report.
8      Q.  Okay.
9      A.  So it -- it collates, if you will, or
10 correlates.  Sorry, correlates.
11     Q.  So it correlates with some of the research
12 materials that are marked as Exhibit B?
13     A.  Correct.  Yes.
14     Q.  Okay.  So just to be crystal clear, 70 percent,
15 if we use the AUC as an example, the 70 percent of their
16 gross revenue is drug-related and 30 percent is
17 nondrug-related revenue, i.e., kidnapping, extortion,
18 what have you?
19     A.  In general, yes.
20     Q.  Do you understand the concept of in kind
21 contribution?
22     A.  Not really.  I would like for you to describe
23 that.
24     Q.  Well, are you familiar -- I would assume that
25 you are, as part of your background and experience --

Page 90

1  that in addition to hard dollars of revenue that if, for
2  example, you needed a car and you didn't go out and
3  purchase a car, but I loaned my car or I gave you my car,
4  that would be an in kind type of contribution.  In other
5  words, you didn't have to pay cash for it, but I still
6  gave you something of value.  Do you understand that?
7      A.   Like bartering.
8      Q.   Yes.
9      A.   Okay.  I do.
10     Q.   Okay.  So in the drug industry did you ever
11 investigate and/or determine whether or not the AUC
12 received any bartering or in kind type of contribution?
13 For example, for their drug trade they were given
14 speedboats, for example, to use.
15          MR. DANTE:  Objection to the form of the
16     question.
17          THE WITNESS:  No, I don't recall receiving that
18     kind of intelligence.
19 BY MR. LEOPOLD:
20     Q.   For purposes of your report did you investigate
21 that in any way?
22          MR. DANTE:  Object to the form.
23          THE WITNESS:  The topic of receiving speedboats
24     for in kind?  No.
25

Page 91

1  BY MR. LEOPOLD:
2      Q.   You're familiar the AUC accumulated land;
3  correct?
4          MR. DANTE:  Objection.  Form.  Foundation.
5          THE WITNESS:  How do you define "accumulated"?
6  BY MR. LEOPOLD:
7      Q.   Well --
8      A.   Took over?
9      Q.   Took over land, yes.  Accumulated.  You know,
10 one day they had no land, the next day they had, you
11 know, 500,000 acres of land, they accumulated it.
12     A.   I do -- I do realize that they -- they
13 controlled pieces of territory, yes.
14     Q.   And as part of the drug trade, whether it's
15 FARC, AUC, or the Medellín cartel, whoever had to have
16 roads in order to get to the coca fields and to produce
17 the drugs; correct?
18     A.   Yes.
19     Q.   Okay.  And in your research, or did you
20 research, whether or not the AUC was involved in road
21 building or clearing of land so that fields can be
22 ascertained for the production of cocaine?
23     A.   Yes.
24     Q.   Okay.  And did you, as part of your expert
25 testimony in this particular case, evaluate whether or

Page 92

1  not they were -- they, the AUC, was provided any
2  industrial machinery in order to clear the land, build
3  the roads, provide the infrastructure for the production
4  of cocaine?
5          MR. DANTE:  Objection.  Form.
6          THE WITNESS:  Obviously they would have needed
7     heavy equipment to -- to clear roads.  I cannot
8     recall any specific information about how they
9     acquired that equipment.
10 BY MR. LEOPOLD:
11     Q.   Okay.  Assuming hypothetically that that
12 equipment was provided to them, in other words, they
13 didn't have to come out of pocket and pay for it, that
14 would be a source of revenue, if you will, for them,
15 wouldn't you?
16          MR. DANTE:  Objection.  Form.  Foundation.
17     Assumes facts.
18          THE WITNESS:  I -- I'm not sure because I don't
19     have any specific information that that even
20     occurred.  I -- I -- hypothetically the equipment
21     could be on loan, I suppose.  I just don't know
22     enough about that topic to comment.
23 BY MR. LEOPOLD:
24     Q.   Well, did you research whether or not Chiquita
25 ever provided them any type of industrial equipment?

Page 93

1      A.   No.
2      Q.   Okay.  You would agree with me that if
3  they had, that would be an important issue for you to
4  know to determine sources of materials and/or income to
5  Chiquita -- to the AUC, wouldn't you?
6          MR. DANTE:  Objection.  Form.  Foundation.
7     Assumes facts not in evidence.
8          MR. LEOPOLD:  Well, Counsel, you can make that
9     objection.  Respectfully, we're not in trial yet so
10    it can't be in evidence.  But I can assure you at
11    trial it will be in evidence.  So make that -- that
12    objection at a deposition is -- is not appropriate.
13         MR. DANTE:  Ask your question --
14 BY MR. LEOPOLD:
15     Q.   Answer -- answer the question, please.
16         MR. DANTE:  If you can.
17         THE WITNESS:  I -- I don't believe I can based
18    on my limited knowledge of what happened, or what
19    would happen hypothetically.
20 BY MR. LEOPOLD:
21     Q.   Okay.  But at least that would be pieces of
22 information that you would want to know before rendering
23 any of your expert testimony in this case, isn't it?
24         MR. DANTE:  Objection.  Form.  Asked and
25    answered multiple times.  Incomplete hypothetical.

Page 94

1          THE WITNESS:  No, I base my expert testimony on
2     the information that I have in my report.
3  BY MR. LEOPOLD:
4      Q.   That's not my question.  Move to strike.
5          My only question is:  If that information is
6  out there, that they provided -- "they" meaning
7  Chiquita -- provided to the AUC or others who were being
8  extorted, provided to the AUC speedboats, big heavy
9  Caterpillar machinery, or transportation for their drugs,
10 that those would be considered sources of revenue to the
11 AUC, would that be information you would want to know,
12 yes or no?
13         MR. DANTE:  Objection.  Form.  Asked and
14    answered multiple times.  Incomplete hypothetical.
15         THE WITNESS:  Incomplete hypothetical, I would
16    say so, yes.
17 BY MR. LEOPOLD:
18     Q.   Yes, you would want to know that information?
19     A.   Yes.
20     Q.   That would be helpful to you, would it not?
21     A.   Yes.
22     Q.   Okay.  Now, after you left Charlotte, where did
23 you go?
24     A.   Bogotá, Colombia.
25     Q.   And you were there from 2003 to 2006?

Page 95

1      A.   Yes.
2      Q.   What was your job description there?
3      A.   I was the regional director focusing on DEA's
4  investigations and activities throughout Colombia and
5  also Venezuela, Ecuador, and Peru.
6      Q.   Focused on the drug trade again?
7      A.   Yes.
8      Q.   So I don't keep repeating myself, but I need to
9  ask you again:  From Bogotá, up until the time that you
10 retired from the DEA, I guess in 2011, can you at any
11 time remember the actual dollar amounts of any source of
12 revenue by the AUC?
13     A.   Same answer as before.  Not specifically.
14         Nondrug revenue, right?
15     Q.   Yes, sir.
16     A.   For clarification.  Okay.
17     Q.   And, again, your work was focused on the drug
18 industry?
19     A.   Yes.
20     Q.   Okay.  And then you moved to Mexico in 2006
21 through 2009?
22     A.   Yes.
23     Q.   And what was your role there?
24     A.   Equally regional director for a more expanded
25 territory.  It was Central America, Canada, and Mexico.

Page 96

1      Q.   All focused, again, on the drug industry?
2      A.   Yes.
3      Q.   You would still get reports from the State
4  Department and others, you read those reports, but
5  irrespective of what was in them, your main focus was the
6  drugs and how they were created, transported, etc.?
7      A.   Yes.
8      Q.   And then in 2009 you went back to Arlington?
9      A.   Yes.
10     Q.   Until you retired in 2009?
11     A.   That was my final position as chief of
12 enforcement operations.
13     Q.   And in lay terms what did that involve?
14     A.   That was supervising sensitive investigations
15 and the operations of DEA globally.
16     Q.   Can you be a little bit more --
17     A.   I supervised all the operations and
18 administrative affairs with regards to 5,700 agents that
19 we had working around the world.  I -- I -- I was No. 3
20 in -- in enforcement for the DEA and had many people
21 working for me.
22     Q.   Was it more, at this point in time -- and I
23 mean this as a credit to you -- more administrative in
24 nature?
25     A.   There was a significant responsibility in

Page 97

1  reviewing investigation proposals, particularly those
2  kind of proposals which involved foreign interests.  But
3  with that there was a -- a great deal of administrative
4  responsibility --
5      Q.   And --
6      A.   -- and approval authority.
7      Q.   And, again, all focused on drugs, industry?
8      A.   Generally speaking, money laundering, drugs,
9  but also many investigations were focusing against
10 subversive organizations like Al-Qaeda.  Again, it was --
11 it was more of a global -- you know, for me it was a
12 global responsibility.
13     Q.   And when you retired in 2011 there's no age
14 limitation I guess.  So you sort of burned out, you just
15 wanted to do something different, or what was the
16 reasoning for your leaving the DEA?
17         MR. DANTE:  Objection to the form.
18         THE WITNESS:  I actually was looking forward to
19    doing something different, that I had given the
20    government a little over a quarter of a century and
21    as much as I enjoyed that perpetual playdate, I
22    decided to do something different.
23 BY MR. LEOPOLD:
24     Q.   Okay.  Now, during those years when you were
25 with the DEA, beginning in '86 up until your retirement

Page 98

1  in 2011, I'm assuming you had to testify in court --
2      A.   Yes.
3      Q.   -- as a witness; is that right?
4      A.   Yes.
5      Q.   In federal drug trials?
6      A.   Yes.
7      Q.   All right.  And in those incidents where you
8  did that, were you identified as a fact witness, as an
9  expert, or something else?
10     A.   As an expert witness.
11          MR. DANTE:  Objection to the extent it calls
12     for a legal conclusion.
13  BY MR. LEOPOLD:
14     Q.   And you were actually qualified in a court of
15  law as an expert witness?
16     A.   Yes.
17     Q.   And your expertise was identified as what in
18  those cases?
19     A.   At times in regard to the manufacture of
20  cocaine, the process of manufacturing cocaine.
21     Q.   In other words, how cocaine was made?
22     A.   How cocaine was made, how it was harvested, how
23  it was collected, and how it was made; at other times how
24  it was distributed, the trafficking organizations.
25     Q.   Um-hum.

Page 99

1      A.   General topics involving the -- the Colombian
2  drug trade.
3      Q.   Well, I want to get a little specific.  So how
4  cocaine was made.
5      A.   Um-hum.
6      Q.   What else?
7      A.   How it was distributed.
8      Q.   Okay.
9      A.   The modes of transportation that drug
10  trafficking would utilize.
11     Q.   Um-hum.
12     A.   The -- the methods of concealment as they
13  distributed cocaine worldwide.
14     Q.   Um-hum.  Anything else you can think of?
15     A.   Specific operations involving the FARC's
16  cocaine trafficking enterprise as well as the AUC's,
17  specific Mexican cartels and their connectivity to
18  Colombian cartels as their sources of supply.
19     Q.   As it relates to the FARC and the AUC, that was
20  exclusively and solely related to the drug industry; is
21  that a fair statement?
22          MR. DANTE:  Objection.  Form.  Also asked and
23     answered.
24          THE WITNESS:  Primarily so.
25

Page 100

1  BY MR. LEOPOLD:
2      Q.   Okay.  In other words, you didn't -- you were
3  not ever proffered as an expert witness about extortion,
4  kidnappings, and things of that sort of the AUC in a
5  court of law?
6      A.   No, sir, that never came up.
7      Q.   Okay.  So the answer is no, Mr. Leopold, I was
8  never proffered as an expert in that area?
9      A.   I was proffered as an expert with regard to
10  criminal operations primarily focused on drug
11  trafficking.
12     Q.   Okay.  Not on extortion, kidnapping, things
13  that -- that they also were doing; correct?
14     A.   Correct, yes.
15     Q.   Were you ever proffered in any court and
16  rendered as an expert witness to testify about nondrug
17  revenue sources of the AUC or FARC?
18     A.   No.
19     Q.   Or any cartel nondrug-related revenues?
20     A.   No.  Again, our focus in DEA was drug, the drug
21  trade.
22     Q.   Now, you have a degree in what?
23     A.   Criminal justice, and a master's of science in
24  criminal justice management.
25     Q.   Okay.  Any degrees in accounting?

Page 101

1      A.   No.
2      Q.   Any degrees in forensic accounting?
3      A.   No.
4      Q.   Did you even take any accounting courses in
5  college or master's?
6      A.   No.
7      Q.   During your time with the DEA when -- were you
8  ever asked to testify as an expert or otherwise, in any
9  court where you were asked to give a history, if you
10  will, of the creation and the inner workings of the AUC?
11     A.   No.
12     Q.   Are you familiar with the convivirs group?
13     A.   Can you repeat that?
14     Q.   Are you familiar with the convivirs,
15  C-O-N-V-I-V-I-R-S, if I'm pronouncing it correctly?
16     A.   Oh, okay.
17     Q.   Convivirs?
18     A.   Convivir.  Convivir.
19     Q.   You say it much better.
20     A.   Well, I speak Spanish, so I -- if you spelt it,
21  it makes sense.
22     Q.   Yes.
23     A.   Yes.
24     Q.   Who were they?
25     A.   Convivir was a group, an organization, that was

Page 102

1  established to support landowners and the farmers in
2  specific areas or regions of Colombia.
3      Q.   Now, did you ever learn through the DEA, State
4  Department, or other reports, that the convivirs joined
5  up and/or worked with the AUC?
6           MR. DANTE:  Objection to the form and beyond
7      the scope of his expert opinions.
8           THE WITNESS:  While with the DEA, no.
9  BY MR. LEOPOLD:
10     Q.   I'm sorry?
11     A.   While with -- working with DEA, that was your
12 question, while working with DEA?
13     Q.   Yes, sir.
14     A.   No.
15     Q.   Did you learn at some point after you retired
16 from DEA?
17     A.   Through my research, yes.
18     Q.   Well, what research did you do to learn that?
19     A.   Well, research that was in some of the opposing
20 counsel's expert report.
21     Q.   So you learned it from the plaintiffs' experts?
22     A.   Yes.
23     Q.   Okay.  Did you look at any revenue sources
24 on -- of the convivirs?
25     A.   No.

Page 103

1      Q.   Do you have any understanding or appreciation
2  of the revenue sources of the convivirs?
3      A.   No, not specifically.
4      Q.   What is your understanding of the relationship
5  between the convivirs and the AUC based upon reading the
6  plaintiffs' expert reports?
7           MR. DANTE:  Objection.  Form.
8           THE WITNESS:  That the convivir
9      organizations --
10 BY MR. LEOPOLD:
11     Q.   You say it much better than I do.
12     A.   -- or associations, at times, were conduits for
13 transferring money from point A to point B, from the AUC
14 to -- to other entities.
15     Q.   Do you know the period of time?
16     A.   I cannot specifically recall.
17     Q.   How about unspecifically, can you recall?
18     A.   The late '90s, mid to late '90s.
19     Q.   Did you --
20     A.   Or early '90s, I can't recall.  But I think the
21 decade of the '90s.
22     Q.   Did you learn through any of your work with the
23 DEA that Chiquita was paying the convivirs money?
24     A.   No.
25     Q.   Did you learn through any other sources, after

Page 104

1  leaving the DEA, that the -- that Chiquita was paying
2  convivirs?
3      A.   No.
4      Q.   As you sit here today do you know that?
5      A.   Yes.
6      Q.   How do you know that?
7      A.   From the -- other reports, plaintiffs'
8  reports.
9      Q.   Okay.  As part of your expert opinions in this
10 case did you take into consideration in any way, shape,
11 or form, the monies paid by Chiquita to the convivirs and
12 the relationship of the convivirs to the AUC?
13     A.   Repeat that, please.
14          MR. LEOPOLD:  Can you read that back?
15          (A portion of the record was read by the
16     reporter.)
17          MR. DANTE:  I'm going to object to the form.
18          You can answer.
19 BY MR. LEOPOLD:
20     Q.   Do you understand or do you want me to ask it
21 again?
22     A.   Yeah, please ask me again.
23     Q.   I'm only asking you, as part of your expert
24 opinions in this case, did you consider the revenue
25 sources of the convivirs and the relationship with the

Page 105

1  convivirs to the AUC?
2           MR. DANTE:  Objection.  Form.
3           THE WITNESS:  I -- I would say yes, because the
4      numbers that were provided in -- in some of the
5      support, plaintiffs' reports indicated specific
6      numbers which I could compare to the drug-trafficking
7      revenues and then make a decision, or I -- I could
8      make a -- an opinion, opine on -- on the disparity,
9      you know, and hence calling it insignificant as
10     compared to the drug-trafficking revenue, so, yes.
11 BY MR. LEOPOLD:
12     Q.   So if you took it into consideration in the
13 revenues by the -- ascertained by the convivirs that are
14 nondrug-related revenue, is that part of the 30 percent
15 that you gave us earlier, or is that in addition to the
16 30 percent, the 70-30 breakup that you told us about?
17     A.   I would say we can --
18          MR. DANTE:  Let me object to the form.
19          You can answer if you understand it.
20          THE WITNESS:  Yeah.  I -- I would suggest that
21     it's included.
22 BY MR. LEOPOLD:
23     Q.   And that suggestion is based on what?
24     A.   Based upon the estimate of -- of the numbers,
25 the percentages that I -- I have access, the information

Page 106

1   that I had access to in -- in doing my research.
2       Q.   Well, the only information you had access to
3   was either the materials marked as Exhibit B or from
4   plaintiffs' expert reports; correct?
5       A.   Correct.
6       Q.   Okay.  Now --
7       A.   And clarification?
8       Q.   Sure.
9       A.   And I -- I do believe that I may have, again,
10  Googled convivir and acquired more historical information
11  from -- from other authors about that.  But I -- I didn't
12  spend much time doing that.
13      Q.   Have you spent any time learning about the
14  financial structure of the AUC?
15      A.   Yes.
16      Q.   Okay.  And where -- what did you do and what
17  did you learn?
18      A.   As part of our intelligence apparatus is
19  debriefing informants.  Some informants are sources of
20  information, it may not be affiliated to the target
21  organization, in this case the AUC, or it may be part of
22  the organization.  So as a combination thereof, we're
23  able to receive information that gives us an idea of the
24  revenue that was being streamed by the AUC with regard to
25  drug trafficking, by their associated drug-trafficking

Page 107

1   organizations, i.e., the North Valley Cartel, and those
2   revenues together.
3       Q.   I heard what you said, and it may have been me,
4   but I'm not sure I understood what you said, so I'm going
5   to ask the court reporter to read it back to me.  Okay.
6            (A portion of the record was read by the
7   reporter.)
8            MR. LEOPOLD:  Thank you.  That was excellent.
9            THE WITNESS:  May I add?
10  BY MR. LEOPOLD:
11      Q.   Sure.
12      A.   In terms of the non-internal non-AUC sources of
13  information, I'm referring to perhaps the Colombian
14  National Police that have their own investigations or
15  were working jointly with them.  These types of sources
16  of information.
17      Q.   So let's focus on your first area.  You talked
18  about informants.
19      A.   Um-hum.
20      Q.   It could be either AUC informants or non-AUC
21  member informants, I guess; right?
22      A.   To include the Colombian National Police
23  resources.
24      Q.   Okay.  Now, as it relates to the financial
25  structure, what did you learn from those individuals

Page 108

1   related to the AUC?
2            MR. DANTE:  Objection.  Form.
3            You can answer.
4            THE WITNESS:  That they were manufacturing
5   anywhere between 15 and 20 metric tons of cocaine per
6   month, and if you took the average price, wholesale
7   price per the kilogram, as manufactured and sold in
8   Colombia, on average about $1,500 a kilo -- it could
9   have ranged from 1,200 to 1,800 but on average 1,500
10  basically, you would come up with a specific amount
11  of revenue.  And -- and that's how we were able to
12  come up -- and -- and that's based on, again,
13  cumulative sources of information that was acquired
14  in DEA investigations.
15  BY MR. LEOPOLD:
16      Q.   Okay.  Did you learn from any of these
17  sources/informants about nondrug revenue financial
18  structure of the AUC?
19      A.   Yes, we were aware of that activity generating
20  additional revenue, but I cannot recall the specific
21  numbers.
22      Q.   So you were aware that there was revenues
23  ascertained outside of the drug revenues, but the amount
24  of the dollars you cannot recall?
25      A.   The specific amount of dollars I can't recall,

Page 109

1   but I do recall that it was excessively less than the
2   drug revenue streams.
3       Q.   Did these informants or groups and/or
4   individuals give you, at that time, even though you can't
5   recall today, specific amounts or just told you there
6   were other revenue sources?
7       A.   We had specific amounts, we were told specific
8   amounts, but I can't recall what they were.  I can only
9   recall they were significantly less.  I mean, just a
10  portion, a small drop in the bucket, compared to -- to
11  the drug-trafficking revenues.
12      Q.   Well, you say you had specific amounts.  Did
13  you -- were you told where those monies are coming from?
14  In other words, who was paying those monies?
15      A.   No, not specifically.  Just from kidnapping and
16  extortion activities.
17           MR. DANTE:  Can we take a break?
18           MR. LEOPOLD:  When I'm done with this.
19  BY MR. LEOPOLD:
20      Q.   So how -- how did these informants learn about
21  what these nondrug revenue dollar amounts were?
22      A.   Common knowledge from being affiliated to the
23  organization in some capacity or another.
24      Q.   Well, were they people that worked in an area
25  that they would know the AUC's finances of these nondrug

Page 110

1  revenues?
2       A.   They had that sort of information.
3       Q.   So they knew -- they were able to give you an
4  appreciation for how much dollars were coming in for
5  kidnappings?
6       A.   No, not specifically.  I -- again, I don't want
7  to provide or try to provide you with specific numbers.
8  I can only recall, based on my access and exposure to the
9  information and intelligence, that it was a smaller
10 amount.  It existed, that there was extortion, there was
11 kidnapping, other criminal activity, piracy, things like
12 that, but it -- it paled in comparison to the
13 drug-trafficking revenue.
14      Q.   I'm not contesting what you're saying.
15      A.   Okay.
16      Q.   But you've told me two things.  I just want to
17 be clear in my own mind.  Okay.  I just want to be
18 crystal clear.
19           These individuals at no time gave you specific
20 dollar amounts, but they gave you ranges or thoughts of
21 what -- of the amounts of nondrug revenue dollars that
22 the AUC was accumulating?
23           MR. DANTE:  Objection.
24           THE WITNESS:  Yes.
25           MR. DANTE:  Form.

Page 111

1            MR. LEOPOLD:  Thank you.
2            THE WITNESS:  Sorry.
3            MR. DANTE:  Asked and answered.
4  BY MR. LEOPOLD:
5       Q.   Your answer was "yes" to my question?
6       A.   Yes.
7       Q.   So as you sit here today, you cannot --
8  regardless if you can't remember, however, it is a true
9  statement that no one -- ever, none of these informants
10 ever gave you specific dollar amounts that, for example,
11 saw the books of the AUC and said this is the total gross
12 revenue for nondrug-related monies ascertained in a given
13 year?
14           MR. DANTE:  Objection.  Form.
15 BY MR. LEOPOLD:
16      Q.   Correct?
17      A.   Yes.
18      Q.   Now, you have no -- even though you would talk
19 to those informants about the drug monies and revenues
20 and were told about nondrug revenue monies, you have no
21 specialized personal knowledge about those nondrug
22 revenue dollars and the infrastructure or financial
23 structure of the AUC; correct?
24           MR. DANTE:  Objection.  Form.
25           THE WITNESS:  Correct.  It was not our role to

Page 112

1  focus on nondrug, generally nondrug-related matters
2  although you couldn't help but to trip over those
3  topics because it existed.
4  BY MR. LEOPOLD:
5       Q.   You have no -- let me take a step back.
6            In terms of the non-revenue dollars, you have
7  an appreciation for generalities of where those monies
8  came from from informants and your work in the drug
9  industry; correct?
10           MR. DANTE:  Objection to the form.
11           Non-revenue dollars?
12           MR. LEOPOLD:  Non --
13           MR. DANTE:  I don't understand your question.
14           MR. LEOPOLD:  I'm not sure what I can -- well,
15      let me ask the question again because I'm not sure
16      you regurgitated what I asked.
17           MR. DANTE:  Okay.
18           MR. LEOPOLD:  So you don't have the transcript
19      in front of you so let me ask the question again.
20 BY MR. LEOPOLD:
21      Q.   I'm talking about nondrug revenue dollars so --
22 well, just so we're clear, we'll have this at trial, it
23 will be much easier when we have a board or something, a
24 poster board.  But we have monies garnered from the drug
25 industry -- I'm not talking about debt for the AUC right

Page 113

1  now.  I'm talking about nondrug revenues.  Okay?  You
2  with me?
3       A.   Yes.
4       Q.   What we've been talking about for the last hour
5  or so.
6       A.   Yes.
7       Q.   For the nondrug revenue, you know generalities
8  as it relates to that income stream based upon your
9  informants, people you talk to, and just your knowledge
10 of the drug industry; correct?
11      A.   Yes.
12      Q.   You have no specific drilled-down researched
13 personalized knowledge of the various nondrug revenue
14 monies that came into the AUC; is that a fair statement?
15      A.   That's right.  And a DEA investigation, as part
16 of a drug-trafficking enterprise, if you found that there
17 was extortion or if you found that there was a
18 significant network of kidnapping operations, we would
19 not generally lose our focus on drug trafficking.  Of
20 course we -- we know about it, it's included in the
21 investigation, we may even add, you know, talk to
22 prosecutors about adding indictments that address murders
23 or kidnappings or such, but we wouldn't stop the focus
24 from drug trafficking to move to nondrug-related
25 activities.

Page 114

1    Q.   In other words, if we were to give -- if I were
2  to give you a sheet, and using your percentages of 70-30,
3  and I say okay, now take the 30 percent and I want to do
4  a line item of what that 30 percent constitutes, you
5  could not do that?
6    A.   No.
7    Q.   Now, like with any business, this drug industry
8  is -- was a business, a bad one, and is a bad one, but
9  it's a business.
10        At any point in time, as we sit here today, do
11 you know what the operating cost of the AUC was?
12   A.   In its entirety from year to year?
13   Q.   Yes.
14   A.   Because it does change.  They became more
15 active in the enterprise as the years passed.
16        Are you asking me what their -- what budget
17 they operated themselves on?
18   Q.   Yeah, what did it cost them?
19   A.   What did it cost them?
20   Q.   Yeah.  I mean, what -- what did it cost them
21 for military, for their wages, for their -- I want to say
22 employees, but I guess their paramilitary people --
23   A.   Um-hum.
24   Q.   -- for their housing, for their food, for
25 weaponry, for ammunition, everything you can imagine that

Page 115

1  they ran as an industry?
2    A.   I understand.
3         MR. DANTE:  I'm going to object to the form of
4    the question.
5         Go ahead.
6         THE WITNESS:  I could not give you that
7    information.  I don't have that.
8  BY MR. LEOPOLD:
9    Q.   You have no background in that, do you?
10   A.   I've never -- no, I've never studied what --
11 what it cost the AUC to buy a uniform or to buy a weapon,
12 boots, or anything like that.
13        MR. DANTE:  Could we take that break now?
14        MR. LEOPOLD:  Sure.
15        MR. DANTE:  Thanks.
16        THE VIDEOGRAPHER:  Off the video record at
17   12:36 p.m.
18        (A luncheon recess was taken from 12:36 p.m. to
19 1:20 p.m.)
20        THE VIDEOGRAPHER:  And we're back on the video
21   record at 1:20 p.m.
22 BY MR. LEOPOLD:
23   Q.   Mr. Gaddis, now that we're back from lunch, I
24 wanted to just follow up and ask one final area of
25 questions.  We had discussed a little before the break

Page 116

1  about your specialized knowledge in some of these areas,
2  your background as it relates to the payments and impacts
3  related to them in operating costs.  Remember those
4  issues we discussed?
5    A.   Yes.
6    Q.   In formulating your expert report, did you
7  institute any type of methodology to formulate your
8  report?  Economic methodology, accounting, forensic
9  accounting type of methodology, or any methodology as it
10 relates to your analysis and opinions in this case?
11        MR. DANTE:  Objection.  Form.  Also calls for a
12   legal conclusion.
13        THE WITNESS:  Yes.  Actually, as -- as I look
14   at paragraph 21 in my report, I -- I listed these
15   kinds of numerous sources such as the intelligence by
16   DEA and interagency reporting, foreign governments
17   information, public information.
18        In -- in my report I tried to provide a sample
19   of where I was able to collect this information.  And
20   it was from not a single source, rather an eclectic
21   two or three or four methodologies, if you will.
22   Everything from public information to the support
23   material that was given to me as I reviewed it and
24   went through it, and -- and including my recollection
25   of the investigations.

Page 117

1  BY MR. LEOPOLD:
2    Q.   Well --
3    A.   -- that I was exposed to.
4    Q.   Okay.  And we went through a little of this
5  early on.  In terms of the sources or the basis for your
6  opinions, you were provided a lot of materials and your
7  own personal knowledge and you maybe Googled some things.
8  I -- I understand that.  And that's sort of what you're
9  talking about in paragraph 21 is, all the things that you
10 reviewed and used to formulate your opinions; correct?
11   A.   Yes.
12   Q.   Okay.
13   A.   Yes, that was part.
14   Q.   And -- and I don't want to get into a debate
15 about methodologies and what it may mean to you.  Is that
16 how you understood your answer, those are the
17 methodologies you used to formulate your opinions in this
18 case?
19        MR. DANTE:  Objection.  Form.
20        THE WITNESS:  Yes, in a holistic way.  And even
21   we have a quote by Carlos Castaño himself that is in
22   my report, that he attributed up to 70 percent of
23   AUC's income from drug trafficking, which I believe
24   to be essentially drug trafficking with my knowledge
25   outside of that, that particular, quote.  And he --

David Gaddis - Confidential
January 17, 2019                                      118 to 121

Page 118

1    he wasn't really interested in -- in, apparently,
2    being a -- a primary drug trafficker, it could have
3    been even higher, that number of 70 percent, but
4    he -- he has quoted himself as saying up to
5    70 percent.
6         So that's part of the methodology is using, you
7    know, different quotes, former drug traffickers'
8    statements as well as the intelligence gleaned
9    through DEA methods and techniques.
10   BY MR. LEOPOLD:
11   Q.   So you just wrapped your arms around the
12   materials you used to support your opinions in this case;
13   correct?
14   A.   Yes.
15        MR. DANTE: Objection. Form.
16   BY MR. LEOPOLD:
17   Q.   Okay. Other than wrapping your arms around the
18   materials you used for your opinions in this case, did
19   you then take those materials in any shape and form and
20   use solely sort of methodology to formulate your opinion?
21        MR. DANTE: Objection. Form. Calls for a
22        legal conclusion.
23        THE WITNESS: I believe I did. And those
24        methodologies were as I have stated in the report.
25        If you'll allow me to search a particular piece, a

Page 119

1    paragraph I describe, on basing my estimates on
2    official data. This is in paragraph 24. Official
3    data, the number of kilograms produced per year on
4    average, the wholesale price for a kilogram of
5    cocaine sold in Colombia, and my knowledge and
6    experience in the drug-trafficking industry as well
7    as those statements made by drug traffickers and AUC
8    leaders themselves.
9    BY MR. LEOPOLD:
10   Q.   Other than what you've just told us, did you do
11   anything else?
12   A.   No, that would --
13   Q.   Okay.
14   A.   -- be it.
15   Q.   Now, we went through your background. Do you
16   recall that?
17   A.   Yes.
18   Q.   Okay. And I'd like from the time of your
19   starting with the DEA, beginning in '86, and going up to
20   your time -- your second job which was a resident agent
21   in charge in Mexico, through 1998. Okay?
22   A.   Okay.
23   Q.   We talked about sources of revenue for various
24   cartels, we talked about FARC, we talked -- I asked you
25   about AUC, etc. And I broke it up into nondrug-related

Page 120

1    revenue and drug-related revenue. Do you recall that?
2    A.   Yes.
3    Q.   Okay. Now, as it relates to the drug-related
4    revenue, in the reports and materials that you reviewed
5    either from the State Department or from some other
6    sources, do you have a recollection of ever getting exact
7    dollar amounts of drug-related revenues for particular
8    groups?
9    A.   No. It's not been my intention to opine on the
10   nondrug-related monies. As my report reflects, through
11   my assessment and my analysis, based on all the
12   information described in the report, that I came to the
13   conclusion that the AUC was responsible for manufacturing
14   and distributing about $200 million a year in drug --
15   drug-related revenue, so...
16   Q.   All right. So that's not a specific number you
17   garnered from any reports during this time, up through
18   your 1998 time period; correct? That's just based upon
19   various pieces of data and your summation based upon your
20   background and experience that that is the amount?
21        MR. DANTE: Objection. Form. Mischaracterizes
22        his testimony.
23        THE WITNESS: Excuse me, but I'll revert back
24        to paragraph 24 again, in my expert report, where I
25        say "I base this estimate on official data, the

Page 121

1    number of kilograms produced per year on average, the
2    wholesale price of the kilogram of cocaine sold in
3    Colombia, my knowledge and experience with the
4    drug-trafficking industry statements by AUC leaders,
5    public sources of information, and my knowledge of
6    AUC's control over a substantial portion of the
7    illegal drug business in Colombia."
8    BY MR. LEOPOLD:
9    Q.   I appreciate that, Mr. Gaddis. I am not being
10   difficult with you, but you've got to listen to my
11   question. Okay? That's not really the question I asked.
12        Right now I'm in a specific time period.
13   A.   Um-hum.
14   Q.   Okay?
15   A.   Understood.
16   Q.   Right now we're only up as far as 1998 when you
17   were in Mexico. Up in that point in time do you recall
18   ascertaining any specific dollar amount for the drug
19   business for, say, the AUC?
20        MR. DANTE: Objection. Form. Asked and
21        answered.
22        THE WITNESS: I can't recall any specific
23        number --
24   BY MR. LEOPOLD:
25   Q.   Okay.

Page 122

1      A.   -- that was acquired at that time.
2      Q.   Okay.  Now, if we go to your report, and I'll
3  reference two paragraphs I want to ask you about.  I'm
4  referencing paragraph 22, and take a moment to look at
5  it, and let me know when you're done.
6      A.   I'm done.
7      Q.   Okay.  Now, the source for that statement that
8  you put in, the statement that you set forth here is
9  based upon a particular Footnote 17, the International
10 Crisis Group Latin America Report No. 11; correct?
11     A.   That's --
12          MR. DANTE:  Objection.  Form.
13          Are you just referring to the first sentence of
14     paragraph 22, so the record is clear?  That
15     paragraph 22 --
16          MR. LEOPOLD:  Yes.
17          MR. DANTE:  -- consists of six sentences.
18          THE WITNESS:  And --
19 BY MR. LEOPOLD:
20     Q.   Yes?
21     A.   Yes, I was going to mention the same thing.
22 It's the first sentence of the paragraph, yes.
23     Q.   Okay.  And that document is from 2003; is that
24 correct?
25     A.   Yes.

Page 123

1      Q.   Okay.  Now, you go on, and I didn't count the
2  sentences, but your lawyer says there are a number of
3  other sentences.  But going to the next two sentences is
4  given the -- "Given the AUC's deep involvement in all
5  aspects of the illegal drug business, that number may
6  have been conservative.  Some intelligence sources put
7  the AUC share of the cocaine business in Colombia in the
8  early 2000s at approximately 40 percent."
9           Did I read that correctly?
10     A.   Yes.
11     Q.   Okay.  So you're referring to the AUC share of
12 the cocaine business in Colombia in the early 2000s at
13 approximately 40 percent.  That again is in the 2000 time
14 period in this particular sentence, the early 2000s;
15 correct?
16     A.   Yes, the turn of 2000 and afterwards.  It had
17 involved itself into what I refer as to a mega cartel.
18     Q.   All right.  And then you go on and talk about
19 2003, the Colombian cocaine production was 440 tons and
20 you make some -- give some cites there as well; is that
21 fair?
22     A.   Yes.
23     Q.   Okay.  And you go on and talk about the metric
24 tons per month, etc.  That's all based upon this time
25 period of the early 2000s; correct?

Page 124

1      A.   I would say not, that I am referring to an
2  analysis from the mid 1990s through the early 2000s as
3  the AUC evolved and became a larger drug-trafficking
4  enterprise.
5      Q.   And please take your time.  I want you to cite
6  me to either any footnote or document that you're relying
7  upon your expert report that the numbers that you're
8  referring to of 286 million with 2 million derived from
9  the drug trade occurred in, say, 2000 -- 1995, 1996,
10 1997, and 1998.
11          MR. DANTE:  Objection to the form of the
12     question.  Compound and confusing.
13          THE WITNESS:  With respect to that one sentence
14     in paragraph 22 that begins paragraph 22, that stands
15     on its own.  Then what I explain is that, "Given the
16     AUC's deep development" -- I'm reading from paragraph
17     22 -- "in all aspects of the illegal drug business,
18     that number may have been conservative."
19          And I know from my experiences, which I'm
20     strictly opining on in terms of the amount of cocaine
21     that I believe the AUC was responsible for producing
22     and distributing, that that number continued to grow.
23     But on average, between 1997 and 2004, it was about
24     $200 million in revenue per year.  15 to 20 metric
25     tons per month, based on the amount that they were

Page 125

1  being paid for, which was somewhere around $1,500 a
2  kilo.
3           That's another reference to the methodology
4     that I was utilizing that you were asking about
5     earlier.
6  BY MR. LEOPOLD:
7      Q.   Let me show you Exhibit No. 5.
8          MR. MURRAY:  What was 4?
9          MR. LEOPOLD:  Oh, I'm sorry.  It should have
10     been 4.  I apologize.  Let me put a new sticker on
11     this one.  Actually, let me give you this one.
12          It's okay, I just gave him this one.
13          (Exhibit 4, 1/27/05 International Crisis
14     Report, was marked for identification.)
15 BY MR. LEOPOLD:
16     Q.   Exhibit No. 4, this is the document that is
17 footnoted as 17; correct?
18          MR. DANTE:  Take your time and look at it.
19          THE WITNESS:  Um-hum.
20 BY MR. LEOPOLD:
21     Q.   Do you have it in front of you?
22     A.   Yes.
23     Q.   And if you -- actually if you go to page 19 of
24 the document, Section E, FARC and AUC drug income, you'll
25 see where that information comes from; is that right?  Is

Page 126

1 that where you took it from?
2    A.   Yes.
3    Q.   All right.  Now, this particular data for which
4 you use it for is for 2003; correct?
5    A.   Yes.
6         MR. DANTE:  Objection.  Form.
7         You can answer.
8         THE WITNESS:  As is stated in the quote itself.
9 BY MR. LEOPOLD:
10   Q.   All right.  Now, if I understood what you were
11 just telling me, that even going back in time the AUC
12 drug revenue was increasing from -- what years did you
13 say, 1990?
14   A.   From 1997.  I specifically looked at 1997 to
15 2004.
16   Q.   Okay.  Now, you say you -- you specifically
17 looked at.  What did you look at and where is it
18 identified in your expert report, that you identified
19 some data to give you some numbers for 1997, 1998, 1999,
20 2000, 2001, and 2002.
21   A.   The same information that I had described in my
22 report.
23   Q.   Sir, you need to be specific.  I want you to
24 identify for me --
25   A.   Okay.  Well, we'll have to go through --

Page 127

1    Q.   -- the document --
2    A.   -- my report.
3    Q.   -- researched and reviewed and what the name of
4 the document is, the title of the document, and the date
5 of the document that gives you that information basis to
6 give the testimony that you have here under oath, because
7 it's not in your report that for 1997, 1998, 1999, 2000,
8 2001, and 2002, the AUC drug revenue was increasing.
9         MR. DANTE:  Objection to the form of the
10        question.
11        And just so the record is clear, Ted, you're
12        asking him only about documents?  Is that -- that's
13        what your question was --
14        MR. LEOPOLD:  Yeah.
15        MR. DANTE:  -- just documents; right, not
16        experts?
17        MR. LEOPOLD:  Yes.  Now that you've told him
18        that again, but, yes.  But let's just try and not do
19        speaking objections if you can help it.  You may not
20        be able to, but if you can, I would appreciate it.
21 BY MR. LEOPOLD:
22   Q.   Go ahead, answer my question, please.
23   A.   I'll refer back to paragraph 21, where --
24   Q.   All right.  Hold on.  Let me just get there.
25        Okay.  Now, I want you to identify the sentence

Page 128

1 that you're referring to because I do not see any
2 footnotes referencing any documents here.  Okay?  My
3 question now is documents.
4    A.   Correct.
5    Q.   Okay.
6    A.   Correct.  And there are no specific documents
7 that I can -- other than the -- the documents that I had
8 cited in Attachment B as part of my research in selecting
9 certain pieces of information throughout that period and
10 then relying on the numerous sources that are cited in
11 paragraph 21 of my report.
12   Q.   But let's be fair, okay, Mr. Gaddis, please.
13 You've testified here several times the resources you
14 gathered.  You didn't gather these.  These exhibits
15 that are marked as B you told us earlier was provided by
16 the lawyers to you.  You didn't go out and research these
17 things.
18        MR. DANTE:  Objection.
19        MR. LEOPOLD:  Excuse me, let me finish the
20        question, please.
21        MR. DANTE:  Finish the question.
22        MR. LEOPOLD:  Then you can make whatever
23        objection you want, legal objection, not speaking.
24 BY MR. LEOPOLD:
25   Q.   You did not go out and gather those materials,

Page 129

1 did you?
2         MR. DANTE:  Objection.  Form.  Mischaracterizes
3         the witness's testimony.  Argumentative.
4         You can answer.
5         I think he testified about this at least three
6         or four times.
7         MR. LEOPOLD:  I don't want to hear what you
8         think.  I want to hear what the witness is testifying
9         to under oath.
10 BY MR. LEOPOLD:
11   Q.   Sir, is my question correct?
12   A.   You mean do I understand your question?
13   Q.   Yes.
14   A.   Yeah, I do understand your question.
15   Q.   Okay.
16   A.   And my opinions --
17   Q.   But I need an answer to my question that's
18 pending right now.
19        MR. DANTE:  You have to let him finish his
20        answer, Ted.
21 BY MR. LEOPOLD:
22   Q.   Did you --
23        MR. DANTE:  Ted, you have to let him finish his
24        answer.
25

```
                                               Page 130
1  BY MR. LEOPOLD:
2      Q.  Did you or did you not --
3          MR. LEOPOLD:  Excuse me.
4          MR. DANTE:  You have to let him finish his
5   answer.
6          MR. LEOPOLD:  He's not answering.
7          MR. DANTE:  I'm going to object to you talking
8   over him.
9          MR. LEOPOLD:  He's not answering.  My question
10  is --
11         MR. DANTE:  You're being argumentative with the
12  witness.  You're not letting him finish the answer.
13         MR. LEOPOLD:  Are you done?
14         MR. DANTE:  I am.
15  BY MR. LEOPOLD:
16     Q.  My question is:  Did you or did you not gather
17  these materials, you personally?  That's my question
18  pending right now.
19     A.  And my opinion comes from reviewing that
20  collection of sourced documents along with the other
21  sources of -- of my experiences and public information.
22  So much of the sourced documents were provided to me for
23  review, which I did, but I don't solely make my opinions
24  based on those documents.  It's -- it's an eclectic
25  methodology or collection of information.
```

```
                                               Page 131
1      Q.  Mr. Gaddis, I'm not giving you a hard time, but
2   you're not listening to my question.  My question is very
3   specific right now.  I'm going to get to what you just
4   said.  Okay?  But my question right now is:  It's a true
5   statement, is it not, that Exhibit B documents that are
6   listed there in your expert report were provided by the
7   lawyers to you; correct?
8          MR. DANTE:  Objection.  Form.  Mischaracterizes
9   his testimony.
10         THE WITNESS:  As I'm looking --
11         MR. DANTE:  Take a second to look through the
12  entire list --
13         THE WITNESS:  Yeah.
14         MR. DANTE:  -- of documents in Exhibit B,
15  please.
16         THE WITNESS:  So you are correct in that the --
17  the documents were provided to me for review, but
18  they are only a piece, as I did review them
19  extensively to determine if this information, in
20  pieces or in parts, does corroborate what I know from
21  my own experiences and my other resources.
22  BY MR. LEOPOLD:
23     Q.  Thank you --
24     A.  Yeah.
25     Q.  -- for confirming your earlier testimony.
```

```
                                               Page 132
1          You go on in paragraph 22, you say "I also
2   reviewed an estimate of the AUC's income derived from the
3   drug trade that I considered to be credible and generally
4   consistent with the intelligence I obtained as a DEA
5   agent and sources I reviewed in the course of the DEA
6   investigations."
7          Did I read that correctly?
8      A.  I'm sorry, was this paragraph 22?
9      Q.  21.
10     A.  Oh, I'm sorry.  Okay.
11     Q.  You want me to read it to you again?
12     A.  Would you?
13     Q.  "In preparing this report, I also reviewed an
14  estimate of the AUC's income derived from the drug trade
15  that I considered to be credible and generally consistent
16  with the intelligence I obtained as a DEA agent and
17  sources I reviewed in the course of the DEA
18  investigations."
19         Did I read that correctly?
20     A.  Yes.
21     Q.  Now, what -- what -- you say "I reviewed an
22  estimate of the AUC's income derived" that you believed
23  to be credible.  What are you referring to?
24     A.  I'm referring to my recollection of DEA
25  investigations, several -- numerous case investigations,
```

```
                                               Page 133
1   which led to U.S. federal indictments against AUC members
2   such as Carlos Jimenez, a/k/a Macaco, or Wilbur Varela,
3   Diego Montoya, Javier Gordo Lindo, these traffickers,
4   once arrested, some of them actually made statements.
5      Q.  Are these AUC individuals?
6      A.  Yes.  Yes, some are AUC individuals and some
7   are North Valley Cartel traffickers who worked in
8   conjunction with the AUC.
9      Q.  But you say "I reviewed."  What -- I want to
10  know the documents that you reviewed.
11     A.  It -- it isn't a document that was reviewed,
12  per se, with respect to that comment on its own.  I mean,
13  there are quotes by Carlos Castaño himself that says they
14  were responsible for 70 percent.  There were other
15  sources of information that I had reviewed.  But in my
16  own recollection, from statements made by drug
17  traffickers in AUC, drug traffickers, it was very clear
18  that this -- that's what led to my making this statement.
19     Q.  So instead of -- instead of using the word
20  "reviewed," what you -- are you really saying that you
21  recall in your history of hearing either testimony or
22  reading something about those issues of dollar amounts?
23     A.  Yeah, yeah.  I'm --
24         MR. DANTE:  Objection.  Form.
25
```

Page 134

1  BY MR. LEOPOLD:
2      Q.  Is that what you're saying?  Maybe "review" is
3  not the right word you should have put?
4      A.  Oh, I -- I actually think "reviewed" is -- is
5  particularly clear.  I -- I did mentally review what my
6  experiences in the cases that were involved in my
7  experiences and came up with those conclusions.
8      Q.  Um-hum.  But you, as you sit here today, you
9  don't have a specific recollection of what those dollar
10 amounts were; is that a true statement?
11         MR. DANTE:  Objection.  Form.
12         THE WITNESS:  No, it's not.  I can rely on the
13         numbers of 15 to 20 tons of cocaine being produced
14         and sold per month by the AUC, on average.  And with
15         the cost of what a kilo was being sold for at
16         wholesale in Colombia, I knew that it was, on
17         average, 200.  And I'm giving that as a conservative,
18         but I think, on average, I can -- I'm very
19         comfortable saying average $200 million per year.
20 BY MR. LEOPOLD:
21     Q.  And is that in 1997 or 2003 or some other time?
22     A.  It spans, on average, throughout that time.
23     Q.  Well, what was it?  If that's an average, then
24 what was it in 2000 -- in 1997?
25     A.  Well, at any given month it might change.

Page 135

1  It's -- it's not making automotive parts.  You have to
2  acquire precursor chemicals, for example.  And if you're
3  not able to acquire the precursor chemicals in a
4  particular time frame, you're not going to be able to
5  produce cocaine at the same rate than if you had an
6  adequate amount of -- of materials to work with.
7         So, also, Colombia police and the
8  general may -- some generals may testify.  But the
9  Colombian police will attack labs, like I was involved in
10 during Operation SNOWCAP, and that would dismantle or
11 certainly disrupt the cocaine manufacturing processes as
12 well.  So there might be periods of time when they
13 manufacture less, there might be periods of time -- well,
14 there was periods of time where they would manufacture
15 much more.  So I'm giving you an average of, from year to
16 year.
17     Q.  Forget the average for a second.  As you sit
18 here today, is it a true statement to say in 1997 you
19 cannot tell us what the income generated was, or the
20 revenue generated was, for the drugs sold or what the AUC
21 was involved in, if you will, during that year; is that a
22 true statement?
23         MR. DANTE:  Objection.  Form.  Asked and
24         answered.
25         THE WITNESS:  No, sir, it's not.

Page 136

1  BY MR. LEOPOLD:
2      Q.  Well, tell me what the number is.
3      A.  It's -- it was 200 million.
4      Q.  So --
5      A.  Give or take.
6      Q.  No, sir.  I don't want a give-or-take.
7      A.  I can't give you -- if you're asking me for,
8  you know, an actual dollar and cents figure, then that
9  would be impossible to do.
10     Q.  And you can't do it for '98; correct?
11     A.  I can do it for --
12         MR. DANTE:  Objection.  Form.
13         THE WITNESS:  -- every year --
14 BY MR. LEOPOLD:
15     Q.  Not as an average?
16     A.  -- as I've specified in my report.
17     Q.  I'm not asking an average.  I'm asking for a
18 specific dollar and cents amount.  Can you or can you not
19 give us what that number is in 1997, in 1998, 1999, 2000,
20 2001, and 2002?
21     A.  Yes, sir.  I've --
22         MR. DANTE:  Objection.  Form.
23         THE WITNESS:  I've actually -- I've actually
24         focused on that in paragraph 24 of the report.
25

Page 137

1  BY MR. LEOPOLD:
2      Q.  Sir, I understand.  But after the lawyers told
3  you to use the word "average," which is in here, you're
4  giving the average.  I don't want the average.  I want --
5         MR. DANTE:  Objection.  Form.
6  BY MR. LEOPOLD:
7      Q.  I want --
8         MR. DANTE:  Argumentative.
9  BY MR. LEOPOLD:
10     Q.  I want the --
11         THE COURT REPORTER:  I can't hear you.
12         MR. MURRAY:  I'll wait for him to finish his
13         question.
14 BY MR. LEOPOLD:
15     Q.  I want the hard dollar amount if you can give
16 one for those years, yes or no?
17         MR. MURRAY:  Objection.  Form.  Argumentative.
18         THE WITNESS:  And I feel like I've already
19         answered your question.
20 BY MR. LEOPOLD:
21     Q.  By giving me the average?
22     A.  By telling you 200 million give or take --
23     Q.  That's the best --
24     A.  -- from year to year.
25     Q.  That's the best you can do; correct?

Page 138

1    A.    That's based on my experience and my knowledge
2  in the specialty, yes, that's exactly what I can say.
3    Q.    Now, you go on in paragraph 25 and say "The
4  drug trade has been the primary source of funding for the
5  AUC since at least the mid 1990s."
6          What do you mean by that?
7    A.    Paragraph 25?
8    Q.    Yes.
9    A.    Okay.  The first sentence.  That the AUC,
10 whether they intended to from day one or not to become a
11 mega drug cartel, that's precisely what they came to be.
12 And within the mid 1990s, say '95, '96, they were already
13 on our radar as being a formidable enemy to the DEA and
14 to the Colombian government through their
15 drug-trafficking enterprises.
16         And they continued to as, Mr. Leopold, you
17 yourself said, acquire territories or properties, and
18 they used those territories to expand their
19 drug-trafficking enterprises.
20         So without any reservation I can say that the
21 AUC focused their efforts from the mid 1990s to
22 manufacture illegal drugs, primarily cocaine.  And they
23 did it, in my opinion, with the intent to -- to empower
24 themselves to a point where they actually could be a -- a
25 formidable enemy against the FARC because the FARC was

Page 139

1  doing the exact same thing.
2    Q.    When did they start being involved in the drug
3  business?
4    A.    The AUC?
5    Q.    Yes, sir.
6    A.    My information, my recollection, is that they
7  started getting involved in the early 1990s.
8    Q.    You've got to give me a time frame.
9    A.    I can't give you a specific date.  I can tell
10 you that the information that I used to -- to opine on
11 this, in this report, was from the mid 1990s.
12   Q.    Do you know when the AUC was formed?
13   A.    In 1990 -- well, I'll go back to the report to
14 recollect and refresh my memory on the specific year.
15         So as my report reflects in paragraph 7,
16 discussing the Colombian drug trade, we can go to page 5
17 and "...trafficking organizations, such as the Medellín
18 cartel formed in the 1980s and led by Pablo Escobar,
19 immediately gained control of the worldwide supply of
20 cocaine.  In the 1980s, prior to founding the
21 Autodefensas Campesinas de Córdoba y Urabá," the ACCU and
22 AUC respectively, which evolved from ACCU into the AUC,
23 "brothers Fidel Castaño and Vicente Castaño were members
24 of the Medellín drug cartel and close allies with Pablo
25 Escobar.  Prior to his tenure as leader of the AUC, Diego

Page 140

1  Murillo Bejarano, a/k/a Don Berna, was also a prominent
2  member of the Medellín cartel.  In the late 1980s and
3  early 1990s the Medellín and Cali cartels were engaged in
4  bloody battle over the cocaine business.  Following Pablo
5  Escobar's brutal murder of key members of the Medellín
6  cartel in 1991, Fidel Castaño and Vicente Castaño
7  defected from the Medellín cartel and joined forces with
8  Carlos Castaño, Don Berna, the Cali cartel, and others,
9  to form the" -- it should read Peresguidos, there's an S
10 missing.  Peresguidos por Pablo Escobar or Pepes,
11 P-E-P-E-S.  I'm adding Pepes.
12         "This translated to people prosecuted by Pablo
13 Escobar.  The group known as Los Pepes were largely
14 funded by the rival Cali group.  Los Pepes played a role
15 in weakening the Medellín cartel and ending Pablo
16 Escobar's reign."
17         So that evolved -- that began, initially the
18 AUC, and that evolved through the 1990s to become a -- a
19 more empowered organization known as the AUC.
20   Q.    Sir --
21   A.    That was the beginning.
22   Q.    -- my only question was:  Do you know when the
23 AUC was formed?
24   A.    I don't believe they have a constitution like
25 governments would that have specific dates.  But it was

Page 141

1  certainly formed in the 1990s, the early 19 -- mid 1990s.
2    Q.    Well, I don't want to put words in your mouth,
3  so when you say "mid 1990s," that means what to you?
4    A.    Just as I say, mid 1990s.
5    Q.    I want to hear it from you.  I don't want to
6  use my definition of what mid 1990s may be.
7          Can you tell me what year you're referring to?
8  I don't see it in your report and you can look until the
9  cows, I'm just not sure it's there.
10   A.    Right.  Well, I'll stay with my answer, mid
11 1990s.
12   Q.    Does that does 1994, '5, '6, '7, what?
13   A.    In that time frame it evolved from a -- a small
14 organization into a much larger drug-trafficking
15 organization.
16   Q.    Right.  So it started as a small organization
17 in what year?
18   A.    In the mid 1990s.  I -- I don't mean to be --
19 to be dancing around with you.  I just -- I can tell you
20 that that's the time frame.
21   Q.    Well, when did it become a big organization?
22   A.    It continued throughout the mid 1990s through
23 its dissolution with the peace process with the
24 government of Colombia until -- and which was 2004.
25   Q.    When it started as a small organization, how

Page 142

1  long did it take before they were generating two -- using
2  your words -- an average of $200 million a year in the
3  drug business?
4      A.  Yeah, not very long.  It was --
5      Q.  Well, how long?
6      A.  -- several months as the evolution continued
7  and it became larger and larger at an accelerated pace.
8      Q.  So several months from the inception to this
9  organization went from zero in the drug business to
10 $200 million a year in the drug business?
11     A.  It doesn't take long.
12     Q.  That took several months?
13         MR. DANTE:  Objection.  Form.  Mischaracterizes
14 the witness's testimony.
15 BY MR. LEOPOLD:
16     Q.  Well, that's what I'm asking.  That's what I
17 understood you to say.
18     A.  Yeah.
19     Q.  Is that -- did you mean to say that?
20     A.  I absolutely meant to say it.  Pablo Escobar,
21 for example, began as a car thief, and then he turned
22 rather quickly, in a matter of a year or two, into a
23 major drug kingpin.
24         Because of the -- the massive demand for
25 cocaine at that time, it was, with -- with some

Page 143

1  organization already built into the AUC's structure, they
2  were able to grow and evolve into a massive cartel rather
3  quickly within a year.  I mean, you don't -- you don't
4  snap fingers or wave a magic wand and make $200 million
5  dollars a year, but it didn't take them very long to
6  begin manufacturing up to 20 metric tons per month.  And
7  then that generated that level of revenue in the mid
8  1990s and leading up through 2004.  And this is based on
9  statements made by AUC members themselves.
10     Q.  Can you cite me to anything?
11     A.  Well, one we've already discussed was the
12 comment by Carlos Castaño.  And we know from other
13 statements and DEA debriefings of defendants who are
14 making similar-type statements.  That's where we captured
15 the range of 15 to 20 metric tons per month.
16     Q.  Do you hold yourself out as an expert in the
17 area of the history and creation of the AUC?
18     A.  History and creation?  I wasn't focused on the
19 history or creation of the AUC, only that they became a
20 mega drug cartel and a drug-trafficking enterprise worthy
21 of -- of DEA's focus.
22     Q.  So is the answer to my question no, you do not
23 hold yourself out as an expert in the creation and
24 history of AUC?
25         MR. DANTE:  Objection.  Form.  Calls for a

Page 144

1  legal conclusion.
2         You can answer.
3         THE WITNESS:  I -- I'm not sure.  If you can
4  further explain that question when you say "an expert
5  in the creation of AUC."
6  BY MR. LEOPOLD:
7      Q.  Well, sir, you sat here and told us that you
8  know a lot about -- and I don't contest one way or the
9  other whether you do or not -- about the drug business
10 and how, you know, what was going on in Colombia and the
11 Medellín cartel and a lot about all the drugs and how
12 they -- where they were farmed and sold and transported
13 and all the same.
14         But have you ever drilled down and studied
15 everything out there on the AUC about the history, its
16 creation, the people involved, what they were doing in
17 terms of businesses in addition to drugs and everything
18 else that they were doing, you know, one -- one would say
19 that, yes, I'm an expert in this area.
20         MR. DANTE:  Objection.  Form.  Calls for a
21 legal conclusion.  The witness is an expert in what
22 he's been designated as an expert and what he's
23 opined on.
24         THE WITNESS:  I -- I would consider myself an
25 expert in the creation and development of the AUC as

Page 145

1  compared to the knowledge base of other people.
2  BY MR. LEOPOLD:
3      Q.  I'm not sure what that means.
4      A.  It means I know a lot more about it than other
5  people.  Perhaps there are some people that know more
6  about it than I, but I -- I'm trying to be fair.
7      Q.  Other -- other than your work experience, what
8  I'm trying to get at, have you gone out and studied?  In
9  other words, have you researched, have you written on the
10 areas --
11     A.  Okay.
12     Q.  -- things of that sort?
13     A.  Thank you for that clarification.
14         Outside of my own experience in terms of DEA
15 investigations and the knowledge that we've acquired
16 through that, no, I haven't written on the subject.
17     Q.  Okay.  Now, do you have an understanding or
18 have you ever been told and/or seen anything that
19 indicates that Chiquita was paying money to the AUC?
20         MR. DANTE:  Objection.  Form.  Asked and
21 answered.
22         THE WITNESS:  Are we referring to any
23 particular time frame?
24 BY MR. LEOPOLD:
25     Q.  Well, not right now.  My only question is, your

Page 146

1 answer would be yes or no. Are you aware of that?
2    A.   Was I aware before this case --
3    Q.   Well --
4    A.   -- of -- I'm asking -- okay. Could you repeat
5 the question?
6    Q.   You're asking the time frame, your time frame
7 or --
8    A.   Please repeat the question. I got confused.
9    Q.   Okay.
10   A.   I'm sorry.
11   Q.   Well, at any time during your years at DEA,
12 were you aware that Chiquita was paying monies to the
13 AUC?
14   A.   No.
15   Q.   Okay. Later on, when you got contacted by the
16 lawyers for Chiquita to act as an expert witness, did you
17 then, at some point in time, learn that Chiquita had been
18 paying the AUC money?
19         MR. DANTE:  Objection to the form.
20         I'd just caution the witness not to divulge
21      communications with counsel.
22         THE WITNESS:  Well, then, I was briefed on the
23      case at large in its entirety, and that information
24      about Chiquita making payments was included in that,
25      yes.

Page 147

1 BY MR. LEOPOLD:
2    Q.   Okay.
3    A.   In that information.
4    Q.   And who briefed you on the case, the lawyers?
5    A.   Yes.
6    Q.   Okay. Did you ever speak to any of the
7 employees that were involved with Chiquita at the time
8 about what transpired?
9    A.   I'm -- I'm not opining on how much money
10 Chiquita paid. I know from one of the plaintiffs'
11 reports that so much money was alleged. And I'm assuming
12 that that's accurate, that amount that was paid. But
13 I'm -- I'm not intending to opine in my expert report, or
14 in my testimony, that I have any -- any specific
15 knowledge about that. What I'm opining to is the
16 strength and the power of the AUC in terms of their
17 drug-trafficking enterprise.
18   Q.   Mr. Gaddis, I appreciate your answer but it's
19 nonresponsive. I asked this very simple question: Have
20 you spoken to any Chiquita employees, former or present,
21 that were involved during this time frame with the
22 payment of monies to the AUC?
23   A.   No, I had no need to do that.
24   Q.   Okay. And you didn't -- you didn't ask to do
25 that; is that correct?

Page 148

1    A.   I never intended to. That wasn't my focus in
2 this report.
3    Q.   And as you sit here today, do you know what
4 those monies were paid for?
5         MR. DANTE:  Objection to form of the question.
6      What they were paid for?
7         MR. LEOPOLD:  Yeah.
8         THE WITNESS:  Are you referring to extortion,
9      extortion payments, or more specific than that?
10 BY MR. LEOPOLD:
11   Q.   I'm not aware of extortion payments paid by
12 Chiquita to AUC. You keep using that phrase, but --
13   A.   Well, that's --
14   Q.   -- I'm just asking you --
15   A.   -- generic.
16   Q.   -- if any money -- I'm not -- we're not being
17 generic. I'm being specific.
18      I'm asking you:  Have you ever been told what
19 the money paid by Chiquita to the AUC was for?
20   A.   No, that was never --
21         MR. MURRAY:  I object to the colloquy, but not
22      the question.
23 BY MR. LEOPOLD:
24   Q.   I'm sorry, I didn't hear your answer.
25   A.   No, that was not the focus of my report and --

Page 149

1 and my work on the report.
2    Q.   So you've never asked in any way, shape, or
3 form, even though you're testifying about finances of
4 AUC, what monies they received from Chiquita was for?
5      Is that a true statement?
6         MR. DANTE:  Objection. Form. Asked and
7      answered.
8         THE WITNESS:  My focus in this --
9 BY MR. LEOPOLD:
10   Q.   Sir --
11   A.   -- report was to --
12   Q.   Mr. Gaddis --
13   A.   -- opine on the drug-trafficking enterprise and
14 the power of their drug-trafficking enterprise. So that
15 is what I focused on in this report, and -- and did not
16 focus on information about Chiquita.
17   Q.   Sir --
18   A.   Chiquita payments.
19   Q.   -- respectfully, you intend to do more than
20 that in your report because you comment about the
21 $1.7 million and that it's an insignificant sum of money
22 that they received. So you are doing more than just
23 commenting on the amount of monies they received in the
24 drug business. It may be, in your view, $1.7 million is
25 insignificant in the amount of money they earned in drug

Page 150

1  revenue, but that's not what I'm asking.  I'm only asking
2  right now whether or not it interested you or you ever
3  learned about or anyone ever told you what the monies
4  that AUC received from Chiquita was for?
5          MR. DANTE:  Objection to the form of the
6      question.  Asked and answered.  Goes beyond the scope
7      of the expert's opinions in the case.
8          MR. MURRAY:  I don't object to the question.  I
9      object to the colloquy that preceded the question.
10     Move to strike.
11         MR. DANTE:  Join in that.
12         THE WITNESS:  I -- in my report the focus was
13     on the rebuttals of other, the plaintiffs' expert
14     reports.  Those rebuttals, in part, were about an
15     amount of money that was paid by Chiquita to the AUC.
16     And that, in my opinion, based on the amount of
17     drugs, sales, involved with the AUC, that the amount
18     that -- that I believe it was in Kaplan's report, the
19     amount that was paid was -- was insignificant as
20     compared to the amount that they were earning from
21     their drug-trafficking enterprise.
22 BY MR. LEOPOLD:
23     Q.  Because I haven't got an answer to the question
24 I've asked you, I just want to be clear and fair to you,
25 so later on you can't say I wasn't fair, is:  You did not

Page 151

1  inquire nor were you told what the money that Chiquita
2  paid the AUC was for; is that a true statement?
3          MR. DANTE:  Objection.  Form.  Asked and
4      answered.
5          THE WITNESS:  I received it when I reviewed --
6      fairly recently, when I reviewed the plaintiffs'
7      report, Kaplan's report, citing those numbers.  So I
8      was aware of those numbers.  And I'm assuming at face
9      value that they're accurate.
10 BY MR. LEOPOLD:
11     Q.  I'm not asking about the amount of the money.
12 I'm asking about what the money was paid for.  What did
13 they -- what -- what did Chiquita pay money for to the
14 AUC?  Did you ever ask and/or was it of interest to you?
15     A.  No.
16         MR. DANTE:  Objection.  Form.
17         THE WITNESS:  It was not my focus.
18         MR. DANTE:  Asked and answered.
19 BY MR. LEOPOLD:
20     Q.  Okay.  And it's never been told to you; is that
21 a true statement?  So as you sit here today, you have no
22 understanding or appreciation why that money was paid; is
23 that a true statement?
24         MR. DANTE:  Objection.  Form.  Asked and
25     answered.

Page 152

1          THE WITNESS:  No.  Again, I haven't focused
2      that as part of my report.
3  BY MR. LEOPOLD:
4      Q.  Now, when you say it was an insignificant sum
5  of money, do you know what that money was used for by the
6  AUC that they received from Chiquita?
7      A.  No.
8      Q.  Do you know how many guns could be purchased
9  with the amount of money that Chiquita paid the AUC?
10         MR. DANTE:  Objection.  Form.
11         THE WITNESS:  I know that through the
12     $200 million a year that they had at their disposal,
13     that they certainly acquired firearms.
14         MR. LEOPOLD:  Move to strike as nonresponsive.
15     Could you read the question again to the
16     witness?
17         Mr. Gaddis, you have to listen to the question
18     I've asked, please.
19         (A portion of the record was read by the
20 reporter.)
21 BY MR. LEOPOLD:
22     Q.  By -- by Chiquita.  I thought I had that, but
23 maybe I didn't, but let me ask the question again so it's
24 clear.
25         Do you know how many guns could have been

Page 153

1  purchased by the AUC with money provided by Chiquita?
2      A.  No one would be able to know the answer to that
3  question.
4      Q.  Do you know how many people could be killed
5  with guns purchased by the AUC with funds used and/or
6  acquired from Chiquita?
7          MR. DANTE:  Objection.  Form.
8          MR. MURRAY:  Objection.
9          THE WITNESS:  Guns acquired on the black market
10     can range in prices, have a tremendous range.  So
11     it's -- it's impossible to say the number of specific
12     guns and how many people those unspecific number of
13     guns would be able to kill.
14 BY MR. LEOPOLD:
15     Q.  Okay.  Do you know how many machetes could be
16 purchased with the amount of money that Chiquita paid to
17 the AUC?
18         MR. DANTE:  Objection.  Form.
19         THE WITNESS:  No.
20 BY MR. LEOPOLD:
21     Q.  Do you know how many chainsaws could be
22 purchased with the amount of money that was paid by
23 Chiquita to the AUC?
24     A.  Off the top of my head, no.  I know that
25 they're more expensive in Colombia than in the United

Page 154

1  States.
2     Q.  As you sit here today were you, or are you
3  aware, when you were working for the DEA, of the types of
4  atrocities the AUC was committing on people living in and
5  around the communities in the areas where their farms
6  were and Chiquita's farms were located?
7        MR. DANTE:  Objection.  Form.  Vague as to
8     time.
9        THE WITNESS:  Yes.  And that's why we
10    considered them, you know, Enemy No. 1 in Colombia.
11 BY MR. LEOPOLD:
12    Q.  Fair to say that the types of killings were
13 horrific?
14       MR. DANTE:  Objection.  Form.
15       THE WITNESS:  Oftentimes.  I mean, every
16    killing is horrific.
17 BY MR. LEOPOLD:
18    Q.  I understand.  But --
19    A.  But I think you're -- you mean excessively
20 violent.
21    Q.  Yes.
22    A.  Understood.  And at times that did occur by the
23 FARC and by the AUC, and other drug traffickers.
24    Q.  Did you ever take into consideration whether or
25 not Chiquita provided any type of housing for AUC?

Page 155

1        MR. DANTE:  Objection.  Form.
2        THE WITNESS:  Was I ever informed of that, is
3     that your question?
4  BY MR. LEOPOLD:
5     Q.  In preparation of your expert report did you
6  ever take into consideration whether or not Chiquita
7  provided any type of housing to the AUC?
8        MR. DANTE:  Objection.  Form.
9     You can answer.
10       THE WITNESS:  I possess no evidence that that
11    occurred.
12 BY MR. LEOPOLD:
13    Q.  Did you ask?
14    A.  I have no evidence of that.
15    Q.  I'm not asking whether you have evidence.  I'm
16 asking whether you ever asked anybody that.
17    A.  I'm not aware of why I would ask if I had no
18 information that that -- information or evidence that
19 that occurred.
20    Q.  During the time frame when you were -- when you
21 were with the DEA, were you aware that Chiquita was
22 transporting drugs for the AUC?
23       MR. DANTE:  Objection.  Form.
24       THE WITNESS:  I had heard that there was a
25    Chiquita vessel, whereas cocaine was discovered on

Page 156

1  it.
2  BY MR. LEOPOLD:
3     Q.  And where was that?
4     A.  In Colombia.
5     Q.  Are you aware even here, in ports nearby here,
6  in the ports of West Palm Beach, that cocaine and
7  other -- cocaine drugs were found on Chiquita ships?
8        MR. DANTE:  Objection.  Form.
9        THE WITNESS:  I was not, but I can tell you
10    that frequently, throughout my entire 25-plus-year
11    career in the DEA, we found that conveyances, whether
12    they were maritime conveyances or aerial conveyances
13    or land vehicles, that drug-trafficking organizations
14    can embed, secretly can conceal and embed drugs
15    without the owners of those conveyances even knowing
16    about it.
17 BY MR. LEOPOLD:
18    Q.  Are you aware that there were DEA agents that
19 were called to ports in West Palm Beach with cocaine in
20 Chiquita banana boxes?
21    A.  No.
22       MR. DANTE:  Objection.  Form.
23       THE WITNESS:  No.  But I can tell you that a
24    DEA or customs investigator would be called because
25    that -- those drugs need to be seized in somehow --

Page 157

1  in some form.  So they would need to do that and
2  initiate their investigation.  In doing so, it can --
3  that investigation will determine whether there's an
4  innocent owner on the asset or whether -- or whether
5  or not, and in many, many cases I've seen, you know,
6  from cement posts having cocaine in the center of
7  them and arriving at the Port of Miami, to American
8  Airlines having drugs in its cargo hull without the
9  owners of those assets being aware that that's
10 happening.  It happens quite frequently.
11 BY MR. LEOPOLD:
12    Q.  And if you assume, hypothetically, that
13 Chiquita knew that cocaine from the AUC was being
14 transported on their ships, would that be something that,
15 for purposes of your opinions and in your report, should
16 have been addressed?
17       MR. DANTE:  Objection --
18 BY MR. LEOPOLD:
19    Q.  In terms of -- in terms of assets, if you will,
20 additional income to the AUC?
21       MR. DANTE:  Objection.  Form.  Lacks
22    foundation.  Incompletely hypothetical.
23       THE WITNESS:  I have no evidence that that even
24    occurred, so...
25

Page 158

1  BY MR. LEOPOLD:
2      Q.   I'm not asking you.  I said hypothetically.
3      A.   I -- I don't feel comfortable --
4           MR. DANTE:  Objection.
5           THE WITNESS:  -- commenting on hypotheticals.
6      I don't -- I would rather comment on -- on real
7      issues, issues that have occurred, and that we have
8      evidence that occurred.
9  BY MR. LEOPOLD:
10     Q.   Well, you mentioned a ship that you were aware
11 of; correct?  A Chiquita ship you mentioned?
12     A.   Yeah, yeah.
13     Q.   That was a Chiquita ship with drugs on them?
14     A.   To my recall, yes.
15     Q.   Okay.  Just assuming hypothetically that
16 Chiquita was aware of that, that is an asset, if you
17 will, to -- it's something that is of value for AUC.
18 Assuming that to be true, should you have taken that into
19 consideration in your expert report?
20          MR. DANTE:  Objection.  Form.  Lacks
21     foundation.  Incomplete hypothetical.
22          You can answer.
23          THE WITNESS:  Yeah, I -- I do believe that I
24     gave consideration to -- to Chiquita's drug detection
25     and monitoring programs.  It's noted as No. 5 in

Page 159

1      paragraph 4 of my expert report.  Paragraph 4.  And
2      of the five points that I'm making, the final fifth
3      one is that "Chiquita developed comprehensive drug
4      interdiction policies and procedures, cooperated with
5      law enforcement and customs to prevent drug
6      smuggling, and was recognized as an industry leader
7      in prevention of drug smuggling on vessels."
8           And that comes from, number one, their policies
9      that they have and had in place, in terms of drilling
10     holes through cargo, containerized cargo, to see if
11     bananas would come out versus white powder.  Checking
12     their registers about the visitors, who's coming in,
13     who's not.  And in cases of -- that we had already
14     discussed customs and the Belgium authorities, they
15     shared information that they had in their possession
16     to U.S., Colombian, and European authorities.  So I
17     felt comfortable saying that they -- they had a
18     pretty good detection and monitoring program.
19 BY MR. LEOPOLD:
20     Q.   Mr. Gaddis, I respectfully move to strike as
21 nonresponsive.  That's not the question I asked you.  I
22 didn't ask about their policies and procedures.  My
23 question did not encompass those words in any way, shape,
24 or form.  So listen to my question.
25          Madam Court Reporter, could you read my

Page 160

1      question back to the witness?  And --
2           MR. DANTE:  Objection --
3           MR. LEOPOLD:  Let me finish my question,
4      please.
5           Could you read my question back to the witness?
6      And, Mr. Gaddis, respectfully, could you answer my
7      question, please?
8           THE WITNESS:  Certainly.
9           MR. DANTE:  And objection.  Move to strike the
10     colloquy from counsel.
11          MR. LEOPOLD:  That's not a question.
12          MR. DANTE:  He did answer.  He did answer your
13     question.
14          MR. LEOPOLD:  Well, listen to my question and
15     we'll verify.
16          MR. MURRAY:  Object to the form.  It's
17     argumentative.  Asked and answered.
18          (A portion of the record was read by the
19 reporter.)
20          THE WITNESS:  No, no, I shouldn't have taken it
21     into consideration of my report.
22 BY MR. LEOPOLD:
23     Q.   Thank you.
24          During the time frame that you were a DEA
25 agent, did you ever learn about or uncover evidence that

Page 161

1  a company or companies were complicit in and/or allowed
2  drugs to be transported via their modes of transportation
3  of goods?
4           MR. DANTE:  Objection.  Form.
5           THE WITNESS:  I'm trying to recollect a
6      specific example and I can't seem to recall one.  I
7      know that there were cases, DEA cases, involving
8      FedEx, like I mentioned earlier American Airlines,
9      Eastern before then.  Many ships have been
10     interdicted, containerized cargo ships have been
11     interdicted with contraband and -- and drugs -- drugs
12     aboard.  But those ultimate owners of assets were not
13     involved in any of that.
14 BY MR. LEOPOLD:
15     Q.   So in all the years you were a DEA agent, you
16 never learned about a company working with one of the
17 drug cartels to transport the drugs into the U.S. or some
18 other country?
19     A.   I'm certainly not saying it's not possible.  I
20 just can't recall a specific case.
21     Q.   Okay.  And you -- and for purposes of your
22 testimony in this case, you didn't do any of your own
23 research as to whether or not that ever occurred with
24 Chiquita; is that a true statement?
25          MR. DANTE:  Objection.  Form.

David Gaddis Confidential Dec
January 17, 2019                    162 to 165

Page 162

1    THE WITNESS:  Only what I received in doing --
2  in reviewing the documents that I had to review
3  pertaining to establishing or developing this report.
4  BY MR. LEOPOLD:
5    Q.   So, in other words, the lawyers, besides giving
6  you what's marked as Exhibit B in your report, didn't
7  give you any additional documentations about Chiquita's
8  conduct in potentially working with the AUC in
9  transporting drugs in their ships or -- and/or cargo; is
10 that a true statement?
11    MR. DANTE:  Objection.  Form.  Foundation.  And
12  asked and answered.
13    THE WITNESS:  I have no -- I had no and have no
14  specific knowledge of Chiquita's being involved with
15  -- with transport of drugs, yeah, beyond what we've
16  talked about in this case.
17 BY MR. LEOPOLD:
18    Q.   Did anybody say to you don't -- don't
19 investigate that issue on your own for purposes of your
20 expert report?
21    A.   No one told me not to, no.
22    Q.   I want to address your attention to page 8 of
23 your report, if I could for a moment, please.
24 Paragraph 15, the first sentence "Additionally, the AUC
25 struck deals with the cartels to provide security to

Page 163

1  cocaine production facilities, smuggling routes, and
2  clandestine airstrips, becoming a partner in the business
3  operations with established drug-trafficking
4  organizations."
5    Did I read that correctly?
6    A.   Yes.
7    Q.   Okay.  Now, did you -- first of all, is that
8  based upon your own experience?
9    A.   Yes.
10    Q.   Okay.  And in your own experience did you also
11 learn about whether or not the AUC struck similar deals
12 for security with banana farms?
13    A.   No.  I'm -- I'm referring, in this, I'm
14 thinking of the North Valley Cartel.
15    Q.   But did you ever investigate the issue of the
16 type of security outside the cartels that AUC was
17 providing services to?
18    A.   No.  That was not a focus of my research or --
19 or my opinions --
20    Q.   Did you ask --
21    A.   -- in this paper.
22    Q.   Did you ask anybody at Chiquita that question,
23 whether or not the AUC was providing security for them?
24    A.   No.  I have no evidence that that occurred.
25    Q.   That's not my question.  I didn't ask whether

Page 164

1  you had evidence.  I asked you did you ask anybody.
2    A.   I wouldn't have if I didn't have a reason to.
3  That's why I answered that way.
4    Q.   Did the lawyers ever give you information along
5  those lines?
6    MR. DANTE:  Objection.  Form.
7    Instruct the witness not to answer on the
8  communications of lawyers.  It's not the focus --
9  it's not the basis of his opinion.  You know that's
10  either work product or privileged communications and
11  you keeping asking him over and over what the lawyers
12  told him.  There's very limited reasons where you ask
13  for communications with lawyers.  Let's keep it to
14  that.
15 BY MR. LEOPOLD:
16    Q.   Did you receive any documents from the lawyers
17 along the lines of AUC providing security to Chiquita?
18    A.   No.  Not that I can recall.  There was
19 voluminous sources of information in terms that are cited
20 in Attachment B, but I can't recall going across that.
21    Q.   Now, you read Mr. Kaplan's report; correct?
22    A.   Yes.
23    Q.   And you recall reading in Mr. Kaplan's report
24 that his findings that the AUC's relationship with
25 Chiquita supported the AUC's entrée into the banana

Page 165

1  regions?
2    MR. DANTE:  Objection to the form.
3    Do you want to show him that, the document?
4  BY MR. LEOPOLD:
5    Q.   Oh, you don't -- you didn't bring any of that
6  stuff with you, did you?
7    A.   No.
8    Q.   Do you have that back at your office too?
9    A.   Yes.
10    Q.   Okay.  Well, do you recall reading that?  I
11 mean, I can show it to you, but I'm just --
12    A.   I would feel more comfortable if I were able to
13 look at it.  I'm a visual person, so --
14    Q.   Not a memory guy?
15    A.   I am a memory guy.
16    Q.   Oh.
17    A.   But since you're making, you know, specific
18 reference to that document, I would like to review it.
19    Q.   Okay.  Just give me a sec.
20    (Exhibit 5, Kaplan Expert Report, was marked
21 for identification.)
22 BY MR. LEOPOLD:
23    Q.   Look at page 30, Section A.
24    MR. MURRAY:  You know what, Ted, I might not
25  have that particular one.

Page 166

1  BY MR. LEOPOLD:
2      Q.  Let me know when you're done reading,
3  Mr. Gaddis.
4      A.  All right.
5          MR. DANTE:  Ted, do you want him to read the
6      whole section or the first paragraph.
7          MR. LEOPOLD:  I don't need him to read
8      anything.  He said he wanted to look at it, so
9      whatever he's comfortable reading.
10 BY MR. LEOPOLD:
11     Q.  Just let me know when you're done.
12     A.  Okay.  I'm comfortable.
13     Q.  Okay.  Now, in your report you didn't comment
14 about any of this particular area.  Why not?
15     A.  I found that I only needed to comment on the
16 actual production and distribution and the power of the
17 AUC.  In my line of work, in -- in attacking
18 drug-trafficking operations, looking at why they would be
19 interested in banana regions or papaya regions, or
20 anything like that, is -- is insignificant to me.
21     Q.  Well, you've told us on countless times here
22 today, and also in your report, that the drug industry
23 for the AUC, and I guess for other drug cartels, the
24 money involved was enormous; correct?
25     A.  That's true.

Page 167

1      Q.  And if, you know, a company and/or an
2  individual put another company or an individual into a
3  business that was hugely profitable, and you were going
4  to be making a financial analysis of whether some amount
5  of money is significant or not significant based upon the
6  work that that person did, wouldn't you want to know the
7  background and what they provided to the company in order
8  to make them so wealthy?
9          MR. DANTE:  Objection.  Form.  Asked and
10     answered.  Also beyond the scope of the expert's
11     opinions.  He's testifying as to what he was
12     requested to opine on.
13         MR. LEOPOLD:  I'm not sure I heard what the
14     legal objection is, but it's okay.
15 BY MR. LEOPOLD:
16     Q.  Go ahead.
17     A.  My answer is no, I didn't find it important.
18     Q.  And especially in a business like this, the
19 manufacturing of drugs, the more land one has, the more
20 territory one has, the more ability to grow drugs;
21 correct?
22     A.  Yes.
23     Q.  Okay.  And there's a value to that, is there
24 not?
25     A.  Yes.

Page 168

1      Q.  Okay.  And if, hypothetically, I gave you land
2  and you were manufacturing drugs, and I gave you more
3  land and you were able to manufacture more drugs, that is
4  an asset or a revenue that you would not have had before;
5  correct?
6          MR. DANTE:  Objection.  Form.  Foundation.
7      Incomplete hypothetical.
8  BY MR. LEOPOLD:
9      Q.  Correct?
10     A.  Correct.  But --
11     Q.  Did you take that into any consideration of
12 what amount of land and/or help to get land that Chiquita
13 provided to the AUC in your expert analysis and/or
14 report?
15         MR. DANTE:  Ted, I think he was trying to
16     finish his answer to the last question.  He got out
17     "but" and then you asked your next question.  So if
18     you would let the witness answer your question before
19     you ask the next one, it would -- I would appreciate
20     that.
21         THE WITNESS:  In my report I did list a number
22     of territories, provinces, states, if you will, of
23     Colombia, that the AUC had expanded to, their
24     operations.  So I -- I would agree with you that it
25     is important for they to -- it was important for they

Page 169

1      to expand their territorial controls in order to
2      empower their drug-trafficking operations, which they
3      did.  They did, and...
4  BY MR. LEOPOLD:
5      Q.  Mr. Gaddis, my question to you is:  If you were
6  to assume that Chiquita helped them expand in that land,
7  you should have looked at that issue and done the
8  appropriate valuation to include what revenue, if you
9  will, Chiquita provided to AUC; correct?
10         MR. DANTE:  Objection.  Form.
11 BY MR. LEOPOLD:
12     Q.  And you didn't do that, did you?
13         MR. DANTE:  Objection.  Form.  No factual
14     predicate.  Incomplete hypothetical.
15         You can answer.
16         THE WITNESS:  I did not find it pertinent to
17     address that, although I did mention the State of
18     Atlantico around northwest Colombia as part of that
19     expanded area that the AUC had controlled, as well as
20     Magdalena and Córdoba.
21 BY MR. LEOPOLD:
22     Q.  As you sit here today, could you put a value
23 dollar on that land?
24     A.  No, no.  Nor did I focus on that.
25     Q.  Well, that would be an important piece of

Page 170

1  information to know if you were to assume that they got
2  that land with assistance of Chiquita; correct?
3          MR. DANTE:  Objection.  Form.  No factual
4      predicate.  Incomplete hypothetical.
5          You can answer.
6          THE WITNESS:  I -- I don't think it's important
7      at all.
8  BY MR. LEOPOLD:
9      Q.  Give me one second, Mr. Gaddis.
10     A.  Okay.
11     Q.  I'd like to turn your attention to paragraph 19
12  of your report, Exhibit No. 1, and draw your attention to
13  the last sentence.
14     A.  (Shakes head up and down.)
15     Q.  It says "In short, the AUC and its leaders were
16  first and foremost drug traffickers operating much like a
17  mega drug cartel in Colombia."
18          What's the basis for that statement?
19     A.  The evolution of how they prioritized drug
20  trafficking to sustain and empower the AUC's own
21  organization.  They needed those revenues to combat the
22  FARC, and then they found themselves more interested in
23  making that kind of money, $200 million a year, and tying
24  in other drug cartels such as the North Valley Cartel,
25  which further empowered it and opened up international

Page 171

1  markets such as in Mexico and Central America and the
2  U.S. and Europe.
3      Q.  How long did it take for them to become, using
4  your words, "first and foremost drug traffickers"?
5      A.  Almost immediately when they organized as the
6  AUC and they took out -- well, Pablo Escobar had died in
7  1992, so there -- there was some competition and
8  wrangling to take over the Medellín, that part of the
9  Medellín cartel.
10     Q.  Um-hum.
11     A.  And they were in -- at that time they were in
12  the perfect position, in terms of their contacts, in
13  terms of their geographic locations, to begin empowering
14  themselves through drug-trafficking revenue, and like I
15  said earlier, it did not take very long for they to do
16  that.
17     Q.  So if -- if I understand you correctly, that --
18  that is the genesis of the AUC was for purposes of drugs?
19     A.  It -- whether they intended to from day one or
20  not, that's certainly who they became to be.
21     Q.  I didn't ask you about that's what they
22  eventually became to be.
23          You used the word "first and foremost drug
24  traffickers," and my question to you is:  Is that your
25  understanding of the genesis of the AUC?  Is that why

Page 172

1  they were essentially created?
2      A.  They were created -- I don't know why they were
3  created.  I -- I'm not in the minds of the Castaño
4  brothers.  But they turned to drug trafficking
5  immediately to sustain and empower themselves.
6      Q.  So whether or not that was the reason for why
7  they got started, all you know is, based upon your
8  experience, they eventually became major drug kingpins,
9  if you will?
10          MR. DANTE:  Objection.  Form.  Asked and
11     answered and mischaracterizes his prior testimony.
12          You can answer.
13          THE WITNESS:  Certainly not eventually.  They
14     became almost immediately a major drug
15     drug-trafficking enterprise.
16  BY MR. LEOPOLD:
17     Q.  And when did that happen, when you say "almost
18  immediately"?  What's the time frame?
19          MR. DANTE:  Objection.  Form.  Asked and
20     answered.
21          THE WITNESS:  The mid 1990s.
22  BY MR. LEOPOLD:
23     Q.  And just refresh me what the basis of that last
24  answer is so I'm crystal clear.
25          MR. DANTE:  Objection.  Form.  Asked and

Page 173

1      answered multiple times.
2          THE WITNESS:  Collectively law enforcement
3      intelligence, including from foreign countries like
4      the Colombian National Police, including statements
5      that were made by arrested defendants, and
6      intelligence collected over the years during that
7      time period.
8  BY MR. LEOPOLD:
9      Q.  How long have you been out of the DEA work?
10     A.  Since March of 2011.
11     Q.  Would you -- and you gave your deposition in
12  2017, February, so almost two years ago almost?
13     A.  Yes.
14     Q.  About a month shy of two years ago; right?
15     A.  Yes.
16     Q.  And if I understand correctly, you haven't --
17  other than this report that you did as Exhibit 1 for the
18  ATS case, you haven't done anything else in the case
19  between that time and -- of your deposition and now;
20  correct?
21          MR. MURRAY:  Objection to form.
22          MR. DANTE:  Objection.  Form.
23  BY MR. LEOPOLD:
24     Q.  Other than preparing your report you haven't
25  done anything else; right?

Page 174

1          MR. MURRAY:  Objection to form.
2          MR. DANTE:  Objection.  Form.
3          THE WITNESS:  There was some -- in the ATS
4     case?
5     BY MR. LEOPOLD:
6          Q.  Yeah.
7          A.  Correct, yes.
8          MR. DANTE:  Objection.  Form.  It --
9          MR. LEOPOLD:  No, no, no.  You made the
10    objection.
11         MR. DANTE:  ATA or ATS are we talking about?
12         MR. LEOPOLD:  I said the ATS case.
13         MR. DANTE:  Okay.  I think --
14         MR. LEOPOLD:  Yeah, no, no.  He's got it.  You
15    don't have it.  He's got it.
16         MR. DANTE:  Well, you're the one --
17    BY MR. LEOPOLD:
18         Q.  Turn your deposition --
19         MR. DANTE:  -- who referred to the ATS case as
20    ATS case three times --
21         MR. LEOPOLD:  Yeah, I know, but that wasn't --
22         MR. DANTE:  -- during the course of the
23    deposition.
24         MR. LEOPOLD:  But I didn't make that mistake
25    now.  I knew the question I was asking.

Page 175

1          MR. DANTE:  Okay.
2          MR. LEOPOLD:  Okay.  I'm sorry I got the ATA
3     and the ATS mistaken earlier, but I think we're all
4     on the same page.
5     BY MR. LEOPOLD:
6          Q.  Right, Mr. Gaddis?
7          A.  Right on that question, yes.
8          Q.  Okay.  So, Mr. Gaddis, let me -- would you
9     agree with me maybe your memory was a little bit better
10    two years ago than it is today, closer in time when you
11    left DEA?
12         A.  On some issues it might be.  On others that are
13    more memorable they might not be.  But in general terms I
14    imagine you remember more --
15         Q.  Okay.
16         A.  -- in recent times than you would in longer
17    periods.
18         Q.  Fair enough.  Fair enough.
19         And would you also agree with me that the time
20    frames that you've been speaking about, about when AUC
21    was started and when they got involved in the drug
22    business and how quickly they got involved in the drug
23    business, is very important --
24         MR. DANTE:  Objection.  Form.
25

Page 176

1     BY MR. LEOPOLD:
2          Q.  -- to your testimony?
3          A.  I think it's significant, yes.
4          Q.  Yeah.  Okay.
5          So it's very important to be accurate, is it
6     not?
7          A.  Always.
8          Q.  Okay.  Do you -- let me also ask you:  Do you
9     have any understanding -- and either you do or you
10    don't -- why the lawyers never gave you your deposition,
11    prior to me handing it to you here today in the ATS case?
12         A.  (Indicating.)
13         Q.  You can answer.
14         A.  In the ATS?
15         Q.  -- yeah.  Just now, today, I handed you your
16    deposition from the ATA case --
17         A.  Okay.
18         Q.  -- here today; correct?
19         A.  Yes.
20         Q.  And my question is:  Do you know why the
21    lawyers never gave you your deposition that you gave in
22    the ATA case?
23         A.  No.
24         Q.  Okay.  Well, look what your testimony was back
25    two years ago.  I want you to turn to page 292.

Page 177

1          A.  Okay.
2          Q.  Just let me know when you're there.
3          A.  I'm there.
4          Q.  Actually, let's start at page 291, beginning at
5     line 14, we're going to read down.
6          "QUESTION:" -- if you don't follow me let me
7     know, Mr. Gaddis.
8          "QUESTION:  Are you able to state what
9     percentage of the drug business the Ochoas had while they
10    were operating in the late 1980s?
11         "ANSWER:  No.
12         "QUESTION:  Any other group you can think* --
13         I'm sorry, sir, I don't -- can you give me --
14         A.  Page 291.
15         Q.  291, okay.
16         A.  Line 14.
17         A.  Okay.  I'm with you now.
18         Q.  "Are you able to state what percentage of the
19    drug business the Ochoas had while they were operating in
20    the late 1980s?
21         "ANSWER:  No.
22         "Any other group you can think of that were
23    players in the drug trade in the late '80s, 1990s?
24         "ANSWER:  No.
25         "QUESTION:  Apart from the FARC; correct?

Page 178

1    "ANSWER:  Yes.
2    "QUESTION:  And we've discussed ELN was
3  involved in the drug trade, too, as well; is that
4  correct?
5    "ANSWER:  To a lesser degree, yes.
6    "QUESTION:  And AUC became involved at some
7  points; correct?
8    "ANSWER:  Yes.
9    "QUESTION:  When did AUC become involved?
10   "ANSWER:  The AUC became involved as many
11 landowners were threatened to a point where they could
12 not operate with the threat of the FARC, hired these
13 paramilitary bands to target the FARC, or to provide
14 protection against them from the FARC, and they became
15 more significant in trafficking drugs as well.
16   "QUESTION:  And do you recall what the time
17 period that happened?
18   "ANSWER:  That was in the late 1990s and 2000s.
19   "QUESTION:  When AUC became involved in the
20 drug trade in this period of the late 1990s into the
21 2000s, do you know what percentage of the business was
22 attributable to that organization?
23   "ANSWER:  No."
24      Now, that's different from what you testified
25 to here today in your deposition about when the AUC got

Page 179

1  involved in the drug business and when they got up and
2  running and were a prominent player.  You were telling us
3  in the middle 1990s, but in your testimony under oath two
4  years ago you gave testimony that was different, and you
5  said it was in the late '90s and early 2000s, did you
6  not?
7        MR. DANTE:  Objection to the form.
8        Go ahead.
9        THE WITNESS:  It's true that I did say in the
10       late 1990s and 2000s.  But understand that this
11       deposition was focusing on the FARC and not the AUC.
12       So when I said late 1990s to 2000s -- well, actually,
13       that wasn't the question.  And I said, yes.  I did
14       not give it specific thought as to, okay, are we
15       talking about 1996 with the AUC or are we talking
16       about 1997 with the AUC, because that was not the
17       focus of the questioning.  The focus of the
18       questioning was FARC being a drug-trafficking
19       organization, not the AUC.  So I stand by my --
20       I'm sorry?
21       THE VIDEOGRAPHER:  Go ahead and finish.
22       THE WITNESS:  I -- I stand by my current expert
23       report in the ATS case.
24 BY MR. LEOPOLD:
25    Q.  I'm going to ask you a follow-up question but

Page 180

1  we're going to change the tape real quick.
2     A.  Okay.
3        THE VIDEOGRAPHER:  Going off the --
4        MR. LEOPOLD:  But we're not going to take a
5  break until I finish with this series of questions.
6        THE VIDEOGRAPHER:  Going off the video record
7  at 2:50 p.m.
8        (A recess was taken from 2:50 to 2:53 p.m.)
9        THE VIDEOGRAPHER:  We're back on the video
10 record at 2:53 p.m.
11 BY MR. LEOPOLD:
12    Q.  Mr. Gaddis, with all due respect, that specific
13 question was asked you about two years ago in your
14 deposition when you were under oath, at page 292;
15 correct?
16    A.  Yes.
17    Q.  And at the time you gave your testimony under
18 oath you were focused on, I'm assuming, when you gave
19 your testimony in front of lawyers, were you not?
20       MR. DANTE:  Objection to the form of the
21 question.
22       THE WITNESS:  We were focused on questioning
23 surrounding the FARC, it was extremely late in the
24 deposition, and that word "no" was a mistake.  As far
25 as I can see I stand on Exhibit 1 of the ATS expert

Page 181

1  report.
2  BY MR. LEOPOLD:
3     Q.  Well, I'm not much focused on the word "no,"
4  I'm focused on your long answer that was given where you
5  talk about the AUC being involved in drugs in the late
6  1990s and early 2000s.  You gave that testimony under
7  oath two years ago at the ATA litigation, did you not?
8        MR. DANTE:  Objection to the form of the
9  question.
10       THE WITNESS:  I answered a question, yes.
11 BY MR. LEOPOLD:
12    Q.  And you answered it truthfully, did you not?
13    A.  I did.
14    Q.  Did the lawyers tell you to -- to give the
15 testimony here today that they got -- they, AUC, got
16 involved in the drugs in the middle 1990s?
17       MR. DANTE:  Objection to the form of the
18 question.
19       THE WITNESS:  I stand on -- my report stands on
20 my own experience.  No lawyers told me what to write.
21 This is what my recollection and my information is
22 about involving AUC.
23 BY MR. LEOPOLD:
24    Q.  When did your recollection change?
25       MR. DANTE:  Objection to the form.

Page 182

1      THE WITNESS:  I -- I can't tell you when the
2  recollection changed.  I can tell you that -- that
3  the ATA deposition with regard to that one answer
4  "no" was exceedingly abbreviated and incorrect.
5  BY MR. LEOPOLD:
6      Q.  Sir, you gave a completely different answer to
7  the time frame than you gave today.  When did that
8  recollection of that time frame change for the ATS case?
9  Was it by the lawyers or someone else?
10     MR. DANTE:  Objection to the form of the
11     question.  Asked and answered three times.  And
12     object to the characterization of completely
13     different testimony.
14     THE WITNESS:  I disagree that the time frames
15     changed, were entirely different.  They're not
16     entirely different.  1996, 1997 can be mid 1990s or
17     late 1990s.
18  BY MR. LEOPOLD:
19     Q.  Sir --
20     A.  It's vernacular.
21     Q.  Sir, your testimony at page 292 is late 1990s
22  into the early 2000s.  Is that your best recollection as
23  you sit here today?
24     A.  No, it was mid 1990s to the early 2000s.
25     Q.  And when did that recollection change between

Page 183

1  February 15, 2017, and today?
2      A.  It didn't, Mr. Leopold.  It's just an
3  expression that was being used at that time.  Like I
4  said, late 1990s could have been 1997.  So it was an
5  expression used at that time.
6      MR. LEOPOLD:  And now we'll take a five-minute
7      break.
8      THE VIDEOGRAPHER:  We're off the video record
9      at 2:57 p.m.
10     (A brief recess was taken from 2:57 p.m. to
11  3:15 p.m.)
12     THE VIDEOGRAPHER:  And we're back on the video
13     record at 3:15 p.m.
14  BY MR. LEOPOLD:
15     Q.  Mr. Gaddis, I want to direct your attention to
16  page 13 of your report, Exhibit No. 1 of the ATS report.
17     A.  Okay.
18     Q.  Paragraph 30.  You write in paragraph 30
19  "Professor Kaplan opines that Chiquita, quote,
20  facilitated shipments of profitable illegal drugs,
21  unquote, for the AUC and concludes that Chiquita provided
22  an estimated 33 million in, quote, in-kind support,
23  unquote, to the paramilitaries by facilitating cocaine
24  shipments.  See page 35 through 38."
25     A.  Um-hum.

Page 184

1      Q.  "Professor Kaplan's report provides no support
2  for such opinions."
3      Did I read that correctly?
4      A.  Yes.
5      Q.  Okay.  And what's the basis for you saying that
6  he provided no support for those opinions?
7      A.  Well, there's no evidence that this occurred.
8  I've not seen any evidence that it occurred.  I just read
9  that quote.
10     Q.  Well, why don't you turn to Exhibit No. 5 --
11     A.  Okay.
12     Q.  -- and let's go to see what Mr. Kaplan states
13  at page 35.
14     A.  All right.
15     Q.  Okay.  Do you see where he writes, it's the
16  second -- I guess it's the first full paragraph on
17  page 35?
18     A.  Yes.
19     Q.  It says "Chiquita has acknowledged that it also
20  facilitated shipments of profitable illegal drugs," and
21  there's a Footnote 141, "from the Turbo port facilities
22  of Nueva Colonia and Zungo" -- sorry I'm mispronouncing
23  that, Z-U-N-G-O, "where it was the principal operator.
24  According to intelligence analysis by the Colombian
25  attorney general's office, Jorge 40's captured computer

Page 185

1  file also indicate that cocaine was trafficked to Europe
2  via Chiquita's ships known as the, quote, Great White
3  Fleet, unquote.  Seven of its vessels have been involved
4  in such shipments of over 1.5 tons of cocaine valued at
5  over 33 million and even greater street value.  This
6  included the two boats of Chiquita Bremen," B-R-E-M-E-N,
7  "and Chiquita Belgie," B-E-L-G-I-E, "upon which the
8  cocaine was either attached to their hulls to avoid
9  security measures or camouflaged among the bananas."
10     Now, before you wrote in your expert report for
11  this case, the ATS case marked as Exhibit 1, did you read
12  the footnote documents that are referred to by Oliver
13  Kaplan?
14     A.  Footnote 141?
15     Q.  Yes, sir.
16     A.  I don't believe I did read that footnote.
17     Q.  Did you read Footnote 142?
18     A.  I do not believe I did.
19     Q.  Did you read Footnote 143?
20     A.  No.
21     Q.  Absent reading --
22     MR. DANTE:  Just so the record is clear are you
23     saying did he read the footnote or did he read the
24     documents cited in the footnote?
25     MR. LEOPOLD:  I'm sorry, you're correct.

Page 186

1           MR. DANTE:  Yeah.
2   BY MR. LEOPOLD:
3       Q.   Did you read the documents that are referenced
4   in the footnotes?
5       A.   Yes, I did.  It's those footnotes that I
6   didn't -- I don't recall reading.
7       Q.   Okay.  Did you read the documents that are
8   related to the footnotes or that are the footnotes?
9       A.   I read the document.
10      Q.   Okay.
11      A.   The lines that you read, I read that.
12      Q.   Yes, sir.
13      A.   I did not read the footnotes, nor any documents
14  referred to in those footnotes.
15      Q.   All right.  So you didn't read the footnotes
16  that are -- that are referred to in the body of the
17  document; correct?
18      A.   (No response.)
19      Q.   In other words, you didn't read the footnotes
20  that are referred to in this body of the document?
21      A.   Correct.
22      Q.   And you never went to the actual documents that
23  are cited in the -- in the content of the document;
24  correct?
25      A.   That's right.

Page 187

1       Q.   Why?
2       A.   Because I simply read through the report and
3   did not read the footnotes.
4       Q.   Did you --
5       A.   There was no intention to not read the
6   footnotes.  I just didn't happen to do it.
7       Q.   Well, did you request the lawyers to send you
8   those documents?
9       A.   No.
10      Q.   There was no one -- did anyone prohibit you
11  from looking at the documents?
12      A.   No, and I didn't feel that they were pertinent
13  to review.
14      Q.   Well, when you stated in your report at
15  page 13, in Exhibit 1, where you say that Professor
16  Kaplan's report provides no support for such opinions,
17  why did you say that without first reading the actual
18  documents referenced in Footnote 141, 142, 143, 144, and
19  145?
20      A.   I didn't -- I didn't know of these opinions or
21  these -- these footnotes.
22      Q.   Well, how could you not know?  It's right on
23  the piece of page?
24      A.   I didn't read them.  I read the report, but I
25  didn't read the footnotes.  I think I'm clear on that.

Page 188

1       Q.   Why did you ignore it?  You wanted to be
2   fully --
3       A.   There's no reason to explain why did I ignore
4   it.  I didn't ignore it intentionally.  I simply read the
5   report and failed to read those footnotes.
6       Q.   Well, what other footnotes -- did you read any
7   of the footnotes in Professor Kaplan's report?
8       A.   I did.
9       Q.   Which ones?
10      A.   I can't recall which ones.
11      Q.   Where did you get them from?
12      A.   From the report.
13      Q.   Well, I mean, you told us you didn't do any of
14  your own research other than going to Google on a couple
15  of occasions.  So where would you have gone to look at
16  the periodicals that are referenced in the footnotes?
17      A.   What I'm referring to is reading the footnote
18  itself --
19      Q.   Well --
20      A.   -- on these pages of the report.  I did not go
21  and research any of documents -- of the documents
22  reflected in those footnotes.
23      Q.   Okay.
24      A.   From this report, Exhibit 5, I did not do that.
25      Q.   So if there was no content in the footnote, you

Page 189

1   never went to the actual periodical referenced to read
2   the periodicals that are noted; is that a true statement?
3       A.   Yes.
4       Q.   So, now, making you aware that you either
5   missed, ignored, or something else related to the
6   footnotes that are referenced at page 35, you would need
7   to correct your report, would you not?
8           MR. DANTE:  Objection to the form.
9           THE WITNESS:  No, I would not.
10  BY MR. LEOPOLD:
11      Q.   Well, how do you know that if you haven't
12  looked at and/or read these documents that are noted in
13  the footnote to determine whether or not they support
14  what is in his report?
15      A.   Because based on other documents that I had
16  read, to include the SLC document of the internal actions
17  that were taken by employees of Banadex, it was clear
18  that in one case an employee was simply being protected
19  from drug traffickers that were affiliated to the AUC, if
20  not the AUC themselves, that had placed drugs on a ship.
21  And that was the ship that was interdicted and searched
22  in Belgium, in Europe.  And Belgium authorities had
23  reported on that.
24          So there are cases where drugs are concealed in
25  shipments, but that doesn't necessarily mean that the

Page 190

1  owners of those ships are aware of that.
2      Q.  Well, did you investigate to know and/or
3  determine if that was, in fact, the case with these
4  incidents that are noted here?
5      A.  No --
6          MR. DANTE:  Objection.  Form.
7          THE WITNESS:  -- because I didn't read those
8      footnotes.
9  BY MR. LEOPOLD:
10     Q.  So you have no -- you have no personal
11 knowledge one way or another whether that's true or not,
12 do you?
13         MR. DANTE:  Objection to the form.
14         THE WITNESS:  I do not.
15 BY MR. LEOPOLD:
16     Q.  If you need to take a moment and look at the
17 report from Professor Kaplan, do you want to cite and/or
18 tell us what other pieces of information in -- contained
19 in the report, either in the body or footnotes, you
20 missed and/or ignored?
21     A.  No, I do not.
22     Q.  What about in any of the other expert reports
23 that you reviewed, do you want to look at those and
24 identify which pieces of information you either ignored
25 or skipped over?

Page 191

1      A.  No, I do not feel that that's necessary.
2      Q.  Did you ever read the -- excuse me.
3          Did you ever read and/or was provided the, I
4  guess, agreement that Chiquita entered with the United
5  States government?
6      A.  No.
7      Q.  Are you aware that they've done that?
8      A.  I'm aware that the case settled.  You're
9  talking about the DOJ, the Department of Justice case?
10     Q.  The prosecution --
11     A.  I'm aware that that happened, yes, but I'm not
12 aware of the specifics.
13     Q.  So you have never read that document?
14     A.  No.
15     Q.  It's -- the lawyers never provided it to you?
16     A.  Not that I recall.
17     Q.  Is there a reason why you never asked to look
18 at it?
19     A.  No, there's no reason.
20     Q.  I have no further questions.  I appreciate your
21 time, Mr. Gaddis.
22     A.  Thank you.
23         MR. DANTE:  Off the record for a minute.
24         THE VIDEOGRAPHER:  Going off the video record
25     at 3:26 p.m.

Page 192

1          (A brief recess was taken from 3:26 p.m. to
2  3:31 p.m.)
3          THE VIDEOGRAPHER:  And we're back on the video
4      record at 3:31 p.m.
5              CROSS-EXAMINATION
6  BY MR. DANTE:
7      Q.  Mr. Gaddis, do you recall being asked some
8  questions about when the AUC was founded?
9      A.  Yes.
10     Q.  And sitting here now, do you recall when the
11 AUC was actually founded?
12     A.  Yes.  I've -- I've referred to it as the mid
13 1990s, late 1990s, but 1997 is the focal year of the AUC
14 being founded.
15     Q.  Okay.  And do you recall who a few of the
16 founding members of the AUC were?
17     A.  The two elder Castaño brothers, Felipe and
18 Vicente Castaño.
19     Q.  Fidel Castaño?
20     A.  I'm sorry, Fidel, Fidel and -- and Vicente.
21         They partnered with Don Berna, Diego Murillo,
22 who I had made reference to earlier in the deposition as
23 being one of the primary Medellín-based drug traffickers.
24 And he was actually, Don Berna, he was actually one of
25 many of the Pepes who pursued Pablo Escobar, which led

Page 193

1  to -- to his killing.
2      Q.  So prior to the formation of the AUC was Don
3  Berna a drug trafficker?
4      A.  Yes, he was.  He was a very powerful drug
5  trafficker.
6      Q.  Was he a major drug kingpin in the eyes of the
7  DEA?
8      A.  Yes.
9      Q.  And prior to the formation of the AUC in 1997,
10 was Vicente Castaño -- Castaño a major drug kingpin?
11     A.  And Fidel, yes, they were.  And Fidel,
12 obviously, was killed prior.  And then both Vicente and
13 the younger brother Carlos became DEA targets as drug
14 traffickers.
15     Q.  And Fidel was killed prior to the formation of
16 the AUC --
17     A.  Yes.
18     Q.  -- correct?
19     A.  Yes.
20     Q.  And was Fidel one of the founders of the AUCC
21 [sic]?
22     A.  Yes.  And these guys were already in a very
23 predominant drug supply and drug manufacturing area of
24 Antioquia where Medellín is located.  They were in the
25 drug-trafficking business.

Page 194

1    Q.   And can you explain that a little bit more,
2 what was their involvement in the drug-trafficking
3 business?
4    A.   Protecting, manufacturing in laboratories,
5 taxing manufacturing, receiving cocaine in payment, and
6 distributing that cocaine, selling it to other
7 traffickers.
8    Q.   Did they have access to chemists?
9    A.   Yes, yes, they did.  They would recruit
10 chemists from other drug-trafficking organizations.
11        Chemists, like pilots or -- or captains, you
12 know, boat captains, things like that, they -- they have
13 a particular knowledge in terms of how to manufacture
14 cocaine and they were sought after.  So they would go and
15 recruit renegade chemists from a variety of different
16 organizations that would help them manufacture the purest
17 quality cocaine in their own labs.
18    Q.   And this is all prior to the formation of the
19 AUC?
20    A.   This was.  This was leading --
21        MR. LEOPOLD:  Objection to the form of the
22 question.
23        THE WITNESS:  -- up to the formation.
24        MR. DANTE:  I'll rephrase that.
25

Page 195

1 BY MR. DANTE:
2    Q.   Was this prior to the formation of the AUC?
3    A.   Yes.
4        MR. LEOPOLD:  Objection to the form.
5        Just so you know, "there was," I'm not sure
6    it's clear what you're referring to, individuals,
7    AUC, or something else.
8        MR. DANTE:  Thank you for the objection.
9 BY MR. DANTE:
10    Q.   Mr. Gaddis, what years, in your expert opinion,
11 are you opining that the AUC had annual revenues of at
12 least $200 million?  For what years are you -- is your
13 opinion based on?
14    A.   In my report it reflects from 1997 to 2004.
15    Q.   And 1997, you said, was the year that the AUC
16 was formed; correct?
17    A.   Correct.
18    Q.   And in your expert opinion, beginning in at
19 least in 1997 and ending in 2004, it's your expert
20 opinion the AUC had at least $200 million of annual
21 revenue from the drug trafficking; is that correct?
22    A.   Yes.
23    Q.   And what is that opinion based on?
24    A.   That opinion, as reflected also in my report,
25 is from a combination of intelligence and law enforcement

Page 196

1 information, derived not only from U.S. interagency
2 resources, but the Colombian police, as well as public
3 information, and general intelligence reports.  And,
4 quite frankly, statements by the defendant informants
5 themselves in some cases belonging to the AUC.
6    Q.   Is that opinion also based on public sources of
7 information?
8    A.   Yes, it is.
9    Q.   And are those public sources of information
10 referenced in your expert report?
11    A.   Yes.
12    Q.   Thank you, Mr. Gaddis.  I have no further
13 questions.
14        MR. DANTE:  Do you have any questions?
15        MR. MURRAY:  Oh, I don't.  I'm sorry.
16            REDIRECT EXAMINATION
17 BY MR. LEOPOLD:
18    Q.   Just a couple of follow-up questions,
19 Mr. Gaddis.  You said that the 200 million was based upon
20 two things if I understood: your sources of information
21 that are part of your report; correct?
22    A.   In part, yes.
23    Q.   And -- and what's the other part, based on
24 what?
25    A.   Well, in paragraph 5 of my report I say I

Page 197

1 relied on my extensive experience in the
2 counter-narcotics field, inter and intra-agency
3 information assessed during my years in the DEA, and
4 public sources of information regarding the AUC that are
5 similar to or consistent with what I reviewed as part of
6 my responsibilities as -- as with DEA.  The public
7 sources I consulted in preparing this report are listed
8 in Exhibit B.
9    Q.   Okay.  So I want to go to Exhibit B if you
10 could, which is Exhibit 1 to your deposition.
11        THE VIDEOGRAPHER:  Your microphone.
12        MR. LEOPOLD:  I'm sorry.
13 BY MR. LEOPOLD:
14    Q.   And for that particular answer, going down the
15 list, identify for me with specificity which ones of
16 these documents supports that position.
17    A.   Well, I'll look through the report and it will
18 clearly state the answer.
19        Okay.  We start with the first footnote which
20 says --
21    Q.   What page are you at?
22    A.   I'm on page 3, paragraph 3, the third line down
23 from the top, that sentence begins "As a senior agent."
24        "As a senior DEA official, living and working
25 in Colombia from 2003 through 2006, I also discussed

Page 198

1 joint counter-narcotics strategies regarding the AUC with
2 high-ranking Colombian government officials and had
3 responsibility over AUC-related investigations and
4 joint-targeting initiatives with the Colombian
5 government.  Such investigations that I was involved in
6 led to the indictment of several senior AUC leaders in
7 U.S. court for drug-trafficking offenses." And that's in
8 U.S. versus Carlos Castaño Gil.
9           And Carlos Castaño himself had admitted to the
10 AUC generating 70 percent of their revenue from drug
11 trafficking.  And I know how many kilos, from our
12 investigation, it took 15 to 20 metric tons per month and
13 the cost of each kilo.  So that's how I was able to come
14 up.
15      Q.   That's not really the question I asked you, but
16 since you've raised that issue, he testified in September
17 of 2002 to that?  When did he testify?
18      A.   It says September of 2002.
19      Q.   Well, that -- that -- is that his testimony or
20 when the case was opened?
21      A.   Well, the case was opened way before.
22 That's --
23      Q.   Okay.
24      A.   That's when he made his statement.
25      Q.   So in September.  And did he give for what time

Page 199

1 period that was --
2      A.   Not that I'm aware of.
3      Q.   -- his testimony?
4      A.   I can't recall.
5      Q.   Okay.  Now, let's go back to the question I
6 asked you.
7           I just want to know, on Exhibit B, the
8 documents that you attached to your expert report, that
9 supports your opinion that you gave, that the sources of
10 information gave you the average of $200 million a year.
11 So please go to Exhibit B, that's the best way for you to
12 do it, and I want you to tell me which one of these
13 periodicals, papers, newspaper articles, whatever they
14 may be, supports that position.  You wrote the report and
15 you attached these documents so you must know.
16      A.   Well, can I tell you that the majority of those
17 documents lead to a piece of information which allows me
18 to come to that conclusion.
19      Q.   Mr. Gaddis, can you, as you sit here today,
20 identify for me those documents, yes or no?
21      A.   Well, I just did on the first document.
22      Q.   No, sir, you gave me testimony from a trial.  I
23 want to know --
24      A.   And that -- that is information that I used to
25 come up with this -- form.

Page 200

1           You're asking me to take a document that says
2 where does it say $200 million a year from 1997 to 2004,
3 and that doesn't exist.  But what does exist is by my
4 reviewing these documents and having my personal
5 experience and knowledge and pulling all that together,
6 I'm able to know that it was an average of $200 million a
7 year.
8      Q.   Okay.  And all I'm asking is, by reviewing
9 these documents can you identify for me which documents
10 help you lay the foundation for that opinion?
11      A.   I can go by through there one after one.  Let's
12 see.
13           Well, again, the sixth, No. 6, which is the
14 Peace Process in Colombia with the AUC, Woodrow Wilson
15 Center Report on the Americas No. 13, edited by Cindy J.
16 Arnson, A-R-N-S-O-N, 2004.
17           It says "Several, if not the majority, of the
18 paramilitary leaders were first and foremost major drug
19 traffickers."  And I know from my experiences in my
20 investigations, as we had just discussed, I had answered
21 questions from Mr. Dante that they were already drug
22 traffickers and I know that those amounts, on average, is
23 how much that they were actually trafficking.  So this,
24 in part, is a piece of information that allows me to come
25 up with those numbers.

Page 201

1      Q.   Okay.  Just by --
2      A.   If you're asking me where is, in any of these
3 documents in Exhibit B, that say it's $200 million a
4 year, I -- I'm able to provide that to you verbatim.
5      Q.   So it's not -- it's not -- it's not enumerated
6 in the articles that way, is what you're saying?
7      A.   Correct.
8           MR. DANTE:  Objection.  Form.  Mischaracterizes
9      his prior testimony, too, and misstates the document.
10 BY MR. LEOPOLD:
11      Q.   Is it enumerated in those documents that are
12 set forth in Exhibit B that way with specific amounts?
13           MR. DANTE:  Take your time and look through the
14      document.
15           THE WITNESS:  Okay.  I would refer you to the
16      Footnote No. 17 in paragraph 22 titled International
17      Crisis Group Latin America Report No. 11.
18 BY MR. LEOPOLD:
19      Q.   Footnote?
20      A.   17.
21      Q.   17, page 10?
22      A.   Correct.
23      Q.   International Crisis Latin America?
24      A.   Yes.
25      Q.   Okay.  And you would cite me that for?

Page 202

1      A.   And the -- the footnote is attached to the
2   statement "In 2003 official Colombian government data put
3   the AUC's annual income at approximately $287 million."
4      Q.   All right.  We reviewed that a little bit
5   earlier.
6      A.   We did, we did.
7      Q.   And that's fine.
8           Any other documents?  I just want to know --
9   you've given me two out of this list.  Is there any more
10  that you would rely on for numbers?
11     A.   As we -- as I reviewed through this report,
12  that's where I would -- I would say those two.
13     Q.   That's all?
14     A.   That's what I can give you right now, yes.
15     Q.   Okay.  Now, in fact, we marked that earlier and
16  you cited those numbers from that document which we've
17  marked as Exhibit 4.  Do you have Exhibit 4 in front of
18  you?  Could you go to that, please?
19     A.   Page 19?
20     Q.   Yes.
21     A.   Okay.  Got it.
22     Q.   Okay.  Now, were you -- were you -- okay.
23          And you got that information from Section E,
24  FARC and AUC drug income; correct?  Right in that first
25  paragraph.

Page 203

1      A.   I believe so, yes.
2      Q.   You took it almost verbatim, did you not?
3      A.   Yes.
4      Q.   All right.  Now, did you read the entire
5   section?
6      A.   Yes, I read all of my materials.
7      Q.   Okay.  Did you -- could you tell us why you did
8   not include the section, or the paragraph to the right
9   side of the page that begins with "such," which is three
10  down on that page?  And I'll read it to you and I'm
11  quoting from the article, page 19, right-hand side, third
12  paragraph now.
13          Quote, such production figures do not take into
14  account government seizures of coca base or opium latex,
15  27 tons and two kilograms respectively in 2003, or of
16  cocaine and heroin in 2003, 113 metric tons and 620
17  kilograms respectively, plus 78 kilograms of morphine.
18  They also do not take into account seizures in the United
19  States and Europe.  Therefore, even when it comes to
20  drugs ready for export, estimates of FARC and AUC
21  drugs-related income appear highly overstated.  Crisis
22  Group was told that a more accurate figure would be
23  maximum of $100 million a year."
24          Now, why didn't you include that in your
25  report?

Page 204

1      A.   It simply does not match the other information
2   I have based on my experiences and access and exposure to
3   intelligence reporting.
4      Q.   And that other experience is nothing tangible
5   or a document that we could put our hands on in this
6   case; is that a true statement?
7           MR. DANTE:  Objection.  Form.
8           THE WITNESS:  Beyond my testimony in deposition
9      and my expert report, I would agree with that.
10  BY MR. LEOPOLD:
11     Q.   And assuming hypothetically that what number I
12  just gave you is correct, the $100 million, what would
13  that do to the percentages?  Instead of 70-30, what would
14  it be?
15          MR. DANTE:  Objection.  Form.
16          THE WITNESS:  That's -- that's not the case.
17     It's -- based on all the information that I have, I
18     know that it's -- it's, at a minimum, double that.
19  BY MR. LEOPOLD:
20     Q.   Mr. Gaddis, I can't force you to answer my
21  questions.  We'll have to come back or have to ask the
22  court to do it, or at trial we'll have to ask Judge Marra
23  to help.  But I'm entitled to ask you hypothetical
24  questions.  And in my hypothetical, which is actual hard
25  data, at least from one of the periodicals that you are

Page 205

1   relying upon for your expert opinions in this case, it
2   goes on and states that the real data indicates
3   $100 million.  I'm not asking you to agree with it,
4   disagree with it, use it as toilet paper, it's up to you.
5           My only question is:  If you were to assume
6   that to be true, which I'm entitled to ask you, what does
7   that do to your percentage?
8           MR. DANTE:  Objection to the form of the
9      question.  Incomplete hypothetical.  Mischaracterizes
10     the documents, and Mr. Leopold appears to be
11     testifying here.
12          THE WITNESS:  It appears to me that that
13     paragraph that you read, in and of itself, is a
14     hypothetical.  So you're asking me a question based
15     on a hypothetical on top of a hypothetical.  If
16     that's what you want me to do --
17  BY MR. LEOPOLD:
18     Q.   Yes, sir.  I just want to know what that would
19  do to your percentages.
20     A.   Well, if you change any number, it's going to
21  make a difference, I suppose.
22     Q.   That's what I'm asking you.  If it's 100
23  million instead of 220 or 50 million that you gave, what
24  does it do to the percentage?
25     A.   It's not my position to make that -- that

Page 206

1  decision on. My information tells me it's 200 and I
2  stand on the report. It's -- I'm not an expert in
3  economics. So I couldn't even begin to tell you how that
4  would change the numbers. I wish I -- I was able to do
5  that, but I --
6      Q.  Well, I think it's elementary math but you
7  can't give me the answer to that; is that a true
8  statement?
9          MR. DANTE: Objection. Form.
10         THE WITNESS: I don't feel like I can give you
11     that answer, no.
12 BY MR. LEOPOLD:
13     Q.  Okay. Now, you were asked some questions about
14 the dollar average for the drug revenue for the AUC
15 between 1997 and 2004 from counsel in his examination.
16 Do you recall that?
17     A.  Yes.
18     Q.  Okay. And, now, correct me if I'm wrong, but
19 in order to get an average you have to take the
20 aggregate, the gross amount, and essentially average it
21 per year in order to get a per year number; correct?
22     A.  Yes, technically you would.
23     Q.  Okay. So you have an average of $200 million a
24 year for '97 and '98 through 2004; correct?
25     A.  Yes.

Page 207

1      Q.  But, as you testified, if the AUC did not get
2  started until 1997 as you stated, it would be a true
3  statement, would it not, that for that first year it
4  couldn't have been 200 million of revenue in the drug
5  practice; correct?
6      A.  It could have been very close to that figure.
7  These were already drug traffickers in their own right,
8  very successful and capable drug traffickers beginning
9  with Don Berna when he was trying to search and kill
10 Pablo Escobar. So when the Castaño brothers formed their
11 association to Don Berna and -- as they were already
12 trafficking in drugs, they were making hundreds of
13 millions of dollars already. So -- so I believe it could
14 have been possible as early as 1997 that they were making
15 200 million a year.
16     Q.  Do you know for sure, as you sit here today, if
17 that's what would have been the amount of money they
18 would have made in the first year?
19     A.  Yes. I'm opining that is the first year
20 that I am aware that they were making that kind of money.
21 They were generating up to $200 million a year. Frankly,
22 that's a conservative figure. It could have been much
23 more.
24     Q.  So you are testifying here today under oath
25 that you know for a fact that it was $200 million a year

Page 208

1  in 1997?
2          MR. DANTE: Objection.
3          THE WITNESS: That's my estimate.
4          MR. DANTE: Objection. Form. It
5      mischaracterizes the witness's testimony. He said at
6      least 200.
7  BY MR. LEOPOLD:
8      Q.  Okay. So it's your testimony that you believe
9  that the AUC was generating drug revenues of at least --
10 at least $200 million a year; is that correct?
11     A.  I believe -- no. What I'm saying is I believe
12 the average between 1997 and 2004 was $200 million a
13 year. There may have been some years it was more, there
14 may have been some years it was slightly less, but
15 conservatively my estimate is conservatively around at
16 least, on average, 200 million a year. And they were
17 able to do that because of a variety of influences. One,
18 they were already trafficking in drugs and experienced in
19 doing so; two, they had geographic advantage of being in
20 Antioquia; and three, they had those contacts to
21 distribute.
22     Q.  And that's based upon your -- all of those
23 three opinions or reasons or bases is based upon your own
24 experience of working in the -- in the area; is that
25 correct?

Page 209

1          MR. DANTE: Objection. Form.
2      You can answer.
3          THE WITNESS: In part. And together with that
4      the sources that I had cited in Attachment B and
5      public information.
6  BY MR. LEOPOLD:
7      Q.  The two sources?
8      A.  Yes, sir.
9      Q.  And the public information --
10     A.  And -- no, no. All of the sources that are in
11 there.
12     Q.  Okay.
13     A.  Yeah, in some part or another, yes.
14     Q.  Okay. That's the public information that
15 you're referring to?
16     A.  Yes.
17     Q.  That's marked as Exhibit B?
18     A.  Yes.
19         MR. MURRAY: You want to take two minutes while
20     you figure it out?
21         MR. LEOPOLD: Thank you, Mr. Gaddis.
22         THE WITNESS: Okay. Thank you.
23         MR. LEOPOLD: I don't have any further
24     questions.
25         THE WITNESS: Thank you.

Page 210

```
 1          THE VIDEOGRAPHER:  Going off the video record
 2     at 4:00.
 3          MR. DANTE:  Anyone on the phone have questions?
 4          MR. BLALACK:  Not here.
 5          MS. EISNER:  Not here.
 6          MS. SKINNER:  Not here.
 7          MR. DANTE:  Thanks, everyone.
 8          THE COURT REPORTER:  Mr. Leopold, are you
 9     ordering at this point?
10          MR. LEOPOLD:  Yes, ma'am.
11          THE COURT REPORTER:  Do you wish a copy?
12          MR. DANTE:  Yes.
13          THE COURT REPORTER:  Mr. Murray, do you need a
14     copy?
15          MR. MURRAY:  Not right now thank you.
16          MR. DANTE:  I don't think we said it at the
17     beginning, but the witness is going to reserve
18     reading and signing.  Thank you.
19                         *****
20          (The deposition was concluded at 3:59 p.m.)
21          (Reading and signing of the deposition was not
22     waived by the witness and all parties.)
23
24
25
```

Page 211

```
 1                    CERTIFICATE OF OATH
 2
 3
 4     THE STATE OF FLORIDA,
 5     COUNTY OF PALM BEACH.
 6
 7
 8
 9          I, Robin L. Merker, Registered Professional
10     Reporter, Florida Professional Reporter, Notary Public,
11     State of Florida, certify that DAVID GADDIS personally
12     appeared before me on the 17th of January, 2019 and was
13     duly sworn.
14
15          Signed this 27th day of January, 2019.
16
17
18
19
20     _____
       Robin L. Merker, RPR, FPR
21     Notary Public, State of Florida
       Commission No.:  #FF 962376
22     Commission Expires:  April 20, 2020
23
24
25
```

Page 212

```
 1                   CERTIFICATE OF REPORTER
 2
 3     THE STATE OF FLORIDA,
 4     COUNTY OF PALM BEACH.
 5
 6          I, Robin L. Merker, Registered Professional
 7     Reporter, Florida Professional Reporter, certify that I
 8     was authorized to and did stenographically report the
 9     deposition of DAVID GADDIS; pages 1 through 210; that a
10     review of the transcript was requested; and that the
11     transcript is a true record of my stenographic notes.
12          I further certify that I am not a relative,
13     employee, attorney, or counsel of any of the parties, nor
14     am I a relative or employee of any of the parties'
15     attorneys or counsel connected with the action, nor am I
16     financially interested in the action.
17
18          Dated this 27th day of January, 2019.
19
20     _____
       Robin L. Merker, RPR, FPR
21     Registered Professional Reporter
       Florida Professional Reporter
22
23
24
25
```

Page 213

```
 1             WITNESS NOTIFICATION LETTER
 2
       January 27, 2019
 3
 4     DAVID GADDIS
       C/O  FRANK A. DANTE, ESQUIRE
 5          BLANK, ROME, LLP
            130 North 18th Street
 6          Philadelphia, Pennsylvania 19103
 7     IN RE:  DOE vs. CHIQUITA
 8          Deposition, taken on January 17, 2019
            U.S. Legal Support Job No. 1859010
 9
10
       The transcript of the above-referenced proceeding has
11     been prepared and is being provided to your office for
       review by the witness.
12
13     Any corrections you wish to make to the transcript should
       be made on the errata sheet.  Please do not write on the
14     transcript itself.
15
       We respectfully request that the witness complete their
16     review within 30 days, and return the errata sheet to our
       office.
17
18     Sincerely,
19
20     Robin L. Merker, RPR, FPR
       U.S. Legal Support, Inc.
21     444 West Railroad Avenue, Suite 300
       West Palm Beach, Florida  33401
22     561.835.0220
23     CC via transcript:
       THEODORE J. LEOPOLD, ESQUIRE
24     FRANK A. DANTE, ESQUIRE
25
```

```
                                                   Page  214
 1                    ERRATA SHEET
 2    DO NOT WRITE ON THE TRANSCRIPT-ENTER CHANGES ON THIS PAGE
 3              IN RE:  DOE vs. CHIQUITA
                     DAVID GADDIS
 4                    01/17/2019
                    JOB#  1859010
 5
      Page No.   Line No.    Change              Reason
 6    _____
 7    _____
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21
22    Under penalties of perjury, I declare that I have read the
      foregoing document and that the facts stated in it are
23    true.
24    _____          _____
      Date                      DAVID GADDIS
25
```

**Exhibits**

EX 0001 David
Gaddis PLTF 01
1719   16:8
17:16 19:17
21:1 22:15,24
32:14,17
34:20 37:11,
22,25 38:6,
20,21 41:1,19
48:19 49:13
55:22 56:8
86:2 87:9
170:12 173:17
180:25 183:16
185:11 187:15
197:10
EX 0002 David
Gaddis PLTF 01
1719   27:19,22
28:21 29:8,9
30:9 32:15
33:4,19,25
37:5 38:7
EX 0003 David
Gaddis PLTF 01
1719   42:7,10,
11,14 44:6
EX 0004 David
Gaddis PLTF 01
1719   125:13,
16 202:17
EX 0005 David
Gaddis PLTF 01
1719   125:7
165:20 184:10
188:24

**$**

$1,500   108:8
125:1
$1.7   149:21,
24
$100   203:23
204:12 205:3

$20,000   36:16
$200   50:9,10
120:14 124:24
134:19 142:2,
10 143:4
152:12 170:23
195:12,20
199:10 200:2,
6 201:3
206:23
207:21,25
208:10,12
$287   202:3
$350   50:23
$650   35:23

**0**

08-md-1916-
marra   5:11

**1**

1   16:3,8
17:16 19:17
21:1 22:15,24
32:14,17
34:20 37:11,
22,25 38:6,21
41:1,19 48:19
49:13 50:2
55:22 56:8
86:2 87:9
154:10 170:12
173:17 180:25
183:16 185:11
187:15 197:10
1,200   108:9
1,500   108:9
1,800   108:9
1.5   185:4
1/27/05
125:13
1/30/17   27:19
10   201:21
100   205:22

10:44   43:24,
25
10:54   44:1,3
11   122:10
201:17
113   203:16
11:29   66:15,
16
11:30   66:17,
19
121   27:25
12:36   115:17,
18
13   183:16
187:15 200:15
14   177:5,16
141   184:21
185:14 187:18
142   185:17
187:18
143   185:19
187:18
144   187:18
145   187:19
15   42:25
44:10,18 45:4
46:2,8 52:24
108:5 124:24
134:13 143:15
162:24 183:1
198:12
17   50:9 122:9
125:17
201:16,20,21
17th   5:6
19   67:3
125:23 141:1
170:11 202:19
203:11
1980s   58:5,12
139:18,20
140:2 177:10,
20
1985   57:21
1986   11:9
56:14,18
57:17,18

1990   126:13
139:13
1990s   13:1,3
24:22 61:9
70:18 72:13
87:22 124:2
138:5,12,21
139:7,11
140:3,18
141:1,3,4,6,
11,18,22
143:8 172:21
177:23
178:18,20
179:3,10,12
181:6,16
182:16,17,21,
24 183:4
192:13
1991   62:10,18
63:15 140:6
1992   60:7
63:22 67:3,22
171:7
1993   62:9
1994   141:12
1995   67:4,22
68:6 73:9,24
124:9
1996   124:9
179:15 182:16
1997   124:10,
23 126:14,19
127:7 134:21,
24 135:18
136:19 179:16
182:16 183:4
192:13 193:9
195:14,15,19
200:2 206:15
207:2,14
208:1,12
1998   68:10
73:9,25 74:17
75:24 76:10,
20 79:2
81:19,21
119:21 120:18

121:16 124:10
126:19 127:7
136:19
**1999**  126:19
127:7 136:19
**1:20**  115:19,
21

---

**2**

**2**  27:19,22
28:21 29:9
30:9 32:15
33:4,19,25
37:5 38:7
124:8
**2/15/17**  42:7
**20**  108:5
124:24 134:13
143:6,15
198:12
**200**  50:12,13,
16,20,23
134:17 136:3
137:22 196:19
206:1 207:4,
15 208:6,16
**2000**  123:13,
16 124:9
126:20 127:7
134:24 136:19
**2000s**  24:23
86:9 87:23
123:8,12,14,
25 124:2
178:18,21
179:5,10,12
181:6 182:22,
24
**2001**  75:2,24
76:10,20 78:6
79:2,4 80:7
126:20 127:8
136:20
**2002**  126:20
127:8 136:20
198:17,18

**2003**  80:7
81:19,21 82:8
94:25 122:23
123:19 126:4
134:21 197:25
202:2 203:15,
16
**2004**  13:1,3
124:23 126:15
141:24 143:8
195:14,19
200:2,16
206:15,24
208:12
**2006**  94:25
95:20 197:25
**2009**  95:21
96:8,10
**2011**  9:8
11:1,4,9
56:14 95:10
97:13 98:1
173:10
**2014**  8:22
**2017**  24:5,6
42:25 43:11
44:10,18 45:4
173:12 183:1
**2018**  11:21
12:7,19
33:12,18
**2019**  5:7
**21**  46:2,8
70:1 116:14
117:9 127:23
128:11 132:9
**22**  50:8
122:4,14,15
124:14,17
132:1,8
201:16
**220**  205:23
**23**  45:25 46:4
**24**  119:2
120:24 136:24
**25**  138:3,7
**25-plus-year**
156:10

**27**  203:15
**286**  124:8
**291**  177:4,14,
15
**292**  176:25
180:14 182:21
**2:50**  180:7,8
**2:53**  180:8,10
**2:57**  183:9,10

---

**3**

**3**  42:7,11,14
44:6 96:19
197:22
**30**  52:6 88:20
89:16 105:14,
16 114:3,4
165:23 183:18
**32**  51:6,10
52:5
**33**  183:22
185:5
**3309**  8:16
**35**  183:24
184:13,17
189:6
**38**  183:24
**3:15**  183:11,
13
**3:26**  191:25
192:1
**3:31**  192:2,4
**3:59 p.m**
210:20

---

**4**

**4**  48:17,21,24
50:1 125:8,
10,13,16
159:1 202:17
**40**  123:8,13
**40's**  184:25
**440**  123:19
**4:00**  210:2

---

**5**

**5**  50:2 125:7
139:16 141:12
158:25 165:20
184:10 188:24
196:25
**5,700**  96:18
**50**  205:23
**500**  5:8
**500,000**  91:11

---

**6**

**6**  141:12
200:13
**620**  203:16
**6:00**  55:15

---

**7**

**7**  139:15
141:12
**70**  85:23
86:3,6,14
87:5 88:3,19
89:5,14,15
117:22 118:3,
5 133:14
198:10
**70-30**  88:15,
18 105:16
114:2 204:13
**78**  203:17

---

**8**

**8**  52:24
162:22
**80s**  177:23
**86**  97:25
119:19

**9**

**9/11**  75:3
**90**  56:14
  63:19
**90s**  86:8,9
  87:23 103:18,
  20,21 179:5
**91**  63:18
**92**  63:19
**95**  72:25
  138:12
**96**  138:12
**97**  206:24
**98**  72:25 78:6
  136:10 206:24
**9:53**  5:7
**9th**  15:15

**A**

**A-R-N-S-O-N**
  200:16
**a.m.**  5:7
  43:25 44:1,3
  66:15,16,17,
  19
**a/k/a**  133:2
  140:1
**abbreviated**
  182:4
**ability**
  167:20
**able**  10:1
  13:24 25:25
  40:3 47:15
  78:7 84:13
  106:23 108:11
  110:3 116:19
  127:20 135:3,
  4 143:2
  153:2,13
  165:12 168:3
  177:8,18
  198:13 200:6
  201:4 206:4

  208:17
**aboard**  161:12
**about**  6:13
  11:17,21,24
  12:15 13:6
  14:3 24:1,25
  25:15 26:6,24
  28:22 32:13
  35:7,10 36:10
  37:4 43:10,16
  44:21,22
  46:15,16,17,
  18 48:10 50:4
  56:9 61:14
  65:12 70:5,9,
  19,24 71:1,14
  72:9,20
  73:10,12,25
  74:1,10 76:1,
  11,14,21 77:6
  78:16 81:8,
  11,14 82:11,
  16 83:22 87:5
  92:8,22
  100:3,16
  103:17 105:16
  106:11,13
  107:18 108:8,
  17 109:20
  111:19,20,21
  112:21,25
  113:1,4,20,22
  116:1 117:9,
  15 119:23,24,
  25 120:14
  122:3 123:18,
  23 124:23
  125:4 127:12
  129:5 133:22
  144:8,9,11,15
  145:4,6
  146:24 147:8,
  15 149:3,16,
  20 150:3,14
  151:11,12
  156:16
  159:12,22
  160:25 161:16
  162:7,16

  163:11 166:14
  171:21 173:14
  174:11 175:20
  178:25
  179:15,16
  180:13 181:5,
  22 190:22
  191:9 192:8
  206:13
**above**  5:3
**Absent**  185:21
**absolute**
  59:15
**absolutely**
  142:20
**Academic**  15:4
**academy**  57:16
**accelerated**
  142:7
**access**  105:25
  106:1,2 110:8
  194:8 204:2
**According**
  184:24
**account**
  203:14,18
**accounting**
  100:25 101:2,
  4 116:8,9
**accounts**  9:17
**ACCU**  139:21,
  22
**accumulated**
  91:2,5,9,11
**accumulating**
  77:21 110:22
**accumulation**
  20:5 30:15
**accurate**
  45:17 147:12
  151:9 176:5
  203:22
**acknowledged**
  184:19
**acquire**
  135:2,3
  138:17

**acquired**  92:9
  106:10 108:13
  122:1 145:15
  152:13 153:6,
  9
**acres**  91:11
**across**  71:8
  164:20
**act**  11:11
  13:25 14:7,15
  146:16
**action**  75:15
**actions**
  189:16
**active**  61:9
  114:15
**actively**  9:15
**activities**
  46:17 54:7
  58:2 72:15,17
  76:16 77:8
  82:1 95:4
  109:16 113:25
**activity**
  53:17 70:5,6,
  16 71:3,8,19
  76:18 77:14
  85:23 108:19
  110:11
**actual**  27:11
  63:25 70:13
  77:20 84:16
  86:7 88:12
  95:11 136:8
  166:16 186:22
  187:17 189:1
  204:24
**actually**  29:8
  37:10 50:13,
  16,22 57:9
  62:25 68:19
  75:7 85:15
  97:18 98:14
  116:13
  125:11,23
  133:4 134:4
  136:23 138:24
  177:4 179:12

192:11,24
200:23
**add** 31:24
107:9 113:21
**added** 50:2,11
51:4,5,24
**adding** 50:3
113:22 140:11
**addition**
19:10 30:15
50:1 71:13
90:1 105:15
144:17
**additional**
22:13,22
51:10,11 55:2
74:1 108:20
157:20 162:7
**Additionally**
162:24
**address** 8:14
73:2 113:22
162:22 169:17
**addressed**
157:16
**addresses**
50:7
**adequate**
135:6
**administrative**
9:18 96:18,23
97:3
**admitted** 53:2
198:9
**advantage**
208:19
**advised** 68:19
**aerial** 156:12
**affairs** 74:22
80:21 96:18
**affiliated**
61:8 106:20
109:22 189:19
**affirm** 6:12
**affirmed** 6:18
**after** 14:19
15:10,13

21:10,13
26:11,12,15
28:10,11
34:9,10 35:4
44:17 61:3
62:2 65:7,9,
10 68:5 94:22
102:15 103:25
137:2 194:14
200:11
**afterwards**
123:16
**again** 13:2
20:24 36:20
49:25 52:8
55:23 64:13
65:2 66:8
67:5 69:8,24
75:24 78:25
79:5 82:14
95:6,9,17
96:1 97:7,10
100:20
104:21,22
106:9 108:12
110:6 112:15,
19 120:24
123:13 127:18
132:11 152:1,
15,23 200:13
**against** 41:13
66:24 67:7
82:19 86:12
97:9 133:1
138:25 178:14
**age** 97:13
**agent** 7:8
11:6 14:16
25:17 56:19
57:5 64:20
68:12 79:10,
11 119:20
132:5,16
160:25 161:15
197:23
**agent's** 65:5
**agents** 57:16
68:16 69:5
79:19 96:18

156:18
**aggregate**
206:20
**ago** 173:12,14
175:10 176:25
179:4 180:13
181:7
**agree** 26:9
38:4,6,11
93:2 168:24
175:9,19
204:9 205:3
**agreed** 14:7,
15 26:12,15
**agreement**
11:18 12:7
15:14 21:14
191:4
**ahead** 15:25
49:21 53:12
115:5 127:22
167:16 179:8,
21
**Airlines**
157:8 161:8
**airstrips**
163:2
**Al-qaeda**
97:10
**Alabama**
57:11,12,20
**all** 5:18 7:2,
11,22 8:11
11:3 15:20
16:19 17:11
20:14 30:8
33:4,15 34:9
39:15 41:16
53:7 56:7,13
57:23 58:20
59:22,23
60:15 62:1
63:20 64:13
66:4 71:13
75:19 76:21
77:17 79:17
84:25 85:6
96:1,17 97:7

98:7 117:9
120:11,16
123:4,18,24
124:17 126:3,
10 127:24
144:11,13
161:15 163:7
166:4 170:7
172:7 175:3
180:12 184:14
186:15 194:18
200:5,8
202:4,13
203:4,6
204:17 208:22
209:10 210:22
**alleged**
147:11
**allies** 139:24
**allow** 118:25
**allowed** 161:1
**allows** 199:17
200:24
**almost** 171:5
172:14,17
173:12 203:2
**along** 31:3
130:20 164:4,
17
**already** 14:12
21:12 22:13
51:17 78:12
137:18 138:12
143:1,11
159:13 193:22
200:21 207:7,
11,13 208:18
**also** 17:7
21:1 27:24
30:25 36:17
61:10 66:23
68:23 70:5
87:17 89:6
95:5 97:9
99:22 100:13
116:11 132:1,
13 135:7
140:1 163:10

| | | | |
|---|---|---|---|
| 166:22 167:10 175:19 176:8 184:19 185:1 195:24 196:6 197:25 203:18 | 22 167:4 168:12 206:20 207:17 | 48:1,5,6 49:9,12,13,24 50:6,23 51:3, 21 52:1,8,9, | 94:13,25 95:4,5,17,20, 23,25 96:4,6, 8,13,15,17, |

**although**
69:23 71:13
112:2 169:17

**always**  62:25
69:24 80:20
176:7

**am**  121:9
124:1 130:14
165:15 207:20

**America**
62:16,19
63:10,13,21,
24 65:1,4,11,
21 66:2,9,11
67:1 68:24
75:8,9 80:2,
21,22 95:25
122:10 171:1
201:17,23

**American**
80:10 157:7
161:8

**Americas**
200:15

**AML**  10:4

**ammunition**
114:25

**among**  51:14
185:9

**amount**  36:16
38:21 55:5
76:15 77:20
83:22 88:12,
19,20 108:10,
23,25 110:10
120:20 121:18
124:20,25
135:6 136:18
137:15 147:12
149:23,25
150:15,16,17,
19,20 151:11
152:9 153:16,

**amounts**  78:6
88:5 95:11
109:5,7,8,12,
21 110:20,21
111:10 120:7
133:22 134:10
200:22 201:12

**analysis**
116:10 120:11
124:2 167:4
168:13 184:24

**and**  6:7,14,18
7:7,8,15,18,
23 8:1,11,19
9:5,18,21
10:9,19,25
11:3,7,17,23
12:6,13,14,23
13:10,15,16
15:6,10,25
16:1 17:5,17
18:15,21
19:5,9,23
20:4,14 21:1,
2,3 23:21
24:4,10,16,20
26:8,20 27:8,
16,23 28:11,
22 29:3,20
30:3,7,14,15,
21,22 31:10
32:24 33:7,
10,16,25
34:3,8,9
35:21 36:7,
12,17,20,22,
24 37:24
38:4,7,13,22
40:11,12,18,
22 41:2,11,
12,18,19
42:13 44:2,9,
12,22 45:3,5,
14,17 46:13,
16 47:8,15,
18,21,24

17 53:6,14,21
54:3,11,22,23
55:18 56:13
57:7,14,16,
17,19,22
58:2,4,8,11,
25 59:4,5,8,
9,14,21 60:6,
10,13,21
61:2,6,10,17,
18,20,24
62:1,5,12,15,
16,18,21,23,
25 63:3,6,8,
15,17,20
64:2,7,10,11,
13,20,23,24
65:2,4,12,15,
17,21 66:5,
11,18,23 67:7
68:9,13,16,
19,23,24
69:1,6,7,18,
20,25 70:1,
10,12 71:2,6,
8,17 72:1,11
73:9,11,25
74:9,23,25
75:7,9,14,17,
18,22 76:6,8,
12 77:9,12,24
78:6,10,22
79:7,20,22
80:1,4,7
81:4,14,15,19
82:20,23
83:14,15,17
85:1,2,4,15,
23 86:4,9,16
87:5,11
88:21,23
89:6,16,25
90:2 91:14,
16,19,24
92:13 93:24

20,22 97:5,6,
7,13,20 98:7,
14,17,23
99:17,19,20,
22 100:4,15,
23 101:10
102:1,6 103:5
104:11,25
105:7,9,23
106:7,9,10,16
107:1,3
108:5,6,7,11,
12 109:15
110:8,9
111:3,11,19,
20,22 112:8
113:9,15
114:2,3,8
115:20,24
116:2,10,16,
19,23,24
117:4,6,7,8,
10,14,15,20,
25 118:9,19,
23 119:5,7,
18,19,25
120:1,4,11,
14,19,20
121:3,5,20
122:2,4,5,18,
23 123:1,16,
18,19,23
124:3,5,10,
12,19,22,23
125:18,23,24
126:17,20
127:3,4,8,11,
18 128:6,9,
16,25 129:16
130:19,21
131:21 132:3,
5,15,16 133:6
134:7,14,17,
21 135:2,7,
10,23 136:8,

10,18,20
137:18 138:1,
3,12,13,16,
17,22 139:14,
17,18,21,23,
24 140:2,3,6,
7,8,15,18
141:8,24
142:7,21
143:2,4,6,8,
12,13,17,18,
20,23 144:7,
8,10,11,12,
13,14,17,22,
25 145:8,15,
20 146:23
147:4,11,16,
24 148:3,25
149:1,6,13,
15,21 150:6,
16,24 151:3,
8,18,20,24
153:12 154:4,
6,9,22,23
156:3,6,14
157:1,5,7,12,
15 158:7,25
159:1,4,5,6,
8,9,13,14,16,
18,22 160:1,
6,9,14,17
161:6,11,21
162:11,12,13
163:1,10
164:10,11,23
166:16,22,23
167:1,3,7,9,
18,23 168:1,
2,3,17 169:3,
7,12,20
170:12,14,15,
16,20,22,23,
25 171:1,2,4,
6,7,11,14,23,
24 172:5,10,
11,17,19,23,
25 173:5,11,
16,19 175:3,
19,21,22

176:9,20
178:2,6,14,
16,18 179:1,
2,4,5,10,11,
13,21 180:17,
24 181:6,12,
21 182:4,11,
25 183:1,6,
12,21 184:5,
12,20,22
185:5,7
186:22 187:2,
12,18 188:5,
21 189:21,22
190:16,23
192:3,10,15,
17,20,24
193:9,11,12,
15,20,22,23
194:1,5,14,18
195:15,18,19,
23,25 196:3,
9,23 197:2,3,
14,17,24
198:2,3,7,9,
11,12,25
199:12,14,24
200:3,4,5,8,
18,19,22
201:9,13,25
202:1,7,15,
23,24 203:10,
15,16,19,20
204:2,4,9,11,
24 205:2,10,
13 206:1,15,
18,20,24
207:8,9,11
208:12,16,18,
20,22 209:3,
4,9,10
210:18,21,22

**and/or** 11:12,
24 12:19,20
13:5 14:21
15:10,16,18
19:16 20:5
21:15 23:9
26:16 28:25

31:17 32:25
46:24 64:13
65:8 67:20
72:9 73:2
74:1 75:18
77:19 81:8,20
82:11 88:19
90:11 93:4
102:5 109:3
145:18 151:14
153:5 161:1
162:9 167:1
168:12,13
189:12 190:2,
17,20 191:3

**announcement**
53:24

**annual**
195:11,20
202:3

**annually**
53:15

**another** 25:9,
16 52:17 65:5
82:21 85:22
109:23 125:3
167:2 190:11
209:13

**answer** 7:13,
18 8:1,3 13:9
20:22 22:17
24:14 27:6
32:19 36:4
40:16 46:12
49:19,20
51:23 52:14
60:23 70:23
77:3 78:25
93:15 95:13
100:7 104:18
105:19 108:3
111:5 117:16
126:7 127:22
129:4,17,20,
24 130:5,12
141:10 143:22
144:2 146:1
147:18 148:24
150:23 153:2

155:9 158:22
160:6,12
164:7 167:17
168:16,18
169:15 170:5
172:12,24
176:13
177:11,21,24
178:1,5,8,10,
18,23 181:4
182:3,6
197:14,18
204:20 206:7,
11 209:2

**answered** 17:6
29:21 30:3
45:7 77:24
78:10,22
87:12 88:24
93:25 94:14
99:23 111:3
121:21 135:24
137:19 145:21
149:7 150:6
151:4,18,25
160:17 162:12
164:3 167:10
172:11,20
173:1 181:10,
12 182:11
200:20

**answering**
79:12 130:6,9

**anticipating**
34:5

**Antioquia**
193:24 208:20

**any** 7:24 9:9,
12 14:20
16:15,22
18:22 19:1,
11,15 20:4,15
22:12 23:18
25:8,11 26:13
30:14 31:10
34:15 35:5,6,
9,10,13 37:15
41:19 44:18
47:2,6,10,19

48:8 51:17
53:21 55:2
56:2,4 60:2
67:11,23 68:1
70:8,14,20
72:4 73:9,10,
14,15,22,24
74:3,10 84:1
86:20 87:19
90:12,21
92:1,8,19,25
93:23 95:10,
11 100:15,19,
25 101:2,4,8
102:23 103:1,
22,25 104:10
106:13 108:16
114:7,10
116:7,9
118:19 120:17
121:18,22
124:6 128:1,2
134:25 138:20
145:22 146:11
147:6,14,20
148:16 149:2
154:25 155:7
159:23
161:13,22
162:7 164:16
165:5 166:14
168:11 176:9
177:12,22
184:8 186:13
188:6,13,21
190:22 196:14
201:2 202:8,9
205:20 209:23
**anybody** 30:6
34:13,19
37:19 43:8,16
155:16 162:18
163:22 164:1
**anyone** 20:15
26:17 37:3
46:24 150:3
187:10 210:3
**anything** 13:4
20:10 23:14

44:21 46:11
50:5 54:13,20
55:11,17,20
67:12 69:12
76:3 81:8
99:14 115:12
119:11 143:10
145:18 166:8,
20 173:18,25
**anywhere** 75:9
108:5
**apart** 63:18
177:25
**apologize**
28:20 125:10
**apostrophe**
55:10
**apparatus**
106:18
**apparently**
118:1
**appear** 203:21
**appearance**
5:18
**appears**
205:10,12
**applicable**
10:23
**applied** 66:8,
10
**appreciate**
54:3 121:9
127:20 147:18
168:19 191:20
**appreciation**
29:25 103:1
110:4 112:7
151:22
**approached**
83:15
**appropriate**
23:19 93:12
169:8
**appropriately**
8:3
**approval** 97:6
**approving**

79:21
**approximate**
33:10 36:14
**approximately**
10:25 33:10
47:3 55:14
58:17 62:1
75:1 123:8,13
202:3
**are** 5:5,8
6:13,22 7:23
9:1,9 10:1,9
16:17 17:11
19:10,12,21
20:9,19 21:24
23:17 26:24,
25 38:7 39:20
40:17 46:6
47:19 48:18
52:23 56:23
72:20 84:20
86:21 88:1
89:5,12,24,25
101:12,14
105:13 106:19
109:13 114:16
117:16 122:13
123:2 128:6,
10,15 130:13
131:5,16,18
132:23 133:5,
6,7,13,20
143:13 145:5,
22 146:1
148:8 149:22
154:2 156:5,
18 164:19
174:11 175:12
177:8,18
179:14,15
185:12,22
186:3,7,8,16,
20,23 188:16
189:2,6,12,24
190:1,4 191:7
195:11,12
196:9,21
197:4,7,21
201:11 204:25

207:24 209:10
210:8
**area** 57:2,10
58:24 100:8
107:17 109:24
115:24 143:17
144:19 166:14
169:19 193:23
208:24
**areas** 12:20
70:21 102:2
116:1 145:10
154:5
**argumentative**
129:3 130:11
137:8,17
160:17
**Arlington**
74:19 96:8
**arms** 118:11,
17
**Army** 62:15
**Arnson** 200:16
**arose** 75:12
**around** 7:5
11:16 15:15
33:8,17 36:16
54:22 55:15
62:9 96:19
118:11,17
125:1 141:19
154:5 169:18
208:15
**arrest** 75:17
**arrested**
133:4 173:5
**arrive** 15:12
**arrived** 54:22
**arriving**
157:7
**article** 52:1,
3,4 203:11
**articles** 15:4
27:7 41:11
51:10,11
53:22 80:24
199:13 201:6

arts  57:21
as  6:19 7:13
  8:1,25 9:23
  10:18 11:11
  13:25 14:1,7,
  16 16:3,19
  17:2,3,12,13
  18:5,10,14
  19:9,12,17
  20:11 21:17
  22:3,14,24
  23:8,12
  27:22,25
  29:24 31:13
  32:2,16
  33:19,20
  34:5,18 35:24
  36:2 37:11,
  22,25 39:1,5
  40:23,24
  41:10 42:10
  44:21,23
  46:23 47:22
  48:17 49:12,
  24,25 50:2,11
  51:13,24
  52:20 53:1,7,
  22 56:8,19
  57:5,6 58:24,
  25 59:14
  60:3,12
  61:20,22 64:8
  68:12 69:6,15
  70:2,9,22
  71:1,19 73:20
  75:6,24 76:2,
  3,12 77:4,7,8
  78:7,17,18
  81:25 83:9,13
  84:23 85:2
  86:1,25 87:9
  89:12,15,25
  91:14,24
  95:13 96:11,
  23 97:21
  98:3,8,10,15,
  17 99:12,16,
  18,19 100:3,
  8,9,16 101:8

104:4,9,23
105:9 106:3,
18,22 107:24
108:7 111:7
113:8,15
114:10,15
115:1 116:2,
9,13,15,23
118:4,8,24
119:6,7
120:3,10
121:16
123:17,20
124:2 125:17
126:8 128:8,
15 131:10,18
132:4,16
133:2 134:8,
17 135:11,17
136:15,16
138:13,16
139:15,17,25
140:13,19
141:4,16,25
142:6,21
143:16,23
144:22,25
146:16 148:3
150:19 151:21
152:2,14
154:2,7
158:25 159:6,
20 161:23
162:6 167:11
169:18,19,22
170:24 171:1,
5 173:17
174:19 178:3,
10,15 179:14
180:24,25
182:22 185:2,
11 192:12,22
193:13 195:24
196:2 197:5,
6,23,24
199:19 200:20
202:11,17
205:4 207:1,
2,11,14,16

209:17
ascertain
  70:14
ascertained
  76:15 91:22
  105:13 108:23
  111:12
ascertaining
  121:18
aside  77:10
  80:18
ask  7:18
  11:10 12:3,20
  23:20 24:10
  30:6 32:6,10,
  23,24 39:17
  40:2,12 42:13
  47:20 78:5
  93:13 95:9
  104:20,22
  107:5 112:15,
  19 115:24
  122:3 147:24
  151:14 152:23
  155:13,17
  159:22
  163:20,22,25
  164:1,12
  168:19 171:21
  176:8 179:25
  204:21,22,23
  205:6
asked  7:14
  12:4,6,22
  17:5 24:15,25
  25:20 29:20
  30:3 44:13
  45:8 49:9,11
  53:20 73:25
  77:24 78:10,
  22 87:11
  88:23 93:24
  94:13 99:22
  101:8,9 111:3
  112:16 119:24
  121:11,20
  135:23 145:20
  147:19 149:2,
  6 150:6,24

151:3,18,24
152:18 155:16
159:21 160:17
162:12 164:1
167:9 168:17
172:10,19,25
180:13 182:11
191:17 192:7
198:15 199:6
206:13
asking  17:11
  41:3 43:16
  48:1 49:9
  77:17 104:23
  114:16 125:4
  127:12 136:7,
  17 142:16
  146:4,6
  148:14,18
  150:1 151:11,
  12 155:15,16
  158:2 164:11
  174:25 200:1,
  8 201:2
  205:3,14,22
aspects  59:23
  84:25 123:5
  124:17
assessed
  197:3
assessment
  120:11
asset  10:14
  157:4 158:16
  168:4
assets  157:9,
  19 161:12
assigned
  74:23
assignments
  66:3
assistance
  170:2
assistant
  79:11
associated
  75:22 106:25

**association**
207:11
**associations**
103:12
**assortment**
58:22
**assume** 7:19
89:24 157:12
169:6 170:1
205:5
**Assumes** 78:21
92:17 93:7
**assuming**
39:23 40:3
51:18 64:2
92:11 98:1
147:11 151:8
158:15,18
180:18 204:11
**assure** 93:10
**at** 5:8 8:16
13:4,20 14:7,
11,16,19
16:17,18,20
19:9,24 23:11
24:8,10 25:8
27:24 28:21
30:8,10,20
31:11 36:7,18
42:24 43:17,
24 44:3 45:3,
14,17 46:2
47:15 49:9,
10,14 50:23
52:5,8,21,23
53:1 55:4
56:2 57:3,9,
19 59:15
60:7,15 62:8,
14,22 63:17
66:14,19
67:11,13 72:4
73:24 74:15,
19,21 76:10,
19,20,21
79:14 81:6,9
83:7 86:4
87:5 93:10,
12,21 95:10

96:22 98:19,
23 102:15,23
103:12 109:4
110:19 112:22
114:10
115:16,21
116:14 122:1,
4 123:8,12
125:18
126:14,17
129:5 134:15,
25 135:5
138:5 142:7,
25 145:8
146:11,17,23
147:7 151:8
152:12 154:22
157:7 163:22
165:8,13,23
166:8,18
169:7 170:7
171:11 177:4
178:6 180:7,
10,14,17
181:7 182:21
183:3,5,9,13
184:13 185:4
187:11,14
188:15 189:6,
12 190:16,23
191:18,25
192:4 195:11,
18,20 197:21
202:3 204:18,
22,25 208:5,
9,10,15
210:2,9,16,20
**ATA** 12:10
21:25 22:1,6,
9,12,23 24:2,
4 26:16,25
27:13,24 28:7
29:11,19,25
30:10,14,23
31:19 32:7,
10,16,25
33:21 34:1,7,
11 37:4,16
38:1,12,22

40:21 42:16,
18 43:6 44:10
45:20 46:20
56:1 174:11
175:2 176:16,
22 181:7
182:3
**Atlanta** 57:9,
10,13,14
79:12
**Atlantico**
169:18
**atrocities**
154:4
**ATS** 20:16,25
21:17,24
32:6,7,14
34:10,19
35:4,11 37:6
38:1,13,23
41:1,19 42:14
46:25 47:9
48:22 54:25
55:1 56:7
86:2 173:18
174:3,11,12,
19,20 175:3
176:11,14
179:23 180:25
182:8 183:16
185:11
**attached**
185:8 199:8,
15 202:1
**Attachment**
128:8 164:20
209:4
**attack** 135:9
**attacking**
166:17
**attention**
162:22
170:11,12
183:15
**attorney**
52:21 53:24
184:25

**attorneys**
10:9
**attributable**
178:22
**attributed**
117:22
**AUC** 12:24
13:15 15:1,2
19:4 38:14
40:23 41:1,13
53:14,17 55:6
60:3 67:23
68:3 72:9,13,
17 73:3,6,11,
13,18,23
74:2,11 75:25
76:1,9,12,22
77:7,21 81:8,
12,19 82:11,
17,18,25
83:15,22
84:8,17 85:1,
3 86:3,12,18,
21 87:6,10
89:15 90:11
91:2,15,20
92:1 93:5
94:7,8,11
95:12 99:19
100:4,17
101:10 102:5
103:5,13
104:12 105:1
106:14,21,24
107:20 108:1,
18 110:22
111:11,23
112:25 113:14
114:11 115:11
119:7,25
120:13 121:4,
19 123:7,11
124:3,21
125:24 126:11
127:8 133:1,
5,6,8,17
134:14 135:20
138:5,9,21
139:4,12,22,

25 140:18,19,
23 143:9,17,
19,24 144:5,
15,25 145:19
146:13,18
147:16,22
148:12,19
149:4 150:4,
15,17 151:2,
14 152:6,9
153:1,5,17,23
154:4,23,25
155:7,22
157:13,20
158:17 162:8,
24 163:11,16,
23 164:17
166:17,23
168:13,23
169:9,19
170:15 171:6,
18,25 175:20
178:6,9,10,
19,25 179:11,
15,16,19
181:5,15,22
183:21
189:19,20
192:8,11,13,
16 193:2,9,16
194:19 195:2,
7,11,15,20
196:5 197:4
198:1,6,10
200:14 202:24
203:20 206:14
207:1 208:9
**AUC's** 85:23
99:16 109:25
117:23 121:6
123:4 124:16
132:2,14,22
143:1 164:24,
25 170:20
202:3
**AUC-CONTROLLED**
53:18
**AUC-RELATED**
198:3

**AUCC** 193:20
**August** 67:3,
22 68:5 75:1
**authorities**
52:5 159:14,
16 189:22
**authority**
97:6
**authors**
106:11
**Autodefensas**
139:21
**automotive**
135:1
**available**
12:6 13:10
24:16 47:23
80:19
**average**
50:11,12,16,
20 108:6,8,9
119:4 121:1
124:23
134:14,17,18,
19,22,23
135:15,17
136:15,17
137:3,4,21
142:2 199:10
200:6,22
206:14,19,20,
23 208:12,16
**avoid** 185:8
**aware** 30:8
71:17,18
108:19,22
146:1,2,12
148:11 151:8
154:3 155:17,
21 156:5,18
157:9 158:10,
16 189:4
190:1 191:7,
8,11,12 199:2
207:20

## B

**B-A-R-R-E-R-A**
53:6
**B-E-L-G-I-E**
185:7
**B-E-L-M-O-N-T**
8:17
**B-H-A-R-A-R-A**
53:8
**B-R-A-U-N**
25:17
**B-R-E-M-E-N**
185:6
**bachelor's**
57:21
**back** 23:25
32:18,24 34:7
35:3 38:5
44:2 49:5
62:23 64:16,
24 65:2 66:18
75:15 79:24
82:5,7 86:4
96:8 104:14
107:5 112:5
115:20,23
120:23 126:11
127:23 139:13
160:1,5 165:8
176:24 180:9
183:12 192:3
199:5 204:21
**background**
7:7 11:4 56:8
82:23 89:25
115:9 116:2
119:15 120:20
167:7
**bad** 114:8
**Banadex** 83:17
189:17
**banana** 156:20
163:12 164:25
166:19
**bananas**
159:11 185:9

**bands** 178:13
**Barrera** 53:2,
13
**bartering**
90:7,12
**base** 61:10,12
94:1 120:25
145:1 203:14
**based** 12:25
13:12 19:22
31:2,10 58:3
59:5 61:19
67:15,19 77:4
78:11 82:22
86:17 93:17
103:5 105:23,
24 108:12
110:8 113:8
120:11,18,19
122:9 123:24
124:25 130:24
138:1 143:8
150:16 163:8
167:5 172:7
189:15
195:13,23
196:6,19,23
204:2,17
205:14
208:22,23
**bases** 208:23
**basic** 34:8
54:5 57:15
**basically**
108:10
**basing** 119:1
**basis** 22:2
79:17 117:5
127:5 164:9
170:18 172:23
184:5
**battle** 140:4
**Beach** 156:6,
19
**became** 114:14
124:3 142:7
143:19
171:20,22

172:8,14
178:6,10,14,
19 193:13
**because** 7:7
8:12 12:16
33:6,20 53:5
57:11 61:9
63:21 65:2
68:20,25
69:24 71:1
72:14 80:21
82:6 88:17
92:18 105:3
112:3,15
114:14 127:6
128:1 138:25
142:24 149:20
150:23 156:24
179:16 187:2
189:15 190:7
208:17
**become** 73:15
138:10 140:18
141:21 171:3
178:9
**becoming**
72:12 163:2
**been** 6:18
7:12 9:5
10:25 15:14
71:14 84:22
107:3 113:4
118:3 120:9
123:6 124:18
125:10 138:4
144:22 145:18
146:17 148:18
151:20 152:25
157:16 161:9,
10 173:9
175:20 183:4
185:3 207:4,
6,14,17,22
208:13,14
**before** 5:1
7:12 11:10
15:17 32:15
41:17 44:5,13
47:10 63:9

65:14 69:7
75:2,7 93:22
95:13 115:25
142:1 146:2
161:9 168:4,
18 185:10
198:21
**began** 140:17
142:21
**begin** 32:17
143:6 171:13
206:3
**beginning**
46:2 97:25
119:19 140:21
177:4 195:18
207:8 210:17
**begins** 124:14
197:23 203:9
**behalf** 5:21,
23 6:2,4,6,8
46:25
**being** 13:6
28:12 60:21
63:9 65:1
66:9 69:17
70:16 72:6,
14,17 73:13
75:9 84:12
94:7 106:24
109:22 118:2
121:9 125:1
130:11
134:13,15
138:13 139:2
148:16,17
157:9,13
162:14 179:18
181:5 183:3
189:18 192:7,
14,23 208:19
**Bejarano**
140:1
**Belgie** 185:7
**Belgium** 52:4
159:14 189:22
**believe** 13:1
24:22 25:22

28:13 33:14
40:17 45:17
46:6 49:10
50:7 51:5
55:8 56:13
93:17 106:9
117:23 118:23
124:21 140:24
150:18 158:23
185:16,18
203:1 207:13
208:8,11
**believed**
132:22
**Belmont** 8:17
**belonging**
196:5
**benefitting**
77:11
**Benning** 62:14
**Berna** 140:1,8
192:21,24
193:3 207:9,
11
**besides** 162:5
**best** 7:13 8:1
17:13 22:11
29:17 36:2
137:23,25
182:22 199:11
**better** 101:19
103:11 175:9
**between** 39:6
40:18,20 47:8
48:5 49:11
50:23 73:8,24
78:6 80:6
81:19 85:18
103:5 108:5
124:23 173:19
182:25 206:15
208:12
**Beylus** 5:16
**beyond** 20:12
24:12 26:2,22
31:21 59:1
102:6 150:6
162:15 167:10

204:8
**Bharara** 52:22
53:7
**big** 10:4 94:8
141:21
**Bill** 6:1
**billed** 36:13
**billing** 35:16
36:17
**bit** 24:22
56:9,11 82:5
96:16 175:9
194:1 202:4
**black** 153:9
**Blalack** 6:4
210:4
**BLALOCK** 6:4
**Blank** 5:23
11:24 12:13
**bloody** 140:4
**board** 112:23,
24
**boat** 194:12
**boats** 185:6
**body** 186:16,
20 190:19
**Boggs** 5:25
**Bogotá** 94:24
95:9
**Bolivia** 63:8
**bookkeeper**
9:14
**bookkeeping**
9:18
**books** 33:5
111:11
**boots** 115:12
**bored** 80:4
**born** 58:8
59:6
**both** 41:5,8
193:12
**bottom** 53:1
**bought** 53:13
**Boulevard** 5:8

Bowl-more
  10:4
bowling  10:4
boxes  156:20
Brands  5:12,
  23
Braun  25:17
break  42:4
  43:22 44:5,13
  50:25 109:17
  115:13,25
  180:5 183:7
breakup
  105:16
Bremen  185:6
brief  43:25
  66:16 183:10
  192:1
briefed
  146:22 147:4
bring  16:15
  165:5
bringing
  59:10 69:18
broke  119:25
brother
  193:13
brothers
  139:23 172:4
  192:17 207:10
brought  41:13
Broward  5:8
Brown  24:9,
  10,15 25:23,
  24 26:15,16
  28:11,15,24
  29:2 30:7
brutal  140:5
bucket  109:10
Buckley  6:10
budget  114:16
budgets  79:22
build  92:2
building  8:25
  9:23 91:21
built  143:1

burned  97:14
business
  9:10,20 35:25
  56:10 83:24
  85:7 114:7,8,
  9 121:7,19
  123:5,7,12
  124:17 139:3
  140:4 142:3,
  9,10 144:9
  149:24 163:2
  167:3,18
  175:22,23
  177:9,19
  178:21 179:1
  193:25 194:3
businesses
  144:17
businessmen
  72:2
busy  65:6
but  6:14 7:12
  11:4 15:20
  16:1 23:20
  25:10 29:5
  31:13 32:2
  33:17 34:6
  39:11,19
  40:6,23 41:8,
  16,17 49:25
  50:23 57:13
  58:24 59:3
  64:4 71:10,13
  73:13 76:7
  77:14 79:12
  80:25 84:15,
  24 86:1,13
  87:17,21
  88:5,11 89:4
  90:3,5 93:10,
  21 95:8 96:4
  97:2,9 103:20
  106:11 107:4
  108:9,20,23
  109:1,8
  110:12,16,20
  112:2,24
  113:23 114:8,
  22 118:3

  120:23 121:10
  123:2,3
  124:23
  127:18,20
  128:12 129:17
  130:23 131:1,
  4,17 133:9,15
  134:8,18
  135:8 137:2
  140:25 143:5
  144:14 145:6
  147:12,18
  148:12,21
  150:1 152:22,
  23 154:18,19
  156:9,23
  161:12 163:15
  164:20
  165:11,17
  167:14
  168:10,17
  172:4 174:21,
  24 175:3,13
  179:3,10,25
  180:4 187:24
  189:25 191:11
  192:13 196:2
  198:15 200:3
  204:23 206:5,
  6,18 207:1
  208:14 210:17
buy  115:11
by  5:10 6:21
  11:20 12:2
  13:11,19 14:5
  15:9 16:10
  17:10,15,22
  18:18 19:11
  20:23 21:8
  22:5,11,19
  23:4 24:19
  25:5,14 26:5
  27:5,21 28:8,
  15,19 29:7,
  16,23 30:5,7,
  11 31:5,7
  32:1,5,20,22
  35:2,5,20
  37:9 38:6,9,

  19 39:4 40:8,
  13 41:2,15
  42:2,9,17,22
  43:15 44:4
  45:2,9 46:10,
  13 48:3,9,14
  49:6,8,17,18,
  22 51:8,13,
  22,24 52:13,
  21 53:11,24
  55:6,18 57:10
  60:9,19 61:13
  65:19 66:1,20
  67:16 68:4
  69:17 70:7,9,
  24 71:21
  72:3,22
  73:17,18
  74:2,8,11,16
  76:9,24 77:6,
  16 78:4,14
  79:3 80:9,13
  81:3 82:3,15,
  19 83:3,15
  84:8,17
  85:13,16
  87:1,16 89:1
  90:19 91:1,6
  92:10,23
  93:14,20
  94:3,17 95:12
  97:23 98:13
  100:1 102:9
  103:10
  104:11,15,19
  105:11,13,22
  106:24,25
  107:6,10
  108:15 109:19
  111:4,15
  112:4,20
  115:8,22
  116:15 117:1,
  21 118:10,16
  119:7,9
  121:4,8,24
  122:19 125:6,
  15,20 126:9
  127:21

128:15,24
129:10,21
130:1,15
131:6,22
133:13,16
134:1,14,20
136:1,14
137:1,6,9,14,
20,21,22
138:6 139:18
140:12,14
142:15 143:9,
12 144:6
145:2,24
146:15 147:1
148:10,11,19,
23 149:9
150:15,22
151:10,19
152:3,5,19,
21,22 153:1,
5,14,20,22
154:11,17,22,
23 155:4,12
156:2,17
157:11,18
158:1,9
159:19
160:18,22
161:14 162:4,
17 164:15
165:4,22
166:1,10
167:15 168:8
169:4,11,21
170:8 172:16,
22 173:5,8,23
174:5,17
175:5 176:1
179:19,22,24
180:11 181:2,
11,23 182:5,
9,18 183:14,
23 184:24
185:12 186:2
189:10,17
190:9,15
192:6 195:1,9
196:4,17

197:13 200:3,
8,11,15
201:1,10,18
204:10,19
205:17 206:12
208:7 209:6
210:22

---

## C

C-A-S-T-R-I-L-
L-O-N 69:16
C-O-N-V-I-V-I-
R-S 101:15
Cali 67:7
140:3,8,14
call 15:10
21:10 26:8
called 13:20
14:11 62:5
84:20 156:19,
24
calling 105:9
calls 35:24
36:8 51:21
55:19,21
98:11 116:11
118:21 143:25
144:20
came 80:1
82:11 86:7
100:6 112:8
113:14 120:12
134:7 138:11
camouflaged
185:9
Campesinas
139:21
can 7:13 8:1
9:19 13:9
17:2,12,13,15
18:16 20:10
22:17 23:22
24:1,14 26:14
27:6 36:14
39:5,21 41:1
42:4 43:9
44:25 47:25

48:2 49:19
50:13 51:23
54:16,19
55:9,12 56:17
60:23 64:20
78:12,25 81:1
83:25 85:6
87:21 88:1
91:21 93:8,
10,16,17
95:10 96:16
99:14 101:13
103:17
104:14,18
105:17,19
108:3 109:8,
17 110:8
112:14 114:25
126:7 127:19,
20 128:7,22
129:4 134:12,
18 136:11,18
137:15,25
138:2,20
139:9,16
141:7,8,19
143:10 144:2,
3 153:10
155:9 156:9,
14,23 157:2
158:22 164:18
165:11 169:15
170:5 172:12
176:13
177:12,13,22
180:25 182:2,
16 194:1
199:16,19
200:9,11
202:14 206:10
209:2
can't 31:10
33:2,12 42:19
47:6 76:17
77:14 84:23
85:3 93:10
103:20 108:25
109:4,8 111:8
121:22 136:7,

10 137:11
139:9 150:25
161:6,20
164:20 182:1
188:10 199:4
204:20 206:7
Canada 95:25
cannot 31:22
68:1 73:5,14,
22 78:2 79:2
86:20 87:18
92:7 103:16
108:20,24
111:7 135:19
capability
12:24
capable 207:8
capacity
109:23
captains
194:11,12
captured
64:10 143:14
184:25
car 90:2,3
142:21
career 11:8
156:11
career-wise
62:3
careful 8:12
cargo 157:8
159:10 161:10
162:9
Caribbean
59:13
Carlos 117:21
133:2,13
140:8 143:12
193:13 198:8,
9
Carolina 8:18
56:25 57:7
79:13 80:3,8
81:2,4
Carolyn 6:10
carriers
51:14

cartel 40:20,
  24 59:23
  60:21 67:8
  91:15 100:19
  107:1 123:17
  133:7 138:11
  139:18,24
  140:2,6,7,8,
  15 143:2,20
  144:11 163:14
  170:17,24
  171:9
cartels 58:4,
  6,23 99:17,18
  119:24 140:3
  161:17 162:25
  163:16 166:23
  170:24
case 5:11
  11:11,17
  12:10,14
  21:17,22
  22:9,12 24:13
  26:3,16,17,
  23,25 27:13,
  24 28:7 29:11
  30:10,14,19
  31:19,21
  32:6,7,9,11,
  14,16 33:21
  35:4,11 37:6,
  11 38:13
  41:19 42:15,
  18 43:6 44:10
  56:1 64:21
  65:1,5 86:2
  91:25 93:23
  104:10,24
  106:21 116:10
  117:18
  118:12,18
  132:25 146:2,
  23 147:4
  150:7 161:20,
  22 162:16
  173:18 174:4,
  12,19,20
  176:11,16,22
  179:23 182:8

185:11 189:18
  190:3 191:8,9
  198:20,21
  204:6,16
  205:1
cases 19:18,
  19 21:24,25
  27:1 41:12
  98:18 134:6
  157:5 159:13
  161:7 189:24
  196:5
cash 90:5
Castaño
  117:21 133:13
  139:23 140:6,
  8 143:12
  172:3 192:17,
  18,19 193:10
  198:8,9
  207:10
Castrillón
  69:16
categorize
  31:9,16
Caterpillar
  94:9
cause 5:3
caution
  146:20
cell 10:5
cement 157:6
center 157:6
  200:15
Central
  63:10,21
  66:11 67:1
  68:24 95:25
  171:1
cents 136:8,
  18
century 97:20
certain 13:18
  77:10 128:9
certainly
  84:24 135:11
  141:1 152:13
  160:8 161:19

171:20 172:13
chainsaws
  153:21
change 31:24
  44:23 50:15,
  17 65:8 66:5
  74:17 114:14
  134:25 180:1
  181:24 182:8,
  25 205:20
  206:4
changed 58:11
  65:14 79:5
  182:2,15
changes 29:3,
  4 31:8,9,11,
  16,23 39:10
  44:18 48:4
  49:11 66:13
characterizati
on 182:12
charge 35:21
  68:12 79:10,
  11 119:21
Charles 6:11
Charlotte
  8:19 54:21
  79:7 80:7
  82:9 83:20
  94:22
check 47:15
Checking
  159:11
chemicals
  135:2,3
chemists
  194:8,10,11,
  15
chief 75:6,7
  96:11
Chiquita
  5:12,23 7:3
  8:2 11:25
  12:10,12
  14:8,16,21
  29:18 35:6
  46:25 51:13
  56:2,4 72:5

82:24 83:7,13
  92:24 93:5
  94:7 103:23
  104:1,11
  145:19
  146:12,16,17,
  24 147:7,10,
  20 148:12,19
  149:4,16,18
  150:4,15
  151:1,13
  152:6,9,22
  153:1,6,16,23
  154:25 155:6,
  21,25 156:7,
  20 157:13
  158:11,13,16
  159:3 161:24
  163:22
  164:17,25
  168:12 169:6,
  9 170:2
  183:19,21
  184:19 185:6,
  7 191:4
Chiquita's
  13:25 154:6
  158:24 162:7,
  14 185:2
Cindy 200:15
cite 124:5
  143:10 190:17
  201:25
cited 128:8,
  10 164:19
  185:24 186:23
  202:16 209:4
cites 123:20
citing 151:7
citizens
  59:5,6
clandestine
  163:2
clarification
  86:24 95:16
  106:7 145:13
clarify 52:17

| | | | |
|---|---|---|---|
| clean 22:7 | collect 64:6, | combat 170:21 | 145:1 150:20 |
| clear 21:23 | 8 70:5 71:4 | combination | comparison |
| 41:16 54:2 | 75:8 116:19 | 106:22 195:25 | 76:7 110:12 |
| 72:12 84:15 | collected | come 64:24 | competition |
| 89:14 92:2,7 | 98:23 173:6 | 71:8 92:13 | 171:7 |
| 110:17,18 | collecting | 108:10,12 | complete 45:5 |
| 112:22 122:14 | 85:11 87:2 | 159:11 198:13 | 54:11 |
| 127:11 133:17 | collection | 199:18,25 | completed |
| 134:5 150:24 | 130:20,25 | 200:24 204:21 | 27:12 |
| 152:24 172:24 | collectively | comes 125:25 | completely |
| 185:22 187:25 | 41:8 173:2 | 130:19 159:8 | 182:6,12 |
| 189:17 195:6 | college 57:19 | 203:19 | complex 31:2 |
| clearing | 101:5 | comfortable | complicit |
| 91:21 | colloquy | 31:15 134:19 | 161:1 |
| clearly 17:23 | 148:21 150:9 | 158:3 159:17 | Complied 46:1 |
| 197:18 | 160:10 | 165:12 166:9, | components |
| client 11:25 | Colombia | 12 | 59:11 60:6 |
| clients 9:24 | 12:25 15:3 | coming 86:22 | 73:6,13 75:9, |
| 10:2 | 24:18 40:20 | 88:14 109:13 | 15 83:15 |
| close 42:13 | 53:19 59:17 | 110:4 159:12 | 86:12 |
| 139:24 207:6 | 61:19 77:7 | comment 92:22 | Compound |
| closely 42:24 | 80:5 94:24 | 133:12 143:12 | 124:12 |
| closer 175:10 | 95:4 102:2 | 149:20 158:6 | comprehensive |
| coca 61:10,11 | 108:8 119:5 | 166:13,15 | 159:3 |
| 91:16 203:14 | 121:3,7 | commenting | computer |
| cocaine | 123:7,12 | 149:23 158:5 | 37:13,16,17 |
| 53:13,18 55:5 | 134:16 135:7 | commercial | 47:13 184:25 |
| 59:10 61:11 | 141:24 144:10 | 51:14 | conceal |
| 69:18 91:22 | 153:25 154:10 | committing | 156:14 |
| 92:4 98:20, | 156:4 168:23 | 154:4 | concealed |
| 21,22 99:4, | 169:18 170:17 | Common 109:22 | 189:24 |
| 13,16 108:5 | 197:25 200:14 | communication | concealment |
| 119:5 121:2 | Colombian | 51:21 | 99:12 |
| 123:7,12,19 | 27:8,10 39:1 | communications | concept 89:20 |
| 124:20 134:13 | 53:3 58:6,23 | 34:25 146:21 | concluded |
| 135:5,11 | 59:5 69:1,17 | 164:8,10,13 | 210:20 |
| 138:22 139:20 | 73:22 83:14 | communities | concludes |
| 140:4 142:25 | 99:1,18 | 154:5 | 183:21 |
| 155:25 156:6, | 107:13,22 | companies | conclusion |
| 7,19 157:6,13 | 123:19 135:9 | 10:13 72:5 | 98:12 116:12 |
| 163:1 183:23 | 138:14 139:16 | 161:1 | 118:22 120:13 |
| 185:1,4,8 | 159:16 173:4 | company 9:2, | 144:1,21 |
| 194:5,6,14,17 | 184:24 196:2 | 3,5,22 10:4, | 199:18 |
| 203:16 | 198:2,4 202:2 | 6,8 161:1,16 | conclusions |
| cocounsel | Colombian- | 167:1,2,7 | 134:7 |
| 30:8 | based 67:9 | compare 105:6 | conduct 10:10 |
| collates 89:9 | Colonia | compared | 58:2 64:21 |
| | 184:22 | 105:10 109:10 | |

68:19 162:8
**conducted**
20:13 69:6
86:8,11
**conduits**
103:12
**conference**
55:19
**confirming**
131:25
**confused**
87:24 146:8
**confusing**
53:5 124:12
**confusion**
14:3
**congressmen**
59:8
**conjunction**
133:8
**connected**
61:8 68:3
**connectivity**
99:17
**conservative**
50:14 123:6
124:18 134:17
207:22
**conservatively**
208:15
**consider**
25:20 104:24
144:24
**consideration**
104:10 105:12
154:24 155:6
158:19,24
160:21 168:11
**considered**
94:10 132:3,
15 154:10
**consist** 17:3
67:14
**consisted**
75:5
**consistent**
132:4,15

197:5
**consists** 18:7
122:17
**conspiracies**
64:7
**conspiracy**
61:1
**constantly**
61:16
**constitutes**
114:4
**constitution**
140:24
**consultant**
11:12
**consultant/**
**expert** 14:8
**consulted**
56:4 197:7
**contacted**
11:11,23 12:2
19:23 24:1,8
32:5 34:5
146:15
**contacts**
171:12 208:20
**contained**
190:18
**containerized**
159:10 161:10
**content**
28:13,23
186:23 188:25
**contents**
34:25
**contest** 144:8
**contesting**
110:14
**context** 31:18
**continued**
66:24 71:17
124:22 138:16
141:22 142:6
**continuous**
16:2
**contraband**
161:11

**contract**
13:11
**contribution**
89:21 90:4,12
**control** 21:16
121:6 139:19
**controlled**
79:13 91:13
169:19
**controls**
169:1
**conversations**
35:5,10,14
**conveyances**
156:11,12,15
**convictions**
59:9 70:1
**convivir**
101:18,25
103:8 106:10
**convivirs**
101:12,14,17
102:4,24
103:2,5,23
104:2,11,12,
25 105:1,13
**cooperated**
159:4
**copy** 16:11,14
17:18 23:21,
22 36:22 43:5
210:11,14
**Coral** 58:8
**corporate**
9:24 10:20
**corporation**
83:14
**correct** 6:25
7:9 14:17
17:24 18:1,2,
3,4 36:22
38:10 42:1,15
44:10,15
48:14 52:1
54:8 56:16
61:16 62:20,
25 64:1 74:15
85:5 86:18

87:10,19
89:13 91:3,17
100:13,14
106:4,5
111:16,23,25
112:9 113:10
117:10 118:13
120:18
122:10,24
123:15,25
125:17 126:4
128:4,6
129:11 131:7,
16 136:10
137:25 147:25
158:11 164:21
166:24 167:21
168:5,9,10
169:9 170:2
173:20 174:7
176:18 177:25
178:4,7
180:15 185:25
186:17,21,24
189:7 193:18
195:16,17,21
196:21 201:7,
22 202:24
204:12
206:18,21,24
207:5 208:10,
25
**correctly**
14:7 101:15
123:9 132:7,
19 163:5
171:17 173:16
184:3
**correlates**
89:10,11
**corroborate**
131:20
**cost** 114:11,
18,19,20
115:11 134:15
198:13
**Costa** 63:22
66:10,21 69:6

costs  116:3
could  8:13
  10:3 25:19
  32:10,18
  40:16 43:22
  49:3 50:14
  53:25 73:1
  75:4,10,16
  78:18 82:13
  92:21 105:6,7
  107:20 108:8
  114:5 115:6,
  13 118:2
  138:24 146:4
  152:8,15,25
  153:4,15,21
  159:25 160:5,
  6 162:23
  169:22 178:11
  183:4 187:22
  197:10 202:18
  203:7 204:5
  207:6,13,22
couldn't  18:8
  87:8 112:2
  206:3 207:4
counsel  5:18
  18:14 23:20,
  23 32:5
  36:21,22,23
  37:3 46:10,
  13,15,19 93:8
  146:21 160:10
  206:15
counsel's
  13:17 102:20
count  123:1
counter-
narcotics
  197:2 198:1
countless
  166:21
countries
  173:3
country
  161:18
couple  33:24
  55:21 188:14

196:18
course  13:16
  35:25 58:5
  113:20 132:5,
  17 174:22
courses  101:4
court  5:13,15
  6:12 33:5
  48:2 49:5
  53:4 98:1,14
  100:5,15
  101:9 107:5
  137:11 159:25
  198:7 204:22
  210:8,11,13
courthouse
  53:2
courts  59:9
cover  10:5
Covington
  12:13 24:4,8
  27:18 30:8,11
  31:7
cows  141:9
created  82:11
  96:6 172:1,2,
  3
creation
  60:14 82:16
  101:10
  143:17,18,19,
  23 144:5,16,
  25
credible
  132:3,15,23
credit  96:23
criminal
  56:19 57:22
  60:24 66:23
  68:16,22
  70:16 71:3,19
  77:5 84:25
  85:23 100:10,
  23,24 110:11
crisis  9:21
  122:10 125:13
  201:17,23
  203:21

CROSS-
EXAMINATION
  192:5
crystal  41:16
  84:15 89:14
  110:18 172:24
Cuban  59:6
cumulative
  108:13
current
  179:22
custody  21:15
customs  51:7,
  13 156:24
  159:5,14
CV  17:17 18:1
  28:13
Cyrus  6:7
Córdoba
  139:21 169:20

---

**D**

D.C.  74:18
dancing
  141:19
Dante  5:22
  11:13,19,23
  12:2,3,8,14,
  18 13:7,20
  14:2,6,11,20
  15:9,17 16:6
  17:5,19 20:17
  21:11,19,23
  22:16 23:1
  24:12 25:2,3,
  12 26:2,21
  27:4 28:16
  29:1,20 30:2,
  24 31:20
  34:21,22,24
  35:5,6,17
  36:9 37:7
  38:8,16,24
  39:7,13,17,20
  40:5,11 41:6,
  23 42:4,19
  43:12,18,22

44:24 45:6
46:24 47:21,
24 48:7
49:16,21
50:25 51:2,20
52:11 53:9
54:23 60:4,
17,22 65:16,
24 67:24
69:22 71:16,
23 72:19
73:16 74:4,13
76:23 77:1,24
78:9,20,25
80:11,16
81:21,23 83:1
85:8 87:11
88:23 90:15,
22 91:4 92:5,
16 93:6,13,
16,24 94:13
97:17 98:11
99:22 102:6
103:7 104:17
105:2,18
108:2 109:17
110:23,25
111:3,14,24
112:10,13,17
115:3,13,15
116:11 117:19
118:15,21
120:21 121:20
122:12,17
124:11 125:18
126:6 127:9,
15 128:18,21
129:2,19,23
130:4,7,11,14
131:8,11,14
133:24 134:11
135:23
136:12,22
137:5,8
142:13 143:25
144:20 145:20
146:19 148:5
149:6 150:5,
11 151:3,16,

18,19,24
152:10 153:7,
18 154:7,14
155:1,8,23
156:8,22
157:17,21
158:4,20
160:2,9,12
161:4,25
162:11 164:6
165:2 166:5
167:9 168:6,
15 169:10,13
170:3 172:10,
19,25 173:22
174:2,8,11,
13,16,19,22
175:1,24
179:7 180:20
181:8,17,25
182:10 185:22
186:1 189:8
190:6,13
191:23 192:6
194:24 195:1,
8,9 196:14
200:21 201:8,
13 204:7,15
205:8 206:9
208:2,4 209:1
210:3,7,12,16
**data**  20:5
75:18 119:2,3
120:19,25
126:3,19
202:2 204:25
205:2
**date**  33:2
36:13,24
127:4 139:9
**dates**  13:2
33:17 140:25
**David**  5:10
6:17 8:10
42:25
**day**  5:6 91:10
138:10 171:19
**day-to-day**
75:4 79:17

80:9
**days**  53:7
**de**  79:10
139:21
**DEA**  7:7 11:6
13:14 25:17
54:7 56:15
57:5,6,10
60:24 61:17,
23 64:20
69:24 71:5
72:5,10
74:19,21
75:13 77:5
80:22 82:15
86:12 95:10
96:15,20
97:16,25
100:20 101:7
102:3,8,11,
12,16 103:23
104:1 108:14
113:15 116:16
118:9 119:19
132:4,5,16,
17,24 138:13
143:13 145:14
146:11 154:3
155:21
156:11,18,24
160:24 161:7,
15 173:9
175:11 193:7,
13 197:3,6,24
**DEA's**  72:14
79:13 95:3
143:21
**DEA-
INVESTIGATED**
19:19
**deal**  97:3
**dealing**
38:13,14
**deals**  162:25
163:11
**debate**  117:14
**debrief**  64:23

**debriefing**
106:19
**debriefings**
64:9 143:13
**debt**  112:25
**decade**  103:21
**December**
57:21
**decide**  13:5
48:2
**decided**  97:22
**decision**  13:5
34:10 105:7
206:1
**deep**  123:4
124:16
**defected**
140:7
**defendant**
6:11 196:4
**defendants**
6:7 54:11
64:9 143:13
173:5
**define**  9:19
85:16 91:5
**definition**
141:6
**degree**  100:22
178:5
**degrees**
100:25 101:2
**delve**  60:13
**demand**  142:24
**department**
10:20 15:5
27:8 84:21,24
86:4 96:4
102:4 120:5
191:9
**departments**
10:22
**deployed**
62:15
**deployment**
63:2,9

**deposition**
5:1,10 6:24
12:11 16:3
19:17 27:23,
24 30:13 37:5
42:7,14 43:2,
3,6 44:6,14,
17,19 45:11
46:11,17
54:19,20
55:17 93:12
173:11,19
174:18,23
176:10,16,21
178:25 179:11
180:14,24
182:3 192:22
197:20 204:8
210:20,21
**depositions**
7:6 20:15
**depth**  41:10,
11
**deputy**  75:6
**derive**  41:2,3
**derived**  50:10
124:8 132:2,
14,22 196:1
**describe**
89:22 119:1
**described**
62:16 71:9
77:8 120:12
126:21
**description**
57:24,25
65:7,14 66:5,
22 68:11 95:2
**designated**
144:22
**desk**  74:21
75:7
**destroy**  32:25
34:3,11
**destroyed**
21:21 22:10
28:8 32:15
33:6,8,23

Case 0:08-md-01916-KAM   Document 2527-10   Entered on FLSD Docket 08/15/2019   Page 74
of 131
David Gaddis, et al. - Confidential
January 17, 2019                                                    19

**destroying**
64:3
**detection**
158:24 159:18
**determination**
47:16
**determine**
14:21 90:11
93:4 131:19
157:13 189:13
190:3
**developed**
46:13 159:3
**developing**
162:3
**development**
46:20 124:16
144:25
**did** 12:3,16,
20 13:4,5
14:19 15:11
16:15 19:15,
23 20:4 21:15
22:12 23:5,8
24:10 25:24
26:6,8,16,20
27:4 29:8
30:6,13 32:6,
9,25 34:3,9,
13,19 35:5,9,
13 37:10,15,
19 38:2 41:3,
17,19 43:2,8,
16 46:11 47:9
51:17 53:25
54:5,19
55:13,17,23
57:19 58:13,
21 59:17
60:1,12 61:15
62:3,21 63:6,
7,12 65:7,13
66:2,5,6
67:11,14,23
68:5,18 69:11
70:8,14,19,
21,22,23
71:1,14 72:4,
8,9 73:2,14,

15,24 74:17,
18,25 75:25
76:14,20
79:8,9,18,23
81:11,18,21
82:4,9 83:5,
7,21 84:6
86:3 87:9
90:10,20
91:19,24
92:24 94:22
96:13 98:8
101:4 102:3,
15,18,23
103:19,22,25
104:10,24
106:16,17
107:25 108:16
109:3,12,20
114:18,19,20
116:6 118:18,
23 119:10
123:9 126:12,
17 128:25
129:1,22
130:2,16,23
131:18 132:7,
19 134:5
138:23 139:2
141:21 142:1,
19 146:16
147:6 149:15
150:25
151:12,13,14
154:22,24
155:5,13
159:23
160:12,25
162:18 163:5,
7,10,15,20,22
164:1,4,16
165:6 167:6
168:11,21
169:3,12,16,
17,24 171:3,
15 172:17
173:17 178:9
179:5,9,13
181:7,12,13,

14,24 182:7,
25 184:3
185:11,16,17,
18,19,23
186:3,5,7,13
187:3,4,7,10,
17 188:1,3,6,
8,11,20,24
190:2 191:2,3
194:8,9
198:17,25
199:21 202:6
203:2,4,7
207:1
**didn't** 17:8,9
34:4,15 52:14
83:4 87:8
90:2,5 92:13
100:2 106:11
123:1 128:14,
16 143:5
147:24 148:24
152:23 159:22
161:22 162:6
163:25 164:2
165:5 166:13
167:17 169:12
171:21 174:24
183:2 186:6,
15,19 187:6,
12,20,24,25
188:4,13
190:7 203:24
**died** 171:6
**Diego** 133:3
139:25 192:21
**differ** 38:12
**difference**
85:18 87:3
205:21
**differences**
38:15 39:6,21
40:18 49:11
**different**
40:20 97:15,
19,22 118:7
178:24 179:4
182:6,13,15,
16 194:15

**difficult**
33:16 49:24
121:10
**direct** 6:20
50:2 183:15
**directed** 50:3
**directly** 61:5
75:13 81:2
82:15
**director**
95:3,4
**disagree**
182:14 205:4
**discovered**
155:25
**discuss** 13:4
50:21
**discussed**
14:25 19:3
22:14 52:19
115:25 116:4
143:11 159:14
178:2 197:25
200:20
**discusses**
50:9
**discussing**
139:16
**discussion**
25:8 50:7
**discussions**
37:3 46:15,16
**dismantle**
135:10
**dismantling**
58:4
**disparity**
105:8
**disposal**
152:12
**disrupt**
135:11
**dissolution**
141:23
**distribute**
208:21

**distributed**
  98:24 99:7,13
**distributing**
  120:14 124:22
  194:6
**distribution**
  53:16 76:8,9
  166:16
**District**  5:13
  52:21
**divided**  74:21
**division**
  74:24
**divisions**
  10:22
**divulge**  34:25
  146:20
**do**  6:12,15
  9:16 10:13
  12:3,6,8,19,
  20 15:22
  16:11,22
  17:19 18:5,6,
  7,10 19:15
  20:4 22:8,20
  23:16 24:1,6,
  10 25:9,21
  26:1 30:14
  34:13 35:16,
  21 36:12
  38:12,20
  39:2,9 40:3,
  9,14,15 41:19
  42:23 43:1
  44:6,17,20
  45:21 46:11,
  23 47:12 48:4
  51:17 53:25
  55:17 56:11,
  18 59:16
  68:5,18 71:7,
  22 73:9 77:19
  79:9 81:7,25
  83:6,9 84:12
  86:24 87:1
  89:3,5,20
  90:6,9 91:5,
  12 97:15,22
  102:18 103:1,

11,15 104:4,
6,20 106:9,16
109:1 114:3,
5,10 115:9
119:10,15
120:1,6
121:17 125:21
127:18 128:1
129:12,14
136:9,10,11
137:25 138:6
139:12 140:22
143:16,22
144:9 145:17
147:23,24
148:3 149:19
152:5,8,25
153:4,15,21
157:1 158:23
161:22 165:3,
8,10 166:5
169:12 171:15
176:8,9,20
178:16,21
184:15 185:18
187:6 188:13,
24 189:11
190:12,14,17,
21,23 191:1
192:7,10,15
196:14 199:12
202:17
203:13,18
204:13,22
205:7,16,19,
24 206:4,16
207:16 208:17
210:11,13
**document**
  16:25 22:22
  27:17,23
  28:2,3,13,14,
  21,24 29:19
  37:15 45:25
  49:14 122:23
  124:6 125:16,
  24 127:1,4,5
  133:11 165:3,
  18 186:9,17,

20,23 189:16
191:13 199:21
200:1 201:9,
14 202:16
204:5
**documentation**
  16:22 17:14
**documentations**
  162:7
**documents**
  16:15 19:11,
  24 20:8 21:2
  23:12 28:8
  30:15,20 33:4
  51:5 55:2
  86:4,5
  127:12,15
  128:2,3,6,7
  130:20,22,24
  131:5,14,17
  133:10 162:2
  164:16
  185:12,24
  186:3,7,13,22
  187:8,11,18
  188:21
  189:12,15
  197:16 199:8,
  15,17,20
  200:4,9
  201:3,11
  202:8 205:10
**does**  9:17
  16:25 46:18
  114:14 131:20
  141:12 200:2,
  3 204:1
  205:6,24
**doesn't**
  142:11 189:25
  200:3
**doing**  6:23
  9:15 10:25
  11:5 12:15
  56:18 57:3
  61:22 63:23
  73:10 81:9
  97:19 100:13
  106:1,12

139:1 144:16,
18 149:22
157:2 162:1
208:19
**DOJ**  191:9
**dollar**  78:6
  88:5,12 95:11
  109:21 110:20
  111:10 120:7
  121:18 133:22
  134:9 136:8,
  18 137:15
  169:23 206:14
**dollars**  77:20
  85:19,20 90:1
  108:24,25
  110:4,21
  111:22 112:6,
  11,21 143:5
  207:13
**domestic**
  74:21
**Dominican**
  59:14
**Don**  140:1,8
  192:21,24
  193:2 207:9,
  11
**don't**  7:11,14
  8:8,14 24:7
  28:17 32:2
  39:19,22 40:6
  42:19 45:23
  84:1 88:4,18
  90:17 92:18,
  21 93:17 95:8
  110:6 112:13,
  18 115:7
  117:14 129:7
  130:23 134:9
  136:6 137:4
  140:24 141:2,
  5,8,18 143:3
  144:8 150:8
  158:3,6
  162:18 165:5
  166:7 170:6
  172:2 174:15
  176:10 177:6,

13 184:10
185:16 186:6
196:15 206:10
209:23 210:16
**done** 30:23
48:13 53:20
109:18 122:5,
6 130:13
166:2,11
169:7 173:18,
25 191:7
**double** 204:18
**down** 18:12
62:21 63:12
65:11,13
144:14 170:14
177:5 197:14,
22 203:10
**draft** 27:11
29:3 31:6
34:8 48:5,6
49:11,12
**drafted** 29:8
**drafting**
32:17
**drafts** 47:9,
11,12,19
**draw** 170:12
**drilled**
144:14
**drilled-down**
113:12
**drilling**
159:9
**Drive** 8:17
**drop** 109:10
**drug** 12:24
14:25 15:2,4
19:5 39:2
50:10 51:15
53:3 58:4,6
59:22,23
60:20 61:6,
21,22 64:14
67:5,17,20
68:22 69:9,
20,21 70:1,
13,20,25

72:14,17
73:3,13,18
74:2,22
75:19,22
76:2,3,8,16,
22 77:10,22
78:13,16
79:14,25
80:8,10 81:9,
12 82:1
83:23,24
84:8,14,18
85:7,12,24
86:17 90:10,
13 91:14
95:6,17 96:1
98:5 99:2,9,
20 100:10,20
106:25 108:23
109:2 111:19
112:8,24
113:10,19,24
114:7 117:23
118:2,7 119:7
120:14 121:7,
18 123:5
124:9,17
125:24 126:12
127:8 132:3,
14 133:16,17
138:4,11
139:2,16,24
142:3,9,10,23
143:20 144:9
149:24,25
154:23 158:24
159:3,5,7
161:17
166:22,23
170:16,17,19,
24 171:4,23
172:4,8,14
175:21,22
177:9,19,23
178:3,20
179:1 189:19
192:23 193:3,
4,6,10,13,23
195:21 198:10

200:18,21
202:24 206:14
207:4,7,8
208:9
**drug-related**
87:4,5 88:6
89:16 120:1,
3,7,15
**drug-
trafficking**
13:15 19:5
24:17 40:19
58:1 61:6
64:19 66:25
105:6,10
106:25 109:11
110:13 113:16
119:6 121:4
124:3 138:15,
19 141:14
143:20 147:17
149:13,14
150:21 156:13
163:3 166:18
169:2 171:14
172:15 179:18
193:25 194:2,
10 198:7
**drugs** 60:21
70:22 80:1
84:3 91:17
94:9 96:6
97:7,8 135:20
138:22
144:11,17
150:17 155:22
156:7,14,25
157:8 158:13
161:2,11,17
162:9,15
167:19,20
168:2,3
171:18 178:15
181:5,16
183:20 184:20
189:20,24
203:20 207:12
208:18

**drugs-related**
203:21
**Duarte** 24:24
**due** 180:12
**duly** 6:18
**during** 59:19,
21 60:1 67:22
68:2 69:11
70:17 72:8
73:18 74:11
75:24 80:3,25
81:7,11,18
82:4 83:7
86:8 87:15,22
97:24 101:7
120:17
135:10,21
146:11 147:21
155:20 160:24
173:6 174:22
197:3
**duties** 64:18
65:8

---

**E**

**each** 198:13
**earlier** 19:4
22:6 39:3
44:12 48:15
52:19 56:11
81:15 86:25
105:15 125:5
128:15 131:25
161:8 171:15
175:3 192:22
202:5,15
**early** 11:16,
19 15:14
24:6,23 33:12
61:9 70:18
80:21 86:9
87:23 103:20
117:5 123:8,
12,14,25
124:2 139:7
140:3 141:1
179:5 181:6

182:22,24
207:14
**earned**  149:25
**earning**  83:23
85:7 86:18
150:20
**easier**  49:4
112:23
**East**  5:8
**Eastern**  161:9
**eclectic**
116:20 130:24
**Economic**
116:8
**economics**
206:3
**Ecuador**  95:5
**edited**  200:15
**efficiency**
34:4
**efforts**
138:21
**eight**  7:6
**Eisner**  6:10
210:5
**either**  7:24
11:24 14:20
27:11 31:17
35:6 55:18
64:24 72:10
73:10 77:19
81:18 85:3
106:3 107:20
120:5 124:6
133:21 164:10
176:9 185:8
189:4 190:19,
24
**elder**  192:17
**elementary**
206:6
**ELN**  178:2
**else**  20:10
21:3 26:17
36:9 41:5
50:5 54:13
55:11 98:9

99:6,14
119:11 144:18
173:18,25
182:9 189:5
195:7
**else's**  50:18
**elsewhere**
65:4
**embed**  156:14
**employed**  9:1
**employee**
189:18
**employees**
9:12 114:22
147:7,20
189:17
**empower**
138:23 169:2
170:20 172:5
**empowered**
140:19 170:25
**empowering**
171:13
**encompass**
159:23
**encompassed**
18:10
**end**  52:5 62:6
70:8
**ended**  80:4
**ending**  140:15
195:19
**enemy**  138:13,
25 154:10
**enforcement**
96:12,20
159:5 173:2
195:25
**engaged**  140:3
**enjoyed**  66:8,
9 97:21
**enormous**
166:24
**enough**  8:6
31:24 39:23
40:11 92:22
175:18

**entered**  11:18
12:7 13:10
15:13 21:14
191:4
**enterprise**
61:2 99:16
113:16 114:15
124:4 143:20
147:17
149:13,14
150:21 172:15
**enterprises**
138:15,19
**entire**  17:16
31:18 131:12
156:10 203:4
**entirely**  89:3
182:15,16
**entirety**  28:4
114:12 146:23
**entities**
103:14
**entitled**
204:23 205:6
**entrenched**
40:23
**entrée**  164:25
**enumerate**
17:3
**enumerated**
19:6 201:5,11
**Equally**  95:24
**equipment**
92:7,9,12,20,
25
**Escobar**
139:18,25
140:10,13
142:20 171:6
192:25 207:10
**Escobar's**
140:5,16
**especially**
167:18
**essentially**
9:14 30:22
36:25 54:5
55:25 117:24

172:1 206:20
**establish**
13:17
**established**
102:1 163:3
**establishing**
162:3
**Estate**  6:5
**estimate**
105:24 120:25
132:2,14,22
208:3,15
**estimated**
55:5 183:22
**estimates**
119:1 203:20
**etc**  33:6 96:6
119:25 123:24
**Europe**  171:2
185:1 189:22
203:19
**European**
159:16
**evaluate**
14:21 91:25
**even**  87:7
92:19 101:4
109:4 111:18
113:21 117:20
118:3 126:11
149:3 156:5,
15 157:23
185:5 203:19
206:3
**eventually**
171:22 172:8,
13
**ever**  15:16
25:24 26:6
29:8 30:6,14
38:14 43:5,8,
16 56:4 83:21
86:4 90:10
92:25 100:3,
15 101:8
102:3 111:9,
10 120:6
144:14 145:18

147:6 148:18
150:2,3
151:14 154:24
155:2,6,16
160:25 161:23
163:15 164:4
191:2,3
**every** 36:8
136:13 154:15
**everyone**
210:7
**everything**
114:25 116:22
144:15,17
**evidence** 6:13
93:7,10,11
155:10,14,15,
18 157:23
158:8 160:25
163:24 164:1
184:7,8
**evolution**
142:6 170:19
**evolve** 143:2
**evolved** 124:3
139:22
140:17,18
141:13
**ex-colombian**
59:8
**exact** 86:5
87:19,20
88:1,5 120:6
139:1
**exactly** 8:12
75:2 138:2
**examination**
6:20 196:16
206:15
**examined** 6:18
**example** 10:12
61:21 77:21
87:25 89:15
90:2,13,14
111:10 135:2
142:21 161:6
**exceedingly**
182:4

**excellent**
65:1 107:8
**excessively**
109:1 154:19
**exclusively**
69:20 99:20
**excuse** 16:1
22:1 25:2
28:10 38:1
42:18 46:14
84:11 120:23
128:19 130:3
191:2
**exhibit**
15:23,25 16:8
17:9,15,16,17
18:3 19:6,9,
10,17 20:3,9,
20 21:1,2,3,9
22:15,24 23:5
27:19,22,25
28:12,21,22
29:8 30:9,10,
16 31:4
32:14,15,17
33:3,4,19,25
34:20 37:5,
11,22,25
38:6,7,20
41:1,4,19,21
42:7,10,14
44:6 48:17,19
49:13 55:22
56:7,8 86:2
87:9 89:12
106:3 125:7,
13,16 131:5,
14 162:6
165:20 170:12
173:17 180:25
183:16 184:10
185:11 187:15
188:24 197:8,
9,10 199:7,11
201:3,12
202:17 209:17
**exhibits** 16:2
128:14

**exist** 16:25
200:3
**existed** 60:11
110:10 112:3
**existence** 9:6
**expand** 138:18
169:1,6
**expanded**
95:24 168:23
169:19
**expense** 36:3
**expensive**
153:25
**experience**
7:2,9 12:24
30:22 41:5
80:14 89:25
119:6 120:20
121:3 138:1
145:7,14
163:8,10
172:8 181:20
197:1 200:5
204:4 208:24
**experienced**
39:23 40:11
208:18
**experiences**
13:14 41:9
50:12 80:22
124:19 130:21
131:21 134:6,
7 200:19
204:2
**expert** 11:12
12:4,5,21,22,
23 13:16,17,
21,25 14:1,
12,16 16:8,
11,23 17:4,12
18:14,16,23
19:13 20:9,10
21:4,16,18
22:12,14,25
24:16 25:9,25
26:9,12,16,24
27:12,19
28:14 29:11

30:1,9 31:7,
18 32:7,10,14
34:1,6,10,19
35:7,10 37:4,
6,10,16,21,
24,25 38:1,
22,23 41:18
45:20 46:12,
15,20,25
48:22,25 50:3
54:24 78:11
91:24 93:23
94:1 98:9,10,
15 100:3,8,9,
16 101:8
102:7,20
103:6 104:9,
23 106:4
116:6 120:24
124:7 126:18
131:6 143:16,
23 144:4,19,
21,22,25
146:16 147:13
150:13 155:5
158:19 159:1
162:20 165:20
168:13 179:22
180:25 185:10
190:22
195:10,18,19
196:10 199:8
204:9 205:1
206:2
**expert's**
150:7 167:10
**expertise**
98:17
**experts**
102:21 127:16
**explain**
124:15 144:4
188:3 194:1
**exploitation**
75:11
**export** 203:20
**exposed** 117:3
**exposure**
110:8 204:2

**expression**
183:3,5
**extend** 50:14
**extensive**
197:1
**extensively**
131:19
**extent** 98:11
**extorted** 72:6
83:15 94:8
**extorting**
71:22,25
81:20
**extortion**
70:17 71:19
76:6,12 77:9
78:17 81:15
83:15,16
89:17 100:3,
12 109:16
110:10 113:17
148:8,9,11
**extremely**
180:23
**eyes** 193:6

**F**

**face** 151:8
**facilitated**
183:20 184:20
**facilitating**
183:23
**facilities**
163:1 184:21
**fact** 34:22
71:5 98:8
190:3 202:15
207:25
**facto** 79:10
**facts** 78:21
92:17 93:7
**factual**
169:13 170:3
**failed** 188:5
**fair** 7:20 8:6
11:8 20:14,24

38:21 40:12
41:17 54:3
67:19 76:19
80:6 99:21
113:14 123:21
128:12 145:6
150:24,25
154:12 175:18
**fairly** 151:6
**familiar**
89:24 91:2
101:12,14
**far** 58:24,25
121:16 180:24
**FARC** 15:2
19:5 24:17
31:3 38:13
40:21 53:13
60:3,6,7,13
61:8,9,20
67:12,17
69:12,18,19
70:9,15,24
73:25 77:7
82:19 85:1,3
91:15 99:19
100:17 119:24
125:24 138:25
154:23 170:22
177:25
178:12,13,14
179:11,18
180:23 202:24
203:20
**FARC's** 99:15
**farmed** 144:12
**farmers** 102:1
**farms** 154:5,6
163:12
**fashion** 64:3
**February** 9:7
42:25 43:10
44:10,18 45:4
57:17 173:12
183:1
**federal** 49:17
58:3 59:9
64:7 69:25

98:5 133:1
**Fedex** 161:8
**feel** 34:4
76:21 137:18
158:3 165:12
187:12 191:1
206:10
**Felipe** 192:17
**felt** 159:17
**few** 7:23
192:15
**Fidel** 139:23
140:6 192:19,
20 193:11,15,
20
**field** 75:9,
12,15 197:2
**fields** 91:16,
21
**fifth** 159:2
**fighting**
82:21
**figure** 50:14
136:8 203:22
207:6,22
209:20
**figures**
203:13
**file** 16:19,23
17:4,12,14,23
18:1,3,5
19:13 20:10
21:4,16 22:8,
12,14,23
33:1,7,20
35:16 185:1
**filed** 5:13
**files** 22:10
34:8 36:17
**filings** 33:5
**final** 47:10,
20 48:6 49:12
51:3,4 96:11
115:24 159:2
**financed**
53:17

**finances**
109:25 149:3
**financial**
10:7 71:25
72:1 106:14
107:24 108:17
111:22 167:4
**find** 25:24
87:1 167:17
169:16
**findings**
164:24
**fine** 8:16
40:2 202:7
**fingers** 143:4
**finish**
128:19,21
129:19,23
130:4,12
137:12 160:3
168:16 179:21
180:5
**finished**
55:15
**firearms**
152:13
**firm** 11:24
12:12,13
**first** 6:18
11:11 12:2,14
24:1 40:20
48:5 50:8
58:13 107:17
122:13,22
138:9 162:24
163:7 166:6
170:16 171:4,
23 184:16
187:17 193:12
197:19 199:21
200:18 202:24
207:3,18,19
**five** 47:7,8
79:20 159:2
**five-minute**
183:6
**Fleet** 185:3

flew 54:21
Florida 5:2,
  9,14 56:20
  57:8 58:18,24
flying 55:23
focal 192:13
focus 60:1,
  12,20 61:24
  64:13,14,19
  67:5,11,23
  69:8,11,19
  70:21 71:10,
  14 72:16
  73:2,15 74:7,
  9 79:23 80:2
  96:5 100:20
  107:17 112:1
  113:19,23
  143:21 148:1,
  25 149:8,16
  150:12 151:17
  163:18 164:8
  169:24 179:17
focused 18:13
  58:6 59:22
  61:20,21
  62:16 63:24
  67:9 69:24
  70:12 79:25
  81:5 82:1
  84:25 95:6,17
  96:1 97:7
  100:10 136:24
  138:21 143:18
  149:15 152:1
  180:18,22
  181:3,4
focusing 15:2
  19:4 31:3
  61:18 63:4
  95:3 97:9
  179:11
follow 9:24
  10:20 65:2
  115:24 177:6
follow-up
  35:5 179:25
  196:18

Following
  140:4
follows 6:19
food 114:24
footnote 50:9
  52:6 122:9
  124:6 184:21
  185:12,14,16,
  17,19,23,24
  187:18
  188:17,25
  189:13 197:19
  201:16,19
  202:1
footnoted
  125:17
footnotes
  128:2 186:4,
  5,8,13,14,15,
  19 187:3,6,
  21,25 188:5,
  6,7,16,22
  189:6 190:8,
  19
for 5:9,19
  6:1,11 8:2,8
  9:19,23 10:3,
  5,7,10,13,19
  11:24 12:12
  14:8,16,21
  15:9 16:3,9
  17:3 18:16
  21:4,11
  23:20,25
  25:11 27:20
  28:6,22 29:18
  32:24 35:4,6,
  11,21 37:5
  38:15 41:18
  42:7 44:13
  46:11 51:21
  53:4,16,17
  54:18,20
  55:14,16
  56:2,4 58:20
  59:9 61:20
  62:1,13
  66:10,12
  68:12,15

74:25 75:6,8,
  11,12,15
  76:22 77:21
  84:11 85:16
  86:2,24 87:3,
  5,10 89:22
  90:1,5,13,14,
  20,24 91:22
  92:3,13,14
  93:3 94:9
  95:16,24
  96:20,21
  97:11,16
  98:12 103:12
  110:4 111:10,
  12 112:7,25
  113:4,7
  114:21,24,25
  116:11 117:5
  118:18,21
  119:4,23
  120:7,13
  121:18,19
  122:7 124:21
  125:1,14
  126:3,4,19,24
  127:7 130:22
  131:17,25
  133:14 134:15
  135:2,17,20
  136:7,10,11,
  17 137:12,16
  138:4 142:21,
  24 143:25
  144:20 145:13
  146:16 148:4,
  6,19 149:4
  150:4 151:2,
  12,13 152:5
  154:3,25
  155:22 157:15
  158:17 161:21
  162:19,23
  163:12,23
  164:13 165:21
  166:23 168:25
  170:18 171:3,
  15,18 172:6
  173:17 182:8

183:21 184:2,
  5,6 185:10
  187:16 191:23
  195:8,12
  197:14,15
  198:7,25
  199:11,20
  200:9,10
  201:25 202:10
  203:20 205:1
  206:14,24
  207:3,16,25
force 204:20
forces 140:7
foreign 97:2
  116:16 173:3
foremost
  170:16 171:4,
  23 200:18
forensic
  101:2 116:8
forget 28:22
  135:17
form 11:13
  13:7 14:2
  17:5 20:17
  21:6,19 22:16
  23:1 25:3,12
  26:21 28:16
  29:1,14,20
  30:2,24 31:20
  34:21 35:17
  37:7,15 38:8,
  16,24 39:7,13
  40:2 41:6,23
  43:12,18
  44:24 45:6
  48:7 49:16
  51:20 52:11
  60:4,17 65:16
  67:24 69:22
  71:16,23
  72:19 73:16
  74:4,13 76:23
  77:25 78:9,20
  80:11,16 83:1
  85:8 87:11
  88:23 90:15,
  22 91:4 92:5,

16 93:6,24
94:13 97:17
99:22 102:6
103:7 104:11,
17 105:2,18
108:2 110:25
111:14,24
112:10 115:3
116:11 117:19
118:15,19,21
120:21 121:20
122:12 124:11
126:6 127:9
129:2 131:8
133:24 134:11
135:23
136:12,22
137:5,17
140:9 142:13
143:25 144:20
145:20 146:19
148:5 149:3,6
150:5 151:3,
16,24 152:10
153:7,18
154:7,14
155:1,8,23
156:8,22
157:1,21
158:20 159:24
160:16 161:4,
25 162:11
164:6 165:2
167:9 168:6
169:10,13
170:3 172:10,
19,25 173:21,
22 174:1,2,8
175:24 179:7
180:20 181:8,
17,25 182:10
189:8 190:6,
13 194:21
195:4 199:25
201:8 204:7,
15 205:8
206:9 208:4
209:1

**format** 32:16
  34:8
**formation**
  193:2,9,15
  194:18,23
  195:2
**formed** 82:18
  139:12,18
  140:23 141:1
  195:16 207:10
**former** 118:7
  147:20
**formidable**
  138:13,25
**forms** 77:6
**formulate**
  116:7 117:10,
  17 118:20
**formulating**
  116:6
**Fort** 5:8
  62:14
**forth** 40:25
  122:8 201:12
**forward** 26:17
  97:18
**forwarded**
  63:3
**forwarding**
  64:11
**found** 113:16,
  17 156:7,11
  166:15 170:22
**foundation**
  67:24 74:5
  91:4 92:16
  93:6 157:22
  158:21 162:11
  168:6 200:10
**founded**
  192:8,11,14
**founders**
  193:20
**founding**
  139:20 192:16
**four** 116:21
  129:6

**frame** 11:16
  24:24 25:6
  33:11,18 62:8
  63:11 67:2
  68:2 80:25
  82:9 83:8
  87:15 135:4
  139:8 141:13,
  20 145:23
  146:6 147:21
  155:20 160:24
  172:18 182:7,
  8
**frames** 54:11
  175:20 182:14
**Frank** 5:22
**frankly** 196:4
  207:21
**Freidheim** 6:7
**frequently**
  156:10 157:10
**fresh** 16:3,5,
  6 23:12
**from** 5:22
  10:10 11:9
  12:25 13:3,
  12,13 14:20
  15:17 18:14,
  15 20:25
  21:11,17
  22:8,11,12
  27:9 30:21
  32:7,15 41:2,
  3 42:14 43:25
  50:10,11
  53:7,13 54:21
  56:14,23,24
  57:11 61:11,
  17 64:9 65:3
  66:16 67:3,15
  70:14 71:19,
  24 75:8,13
  77:10,12
  78:24 79:1,2
  80:1,5,18
  85:11,24 86:7
  87:21 94:25
  95:9,10 96:3
  102:16,21

103:13 104:7
106:3,11
107:25 108:9,
16 109:13,15,
22 112:8,24
113:24 114:12
115:18,23
116:20,22
117:23 119:18
120:5,17
122:23 124:2,
8,16,19
125:25 126:1,
12,14 130:19
131:20 132:2,
14 133:16
135:15 137:24
138:10,21
139:11,22
140:7 141:5,
13 142:8,9
143:12 147:10
149:4 150:4,
20 152:6
153:6 157:6,
13 159:8
160:10 164:16
171:19 173:3
176:16 177:25
178:14,24
180:8 183:10
184:21 187:11
188:11,12,24
189:19 190:17
192:1 194:10,
15 195:14,21,
25 196:1
197:23,25
198:10,11
199:22 200:2,
19,21 202:16,
23 203:11
204:25 206:15
**front** 38:1
  112:19 125:21
  180:19 202:17
**full** 8:8 45:5
  184:16

fully  188:2
funded  140:14
funding  79:21
 138:4
funds  153:5
further  13:4
 144:4 170:25
 191:20 196:12
 209:23

---

G

G-A-D-D-I-S
 8:10
G-GLOBAL  9:4
 56:10
Gables  58:8
Gaddis  5:10
 6:17,22 8:10,
 11 40:9 42:25
 44:5 66:21
 115:23 121:9
 128:12 131:1
 147:18 149:12
 152:17 159:20
 160:6 166:3
 169:5 170:9
 175:6,8 177:7
 180:12 183:15
 191:21 192:7
 195:10
 196:12,19
 199:19 204:20
 209:21
gained  139:19
gaining  68:25
garnered  84:8
 112:24 120:17
gather
 128:14,25
 130:16
gathered
 128:14
gathering
 70:8 75:19
gave  45:3,4,
 18 90:3,6
 105:15

110:19,20
111:10 125:12
158:24 168:1,
2 173:11
176:10,21
179:4 180:17,
18 181:6
182:6,7
199:9,10,22
204:12 205:23
general  89:19
99:1 135:8
175:13 196:3
general's
184:25
generalities
112:7 113:7
generally
18:10 24:24
25:6 29:5
48:10 58:21
79:18 97:8
112:1 113:19
132:3,15
generals
135:8
generated
135:19,20
143:7
generating
108:19 142:1
198:10 207:21
208:9
generic
148:15,17
genesis
171:18,25
geographic
171:13 208:19
Georgia
57:10,14
62:14 79:12
get  11:3,10
23:22 39:22
51:9 63:11
64:2 84:13
86:5 91:16
96:3 99:3

117:14 127:24
131:3 145:8
168:12 188:11
206:19,21
207:1
getting  20:5
120:6 139:7
Gil  198:8
give  6:13
8:14 10:12
13:2 33:17
36:14,21 40:4
47:21 48:1
49:13 78:18
86:5 87:24,25
101:9 109:4
110:3 114:1,2
115:6 123:20
125:11 126:19
127:6 136:5,
7,19 137:15,
22 139:8,9
162:7 164:4
165:19 170:9
177:13 179:14
181:14 198:25
202:14 206:7,
10
give-or-take
136:6
given  44:9
90:13 97:19
111:12 116:23
123:4 124:15
134:25 181:4
202:9
gives  106:23
127:5
giving  12:11
131:1 134:17
135:15 137:4,
21 162:5
Gjullin  6:2
42:16
glean  86:24
gleaned  67:15
118:8

global  76:8
97:11,12
globally
96:15
go  15:25 20:4
30:14 39:9
41:18,19
47:10 49:21
53:12 56:7
57:16 64:22
65:13 82:5,6
86:4 90:2
94:23 115:5
122:2 123:1,
18,23 125:23
126:25 127:22
128:16,25
132:1 138:3
139:13,16
167:16 179:8,
21 184:12
188:20 194:14
197:9 199:5,
11 200:11
202:18
goes  150:6
205:2
going  7:18
23:20 26:24,
25 34:24
36:20 39:25
43:23 47:18,
20,21 49:16
66:12 80:2,5,
9 82:5 104:17
107:4 115:3
119:19 122:21
123:3 126:11
130:7 131:3
135:4 144:10
164:20 167:3
177:5 179:25
180:1,3,4,6
188:14 191:24
197:14 205:20
210:1,17
gone  145:8
188:15

good  5:5,20,
  22 6:22,23
  76:21 86:23
  159:18
goods  161:3
Google  53:24
  54:5 188:14
Googled
  106:10 117:7
Gordo  133:3
got  12:8
  17:21 27:2
  39:11 57:23
  121:10 139:8
  146:8,15
  150:23 168:16
  170:1 172:7
  174:14,15
  175:2,21,22
  178:25 179:1
  181:15
  202:21,23
government
  33:5 97:20
  138:14 141:24
  191:5 198:2,5
  202:2 203:14
governments
  116:16 140:25
graduate
  57:19
graduated
  57:11
graduation
  57:15
great  97:3
  185:2
greater  185:5
gross  86:14,
  16 88:19
  89:16 111:11
  206:20
group  12:25
  15:3 64:21
  71:2 73:7,20
  82:20 101:12,
  25 122:10
  140:13,14

177:12,22
  201:17 203:22
groups  109:3
  120:8
grow  124:22
  143:2 167:20
guard  10:23
Guatemala
  63:8 65:22
guerrilla
  15:3 40:21
  82:20
guess  80:1
  95:10 97:14
  107:21 114:22
  166:23 184:16
  191:4
guns  152:8,25
  153:5,9,12,13
guy  165:14,15
guys  16:2
  193:22

————————————

## H

H-E-R-M-I-L-L-
O  68:14
had  6:24 7:5,
  8 11:18,23
  12:7 13:21
  14:12 15:13,
  16,19 19:3
  21:12,13,21
  25:20 34:5
  37:25 46:13,
  14,16 48:14,
  25 50:21
  53:20 55:21,
  24 56:1 57:11
  59:1,3,6 66:8
  67:18 69:6
  76:21 80:8,20
  82:20 86:25
  91:10,15 93:3
  96:19,20
  97:19 98:1
  106:1,2
  109:7,12

110:2 115:25
  123:16 126:21
  128:7 133:15
  135:5 146:17
  147:23
  152:12,22
  155:17,24
  159:9,13,15,
  17 162:2,13
  164:1 168:4,
  23 169:19
  171:6 177:9,
  19 189:15,20,
  22 192:22
  195:11,20
  198:2,9
  200:20
  208:19,20
  209:4
Haiti  59:14
hand  17:16
  18:5,11,13
  20:8 21:3
  23:16,21
  27:22 42:3,10
  69:2
handed  176:15
handing
  176:11
hands  204:5
happen  93:19
  172:17 187:6
happened  62:2
  93:18 178:17
  191:11
happening
  157:10
happens
  157:10
happy  7:15
  13:25 23:23
  36:23 47:23
hard  20:4
  43:5 90:1
  131:1 137:15
  204:24
harvested
  98:22

has  9:5 53:1
  118:4 138:4
  167:19,20
  184:19
have  8:21
  10:16 15:14,
  22 16:4,11,22
  17:13 18:5
  19:12,24
  21:15 22:8,12
  24:4,5 29:24
  30:20 31:13,
  23 35:5,9,16
  36:17,21
  37:15 38:14,
  18 40:1 42:6,
  21 43:5
  47:12,16 49:5
  51:17 56:4
  61:12 62:8
  71:14 73:9
  74:9 76:21
  77:3 78:12
  82:24 83:9
  84:7,22 87:17
  89:18 90:5
  91:15 92:6,
  13,19 94:2
  100:22 103:1
  105:25 106:9,
  13 107:3,14
  108:9 111:18,
  20 112:5,6,
  18,22,23,24
  113:12 115:7,
  9 117:21
  118:2,24
  120:6 123:6
  124:18 125:9,
  21 126:25
  127:6 129:19,
  23 130:4
  134:3,9 135:1
  140:24,25
  144:14 145:8,
  9,17,18
  147:14,19
  148:18 151:21
  152:17,25

153:10
155:14,15
157:16,23
158:7,18
159:9 160:20
161:9,10
162:13 163:24
164:2 165:8,
25 168:4
169:7 173:9
174:15 176:9
183:4 185:3
188:15 190:10
191:13,20
194:8,12
196:12,14
202:17 204:2,
17,21,22
206:19,23
207:4,6,14,
17,18,22
208:13,14
209:23 210:3
**haven't**
145:16 150:23
152:1 173:16,
18,24 189:11
**having** 6:18
13:16 30:13
157:6,8 200:4
**he** 12:4,20,22
17:7 25:25
53:1,16 65:17
66:13 117:22,
25 118:1,4
129:5 142:21
160:12 166:8
167:11
168:15,16
184:6,15
185:23 192:24
193:4,6
198:16,17,24,
25 207:9
208:5
**he's** 130:6,9
144:22 166:9
167:11
174:14,15

**head** 68:7
153:24 170:14
**headquarters**
74:19
**hear** 7:24
39:16 52:14
83:7 129:7,8
137:11 141:5
148:24
**heard** 107:3
155:24 167:13
**hearing**
133:21
**heavy** 92:7
94:8
**help** 34:19
46:18 112:2
127:19 168:12
194:16 200:10
204:23
**helped** 68:19
169:6
**helpful** 94:20
**hence** 59:14
105:9
**her** 28:25
**here** 5:8 7:23
17:2,12 20:11
21:1 29:24
32:2 39:5
44:6,21,23
46:23 54:19
55:14,22
78:7,18 81:23
83:9 85:3
87:18 104:4
111:7 114:10
122:8 127:6
128:2,13
134:8 135:18
137:3 144:7
148:3 151:21
154:2 156:5
166:21 169:22
176:11,18
178:25 181:15
182:23 190:4
192:10 199:19

205:11
207:16,24
210:4,5,6
**Hermosillo**
68:13 73:20
**heroin** 203:16
**high-ranking**
198:2
**higher** 50:15
118:3
**highlight**
23:9
**highlighting**
23:13
**highly** 203:21
**Hills** 6:5
**him** 26:6 39:9
48:1 125:12
127:12,17
129:19,23
130:4,8,12
137:12
164:11,12
165:3 166:5,7
**himself**
117:21 118:4
133:13 198:9
**hired** 56:18,
19 57:6,10,
14,17 178:12
**his** 15:18
24:13 26:22,
24 31:21
32:18 85:9
88:24 102:7
120:22
129:19,23
130:4 131:9
137:12 139:25
164:9,24
168:16 172:11
189:14 193:1
198:19,24
199:3 201:9
206:15
**historical**
106:10

**historically**
11:8
**history** 58:11
82:8,11 101:9
133:21
143:17,18,19,
24 144:15
**hold** 51:9
74:25 127:24
143:16,23
**holes** 159:10
**holistic**
117:20
**home** 8:24,25
16:17,18
36:18 47:15
**hopefully** 8:3
**horrific**
154:13,16
**hour** 35:21
113:4
**hours** 55:14
**housing**
114:24 154:25
155:7
**how** 6:22 8:21
9:5 12:8
15:10 18:7,8
23:16 31:8
35:9,21 36:2
38:12 45:21
46:19,23 47:9
48:10 55:13
58:11,13
60:14,21
62:21 63:15
65:6,13 74:25
78:13 82:11,
13 86:21
88:14 91:5
92:8 96:6
98:21,22,23
99:3,7 103:17
104:6 108:11
109:20 110:4
117:16 141:25
142:5 144:10,
11 147:9

152:8,25
153:4,12,15,
21 170:19
171:3 173:9
175:22 187:22
189:11 194:13
198:11,13
200:23 206:3
**however** 70:2
111:8
**hugely** 53:15
167:3
**hull** 157:8
**hulls** 185:8
**hundreds**
53:14 85:19
207:12
**Huntsville**
57:12,13,20
**hydrochloride**
61:11
**hypothetical**
93:25 94:14,
15 157:22
158:21 168:7
169:14 170:4
204:23,24
205:9,14,15
**hypothetically**
92:11,20
93:19 157:12
158:2,15
168:1 204:11
**hypotheticals**
158:5

---

**I**

---

**I'D** 47:23
119:18 146:20
170:11
**I'LL** 7:15
11:3 13:25
18:18 40:3
42:21 120:23
122:2 127:23
137:12 139:13
141:10 194:24

197:17 203:10
**I'M** 6:23 7:18
8:12 9:7 13:2
16:1 17:11
22:4 26:14
27:2 28:22
33:3,16 34:24
36:23 39:11,
23 40:3 41:3
42:18 47:14,
25 49:16
51:3,18 52:20
53:12,21
56:24 63:7
64:2 65:9
77:17 78:16
82:5 84:21
86:13 87:24
92:18 98:1
101:15 102:10
104:17,23
107:4,13
109:18 110:14
112:14,15,21,
25 113:1
115:3 121:12
122:3,6
124:16,19
125:9 130:7
131:1,3,10
132:8,10,24
133:23
134:17,18
135:15 136:17
140:11 141:9
142:16 144:3,
19 145:3,6,8
146:4,10
147:9,11,13,
15 148:11,14,
16,17,18,24
150:1 151:8,
11,12 155:15,
17 158:2
159:2 161:5,
19 163:13
165:11,13
166:12 167:13
172:3,24

175:2 177:3,
13,17 179:20,
25 180:18
181:3,4
184:22 185:25
187:25 188:17
191:8,11
192:20 195:5
196:15
197:12,22
199:2 200:6,8
201:4 203:10
204:23 205:3,
6,22 206:2,18
207:19 208:11
**I'VE** 7:5,14
10:3,5,7
13:24 17:21
115:10
136:16,21,23
137:18 150:24
152:18 157:5
184:8 192:12
**i.e.** 15:17
89:17 107:1
**idea** 106:23
**identification**
16:9 27:20
42:8 125:14
165:21
**identified**
41:21 67:18
98:8,17
126:18
**identifies**
16:23
**identify**
17:2,12 18:16
41:2 126:24
127:25 190:24
197:15 199:20
200:9
**if** 7:14,18,24
8:13,14 10:23
12:6 14:6
15:6 16:2,23
23:11,25
24:15,20
25:20 26:17

27:2,16 28:21
30:10,22 31:6
32:10,16
33:21 36:7
39:11 40:2
42:19 44:12
45:24 47:10,
16,18,23 49:4
54:20 56:17
59:23 60:13
61:2 64:13
69:8,21 70:2,
13,20 71:2
73:4,6 74:2
76:21 78:5
80:8 85:2
86:20 88:4
89:9,15 90:1
92:14 93:2,16
94:5 101:9,
15,20 105:12,
19 108:6
111:8 113:16,
17 114:1
116:21 118:25
122:2 125:23
126:10
127:19,20
131:19 134:23
135:2,5,21
136:7 137:15
144:3 148:16
155:17
157:12,19
158:16 159:10
162:23 164:2
165:12 167:1
168:1,17,22
169:5,8 170:1
171:17 172:9
173:16 177:6
188:25
189:11,19
190:3,16
196:20 197:9
200:17 201:2
205:5,15,20,
22 206:18
207:1,16

ignore  188:1,
  3,4
ignored  189:5
  190:20,24
illegal  121:7
  123:5 124:17
  138:22 183:20
  184:20
imagine
  114:25 175:14
immediately
  54:22 57:15
  139:19 171:5
  172:5,14,18
impacts  116:2
important
  93:3 167:17
  168:25 169:25
  170:6 175:23
  176:5
impossible
  136:9 153:11
in  5:3,11,13
  7:2,23 8:24,
  25 9:5,9,15,
  19,21 11:4,
  11,12,15,19,
  25 12:5,10,
  18,21,25
  13:6,14,21,
  24,25 14:13
  15:3,10,23
  16:4,18 17:4,
  7 19:4,6,10,
  15,25 20:1,3,
  9,15 21:3,15
  22:25 23:5
  24:5,13,17
  26:3,16,22,25
  27:9,13,24
  28:3,4,13,25
  29:4,11,12
  30:9,10,14,
  15,19 31:3,4,
  14,17,18,19,
  21,24 32:6,9,
  10,14 33:3,4,
  20,21,23
  34:8,22 35:24

36:13,24
37:6,15,17
38:1,12,13,
  14,15,22
39:3,10 40:25
41:9,21 43:6,
  10 44:10
45:4,20,22
46:20,25
47:12,19
48:17,22
50:1,3,6,7,
  11,15 51:6,
  14,19 52:24
53:2,16,18
54:1,10,21
55:22 56:1,7,
  17,22 57:3,7,
  9,10,11,12,
  13,16,17,18,
  20,21 58:5,8,
  13,18,24
59:3,8,9,22
60:1,2 61:5,
  9,10,12,19,23
62:2,7,18
63:1,3,12,22,
  24 64:3,16,17
65:1,2,11,12,
  13,21,22
66:2,6,9,10
67:2,11,18
68:8,11,12,
  13,17,18,23
69:2,5,6,11
70:16 71:4,5,
  7,9,13 72:4,
  8,13,16,17,21
73:11,13,20,
  24 74:17,19,
  21 75:1,9
76:7,10,14,
  15,20 77:3,7
78:12,17
79:4,10,11,
  12,13,20
80:2,7,21
81:8,9 82:8,
  9,14 83:20,23

84:1,15,17
85:7,15,24
86:3,24 87:4,
  14 88:4,17
89:4,5,6,7,
  19,20 90:1,4,
  10,12,21,24
91:16,19,20,
  25 92:2,12
93:7,9,10,11,
  23 94:2
95:10,20
96:5,8,10,13,
  20,22,23,25
97:13,25
98:1,5,7,14,
  17,19,21
100:2,4,8,15,
  20,22,23,25
101:2,4,8
102:1,19
104:9,10,24
105:4,12,15
106:1,21
107:12 108:7,
  14 109:10,14,
  23,24 110:4,
  12,17 111:12
112:6,8,19
113:20 114:1,
  10,12,15
115:9 116:1,
  3,6,10,14,18
117:5,9,17,
  20,21 118:1,
  12,18,19,24
119:2,5,6,19,
  21 120:4,12,
  14,24 121:2,
  7,12,17 122:8
123:4,7,12,
  13,14 124:9,
  14,17,20,24
125:21 126:8,
  11,18,21
127:7 128:8,
  10 131:6,14,
  16,19,20
132:1,5,13,17

133:7,15,17,
  21 134:6,16,
  21,24 135:3,
  9,18,21
136:16,19,24
137:3 138:2,
  3,23 139:2,7,
  11,13,15,18,
  20 140:2,3,6,
  15 141:1,2,8,
  13,17,18
142:2,9,10,22
143:7,16,23
144:5,10,16,
  17,19,25
145:8,14
146:17,23,24
147:3,13,14,
  16 148:1
149:2,8,15,
  20,23,24,25
150:7,11,12,
  14,16,18
153:10,25
154:4,5,10
155:5 156:4,
  5,6,11,19,25
157:1,2,5,6,
  8,15,19
158:19,25
159:7,9,12,
  13,15,23
161:1,13,15,
  22 162:1,2,5,
  6,8,9,16
163:2,10,13,
  21 164:19,20,
  23 166:13,17,
  19,22 167:7,
  18 168:13,21
169:1,6
170:15,17,22,
  24 171:1,6,
  11,12 172:3
173:11,18
174:3 175:10,
  13,16,21,22
176:11,14,21
177:10,19,23

178:3,15,18,
19,20,25
179:1,3,5,9,
23 180:13,19,
23 181:5,16
183:18,22
185:4,10,24
186:4,14,16,
19,20,23
187:14,15,18
188:7,16,22,
25 189:12,14,
18,22,24
190:3,18,19,
22 192:22
193:6,9,22,24
194:2,4,5,13,
17 195:10,14,
18,19,24
196:5,10,22,
25 197:1,3,7,
8,25 198:5,6,
7,16,25
200:14,19,24
201:2,3,6,11,
12,16 202:2,
15,17,24
203:15,16,18,
24 204:5,8,24
205:1,13
206:2,15,19,
21 207:4,7,
12,18 208:1,
18,19,24
209:3,4,10,13
**in-kind**
183:22
**in-person**
55:18
**Inc** 5:12,24
**inception**
142:8
**incidents**
98:7 190:4
**include** 10:23
58:1 61:7
71:4,7 76:19
107:22 169:8
189:16 203:8,

24
**included**
105:21 113:20
146:24 185:6
**including**
10:16 116:24
173:3,4
**income** 74:11
85:24 93:4
113:8 117:23
125:24 132:2,
14,22 135:19
157:20 202:3,
24 203:21
**Incomplete**
93:25 94:14,
15 158:21
168:7 169:14
170:4 205:9
**Incompletely**
157:22
**incorporated**
38:23
**incorrect**
182:4
**increasing**
126:12 127:8
**indicate**
185:1
**indicated**
78:3 105:5
**indicates**
145:19 205:2
**Indicating**
51:1 176:12
**indicted** 54:1
**indictment**
59:9 198:6
**indictments**
58:4 113:22
133:1
**individual**
167:2
**individuals**
72:2 107:25
109:4 110:19
133:5,6 195:6

**industrial**
92:2,25
**industry**
61:22 70:20
73:3 75:19,23
80:8,10 81:9,
12 83:23
84:10 86:17
90:10 95:18
96:1 97:7
99:20 112:9,
25 113:10
114:7 115:1
119:6 121:4
159:6 166:22
**influences**
208:17
**inform** 76:14
**informants**
64:23 67:16
106:19
107:18,20,21
109:3,20
111:9,19
112:8 113:9
196:4
**information**
13:12,13
18:11 38:21
41:11 64:11,
23 65:1 67:16
70:9,13 71:6,
7 75:10,13,18
76:5 77:6
78:1,2,13
80:24 87:1
92:8,19 93:22
94:2,5,11,18
105:25 106:2,
10,20,23
107:13,16
108:13 110:2,
9 115:7
116:17,19,22
120:12 121:5
125:25 126:21
127:5 128:9
130:21,25
131:19 133:15

139:6,10
146:23 147:3
149:16 155:18
159:15 164:4,
19 170:1
181:21
190:18,24
196:1,3,7,9,
20 197:3,4
199:10,17,24
200:24 202:23
204:1,17
206:1 209:5,
9,14
**informed**
80:23 155:2
**infrastructure**
60:15 92:3
111:22
**initial** 26:8
29:2 35:4
**initially**
140:17
**initiate**
75:16 157:2
**initiatives**
198:4
**inner** 101:10
**innocent**
157:4
**inquire** 151:1
**insignificant**
105:9 149:21,
25 150:19
152:4 166:20
**instance** 10:3
**instead**
133:19 204:13
205:23
**institute**
116:7
**instruct**
34:24 164:7
**instruction**
62:13
**Insurance**
10:8

intellectual
  10:17
intelligence
  61:16 64:5,6,
  8 67:15 69:1
  70:5,10 71:4,
  24 73:12
  75:8,10,14
  76:5 77:4,13
  80:19,24
  82:10,14,23
  83:21 84:6
  90:18 106:18
  110:9 116:15
  118:8 123:6
  132:4,16
  173:3,6
  184:24 195:25
  196:3 204:3
intend  149:19
intended
  53:16 138:10
  148:1 171:19
intending
  147:13
intensive
  62:12,13
intent  138:23
intention
  120:9 187:5
intentionally
  188:4
inter  197:2
interagency
  75:14 82:15
  116:16 196:1
interdicted
  161:10,11
  189:21
interdiction
  63:5 159:4
interest
  80:20 151:14
interested
  24:16 61:23
  118:1 150:2
  166:19 170:22

interests
  97:2
internal
  189:16
international
  5:12,24
  74:20,23,24
  75:6 84:14
  85:11 122:9
  125:13 170:25
  201:16,23
interrupting
  84:11
into  11:3,10,
  18 12:7 13:11
  15:13 21:14
  38:23 39:23
  53:14 59:10
  60:13 63:3
  69:18 87:23
  104:10 105:12
  113:14 117:14
  119:25 123:17
  139:22 141:14
  142:22 143:1,
  2 154:24
  155:6 158:18
  160:21 161:17
  164:25 167:2
  168:11 178:20
  182:22
  203:13,18
intra-agency
  61:17 197:2
invest  72:9
investigate
  57:25 58:21
  75:25 90:11,
  20 162:19
  163:15 190:2
investigated
  58:22
investigating
  59:4
investigation
  64:11 70:2,3
  79:21 97:1
  113:15,21

157:2,3
  198:12
investigations
  10:10 13:14
  31:2 41:9,13
  54:2 58:2
  60:25 66:24
  67:8,18
  68:15,20,21,
  22 69:5 75:16
  77:5 81:2,4
  86:8,10,12,24
  87:21 95:4
  96:14 97:9
  107:14 108:14
  116:25 132:6,
  18,25 145:15
  198:3,5
  200:20
investigative
  10:15 19:18
  61:3 73:5
  79:21
investigator
  56:20 64:25
  65:5 66:23
  156:24
investigators
  64:21 68:16
invoice  36:3
involve  96:13
involved  9:15
  12:10,11 13:6
  19:19 25:9
  27:7 31:2
  54:7 61:5
  70:16 72:17
  73:13 91:20
  97:2 123:17
  134:6 135:9,
  21 139:2,7
  144:16 147:7,
  21 150:17
  161:13 162:14
  166:24
  175:21,22
  178:3,6,9,10,
  19 179:1
  181:5,16

185:3 198:5
involvement
  15:3 59:21
  67:20 123:4
  194:2
involving
  10:16 15:1
  40:20,21,22
  80:22 99:1,15
  161:7 181:22
irrespective
  14:15 96:5
is  5:6,7,11,
  12,15,16 6:25
  7:19 8:13,19,
  20 9:3,14,20
  11:8 14:8
  16:19,23
  17:16,23
  18:1,3,10
  19:10 20:3,5,
  9 21:4,5
  22:23,24
  27:23 28:13
  29:5,17
  30:16,19,22
  32:17 34:1
  36:4,24
  37:11,25
  39:12,13
  40:2,3 41:21
  42:14,15
  44:10,14
  45:5,18 46:10
  50:8,12,14
  53:2,8 56:8
  60:12,25 67:2
  68:13 69:9,
  16,24 70:23
  71:2,10 73:8
  74:11 76:25
  78:15,19
  79:16 82:16
  83:12,13,17,
  22 84:16
  85:6,18
  86:13,17,24
  88:9,20,22
  89:2,16 93:12

94:5 98:3
99:20 100:7
103:4 105:14,
15,23 106:18
111:8,11
113:14 114:8
117:9,15,21
118:6 119:2
120:20 122:8,
14,23 123:3,
13,20 124:15
125:16,25
126:4,8,17
127:4,11,12
128:3 129:8,
11 130:10,16
131:2,4,5
134:2,4,10,21
135:18,21
136:2,19
137:3 139:6
142:19 143:8,
22 144:21
145:25
147:15,25
149:5,15,24
150:25 151:2,
20,22 154:16
155:2 158:16,
17 159:3
161:24 162:9
163:7 166:20
167:5,14,17,
23 168:3,25
169:5 171:18,
24,25 172:7,
24 175:10,23
176:5,20
178:3 181:21
182:21,22
185:22 188:17
189:2,14
191:17 192:13
193:24 194:18
195:12,21,23,
25 196:6,8
197:10 198:19
199:24 200:3,
8,13,22,24

201:2,6,11
202:1,9 203:9
204:4,6,12,24
205:5,13
206:7 207:19
208:10,11,15,
23,24 210:17
**isn't** 41:21
93:23 133:11
**isolate** 17:9
**issue** 93:3
162:19 163:15
169:7 198:16
**issues** 10:16
116:4 133:22
158:7 175:12
**it** 7:15,18
8:20 11:23
16:19 17:7
18:7 20:2
22:12 24:22
27:18 28:4,20
29:17 30:7
33:12,17
34:3,5,7,8,15
36:22,24
37:19 38:23
40:6 42:24
43:8 45:17
46:5 47:10
48:1,2 49:1,
2,4 50:6,9,
14,19,23
51:21 53:1,14
55:8,23,24,25
58:9 59:13,15
60:6 61:20,
21,22 63:2
64:8,21 65:2
66:6,11 67:7,
19 69:14
71:1,13 72:12
73:8,15 74:6,
9,18 75:2,15
76:2,3,14,19
77:3 78:25
80:6 81:14
82:7 85:2
87:3 89:9,11

90:5 91:11
92:13 93:10,
11,23 94:20
95:25 96:22
97:10,11
98:11,22,23,
24 99:7,19
101:15,19,20,
21 102:21
103:11 104:20
105:9,12,19
106:20,21
107:3,5,20,24
108:8 109:1
110:9,10,12
111:8,25
112:3,22
113:8,20
114:14,18,19,
20 115:11
116:2,9,20,
23,24 117:15
118:2 119:14,
25 120:3
122:5 123:16
124:23 125:9,
18,21 126:1,
4,17 127:19,
20 131:5
132:11
133:11,17
134:16,22,23,
24,25 135:18
136:3,10,11
138:23 140:9,
25 141:5,8,
13,16,21,22,
25 142:1,4,7,
11,20,25
143:5 145:4,6
149:24 150:2,
18 151:5,14,
17 152:4
156:1,16
157:2,10
160:20 164:13
165:11,13,18
166:8 167:17
168:19,24,25

169:16
170:15,25
171:3,15,19
174:8,14,15
175:10,12
176:5,11
179:5,14
180:23 181:12
182:9,24
183:2,4
184:8,19,23
187:6 188:1,4
189:17
191:15,18
192:12 194:6
195:14 196:8
197:17
198:12,18
199:12 200:2,
6,17 201:11
202:21 203:2,
10,19 204:1,
14,22 205:1,
3,4,12,24
206:20 207:2,
3,6,13,22,25
208:4,13,14
209:20 210:16
**it's** 9:21
24:12 33:16,
20 39:17,20
47:23 49:17,
24 50:6 53:5,
6,9 64:20
78:15 81:23
85:15 91:14
105:21 113:20
114:9 120:9
122:22 125:12
127:7 130:24
131:4 134:12
135:1,25
136:3 141:9
147:18 149:21
151:20 152:23
153:11
158:17,25
160:16 161:19
164:8,9

167:14 170:6
176:3,5 179:9
182:20 183:2
184:15,16
186:5 187:22
191:15 195:6,
19 201:3,5
204:17,18
205:4,20,22,
25 206:1,2,6
208:8
**item** 114:4
**its** 28:3
53:17 114:12
124:15 133:12
141:23 144:15
146:23 157:8
170:15 185:3
**itself** 123:17
126:8 188:18
205:13

---

**J**

**J-A-N-E** 55:10
**J.B.** 5:25
17:20
**Jackson** 10:7
**Jane's** 55:4,8
**January** 5:7
**Javier** 133:3
**Jillian** 6:6
**Jimenez** 133:2
**job** 56:10
57:24,25
59:16 64:17
65:7,14 66:5,
22 68:11
74:17 75:5,6
79:4 82:8
83:20 95:2
119:20
**jobs** 82:6
**John** 6:8
**Join** 150:11
**joined** 102:4
140:7

**joint** 198:1
**joint-targeting**
198:4
**jointly**
107:15
**Jorge** 184:25
**José** 63:22
66:10
**jotted** 18:12
**Judge** 204:22
**July** 57:17,18
**jungle** 61:12
62:14 63:3,24
**just** 7:25
10:12 14:3
16:2,5 17:9
18:18 19:3,24
20:14,24
21:23 22:7
24:12 32:18
34:15 39:24
40:1 42:5,13
44:5,13 47:25
48:18 49:5
51:9,16 56:17
62:8 63:11
76:11 82:7
88:18 89:14
92:21 97:14
109:5,9,15
110:16,17
112:22 113:9
115:24 118:11
119:10 120:18
122:13 125:12
126:11
127:11,15,18,
24 131:3
141:4,9,19
146:20 148:14
149:22 150:24
158:15 161:20
165:11,19
166:11 172:23
176:15 177:2
183:2 184:8
185:22 187:6

195:5 196:18
199:7,21
200:20 201:1
202:8 204:12
205:18
**justice** 57:22
100:23,24
191:9

---

**K**

**K-A-R-L** 49:2
**Kaplan** 18:21
165:20 183:19
184:12 185:13
190:17
**Kaplan's**
150:18 151:7
164:21,23
184:1 187:16
188:7
**Karl** 49:1
**keen** 80:20
**keep** 34:15
35:13,25 36:5
89:4 95:8
148:12 164:13
**keeping**
164:11
**Keiser** 6:11
**Kendall** 56:22
57:3 63:1
**kept** 50:23
65:6
**key** 58:25
140:5
**kick** 75:15
**kidnap** 72:2
**kidnapping**
71:19 76:13
77:9 81:15
89:17 100:12
109:15 110:11
113:18
**kidnappings**
70:17 76:6
78:17 100:4

110:5 113:23
**kill** 153:13
207:9
**killed** 153:4
193:12,15
**killing**
154:16 193:1
**killings**
154:12
**kilo** 108:8
125:2 134:15
198:13
**kilogram**
108:7 119:4
121:2
**kilograms**
119:3 121:1
203:15,17
**kilos** 198:11
**kind** 9:15
18:11 19:1
78:18 89:20
90:4,12,18,24
97:2 170:23
207:20
**kinds** 116:15
**kingpin**
142:23 193:6,
10
**kingpins**
172:8
**Kirk** 18:21
49:1
**Kistinger** 6:7
**knew** 53:16
110:3 134:16
157:13 174:25
**know** 6:24
12:8 15:6
18:7,10 19:9
25:21 27:16
36:12 39:24
42:19 46:3,23
48:12,18
50:11 53:7,22
58:8 60:11
64:10,22
71:22 79:22

81:18,24 83:6
85:20 91:9,11
92:21 93:4,22
94:11,18
97:11 103:15
104:4,6 105:9
109:25 113:7,
20,21 114:11
118:7 122:5
124:19 131:20
133:10 136:8
139:12 140:22
143:12 144:8,
10,18 145:4,5
147:10 148:3
152:5,8,11,25
153:2,4,15,
21,24 154:10
157:5 161:7
164:9 165:17,
24 166:2,11
167:1,6 170:1
172:2,7
174:21 176:20
177:2,7
178:21
187:20,22
189:11 190:2
194:12 195:5
198:11 199:7,
15,23 200:6,
19,22 202:8
204:18 205:18
207:16,25
**knowing** 77:9
156:15
**knowledge**
12:23 29:17
41:10,12
72:10 80:9
84:6 93:18
109:22 111:21
113:9,13
116:1 117:7,
24 119:5
121:3,5 138:1
145:1,15
147:15 162:14
190:11 194:13

200:5
**knowledgeable**
25:23
**known** 140:13,
19 185:2

---

**L**

**L-E-E** 8:10
**lab** 63:4
**laboratories**
194:4
**labs** 61:12
63:25 135:9
194:17
**Lacks** 157:21
158:20
**Lake** 8:16
**land** 91:2,9,
10,11,21 92:2
156:13 167:19
168:1,3,12
169:6,23
170:2
**landowners**
82:19,25
102:1 178:11
**language** 39:2
50:4 66:10
**large** 82:25
146:23
**largely**
140:13
**larger** 124:3
141:14 142:7
**last** 18:19
28:1,3 33:23
36:25 63:8
65:22 71:9
87:18 113:4
168:16 170:13
172:23
**late** 24:6
86:8,9 87:23
103:18 140:2
177:10,20,23
178:18,20

179:5,10,12
180:23 181:5
182:17,21
183:4 192:13
**later** 50:6
146:15 150:25
**latex** 203:14
**Latin** 65:4
66:9 75:8,9
80:10,21,22
122:10
201:17,23
**Lauderdale**
5:9
**laundering**
58:2 59:10
75:22 97:8
**law** 12:12,13
98:15 100:5
159:5 173:2
195:25
**lawyer** 7:24
8:2 51:25
123:2
**lawyers** 7:22,
25 14:21
29:18 30:11,
21 31:7 35:6,
10 36:9 45:22
51:18 128:16
131:7 137:2
146:16 147:4
162:5 164:4,
8,11,13,16
176:10,21
180:19
181:14,20
182:9 187:7
191:15
**lawyers'**
50:17,19 52:8
**lay** 68:18
96:13 200:10
**lead** 64:7,25
65:5 199:17
**leader** 51:14
139:25 159:6

**leaders** 119:8
121:4 170:15
198:6 200:18
**leading** 12:15
28:6 55:21
58:3 63:19
69:25 75:17
87:22 143:8
194:20
**leads** 70:3
73:4
**learn** 29:8
70:19,23
71:1,14 72:4,
9 74:1 75:25
81:11,18
82:4,10 83:4,
5,21 102:3,
15,18 103:22,
25 106:17
107:25 108:16
109:20 146:17
160:25 163:11
**learned** 61:14
76:11 82:13,
24 102:21
150:3 161:16
**learning**
59:14 66:9
73:10 74:10
81:8 106:13
**least** 76:19
93:21 129:5
138:5 195:12,
19,20 204:25
208:6,9,10,16
**leaving** 97:16
104:1
**led** 11:17
133:1,18
139:18 192:25
198:6
**Lee** 6:4 8:10
42:25
**left** 16:18
75:1 94:22
175:11

**leftist** 15:3
40:21 82:20
**legal** 5:16,17
12:16 33:8
39:24 40:1,4
98:12 116:12
118:22 128:23
144:1,21
167:14
**Leopold** 5:20
6:21 11:20
13:19 14:5
16:1,10 17:8,
10,18,20,22
20:21,23 21:8
22:1,4,5,19
23:4 24:19
25:5,14 26:5
27:2,5,21
28:19 29:7,
16,23 30:5
31:5 32:1,18,
22 35:2,20
36:5 37:9
38:9,19 39:4,
11,15,19,22
40:6,8,13
41:15 42:2,5,
9,17,22
43:15,21 44:4
45:2,9 47:25
48:3,9 49:8,
18,22 51:1,8,
22 52:13
53:6,10,11
60:9,19 61:13
65:19 66:1,20
68:4 70:7
71:21 72:3,22
73:17 74:8,16
76:24 77:16
78:4,14 79:3
80:13 81:3,
22,24 82:3
83:3 85:13
87:16 89:1
90:19 91:1,6
92:10,23
93:8,14,20

94:3,17 97:23
98:13 100:1,7
102:9 103:10
104:14,19
105:11,22
107:8,10
108:15
109:18,19
111:1,4,15
112:4,12,14,
18,20 115:8,
14,22 117:1
118:10,16
119:9 121:8,
24 122:16,19
125:6,9,15,20
126:9 127:14,
17,21 128:19,
22,24 129:7,
10,21 130:1,
3,6,9,13,15
131:22 134:1,
20 136:1,14
137:1,6,9,14,
20 138:16
142:15 144:6
145:2,24
147:1 148:7,
10,23 149:9
150:22 151:10
152:3,14,21
153:14,20
154:11,17
155:4,12
156:2,17
157:11,18
158:1,9
159:19 160:3,
11,14,22
161:14 162:4,
17 164:15
165:4,22
166:1,7,10
167:13,15
168:8 169:4,
11,21 170:8
172:16,22
173:8,23
174:5,9,12,

14,17,21,24
175:2,5 176:1
179:24 180:4,
11 181:2,11,
23 182:5,18
183:2,6,14
185:25 186:2
189:10 190:9,
15 194:21
195:4 196:17
197:12,13
201:10,18
204:10,19
205:10,17
206:12 208:7
209:6,21,23
210:8,10
**less** 47:7
84:13 109:1,9
135:13 208:14
**lesser** 178:5
**let** 7:25
11:10 15:25
17:16 19:9
22:7 24:12
27:22 34:18
35:3 38:4
42:3,5,10,13
45:24 46:3
48:1,12 49:13
51:9,16 53:4
79:23 82:7
84:15 105:18
112:5,15,19
122:5 125:7,
10,11 127:24
128:19
129:19,23
130:4 152:23
160:3 166:2,
11 168:18
175:8 176:8
177:2,6
**let's** 23:25
34:24 43:21
56:7,17 75:1
107:17 127:18
128:12 164:13
177:4 184:12

199:5 200:11
**letting**
130:12
**level** 77:10
143:7
**levels** 76:7
**like** 34:4
59:3 63:4
70:16 80:14
89:22 90:7
97:10 110:11
114:7 115:12
119:18 135:9
137:18 140:24
161:8 165:18
166:20 167:18
170:11,16
171:14 173:3
183:3 194:11,
12 206:10
**limitation**
97:14
**limited** 93:18
164:12
**Lindo** 133:3
**line** 39:9
46:2 114:4
166:17 177:5,
16 197:22
**lines** 46:7
164:5,17
186:11
**list** 15:22
50:19 131:12
168:21 197:15
202:9
**listed** 19:10,
12 20:3,9,19
21:2,9 30:16
36:3 41:4
116:14 131:6
197:7
**listen** 121:10
152:17 159:24
160:14
**listening**
131:2

litigation
  20:15,16,25
  22:6,7 181:7
little  14:3
  56:9,11 82:5
  87:24 96:16
  97:20 99:3
  115:25 117:4
  175:9 194:1
  202:4
live  8:14,16,
  25
lived  8:21
  58:12 62:25
living  8:24
  56:21 57:7,9,
  10,12 63:3
  154:4 197:24
loan  92:21
loaned  90:3
located  154:6
  193:24
location
  10:14
locations
  171:13
log  35:13
long  8:21 9:5
  15:10 19:9
  39:20 55:13
  58:13 62:21
  63:15 65:13
  74:25 142:1,
  4,5,11 143:5
  171:3,15
  173:9 181:4
longer  34:16
  175:16
look  19:9
  23:11 28:21
  30:10 42:24
  43:16 49:9,
  10,13 86:4
  102:23 116:13
  122:4 125:18
  126:17 131:11
  141:8 165:13,
  23 166:8

176:24 188:15
190:16,23
191:17 197:17
201:13
looked  19:24
  30:20 31:13
  36:7 38:14
  55:4 126:14,
  17 169:7
  189:12
looking  52:20
  97:18 131:10
  166:18 187:11
loop  42:13
Los  140:13,14
lose  113:19
lot  7:11,22
  9:17 79:14
  117:6 144:8,
  11 145:4
lower  85:6,10
lunch  115:23
luncheon
  115:18

_____

**M**

ma'am  210:10
Macaco  133:2
machetes
  153:15
machinery
  92:2 94:9
Madam  159:25
made  11:7
  18:15 25:22
  29:3 31:8,11,
  17,23 34:9
  44:18 60:14
  83:16 98:21,
  22,23 99:4
  119:7 133:4,
  16 143:9
  173:5 174:9
  192:22 198:24
  207:18
magazine  15:4

27:7
Magdalena
  169:20
magic  143:4
main  80:2
  96:5
major  142:23
  172:8,14
  193:6,10
  200:18
majority  15:8
  64:14 199:16
  200:17
make  7:25
  23:19,21
  47:15 54:2
  64:20 75:16
  93:8,11
  105:7,8
  123:20 128:22
  130:23 143:4
  167:8 174:24
  205:21,25
makes  101:21
making  36:21
  50:16 133:18
  135:1 143:14
  146:24 159:2
  165:17 167:4
  170:23 189:4
  207:12,14,20
management
  100:24
manages  9:17
manufacture
  61:10,11
  98:19 135:13,
  14 138:22
  168:3 194:13,
  16
manufactured
  55:6 108:7
manufacturing
  62:17 98:20
  108:4 120:13
  135:11 143:6
  167:19 168:2
  193:23 194:4,

5
many  18:7,9
  23:16 35:9
  39:20 45:21
  46:19,23 47:9
  59:4 61:6
  96:20 97:9
  152:8,25
  153:4,12,15,
  21 157:5
  161:9 178:10
  192:25 198:11
March  9:7
  173:10
maritime
  156:12
mark  15:25
  23:9 42:5
marked  16:8
  19:17 22:24
  27:19,22,24,
  25 37:11,22,
  25 42:7,10
  49:12 56:8
  86:1 87:9
  89:12 106:3
  125:14 128:15
  162:6 165:20
  185:11
  202:15,17
  209:17
market  153:9
markets  171:1
Marra  204:22
massive
  142:24 143:2
master's
  100:23 101:5
match  204:1
material  33:3
  89:7 116:23
materials
  14:20,24
  15:7,8,11,16
  16:17,18,19
  17:11 19:3,11
  20:4 21:9,12,
  13,16 22:8,

12,13 23:5,6,
8,9,11 26:13,
17,20 28:11
30:11 33:21
41:4,20 55:20
89:12 93:4
106:3 117:6
118:12,18,19
120:4 128:25
130:17 135:6
203:6
**math** 206:6
**matter** 11:12,
25 12:9,21
13:6,22 14:1,
13,22 16:20
17:4 21:4,11
22:25 24:2,4
30:23 36:1,
10,13 48:22
142:22
**matters** 112:1
**Maureen** 24:9
**maximum**
203:23
**may** 18:11
19:24 31:13
48:11,14
52:17 53:7,23
63:22 71:13
82:24 84:22
106:9,20,21
107:3,9
113:21 117:15
123:5 124:18
127:19 135:8
141:6 149:24
199:14
208:13,14
**maybe** 63:18
117:7 134:2
152:23 175:9
**Mcbryan** 18:21
**me** 7:15 11:10
12:4,22 13:2
15:9,25 16:1
17:3,16 19:9
22:1,7 24:12

25:2,15
27:18,22
28:10 29:6
30:7 31:23
32:18 34:18,
22 35:3 38:1,
4,5,6 40:4
41:9,13,17
42:3,5,10,13,
18 45:8,24
46:3,14 48:12
49:13 51:9,16
53:4,20 68:17
79:23 80:4
82:7 84:11,15
85:16 87:24,
25 93:2 96:21
97:11 104:20,
22 105:18
107:3,5
110:16 112:5,
15,19 113:2
114:16 116:23
118:25 120:23
122:5 124:6
125:7,10,11
126:11,24
127:24 128:19
130:3,22
131:17 132:11
136:2,7
137:21 139:8
141:7 143:10
152:23 160:3
162:21 165:19
166:2,11,20
170:9 172:23
175:8,9,19
176:8,11
177:2,6,13
181:20 191:2
197:15
199:12,17,20,
22 200:1,9,24
201:2,25
202:9 205:12,
14,16 206:1,
7,18

**mean** 55:18
58:24 85:16
87:25 96:23
109:9 114:20
117:15 129:12
133:12 138:6
141:18 142:19
143:3 154:15,
19 165:11
188:13 189:25
**meaning** 74:22
75:12 82:5
86:11 94:6
**means** 47:5
67:16 87:1
141:3 145:3,4
**meant** 21:25
142:20
**measures**
185:9
**Medellín** 67:8
91:15 139:17,
24 140:2,3,5,
7,15 144:11
171:8,9
193:24
**Medellín-based**
192:23
**meeting**
55:19,22
**mega** 123:17
138:11 143:20
170:17
**member** 107:21
140:2
**members** 133:1
139:23 140:5
143:9 192:16
**memorable**
175:13
**memory** 31:1
41:12 43:9
54:10 139:14
165:14,15
175:9
**mental** 20:12
**mentally**
134:5

**mention**
122:21 169:17
**mentioned**
10:18 19:4
158:10,11
161:8
**Merker** 5:1,15
**met** 12:14
54:23
**methodologies**
116:21
117:15,17
118:24
**methodology**
116:7,8,9
118:6,20
125:3 130:25
**methods** 99:12
118:9
**metric** 108:5
123:23 124:24
143:6,15
198:12 203:16
**Mexican** 69:2
73:21 99:17
**Mexico** 68:8,
11,23,25
69:18 72:8,
23,24 95:20,
25 119:21
121:17 171:1
**Meyer** 6:8
**Miami** 56:20,
23 57:16,18,
23 58:5 59:3
62:7 63:1
64:16 65:2,3,
13 69:7 157:7
**Michael** 25:17
**microphone**
197:11
**mid** 13:1,3
24:6 58:5
67:3 72:13
86:9 87:22
103:18 124:2
138:5,12,21
139:11 141:1,

3,4,6,10,18,
22 143:7
172:21
182:16,24
192:12
**middle** 179:3
181:16
**might** 49:4
134:25
135:12,13
165:24
175:12,13
**Mike** 25:22
**military**
114:21
**million** 50:9,
10,12,14,16,
20,23,24
85:20 120:14
124:8,24
134:19 136:3
137:22 142:2,
10 143:4
149:21,24
152:12 170:23
183:22 185:5
195:12,20
196:19 199:10
200:2,6 201:3
202:3 203:23
204:12 205:3,
23 206:23
207:4,15,21,
25 208:10,12,
16
**millions**
85:19 207:13
**mind** 19:25
20:1 89:4
110:17
**minds** 172:3
**minimum**
204:18
**minor** 29:4
31:17,22
57:22
**minute** 191:23

**minutes** 87:18
209:19
**mischaracteriz
es** 30:25
41:24 77:1
78:21 85:8
88:24 120:21
129:2 131:8
142:13 172:11
201:8 205:9
208:5
**mispronouncing**
184:22
**missed** 189:5
190:20
**missing**
140:10
**misstates**
201:9
**mistake**
174:24 180:24
**mistaken**
175:3
**mitigate** 9:24
**mitigates**
10:20
**mitigation**
9:22
**Mo** 30:7
**modes** 99:9
161:2
**moment** 11:4
19:8 23:25
32:24 49:13
122:4 162:23
190:16
**money** 58:1
59:10,23
60:14 75:22
83:22 86:21
97:8 103:13,
23 145:19
146:18 147:9,
11 148:16,19
149:21,25
150:15 151:1,
11,12,13,22
152:5,9

153:1,16,22
166:24 167:5
170:23
207:17,20
**monies** 104:11
109:13,14
111:12,19,20
112:7,24
113:14 120:10
146:12 147:22
148:4 149:4,
23 150:3
**monitoring**
158:25 159:18
**month** 24:7
36:25 75:2
108:6 123:24
124:25
134:14,25
143:6,15
173:14 198:12
**months** 33:17,
24 62:13,22,
23 63:17,18
142:6,8,12
**Montoya** 133:3
**more** 11:3
29:18 33:23
42:24 47:7
60:20 61:18
74:19 95:24
96:16,22,23
97:11 106:10
114:14 135:15
140:19 145:4,
5 148:9
149:19,22
153:25 165:12
167:19,20
168:2,3
170:22
175:13,14
178:15 194:1
202:9 203:22
207:23 208:13
**morning** 5:5,
20,22 6:22,23
**morphine**
203:17

**most** 7:9 11:7
61:23
**mouth** 141:2
**move** 94:4
113:24 150:10
152:14 159:20
160:9
**moved** 57:7
60:21 95:20
**Mr** 5:20,22,25
6:2,4,8,21,22
8:11 11:13,
19,20,23
12:2,3,8,14,
18 13:7,19,20
14:2,5,6,11,
20 15:9,17
16:1,4,6,7,10
17:5,8,10,18,
19,20,21,22
20:17,21,23
21:6,8,11,19,
23 22:1,2,4,
5,16,19 23:1,
4 24:12,19,24
25:3,5,12,14,
24 26:2,5,21
27:2,4,5,21
28:16,19
29:1,7,14,16,
20,23 30:2,5,
24 31:5,20
32:1,18,22
34:21,22,24
35:2,5,6,17,
20 36:5,9
37:7,9 38:8,
9,16,19,24
39:4,7,11,13,
15,17,19,20,
22 40:5,6,8,
9,11,13 41:6,
15,23 42:2,4,
5,9,16,17,19,
22 43:12,15,
18,21,22
44:4,5,24
45:2,6,9
46:24 47:21,

24,25 48:3,7,
9 49:8,16,18,
21,22 50:25
51:1,2,8,20,
22 52:11,13
53:6,9,10,11
54:23 60:4,9,
17,19,22
61:13 65:16,
19,24 66:1,
20,21 67:24
68:4 69:22
70:7 71:16,
21,23 72:3,
19,22 73:16,
17 74:4,8,13,
16 76:23,24
77:1,16,24
78:4,9,14,20,
25 79:3
80:11,13,16
81:3,21,22,
23,24 82:3
83:1,3 85:8,
13 87:11,16
88:23 89:1
90:15,19,22
91:1,4,6
92:5,10,16,23
93:6,8,13,14,
16,20,24
94:3,13,17
97:17,23
98:11,13
99:22 100:1,7
102:6,9
103:7,10
104:14,17,19
105:2,11,18,
22 107:8,10
108:2,15
109:17,18,19
110:23,25
111:1,3,4,14,
15,24 112:4,
10,12,13,14,
17,18,20
115:3,8,13,
14,15,22,23

116:11 117:1,
19 118:10,15,
16,21 119:9
120:21 121:8,
9,20,24
122:12,16,17,
19 124:11
125:6,8,9,15,
18,20 126:6,9
127:9,14,15,
17,21 128:12,
18,19,21,22,
24 129:2,7,
10,19,21,23
130:1,3,4,6,
7,9,11,13,14,
15 131:1,8,
11,14,22
133:24 134:1,
11,20 135:23
136:1,12,14,
22 137:1,5,6,
8,9,12,14,17,
20 138:16
142:13,15
143:25 144:6,
20 145:2,20,
24 146:19
147:1,18
148:5,7,10,
21,23 149:6,
9,12 150:5,8,
11,22 151:3,
10,16,18,19,
24 152:3,10,
14,17,21
153:7,8,14,
18,20 154:7,
11,14,17
155:1,4,8,12,
23 156:2,8,
17,22 157:11,
17,18,21
158:1,4,9,20
159:19,20
160:2,3,6,9,
11,12,14,16,
22 161:4,14,
25 162:4,11,

17 164:6,15,
21,23 165:2,
4,22,24
166:1,3,5,7,
10 167:9,13,
15 168:6,8,15
169:4,5,10,
11,13,21
170:3,8,9
172:10,16,19,
22,25 173:8,
21,22,23
174:1,2,5,8,
9,11,12,13,
14,16,17,19,
21,22,24
175:1,2,5,6,
8,24 176:1
177:7 179:7,
24 180:4,11,
12,20 181:2,
8,11,17,23,25
182:5,10,18
183:2,6,14,15
184:12
185:22,25
186:1,2
189:8,10
190:6,9,13,15
191:21,23
192:6,7
194:21,24
195:1,4,8,9,
10 196:12,14,
15,17,19
197:12,13
199:19 200:21
201:8,10,13,
18 204:7,10,
15,19,20
205:8,10,17
206:9,12
208:2,4,7
209:1,6,19,
21,23 210:3,
4,7,8,10,12,
13,15,16
**Ms**  6:6,10
24:10,15

25:23 26:15,
16 28:11,15,
24 29:2
210:5,6
**much**  35:21
36:12 50:15
64:8 70:22
78:13 97:21
101:19 103:11
106:12 110:4
112:23 130:22
135:15 141:14
147:9,11
170:16 181:3
200:23 207:22
**multiple**
78:22 93:25
94:14 173:1
**murder**  140:5
**murders**
113:22
**Murillo**  140:1
192:21
**Murray**  5:25
16:4,7 17:21
21:6 22:2
29:14 125:8
137:12,17
148:21 150:8
153:8 160:16
165:24 173:21
174:1 196:15
209:19
210:13,15
**must**  199:15
**my**  7:19 9:2,
13 12:23
13:11,13,14
15:23 16:18
18:13 20:1,12
22:2 24:3
31:1,10 32:17
34:8 36:4,5,
23 40:9,14,16
41:8,12 46:15
50:12,22
51:24 53:21
54:10 57:25
59:14,16

60:11 63:8
73:20 75:6
78:11,15
80:21 84:15
86:7 87:2
90:3 93:18
94:1,2,4,5
96:11 102:17
106:1 110:8,
17 111:5
116:14,18,24
117:22,24
119:1,5
120:9,10,11,
24 121:3,5,10
124:19 126:21
127:2,22
128:2,8,11
129:11,16,17
130:9,16,17,
19,21,23
131:2,4,21
132:24
133:15,18
134:5,6
136:16 138:1,
23 139:6,14,
15 140:22
141:6,10
143:22
145:14,25
147:13,14
148:1,25
149:1,8
150:12,16
151:17 152:2
153:24 156:10
158:14 159:1,
22,24,25
160:3,5,6,14,
21 163:18,19,
25 166:17
167:17 168:21
169:5 171:24
176:20
179:19,22
181:19,20,21
195:14,24
196:25 197:1,

3,6 200:3,4,
19 203:6
204:2,8,9,20,
24 205:5,25
206:1 208:3,
15
**myself** 95:8
144:24

---

## N

**name** 8:8 9:3
12:8 18:18
42:23 55:9
127:3
**named** 25:17
**names** 10:1
18:19 54:1,11
**National** 10:7
107:14,22
173:4
**nations** 59:13
**nature** 9:18
10:11,24 15:5
27:10 48:4
54:12 61:18
75:17 79:22
80:25 96:24
**Neal** 5:16
**near** 8:19
**nearby** 156:5
**necessarily**
74:6 189:25
**necessary**
191:1
**need** 7:15
17:18 19:9
32:23 34:15
39:15,19
40:2,6 85:16
87:24 95:8
126:23 129:17
147:23 156:25
157:1 166:7
189:6 190:16
210:13
**needed** 25:10
34:4 90:2

92:6 166:15
170:21
**neither** 44:13
**network**
113:18
**never** 100:6,8
115:10 148:1,
20 149:2
151:20 161:16
176:10,21
186:22 189:1
191:13,15,17
**new** 34:6
40:22 52:22
125:10
**news** 53:7
**newspaper**
199:13
**next** 91:10
123:3 168:17,
19
**NGO** 27:10
84:22
**Nicaragua**
69:6
**no** 5:11 7:4
8:16 9:11
13:23 14:14
15:21 16:13,
16,24 17:1,13
18:8,25 19:20
20:22 21:21
22:10,18
23:10,12,13,
18 24:7 26:4,
7 29:9,10,15,
22,24 30:7,17
32:4,12
34:14,20,22
35:15 36:21
37:5,8,18,20
38:11,18,21
41:1,19
42:11,14
43:4,7,14,20
44:6 45:23
46:22 49:2
51:2 54:14

56:3,6,24
62:10 70:23
71:1 72:7
74:6,9 76:18
79:2 80:9
83:2,4,5
84:3,5 90:17,
24 91:10 93:1
94:1,12 96:19
97:13 100:6,
7,18,20
101:1,3,6,11
102:8,14,25
103:3,24
104:3 109:15
110:6,19
111:9,18,20
112:5 113:12
114:6 115:9,
10 119:12
120:9 122:10
125:7,16
128:6 134:12
135:25 136:6
137:16 143:22
145:16 146:1,
14 147:23
148:20,25
151:15,21
152:1,7
153:2,19,24
154:10
155:10,14,17
156:21,23
157:23 158:25
160:20
162:13,21
163:13,18,24
164:18 165:7
167:17
169:13,24
170:3,12
174:9,14
176:23
177:11,21,24
178:23 180:24
181:3,20
182:4,24
183:16 184:1,

6,7,10 185:20
186:18 187:5,
9,10,12,16
188:3,25
189:9 190:5,
10,21 191:1,
6,14,19,20
196:12
199:20,22
200:13,15
201:16,17
206:11 208:11
209:10
**non** 87:7
112:12
**non-auc**
107:12,20
**non-internal**
107:12
**non-revenue**
87:10 112:6,
11
**nondrug** 77:13
86:21 87:14
95:14 100:16
108:17
109:21,25
110:21
111:20,21
112:1,21
113:1,7,13
**nondrug-
related** 71:6
86:25 87:4
88:7 89:17
100:19 105:14
111:12 112:1
113:24 119:25
120:10
**none** 81:1
111:9
**nongovernment**
84:22
**nonresponsive**
147:21 152:14
159:21
**noon** 54:22

**nor** 44:14
151:1 169:24
186:13
**normal** 35:25
**north** 8:17
40:24 56:24
57:7,11 58:25
79:13 80:3,8
81:1,4 107:1
133:7 163:14
170:24
**northwest**
169:18
**not** 8:3,12
12:16 13:18
15:13,20 16:1
19:12,14
20:4,12 23:18
25:19,25 27:2
33:20 34:25
38:2,11,18
39:11,25
40:22 41:17,
19 44:18,20,
25 47:2,14
48:8 51:17
54:16 55:12
64:13,20 69:8
70:21,23
71:10,14
73:9,14 74:6
76:20 77:19,
20 78:7,15,18
81:25 83:5,7,
25 87:9 88:12
89:3,22 90:11
91:20 92:1,
18,24 93:7,9,
12 94:4,20
95:13 100:3,
12 103:3
106:20 107:4
109:15 110:6,
14 111:25
112:14,15,25
113:19 114:5
115:6 116:20
120:9,16
121:9,11

124:1 127:7,
15,18,19
128:1,23,25
130:2,6,9,12,
16 131:1,2,5
134:3,12
135:1,3,4,25
136:15,17,18
138:10 141:9
142:4 143:22
144:3,9
145:3,25
146:20 147:9,
13 148:11,16,
21,25 149:15
150:1,2,25
151:11,17
154:25 155:6,
15,17 156:9
157:5 158:2
159:13,21,23
160:11
161:12,19,23
162:21
163:11,18,23,
25 164:7,8,9,
18 165:14,24
166:14 167:5,
13,24 168:4
169:16
171:15,20
172:3,6,13
175:13 176:6
178:12 179:6,
11,14,16,19
180:4,19
181:3,7,12
182:15 184:8
185:18 186:13
187:3,5,22
188:20,24
189:7,9,13,20
190:11,14,21
191:1,11,16
195:5 196:1
198:15 199:2
200:17 201:4,
5 203:2,8,13,
18 204:1,16

205:3,25
206:2 207:1,3
210:4,5,6,15,
21
**note-taking**
23:13
**noted** 33:19
158:25 189:2,
12 190:4
**notes** 18:5,
11,13 20:8
21:3 23:16,21
**nothing** 6:14
21:3 204:4
**November**
11:19 12:7
15:15
**now** 5:5 6:24
7:22 11:10
18:16 19:8,21
21:9 23:25
28:22 31:6
32:5,13 40:7,
9 42:14 43:2
45:20 53:2
54:18 56:9
62:8 72:8
73:6 74:17
75:24 79:4
83:9 84:16
94:22 97:24
100:22 102:3
106:6 107:24
111:18 113:1
114:3,7
115:13,23
119:15 120:3
121:12,16
122:2,7 123:1
126:3,10,16
127:17,25
128:3 129:18
130:18 131:3,
4 132:21
138:3 145:17,
25 150:2
152:4 163:7
164:21 166:13
173:19 174:25

176:15 177:17
178:24 183:6
185:10 189:4
192:10 199:5
202:14,15,22
203:4,12,24
206:13,18
210:15
**Nueva** 184:22
**number** 6:25
29:4 59:11
79:19 86:5,
14,16,17 88:1
118:3 119:3
120:16 121:1,
23 123:2,5
124:18,22
136:2,19
153:11,12
159:8 168:21
204:11 205:20
206:21
**numbers** 76:17
77:15 84:1,7,
12,17 85:4
87:10,14,19,
20,21 89:4
105:4,6,24
108:21 110:7
124:7 126:19
134:13 151:7,
8 200:25
202:10,16
206:4
**numerous**
35:12 46:14
47:4,5 116:15
128:10 132:25
**nutshell**
9:19,21

---

**O**

**oath** 43:10
45:14 127:6
129:9 179:3
180:14,18
181:7 207:24

**object** 14:2
24:12 25:12
28:16 29:20
30:24 31:20
37:7 38:8
40:1 44:24
47:24,25
49:16 51:20
60:4 67:24
71:23 74:4
83:1 90:22
104:17 105:18
115:3 130:7
148:21 150:8,
9 160:16
182:12
**objection**
7:25 8:1
11:13 13:7
17:5 20:17
21:6,19 22:2,
16 23:1 25:3
26:2,21 27:3
29:1,14 30:2
34:21 35:17
38:16,24
39:7,12,13
40:3,4 41:6,
23 43:12,18
45:6 48:7
52:11 60:17,
22 65:16
69:22 71:16
72:19 73:16
74:13 76:23
77:24 78:9,20
80:11,16 85:8
87:11 88:23
90:15 91:4
92:5,16 93:6,
9,12,24 94:13
97:17 98:11
99:22 102:6
103:7 105:2
108:2 110:23
111:14,24
112:10 116:11
117:19
118:15,21

120:21 121:20
122:12 124:11
126:6 127:9
128:18,23
129:2 131:8
133:24 134:11
135:23
136:12,22
137:5,17
142:13 143:25
144:20 145:20
146:19 148:5
149:6 150:5
151:3,16,24
152:10 153:7,
8,18 154:7,14
155:1,8,23
156:8,22
157:17,21
158:4,20
160:2,9
161:4,25
162:11 164:6
165:2 167:9,
14 168:6
169:10,13
170:3 172:10,
19,25 173:21,
22 174:1,2,8,
10 175:24
179:7 180:20
181:8,17,25
182:10 189:8
190:6,13
194:21 195:4,
8 201:8
204:7,15
205:8 206:9
208:2,4 209:1
**objections**
39:25 40:1
127:19
**obtained**
132:4,16
**obviously**
92:6 193:12
**occasion** 7:1
**occasions**
6:25 35:9

46:14 188:15
**occur** 12:16
154:22
**occurred** 24:5
33:9 87:22
92:20 124:9
155:11,19
157:24 158:7,
8 161:23
163:24 184:7,
8
**ocean** 51:14
**Ochoas** 177:9,
19
**October** 11:17
12:19 15:11
**of** 5:6,9,10,
14,15,17,21,
23 6:2,4,5,6,
8,25 7:2,7,8,
9,22,24 9:3,
7,8,15,17,18,
19 10:1,9,11,
12,16,24
11:3,7,13
12:5,16,19,
20,24 13:1,7,
15 14:2,12,
15,21 15:1,5,
8,20,22,23
16:11,19,23
17:3,11,12,
14,23 18:1,3,
5,7,11,17
19:1,4,11,12,
15,16,18
20:3,4,5,10,
12,15,17
21:4,19 22:2,
11,14,23
23:1,5,8,14,
16,21,22
24:13,17,18
25:3,9,11,12
26:2,21,22
27:9,10 28:7,
13,16,23
29:4,12,17,25
30:2,8,9,14,

15,24 31:6,
17,18,20,21
32:13,20
33:4,18,24
34:25 35:6,
10,13,17,24,
25 36:5,9
37:4,7,16
38:1,8,14,16,
21,24 39:2,7,
13 40:19,25
41:6,10,12,
19,23 43:5,
11,12,18
44:25 45:8,
20,22,25
46:6,15,20,25
47:9,19 48:4
49:6,16 50:3,
7,16 51:15,
17,20 52:5,
11,21 53:1,
14,15,18,19,
20,21,23,25
54:1,6,11,12,
18 55:5,6,19,
20,21 56:10
57:12,14,15,
17,18,20,21
58:5,22 59:3,
5,11 60:4,6,
12,13,15,17
61:7,8,10,11,
17 62:2,6
63:22 64:3,
10,14,21,23
67:2,4,14,16,
22,23 68:6,
15,20,21,22,
25 69:1,19
70:9,10,13,
18,21,24
71:8,14,18
72:5,11,14,
16,17,21
73:5,6,10,11,
14,15 74:1,4,
10,11,13,22
75:2,5,17,18

76:1,6,7,8,
12,15,17,22
77:6,10,20,22
78:5,9,13,20
79:1,14,19,22
80:9,11,16,
21,25 81:1,8,
12,15 82:8,
17,24 83:1,7,
17,22,23
84:1,3,8,17,
25 85:19,20,
23 86:3,7,14,
17,21 87:14,
25 88:6,18,
19,20 89:5,6,
11,15,20,25
90:1,4,6,12,
15,18,20,23
91:11,13,14,
21,22,24
92:4,13,14,25
93:4,18,21,23
94:10 95:11
96:5,11,15
97:2,3,11,14,
20 98:14,19,
20 99:9,12,
14,18 100:4,
5,17,23
101:10 102:2,
7,19,24
103:2,4,15,
21,22 104:9,
12,15,23,25
105:4,14,24
106:14,18,19,
21,23 107:6,
12,15,16
108:5,11,13,
16,18,19,23,
24,25 109:25
110:2,20,21
111:9,11,23
112:6,7,19
113:10,13,16,
18,19 114:2,
4,11 115:3,24
116:1,7,9,15,

19,25 117:4,
5,6,8,22,25
118:3,6,20
119:3,4,18,23
120:6,7,19
121:1,2,5,6
122:13,17,22
123:2,5,7,11,
16,25 124:8,
11,17,20
125:21,23
127:3,4,5,9
128:8,9,11
130:20,21,22,
25 131:14
132:2,5,14,
17,22,24
133:4,15,19,
21,22 134:9,
13,15 135:6,
12,13,14,15
136:24 138:4
139:19,24,25
140:2,5
141:6,24
142:2,22,24
143:7,13,15,
17,19,21,24
144:5,17,25
145:1,12,14
146:1,4
147:6,10,16,
22 148:5,11,
25 149:3,14,
21,23,25
150:5,7,13,
15,16 151:8,
11,14 152:2,
5,9,19
153:11,12,16,
22,24 154:3,
12,25 155:2,
5,7,14,17
156:6,15
157:6,7,9,15,
19 158:11,16,
17 159:1,2,7,
9,13 160:18,
21 161:2,3,

12,13,16,21,
22 162:14,15,
19,22 163:7,
14,15,16,18
164:8,9,17,19
165:5 166:14,
16,17 167:4,
5,10,19
168:11,12,22
169:17,18,25
170:2,12,19,
23 171:8,12,
13,18,25
172:3,23
173:9,10,14,
19 174:22
177:9,18,22
178:12,20,21
179:17 180:5,
19,20,25
181:8,17
182:8,10,12
183:16,20
184:20,22
185:3,4,6
186:16,20,23
187:20,23
188:7,13,15,
20,21 189:16,
17 190:1,18,
22,24 191:9,
12 192:13,15,
16,23,24,25
193:2,6,9,15,
20,23 194:13,
15,18,21
195:2,11,20,
25 196:6,9,
18,20,21,25
197:4,5,15
198:6,10,13,
17,18 199:2,
9,10,12,16,17
200:6,17,24
201:2 202:9,
17 203:6,9,
14,15,17,20,
23 204:13,25
205:8,13,15,

23 206:23
207:4,12,13,
17,20 208:9,
17,19,22,24
209:10 210:21

**off** 43:23
65:12 66:14
115:16 153:24
180:3,6 183:8
191:23,24
210:1

**offenses**
198:7

**office** 15:18
16:17,18,20
28:25 54:23
57:13 68:8,
12,17 165:8
184:25

**offices** 64:12
79:20

**official**
119:2 120:25
197:24 202:2

**officials**
51:13 198:2

**oftentimes**
59:1 72:1
154:15

**oh** 7:3 33:3
57:6 68:12
101:16 125:9
132:10 134:4
165:5,16
196:15

**okay** 7:16
8:4,8 14:11,
15,19 15:25
16:19 18:22
19:1,8,21
20:2 22:6,22
23:22,24
27:2,6 28:10
32:5,8,23
33:13,22 35:1
36:7,12,17,20
37:24 38:4,12
39:5,15,19

40:16 43:21
44:21 46:9
47:3,9,18,22
48:20 49:2,3,
15,24 50:5
51:2,10 52:3
54:9,13,15,17
55:16 57:3,6
58:10,12,16
60:10 62:11
65:7,15,23,24
66:4,7,12
68:5 70:8,12,
23 73:1 74:17
75:21 76:19
77:18 78:5
79:1,9 80:6
81:4,7,11,25
84:20 86:16
87:7 88:14,17
89:8,14 90:9,
10 91:19,24
92:11 93:2,21
94:22 95:16,
20 97:24 99:8
100:2,7,12,25
101:16 102:23
104:9 106:6,
16 107:5,24
108:16
110:15,17
112:17 113:1
114:3 117:4,
12 118:17
119:13,18,21,
22 120:3
121:11,14,25
122:2,7,23
123:1,11,23
125:12
126:16,25
127:25 128:2,
5,12 129:15
131:4 132:10
138:9 145:11,
17 146:4,9,15
147:2,6,24
151:20 153:15
158:15 161:21

163:7,10
165:10,19
166:12,13
167:14,23
168:1 170:10
174:13 175:1,
2,8,15 176:4,
8,17,24
177:1,15,17
179:14 180:2
183:17 184:5,
11,15 186:7,
10 188:23
192:15 197:9,
19 198:23
199:5 200:8
201:1,15,25
202:15,21,22
203:7 206:13,
18,23 208:8
209:12,14,22

**old** 34:7

**Oliver** 185:12

**omnipresent**
58:7

**on** 5:5,20,23
6:2,4,6,8,25
7:1,23 12:9,
18,23 13:5,
12,20 14:6,
12,16 15:2
18:13 19:4,10
20:19 21:9
23:9,13 24:17
25:23 26:8
27:3 30:16,23
31:2,3,4,10
34:6 35:9
36:1,3 37:13
41:4,10
42:13,23
44:2,9,17
46:25 51:9
53:24 54:6
55:5,23 58:3,
6 59:7,22
60:8,20
61:18,21
62:1,16 63:4,

8,24 64:5,14,
19 65:2,13
66:18 67:5,9,
11,15,23 68:2
69:8,11,24
70:3,13,21
71:2 72:13
73:3 74:20
75:4 77:4
78:11 79:17,
23,25 80:2,9
81:5 82:1
84:25 87:20
92:21 93:18
94:1 95:3,6,
17 96:1 97:7
100:10,12
102:24 105:8,
23 107:17
108:8,9,12
110:8 112:1
113:19 114:17
115:20 117:5
119:1,3
120:9,11,25
121:1 123:1,
18,23 124:15,
20,23,25
125:10 127:24
128:10 130:24
132:1 133:12
134:12,14,16,
18,22 136:24
138:1,3,13
139:10,14
143:8,18
144:10,15,21,
23 145:9,16
146:15,22
147:4,9
149:1,13,15,
16,23 150:13,
16,25 153:9
154:4 155:25
156:7 157:4,
14 158:5,6,13
159:7 162:19
164:7 166:15,
21 167:12

169:23,24
175:4,7,12
179:11 180:9,
18,22,25
181:3,4,19
183:12 184:16
187:22,25
188:14,20
189:15,20,23
192:3 195:13,
23 196:6,23
197:1,22
199:7,21
200:15,22
202:10 203:10
204:2,5,17
205:2,15
206:1,2
208:16 210:3
**on-the-ground**
66:24
**once** 133:4
**one** 7:1,2
28:7 29:18
36:9 49:11
51:9,12 64:20
65:22 66:12
68:24 72:5
82:21,24
91:10 111:9
114:8 115:24
124:13
125:11,12
137:16 138:10
143:11 144:8,
18 147:10
153:2 159:3,8
161:6,16
162:21 165:25
167:19,20
168:19 170:9
171:19 174:16
182:3 187:10
189:18 190:11
192:23,24
193:20 199:12
200:11 204:25
208:17

**ones** 20:19
188:9,10
197:15
**only** 7:2
17:15 22:22
40:22 41:20
66:6 94:5
104:23 106:2
109:8 110:8
121:16 127:12
131:18 140:22
143:19 145:25
150:1 162:1
166:15 196:1
205:5
**opened** 170:25
198:20,21
**operate**
178:12
**operated**
114:17
**operating**
83:14 114:11
116:3 170:16
177:10,19
**operation**
62:6,12
135:10
**operations**
15:2 19:5
24:17 40:19
63:5 74:20,
22,23,24 75:7
79:13 80:23
96:12,15,17
99:15 100:10
113:18 163:3
166:18 168:24
169:2
**operator**
184:23
**opine** 105:8
120:9 139:10
147:13 149:13
167:12
**opined** 144:23
**opines** 183:19

**opining**
124:20 147:9,
15 195:11
207:19
**opinion** 12:22
105:8 118:20
130:19 138:23
150:16 164:9
195:10,13,18,
20,23,24
196:6 199:9
200:10
**opinions**
19:16 24:13
26:3,22 31:21
40:25 41:2
102:7 104:9,
24 116:10
117:6,10,17
118:12,18
129:16 130:23
150:7 157:15
163:19 167:11
184:2,6
187:16,20
205:1 208:23
**opium** 203:14
**opportunity**
75:12
**opposing**
13:17 18:14
48:25 102:19
**or** 6:12,18
7:24 9:9,14
10:22 13:18
14:20 16:2,17
17:2 19:23,24
20:16 21:12,
16,22 24:6
25:10 26:25
27:11,16
28:10 29:18,
25 31:14,23,
24 32:15
33:17 35:6,13
36:9,13,25
37:3,15 41:4,
5 44:18,25
46:24 49:11

50:17,18
51:11 53:22,
23 56:5,10,18
59:14 60:3,20
61:1,8 64:3,
5,9,23 67:16
70:4 72:10
73:10 75:13,
16,25 78:17
80:24 81:18
82:10,15
83:4,24 85:3,
20 86:5 87:18
89:9 90:3,11,
12 91:15,19,
20,21,25
92:24 93:18
94:7,9,12
97:15 98:9
100:17,19
101:5,8
102:2,4
103:1,12,20
104:11,20
105:7,15
106:3,21
107:14,20
109:3,5,23
110:7,20
111:22 112:23
113:5,17,23
115:11,12
116:9,21
117:5 120:5
124:6 129:6
130:2,16,25
131:20 133:2,
21 134:21
135:10,19,20
136:5,18
137:16,22
138:10,17
140:10 142:22
143:4,19
144:8,9
145:17 146:1,
7 147:13,20
148:9 149:2
150:2,3

151:22 154:2,
24 155:6,18
156:12,13,24
157:4,5
159:24 160:25
161:1,17,23
162:3,9
163:11,18,19,
23 164:10
166:6,19
167:2,5 168:4
171:19 172:6
174:11 176:9
178:13 179:15
182:9,16
185:9,23
186:8 187:20
189:5,13
190:11,19,25
194:11 195:7
197:5 198:19
199:20 203:8,
14,15 204:5,
21,22 205:23
208:23 209:13

**order**   91:16
92:2 167:7
169:1 206:19,
21

**ordering**
210:9

**Ordman**   6:9

**organization**
40:22 61:1,4
69:15,17 70:4
84:22,25
101:25
106:21,22
109:23 140:19
141:14,15,16,
21,25 142:9
143:1 170:21
178:22 179:19

**organizations**
13:15 40:24
58:1,5,23
59:7,12 60:2
61:6,19 62:16
64:20 65:3

66:25 67:10
69:1,2 97:10
98:24 103:9
107:1 139:17
156:13 163:4
194:10,16

**organize**
75:10,14

**organized**
75:11 171:5

**original**
51:18

**originally**
26:1 56:25
82:25

**Ortega**   18:21

**other**   7:24
9:9,12 12:5
18:14,22
19:1,11,18
20:3,8,19,24
22:13,14
28:12,14
36:24 37:16
38:12 40:23
41:11 47:19
50:3 55:16
59:1,2,22
64:12 65:4
67:16,20
70:9,12,16,
19,24 71:3,
15,18 74:2,10
76:3,11,15,
16,17 77:6
78:16 82:10,
23 86:5 87:1
90:4 92:12
98:21,23
100:2 102:4
103:14,25
104:7 106:11
109:6,14
110:11 114:1
118:17 119:10
120:5 123:3
128:7 130:20
131:21 133:14
134:21 143:12

144:9 145:1,
4,7,9 150:13
154:23 156:7
161:18 162:5
166:23 170:24
173:17,24
177:12,22
186:19 188:6,
14 189:15
190:18,22
194:6,10
196:23 202:8
204:1,4

**others**   33:20
59:6 94:7
96:4 140:8
175:12

**otherwise**
37:4 101:8

**Otterbox**   10:5

**our**   9:17
15:13 21:14
34:25 53:2
54:1 60:8
64:6 67:8,18
72:13 73:7
74:6 77:4
87:21 100:20
106:18 111:25
113:19 138:13
198:11 204:5

**out**   19:23
20:4 25:24
30:14 41:18,
19 57:14 59:1
62:15 63:3,24
75:15 87:1
90:2 92:13
94:6 97:14
128:16,25
143:16,23
144:15 145:8
159:11 168:16
171:6 173:9
202:9 209:20

**outside**   70:21
72:17 76:22
77:22 81:12
83:23 84:3,8,

17 108:23
117:25 145:14
163:16

**over**   12:14
55:6 63:15
80:7 87:18
91:8,9 97:20
112:2 121:6
130:8 140:4
164:11 171:8
173:6 185:4,5
190:25 198:3

**overall**   60:20

**overstated**
203:21

**own**   9:2 13:11
16:14 19:15
20:4 30:14,21
41:4,20 53:21
54:6 72:10
107:14 110:17
117:7 124:15
131:21
133:12,16
145:14 161:22
162:19 163:8,
10 170:20
181:20 188:14
194:17 207:7
208:23

**owner**   157:4

**owners**   9:9
156:15 157:9
161:12 190:1

**ownership**
56:10

---

**P**

**P-E-P-E-S**
140:11

**P-O-I-N-T-E**
8:17

**P-R-E-E-T**
53:10

**p.m.**   55:15
115:17,18,19,
21 180:7,8,10

183:9,10,11,
13 191:25
192:1,2,4
**Pablo** 139:18,
24 140:4,10,
12,15 142:20
171:6 192:25
207:10
**pace** 142:7
**page** 45:25
46:4,6 52:23,
24 53:1
125:23 139:16
162:22 165:23
175:4 176:25
177:4,14
180:14 182:21
183:16,24
184:13,17
187:15,23
189:6 197:21,
22 201:21
202:19 203:9,
10,11
**pages** 18:7,9
23:16 188:20
**paid** 104:11
125:1 147:10,
12 148:4,6,
11,19 150:15,
19 151:2,12,
22 152:9
153:16,22
**paled** 76:7
110:12
**Palm** 156:6,19
**papaya** 166:19
**paper** 64:9
163:21 205:4
**papers** 15:4
51:11 53:22
199:13
**paragraph**
31:14 48:17,
21,24 50:1,8
51:6,10 52:5,
24 116:14
117:9 119:1,2

120:24 122:4,
14,15,22
124:14,16
127:23 128:11
132:1,8
136:24 138:3,
7 139:15
159:1 162:24
166:6 170:11
183:18 184:16
196:25 197:22
201:16 202:25
203:8,12
205:13
**paragraphs**
122:3
**paramilitaries**
82:21 183:23
**paramilitary**
12:25 60:12
114:22 178:13
200:18
**part** 16:23
17:3,11,14,23
18:1,3,5,11
19:12 20:10
21:4 22:14,23
23:8 33:4
35:24 46:6
60:12 73:6
89:25 91:14,
24 104:9,23
105:14
106:18,21
113:15 117:13
118:6 128:8
150:14 152:2
169:18 171:8
196:21,22,23
197:5 200:24
209:3,13
**participation**
85:24
**particular**
36:1 91:25
117:25 118:25
120:7 122:9
123:14 126:3
135:4 145:23

165:25 166:14
194:13 197:14
**particularly**
97:1 134:5
**parties**
210:22
**partner** 163:2
**partnered**
192:21
**partners** 9:9
**parts** 131:20
135:1
**passed** 114:15
**past** 82:6
**paste** 53:13
**Patton** 5:25
**pay** 90:5
92:13 151:13
**paying** 103:23
104:1 109:14
145:19
146:12,18
**payment**
147:22 194:5
**payments**
83:16 116:2
146:24 148:9,
11 149:18
**peace** 141:23
200:14
**pending**
129:18 130:18
**people** 19:23
71:25 96:20
109:24 113:9
114:22 140:12
144:16 145:1,
5 153:4,12
154:4
**Pepes** 140:10,
11,13,14
192:25
**per** 35:21
77:21 108:5,7
119:3 121:1
123:24
124:24,25

133:12
134:14,19
143:6,15
198:12 206:21
**percent** 85:23
86:3,6,14
87:5 88:3,20
89:5,14,15,16
105:14,16
114:3,4
117:22 118:3,
5 123:8,13
133:14 198:10
**percentage**
85:22 86:3,6
88:11 177:9,
18 178:21
205:7,24
**percentages**
86:22 88:6,18
89:5 105:25
114:2 204:13
205:19
**Peresguidos**
140:9,10
**perfect**
171:12
**perhaps** 44:22
47:8 53:23
59:6 75:13
85:20 107:13
145:5
**period** 24:18,
20 55:6 62:7
72:20 73:19,
25 74:11
82:4,5 87:22
103:15 120:18
121:12
123:14,25
128:9 173:7
178:17,20
199:1
**periodical**
189:1
**periodicals**
188:16 189:2
199:13 204:25

**periods** 13:1
135:12,13,14
175:17
**permanently**
63:9
**perpetual**
97:21
**person** 25:11
29:12 165:13
167:6
**personal** 41:4
72:10 111:21
117:7 190:10
200:4
**personalized**
113:13
**personally**
19:19 130:17
**perspective**
75:4
**pertained**
76:2
**pertaining**
39:1 40:19
162:3
**pertinent**
31:24 87:3
169:16 187:12
**Peru** 95:5
**phone** 7:23
10:5 12:18
13:5,21 14:6,
12,17 21:10
26:8 35:24
36:8 55:19,21
210:3
**phrase** 148:12
**physically**
37:21,24
**piece** 51:4
118:25 131:18
169:25 187:23
199:17 200:24
**pieces** 91:13
93:21 120:19
128:9 131:20
190:18,24

**pilots** 194:11
**piracy** 110:11
**place** 16:5
25:11 159:9
**placed** 189:20
**plaintiffs**
5:11,21 6:3
14:13 18:17
**plaintiffs'**
102:21 103:6
104:7 105:5
106:4 147:10
150:13 151:6
**plane** 55:23
**playdate**
97:21
**played** 140:14
**player** 179:2
**players**
177:23
**please** 5:18
8:9 36:15
40:16 45:25
49:23 93:15
104:13,22
124:5 127:22
128:12,20
131:15 146:8
152:18 160:4,
7 162:23
199:11 202:18
**plethora** 10:9
59:3
**plus** 203:17
**pocket** 92:13
**point** 14:19
52:17 67:11
69:11 72:4
73:24 76:10,
20 86:23
96:22 102:15
103:13 114:10
121:17 138:24
146:17 178:11
210:9
**Pointe** 8:16
**pointing**
33:25

**points** 13:18
18:15 50:2
159:2 178:7
**police**
107:14,22
135:7,9 173:4
196:2
**policies**
159:4,8,22
**poorly** 28:20
**pop** 60:8,10
**por** 140:10
**port** 157:7
184:21
**portion** 32:20
49:6 104:15
107:6 109:10
121:6 152:19
160:18
**portions** 37:4
**ports** 156:5,
6,19
**position** 8:13
58:14 66:10
74:25 79:4
96:11 171:12
197:16 199:14
205:25
**positions**
81:23
**possess**
155:10
**possession**
159:15
**possible** 36:2
161:19 207:14
**Possibly**
11:16
**poster** 112:24
**posts** 157:6
**potentially**
162:8
**powder** 159:11
**power** 147:16
149:14 166:16
**powerful**
193:4

**practice**
207:5
**practices**
9:23 10:19
**preceded**
150:9
**precisely**
138:11
**precursor**
135:2,3
**predicate**
169:14 170:4
**predominant**
193:23
**Preet** 52:22
53:6,9,10
**prelude** 47:20
**preparation**
12:15 19:16
28:6 31:18
32:13 45:20,
22 46:20,25
55:16,23
155:5
**prepare** 12:4
34:19 37:10
46:11 54:20
55:18
**prepared**
27:16 29:19,
25 34:10
41:18
**preparing**
12:15 38:20
132:13 173:24
197:7
**present** 8:12
22:14 56:9
58:24 66:25
147:20
**presently** 9:1
**pretty** 159:18
**prevent** 159:5
**prevention**
9:22 51:15
159:7
**previous**

47:12,19

**previously**
80:15

**price**   108:6,7
119:4  121:2

**prices**   153:10

**primarily**
18:13  60:6
67:9  70:17
71:20  80:1
82:2,19  99:24
100:10  138:22

**primary**   67:5
69:8  118:2
138:4  192:23

**principal**
184:23

**prior**   8:23,24
11:4  12:11
15:17  20:16,
25  30:13
41:24  43:2,9,
17  44:14
55:17  56:1,13
60:7  139:20,
25  172:11
176:11  193:2,
9,15  194:18
195:2  201:9

**prioritized**
170:19

**privileged**
51:21  164:10

**privy**   77:19
78:1,7

**probably**
32:24

**problem**   36:21
49:2

**procedures**
9:23  10:19
159:4,22

**proceeds**
53:18

**process**   98:20
141:23  200:14

**processes**
135:11

**processing**
37:16

**produce**   91:16
135:5

**produced**   48:2
119:3  121:1
134:13

**producer**
67:17

**producing**
124:21

**product**   53:15
164:10

**production**
91:22  92:3
123:19  163:1
166:16  203:13

**professional**
5:2  11:7

**Professor**
183:19  184:1
187:15  188:7
190:17

**proffered**
100:3,8,9,15

**profitable**
53:15  167:3
183:20  184:20

**program**   62:4,
5  159:18

**programs**
158:25

**prohibit**
187:10

**prohibited**
49:17

**prominent**
140:1  179:2

**promotion**
68:7

**pronouncing**
101:15

**proper**   40:12

**properties**
138:17

**property**
10:16,17

**proposals**
97:1,2

**prosecuted**
140:12

**prosecution**
191:10

**prosecutions**
58:3  64:7
69:25

**prosecutors**
113:22

**protect**
82:18,25

**protected**
189:18

**Protecting**
194:4

**protection**
9:4  53:14
56:10  178:14

**protocol**   16:4

**protocols**
9:23  10:18

**provide**   9:22
10:15  12:22
23:21,23
24:16  25:19
26:9,12,20
36:23  43:8
78:12  92:3
110:7  116:18
162:25  178:13
201:4

**provided**
14:20,24
15:6,8,22
18:17,22  19:1
20:15  21:13
26:11,13
27:11,18
28:15,24
29:2,6  30:7,
11,20  41:9,12
44:5  52:1,9
77:20  82:14
92:1,12,25
94:6,7,8
105:4  117:6

128:15  130:22
131:6,17
153:1  154:25
155:7  167:7
168:13  169:9
183:21  184:6
191:3,15

**provides**
184:1  187:16

**providing**
13:11  64:10
163:17,23
164:17

**provinces**
168:22

**public**   13:12,
13  41:10
80:24  116:17,
22  121:5
130:21  196:2,
6,9  197:4,6
209:5,9,14

**pulling**   200:5

**purchase**   90:3

**purchased**
152:8  153:1,
5,16,22

**purest**   194:16

**purge**   32:25

**purged**   22:10
32:15

**purpose**   5:9
64:6

**purposes**
54:18  56:5
90:20  157:15
161:21  162:19
171:18

**pursue**   73:4

**pursued**
192:25

**put**   51:19
122:8  123:6
125:10  134:3
141:2  167:2
169:22  202:2
204:5

**Q**

qualified
   98:14
quality
   194:17
Quantico
   57:16
quarter  97:20
question
   7:14,18,19
   8:3 11:14
   13:8 14:2
   20:18 21:20
   22:20 23:2
   25:4,12
   26:14,22
   28:16,18
   30:3,24 31:20
   32:8,25 35:18
   36:4 37:7
   38:8,17,25
   39:8,14,17
   40:10,14,16
   41:7,24
   43:13,19
   46:3,10 49:3,
   17 51:20
   52:12 60:4,
   12,18 71:9
   73:1 74:4,14
   78:10,15,21
   80:12,17 83:1
   84:15,16
   90:16 93:13,
   15 94:4,5
   102:12 111:5
   112:13,15,19
   115:4 121:11
   124:12
   127:10,13,22
   128:3,20,21
   129:11,12,14,
   17 130:9,16,
   17 131:2,4
   137:13,19
   140:22 143:22
   144:4 145:25

146:5,8
147:19 148:5,
22 150:6,8,9,
23 152:15,17,
23 153:3
155:3 159:21,
23,24 160:1,
3,5,7,11,13,
14 163:22,25
168:16,17,18
169:5 171:24
174:25 175:7
176:20 177:6,
8,12,25
178:2,6,9,16,
19 179:13,25
180:13,21
181:9,10,18
182:11 194:22
198:15 199:5
205:5,9,14
questioning
   179:17,18
   180:22
questions
   7:13 40:12
   45:7 115:25
   180:5 191:20
   192:8 196:13,
   14,18 200:21
   204:21,24
   206:13 209:24
   210:3
quick  180:1
quickly
   142:22 143:3
   175:22
quite  28:17
   157:10 196:4
quote  21:4
   52:21 85:14
   117:21,25
   126:8 183:19,
   22 184:9
   185:2 203:13
quote-unquote
   51:14
quoted  118:4

quotes  118:7
   133:13
quoting
   203:11

**R**

radar  60:8
   72:13,14
   138:13
raised  58:8
   198:16
Raleigh  57:2
ran  115:1
range  50:13,
   22 79:1
   143:15 153:10
ranged  108:9
Rangers  62:15
ranges  78:5,
   12,19 110:20
rate  135:5
rather  116:20
   142:22 143:2
   158:6
reached  59:1
read  13:16,24
   14:12 15:16
   23:5 27:8
   32:18,20
   41:10 49:5,6
   96:4 104:14,
   15 107:5,6
   123:9 132:7,
   11,19 140:9
   152:15,19
   159:25 160:5,
   18 163:5
   164:21 166:5,
   7 177:5
   184:3,8
   185:11,16,17,
   19,23 186:3,
   7,9,11,13,15,
   19 187:2,3,5,
   24,25 188:4,
   5,6 189:1,12,
   16 190:7

quotes  118:7
133:13
quoting
   203:11

191:2,3,13
203:4,6,10
205:13
readily  80:19
reading  28:4
   53:22 61:16
   81:7 83:21
   103:5 124:16
   133:22 164:23
   165:10 166:2,
   9 185:21
   186:6 187:17
   188:17
   210:18,21
reads  53:1
ready  203:20
real  158:6
   180:1 205:2
realize  91:12
really  89:22
   118:1 121:11
   133:20 198:15
reason  8:2
   25:11,24
   68:24 164:2
   172:6 188:3
   191:17,19
reasoning
   97:16
reasons  56:5
   164:12 208:23
rebuttal  12:6
   14:1 16:8
rebuttals
   50:2,4
   150:13,14
rebutted
   13:18
recall  12:19
   17:13 19:14
   22:11 23:16
   24:1,7,21
   31:6,10 32:2
   33:2,12,16
   38:20 39:2
   44:7,17,20
   45:1,21,23
   49:24,25

54:16 55:12
56:11 68:1
73:6,22 76:6,
17 77:14
78:2,19 79:2
81:1,7 83:25
84:1,12 85:4,
10 86:20
87:9,19,21
88:1,5 89:5
90:17 92:8
103:16,17,20
108:20,24,25
109:1,5,8,9
110:8 119:16
120:1 121:17,
22 133:21
158:14 161:6,
20 164:18,20,
23 165:10
178:16 186:6
188:10 191:16
192:7,10,15
199:4 206:16
**receive** 64:25
75:13 77:4,5
106:23 164:16
**received**
66:11 68:7
90:12 149:4,
22,23 150:4
151:5 152:6
162:1
**receiving**
15:17 73:12
90:17,23
194:5
**recent** 175:16
**recently**
33:23 151:6
**recess** 43:25
66:16 115:18
180:8 183:10
192:1
**recognized**
159:6
**recollect**
54:1 139:14
161:5

**recollection**
13:13 19:18,
21,22,25
20:1,12 31:1
45:24 46:18
54:6 73:9
74:10 86:7
87:2 116:24
120:6 132:24
133:16 134:9
139:6 181:21,
24 182:2,8,
22,25
**recommendation**
25:22
**recommended**
31:17
**record** 5:6,19
32:20 43:23
44:3 49:6
66:14,19
104:15 107:6
115:16,21
122:14 127:11
152:19 160:18
180:6,10
183:8,13
185:22
191:23,24
192:4 210:1
**record's**
21:23 22:7
**records** 36:8
64:22
**recruit**
194:9,15
**recruiting**
57:13
**REDIRECT**
196:16
**refer** 21:25
23:12 123:17
127:23 201:15
**reference**
122:3 125:3
165:18 192:22
**referenced**
186:3 187:18

188:16 189:1,
6 196:10
**referencing**
17:15 122:4
128:2
**referred**
48:25 51:6
69:15 174:19
185:12
186:14,16,20
192:12
**referring**
19:22 25:16
48:18 83:18
84:21 87:13
88:2 107:13
122:13 123:11
124:1,8 128:1
132:23,24
141:7 145:22
148:8 163:13
188:17 195:6
209:15
**reflected**
77:13 89:6
188:22 195:24
**reflects**
120:10 139:15
195:14
**refresh** 43:9
46:18 54:6
139:14 172:23
**refreshes**
45:24
**regard** 7:3
50:15 98:19
100:9 106:24
182:3
**regarding**
52:4 197:4
198:1
**regardless**
73:5 111:8
**regards** 96:18
**regional**
95:3,24
**regions** 53:19
102:2 165:1

166:19
**Registered**
5:2
**registers**
159:12
**regurgitated**
112:16
**reign** 140:16
**related** 41:1
59:23 60:2
61:20,22
67:12 69:12,
19,20 70:14
73:3 75:19
78:15,17 84:7
86:2 99:20
108:1 116:3
186:8 189:5
**relates** 16:20
75:25 76:3
85:3 99:19
107:24 113:8
116:2,10
120:3
**relationship**
24:3 103:4
104:12,25
164:24
**relied** 31:4
41:10 197:1
**rely** 134:12
202:10
**relying** 124:6
128:10 205:1
**remained**
33:19
**remember** 24:6
48:4 50:20
73:12 77:12
84:23 88:17,
18 89:3 95:11
111:8 116:3
175:14
**remembering**
88:11,12
**reminds** 53:20
**render** 25:25
26:15

David Gaddis - Confidential
January 17, 2019

54

rendered
100:16
rendering
93:22
renegade
194:15
repeat 26:14
32:8 49:3
73:1 101:13
104:13 146:4,
8
repeating
95:8
rephrase 7:15
194:24
report 12:4,
23 13:11
15:24 16:8,11
17:7,17,23
18:18 19:16
20:9,25 21:1,
2 22:15,24,25
24:16 26:25
27:12,16,19
28:14,23
29:5,11 30:1,
10 31:7,13,
19,25 32:7,
10,14,16,17
33:19 34:1,6,
7,10,11,20
35:7,11 37:4,
6,11,17,21,25
38:1,15,22,23
39:3,20
40:21,22
41:1,14,18,21
45:21,22
46:12,16,21
47:1,9,19,20
48:11,22,25
49:10,12
50:6,11 51:6,
7,13 52:20
54:24,25
55:1,5,7,8
56:8 71:5,7,8
78:11,13
85:15 86:1

87:8 89:7
90:20 94:2
102:20 116:6,
8,14,18
117:22 118:24
120:10,12,24
122:2,10
124:7 125:14
126:18,22
127:2,7
128:11 131:6
132:13
136:16,24
139:11,13,15
141:8 147:13
148:2,25
149:1,11,15,
20 150:12,18
151:7 152:2
155:5 157:15
158:19 159:1
160:21 162:3,
6,20,23
164:21,23
165:20
166:13,22
168:14,21
170:12
173:17,24
179:23 181:1,
19 183:16
184:1 185:10
187:2,14,16,
24 188:5,7,
12,20,24
189:7,14
190:17,19
195:14,24
196:10,21,25
197:7,17
199:8,14
200:15 201:17
202:11 203:25
204:9 206:2
reported
189:23
reporter 5:2,
3,15 6:12
32:21 49:5,7

53:4 104:16
107:5,7
137:11 152:20
159:25 160:19
210:8,11,13
reporting
84:23 116:16
204:3
reports 12:5
13:17,21
14:12,25
15:2,5 18:14,
17,22,23 19:1
27:7,8 33:5
39:6,10 40:18
41:11 50:3
61:17 64:10
70:10,14
71:5,24 72:5,
10 73:11,12,
14 76:14
77:12 80:19,
24 82:10,14,
23 83:21
84:2,7,17,20,
21 86:17
87:15,20
88:4,17 96:3,
4 102:4 103:6
104:7,8 105:5
106:4 120:4,
17 147:11
150:14 190:22
196:3
Republic
59:14
request 23:20
36:20 37:19
43:8 47:18,22
187:7
requested
167:12
requests
79:21
required
62:12
requirement
59:15

requires
64:21
research
19:11,15,23
20:5 30:15
41:20 51:18
53:21,25 72:9
73:10 74:1
89:11 91:19,
20 92:24
102:17,18,19
106:1 128:8,
16 161:23
163:18
188:14,21
researched
46:13 113:12
127:3 145:9
reservation
138:20
reserve
210:17
resident
68:12 119:20
resolved 28:7
resources
13:13 31:4
61:3 71:25
72:1 82:15
107:23
128:13,14
131:21 196:2
respect 46:19
124:13 133:12
180:12
respectfully
87:7 93:9
149:19 159:20
160:6
respectively
139:22
203:15,17
respond 12:5
17:15
response 9:21
186:18

responsibiliti
es   197:6
responsibility
  96:25 97:4,12
  198:3
responsible
  120:13 124:21
  133:14
rests   75:16
resulted   59:8
  85:24
retained
  15:11 21:17
  26:1 32:9
retaining
  21:11
retention
  35:4 56:1
retired   25:17
  95:10 96:10
  97:13 102:15
retirement
  97:25
revenue
  70:19,24,25
  71:15,18 74:2
  76:1,12,15
  77:6,10,20
  78:16 81:12
  83:22 84:13,
  17 86:21
  87:2,4,5
  88:19 89:16,
  17 90:1 92:14
  94:10 95:12,
  14 100:17
  102:23 103:2
  104:24
  105:10,14
  106:24
  108:11,17,20
  109:2,6,21
  110:13,21
  111:12,20,22
  112:21 113:7,
  13 119:23
  120:1,4,15
  124:24 126:12

127:8 135:20
143:7 150:1
168:4 169:8
171:14 195:21
198:10 206:14
207:4
revenues
  76:22 84:7,18
  87:14 88:7
  100:19 105:7,
  13 107:2
  108:22,23
  109:11 110:1
  111:19 113:1
  120:7 170:21
  195:11 208:9
revert   120:23
reverted   34:7
review   15:9
  23:8 27:12
  31:10 32:6,10
  43:3 48:11,17
  55:19 130:23
  131:17,18
  134:2,5 162:2
  165:18 187:13
reviewed
  13:16 18:14
  29:3 41:20
  44:14 46:12
  55:22,24
  116:23 117:10
  120:4 127:3
  132:2,5,13,
  17,21 133:9,
  10,11,15,20
  134:4 151:5,6
  190:23 197:5
  202:4,11
reviewing
  38:6 80:18
  97:1 130:19
  162:2 200:4,8
reworded
  31:14
Rica   63:22
  66:11,21 69:6
rid   64:3

right   7:5,11,
  22 8:11 11:3
  12:25 20:14
  28:22 33:15
  34:9 39:22
  40:7,9 41:16
  56:7,13 57:23
  58:20 61:14
  62:1 63:20
  66:4 71:13
  73:6 79:17
  82:20 84:16
  86:19 95:14
  98:3,7 107:21
  112:25 113:15
  120:16
  121:12,16
  123:18 125:25
  126:3,10
  127:15,24
  129:18 130:18
  131:3,4 134:3
  141:10,16
  145:25 150:2
  166:4 173:14,
  25 175:6,7
  184:14
  186:15,25
  187:22 202:4,
  14,24 203:4,8
  207:7 210:15
right-hand
  46:5 203:11
risk   9:21,25
  10:21
rival   140:14
road   91:20
roads   91:16
  92:3,7
Robert   6:7,8
Robin   5:1,15
Rod   6:5
rodeo   7:12
role   95:23
  111:25 140:14
Rome   5:23
  11:24 12:13

room   7:23
routes   163:1
rules   49:17
running   179:2

---

S

S-O-N-O-R-A
  68:13
SAC   79:12
said   31:8
  48:14 49:1,13
  55:7 56:14
  59:3 65:17,20
  76:10 107:3,4
  111:11 131:4
  138:17 158:2
  166:8 171:15
  174:12 179:5,
  12,13 183:4
  195:15 196:19
  208:5 210:16
sales   150:17
same   9:15
  24:24 25:6,9
  60:22 64:19
  95:13 122:21
  126:21 135:5
  139:1 144:13
  175:4
sample   116:18
San   63:21
  66:10
Sanders   6:10
sat   74:20
  144:7
saw   28:3 34:7
  111:11
say   11:15
  13:24 19:21
  20:2 26:12
  31:22 44:23
  47:6,11 50:13
  67:19 69:23
  73:8 75:25
  80:6,18 81:21
  83:24 85:6,18
  86:10,18 88:1

94:16 101:19
103:11 105:3,
17 109:12
114:3,21
120:25 121:19
124:1,9
126:13,16
132:1,21
133:9 135:18
138:2,3,12,20
141:3,4
142:17,19,20
144:4,18
150:25 152:4
153:11 154:12
162:18 172:17
179:9 187:15,
17 196:25
200:2 201:3
202:12

**saying** 86:14
88:9 110:14
118:4 133:20
134:2,19
159:17 161:19
184:5 185:23
201:6 208:11

**says** 71:6
123:2 133:13
170:15 184:19
197:20 198:18
200:1,17

**science**
100:23

**scope** 24:13
26:2,22 31:21
102:7 150:6
167:10

**screen** 60:8
72:13,14

**search** 53:24
118:25 207:9

**searched**
189:21

**searches** 54:6

**sec** 165:19

**second** 48:5,6
51:9 52:3,4

66:9,12
119:20 131:11
135:17 170:9
184:16

**secretly**
156:14

**section**
125:24 165:23
166:6 202:23
203:5,8

**security**
10:19,22
162:25
163:12,16,23
164:17 185:9

**see** 36:8,25
39:21 42:23
43:1 45:24
52:20 75:1
125:25 128:1
141:8 159:10
180:25 183:24
184:12,15
200:12

**seeing** 77:12
78:19

**seem** 161:6

**seen** 13:21
15:16 28:1
43:5 145:18
157:5 184:8

**seized** 64:9
156:25

**seizures**
203:14,18

**selecting**
128:8

**selling** 194:6

**send** 37:19
187:7

**sending** 36:22

**senior**
197:23,24
198:6

**sense** 101:21

**sensitive**
96:14

**sent** 21:10
28:12 31:7
68:25

**sentence**
31:14 50:8
122:13,22
123:14 124:13
127:25 138:9
162:24 170:13
197:23

**sentences**
122:17 123:2,
3

**September**
12:19 15:10
198:16,18,25

**September/
october** 11:16
21:10

**series** 180:5

**service** 25:19

**services**
10:23 21:11
163:17

**set** 40:25
122:8 201:12

**Setting**
10:18,22

**settled** 21:22
191:8

**settlement**
12:17 33:8

**seven** 58:15,
20 59:19,21
60:1 62:2
185:3

**seven-year**
62:6

**several** 7:5
55:24 62:13
63:18 85:15
128:13 132:25
142:6,8,12
198:6 200:17

**shakes** 170:14

**shape** 104:10
118:19 149:2
159:23

**share** 123:7,
11

**shared** 159:15

**she** 9:14,17

**sheet** 36:3
114:2

**ship** 158:10,
11,13 189:20,
21

**shipments**
183:20,24
184:20 185:4
189:25

**ships** 156:7
157:14 161:9,
10 162:9
185:2 190:1

**short** 170:15

**should** 26:11
32:24 37:5
49:20 83:24
125:9 134:3
140:9 157:15
158:18 169:7

**shouldn't**
160:20

**show** 125:7
165:3,11

**shown** 55:2

**shy** 173:14

**sic** 20:25
21:17 68:14
193:21

**side** 203:9,11

**significant**
40:17 72:1
85:14,17
96:25 113:18
167:5 176:3
178:15

**significantly**
84:12 85:10
109:9

**signing**
210:18,21

**similar** 30:18
38:7 73:25

```
80:14 81:14
163:11 197:5
similar-type
  143:14
similarly
  72:8
simple  147:19
simply  13:11
  78:2 187:2
  188:4 189:18
  204:1
since  7:12
  8:22 9:7
  10:25 17:13
  51:16 138:5
  165:17 173:10
  198:16
single  116:20
sir  7:1 11:2,
  9,22 15:21
  16:13,16,21
  17:25 18:24
  22:10 23:18
  27:14 28:5,9
  46:5 49:4
  84:3,5 95:15
  100:6 102:13
  126:23 129:11
  135:25 136:6,
  21 137:2
  139:5 140:20
  144:7 149:10,
  17 177:13
  182:6,19,21
  185:15 186:12
  199:22 205:18
  209:8
sit  17:2,12
  20:11 29:24
  32:2 39:5
  44:21,23
  46:23 78:7,18
  83:9 85:3
  104:4 111:7
  114:10 134:8
  135:17 148:3
  151:21 154:2
  169:22 182:23
  199:19 207:16

sitting
  192:10
six  55:14
  63:18 122:17
sixth  200:13
Skinner  6:6
  210:6
skipped
  190:25
SLC  189:16
slightly  66:6
  208:14
small  109:10
  141:13,16,25
smaller  110:9
smuggling
  51:15 159:6,7
  163:1
snap  143:4
SNOWCAP  62:6
  66:3 135:10
so  7:11,23
  8:13 20:2,8,
  24 21:23
  22:7,22
  23:11,21
  25:19 27:9
  28:20 29:24
  32:23 33:23
  34:9 36:4,7,
  21,24 37:1,21
  40:1,3,6,9
  42:5 43:9
  48:18 50:15
  53:25 54:2,5
  55:23 56:17
  57:6,12,13,23
  58:8,20 61:5,
  14 62:8,18,23
  63:2,4,11,12,
  18,23 64:7,24
  65:5 66:2,10
  67:19 68:8,24
  69:5 70:23
  71:7 73:8
  74:9,23
  75:10,16
  76:19 77:12

78:5 79:17
80:6,23 82:19
86:20 87:1,2,
7,18,24 88:4,
11,14 89:9,
11,14 90:10
91:21 93:9,11
94:16 95:8
97:14 99:3,24
100:7 101:20
102:21
105:10,12
106:22 107:4,
17 108:22
109:20 110:3
111:7 112:18,
19,21,22
113:5 118:6,
11 120:15,16
122:14 123:11
127:11 130:22
131:16 133:19
135:7,12,15
136:4 138:20
139:15 140:17
141:3,16
142:8 143:22
147:11 149:2,
14,22 150:25
151:7,21
152:23 153:10
157:1,2,24
159:16,24
161:15 162:5
165:13 166:8
167:8 168:17,
24 171:7,17
172:6,24
173:12 175:8
176:5 179:12,
19 183:4
185:22 186:15
188:15,25
189:4,24
190:10 191:13
193:2 194:14
195:5 197:9
198:13,25
199:11,15

200:23 201:5
203:1 205:14
206:3,23
207:10,13,24
208:8,19
sold  108:7
  119:5 121:2
  134:14,15
  135:20 144:12
sole  69:8
solely  67:19
  69:20 99:20
  118:20 130:23
solidify
  54:10
Solutions  9:4
some  10:1,12,
  15 12:15
  14:19 15:5,19
  19:23 27:8,9
  29:3 31:8
  37:16 39:2
  50:15 53:15,
  25 54:5,6
  61:7 62:12,13
  64:3,25 71:8,
  14 82:10
  83:16 84:22
  89:6,11
  102:15,19
  105:4 106:19
  109:23 116:1
  117:7 120:5
  123:6,20
  126:19 133:4,
  6 134:21
  135:8 142:25
  145:5 146:17
  157:1 161:17
  167:4 171:7
  174:3 175:12
  178:6 192:7
  196:5 206:13
  208:13,14
  209:13
somehow
  156:25
someone  28:25
  36:9 50:18
```

182:9
**something**
41:5 48:14
50:20 90:6
97:15,19,22
98:9 112:23
133:22 157:14
158:17 189:5
195:7
**sometime** 24:5
**sometimes**
64:25
**somewhere** 7:5
36:16 50:22
125:1
**Sonora** 68:13
**sorry** 9:7
13:2 22:4
26:14 33:4
42:18 51:3
53:12 63:7
65:9 89:10
102:10 111:2
125:9 132:8,
10 146:10
148:24 175:2
177:13 179:20
184:22 185:25
192:20 196:15
197:12
**sort** 7:8 9:19
23:14 55:20
70:10 72:11
73:11 76:7
81:16 97:14
100:4 110:2
117:8 118:20
145:12
**sought** 194:14
**source** 92:14
95:11 116:20
122:7 138:4
**sourced** 33:3
50:8 51:12
130:20,22
**sources** 33:5
64:23 67:16
70:9,19,24,25

71:15,18
74:1,10 76:1,
12 84:24 93:4
94:10 99:18
100:17 102:23
103:2,25
104:25 106:19
107:12,15
108:13 109:6
116:15 117:5
119:23 120:6
121:5 123:6
128:10 130:21
132:5,17
133:15 164:19
196:6,9,20
197:4,7 199:9
209:4,7,10
**sources/**
**informants**
108:17
**south** 57:7
58:18,24,25
62:15,19
63:12,24
65:1,11,21
66:2 68:23,24
80:1
**Southern** 5:13
52:21
**space** 33:7
34:4 54:23
**Spanish** 27:9
57:22 59:15
62:13 101:20
**spans** 134:22
**speak** 27:9
101:20 147:6
**speaking**
28:11 40:1
97:8 127:19
128:23 175:20
**special** 56:19
79:10,11
**specialized**
111:21 116:1
**specialty**
138:2

**specific** 8:14
24:18 33:17
50:3 60:11,25
68:3 73:9
76:17 78:15
84:1,7,16,23
85:4 87:9
89:4 92:8,19
99:3,15,17
102:2 105:5
108:10,20,25
109:5,7,12
110:7,19
111:10 113:12
120:16
121:12,18,22
126:23 128:6
131:3 134:9
136:18 139:9,
14 140:25
147:14 148:9,
17 153:11
161:6,20
162:14 165:17
179:14 180:12
201:12
**specifically**
15:6 41:3
50:1 74:19
77:14 78:3
81:25 95:13
103:3,16
109:15 110:6
126:14,16
**specificity**
12:20 18:8
23:18 31:11
33:2 47:2,6
48:8 49:25
68:2 86:21
87:19 197:15
**specifics**
191:12
**specified**
136:16
**specify** 87:3
**speedboats**
90:14,23 94:8

**spell** 55:9
**spelled** 68:14
**spelt** 101:20
**spend** 7:11
55:13 106:12
**spent** 36:1,12
106:13
**spoke** 36:8
45:21 46:19,
24
**spoken** 147:20
**spots** 29:4
**Squire** 5:25
**stand** 179:19,
22 180:25
181:19 206:2
**stands** 124:14
181:19
**start** 56:17
139:2 177:4
197:19
**started** 139:7
141:16,25
172:7 175:21
207:2
**starting**
16:2,5,6
119:19
**state** 5:18
8:8 15:5 27:7
79:20 84:21,
24 86:4 96:3
102:3 120:5
169:17 177:8,
18 197:18
**stated** 21:24
118:24 126:8
187:14 207:2
**statement**
11:8 14:9
20:2,6 21:5
41:22 45:18
69:9 71:11
73:8 74:12
76:25 78:19
88:22 89:2
99:21 111:9
113:14 122:7,

8 131:5
133:18 134:10
135:18,22
149:5 151:2,
21,23 161:24
162:10 170:18
189:2 198:24
202:2 204:6
206:8 207:3
**statements**
118:8 119:7
121:4 133:4,
16 143:9,13,
14 173:4
196:4
**states**  51:12
59:2 154:1
168:22 184:12
191:5 203:19
205:2
**statewide**
79:13
**stay**  39:24
58:13 62:21
80:23 141:10
**stayed**  68:9
**step**  23:25
32:23 35:3
38:5 79:23
112:5
**sticker**
125:10
**still**  21:15
22:8 47:16
90:5 96:3
**stints**  63:12,
15,23 64:17
65:11,17,18,
20,21 66:2
**stop**  7:15,25
51:16 53:4
66:12 113:23
**strategies**
198:1
**stream**  113:8
**streamed**
106:24

**streams**  77:6
81:12 84:13
109:2
**street**  185:5
**strength**
147:16
**strictly**
124:20
**strike**  34:18
94:4 150:10
152:14 159:20
160:9
**struck**  162:25
163:11
**structure**
106:14 107:25
108:18 111:23
143:1
**studied**
115:10 144:14
145:8
**stuff**  165:6
**subheading**
71:6
**subject**
145:16
**subordinate**
68:16
**subsidiary**
83:14,17
**substantial**
39:6 40:18
121:6
**substantially**
38:7
**substituted**
25:10
**subversive**
70:4,6 71:2
97:10
**successful**
207:8
**successfully**
62:5
**such**  9:22
16:25 40:24
53:23 59:13

60:3 70:9
71:19 76:12
77:8 78:17
113:23 116:15
133:2 139:17
170:24 171:1
184:2 185:4
187:16 198:5
203:9,13
**suggest**
105:20
**suggestion**
50:17,19
51:24 105:23
**suggestions**
52:9
**sum**  149:21
152:4
**summation**
120:19
**supervise**
68:15
**supervised**
69:5 96:17
**supervising**
79:19 96:14
**supplied**
69:17
**suppliers**
73:22
**supply**  99:18
139:19 193:23
**support**  5:16,
17 10:15
33:21 41:21
51:5 65:5
89:6 102:1
105:5 116:22
118:12 183:22
184:1,6
187:16 189:13
**supported**
164:25
**supports**
197:16 199:9,
14
**suppose**  92:21
205:21

**sure**  8:12
16:1 18:20
27:2 39:11
47:14 48:12,
16 52:18
92:18 106:8
107:4,11
112:14,15
115:14 141:9
144:3 145:3
167:13 195:5
207:16
**surrounding**
85:1 180:23
**surveillances**
64:22
**sustain**
170:20 172:5
**swear**  6:12
**sworn**  6:18
44:9 45:3

---

**T**

**take**  19:8
23:25 25:10
35:3 38:5
42:4 43:22
48:12 50:25
79:23 82:7
101:4 104:10
109:17 112:5
114:3 115:13
118:19 122:4
124:5 125:18
131:11 136:5
137:22 142:1,
11 143:5
154:24 155:6
168:11 171:3,
8,15 180:4
183:6 190:16
200:1 201:13
203:13,18
206:19 209:19
**taken**  5:1,10
6:25 30:13
43:25 44:17

66:16 115:18
158:18 160:20
180:8 183:10
189:17 192:1
**taking** 5:9
33:7
**talk** 26:6,24
111:18 113:9,
21 123:18,23
181:5
**talked** 11:17
56:9 81:14
107:17
119:23,24
162:16
**talking** 11:21
12:14 28:22
72:20 76:6
78:16 112:21,
25 113:1,4
117:9 130:7
174:11 179:15
191:9
**Tallahassee**
58:25
**tangible**
204:4
**tape** 66:13
180:1
**target** 60:25
61:3 73:5
106:20 178:13
**targeted**
13:15 73:7,
20,21
**targeting**
61:5
**targets** 59:4
68:3 193:13
**taxes** 82:19
**taxing** 194:5
**technically**
206:22
**techniques**
9:22 118:9
**Ted** 5:20
21:23 26:24
50:25 65:16

127:11
129:20,23
165:24 166:5
168:15
**tell** 8:13
10:1 18:8
20:10 25:15
32:13 34:13
39:5 42:19
54:19 75:5
78:8 79:17
82:13 135:19
136:2 139:9
141:7,19
156:9,23
181:14 182:1,
2 190:18
199:12,16
203:7 206:3
**telling** 54:4
126:11 137:22
179:2
**tells** 8:2
206:1
**template**
32:16
**temporary**
8:24 63:2
**ten** 7:6 47:8
87:18
**tentacles**
59:1
**tents** 63:3
**tenure** 139:25
**terms** 12:5
13:24 19:4
20:3 23:5
29:12 30:9
31:14,17
38:14 40:25
50:3 62:2
67:2 68:18
72:16 81:8
89:5 96:13
107:12 112:6
117:5 124:20
144:17 145:14
147:16 157:19

159:9 164:19
171:12,13
175:13 194:13
**territorial**
169:1
**territories**
138:17,18
168:22
**territory**
91:13 95:25
167:20
**terrorist**
53:17 70:3
**testified**
6:19 17:7
43:10 86:25
87:17 128:13
129:5 178:24
198:16 207:1
**testify** 24:25
98:1 100:16
101:8 135:8
198:17
**testifying**
129:8 149:3
167:11 205:11
207:24
**testimony**
12:21 25:10,
25 26:9,12,16
30:25 41:25
43:17 44:9,
13,19,22
45:4,18 77:2
78:22 85:2,9
88:24 91:25
93:23 94:1
120:22 127:6
129:3 131:9,
25 133:21
142:14 147:14
161:22 172:11
176:2,24
179:3,4
180:17,19
181:6,15
182:13,21
198:19 199:3,
22 201:9

204:8 208:5,8
**tethered**
58:23 59:7
65:3 68:23
73:21 81:2
**than** 9:12
19:18 20:3,8,
19,25 22:13,
14 28:12
38:12 47:7
55:16 70:12,
20,24 74:2
76:3,16 84:13
85:6,10
103:11 109:1
118:17 119:10
128:7 135:5
145:4,6,7
148:9 149:19,
22 153:25
173:17,24
175:10,16
182:7 188:14
**thank** 23:24
42:3 43:22
52:16 54:17
79:4 86:23
107:8 111:1
131:23 145:13
160:23 191:22
195:8 196:12
209:21,22,25
210:15,18
**thanks** 17:21
115:15 210:7
**that** 6:24,25
7:8,19,22
8:19,23,24
9:3,5,15,18,
20 10:9,11,
13,24 11:7,8,
10,17,18,23
12:4,6,7
13:4,14,20
14:7,8,11,15,
16,19,25
15:5,23 16:22
17:7,11,14
19:3,10,12,

14,16,19,22
20:3,5,9,10,
13,19 21:2,4,
5 22:2,11,22,
23,24 23:14
24:3,4,5,10,
12,20,24
25:8,11,15,
16,23,25
26:6,8,9,11,
12 27:10,16,
23 28:8,14,24
29:5,18
30:19,20,22
31:2,8,15,16,
22 33:8,11
34:7,9,13,18,
23 36:1,2,21
37:11,25
38:7,21,22
39:2,3,24
40:2,17,25
41:3,10,11,
20,22 42:15
43:1,9 44:7,
9,10,14,22,25
45:3,5,7,14,
18,22 46:13,
18,20,24
47:21,24
50:7,9,12,13,
17,21 51:4,
11,16,19,24
52:1,8,9,19,
24 53:23,25
54:2,4,12,16
55:5,12,18,20
56:11,13
57:9,17
58:13,23
59:1,4,7,15,
19 60:7,10,
16,25 61:3,17
62:1,2,6,12
63:4,6,7
64:11,20
65:7,12,13
66:25 67:3,
14,15,17

68:2,16,17
69:9,11,23
70:3,5,10
71:4,6,7,8,
10,18 72:5,
11,12,16,21
73:1,8,11,18
74:11,15,21,
25 75:7,10,
14,17 76:5,7,
11,15,25
77:4,9,11,13,
21 78:1,2,6,
8,12,19,24
79:1,19,22,25
80:4,6,8,19,
25 81:1,6,9,
11,15 82:13,
18,24 83:7,8,
12,13,17,22,
25 86:3,7,8,
10,16,18
87:14,15,17,
18,20,21,22
88:9,22 89:2,
3,4,5,7,12,
23,24 90:1,4,
6,17,21
91:12,21
92:9,11,13,
19,22 93:2,3,
8,11,21,22
94:2,5,6,10,
11,18,20 95:9
96:11,13,14,
18 97:3,19,21
98:3,8 99:9,
19,21 100:4,
6,8,13
101:13,25
102:4,11,18,
19 103:8,23
104:1,4,6,13,
14 105:4,13,
14,15,16,20,
23,25 106:1,
9,11,12,23,24
107:8,14
108:4,13,19,

22 109:1,4,
24,25 110:2,
9,10,12,21
111:9,10
113:8,14,16,
17,22 114:4,
5,25 115:6,7,
9,12,13,23
116:23 117:3,
8,9,13,15,21,
22,25 118:3
119:12,16
120:1,4,12,
13,20 121:9,
17 122:1,7,8,
14,23 123:5,
9,13,20
124:1,6,7,13,
14,15,18,21,
22,25 125:4,
16,25 126:1,
11,18,21
127:5,6,7,12,
17,18 128:1,
7,9,10,15
130:19 131:5,
16 132:3,7,
15,19,22
133:10,11,12,
13,15,18,20
134:2,6,10,
16,17,21,22
135:10,21
136:8,19,24
138:6,9,20
139:6,10
140:17,18,21,
25 141:3,12,
13,20 142:12,
19,25 143:7,
19 144:4,7,
18,19 145:3,
5,12,13,15,
16,18,19
146:1,12,17,
23,24 147:3,
7,11,12,14,
15,21,23,25
148:1,9,12,

20,25 149:5,
14,20,21,22
150:4,9,11,
15,16,17,18,
19,20 151:1,
2,9,20,22,23
152:2,5,6,9,
11,12,13,22
153:2,16,22,
24 154:12,22
155:2,3,10,
14,16,18,19,
21,24 156:3,
6,10,11,13,
18,23,25
157:1,3,9,12,
13,14,23
158:7,8,10,
13,15,16,17,
18,23 159:2,
3,8,9,13,15,
17 160:24,25
161:7,13,23,
24 162:2,10,
19 163:5,7,
16,18,22,24
164:3,14,18,
19,20,24
165:3,5,8,10,
18,25 166:15,
20,22 167:3,
6,23 168:3,4,
11,12,20,23,
24 169:6,7,
12,17,18,19,
23,24,25
170:1,2,18,23
171:8,11,16,
17,18,24,25
172:6,17,23
173:5,6,17,19
174:21,24
175:7,12,19,
20 176:21
177:22 178:3,
17,18,22
179:4,9,10,
13,16 180:12,
24 181:4,6,15

182:2,3,7,8,
14,22,25
183:3,5,19,21
184:3,5,7,8,
9,19,23
185:1,12,16
186:3,5,7,8,
11,16,20,22
187:12,15,17,
25 188:16,24
189:2,4,6,11,
12,15,17,18,
19,20,21,23,
25 190:1,3,4,
23 191:1,4,7,
8,11,13,16
194:1,6,12,
16,24 195:11,
15,21,23,24
196:6,19,21
197:4,14,16,
23 198:5,16,
17,19 199:1,
2,8,9,14,16,
18,24 200:1,
3,5,6,10,21,
22,23,24
201:3,4,6,11,
12,25 202:4,
10,15,16,18,
23,24 203:9,
10,22,24
204:4,5,6,9,
11,13,17,18,
25 205:2,6,7,
12,13,18,23,
25 206:3,5,7,
11,16 207:3,
6,14,19,20,25
208:8,9,10,
17,24 209:3,
4,10,14

**that's**   7:7,8
8:16 19:6,25
20:1 30:8
37:22 39:15
48:20,22 54:3
55:24 61:23,
24 65:6 74:15

77:17 80:4
85:5 86:1,23
88:14 94:4
108:11,12
113:15 117:8
118:6 120:16,
18 121:11
122:11 123:24
125:3 127:12
129:17 130:17
133:18 134:23
137:23,25
138:1,2,11
141:20 142:16
143:14 147:12
148:13 150:1
154:9 157:9
159:21 160:11
163:25 164:3,
9 166:25
171:20,21
178:24 186:25
190:11 191:1
198:7,13,15,
22,24 199:11
202:7,12,13,
14 204:16
205:16,22
207:17,22
208:3,22
209:14,17

**theft**   10:16
**their**   5:18
9:24 10:20
11:24 15:3
46:20 59:8
60:14,15
61:21 67:20
69:20 70:19
71:15 72:14
83:14 85:23,
24 89:15
90:13 94:9
99:17,18
106:25 107:14
114:16,21,22,
24 138:14,18,
21 147:16
149:14 150:21

152:12 154:5
157:2,14
159:8,12,15,
22 161:2
162:9 168:23
169:1,2
171:12,13
185:8 194:2,
17 198:10
207:7,10
**them**   7:25
13:25 15:20
18:15 22:10
23:13,21,22,
23 36:23
47:16 59:5
64:3,5 73:4
92:12,14,25
96:5 107:15
114:18,19,20
116:3 131:18
133:4 143:5
154:10 157:7
158:13 163:23
167:8 169:6
171:3 178:14
187:24 188:11
194:16
**themselves**
114:17 119:8
138:24 143:9
170:22 171:14
172:5 189:20
196:5
**then**   8:1 10:9
19:23 48:1
49:9 52:21
57:14 61:2
62:15,19,23
64:10 65:12,
22 66:5 68:5
75:15 95:20
96:8 105:7
118:19 123:18
124:15
128:10,22
134:23 136:8
142:21 143:7
146:17,22

161:9 168:17
170:22 193:12
**there**   8:21
9:9 10:9
18:12,18
19:11,12 20:9
23:17 25:8,9
34:8 35:12
37:3 39:20
40:17 42:23
46:3,6 47:19
50:1,15 51:9,
16,19 53:4
56:17 58:12
60:5 62:21,23
65:13,22
66:12 68:9
69:15 71:2,18
73:4 76:5
77:9 79:9,14,
16 80:5
84:16,22
94:6,25 95:2,
23 96:25 97:3
108:22 109:5
110:10
113:16,17
123:2,20
127:24 128:6
131:6 133:13,
14 135:12,13,
14 141:9
144:15 145:5
155:24 156:18
161:7 164:18
167:23 171:7
174:3 177:2,3
187:5,10
188:25 189:24
191:17 195:5
200:11 202:9
208:13 209:11
**there's**   7:22,
23 14:3 21:3
71:5 86:25
97:13 140:9
157:3 164:12
167:23 184:7,
21 188:3

Case 0:08-md-01916-KAM   Document 2527-10   Entered on FLSD Docket 08/15/2019   Page 118 of 131

David Gaddis Condon, et al.
January 17, 2019
63

191:19
**Therefore**
203:19
**thereof**
106:22
**Thereupon**
6:16
**these** 10:13
14:25 15:1
21:13,24 27:9
33:4,6 53:7
58:2 59:11
70:14 76:14,
15 84:2,6,17,
20 88:4,17
107:15 108:16
109:3,20,21,
25 110:19
111:9 116:1,
14 128:14,16
130:17 133:3,
5 178:12
187:20,21
188:20 189:12
190:3 193:22
197:16
199:12,15
200:4,9 201:2
207:7
**they** 10:15
23:11 25:19
26:20 31:23
33:6,7 38:7,
12 41:3 52:1,
9 57:7 59:4
60:8,10,11,14
61:12,15,21
63:17 69:18
71:22,25
75:16 77:11
81:9 83:4
84:13 85:6,7,
11 86:18
90:13 91:10,
11,12 92:1,6,
8,12 93:3
94:6 96:6
99:12 100:13
101:24 108:4

109:8,9,24,25
110:2,3,20
114:14,17
115:1 124:25
131:18 133:13
135:12,14
138:10,11,12,
16,18,22,24
139:2,6
140:24 142:1
143:1,19
144:12,16,18
148:6 149:4,
22,23,25
150:20 151:13
152:6,12,13
156:12 157:1
159:9,14,15,
17 166:18
167:7 168:25
169:2,3
170:1,19,21,
22 171:5,6,
11,15,19,20,
21 172:1,2,4,
7,8,13
175:13,21,22
177:9,19
178:11,14
179:1 181:15
187:12 189:13
192:21
193:11,24
194:8,9,12,14
199:13
200:21,23
203:18
207:11,12,14,
17,20,21
208:16,18,19,
20
**they're** 31:22
87:2 151:9
153:25 182:15
**they've** 191:7
**thief** 142:21
**thing** 122:21
139:1

**things** 7:8
9:18 10:11,
13,24 15:5
27:10 53:23
54:12 58:11
60:15 61:14,
17 63:4 70:10
72:11 73:11
75:17 79:22
80:25 81:15
82:23 100:4,
12 110:11,16
117:7,9
128:17 145:12
194:12 196:20
**think** 15:23
16:4 21:24,25
25:16 39:15
43:16 44:25
49:1 53:23
55:4,15,24
65:17 75:2
85:22 99:14
103:20 129:5,
8 134:4,18
154:19 168:15
170:6 174:13
175:3 176:3
177:12,22
187:25 206:6
210:16
**thinking**
53:21 163:14
**third** 197:22
203:11
**this** 7:12
10:25 11:11,
12,25 12:9,
14,21 13:6,
21,25 14:13,
22 16:3,20
17:4 19:17
20:15 21:4,11
22:25 24:13
25:23 26:3,
22,25 27:23
28:1,3,7,24
29:5 30:19
31:21 32:6,9,

14,16,24
33:23,25
36:10,13
37:5,11
41:14,17
42:5,6,14
43:3 44:14
45:24 46:10
48:22 53:20
54:20,22
62:18 67:22
72:8 75:24
76:10,20 77:3
80:3 81:7
82:4 86:2
91:25 93:23
96:22,23
104:9,24
106:21 109:18
111:11 112:22
114:7 116:10,
19 117:4,17
118:12,18
119:2 120:17,
25 123:14,24
125:11,12,16
126:3 129:5
131:19 132:8,
13 133:18
139:11 140:12
142:8 143:8
144:19 146:2
147:19,21
148:2 149:8,
15 161:22
162:3,16
163:13,21
166:14 167:18
173:17 178:20
179:10 180:5
181:21 184:7
185:5,11
186:20 188:24
194:18,20
195:2 197:7
199:25 200:23
202:9,11
204:5 205:1
210:9

**thorough**
53:22
**those** 13:2
15:7,8,11,16,
17 16:18
21:10,12,21
22:10 23:6,8,
9,11 30:11
31:4,9 32:3
35:13 41:2,9
47:18,22
54:1,11 58:20
59:7,21 60:1,
15 61:7,14,18
62:16 63:4,
15,23 64:17
69:5 70:18,21
72:5 73:14
77:8,14 82:24
83:23 86:4,22
87:14,20
94:10 96:4
97:1,24 98:7,
18 107:1,25
109:13,14
111:19,21
112:2,7 116:3
117:16
118:19,23
119:7 128:25
130:24 133:22
134:7,9
137:16 138:18
148:4 150:14
151:7,8
153:12
156:15,25
157:9 159:23
161:12 164:5
170:21 184:6
186:5,14
187:8 188:5,
22 190:1,7,23
196:9 199:16,
20 200:22,25
201:11
202:12,16
208:20,22

**though** 87:7
109:4 111:18
149:3
**thought** 34:15
44:22 65:20
152:22 179:14
**thoughts**
110:20
**thousands**
85:20
**threat** 178:12
**threatened**
178:11
**three** 62:22,
23 63:7,17
65:18 66:2
116:21 129:5
174:20 182:11
203:9 208:20,
23
**three-month**
63:12,23
64:17 65:10,
20,21
**through** 7:12
12:23 13:1,3
23:20 24:3,18
28:4 31:3,13
39:9 46:2,8
47:10 50:2
52:20 53:17
54:24 56:14
58:12 62:18
64:22 67:22
70:2 72:4,10,
25 76:20
80:23 82:10
84:14 87:2,23
95:21 102:3,
17 103:22,25
116:24 117:4
118:9 119:15,
21 120:10,17
124:2 126:25
131:11 138:14
140:18 141:22
143:8 145:16
152:11 159:10
171:14 183:24

187:2 197:17,
25 200:11
201:13 202:11
206:24
**throughout**
45:11 67:1
79:20 95:4
128:9 134:22
141:22 156:10
**Thursday** 5:6
**till** 63:16
68:9
**time** 5:7 7:12
10:10 11:16
13:4,20 14:7,
11,16 24:11,
18,20,24
25:6,8 28:1,3
31:11 33:8,
10,18 35:22,
25 36:5,7,8,
12,25 45:3,
15,17 48:12
54:11 55:6
56:2 57:4,9
59:15 60:7,16
62:8,22
63:11,17
67:2,11,22
68:2 69:11
72:4,8,21
73:18,24
74:11,15,21
75:24 76:10,
20 79:2,15
80:3,25 81:6,
7,9,11,19
82:4,5,9
83:7,8 87:15,
22 95:9,11
96:22 101:7
103:15
106:12,13
109:4 110:19
114:10
119:18,20
120:17,18
121:12,17
122:1 123:13,

24 124:5
125:18 126:11
131:1 134:21,
22 135:4,12,
13,14 139:8
141:13,20
142:25 145:23
146:6,11,17
147:7,21
154:8 155:20
160:24 171:11
172:18 173:7,
19 175:10,19
178:16 180:17
182:7,8,14
183:3,5
191:21 198:25
201:13
**times** 45:21
46:19,24 47:4
55:24 60:5
63:7 65:4,12
67:13 78:23
85:15,16
93:25 94:14
98:19,23
103:12 128:13
129:6 154:22
166:21 173:1
174:20 175:16
182:11
**timing** 14:4
**title** 66:6
70:1 79:11
127:4
**titled** 201:16
**to** 6:13 7:3,
6,11,15,19
8:3,11,14,23,
24 9:24 10:1,
10,20,22
11:4,11,13,18
12:3,4,5,6,8,
15,20,22
13:7,17,24,25
14:2,7,15,21
15:7,9,14,17,
22 16:20
18:22 19:2,8,

10,17,22
20:2,14,17,24
21:2,10,19,25
22:16 23:1,
11,12,20,21,
23 24:10,16,
25 25:3,9,10,
12,16,22,25
26:1,6,9,12,
15,21,24,25
27:12,18,23
28:6,12,15,
16,25 29:1,3,
6,17,20 30:2,
7,11,13,15,
18,20,24
31:7,14,17,
20,23,24
32:6,17,23
33:16,25
34:5,6,7,8,
11,13,15,24,
25 35:17
36:4,8,13,20,
21,22,23,24,
25 37:5,7,11,
19 38:8,16,24
39:1,7,9,16,
17,22,23,24,
25 40:1,2,4,
11,12,19
41:1,6,13,14,
16,17,21,23
42:21 43:2,8,
9,10,12,16,
18,25 44:5,6,
14,18,24
45:6,21,25
46:10,11,19
47:5,15,18,
20,21,23,24
48:1,18,25
49:5,9,11,12,
16,25 50:2,
15,19,21,25
51:5,6,18,20
52:1,9,11
54:2,6,10,19,
22 55:5,17,

18,21,22
56:1,7,13,18,
20 57:7,16,
18,23,25
58:1,3,23
59:2,7,13,15,
17,23 60:2,4,
7,12,17 61:3,
7,8,20,22
62:4,5,15,19,
23 63:7,8,9,
11,19,21
64:2,6,7,11,
19,21,22
65:3,5,16
66:12,16,21,
24 67:2,12,
17,19,24
68:3,7,8,23,
25 69:12,15,
17,19,20,22,
25 70:3,14
71:16,17,23
72:19 73:3,6,
8,16,21,25
74:4,13,18,23
75:8,15,17,
19,24,25
76:2,3,7,10,
19 77:3,24
78:1,5,7,9,
16,17,20
79:2,7,12
80:5,6,11,16
81:12,14,21
82:5,6,18,22,
25 83:1,18
84:6,7,13,16,
21 85:3,16
86:2,5,13
87:3,13,24
88:2 89:14,22
90:1,5,14,15,
22 91:15,16
92:2,7,12,13,
22 93:3,4,5,
22 94:4,7,8,
10,11,18,20,
25 95:8,20

96:8,18,23
97:15,17,18,
22 98:1,11,19
99:3,17,19,20
100:9,16
101:8,9
102:1,6,18
103:13,14,18
104:11,12,17,
20 105:1,6,
10,15,18
106:1,2,20,
23,24 107:5,
13,22,24
108:1,9,11
109:10,22
110:3,7,8,12,
16,17 111:5,
19,25 112:2,
10 113:8,9,
21,24 114:1,
2,3,12,21
115:3,11,18,
24 116:2,3,7,
10,18,19,22,
23 117:3,10,
14,15,17,22,
24 118:4,12,
20,25 119:19
120:3,9,12,24
121:10 122:2,
3,4,13,21
123:3,11,17
124:1,5,6,8,
11,13,22,24
125:3,23
126:14,19,23,
25 127:5,9,
20,23,25
128:1,16
129:7,8,9,17,
19,23 130:4,
7,22 131:2,3,
7,11,17,19
132:3,11,15,
23,24 133:1,
9,12,18
134:13 135:1,
3,4,6,15,18

136:9 137:3,
12,24 138:10,
11,13,14,16,
18,21,23,24
139:8,10,13,
16,20,25
140:9,12,18
141:2,3,5,7,
18,19 142:8,
9,17,19,20
143:2,5,6,10,
15,22 144:17
145:1,6,8,19,
22 146:12,16,
19,20 147:6,
13,15,20,22,
23,24 148:1,
5,8,12,19,21
149:11,19
150:5,8,9,10,
15,20,23,24
151:13,14,20
152:14,15,17
153:2,11,13,
16,23 154:7,
12 155:7
156:19,25
157:1,7,20
158:14,17,18,
24 159:5,10,
16,20,24
160:1,5,9,14,
16 161:2,5,6,
17,23 162:2,
3,18,21,22,25
163:17 164:2,
7,13,17
165:2,3,11,
12,18 166:5,
7,8,15,20
167:4,6,7,8,
11,12,20,23
168:3,12,13,
15,16,23,25
169:1,5,6,8,
9,16 170:1,
11,12,20,21
171:3,8,13,
15,19,20,22,

24 172:4,5
173:21 174:1,
19 176:2,5,
11,25 177:5,
8,18 178:5,
11,13,22,25
179:7,12,14,
25 180:1,4,8,
20 181:8,14,
17,20,25
182:3,6,10,
12,24 183:10,
15,23 184:10,
12,24 185:1,
8,12 186:8,
14,16,20,22
187:5,6,7,13
188:1,3,5,14,
15,17 189:1,
5,7,8,13,16,
19 190:2,13,
16,17,23
191:15,17
192:1,12,22
193:1,2,9,15
194:6,8,13,
18,21,23
195:2,4,6,14
196:5 197:5,
9,10 198:6,9,
12,13,17
199:5,7,8,11,
12,17,18,23,
24 200:1,2,6,
24 201:4,15
202:1,8,18
203:8,10,19
204:2,13,20,
21,22,23
205:3,4,5,6,
7,8,10,12,16,
18,19,20,24,
25 206:3,4,7,
19,21 207:6,
9,11,21
208:17,20
209:15,19
210:17

**today** 5:6
8:25 16:15
17:2,13 20:11
29:24 32:2
39:5 43:9
44:6,14,21,23
46:23 54:19
78:7,18 83:9
85:4 104:4
109:5 111:7
114:10 134:8
135:18 148:3
151:21 154:2
166:22 169:22
175:10
176:11,15,18
178:25 181:15
182:7,23
183:1 199:19
207:16,24
**today's** 43:2
46:11,16,17
**together**
15:14 55:13
65:3 69:4
107:2 200:5
209:3
**toilet** 205:4
**told** 30:19
34:22 41:16
51:17,18
65:11 76:11
105:16 109:5,
7,13 110:16
111:20 119:10
127:17 128:15
137:2 144:7
145:18 148:18
150:3 151:1,
20 162:21
164:12 166:21
181:20 188:13
203:22
**tons** 53:15
108:5 123:19,
24 124:25
134:13 143:6,
15 185:4
198:12

203:15,16
**too** 67:25
165:8 178:3
201:9
**took** 12:13
38:21 59:13
91:8,9 105:12
108:6 126:1
142:12 171:6
198:12 203:2
**top** 153:24
197:23 205:15
**topic** 25:23
46:15 90:23
92:22
**topics** 99:1
112:3
**total** 111:11
**touting** 51:13
**toward** 62:6
66:25
**track** 35:13,
25 36:5
**trade** 39:2
50:10 59:22
61:21 64:14
67:6 69:9,20
70:13 72:18
76:16,22
77:22 85:12,
25 90:13
91:14 95:6
99:2 100:21
124:9 132:3,
14 138:4
139:16 177:23
178:3,20
**trafficked**
185:1
**trafficker**
53:3 61:1
118:2 193:3,5
**traffickers**
61:7 67:17
68:22 73:21,
23 119:7
133:3,7,17
154:23 170:16

171:4,24
189:19 192:23
193:14 194:7
200:19,22
207:7,8
**traffickers'**
118:7
**trafficking**
12:24 15:1,4
19:5 40:23
53:18 58:22
61:1,19 67:20
69:1,2 73:13,
18 74:2,22
76:2,4,8
77:11,13
78:13,16
79:14 80:1
82:1 84:14
98:24 99:10,
16 100:11
106:25
113:19,24
117:23,24
139:17 170:20
172:4 178:15
195:21 198:11
200:23 207:12
208:18
**training**
62:14,18
**transactions**
69:21
**transcript**
112:18
**transferred**
56:20 57:15,
18 62:4,5
63:9,21 68:8
74:18
**transferring**
103:13
**translated**
140:12
**transpired**
147:8
**transport**
161:17 162:15

transportation
94:9 99:9
161:2
transported
96:6 144:12
157:14 161:2
transporting
155:22 162:9
travel 59:17
traveled
54:22
tremendous
153:10
trial 12:16
21:22 28:6
93:9,11
112:22 199:22
204:22
trials 98:5
tried 116:18
trip 112:2
true 14:8
20:2,6 21:5
41:22 45:5,18
69:9 71:10
73:8 74:12
76:25 78:19
88:22 89:2
111:8 131:4
134:10
135:18,22
149:5 151:2,
21,23 158:18
161:24 162:10
166:25 179:9
189:2 190:11
204:6 205:6
206:7 207:2
truly 47:6
truth 6:13,14
truthfully
45:10,12
181:12
try 26:25
63:11 110:7
127:18
trying 33:16
64:2 86:13

145:6,8 161:5
168:15 207:9
Tsacalis 6:1
Turbo 184:21
turn 45:25
123:16 170:11
174:18 176:25
184:10
turned 53:14
142:21 172:4
twice 63:6,8
two 39:6,10
40:18 47:11
49:12 51:5,
10,11 63:12,
15 64:17
65:10,17,20,
21 81:23 82:6
85:21 110:16
116:21 122:3
123:3 142:1,
22 173:12,14
175:10 176:25
179:3 180:13
181:7 185:6
192:17 196:20
202:9,12
203:15 208:19
209:7,19
tying 170:23
type 10:12
25:9 37:16
70:13 73:10
75:18 90:4,12
92:25 116:7,9
154:25 155:7
163:16
typed 37:21,
24
types 40:19
107:15 154:3,
12
typewritten
37:10

U

U.S. 5:13,16,
17 51:7,12
52:21 53:16,
24 59:2,6,10
62:14,24
74:22 133:1
159:16 161:17
171:2 196:1
198:7,8
ultimate
161:12
Um-hum 25:18
31:12 40:5
42:12 43:1
52:25 69:3
81:22 86:15
98:25 99:5,
11,14 107:19
114:23 121:13
125:19 134:8
171:10 183:25
uncover
160:25
under 36:3
43:10 45:14
53:14 127:6
129:9 179:3
180:14,17
181:6 207:24
underbelly
60:13
underlining
23:13
understand
7:14 8:15
22:20 28:17
40:9,14
60:10,11 85:2
86:13 87:17
89:20 90:6
104:20 105:19
112:13 115:2
117:8 129:12,
14 137:2
154:18 171:17

173:16 179:10
understanding
29:18,25
30:21 79:25
82:16,22
83:10,12,13
103:1,4
145:17 151:22
171:25 176:9
understood
7:19 14:7
44:12 45:14
107:4 117:16
121:15 126:10
142:17 154:22
196:20
unfair 39:17
Unfortunately
79:16
uniform 10:23
115:11
United 51:12
153:25 191:4
203:18
University
57:12,20
unless 8:1
unquote
183:21,23
185:3
unspecific
153:12
unspecifically
103:17
until 11:9
15:13 67:3
82:8 95:9
96:10 97:25
141:8,24
180:5 207:2
up 10:18,22
11:7 12:15
13:3 28:6
33:7 36:24,25
55:21,23
60:8,10 63:19
65:2 69:18
70:8 80:5

Case 0:08-md-01916-KAM   Document 2527-10   Entered on FLSD Docket 08/15/2019   Page 123 of 131
David Gaddis Rodriguez, et al.
January 17, 2019                                                                68

82:8 83:20
86:22 87:23
95:9 97:25
100:6 102:5
108:10,12
115:24 117:22
118:4 119:19,
25 120:17
121:16,17
134:7 143:6,8
170:14,25
179:1 194:23
198:14 199:25
200:25 205:4
207:21
**upon** 19:22
57:15 67:20
82:22 86:17
103:5 105:24
113:8 120:18,
19 122:9
123:24 124:7
163:8 167:5
172:7 185:7
196:19 205:1
208:22,23
**upper** 46:5
**Urabá** 139:21
**us** 8:9,13
9:19 10:1
18:16 20:11
30:19 32:13
36:21 39:5
51:17 54:4,19
59:13 65:11
75:5 76:11
78:8,18 79:17
82:13 87:3
105:15,16
106:23 119:10
128:15 135:19
136:19 144:7
166:21 179:2
188:13 190:18
203:7
**use** 61:2
89:15 90:14
118:20 126:4
137:3 141:6

205:4
**used** 32:16
34:8 37:5
85:14,22 89:7
117:10,17
118:12,18
138:18 139:10
152:5 153:5
171:23 183:3,
5 199:24
**using** 39:2
86:3,16 114:2
118:6 133:19
142:1 148:12
171:3
**Usually** 62:22
**utilize** 99:10
**utilizing**
125:4

---

**V**

**Vague** 154:7
**Valley** 40:24
107:1 133:7
163:14 170:24
**valuation**
169:8
**value** 90:6
151:9 158:17
167:23 169:22
185:5
**valued** 185:4
**Varela** 133:2
**variety** 15:1
194:15 208:17
**various**
113:13 119:23
120:19
**vehicles**
156:13
**Venezuela**
95:5
**verbatim**
201:4 203:2
**verify** 160:15

**vernacular**
182:20
**versus** 85:19
87:4 88:6
159:11 198:8
**very** 61:9
78:15 131:2
133:17 134:18
142:4 143:5
147:19 164:12
171:15 175:23
176:5 193:4,
22 207:6,8
**vessel** 155:25
**vessels** 159:7
185:3
**via** 77:20
161:2 185:2
**Vicente**
139:23 140:6
192:18,20
193:10,12
**video** 5:6
43:23 44:2
66:14,18
115:16,20
180:6,9
183:8,12
191:24 192:3
210:1
**videographer**
5:5,16 43:23
44:2 66:14,18
115:16,20
179:21 180:3,
6,9 183:8,12
191:24 192:3
197:11 210:1
**videotaped**
5:10
**view** 149:24
**violations**
70:1
**violent**
154:20
**Virginia**
57:16 74:20

**visited** 89:6
**visitors**
159:12
**visual** 165:13
**voluminous**
33:6,20
164:19
**volunteered**
62:4

---

**W**

**wages** 114:21
**wait** 137:12
**waived** 210:22
**wand** 143:4
**want** 7:11
8:11,14 19:8
20:24 39:9,
22,24 41:17
50:25 63:11
82:6 93:22
94:11,18 99:3
104:20 110:6,
16,17 114:3,
21 117:14
122:3 124:5
126:23 127:25
128:23 129:7,
8 132:11
133:9 136:6
137:4,7,10,15
141:2,5
150:24 162:22
165:3 166:5
167:6 176:25
183:15
190:17,23
197:9 199:7,
12,23 202:8
205:16,18
209:19
**wanted** 31:14
54:2 97:15
115:24 166:8
188:1
**was** 6:18
8:24,25 11:6,

23 12:6,10,12
13:10 14:23
15:22 16:8
17:7 18:18
19:19 21:22
22:2 24:20,22
25:8,9,23,25
27:19,23,24
28:1,3,6,7,
12,13,14,20,
24 29:5 30:7,
8 31:2,7,15
32:20 33:11,
12,17,23
34:6,7 35:12
37:3 38:22
39:3 42:7
43:25 44:9
45:5,17 46:13
47:10 49:1,2,
6,9,10 50:1,
10,11,15,17,
19,20 51:4,5,
6,12,16,24
52:4,8,24
53:16 55:5,8
56:19,20
57:9,10,12,
13,14,17,23,
25 58:8
59:15,21
60:6,7,20
61:5,9,20,21,
23,24 62:4,5
63:15 64:6,8,
13,17 65:22
66:8,16,22,23
67:3,5,7,15,
17,19 68:7,
11,25 69:6,8,
14,15,19
71:10,17
72:5,6,12,13,
16,21 73:5
74:6,18,21,23
75:2,8,18
76:5,15 77:9,
21 78:1,8
79:10,11,14,

19 80:2,9,14
81:5,14,19
82:11,18,22,
24,25 83:14,
23 85:22
87:3,5,13
88:6,19 91:20
92:1,12 95:2,
3,17,23,25
96:5,11,14,
19,22,25
97:3,10,11,
15,18 98:17,
21,22,23,24
99:4,7,19
100:7,9,20
101:25
102:11,19
103:23 104:1,
15 106:3,24
107:6,8
108:13,22
109:1,14
110:9,10,22
111:5,25
113:17 114:8,
11 115:18
116:19,20,23
117:3,13
119:20 120:13
122:1,21
123:19
124:21,23
125:1,4,8,14
126:12 127:8,
13 128:15
132:8 133:11,
17 134:15,16,
23,24 135:9,
14,19,20,21
136:3 138:25
139:11,12
140:1,21,22,
23,25 141:24
142:4,25
143:11 144:10
145:19 146:2,
12,22,24
147:11,12

148:19,20,25
149:4,11
150:4,12,15,
18,19 151:2,
8,12,14,17,22
152:4,5,19
153:22 154:4
155:2,21,24,
25 156:3,9
157:13
158:13,16
159:6 160:18
163:16,18,23
164:18 165:20
166:24 167:3,
11 168:15,25
171:7,18
172:6 174:3,
25 175:9,21
176:24 178:2,
18,21 179:4,
5,11,16,18
180:8,13,23,
24 181:4
182:4,9,24
183:3,4,10
184:23 185:1,
8 187:5,10
188:25
189:17,18,21
190:3 191:3
192:1,8,11,24
193:2,4,6,10,
12,15,20
194:2,20
195:2,5,15,16
196:19 198:5,
13,20,21
199:1 200:6
203:22 206:4
207:9,25
208:9,12,13,
14 210:20,21
**Washington**
74:18
**wasn't** 22:23
34:5 49:1
74:9 118:1
143:18 148:1

150:25 174:21
179:13
**wave** 143:4
**way** 19:11
22:11 48:14
60:2,24 70:9
77:4 80:9
82:10 90:21
104:10 117:20
144:8 149:2
159:23 164:3
190:11 198:21
199:11 201:6,
12
**we** 5:5,8
11:10,17
12:7,14 15:13
16:4 19:3
21:13 23:11,
21,25 26:24,
25 36:7,8
39:15,19,24
42:4,5 43:22
46:16 48:18
50:21,23
52:19 54:23
55:4,14,15,21
56:9,17 58:5
59:1,3,4,6,7
62:8,15 63:4
64:8 67:7,18
69:23 70:21,
22 71:1 73:4,
20 77:4,5
81:14 82:1
89:15 96:19
105:17
108:11,19
109:7,17
112:23,24
113:18,20,21,
23 114:1,10
115:13,25
116:4 117:4,
21 119:15,23,
24 122:2
139:16
143:12,14
145:22 154:9

156:11 158:7
159:13 174:11
179:14,15
180:22 197:19
200:20 202:4,
6,11,15 204:5
210:16

**we'll** 23:19
36:25 47:24
48:1 112:22
126:25 160:15
183:6 204:21,
22

**we're** 23:20
36:20 39:25
44:2 47:18,
20,21 62:8
66:12,18 93:9
106:22 112:22
115:20,23
121:16 148:16
175:3 177:5
180:1,4,9
183:8,12
192:3

**we've** 19:16
22:13,24
27:22 42:10
113:4 143:11
145:15 162:15
178:2 202:16

**weakening**
140:15

**wealthy** 72:2
82:18 167:8

**weapon** 115:11

**weaponry**
114:25

**well** 6:23
13:20 17:8
22:3 34:18
35:3 38:4
42:23 47:3,
22,25 48:10
49:4 58:9
63:17 64:4
75:11 76:5
77:7 78:11
82:7 84:23

85:14,18
86:23 89:24
91:7 92:24
93:8 99:3,16
101:20
102:18,19
106:2 109:12,
24 112:14,22
117:2 118:8
119:6 123:20
126:25
134:23,25
135:12,13
136:2 139:13
141:2,10,21
142:5,16
143:11 144:7
145:25 146:3,
11,22 148:13
158:10 160:14
165:10 166:21
169:19,25
171:6 174:16
176:24 178:3,
15 179:12
181:3 184:7,
10 187:7,14,
22 188:6,13,
19 189:11
190:2 196:2,
25 197:17
198:19,21
199:16,21
200:13 205:20
206:6

**went** 19:23
54:23 62:1,
18,19 63:7,8
66:21 79:7
96:8 116:24
117:4 119:15
142:9 186:22
189:1

**were** 8:23
11:4,11 12:2,
14,18 14:6,
19,24,25
15:1,8,11
16:2 18:13,17

20:14 21:9,
13,17 23:11
24:1 26:11,13
27:9,11 28:8
30:10,20
31:4,11,23
32:3,5,9
33:6,7 38:20
45:8,14 48:5
50:2,10 51:12
54:7 55:2,14
56:18,21
57:3,6,7
58:6,23 59:4,
5,6,7 60:5,
14,15,21
61:8,22 62:15
63:4,17,23,24
64:9,10,16
65:3,11,13
66:25 67:8,9
68:16,23
69:17,18
71:18,22,25
73:4,6,21,22
75:19 76:22
77:11,15,19
78:5,6 80:7,
19 81:2,5,9
82:1,9 83:16,
20 84:13,16
85:6,7,11
86:8,10,18
87:14,20
90:13 92:1
94:7,25 96:6
97:9,24 98:8,
14 100:2,13,
15 101:7,9,24
103:12 105:4
107:15 108:4,
11,19,22
109:6,7,8,9,
13,21,24
110:3,4
111:20 114:1
117:6 118:24
121:17 124:25
125:4 126:10

130:22 131:6,
17 133:14
134:6,10
138:12 139:23
140:3,13
142:1 143:2
144:12,16,18
146:12 147:7,
21 148:4,6
150:14,20
151:1 154:2,
3,6,12
155:20,21
156:7,12,18,
19 158:10
160:24 161:1,
7,12,15
165:12 167:3
168:2,3 169:5
170:1,15
171:11 172:1,
2 173:5
177:10,19,22
178:11 179:2
180:14,18,19,
22 182:15
187:12
189:17,19
192:16
193:11,22,24
194:14
200:18,21,23
202:22 205:5
206:13 207:7,
11,12,14,20,
21 208:16,18

**weren't** 64:16
65:12 83:4

**West** 56:22
57:3 58:25
63:1 156:6,19

**what** 8:12
9:3,20 11:4
12:3,19 13:5
14:24 15:22
16:23 17:3,14
18:10,11
19:10 20:3
22:13 23:12

24:10,20
26:20 27:22
30:16,18,19
31:4 32:2
37:4 39:12
40:2 42:10
43:10 47:5
48:4,18 49:10
52:23 54:19
56:18 57:3,
19,23 60:15
61:14,21,23,
24 62:2 64:17
65:9 66:21
67:14 68:5,
11,18,21
69:14 70:13
73:25 75:5
76:21 77:14
78:2,8 79:9,
18 80:2,9,14
81:5,8,14
82:16 83:12,
17 84:20
85:6,11,16
86:11,13
87:1,13,25
88:1,6,9,18
89:18 93:18
95:2,23 96:5,
13 97:15
98:17 99:6
100:22 102:18
103:4 105:23
106:16 107:3,
4,25 109:8,21
110:14,21
112:14,16
113:4 114:4,
11,16,18,19,
20 115:10,11
117:8,15
119:10 123:17
124:15 125:8
126:10,12,17
127:3,13
129:7,8
131:3,20
132:21,23

133:9,18,20
134:2,5,9,15,
23,24 135:19,
20 136:2,19
138:2,6,11
141:3,6,7,12,
17 142:16
144:10,16,21,
22 145:3,7
147:8,15
148:3,6,18
149:4,15
150:1,3
151:1,12,13
152:5 162:1,
15 164:11
165:24 167:7,
11,13 168:12
169:8 171:21
172:23 176:24
177:8,18
178:16,21,24
181:20,21
184:12 188:6,
17 189:14
190:18,22
194:2 195:6,
10,12,23
196:24 197:5,
21 198:25
200:3 201:6
202:14
204:11,12,13
205:6,16,18,
22,23 207:17
208:11

**what's**  52:3
162:6 170:18
172:18 184:5
196:23

**whatever**  8:2
128:22 166:9
199:13

**when**  10:15
11:11 12:2,
13,18 14:6,11
15:11 19:21
21:17,21 24:1
28:1,7 31:6

32:5,9,25
33:10 34:6
37:24 38:20
41:18 46:3
48:12 50:11,
14,22 53:23
57:6,23 60:5
63:16,23
64:16 65:11,
12 66:21 67:2
68:9 69:6
80:7 82:9
83:20 86:1,10
87:8,25
97:13,24
101:7 109:18
112:23 121:16
122:5 135:12
139:2,12
140:22 141:3,
21,25 144:4
146:15 151:5,
6 152:4 154:3
155:20 166:2,
11 171:5
172:17
175:10,20,21
177:2 178:9,
19,25 179:1,
12 180:14,18
181:24 182:1,
7,25 187:14
192:8,10
198:17,20,24
203:19 207:9,
10

**whenever**
75:11

**where**  7:8
8:13,23 41:2
50:1,9 56:21
57:1 74:20
94:22 98:7
101:9 106:16
109:13 112:7
116:19 120:24
125:25 126:1,
17 127:23
135:14 138:24

143:14 144:12
154:5 156:3
164:12 178:11
181:4 184:15,
23 187:15
188:11,15
189:24 193:24
200:2 201:2
202:12

**whereas**
155:25

**whether**  13:18
36:9 44:18
48:2 64:8
73:22 90:11
91:14,20,25
92:24 138:10
144:9 150:2
154:24 155:6,
15,16 156:11
157:3,4
161:23
163:11,23,25
167:4 171:19
172:6 189:13
190:11

**which**  5:12
9:24 10:20
12:11,16
15:14 17:16
18:16 22:24
27:24 28:12
29:3 31:11
32:17 33:25
41:13 46:7
50:20 51:6
53:16 55:7
56:8 58:6
59:8 61:8
64:6 69:16
97:2 105:6
117:23 119:20
124:19 125:1
126:3 130:23
133:1 137:3
139:22 141:24
169:2 170:25
185:7 188:9,
10 190:24

192:25
197:10,15,19
199:12,17
200:9,13
202:16 203:9
204:24 205:6
**while** 54:7
62:7 65:1
66:13 102:8,
11,12 177:9,
19 209:19
**white** 159:11
185:2
**who** 15:6 24:8
25:19 27:16
29:8,25 53:2
58:13,21
60:14 61:7
64:9 68:22
69:17 71:22
73:5,21 81:19
82:25 94:7
101:24 109:14
133:7 143:13
147:4 171:20
174:19
192:15,22,25
**who's** 159:12,
13
**whoever** 91:15
**whole** 6:14
166:6
**wholesale**
108:6 119:4
121:2 134:16
**why** 8:8
25:21,24 34:3
80:4 151:22
154:9 155:17
164:3 166:14,
18 171:25
172:2,6
176:10,20
184:10 187:1,
17 188:1,3
191:17 203:7,
24
**wife** 9:13

**Wilbur** 133:2
**will** 6:13
16:23 26:18
30:22 32:17
33:21 59:24
60:13 61:2
69:21 70:4
71:3,4 80:8
88:4 89:9
92:14 93:11
101:10 112:23
116:21 135:9,
21 157:3,19
158:17 168:22
169:9 172:9
197:17
**Wilson** 200:14
**wing** 12:25
82:20
**wish** 206:4
210:11
**with** 7:3 9:10
11:18 12:13,
18,20 14:6
16:11,15,22
17:14,17 18:8
19:20,24
23:18 24:3,4
26:15 28:11
31:3,10,15
33:2 35:6,10
37:3 38:4,6,
11,13,14
39:24 40:23
46:15,19,24
47:2,6 48:8
49:25 50:9
54:7,23 56:4,
14 57:21
62:14 68:1,17
70:1 71:25
75:22 80:22
81:20 86:20,
22 87:19
88:14 89:11
93:2 96:18
97:3,25 100:9
101:7,12,14
102:5,8,11,12

103:22 104:25
106:24 107:15
108:10 109:18
110:7 113:2
114:7 117:24
119:19 121:3,
10 124:8,13
130:11,20
132:4,16
133:8,12
134:7,14
135:6 138:23
139:24 140:7
141:10,19,23
142:25 146:21
147:7,21
150:17 152:9
153:1,5,16,22
155:21 156:19
158:13 159:4
161:11,16,23
162:8,14,15,
25 163:3,12
164:13,24
165:6 168:24
170:2 175:9,
19 177:17
178:12
179:15,16
180:5,12
182:3 190:3
191:4 192:21
197:5,6,15,19
198:1,4
199:25
200:14,25
201:12 203:9
204:9 205:3,4
207:9 209:3
**within** 50:12
138:12 143:3
**without**
138:20 156:15
157:8 187:17
**witness** 6:15
11:15 13:10
20:22 21:7,21
22:18 23:3
24:15 25:13

26:4 28:17
29:2,15,22
30:4 31:1,22
34:22 35:1,19
37:8 38:18
39:1,18 40:12
41:8 42:1,21
43:14,20
44:25 45:7
48:8 49:20
51:3 60:5,24
68:1 69:23
71:17,24
72:20 74:6,15
77:3 78:1,11,
24 79:1 80:18
81:25 83:2
85:10 87:13
90:17,23 91:5
92:6,18 93:17
94:1,15 97:18
98:3,8,10,15
99:24 100:3,
16 102:8
103:8 105:3,
20 107:9
108:4 110:24
111:2,25
115:6 116:13
117:20 118:23
120:23 121:22
122:18 124:13
125:19 126:8
129:8 130:12
131:10,13,16
134:12 135:25
136:13,23
137:18 144:3,
21,24 145:22
146:16,20,22
148:8 149:8
150:12 151:5,
17 152:1,11,
16 153:9,19
154:9,15
155:2,10,24
156:9,23
157:23 158:5,
23 160:1,5,8,

20 161:5
162:1,13
164:7 168:18,
21 169:16
170:6 172:13,
21 173:2
174:3 179:9,
22 180:22
181:10,19
182:1,14
189:9 190:7,
14 194:23
201:15 204:8,
16 205:12
206:10 208:3
209:3,22,25
210:17,22
**witness's**
30:25 41:24
77:1 78:22
129:3 142:14
208:5
**Woodrow**
200:14
**word** 37:15
38:14,15
85:14 133:19
134:3 137:3
171:23 180:24
181:3
**worded** 28:20
**wording** 50:16
**words** 28:14
36:24 47:20
59:22 90:5
92:12 98:21
100:2 109:14
114:1 141:2
142:2 145:9
159:23 162:5
171:4 186:19
**work** 9:15
12:8 15:14
20:12 30:22
34:6 60:2,12,
25 66:24
67:23 69:19
70:2,3 72:16
73:15 79:23,

25 95:17
103:22 112:8
135:6 145:7
149:1 164:10
166:17 167:6
173:9
**worked** 10:3,
5,7 19:24
56:2,14 59:7
64:2 67:7
79:20 102:5
109:24 133:7
**working** 11:24
12:12 13:14
57:5 68:2,23
69:2,4 71:2
80:7 81:20
82:9 96:19,21
102:11,12
107:15 154:3
161:16 162:8
197:24 208:24
**workings**
101:10
**workup** 30:18,
19
**world** 96:19
**worldwide**
99:13 139:19
**worthy** 143:20
**would** 5:18
9:24 10:10,13
11:15 12:5
13:6,18
15:14,23
17:3,14 20:2,
22 22:23
23:12,19,23
24:3,4,5,15
25:20 30:18
31:8,16 35:24
36:2,8 38:4,
6,11 44:23
46:5 47:11,
15,17 50:13,
22 60:8,10
63:2 64:7,8,
24,25 65:4
67:19 68:15

69:23 72:2
73:4 75:12
76:19 77:3,5
78:7 80:6,18,
23 85:18
89:22,24 90:4
92:6,14 93:2,
3,19,21,22
94:10,11,15,
18,20 96:3
99:10 105:3,
17,20 108:10
109:25 111:18
113:18 119:12
124:1 127:20
132:12
135:10,14
136:9 140:25
144:18,24
146:1 153:2,
13 155:17
156:24 157:1,
14 158:6
159:11
165:12,18
166:18 168:4,
18,19,24
169:25 173:11
175:8,16,19
188:15 189:6,
7,9 194:9,14,
16 201:15,25
202:10,12
203:22 204:9,
12,13 205:18
206:4,22
207:2,3,17,18
**wouldn't**
31:23 92:15
93:5 113:23
164:2 167:6
**wrangling**
171:8
**wrapped**
118:11
**wrapping**
118:17
**write** 73:14
181:20 183:18

**writers** 27:10
**writes** 184:15
**writing** 41:14
**written**
145:9,16
**wrong** 206:18
**wrote** 86:1
87:8 185:10
199:14
**Wyatt** 6:2

---

**Y**

---

**yeah** 16:7
17:19 42:5
58:10 63:18
75:2 104:22
105:20
114:18,20
127:14 129:14
131:13,24
133:23 142:4,
18 148:7
158:12,23
162:15 174:6,
14,21 176:4,
15 186:1
209:13
**year** 12:11
57:19 77:21
111:13 114:12
119:3 120:14
121:1 124:24
134:19
135:15,16,21
136:13 137:24
139:14 141:7,
17 142:2,10,
22 143:3,5
152:12 170:23
192:13 195:15
199:10 200:2,
7 201:4
203:23
206:21,24
207:3,15,18,
19,21,25
208:10,13,16

**years** 7:2
31:3 53:17
58:15,20
59:19,22 60:1
62:2 69:7
70:18 83:23
97:24 114:15
126:12 137:16
146:11 161:15
173:6,12,14
175:10 176:25
179:4 180:13
181:7 195:10,
12 197:3
208:13,14
**yes** 7:1,10,
17,21 8:5,7
11:2,9,22
12:1,10 13:24
14:10,18,23
16:21 17:25
18:24 19:7
20:7,21 21:7
22:21 23:3,7,
15 25:1,7,13
26:10,19
27:14,15
28:5,9 29:5,
13 30:4,12
31:1 34:2,12,
17 35:8,19
36:4,6,11,19
37:2,12,14,23
38:3 39:1
40:17 43:1
44:8,11,16
45:13,16,19
46:5,7,12
48:23 49:4,23
50:6 51:11,24
52:2,7,10,15
54:10,21 55:4
56:12,16
58:19 59:18,
20,25 60:5
61:5,23,25
62:25 63:14
64:15 67:7,
13,21 69:10,

13 70:11
71:12,18
72:12 73:2
75:20 76:2
79:6 80:4
81:6,10,13,
17,24 82:12
83:11,19
84:4,19,24
85:5 88:8,10,
13,16 89:13,
19 90:8 91:9,
13,18,23
94:12,16,18,
19,21 95:1,7,
15,19,22
96:2,7,9
98:2,4,6,16
100:14
101:22,23
102:13,17,22
104:5 105:3,
10 106:15
108:19 110:24
111:5,6,17
113:3,6,11
114:13 116:5,
13 117:11,13,
20 118:14
119:17 120:2
122:16,20,21,
22,25 123:10,
16,22 125:22
126:2,5
127:17,18
129:13 132:20
133:6 136:21
137:16 138:2,
8 139:5
144:19 146:1,
25 147:5
154:9,21
158:14 163:6,
9 164:22
165:9 167:22,
25 173:13,15
174:7 175:7
176:3,19
178:1,5,8

179:13 180:16
181:10 184:4,
18 185:15
186:5,12
189:3 191:11
192:9,12
193:4,8,11,
17,19,22
194:9 195:3,
22 196:8,11,
22 199:20
201:24
202:14,20
203:1,3,6
205:18
206:17,22,25
207:19 209:8,
13,16,18
210:10,12
**yesterday**
46:16 54:21
55:3,17,22
**yesterday's**
55:16
**yet** 93:9
**York** 52:22
**you** 6:12,13,
22 7:13,14,
15,18,24 8:1,
2,8,13,14,21,
23 9:1,10,15,
19 10:1,13
11:4,10,11,23
12:2,3,8,18,
19,20 13:4,5,
9,20,21 14:6,
7,11,12,15,
20,24 15:6,7,
11,16,22
16:2,11,12,
15,22,23
17:2,12,13,
14,16,18
18:5,7,8,10,
16,17,22
19:2,8,9,12,
15,21,22,24
20:4,10,11,
14,15,24

21:10,12,15,
17,24,25
22:8,11,17,20
23:5,9,16,19,
20,24 24:1,6,
8,10,14,21,25
25:10,21,24
26:6,8,9,11,
12,13,14,15,
17,20 27:2,6,
11,16,22
28:8,12,15,
21,25 29:8,24
30:6,10,11,
13,20,21,22
31:6,7,8,16
32:2,5,6,9,
10,17,18,23,
25 33:17,21
34:3,9,10,13,
15,18,19,24
35:5,9,13,16,
21,24 36:1,8,
12,14,17,21
37:10,15,19,
21,24,25
38:2,4,6,11,
14,20,21
39:5,9,11,21
40:2,9,14,16,
25 41:2,16,
17,18,19,20
42:3,10,13,
19,20,23
43:2,5,8,9,
10,16,22
44:6,13,17,
18,21,22
45:3,4,14,17,
18,21 46:6,
10,11,19,23,
24 47:5,10,
12,15,16,21,
25 48:1,4,18
49:3,9,13,19
50:25 51:16,
17,18,23
52:1,9,16,23
53:4,7,20,22,

23 54:3,5,7,
17,19 55:2,7,
9,17 56:1,4,
11,13,14,18,
21,23 57:3,6,
7,19,23
58:12,13,21
59:17,23
60:1,11,12,
13,23,25
61:2,14 62:3,
18,19,21
63:12,23,24
64:10,16,22
65:11,12,13,
20 66:2,21
67:11,23
68:5,18
69:11,21
70:2,4,8,14,
19,23 71:3,4,
7,14,22 72:4,
9,20 73:1,2,
6,9,24,25
74:9,25 75:4,
18,25 76:10,
11,14,20,21
77:17,19
78:5,6,7,18,
19,25 79:4,7,
9,18,22 80:7,
8 81:5,7,11,
18,21 82:4,9,
13,20,24
83:4,6,9,20,
21 84:1,16
85:3,6,16,20
86:1,3,5,10,
20,22,23,24
87:1,8,9,17,
18,24,25
88:1,4,5,17,
18 89:9,18,
20,22,24,25
90:2,3,5,6,
10,20 91:5,9,
10,19,24
92:14,15,24
93:2,3,5,8,

10,16,22
94:11,18,20,
22,23,25
95:9,10,20
96:3,4,8,10,
16,23 97:11,
13,14,24
98:1,7,8,14
99:14 100:2,
15,22 101:4,
7,9,12,13,14,
19,20 102:3,
15,18,21,23
103:1,11,15,
17,19,22,25
104:4,6,10,
14,18,20,23,
24 105:9,12,
15,16,19
106:2,13,16,
17 107:3,4,8,
17,25 108:3,
6,10,16,22,24
109:4,5,12,13
110:3,7,19,20
111:1,7,8,10,
18,20 112:2,
5,6,16,18,19
113:1,7,9,12,
16,17,21
114:2,4,11,
16,25 115:6,9
116:6,21
117:6,7,9,15,
16,17 118:6,
11,12,18,19
119:10,15,24
120:1,4,6,16
121:10,16,17
122:3,8,13
123:1,18,20,
23 124:5
125:4,7,11,
21,23 126:1,
4,7,10,12,16,
17,18,19,23
127:5,6,19,
20,25 128:13,
14,15,16,22,

23,25 129:1,
4,7,12,19,22,
23 130:2,4,7,
13,16,17
131:1,3,7,16,
23 132:1,11,
12,21,22,23
133:9,10,20
134:3,8
135:1,5,15,
17,18,21
136:7,8,10,18
137:3,11,15,
22,25 138:3,
6,16 139:9,
10,12 140:22
141:3,5,7,8,
19 142:17,19
143:3,10,16,
22 144:2,3,4,
7,9,10,14,18
145:8,9,13,
17,18 146:1,
4,12,15,16
147:4,6,20,24
148:3,8,12,
14,18 149:19,
20,22 150:2,
3,24,25
151:1,14,20,
21 152:4,5,8,
15,17,25
153:4,15,21
154:2,3,10,
19,24 155:5,
9,13,15,16,
20,21 156:5,
9,18,23
157:5,12,19
158:2,10,11,
16,18,22
159:21,25
160:5,6,23,
24,25 161:15,
21,22 162:6,
7,18 163:7,
10,15,20,22
164:1,4,9,11,
12,16,21,23

165:3,5,6,8,
10,11,17,24
166:5,13
167:1,3,6
168:1,2,3,4,
11,17,18,19,
22,24 169:5,
7,8,12,15,22
170:1,5
171:17,21,23,
24 172:7,9,
12,17 173:9,
11,16,17,18,
24 174:9,14
175:8,10,14,
16,19 176:8,
9,10,11,13,
15,20,21,25
177:6,8,12,
13,17,18,22
178:16,21,24
179:2,4,5,25
180:13,14,17,
18,19 181:4,
6,7,12,14
182:1,2,6,7,
23 183:18
184:5,10,15
185:10,11,17,
19,22 186:3,
7,11,15,19,22
187:4,7,10,
14,15,17,22
188:1,6,11,
13,15,25
189:4,6,7,11
190:2,10,12,
16,17,19,23,
24 191:2,3,7,
13,15,17,22
192:7,10,15
194:1,11
195:5,8,11,
12,15 196:12,
14,19 197:9,
21 198:15
199:6,8,9,10,
11,12,14,15,
16,19,22

200:9,10
201:4,15,25
202:10,14,16,
17,18,22,23
203:2,4,7,10,
24 204:12,20,
23,25 205:3,
4,5,6,13,16,
20,22,23
206:3,6,10,
13,16,19,22,
23 207:1,2,
16,24,25
208:8 209:2,
19,20,21,22,
25 210:8,11,
13,15,18
**you'll** 40:3
118:25 125:24
**you're** 11:21
25:16 33:25
38:13 39:23
40:11 46:3
48:12 63:2,3
71:2 83:18
86:13,16,20
88:9,11,12,14
91:2 110:14
117:8 122:5
123:11 124:6,
7 127:11
128:1 130:11,
12 131:2
134:2 135:2,4
136:7 137:3
141:7 146:6
149:3 154:19
165:17 166:2,
11 174:16
177:2 185:25
191:8 195:6
200:1 201:2,6
205:14 209:15
**you've** 6:24
7:8,12,19
10:25 28:1
30:19,23
85:14 110:16
119:10 121:10

127:17 128:13
139:8 149:2
166:21 175:20
198:16 202:9
**you-all** 55:13
64:2
**younger**
193:13
**your** 6:24
7:2,7,9,24
8:8,12,13,14
10:2 11:3,7
12:8 13:5
16:11,14,17,
19,20,23
17:3,11,12,
16,17,23
18:1,3,5,11
19:12,15,16,
22,25 20:4,8,
10 21:1,3,4,
11,15 22:8,
11,14,23,24
23:8,16,21
27:3,23,24
28:13 29:11,
17 30:9,13,
14,18,19,21
32:6,10,13,25
34:1,10 35:4,
7,10,21,24,25
36:7,17,18,
22,25 37:5,
13,17 40:25
41:4,18,20,21
42:14,23
43:5,9,17
44:6,9,12
45:3,24 46:18
47:9,12
48:12,22
49:10 50:17
51:17 52:14
54:6,18 56:1,
8,9,10 57:24
59:21 60:1,
12,20 61:2,24
64:13,14,17
65:7,14 66:5,

22 67:5 68:11
69:8,19
71:10,14
72:10,16
73:15 74:9,17
75:5 79:4,23,
25 80:2,14
81:19 82:6,7,
8,16,22 83:20
84:6 85:2,15
86:1 87:8
89:25 90:20
91:19,24
93:13,23
95:2,17,23
96:5 97:16,25
98:17 101:7
102:11 103:4,
22 104:9,23
107:17 111:5
112:8,13
113:8,9 114:2
116:1,2,6,7,
10 117:5,6,
10,16,17
118:11,12,17,
18,20 119:15,
18,20 120:18,
19 122:2
123:2 124:5,7
125:18 126:18
127:7,13
129:12,14
131:6,25
133:21 137:19
141:2,8 142:2
145:7,25
146:6,11
147:18 148:24
149:20,24
155:3,5
157:15 158:19
160:12
161:21,22
162:6,19,22,
23 163:8,10
165:8 166:13,
22 168:13,17,
18 170:11,12

171:4,24
172:7 173:11,
19,24 174:18
175:9 176:2,
10,15,21,24
178:25 179:3
180:13,17,19
181:4,24
182:21,22
183:15,16
185:10 187:14
188:14 189:7
191:20
195:10,12,18,
19 196:10,20,
21 197:10,11
199:8,9
201:13 203:24
205:1,7,19
208:8,22,23
**yourself** 9:12
39:21 138:17
143:16,23

---

### Z

**Z-U-N-G-O**
184:23
**zero** 142:9
**Zungo** 184:22