UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTION
Case No. 08-80465-CIV-MARRA
D.C. Action; Does 1-144, et al.
_____/

**CONRAD & SCHERER, LLP'S NOTICE
OF CHARGING LIEN AS TO DOES 1-144**

1. Conrad & Scherer, LLP ("C&S") files this Notice of Charging Lien as to Does 1-144 to preserve its claimed entitlement to fees and costs in relation to the services provided and costs expended to represent the Plaintiff group referred to as "Does 1-144" in the above-captioned action.

2. On April 28, 2020, the Court entered its Order Granting Attorney Paul Wolf's Cross-Motion and Renewed Motion to Disqualify Attorney Terrence Collingsworth and Conrad & Scherer, LLP from Further Representation of Does 1-144. *See* DE 2658.

3. In the Order, the Court relieved C&S "of any further responsibility for the representation of Does 1-144 *only*." DE 2658 ¶ 1.[1]

4. The Court further ruled that Attorney Collingsworth's and C&S's "*quantum meruit* claim for services rendered in connection with the representation of Does 1-144 is likewise **DENIED WITHOUT PREJUDICE** for either to file a notice of charging lien in effort to preserve any claimed entitlement to such fees." DE 2658 ¶ 4.

---

[1] C&S remains counsel of record for the other Plaintiffs in the above-captioned action. DE 2658 ¶ 2.

5.  Consistent with paragraph 4 of the Order, C&S now gives notice of its claim for an attorney's charging lien in the sum of Two Hundred Thirty-Eight Thousand Five Hundred Sixty-Six Dollars ($238,566.00) for fees incurred in representing Does 1-144 in prosecution of this action. C&S also gives notice of an attorney's charging lien for the costs, expenses and disbursements that it incurred on behalf of Does 1-144, in the amount of Seven Thousand Two Hundred Six Dollars and Seventy-Eight Cents ($7,206.78).

6.  This charging lien for a total amount of Two Hundred Forty-Five Thousand Seven Hundred Seventy-Two Dollars and Seventy-Eight Cents ($245,772.78) is necessary to ensure that C&S receives payment for the services it has rendered and for all costs, expenses, and disbursements that it has incurred during its representation of Does 1-144 in the above-styled case.

7.  While C&S submits that it will be able to meet the requirements under Florida law to impose a charging lien, the Court expressly "reserve[d] ruling on any charging liens filed in the case until the conclusion of the litigation." DE 2658 ¶ 4. Accordingly, C&S will file a motion to enforce its charging lien at the appropriate time if Does 1-144 achieve a recovery. As such, no action is required by the Court at this time with respect to this Notice of Charging Lien.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Dated: September 9, 2020

        Respectfully submitted,

        */s/ Eric J. Hager*
        Eric J. Hager (admitted pro hac vice)
        Conrad & Scherer, LLP
        Edificio Officenter, Suite 304
        Avenida Pampite S/N y Chimborazo - Cumbayá
        Quito, Ecuador
        Phone: 954-622-0461
        Fax: 954-463-9244
        ehager@conradscherer.com

        William R. Scherer (Fla. Bar No. 169454)
        Conrad & Scherer LLP
        633 South Federal Highway, 8th Floor
        Fort Lauderdale, Florida 33301
        Phone: 954-462-5500
        Fax: 954-463-9244
        wscherer@conradscherer.com