UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 08-md-01916-MARRA/MATTHEWMAN

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

_____/

**This Document Relates to:**

ATS ACTIONS

_____/

07-60821-CIV-MARRA (Carrizosa)
08-80421-CIV-MARRA (N. J. Action) (Does 1-11)
08-80465-CIV-MARRA (D.C. Action) (Does 1-144)
08-80508-CIV-MARRA (Valencia)
08-80480-CIV-MARRA (N.Y. Action) (Juan/Juana Does 1-914)
10-60573-CIV-MARRA (Montes)
18-80248-CIV-MARRA (John Doe 1)
17-81285-CIV-MARRA (D.C. Action) (Does v Hills)

_____/

## ORDER SETTING EVIDENTIARY HEARING
## VIA ZOOM VIDEO TELECONFERENCE (VTC)

**THIS CAUSE** is before the Court upon a Motion to Disqualify Counsel Filing Duplicate Claims for the Same Plaintiffs, and for Different Legal Heirs of the Same Decedents ("Motion") [DE 2933]. The Motion was referred to the undersigned by the Honorable Kenneth A. Marra, United States District Judge for an "evidentiary hearing and a report and recommendation on the issues attending the Plaintiffs' groups claims of overlapping contested representation of the same claimants. In addition, the Magistrate Judge is respectfully requested to issue a report and recommendation on the legal viability of simultaneous, multiple claims brought by different family members in connection with the death of a single decedent, and as appropriate, on the validity of

competing claims of representation between the Wolf Plaintiff and the New Jersey Plaintiffs as to family members falling within this category of claim." *See* DEs 2952, 2961.

After careful review of the Motion and Judge Marra's referral, it is hereby **ORDERED** as follows:

1. An evidentiary hearing shall be conducted via Zoom video teleconference (VTC) on **Tuesday, September 21, 2021, at 10:00 a.m**. The undersigned's Courtroom Deputy, Ken Zuniga, will email instructions for accessing the conference to counsel at a later date prior to the hearing.

2. The parties shall be prepared to present at the evidentiary hearings all witnesses, testimony, and evidence relevant to the issues attending the Plaintiffs' groups claims of overlapping contested representation of the same claimants. The parties shall also be prepared to provide oral argument regarding the legal viability of simultaneous, multiple claims brought by different family members in connection with the death of a single decedent, and as appropriate, on the validity of competing claims of representation between the Wolf Plaintiff and the New Jersey Plaintiffs as to family members falling within this category of claim.

3. The Parties are directed to meet and confer, by **September 13, 2021**, regarding any potential exhibits for the hearing. The parties shall confer in good faith in an effort to agree to the admissibility of any such exhibits.

4. Each Party shall, by **September 16, 2021**, file with the Court a witness list. In the witness list, the parties shall state whether they plan to have the witness testify live via Zoom VTC or whether they plan on introducing the witness' deposition testimony.

5. Each Party shall, by **September 16, 2021**, file with the Court an exhibit list that

describes with particularity each exhibit the party will seek to introduce. Every exhibit must be attached to that exhibit list. The exhibit list shall have four columns:

(i) the exhibit number;

(ii) a detailed description of the exhibit

(iii) whether an objection to the exhibit has been raised or whether the parties stipulate to its admission; and

(iv) a detailed description of any objection (e.g. hearsay; foundation; relevance; authentication).

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of August, 2021.

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge