UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916-MARRA/MATTHEWMAN

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:

ATS ACTIONS

07-60821-CIV-MARRA
08-80421-CIV-MARRA
08-80465-CIV-MARRA
08-80508-CIV-MARRA
08-80480-CIV-MARRA
10-60573-CIV-MARRA
17-80547-CIV-MARRA
17-80323-CIV-MARRA
17-81285-CIV-MARRA
18-80248-CIV-MARRA
_____/

FILED BY ___KJZ___ D.C.
Sep 21, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON PLAINTIFFS'
MOTION TO DISQUALIFY COUNSEL FILING DUPLICATE CLAIMS FOR THE
SAME PLAINTIFFS, AND FOR DIFFERENT LEGAL HEIRS OF THE SAME
DECEDENTS [DE 2933]**

THIS MATTER is before the Court upon Plaintiffs' Motion to Disqualify Counsel Filing Duplicate Claims for the Same Plaintiffs, and for Different Legal Heirs of the Same Decedents ("Motion") [DE 2933].

The Motion was referred to the undersigned by the Honorable Kenneth A. Marra, United States District Judge, for an "evidentiary hearing and a report and recommendation on the issues attending the Plaintiffs' groups claims of overlapping contested representation of the same claimants. In addition, the Magistrate Judge is respectfully requested to issue a report and recommendation on the legal viability of simultaneous, multiple claims brought by different family

1

members in connection with the death of a single decedent, and as appropriate, on the validity of competing claims of representation between the Wolf Plaintiff and the New Jersey Plaintiffs as to family members falling within this category of claim." *See* DEs 2952, 2961. The Undersigned scheduled an evidentiary hearing on the Motion for September 21, 2021. [DE 2962].

On September 17, 2021, Attorney Marco Simons and Attorney Paul Wolf entered into and filed a Joint Sitpulation Regarding Duplicate Claims [DE 2978]. On September 20, 2021, Attorney Paul Wolf, Searcy Denney Scarola Barnhardt & Shipley, P.A., and Boies Schiller & Flexner, LLP, entered into and filed a Joint Stipulation Regarding Duplicate Claims [DE 2980]. Thereafter, the Court ordered the parties to file a list of Plaintiffs whose representation remained in dispute. [DE 2981]. Searcy Denney and Boies Schiller, Defendants, and the "New Jersey Plaintiffs" (represented by Attorney Marco Simons) all filed responses. [DEs 2982, 2984, 2985]. Additionally, Attorney Paul Wolf filed a Motion to Cancel Evidentiary Hearing [DE 2983], which was granted. *See* DE 2986.

According to the recent filings, which this Court has carefully reviewed, the only issues that remain are the following: (1) no counsel has been able to contact Wolf Doe 771 to determine her wishes; and (2) for Wolf Does 263, 415, 952, and 1574, there appear to be two different people claiming to be the decedents' spouses. Attorney Paul Wolf and Attorney Marco Simons have agreed to make further efforts to resolve these issues.

The parties all also appear to be in agreement that the Court should not make a ruling at this time on the legal viability of simultaneous, multiple claims brought by different family members in connection with the death of a single decedent. The Undersigned agrees. In light of the various agreements that Plaintiffs' counsel have entered into, it is not necessary for this legal determination to be made in order to decide the disqualification issue. Furthermore, Judge Marra

should have the opportunity to determine the legal viability of simultaneous, multiple claims brought by different family members in connection with the death of a single decedent at a later date, if necessary, after the issue has been fully briefed by all interested parties.

Based on the foregoing, it is **RECOMMENDED** that Judge Marra adopt the Joint Stipulations [DE 2978, 2980] entered into in this matter and deny as moot Plaintiffs' Motion to Disqualify Counsel Filing Duplicate Claims for the Same Plaintiffs, and for Different Legal Heirs of the Same Decedents [DE 2933]. It is also **RECOMMENDED** that Judge Marra set a timeframe for Attorneys Paul Wolf and Marco Simons to resolve all remaining issues regarding Wolf Does 771, 263, 415, 952, and 1574.

## NOTICE OF RIGHT TO OBJECT

In light of the fact that the parties are in agreement as evidenced by their Stipulations filed in the record, and in order to expedite the resolution of this matter, the Undersigned hereby shortens the time for the filing of objections pursuant to Southern District of Florida Magistrate Judge Rule 4(a). Accordingly, the parties shall have seven (7) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with United States District Judge Kenneth A. Marra. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY SUBMITTED** in chambers, in West Palm Beach, Florida this 21st day of September 2021.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge