UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

**This Document Relates to**

ATS ACTIONS:

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N. J. Action) (*Does 1-11*)
08-80465-CIV-MARRA (D.C. Action) (*Does 1-144*)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (N.Y. Action) (*Juan/Juana Does 1-914*)
10-60573-CIV-MARRA (*Montes*)
10-80652-CIV-MARRA (D.C. Action) (Does 1-976)
11-80404-CIV-MARRA (D.C. Action (Does 1-677)
11-80405-CIV-MARRA (D.C. Action) (Does 1-254)
17-80475-CIV-MARRA (Ohio Action) (Doe 1-2146)
17-80547-CIV-MARRA
17-80323-CIV-MARRA
17-81285-CIV-MARRA (D.C. Action) (*Does v Hills*)
18-80248-CIV-MARRA (*John Doe 1*)
20-82222-CIV-MARRA
21-60058-CIV-MARRA
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON WOLF PLAINTIFFS' MOTION TO DISQUALIFY COUNSEL FILING
DUPLICATE CLAIMS [DE 2987]
AND
ORDER DENYNG AS MOOT WOLF PLAINTIFFS' MOTON TO DISQUALIFY
COUNSEL FILING DUPLICATE CLAIMS FOR THE SAME PLAINTIFFS AND FOR
DIFFERENT LEGAL HEIRS OF THE SAME DECEDENTS [DE 2933]**

This case is before the Court on the Magistrate Judge's Report and Recommendation on the Wolf Plaintiffs' Motion to Disqualify Counsel Filing Duplicate Claims filed September 21, 2021 [DE 2987], recommending that the motion be denied as moot based on joint stipulations of counsel as to the bulk of conflicting claims of representation of the clients in question [DE 2978,

2980]. Observing that no party has since filed objection to the Report and Recommendation, it is now **ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation on the Wolf Plaintiffs' Motion to Disqualify [DE 2987] is **APPROVED and ADOPTED** in full.

2. Counsels' Joint Stipulation Regarding Duplicate Claims, as between Attorney Marco Simons and Attorney Paul Wolf entered September 17, 2021 [DE 2978], is hereby adopted in full resolution of the duplicate claims of representation pertaining to the claimants designated therein.

3. Counsels' Joint Stipulation regarding Duplicate Claims, as between Attorney Paul Wolf and the law firms of Searcy Denny Scarola Barnhardt & Shipley, P.A. and Boies Schiller & Flexner, LLP, entered September 20, 2021 [DE 2981], is hereby adopted in full resolution of the duplicate claims of representation pertaining to the claimants designated therein.

4. To the extent issues of duplicate representation have not yet been resolved as to Wolf Does 771, 263, 415, 952 and 1574 – the sole group of claimants as to whom representation was left unresolved at the time of earlier status report to the Magistrate Judge [DE 2982, 2983, 2983-1, 2984, 2985][1] - Attorneys Paul Wolf and Marco Simons shall file joint status report with this Court by no later than **JULY 10, 2022**, indicating whether the unsettled claims of representation pertaining to these individuals have been resolved at this juncture.

---

[1] As set forth by Attorney Wolf in an earlier report to the Magistrate Judge, as to Wolf Doe 771, "no counsel has been able to contact the plaintiff to determine her wishes," and as to Wolf Does 263, 415, 952 and 1574, "there appear to be two different people claiming to be decedents' spouse," while none of the individuals in question appeared on any counsel's witness list [DE 2983 at 2].

5. The Wolf Plaintiffs' Motion to Disqualify Counsel Filing Duplicate Claims for the Same Plaintiffs, and for Different Legal Heirs of the Same Decedents [DE 2933] is **DENIED AS MOOT,** with leave to renew as to Wolf Does 771, 263, 415, 952 and 1574 in the event any disputed claims of representation remain unresolved at this time.

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida this 16th day of June, 2022.

KENNETH A. MARRA
United States District Judge

cc: All counsel of record