UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-md-01916-Marra

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

**This Document Relates to:**

ATS ACTIONS

17-80547-CIV-MARRA (Does 1-205 Ohio Action)
17-80323-CIV-MARRA (Does 1-205 Florida Action)
20-82222-CIV-MARRA (Jane Doe 24 Florida Action)
21-60058-CIV-MARRA (Jane Doe 24 Ohio Action)

_____/

**NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs in actions 17-80547-CIV-MARRA, 17-80323-CIV-MARRA, 20-82222-CIV-MARRA, and 21-60058-CIV-MARRA appeal to the United States Court of Appeals for the Eleventh Circuit from the partial final judgment in favor of defendants Robert Olson, Robert Kistinger, William Tsacalis, and John Ordman on plaintiffs' Torture Victim Protection Act claims, entered on the 13th day of September 2023, Docket No. 3469 in No. 08-md-01916, the accompanying order granting the defendants' motion to dismiss, Docket No. 3469, and all interlocutory orders adverse to the plaintiffs that preceded final judgment, including but not limited to Docket No. 3135.

DATED: October 10, 2023.                                Respectfully submitted,

                                                        */s/ Marco Simons*

1

Marco Simons
Richard L. Herz*
Marissa Vahlsing
Sean Powers
Wyatt Gjullin
Gabriela Valentin Diaz
EarthRights International
1612 K Street NW, Suite 800
Washington, DC 20006
Tel: 202-466-5188

Paul Hoffman
John Washington
Schonbron Seplow Harris Hoffman &
Zeldes LLP
200 Pier Ave. Ste. 226 Hermosa
Beach, CA 90254
Tel: 310-396-0731
Fax: 310-399-7040

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., N.W.,
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: 202-408-4600

Judith Brown Chomsky
Law Offices of Judith Brown
Chomsky
Post Office Box 29726
Elkins Park, PA 19027
Tel: 215-782-8367

Arturo Carrillo
Colombian Institute of International
Law
5425 Connecticut Ave., N.W., #219
Washington, D.C. 20015
Tel: 202-994-5794

*Counsel for Plaintiffs*

---

\* Based in CT; admitted in NY; does not practice in DC's courts.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using CM/ECF on this 10th day of October, 2023. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

/s/ *Marco Simons*