# Exhibit 15

THE ARKIN GROUP LLC

THE ARKIN GROUP LLC

# CHIQUITA BRANDS INTERNATIONAL INTELLIGENCE REPORT

## PRIVILEGED & CONFIDENTIAL

February 2004



CBI-S4-015-KE-075531

## TABLE OF CONTENTS

| | |
|---|---|
| EXECUTIVE SUMMARY | PAGE 3 |
| INTRODUCTION | PAGE 4 |
| SPECIAL INTELLIGENCE | PAGE 5 |
| COLOMBIA'S ARMED INSURGENTS | PAGE 6 |
| AGRICULTURAL PRODUCERS & INSURGENT GROUPS | PAGE 11 |
| INSURGENT ACTIVITY IN URABA | PAGE 14 |
| INSURGENT ACTIVITY IN SANTA MARTA | PAGE 15 |
| CONCLUSIONS | PAGE 16 |

## EXECUTIVE SUMMARY

- Well placed sources in law enforcement and the military at the national and local level confirm that there is no investigation into CBI's staff in Colombia. There are no indications or suspicions of CBI personnel involvement in arms or drug trafficking, or other illegal activities.

- One area of possible concern is Director of Security, Victor Buitrago. He has empathy for the AUC, which is a commonly shared sentiment among the local population because of the economic prosperity and security the AUC brings to the region. Although there is no evidence that Buitrago is affiliated with any paramilitary group, he has acted as a point of contact between AUC and CBI on previous occasions. He may find it difficult to extract himself from that relationship and may well find himself in a precarious position when the payments to the AUC cease.

- According to Colombian intelligence sources, banana and agricultural producers in Urabá and Santa Marta are making payments to paramilitary groups for protection. These payments amount to $0.03 per box of fruit. The agricultural producers have had to make these payments because their facilities are spread out throughout remote areas that are difficult to access and adequately protect.

- Because their operations are spread out over vast acreages in remote regions, it is not feasible for banana growing companies to provide or hire their own security to protect against the consequences of ceasing extortion payments, even if they were willing to pay whatever costs it would take to do so.

- Other multinationals, primarily in the mining and petroleum industry, are not making payments to the paramilitaries. However, even though such companies have robust security programs, they are paying the Colombian military for increased patrols or maintain fixed positions. The facilities for mining and petroleum companies are more localized and therefore easier to protect. Nevertheless, these companies are still subject to frequent guerilla attacks.

- Any non-payment of protection money to the paramilitaries will result in an escalating threat situation in both Uraba and Santa Marta, which would start with various forms of threats or harassment, move to sabotage of facilities and eventually culminate in kidnapping and possible assassination of personnel.

- These threats are likely to begin as soon as a payment is missed, regardless of CBI's planned sale of its operations in Colombia to Banacol scheduled at the end of March. CBI will remain vulnerable to attacks since there will still be 15 – 20 CBI personnel dispersed throughout the packing house stations and CBI will continue to own and operate two ships in the Uraba region.



CBI-S4-015-KE-075533

- There will also be an increased risk from the guerrillas (especially in Santa Marta) since the AUC will inform the FARC and other armed groups that the company is no longer under their protection.
- The General Manager's risk of kidnapping in Medellín may also increase.
- In addition, suspension of the guard and security services provided by CONVIVIR would generate unemployment in the region and could result in popular hostility toward the banana growing sector, and CBI in particular.
- Senior Colombian military officials state that the armed forces are not in a position to protect growers in the Urabá and Santa Marta regions.

## INTRODUCTION

Chiquita Brands International's ("CBI's") requested that The Arkin Group LLC ("TAG") perform the following tasks:

- Evaluate the reliability and integrity of your local senior staff, including the Director of Security. In addition, determine whether there is any indication that the Colombian authorities believe that these individuals are involved in drug or arms trafficking.
- Collect intelligence about how other U.S. based multinational corporations, particularly in the agricultural field, are dealing with the AUC-FARC security issue.
- TAG explored with appropriate senior Government of Colombia ("GOC") officials possible alternative ways to protect CBI personnel and its facilities, including the feasibility of the Colombian Armed Forces taking on this security responsibility.
- Provide an overall assessment of the rebel groups that operate in the banana growing regions of Colombia.

