# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 20, 2023



Arturo Carrillo
Colombian Institute of International Law
5425 CONNECTICUT AVE NW STE 219
WASHINGTON, DC 20015

Judith Brown Chomsky
Law Offices of Judith Brown Chomsky
8120 NEW SECOND ST
ELKINS PARK, PA 19027-2719

Anthony DiCaprio
Law Office of Anthony DiCaprio
64 PURCHASE ST
RYE, NY 10580

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll, PLLC
1100 NEW YORK AVE NW STE 500 W TWR
WASHINGTON, DC 20005

Wyatt Gjullin
EarthRights International
1612 K ST NW STE 800
WASHINGTON, DC 20006

Richard L. Herz
EarthRights International
1612 K ST NW STE 800
WASHINGTON, DC 20006

Benjamin Hoffman
EarthRights International
1612 K ST NW STE 800
WASHINGTON, DC 20006

Paul L. Hoffman

Schonbrun Seplow Harris Hoffman & Zeldes, LLP
200 PIER AVE STE 226
HERMOSA BEACH, CA 90254

Leslie M. Kroeger
Cohen Milstein Sellers & Toll, PLLC
11780 US HWY 1 STE 500
PALM BEACH GARDENS, FL 33408

Theodore J. Leopold
Cohen Milstein Sellers & Toll, PLLC
11780 US HWY 1 STE 500
PALM BEACH GARDENS, FL 33408

Sean Powers
EarthRights International
1612 K ST NW STE 800
WASHINGTON, DC 20006

Maya Sikand
EarthRights International
1612 K ST NW STE 800
WASHINGTON, DC 20006

Marco Benjamin Simons
EarthRights International
1612 K ST NW STE 800
WASHINGTON, DC 20006

Marissa Vahlsing
EarthRights International
1612 K ST NW STE 800
WASHINGTON, DC 20006

Gabriela Valentin Diaz
Law Office of Gabriela Valentin Diaz
3460 14TH ST NW STE 443
WASHINGTON, DC 20010

John Washington
Schonbrun Seplow Harris Hoffman & Zeldes, LLP
200 PIER AVE STE 226
HERMOSA BEACH, CA 90254

Appeal Number:  23-13352-D
Case Style:  Does 1-205 Ohio Action (17-80547), et al v. Robert W. Olson, et al

District Court Docket No: 0:08-md-01916-KAM
Secondary Case Number: 9:17-cv-80547-KAM

# CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **10/11/2023**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 08-md-01916-Marra**

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

**This Document Relates to:**

ATS ACTIONS

17-80547-CIV-MARRA (Does 1-205 Ohio Action)
17-80323-CIV-MARRA (Does 1-205 Florida Action)
20-82222-CIV-MARRA (Jane Doe 24 Florida Action)
21-60058-CIV-MARRA (Jane Doe 24 Ohio Action)

_____/

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in actions 17-80547-CIV-MARRA, 17-80323-CIV-MARRA, 20-82222-CIV-MARRA, and 21-60058-CIV-MARRA appeal to the United States Court of Appeals for the Eleventh Circuit from the partial final judgment in favor of defendants Robert Olson, Robert Kistinger, William Tsacalis, and John Ordman on plaintiffs' Torture Victim Protection Act claims, entered on the 13th day of September 2023, Docket No. 3469 in No. 08-md-01916, the accompanying order granting the defendants' motion to dismiss, Docket No. 3469, and all interlocutory orders adverse to the plaintiffs that preceded final judgment, including but not limited to Docket No. 3135.

DATED: October 10, 2023.                                Respectfully submitted,

                                                        */s/ Marco Simons*

1