UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA CASE NO. 08-MD-01916-
MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

**This Document Relates to:**

ATS ACTIONS
_____/

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N. J. Action) (*Does 1-11*)
08-80465-CIV-MARRA (D.C. Action) (*Does 1-144*)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (*Manjarres*)
10-60573-CIV-MARRA (*Montes*)
17-81285-CIV-MARRA (D.C. Action) (*Does v. Hills*)
18-80248-CIV-MARRA (*John Doe 1*)

_____/

**ORDER RESETTING TRIALS FOR BELLWETHER
ONE A AND BELLWETHER ONE B PLAINTIFFS**

THIS CAUSE is before the Court following the status conference held December 4, 2023. At the status conference, due to unforeseen circumstances, the Court reset the Bellwether One A trial for April 22, 2024 and the Bellwether One B trial for July 2024 (DE 3543). An order setting these trials has not yet issued. Accordingly, it is hereby

**ORDERED** as follows:

1. All viable Bellwether One A claims shall be tried in the Southern District of Florida, West Palm Beach Division, beginning on April 22, 2024.

2. All viable Bellwether One B claims shall be tried in the Southern District of Florida, West Palm Beach Division, beginning on July 15,

2024.

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida this 9th day of January, 2024.

KENNETH A. MARRA
United States District Judge

cc: All counsel of record