UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-MD-01916-Marra

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:

**ATS ACTIONS:**

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N. J. Action) (*Does* 1-11)
08-80465-CIV-MARRA (D.C. Action) (*Does* 1-144)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (*Manjarres*)
10-60573-CIV-MARRA (*Montes*)
17-81285-CIV-MARRA (D.C. Action) (*Does v. Hills*)
18-80248-CIV-MARRA (*John Doe 1*)

_____/

**JOINT PROPOSED FIFTH AMENDED GLOBAL
SCHEDULING ORDER SETTING PRETRIAL PROCEDURES
FOR BELLWETHER ONE A CASES**[1]

The dates and locations for eleven (11) upcoming depositions in Colombia shall be as set forth in footnote below,[2] except that in view of the Court granting Plaintiffs' motion at DE 3528,

---

[1] Defendant, Chiquita Brands International, Inc. and the Non-Wolf Plaintiffs with claims in Bellwether One A cases, who are the only parties to the trial commencing on April 22, 2024.

[2]

| Witness | Date | Time | Location |
|---|---|---|---|
| Maria Eulalia Mendoza Ruiz | January 31, 2024 | 9:00 am | Bogota, Colombia |
| Cristian David Durango Gomez | January 31, 2024 | 2:00 pm | Bogota, Colombia |
| Fabian Gomez Urrego | February 1, 2024 | 9:00 am | Bogota, Colombia |
| Onelsi Mejia | February 21, 2024 | 9:30 am | Bogota, Colombia |

1

the parties are to confer and agree on a date and location for the taking of the depositions of Janeth Vargas and Johana Rivera while counsel are in Columbia for the scheduled depositions.

| **DATE** | **DATE FOR OPPOSITION AND REPLY** | **EVENT** |
|---|---|---|
| • January 17, 2024 | | Plaintiffs served their redlined edits to Defendant's proposed jury instructions with a table of contents. On January 18, 2024, Plaintiffs served "an expert opinion regarding the elements of a cause of action in torts under Colombian law." |
| | • February 20, 2024 | Defendant to serve their revisions to and support for their own proposed instructions and objections to counter-proposals:<br>(a) Joint Proposed Jury Instructions and Verdict Form;<br>(b) Joint Pretrial Stipulations and Local Rule 16.1E material;<br><br>(c) Its own expert's declaration as described in response to Plaintiffs' January 18, 2024 disclosure |
| • February 20-23, 2024 | | Parties to meet and confer re same |

| Roberto Cardona Munoz | February 21, 2024 | 1:30 pm | Bogota, Colombia |
|---|---|---|---|
| Edilson Restrepo Torres | February 22, 2024 | 9:30 am | Bogota, Colombia |
| Carlos Manuel Bello Arrieta | February 27, 2024 | 9:30 am | Bogota, Colombia |
| Ovidio Pascual Nunez Cabrales | February 28, 2024 | 9:30 am | Bogota, Colombia |
| Sergio Manuel Contreras Castro | February 29, 2024 | 9:30 am | Bogota, Colombia |
| Ever Joel Fontalvo | February 29, 2024 | 1:30 pm | Bogota, Colombia |
| Alexander Barros Camargo | March 1, 2024 | 9:30 am | Bogota, Colombia |

| | | |
|---|---|---|
| • February 29, 2024 | | Parties to file:<br>(a) Joint Proposed Jury Instructions and Verdict Form;<br>(b) Joint Pretrial Stipulation and Local Rule 16.1E material |
| • February 15, 2024 | | Parties serve proposed Rule 1006 summaries |
| | • March 15, 2024 | Parties serve responses to Rule 1006 summaries |
| • March 1, 2024 | N/A | Parties to submit Joint Proposed Voir Dire Questions and Joint Proposed Jury Questionnaire |
| • March 25, 2024 | N/A | Final Pretrial Conference |
| • April 22, 2024 | N/A | First Day of Trial |

Done and Ordered in Chanbers in West Palm Beach, Florida this 7th day of February, 2024.

KENNETH A. MARRA
United States District Judge

3

4