**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

Objection Codes

A - Authenticity

F - Foundation

H - Hearsay

I - Contains inadmissible matter (mentions insurance, prior conviction, speculation, etc.)

P - Privileged

R - Relevancy

UP - Unduly prejudicial-probative value outweighed by undue prejudice

Counsel may agree on any other abbreviations for objections, and shall identify such codes in the exhibit listing them.

| DEPONENT | MATTER | PAGE:LINE | DEF. OBJECTIONS |
|---|---|---|---|
| Acevedo, Alvaro | 08/31/18 (ATS) | 4:15-17 | R |
| | | 5:5-9 | R, I |
| | | 9:25-10:16 | R |
| | | 11:18-14:11 | R |
| | | 16:12-17-10 | R |
| | | 18:7-9 | I |
| | | 18:10-11 | H, R |
| | | 18:12-19:9 | R |
| | | 19:14-16 | I |
| | | 19:19-22 | F |
| | | 20:2-17 | F, H, I |
| | | 26:6-10 | R, I |
| | | 26:14-15 | I |
| | | 26:18-22 | I |
| | | 28:24-25 | I |
| | | 32:14-25 | R, I, UP |
| | | 33:11-13 | I |
| | | 33:14-25 | R, I, UP, P |
| | | 42:3-6 | R, I |
| | | 42:7-13 | I, F |

| | | | |
|---|---|---|---|
| | | 44:3-6 | H |
| | | 46:5-7 | R |
| | | 46:12-19 | R, I |
| | | 48:15-20 | I |
| | | 50:8-9 | R |
| | | 50:13-17 | R |
| | | 52:5-53:8 | R, I, UP |
| | | 56:4-7 | R |
| | | 56:9-57:20 | R |
| | | 57:23-58:12 | R |
| | | 58:13-59:3 | R, I, UP |
| | | 59:16-60:3 | R |
| | | 60:15-61:3 | R |
| | | 68:22-69:1 | R, I |
| | | 69:22-24 | R |
| | | 70:9-20 | R |
| | | 72:22-25 | I |
| | | 73:22-25 | R, F, I |
| | | 74:6-75:18 | R |
| | | 82:6-16 | I |
| | | 82:17-19 | H, P |
| | | 83:20-85:9 | R |
| | | 85:10-18 | R, UP |
| | | 85:19-25 | R |
| | | 86:1-7 | I |
| | | 86:22-87:10 | R, UP |
| | | 87:11-19 | R, I |
| | | 87:20-88:14 | R |
| | | 88:19-89:25 | R |
| | | 90:1-15 | R, UP |
| | | 93:25-94:6 | R, F, I, UP |
| | | 94:7-95:3 | R, I, UP |
| | | 101:5-13 | R, I, F |
| | | 101:14-17 | R |
| | | 101:20-22 | R, F |
| | | 102:4-23 | R, F |
| | | 103:5-13 | R, F |
| | | 103:14-18 | R |
| | | 103:19-22 | R, I |
| | | 103:23-25 | R |
| | | 104:1-11 | R |
| | | 104:12-17 | R, I, F |
| | | 104:18-105:9 | R |
| | | 105:10-22 | R, H |
| | | 106:14-16 | F, R |
| | | 106:17-21 | I, UP, R |

| | | | |
|---|---|---|---|
| | | 106:22-107:22 | R, I |
| | | 110:1-24 | R, I, UP |
| | | 110:25-111:11 | R, I |
| | | 111:19-112:9 | R, F |
| | | 112:10-20 | R |
| | | 112:25-113:17 | R |
| | | 114:2-14 | R |
| | | 114:15-24 | R, I, UP |
| | | 115:2-8 | R, I, UP |
| | | 115:15-21 | R, I, UP |
| | | 115:25-116:8 | R |
| | | 116:12-25 | F |
| | | 117:1-24 | R, I |
| | | 117:25-118:9 | R |
| | | 118:15-119:1 | R, I |
| | | 119:12-14 | R, I, UP |
| | | 119:17-120:5 | R, I, UP |
| | | 127:7-13 | R, I, UP |
| | | 127:14-22 | R, F |
| | | 127:23-128:4 | R |
| | | 128:8-18 | R, I |
| | | 131:21-24 | R, I, UP |
| | | 131:24-132:4 | R |
| | | 133:12-17 | R |
| | | 134:3-135:9 | R |
| | | 136:2-13 | R, I, UP, P |
| | | 136:14-25 | I |
| | | 137:5-25 | H, P, I |
| | | 138:1-15 | I |
| | | 139:16-140:15 | I |
| | | 140:16-19 | R, I |
| | | 144:11-12 | I, F |
| | | 144:13-146:16 | R, P, I |
| | | 147:22-148:10 | R, I, P, UP |
| | | 148:16-18 | R, H |
| | | 152:13-154:6 | R |
| | | 154:21-155:12 | I, H |
| | | 157:17-24 | R, I |
| | | 159:1-9 | R, H, I |
| | | 159:10-13 | R, I, UP |
| | | 159:14-23 | I, H |
| | | 170:8-12 | R |
| | | 170:13-171:16 | F, H, I, R |
| | | 175:13-21 | F, I, R |
| | | 177:8-12 | R, I |
| | | 177:21-178:17 | R, I, UP |

| | | 178:18-179:1 | R, F, I, UP |
|---|---|---|---|
| | | 181:20-25 | F, I, UP |
| | | 181:1-7 | R, I, H, UP |
| | | 182:25 | R |
| | | 183:1-184:14 | R, I, UP |
| | | 188:9-20 | R, I, UP |
| | | 189:3-20 | R, I, UP |
| | | 193:9-24 | R, F |
| | | 194:2-8 | R, F, I, H |
| | | 194:11-195:24 | R, F, UP, I, H |
| | | 197:24-25 | R |
| | | 198:1-9 | R |
| | | 202:20-203:22 | R |
| | | 204:6-11 | R |
| | | 204:12-25 | R, F |
| | | 205:1-14 | R, F |
| | | 205:15-25 | R, F, I |
| | | 206:1-7 | R, I |
| | | 211:2-13 | R, I |
| | | 41:9-14 | F |
| | | 52:8-18 | I, R |
| | | 62:9-63:5 | H, I, R, P |
| | | 68:7-5 | H, I |
| | | 68:20-22 | I |
| | | 69:1-70:10 | H, I, P |
| | | 71:10-13 | I |
| | | 83:15-16 | I, P, R |
| | | 84:12-14 | R |
| | | 91:22-11 | I, P, UP, H |
| | | 94:9-10 | I, H |
| | | 94:11-17 | I |
| | | 96:14-18 | I |
| | | 96:19-97:15 | R, I, UP |
| | | 98:21-99:16 | R, I, UP |
| | | 118:13-17 | R, I |
| | | 129:1-17 | H, I, R, P, UP |
| Acevedo, Alvaro | 05/05/09 (INS) Wolf Only | 7:3-11 | R |
| | | 35:5-36:4 | H, I, R, P, UP |
| | | 36:10-21 | |
| Aguirre, Fernando | 10/08/18 (ATS) | 9:2-14 | F, I, R |
| | | 16:10-11 | R |
| | | 37:17-38:5 | I, R, UP |
| | | 38:6-21 | I, R, UP |
| | | 44:11-16, 19-20 | I, R |

| | | 46:9-17 | H, I, R |
|---|---|---|---|
| | | 46:19-47:15 | H, I, R |
| | | 48:8-10, 12-13 | F, H, I |
| | | 57:20-24 | R |
| | | 60:6-20, 22-23 | F, H, I, R |
| | | 60:25-61:6, 8-19,22, 62:2-3 | F, H, I, R |
| | | 62:5-15 | F, H, I, R |
| | | 63:18-61:1 | F, H, I, R |
| | | 68:19-22, 24-25 | F, I, R |
| | | 69:2-15 | F, I, R |
| | | 70:2-6 | F, I, R |
| | | 70:25-71:1-2, 6 | F, I |
| | | 77:8-25 | R |
| | | 80:10-15 | F |
| | | 87:11-13, 16, 18 | F, I |
| | | 88:9-20 | F, I |
| | | 89:7-9, 11 | F, I |
| | | 89:13-21, 23 | F, I |
| | | 90:7-91:1 | I, R |
| | | 92:12, 14-15 | F, I |
| | | 98:9-15, 17-19 | F, I |
| | | 99:8-100:4, 7-9, 11-20, 23-101:2, 5-22 | F, I, UP |
| | | 98:9-15, 17-19 | F, I |
| | | 99:8-100:4, 7-911-20, 23-101:2, 5-22 | F, I, UP |
| | | 101:25-102:1, 3-10, 12-13 | F, I, UP |
| | | 103:3-10, 12-21 | F, R |
| | | 104:20-105:17 | F, R |
| | | 106:1-107:18 | F, H, I, R |
| Arntzen, Morten | 07/18/18 (ATS) | 7:21-25 | I, UP |
| | | 8:2-8 | I, UP |
| | | 14:4-25 | R |
| | | 16:16-22 | F |
| | | 18:3-10 | I, R, UP |
| | | 24:10-14 | F |
| | | 31:6-9 | F |
| | | 33:19-25 | F, H, I, R |
| | | 34:2-15 | F, H, I, R |
| | | 35:21-25 | I, UP |
| | | 36:21-37:23 | I, R, UP |
| | | 38:9-24 | F, H, I, UP |
| | | 47:10-15 | F, I, R |

