**DEFENDANTS' WITNESS LIST**

    A.    Witnesses Defendants expect to present:

1. Acevedo, Alvaro
   c/o Michael Cioffi, Esq.
   Blank Rome LLP
   201 East Fifth Street, Suite 1700
   Cincinnati, Ohio 45202

2. Cuadrado Simanca, Osvaldo
   c/o Michael Cioffi, Esq.
   Blank Rome LLP
   201 East Fifth Street, Suite 1700
   Cincinnati, Ohio 45202

3. Flemmons, Jason
   c/o Michael Cioffi, Esq.
   Blank Rome LLP
   201 East Fifth Street,
   Suite 1700
   Cincinnati, Ohio 45202

4. Freidheim, Jr., Cyrus
   c/o Ardith Bronson, Esq,
   DLA Piper LLP
   200 South Biscayne Blvd., Suite 2500
   Miami, FL 33131-5341

5. Gaddis, David
   c/o Michael Cioffi, Esq.
   Blank Rome LLP
   201 East Fifth Street, Suite 1700
   Cincinnati, Ohio 45202

6. Keiser, Charles D.
   David K. Krakoff, Esq.
   c/o Orrick Herrington & Sutcliffe
   2001 M St. NW, Suite 500
   Washington, DC 20036

7. Kistinger, Robert
   c/o Ardith Bronson, Esq,
   DLA Piper LLP
   200 South Biscayne Blvd., Suite 2500
   Miami, FL 33131-5341

8. Olson, Robert
    c/o Elissa J. Preheim, Esq.
    Arnold Porter Kaye Scholer LLP
    601 Massachusetts Avenue NW
    Washington, DC 20001

9. Ordman, John
    c/o Robert J. Meyer, Esq.
    Willkie Farr & Gallagher LLP
    1875 K Street, N.W.
    Washington, DC 20006-1238

10. Otero, Andres
    c/o Michael Cioffi, Esq.
    Blank Rome LLP
    201 East Fifth Street, Suite 1700
    Cincinnati, Ohio 45202

11. Restrepo, Jorge
 c/o Michael Cioffi, Esq.
 Blank Rome LLP
 201 East Fifth Street, Suite 1700
 Cincinnati, Ohio 45202

12. Rincon Rivera, Major General (ret.) Gustavo
 c/o Michael Cioffi, Esq.
 Blank Rome LLP
 201 East Fifth Street, Suite 1700
 Cincinnati, Ohio 45202

13. Rodriguez, Manuel
 3266 Park Road
 Charlotte, NC 28209

14. Sanchez Ruiz, Brigadier General (ret.) Yesid
 c/o Michael Cioffi, Esq.
 Blank Rome LLP
 201 East Fifth Street, Suite 1700
 Cincinnati, Ohio 45202

15. Tsacalis, William
 c/o John B. T. Murray, Jr., Esq.
 Gunster Yoakley & Stewart
 777 South Flagler Drive 500 East
 West Palm Beach, FL 33401

B. Witnesses Defendants may call:

1. Alvarado, Juan Manuel
 Av. de las Américas No. 1545 piso 8, Colonia Providencia
 Guadalajara, Jalisco 44630, México

2. Berg, Lloyd
 Compañía Bananera Atlántica Limitada
 Edificio Numar Piso 4 Calle La Avenida 5a 1000
 San José, Costa Rica

3. Bernal Giraldo, Irving Jorge
 c/o Juan Carlos Prias
 Prías Cadavid Abogados
 Calle 99 No. 7 A 77 of 203 7430620

4. Bonnett, Virginia
   Carrera 78 #33-22
   Medellín, Antioquia, Colombia

5. Buitrago, Victor
   c/o Juan Carlos Prias
   Prías Cadavid Abogados
   Calle 99 No. 7 A 77 of 203 7430620

6. Cheney, Peter
   Control Risks
   Cotton Centre, Cottons Lane
   London, SEI 2QG United Kingdom

7. Collingsworth, Terrence P.
   International Rights Advocates
   621 Maryland Ave NE
   Washington, DC 20002

8. Corena, Argemiro
   Colombia
   312-698-3100

9. Correa, Eliécer
   c/o Juan Carlos Prias
   Prías Cadavid Abogados
   Calle 99 No. 7 A 77 of 203 7430620

10. Cuartas, Luis Germán
    Carrera 27C # 23 sur-51, Casa 136,
    Urbanización Reserva de San Jorge
    Envigado, Antioquia, Colombia

