UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:

**ATS ACTIONS:**

07-60821-CIV-MARRA (Carrizosa Action)
08-80421-CIV-MARRA (NJ Action)
08-80465-CIV-MARRA (Does 1-144/Perez 1-795 Action)
08-80508-CIV-MARRA (Valencia Action)
10-60573-CIV-MARRA (Florida Montes Action)
11-80404-CIV-MARRA (Does 1-677 Action)
17-80535-CIV-MARRA (Ohio Montes Action)

## PLAINTIFFS' AMENDED WITNESS LIST

| Witness Name | Expected to Call | May Call | Live or by Depo |
|---|---|---|---|
| Alba Ciris Obregon Ibarguen |  | X | Live or by Zoom |
| Alberto Antonio Florez Ibarra |  | X | Live or by Zoom |
| Aleida Yohana Florez Ibarra |  | X | Live or by Zoom |
| Alexander Barros Camargo | X |  | Live |
| Alfredo Vargas |  | X | Live or by Zoom |
| Alicia Dominguez | X |  | Live |
| Alirio Uribe Muñoz |  | X | Live or by Zoom |
| All witnesses designated by Wolf Plaintiffs |  | X | Live |
| Alvaro Acevedo | X |  | Depo |
| Alvaro Villararaga | X |  | Live |
| Amado Julio Santero Padilla |  | X | Live or by Zoom |
| Ana Brand Aguirre |  | X | Live or by Zoom |
| Ana Ofelia Torres Torres | X |  | Live |
| Andrew Miller | X |  | Live |
| Angel Maria Restrepo |  | X | Live or by Zoom |
| Arelly's Villa Hoyos |  |  | Live |
| Barbara Howland | X |  | Depo |

| Name | X | X | Type |
|---|---|---|---|
| Benigno Ramos | X | | Depo |
| Breider Steiner Santero Obregon | | X | Live or by Zoom |
| Britney Carolina Fontalvo Sanchez | X | | Live |
| Camilo Sanchez | X | | Live |
| Carlos Alfonso Velásquez Romero | X | | Live |
| Carlos Manuel Bello Arrieta | X | | Live |
| Celina Areiza Duarte | X | | Live |
| Charles Keiser | X | | Live |
| Chiquita records custodian | X | | Live |
| Claudia Marcela Paez | X | | Live |
| Cristian David Durango Gomez | X | | Live |
| Cryus Freidheim | X | | Depo and/or live |
| Dairon Mendoza Caraballo | X | | Depo |
| Darío Fajardo | | X | Live or by Zoom |
| David Hills | X | | Depo |
| Denis Dario Argel Hernandez | | X | Live or by Zoom |
| Diana Patricia Florez Ibarra | | X | Live or by Zoom |
| Diana Villa Hoyos | | | Live |
| Didi Alex Fontalvo Salas | X | | Live |
| Edilson Restrepo | | X | Live or by Zoom |
| Edilson Restrepo Torres | | X | Live or by Zoom |
| Elexy R. Martinez Pineda | X | | Depo |
| Elvia Rose Gomez Urrego (Jane Doe 7) | X | | Live |
| Eva Luz Fontalvo Salas | X | | Live |
| Ever Garcia | X | | Depo |
| Ever Joel Fontalvo | X | | Live |
| Fabian Gomez Urrego | X | | Live |
| Fabio Alberto Villa Quintero | | | Live |
| Father Javier Giraldo | X | | Live |
| Fernando Aguirre | X | | Depo |
| Genie Cecilia Salas Redondo | X | | Live |
| Genis Maria Fontalvo Salas | X | | Live |
| Gilberto Cardenas Gonzales | X | | Live |
| Gilma Rosa Ibarra | | X | Live or by Zoom |
| Gloria Cuartas | X | | Live or by zoom |
| Gloria Eugenia Muñoz | X | | Live |
| Hellen Jhoanna Santero Obregon | | X | Live or by Zoom |
| Hermes Segundo Hernendez Aguirre | X | | Depo |
| Indira Milagro Fontalvo Salas | X | | Live |
| Irma Ester Villa Correa | | X | Live or by Zoom |
| Irving Jorge Bernal Giraldo | X | | Depo and/or live |

| | | | |
|---|---|---|---|
| Ivan Amarales | X | | Live |
| Jaime Alberto Arrubla Paucar | X | | Live |
| Janeth Ismelda Rivera Vargas | | X | Live or by Zoom |
| Jesus Ignacio Roldan Perez | X | | Depo |
| Jhon Antonio Florez Ibarra | | X | Live or by Zoom |
| Joel Raymer | X | | Depo |
| John Olivo | X | | Depo and/or live |
| John Ordman | X | | Depo |
| John Robert McBrien | X | | Live |
| John Stabler | X | | Depo |
| Jorge Fernando Gomez Hernandez | X | | Live |
| Jorge Humberto Forton Palomino | X | | Depo and/or live |
| Jorge Ivan Villa Quintero | | X | Live or by Zoom |
| Jorge Solergibert | X | | Live |
| Jose Luis Ramirez Valverde | | X | Live or by Zoom |
| Juan Rafael Henao Velasquez | X | | Live or by Zoom |
| Juvenal Enrique Fontalvo Camargo | X | | Live |
| Kelly Sanchez Barcelo | X | | Live |
| Kenedy de Jesus Florez Ibarra | | X | Live or by Zoom |
| Laurence Urgenson | X | | Depo |
| Leonel Areiza Tamayo | | X | Live or by Zoom |
| Leopoldo Villa Maza | | | Live |
| Liseth Paola Fontalvo Salas | X | | Live |
| Lucely Henao Velasquez | X | | Live or by Zoom |
| Luis Agudelo | X | | Live |
| Luis Anibal Villa Correa | | | Live |
| Luis Arnoldo Restrepo | X | X | Live or by Zoom |
| Luis German Cuartas Carrasco | | | Live |
| Luz Dary Florez Ibarra | | X | Live or by Zoom |
| Luz Deisy Machado Durango | | X | Live or by Zoom |
| Luz Marina Villa Correa | | | Live |
| Luz Mila de Jesus Velasquez Manco | X | | Live |
| Manuel Rodriguez | X | | Depo |
| Maria Eulalia Mendoza Ruiz | X | | Live |
| Maria Georgina Florez | | X | Live or by Zoom |
| Marielly Molina | | X | Live or by Zoom |
| Mark Blackham | X | | Depo |
| Martha Cecilia Fontalvo Salas | X | | Live |
| Martha Cecilia Villa Correa | | X | Live or by Zoom |
| Mike Evans | X | | Live |
| Miriam Duarte Puerta | X | | Live |

