UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

**This Document Relates to:**
ATS ACTIONS

08-80465-CIV-MARRA (D.C. Action) (Does 1-144)
10-80652-CIV-MARRA (D.C. Action) (Does 1-976)
11-80404-CIV-MARRA (D.C. Action) (Does 1-677)
11-80405-CIV-MARRA (D.C. Action) (Does 1-254)
17-80475-CIV-MARRA (OH Action) (Does 1-2146)

## ORDER ON WOLF PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE STATEMENTS BY THEIR ATTORNEY (DE 3485)

THIS CAUSE is before the Court on Wolf Plaintiffs' Motion in Limine to Exclude Statements Made By Their Attorney Concerning Witness Payments and the Secret Participation of Tom Girardi In This Case ("motion") (DE 3485). The motion has been fully briefed and is ripe for review. The Court held a pre-trial conference regarding the motion on March 25, 2024 ("March 25 conference"). The Court has carefully considered the motion and the arguments of counsel and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the motion [**DE 3485**] is **GRANTED**. The Court finds that there has been an insufficient showing of what relevant testimony Mr. Wolf would be

able to provide to the jury to justify calling an attorney of record to testify in the trial.

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida this 2nd day of April, 2024.

KENNETH A. MARRA
United States District Judge

cc: All counsel of record