UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-md-01916-Marra

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

**This Document Relates to:**

ATS ACTIONS
08-80508-CIV-MARRA (Valencia)
_____/

**BELLWETHER A1 PLAINTIFF FABIO ALBERTO VILLA QUINTERO'S NOTICE OF UNAVAILABILITY TO TESTIFY LIVE AT TRIAL BECAUSE OF RECENT HEART SURGERY AND THAT INSTEAD HE WILL TESTIFY BY DEPOSITION**

Bellwether A1 Plaintiff Fabio Alberto Villa Quintero is one of several family members of decedent Libardo de Jesus Villa Mora. Fabio gave a lengthy deposition on November 30, 2017. Plaintiffs originally intended to call him live but recently learned that he underwent heart surgery on April 3, 2024. He is unable to travel to testify at trial and therefore unavailable. Plaintiffs listed him as a "will call" witness by deposition in their Fourth Amended Witness List. DE 3656 at 3.

Plaintiffs have provided Chiquita with his designations but apparently Chiquita objects to him testifying by deposition and has not provided counter-designations.

DATED: April 23, 2024.                    Respectfully submitted,

                                          /s/ James K. Green
                                          James K. Green
                                          FL Bar No. 229466
                                          **James K. Green, P.A.**
                                          501 South Flagler Drive, Suite 306
                                          West Palm Beach, FL 33401
                                          jkg@jameskgreenlaw.com
                                          Tel: 561-659-2029

                                          /s/ Jack Scarola
                                          Jack Scarola
                                          FL Bar No. 169440

**Searcy Denney Scarola Barnhart & Shipley, P.A.**
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL 33402
Tel: 561-686-6300
Fax: 561-478-0754
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on April 23, 2024, which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

*/s/ James K. Green*