UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA/MATTHEWMAN

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

_____/

This Document Relates to:

**ATS ACTIONS:**

07-60821-CIV-MARRA (Carrizosa Action)
08-80421-CIV-MARRA (NJ Action)
08-80465-CIV-MARRA (Does 1-144/Perez 1-795 Action)
08-80480-CIV-MARRA (Manjarres Action)
08-80508-CIV-MARRA (Valencia Action)
10-60573-CIV-MARRA (Florida Montes Action)
11-80404-CIV-MARRA (Does 1-677 Action)
17-80535-CIV-MARRA (Ohio Montes Action)
17-80475-CIV-MARRA (Does 1-2146 Action)
18-80800-CIV-MARRA (Does 1-144/Perez 1-795 Action)
18-80248-CIV-MARRA (NJ Action)
_____/

**NOTICE OF DEFENDANT'S FACTUAL PROFFER CONCERNING
WITNESS PAYMENTS**

At the April 22, 2024 Pretrial Conference, Chiquita proffered three exhibits which the Court accepted as part of the record pertaining to Defendant's Notice of Supplemental Evidence and Authority Concerning Witness Payments [DE 3617 and 3618]. Defendant's Notice supplemented the evidence and authority for the following motions and oppositions: Defendants' Opposition to Section I of Non-Wolf Plaintiffs' Motion in Limine to prohibit testimony from Wolf and Collingsworth [DE 3521]; Defendants' Omnibus Motion in Limine [DE 3490] regarding the Hasbún Indictment and the Mangones Sentencia and related Response to Non-Wolf Plaintiffs' Rule 1006 Summary regarding this evidence [DE 3586]; Defendants' Opposition to Plaintiffs' Motion in Limine to Preclude the Testimony of Defendants' Expert Witnesses [DE 3435]; and

Defendants' Consolidated Daubert Motion to Preclude Testimony of Plaintiffs' Purported Experts [DE 2521].

Chiquita hereby files this Notice so that the docket reflects Chiquita's proffer as part of the record in this MDL and for any future appeal. A brief summary of the significance of the three exhibits is set forth below, which relate to the tainting of witness Jose Gregorio Mangones Lugo aka "Carlos Tijeras," an AUC paramilitary commander. Plaintiffs are attempting to use evidence from this tainted witness (Mangones) in this MDL, including the "Mangones Sentencia" (which is excluded from evidence in the Bellwether 1A trial but was ruled admissible for the Bellwether 1B plaintiffs for purposes of summary judgment). This evidence also further supports the extensive documents and communications serving as evidence that other paramilitary witnesses (including Raul Hasbun and Salvatore Mancuso) were paid as part of an expansive and extensive witness payment scheme—what another Plaintiffs' counsel of record in this MDL (William Wichmann) coined "the largest law firm bribery scandal in history."

### Exhibit 1

Exhibit 1, identified on the record as CS_FL-0017166, is an e-mail exchange dated September 8, 2009, between Terry Collingsworth (counsel of record in this MDL), and Bob Perillo, a colleague of Collingsworth, with the subject line: "JC." In this email exchange, Bob Perillo relays to Mr. Collingsworth that he has been "threatened" and that "CT" is going to be "finished" with them if he does not receive "**another 10 [thousand dollars]**." Perillo then replies again and says that he was also told that "**if we're going to try to 'squeeze' CT from our end (i.e. by implying or stating that he's not holding up his end of the bargain), something bad will happen to us**." Collingsworth replies: "**I will resist telling him that we have friends who could take him out[.]**" *See* Defendant's Exhibit 1.

2

As established in DE 3617 and 3618 and conceded by Mr. Collingsworth and others, "CT" refers to Carlos Tijeras — i.e., the alias for Jose Gregorio Mangones Lugo, the AUC paramilitary leader. As Collingsworth has also indicated, "JC" refers to a demobilized member of M-19 (a violent guerilla group that reached a formal peace accord with the Colombian government) who introduced Collingsworth to Mangones.

Accordingly, the email serves as evidence that Collingsworth paid a former member of a violent guerrilla group in exchange for Mangones' cooperation, and that this demobilized guerrilla intermediary relayed to Perillo and Collingsworth that Mangones was demanding more payments. Receipts, payment records, and other documents produced to Defendant by Collingsworth and Conrad & Scherer serve as additional evidence that payments in the form of cash and wire transfers were made in response to the demands reflected in the email.

