# Defendant's Proffer Exhibit 1

| | |
|---|---|
| **From:** | Terry Collingsworth <tc@iradvocates.org> |
| **To:** | 'bob.perillo@gmail.com' |
| **Sent:** | 9/8/2009 7:54:32 PM |
| **Subject:** | RE: JC |

I will resist telling him that we have friends who could take him out

---

**From:** Bob Perillo [mailto:bob.perillo@gmail.com]
**Sent:** Tuesday, September 08, 2009 3:50 PM
**To:** Terry Collingsworth
**Subject:** FW: JC

Terry,

I forgot something else he said: that if we're going to try to "squeeze" CT from our end (i.e. by implying or stating that he's not holding up his end of the bargain), something bad will happen to us.

--Bob

---

**From:** Bob Perillo [mailto:bob.perillo@gmail.com]
**Sent:** Tuesday, September 08, 2009 1:44 PM
**To:** Terry Collingsworth
**Subject:** JC

Terry,

As I suspected would happen, he threatened me, and repeated over and over that the understanding was that they would receive 20 by the end of August. He says that CT told him today that if he didn't get another 10 by tomorrow noon, he'd be finished with us, that he's tired of "these sons of bitches," that we've violated our agreements over and over again, etc. I told him that we'd have a date for our next trip by next week, and that you propose that we have a meeting, and he said "OK."  I pointed out that we haven't received what we need from them since the agreement, and he cut me off and told me to tell it to CT, that he's only a messenger. He then referred to what I had just said in exaggerated terms, saying that I'm accusing them of giving us nothing, and if it's going to be like that, that we can fuck ourselves. I pointed out that I did not say that, but he didn't listen.

In the end I asked if I could give you his cell number, and he said "OK." I said you would call him as soon as possible. He said "OK" to that too.

Take care.

--Bob

HIGHLY CONFIDENTIAL
CS_FL-017166