# Defendant's Proffer Exhibit 2

| | |
|---|---|
| **From:** | Bob Perillo <bob.perillo@gmail.com> |
| **To:** | Terry Collingsworth |
| **Sent:** | 9/9/2009 6:20:30 PM |
| **Subject:** | CT problem |

Terry,

After many technical problems, I managed to speak to Victor. He says CT is very pissed, and that his response to our proposal to meet again was, "Tell them not to bother to spend money on airfare, because under these conditions, I won't receive them." Victor says there is a danger that if we don't resolve the problem by the next hearing, he's liable not to say what we want, or worse. The hearing isn't scheduled still, but could well happen between the 15th and 30th of September.

Victor is also clear that the commitment was to send 5, 20, 20, and then five. Not 5, 10, 20 and 5. Therefore, they're all convinced that we did not honor our commitment. Then, the mere mention of the fact that we haven't gotten what we need sounded to JC and CT like we were squeezing them, which didn't go over well.

Victor says we need to urgently find a way to reduce tensions. He recommends we send an email, through him, where we apologize for not making the full payment in August, and where we say that we will send 5 by W.U. immediately to JC, and commit to bring 20 on our next visit. The failure to send 20 in August can be explained by trip schedules (in other words, only I went to Magdalena), but we should apologize.

He suggests we not talk explicitly of money, but rather "books" and "English courses." E.G., With respect to the English program, we were unable to send 20 books in August, etc.

Take care.

--Bob

HIGHLY CONFIDENTIAL

CS_FL-017517