# Defendant's Proffer Exhibit 3

| | |
|---|---|
| **From:** | Bob Perillo <bob.perillo@gmail.com> |
| **To:** | 'Terry Collingsworth' |
| **Sent:** | 9/11/2009 1:30:30 AM |
| **Subject:** | RE: I spoke to Victor again |

Terry,

OK. I will email or call tomorrow morning when I have confirmation of the account; I assume it will be 5 by Western Union to JC, and 5 to a bank account (or by Western Union) for someone else.

I wouldn't automatically assume the worst at this point, because the hearing really has been delayed because of internal J&P bullshit. CT may be willing to give us a sworn statement, in addition to what he will say at the hearing.

We still will need to confirm that he can meet with us on one of those days. That could conceivably be the week of his hearing, so we will need to confirm. And, of course, we can't even have the conversation until he's satisfied.

Tale care.

--Bob

---

**From:** Terry Collingsworth [mailto:tc@iradvocates.org]
**Sent:** Thursday, September 10, 2009 6:19 PM
**To:** <bob.perillo@gmail.com>
**Subject:** Re: I spoke to Victor again

What a shock. They will figure out how to take more of our money without doing anything.
Ok let's do this with the understanding that we will meet them sept 23 or 24. Thanks for your willingness to deal with this. We should still see if we can bring 10 k when we come

If we can't confirm that we will get new stuff in admissible form then we will discuss with them an exit plan.
Cheers

Terry Collingsworth
202-543-5811
202-255-2198 (cell)

On Sep 10, 2009, at 8:07 PM, "Bob Perillo" <bob.perillo@gmail.com> wrote:

Victor says that I should talk to JC tomorrow. JC will try to use a trustworthy bank account to which we can wire 5, plus the 5 to him by Western Union, which will put us in compliance. I will call JC in the morning.

Take care.

--Bob

HIGHLY CONFIDENTIAL

CS_FL-017540