# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

**This Document Relates to:**

ATS ACTIONS

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N. J. Action) (*Does 1-11*)
08-80465-CIV-MARRA (D.C. Action) (*Does 1-144*)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (*Manjarres*)
10-60573-CIV-MARRA (*Montes*)
17-81285-CIV-MARRA (D.C. Action) (*Does v. Hills*)
18-80248-CIV-MARRA (*John Doe 1*)
_____/

### NON-WOLF PLAINTIFFS' RESPONSE TO NOTICE (DE 3664)

Plaintiffs briefly respond to Chiquita's "notice" concerning the parties' stipulation on the "reasonable" or "good" businessperson standard, DE 3664. The operative word in the phrase "reasonable businessperson" or "good businessperson" is "businessperson."

Article 63 of the Colombian Civil Code differentiates between the "diligence and care that men ordinarily employ in their own businesses" and "ordinary or medium" diligence or care. Exhibit 3 to the Declaration of Expert Report of Jorge Santos Ballesteros, DE 2283-1, at 51.[1]

---

[1] In the same declaration, Mr. Santos agreed "[a]s a general rule, non-contractual civil liability is structured on the notion of fault, defined in Article 63 of the Civil Code." DE 2283-1 at 4.

. What matters is that businesspersons are held to a standard of "diligence and care that men ordinarily employ in their own businesses," which is a higher standard of care than "ordinary or medium diligence or care." Accordingly, in stipulating to "reasonable businessperson" language in the parties' "concise statement of issues of law," Plaintiffs in no way intended to agree that Defendants are held only to an "ordinary or medium diligence or care" standard, as opposed to the more exacting standard applicable to businesspersons.

In any event, regardless of whether the Court instructs the jury that the relevant standard is that of a "good businessperson" or a "reasonable businessperson," the Court should instruct the jury that the "standard means the type of care expected from professionals or businesspersons – the law requires that businesspersons act with more care and prudence than the average person." Plaintiffs' Proposed Instruction 18.a, DE 3575-1 at 72.

Respectfully submitted,
*/s/ Victoria Mesa-Estrada*
Victoria Mesa-Estrada
FL Bar No. 76569
**Searcy Denney Scarola Barnhart & Shipley, P.A.**
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Tel: 561-686-6300
Fax: 561-478-0754
vmestrada@searcylaw.com
*On behalf of Non-Wolf Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on April 23, 2024 which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

/s/ *Victoria Mesa-Estrada*