UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

**This Document Relates to:**

ATS ACTIONS

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N. J. Action) (*Does 1-11*)
08-80465-CIV-MARRA (D.C. Action) (*Does 1-144*)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (*Manjarres*)
10-60573-CIV-MARRA (*Montes*)
17-81285-CIV-MARRA (D.C. Action) (*Does v. Hills*)
18-80248-CIV-MARRA (*John Doe 1*)
_____/

**PLAINTIFFS' NOTICE OF FILINH**

     Plaintiffs submit their amended Exhibit and Witness lists as requested by the Court.

                         Respectfully submitted,

                         */s/ Victoria Mesa-Estrada*
                         Victoria Mesa-Estrada
                         FL Bar No. 76569
                         **Searcy Denney Scarola Barnhart & Shipley, P.A.**
                         2139 Palm Beach Lakes Blvd.
                         West Palm Beach, FL 33409
                         Tel: 561-686-6300
                         Fax: 561-478-0754
                         vmestrada@searcylaw.com
                         *On behalf of Non-Wolf Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on April 23, 2024 which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

*/s/Victoria Mesa-Estrada*