UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:

**ATS ACTIONS:**

07-60821-CIV-MARRA (Carrizosa Action)
08-80421-CIV-MARRA (NJ Action)
08-80465-CIV-MARRA (Does 1-144/Perez 1-795 Action)
08-80508-CIV-MARRA (Valencia Action)
10-60573-CIV-MARRA (Florida Montes Action)
11-80404-CIV-MARRA (Does 1-677 Action)
17-80535-CIV-MARRA (Ohio Montes Action)

### PLAINTIFFS' FIFTH AMENDED WITNESS LIST

| Witness No. | Witness Name | Expected to Call | May Call | Live or by Depo |
|---|---|---|---|---|
| 1 | Acevedo, Alvaro | X | | Depo |
| 2 | Acosta, William | | X | Live |
| 3 | Aguirre, Fernando | X | | Depo and/or live |
| 4 | Arntzen, Morten | X | | Depo |
| 5 | Barros Camargo, Alexander | X | | Depo |
| 6 | Bazan, Marina Daroca (Paralegal- EarthRights; foundation only) | X | | Live |
| 7 | Bello Arrieta, Carlos Manuel | X | | Depo |
| 8 | Berdugo Lechuga, Lina Maria | X | | Live |
| 9 | Blackham, Mark | | X | Live and/or Depo |
| 10 | Buitrago, Victor | | X | Depo |
| 11 | Cardona Munoz, Roberto | X | | Depo |
| 12 | Chiquita records custodian | X | | Live |
| 13 | Contreras Castro, Sergio Manuel | X | | Depo |
| 14 | Durango Gomez, Christian David | X | | Depo |
| 15 | Durango, Pastora | X | | Live |
| 16 | Evans, Mike | X | | Live |

1

| | | | | |
|---|---|---|---|---|
| 17 | Fontalvo Camargo, Juvenal Enrique | X | | Live |
| 18 | Fontalvo, Ever Joel | X | | Depo |
| 19 | Fortenberry, T. Randall | X | | Live |
| 20 | Forton Palomino, Jorge Humberto | X | | Depo and/or live |
| 21 | Freidheim, Cyrus | X | | Depo and/or live |
| 22 | Garcia Veloza, Ever | X | | Depo |
| 23 | Gomez Hernandez, Jorge Fernando | X | | Live |
| 24 | Gomez Urrego, Elvia Rose (Jane Doe 7) | X | | Live |
| 25 | Gomez Urrego, Fabian | X | | Depo |
| 26 | Hasbun, Raul | X | | Depo |
| 27 | Hills, David | X | | Depo |
| 28 | Hills, Roderick | X | | Depo |
| 29 | Howland, Barbara and/or Chiquita Corporate Representative | X | | Depo or Live (Howland); Live (if other corp. rep.) |
| 30 | Hoyos, Otoniel | X | | Depo |
| 31 | Kaplan, Oliver | X | | Live |
| 32 | Keiser, Charles | X | | Live |
| 33 | Kirk, Robin | X | | Live |
| 34 | Kistinger, Robert | X | | Depo |
| 35 | Kreps, Steven | X | | Depo and/or live |
| 36 | Mancuso Gomez, Salvatore | X | | Depo |
| 37 | Martinez Pineda, Elexy R. | X | | Depo |
| 38 | McBrien, John Robert | X | | Live |
| 39 | Mejia, Onelsi | X | | Depo |
| 40 | Mendoza Caraballo, Dairon | X | | Depo |
| 41 | Mendoza Ruiz, Maria Eulalia | X | | Depo |
| 42 | Miller, Andrew | X | | Live |
| 43 | Molina Rivera, Nini Johana | X | | Depo |
| 44 | Mora Lemus, Nancy | X | | Live |
| 45 | Muñoz, Gloria Eugenia | X | | Live |
| 46 | Nunez Cabrales, Ovidio Pascual | X | | Depo |
| 47 | Olivo, John | X | | Depo and/or live |
| 48 | Olson, Robert | X | | Depo and/or live |
| 49 | Ordman, John | X | | Depo and/or live |
| 50 | Palencia Gomez, Victor (John Doe 7) | X | | Live |
| 51 | Ramirez Valverde, Jose Luis | | X | Live |

| | | | | |
|---|---|---|---|---|
| 52 | Raymer, Joel | X | | Depo |
| 53 | Records custodian from Kirkland and Ellis | X | | Live |
| 54 | Records custodian from KPMG | X | | Live |
| 55 | Restrepo Torres, Edilson | X | | Depo |
| 56 | Restrepo, Angel Maria | | X | Live |
| 57 | Restrepo, Luis Arnoldo | | X | Live |
| 58 | Rivera Vargas, Janeth Ismelda | | X | Depo |
| 59 | Rodriguez Mora, Yaneris | X | | Live |
| 60 | Rodriguez Mora, Yuleidis | X | | Live |
| 61 | Rodriguez Mora, Zuleima | X | | Live |
| 62 | Rodriguez, Manuel | X | | Depo |
| 63 | Roldan Perez, Jesus Ignacio | X | | Depo |
| 64 | Sánchez Arévalo, Nibia Estela | X | | Live |
| 65 | Sierra Soto, Mariela Isabel | X | | Live |
| 66 | Solergibert, Jorge | X | | Live |
| 67 | Stabler, John | X | | Depo |
| 68 | Thomas, Robert | X | | Depo and/or live |
| 69 | Torres Torres, Ana Ofelia | X | | Live |
| 70 | Tsacalis, William | X | | Depo |
| 71 | Urgenson, Lawrence | X | | Depo |
| 72 | Vargas, Alfredo | X | | Live |
| 73 | Velásquez Romero, Carlos Alfonso | X | | Live |
| 74 | Verity, William | X | | Depo |
| 75 | Villa Correa, Luis Anibal | X | | Live |
| 76 | Villa Correa, Luz Marina | X | | Live |
| 77 | Villa Hoyos, Arelis | X | | Live |
| 78 | Villa Hoyos, Diana | X | | Live |
| 79 | Villa Maza, Leopoldo | X | | Live |
| 80 | Villa Quintero, Fabio Alberto | X | | Depo[1] |
| 81 | Villa Quintero, Norela Patricia | X | | Live |
| 82 | Villarraga, Alvaro | X | | Live |
| 83 | White, Wilfred (Bud) | X | | Depo |