To carry out the tasks outlined above, TAG utilized intelligence sources to collect information and facilitate exploratory discussions with appropriate senior level GOC officials, especially in the Armed Forces. We consulted with a recently retired very senior Colombian Army General who is highly respected and trusted by TAG. We also consulted with two Colonels in Colombia's Military Intelligence, local and national law enforcement officials, and various business contacts within Colombia's agricultural industry.

The following report is based on our discussions with the above mentioned military, law enforcement and intelligence contacts, and covers the following areas:

- **Special Intelligence**: This section includes consultations with Colombian intelligence, law enforcement and business sources on potential investigations into CBI's Colombia staff and operations, how other multinationals are dealing with the paramilitary threat, and whether the Colombian military is capable of assuming the AUC's security role in the region.

CBI-S4-015-KE-075534

- **Colombia's Armed Insurgents:** This section provides a description of the major insurgent groups that are currently operating in Colombia; namely, the guerilla groups FARC and ELN; and the main paramilitary force, the AUC. Also included is a brief discussion of the current peace process between the GOC and insurgent groups.
- **Agricultural Producers & Paramilitary/Guerilla Groups:** This section provides a description of how agricultural producers and other U.S. multinational corporations make payments to the paramilitaries through the CONVIVIR system.
- **Paramilitary & Guerilla Activity in Urabá /Santa Marta (Two Sections):** These two sections describe how the various insurgent groups gained a foothold in Urabá and Santa Marta and the current activities of these groups.
- **General Conclusions on Paramilitary & Guerilla Presence in the Banana Growing Regions**

## SPECIAL INTELLIGENCE

### CBI's Security Staff

Well placed sources in law enforcement and military at the national and local level confirmed that there is no investigation into CBI's staff. There are also no indications of CBI personnel involvement in arms or drug trafficking. CBI is viewed positively in this regard and there is no suspicion that its facilities are used for these purposes.

Director of Security, Victor Buitrago, is currently not under investigation and intelligence/law enforcement and counternarcotics sources tell us that he has a clean record in terms of criminal activity. There is also no evidence that he is affiliated with any paramilitary group. However, one area of possible concern is his empathy for the AUC, which is a commonly shared sentiment among the local population because of the economic prosperity and security the AUC brings to the region. Although there is no evidence that Buitrago is affiliated with any paramilitary group, he has acted as a point of contact between AUC and CBI on previous occasions. He may find it difficult to extract himself from that relationship and may well find himself in a precarious position when the payments to the AUC cease.

### US Multinationals

Intelligence from the highest level of the Colombian Armed Forces indicates that they are aware of the payments to the AUC and business sources confirm that other banana/agricultural products producers, including US multinationals, are paying off the paramilitaries through a "CONVIVIR." CONVIVIR is a type of security company set up by the AUC and is fully licensed to operate legally in the Antioquia Department. All of the banana growers in Urabá and Santa Marta pay a tax of $0.03 per box exported to the CONVIVIR. In return, CONVIVIR provides rural security. Because of this relationship, it would be very difficult for CBI to extract itself from their arrangement with the AUC as it would jeopardize AUC's arrangements with other companies. CONVIVIR originated in a plan by the Colombian military in the mid 1980s to enlist the rural population in providing intelligence and local protection (see "Relationship between Agricultural Producers and Paramilitary/Guerilla Groups" below).

### Can the Colombian Military assume AUC's security role?

The military is ignoring this situation because they are not in a position to fill the AUC vacuum or protect growers should the AUC cease to protect the region. Senior military officials report that they are very reluctant to deploy Colombian troops in small units (below the company level) to provide rural protection and engage in guerilla tactics (See Section below "Paramilitary and Guerilla Activity in the Banana Growing Regions"). While the military has long term plans to build up their presence in the region and dissolve the AUC, there are no indications that it will happen anytime soon despite ongoing peace talks between the AUC and GOC. The military may be able to send a message to the AUC not to threaten the growers, but it is uncertain whether that message will reach the local commanders or that it will have any real impact.

# COLOMBIA'S ARMED INSURGENTS

## Revolutionary Armed Forces of Colombia (FARC)

### Background

The FARC is the oldest active insurgency in Latin America and one of the oldest in the world, with its roots in the period of political violence that swept Colombia between 1948 and 1954. It was officially established in 1964 as the military wing of the Colombian Communist Party. It is currently one of the richest insurgencies in the world, with income from drugs, kidnapping and extortion estimated at hundreds of millions of dollars annually.