| | | | |
|---|---|---|---|
| | | 51:2-15 | F, I, R |
| | | 51:22-25 | F |
| | | 52:2-25; 53:2-12 | F |
| | | 64:12-19, 22-25,65:2-12 | F, R |
| | | 65:20-66:9,12-17 | |
| | | 76:23-25; 77:2-7 | F, I |
| | | 78:2-13 | F, I |
| | | 80:12-15; 18-21 | R |
| | | 82:20-25 | I, UP |
| | | 83:2-5 | I, UP |
| | | 83:18-21 | I, R, UP |
| | | 85:2-21 | F, I |
| | | 86:11-22 | F |
| | | 87:3-13 | F, I, R, UP |
| | | 92:12-23 | H, I, R, UP |
| | | 98:7-21 | R |
| | | 99:7-10 | R |
| | | 100:24-25, 101:2 | R |
| | | 102:15-21 | I, R, UP |
| Bernal, Irving Jorge | 10/03/18 (ATS) | 26:24-25 | H, I |
| | | 27:1-9 | H, I |
| | | 30:4-21 | H, I |
| | | 31:11-25 | H, I |
| | | 32:6-14 | H, I |
| Blackham, Mark | 05/13/16 (ATA) | 14:24-18:4 | R |
| | | 16:15-16 | H |
| | | 17:25 | I |
| | | 18:5-15 | I, R, UP |
| | | 19:6-18 | H, R |
| | | 19:19-24 | I, R, UP |
| | | 21:16-23 | H, I, R |
| | | 22:7-17 | I |
| | | 23:4-9 | H |
| | | 23:10-22 | H, I, UP |
| | | 24:1-25:10 | I, R, UP |
| | | 25:11-26:10 | R |
| | | 26:12-17 | R |
| | | 27:2-25 | R |
| | | 29:1-30:10 | I, R, UP |
| | | 34:8-21 | I, R |
| | | 42:11-23 | I, R |
| | | 45:3-25 | I, R |
| | | 46:1-13 | R |
| | | 46:14-47:25 | H, I, R, UP |

| | | | |
|---|---|---|---|
| | | 48:1-4 | I, R, UP |
| | | 52:13-23 | H, I, R, UP |
| | | 55:7-56:7 | H, I, R, UP |
| | | 69:24-70:19 | R |
| | | 71:7-13 | R |
| | | 103:8-24 | R |
| | | 113:9-114:2 | I, R |
| | | 146:18-21 | I, R |
| | | 149:2-8 | H, I, R |
| Buitrago, Victor | 04/30/09 (Insurance) | 61:2-8 | I |
| | | 61:18-22 | I |
| | | 63:13-15 | I |
| | | 64:1-4, 8-9 | I |
| | | 65:21-25 | I |
| | | 66:1-67:11 | H, I |
| | | 75:15-19 | I |
| | | 75:21-23 | I |
| | | 80:9-16 | I, UP |
| | | 88:2-4 | I |
| | | 90:2-6 | I |
| | | 91:19-25 | I |
| | | 93:2-21 | R |
| | | 96:32-35 | I |
| | | 98:6-99:4 | I |
| | | 100:2-19 | I |
| | | 101:1-5 | I |
| | | 101:10-13 | I, R |
| | | 102:18-22 | F |
| | | 103:1-3 | F, I |
| | | 103:6-12 | I |
| | | 104:8-23 | I |
| | | 105:4-8 | F |
| | | 105:11-15 | F |
| | | 108:1-8 | I |
| | | 110:19-25 | I |
| | | 113:25-114:3 | H |
| | | 114:9-17 | I, UP |
| | | 115:3-10 | I |
| | | 115:14-22 | I |
| | | 120:6-11 | H |
| | | 120:12-121:3 | I |
| | | 121:21-122:5 | I |
| | | 122:9-16 | I, R |
| Forton, Jorge Humberto | 10/04/18 (ATA) | 7:11 | I, R, UP |

|  |  | 10:12-19 | I, R, UP |
|---|---|---|---|
|  |  | 12:18-21 | I, R |
|  |  | 27:7-10 | I, R |
|  |  | 30:7-13 | F, H |
|  |  | 31:6-17 | F, H |
|  |  | 32:2-23 | F, H |
|  |  | 53:13-15 | R |
|  |  | 61:6-14 | F, H |
|  |  | 61:20-25 | F, H |
|  |  | 66:5-9 | R |
|  |  | 66:10-18 | R |
|  |  | 69:16-25; 70:2 | F, H |
|  |  | 70:7-13 | H, R |
|  |  | 98:12-21 | F, H, R |
|  |  | 100:6-25; 101:2 | R |
|  |  | 101:8-22 | R |
|  |  | 103:3-11 | R |
|  |  | 117:13-20 | F, H |
|  |  | 118:2-11; 14-25 | F, H |
|  |  | 124:9-23 | F, H |
|  |  | 127:22-25; 128:2-4 | H |
|  |  | 134:4-19 | F, H, I, R |
|  |  | 143:11-16 | F, H, I |
|  |  | 148:16-19 | I, R |
|  |  | 148:20-24 | I, R |
|  |  | 150:3-13 | H, I |
|  |  | 172:25; 173:2-11 | I, R |
|  |  | 173:23-25; 174:2-3 | F, H |
|  |  | 175:12-25 | H |
|  |  | 176:8-11, 16-25; 177:2-11 | F, H, I |
|  |  | 225:3-11 | I, R, UP |
| Forton, Jorge Humberto | 04/27/99 (SEC) | 40:7-24 | R |
|  |  | 41:5-9 | R |
|  |  | 43:10-16 | I, R |
|  |  | 45:6-25 | I, R |
|  |  | 46:5-15 | I, R |
|  |  | 52:10-16 | I, R |
|  |  | 53:4-10 | I, R |
|  |  | 56:5-24 | I, R |
|  |  | 57:7-14 | I, R |
|  |  | 57:25-58:3 | I, R |
|  |  | 58:10-18 | R |
|  |  | 60:14-19 | R, I |
|  |  | 63:17-24, 64:2-10 | R, I |

| | | | |
|---|---|---|---|
| Freidheim, Cyrus | 10/16/18 (ATS) | 14:24-15:5 | F, I |
| | | 17:3-14 | F |
| | | 18:2-3, 5-6 | F |
| | | 25:16-19, 21-24 | F |
| | | 25:25-26:1, 3-10 | F, I |
| | | 27:18-24 | F, I |
| | | 32:19-22; 32:24-33:13 | F |
| | | 34:25-35:1-2, 4, 6-10 | F, I |
| | | 39:9-14 | F, H |
| | | 40:17-19, 22 | F, H |
| | | 41:17-20, 22-42:1 | F, H |
| | | 45:21-24; 46:1-8, 14-19 | F, H |
| | | 52:1-8, 10, 21-25 | F, H, I |
| | | 53:2-4 | F, H |
| | | 62:6-8, 11-25 | F, H, I |
| | | 63:1-4 | F, H, I |
| | | 69:23-70:5, 7, 9-14 | F, H, I |
| | | 71:21-22, 24-72:11 | F, H |
| | | 72:14-21 | F H |
| | | 74:23-75:5 | F |
| | | 76:3-5, 8-17, 19-23 | F |
| | | 76:25-77:2, 4-58:9, 11-12, 14 | F |
| | | 80:19-22 | F |
| | | 81:12-15, 17-18 | F |
| | | 82:7-10, 12-13 | F, H |
| | | 83:2-5, 8-12 | F |
| | | 84:3-4, 6-17 | F |
| | | 92:1-2, 6-7, 9-13 | F |
| | | 97:11-14, 16-25 | F |
| | | 98:2-5, 8, 10-11 | F |
| | | 104:1-4, 17-20 | F |
| | | 108:3-7, 9-109:2 | F, H |
| | | 109:4-7 | F, H |
| | | 112:9-12, 15-17 | F |
| | | 112:25-113:2 | F, I |
| | | 116:15-19; 22-117:6 | F |
| | | 118:24-119:2-6, 8-11 | F |
| | | 123:23-125:10 | F, H |
| | | 128:8-16 | F, I |
| | | 131:11-19, 25-132:11 | F |
| | | 133:17020, 22-23 | F |
| | | 146:23-147:6-10 | F |
| | | 150:17-22; 24-25 | F |
| | | | F |