11. Cuesta, Sergio de la Cuesta
    c/o Juan Carlos Prias
    Prías Cadavid Abogados
    Calle 99 No. 7 A 77 of 203 7430620

12. Cuevas, José Octavio
    Urbanización Bulevar de las Rosas, Manzana 22, Casa 3
    Santa Marta, Magdalena, Colombia

13. Devine, Jack
    c/o The Arkin Group
    590 Madison Avenue, 21st Floor
    New York, New York 10022

14. Didier, Charles Roman
    Apdo. 957-2100
    Guadalupe, San José, Costa Rica

15. Doyle, Dennis
    2250 Stotesbury Way
    Wellington, Florida, 33414

16. Fortón, Jorge H.
    102 Hoffman Lane
    Glengardener, NJ 08826

17. Hammond, Jennifer
    c/o Christopher Cutler
    Foley & Larder, LLP
    3000 K Street, N.W.
    Suite 600
    Washington, DC 20007

18. Hills, David
    c/o John B. T. Murray, Jr., Esq.
    Gunster Yoakley & Stewart
    777 South Flagler Drive 500 East
    West Palm Beach, FL 33401

19. Hernández, Daniel
    c/o Juan Carloes Prias
    Prías Cadavid Abogados
    Calle 99 No. 7 A 77 of 203 7430620

20. Martinez Pineda, Elexy Rafael
    c/o Michael Cioffi, Esq.
    Blank Rome LLP
    201 East Fifth Street, Suite 1700
    Cincinnati, Ohio 45202

21. Olivo, John
    Chiquita Brands International, Inc.
    1811 Griffin Road
    Diana Beach, FL 33004

22. Osorio, René
    Medellín, Colombia
    310-596-2211

23. Penagos, Claudina
    Colombia
    301-312-2211

24. Ramos Sajona, Benigno Enrique
    Plaza 1, Apt. 302
    Calle 7, Nbr. 428
    Santa Marta, Colombia

25. Rendón, Humberto
    Barrio Obrero, Black 2 Montana 109, House 2
    Municipality of Apartado

26. Rojas, Mauricio D.
    c/o Juan Carlos Prias
    Prías Cadavid Abogados
    Calle 99 No. 7 A 77 of 203 7430620

27. Serna, Jorge
    Medellín, Colombia
    310-460-5828

28. Sierra, Iván
    Barranquilla, Colombia
    312-286-9668

29. Sorby, Mark
    94 Holly Rd,
    Twickenham TW1 4HF, UK

30. Stabler, John
    13370 SW 89 Terr. #G
    Miami, FL 33186

31. Thomas, Robert
    c/o John B. T. Murray, Jr., Esq.
    Gunster Yoakley & Stewart
    777 South Flagler Drive 500 East
    West Palm Beach, FL 33401

32. Tobar, Jaime
    c/o Baker & McKenzie

      Ac. 82 #10-62, Bogotá, Colombia

33. Trujillo, Jamie C.
    c/o Baker & McKenzie
    Ac. 82 #10-62, Bogotá, Colombia

34. Utley, Michael
    COO Marsman/Drysdale Agribus G
    45fl Phlmlfe Twr/8767, Pas Roxa
    Makati City/Metro Manila, 1200, Philippines

35. Urbaneja, Jorge Lara
    c/o Juan Carlos Prias
    Prías Cadavid Abogados
    Calle 99 No. 7 A 77 of 203 7430620

36. Urgenson, Larry
    c/o Jim Gillespie
    Kirkland & Ellis, LLP
    1301 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004

37. Valverde, José Luis
    c/o Juan Carlos Prias
    Prías Cadavid Abogados
    Calle 99 No. 7 A 77 of 203 7430620

38. Vergara Elías, Francisco Javier
    c/o Juan Carlos Prias
    Prías Cadavid Abogados
    Calle 99 No. 7 A 77 of 203 7430620

39. Wolf, Paul David
    P.O. Box 60584
    Colorado Springs, CO 80960

40. The records custodian for every health care provider who treated any Plaintiff.

41. Any witness listed on Plaintiffs' witness list or called by Plaintiffs at trial.