| Name | | | Type |
|---|---|---|---|
| Misael Antonio Florez Ibarra | | X | Live or by Zoom |
| Morten Arntzen | X | | Depo |
| Myriam Ramirez Garcia | X | | Live |
| Nancy Mora Lemus | X | | Live |
| Nelson de Jesus Restrepo | | X | Live or by Zoom |
| Nelson Maria Restrepo | | X | Live or by Zoom |
| Nibia Estela Villa Correa | | X | Live or by Zoom |
| Nicolás Sánchez Arévalo | X | | Live |
| Nila Lucia Restrepo | | X | Live or by Zoom |
| Nini Johana Molina Rivera | | X | Live or by Zoom |
| Norela Patricia Villa Quintero | | | Live |
| Oliva Florez Ibarra | | X | Live or by Zoom |
| Oliver Kaplan | X | | Live |
| Onelsi Mejia | | X | Live or by zoom |
| Orfa Nelly Florez Ibarra | | X | Live or by Zoom |
| Otoniel Hoyos | X | | Depo and/or live |
| Ovidio Pascual Nunez Cabrales Alias "El Indio" | X | | Live |
| Pastora Durango | X | | Live |
| Paula Arias | | X | Live or by Zoom |
| Pedro Octavio Munar Cadena | | X | Live or by Zoom |
| Ramon Higuita | | X | Live or by Zoom |
| Raul Hasbun | X | | Depo |
| Records custodian from Kirkland and Ellis | X | | Live |
| Records custodian from KPMG | X | | Live |
| Reinaldo Escobar de la Hoz | X | | Live |
| Rigoberto Jiménez | X | | Depo |
| Rober Kistinger | X | | Depo |
| Robert Olson | X | | Depo and/or live |
| Robert Thomas | X | | Depo and/or live |
| Roberto Cardona Munoz | X | | Live |
| Robin Kirk | X | | Live |
| Roderick Hills | X | | Depo |
| Rosa Florez | | X | Live or by Zoom |
| Rubiela Villa Hoyos | X | | depo |
| Salvatore Mancuso Gomez | X | | Depo and/or live |
| Sandra Areiza Duarte | | X | Live or by Zoom |
| Sandra Milena Florez Ibarra | | X | Live or by Zoom |
| Sergio Manuel Contreras Castro | X | | Live |
| Shirly Arelys Fontalvo Salas | X | | Live |
| Silvia Berrocal | | X | Live or by Zoom |
| Steven Kreps | X | | Depo and/or live |

| Name | X | X | Type |
|---|---|---|---|
| Suleima Jhoana Restrepo | | X | Live or by Zoom |
| T. Randall Fortenberry | X | | Live |
| Terri Karly | X | | Live |
| Victor Buitrago | X | | Depo |
| Victor Palencia Gomez (John Doe 7) | X | | Live |
| Wilfred White (Bud) | X | | Depo |
| William Acosta | X | | Live |
| William Restrepo | | X | Live or by Zoom |
| William Tsacalis | X | | Depo |
| William Verity | X | | Depo |
| Yaneris Rodriguez Mora | X | | Live |
| Yuleidys Rodriguez Mora | X | | Live |
| Zuleima Rodriguez Mora | X | | Live |
| Mariela Isabel Sierra Soto | X | | Live |
| Marta Rose Olivares Silgado | X | | Live |
| Nurys Isabel Ferreira Sanchez | X | | Live |
| Father Frank O'Laughin | | X | Live |
| Pablo Rueda-Saiz | X | | Live |

Plaintiffs intend to seek approval from the Court to permit certain witnesses to appear at trial via "zoom" or such other online platform if the witness is unable to appear in person and/or has not provided testimony via deposition. For example, certain disclosed witnesses have not been able to secure visas to enter the U.S. to appear at trial.

Plaintiffs' First Amended Witness List adds three bellwether plaintiffs and one fact witness who were inadvertently left off of the original Witness List, as well as one rebuttal expert witness recently disclosed in Plaintiffs' Response in Opposition of Defendants' Motion for Judgment on the Pleadings (DE - 3481). They appear as the last five persons on the List. No other changes have been made.

Dated: October 13, 2023                    Respectfully submitted,

                                           _/s/ John Scarola_

                                           JOHN SCAROLA
                                           scarolateam@searcylaw.com;
                                           jsx@searcylaw.com;
                                           mmccann@searcylaw.com
                                           Florida Bar No. 169440
                                           Searcy Denney Scarola Barnhart & Shipley, P.A.
                                           2139 Palm Beach Lakes Boulevard
                                           West Palm Beach, FL 33409

561-686-6300 Telephone
561-383-9451 Fax

*For all non-Wolf Plaintiffs*