### Exhibit 2

Exhibit 2, identified on the record as CS_FL-017517, is an email exchange dated September 9, 2009, between Perillo and Collingsworth with the subject line "CT problem." Perillo refers to "Victor" —i.e., Victor Caballero Villa— an intermediary that worked with the demobilized guerilla JC to put Collingsworth in contact with Mangones. This email states that Victor has relayed that "**CT is very pissed**" and that "**Victor says there is a danger that if we don't resolve the problem by the next hearing, <u>he's liable not to say what we want, or worse</u>**." He then lays out the "commitment" to make payments in installments amounting to $50,000 dollars. Perillo further states: "**the mere mention of the fact that we haven't gotten what we need sounded to JC and CT like we were squeezing them, which didn't go over well**." Perillo further reports that Victor suggested: "**we not talk explicitly of money, but rather 'books' and 'English courses.' E.G., With respect to the English program, we were unable to send 20**

3

**books in August, etc**." As evidenced in many other emails and documents, the practice of concealing communications concerning to witness payments and referring to "books," the "library," the "bookshop" and other related code words was, in fact, adopted, as reflected in many communications produced by Collingsworth and Conrad & Scherer, as well as in the documents and Collingsworth deposition testimony proffered by Paul Wolf at the March 25, 2024 pretrial conference. In fact, Collingsworth testified that he used these code words in communicating with funder Albert Van Bilderbeek, who admitted to being "implicated in trafficking drugs and laundering money" in Colombia. *See* DE 3617, Exhibit 9, Deposition of Terrence Collingsworth at 13:20-24; 53:19-21 ("when…Albert is speaking of books and I'm speaking of books to Albert, we're talking about money."); *Van Bilderbeek v. U.S. Dept. of Justice*, 416 F. App'x 9 (11th Cir. Jan 14, 2011) (noting Van Bilderbeek's "'own statement that Colombian government officials [had] implicated them' in an 'international drug and money laundering organization'").

This email correspondence serves as further evidence that Mangones was paid at least $50,000 by Collingsworth and his co-conspirators. This email also serves as further evidence that Mangones' testimony was contingent on payments to Mangones. *Id.* (stating that Mangones "is not liable to say what we want" if they do not pay).

**Exhibit 3**

Exhibit 3, identified on the record as CS_FL-017540, is an email exchange dated September 11, 2009, between Bob Perillo and Terry Collingsworth. Perillo's email at 8:07 PM serves as evidence that they actually paid the money for Mangones' testimony, as Perillo references a payment sent to "JC" (referenced above) "by Western Union." *See* Defendant's Exhibit 3, identified on the record as CS_FL-017540. This is substantiated by Western Union receipts that Collingsworth produced in a 2020 supplemental document production. Perillo's 1:30

AM email serves as additional evidence that in exchange for payment, Mangones provided favorable testimony in the Justice and Peace hearings. *Id.* ("CT may be willing to give us a sworn statement, in addition to what he will say at the hearing.").

DATED: April 23, 2024

Respectfully submitted,

*/s/ Michael L. Cioffi*
Michael L. Cioffi (*pro hac vice*)
Thomas H. Stewart (*pro hac vice*)
BLANK ROME LLP
1700 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Tel:   (513) 362-8701/04
Fax:   (513) 362-8702/93
Email: michael.cioffi@blankrome.com
       tom.stewart@blankrome.com

Frank A. Dante (*pro hac vice*)
Melissa F. Murphy (*pro hac vice*)
Michael A. Stoolman (*pro hac vice*)
Serena S. Gopal (*pro hac vice*)
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel:   (215) 569-5645
Fax:   (215) 832-5645
Email: frank.dante@blankrome.com
       melissa.murphy@blankrome.com
       michael.stoolman@blankrome.com
       serena.gopal@blankrome.com

*Counsel for Defendant,*
*Chiquita Brands International, Inc.*

5

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this document with the Clerk of the Court using CM/ECF on April 23, 2024 which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

/s/ Michael L. Cioffi
*Counsel for Defendant Chiquita Brands International, Inc.*