---

[1] Fabio Villa Quintero is a witness that was originally designated as Live, but due to a medical emergency, he is now unavailable and unable to travel from Colombia, thus, Plaintiffs have notified the Court that his testimony will be presented via deposition. See DE 3662. Defendant's Counsel were notified of this potential change and received Plaintiffs' deposition designations on April 17, 2024. Defendant Chiquita has yet to provide Plaintiffs with counter-designations and/or objections so these designations can be presented to the Court for ruling.

|  | **B1 Witnesses Only[2]** | | | |
|---|---|---|---|---|
| 84 | Areiza Duarte, Celina (B1 Witness only) | X |  | Live |
| 85 | Areiza Duarte, Sandra (B1 Witness only) |  | X | Live |
| 86 | Areiza Tamayo. Leonel (B1 Witness only) |  | X | Live |
| 87 | Argel Hernandez, Denis Dario (B1 Witness only) |  | X | Live |
| 88 | Brand Aguirre, Ana (B1 Witness only) | X |  | Live |
| 89 | Duarte Puerta, Miriam (B1 Witness only) | X |  | Live |
| 90 | Ferreira Sanchez, Nurys Isabel (B1 Witness only) | X |  | Live |
| 91 | Florez, Maria Georgina (B1 Witness) |  | X | Live |
| 92 | Florez, Rosa (B1 Witness) |  | X | Live |
| 93 | Florez Ibarra, Oliva (B1 Witness only) |  | X | Live |
| 94 | Florez Ibarra, Alberto Antonio (B1 Witness only) |  | X | Live |
| 95 | Florez Ibarra, Aleida Yohana (B1 Witness only) |  | X | Live |
| 96 | Florez Ibarra, Diana Patricia (B1 Witness only) |  | X | Live |
| 97 | Florez Ibarra, Jhon Antonio (B1 Witness) |  | X | Live |
| 98 | Florez Ibarra, Luz Dary (B1 Witness only) |  | X | Live |
| 99 | Florez Ibarra, Misael Antonio (B1 Witness only) |  | X | Live |
| 100 | Florez Ibarra, Orfa Nelly (B1 Witness only) |  | X | Live |
| 101 | Florez Ibarra, Sandra Milena (B1 Witness only) |  | X | Live |
| 102 | Florez Ibarra. Kenedy de Jesus (B1 Witness only) |  | X | Live |
| 103 | Henao Velasquez, Juan Rafael (B1 Witness only) | X |  | Live |
| 104 | Henao Velasquez, Lucely (B1 Witness only) | X |  | Live |
| 105 | Higuita, Ramon (B1 Witness) |  | X | Live |
| 106 | Ibarra, Gilma Rosa (B1 Witness only) | X |  | Live |
| 107 | Obregon Ibarguen, Alba Ciris (B1 Witness only) |  | X | Live |
| 108 | Olivares Silgado, Marta Rosa (B1 Witness only) | X |  | Live |
| 109 | Ramirez Garcia, Myriam (B1 Witness only) | X |  | Live |
| 110 | Santero Obregon, Breider Steiner (B1 Witness only) |  |  |  |
| 111 | Santero Obregon, Hellen Jhoanna (B1 Witness) |  | X | Live |
| 112 | Santero Padilla, Amado Julio (B1 Witness only) |  | X | Live |
| 113 | Velasquez Manco, Luz Mila de Jesus (B1 Witness) | X |  | Live |

---

[2] Plaintiffs anticipate that the B1 Witness list will be likely amended pending confirmation of travel and visa appointments of certain witnesses.

| | |
|---|---|
| Dated: April 20th, 2024 | Respectfully submitted,<br><br>*/s/ Jack Scarola*<br>Jack Scarola<br>FL Bar No. 169440<br>*/s/ Victoria Mesa-Estrada*<br>Victoria Mesa-Estrada<br>FL Bar No. 076569<br>Searcy Denney Scarola Barnhart & Shipley, P.A.<br>2139 Palm Beach Lakes Blvd.<br>P.O. Drawer 3626<br>West Palm Beach, FL 33402<br>Tel: 561-686-6300<br>Fax: 561-478-0754<br>*Counsel for Valencia and Montes' Plaintiffs*<br><br>ON BEHALF OF ALL NON-WOLF PLAINTIFF GROUPS |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on April 23, 2024, which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

*/s/Victoria Mesa-Estrada*