The FARC currently controls some 40 per cent of Colombia, although most of that is in the more inhospitable reaches of the country, which are sparsely populated. Areas of southern Colombia in the Caqueta, Guaviare, Meta, Guiania, Vaupes and Amazonas departments are almost entirely under FARC control, and have little Colombian government presence.

The FARC is governed by a secretariat, led by septuagenarian Manuel Marulanda (a.k.a. "Tirofijo") and six others, including senior military commander Jorge Briceno (a.k.a. "Mono Jojoy"), who spent virtually his entire life as a guerilla. Briceno is described as aggressive, ambitious, highly skilled and allegedly the architect of much of FARC's strategy. The FARC is further divided into seven guerilla divisions known as blocs, and over 60 companies for a total fighting force of up to 18,000. There is a FARC clandestine political wing known as the Bolivarian Movement.

### Strategy & Tactics

The current FARC strategy is designed to render parts of the country ungovernable and sow terror in the cities. The rebels have switched back to traditional hit and run guerrilla tactics, deploying units of little more than 50 fighters. Attacks on the national infrastructure are intended to puncture the government's exchequer and bleed funds available to fight the war, as well as sap the urban population's will to support the struggle against the insurgency. FARC has shown an increasing disregard for civilian casualties and has adopted the right-wing paramilitary technique of targeted massacres.

These new tactics are a direct response to the Colombian military's improved ability to react to large scale operations and use air power to inflict punishing casualties, in no small part thanks to US support. The fragmentation of the right-wing paramilitaries in 2002 and their unilateral ceasefire (although not strictly adhered to) has also allowed the FARC again to challenge for control in some of the rural areas which they lost in the late 1990s.

While still professing Marxist Leninist ideology, the agenda for the peace process showed that some of their political ideas are hazy at best, makeshift at worst. It is likely that this ideology is used mainly as a glue to hold the organization together and to indoctrinate new recruits, and does not play a significant part in the formation of FARC policy. It would, however, be completely

inaccurate to portray the group as nothing more than a drugs cartel as the Colombian military and elements within the US administration have sought to do. The leaders of the FARC do not live in luxury and are not motivated by the desire to amass huge personal fortune. For them it is all about power.

Some of the gaps in guerrilla philosophy and politics come from being isolated from wider and more contemporary political movements. A generation or more of rebels have known only the war in the jungle, have basic education if any and have never lived or even traveled to the major urban centers. For some, it is a job that pays better than the subsistence farming in which the majority of people in guerrilla territory are engaged.

While the FARC threat is very real, the rebels are not in a position to overthrow the state and would have to increase their numbers substantially to do so. They also lack a large civilian support base, particularly among the urban poor, which is essential for any revolutionary bid. What is not clear, perhaps not even to the FARC, is their exact medium and long-term aims. The taking of power has not been ruled out, but the rebels are far from such an achievement and with the low levels of public support they enjoy, will most likely never reach it. There are indications that in the medium term they are content to build up fiefdoms around the country, particularly in the south, and concentrate more effort on constructing urban networks.

**Funding**

Income from illegal narcotics is the primary source of financing for FARC. Initially the FARC charged a tax on all drugs grown in their areas of influence. This system became more and more developed, with the FARC taxing every aspect of the trade, from the chemicals needed to process drugs, up to the jungle airstrips used to export them.

However, as the war against their rightwing paramilitary foes became economic as well as military, the FARC set up a monopoly on the cultivation of coca, the raw material for cocaine, in their spheres of control. This was to deny drug income to their rivals and ensure that the peasants growing the drugs, who form an important part of the FARC's support base, got good prices from the traffickers. This led to the FARC trading cocaine directly for arms or money, but within the country. In early 2002, there was evidence that for the first time the FARC might be actively seeking buyers for drugs abroad.

The FARC also play a large part in the lucrative kidnapping trade, their second source of income, closely followed by extortion.

These revenues have allowed the FARC to purchase huge quantities of arms and ammunition on the international black market and equip their commanders with sophisticated communications equipment. Annual FARC income was $65 million in 1992 but by 2003, it has risen to at least $400 million. As a result, FARC guerrillas are sometimes better armed, equipped and funded than government soldiers, and one of the reasons that the insurgency continues is that there are many vested economic interests in the conflict.