| | | 151:24-152:1, 3-11, 16, 18-22 | F |
| | | 153:5-9, 12 | F |
| | | 154:5-10, 13-18 | |
| Hasbun, Raul | 02/01/19 (ATS) | 20:2-7 | I |
| | | 20:13-15 | I |
| | | 22:6, 11-15, 17-22 | I |
| | | 26:23-27:19 | I |
| | | 28:5-13 | F, R |
| | | 30:20 | I |
| | | 31:1-4, 6-10 | I |
| | | 31:17-32:6 | I |
| | | 32:14-33:17, 22-23 | I |
| | | 33:25-34:13 | I |
| | | 34:17-35:3 | I |
| | | 40:23-41:8 | I |
| | | 59:14-16 | I |
| | | 60:4-15 | I, R |
| | | 66:21-67:9 | I |
| | | 85:7-10; 18-86:3 | I |
| Hernandez, Hermes | 10/16/18 (ATS) | 36:8-19 | H, I |
| | | 95:16-17 | H, I |
| Hills, David | 10/02/18 (ATS) | 13:5-7 | R |
| | | 14:13-19 | I, R, UP |
| | | 21:12-18 | R |
| | | 28:19-25 | I |
| | | 34:7-23 | I, R, UP |
| | | 49:16-50:13 | I, R, UP |
| | | 74:11-75:8 | I, R, UP |
| | | 78:19-79:14 | I, R, UP |
| | | 80:16-81:1 | I, R, UP |
| | | 82:11-20 | I, R, UP |
| | | 83:3-9 | I, R, UP |
| | | 84:6-8, 13-23, 85:1-5 | I, R, UP |
| | | 90:23-91:15 | I, R, UP |
| | | 100:25-101:1;6-22 | I, R, UP |
| | | 102:2-11 | I, R, UP |
| | | 102:20-103:8 | I, R, UP |
| | | 104:4-18 | I, R, UP |
| | | 107:6-8, 11-14 | I, R, UP |
| | | 108:2-4 | I, R, UP |
| | | 167:25-168:15 | A, H, R |
| | | 193:8-10 | R |

| | | 195:21-24 | R |
|---|---|---|---|
| | | 196:2-4 | R |
| | | 216:2-6 | I, UP |
| | | 220:12-17 | I, R |
| | | 223:19-25 | A, F, H, I, R |
| | | 224:12-21 | A, F, H, I, R |
| | | 225:6-226:4 | A, F, H, I, R |
| | | 227:20-22 | R |
| | | 228:14-229:6 | A, F, H, I, R |
| | | 229:16-25 | A, F, H, I, R |
| | | 239:8-13 | I, R |
| Hills, Roderick | 05/14/09 (Insurance) | 32:2-13 | I, R, UP |
| | | 32:19-33:1 | I, R, UP |
| | | 33:3-34:5 | I, R |
| Howland, Barbara | 06/27/18 (ATS) | 22:7-25 | I |
| | | 23:1-18 | I |
| | | 26:1-9 | I |
| | | 27:15-18 | I |
| | | 35:14-16 | I |
| | | 43:1-12 | I |
| | | 82:11-20 | R |
| | | 84:10-25 | R |
| | | 86:3-25 | R |
| | | 87:15-25 | R |
| | | 90:12-18 | R |
| | | 91:6-9 | I |
| | | 93:7-12 | I |
| | | 166:21-24 | I |
| | | 223:5-16 | I |
| | | 228:10-24 | I |
| | | 236:1-15 | I |
| | | 240:2-14 | I |
| | | 244:3-14 | I |
| Howland, Barbara | 06/28/18 (ATS) | 283:14-21 | I |
| | | 305:19-25 | H, I |
| | | 306:1-25 | H, I |
| | | 307:1-5 | H, I |
| | | 315:2-25 | H, I |
| | | 324:17-25 | H, I |
| | | 325:1-25 | H, I |
| | | 326:1-25 | I |
| | | 328:24-25 | I |
| | | 339:3-12 | H |

| | | 343:17-25 | H, I |
|---|---|---|---|
| | | 344:1-25 | H, I |
| | | 345:1-25 | H, I |
| | | 346:20-25 | H, I |
| | | 347:1-3 | H, I |
| | | 348:9-25 | H, I |
| | | 349:1-5 | H, I |
| | | 356:1-25 | H, I |
| | | 357:1-12 | H, I |
| | | 359:1-25 | H, I |
| | | 360:1-25 | H, I |
| | | 418:1-25 | H, I |
| | | 419:1-19 | H |
| Hoyos, Otoniel | 06/29/18 (ATS) | 22:16-23:12 | H, I |
| | | 23:13-24:24 | H, I |
| | | 25:17-26:1 | H, I |
| | | 33:20-25 | H, I |
| Keiser, Charles | 04/13/16 (ATA) | 175:8 | UP |
| Keiser, Charles | 03/31/09 (Insurance) | 132:1-2 | H |
| Kistinger, Robert | 10/18/18 (ATS) | 13:7-12 | R, UP |
| | | 24:14-16 | F |
| | | 25:5-8 | F |
| | | 25:13-15 | F |
| | | 26:1-8 | F, R |
| | | 32:5-6, 8-15 | F |
| | | 34:9-12 | F |
| | | 34:14-19 | F |
| | | 37:19-20, 22-23 | F |
| | | 45:16-18 | F |
| | | 52:14-16, 18-21 | F |
| | | 61:13-15, 17 | F |
| | | 61:19-25 | F |
| | | 62:1 | F |
| | | 76:1-5, 8 | F |
| | | 82:1-14, 24-25 | F |
| | | 83:1-15 | F, UP |
| | | 106:17-22, 24-25 | F |
| | | 107:10-21 | F, H |
| | | 109:2-5 | F |
| | | 110:14-17, 20-25 | F |
| | | 111:1-8, 10-16 | F |
| | | 116:11-15, 17 | F |
| | | 128:23-25 | F |

| | | | |
|---|---|---|---|
| | | 129:1, 3, 5-11, 13-25 | F |
| | | 133:11-14, 16 | F, H |
| | | 134:4-5, 7-14 | F, R |
| | | 137:9-12, 15-18 | F |
| | | 142:22-24 | F |
| | | 143:5-6, 8-14 | F |
| | | 144:16-22 | F |
| | | 145:25; 146:1, 3-6, 8-16, 18-23 | F |
| | | 148:20-22, 24 | F |
| | | 156:21-25 | F |
| | | 157:1-4, 6-10, 12-25 | F |
| | | 158:1-2, 5-6 | F |
| | | 160:15-19, 21-22 | F |
| | | 163: 16-25 | F, UP |
| | | 167:19-23, 25 | F |
| | | 168:1, 7, 9-12, 15-23 | F |
| | | 170:8-10, 13-25 | F |
| | | 171:1-2 | F |
| | | 172:7-9, 11-13, 15-25 | F |
| | | 177:16-17, 19-25 | F, H |
| | | 178:1-3 | F, H |
| | | 179:10-13, 15-20, 22-24 | F |
| | | 180:1-4 | F |
| | | 181:15-19, 21-25 | F |
| | | 182:1-6, 8-16, 18-22 | F |
| | | 184:23-25 | F |
| | | 185:2 | F |
| | | 202:9-11, 13-19, 21-25 | F |
| | | 203:1-8 | F |
| | | 205:2-18, 20-25 | F |
| | | 208:9-10, 16-17, 20-25 | F |
| | | 209:1-11 | F |
| | | 210:14-16 | F |
| | | 217:3-8, 10-21, 23 | F |
| | | 223:17-20, 22-25 | F |
| | | 224:1-3, 6-8 | F |
| | | 235:11-13, 18-25 | F |
| | | 236:1, 3-7, 9-13 | F, H |
| | | 237:14-18, 20-25 | F, UP |
| | | 238:1-9 | F, UP |
| | | 246:5-6, 8-16 | F |
| | | 251:3-6, 8-15 | F, H |
| | | 255:10-16, 19-20 | F, UP |
| | | 256:6-10, 13-16 | F |
| | | 257:6-7, 10 | F |