# National Liberation Army (ELN)

### Background

The ELN is a rural based, anti-US, Maoist-Marxist-Leninist guerilla group formed in July 1964 by Cuban-inspired Roman Catholic priests. The ELN raises funds by kidnapping foreign employees of large corporations and domestic cattle ranchers for ransom payments. The ELN also conducts extortion and bombing operations against US and other foreign businesses in Colombia, particularly in the petroleum industry. Other operations include assassinations of military officers and labor leaders, bombing Western corporate targets such as oil pipelines, airliner hijackings and armed robberies. ELN operates primarily in the oil producing regions of the Casanare and Arauca Departments.

### Strategy & Tactics

Although both FARC and ELN share Marxist traditions, the thinking of the two organizations is quite different. Whereas the FARC largely abandoned political work in the late 1980s, after the extermination of their political party, the Patriotic Union, to concentrate on the development of their military wing, the ELN divided their resources between the political and military. This made them more vulnerable to attacks by right-wing paramilitaries, not just because of their military weakness, but because their political representatives, such as local mayors and councilors, were easily identifiable targets.

The ELN structure is less hierarchical than that of the FARC. While it has an equivalent of the FARC secretariat, known as COCE, it seems unable to impose its will on front commanders, who act with a great deal of autonomy.

### Funding

With over 3,000 fighters, the ELN is much smaller than the FARC and far poorer. Owing to the leadership of former Catholic priests and liberation theologians, the ELN did not embrace narcotics as did the FARC and correspondingly did not reap the financial windfall enjoyed by their more powerful cousins. Instead revenue-raising is restricted to kidnapping for ransom and extortion, much of it from the oil industry, a favorite ELN target, as it is fervently opposes foreign exploitation of Colombia's natural resources.

Unlike the FARC, the ELN has shown a desire to make peace since 1997. However, ELN's overtures were largely ignored by the Pastrana administration, which worked on the flawed assumption that a peace deal could be hammered out with the FARC and that the smaller ELN would fall into line. After the breakdown of talks with the FARC in February 2002, the government tried to revitalize talks with the ELN in Cuba, but this was abandoned by Pastrana, then a political lame duck, when it became clear that the smaller group was not going to agree to anything without profound reform. It appears that the chance to negotiate a separate deal with the ELN has gone, with the two larger guerilla groups now working more closely together. In August 2003, FARC's secretariat and the ELN's Central Command published a statement of alliance to collaborate in operations in regions where they have been hard hit by the army and paramilitaries.

## United Self-Defense Forces of Colombia (AUC)

### Background

The AUC developed rapidly during the late 1990s, as the state proved itself unequal to the task of halting guerrilla kidnapping and extortion. Founded in 1997, the AUC brought together diverse paramilitary groups under one umbrella in order to launch a nationwide anti-subversive movement. Its founder and leader is Carlos Castaño, whose father was murdered by the FARC and who vowed revenge at the age of 16 (and has been exacting it ever since). The movement reflects its leadership: right-wing, anti-communist, ultra nationalist and utterly ruthless.

Drug traffickers, including Pablo Escobar and Jose Rodriguez Gacha, began to gain access to the AUC as their interests coincided. The traffickers had become the country's biggest landowners and therefore guerrilla targets so they utilized the AUC's services for protection. Despite being an illegal organization, the AUC was also supported in many areas of the country by the army, desperate for assistance in its war with the rebels.

### Strategy & Tactics

The central ethos of the paramilitaries is that fire must be fought with fire and so guerrilla abuses and atrocities have been met with even greater paramilitary brutality. The initial and successful paramilitary tactic was the spreading of terror through massacres, and indiscriminate killing of suspected guerrilla collaborators in extremely brutal ways, usually in front of the victim's family and community. These terror tactics still continue, despite a supposed ceasefire, although in a greatly subdued manner. Now suspected sympathizers are interrogated, murdered and buried in the remote jungle.

In 2002 the issue of drugs within the AUC became its undoing. As Castaño began to lose control of the AUC, he sought to sever links with the drug traffickers, but by September 2002 he himself became the subject of a US extradition order for smuggling 17 tons of cocaine. Castaño lost credibility and power within the AUC and the organization fragmented.