|  |  | 263:9-14 | F |
|  |  | 277:24-25 | F, UP |
|  |  | 278:1, 4-15, 18-24 | F, UP |
|  |  | 279:2-9, 11-13, 15-18, 21-22, 25 | F |
|  |  | 280:1-2, 21-23 | F |
|  |  | 281:1-5 | F |
|  |  | 282:3-5, 9-25 | F |
|  |  | 283:16-19, 21-23 | F |
|  |  | 285:5-6, 8-11, 23-25 | F |
|  |  | 286:1-2, 8-18 | F |
| Kistinger, Robert | 01/06/00 (SEC) | 28:13-25 | F, R, UP |
|  |  | 29:1-25 | F, UP |
|  |  | 30:1-4 | F, UP |
|  |  | 36:15-19 | F, H |
|  |  | 43:4-25 | F |
|  |  | 44:1-4 | F |
|  |  | 48:1-9 | F |
|  |  | 62:1-63:10 | F |
| Kistinger, Robert | 06/01/16 (ATS) | 28:12-17 | F |
|  |  | 29:3-8 | F |
|  |  | 54:3-22 | F |
|  |  | 80:11-16 | F, H |
|  |  | 82:23-25 | F, UP |
|  |  | 83:1-16 | F, UP |
|  |  | 86:8-25 | F, UP |
|  |  | 87:1 | F, UP |
|  |  | 97:8-25 | F |
|  |  | 98:1-25 | F, H |
|  |  | 100:10-25 | F |
|  |  | 101:1 | F |
|  |  | 106:2-25 | F |
|  |  | 107:2-9 | F |
|  |  | 125;16-25 | F |
|  |  | 126:1-3 | F |
|  |  | 128:18-23 | F |
|  |  | 133:8-11, 13-25 | R, UP |
|  |  | 134:1-8, 11-16 | R, UP |
| Kistinger, Robert | 03/27/09 (Insurance) | 27:8-12 | F |
|  |  | 30:4-22 | F, I |
|  |  | 31:16-32:4 | F, I |
|  |  | 38:15-20 | F, I |
|  |  | 39:2-5 | F, I |

| | | 123:12-125:20 | F, H, I |
|---|---|---|---|
| | | 129:19-130:22 | F, H, I |
| | | 158:9-159:12 | F, H, I |
| | | 175:1-9 | F, H |
| | | 177:1-22 | F, I |
| | | 178:10-14 | F, H |
| | | 201:21-202:12 | F, I |
| | | 208:10-209:16 | F, I |
| Kistinger, Robert | 11/01/10 (Insurance) | 171:5-8 | F |
| | | 171:19-25 | F, H |
| | | 173:20-174:2 | F, H |
| | | 177:24-178:5 | F, I |
| | | 184:4-13 | F, H |
| | | 186:19-187:11 | F, H |
| | | 202:19-24 | F, H |
| | | 203:3-12 | F, H |
| | | 207:25-208:4 | F |
| | | 216:19-217:1 | F |
| Kreps, Steven | 09/25/18 (ATS) | 8:8-16 | R |
| | | 10:5-8 | I |
| | | 15:4-22 | I, R, P, UP |
| | | 16:1-24 | I, R, P, UP |
| | | 18:7-11 | I, R, P, UP |
| | | 18:19-25 | I, R, P, UP |
| | | 19:1-14 | I, R, UP |
| | | 19:21-25 | I, R, UP |
| | | 21:2-7 | I, R, UP |
| | | 21: 19-24 | I, R, UP |
| | | 22:5-18 | I, R, UP |
| | | 22:25-23:9 | I, R, UP |
| | | 23:15-24 | I, R, UP |
| | | 25:6-23 | I |
| | | 27:23-28:1 | R |
| | | 28:7-29:3 | I |
| | | 29:18-23 | R, UP |
| | | 29:24-30:3 | I |
| | | 30:4-10 | R, I, UP |
| | | 30:12-31:3 | R, I, UP |
| | | 31:5-20 | I, UP |
| | | 32:4-9 | I, UP |
| | | 32:12-13 | I, UP |
| | | 32:20-22 | I, UP |
| | | 32:23-33:6 | R |
| | | 33:15-18 | R |

| | | | |
|---|---|---|---|
| | | 34:5-6 | I |
| | | 34:9-10 | I |
| | | 34:11-14 | R, I |
| | | 34:17 | R, I |
| | | 34:19-24 | R, I |
| | | 35:2 | R, I |
| | | 35:13-36:1 | R |
| | | 36:4-7, 9 | R, I, UP |
| | | 36:11-14, 16-17 | R, I, UP |
| | | 36:19-23 | R |
| | | 36:24-37:7 | R, I, UP |
| | | 37:10-11 | R, I, UP |
| | | 38:9-14, 17-21, 23 | R, I, UP |
| | | 39:8-12 | R, I, UP |
| | | 40:2-11 | R |
| | | 43:13-44:19, 22-24 | R, I |
| | | 45:2-3 | R, I |
| | | 45: 4-6 | R |
| | | 45:7-11 | R, I |
| | | 45:12-18 | R, I, UP |
| | | 46:18-47:4 | I |
| | | 47:8-12 | I |
| | | 47:19-48:10, 17-18, 20-25 | I |
| | | 49:9-18 | R, I |
| | | 50:8-18, 20-22, 25 | R, I |
| | | 52:23-53:1 | R, I |
| | | 53:2-15 | R, I, UP |
| | | 54:1-12 | R, I |
| | | 55:5-18 | R, I |
| | | 55:19-23 | H |
| | | 56:3-7 | H, I |
| | | 56:8-11 | I |
| | | 56:12-17 | H, I |
| | | 56:19-21 | I |
| | | 56:23-57:11 | I |
| | | 58:15-20 | I, UP |
| | | 59:7-8, 11-20 | I |
| | | 60:7-9, 11-14 | I |
| | | 60:16-19, 21-22 | I, UP |
| | | 61:5-10 | I, UP |
| | | 61:12, 14-18 | R, I |
| | | 62:16-20 | I |
| | | 62:22-63:5 | I |
| | | 63:7-64:1, 3-4, 6-8 | R, I |
| | | 64:24-65:2, 5 | I |

| | | | |
|---|---|---|---|
| | | 66: 2-15 | I |
| | | 66:21-24 | H |
| | | 67:4-5, 8-9, 11-15 | I |
| | | 67:16-18 | H |
| | | 68:22-23 | H, I |
| | | 69:2-19 | H, I |
| | | 69:20-70:3 | I, UP |
| | | 73:5-7, 10-11 | I, UP |
| | | 74:14-18 | I, R |
| | | 74:20-75:1, 3-4 | I, R |
| | | 75:6-9, 11 | I, R |
| | | 76:23-77:2, 5-6, 14-16 | I, R |
| | | 79:5-6 | R, I, UP |
| | | 82:11-24 | R, I |
| | | 83:2-5 | R, I |
| | | 83:6-13, 15 | R, I, UP |
| | | 83:17-21 | R, I |
| | | 85:4-7 | I |
| | | 86:6-13 | I |
| | | 86:19-87:2 | I |
| | | 89:22-25 | R, I |
| | | 90:1-3 | R, I |
| | | 98:1-7 | I, UP, H |
| | | 98:8-17 | I |
| | | 98:24-99:5 | I |
| | | 101:8-14, 16, 18-22, 25 | R, I, UP |
| | | 102:1-22 | I, R |
| | | 103:3-8 | R, I |
| | | 105:8-11 | I |
| | | 106:13-18, 20-21 | I, R |
| | | 106:23-107:1, 3-4 | I, R |
| | | 107: 6-8, 10-11 | I |
| | | 110:12-15 | R |
| | | 110: 25-111-6 | R, I |
| | | 112:7-12 | R, I |
| | | 113:21-114:3 | I |
| | | 114:16-18, 20 | I |
| | | 114:22-115:3 | I |
| | | 115:5-9 | R |
| | | 115:10-16 | R, I |
| | | 115:23-25 | R |
| | | 116:1-10, 12 | R, I |
| | | 116:19-20, 22-25 | IR, I |
| | | 117:2-4, 6-12 | R, I |
| | | 117:16-25 | R |
| | | 118:1-7 | R, I |