## The Peace Process with the Armed Insurgents

In December 2002, AUC elements still loyal to Castaño called a unilateral ceasefire -- the government precondition for starting negotiations. On July 16, 2003 an accord was signed formalizing a peace process. With this accord, the paramilitaries pledged to begin demobilizing before the end of 2003 in a process expected to last at least until December 31, 2005, whereby a total of 20,000 fighters should be demobilized.

In terms of actual demobilization, in a March 4 speech presented at a business forum in Coral Gables, Florida, Colombia's President Alvaro claimed that approximately 5,000 paramilitaries and guerilla fighters have already disarmed themselves. Among the groups disarming themselves, on November 25, 2003, 871 members of the Cacique Nutibara Bloc (an affiliate of the AUC) laid down their arms in the remote mountain village of Cajibio, southwest of Bogota.

In addition, 160 members of the Ortega Rural Self-Defense Forces (ACO) laid down their arms. The ACO has no formal connection to the AUC.

GOC officials, including President Uribe in his recent speech, are quick to emphasize that overall killings by paramilitary forces are down 44% in 2003, the number of massacres down by approximately 50% and the murder rate in Medellin fell 52% in January 2004 compared to the same month last year. However, despite these encouraging statistics paramilitary groups have killed more than 250 people and carried out more than a dozen massacres since declaring the cease fire in December 2002.

The above mentioned statistics simply illustrate that the peace process between the government and the paramilitaries is still beset with difficulties. The paramilitaries have subsequently broken down into several groups, some of which are talking to the government while others are not. The largest factions to have broken away from Castaño's AUC are: Bloque Central Bolivar (4,000 strong), Alianza del Oriente (2,000), Autodefensas de Magdalena Medio (1,500), Bloque Elmer Cardenas (1,000) and the Bloque Metro (500). Fighting has broken out between some of these factions and the AUC, again over the issue of drugs and disagreement over the terms of the demobilization.

It is not just the narcotics link and the fact that several of the top paramilitary leaders also happen to be drug lords that complicates matters, but also the question of immunity. The AUC wants a blanket amnesty in return for peace, yet many of their massacres were so brutal that they count as crimes against humanity and cannot be forgiven under international law, irrespective of the message such an amnesty would send to those factions still fighting. The government is proposing a system of "alternative punishment" whereby the paramilitary leaders would escape imprisonment, but be forced to pay reparations to their victims or their families (as the victims are usually dead).

It is important to note that both FARC and the ELN have thus far rejected President Uribe's overtures for cease fires or peace talks.

## AGRICULTURAL PRODUCERS & PARAMILITARY/GUERILLA GROUPS

**Background**

During the entire history of the insurgency in Colombia, agricultural producers have amassed a long record of payments to both left wing and right-wing forces. In the 1980's, as government security forces struggled to deal with both the left-wing guerrillas and the growing drug cartels, both Colombian and multinational businesses were forced to pay a "war tax" to the FARC and the ELN. As one officer of a multinational fruit company admitted to TAG, in the late 1980's Chiquita, Dole and Delmonte paid a tax to the FARC of U$ .01 per box of fruit exported. This tax, which later increased to U$. 03 per box exported, was simply transferred to the AUC once the AUC took control in Urabá. According to the same contact, the multinationals are continuing to pay this tax.

**The CONVIVIR System**

The agricultural producers, and in particular the cattle ranchers, had a strong hand in developing Colombia's right-wing paramilitary forces (AUC). Cordoba, just a short distance from Urabá , is often called the birthplace of the AUC. When the concept of the CONVIVIR was introduced in the mid-1980s, it was another attempt by the government in Bogotá to organize the rural population to fight the ever-strengthening leftist insurgency. The Colombian Armed Forces very much supported the development of the CONVIVIR. As such, the CONVIVIR allowed for civilian groups to organize in order to improve intelligence and communication for the military. The CONVIVIR were linked into military communications and were allowed to carry certain weapons for personal self-defense. However, both narcotrafficking groups and agricultural producers quickly co-opted the CONVIVIR. The narcotraffickers developed small armies in order to protect labs and cultivation areas. For this reason, many of the paramilitary units, when mapped, are in coca growing areas. The farmers also created armies in order to fight the guerrillas and bring some sense of law and order to Colombia's agricultural areas. This development brought Colombia's banking industry into the conflict, as the FARC bombed financial institutions known to be financing the paramilitaries.

In this way, the narcotics industry and the government advanced the development of the AUC. Once established, it was a force that could no longer be controlled by the creators. As a result, and in order to improve the ethics of the Colombia military, the U.S. declared all of Colombia's irregular forces "terrorist" groups.