| | | | |
|---|---|---|---|
| | | 118: 13-25 | I |
| | | 119:2 | I |
| | | 120:17-25 | R |
| | | 121:6-8, 10-17 | R |
| | | 122:14-17, 20-21 | R, I |
| | | 122:23-123:1 | R, I |
| | | 123:4-8 | R, I |
| | | 123:10-19 | R, H, I, UP |
| | | 123:22-124:1, 3 | R, I, UP |
| | | 126:2-16 | R |
| | | 126:22-23 | H, I, A, R, P, UP |
| | | 127:5-8 | H, I, A, R, P, UP |
| | | 127:17-20 | I |
| | | 129:6-9 | I |
| | | 130:14-17 | I |
| | | 133:7-25 | I, UP |
| | | 137:12-19 | R, I, H |
| | | 139 2-9 | I |
| | | 139:10-13 | I, H |
| | | 139:14-18 | H, I |
| | | 139:19-22 | H, I |
| | | 139:23-140:11 | H, I |
| | | 141:11-14, 16-17 | I |
| | | 141:19-24 | H, I |
| | | 142:4-10, 13 | I |
| | | 143:11-13 | R, I |
| | | 145:5-10 | I, H |
| | | 145:11-15 | I, H, UP |
| | | 145:16-20, 22 | I |
| | | 145:24-146:10 | I |
| | | 146:17-18 | R, I |
| | | 146:25-147:5 | I |
| | | 148:9-21 | R, I, UP |
| | | 149:4-11 | R, I, UP, H |
| | | 151:16-21 | I |
| | | 151:25-152:9 | H, I |
| | | 156:9-14 | R, I |
| | | 161:3-9 | I |
| | | 161:19-25 | I |
| | | 162:14-16 | H, R |
| | | 165:14-21 | R, I |
| | | 167:24-168:1 | I |
| | | 168:2-6 | H |
| | | 169:18-23 | I |
| | | 169:24-170:4 | I, H |
| | | 170:5-8, 10 | I |

| | | | |
|---|---|---|---|
| | | 170:12-14 | I, R |
| | | 173:24-174:16, 19 | I |
| | | 175:5-8, 11, 13 | I |
| | | 178:22-179:4 | R, I |
| | | 179:17-21 | R, I |
| | | 179:25-180:2 | I |
| | | 180:7-13 | R, I |
| | | 181:5-8, 11-13 | I, UP |
| | | 181:15-18, 20-23 | I, UP |
| | | 181:25-182:1 | I |
| | | 182:12-17 | I, UP, H |
| | | 182:18-23 | I, H, UP |
| | | 184:15-18 | I |
| | | 185:1-8 | H, I, UP |
| | | 185:17, 22 | I |
| | | 186:7-10 | I, H, UP |
| | | 188:15-23 | R, I |
| | | 190:19-21 | R, I |
| | | 191:19-25 | R, I |
| | | 192:23-193:1, 3-13 | R, I |
| | | 193:15-17, 19-20 | R, I |
| | | 197:16-19, 21 | I |
| | | 200:9-10 | I |
| | | 201:9-10, 13-14 | I, F |
| | | 202:5-10, 12-13 | R, I |
| | | 202:15-17 | R |
| | | 202:18-21, 23 | R, I, UP |
| | | 202:25-203:1-5, 7 | R, I |
| | | 203:9-12 | R, I |
| | | 203:15-20 | R |
| | | 205:12-20 | I |
| | | 206:9-11, 13-14 | I |
| | | 212:9-12, 16-19 | I, R, UP |
| | | 214:24-215:2 | R, I |
| | | 215:8-16 | H, UP, I |
| | | 215:17-216:8, 10-11 | H, I, UP |
| Mancuso, Salvatore | 06/15/18 (ATS) | 19:14-23 | I |
| | | 21:7-25 | R |
| | | 22:1-8 | R |
| | | 26:2-25 | R, H, I |
| | | 27:6-25 | R, H, I |
| | | 28:1-25 | R, H, I |
| | | 31:1-11 | R, H, I |
| | | 34:1-18 | R, I |
| | | 37:3-25 | H, I |

| | | 38:1-3 | H, I |
|---|---|---|---|
| | | 41:8-23 | H, I |
| | | 42:4-15 | H, I |
| | | 52:13-25 | R, H, I |
| | | 53:1-22 | R, H, I |
| | | 55:10-25 | H, I |
| | | 56:1-20 | H, I |
| | | 57:1-25 | R, H, I |
| | | 58:2-10 | R, H, I |
| | | 63:12-25 | R, H, I |
| | | 64:5-25 | R, H, I |
| | | 65:1-22 | R, H, I |
| | | 66:6-25 | H, I |
| | | 67:14-22 | H |
| | | 69:19-24 | H |
| | | 70:1-20 | R, H, I |
| | | 71:19-25 | H, I |
| | | 72:1-8 | R |
| | | 75:10-23 | H |
| | | 77:4-25 | H, I |
| | | 78:3-25 | H, I |
| | | 79:1-25 | H, I |
| | | 80:1 | H, I |
| | | 83:9-25 | H |
| | | 86:1-21 | I, R |
| | | 103:4-25 | H, I |
| | | 104:1-10 | H |
| Mancuso, Salvatore | 08/24/18 (ATS) | 6:15-25 | R |
| | | 7:1-4 | R |
| | | 16:16-25 | R, I |
| | | 17:1-14 | R, I |
| | | 18:10-11 | R, I |
| | | 19:6-18 | R, I |
| | | 25:1-25 | R, H, I |
| | | 26:1-23 | R, H, I |
| | | 29:7-25 | R, H, I |
| | | 31:1-24 | R, H, I |
| | | 33:1-25 | R, H, I |
| | | 34:5-25 | R, H, I |
| | | 35:1-24 | R, H, I |
| Mendoza, Dairon | 08/10/18 (ATS) | 15:5-12 | I |
| | | 15:20-16:6 | I |
| | | 17:4-6 | I, R, UP |
| | | 17:9-25 | F, I, R |

| | | | |
|---|---|---|---|
| | | 18:1-6 | I, R |
| | | 18:12-17 | H |
| | | 18:18-19:1 | I, R |
| | | 19:5-10 | I, R |
| | | 20:9-17 | H, I |
| | | 21:1-5 | I, R |
| | | 21:7-25 | F, I |
| | | 22:1-4 | F, I, R |
| | | 23:6-8 | F, H, I |
| | | 24:5-11 | F, H, I, R |
| | | 24:17-25:3 | R |
| | | 25:11-26:11 | F, I |
| | | 45:1-47:18 | I, R |
| | | 47:22-25 | R |
| | | 54:8-17 | F, I |
| | | 55:4-9 | R |
| | | 60:12-61:20 | R |
| Olivo, John | 12/15/99 (SEC) | 22:12-18 | R |
| | | 22:24-23:4 | R |
| | | 24:8-16 | R |
| | | 24:25-25:25 | R, I, UP |
| | | 26:12-18 | R, I, UP |
| | | 27:18-28:25 | R, I, UP |
| | | 29:1-10 | R, I, UP |
| | | 29:21-30:10 | R, I, UP |
| | | 34:3-18 | R, I, UP |
| | | 36:7-37:15 | R, I, A, F, UP |
| | | 39:1-10 | R, I, UP |
| | | 41:11-42:3 | R, I, UP |
| | | 42:8-16 | R, I, UP |
| | | 43:18-44:2 | R, I, A, F, UP |
| | | 44:14-45:1 | R, I, UP |
| | | 46:24-47:4 | R, I, UP |
| | | 47:16-48:1 | R, I, F, A, UP |
| | | 48:5-25 | R, I, UP |
| | | 49:2-9 | R, I, UP |
| | | 49:25-50:5 | R, I, UP |
| | | 51:24-52:14 | R, I, UP |
| | | 54:2-56:14 | R, I, UP |
| | | 58:10-59:1 | R, I, UP, H |
| | | 59:2-25 | R, I, UP |
| | | 60:1-61:3 | R, I, UP, H |
| | | 62:8-17 | R, I, UP, H |
| | | 62:18-63:9 | R, I, UP |
| | | 63:14-64:2 | R, I, UP |