**Role of the Colombian Government**

The Colombian government and the Armed Forces are very much aware of these relationships. In fact, until the U.S. policy change, many elements of the Colombian government officially supported the paramilitaries. That support is now very much unofficial. The civilian population, especially in areas such as Urabá that are enjoying peace and prosperity after the expulsion of the guerrillas, continue to support the paramilitaries both in spirit and economically. The Colombian

government also will not push to demobilize paramilitary units until the Colombian military is ready and willing to fill the security vacuum. However, the Colombian military is stretched thin, and does not have the capacity to assume this role across the country. Demobilization will be selective and will focus only on groups involved in the narcotics trade. As long as the Colombian government believes that AUC elements are not involved in narcotrafficking, it is unlikely to push demobilization. This is the case in Urabá. In Santa Marta, the paramilitaries are very much involved in narcotrafficking, so government forces may seek to fight the paramilitaries in that region.

These very issues were discussed in the summer of 2003 with all of the banana companies. During a meeting of the banana growers association, AUGURA, in Medellin, a senior Colombian Army commander suggested that before the Colombian Army can assume total control of Urabá , the banana companies must pay to maintain an expanded Army presence in the region. However, this officer did not offer a timeline and senior military leaders in Bogotá remain unsure as to the timeline.

**Role of the U.S. Government**

Relations with the U.S. improved after Andres Pastrana became president in 1998. U.S. support for the fight against drug trafficking was prioritized, with over US$2.8 billion in aid during 1999 – 2002 to fight narcotics and the guerillas. US government support also helped secure the backing of multilateral financial institutions and facilitated access to the international capital markets. In October 2002, the US extended preferences to Colombian exports under the US Andean Trade Promotion and Drug Eradication Act (ATPDEA), due to run until the end of 2006.

Uribe has continued close relations with the U.S. In November 2003 the US Congress approved US$680 million in new aid to Colombia for 2004 and both countries announced their intention to start formal negotiations on a bilateral free-trade agreement. Traditionally, US support has been contingent on progress in the fight against drugs. However, under recent pressure from international non-governmental organizations, U.S. support has also been conditioned on improvements in Colombia's record on human rights.

**Role of Other Multinationals**

As a result, Colombian companies are forced to fend for themselves with the implicit acknowledgement (and support) of the Colombian government. Agricultural producers have had to pay protection money to the paramilitaries because their facilities are spread out throughout remote areas of Colombia that are difficult to adequately access and protect. Consequently, it is not feasible for the banana growers to pay or provide for their own security over such vast areas to protect against the consequences of ceasing extortion payments, even if they were willing top pay the costs to do so.

Certain multinationals in the mining and petroleum industries are not paying either the guerrillas or the paramilitaries. Such multinationals have developed robust security programs (at annual costs well over $1 million each) and pay the Colombian Army to increase patrols or maintain fixed positions (at a cost of at least $500,000). These companies are able to implement such security programs because the location of their facilities are more localized and are therefore easier to protect. Nevertheless, even with these security programs and the protection of the

Army, these companies suffer regular guerilla attacks against their facilities (such as railway lines and pipelines).

As for regular relationships with the paramilitaries (outside of the agricultural sector), during the 1990s it is believed that security personnel from certain multinational companies trained or paid paramilitary units for protection. Due to international pressure though, this practice has ceased.

## INSURGENT ACTIVITY IN URABÁ

### Background

With access by land and water to the Pacific Ocean, the Caribbean and through the Darien gap to Central America, the Urabá region in northwestern Colombia is as strategic a zone as exists anywhere in the country and probably in South America.

The region is rich and fertile and bananas grown in central Urabá generate approximately US$400 million per year in addition to rubber and hardwood exports. There are also half a million head of cattle grazing in northern Urabá. The region also hosts the large natural port of Turbo, and a major river/waterway leading to the South, the Rio Atrato. In addition, hundreds of millions of dollars worth of arms and drugs enter and leave Colombia each year.

### *Insurgent Activity in Urabá*

Until approximately 3 or 4 years ago, Urabá was one of the most violent regions in Colombia. Urabá was site to intense conflicts aimed at the total political and military control of the entire region. The first group to exercise control in the region was the Popular Liberation Army (known by its Spanish acronym as the EPL). This group negotiated a cease fire and a peace process with the GOC, which resulted in the demobilization and disarmament of the EPL. The EPL then converted itself into the political party "Hope, Peace & Liberty Party." However, this peace process left a significant security and military vacuum in the region that was eventually filled by FARC.