|  |  | 64:3-15 | R, I, UP, H |
|---|---|---|---|
|  |  | 64:16-18 | R, I, UP |
|  |  | 64:19-65:2 | R, I, UP, H |
|  |  | 65:3-67:6 | R, I, UP |
|  |  | 68:12-69:3 | R, I, UP |
|  |  | 64:4 | R, I, UP, H |
|  |  | 69:10-24 | R, I, UP, H |
|  |  | 64:25 | R, I, UP |
|  |  | 70:2-14 | R, I, UP |
|  |  | 70:17-72:4 | R, I, UP, H |
|  |  | 72:5-11 | R, I, UP |
|  |  | 77:2-12 | R, I, UP |
|  |  | 78:4-9 | F |
|  |  | 81:4-7 | F |
|  |  | 82:25-83:7 | R, I, UP, H |
|  |  | 83:8-12 | R, I, UP |
|  |  | 83:25-84:8 | R, I, UP, H |
|  |  | 86:1-7 | R, I, UP |
|  |  | 86:8-23 | F, H |
|  |  | 86:24-25 | F |
|  |  | 87:5-8 | F |
|  |  | 90:6-15 | F |
|  |  | 90:16-91:7 | F, H |
|  |  | 91:11-92:14 | R, I, UP, F |
|  |  | 94:2-95:14 | F, R |
|  |  | 96:2-13 | R, H |
|  |  | 96:14-19 | R |
|  |  | 106:21-107:18 | R, I, UP |
|  |  | 108:6-21 | F, A |
|  |  | 108:25-109:18 | F, A |
|  |  | 109:19-110-25 | R, I, UP |
|  |  | 111:24-112:9 | R, I, UP |
|  |  | 112:25-114:2 | R, I, UP |
|  |  | 114:14-115:3 | R, I, UP, A |
|  |  | 121:12-17 | R |
|  |  | 122:1-123:7 | R |
|  |  | 123:21-24 | R |
|  |  | 125:25-127:3 | R, I, UP |
|  |  | 127:24-128:11 | R, I, UP |
|  |  | 129:18-131:11 | R, I, UP |
|  |  | 131:16-132:25 | F, R, I, UP |
|  |  | 133:1-7 | R, I, UP |
| Olivo, John | 12/16/99 (SEC) | 148:2-12 | R, F, I, A, UP, H |
|  |  | 148:13-149:10 | R, F, I, A, UP |
|  |  | 155:5-156:3 | R, F, I, A, UP |

|  |  | 158:7-16 | F, H |
|---|---|---|---|
|  |  | 163:17-164:3 | F, A |
|  |  | 164:19-24 | F, A |
|  |  | 165:14-166:1 | F, A, H |
|  |  | 166:2-167:12 | R, I, UP, H |
|  |  | 167:13-16 | R, I, UP, |
|  |  | 168:5-21 | R, I, UP |
|  |  | 169:25-170:6 | R, I, UP |
|  |  | 170:7-171:3 | R, I, UP, H |
|  |  | 171:4-7 | R, I, UP |
|  |  | 171:8-172:21 | R, I, UP, H |
|  |  | 174:23-25 | R, I, UP |
|  |  | 175:10-13 | R, I, UP, H |
|  |  | 176:2-21 | R, I, UP, H |
|  |  | 179:8-22 | R, I, UP |
|  |  | 189:6-22 | R, I, UP, H |
|  |  | 190:25-192:1 | R, I, UP |
|  |  | 192:11-25 | R, I, UP |
| Olivo, John | 10/05/18 (ATS) | 12:18-15:24 | I, R, UP |
|  |  | 16:16-21 | I, R, UP |
|  |  | 17:14-21 | H, I, R, UP |
|  |  | 19:2-9, 11 | F, H, I, R, UP |
|  |  | 40:17-22 | I, R, UP |
|  |  | 47:8-16 | I, R, UP |
|  |  | 51:10-25 | F, I, R, UP |
|  |  | 52:1-53:7 | F, H, I, R, UP |
|  |  | 54:15-25 | F, H, I, R, UP |
|  |  | 56:2-22, 24-25 | F, I, R, UP |
|  |  | 57:1-6 | F, I, R, UP |
|  |  | 61:20-62:9 | I, R, UP |
|  |  | 64:19-65:10 | I, R, UP |
|  |  | 65:11-66:1, 8-11, 18-19 | F, I |
|  |  | 68:7-24 | I, R, UP |
|  |  | 69:8-13 | I, R, UP |
|  |  | 71:16-22 | I, R, UP |
|  |  | 72:10-73:2 | F, I |
|  |  | 75:16-24 | F |
|  |  | 77:11-12, 14-20 | F |
|  |  | 78:1-17 | F |
|  |  | 80:21-81:2 | F |
|  |  | 81:8-23 | F |
|  |  | 82:1-10 | F |
|  |  | 82:14-18, 19-25 | F |
|  |  | 84:7-11, 13-16 | F |
|  |  | 86:8-13, 15, 17-20 | F |

| | | | |
|---|---|---|---|
| | | 87:18-19, 24-88:13 | F |
| | | 88:14-19 | F, H |
| | | 88:20-23 | F |
| | | 90:20-91:5 | F |
| | | 96:1-18 | F, H |
| | | 95:22-25 | F, H |
| | | 97:25-98:5 | F, I, UP |
| | | 99:6-99:24 | F, I, UP |
| | | 100:3-101:1, 101:5-14 | F, I, UP |
| | | 102:12-103:4 | H, I, R, UP |
| | | 103:9-12 | H, I, R, UP |
| | | 108:21-24 | A, F |
| | | 108:25-109:7 | A |
| | | 109:21-25 | A, F |
| | | 110:11-21 | A, F, H |
| | | 111:19-25 | A, F, H |
| | | 112:3-17 | A, F, H |
| | | 116:5-19 | A, F, H, I, R, UP |
| | | 120:1-16; 19-21 | A, F, H, I, R, UP |
| | | 123:3-13 | A, H, I, R, UP |
| | | 125:2-23 | F, H |
| | | 126:14-21, 24 | A, F |
| | | 127:3-13 | A |
| | | 128:4-25 | A, F, H |
| | | 129:3-130:20 | A, F, H |
| | | 130:21-131:1, 131:4-11, 14-132:14 | A, F, H, I |
| | | 135:23-136:7, 9-137:25 | I, R, UP |
| | | 138:7-139:3, 6-140:22, 24-141:14, 16 | F, I, R, UP |
| | | 141:21-142:3, 6-143:14 | F, I, R, UP |
| | | 144:4-11, 14-15 | I, R, UP |
| | | 145:24-146:14, 16-147:1, 4-10, 12-16 151:15-20, 22-152:1 | F, I, R, UP |
| | | 159:2-4, 7-15 | F, I, UP |
| | | 160:16-161:18 | F, I, R, UP |
| | | 162:6-14 | F, I, R, UP |
| | | 163:13-25 | I, R, UP |
| | | 164:1-10 | F, I |
| | | 164:11-24 | H, I |
| | | 165:10-23 | F, I |
| | | 164:24-169:8 | A, F, I, UP |
| | | 170:18-172:8 | A, F, H, I, UP |
| | | 172:9-12, 14-173-1 | A, F, H, I |
| | | 171:2-25 | F, I |

| | | 173:21-174:13 | F, I |
|---|---|---|---|
| | | 175:1-176:25 | F, I |
| | | 177:1-25 | F, I |
| | | 178:1-179:22 | F, H, I |
| | | 181:20-182:9, 11-25, | F, I |
| | | 183:2-7 | F, I, UP |
| | | 197:16-198:3 | |
| | | 198:9-11, 14-199:8 | F, I |
| | | 201:23-202:3 | F, I |
| | | 202:10-20 | F, I |
| | | 204:6-14, 17-18 | F, I |
| | | 205:3-11, 13, 15-19, 22- | F, I |
| | | 206:2, 4-14, 16-25, | F, I |
| | | 207:2 | |
| | | 207:11-12, 15-18 | F, I |
| | | 209:6-210:2 | F, I |
| Olson, Robert | 05/06/09 (Insurance) | 222:12-20, 222:22-223:12 | R |
| Olson, Robert | 10/08/18 (ATS) | 11:6-16 | I, R, UP |
| | | 12:18-22 | I, R, UP |
| | | 37:25-38:7, 38:9-19, 38:22-23 | H |
| Ordman, John | 11/02/10 (Insurance) | 274:8-23 | I |
| | | 276:24-277:8 | H, I |
| | | 277:9-24 | I |
| | | 284:6-17 | I |
| | | 302:15-19 | H, I |
| | | 308:9-14 | H |
| | | 310:2-10 | H |
| | | 311:2-9 | H |
| | | 313:3-15, 314:1-8 | I |
| | | 314:24-315:21 | H, I |
| Ordman, John | 11/03/10 (Insurance) | 364:3-19 | H, I |
| | | 364:23-365:2 | H, I |
| | | 369:19-23 | H, I |
| | | 377:5-22 | H, I |
| | | 425:22-25 | I, UP |
| Ordman, John | 03/13/99 (Insurance) | 21:21, 22:5-10 | I, P, R |
| | | 23:13-25:1 | I, P, R |
| | | 81:6-83:7 | I |
| | | 83:8-84:6 | H |