### FARC Enters the Picture

Beginning in 1985, FARC sought to gain political and military control of Urabá and achieved this goal for most of the 1990s. In 1995, right wing paramilitary groups began to emerge and grew rapidly in numbers with the overt support from the local population. The paramilitaries went on to wage an aggressive war against FARC and focused themselves on destroying FARC's support/funding structures within the rural population. Often, this resulted in significant civilian massacres, terror tactics and other significant human rights violations. Through these tactics, the AUC was able to gain military control of the banana growing zones and its infrastructures. AUC was subsequently able to extract funds for the security and protection of the companies and landowners operating in the region.

**"La Fuerza Publica"**

In conjunction with the AUC's operations against FARC's support, logistics and intelligence infrastructure, the Colombian government established what was known as the "Fuerza Publica" (Public Force), a loose consortium of law enforcement, military and intelligence. This group engaged in successful military operations against the FARC and forced them to retreat into the forests of the neighboring department of Choco. It is important to note that although there is no formal relationship between the Fuerza Public and the AUC, there are former members of the Fuerza in the AUC.

**Current Situation**

Over the past three years, Urabá has enjoyed a state of relative quiet, i.e., without violent incidents or labor unrest among the banana workers. This is in due part on the security provided by the Fuerza Publica and also the behind the scenes control that the AUC exerts over economic and labor activities in the rural areas. The military officials TAG consulted with believed that FARC will have a difficult time regaining control of the region.

## INSURGENT ACTIVITY IN SANTA MARTA

In the banana growing areas of Santa Marta, which are located in the Magdalena Department of Colombia, the following armed groups operate: the FARC, ELN, the AUC, other right wing paramilitary groups and narcotics traffickers. The AUC exercises significant military control over the entire region, especially in the urban areas and surrounding villages, including the banana growing infrastructure. The narcotraffickers exercise control in the rural areas, especially close to the foothills of the Sierra Nevada Mountains range to the west of Santa Marta.

The majority of the civilian population as well as most landowners sympathize with the actions of the AUC. Portions of the population lend financial support and provide the AUC with local information/intelligence. However, the main source of funding for the paramilitary groups comes from extortion or funds that they collect from the banana growing industry and property owners. They are also funded through drug trafficking.

There are railway lines throughout the area, mainly serving the coal mining companies, which operate out of the adjoining Cesar Department. The railway lines are frequently sabotaged by FARC or the ELN when the "protection money is not paid." The U.S. mining company Drummond is a frequent victim to railway sabotage.

## CONCLUSIONS FOR THE BANANA GROWING REGIONS

- It is clear that the paramilitary forces in Urabá and Santa Marta are financially supported through arms, drug smuggling, extortion and the willing support of certain segments of the local population.

- The Colombian military emphasized that CONVIVIR is a legally established organization which provides distribution and security services with the banana industry. They collaborate with the local authorities.

- Any non-payment of protection money will result in an escalating series of retaliatory moves in both Uraba and Santa Marta. Once payments stop, the threat for non paying companies will increase on two fronts. The AUC will be galvanized by the lost revenue stream, and will be concerned that other growers might also try to stop making payments. As a result, the AUC will begin to exert pressure; first with phone calls then turning to employee pressure, business interruptions, sabotage, kidnappings and assassinations. This list is based on historical criminal and insurgent activity directed against multinational companies operating in Colombia.

- Because their operations are spread out over vast acreages in remote regions, it is not feasible for banana growing companies to provide or hire their own security to adequately protect against the consequences of ceasing extortion payments, even if they were willing to pay whatever costs it would take to do so.

- There will also be an increased risk from the guerrillas (especially in Santa Marta) once the AUC lets it be known that the client is no longer under its protection. As a result, the FARC may attack farms and packing houses. The general manager's risk of kidnapping in Medellin may also go up.

- In addition, suspension of the guard and security services provided by CONVIVIR associations would generate unemployment in the region and produce a disgruntled population against the banana growing sector and CBI in particular. The paramilitaries and FARC could tap into this ill will to initiate a new round of violence or civil unrest in the region.