| | | 84:7-88:22 | I |
| | | 89:1-91:12 | H, I |
| | | 92:2-94:22 | I |
| | | 96:7-98:20 | I |
| | | 100:6-13, 18-21 | I |
| | | 222:6-20, 223:9-227:22 | I |
| Ordman, John | 04/19/16 (ATA) | 9:11-13 | R |
| | | 24:15-22 | A, H |
| | | 40:17-21 | A, H |
| | | 41:19 - 42:4 | A, H |
| | | 47:8-14 | A, H |
| | | 53:19 - 54:1 | R, UP |
| | | 55:12 - 56:2 | R, UP |
| | | 66:12 - 67:1 | R |
| | | 68:14 - 69:2 | I, R |
| | | 114:20-22 | I |
| | | 161:5-7 | A |
| | | 161:12-16 | A, H |
| | | 161:22 - 162:2 | A, H |
| | | 162:13 - 164:9 | A, H |
| | | 166:8-21 | H, I |
| | | 188:4-10 | H, I |
| | | 188:13 - 190:4 | H, I |
| | | 223:17 - 224:15 | A, H, I |
| | | 259:15-22 | H, I |
| | | 260:1 - 261:1 | H, IS |
| Ordman, John | 04/20/16 (ATA) | 101:5-10 | H |
| | | 131:7-132:2 | A, H |
| | | 135:12-136:15 | A, H |
| | | 137:8-16 | A, H, I |
| | | 137:20-138:4 | A, H, I |
| | | 142:22-143:22 | A, H |
| | | 144:19-145:7 | A, H |
| | | 147:1-12 | A, H |
| | | 149:2-6 | A, H |
| | | 163:16-21 | A, H |
| | | 167:10-12 | I |
| | | 180:22-181:12 | I, UP |
| | | 182:3-185:2 | I, UP |
| | | 185:13-19 | I, UP |
| | | 204:11-19 | H |
| | | 213:11-214:2 | A, H |
| | | 214:7-8 | A, H |

| Ordman, John | 11/23/99 (SEC) | All SEC testimony | H, I, R, UP |
|---|---|---|---|
| Raymer, Joel | 09/18/18 (ATS) | 8:2-5 | R |
| | | 13:14-25 | R |
| | | 14:1-4 | R, I |
| | | 14:22-25 | R |
| | | 15:1-5, 10-13 | R, UP |
| | | 16:4-14 | UP |
| | | 21:8-23 | I |
| | | 35:24-35:1 | I, R |
| | | 47:21-48:4 | I |
| | | 53:3-24 | I |
| | | 54:1-6 | I, H |
| | | 57:15-19 | I, UP |
| | | 61:12-18 | R, I, UP |
| | | 62:4-19 | R, I, UP |
| | | 63:6-21, 23-25 | R, I, UP |
| | | 66:11-14, 16-21 | I, UP |
| | | 67:19-68:5 | R, I, UP |
| | | 68:19-23 | R, I, UP |
| | | 69:8-9, 14 | R, I, UP |
| | | 69:15-24 | R, I |
| | | 94:9-13, 22-23 | I, UP |
| | | 96:6-7, 9-12 | I |
| | | 97:2-5, 9-11 | I |
| | | 97:13-21 | R, I |
| | | 99:16-21 | R, F, I |
| | | 99:22-100:7 | R, UP |
| | | 100:12-17, 20 | I |
| | | 111:15-24 | R, I, UP |
| | | 112:12-14 | R |
| | | 112:18-24 | I |
| | | 113:3-12 | I, UP |
| | | 113:13-17 | R |
| | | 113:18-25 | I |
| | | 114:1-11 | R, I, UP |
| | | 114:18-23 | I |
| | | 115:11-16 | I |
| | | 115:17-22 | I, R |
| | | 123:6-12 | I, UP |
| | | 125:19-25 | I, UP, R |
| | | 126:1 | R |
| | | 126:2-7 | I, UP |
| | | 128:23-25 | I |
| | | 129:1-2, 4-6, 8-12 | I, R, UP |
| | | 129:20-130:14 | I, R, UP |

| | | | |
|---|---|---|---|
| | | 130:16-18 | I, R, UP |
| | | 130:20-131:2 | I, UP |
| | | 136:18-25 | I, UP |
| | | 137:8-12 | I, R, UP |
| | | 137:14-17 | I, R, UP |
| | | 137:22-138:14 | R |
| | | 138:15-20 | R, I, UP |
| | | 141:16-25 | R |
| | | 142:1-7 | R, UP |
| | | 142:15-22 | R, I, UP, H |
| | | 151:14-18 | R, I, UP |
| | | 155:11-13 | R, I |
| | | 155:14-21 | R, UP |
| | | 156:2-157:19 | R, I, UP |
| | | 159:11-16 | R |
| | | 181:8-22 | R, F, I, UP |
| | | 186:22-187:1 | I |
| | | 187:2-12 | R, F, I |
| | | 188:20-21 | I |
| | | 189:22-190:13 | I, R, UP |
| | | 190:14-22 | I, H |
| | | 190:23-25 | I, F |
| | | 191:1-2 | I |
| | | 191:12-13 | I |
| | | 192:3-5 | I |
| | | 193:22-194:18 | I, R |
| | | 196:15-18 | I, R, UP |
| | | 196:19-25 | R, F, H |
| | | 197:19-198:3 | I |
| | | 198:6-11 | I |
| | | 199:3-8 | R |
| | | 203:10-13 | I, UP |
| | | 204:6-205:1 | R, I, UP |
| | | 208:7-11 | H |
| | | 208:17-22 | I, H |
| | | 209:10-17 | R, I, UP |
| | | 235:16-18 | F |
| | | 238:6-19, 12-19 | I, R, F |
| | | 241:21-24 | R |
| | | 252:19-25 | H, R |
| | | 253:1-6 | R |
| | | 258:9-18 | R, H |
| | | 259:19-25 | I, F, H |
| Roldan, Jesus Ignacio | 08/12/15 (ATS) | 44:25 | H, I, R |
| | | 45:1-25 | H, I, R |

| | | 46:1-25 | H, I, R |
|---|---|---|---|
| | | 47:6-25 | H, I, R |
| | | 58:2-25 | H, I |
| Stabler, John | 06/29/18 (ATS) | 13:4-11 | R |
| | | 37:8-9; 12 | R |
| | | 42:2-3; 6-8 | H |
| | | 44:17-21 | I, R |
| | | 69:13-16 | R |
| | | 79:15-19 | H, R |
| | | 88:25-89:16 | I, R |
| | | 105:1-3; 6-10 | R |
| | | 116:17-20; 23 | F |
| | | 132:13-23 | F |
| Thomas, Robert | 05/21/16 (ATA) | 6:21-25 | I, UP |
| | | 14:4-12 | R |
| | | 15:4-9 | I, R, UP |
| | | 15:12-17:21 | I, R, UP |
| | | 18:23-19:25 | I, R, UP |
| | | 20:4-20 | I, R, UP |
| | | 26:19-28:1 | I, R, UP |
| | | 29:15-22 | I, R |
| | | 31:8-13 | H |
| | | 37:18-38:6 | I, R, UP |
| | | 38:9-12; 14-23 | I, R, UP |
| | | 40:20-24 | I, R, UP |
| | | 41:4-9 | I, R, UP |
| | | 42:2-15 | I, R, UP |
| | | 45:2-46:3; 46:6-10 | H, I, R |
| | | 47:14-18 | R |
| | | 53:7-13 | F, R |
| | | 67:19-24; 68:1-6 | I, R, UP |
| | | 91:24-92:3 | I, R, UP |
| Thomas, Robert | 09/20/18 (ATS) | 8:3-7 | R |
| | | 8:12-15 | I, R, UP |
| | | 9:12-17 | I, R |
| | | 12:12-14 | R |
| | | 17:7-18:8 | I, R, UP |
| | | 18:19-25; 19:2-6 | I, R, UP |
| | | 19:22-25 | I, R, UP |
| | | 26:18-27:3 | I, R, UP |
| | | 27:25-28; 28:6 | I, R, UP |
| | | 38:16-18 | I, R, UP |
| | | 40:14-18 | I, R, UP |

| | | | |
|---|---|---|---|
| | | 51:25-52:5 | I, R, UP |
| | | 52:12-24 | I, R, UP |
| | | 53:3-8 | I, R, UP |
| | | 53:20-23 | I, R, UP |
| | | 55:15-19 | I, R, UP |
| | | 56:3-8 | I, R, UP |
| | | 57:18-21 | I, R, UP |
| | | 58:18-59:5 | I, R, UP |
| | | 59:23-60:2 | I, R, UP |
| | | 60:10-61:19 | I, R, UP |
| | | 62:9-19 | I, R, UP |
| | | 68:10-13 | I, R, UP |
| | | 83:12-23 | I, R, UP |
| | | 85:21-86:24 | I, R, UP |
| | | 87:14-20 | I, R, UP |
| | | 90:20-25 | I, R, UP |
| | | 98:24-99:1 | I, R, UP |
| | | 99:3-10 | I, R, UP |
| | | 100:13-20 | I, R, UP |
| | | 106:4-11 | F, R |
| | | 112:3-25 | I, R, UP |
| | | 113:9-22 | I, R, UP |
| | | 114:13-18 | F, H, R |
| | | 117:22-25 | I, R, UP |
| | | 118:7-19 | I, R, UP |
| | | 118:22-119:8 | I, R, UP |
| | | 120:10-15 | I, R, UP |
| | | 122:25-123:4 | F, I |
| | | 126:14-22 | I, R, UP |
| | | 128:19-25 | F, H, I |
| | | 129:7-18 | I, R |
| | | 141:10-13 | R |
| | | 141:22-25 | R |
| | | 142:1-3; 5-7 | R |
| | | 148:21-25 | H |
| | | 150:1-5 | H |
| | | 152:17-24 | H |
| | | 153:24-154:9 | I, R, UP |
| | | 154:16-20 | H |
| | | 175:8-17 | I, R, UP |
| | | 182:11-13 | H |
| | | 182:15-183:16 | H |
| | | 187:5; 187:15-23 | F, I |
| | | 188:15-25 | F, I, R, UP |
| | | 190:7-15 | F |
| | | 191:5-16 | F |

| | | 191:23-25 | I, R, UP |
|---|---|---|---|
| | | 192:3-19 | I, R, UP |
| | | 200:18-25 | I, R |
| | | 201:1-3 | I, R, UP |
| | | 208:23-209:8 | I, R, UP |
| Urgenson, Lawrence | 10/03/18 (ATS) | 18:10-11, 14 | R |
| | | 18:16-19, 21-24 | I, R |
| | | 18:25-19:18 | I, R |
| | | 20:1-4 | I, R |
| | | 33:4-5, 8 | F |
| | | 36:3-15 | F, I |
| | | 43:7-13 | F, H, I |
| | | 52:8-13 | F |
| | | 52:21-23 | F |
| | | 53:1-3, 6-8, 11-13 | F |
| | | 54:11-20, 22 | F, H |
| | | 61:23-25 | F, H |
| | | 63:19-21 | F |
| | | 68:6-11 | H, I |
| | | 69:20-21, 24 | F |
| | | 70:10-25 | H, I, UP |
| | | 73:18-23 | F |
| | | 74:21-75:1 | H |
| | | 75:2-5 | I |
| | | 79:20-21, 25 | F, R |
| | | 80:3-23 | I, R, UP |
| | | 80:24-81:16 | H, I, R, UP |
| | | 82:12-14, 16 | F |
| | | 82:18-19, 22-23 | F, H |
| | | 85:19-20, 86:6-10, 12 | F, I |
| | | 93:21-22, 93:24-94:7 | F, I |
| | | 94:8-10, 12-15 | F, I |
| | | 96:19-21, 23-25 | F, I |
| | | 107:13-15, 18-108:5 | I, UP |
| | | 119:14-15, 17-21 | F, I |
| | | 130:11-2, 16-23 | F |
| | | 131:2-3 | F |
| | | 133:16-18 | F |
| | | 134:20-25 | F, H |
| | | 135:24-25 | F, H, I |
| | | 136:1-13 | F, I |
| | | 141:3-16, 19-22 | F, H |
| | | 142:6-7, 9-13 | F |
| | | 143:18-20, 25-144:4 | F, H |
| | | 144:17-23 | F |

|  |  | 147:2-23 | I, UP |
|  |  | 148:13-149:1, 3-4 | F, H |
|  |  | 150:23-24, 151:3, 8-18 | F, H |
|  |  | 156:21-157:7 | F |
|  |  | 160:18-20, 24-161:3 | F, H |
|  |  | 161:14-16, 20-21, 24-162:5, 7 | F, H |
|  |  | 168:18-19, 23-25 | F, H, I |
|  |  | 169:1-6 | F, I, UP |
|  |  | 169:12-15 | I, UP |
|  |  | 170:14-15, 23-171:9 | H, I |
|  |  | 183:3-4, 8 | F |
|  |  | 184:6-8 | F |
| Veloza, Ever Herbert | 07/27/18 (ATS) | 20:24-21:12 | H, I |
|  |  | 22:10-25 | H, I |
|  |  | 23:8-17 | H, I |
|  |  | 28:3-29:3 | H |
|  |  | 30:11-15 | H |
|  |  | 32:17-24 | H |
|  |  | 33:3-25 | H |
|  |  | 34:25-35:6 | H |
|  |  | 35:7-25 | H, I |
|  |  | 36:4-37:1 | I |
|  |  | 37:2-19 | H, I |
|  |  | 38:7-39:1 | H, I |
|  |  | 39:10-14 | F, I |
|  |  | 39:25-40:8 | F, I |
|  |  | 40:14-22 | F, I |
|  |  | 42:1-11 | F, I |
|  |  | 42:12-16 | H |
|  |  | 42:17-43:1 | F, I |
|  |  | 44:15-45:2 | I |
|  |  | 45:10-24 | R |
|  |  | 46:2-5 | R |
|  |  | 47:21-48:6 | H |
|  |  | 48:7-18 | I, UP |
|  |  | 49:3-25 | H, I |
|  |  | 50:1-15 | F, H, I |
|  |  | 50:16-51:14 | F, I |
|  |  | 53:16-25 | R |
|  |  | 60:24-61:3 | R |
|  |  | 61:22-24 | I |
|  |  | 62:2-7 | I |
|  |  | 67:23-25 | F, I, UP |
|  |  | 68:2-5 | I |

|  |  | 70:8-11 | I, R |
|  |  | 70:12-16 | I |
|  |  | 77:2-16 | I, R |
|  |  | 77:21-78:11 | I |
|  |  | 79:11-21, 22-80:11 | I |
|  |  | 85:7-14, 16-18 | H |
| Verity, William | 10/02/18 (ATS) | 11:17-23 | R |
|  |  | 32:15-18 | I, R, UP |
|  |  | 33:4-11 | I, R |
|  |  | 34:25-35:1 | F |
|  |  | 35:22-25 | F, H |
|  |  | 42:20-23 | R |
|  |  | 44:20-24 | F |
|  |  | 46:9-18 | R |
|  |  | 49:4-13 | F, R |
|  |  | 51:9-10 | F |
|  |  | 51:22-25 | F, H |
|  |  | 52:5-8 | F, H |
|  |  | 53:20-22 | R |
|  |  | 58:22-59:7 | F, R |
| White, Wilfred | 09/20/18 (ATS) | 8:20-22 | I, R, UP |
|  |  | 11:1-7 | R |
|  |  | 16:12-17:1 | H, R |
|  |  | 21:8-13 | R, UP |
|  |  | 39:7-10 | R |
|  |  | 40:9-13 | I, R, UP |
|  |  | 52:8-11 | H |
|  |  | 56:22-57:11 | I, R, UP |
|  |  | 76:3-13 | H |
|  |  | 94:14-18 | H |
|  |  | 108:19-25 | H |
|  |  | 110:1-7 | H |
|  |  | 123:3-11 | I, R, UP |
| White, Wilfred | 02/08/99 (SEC) | 78:2-7 | R |
|  |  | 78:16-80:12 | R |
|  |  | 81:6-17 | R |
|  |  | 86:9-88:4 | R |
|  |  | 108:18-25 | I, R, UP |
|  |  | 111:24-112:24 | I, R, UP |
|  |  | 117:18-118:14 | I, R |
|  |  | 122:14-16 | R |
|  |  | 122:21-25 | R |
|  |  | 129:2-11 | I, R, UP |

| | | 135:21-25 | I, R, UP |
|---|---|---|---|
| | | 136:2-137:5 | I, R, UP |
| | | 157:14-158:9 | I, R |
| | | 158:20-159:8 | I, R |
| | | 176:19-177:3 | H, R |
| | | 178:2-179:1 | R |
| | | 179:14-180:20 | H, I, R |