```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                      CASE NO. 08-md-01916
```

| | |
|---|---|
| IN RE: CHIQUITA BRANDS,<br>INTERNATIONAL, INC.,<br>ALIEN TORT STATUTE AND<br>SHAREHOLDERS DERIVATIVE | West Palm Beach, Florida<br><br>April 24, 2024<br><br>8:39 a.m. - 4:24 p.m.<br><br>Volume 1<br>Pages 1 - 177 |

```
---------------------------------------------------------

                      JURY TRIAL DAY 1
           BEFORE THE HONORABLE KENNETH A. MARRA
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF(S):  JOHN SCAROLA
                       VICTORIA MESA-ESTRADA
                       BORIS ZHADANOVSKIY
                       MARIANO GARCIA
                       Searcy Denney Scarola Barnhart & Shipley
                       2139 Palm Beach Lakes Boulevard
                       West Palm Beach, FL 33402-3626
                       _scarolateam@searcylaw.com
                       vmestrada@searcylaw.com

                       MARCO SIMONS
                       MARISSA VAHLSING
                       RICHARD L. HERZ
                       WYATT GJULLIN
                       EarthRights International
                       1612 K. Street, NW
                       Suite 800
                       Washington, DC 20006
                       marco@earthrights.org
                       marissa@earthrights.org
                       rick@earthrights.org
                       wyatt@earthrights.org

                       JONATHAN C. REITER
                       Jonathan C. Reiter Law Firm, PLLC
                       350 Fifth Avenue
                       Suite 6400
                       New York, NY 10118
                       jcreiter@jcreitlerlaw.com
```

```
APPEARANCES: (Continued)

FOR THE PLAINTIFF(S):    WILLIAM ROBERT SCHERER, III
                         Conrad & Scherer, LLP
                         633 S. Federal Highway
                         4th Floor
                         Fort Lauderdale, FL 33301
                         wrs3@conradscherer.com

                         ERIC JAMES HAGER
                         Conrad & Scherer LLP
                         Edificio Officenter, Oficina 304
                         Avenida Pampite S/N y Chimborazo -
                         Cumbay
                         Quito 170901
                         ehager@conradscherer.com

                         TERRENCE P. COLLINGSWORTH
                         Conrad & Scherer, LLP
                         1156 15th Street, NW, Suite 502
                         Washington, DC 20009
                         tc@iradvocates.org

                         NICHOLAS J. JACQUES
                         Cohen Milstein
                         1100 Fifth Floor
                         Washington, DC 20005
                         njacques@cohenmilstein.com

                         LESLIE KROEGER
                         Cohen Milstein Sellers & Toll PLLC
                         11780 US Highway 1, Suite 500N
                         Palm Beach Gardens, FL 33408-3042
                         lkroeger@cohenmilstein.com

                         JAMES KELLOGG GREEN
                         James K. Green
                         222 Lakeview Avenue
                         Suite 1650 Esperante
                         West Palm Beach, FL 33401
                         jkg@jameskgreenlaw.com
```

```
FOR THE PLAINTIFF(S):   WILLIAM J. WICHMANN
                        12 SE 7th Street
                        Suite 609
                        Fort Lauderdale, FL 33301
                        Email: wwichmann@me.com


FOR THE DEFENDANT(S):   MICHAEL L. CIOFFI
                        FRANK A. DANTE
                        MELISSA FUNDORA-MURPHY
                        SERENA GOPAL
                        MICHAEL STOOLMAN
                        Blank Rome Comisky & McCauley LLP
                        1700 PNC Center
                        201 E. Fifth Street
                        Cincinnati, OH 45202
                        cioffi@blankrome.com
                        dante@blankrome.com
                        mfmurphy@blankrome.com
                        serena.gopal@blankrome.com
                        michael.stoolman@blankrome.com


REPORTED BY:            JILL M. WELLS, RMR, CRR, CSR
                        Official Court Reporter
                        400 N. Miami Avenue
                        Miami, FL 33128
                        jill_wells@flsd.uscourts.gov
```

1    (Case called to order of the court at 8:39 a.m.)

2          THE COURT:  Good morning, everyone.  We are on the

3    record now, ready to begin jury selection.  There are, I

4    believe, 52 prospective jurors that have shown up this morning.

5    What I propose to do, as we've discussed earlier, is for me --

6    before we hand out the questionnaire to them, for me to go down

7    with representatives from each side, one representative from

8    each side, and for me to try and urge the jurors to consider

9    their civic responsibility and be willing to make a sacrifice

10   of a significant portion of their upcoming month and a half to

11   two months of time to sacrifice, to help us resolve this case.

12   So that's what I propose we do.

13         As soon as -- I don't if they've -- have they been

14   shown the video?

15         THE DEPUTY CLERK:  No.

16         THE COURT:  Of what they are going to do?

17         Okay.  So what I suggest is, once all the jurors have

18   shown up, they give a video presentation, which, for the most

19   part, is going to be similar to what I am going to tell them,

20   but I think hopefully my presence in person might have a little

21   more impact than the video.  Probably not, but I am willing to

22   give it a shot.  And then once they've seen that video, give

23   them a little bit of a background as to what their

24   responsibilities are.

25         We will go down and I will give my pitch.  We'll hand

1   out the questionnaire, wait for them to fill it out, get them

2   copied, distributed to you as soon as possible, give you some

3   time to review them, bring the jurors up.  And I think what we

4   decided would be the best thing to do is first take up hardship

5   situations and just see who is going to not be able to serve

6   and try and weed those people out before we spend time

7   questioning the jurors about their ability to serve in the

8   case.

9           Does that make sense to everyone, or any other

10  suggestions?

11          MR. SCAROLA:  Your Honor, it does make sense, and

12  obviously we will follow whatever procedure your Honor intends

13  to follow.  It was our understanding that we would have the

14  opportunity overnight to review the questionnaires before we

15  actually began attorney individual voir dire.

16          THE COURT:  Okay.

17          MR. SCAROLA:  And we would request that we have that

18  opportunity.  I think it will tend to significantly abbreviate

19  and prove to be more effective if we do have that chance to

20  review the questionnaires in detail.

21          THE COURT:  Okay.

22          MR. CIOFFI:  Judge, we join in that request, to begin

23  this trial off with an agreement.  And maybe not six weeks of

24  sidebar argument, but we would join in that request, and I

25  agree with Mr. Scarola.  I think it will make the process go a

```
 1   lot quicker.

 2            THE COURT:  All right.  I will accede to your

 3   agreement, since there are very few of them.  So we will start

 4   off on a good foot then.

 5            MR. SCAROLA:  Thank you, sir.

 6            MR. CIOFFI:  Thank you, Judge.

 7            THE COURT:  But we are going to weed out the hardships

 8   before we excuse them for the evening or for the day.

 9            MR. SCAROLA:  Absolutely.

10            MR. CIOFFI:  Understood.  That certainly makes sense

11   to us.

12            THE COURT:  All right.  So let me -- I guess we will

13   have to see how many prospective jurors are left after we weed

14   out the hardship cases.  If there are not enough, we are going

15   to need a minimum of 20 to start off with, and that's before we

16   hear about other cause issues.  So my guess is we're in all

17   likelihood we are going to need to bring in another group

18   tomorrow, and we will have to do the same thing tomorrow, and

19   so with this group we are going to have to tell them to wait.

20   I am not going to have these people come back tomorrow and sit

21   around all day.

22            So if that's the procedure you want to use, and we are

23   going to do that again tomorrow where they are going to -- you

24   are going to need the overnight to look at the questionnaires,

25   and we are not going to get the jury until Friday, at the
```

```
 1    earliest.

 2            MR. SCAROLA:  I think that that's a decision, your

 3    Honor, that we can defer until we see how many we wind up with.

 4    I think that it is not unlikely that we may need to do that.

 5    But I don't think it's something we need to confront right now.

 6            THE COURT:  Well, I agree.  And then you'll have to

 7    see how many are left after we weed out the hardship cases, but

 8    my guess is we are probably going to have to do that.  It's

 9    more likely than not, I think.

10            MR. CIOFFI:  Understood, your Honor.  Your Honor, one

11    more housekeeping point.  Do you intend to, from the bench, to

12    question about hardship as opposed to the lawyers?

13            THE COURT:  Yes.

14            MR. CIOFFI:  Yes.

15            THE COURT:  Yeah, I think that would be better for me

16    to do.

17            MR. CIOFFI:  I think it would be better with your

18    authority as opposed to ours.

19            THE COURT:  Yeah, I think that would -- obviously, you

20    will be allowed to chime in on your positions as to whether you

21    agree once a person should be excused, and we will do that

22    outside of their presence.  But yes, I will do the inquiry, and

23    you can give me your positions once we make a decision on each

24    juror.

25            MR. CIOFFI:  Makes sense.  I think we both agree.
```

1    Second agreement.

2              THE COURT:  Right.  We are on a hot streak here.

3         We have apparently 58 prospective jurors down there.

4    The question is being asked of me, "Do we want to bring up all

5    58, or do we want to cut it off?"  My inclination is to have as

6    many as we can because of what -- the concern about timing and

7    hardship for service.  Do you both agree?

8              MR. SCAROLA:  Agreement number three.

9              MR. CIOFFI:  Yes.  Three and 0.  Three is pretty good,

10   Judge.

11             THE COURT:  Let's hope it's a forewarning of what's to

12   come.

13        They are going to start playing the video, which is

14   going to take about ten minutes, and so then we will head down

15   there once that's completed.  All right?

16             MR. SCAROLA:  Can you inform us of any changes that

17   you have made in the preliminary instruction?

18             THE COURT:  I haven't made any changes yet.

19             MR. SCAROLA:  Oh, okay.  I'm sorry.

20             THE COURT:  And, you know, Mr. Cioffi, they've

21   submitted suggestions.  I am inclined to make some of their

22   changes but not all.  If you want me to talk about what I am

23   inclined to change and what I am not, I can tell you.  Again,

24   this is something that's going to be read before opening

25   statements.  It's not instructions on the law.  It's not --

1    they are not going to remember this because they are going to

2    hear six hours of opening statements after I read this to them.

3    So this is all going to be -- they are not going to remember

4    what I've said after hearing six hours of opening statements or

5    something close to that.

6          So this is not intended to be a statement on the law.

7    It's just to give them a general sense of what the case is

8    about, the issues might be.  So I understand Chiquita's request

9    that I make these changes that get into the jury instruction

10   issues which I haven't ruled on yet.  So I don't want to start

11   making statements that I may alter when it comes around to jury

12   instruction time.  So I am trying to be very general and not

13   say anything that I have to retract later.

14         So I can tell you what I -- based upon what defense

15   submitted, how I changed it.  And tell me if you have

16   objections.  I know Mr. Cioffi is -- he is going to object

17   because I'm not adopting their recommendation in total, but in

18   part.

19         So as I recall the request, the changes requested by

20   Chiquita relate to their positions.  They didn't have any

21   suggested changes to how I set forth the plaintiffs' position,

22   and I didn't understand that the plaintiffs had any issue with

23   the way I stated your positions.  Is that correct?

24         MR. SCAROLA:  No objection to any portion of the

25   preliminary instruction, your Honor.

```
 1              THE COURT:  Okay.  So what I propose to do, consistent

 2     with -- in part, with Chiquita's request is, after the

 3     statement "Chiquita denies these claims," I would change it to

 4     say first, "Chiquita claims that plaintiffs are unable to prove

 5     the AUC killed their relatives, and Chiquita further asserts

 6     any payments it made to the AUC were not voluntary but, rather,

 7     were made under threat of injury or death to its own employees

 8     and representatives in Colombia."

 9              Now, that's what I'm inclined to -- make those

10     changes, and not to adopt the change that Chiquita requested

11     regarding intentional and voluntary and I forget exactly, I

12     don't have it in front of me.  Oh, here it is.

13              Anyway, those are the changes that I was willing to

14     make based upon Chiquita's submission either late last night or

15     this morning, and the reason for not going further was I think

16     it gets into the issue of how I am going to instruct the jury

17     at the end of the case, and I don't want to get that specific

18     right now.

19              MR. SCAROLA:  Your Honor, understanding and

20     appreciating the court's preliminary comments about the nature

21     of this instruction, plaintiffs have no problem with the change

22     that you propose to make.

23              THE COURT:  All right.

24              Mr. Cioffi, and, again, I know you are -- for the

25     record, you want to object.
```

```
 1              MR. CIOFFI:  Yes, sir.  For the record, we object.  We

 2       would like all of our changes made as we articulated them, but

 3       we understand the ruling and respectfully, we object.

 4              THE COURT:  All right.  Thank you.

 5              Anything else we want to maybe get out of the way

 6       while we are waiting?

 7              MR. SCAROLA:  Appreciating that the law abhors a

 8       vacuum, there was an issue that was not expressly addressed

 9       that it may be helpful to ask some clarification about.  But

10       your Honor said in one of the orders that was entered that

11       issues with regard to how damages would be argued would be

12       deferred until closing argument.

13              We'd like some guidance from the court as to what, if

14       anything, we are able to say regarding the magnitude of

15       potential claims either during the course of jury selection or

16       in the course of opening statement.  Are we permitted to

17       inquire of the jury whether they have any preconceived ideas

18       with regard to limits that would be imposed with respect to the

19       damages?  Are those appropriate areas of inquiry?  May we

20       suggest to the jury in opening statement that at the conclusion

21       of the case we anticipate that we will be asking for

22       substantial damages to balance the substantial harm that has

23       been done?  That those numbers may be six, seven figure

24       numbers.

25              THE COURT:  Yes.
```

```
 1              MR. SCAROLA:  Thank you, sir.

 2              THE COURT:  I just want to make sure everyone

 3    understands that I did make one change on the questionnaire,

 4    which I believe you were advised of, to eliminate or -- the

 5    prospective jurors having to give their resident address, which

 6    I did not think was appropriate.  I don't -- I think that's too

 7    much of an invasion of their privacy that their addresses be

 8    provided.  So...

 9              MR. SCAROLA:  Agreement number four, sir.

10              MR. CIOFFI:  Agreed, your Honor.

11              THE COURT:  Okay.

12              MR. CIOFFI:  And now I am going to go for five and 0.

13    I believe we have an agreement with respect to demonstratives

14    that will be used during the opening statement.  We worked out

15    a stipulation that we have already exchanged them, so each side

16    is looking at them now, and sometime before we break for the

17    day, we will argue any objections either side has.

18              But, furthermore, we have agreed that what we exchange

19    will be returned to the parties who exchanged them.  No one

20    will keep or record or photograph what we've presented this

21    morning in terms of the demonstratives, and one further

22    stipulation that none of the demonstratives will be changed,

23    based on what the other side saw about one side's presentation.

24    And the only changes to the slides, to the presentation will be

25    if you tell us to make a change.
```

```
1              THE COURT:  Okay.  So there's an agreement on how you

2       are going to deal with the demonstratives, but there is not an

3       agreement on the demonstratives themselves as of yet?

4              MR. SCAROLA:  Not --

5              MR. CIOFFI:  Not yet.

6              MR. SCAROLA:  Not even quite five.  Four and a half,

7       but not five.

8              Although I don't know why, we were asked to return

9       copies of demonstratives that we exchanged, and I agreed we

10      would return the copies of demonstratives that we exchanged.

11      But I did not agree that we could not retain copies of those

12      demonstratives because the only way to know whether what is

13      actually shown to the jury is in conformity with what we

14      received is to have a record of what we received.

15             So we do not agree that we cannot copy what has been

16      provided to us.  Apart from that, we have exchanged

17      demonstratives.  We agree that we are not going to change the

18      demonstratives, and we are not going to change demonstratives

19      particularly in response to what we have received from the

20      other side.  There was a simultaneous exchange that fixes what

21      the demonstratives will be.  No one can use anything other than

22      what has been exchanged.

23             MR. CIOFFI:  Judge, the reason for asking them to be

24      returned and not copied is clear.  It's a roadmap to our case.

25      If they have two or three nights before trial to study that, we
```

1   think it's an unfair disclosure, and it shouldn't happen that

2   way.

3          We are perfectly willing to leave copies with the

4   court, with a bailiff or with your Honor, so that if it appears

5   during the presentation that slides have been changed,

6   et cetera, the court has the copies we exchanged this morning

7   and can rule accordingly.

8          THE COURT:  Why isn't that sufficient?  They can

9   leave -- you both can leave copies with me of anything that

10  you've exchanged, and if there becomes an issue, that you feel

11  that there's been a modification, you know, I will have the

12  originals to compare to and...

13         MR. SCAROLA:  There are a substantial number of

14  demonstrative exhibits that have been exchanged on both sides.

15  In order to know so as to be able to raise an objection, we

16  need to be able to compare what we've received with what is

17  being shown.

18         The idea that this is a roadmap to opening statements,

19  I would hope that both sides, at this point in the proceedings,

20  know the direction in which their opponents are traveling and

21  where they intend to go, following that direction.

22         THE COURT:  Well, I am going to assume that counsel

23  are officers of the court and are acting ethically and

24  appropriately with one another, and they are not going to give

25  a demonstrative and then change it somehow before the opening

```
 1   statement and try and pull an underhanded, unfair act on the
 2   other side.
 3           So why don't we just exchange them without making
 4   copies, and I have confidence that there is not going to be any
 5   untoward activity by either side.
 6           MR. SCAROLA:  We will, of course, follow the court's
 7   direction.  Thank you, your Honor.
 8           THE COURT:  Thank you.
 9           MR. CIOFFI:  Judge, just to fully address and get the
10   full five and 0 in terms of agreement, we have no objection at
11   the beginning of opening to give our demonstratives back to
12   their side, and then they can see for themselves that nothing
13   has been changed.  But as an officer of the court, I can tell
14   you, we are not going to change anything unless you tell us to.
15           THE COURT:  All right.  Well, I take both sides at
16   their word that they are going to act ethically and
17   appropriately.  Okay.
18           MR. CIOFFI:  Thank you, your Honor.
19           THE COURT:  So I think we probably are -- should be
20   ready to go downstairs.
21           They are not ready for us yet, but why don't we head
22   down there so that we don't have lag time.
23           MR. SCAROLA:  Sure.
24           THE COURT:  So I'll meet you down outside the jury
25   room in a minute or two.
```

```
 1              MR. CIOFFI:  Judge, we are the traveling team.  Tell
 2    me which way is the jury room.
 3              THE COURT:  Oh, I'm sorry.  It's downstairs.
 4              MR. SCAROLA:  I will escort Mr. Cioffi, and I promise
 5    not to mislead him.
 6              Your Honor, could we have two representatives from
 7    each side; would that be a problem for the court?
 8              THE COURT:  Why is there a need for two?
 9              MR. SCAROLA:  Purposes of note-taking, sir.
10              THE COURT:  Note-taking?  There is going to be a court
11    reporter there who is going to record everything that I say.
12              MR. SCAROLA:  I understand that.  If it's a problem,
13    we will leave it at one.
14              THE COURT:  You know, let's just do one.  Again, I am
15    not going to say anything that's going to be controversial, I
16    assure you, and the reporter's got daily copy, and she will be
17    able to give you a copy of what I say to the jurors, the --
18    relatively soon, if need be.
19              MR. SCAROLA:  It's jurors' comments and not the
20    court's comments.
21              THE COURT:  I am not expecting to get any comments
22    from the jurors.  I'm expecting to just give them a speech and
23    then tell them to fill out the questionnaire and go from there.
24              MR. SCAROLA:  So the hardships are not going to be
25    done there, the hardships are going to be here.
```

```
 1              THE COURT:  Oh, yeah, absolutely.

 2              MR. SCAROLA:  Thank you.  Then it's no problem at all,

 3    sir.  I didn't understand that.

 4              THE COURT:  Okay.  I apologize.  We've got to get the

 5    questionnaires back before we can even deal with the hardships.

 6    So I did not -- was not planning on doing anything other

 7    than --

 8              MR. SCAROLA:  Thank you.

 9              THE COURT:  -- giving them a pep talk.

10              MR. SCAROLA:  Okay.  Thank you very much.

11              (Recess taken 9:08 am. through 9:28 a.m.)

12              (The following takes place in the jury assembly room;

13    Jack Scarola and Michael Cioffi present.)

14              THE DEPUTY CLERK:  This is Kenneth Marra.  He is going

15    to give you a speech before we get started.

16              Good morning.  As Irene just mentioned, my name is

17    Kenneth Marra.  I am the judge that is going to be presiding

18    over the case for which you have all been called here this

19    morning.  Before we go up to the jury room -- I mean the

20    courtroom, I wanted to give you a little bit of an explanation

21    as to how we are going to proceed in this particular case and

22    how important it is for us to have members of the community

23    make sacrifices of their time in order to resolve disputes in

24    our country.

25              You just saw a video where I believe some of these
```

1    same principles were discussed, that this country is founded

2    upon the system of justice, where members of the community come

3    into a courtroom, listen to the evidence that's presented by

4    the parties to the case, and make decisions based upon the

5    evidence and the law that is presented to them.  And it's a

6    very important civic responsibility, and we are going to ask

7    some of you to take on that very important responsibility in

8    this case.

9         Now, with me this morning are two of the lawyers who

10   are involved in the case.  There are many other lawyers who are

11   up in the courtroom, because this is a significant matter and

12   it's going to require a significant amount of time and

13   sacrifice from many of you, and so let me introduce to you

14   Mr. Jack Scarola --

15        MR. SCAROLA:  Good morning.

16        THE COURT:  -- who represents the plaintiffs, the

17   individuals who are bringing this lawsuit; and then Michael

18   Cioffi, who is the lawyer who is representing the defendant who

19   is being sued in this case, which is a company by the name of

20   Chiquita Brand International, Incorporated.

21        MR. CIOFFI:  Thank you, your Honor.  Good morning

22   everyone.  Thank you.

23        THE COURT:  Now, ordinarily we would just bring you up

24   to the courtroom and start questioning you about your ability

25   to be a fair and impartial juror in this case.  Again, this

1    case is going to take a significant amount of time.

2            In order to learn a little bit more about each of you

3    and help expedite the process of jury selection, we are going

4    to give to each of you a questionnaire that we are going to ask

5    you to fill out and have us review, which hopefully will

6    shorten the time needed to speak to you in the courtroom.  It's

7    not going to eliminate that step, but it will hopefully

8    expedite the process.

9            When you fill out this questionnaire, you are going to

10   be signing and answering these questions under oath.  So please

11   make sure you understand that you are swearing to the truth of

12   these statements.

13           We are not asking you these questions to unduly pry

14   into your personal lives.  We are not doing it to harass you,

15   to embarrass you.  We are doing it for the very important

16   purpose of determining who could be a fair and impartial juror

17   in this case.  So please understand that, and don't take

18   offense to any of the questions that are being asked of you.

19   It's, again, only for the purpose of trying to determine who

20   can be fair and impartial.

21           The other thing that you need to know is, we are going

22   to need a significant amount of time for those people who are

23   going to be selected.  This case is going to take multiple

24   weeks, possibly as many as six weeks to complete.  So we

25   understand that that could be a hardship for many of you, and

1    if being with us for a six-week period of time is going to be a

2    hardship, please let us know on this questionnaire why that

3    would be a hardship to you.  But I emphasize "hardship" and not

4    "inconvenience."

5         We understand it's inconvenient for you to be here for

6    one day, never mind possibly five or six weeks.  But, again,

7    jury service is a very important civic responsibility.  It's

8    important to our system of justice, and we need citizens to

9    make sacrifices of their time in order to perform this very

10   important responsibility.  So I am going to urge all of you to

11   please take that into consideration when you are answering the

12   question to whether it would be a hardship for you to be with

13   us.

14        Thank you for your attention.  We are going to hand

15   out the questionnaires.  We are going to have you fill them

16   out.  We are going to collect them.  We are going to review

17   them.  We will then talk to you about any hardships that you

18   might have, decide whether your hardship is significant enough

19   to excuse you from the case.

20        Those of you who can be with us, we are going to

21   excuse you until either tomorrow or Friday and ask you to come

22   back for further questioning.  Whether it's tomorrow or Friday

23   is going to depend on how many of you we can work with going

24   forward.  All right?

25        So please fill this out truthfully.  Please

1    understand, again, the importance of the matter that we are

2    going to ask you to take, the civic responsibility that we are

3    going to ask you to fulfill, and then we will, as I said, after

4    getting the questionnaires, we will discuss further which of

5    you should continue with this process and which of you may be

6    excused.

7           So I will leave it at that.  We are going to hand

8    these out.  Please fill them out.  Irene will collect them, and

9    then we will let you know as soon as we are able to when you

10   need to come up to the courtroom and discuss the issue of your

11   ability to serve for the period of time that we are going to

12   need you.

13          All right?  So thank you for your attention.  We

14   appreciate your service, and we will speak to you later.

15          Was everyone able to hear me?  Thank you all.  See you

16   later.

17          In order to make it easier for us to flag those of you

18   who believe you are going to have a hardship, if you want to,

19   on the top of the page, on the right-hand corner, if you could

20   put a big H if you think you have a hardship and cannot serve

21   for the period of time we need you so we can review more easily

22   that questionnaire or your individual issues.  Okay?

23          So, again, thank you, and we will speak to you later.

24          (The following takes place in open court.)

25          THE COURT:  All right.  I don't know how many of you

1   felt what I said was okay.  You can be honest, as opposed to

2   you're just buttering me up with your praise.

3          MR. SCAROLA:  I think you omitted the subjecting

4   themselves to contempt citations.  That inspiring part of the

5   speech.  We'll find out, your Honor, we will see how many Hs we

6   get.

7          MR. CIOFFI:  Good to appeal to their better angels

8   than to beat them up a little bit so...

9          But we'll see.  They seemed really attentive, so we'll

10  see.

11         THE COURT:  All right.  I guess there's really not

12  much for us to do until we get those questionnaires back, which

13  is going to take some time for them to actually fill them out

14  and then get copies to you.  So is there anything else we want

15  to discuss while we have some time?

16         MR. SCAROLA:  Is it the court's intention to examine

17  the hardship claims with everyone present or to speak to those

18  jurors individually?

19         THE COURT:  I guess -- I'm not sure.  My concern about

20  doing things openly with everyone is that once one person hears

21  a statement, then they jump on the bandwagon.  But that's why

22  we kind of it did it in the questionnaire that presumably they

23  are going to tell us what their problem is in the questionnaire

24  and not come up with new excuses after they've heard somebody

25  else articulate one.  So I think I'd rather wait and see what

1   it looks like, the responses are before I make that decision.

2          MR. SCAROLA:  That's fine, sir.  It has been my

3   experience that jurors tend to be educated when they are --

4   have an opportunity to listen to those excuses that are found

5   to be qualifying.

6          THE COURT:  Well, I don't generally excuse people

7   until the end, after --

8          MR. SCAROLA:  Yes.

9          THE COURT:  I don't let them out one at a time and so

10  that everybody can see, oh, that worked on this one, so let me

11  try that.

12         MR. SCAROLA:  There's still a lot of "Oh, I didn't

13  think of that, and now I will try that one too."

14         THE COURT:  That could be.  So let's see what it looks

15  like.

16         MR. SCAROLA:  Okay.

17         THE COURT:  What the response is, then depending

18  upon -- there may be some that we should speak to separately

19  for what maybe some sensitive reason that they've articulated

20  in their questionnaire, but I'm not sure yet.

21         MR. SCAROLA:  Thank you very much, sir.

22         MR. CIOFFI:  Judge, another housekeeping matter

23  looking past jury selection, which, again, we think the

24  questionnaire will help it go a lot more quickly, but the

25  court's order was to disclose witnesses two days in advance.

1    Could you just clarify that that's two business days, not two

2    weekend days?

3              THE COURT:  Yes.  Yes.  It shouldn't be like on

4    Saturday you are going to tell him on Saturday who you are

5    going to call on Monday.

6              MR. CIOFFI:  Yeah, exactly.

7              MR. SCAROLA:  That's fine.  No problem with that at

8    all.

9              THE COURT:  And for the rest of you attorneys that

10   weren't downstairs with us, before I spoke to the jurors, I

11   discussed with Mr. Cioffi and Mr. Scarola the possibility or

12   actually the likelihood that we may take some Fridays off.  Not

13   every Friday, but maybe trying every other Friday.  So I'm

14   going to -- you know, if you among yourselves can maybe discuss

15   what Fridays might be convenient for or best for your -- all

16   your schedules and your witnesses, and but I did mention that

17   on May 17th I need to take that day for other matters that...

18             So but other than the 17th, if you want to try and

19   come to some understanding as to what other Fridays you might

20   want to have a break from the case, let me know.

21             MR. SCAROLA:  Thank you very much, sir.

22             MR. CIOFFI:  Thanks, Judge.

23             MR. SCAROLA:  Are we in recess right now, your Honor?

24             THE COURT:  Unless there's something else you want to

25   talk about right now.

```
 1              MR. SCAROLA:  Thank you.

 2              THE COURT:  All right.  We will see you as soon as we

 3    can with the -- after we get the juror questionnaires.

 4              (Recess taken 9:33 am. through 12:32 a.m.)

 5              THE COURT:  Everyone should have the questionnaires.

 6    And the jurors are going to be back in about 15 minutes from

 7    their lunch break.  So my plan was to bring them up, have them

 8    seated, and we can start asking them about their hardships, and

 9    see how far we get.

10              As you can see, I think I've counted 14 that said they

11    didn't have any hardships.  I don't know if that's consistent

12    with your calculation.  I think I was told that one -- two of

13    the jurors didn't put an age on their questionnaire and they

14    should have.  One of the two, even though there was no age on

15    the questionnaire, explained in the answers that he or she -- I

16    don't recall if it was a he or a she -- did have a hardship, so

17    they didn't answer the question accurately in terms of

18    hardship.  I think it was number 27, told Ms. Ferrante, when

19    they were excused for lunch.  I believe it was a gentleman.

20              THE DEPUTY CLERK:  27 is a female.

21              THE COURT:  Female, okay.  It was a female.

22    Frederique it's showing.  She indicated she did not have a

23    hardship, but tells Ms. Ferrante that she does now.  So anyway,

24    that's something we will have to deal with.

25              Anyway, any comments or questions about how we should
```

```
 1    go forward?

 2            MR. COLLINGSWORTH:  What is the number of the juror

 3    who changed her answer?

 4            THE COURT:  I believe it was 27.

 5            MR. SCHERER:  Your Honor, I think juror 53 is

 6    Fisher --

 7            THE COURT:  I'm sorry, Mr. Scherer, it's hard to hear

 8    you.

 9            MR. SCHERER:  Okay.  I'm sorry.  Juror number 53,

10    Tepas, works for Huizenga Holdings, and I represented them in a

11    jury trial in 2017, and I just wanted to make that disclosure.

12    He is trying to get out on a hardship, but the point of the

13    matter is, is that I represented the company, and I wanted to

14    tell the court it was a jury trial in Fort Lauderdale in

15    February of 2017.

16            THE COURT:  All right.  This was juror 53, you said?

17            MR. SCHERER:  I'm sorry, 55.

18            THE COURT:  Okay.

19            MR. SCHERER:  Tepas.  He is in the accounting

20    department of Huizenga Holdings, Wayne Huizenga's company.

21    Wayne is dead now.

22            MR. SCAROLA:  Which had nothing to do with

23    Mr. Scherer's representation.

24            MR. SCHERER:  Yeah.  He didn't kill himself over the

25    verdict.  It was a good verdict, I think.
```

```
 1              THE COURT:  All right.  But do you recollect this

 2    individual?

 3              MR. SCHERER:  No, sir, I don't at all, and I don't

 4    think he knows me, but I know that if he were to be on the

 5    jury, he'd go back to Huizenga Holdings and tell them, and they

 6    would for sure say, "That's our lawyer, or was our lawyer."

 7              It was a case involving Huizenga Holdings and Dan

 8    Marino, and it was well-known in the company and locally.  Dan

 9    Marino, the quarterback.  So he would undoubtedly learn.  I

10    don't think he knows now.

11              THE COURT:  Okay.  So would --

12              MR. SCHERER:  I am just making the disclosure.

13              THE COURT:  Okay.  I'm not sure that -- if he doesn't

14    know about the case, and your representation, I'm not sure why

15    that would come up.  I mean, I guess we could ask him if an

16    attorney in this case represented your employer at some point,

17    would that have any effect on his...

18              MR. SCHERER:  It would only come up if he is on the

19    jury and he goes back and tells them, because the present owner

20    of the company is Wayne Jr., who knows of me and knows me.  So

21    he would definitely learn about it, if he asked.

22              THE COURT:  Okay.  Well, that's a lot for him to, one,

23    recognize you, among all these lawyers, and go run back to his

24    employer and say, "Boy, this is -- These are all the lawyers

25    that are" -- "I am dealing with, and do you know any of them?"
```

```
 1              MR. SCHERER:  It's only if he gets on the jury.

 2              THE COURT:  Okay.  All right.

 3              MR. SCHERER:  I'm sure in a six-week trial, I am

 4     pretty sure that that would come up.

 5              THE COURT:  Okay.  Thank you, sir.

 6              MR. SCAROLA:  Your Honor, while we are making

 7     disclosures of potential relationships, juror number 47,

 8     Ms. Iorio, has the last name of clients that we are currently

 9     representing in a wrongful death matter.  The name is somewhat

10     unusual.  I don't know whether it is the same family, but that

11     is a currently pending case in which we represent the Iorio

12     family.

13              THE COURT:  Can you tell me what the case is about so

14     if I ask this person about whether she or a family member -- is

15     it a she?

16              MR. SCAROLA:  It is a she, yes, your Honor.

17              THE COURT:  If she has a family member --

18              MR. SCAROLA:  The juror is Patricia Iorio, and we

19     represent Fred Iorio, who is the personal representative of

20     John Iorio, who is deceased.  The allegations in the complaint,

21     that the wrongful death resulted from nursing home negligence

22     and abuse.

23              THE COURT:  All right.  And in terms of the

24     litigation, did this prospective juror say anything about

25     litigation?
```

```
 1              MR. SCAROLA:  Your Honor, I, quite frankly, haven't

 2    had a chance to look at that, so I don't know.

 3              THE COURT:  Okay.  I'll look at it.

 4              She didn't answer any questions relating to prior

 5    litigation for her family member as with a "yes" so...

 6              MR. SCAROLA:  It may be a different family, it's just

 7    that the last name was unusual, and I wanted to bring that to

 8    the court's attention.

 9              THE COURT:  No, I understand.  I'm just pointing out

10    it doesn't seem that she has indicated that she had a family

11    member involved in litigation.

12              So when we bring the prospective jurors up, a lot of

13    the team members are going to have to move their seats.

14              I believe what -- what rows will we have available,

15    Ms. Ferrante?

16              THE DEPUTY CLERK:  Only the last one.

17              THE COURT:  The last row will be available for people

18    to sit in.  And then if you want to take seats in the jury box,

19    I guess you can do that as well.  But otherwise, you are going

20    to have to be -- rearrange yourselves.

21              Mr. Green.

22              MR. GREEN:  Yes, Judge.  I have a disclosure.  There's

23    a -- I believe a Michael Slinskey, who is, I think, number 42

24    or 43.

25              THE COURT:  Get to the microphone.  I'm sorry.
```

```
 1              MR. GREEN:  Can you hear me?

 2              THE COURT:  Yes.

 3              MR. GREEN:  James Green, one of the counsel for the

 4    plaintiffs.  I have a -- another disclosure as to a past client

 5    whose name is identical to my past client's name, Michael

 6    Slinskey.  I think it's number 43 or...

 7              THE COURT:  I have 41.

 8              MR. GREEN:  41.

 9              THE COURT:  Okay.  And so you had a client with that

10    exact name?

11              MR. GREEN:  Yes.

12              THE COURT:  Okay.  This person is born in '63.  Does

13    that sound like?

14              MR. GREEN:  It's close.

15              THE COURT:  Close.  Caretaker -- no.  His employer is

16    Lincare, a service rep.  Oxygen something or other.  Anyway,

17    does that sound familiar at all?

18              MR. GREEN:  Yes.  I know he had a business on Singer

19    Island at one time, and this is probably at least 10, if not

20    15, years ago.

21              THE COURT:  Okay.  All right.  Well, we will have to

22    ask about that.  Thank you.

23              Mr. Scarola, do you know Jack Goldberger?

24              MR. SCAROLA:  I do.  Yes, your Honor.

25              THE COURT:  Do you know his wife?
```

```
 1              MR. SCAROLA:  No, I don't.

 2              THE COURT:  Because she is a prospective juror.

 3              MR. SCAROLA:  I don't know his wife.

 4              THE COURT:  Okay.

 5              MR. SCAROLA:  It may very well be at a Bar function I

 6    have met her, but...

 7              THE COURT:  She is not using her married name in her

 8    application, so it might not have jumped out at you.

 9              MR. SCAROLA:  Okay.  Thank you.

10              THE COURT:  How about, Mr. Green?  You probably know

11    Jack Goldberger.

12              MR. GREEN:  I went to their wedding 45 years ago.

13              THE COURT:  Okay.

14              MR. GREEN:  Forty years ago.

15              THE COURT:  All right.  I guess we will have to

16    inquire about that.

17              MR. SCAROLA:  May we adjust our chairs, your Honor?

18              THE COURT:  Yes.  Yeah, if you want to move your

19    chairs, switch them around so you can see the jurors.

20              MR. SCAROLA:  Your Honor, we have numbered paddles

21    which we have found can be very helpful both to lawyers, the

22    court, and the court reporter.  If you would like, we would be

23    happy to distribute those so that jurors can identify

24    themselves by number.

25              THE COURT:  It's interesting.  Never had that system
```

```
 1    used before.  But I guess it might make some sense.

 2              Mr. Cioffi, do you have any objection to them handing

 3    out paddles with numbers on them so that when we speak to a

 4    juror, they can --

 5              MR. DANTE:  No objection, your Honor.

 6              THE COURT:  -- hold up their number?

 7              MR. CIOFFI:  No objection.

 8              THE COURT:  Okay.  Why don't you -- I think

 9    Ms. Ferrante is going to seat eight jurors in a row.  So maybe

10    you can...

11              MR. SCAROLA:  Put them at the seats.

12              THE COURT:  Put them in their seats, yeah.  The first

13    eight in each row.  Number 1 would be against the wall.

14              The lower number would be against the wall on the

15    other side as well, and...

16              MR. SCAROLA:  9 is --

17              No.  No, 9 would be the second row.  Thank you.

18              THE COURT:  When you get to that side of the room, the

19    lower numbers go against the wall, and the higher numbers come

20    out towards the aisle.

21              MR. SCAROLA:  Thank you.

22              THE COURT:  What I think I should allow counsel to do

23    after I bring them in and swear them and just give some

24    introductory remarks is to allow both sides to introduce the

25    other attorneys to the jury that are going to be participating
```

```
 1    to make sure -- I guess, you know, Mrs. Goldberger might

 2    recognize Mr. Green, and there may be others.  Mr. Garcia, he

 3    may know.

 4              MR. SCAROLA:  Extremely well-known character.

 5              THE COURT:  He may have had some interaction with

 6    people in the community so...

 7              Probably the lawyers from out of town, unlikely, but

 8    some of the local lawyers might have some -- be recognized by

 9    some of the prospective jurors.

10              MR. SCAROLA:  We will have everyone stand and

11    introduce themselves, your Honor.

12              THE COURT:  Okay.  Thank you.

13              We have paddles with their juror numbers.

14              THE DEPUTY CLERK:  This is not how they were lined up.

15              THE COURT:  Okay.  I thought the lower numbers were

16    against the wall.  No?

17              MR. SCAROLA:  They are movable.

18              THE DEPUTY CLERK:  Okay.  We don't normally do it this

19    way.

20              THE COURT:  However you do it.  I was mistaken.

21              THE DEPUTY CLERK:  The lower numbers --

22              THE COURT:  Okay.  I was mistaken.  That's my fault.

23    I told them the wrong thing.

24              Yes.  We are ready.

25              THE DEPUTY CLERK:  All rise for the jury.
```

```
 1              (The prospective jury entered the courtroom 1:04 p.m.)
 2              THE COURT:  Please be seated.  Good afternoon,
 3    everyone.  Welcome back, or welcome up here.  I addressed you
 4    earlier this morning.  I want to first thank you for being with
 5    us and for being patient with us during this process.  We are
 6    trying to select a number of you who can sit as jurors in this
 7    case and be fair and impartial.  It's one of the most important
 8    aspects of any trial, is to try and seat a fair and impartial
 9    jury, and we are going through this somewhat extensive process
10    to assure that that occurs in this case.  So, again, we
11    appreciate your patience, and we know it may be somewhat
12    frustrating for you to have to wait all morning to get up here
13    and actually be questioned on some of the issues.  But, again,
14    we thank you for your willingness to cooperate.
15              What we are trying to do this afternoon is go through
16    not all of the information on your questionnaire that you
17    provided, and, again, we thank you for doing so, but we just
18    want to discuss the hardships that you might have that you
19    expressed in your questionnaire as to why you might not be able
20    to serve for the length of time that we may need you.  And we
21    are going to try and address those hardships as best we can and
22    give you as much consideration as we can in honoring whatever
23    hardships you've expressed.
24              I can't guarantee you that we are going to honor the
25    hardships that you expressed in every case, but we will do our
```

1   best to accommodate those who expressed some severe hardships

2   in having to serve for this length of time.  And we recognize

3   we are asking quite a bit from you.

4          Before I go any further, you met Mr. Scarola and

5   Mr. Cioffi this morning.  But I am going to have them both

6   introduce or have them -- have their co-team members introduced

7   to you, one, so you will know who we are dealing with, and,

8   two, if you happen to recognize any of these people that are

9   introduced to you now, when we speak to you individually, let

10  us know if you recognize any of the individuals that are going

11  to be introduced to you now.

12         Mr. Scarola.

13         MR. SCAROLA:  Thank you very much, your Honor.

14         Good afternoon, ladies and gentlemen.  As Judge Marra

15  told you earlier, my name is Jack Scarola.  I practice here

16  locally with the law firm called Searcy Denney Scarola Barnhart

17  & Shipley.  Seated to my immediate left is one of my law

18  partners, this is Victoria Mesa-Estrada.  And to Victoria's

19  left is Melissa Vahlsing, and then Mr. Bill Wichmann.

20         And as you will learn, when the court instructs you

21  about this matter, this is a consolidated proceeding involving

22  ten separate claims that are part of a considerably larger

23  action.  The ten cases being tried as part of this proceeding

24  involve representation by a number of different law firms.

25         And what I am going to do at this point is have other

1   lawyers who are involved in the representation of the

2   plaintiffs introduce themselves.  They will stand and just

3   identify themselves for you, and the purpose of this, as

4   Judge Marra has said, is to make sure that if anybody knows any

5   of the lawyers or has any relationship with them or their law

6   firms, you are able to bring that to our attention.  Okay?

7            Thank you very much.

8            Mariano.

9            MR. GARCIA:  Good afternoon, everybody.  Mariano

10  Garcia.

11           MR. ZHADANOVSKIY:  Good afternoon.  Boris

12  Zhadanovskiy.

13           MR. HAGER:  Good afternoon.  Eric Hager.

14           MR. HERZ:  Good afternoon.  Richard Herz.

15           MR. GREEN:  Good afternoon.  James Green, West Palm

16  Beach.  I have been practicing here for almost 48 years.

17           MS. KROEGER:  Good afternoon.  Leslie Kroeger.  I

18  practice locally in Palm Beach Gardens.

19           MR. SCHERER:  Good afternoon.  I'm William Scherer of

20  Conrad & Scherer, primarily located in Fort Lauderdale.

21           MR. SIMONS:  Good afternoon.  My name is Marco Simons.

22  I work for an organization called EarthRights International.

23  Also wanted to mention three of my colleagues who I believe are

24  not in the courtroom at the moment, just for your notice.

25  Those are Wyatt Gjullin, Maryum Jordan, and Gabriela Valentin

```
1    Diaz, also attorneys in this case for our organization.

2              MR. REITER:  My name is Jonathan C. Reiter.  I

3    represent two of the plaintiffs in this lawsuit.  My office is

4    in the Empire State Building in New York City.  I don't

5    recognize any of you; you probably don't recognize me either.

6              Thank you.

7              MR. GJULLIN:  Good afternoon.  Wyatt Gjullin,

8    EarthRights International.

9              MR. JACQUES:  Good afternoon.  Nicholas Jacques.  I am

10   from law firm Cohen Milstein.

11             MR. COLLINGSWORTH:  And last but not least, I am Terry

12   Collingsworth.  I am with the International Rights Advocates,

13   based in Washington, DC.

14             THE COURT:  Thank you.

15             Mr. Cioffi.

16             MR. CIOFFI:  Thank you, your Honor.  Sorry I have my

17   back to you.

18             THE COURT:  Quite all right.

19             MR. CIOFFI:  But good afternoon, ladies and gentlemen,

20   good to see you again.  Thanks for your service.  My name again

21   is Michael Cioffi.  We represent the defendant in this case,

22   Chiquita Brands International.  You all know who Chiquita is, I

23   am sure.  But thanks again for your service.  It really is so

24   important, as the judge said.

25             Trying the case with me are several of my partners and
```

```
 1    associates.  I will go a little bit in reverse order.
 2             Melissa Fundora-Murphy.
 3             MS. FUNDORA-MURPHY:  Good afternoon.
 4             MR. CIOFFI:  Serena Gopal.
 5             MS. GOPAL:  Good afternoon.
 6             MR. CIOFFI:  Mike Stoolman.
 7             MR. STOOLMAN:  Good afternoon.
 8             MR. CIOFFI:  Frank Dante.
 9             MR. DANTE:  Good afternoon.
10             MR. CIOFFI:  And our assistant Becky Fuentes.
11             Again, I am Michael Cioffi.  We are at a law firm
12    called Blank Rome.  We practice a little bit north of here.
13    It's nice to be here in this weather.  We practice in
14    Philadelphia, New York, and Cincinnati, in between those
15    cities.  So even though we are a visiting team for this trial,
16    it's good to be here and enjoy the great weather and to be with
17    you.
18             Thank you for your attention.
19             THE COURT:  Thank you, Mr. Cioffi.
20             All right.  Ladies and gentlemen, before we start
21    speaking to you individually, I need to have you sworn to tell
22    the truth during this process.  So I am going to ask all of you
23    to please rise and face Ms. Ferrante, and she will swear you
24    in.
25             (Panel of prospective jurors sworn in.)
```

1            THE COURT:  Ladies and gentlemen, again, since we are

2    only going to be talking about potential hardships, I am not

3    going to get into the -- what the case is about at this point.

4    For those of you who are going to be able to proceed further

5    than this initial step, at that point I will give you a little

6    bit of background of what the case involves.  So you will have

7    some understanding of what is at issue here.  For this aspect

8    of it, it's not necessary for me to give you any specifics.

9            You have a little paddles that we have provided to you

10   with your juror numbers on it to make it easier for us to

11   identify who is speaking.  I would ask you, when we are

12   speaking to you, if you could just stand when we speak to you

13   so everybody can see you.  We are going to get you a microphone

14   that you can use too.  Please use the microphone because if you

15   don't, it's going to be difficult to hear you, especially when

16   we start getting into the back rows.

17           So do we have the microphone?

18           THE DEPUTY CLERK:  Yes, we have it.

19           THE COURT:  If you also would just hold up your juror

20   number when you stand up so we can, again, identify you more

21   easily.  But we are going to start off with Ms. Wolff, who is

22   in the corner there.

23           Ms. Wolff, good afternoon, ma'am.  How are you?

24           THE PROSPECTIVE JUROR:  Well, thank you.

25           THE COURT:  Good.  Now, you indicated that you are

1     able to serve, and you do not have a hardship; is that correct?

2              THE PROSPECTIVE JUROR:  That's correct.

3              THE COURT:  All right.  So if we need you for the full

4     six weeks, you will be able to participate and you don't

5     foresee any issues; is that correct?

6              THE PROSPECTIVE JUROR:  That's correct.

7              THE COURT:  Okay.  Thank you so much.

8              Now, is it Ms. Wasikowski?

9              THE PROSPECTIVE JUROR:  Yes.

10             THE COURT:  Good afternoon.  How are you?

11             THE PROSPECTIVE JUROR:  Good afternoon.  I'm good.

12             THE COURT:  All right.  So you say you are unable to

13    be with us.  So can you give us a little bit of information

14    about that?

15             THE PROSPECTIVE JUROR:  Yes.  So I am on a small team

16    of three people, a remote team.  I am the head of operations,

17    and so six weeks is just a long time to be away from the team.

18    I kind of manage everything running effectively and efficiently

19    to keep the company afloat.  And we are also in the midst of a

20    pretty important time for the company, whereby I have tons of

21    in-person meetings to fundraise for the company so that it can

22    keep being a company.

23             THE COURT:  All right.  And so what is it, the nature

24    of your company's business?

25             THE PROSPECTIVE JUROR:  Yeah.  I am in venture

```
 1    capital.  So we raise venture capital funds, and that's where
 2    we get our management fees to do business.
 3              THE COURT:  Okay.  And there's no one else in the firm
 4    that can take on your responsibilities in your absence?
 5              THE PROSPECTIVE JUROR:  Yeah, so it's just me and the
 6    two others are investors, so they don't do any of the -- I
 7    basically do everything but investing in the company.  So it
 8    would be very difficult for them to keep it going.
 9              THE COURT:  All right.  So would you be compensated if
10    you are on the jury?
11              THE PROSPECTIVE JUROR:  Yes.
12              THE COURT:  You would.
13              THE PROSPECTIVE JUROR:  I am salaried, yeah.
14              THE COURT:  So would you not lose any income yourself?
15              THE PROSPECTIVE JUROR:  No.
16              THE COURT:  So this is a concern that you have for
17    your employer, as opposed to a personal concern.
18              THE PROSPECTIVE JUROR:  Maybe a personal concern in
19    that if I am gone for six weeks during an important time, my
20    compensation post the serving would be compromised.
21              THE COURT:  How -- I'm sorry, you might not get as
22    many commissions, is that what you are saying?
23              THE PROSPECTIVE JUROR:  Not commissions, but we are
24    fundraising right now to keep the business going, so if I am
25    not there for six weeks to keep the business going, afterwards
```

1   it would be potentially a hurdle.

2           THE COURT:  Okay.  And, again, there's no one else

3   that can take on the duties that you are performing?

4           THE PROSPECTIVE JUROR:  Not necessarily, no.

5           THE COURT:  No.  Okay.  All right.  Thank you, ma'am.

6   We will certainly take that into consideration.

7           All right.  Is it Mr. Aguilar?

8           THE PROSPECTIVE JUROR:  Yes.  Good afternoon.

9           THE COURT:  Good afternoon, sir.  I believe,

10  Mr. Aguilar, you said you could be with us.

11          THE PROSPECTIVE JUROR:  Yes.  That's correct.

12          THE COURT:  Okay.  You are not going to have any

13  problems if you are here with your employer?  It's not going to

14  be a problem?

15          THE PROSPECTIVE JUROR:  I don't think so.  I work

16  hourly, and we get jury duty payment.  I don't know how long

17  they will pay for it, but it's my duty to be here so...

18          THE COURT:  All right.  So you're not sure for how

19  long they will compensate you if you are on jury duty?

20          THE PROSPECTIVE JUROR:  No, I don't know.  I am not

21  sure.  I don't know.  Being hourly, I don't know, maybe salary

22  will pay me -- right? -- for maybe six weeks, but that's not a

23  problem for me.  So they can pay me as much as they can, and

24  you know.

25          THE COURT:  Okay.  Well, thank you, sir.  We

```
1    appreciate that.

2              Ms. Tapia?

3              THE PROSPECTIVE JUROR:  Correct.

4              THE COURT:  Good afternoon, ma'am.

5              THE PROSPECTIVE JUROR:  Good afternoon.

6              THE COURT:  Sorry.  I just want to look at my notes.

7    You also could be with us if we need you for the six weeks.

8              THE PROSPECTIVE JUROR:  Correct.

9              THE COURT:  Okay.  Thank you so much.

10             THE PROSPECTIVE JUROR:  No problem.

11             THE COURT:  Ms. Crain, good afternoon.

12             THE PROSPECTIVE JUROR:  Good afternoon.

13             THE COURT:  So you mentioned that you're a seasonal

14   worker, and you're planning on heading up to Massachusetts

15   in -- next month; is that correct?

16             THE PROSPECTIVE JUROR:  That is correct.

17             THE COURT:  All right.  Can you give me an idea of

18   what kind of seasonal work you do?

19             THE PROSPECTIVE JUROR:  I work in the hospitality

20   industry.  So I pretty much work between here and Nantucket.  I

21   don't work for the same corporation in both places.  I work for

22   independently ran restaurants.  Right now, I do work on tips,

23   so me not being able to be at work, I am not compensated for

24   jury duty at this time.  I also just put down $10,000 for my

25   house up in Nantucket that requires me to start my job up there
```

```
 1   mid-May.
 2           THE COURT:  All right.  So you have already committed
 3   funds to your place of residence in --
 4           THE PROSPECTIVE JUROR:  In Nantucket, Massachusetts.
 5           THE COURT:  And if you don't work, you don't get paid.
 6           THE PROSPECTIVE JUROR:  Yes, that would be correct.
 7           THE COURT:  And would you be able to afford not
 8   getting compensated for six weeks?
 9           THE PROSPECTIVE JUROR:  I mean, yes, I can afford.  I
10   don't know if that would interfere with my employment up north
11   because we do open Mother's Day up there for the season.  And I
12   do know that I haven't obviously been able to speak to my
13   employer in regards to that, if it would be an issue with me
14   staying longer.
15           THE COURT:  So you don't know if you don't start,
16   whether you will be able to go up there?
17           THE PROSPECTIVE JUROR:  I could possibly be replaced.
18           THE COURT:  Okay.  Okay.  Thank you, ma'am.
19           THE PROSPECTIVE JUROR:  Thank you.
20           THE COURT:  Ms. Sealey.  Did I say that correctly?
21           THE PROSPECTIVE JUROR:  Yeah.
22           THE COURT:  Good afternoon.
23           THE PROSPECTIVE JUROR:  Good afternoon.
24           THE COURT:  You said that you couldn't serve because
25   you only get compensated for up to ten days of jury service; is
```

```
 1   that correct?

 2           THE PROSPECTIVE JUROR:  Yeah, and I'm mentally

 3   unstable.

 4           THE COURT:  I'm sorry.  I'm having trouble hearing

 5   you.

 6           THE PROSPECTIVE JUROR:  Yes, and I am mentally

 7   unstable at the moment.  I'm also dealing with a sexual assault

 8   case as well.  So...

 9           THE COURT:  Okay.  I am having trouble hearing you.

10   I'm sorry, ma'am.

11           THE PROSPECTIVE JUROR:  I don't have the mental

12   capability to deal with any of these cases.  I am dealing with

13   my own case.  I am not going to be stable enough is what I am

14   saying.

15           THE COURT:  I am not trying to be difficult, but your

16   voice kind of tails off when you -- while you speak.  So you

17   are not mentally able to deal with something of this nature.

18   Is that what you are telling us?

19           THE PROSPECTIVE JUROR:  Correct.

20           MR. SCAROLA:  May we approach sidebar, your Honor?

21           THE COURT:  Sure.

22           MR. SCAROLA:  Thank you.

23           THE COURT:  Over here, on this side.

24           (Thereupon, the following was heard sidebar.)

25           MR. SCAROLA:  What your Honor didn't hear is that she
```

```
 1    is a sexual assault victim.  She is suffering emotionally from
 2    that and doesn't feel that she would be able to serve on a jury
 3    into the -- under the current circumstances.  So I didn't want
 4    her to have to repeat that.
 5           THE COURT:  Sorry that I was making her try to speak
 6    up.  But I couldn't hear her.
 7           Do you agree we could pass on her?
 8           MR. CIOFFI:  Right.
 9           MR. SCAROLA:  Thank you, sir.
10           (In open court.)
11           THE COURT:  Thank you, Ms. Sealey.
12           MR. SCAROLA:  Thank you, your Honor.
13           THE COURT:  Thank you.
14           All right.  Is it Ms. Mandelin -- Mandelblum?
15           THE PROSPECTIVE JUROR:  Mandelblum.  Yes.
16           THE COURT:  Blum.  I'm sorry.
17           THE PROSPECTIVE JUROR:  That's okay.
18           THE COURT:  Good afternoon, ma'am.
19           THE PROSPECTIVE JUROR:  Hi.
20           THE COURT:  All right.  You indicated that you could
21    not serve, and you say you travel for work.  So can you --
22           THE PROSPECTIVE JUROR:  Yeah.  I am a dancer,
23    primarily film, TV, and also concert dance.  So I am
24    last-minute, you know, on jobs.  I don't really know exactly my
25    schedule, but I presume that I have things that will be
```

```
 1   auditions or gigs or things that I would need the money from.
 2            THE COURT:  Okay.  So you don't have any current
 3   assignments or performances to...?
 4            THE PROSPECTIVE JUROR:  I do.
 5            THE COURT:  You do.
 6            THE PROSPECTIVE JUROR:  I am not exactly sure of what
 7   the hours would be of this.  I am assuming weekday.  So some of
 8   those are weekends.  I would need to travel on Friday
 9   afternoons or Friday early mornings to be able to get there in
10   the first two weeks of May.  And as well as supposed to have
11   auditions next week in New York.
12            THE COURT:  Okay.  So you have some performances
13   already booked?
14            THE PROSPECTIVE JUROR:  Yes.
15            THE COURT:  And they are out of town?
16            THE PROSPECTIVE JUROR:  Correct.
17            THE COURT:  And you have to travel to get to those
18   assignments?
19            THE PROSPECTIVE JUROR:  Correct.
20            THE COURT:  Did you say you have to travel on a Friday
21   to get there?
22            THE PROSPECTIVE JUROR:  (Nods head.)
23            THE COURT:  Yes?
24            THE PROSPECTIVE JUROR:  Yes.
25            THE COURT:  Okay.  How many Fridays do you have
```

```
1   already?

2           THE PROSPECTIVE JUROR:  There are two in May as of

3   now.

4           THE COURT:  Do you know what days?

5           THE PROSPECTIVE JUROR:  The first two weekends of May.

6           THE COURT:  Okay.  And beyond that, do you have any

7   fixed?

8           THE PROSPECTIVE JUROR:  And also next weekend as well,

9   sorry.

10          THE COURT:  That's out of town as well.

11          THE PROSPECTIVE JUROR:  Correct.

12          THE COURT:  All right.  And if you don't --

13          THE PROSPECTIVE JUROR:  Actually, I think next weekend

14  is the first weekend of May.  I apologize.

15          THE COURT:  If you don't get to perform in these

16  various events, how is that going to affect you financially?

17          THE PROSPECTIVE JUROR:  Not be able to pay my rent.

18          THE COURT:  Okay.  So you don't have any other source

19  of income other than...

20          THE PROSPECTIVE JUROR:  I do, but I get the most of it

21  from that.

22          THE COURT:  Okay.  And...

23          All right.  Thank you, ma'am.

24          THE PROSPECTIVE JUROR:  Sure.

25          THE COURT:  Is it Ms. Bechtel?
```

```
1              THE PROSPECTIVE JUROR:  Yes.

2              THE COURT:  Good afternoon.

3              THE PROSPECTIVE JUROR:  Good afternoon.

4              THE COURT:  All right.  Ma'am, you said you would not

5    be able to serve.  You said you have work obligations and child

6    obligations.  So you work in -- as a nurse review manager?

7    What -- why couldn't you have someone else at your Tenet

8    Healthcare, which I assume is a pretty large organization, take

9    over your responsibilities?

10             THE PROSPECTIVE JUROR:  Yes.  I actually work two

11   jobs.  My main job, I work for St. Mary's Medical Center.

12             THE COURT:  Can you hold the microphone a little

13   closer to you?

14             THE PROSPECTIVE JUROR:  Yes.  I work at St. Mary's

15   Medical Center, which is owned by Tenet.  It's a hospital of

16   Tenet.  I am a revenue manager there.  When I take a day off or

17   a vacation, they have to subcontract out my work.  There is no

18   one who covers me when I have a day off.  So that's my main

19   job, and I also have worked a second job for the last six and a

20   half years.  I am a single parent.  So my second job is hourly.

21   So I would miss approximately 20 hours a week of hourly wage,

22   which financially would be devastating to me.

23             THE COURT:  Okay.  In terms of your Tenet Healthcare

24   position at St. Mary's, would you get compensated if you are on

25   jury duty for that job?
```

```
 1              THE PROSPECTIVE JUROR:  I don't know the exact answer

 2    or how long it would be for.  I am not sure.

 3              THE COURT:  Okay.  But you would lose your hourly

 4    second job income?

 5              THE PROSPECTIVE JUROR:  Correct.

 6              THE COURT:  And that would -- you could not afford to

 7    do that.

 8              THE PROSPECTIVE JUROR:  Unfortunately.  I would love

 9    to only work one job but...

10              THE COURT:  Okay.  All right.  Thank you.  If you

11    could hand that to the individual at the end of the row there.

12              Is that Ms. Lake?  You've got it backwards.

13              Good afternoon.  How are you?

14              THE PROSPECTIVE JUROR:  I am nervous.

15              THE COURT:  Are you nervous?  Don't be nervous.

16              THE PROSPECTIVE JUROR:  Okay.

17              THE COURT:  You can put that down.  All right.  We

18    know you are number 9 now.  Okay.  So you work as a nurse.

19              THE PROSPECTIVE JUROR:  Yes.

20              THE COURT:  And would you get compensated if you are

21    on the jury for six weeks?

22              THE PROSPECTIVE JUROR:  I don't know if I am going to

23    be compensated the entire time.  Also, I have a position that

24    only I do, I am already covering for half of the area that I

25    previously wasn't covering.  My co-worker retired in December,
```

```
 1   so I am covering double the area already, and I am the only

 2   person in the area, Palm Beach and all the way up to Vero that

 3   knows how to do my job.  And I am the only one in my company

 4   who makes the company money.  I work for Medicaid.

 5              THE COURT:  Okay.  And would it be a financial

 6   hardship for you if you were --

 7              THE PROSPECTIVE JUROR:  Yes.  I also --

 8              THE COURT:  -- to have to be here for six weeks?

 9              THE PROSPECTIVE JUROR:  Yes.  I also have a second

10   job, with extra income, and I would lose that money, and I

11   would not be able to afford to pay my bills.

12              THE COURT:  Okay.  On your second job, do you work

13   that at night, or when do you do the second job?

14              THE PROSPECTIVE JUROR:  After hours, sometimes before

15   hours.

16              THE COURT:  Okay.  So if you were here from 9:00 to

17   5:00, would you be able to still do your second job?

18              THE PROSPECTIVE JUROR:  Maybe a few visits, but not

19   all.

20              THE COURT:  Okay.  All right.  Thank you.

21              THE PROSPECTIVE JUROR:  Thank you.

22              THE COURT:  All right.  Mr. Robinson, good afternoon.

23              THE PROSPECTIVE JUROR:  Good afternoon.

24              THE COURT:  How are you?

25              THE PROSPECTIVE JUROR:  I am well, thank you.
```

```
1              THE COURT:  All right.  So you are a chief financial

2      officer.  And would you be compensated if you were on the jury

3      for six weeks?

4              THE PROSPECTIVE JUROR:  In all likelihood, yes.

5              THE COURT:  Yes?  Okay.

6              So this is more of a hardship for your employer than

7      for you personally.

8              THE PROSPECTIVE JUROR:  That's correct, yes.  I need

9      to put the operating budget for the organization in front of

10     our board of directors the first week in June, and I need the

11     month of May to be able to write that and then to deliver it.

12             THE COURT:  Okay.  I'm sorry, sir.  I was having some

13     trouble hearing you.  You said you are going to have to present

14     the budget to the board of directors.

15             THE PROSPECTIVE JUROR:  Yes, I have to write the

16     organization's $50 million operating budget that needs to be

17     written and presented to the corporation's board of directors

18     in the first week of June.  The responsibility for that

19     substantially falls onto me.

20             THE COURT:  Okay.  Is there anyone else that can take

21     on that responsibility in your absence?

22             THE PROSPECTIVE JUROR:  Unfortunately not, there

23     isn't.

24             THE COURT:  Okay.  Oh.  And you also said you had a

25     family vacation booked in the first week of June.
```

```
1              THE PROSPECTIVE JUROR:  Yeah, that's not until the
2    second week of June.  It's probably more of a hardship for my
3    wife than it is a hardship for my employer, but I thought I
4    better disclose it, nonetheless.
5              THE COURT:  Okay.  And is that something that's
6    already been paid for?
7              THE PROSPECTIVE JUROR:  It is, yes.
8              THE COURT:  Okay.  All right.  Thank you, sir.
9              THE PROSPECTIVE JUROR:  Judge, just I am not sure if
10   now is the time to mention it, but I may have a slight
11   acquaintance with a partner in the firm that's the lead counsel
12   for the plaintiff.  Is that something I should mention now or
13   later?
14             THE COURT:  So you have some familiarity with whom?
15             THE PROSPECTIVE JUROR:  I believe there's a partner in
16   plaintiffs' firm called Brian Denney.  Brian and I used to
17   attend the same church.  I haven't seen him or talked to him in
18   maybe five or six years because after my wife and I had
19   children, we went to a different church closer to where we
20   live.  I have referred a couple of acquaintances of mine to
21   the -- to plaintiffs' counsel's firm within the past couple of
22   years.  I just wanted to disclose that just to make the court
23   aware.
24             THE COURT:  Yeah.  No, that's important that you tell
25   us that.
```

```
 1              So you have had some matters handled by Mr. --
 2              THE PROSPECTIVE JUROR:  Not me personally, but when
 3    acquaintances of mine have made me aware of certain personal
 4    injury matters that they have suffered, I have said to them,
 5    "It might be worth your while lifting the phone and just having
 6    a preliminary conversation with Brian Denney and to see if it's
 7    worth pursuing."
 8              That's the extent of it.  I didn't make any calls
 9    myself.  I just left it at that.
10              THE COURT:  But you've made the recommendation to the
11    acquaintances of yours to consult or --
12              THE PROSPECTIVE JUROR:  Correct.
13              THE COURT:  -- with Mr. Scarola's law firm.
14              THE PROSPECTIVE JUROR:  Correct.
15              THE COURT:  Okay.  Now, the fact that you know
16    Mr. Denney, would that have -- play any impact or have any
17    impact on your ability to be fair in this case?
18              THE PROSPECTIVE JUROR:  I don't think it would.  I
19    wanted to make sure the court was aware of that.
20              THE COURT:  Okay.  Thank you, sir.  Thanks for letting
21    us know.
22              All right.  Ms. Campbell.
23              THE PROSPECTIVE JUROR:  Hello.
24              THE COURT:  Good afternoon.
25              THE PROSPECTIVE JUROR:  Hi.
```

```
1              THE COURT:  How are you?

2              THE PROSPECTIVE JUROR:  Good, how are you?

3              THE COURT:  Good, thank you.

4         All right.  So you said you could not do it because

5    you have a -- childcare issues and a daughter with a special

6    needs; is that correct?

7              THE PROSPECTIVE JUROR:  Yes, yes.

8              THE COURT:  Now, I am trying to see.  You are married.

9              THE PROSPECTIVE JUROR:  Uh-huh.

10             THE COURT:  Yes?

11             THE PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Is it possible for your husband to take

13   care of your child if you are on the jury?

14             THE PROSPECTIVE JUROR:  Honestly, I thought it was

15   two weeks thing.  So two weeks, we can kind of work it out, but

16   if it's six weeks, it's kind of hard for us.

17             THE COURT:  Okay.  Now, you work for the -- federal

18   agency?

19             THE PROSPECTIVE JUROR:  Yes.

20             THE COURT:  So would you get fully compensated for all

21   of your time here if you are on the jury?

22             THE PROSPECTIVE JUROR:  Yes.  That wouldn't be a

23   problem.

24             THE COURT:  All right.  So you are not going to lose

25   any income, it's just a question of dealing with -- is it your
```

1    one daughter, or do you have other children you have to worry

2    about?

3                THE PROSPECTIVE JUROR:  I have two daughters.  My

4    second daughter, she has autism.  She is nonverbal.  So she

5    goes to therapy four days a week.  Two days we go to the

6    clinic, two days the therapist comes to us.  So if this was

7    two weeks, I could work it out with my husband and my

8    mother-in-law, but if it's six weeks, it's kind of hard for me.

9                And also she has IEP meeting come up because she is

10   going to kindergarten.  That's kind of big for her, and I want

11   to be there for her.  And then she will be going to a new

12   school during summertime.  So I want to be there for her.  If I

13   am here for six weeks, I am going to miss out on all of that.

14   So she kind of needs me.

15               THE COURT:  Okay.  So can you explain to me why you

16   might be able to work it out for two weeks and why not beyond

17   two weeks?

18               THE PROSPECTIVE JUROR:  Because my mother-in-law, she

19   works as well.  So two weeks -- the plan was if I get picked,

20   my husband was going to take AL and just pick -- you know, pick

21   my daughter up, take her to therapy and stuff.  But if it's

22   six weeks, like, I don't know.  I'd have to, like, rearrange

23   everything.

24               THE COURT:  Okay.  All right.  Thank you, ma'am.

25               Good afternoon, sir.  Let me just get your name, I

```
 1    apologize.  Is it Mr. Mahabee?

 2              THE PROSPECTIVE JUROR:  Yes, sir.

 3              THE COURT:  Good afternoon, sir.

 4              THE PROSPECTIVE JUROR:  Good afternoon.

 5              THE COURT:  All right.  And you said that you would be

 6    unable to serve because you work pretty much outside of the

 7    state?

 8              THE PROSPECTIVE JUROR:  Inside the state, but I cover

 9    South Florida and I do outside sales and I am the only sales

10    rep within the company covering this side of the -- of Florida.

11              THE COURT:  Okay.  And would you get compensated if

12    you are on the jury for six weeks?

13              THE PROSPECTIVE JUROR:  As far as six weeks, I am not

14    sure.  That's something I need to partner with the company

15    with.  But the two weeks we -- I literally told them when I was

16    served that we have a two-week jury thing, so I'm not sure if I

17    will be for six weeks.

18              THE COURT:  So you are not sure how much or for how

19    many days they would compensate you on jury duty.

20              THE PROSPECTIVE JUROR:  That's correct.

21              THE COURT:  But as far as you understand, they are

22    going to compensate you for some portion of it?

23              THE PROSPECTIVE JUROR:  Some, I believe.

24              THE COURT:  Yeah.  You are not sure?  You didn't talk

25    to them about it before you came here?
```

```
1              THE PROSPECTIVE JUROR:  That's a negative.

2              THE COURT:  I'm sorry?

3              THE PROSPECTIVE JUROR:  Negative, no.

4              THE COURT:  No.  All right.  Now, is there anyone else

5    who can try and take on your responsibilities?  I know you are

6    the one who is currently assigned to deal with sales in South

7    Florida, but is there someone else that can take on those

8    responsibilities for six weeks, if necessary?

9              THE PROSPECTIVE JUROR:  No, sir.

10             THE COURT:  No?  All right.  Thank you, sir.

11             Ms. Sloan?

12             THE PROSPECTIVE JUROR:  Yes, sir.

13             THE COURT:  Good afternoon.

14             THE PROSPECTIVE JUROR:  Good afternoon.

15             THE COURT:  So you are training for a new position.

16             THE PROSPECTIVE JUROR:  Yes, I am.  My director is

17   currently -- he's retiring May 10th, and we are in the process

18   of learning his duties.

19             THE COURT:  Okay.  Can that training be put off for a

20   few weeks until after you finish jury service?

21             THE PROSPECTIVE JUROR:  No, sir.  His last day is

22   May 10th.

23             THE COURT:  So he's the one who's training you?

24             THE PROSPECTIVE JUROR:  Yes, sir.

25             THE COURT:  He is the one who is leaving.  You are
```

```
 1   taking his spot, and he is training you.
 2              THE PROSPECTIVE JUROR:  Yes, sir.
 3              THE COURT:  Okay.  And no one else is in that -- at
 4   Bethesda hospital -- can train you in that position?
 5              THE PROSPECTIVE JUROR:  Not in our revenue cycle
 6   billing department, no, sir.
 7              THE COURT:  No?  Okay.
 8              Do you know if you would be compensated for your jury
 9   service?
10              THE PROSPECTIVE JUROR:  Yes.
11              THE COURT:  You would be?
12              THE PROSPECTIVE JUROR:  Uh-huh.  Yes, sir.
13              THE COURT:  Okay.  So this, again, is a problem more
14   for your employer than for you personally?
15              THE PROSPECTIVE JUROR:  For myself and my employer,
16   because these are issues, things that I need to learn in order
17   to keep my job.
18              THE COURT:  Okay.  So you think if you don't get the
19   training, you might get...
20              THE PROSPECTIVE JUROR:  May not get the position.
21              THE COURT:  You may not get the position.
22              THE PROSPECTIVE JUROR:  That is correct.
23              THE COURT:  All right.  Thank you, ma'am.
24              THE PROSPECTIVE JUROR:  Thank you.
25              THE COURT:  All right.  Is it Ms. Tellez?
```

```
 1                 THE PROSPECTIVE JUROR:  Tellez.

 2                 THE COURT:  Tellez.  I'm sorry.  Good afternoon,

 3    ma'am.

 4                 THE PROSPECTIVE JUROR:  That's okay.  Hello.

 5                 THE COURT:  How are you?

 6                 THE PROSPECTIVE JUROR:  Good.  How are you?

 7                 THE COURT:  You can put the number down.  So you are

 8    able to work with us for six weeks, if need be.

 9                 THE PROSPECTIVE JUROR:  Yes.  My vacation is not until

10    July.

11                 THE COURT:  Okay.

12                 THE PROSPECTIVE JUROR:  So I will be okay.

13                 THE COURT:  Thank you very much.

14                 Good afternoon.  You are Ms. Ramati?

15                 THE PROSPECTIVE JUROR:  Yes.

16                 THE COURT:  Good afternoon, ma'am.

17                 THE PROSPECTIVE JUROR:  Good afternoon.

18                 THE COURT:  How are you?

19                 THE PROSPECTIVE JUROR:  Good, thank you.

20                 THE COURT:  All right.  So I am just having some

21    trouble reading your handwriting.  Not that it's not legible,

22    but it's very small, so I apologize.

23                 So you work for acute care hospital, and there has

24    been people leaving.

25                 THE PROSPECTIVE JUROR:  Yes, we have had some
```

```
 1    attrition in our department.  We also have some scheduled

 2    vacations, honeymoons.  The summer for Palm Beach is starting

 3    at the end of May.  So I have some of my team that are going on

 4    vacation.  And I do -- in addition to being the manager of the

 5    department, I do provide direct patient care, mostly in the

 6    ICU, transplant patients, very complex patients that require

 7    care that at this moment cannot be provided by someone else

 8    because I just don't have enough staff to provide that.  And at

 9    our regional hospitals, we are kind of dealing with the same

10    situation, so I don't really have anyone to take over.

11              We're also going through some restructuring in our

12    department that require me as a manager to be present in

13    numerous meetings as we are changing our location and also

14    going through some changes in our operations.  So it's a very

15    critical time for our department as well.

16              THE COURT:  All right.  And do you know if you would

17    be compensated if you were on the jury for six weeks?

18              THE PROSPECTIVE JUROR:  I know we are compensated for

19    some period of it.  I have not asked if six weeks we will be

20    compensated for.

21              THE COURT:  Okay.  Thank you.

22              All right.  Ms. Piana?

23              THE PROSPECTIVE JUROR:  Yes.

24              THE COURT:  Good afternoon.

25              THE PROSPECTIVE JUROR:  Good afternoon.
```

```
 1              THE COURT:  You are able to be with us if we need you

 2    for six weeks?

 3              THE PROSPECTIVE JUROR:  Yes, sir.

 4              THE COURT:  Okay.  Thank you, ma'am.

 5              THE PROSPECTIVE JUROR:  Thank you.

 6              THE COURT:  You can hand that down to the end of the

 7    aisle.

 8              Is that Ms. Zesut?

 9              THE PROSPECTIVE JUROR:  Zesut.

10              THE COURT:  Zesut.

11              Good afternoon, ma'am.

12              THE PROSPECTIVE JUROR:  Good afternoon.

13              THE COURT:  Can you hold that microphone a little

14    closer?  I am having trouble hearing you.

15              THE PROSPECTIVE JUROR:  Yes.  Good afternoon.

16              THE COURT:  Good afternoon.  So you can be with us if

17    we need you?

18              THE PROSPECTIVE JUROR:  Certainly.

19              THE COURT:  Thank you very much, ma'am.

20              All right.  Mr. Kahn, good afternoon, sir.

21              THE PROSPECTIVE JUROR:  Good afternoon, your Honor.

22              THE COURT:  The two items that you mentioned, I think

23    we might be able to accommodate you on.  Let's assume you are

24    called to act as an expert witness during the course of this

25    trial and we took -- we took a break or a recess on that
```

```
 1   particular day, would that cure that problem?
 2             THE PROSPECTIVE JUROR:  I believe so, your Honor.
 3             THE COURT:  Okay.  And then when is it you are taking
 4   your son out of state for his employment?
 5             THE PROSPECTIVE JUROR:  It's Friday, May the 17th.
 6   That civil matter starts on the 14th.  I already told counsel
 7   that I would likely not be available on a particular date, so
 8   they will shuffle their trial to accommodate my needs.  So I am
 9   anticipating at least May 17th to be one of the dates of
10   unavailability.
11             THE COURT:  Well, it just so happens that we are not
12   going to be in session on May 17th.  So it's either our lucky
13   day or your lucky day, I am not sure which.  So if we are not
14   in session on May 17th, which we are not going to be, and you
15   are able to take your son, and if we accommodate you on the day
16   that you have to provide expert testimony, are you going to be
17   able to be with us?
18             THE PROSPECTIVE JUROR:  Yes, your Honor.
19             THE COURT:  Okay.  I got one.  So just out of
20   curiosity, and we can get into this more if and when we speak
21   to you at the next round, you are an architect?
22             THE PROSPECTIVE JUROR:  I am a licensed Florida
23   architect, yes.
24             THE COURT:  Okay.  Is that the subject of your expert
25   testimony, is going to be in architecture?
```

```
 1              THE PROSPECTIVE JUROR:  Forensic architect, yes, sir.

 2              THE COURT:  Yeah, okay.  All right.  So, again, if we

 3    accommodate you for your expert witness and we -- we're not in

 4    session on May 17th, you are able to be with us if we need you?

 5              THE PROSPECTIVE JUROR:  As long as the matter ends in

 6    six weeks because I have another trial beyond that.  So...

 7              THE COURT:  Okay.  Thank you, sir.

 8              Is it Ms. Marseille?

 9              THE PROSPECTIVE JUROR:  It is.

10              THE COURT:  Good.  Good afternoon, ma'am.

11              THE PROSPECTIVE JUROR:  Good afternoon, your Honor.

12              THE COURT:  How are you?

13              THE PROSPECTIVE JUROR:  I'm great.  How are you?

14              THE COURT:  I've been better.  I'm just kidding.

15              So you are a middle school teacher?

16              THE PROSPECTIVE JUROR:  I am.

17              THE COURT:  All right.  And I don't think I've ever

18    had a prospective -- a teacher on as a prospective juror who

19    didn't think that he or she was indispensable to her students.

20    But...

21              So I'm very familiar with your position on this.  So

22    don't they have substitutes that fill in if you are unable to?

23              THE PROSPECTIVE JUROR:  They do.

24              THE COURT:  Okay.  And I know you feel -- you probably

25    feel very needed and special to your students, but you are
```

```
 1    going to get paid if you are on the jury, right?

 2              THE PROSPECTIVE JUROR:  Correct.

 3              THE COURT:  Okay.  So this is more of a "Well, I have

 4    been with them all year."

 5              THE PROSPECTIVE JUROR:  Correct.

 6              THE COURT:  We are getting to the end of the year.  I

 7    want to see them to the end of the year --

 8              THE PROSPECTIVE JUROR:  Yes.

 9              THE COURT:  -- and send them off on the summer.

10              THE PROSPECTIVE JUROR:  Correct.

11              THE COURT:  And it's kind of more of a personal --

12              THE PROSPECTIVE JUROR:  Personal.

13              THE COURT:  -- desire rather than a need; is that

14    correct?

15              THE PROSPECTIVE JUROR:  Correct, yes.

16              There is a possible connection also that I may --

17    should I mention?

18              THE COURT:  What is it?

19              THE PROSPECTIVE JUROR:  One of the main partners at

20    Searcy Denney, his daughter is in my class.  So --

21              THE COURT:  Oh, really?  Okay.

22              THE PROSPECTIVE JUROR:  -- there is that as well.

23              THE COURT:  And which partner is that?

24              THE PROSPECTIVE JUROR:  Mr. Denney.

25              THE COURT:  Mr. Denney.  So you and the other
```

```
 1   gentleman --
 2              MR. SCAROLA:  I should fire Mr. Denney.
 3              THE PROSPECTIVE JUROR:  She is an excellent student.
 4              THE COURT:  All right.  So even though Mr. Denney's
 5   child is in your class, would that cause you to have any
 6   feelings or leanings in terms of deciding this case one way or
 7   the other?
 8              THE PROSPECTIVE JUROR:  No.  I would try not to let
 9   that affect me, no.
10              THE COURT:  But you think it would be a problem for
11   you?
12              THE PROSPECTIVE JUROR:  No, it would not be a problem,
13   no.
14              THE COURT:  All right.  Thank you.
15              THE PROSPECTIVE JUROR:  Thank you.
16              THE COURT:  Good afternoon, sir.
17              THE PROSPECTIVE JUROR:  Good afternoon.
18              THE COURT:  Mr. Pollock?
19              THE PROSPECTIVE JUROR:  Yes.
20              THE COURT:  Good afternoon.  How are you?
21              THE PROSPECTIVE JUROR:  Well, and yourself?
22              THE COURT:  All right.  Thank you.  So you can be with
23   us if we need you; is that right?
24              THE PROSPECTIVE JUROR:  Yes, sir.
25              THE COURT:  All right.  Well, thank you so much.
```

```
 1                  And, Mr. Fisher, how are you?

 2             THE PROSPECTIVE JUROR:  Good afternoon, your Honor.

 3             THE COURT:  So you have some issues with taking care

 4   of your family; is that correct?

 5             THE PROSPECTIVE JUROR:  Yes.  The biggest issue is

 6   really the transportation.  I work 100 percent remotely from

 7   home, and my wife is the one that actually goes in office.  So

 8   I actually have the car today, and she's Ubered.  So it's just

 9   managing transportation.

10             THE COURT:  Okay.  You live in?

11             THE PROSPECTIVE JUROR:  Lake Worth, Florida.

12             THE COURT:  You live in Lake Worth.

13             THE PROSPECTIVE JUROR:  Correct.

14             THE COURT:  With the -- are you going to get

15   compensated from your position?

16             THE PROSPECTIVE JUROR:  Yes.

17             THE COURT:  Okay.  So you are going to work and still

18   get paid, then you are going to get some money from us.  Could

19   you use that to pay for your Uber back and forth?  What is it,

20   $50, $55.

21             THE DEPUTY CLERK:  Yes, plus mileage.

22             THE COURT:  Since you are going to get compensated

23   from work, can you use your $50 to take Uber back and forth?

24             THE PROSPECTIVE JUROR:  I love an advance, but yes,

25   yes.
```

```
 1              THE COURT:  You would be able to do that, if need be.

 2              THE PROSPECTIVE JUROR:  We can make it work.

 3              THE COURT:  Okay.  Thank you, sir.  I appreciate your

 4    cooperating.

 5              All right.  Ms. Davis, good afternoon.  How are you?

 6              THE PROSPECTIVE JUROR:  Good afternoon.

 7              THE COURT:  You are indicating that if you don't work,

 8    you don't get paid.

 9              THE PROSPECTIVE JUROR:  I don't eat.

10              THE COURT:  Okay.  All right.  And do you do your work

11    during the day or in the evenings?

12              THE PROSPECTIVE JUROR:  I do work in the daytime.  I'm

13    a housekeeper at a motel, and unfortunately I'm not well paid

14    and bills go on.  I would love to serve as a juror.

15              THE COURT:  But it's not like you work in the evening

16    doing your housekeeping.

17              THE PROSPECTIVE JUROR:  No, no.

18              THE COURT:  Okay.  All right.

19              THE PROSPECTIVE JUROR:  I probably get off around

20    about 4:30 p.m. or 5:00, you know.  That's all day from

21    8:00 o'clock to that time.

22              THE COURT:  All right.  Thank you, ma'am.

23              THE PROSPECTIVE JUROR:  Thank you.

24              THE COURT:  And Mr. Homedia.

25              THE PROSPECTIVE JUROR:  Yes, Judge.
```

```
 1              THE COURT:  Did I say that correctly?  Good afternoon.
 2    All right.  So you are a project manager.
 3              THE PROSPECTIVE JUROR:  Yes, sir.
 4              THE COURT:  For a -- is that a construction company?
 5              THE PROSPECTIVE JUROR:  Yes, sir.
 6              THE COURT:  Okay.
 7              THE PROSPECTIVE JUROR:  Underground utility
 8    contractors.
 9              THE COURT:  I'm sorry.  Say that again.
10              THE PROSPECTIVE JUROR:  Underground utility
11    contractors.
12              THE COURT:  Okay.  And is there anyone else that could
13    take over and manage whatever jobs you are working on for a few
14    weeks?
15              THE PROSPECTIVE JUROR:  I am sure we can train them.
16    I mean, I can pass all that information, but, you know, every
17    job is different, and me handling multiple jobs and giving
18    them -- I need to give them ample time to understand what's
19    going on and, you know, how the project needs to go.  And on
20    top of that, like early June, I have a planned vacation as
21    well.
22              THE COURT:  Where is that?
23              THE PROSPECTIVE JUROR:  Home.
24              THE COURT:  Home.
25              THE PROSPECTIVE JUROR:  Philippines.
```

```
1               THE COURT:  Philippines?  Okay.

2               THE PROSPECTIVE JUROR:  Yes, sir.

3               THE COURT:  Have you already bought the tickets for

4    that?

5               THE PROSPECTIVE JUROR:  Yes, sir.

6               THE COURT:  Okay.  All right.  But you would get

7    compensated if you are on the jury?

8               THE PROSPECTIVE JUROR:  I don't know about six weeks,

9    but I think like two weeks or something like that.

10              THE COURT:  Okay.  All right.  Thank you, sir.

11              Good afternoon.  Is it Ms. Leite?

12              THE PROSPECTIVE JUROR:  Leite.

13              THE COURT:  Leite.  I'm sorry.  Good afternoon.  You

14   are able to be with us?

15              THE PROSPECTIVE JUROR:  Yes.

16              THE COURT:  Okay.  Thank you so much.

17              Ms. -- we need to go down to the other end of the

18   aisle there.  Ms. Haliburton?

19              THE PROSPECTIVE JUROR:  Hello.

20              THE COURT:  Good afternoon.

21              THE PROSPECTIVE JUROR:  Good afternoon.

22              THE COURT:  You work early hours, have three children,

23   and no help.  You have to -- if you don't work, you don't get

24   paid.  Is that pretty much it?

25              THE PROSPECTIVE JUROR:  Basically.  I work like
```

```
1    4:00 o'clock in the morning.  I get off like no later than like

2    9:30 a.m.

3               THE COURT:  I'm sorry?

4               THE PROSPECTIVE JUROR:  I get off no later than

5    9:30 a.m.  I work early.  I don't know what time you guys

6    start.

7               THE COURT:  Well, we generally start at 9:00 and work

8    until 5:00.

9               THE PROSPECTIVE JUROR:  Oh.  I can do that.

10              THE COURT:  You can do that?

11              THE PROSPECTIVE JUROR:  Uh-huh.

12              THE COURT:  Yes?

13              THE PROSPECTIVE JUROR:  Yes.

14              THE COURT:  Okay.  Now, what I need to know, though,

15   is if you are working like from 4:00 in the morning until 8:00

16   in the morning, are you going to be able to be alert for the

17   rest of the day?

18              THE PROSPECTIVE JUROR:  Oh, yeah.  I have three kids.

19   I have to be alert.  I be sleeping, I be alert.

20              THE COURT:  I'm sorry?

21              THE PROSPECTIVE JUROR:  I be sleeping, I be alert.

22              THE COURT:  Well, you mentioned the three children.

23   They will be taken care of?

24              THE PROSPECTIVE JUROR:  Yes.  I have help on that end.

25   It's just I am the only one that's really like taking care of
```

```
 1    them financially, so that's why I just -- but other than that,

 2    yeah, they are fine.

 3              THE COURT:  All right.  So if we started at 9:00 in

 4    the morning, you can be here and be alert until 5:00.

 5              THE PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Yes.  Okay.  We will take your word for

 7    it.

 8              THE PROSPECTIVE JUROR:  Thank you.

 9              THE COURT:  Thank you.

10              All right.  Mr. -- is it Gorga?

11              THE PROSPECTIVE JUROR:  Yes, your Honor.

12              THE COURT:  Good afternoon.

13              THE PROSPECTIVE JUROR:  Good afternoon.

14              THE COURT:  How are you?

15              THE PROSPECTIVE JUROR:  I am well, thank you.

16              THE COURT:  Good.  So you are leaving on a trip to

17    Europe for the month of May.  Is that pretty much it?

18              THE PROSPECTIVE JUROR:  In a nutshell.  I'm also

19    seasonal and I'm actually leaving at the end of the month to go

20    up to New Jersey to bring our stuff up, and then a couple of

21    days later, we are headed on a vacation to Europe.

22              THE COURT:  But you've already got your tickets for

23    Europe paid for?

24              THE PROSPECTIVE JUROR:  Yes.  It's a pretty extensive

25    trip, so it was planned and paid for probably six or
```

```
 1   eight months ago.

 2              THE COURT:  Okay.  All right, sir.  Thank you.

 3              THE PROSPECTIVE JUROR:  Thank you.

 4              THE COURT:  Ms. Shillingford.

 5              THE PROSPECTIVE JUROR:  Correct.

 6              THE COURT:  Did I say that correctly?

 7              THE PROSPECTIVE JUROR:  Yes.  That is correct.

 8              THE COURT:  Good afternoon.

 9              THE PROSPECTIVE JUROR:  Good afternoon.

10              THE COURT:  Now, when I looked at your questionnaire

11   earlier, you said that you wouldn't have a problem being with

12   us, but then I was told that maybe you changed your mind about

13   that.

14              THE PROSPECTIVE JUROR:  Well, it's because I am not

15   really feeling well today.  And so I don't know how long that's

16   going to last.  But when would the trial start actually?

17              THE COURT:  When will it start?

18              THE PROSPECTIVE JUROR:  Yes.

19              THE COURT:  As soon as we get a jury picked, we're

20   going to start the trial.  Realistically -- I'm telling you

21   realistically -- it probably won't start until Monday.  But we

22   would probably -- and I am just speculating here at this point,

23   based upon what I seen from the questionnaires and the amount

24   of people that we might have to excuse for hardship, you might

25   have to come back on Friday for further questioning.  Probably
```

1    not tomorrow, but Friday.  And then hopefully on Friday, we

2    will have enough people to pick a jury, and then we would start

3    the trial on Monday.  That's what I foresee.  But I can't say

4    for sure that's how it's going to work out.

5                THE PROSPECTIVE JUROR:  Okay.

6                THE COURT:  So if you don't have to be here tomorrow,

7    and maybe Friday, do you think you'd be feeling well enough to

8    be able to come back?

9                THE PROSPECTIVE JUROR:  I think I should be okay.

10               THE COURT:  Okay.  And otherwise you are able to

11   serve?

12               THE PROSPECTIVE JUROR:  Yes, your Honor.

13               THE COURT:  Okay.  All right.  Thank you.

14               THE PROSPECTIVE JUROR:  Thank you.

15               THE COURT:  Good afternoon, Mr. Wieczorek.

16               THE PROSPECTIVE JUROR:  Wieczorek, yes.

17               THE COURT:  Wieczorek.

18               Good afternoon.  How are you?

19               THE PROSPECTIVE JUROR:  I am well.

20               THE COURT:  All right.  I see you have a very

21   difficult family situation to currently deal with.

22               THE PROSPECTIVE JUROR:  Yes, I do.

23               THE COURT:  And you would think that within six weeks

24   you might have to go to Michigan?

25               THE PROSPECTIVE JUROR:  Most likely, yes.  I will know

```
 1   more tomorrow, when my dad's has got a doctor's appointment.
 2              THE COURT:  Okay.
 3              THE PROSPECTIVE JUROR:  And he is sleeping all the
 4   time now.
 5              THE COURT:  I'm sorry?
 6              THE PROSPECTIVE JUROR:  He is now sleeping all the
 7   time.
 8              THE COURT:  Yeah.  Is he here in Florida, or is he in
 9   Michigan?
10              THE PROSPECTIVE JUROR:  No, he is in Michigan.
11              THE COURT:  Michigan, okay.  And this may be a
12   difficult question to ask, but if tomorrow you find out that
13   his health is going to be good enough for the next six weeks or
14   next couple of months, would you be able to concentrate on this
15   case, or are you going to be distracted by your father's health
16   situation?
17              THE PROSPECTIVE JUROR:  Probably distracted, because I
18   am working on funeral arrangements and getting all of that
19   stuff set up.  So...
20              THE COURT:  Okay.  Thank you, sir.  Sorry for your
21   situation.
22              THE PROSPECTIVE JUROR:  Thank you.
23              THE COURT:  Good afternoon, Ms. Christensen.
24              THE PROSPECTIVE JUROR:  Yes.  Hello.
25              THE COURT:  All right.  So when you say you are the
```

1    primary employer, what does that mean, the primary employer?

2            THE PROSPECTIVE JUROR:  So I co-own and run a graphic

3    design studio here in West Palm Beach.  We are a very small

4    team of six people.  I handle all the project management,

5    client communications, financial everything.  I pretty much

6    wear the majority of the hats within the business, and I

7    oversee our whole team of junior designers and interns.

8            THE COURT:  Okay.  And so no one else can take on

9    those responsibilities?

10           THE PROSPECTIVE JUROR:  No.  The founder and co-owner

11   currently only is able to work part-time, three days a week.  I

12   am full-time, five days a week.  And she just cannot handle

13   those responsibilities because she's also a teacher at Palm

14   Beach State College and has her own children.

15           THE COURT:  All right.  Thank you.

16           Ms. Pierre.  Good afternoon.

17           THE PROSPECTIVE JUROR:  Good afternoon, your Honor.

18           THE COURT:  So you are planning on leaving us.

19           THE PROSPECTIVE JUROR:  Yes.  My husband just got

20   accepted at a fellowship program in Rochester, New York.  He is

21   a nurse practitioner, so I have to relocate my whole family up

22   there.  I am also a nurse.  So I have to get a new job up

23   there, and I have two little kids.  So...

24           THE COURT:  When is the planned move?

25           THE PROSPECTIVE JUROR:  He is starting his job in

1    September, but I have -- we have to move like in August.

2    Actually, we are going to take a trip at the end of this month,

3    in May, once school is closed, so we can start looking for

4    school for our kids and housing as well.  And we are planning

5    to set and pack our stuff and leave in the beginning of August.

6              THE COURT:  All right.  Well, certainly if we are

7    still here in August, we are all going to be in trouble.  So if

8    the planned move is not until August, and if you are not

9    planning on going out of state until the end of May -- what was

10   it you said you were going to do at the end of May.

11             THE PROSPECTIVE JUROR:  We are going up there to find

12   a house and look for a job for me up there in May; May 26th,

13   that's when we are leaving.

14             THE COURT:  All right.  So you already have tickets --

15             THE PROSPECTIVE JUROR:  Yes.

16             THE COURT:  -- to leave on May 26th?

17             THE PROSPECTIVE JUROR:  Yes.  We paid for our flight.

18   He's already accepted the program, the fellowship for a year up

19   there.

20             THE COURT:  And when you go up in May, the end of May,

21   how long are you planning on being gone?

22             THE PROSPECTIVE JUROR:  We are going to be gone for

23   five days.

24             THE COURT:  Five days.

25             THE PROSPECTIVE JUROR:  Yes.

```
 1              THE COURT:  Okay.  All right.  Thank you, ma'am.

 2              THE PROSPECTIVE JUROR:  You're welcome.

 3              THE COURT:  Ms. Kerr.

 4              THE PROSPECTIVE JUROR:  Yes.

 5              THE COURT:  Good afternoon.

 6              THE PROSPECTIVE JUROR:  Good afternoon.

 7              THE COURT:  How are you doing?

 8              THE PROSPECTIVE JUROR:  Pretty good.  How are you?

 9              THE COURT:  Fine, thank you.  So it seems like you can

10   be with us if we need you; is that right?

11              THE PROSPECTIVE JUROR:  I can.

12              THE COURT:  All right.  Well, thank you so much.

13              THE PROSPECTIVE JUROR:  Thank you.

14              THE COURT:  Ms. Mathis.

15              THE PROSPECTIVE JUROR:  Yes, your Honor.

16              THE COURT:  How are you?

17              THE PROSPECTIVE JUROR:  Good.  How are you?

18              THE COURT:  I'm fine, thank you.

19         Now, you are married to Jack Goldberger.

20              THE PROSPECTIVE JUROR:  Yes, I am.

21              THE COURT:  Okay.  And do you know Mr. Green?

22              THE PROSPECTIVE JUROR:  Yes.  Well, from years ago,

23   and --

24              THE COURT:  Can you hold that microphone up a little

25   closer?
```

1           THE PROSPECTIVE JUROR:  I know him from years ago, and

2     also my husband has had cases against Jack Scarola.

3           THE COURT:  Okay.  And would the fact that you know

4     Mr. Green and Mr. Goldberger has had cases against Mr. Scarola,

5     would that cause you any issues, in terms of your ability to be

6     fair and impartial in this case?

7           THE PROSPECTIVE JUROR:  I think the problem is that I

8     have been married for 40 years to him and have heard many

9     stories how evidence has been withheld and different issues.  I

10    do not think I could make a fair decision.

11          THE COURT:  Well, your decision is going to be based

12    on what the evidence is presented in the case.  So you are not

13    going to know whether evidence was -- what may happen to any

14    other evidence that might exist or have existed.  You are going

15    to only know --

16          THE PROSPECTIVE JUROR:  I will be second-guessing that

17    I would be able to hear the whole story.

18          AUDIENCE SPEAKER:  Mistrial.

19          THE COURT:  All right.  So you don't think you could

20    be fair because you have been married to a criminal defense

21    lawyer for 40 years, and you have heard lots of stories about

22    cases and you think you are going to speculate to how that

23    might apply in this case?

24          THE PROSPECTIVE JUROR:  Correct.

25          THE COURT:  Without knowing how this case was

```
 1    presented or prepared, you are just going to be thinking that

 2    they are hiding, somebody is hiding something from us?

 3                 THE PROSPECTIVE JUROR:  Correct.

 4                 THE COURT:  Okay.  All right.  Well, thank you.

 5                 This gentleman in the first row, here.  Mr. -- is it

 6    Khalaf?

 7                 THE PROSPECTIVE JUROR:  Yes, sir.

 8                 THE COURT:  Good afternoon, sir.  So your problem is

 9    you just will not be able to pay your bills, and you won't get

10    compensated if you are with us for six weeks.  Is that pretty

11    much it?

12                 THE PROSPECTIVE JUROR:  That's correct.

13                 THE COURT:  Okay.  And if you don't work, you don't

14    get paid.

15                 THE PROSPECTIVE JUROR:  Well, I am sure the company is

16    going to wind up paying for at least two weeks, as far as I am

17    aware, but six weeks, I seriously doubt it.

18                 THE COURT:  Okay.  And you couldn't afford to go

19    without a month's pay?

20                 THE PROSPECTIVE JUROR:  No, sir.

21                 THE COURT:  Okay.  Thank you.

22                 Ms. Arano?

23                 THE PROSPECTIVE JUROR:  Yes, your Honor.

24                 THE COURT:  Good afternoon.

25                 THE PROSPECTIVE JUROR:  Hello.
```

```
 1                 THE COURT:  So you are a nurse -- no, I'm sorry, a
 2    dental hygienist.
 3                 THE PROSPECTIVE JUROR:  Correct.
 4                 THE COURT:  Obviously, as you indicate, your patients
 5    require your physical presence if you are going to provide
 6    dental hygiene.
 7                 THE PROSPECTIVE JUROR:  I'm the only dental hygienist
 8    in the office, so I'm the only one certified to do my job.
 9                 THE COURT:  So the dentist for whom you work couldn't
10    possibly get somebody in on a temporary basis?
11                 THE PROSPECTIVE JUROR:  That means I lose my job.
12                 THE COURT:  I'm sorry?
13                 THE PROSPECTIVE JUROR:  That means I might not have a
14    job when I go back.
15                 THE COURT:  Okay.  Are you a full-time employee of
16    that dentist?
17                 THE PROSPECTIVE JUROR:  Correct, yes.
18                 THE COURT:  Okay.  Well, I am just mentioning this.
19    It's against the law to terminate someone from employment
20    because they are on jury duty.  So that's -- that would be a
21    violation of the law for your employer to terminate you because
22    you are serving on jury duty.  So...
23                 THE PROSPECTIVE JUROR:  That would be good for me, I
24    guess.
25                 THE COURT:  What was that?
```

```
 1              THE PROSPECTIVE JUROR:  That would probably be good

 2    for me.

 3              THE COURT:  Okay.  So assuming that's the case, that

 4    he can't terminate you because you are serving on a jury, would

 5    you be getting compensated if you are?

 6              THE PROSPECTIVE JUROR:  Not at all, no.

 7              THE COURT:  Not at all.

 8              Would you be able to afford to go without six weeks of

 9    compensation?

10              THE PROSPECTIVE JUROR:  No, not six weeks.  That would

11    be too much for me.

12              THE COURT:  Okay.  Thank you.

13              THE PROSPECTIVE JUROR:  You're welcome.

14              THE COURT:  Ms. Prendergast.

15              THE PROSPECTIVE JUROR:  Yes.

16              THE COURT:  Good afternoon.

17              THE PROSPECTIVE JUROR:  Good afternoon.

18              THE COURT:  So you are having some health issues with

19    your mother; is that correct?

20              THE PROSPECTIVE JUROR:  Yes.  She was in the hospital

21    for three months.  She just came out about a week now.  So my

22    dad is at home with her currently, but we take turns with her.

23    And also my father has to do radiation therapy, which he put

24    off when she went into the hospital in February.

25              THE COURT:  So you said you are self-employed --
```

1           THE PROSPECTIVE JUROR:  Yes.

2           THE COURT:  -- as a graphic designer.

3           THE PROSPECTIVE JUROR:  Correct.

4           THE COURT:  Do you do your work from home?

5           THE PROSPECTIVE JUROR:  Yes.

6           THE COURT:  And if you are here with us, would you be

7    able to perform your job responsibilities?

8           THE PROSPECTIVE JUROR:  Not really.

9           THE COURT:  Can you do them after hours?  After normal

10   hours, can you do your work?

11          THE PROSPECTIVE JUROR:  No.  Because sometimes I help

12   with advertisements where we go and film the ads that goes on

13   TV.  So no.

14          THE COURT:  Is there anyone who can pick up your son

15   other than yourself?

16          THE PROSPECTIVE JUROR:  No, because my husband works

17   during the day for Costco.

18          THE COURT:  All right.  Thank you.

19          Mr. Hart, good afternoon.

20          THE PROSPECTIVE JUROR:  Good afternoon.

21          THE COURT:  So you work for Discount Tire, and are you

22   a manager there?

23          THE PROSPECTIVE JUROR:  Yes, sir.

24          THE COURT:  All right.  Are you the manager of the

25   whole facility?

```
1              THE PROSPECTIVE JUROR:  Yes, sir.

2              THE COURT:  Okay.  Will you get compensated if you are

3    on jury duty?

4              THE PROSPECTIVE JUROR:  I am pretty confident, yes.

5              THE COURT:  Okay.  So isn't there -- don't you have a

6    couple of assistants that can help take care of your

7    scheduling?

8              THE PROSPECTIVE JUROR:  Yeah, but I am pretty sure I

9    am replaceable.  So...

10             THE COURT:  Well, I wouldn't --

11             THE PROSPECTIVE JUROR:  I trained them well.

12             THE COURT:  I wouldn't make it that easy to get rid of

13   you.  But if you are going to get paid and if there's somebody

14   else that can take over your responsibilities, can you be with

15   us if we need you?

16             THE PROSPECTIVE JUROR:  It could happen, yes.

17             THE COURT:  Thank you so much, sir.

18             THE PROSPECTIVE JUROR:  You're welcome.  Thank you.

19             THE COURT:  All right.  Mr. -- is it Mauro?

20             THE PROSPECTIVE JUROR:  Mauro.

21             THE COURT:  Mauro.  I'm sorry, I apologize.

22             So you are able to be with us?

23             THE PROSPECTIVE JUROR:  Yes.

24             THE COURT:  Okay.  Thank you, sir.  Appreciate it.

25             Mr. -- is it DiMarzio?
```

1              THE PROSPECTIVE JUROR:  Yes, sir.

2              THE COURT:  Good afternoon.

3              THE PROSPECTIVE JUROR:  Good afternoon, Judge.

4              THE COURT:  All right.  So you are graduating from

5    college next month.  Congratulations.

6              THE PROSPECTIVE JUROR:  Yes, sir.  Thank you.

7              THE COURT:  A couple of weeks.  Where are you a

8    student now?

9              THE PROSPECTIVE JUROR:  FAU, right in Boca.

10             THE COURT:  Okay.  Well, congratulations.

11             THE PROSPECTIVE JUROR:  Thank you.

12             THE COURT:  And what are you going to be doing after

13   you graduate?

14             THE PROSPECTIVE JUROR:  So I am going to be starting a

15   new role at a company called Weatherby Healthcare.  I am going

16   to be a physician recruiter, and I am flying out to Utah on

17   May 13th to train for about four to six weeks.

18             THE COURT:  Okay.  Is it possible to put that training

19   off for a few weeks?

20             THE PROSPECTIVE JUROR:  It is not, sir.  It's already

21   booked and paid for.

22             THE COURT:  Okay.  All right.  Thank you, sir.

23             THE PROSPECTIVE JUROR:  Yep.

24             THE COURT:  Mr. Braun.

25             THE PROSPECTIVE JUROR:  Yes.

```
1            THE COURT:  Good afternoon.

2            THE PROSPECTIVE JUROR:  Good afternoon.

3            THE COURT:  All right.  So you are in the same

4   situation as some of the other individuals.  You won't get

5   compensated if you are not -- if you are here with us rather

6   than working.

7            THE PROSPECTIVE JUROR:  That's correct.  I am the

8   owner of a small business.  I'm the sole employee.  So I won't

9   get paid if I'm not -- if I'm not working.

10           THE COURT:  All right.  Since you are the sole

11  employee, is it possible to do this property assessment

12  reports -- is it possible to do it after hours on weekends?

13           THE PROSPECTIVE JUROR:  Some of the things I could do

14  during weekends.  Others, I have commitments for various

15  clients.

16           THE COURT:  And when are those commitments?

17           THE PROSPECTIVE JUROR:  There is a two-day stint in

18  early May for one client, and then there is another single day,

19  daytime commitment later on in that same week.

20           THE COURT:  Are these things that can be rescheduled?

21           THE PROSPECTIVE JUROR:  Not easily.  I am a seasonal

22  resident, and I have got a bunch of things lined up before I

23  head north later in May.  So I am trying to get these things

24  done before I go.

25           THE COURT:  Okay.  But if you are able to get them
```

```
 1    done on other than normal working business hours, you wouldn't
 2    lose compensation then; is that correct?
 3              THE PROSPECTIVE JUROR:  That's correct.
 4              THE COURT:  Okay.  All right.  Thank you, sir.
 5              Is it Mr. Mangel?
 6              THE PROSPECTIVE JUROR:  Mangel.
 7              THE COURT:  Mangel.
 8              Good afternoon.
 9              THE PROSPECTIVE JUROR:  Good afternoon.
10              THE COURT:  All right.  So you would not get paid if
11    you are with us?
12              THE PROSPECTIVE JUROR:  No.
13              THE COURT:  And could you afford to go with us without
14    compensation for six weeks?
15              THE PROSPECTIVE JUROR:  No, I cannot.  I am single
16    income, and I also help my sister.  She has two young children
17    and one with needs, autism and on the spectrum.  So I help her
18    out on a weekly basis when she takes the other twin brother,
19    son, to go to counseling and -- what do you call it? -- speech
20    therapy and stuff like that.  So I help her out because she is
21    also a single mom, and her boyfriend at that time passed away.
22    So I try to do as much as I can to help her.
23              THE COURT:  All right.  But the bottom line is you are
24    not going to get paid.
25              THE PROSPECTIVE JUROR:  I am not going to get paid,
```

```
 1  and I pay rent and my car.  I am a single income.

 2              THE COURT:  Okay.  Thank you, sir.

 3              THE PROSPECTIVE JUROR:  Thank you.

 4              THE COURT:  All right.  If we could go over to the end

 5  of the aisle in the next row there.  Mr. Slinskey.

 6              THE PROSPECTIVE JUROR:  Good afternoon, your Honor.

 7              THE COURT:  Good afternoon, sir.  How are you?

 8              THE PROSPECTIVE JUROR:  Good, thank you.  How are you?

 9              THE COURT:  Good, thank you.

10         By any chance, do you know Mr. Green?

11              THE PROSPECTIVE JUROR:  I do know Mr. Green, yes.

12              THE COURT:  Okay.  And he represented you at one

13  point?

14              THE PROSPECTIVE JUROR:  On a couple of things, yes.

15              THE COURT:  Okay.  So knowing Mr. Green is one of the

16  lawyers in this case, do you think you would kind of favor his

17  side of the case if you are on the jury?

18              THE PROSPECTIVE JUROR:  No.  I would still be fair.

19              THE COURT:  You can be fair even though Mr. Green has

20  represented you?

21              THE PROSPECTIVE JUROR:  Yes.

22              THE COURT:  Okay.  But you say that you are unable to

23  be with us because you take care of your mother and you work.

24  Would you be able to -- would you get compensated if you are

25  working -- if you are with us for six weeks?
```

```
 1              THE PROSPECTIVE JUROR:  I don't know if it would be

 2     for the whole six weeks.  It would probably be more of a

 3     hardship for the company than me.  It's a lot of work and I am

 4     on call.  And my mother broke her hip around Christmas, so it's

 5     a long -- she is 91.  So a hard recovery.  I am the primary

 6     caregiver.

 7              THE COURT:  Okay.  But when you go to work, who is

 8     taking care of your mother?

 9              THE PROSPECTIVE JUROR:  I take care of her before I go

10     to work and when I come back.

11              THE COURT:  Okay.

12              THE PROSPECTIVE JUROR:  Then during the day, I stop

13     by.

14              THE COURT:  So if you were here, would you take care

15     of her before you came here and after you got back from here

16     or...?

17              THE PROSPECTIVE JUROR:  Yes, sir.

18              THE COURT:  Okay.  So would you need to go during the

19     middle of the day to check up on her?

20              THE PROSPECTIVE JUROR:  No, sir.

21              THE COURT:  Okay.  So you will get compensated for

22     some of your time.

23              THE PROSPECTIVE JUROR:  Yes.  For some of it, yes.

24              THE COURT:  And if you don't -- for the portion that

25     you may not get compensated, that would not be a hardship for
```

```
1    you?

2              THE PROSPECTIVE JUROR:  I would have to make it work.

3              THE COURT:  So you can make it work if you needed to?

4              THE PROSPECTIVE JUROR:  Yes, sir.

5              THE COURT:  Okay.  Thank you.

6              THE PROSPECTIVE JUROR:  Yes, sir.

7              THE COURT:  Ms. Brown, good afternoon.

8              THE PROSPECTIVE JUROR:  Good afternoon, your Honor.

9              THE COURT:  How are you?

10             THE PROSPECTIVE JUROR:  Well, thank you.

11             THE COURT:  Good.  All right.  Let me see what you had

12   to say.  So in terms of your work, would you get compensated if

13   you are here?

14             THE PROSPECTIVE JUROR:  I don't know for the full

15   six weeks.  I don't even know about two weeks.

16             THE COURT:  Okay.  And if you don't get compensated,

17   how would that affect you personally?

18             THE PROSPECTIVE JUROR:  Very bad.  I'm a single mom as

19   well, with two kids.

20             THE COURT:  So you would -- it would be a hardship

21   financially for you?

22             THE PROSPECTIVE JUROR:  Yes.  And I just moved, so I

23   am trying to save to move -- to re-move.

24             THE COURT:  Okay.  All right.  Thank you.

25             THE PROSPECTIVE JUROR:  Thank you.  Can I just say
```

```
 1    more so to my children.

 2              THE COURT:  I'm sorry.  I'm sorry.  I'm having trouble

 3    hearing you.

 4              THE PROSPECTIVE JUROR:  The hardship is more so with

 5    my children.  It's both of them -- financial -- but mostly with

 6    my children, because for my youngest, I have to pick her up

 7    from school.

 8              THE COURT:  And what time does she have to be picked

 9    up?

10              THE PROSPECTIVE JUROR:  They get out at 2:30, and she

11    doesn't have aftercare yet.

12              THE COURT:  All right.  So who -- who is picking up

13    the children when you are working?

14              THE PROSPECTIVE JUROR:  I pick my daughter up.  I take

15    my lunch at 2:00, and then I go to her school and I pick her up

16    and she comes back to work with me for the rest of the day.

17              THE COURT:  Oh.  So you have your child with you from

18    after school to the end of your workday.

19              THE PROSPECTIVE JUROR:  Correct.  And then I go and

20    get my other daughter.  But she is in aftercare until 5:45 p.m.

21    So...

22              THE COURT:  Okay.  So is there anyone else that could

23    watch your daughter who gets picked up at 2:30 for a few weeks?

24              THE PROSPECTIVE JUROR:  Watching wouldn't be the

25    issue.  Picking up is the issue.  There is nobody that can do
```

```
 1  that.
 2            THE COURT:  Okay.  All right.  Thank you, ma'am.
 3            All right.  Mr. McIntosh, good afternoon.
 4            THE PROSPECTIVE JUROR:  Good afternoon, sir.
 5            THE COURT:  You can be with us?
 6            THE PROSPECTIVE JUROR:  The only question I have, sir,
 7  is through the state.  I would have to contact HR.  I don't
 8  know if they cover pay if I am on jury duty or if there is a
 9  limit that they will pay.
10            THE COURT:  My understanding is that state employees
11  get compensated for jury duty for however long it is.  That's
12  my understanding, and I don't want to tell you that's for a
13  fact, but I believe you would get paid for the entire time now.
14  So at this point, assuming you get paid, and you can check
15  between now and Friday to verify that, if I am wrong.  But
16  assuming you get paid, can you be with us?
17            THE PROSPECTIVE JUROR:  I will be fine, sir.
18            THE COURT:  Okay.  All right.  Thank you.  Would you
19  check today or tomorrow.  If we call you back here on Friday,
20  would you double-check and verify that I was correct about
21  that?
22            THE PROSPECTIVE JUROR:  Will do, sir.
23            THE COURT:  Thank you.
24            Mr. Biscardi, good afternoon.
25            THE PROSPECTIVE JUROR:  Good afternoon, your Honor.
```

```
 1              THE COURT:  All right.  So you have a medical

 2    condition that would prevent from you being with us?

 3              THE PROSPECTIVE JUROR:  For six weeks, I think it

 4    would be a bit long for me to manage that.

 5              THE COURT:  Okay.  I don't want to get too personal.

 6    But is there some type of medication that you might be able to

 7    take that would deal with the issue for however long we need

 8    you?

 9              THE PROSPECTIVE JUROR:  I don't really trust it for

10    six weeks.

11              THE COURT:  Okay.  When does your summer session start

12    for school?

13              THE PROSPECTIVE JUROR:  I believe May 4th.

14              THE COURT:  May 4th.  Okay.  And where are you

15    attending school now?

16              THE PROSPECTIVE JUROR:  Florida Atlantic.

17              THE COURT:  And if you -- is it possible to arrange

18    your classes so that you can make up time if you miss the early

19    part of the semester.

20              THE PROSPECTIVE JUROR:  I will probably just ask for a

21    deferral, so I can probably work around that.  But it's mostly

22    the health issue that's a concern.

23              THE COURT:  Okay.  All right.  Thank you, sir.

24              THE PROSPECTIVE JUROR:  Thank you.

25              THE COURT:  All right.  Ms. -- is it...?
```

```
 1              THE PROSPECTIVE JUROR:  Bates.

 2              THE COURT:  Okay.  Bates is your last name.

 3              THE PROSPECTIVE JUROR:  Yes.

 4              THE COURT:  Okay.  I wasn't sure.  Good afternoon.

 5    How are you?

 6              THE PROSPECTIVE JUROR:  I'm okay.  And yourself?

 7              THE COURT:  Good, thank you.

 8              All right.  So you work as an overnight nurse?

 9              THE PROSPECTIVE JUROR:  No.  Overnight supervisor.

10              THE COURT:  Supervisor.  I'm sorry.  Oh, you work at

11    Wawa.  Okay.  Do you know if you would get paid if you were on

12    jury duty?

13              THE PROSPECTIVE JUROR:  We don't get paid because

14    we're hourly.  I think only salary.

15              THE COURT:  I'm sorry, I am having trouble hearing.

16              THE PROSPECTIVE JUROR:  I'm sorry.  We don't get paid

17    because we're hourly.  Only think salary.

18              THE COURT:  Okay.  So you would not get paid if you

19    were here with us?

20              THE PROSPECTIVE JUROR:  No.

21              THE COURT:  Okay.  And you work the overnight shift.

22              THE PROSPECTIVE JUROR:  Yes, from 10:00 to 6:00 or

23    10:00 to 7:00.

24              THE COURT:  And unlike our friend over here who will

25    come over here at 9:00 o'clock, even though she was working, I
```

1    have -- you are going to be able to stay awake if you worked

2    overnight?

3           THE PROSPECTIVE JUROR:  No.  No, because I also have

4    custody of my granddaughter.  So she is not in school.  So that

5    was the best bet for me to start working overnight, like while

6    she's sleeping at night, and then I could be there during the

7    daytime.

8           THE COURT:  Okay.  So you don't sleep during the day?

9           THE PROSPECTIVE JUROR:  I sleep during the day.  When

10   she sleeps, I sleep.

11          THE COURT:  All right.  Thank you, ma'am.

12          THE PROSPECTIVE JUROR:  Okay.

13          THE COURT:  All right.  Mr. Griffon.

14          THE PROSPECTIVE JUROR:  Hi, how are you?

15          THE COURT:  Good.  How are you?

16          THE PROSPECTIVE JUROR:  Good, thanks.

17          THE COURT:  All right.  So you are a pilot, and you

18   are training on a new aircraft.

19          THE PROSPECTIVE JUROR:  Yes, that's correct.

20          THE COURT:  All right.  So is that training that can

21   be postponed or taken at a different point?

22          THE PROSPECTIVE JUROR:  I don't think so, because

23   there's like six of us that are starting right now.  So I don't

24   think they could just push back the whole class just for one

25   person.

```
 1              THE COURT:  Okay.  But would you be able to take it
 2     separately from the other group?
 3              THE PROSPECTIVE JUROR:  No.
 4              THE COURT:  You'd have to take it currently when it's
 5     scheduled?
 6              THE PROSPECTIVE JUROR:  Yeah, I am not really sure.
 7              THE COURT:  When is this new training starting?
 8              THE PROSPECTIVE JUROR:  I mean, it's already going on
 9     right now.  We just finished the, like, classroom training.
10     Then we were supposed to start the flight training on Monday,
11     but it got pushed back a little bit.  So six weeks -- I don't
12     know if they could push back six weeks of flight training just
13     for one person.
14              THE COURT:  Okay.  And if you don't complete this
15     training, how might it affect your job situation?
16              THE PROSPECTIVE JUROR:  I am not sure, but I don't
17     think it would be good.
18              THE COURT:  Okay.  All right.  Thank you, sir.
19              THE PROSPECTIVE JUROR:  Thank you.
20              THE COURT:  All right.  This is Ms. Iorio.
21              THE PROSPECTIVE JUROR:  Iorio, yes.
22              THE COURT:  Iorio.  I'm sorry.  I mispronounce that.
23              You can be with us?
24              THE PROSPECTIVE JUROR:  Well, that was when it was
25     two weeks, I originally thought.  I don't know about six weeks.
```

```
1   I won't get paid for six weeks.
2            THE COURT:  When you filled this out, you didn't
3   realize we were talking about six weeks?
4            THE PROSPECTIVE JUROR:  Right.
5            THE COURT:  You remembered when I came down there and
6   I said six weeks and everybody went -- they had a heart attack.
7   You don't remember that?  Okay.  I'm sorry, but I am not trying
8   to be funny, but...
9            THE PROSPECTIVE JUROR:  No, it's okay.  I didn't
10  realize; and I told my boss on the little lunch break, and he
11  kind of freaked out, and he said I would not get paid for those
12  six weeks.
13           THE COURT:  He told you, you would not?
14           THE PROSPECTIVE JUROR:  Right.
15           THE COURT:  Okay.  All right.  So would that be a
16  problem for you?
17           THE PROSPECTIVE JUROR:  Yeah, financially.
18           THE COURT:  Okay.  By any chance, do you have any
19  family members that are involved in any litigation?
20           THE PROSPECTIVE JUROR:  No.
21           THE COURT:  Okay.  All right.  Thank you.
22           Ms. Spencer, good afternoon.
23           THE PROSPECTIVE JUROR:  Good afternoon.
24           THE COURT:  How are you doing?
25           THE PROSPECTIVE JUROR:  I'm fine, and you?
```

1          THE COURT:  Good.  So it would be a financial hardship

2     for you?

3          THE PROSPECTIVE JUROR:  Yes.  I will not be -- I would

4     have to take a leave of absence because it's such an extended

5     period of time, and considering the fact that my husband was

6     also recently furloughed, that will be difficult for us if both

7     of us are not being compensated.

8          THE COURT:  All right.  Now, according to your

9     questionnaire, you work for the School District of Palm Beach

10    County, correct?

11         THE PROSPECTIVE JUROR:  I service the students.  I am

12    a speech and language pathologist, so I service students in the

13    school district.

14         THE COURT:  You serve what?

15         THE PROSPECTIVE JUROR:  I service them.  My patients

16    are my students are -- I work in the school district or like

17    for them.  The kids that I service are them.  I don't work in

18    like a private practice.  I service the kids in the schools.

19         THE COURT:  Right.  So are you an employee of the

20    school district, or are you a --

21         THE PROSPECTIVE JUROR:  Yes.

22         THE COURT:  I'm sorry?

23         THE PROSPECTIVE JUROR:  Yes.

24         THE COURT:  Yes.  All right.  So I always understood

25    that employees of Palm Beach County School District get paid if

```
 1   they are on jury duty.  That's my understanding.

 2             THE PROSPECTIVE JUROR:  I am not sure as far as...

 3             Because I am not a teacher, I am a therapist in the

 4   school.  So I am not sure as if they would compensate me and

 5   another therapist for six weeks, because they will have to

 6   contract another therapist to come in and service my students.

 7             THE COURT:  Okay.  Can you look into that?

 8             THE PROSPECTIVE JUROR:  I could.

 9             THE COURT:  Okay.  Let's assume you're compensated for

10   your entire six weeks that we need you, would you be able to

11   serve if you are being compensated?

12             THE PROSPECTIVE JUROR:  My daughter does graduate in

13   that time period.  She's graduating high school.  So I will not

14   be available on that particular day.

15             THE COURT:  Okay.  And what day is that?

16             THE PROSPECTIVE JUROR:  May 20th.

17             THE COURT:  Not May 17th?

18             THE PROSPECTIVE JUROR:  No.  May 20th is her

19   graduation.

20             THE COURT:  Okay.

21             THE PROSPECTIVE JUROR:  In between time, I mean, I do

22   most of the running around for my family.  So it will be

23   difficult, but you know.

24             THE COURT:  Let's assume, as with the gentleman who

25   might be an expert witness, and we might have to take a break
```

```
 1    for him, and let's assume we have to take a break for you to

 2    attend your daughter's graduation.

 3              THE PROSPECTIVE JUROR:  Uh-huh.

 4              THE COURT:  So let's assume you get paid, and let's

 5    assume we let you go to your daughter's graduation, will you be

 6    able to be with us?

 7              THE PROSPECTIVE JUROR:  I think so.

 8              THE COURT:  Okay.

 9              THE PROSPECTIVE JUROR:  I am not sure, but I think so.

10              THE COURT:  Well, what is it you are not sure about?

11    If you are going to get paid and you go to the graduation, what

12    are you not sure about?

13              THE PROSPECTIVE JUROR:  Because do I handle the

14    majority of the things for both of my daughters.  And so my

15    husband isn't always able to do a lot of the running around,

16    like a lot of the taking to practices, a lot of the scholarship

17    interviews that my oldest daughter have set up.  And so I am

18    the one that is responsible for those things.

19              THE COURT:  Okay.  And when you are working for the

20    school district, who is doing those things?

21              THE PROSPECTIVE JUROR:  Me.

22              THE COURT:  Okay.

23              THE PROSPECTIVE JUROR:  I have a little bit more

24    flexibility at my job than he does.

25              THE COURT:  All right.  Thank you.  Can you verify for
```

```
 1    us?
 2              THE PROSPECTIVE JUROR:  I will.  I will call my
 3    supervisor to -- well, when I leave -- and verify that.
 4              THE COURT:  Okay.  Thank you so much.
 5              Could you hand that over to the end of the aisle?
 6              Mr. Jeans, good afternoon, sir.
 7              THE PROSPECTIVE JUROR:  Hi, your Honor.
 8              THE COURT:  How are you?
 9              THE PROSPECTIVE JUROR:  Good.
10              THE COURT:  All right.  So you also have a training
11    event for work.  And you are leaving next week for how long?
12              THE PROSPECTIVE JUROR:  Yes, sir.  It's the 6th
13    through the 9th.
14              THE COURT:  And what type of training are you going to
15    be undertaking?
16              THE PROSPECTIVE JUROR:  It's basically the launch of a
17    partnership with my firm and another firm.  And it's -- we are
18    getting introduced to a lot of our business partners who are
19    going to be potentially referring clients to us.
20              THE COURT:  And is that something that you can put off
21    for a few weeks?
22              THE PROSPECTIVE JUROR:  No, sir.
23              THE COURT:  No.
24              Would you be getting compensated if you are on the
25    jury for however long?
```

```
 1              THE PROSPECTIVE JUROR:  Yes, your Honor.

 2              THE COURT:  So the only issue you have is with this

 3    going to training next week.  For three days, is it?

 4              THE PROSPECTIVE JUROR:  Correct.

 5              THE COURT:  And it's not something that you can do at

 6    another time?

 7              THE PROSPECTIVE JUROR:  No, your Honor.  It's

 8    essentially they are bringing all the advisers together to meet

 9    with management of the other firm.  So it's a good opportunity

10    to meet them face-to-face and then potentially kind of lay the

11    groundwork for future business.

12              THE COURT:  Okay.  And I'm sorry.  What days was that

13    again?

14              THE PROSPECTIVE JUROR:  It's the 6th through the 9th,

15    so leaving Monday and then flying back on Thursday.  And then

16    it's my son's birthday on that Friday, but that's -- I'm sure I

17    will be done to take him to a restaurant and blow out some

18    candles after that so...

19              THE COURT:  All right.  Thank you, sir.

20              THE PROSPECTIVE JUROR:  Sorry.  I just wanted to

21    mention that one of our clients is an attorney with the firm

22    representing the plaintiff.

23              THE COURT:  Which firm is that?

24              THE PROSPECTIVE JUROR:  I am trying to think about how

25    to say this without kind of divulging his information, just to
```

```
 1   protect his privacy.
 2              THE COURT:  Can you tell us the firm, rather than
 3   the --
 4              THE PROSPECTIVE JUROR:  Yes.  It's Searcy Denney.
 5   Yes, sir.
 6              THE COURT:  Okay.  And so your firm does work for one
 7   of the employees or lawyers at Searcy Denney?
 8              THE PROSPECTIVE JUROR:  Yes, sir.  We manage the
 9   client's portfolio.  We are his financial adviser.
10              THE COURT:  All right.  And the fact that your -- do
11   you personally do it, or is it just this --
12              THE PROSPECTIVE JUROR:  I help.  I am sort of a
13   relationship manager.  To an extent, I speak with him and --
14   but my partner -- he is the lead adviser, and he's been his
15   client for some time.
16              THE COURT:  Okay.  So you know the individual, and
17   you've worked on his portfolio.
18              THE PROSPECTIVE JUROR:  Yes, your Honor.
19              THE COURT:  And the fact that you know one of the
20   lawyers at the Searcy firm and worked on his -- and he is a
21   client of your firm's, would that affect your ability to be
22   fair in this case?
23              THE PROSPECTIVE JUROR:  I feel like I would still be
24   fair and impartial, but I don't -- I just think there's some
25   conflict of interest there, just in certain terms of my
```

1  industry in and the regulations that I have to follow.  So I

2  don't know all the ins and out of that, but it's certainly a

3  conflict of interest since we -- we are compensated directly

4  on, you know.

5           THE COURT:  Okay.  So you think it might present a

6  conflict for you to have to be a juror in a case where one of

7  your client's law firm is involved?

8           THE PROSPECTIVE JUROR:  Yes, your Honor.  Again, I

9  don't know kind of all the -- I think it's a very, you know,

10 very vague kind of gray, but I just wanted to bring it to your

11 attention.

12          THE COURT:  No, I absolutely appreciate you doing

13 that.  So thank you, sir.

14          THE PROSPECTIVE JUROR:  Thank you, your Honor.

15          THE COURT:  All right.  Sorry to keep you waiting,

16 Mr. Miller.

17          THE PROSPECTIVE JUROR:  Good afternoon.

18          THE COURT:  Good afternoon.  How are you?

19          THE PROSPECTIVE JUROR:  Great.

20          THE COURT:  Good.  All right.  So you need to find an

21 apartment.

22          THE PROSPECTIVE JUROR:  Yes.

23          THE COURT:  Okay.  And you have 60 days to do that.

24          THE PROSPECTIVE JUROR:  Yes.

25          THE COURT:  All right.  Is there a reason why you

```
 1   can't do that while serving as a juror?

 2           THE PROSPECTIVE JUROR:  So I am in the process of

 3   moving between New Jersey and Delray.  I take care of my

 4   84-year-old mother, with the assistance of a home health aide

 5   four days a week.  So it's not only finding a place that's

 6   appropriate for me, but we are moving to New Jersey.  So it's

 7   really a challenge right now.

 8           THE COURT:  All right.

 9           THE PROSPECTIVE JUROR:  If I could extend the lease, I

10   would, but they've already extended it once.

11           THE COURT:  Okay.  So but you are definitely moving to

12   New Jersey?

13           THE PROSPECTIVE JUROR:  That's what it sounds like

14   right now, is the plan.

15           THE COURT:  Because you said you are looking between

16   Delray and New Jersey.  So is there a possibility you may stay

17   in South Florida?

18           THE PROSPECTIVE JUROR:  Possible.  Slim possibility.

19           THE COURT:  Okay.  And you have no other family

20   members that can help you try and find an apartment?

21           THE PROSPECTIVE JUROR:  No, just me and my mother.

22           THE COURT:  Have you been to New Jersey recently to

23   try and locate a place?

24           THE PROSPECTIVE JUROR:  No, but I've been in

25   communication with a real estate agent.  The plans are in about
```

1    two weeks, I will go to New Jersey.

2            THE COURT:  So your plan is to go up to Jersey to try

3    and find a place in two weeks.

4            THE PROSPECTIVE JUROR:  Yes.

5            THE COURT:  Okay.  Is that something you can do over a

6    weekend?

7            THE PROSPECTIVE JUROR:  Sure, I can do it over a

8    weekend.

9            THE COURT:  So would you be able to do that over a

10   weekend and serve here during the week?

11           THE PROSPECTIVE JUROR:  Well, first, I'd love to serve

12   as a juror, no questions asked.  I'd love to, I'd be proud to

13   do it.  But there is a second hardship, too, that I didn't

14   write down.

15           So on December the 4th, I had back surgery.  So it was

16   a laminectomy with a fusion.  So I have rods and screws in my

17   back.  About four weeks ago I just completed all the heavy

18   medications:  Oxycodone, Percocet, gabapentin, all of that

19   stuff.

20           So even though my healing is progressing, it's slow.

21   Sitting for more than 2 hours, it's going to require some

22   medication.  I'd hate to go back in that direction, but it's

23   painful and very uncomfortable.  Six weeks...

24           THE COURT:  So let me just tell you what our normal

25   procedure is.  We usually are in session for about an hour and

```
1    a half or so, and then we take breaks for about 15 minutes or
2    so.  Then you will have a lunch break, then you will have a
3    break in the afternoon for about another 15 minutes.  Is that
4    something you can handle, or is that going to be a problem for
5    your back?
6              THE PROSPECTIVE JUROR:  Still, the total length of
7    time is the problem.
8              THE COURT:  Okay.  Thank you.
9              THE PROSPECTIVE JUROR:  Thank you.
10             THE COURT:  Speaking of breaks, let me just check with
11   my court reporter and see if she needs one.
12             THE COURT REPORTER:  I'm fine, Judge.
13             THE COURT:  She's fine, okay.  Well, if she's fine,
14   then we are all fine, right?
15             All right.  Mr. Battle.
16             THE PROSPECTIVE JUROR:  Good afternoon, your Honor.
17             THE COURT:  Good afternoon, sir.  How are you?
18             THE PROSPECTIVE JUROR:  I'm all right.
19             THE COURT:  You can be with us; is that correct?
20             THE PROSPECTIVE JUROR:  Yeah, I have to check with my
21   HR because Palm Beach County, I don't know how that works with
22   jury duty.  I know we get paid like for -- probably like
23   two weeks, but not the six weeks.  I am not sure yet.
24             THE COURT:  All right.  Can you check on that?
25             THE PROSPECTIVE JUROR:  Yes, sir.
```

```
 1              THE COURT:  All right.  Well, assume that you are
 2   able -- you are going to get paid for the entire time, would
 3   you be able to be with us?
 4              THE PROSPECTIVE JUROR:  Yeah.  At the end of May, I
 5   want to see my fifth grader graduate, the ceremony.
 6              THE COURT:  So at the end of May, what's happening?
 7              THE PROSPECTIVE JUROR:  His fifth grade ceremony.
 8              THE COURT:  Okay.  And that's locally here?
 9              THE PROSPECTIVE JUROR:  Yes, Palm Beach County.
10              THE COURT:  All right.  So, again, if we were able to
11   accommodate you so could you attend the graduation ceremony,
12   would that be all right?
13              THE PROSPECTIVE JUROR:  Yes, most definitely.
14              THE COURT:  All right.  Now, assume you only get paid
15   for a portion of the six weeks -- I don't know what the answer
16   is -- but if you can only get paid for a portion of it, is that
17   going to be a problem for you financially?
18              THE PROSPECTIVE JUROR:  Yeah.  Yes, sir.
19              THE COURT:  So this is all dependent on whether you
20   get compensated fully for your jury service.
21              THE PROSPECTIVE JUROR:  Yes, your Honor.
22              THE COURT:  Okay.  And, again, can you check on that
23   if we need to have you come back on Friday; would you check on
24   that for us?
25              THE PROSPECTIVE JUROR:  I definitely will, yes, sir.
```

```
 1              THE COURT:  Thank you, sir.

 2              THE PROSPECTIVE JUROR:  You're welcome.

 3              THE COURT:  Hold on one second, sir.  I apologize.

 4    I'm sorry to keep you waiting.  I just wanted to make some

 5    notes to myself.

 6              Mr. Berberian.

 7              THE PROSPECTIVE JUROR:  Berberian.

 8              THE COURT:  Berberian.  I'm sorry.  Good afternoon.

 9              THE PROSPECTIVE JUROR:  Good afternoon.

10              THE COURT:  You can be with us if we need you?

11              THE PROSPECTIVE JUROR:  I can.  The only thing that I

12    want to explain is that I just -- my management knows that I'm

13    out for -- potentially out for two weeks, not six.  It

14    shouldn't be a problem, just professional inconveniences, but

15    I'd just like the courtesy to let them know that I potentially

16    could be out six weeks.

17              THE COURT:  Okay.  But you personally, it would not be

18    a problem for you personally?

19              THE PROSPECTIVE JUROR:  No.

20              THE COURT:  Okay.  Thank you, sir.

21              THE PROSPECTIVE JUROR:  Thank you.

22              THE COURT:  Mr. Thompson, good afternoon.

23              THE PROSPECTIVE JUROR:  Good afternoon.

24              THE COURT:  How are you?

25              THE PROSPECTIVE JUROR:  Good.
```

```
 1                THE COURT:  All right.  How did you get here today?
 2                THE PROSPECTIVE JUROR:  My mom brought me.  But...
 3                THE COURT:  Okay.  And are you not currently employed?
 4                THE PROSPECTIVE JUROR:  No.  I'm fully taking care of
 5     my father.  He currently has Parkinson's.
 6                THE COURT:  Okay.
 7                THE PROSPECTIVE JUROR:  So I have to be with him 24/7
 8     a day.
 9                THE COURT:  I just -- I noticed that you don't -- you
10     didn't really put any kind of work history.  Have you not
11     worked in the past?
12                THE PROSPECTIVE JUROR:  I did work in the past, but
13     then I had to quit work because of I had to help him now.
14                THE COURT:  So you -- how long have you been taking
15     care of your father?
16                THE PROSPECTIVE JUROR:  For about -- I'd say about
17     six years.
18                THE COURT:  Six years.
19                THE PROSPECTIVE JUROR:  Yeah.  He got diagnosed like
20     in 2016.
21                And then he recently got pancreatic cancer.  And then
22     he -- we got that done, and now he has like that PSP disease.
23     So he literally has -- I literally have to be with him 24/7 a
24     day.
25                THE COURT:  So you are not -- no one else is able to
```

```
 1  take care of him other than you?
 2            THE PROSPECTIVE JUROR:  No, sir.
 3            THE COURT:  Okay.  All right.  Thank you, sir.
 4            Mr. Johnson.
 5            THE PROSPECTIVE JUROR:  Hi.
 6            THE COURT:  Good afternoon.
 7            THE PROSPECTIVE JUROR:  How are you doing?
 8            THE COURT:  How are you?
 9            THE PROSPECTIVE JUROR:  Okay.
10            THE COURT:  All right.  I get the impression from your
11  responses to the questions that if you don't work, you're not
12  going to get paid.
13            THE PROSPECTIVE JUROR:  No, I'm not.
14            THE COURT:  Okay.  And could you afford not to get
15  paid for six weeks?
16            THE PROSPECTIVE JUROR:  I can't.
17            THE COURT:  I'm sorry?
18            THE PROSPECTIVE JUROR:  I cannot.
19            THE COURT:  Okay.  All right.  Thank you.
20            Ms. -- is it Tepas?
21            THE PROSPECTIVE JUROR:  Tepas.
22            THE COURT:  Tepas.  I'm sorry.
23            THE PROSPECTIVE JUROR:  No worries.
24            THE COURT:  Good afternoon.
25            THE PROSPECTIVE JUROR:  Good afternoon.
```

```
 1                THE COURT:  So you work for the Huizenga Holdings

 2     company, right?

 3                THE PROSPECTIVE JUROR:  Correct.

 4                THE COURT:  And that's a pretty big operation.

 5                THE PROSPECTIVE JUROR:  No.  It's a family office, so

 6     I have a very small team with a lot of companies and entities.

 7     And without me, a lot just doesn't get done, so it just piles

 8     up and I'd have to do it when I get back.  So the anxiety level

 9     on me sitting in here is something I am already in therapy for,

10     so we don't need to add to that.

11                THE COURT:  So there's no one -- you don't have any

12     other accountants at that firm?

13                THE PROSPECTIVE JUROR:  I do, but it takes a team of

14     us to get all the 85 entities closed every month, and I know

15     that my controller already has scheduled vacation next month,

16     so that just shortens the time.  I mean, it takes all of us to

17     get everything done in one month.  Gosh forbid, I'm out for

18     six weeks, I don't know that we'd be able to make it up.

19     Especially after tax season, it's just extension time is

20     starting.

21                THE COURT:  This is not an issue of you not getting

22     compensated?

23                THE PROSPECTIVE JUROR:  I believe they would

24     compensate me.  I haven't checked.  They think it's two weeks

25     so...
```

```
 1              THE COURT:  But --

 2              THE PROSPECTIVE JUROR:  I believe they would, yes.

 3              THE COURT:  -- you think you are probably going to get

 4    compensated.  It's just a question of you don't think your

 5    operation can do without you for six weeks.

 6              THE PROSPECTIVE JUROR:  I think it would be very

 7    strained, and it would be mentally straining for me

 8    anxiety-wise, honestly.

 9              THE COURT:  And would that cause you to be distracted?

10              THE PROSPECTIVE JUROR:  Yes.

11              THE COURT:  Thank you.

12              THE PROSPECTIVE JUROR:  Thank you.

13              THE COURT:  All right.  Ms. Morrell, good afternoon.

14              THE PROSPECTIVE JUROR:  Good afternoon.

15              THE COURT:  So you already have some tickets for a

16    trip next week?

17              THE PROSPECTIVE JUROR:  That's right.  This week,

18    Friday to Monday.

19              THE COURT:  Friday.  Okay.  When are you coming back

20    on your trip, on what day?

21              THE PROSPECTIVE JUROR:  I am taking a red-eye Sunday,

22    so I will land in Fort Lauderdale at 6:00 a.m.

23              THE COURT:  6:00 a.m.  Well, you could come here by

24    9:00, right?

25              THE PROSPECTIVE JUROR:  I could.  I want to note that
```

```
 1    it's Vegas, so the state that I show up in, I can't be held
 2    accountable.
 3          THE COURT:  All right.  Well, assuming we worked
 4    around your trip somehow, and we started the trial on Tuesday
 5    instead of Monday, would you be able to be with us?
 6          THE PROSPECTIVE JUROR:  Yes.  I have some professional
 7    concerns similar to what she was mentioning.  The anxiety of
 8    missing the work.  We are a small team of two, and my boss is
 9    currently on maternity leave, so I am the only one in office at
10    the moment doing the work that I am doing.
11          THE COURT:  But you work for a pretty big operation,
12    yes?
13          THE PROSPECTIVE JUROR:  Yes, they are in New York
14    though.  The office here is not necessarily that large.
15          THE COURT:  But the overall operation is a pretty big
16    operation.
17          THE PROSPECTIVE JUROR:  That's correct.
18          THE COURT:  Would you get compensated for all of your
19    time with us?
20          THE PROSPECTIVE JUROR:  I am not sure.  I did text and
21    ask, and they said they were looking.
22          THE COURT:  Okay.  All right.  We will take your
23    situation into consideration.  Thank you.
24          THE PROSPECTIVE JUROR:  Thank you.
25          THE COURT:  On Friday -- when are you leaving on your
```

```
 1    trip on Friday?

 2              THE PROSPECTIVE JUROR:  6:50 p.m. out of

 3    Fort Lauderdale, so I was going to take like a noon Brightline.

 4              THE COURT:  All right.  Mr. DiSalvo, good afternoon.

 5              THE PROSPECTIVE JUROR:  How are you doing, sir?

 6              THE COURT:  How are you?

 7              THE PROSPECTIVE JUROR:  Good, thank you.

 8              THE COURT:  So you have a family situation that would

 9    make it difficult for you to be with us.

10              THE PROSPECTIVE JUROR:  Yeah, for six weeks, it would

11    be kind of hard.  I don't think I could make that work.

12              THE COURT:  Okay.  You work for the Palm Beach County

13    Clerk, correct?

14              THE PROSPECTIVE JUROR:  Yes, sir.

15              THE COURT:  All right.  And so I -- again, my

16    understanding is if you are a county employee, you get paid for

17    all the time here.  Is that right?

18              THE PROSPECTIVE JUROR:  I believe so, yeah.

19              THE COURT:  Okay.  So is your concern only that you

20    are not sure you might make it here at -- on time?  I mean, you

21    go to work every day, right?

22              THE PROSPECTIVE JUROR:  No.  I work remotely from

23    home.

24              THE COURT:  Oh, you do?

25              THE PROSPECTIVE JUROR:  So that I am with her, yes.
```

```
 1              THE COURT:  Okay.  Is there anyone else that can help
 2    you with your wife at home?
 3              THE PROSPECTIVE JUROR:  No.  Again, not for six weeks.
 4    A week or two I was going to be able to make it work, but not
 5    for six.
 6              THE COURT:  Okay.  All right.  Thank you, sir.
 7              THE PROSPECTIVE JUROR:  Thank you.
 8              THE COURT:  And, Ms. Gonzalez, good afternoon.
 9              THE PROSPECTIVE JUROR:  Good afternoon.
10              THE COURT:  How are you?
11              THE PROSPECTIVE JUROR:  Good.
12              THE COURT:  So you don't have anyone that can help you
13    pick up your child from school?
14              THE PROSPECTIVE JUROR:  I do, but not for the next
15    two weeks.  My parents actually are leaving -- they are helping
16    me tonight, but they are leaving tomorrow, to Puerto Rico.  So
17    I usually just need help on Fridays because there's no
18    aftercare in school.
19              THE COURT: All right.  So you work every day?
20              THE PROSPECTIVE JUROR:  Yes.  I work local government.
21              THE COURT:  I'm sorry?
22              THE PROSPECTIVE JUROR:  I work for the City of Boynton
23    Beach.
24              THE COURT:  Okay.  And so who picks up your child when
25    you are working?
```

```
1            THE PROSPECTIVE JUROR:  Monday through Thursday,

2     there's aftercare, so I have time to pick her up.  I get out at

3     4:30 and I pick her up before 5:30.  That's her release time.

4     But Fridays there is no -- there's early release or -- there is

5     no aftercare, so she gets out at 4:00.

6            THE COURT:  So your only problem day is a Friday?

7            THE PROSPECTIVE JUROR:  It's Fridays, yes.

8            THE COURT:  Okay.  And what time does she need to be

9     picked up on Friday?

10           THE PROSPECTIVE JUROR:  She gets out at 4:00, so

11     there's -- at 4:00 basically.

12           THE COURT:  Okay.  And so, again, if we are -- you are

13     on the jury, and we let you get out in time to pick up your

14     child at 4:00 o'clock on Fridays, if there's no one else that

15     can help you, your parents are in Puerto Rico.

16           THE PROSPECTIVE JUROR:  Yes.  Yes.

17           THE COURT:  If we work around that, would you be able

18     to be with us?

19           THE PROSPECTIVE JUROR:  Yes.

20           THE COURT:  Oh, okay.  So that's the only issue, is

21     picking up your child from school on Fridays.

22           THE PROSPECTIVE JUROR:  Correct.  And I am

23     following -- I emailed during the break my employer to find out

24     if they will cover me for the six weeks.  I know they will

25     cover me, but I wanted to verify.
```

```
1              THE COURT:  My guess is that they will.

2              THE PROSPECTIVE JUROR:  Yes.

3              THE COURT:  But I could be wrong.  But thank you for

4    verifying that.  So, again, if you are -- if we work around

5    your Friday afternoon school pick-up time, you can be with us?

6              THE PROSPECTIVE JUROR:  Correct.

7              THE COURT:  Okay.  Thank you, ma'am.

8              THE PROSPECTIVE JUROR:  No problem.

9              THE COURT:  All right.  I think that's everyone.  So

10   what I'd like to do is, I'd like to take a 15-minute break.

11   I'm going to consult with the lawyers as to how we should go

12   forward from here, and we'll bring you back in, let you know

13   how we are going to proceed, and we'll see what happens after

14   the break.  All right?

15             So why don't we take a 15-minute recess, don't -- and

16   let me caution you about a couple of things.  One, you haven't

17   heard anything about the case really yet.  So don't discuss

18   anything about the case, even though there's -- you're still

19   kind of in the dark about what it's about.  But don't discuss

20   anything about the case, about Chiquita, about any lawyers

21   you've been introduced to.

22             If you see any of the lawyers that you've been

23   introduced to outside the courtroom, they are not supposed to

24   have any contact with you.  So if they don't acknowledge you,

25   if they kind of walk by you and don't smile or say hello, they
```

```
 1    are not being rude to you, they are not being discourteous.

 2    They are obligated to avoid contact.  So please understand that

 3    and don't think they are being rude or discourteous to you if

 4    you see them outside the courtroom.  All right?

 5             So if you could be back outside about 3:00 o'clock,

 6    and then we will go from there.  Thank you.

 7             THE DEPUTY CLERK:  All rise.

 8             (The jury exited the courtroom at 2:46 p.m.)

 9             THE COURT:  You might not want to move your chairs

10    yet, Mr. Dante.

11             Well, I think I saved a few.  Otherwise, I wanted to

12    leave us -- I don't know how many we still have.

13             MR. SCAROLA:  Your Honor, I am not sure how many we

14    have either.  But I am very concerned about Ms. Goldberger's

15    comments that elicited apparently from one of the jurors the

16    word "mistrial" as soon as she made those comments.  The only

17    case that I have had in my memory against Jack Goldberger is a

18    case in which -- multiple cases in which he was representing

19    Jeffrey Epstein, and I was suing Jeffrey Epstein on behalf of

20    multiple victims of Jeffrey Epstein.  I have no idea what

21    Mr. Goldberger told Ms. Goldberger about those circumstances,

22    but I am very concerned about the comment that she made in the

23    presence of this panel.

24             I want an opportunity to be able to talk to my

25    co-counsel about how they feel about whether it might be
```

1    necessary for us to move to recuse the entire panel as a result

2    of that comment.  And my concern is amplified by the fact that

3    a juror shouted "mistrial" when that comment was made.

4              THE COURT:  Okay.  Go ahead and, you know, to consult.

5    Let's assume -- what do we want to do -- assuming we are going

6    to continue with this group, how do you -- let's also discuss

7    that.  What are we doing?

8              MR. SCAROLA:  From our perspective, the issue as to

9    whether any juror is subject to be excused on the basis of

10   hardship is a matter that rests in the court's discretion.  And

11   we are prepared to leave it entirely in the court's discretion.

12   Let go whoever you think should be let go, retain whoever you

13   think should be retained.  It sounds rather biblical, doesn't

14   it?  And we will move on from there.

15             THE COURT:  Okay.  Mr. Cioffi.

16             THE COURT REPORTER:  Could everyone use the

17   microphone?

18             MR. CIOFFI:  Sure.  We certainly agree it's in the

19   court's discretion, but it seems to us that you probed pretty

20   deeply, fairly, appropriately, and most of the hardships were

21   financial, some were family.  And they all seemed legitimate to

22   us, and it's problematic if you have a juror who is concerned

23   about their job, concerned about paying bills, et cetera.  So I

24   did not see personally anyone who should not be excused for a

25   hardship who said they should be.  But, of course, it's within

 1    your discretion.

 2          THE COURT:  Okay.  Well, I just -- you know, I wanted

 3    to know if there was going to be any argument about some of

 4    these people.  I was trying to get as many of them to put aside

 5    their asserted hardship, and I think I did on a few that said

 6    they can be with us, they'd work around it, et cetera.

 7          But for the most part, I agree that we don't want

 8    people on the jury who are going to be worried about work or

 9    worried about whether they are going to pay their bills, and

10    that is just going to cause resentment and not be fair to

11    either side.  So...

12          So assume we are going to excuse pretty much everyone

13    that said they wanted to be excused for a hardship; but other

14    than the ones that I kind of got to turn around, I think we are

15    going to need to bring in another group tomorrow.

16          MR. SCAROLA:  Oh, I think that's clear, yes, sir.

17          THE COURT:  So what do you want me to do with -- not

18    what do you want.  This is what I suggest.

19          We will tell everyone we will let them know whether to

20    be back, whether they are excused, whether to be back on

21    Friday.  One or the other.  We will call them.  We will go on

22    the record, and we will say this person is excused, this person

23    is going to stay with the group.  On the record, we will do

24    that.  Then Irene will call everyone and tell them, "You are

25    excused" or "You need to be back on Friday."

1          And tomorrow we will go through the same process that

2    we've done today.  Hopefully, on Friday, we will have two

3    groups that we can combine and bring in Friday and go through

4    the rest of the examination.

5          MR. SCAROLA:  Works for us.  Is there any reason why

6    we can't go through the process of identifying who is going to

7    be excused for hardship and save Irene the trouble of calling

8    everybody up?  Just telling them now?

9          I mean, it's just a suggestion, but it seems to me

10   that your Honor knows which ones you are going to keep and

11   which ones are going to leave.  You just make the announcement

12   and...

13         THE COURT:  I could think about that.

14         MR. SCAROLA:  Okay.

15         THE COURT:  All right.  But what about the procedure

16   for going forward with this group?

17         MR. SCAROLA:  That procedure, I think, is entirely

18   appropriate.  I think that's the way we need to do it.

19         MR. CIOFFI:  Judge, I think the procedure is okay.

20   With respect to one juror who was represented by Mr. Green, who

21   also said a hardship, but you kind of talked him into maybe

22   waiving his hardship, I think he should definitely be excused.

23         THE COURT:  Well, we can talk about that. I mean, we

24   don't need to discuss that now.  I just wanted to know whether,

25   with this group, we should do as I suggested:  Excuse some and

```
 1   tell the rest to come back Friday.

 2              MR. SCAROLA:  Yes, sir.

 3              MR. CIOFFI:  Okay.  Sure.

 4              THE COURT:  Okay.  Why don't we take a short break

 5   then.

 6              MR. SCAROLA:  Thank you, your Honor.

 7              (Recess taken 2:54 p.m. through 3:20 p.m.)

 8              THE COURT:  I went through all the questionnaires and

 9   sorted them out on the basis of definite, I believe definite,

10   they can do it, definite excusals, some that are going to check

11   on their employment issues, in terms of whether they get

12   compensated or not, and then a couple that I might want to just

13   see what your thoughts are.  So let me tell you the group that

14   I believe are all -- they can do it.

15              MR. SCAROLA:  Your Honor, if I may, before we go

16   through that process, I need to return to the matter that was

17   addressed before we recessed.

18              I have had a chance to consult with the other lawyers

19   on this team, but in addition had an opportunity to speak to my

20   paralegal, Nydia Serrano.  Nydia was seated where she is seated

21   right now, in the back row of the courtroom.  She was

22   physically close to Ms. Mathis-Goldberger.  And after

23   Ms. Mathis-Goldberger made the comments about not being able to

24   or making a reference to my concealing evidence, she turned --

25              THE COURT:  I'm sorry.  I don't recall her saying you
```

1    concealed evidence.

2          MR. SCAROLA:  Well, I think it would be difficult to

3    understand that she was referencing anyone else other than me

4    under the circumstances, but she then turned to the juror next

5    to her, spoke loud enough so that two rows behind her,

6    Ms. Serrano was able to hear her, and said, "I don't trust him"

7    to the juror seated next to her, who nodded affirmatively when

8    she said that.

9          I don't know how many other jurors said it.  If your

10   Honor feels that you need to hear directly from Ms. Serrano, we

11   are prepared to bring her up so that you can hear directly from

12   her.  But clearly there were other jurors in the courtroom who

13   understood that the comments being made were comments about

14   counsel in the courtroom, when one of them said very loudly and

15   very clearly "mistrial."

16         Under those circumstances, very reluctantly, we need

17   to move to recuse this entire panel.

18         THE COURT:  I'm going to ask the court reporter go

19   back and find my interaction with Mrs. Goldberger.  I

20   understood her comment to be about her husband, who has been in

21   practice for 40 years as a criminal defense lawyer, and it was

22   in that context, that I understood her comment to be that

23   people hide -- you know, people hide evidence.

24         I didn't understand it to be in reference to you,

25   so...

```
1              But I want to go back and see what she said, and then
2    I'll, you know, go further with it.
3              MR. SCAROLA:  I would also point out, your Honor, that
4    there are two troubling comments in her juror questionnaire.
5              THE COURT:  Well, yeah, that's -- but no one saw her
6    juror questionnaire.
7              MR. SCAROLA:  Pardon me?
8              THE COURT:  No one saw her juror questionnaire.
9              MR. SCAROLA:  No.  No, sir, I know no one saw her
10   juror questionnaire except the attorneys.  But to the extent
11   that there is any doubt about what she did and her, from our
12   perspective, efforts to intentionally poison this panel, she
13   said --
14             "Would you have difficulty being fair in a lawsuit
15   involving individuals suing a corporation?"
16             "Answer:  Yes.  Difficulty.  As I have heard many
17   stories over the 40 years being married to Jay Goldberger and
18   not sure I would believe everything that is being presented
19   here."
20             But I think it's absolutely important to listen to
21   exactly the words that she spoke, which I can tell you that on
22   this side of the courtroom, we all understood to be directed at
23   me.
24             THE COURT:  Okay.  That statement in that
25   questionnaire is not directed to you.  You agree.
```

```
 1              MR. SCAROLA:  No, I agree, that statement in the
 2    questionnaire is not directed to me.
 3              THE COURT:  And that's how I understood her comments.
 4    Maybe because I read her comments before I spoke to her, so
 5    maybe I was hearing that in the same context, but let me look
 6    at the words that she used in -- during our discussion.  So
 7    give me a minute to try and review that.
 8              THE COURT REPORTER:  What number is she, Judge?
 9              MR. SCAROLA:  32.
10              THE COURT REPORTER:  32.
11              THE COURT:  Can I just look at it?
12              All right.  I'm going to have the reporter read what
13    was said.
14              MR. SCAROLA:  Thank you, your Honor.
15              THE COURT REPORTER:  Okay.  Can everyone hear me?
16              MR. SCAROLA:  Yes.  Thank you.
17              (A portion of the record was read as requested.)
18              THE COURT:  So I read that as she is talking about
19    40 years of being married to a criminal defense lawyer.  That's
20    how I read it.  That's how I understood it when she said it.
21    That's how I understood it when I just reread it.  So, I mean,
22    I don't know why you think it was making reference to you
23    personally.  She's talking about a criminal defense lawyer for
24    40 years.
25              MR. SCAROLA:  She was talking about this case, your
```

```
1    Honor.  And I have been the face of the plaintiffs in this
2    case.  She specifically said, "My husband has had cases against
3    Mr. Scarola," and then went on to talk about how she is
4    concerned about evidence being concealed in this case.
5            I can tell you that if your Honor wants to poll our
6    trial team sitting in those seats, every one of them is going
7    to tell you that they understood those comments to be directed
8    at me.  And we absolutely know that she intended them to be
9    directed at me because of what she was overheard saying, "I do
10   not trust him," referring to me.
11           Now, we have two witnesses to that, if there's any
12   doubt about the fact that those things were said and that they
13   were heard by other jurors, we will bring them up, and they
14   will testify under oath as to what they heard.
15           But clearly it presents a problem that was perceived
16   by jurors themselves to be troubling, when we have somebody on
17   the other side of the courtroom who shouts out "mistrial."  I'm
18   sure your Honor could appreciate the fact the last thing we
19   want to do is waste this entire day.  This is a panel that I
20   think we have some very favorable jurors that could be
21   selected, but we don't believe we have any choice whatsoever.
22           THE COURT:  All right.  What if I make an inquiry of
23   the juror that was sitting next to Mrs. Goldberger and find out
24   if she -- or he or she, I don't know who the person was that
25   was sitting next to her -- heard or will acknowledge that she
```

```
 1    made that statement.  And we can inquire as to whether anyone
 2    else heard her make any statements.  And then I will be in a
 3    better position to assess whether the comment that she made
 4    might have some negative impact on the entire panel.
 5         Because I can't imagine -- again, I didn't read it or
 6    understand it as applying to you personally.  And I think the
 7    context in which I asked the questions -- "You have been
 8    married to a criminal defense lawyer for 40 years, and you
 9    think that, you know, people do things with the evidence?"
10         I don't know why that necessarily refers to you.  But,
11    you know, anyway, why don't I bring -- who was sitting next to
12    her?  Who was the juror next to her that your paralegal
13    says...?
14              MR. SCAROLA:  31, your Honor.
15              THE COURT:  31 was the one sitting next to her?
16              MR. SCAROLA:  Yes.  And -- I'm sorry -- 27 apparently
17    overheard it and acknowledged the comment also, your Honor.
18    But it is not simply the "I don't trust him" comment that we
19    are concerned about.  We're concerned about the statements that
20    everybody heard that are on the record.
21         So while I appreciate the court's desire to conduct a
22    further inquiry, I don't believe that that inquiry is going to
23    make any difference in terms of what everybody did hear and the
24    impact that it had on other jurors, as evidenced by the
25    spontaneous shout-out of the word "mistrial."
```

1          THE COURT:  So Jessica Kerr was the juror sitting next

2     to Mrs. Goldberger.

3          MR. SCAROLA:  31 and 27 are the two jurors that were

4     observed responding to the statement "I can't trust him."

5          THE COURT:  27.

6          MR. SCAROLA:  Or "I don't trust him."

7          MR. CIOFFI:  Judge, could I say a couple of things?

8          THE COURT REPORTER:  Microphone, Mr. Cioffi, thank

9     you.

10          MR. CIOFFI:  Number 1, that there were a number of

11     favorable statements about Mr. Scarola and the other locally

12     practicing lawyers, so it certainly balances out.

13          Number 2, the court made it crystal clear that

14     whatever her comments were about, in terms of evidence or

15     mistrust, it was generically based on conversations with her

16     husband and applied to all lawyers, not to Mr. Scarola

17     specifically.  The comment about "I don't trust him" -- maybe

18     heard by a juror next to her, but certainly not by the whole

19     panel.  So there is -- I don't see any basis for the motion at

20     all.

21          THE COURT:  Well, I mean, if a juror heard that

22     comment, then I could see maybe excusing the juror or jurors

23     that heard the comment.  But I'm not sure it would apply to the

24     whole panel.  I'm still not convinced that the statements

25     generally were sufficient to excuse the whole panel.  I, again,

```
 1        I don't read the statements as applying to Mr. Scarola.

 2              But if there were jurors that overheard her say

 3        something specific about Mr. Scarola, then -- that was

 4        negative, that's a different story.  So why don't we bring in

 5        Ms. Shillingford first, that's juror number 27.  And then we

 6        will bring in Ms. Kerr separately.

 7              (Prospective Juror number 27 enters the courtroom.)

 8              THE COURT:  Good afternoon, Ms. Schillingford.  I'm

 9        sorry to trouble you by bringing you in here, but we wanted to

10        know whether while I was speaking to one of the other jurors --

11        which juror number?  Was it 34, was it -- 32.  Her name was

12        Mrs. Mathis.  She was seated towards the end of the row back

13        there in the same row, I believe as you were.  Did you hear her

14        make any comments after I finished speaking with her about

15        whether she had a hardship in this case?

16              THE PROSPECTIVE JUROR:  Yes.  Basically, I am --

17              THE COURT:  I'm sorry.

18              THE PROSPECTIVE JUROR:  Can you hear me?

19              THE COURT:  I'm having trouble.  Go ahead.

20              THE PROSPECTIVE JUROR:  Yes.  So I work for the State

21        of Florida, and I manage a group of eight people.  So the --

22              THE COURT:  What kind of people?  I'm sorry.  What

23        kind of people?

24              THE PROSPECTIVE JUROR:  Eight.

25              THE COURT:  You manage eight people.
```

```
 1              THE PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Okay.

 3              THE PROSPECTIVE JUROR:  And so for me to be away for

 4   six weeks.

 5              THE COURT:  I'm not asking you about that.

 6              THE PROSPECTIVE JUROR:  Oh.

 7              THE COURT:  I want to know, did you hear another

 8   juror, after I finished speaking with that juror, make a

 9   comment about someone in this courtroom?

10              THE PROSPECTIVE JUROR:  No.  Not that I can recall.

11              THE COURT:  There was a woman by the name of...

12              THE PROSPECTIVE JUROR:  And what would be that

13   comment?

14              THE COURT:  Well, I don't want to say what the comment

15   is.  I wanted to know if you heard, while were you seated in

16   the -- after I spoke to you.  This is actually, yeah, after I

17   spoke to you, I was going down the row, and there was a woman,

18   I believe she was on the end of the row.  I don't remember if

19   it was the end of the row or maybe next to the -- right next to

20   the end.  And I was communicating with her.  I finished

21   speaking to her, and then after I finished speaking to her, did

22   you hear her or any other juror make any comments about anybody

23   in the courtroom?

24              THE PROSPECTIVE JUROR:  Not that I can recall.

25              THE COURT:  Okay.  All right.  Thank you.
```

```
 1                  Did you want to ask her anything, Mr. Scarola?

 2            MR. SCAROLA:  I do, your Honor, if I may.

 3            THE COURT:  Okay, go ahead.

 4            MR. SCAROLA:  Ma'am, do you remember there was a point

 5   earlier today when someone shouted out "mistrial"?  Did you

 6   hear that?

 7            THE PROSPECTIVE JUROR:  I think I do remember.

 8            MR. SCAROLA:  Okay.  Just before that, one of the

 9   jurors was talking about not trusting that all of the evidence

10   was going to be presented, that things might be concealed.  Do

11   you remember those comments?

12            THE PROSPECTIVE JUROR:  I don't.  I'm really not quite

13   myself today.  So I have not been fully engaged, I must

14   recognize.  So I do not remember.  But I think I do remember

15   the "mistrial" word being said.

16            MR. SCAROLA:  Okay.  And how did that impress you?

17   What did you think about that when you heard that?

18            THE PROSPECTIVE JUROR:  I am kind of in a zone.  I'm

19   sorry to say.

20            MR. SCAROLA:  Okay.  That's all right, ma'am.  I want

21   you to understand, please, that you are not in any trouble.  No

22   one is suggesting that you have done anything wrong.  We are

23   just attempting to find out about things that appear to have

24   gone on in the courtroom.  Okay?  So I am going to ask you

25   specifically, did anyone comment to you the words "I don't
```

```
 1    trust him"?  Do you remember those words being said?
 2                THE PROSPECTIVE JUROR:  Maybe.
 3                MR. SCAROLA:  Maybe?
 4                THE PROSPECTIVE JUROR:  Maybe.
 5                MR. SCAROLA:  Okay.  All right.  Thank you.  And I do
 6    appreciate your taking the time to come in and talk with us.
 7    I'm sorry that we put you in an uncomfortable position.  Thank
 8    you.
 9                THE PROSPECTIVE JUROR:  I'm fine, thank you.
10                THE COURT:  Before I let you go, ma'am, if you may
11    have heard those words, "I don't trust him," do you know to
12    whom that person was referring?
13                THE PROSPECTIVE JUROR:  Not at all.
14                THE COURT:  Okay.  All right.  Thank you.
15                THE PROSPECTIVE JUROR:  Yes, I don't recall.  I'm
16    sorry.  I wasn't fully engaged.  I can't recall 100 percent.
17                THE COURT:  Okay.  But if you had heard those words,
18    did you know to whom that person was referring?
19                THE PROSPECTIVE JUROR:  No.  I don't, your Honor.
20                THE COURT:  Okay.  Thank you, ma'am.
21                THE PROSPECTIVE JUROR:  You're welcome.
22                THE COURT:  Thank you.  You can step back outside.
23    Thank you.
24                (Prospective Juror number 27 exits courtroom.)
25                THE COURT:  Could you bring in juror number 27,
```

```
 1   please?
 2            MR. SCAROLA:  I'm sorry.  29, your Honor.
 3            THE COURT:  It's 29?
 4            (Prospective Juror number 29 enters the courtroom.)
 5            THE PROSPECTIVE JUROR:  Hello.
 6            THE COURT:  Good afternoon.  Welcome back.
 7            THE PROSPECTIVE JUROR:  Thanks for having me.
 8            THE COURT:  You're welcome.  You are Ms. Christensen?
 9            THE PROSPECTIVE JUROR:  Yes, I am.
10            THE COURT:  Okay.  And I'm sorry, my notes are a
11   little bit disorganized right now.  But the reason we brought
12   you in was to ask you a question.
13            I believe the woman who was sitting next to you was --
14   whose name is Mathis-Goldberger, I don't know if you recall my
15   discussion with her.
16            THE PROSPECTIVE JUROR:  Was it the woman that was just
17   in here prior?
18            THE COURT:  No.
19            THE PROSPECTIVE JUROR:  Or the one to my left?
20            THE COURT:  The one to your left.
21            THE PROSPECTIVE JUROR:  Okay, yes.
22            THE COURT:  Okay.  After I finished speaking with her,
23   did you hear her make any kind of a comment?
24            THE PROSPECTIVE JUROR:  No, I did not.  She was on her
25   phone, though, but it seemed like she was texting.
```

```
1              THE COURT:  But did she say anything that drew your
2    attention, other than what --
3              THE PROSPECTIVE JUROR:  She said she was tired.  She
4    was kind of nodding off.  She said she was a night nurse and
5    that she hadn't gone to sleep yet.  So other than that, she was
6    just kind of just like nodding in to me.  But other than that,
7    she seemed perfectly fine.
8              THE COURT:  And did she -- did you hear her say
9    anything that you believed was referencing anybody in the
10   courtroom?  Making any comments about anyone in the courtroom?
11             THE PROSPECTIVE JUROR:  Not at all, no.  That I
12   recall.
13             THE COURT:  Okay.  But if she had said something, you
14   don't remember it?
15             THE PROSPECTIVE JUROR:  No.
16             THE COURT:  And -- okay.
17             Mr. Scarola, did you want to have any further inquiry
18   of this young lady?
19             MR. SCAROLA:  Thank you very much, your Honor.
20             Ms. Christensen, let me apologize.  I want to assure
21   you that you are not in any trouble.  Nobody thinks you did
22   anything wrong.  But there are some things that we are
23   concerned about that we need to ask some questions about.
24             THE PROSPECTIVE JUROR:  Absolutely.
25             MR. SCAROLA:  Do you remember there was a point in
```

```
 1     time where one of the jurors had made some comments about not

 2     believing that all of the evidence was going to be presented in

 3     this case, and she had difficulty?

 4             THE PROSPECTIVE JUROR:  Okay.  Yes, I do.  She was in

 5     the row behind me.  She wasn't directly next to me.

 6             MR. SCAROLA:  Yes.  Okay.  That's the lady that we are

 7     talking about.

 8             THE PROSPECTIVE JUROR:  Okay, I apologize.  I

 9     thought --

10             MR. SCAROLA:  No, there is no apology necessary.

11     That's quite all right.  I just wanted to make sure that we are

12     all talking about the same person, not the lady on the phone

13     nodding off.

14             THE PROSPECTIVE JUROR:  I appreciate that.

15             MR. SCAROLA:  We are talking about the lady who was

16     behind you that you made those comments, and then there was

17     someone on the other side of the courtroom that shouted out

18     "mistrial."  Do you remember that?

19             THE PROSPECTIVE JUROR:  I did hear that, yes.

20             MR. SCAROLA:  Okay.  Now, let me ask you, first of

21     all, what did you understand that lady, the one that we've now

22     identified who was talking about not having all the evidence

23     being presented, or not trusting that all of the evidence was

24     going to be presented -- what did you understand her to be

25     talking about?
```

```
 1              THE PROSPECTIVE JUROR:  Honestly, I am not entirely
 2    sure.  I never had any conversations with her.  I didn't even
 3    see her in the room with all of us.  She just seemed like she
 4    wanted to get out of jury duty.
 5              MR. SCAROLA:  Did you hear her after she finished
 6    speaking to the judge comment "I don't trust him"?
 7              THE PROSPECTIVE JUROR:  No, I did not hear that.
 8              MR. SCAROLA:  Okay.  Thank you.  And you are not sure
 9    what that whole thing about the mistrial statement was?
10              THE PROSPECTIVE JUROR:  No, I have no idea.  I -- it
11    did catch my attention, and I was very confused about it, but,
12    yeah, no idea.
13              MR. SCAROLA:  All right.  Did you consider that
14    anything that -- the lady who was talking about the evidence
15    and not being sure that all the evidence was going to be
16    presented or evidence being concealed, did you understand those
17    comments to be reflecting unfavorably on anybody in the
18    courtroom?
19              THE PROSPECTIVE JUROR:  I mean, it definitely took me
20    by surprise.  It seemed like she was slandering the person she
21    was talking about.
22              MR. SCAROLA:  And did you understand that the person
23    that she was talking about was the person that her husband had
24    been litigating against?
25              THE PROSPECTIVE JUROR:  Yes.
```

```
 1                    MR. SCAROLA:  Me.

 2                    THE PROSPECTIVE JUROR:  Okay.

 3                    MR. SCAROLA:  Yes?

 4                    THE PROSPECTIVE JUROR:  Yes.

 5                    MR. SCAROLA:  Okay.  Thank you very much, ma'am.

 6                    THE COURT:  I'm sorry.

 7                    MR. SCAROLA:  I don't have any further questions.

 8                    THE COURT:  Oh, I guess not.

 9                    THE PROSPECTIVE JUROR:  Thank you so much, guys.

10                    THE COURT:  Thank you, ma'am.

11                    (Prospective Juror number 27 exits the courtroom.)

12                    THE COURT:  I guess you have a basis.  If you want to

13       excuse her, I will excuse her, since she heard that statement.

14       If you've got some other people that you think heard the

15       statement, I will -- if you want to bring some other people in,

16       I will be happy to speak to them.  But I don't see that that's

17       a basis to excuse the entire panel.

18                    MR. SCAROLA:  Your Honor, the issue, as we perceive

19       it, is whether the statement openly made by Mrs. Goldberger,

20       Mrs. Mathis-Goldberger, was reasonably understood to be

21       disparaging of me.  And now we have independent corroboration,

22       separate and apart from the 13 people who are sitting in the

23       jury box -- separate and apart from them, and from me, and from

24       the other three people sitting at counsel table -- that those

25       comments were understood to be directed at me.  And the fact
```

1    that another juror, independent of anybody on plaintiffs' team,

2    understood those comments to be directed at me, I suggest

3    respectfully, provides a sound basis for the concern that we

4    have that this entire panel has been tainted, except maybe for

5    the lady who has told us that she wasn't paying attention and

6    really wasn't with us mentally.

7         So for that reason, we believe that this panel needs

8    to be excused.  And although this last juror did not hear the

9    comment "I don't trust him," who heard that comment really

10   doesn't make a difference in light of the fact that the clearly

11   audible comments taken down on the record can reasonably be

12   understood to have been disparaging of plaintiffs' counsel.  So

13   for those reasons, we feel compelled to move to excuse this

14   entire panel.

15        I don't know that I can say any more than that except

16   for the concern that we have, that what Ms. Goldberger was

17   telling us in open court may clearly not have been confined to

18   what Ms. Goldberger has been saying during all of the breaks

19   and all of the periods of time when she has been intermingling

20   with other prospective jurors.

21        And it is difficult to believe that than an obviously

22   intelligent woman who has been married to a lawyer for 40 years

23   did not understand the significance of what she was doing.  And

24   if she was willing to openly poison the minds of the other

25   members of this panel in the courtroom, we are very concerned

```
 1    about what she's been doing out of the courtroom.

 2              Thank you, sir.

 3              THE COURT:  All right.  Thank you.  I am going to deny

 4    your motion.  If you want that one last woman that we just

 5    spoke to excused, I will be happy to excuse her.  If you can

 6    find other witnesses -- prospective jurors that may have

 7    overheard something, we can do that with the people that we are

 8    going to bring back on Friday.  We can make an inquiry as to

 9    whether anything that was said during the jury selection

10    process in any way disparaged, they took as being disparaging

11    against any of the lawyers in this case.  We can do that.

12              MR. SCAROLA:  We appreciate you offering to do that,

13    your Honor.  We will consider that over the evening recess, and

14    tomorrow, and let the court know whether we think that it will

15    aggravate the problem or if help some way to solve it.

16              THE COURT:  All right.

17              MR. SCAROLA:  We appreciate that.  Thank you.

18              THE COURT:  Yeah, you're welcome.  Now I am completely

19    lost.

20              MR. SCAROLA:  You were about to go through the process

21    of telling us who you were...

22              THE COURT:  Yeah.  And now I am completely out of

23    sorts here.

24              MR. SCAROLA:  Your papers are all mixed up.

25              THE COURT:  That's exactly right.  My papers are all
```

1    mixed up.  So I don't know what group is which.  So I believe

2    this is the group that's in, this is the group that -- or

3    maybes, and this is the group that's definitely out.

4         So why don't I go through the group that's definitely

5    out, and we will -- tell me if there's anyone that you object

6    to.

7         I have juror number 2 as excused.  These are all

8    hardship excusals:  2, 5, 6, 7, 11, 12, 13.  I don't know why

9    my numbers are all mixed up here -- 8 -- they were in order

10   before.  9, 10, 11, 22, 23, 26, 28, 29, who was the woman that

11   we just spoke to, right?  29, Miss Christensen, she was excused

12   for hardship in any event.  30, 33, 34, 35, 38, 39, 40, 41, 42,

13   44, 45, 46, 49, 50, 53, 54, 55, 56, 57.  32.

14        Number 4, juror number 4, apparently needs to verify

15   whether she is going to get paid for her entire jury service.

16   Is that right?

17        THE DEPUTY CLERK:  That's the one that she said she

18   will only get paid for five days.

19        THE COURT:  I'm sorry.  Juror number 5 advised my

20   courtroom deputy that she's only getting paid for four days.

21        THE DEPUTY CLERK:  Juror number 4.

22        THE COURT:  Number 4, yes.

23        THE DEPUTY CLERK:  Juror number 4.

24        THE COURT:  Isn't that what I said?

25        THE DEPUTY CLERK:  No.

```
 1              THE COURT:  I'm sorry.  That's what -- I am all mixed
 2     up here.  Juror number 4 previously told us that she could be
 3     with us and that she thought she was going to get paid for her
 4     entire time with us, but now she's only getting to get paid for
 5     four days.  So I assume, as a result of telling us that -- she
 6     told my courtroom deputy that.  She didn't tell us that in the
 7     courtroom.  I assume that means she doesn't think she can do
 8     it.  So if we want -- if you want, I can bring her in, we can
 9     ask her on the record, or we can just treat her like everybody
10     else that's not going to get paid and excuse her.
11              MR. SCAROLA:  We have no problem with excusing her,
12     your Honor.
13              MR. CIOFFI:  We agree, Judge.
14              THE COURT:  Okay.  So 4 is also excused.
15              Juror 27, although at one point she said that she
16     should be able to do it, in view of -- she's not with it very
17     much today, she is not feeling well, and I am going to excuse
18     her unless somebody objects.
19              MR. SCAROLA:  No objection, sir.
20              MR. CIOFFI:  No objection.
21              THE COURT:  Okay.  Number 58, if I recall correctly,
22     she was the one who said she needed to have her child pick up
23     on -- picked up on Friday afternoons.  But otherwise she would
24     be able to be with us, and she was, I think, going to check on
25     whether she would get paid for her full jury service.  So I am
```

1  putting her in -- we are going to leave her in until we find

2  out whether she is going to get paid or not.

3       I believe that's the same with juror number 51.  He

4  was going to check on whether he got paid for his entire jury

5  service.  And we will leave him in for now, with the

6  possibility of if he is not going to get paid, we will excuse

7  him.

8       I have the same for juror number 48.  I believe she

9  was going to check on her payment from the school district as a

10  speech pathologist, and she may need to be excused for her

11  daughter's high school graduation, but so I will leave her in

12  as a possibility.  I am not going to excuse her yet.

13       I believe it was Mr. Fisher, juror 21 -- was he the

14  gentleman who said that he would be able to use his money that

15  he gets from jury service to pay for an Uber?  Is he the one?

16       MR. GREEN:  Yes.

17       THE COURT:  Okay.  So I will leave him in.

18       And then we have Ms. Haliburton, who said that she

19  worked until 4:00 or I guess she worked from 4:00 to 9:00 or

20  8:30, and she said she would come in at 9:00 o'clock and be

21  able to -- alert, be alert.  I am inclined to say I don't think

22  we should put her through that.  That would be my inclination,

23  unless somebody wants to keep her on.

24       MR. SCAROLA:  No objection, your Honor.

25       MR. CIOFFI:  Defense agrees.

```
 1              THE COURT:  So we will excuse 25 as well.

 2              So I believe this is the group that -- the group that

 3    we will be working with.  I have jurors number 1, 3, 14, 16,

 4    17, 18, 19, 20.  Is that possible to have all those in a row?

 5    24, 47, 31, 36, 37, 43 --

 6              THE LAW CLERK:  37 you excused, sir.

 7              THE COURT:  I'm sorry?

 8              THE LAW CLERK:  I think you excused 37.

 9              THE COURT:  I can't hear you.

10              THE LAW CLERK:  Oh, 39, excuse me.  Sorry.

11              THE COURT:  I think I said 43, 52, 21, 58.  I'm sorry,

12    21, 48, not 58, 48.  51 and 58 I have as still potentially in

13    the jury pool.  If I -- if any of those numbers, again, I told

14    you my stacks got all mixed up when we were dealing with that

15    jury issue.  If any of those are obviously wrong, let me know.

16              MS. KROEGER:  Your Honor, 47, I believe, said she

17    would not be paid.

18              THE COURT:  47?

19              MS. KROEGER:  I believe so.

20              THE LAW CLERK:  Yes, I have that too.

21              THE COURT:  I have her as answering the questionnaire

22    on question 10 saying there is no reason, but it's possible

23    that during the -- my inquiry of her, she said she wouldn't get

24    paid, and I don't recall.  It's one of the ones that I got

25    mixed up.
```

```
 1              MR. SCAROLA:  My notes reflect she said will not be

 2      paid for six weeks.

 3              THE COURT:  Okay.  Do you agree, defense agree with

 4      that?

 5              MR. CIOFFI:  Yes, sir.

 6              MR. DANTE:  It's unclear, your Honor, if it meant the

 7      entire six weeks or just a portion of that.  I think it was a

 8      portion.  That's the way we interpreted it.

 9              THE COURT:  Okay.  Then I'll excuse her as well.

10              MS. MESA-ESTRADA:  Juror 21 again, can you confirm --

11              THE COURT:  I'm sorry.  I can't hear you.  What about

12      21?

13              MS. MESA-ESTRADA:  Can you confirm, your Honor, I

14      think he is the gentleman who said he needs Uber to drive him

15      because he shares a vehicle with his wife.

16              MR. DANTE:  21 is out.

17              THE DEPUTY CLERK:  No, 21 is in.

18              MR. DANTE:  He is in.

19              MS. MESA-ESTRADA:  21 is in.  That's why I wasn't

20      sure.

21              MR. CIOFFI:  Judge, if we could be heard on 21.

22              THE COURT:  Hold on.

23              MR. CIOFFI:  Yes, sir.

24              THE COURT:  21, yeah.  I have him still in because he

25      said he would use his $50 that he gets from jury service to pay
```

```
 1    for an Uber.  So he seemed like he was okay with that.

 2              MR. SCAROLA:  Yes.

 3              MR. CIOFFI:  Judge, we don't believe that's

 4    sustainable over the course of six weeks, to use his fee to pay

 5    for transportation back and forth.  We think there's a high

 6    probability that sooner or later he won't show up.

 7              THE COURT:  He won't show up?

 8              MR. CIOFFI:  Yes, sir.

 9              THE COURT:  Okay.  You are not --

10              MR. CIOFFI:  It's not sustainable.  To take $50 and

11    spend it on Uber every day, I just don't see that as

12    sustainable.

13              THE COURT:  Well, are you suggesting that it costs

14    more than that for him to drive from Lake Worth to the

15    courthouse?  I mean, I don't know what it costs for an Uber,

16    but...

17              MR. SCAROLA:  It's about $15.

18              MR. CIOFFI:  Yeah.

19              THE COURT:  Well, we can, again, leave him in, and we

20    can go over that with him again on Friday if he, on reflection,

21    feels that he's not going to be able to do it.  We can talk to

22    him on Friday.  I don't see any reason to excuse him at this

23    point.  So I will leave him in for now.

24              Did you want to say something, Mr. Garcia?

25              MR. GARCIA:  What did you do with 15?
```

```
 1              THE COURT:  15?

 2              MR. SCAROLA:  Out.

 3              MR. GARCIA:  Okay.  I didn't hear him say that.

 4              MR. SCAROLA:  Yes.

 5              THE COURT:  Hold on.  If I didn't say he's out, he

 6    should be out.

 7              MR. GARCIA:  Thank you.

 8              THE COURT:  Were there any others I overlooked?  I

 9    thought I said 8, 9, and 10 were out.  Is that everyone?  All

10    right.  So I am going to tell the ones that I just mentioned I

11    have --

12              I have 18.  Is that right?  Eighteen still in.

13              MS. MESA-ESTRADA:  Yes, your Honor.

14              MR. SCAROLA:  Yes.

15              MR. CIOFFI:  Yes.

16              THE COURT:  Okay.  All right.  Let's bring everybody

17    back in, and I will tell the 18 that we would like them here to

18    get -- need to get your -- their phone numbers to Irene, and we

19    will ask them to be here on Friday at 9:00 o'clock.  And we

20    will hopefully have more to merge this group with tomorrow.

21              THE DEPUTY CLERK:  Please rise for the jury.

22              (The prospective jury entered the courtroom at 4:13

23    p.m.)

24              THE COURT:  Welcome back, everyone.  Please be seated,

25    ladies and gentlemen.  I am very sorry to keep you waiting so
```

1    long, and I apologize.  There were a number of issues we had to

2    talk about that took longer than I expected.  So I appreciate

3    your patience and your willingness to serve thus far in the

4    case.

5            In order to shorten this, I am going to call out the

6    numbers and the names of the individuals that are still in the

7    group to be considered to be on the jury for this case.  If I

8    don't call your name, or your juror number, you're excused from

9    this case.

10           So if you are excused from this case, that doesn't

11   mean you are excused for the rest of the two-week period of

12   jury service.  It's possible, not likely, but possible that you

13   can be called up for another case.  I am not aware of any other

14   cases that are scheduled to go forward in the next two weeks,

15   but I can't say for sure.  So if you are excused, you need to

16   keep calling the jury number that you have been given every

17   night until your two weeks are completed.  Again, it's unlikely

18   you will be called back, but it's a possibility.

19           The rest of you, the ones that I am calling out now, I

20   need you to be back here on Friday, and we are going to

21   hopefully merge you with a group that -- we are going to do the

22   same thing tomorrow.  The same thing as we did today, we are

23   going to go through with another group.  Hopefully, between the

24   two groups -- today's group and tomorrow's group -- on Friday,

25   we will be able to further question you and then pick the jury

```
1   by the end of Friday, business.  That's our intention and hope.

2            So those of you who I am going to call now, do not

3   leave without giving your phone number to Ms. Ferrante so she

4   can contact you if for any reason those plans change.  All

5   right?  If you don't hear from her, we need you to be back on

6   Friday at 9:00 o'clock in the jury room where you were this

7   morning.

8            So those of you who need to come back on Friday:

9   Ms. Wolff, juror number 1; Mr. Aguilar, juror number 3; Ms. or

10  Mr. -- I think it's Ms. -- is it Cifuentes Tellez?

11            THE PROSPECTIVE JUROR:  Tellez.

12            THE COURT:  I'm sorry.

13            Ms. Piana, juror 16; Ms. Zesut -- did I say that

14  correctly?

15            Juror number 17; Mr. Kahn, again with the

16  understanding if you are selected, we are going to honor your

17  jury trial commitment as an expert and taking your son on

18  May 17th to his school.

19            Ms. Marseille, juror 19; Mr. Pollock, juror number 20.

20            Mr. Fisher, on the basis that you said you can use

21  your juror money to get an Uber back and forth; again, on that

22  basis, you said you could be with us, so I am going to keep you

23  in for now.

24            Ms. -- is it Leite?

25            THE PROSPECTIVE JUROR:  It's Leite.
```

```
1              I'm sorry, Ms. Leite, juror number 24.

2              Ms. Kerr, juror number 31.

3              Mr. Hart, juror number 36, you told us that you can

4     work out your schedule with your assistant managers.

5              Juror number 37, Mr. Gelfusa.

6              Juror number 43, Mr. McIntosh, again, you are going to

7     check with your employer -- where is Mr. McIntosh? -- you're

8     going to check with your employer to make sure you are going to

9     get paid.  If you are not, you need to tell us on Friday.

10             THE PROSPECTIVE JUROR:  Yes, sir.

11             THE COURT:  Okay?

12             Ms. Spencer, you are going to check -- no, I'm sorry.

13    Ms. Spencer, I apologize.  Where is Ms. Spencer?  Oh, there you

14    are.  Okay.  Oh.  You were also going to check whether you were

15    going to get paid, right?

16             THE PROSPECTIVE JUROR:  Yes.

17             THE COURT:  Okay.  We would -- assuming you are going

18    to get paid, we are going to let you go to your high school --

19    your daughter's graduation.  If you are selected.

20             Juror 51, Mr. Battle, again, you are going to check on

21    whether you get paid, right, Mr. Battle?

22             THE PROSPECTIVE JUROR:  Correct, yes.

23             THE COURT:  Okay.  And you are going to let us know on

24    Friday.

25             Mr. Berberian, juror number 52, and Ms. Gonzalez,
```

1   number 58.  Again, assuming we work with you on Friday

2   afternoon pick-up, you said you could be with us if we can work

3   around your Friday afternoon pick-up of your daughter.  So on

4   that basis, I am going to leave you in the group for now.  All

5   right?

6          So that's everyone who I am going to need to be back

7   on Friday at 9:00, unless you hear otherwise from us.  Please

8   do not leave without giving your phone number to Ms. Ferrante

9   before you leave so we can contact you if things change.  The

10  rest of you that I did not call, you are excused from this

11  case, but you need to keep calling back for the rest of your

12  two-week period to see if you are needed on other cases.

13         So thank you for your cooperation, your patience, your

14  willingness to serve.  I apologize for the long delay in

15  getting back to you this afternoon after the break, and we wish

16  you all good luck, those of you who will not be with us for the

17  rest of this case.  Again, we thank you.  Have a nice evening.

18             THE DEPUTY CLERK:  All rise.

19             (The prospective jurors exited the courtroom at

20  4:21 p.m.)

21             THE COURT:  Anything else we need to discuss before we

22  recess?

23             MR. SCAROLA:  I don't think so, your Honor.

24  Mr. Cioffi and I were just discussing the timing of addressing

25  the demonstrative exhibits to be used in opening, and I think

1    that we can probably do that while the jurors are filling out

2    their questionnaires tomorrow.

3            THE COURT:  Okay.

4            MR. CIOFFI:  So, Judge, what we would propose is to

5    give the extra copies to the court, and we would just retrieve

6    them back in the morning and make our arguments.

7            THE COURT:  Okay.

8            MR. CIOFFI:  And we will provide a copy to the court,

9    too, while we are arguing.  I don't think we did that, but we

10   have an extra copy for the court.

11           I don't know if you do.

12           MR. SCAROLA:  I don't know either.  But we will.

13           THE COURT:  I am sure I'll...

14           MR. SCAROLA:  When we get them back, we will copy

15   them.

16           THE COURT:  I am sure I will get whatever I need from

17   you to make a decision.  All right.  Have a good evening,

18   everyone.

19           MR. SCAROLA:  Thank you for a very interesting day,

20   your Honor.

21           (Proceedings adjourned to April 25, 2024, at

22   9:00 a.m.)

23

24

25

C E R T I F I C A T E

    I hereby certify that the foregoing is an accurate
transcription of the proceedings in the above-entitled matter.


April 24, 2024        /s/ Jill M. Wells
                        Jill M. Wells, RMR, CRR, CSR
                        Federal Official Court Reporter
                        400 N. Miami Avenue
                        Miami, FL 33128
                        jill_wells@flsd.uscourts.gov

AUDIENCE SPEAKER: [1] 79/18
MR. CIOFFI: [47] 5/22 6/6 6/10 7/10 7/14 7/17 7/25 8/9 11/1 12/10 12/12 13/5 13/23 15/9 15/18 16/1 18/21 22/7 23/22 24/6 24/22 32/7 37/16 37/19 38/4 38/6 38/8 38/10 46/8 120/18 122/19 123/3 129/7 129/10 142/13 142/20 143/25 145/5 145/21 145/23 146/3 146/8 146/10 146/18 147/15 152/4 152/8
MR. COLLINGSWORTH: [2] 26/2 37/11
MR. DANTE: [5] 32/5 38/9 145/6 145/16 145/18
MR. GARCIA: [4] 36/9 146/25 147/3 147/7
MR. GJULLIN: [1] 37/7
MR. GREEN: [11] 29/22 30/1 30/3 30/8 30/11 30/14 30/18 31/12 31/14 36/15 143/16
MR. HAGER: [1] 36/13
MR. HERZ: [1] 36/14
MR. JACQUES: [1] 37/9
MR. REITER: [1] 37/2
MR. SCAROLA: [126] 5/11 5/17 6/5 6/9 7/2 8/8 8/16 8/19 9/24 10/19 11/7 12/1 12/9 13/4 13/6 14/13 15/6 15/23 16/4 16/9 16/12 16/19 16/24 17/2 17/8 17/10 18/15 22/3 22/16 23/2 23/8 23/12 23/16 23/21 24/7 24/21 24/23 25/1 26/22 28/6 28/16 28/18 29/1 29/6 30/24 31/1 31/3 31/5 31/9 31/17 31/20 32/11 32/16 32/21 33/4 33/10 33/17 35/13 45/20 45/22 45/25 46/9 46/12 66/2 119/13 120/8 121/16 122/5 122/14 122/17 123/2 123/6 123/15 124/2 125/3 125/7 125/9 126/1 126/9 126/14 126/16 126/25 128/14 128/16 129/3 129/6 132/2 132/4 132/8 132/16 132/20 133/3 133/5 134/2 135/19 135/25 136/6 136/10 136/15 136/20 137/5 137/8 137/13 137/22 138/1 138/3 138/5 138/7 138/18 140/12 140/17 140/20 140/24 142/11 142/19 143/24 145/1 146/2 146/17 147/2 147/4 147/14 151/23 152/12 152/14 152/19
MR. SCHERER: [11] 26/5 26/9 26/17 26/19 26/24 27/3 27/12 27/18 28/1 28/3 36/19
MR. SIMONS: [1] 36/21
MR. STOOLMAN: [1] 38/7
MR. ZHADANOVSKIY: [1] 36/11
MS. FUNDORA-MURPHY: [1] 38/3
MS. GOPAL: [1] 38/5
MS. KROEGER: [3] 36/17 144/16 144/19
MS. MESA-ESTRADA: [4] 145/10 145/13 145/19 147/13
THE COURT REPORTER: [6] 107/12 120/16 126/8 126/10 126/15 129/8
THE COURT: [704]
THE DEPUTY CLERK: [18] 4/15 17/14 25/20 29/16 33/14 33/18 33/21 33/25 39/18 67/21 119/7 141/17 141/21 141/23 141/25 145/17 147/21 151/18
THE LAW CLERK: [4] 144/6 144/8 144/10 144/20

$

$10,000 [1] 43/24
$15 [1] 146/17
$50 [5] 52/16 67/20 67/23 145/25 146/10
$50 million [1] 52/16
$55 [1] 67/20

'

'63 [1] 30/12

/

/s [1] 153/5

0

01916 [1] 1/2
08-md-01916 [1] 1/2

1

10 [4] 30/19 141/10 144/22 147/9
100 percent [2] 67/6 133/16
10118 [1] 1/24
10:00 [2] 94/22 94/23
10th [2] 58/17 58/22
11 [2] 141/8 141/10
1100 [1] 2/13
1156 [1] 2/10
11780 [1] 2/16
12 [2] 3/1 141/8
12:32 [1] 25/4
13 [2] 138/22 141/8
13th [1] 85/17
14 [2] 25/10 144/3
14th [1] 63/6
15 [6] 25/6 30/20 107/1 107/3 146/25 147/1
15-minute [2] 118/10 118/15
15th [1] 2/10
16 [2] 144/3 149/13
1612 [1] 1/18
1650 [1] 2/20
17 [2] 144/4 149/15
1700 [1] 3/7
170901 [1] 2/8
177 [1] 1/6
17th [9] 24/17 24/18 63/5 63/9 63/12 63/14 64/4 99/17 149/18
18 [3] 144/4 147/12 147/17
19 [2] 144/4 149/19
1:04 [1] 34/1

2

20 [4] 6/15 49/21 144/4 149/19
20005 [1] 2/14
20006 [1] 1/19
20009 [1] 2/11
201 [1] 3/7
2016 [1] 110/20
2017 [2] 26/11 26/15
2024 [3] 1/4 152/21 153/5
20th [2] 99/16 99/18
21 [10] 143/13 144/11 144/12 145/10 145/12 145/16 145/17 145/19 145/21 145/24
2139 [1] 1/13

22 [1] 141/10
222 [1] 2/19
23 [1] 141/10
24 [4] 1/4 144/5 150/1 153/5
24/7 [2] 110/7 110/23
25 [2] 144/1 152/21
26 [1] 141/10
26th [2] 77/12 77/16
27 [12] 25/18 25/20 26/4 128/16 129/3 129/5 130/5 130/7 133/24 133/25 138/11 142/15
28 [1] 141/10
29 [5] 134/2 134/3 134/4 141/10 141/11
2:00 [1] 91/15
2:30 [2] 91/10 91/23
2:46 [1] 119/8
2:54 [1] 123/7

3

30 [1] 141/12
304 [1] 2/6
3042 [1] 2/17
31 [5] 128/14 128/15 129/3 144/5 150/2
32 [4] 126/9 126/10 130/11 141/13
33 [1] 141/12
33128 [2] 3/13 153/7
33301 [2] 2/4 3/2
33401 [1] 2/20
33402-3626 [1] 1/14
33408-3042 [1] 2/17
34 [2] 130/11 141/12
35 [1] 141/12
350 [1] 1/23
36 [2] 144/5 150/3
3626 [1] 1/14
37 [4] 144/5 144/6 144/8 150/5
38 [1] 141/12
39 [2] 141/12 144/10
3:00 [1] 119/5
3:20 [1] 123/7

4

40 [8] 79/8 79/21 124/21 125/17 126/24 128/8 139/22 141/12
40 years [1] 126/19
400 [2] 3/12 153/6
41 [3] 30/7 30/8 141/12
42 [1] 29/23 141/12
43 [5] 29/24 30/6 144/5 144/11 150/6
44 [1] 141/13
45 [2] 31/12 141/13
45202 [1] 3/8
46 [1] 141/13
47 [4] 28/7 144/5 144/16 144/18
48 [4] 36/16 143/8 144/12 144/12
49 [1] 141/13
4:00 [6] 71/15 117/5 117/10 117/11 143/19 143/19
4:00 o'clock [2] 71/1 117/14
4:13 [1] 147/22
4:21 p.m [1] 151/20
4:24 [1] 1/5
4:30 [1] 117/3
4:30 p.m [1] 68/20
4th [4] 2/3 93/13 93/14 106/15

**5**

**500N [1]** 2/16
**502 [1]** 2/10
**51 [3]** 143/3 144/12 150/20
**52 [3]** 4/4 144/11 150/25
**53 [4]** 26/5 26/9 26/16 141/13
**54 [1]** 141/13
**55 [2]** 26/17 141/13
**56 [1]** 141/13
**57 [1]** 141/13
**58 [7]** 8/3 8/5 142/21 144/11 144/12
144/12 151/1
**5:00 [4]** 51/17 68/20 71/8 72/4
**5:30 [1]** 117/3
**5:45 p.m [1]** 91/20

**6**

**60 [1]** 104/23
**609 [1]** 3/2
**633 [1]** 2/3
**6400 [1]** 1/24
**6:00 [2]** 94/22 113/23
**6:00 a.m [1]** 113/22
**6:50 p.m [1]** 115/2
**6th [2]** 101/12 102/14

**7**

**7:00 [1]** 94/23
**7th [1]** 3/1

**8**

**800 [1]** 1/19
**84-year-old [1]** 105/4
**85 [1]** 112/14
**8:00 [1]** 71/15
**8:00 o'clock [1]** 68/21
**8:30 [1]** 143/20
**8:39 [2]** 1/5 4/1

**9**

**91 [1]** 89/5
**9:00 [7]** 51/16 71/7 72/3 113/24 143/19
151/7 152/22
**9:00 o'clock [4]** 94/25 143/20 147/19
149/6
**9:08 [1]** 17/11
**9:28 [1]** 17/11
**9:30 a.m [2]** 71/2 71/5
**9:33 [1]** 25/4
**9th [2]** 101/13 102/14

**A**

**a.m [9]** 1/5 4/1 17/11 25/4 71/2 71/5
113/22 113/23 152/22
**abbreviate [1]** 5/18
**abhors [1]** 11/7
**ability [6]** 5/7 18/24 21/11 54/17 79/5
103/21
**able [69]** 5/5 11/14 14/15 14/16 16/17
21/9 21/15 34/19 36/6 39/4 40/1 40/4
43/23 44/7 44/12 44/16 45/17 46/2 47/9
48/17 49/5 51/11 51/17 52/11 56/16 60/8
62/1 62/23 63/15 63/17 64/4 68/1 70/14
71/16 74/8 74/10 75/14 76/11 79/17 80/9
82/8 83/7 84/22 86/25 88/24 93/6 95/1
96/1 99/10 100/6 100/15 106/9 108/2

**about [116]** 5/7 6/16 7/12 8/6 8/14 8/22
9/8 10/20 11/9 12/23 18/24 19/2 20/17
22/19 24/25 25/6 25/8 25/25 27/14 27/21
28/13 28/14 28/24 30/22 31/10 31/16
35/21 39/2 39/3 40/14 56/2 57/25 68/20
70/8 73/12 79/21 82/21 85/17 90/15
92/20 96/25 97/3 100/10 100/12 102/24
105/25 106/17 106/25 107/1 107/3
110/16 110/16 118/16 118/17 118/18
118/19 118/19 118/20 118/20 118/20
119/5 119/14 119/21 119/22 119/25
119/25 120/23 120/23 121/3 121/8 121/9
122/13 122/15 122/23 123/23 124/13
124/20 125/11 126/18 126/23 126/25
127/3 127/4 127/12 128/19 128/19
129/11 129/14 129/17 130/3 130/14
131/5 131/9 131/22 132/9 132/17 132/23
135/10 135/23 135/23 136/1 136/7
136/12 136/15 136/22 136/25 137/9
137/11 137/14 137/21 137/23 140/1
140/20 145/11 146/17 148/2
**above [1]** 153/3
**above-entitled [1]** 153/3
**absence [3]** 41/4 52/21 98/4
**absolutely [6]** 6/9 17/1 104/12 125/20
127/8 135/24
**abuse [1]** 28/22
**accede [1]** 6/2
**accepted [2]** 76/20 77/18
**accommodate [6]** 35/1 62/23 63/8
63/15 64/3 108/11
**according [1]** 98/8
**accordingly [1]** 14/7
**accountable [1]** 114/2
**accountants [1]** 112/12
**accounting [1]** 26/19
**accurate [1]** 153/2
**accurately [1]** 25/17
**acknowledge [2]** 118/24 127/25
**acknowledged [1]** 128/17
**acquaintance [1]** 53/11
**acquaintances [3]** 53/20 54/3 54/1
**act [3]** 15/1 15/16 62/24
**acting [1]** 14/23
**action [1]** 35/23
**activity [1]** 15/5
**actually [14]** 5/15 13/13 22/13 24/12
34/14 48/13 49/10 67/7 67/8 72/19 73/16
77/2 116/15 131/16
**acute [1]** 60/23
**add [1]** 112/10
**addition [2]** 61/4 123/19
**address [3]** 12/5 15/9 34/21
**addressed [3]** 11/8 34/3 123/17
**addresses [1]** 12/7
**addressing [1]** 151/24
**adjourned [1]** 152/21
**adjust [1]** 31/17
**adopt [1]** 11/10
**adopting [1]** 9/17
**ads [1]** 83/12

**adviser [2]** 103/9 103/14
**advisers [1]** 102/8
**Advocates [1]** 37/12
**affect [5]** 48/16 66/9 90/17 96/15 103/21
**affirmatively [1]** 124/7
**afford [8]** 44/7 44/9 50/6 51/11 80/18
82/8 87/13 111/14
**afloat [1]** 40/19
**after [31]** 6/13 7/7 9/2 9/4 10/2 21/3
22/24 23/7 25/3 32/23 51/14 53/18 58/20
83/9 83/9 85/12 86/12 89/15 91/18
102/18 112/19 118/13 123/22 130/14
131/8 131/16 131/16 131/21 134/22
137/5 151/15
**aftercare [5]** 91/11 91/20 116/18 117/2
117/5
**afternoon [124]** 34/2 34/15 35/14 36/9
36/11 36/13 36/14 36/15 36/17 36/19
36/21 37/7 37/9 37/19 38/3 38/5 38/7
38/9 39/23 40/10 40/11 42/8 42/9 43/4
43/5 43/11 43/12 44/22 44/23 46/18 49/2
49/3 50/13 51/22 51/23 54/24 56/25 57/3
57/4 58/13 58/14 60/2 60/14 60/16 60/17
61/24 61/25 62/11 62/12 62/15 62/16
62/20 62/21 64/10 64/11 66/16 66/17
66/20 67/2 68/5 68/6 69/1 70/11 70/13
70/20 70/21 72/12 72/13 73/8 73/9 74/15
74/18 75/23 76/16 76/17 78/5 78/6 80/8
80/24 82/16 82/17 83/19 83/20 85/2 85/3
86/1 86/2 87/8 87/9 88/6 88/7 90/7 90/8
92/3 92/4 92/24 92/25 94/4 97/22 97/23
101/6 104/17 104/18 107/3 107/16
107/17 109/8 109/9 109/22 109/23 111/6
111/24 111/25 113/13 113/14 115/4
116/8 116/9 118/5 130/8 134/6 151/2
151/3 151/15
**afternoons [2]** 47/9 142/23
**afterwards [1]** 41/25
**again [44]** 6/23 8/23 10/24 16/14 18/25
19/19 20/6 21/1 21/23 23/23 34/10 34/14
34/17 37/20 37/20 37/23 38/11 39/1
39/20 42/2 59/13 64/2 69/9 102/13 104/8
108/10 108/22 115/15 116/3 117/12
118/4 128/5 129/25 144/13 145/10
146/19 146/20 148/17 149/15 149/21
150/6 150/20 151/1 151/17
**against [11]** 32/13 32/14 32/19 33/16
79/2 79/4 81/19 119/17 127/2 137/24
140/11
**age [2]** 25/13 25/14
**agency [1]** 55/18
**agent [1]** 105/25
**aggravate [1]** 140/15
**ago [7]** 30/20 31/12 31/14 73/1 78/22
79/1 106/17
**agree [16]** 5/25 7/6 7/21 7/25 8/7 13/11
13/15 13/17 46/7 120/18 121/7 125/25
126/1 142/13 145/3 145/3
**agreed [3]** 12/10 12/18 13/9
**agreement [9]** 5/23 6/3 8/1 8/8 12/9
12/13 13/1 13/3 15/10
**agrees [1]** 143/25
**Aguilar [3]** 42/7 42/10 149/9
**ahead [3]** 120/4 130/19 132/3
**aide [1]** 105/4

**A**

aircraft [1]  95/18
aisle [5]  32/20 62/7 70/18 88/5 101/5
AL [1]  56/20
alert [7]  71/16 71/19 71/19 71/21 72/4
143/21 143/21
ALIEN [1]  1/4
all [230]
allegations [1]  28/20
allow [2]  32/22 32/24
allowed [1]  7/20
almost [1]  36/16
already [18]  12/15 44/2 47/13 48/1
50/24 51/1 53/6 63/6 70/3 72/22 77/14
77/18 85/20 96/8 105/10 112/9 112/15
113/15
also [35]  36/23 37/1 39/19 40/19 43/7
43/24 45/7 46/23 48/8 49/19 50/23 51/7
51/9 52/24 56/9 61/1 61/11 61/13 65/16
72/18 76/13 76/22 79/2 82/23 87/16
87/21 95/3 98/6 101/10 120/6 122/21
125/3 128/17 142/14 150/14
alter [1]  9/11
although [3]  13/8 139/8 142/15
always [2]  98/24 100/15
am [148]  4/19 4/21 6/20 8/21 8/22 8/23
9/12 10/16 12/12 14/22 16/14 16/21
17/11 17/17 20/10 25/4 27/12 27/25 28/3
35/5 35/25 37/9 37/11 37/12 37/23 38/11
38/22 39/2 40/15 40/16 40/25 41/13
41/19 41/24 42/20 43/23 45/6 45/9 45/12
45/13 45/13 45/15 46/22 46/23 47/6 47/7
49/16 49/20 50/2 50/14 50/22 50/24 51/1
51/1 51/3 51/25 53/9 55/8 56/13 56/13
57/9 57/13 58/16 60/20 62/14 63/8 63/13
63/22 64/16 69/15 71/25 72/15 73/14
73/22 74/19 75/18 76/12 76/22 78/20
80/15 80/16 81/18 84/4 84/8 84/9 85/14
85/15 85/16 86/7 86/21 86/23 87/15
87/25 88/1 89/3 89/5 90/23 92/8 92/15
94/15 96/6 96/16 97/7 98/11 99/2 99/3
99/3 99/4 100/9 100/17 102/24 103/12
105/2 107/23 112/9 113/21 114/9 114/10
114/20 115/25 117/22 119/13 119/14
119/22 130/16 132/18 132/24 134/9
137/1 140/3 140/18 140/22 142/1 142/17
142/25 143/12 143/21 147/10 147/25
148/5 148/13 148/19 149/2 149/22 151/4
151/6 152/13 152/16
among [2]  24/14 27/23
amount [4]  18/12 19/1 19/22 73/23
ample [1]  69/18
amplified [1]  120/2
angels [1]  22/7
announcement [1]  122/11
another [16]  6/17 14/24 23/22 30/4 64/6
86/18 99/5 99/6 101/17 102/6 107/3
121/15 131/7 139/1 148/13 148/23
answer [6]  25/17 26/3 29/4 50/1 108/15
125/16
answering [3]  19/10 20/11 144/21
answers [1]  25/15
anticipate [1]  11/21
anticipating [1]  63/9
anxiety [3]  112/8 113/8 114/7
anxiety-wise [1]  113/8

any [80]  5/9 8/16 8/18 9/20 9/22 9/24
10/6 11/17 12/17 15/4 16/21 19/18 20/7
25/11 25/25 27/17 27/25 29/4 32/2 34/8
35/4 35/8 35/10 36/4 36/5 37/5 39/8
40/5 41/6 41/14 42/12 45/12 47/2 48/6
48/18 54/8 54/16 54/16 55/25 66/5 79/5
79/13 88/10 97/18 97/18 97/19 110/10
112/11 118/20 118/22 118/24 120/9
121/3 122/5 125/11 127/11 127/21 128/2
128/23 129/19 130/14 131/22 131/22
132/21 134/23 135/10 135/17 135/21
137/2 138/7 139/15 140/10 140/11
141/12 144/13 144/15 146/22 147/8
148/13 149/4
anybody [5]  36/4 131/22 135/9 137/17
139/1
anyone [14]  52/20 58/4 61/10 69/12
83/14 91/22 116/1 116/12 120/24 124/3
128/1 132/25 135/10 141/5
anything [21]  9/13 11/5 11/14 13/21
14/9 15/14 16/15 17/6 22/14 28/24
118/17 118/18 118/20 132/1 132/22
135/1 135/9 135/22 137/14 140/9 151/21
anyway [5]  10/13 25/23 25/25 30/16
128/11
apart [3]  13/16 138/22 138/23
apartment [2]  104/21 105/20
apologize [11]  17/4 48/14 57/1 60/22
84/21 109/3 135/20 136/8 148/1 150/13
151/14
apology [1]  136/10
apparently [4]  8/3 119/15 128/16
141/14
appeal [1]  22/7
appear [1]  132/23
APPEARANCES [2]  1/10 2/1
appears [1]  14/4
application [1]  31/8
applied [1]  129/16
apply [2]  79/23 129/23
applying [2]  128/6 130/1
appointment [1]  75/1
appreciate [13]  21/14 34/11 43/1 68/3
84/24 104/12 127/18 128/21 133/6
136/14 140/12 140/17 148/2
appreciating [2]  10/20 11/7
approach [1]  45/20
appropriate [4]  11/19 12/6 105/6
122/18
appropriately [3]  14/24 15/17 120/20
approximately [1]  49/21
April [3]  1/4 152/21 153/5
Arano [1]  80/22
architect [3]  63/21 63/23 64/1
architecture [1]  63/25
are [396]
area [3]  50/24 51/1 51/2
areas [1]  11/19
argue [1]  12/17
argued [1]  11/11
arguing [1]  152/9
argument [3]  5/24 11/12 121/3
arguments [1]  152/6
around [14]  6/21 9/11 31/19 68/19 89/4
93/21 99/22 100/15 114/4 117/17 118/4
121/6 121/14 151/3

arrange [1]  93/17
arrangements [1]  75/18
articulate [1]  22/25
articulated [2]  11/2 123/19
as [119]  4/5 4/13 4/13 4/23 5/2 5/2 7/12
7/18 7/20 8/5 8/6 9/19 11/2 11/13 13/3
14/15 15/13 17/16 17/21 19/24 19/24
21/3 21/9 21/9 22/1 24/19 25/2 25/2
25/10 29/5 29/19 30/4 32/15 34/6 34/19
34/21 34/22 34/22 35/14 35/20 35/23
36/3 37/24 41/17 41/21 42/23 42/23 45/8
47/10 47/10 48/2 48/8 48/10 49/6 50/18
56/19 57/13 57/13 57/21 57/21 61/12
61/13 61/15 62/24 64/5 64/5 64/18 65/22
68/14 69/20 73/19 73/19 77/4 80/16
80/16 81/4 83/2 86/4 87/22 87/22 90/18
94/8 99/2 99/2 99/4 99/24 105/1 106/12
118/11 119/16 119/16 120/1 120/8 121/4
122/25 124/21 125/16 126/17 126/18
127/14 128/1 128/6 128/24 130/1 130/13
138/18 140/8 140/10 141/7 142/5 143/9
143/12 144/1 144/12 144/21 145/9
146/11 148/22 149/17
aside [1]  121/4
ask [22]  11/9 18/6 19/4 20/21 21/2 21/3
27/15 28/14 30/22 38/22 39/11 75/12
93/20 114/21 124/18 132/1 132/24
134/12 135/23 136/20 142/9 147/19
asked [7]  8/4 13/8 19/18 27/21 61/19
106/12 128/7
asking [6]  11/21 13/23 19/13 25/8 35/3
131/5
aspect [1]  39/7
aspects [1]  34/8
assault [2]  45/7 46/1
assembly [1]  17/12
asserted [1]  121/5
asserts [1]  10/5
assess [1]  128/3
assessment [1]  86/11
assigned [1]  58/6
assignments [2]  47/3 47/18
assistance [1]  105/4
assistant [2]  38/10 150/4
assistants [1]  84/6
associates [1]  38/1
assume [14]  14/22 49/8 62/23 99/9
99/24 100/1 100/4 100/5 108/1 108/14
100/5 121/12 142/5 142/7
assuming [8]  47/7 82/3 92/14 92/16
114/3 120/5 150/17 151/1
assure [3]  16/16 34/10 135/20
Atlantic [1]  93/16
attack [1]  97/6
attempting [1]  132/23
attend [3]  53/17 100/2 108/11
attending [1]  93/15
attention [9]  20/14 21/13 29/8 36/6
38/18 104/11 135/2 137/11 139/5
attentive [1]  22/9
attorney [3]  5/15 27/16 102/21
attorneys [4]  24/9 32/25 37/1 125/10
attrition [1]  61/1
AUC [2]  10/5 10/6
audible [1]  139/11
auditions [2]  47/1 47/11

## A

**August [4]** 77/1 77/5 77/7 77/8
**authority [1]** 7/18
**autism [2]** 56/4 87/17
**available [4]** 29/14 29/17 63/7 99/14
**Avenida [1]** 2/7
**Avenue [4]** 1/23 2/19 3/12 153/6
**avoid [1]** 119/2
**awake [1]** 95/1
**aware [5]** 53/23 54/3 54/19 80/17 148/13
**away [3]** 40/17 87/21 131/3

## B

**back [58]** 6/20 15/11 17/5 20/22 22/12 25/6 27/5 27/19 27/23 34/3 37/17 39/16 67/19 67/23 73/25 74/8 81/14 89/10 89/15 91/16 92/19 95/24 96/11 96/12 102/15 106/15 106/17 106/22 107/5 108/23 112/8 113/19 118/12 119/5 121/20 121/20 121/25 123/1 123/21 124/19 125/1 130/12 133/22 134/6 140/8 146/5 147/17 147/24 148/18 148/20 149/5 149/8 149/21 151/6 151/11 151/15 152/6 152/14
**background [2]** 4/23 39/6
**backwards [1]** 50/12
**bad [1]** 90/18
**bailiff [1]** 14/4
**balance [1]** 11/22
**balances [1]** 129/12
**bandwagon [1]** 22/21
**Bar [1]** 31/5
**Barnhart [2]** 1/13 35/16
**based [8]** 9/14 10/14 12/23 18/4 37/13 73/23 79/11 129/15
**basically [5]** 41/7 70/25 101/16 117/11 130/16
**basis [11]** 81/10 87/18 120/9 123/9 129/19 138/12 138/17 139/3 149/20 149/22 151/4
**Bates [2]** 94/1 94/2
**Battle [3]** 107/15 150/20 150/21
**be [338]**
**Beach [17]** 1/3 1/13 1/14 2/17 2/20 36/16 36/18 51/2 61/2 76/3 76/14 98/9 98/25 107/21 108/9 115/12 116/23
**beat [1]** 22/8
**because [47]** 8/6 9/1 9/17 13/12 18/11 27/19 31/2 39/14 44/11 44/24 53/18 55/4 56/9 56/18 57/6 59/16 61/8 64/6 73/14 75/17 76/13 79/20 81/20 81/21 82/4 83/11 83/16 87/20 88/23 91/6 94/13 94/17 95/3 95/22 98/4 99/3 99/5 100/13 105/15 107/21 110/13 116/17 126/4 127/9 128/5 145/15 145/24
**Bechtel [1]** 48/25
**Becky [1]** 38/10
**becomes [1]** 14/10
**been [38]** 4/13 11/23 13/15 13/22 14/5 14/11 14/14 15/13 17/18 23/2 36/16 44/12 53/6 60/24 64/14 65/4 79/8 79/9 79/20 103/14 105/22 105/24 110/14 118/21 118/22 124/20 127/1 128/7 132/13 137/24 139/4 139/12 139/17 139/18 139/19 139/22 140/1 148/16

## before

**before [33]** 1/8 4/23 8/9 14 6/8 6/15 8/24 12/16 13/25 14/25 17/5 17/15 17/19 23/1 24/10 32/1 35/4 38/20 51/14 57/25 86/22 86/24 89/9 89/15 117/3 123/15 123/17 126/4 132/8 133/10 141/10 151/9 151/21
**began [1]** 5/15
**begin [2]** 4/3 5/22
**beginning [2]** 15/11 77/5
**behalf [1]** 119/19
**behind [3]** 124/5 136/5 136/16
**being [33]** 8/4 14/17 18/19 19/18 20/1 34/4 34/5 35/23 40/22 42/21 43/23 61/4 73/11 77/21 93/2 98/7 99/11 119/1 119/1 119/3 123/23 124/13 125/14 125/17 125/18 126/19 127/4 132/15 133/1 136/23 137/15 137/16 140/10
**believe [37]** 4/4 12/4 12/13 17/25 21/18 25/19 26/4 29/14 29/23 36/23 42/9 53/15 57/23 63/2 92/13 93/13 112/23 113/2 115/18 123/9 123/14 125/18 127/21 128/22 130/13 131/18 134/13 139/7 139/21 141/1 143/3 143/8 143/13 144/2 144/16 144/19 146/3
**believed [1]** 135/9
**believing [1]** 136/2
**bench [1]** 7/11
**Berberian [4]** 109/6 109/7 109/8 150/25
**best [5]** 5/4 24/15 34/21 35/1 95/5
**bet [1]** 95/5
**Bethesda [1]** 59/4
**better [6]** 7/15 7/17 22/7 53/4 64/14 128/3
**between [3]** 38/14 43/20 92/15 99/21 105/3 105/15 148/23
**beyond [3]** 48/6 56/16 64/6
**biblical [1]** 120/13
**big [5]** 21/20 56/10 112/4 114/11 114/15
**biggest [1]** 67/5
**Bill [1]** 35/19
**billing [1]** 59/6
**bills [5]** 51/11 68/14 80/9 120/23 121/9
**birthday [1]** 102/16
**Biscardi [1]** 92/24
**bit [13]** 4/23 17/20 19/2 22/8 35/3 38/1 38/12 39/6 40/13 93/4 96/11 100/23 134/11
**Blank [2]** 3/6 38/12
**blankrome.com [5]** 3/8 3/9 3/9 3/10 3/10
**blow [1]** 102/17
**Blum [1]** 46/16
**board [3]** 52/10 52/14 52/17
**Boca [1]** 85/9
**booked [3]** 47/13 52/25 85/21
**BORIS [2]** 1/12 36/11
**born [1]** 30/12
**boss [2]** 97/10 114/8
**both [13]** 7/25 8/7 14/9 14/14 14/19 15/15 31/21 32/24 35/5 43/21 91/5 98/6 100/14
**bottom [1]** 87/23
**bought [1]** 70/3
**Boulevard [1]** 1/13
**box [2]** 29/18 138/23
**Boy [1]** 27/24

## boyfriend

**boyfriend [1]** 87/21
**Boynton [1]** 116/22
**Brand [1]** 18/20
**BRANDS [2]** 1/3 37/22
**Braun [1]** 85/24
**break [14]** 12/16 24/20 25/7 62/25 97/10 99/25 100/1 107/2 107/3 117/23 118/10 118/14 123/4 151/15
**breaks [3]** 107/1 107/10 139/18
**Brian [3]** 53/16 53/16 54/6
**Brightline [1]** 115/3
**bring [24]** 5/3 6/17 8/4 18/23 25/7 29/7 29/12 32/23 36/6 72/20 104/10 118/12 121/15 122/3 124/11 127/13 128/11 130/4 130/6 133/25 138/15 140/8 142/8 147/16
**bringing [3]** 18/17 102/8 130/9
**broke [1]** 89/4
**brother [1]** 87/18
**brought [2]** 110/2 134/11
**Brown [1]** 90/7
**budget [3]** 52/9 52/14 52/16
**Building [1]** 37/4
**bunch [1]** 86/22
**business [12]** 24/1 30/18 40/24 41/2 41/24 41/25 76/6 86/8 87/1 101/18 102/11 149/1
**buttering [1]** 22/2

## C

**calculation [1]** 25/12
**call [11]** 24/5 87/19 89/4 92/19 101/2 121/21 121/24 148/5 148/8 149/2 151/10
**called [10]** 4/1 17/18 35/16 36/22 38/12 53/16 62/24 85/15 148/13 148/18
**calling [4]** 122/7 148/16 148/19 151/11
**calls [1]** 54/8
**came [4]** 57/25 82/21 89/15 97/5
**Campbell [1]** 54/22
**can [149]** 7/3 7/23 8/6 8/16 8/23 9/14 13/21 14/7 14/8 14/9 15/12 15/13 17/5 19/20 20/20 20/23 21/21 22/1 23/10 24/14 25/3 25/8 25/10 28/13 29/19 30/1 31/19 31/21 31/23 32/4 32/10 34/6 34/21 34/22 39/13 39/14 39/20 40/13 40/21 41/4 42/3 42/23 42/23 43/17 44/9 46/21 49/12 50/17 52/20 55/15 56/15 58/5 58/7 58/19 59/4 60/7 62/6 62/13 62/16 63/20 66/22 67/23 68/2 69/15 69/16 71/9 71/10 72/4 76/8 77/3 78/9 78/11 78/24 83/9 83/10 83/14 84/6 84/14 84/14 86/20 87/22 88/19 90/3 90/25 91/25 92/5 92/14 92/16 93/18 93/21 95/20 96/23 99/7 100/25 101/20 102/5 103/2 105/20 106/5 106/7 107/4 107/19 107/24 108/16 108/22 109/10 109/11 113/5 116/1 116/17 116/25 118/5 121/6 122/3 122/23 123/10 123/14 124/14 124/11 125/21 126/11 126/15 127/5 128/1 130/18 131/10 131/24 133/22 139/11 139/15 140/5 140/7 140/8 140/11 142/7 142/8 142/8 142/9 145/10 145/13 146/19 146/60 146/21 148/13 149/4 149/20 150/3 151/2 151/9 152/1
**can't [13]** 34/24 74/3 82/4 105/1 111/16 114/11 122/6 128/5 129/4 133/16 144/9

**C**

can't... [2]  145/11 148/15
cancer [1]  110/21
candles [1]  102/18
cannot [6]  13/15 21/20 61/7 76/12
  87/15 111/18
capability [1]  45/12
capital [2]  41/1 41/1
car [2]  67/8 88/1
care [16]  55/13 60/23 61/5 61/7 67/3
  71/23 71/25 84/6 88/23 89/8 89/9 89/14
  105/3 110/4 110/15 111/1
caregiver [1]  89/6
Caretaker [1]  30/15
case [65]  1/2 4/1 4/11 5/8 9/7 10/17
  11/21 13/24 17/18 17/21 18/4 18/8 18/10
  18/19 18/25 19/1 19/17 19/23 20/19
  24/20 27/7 27/14 27/16 28/11 28/13 34/7
  34/10 34/25 37/1 37/21 37/25 39/3 39/6
  45/8 45/13 54/17 66/6 75/15 79/6 79/12
  79/23 79/25 82/3 88/16 88/17 103/22
  104/6 118/17 118/18 118/20 119/17
  119/18 126/25 127/2 127/4 130/15 136/3
  140/11 148/4 148/7 148/9 148/10 148/13
  151/11 151/17
cases [11]  6/14 7/7 35/23 45/12 79/2
  79/4 79/22 119/18 127/2 148/14 151/12
catch [1]  137/11
cause [5]  6/16 66/5 79/5 113/9 121/10
caution [1]  118/16
Center [3]  3/7 49/11 49/15
ceremony [3]  108/5 108/7 108/11
certain [2]  54/3 103/25
certainly [8]  6/10 42/6 62/18 77/6 104/2
  120/18 129/12 129/18
certified [1]  81/8
certify [1]  153/2
cetera [3]  14/6 120/23 121/6
chairs [3]  31/17 31/19 119/9
challenge [1]  105/7
chance [5]  5/19 29/2 88/10 97/18
  123/18
change [12]  8/23 10/3 10/10 10/21 12/3
  12/25 13/17 13/18 14/25 15/14 149/4
  151/9
changed [6]  9/15 12/22 14/5 15/13 26/3
  73/12
changes [11]  8/16 8/18 8/22 9/9 9/19
  9/21 10/10 10/13 11/2 12/24 61/14
changing [1]  61/13
character [1]  33/4
check [18]  89/19 92/14 92/19 92/20
  107/10 107/20 107/24 108/22 108/23
  123/10 142/24 143/4 143/9 150/7 150/8
  150/12 150/14 150/20
checked [1]  112/24
chief [1]  52/1
child [9]  49/5 55/13 66/5 91/17 116/13
  116/24 117/14 117/21 142/22
childcare [1]  55/5
children [10]  53/19 56/1 70/22 71/22
  76/14 87/16 91/1 91/5 91/6 91/13
Chimborazo [1]  2/7
chime [1]  7/20
CHIQUITA [10]  1/3 9/20 10/3 10/4 10/5
  10/10 18/20 37/22 37/22 118/20

Chiquita's [3]  9/3 10/2 10/14
choice [1]  127/17
Christensen [4]  75/23 134/8 135/20
  141/11
Christmas [1]  89/4
church [2]  53/17 53/19
Cifuentes [1]  149/10
Cincinnati [2]  3/8 38/14
cioffi [18]  3/4 3/8 8/20 9/16 10/24 16/4
  17/13 18/18 24/11 32/2 35/5 37/15 37/21
  38/11 38/19 120/15 129/8 151/24
circumstances [4]  46/3 119/21 124/4
  124/16
citations [1]  22/4
cities [1]  38/15
citizens [1]  20/8
City [2]  37/4 116/22
civic [4]  4/9 18/6 20/7 21/2
civil [1]  63/6
claims [5]  10/3 10/4 11/15 22/17 35/22
clarification [1]  11/9
clarify [1]  24/1
class [3]  65/20 66/5 95/24
classes [1]  93/18
classroom [1]  96/9
clear [3]  13/24 121/16 129/13
clearly [5]  124/12 124/15 127/15 139/10
  139/17
Clerk [1]  115/13
client [6]  30/4 30/9 76/5 86/18 103/15
  103/21
client's [3]  30/5 103/9 104/7
clients [4]  28/8 86/15 101/19 102/21
clinic [1]  56/6
close [4]  9/5 30/14 30/15 123/22
closed [2]  77/3 112/14
closer [4]  49/13 53/19 62/14 78/25
closing [1]  11/12
co [5]  35/6 50/25 76/2 76/10 119/25
co-counsel [1]  119/25
co-own [1]  76/2
co-owner [1]  76/10
co-team [1]  35/6
co-worker [1]  50/25
Cohen [2]  2/13 2/16 37/10
cohenmilstein.com [2]  2/14 2/17
colleagues [1]  36/23
collect [2]  20/16 21/8
college [2]  76/14 85/5
COLLINGSWORTH [2]  2/9 37/12
Colombia [1]  10/8
combine [1]  122/3
come [23]  6/20 8/12 18/2 20/21 21/10
  22/24 24/19 27/15 27/18 28/4 32/19 56/9
  73/25 74/8 89/10 94/25 99/6 108/23
  113/23 123/1 133/6 143/20 149/8
comes [3]  9/11 56/6 91/16
coming [1]  113/19
Comisky [1]  3/6
comment [19]  119/22 120/2 120/3
  124/20 124/22 128/3 128/17 128/18
  129/17 129/22 129/23 131/9 131/13
  131/14 132/25 134/23 137/6 139/9 139/9
comments [25]  10/20 16/19 16/20
  16/21 25/25 119/15 119/16 123/23
  124/13 124/13 125/4 126/3 126/4 127/7

126/19 130/4 131/22 132/4 135/10
  136/1 136/16 137/17 138/25 139/2
  139/11
commissions [2]  41/22 41/23
commitment [2]  86/19 149/17
commitments [2]  86/14 86/16
committed [1]  44/2
communicating [1]  131/20
communication [1]  105/25
communications [1]  76/5
community [3]  17/22 18/2 33/6
companies [1]  112/6
company [19]  18/19 26/13 26/20 27/8
  27/20 40/19 40/20 40/21 40/22 41/7 51/3
  51/4 57/10 57/14 69/4 80/15 85/15 89/3
  112/2
company's [1]  40/24
compare [2]  14/12 14/16
compelled [1]  139/13
compensate [5]  42/19 57/19 57/22 99/4
  112/24
compensated [37]  41/9 43/23 44/8
  44/25 49/24 50/20 50/23 52/2 55/20
  57/11 59/8 61/17 61/18 61/20 67/15
  67/22 70/7 80/10 82/5 84/2 86/5 88/24
  89/21 89/25 90/12 90/16 92/11 98/7 99/9
  99/11 101/24 104/3 108/20 112/22 113/4
  114/18 123/12
compensation [4]  41/20 82/9 87/2
  87/14
complaint [1]  28/20
complete [2]  19/24 96/14
completed [3]  8/15 106/17 148/17
completely [2]  140/18 140/22
complex [1]  61/6
compromised [1]  41/20
concealed [4]  124/1 127/4 132/10
  137/16
concealing [1]  123/24
concentrate [1]  75/14
concern [10]  8/6 22/19 41/16 41/17
  41/18 93/22 115/19 120/2 139/3 139/16
concerned [9]  119/14 119/22 120/22
  120/23 127/4 128/19 128/19 135/23
  139/25
concerns [1]  114/7
concert [1]  46/23
conclusion [1]  11/20
condition [1]  93/2
conduct [1]  128/21
confidence [1]  15/4
confident [1]  84/4
confined [1]  139/17
confirm [2]  145/10 145/13
conflict [2]  103/25 104/3 104/6
conformity [1]  13/13
confront [1]  7/5
confused [1]  137/11
congratulations [2]  85/5 85/10
connection [1]  65/16
Conrad [4]  2/2 2/6 2/10 36/20
conradscherer.com [2]  2/4 2/8
consider [3]  4/8 137/13 140/13
considerably [1]  35/22
consideration [4]  20/11 34/22 42/6
  114/23

**C**

**considered [1]** 148/7
**considering [1]** 98/5
**consistent [2]** 10/1 25/11
**consolidated [1]** 35/21
**construction [1]** 69/4
**consult [4]** 54/11 118/11 120/4 123/18
**contact [5]** 92/7 118/24 119/2 149/4 151/9
**contempt [1]** 22/4
**context [3]** 124/22 126/5 128/7
**continue [2]** 21/5 120/6
**Continued [1]** 2/1
**contract [1]** 99/6
**contractors [2]** 69/8 69/11
**controller [1]** 112/15
**controversial [1]** 16/15
**convenient [1]** 24/15
**conversation [1]** 54/6
**conversations [2]** 129/15 137/2
**convinced [1]** 129/24
**cooperate [1]** 34/14
**cooperating [1]** 68/4
**cooperation [1]** 151/13
**copied [2]** 5/2 13/24
**copies [9]** 13/9 13/10 13/11 14/3 14/6 14/9 15/4 22/14 152/5
**copy [6]** 13/15 16/16 16/17 152/8 152/10 152/14
**corner [2]** 21/19 39/22
**corporation [2]** 43/21 125/15
**corporation's [1]** 52/17
**correct [54]** 9/23 40/1 40/2 40/5 40/6 42/11 43/3 43/8 43/15 43/16 44/6 45/1 45/19 47/16 47/19 48/11 50/5 52/8 54/12 54/14 55/6 57/20 59/22 65/2 65/5 65/10 65/14 65/15 67/4 67/13 73/5 73/7 79/24 80/3 80/12 81/3 81/17 82/19 83/3 86/7 87/2 87/3 91/19 92/20 95/19 98/10 102/4 107/19 112/3 114/17 115/13 117/22 118/6 150/22
**correctly [5]** 44/20 69/1 73/6 142/21 149/14
**corroboration [1]** 138/21
**Costco [1]** 83/17
**costs [2]** 146/13 146/15
**could [52]** 13/11 16/6 19/16 19/25 21/19 23/14 24/1 27/15 39/12 42/10 43/7 44/17 46/7 46/20 50/6 50/11 55/4 56/7 67/18 69/12 79/10 79/19 84/16 86/13 87/13 88/4 91/22 95/6 95/24 96/12 99/8 101/5 105/9 108/11 109/16 111/14 113/23 113/25 115/11 118/3 119/5 120/16 122/13 127/18 127/20 129/7 129/22 133/25 142/2 145/21 149/22 151/2
**couldn't [5]** 44/24 46/6 49/7 80/18 81/9
**counsel [9]** 14/22 30/3 32/22 53/11 63/6 119/25 124/14 138/24 139/12
**counsel's [1]** 53/21
**counseling [1]** 87/19
**counted [1]** 25/10
**country [2]** 17/24 18/1
**county [6]** 98/10 98/25 107/21 108/9 115/12 115/16
**couple [10]** 53/20 53/21 72/20 75/14

**course [6]** 11/15 11/16 15/6 62/24 120/25 146/4
**court [27]** 1/1 3/12 4/1 11/13 14/4 14/6 14/23 15/13 16/7 16/10 21/24 26/14 31/22 31/22 35/20 46/10 53/22 54/19 107/11 124/18 129/13 139/17 140/14 152/5 152/8 152/10 153/6
**court's [10]** 10/20 15/6 16/20 22/16 23/25 29/8 120/10 120/11 120/19 128/21
**courtesy [1]** 109/15
**courthouse [1]** 146/15
**courtroom [34]** 17/20 18/3 18/11 18/24 19/6 21/10 34/1 36/24 118/23 119/4 119/8 123/21 124/12 124/14 125/22 127/17 130/7 131/9 131/23 132/24 133/24 134/4 135/10 135/10 136/17 137/18 138/11 139/25 140/1 141/20 142/6 142/7 147/22 147/22 151/19
**cover [4]** 57/8 92/8 117/24 117/25
**covering [4]** 50/24 50/25 51/1 57/10
**covers [1]** 49/18
**Crain [1]** 43/11
**criminal [5]** 79/20 124/21 126/19 126/23 128/8
**critical [1]** 61/15
**CRR [2]** 3/11 153/5
**crystal [1]** 129/13
**CSR [2]** 3/11 153/5
**Cumbay [1]** 2/7
**cure [1]** 63/1
**curiosity [1]** 63/20
**current [2]** 46/3 47/2
**currently [11]** 28/8 28/11 58/6 58/17 74/21 76/11 82/22 96/4 110/3 110/5 114/9
**custody [1]** 95/4
**cut [1]** 8/5
**cycle [1]** 59/5

**D**

**dad [1]** 82/22
**dad's [1]** 75/1
**daily [1]** 16/16
**damages [3]** 11/11 11/19 11/22
**Dan [2]** 27/7 27/8
**dance [1]** 46/23
**dancer [1]** 46/22
**dante [4]** 3/4 3/9 38/8 119/10
**dark [1]** 118/19
**date [1]** 63/7
**dates [1]** 63/9
**daughter [11]** 55/5 56/1 56/4 56/21 65/20 91/14 91/20 91/23 99/12 100/17 151/3
**daughter's [4]** 100/2 100/5 143/11 150/19
**daughters [2]** 56/3 100/14
**Davis [1]** 68/5
**day [36]** 1/8 6/8 6/21 12/17 20/6 24/17 44/11 49/16 49/18 58/21 63/1 63/13 63/13 63/15 68/1 69/24 70/1 77/1 81/17 86/17 86/18 89/12 89/19 91/16 95/8 95/9 99/14 99/15 110/8 110/24 113/20 115/21 116/19 117/6 127/19 146/11 152/19
**days [21]** 23/25 24/1 24/2 44/25 48/4

86/6 86/7 88/14 118/16 123/12 128/7 151/11
77/23 77/24 102/3 102/12 104/23 105/5 141/18 141/20 142/5
**daytime [3]** 68/12 86/19 95/7
**DC [4]** 1/19 2/11 2/14 37/13
**dead [1]** 26/21
**deal [8]** 13/2 17/5 25/24 45/12 45/17 58/6 74/21 93/7
**dealing [9]** 27/25 35/7 45/7 45/12 55/25 61/9 144/14
**death [3]** 10/7 28/9 28/21
**deceased [1]** 28/20
**December [2]** 50/25 106/15
**December the [1]** 106/15
**decide [1]** 20/18
**decided [1]** 5/4
**deciding [1]** 66/6
**decision [6]** 7/2 7/23 23/1 79/10 79/11 152/17
**decisions [1]** 18/4
**deeply [1]** 120/20
**defendant [3]** 3/4 18/18 37/21
**defense [8]** 9/14 79/20 124/21 126/19 126/23 128/8 143/25 145/3
**defer [1]** 7/3
**deferral [1]** 93/21
**deferred [1]** 11/12
**definite [3]** 123/9 123/9 123/10
**definitely [8]** 27/21 105/11 108/13 108/25 122/22 137/19 141/3 141/4
**delay [1]** 151/14
**deliver [1]** 52/11
**Delray [2]** 105/3 105/16
**demonstrative [3]** 14/14 14/25 151/25
**demonstratives [13]** 12/13 12/21 12/22 13/2 13/3 13/9 13/10 13/12 13/17 13/18 13/18 13/21 15/11
**denies [1]** 10/3
**Denney [11]** 1/13 35/16 53/16 54/6 54/16 65/20 65/24 65/25 66/2 103/4 103/7
**Denney's [1]** 66/4
**dental [3]** 81/2 81/6 81/7
**dentist [2]** 81/9 81/16
**deny [1]** 140/3
**department [6]** 26/20 59/6 61/1 61/5 61/12 61/15
**depend [1]** 20/23
**dependent [1]** 108/19
**depending [1]** 23/17
**deputy [2]** 141/20 142/6
**DERIVATIVE [1]** 1/4
**design [1]** 76/3
**designer [1]** 83/2
**designers [1]** 76/7
**desire [2]** 65/13 128/21
**detail [1]** 5/20
**determine [1]** 19/19
**determining [1]** 19/16
**devastating [1]** 49/22
**diagnosed [1]** 110/19
**Diaz [1]** 37/1
**did [53]** 12/3 12/6 13/11 17/6 22/22 24/16 25/16 25/22 28/24 44/20 47/20 69/1 73/6 110/1 110/12 114/20 120/24 121/5 125/11 128/23 130/13 131/7

**D**

did... **[31]** 131/21 132/1 132/5 132/16 132/17 132/25 133/18 134/23 134/24 135/1 135/8 135/8 135/17 135/21 136/19 136/21 136/24 137/5 137/7 137/11 137/13 137/16 137/22 139/8 139/23 146/24 146/25 148/22 149/13 151/10 152/9

didn't **[24]** 9/20 9/22 17/3 23/12 25/11 25/13 25/17 26/24 29/4 45/25 46/3 54/8 57/24 64/19 97/2 97/9 106/13 110/10 124/24 128/5 137/2 142/6 147/3 147/5

difference **[2]** 128/23 139/10

different **[2]** 29/6 35/24 53/19 69/17 79/9 95/21 130/4

difficult **[10]** 39/15 41/8 45/15 74/21 75/12 98/6 99/23 115/9 124/2 139/21

difficulty **[3]** 125/14 125/16 136/3

DiMarzio **[1]** 84/25

dire **[1]** 5/15

direct **[1]** 61/5

directed **[7]** 125/22 125/25 126/2 127/7 127/9 138/25 139/2

direction **[4]** 14/20 14/21 15/7 106/22

directly **[4]** 104/3 124/10 124/11 136/5

director **[1]** 58/16

directors **[3]** 52/10 52/14 52/17

DiSalvo **[1]** 115/4

disclose **[3]** 23/25 53/4 53/22

disclosure **[5]** 14/1 26/11 27/12 29/22 30/4

disclosures **[1]** 28/7

Discount **[1]** 83/21

discourteous **[2]** 119/1 119/3

discretion **[4]** 120/10 120/11 120/19 121/1

discuss **[10]** 21/4 21/10 22/15 24/14 34/18 118/17 118/19 120/6 122/24 151/21

discussed **[3]** 4/5 18/1 24/11

discussing **[1]** 151/24

discussion **[2]** 126/6 134/15

disease **[1]** 110/22

disorganized **[1]** 134/11

disparaged **[1]** 140/10

disparaging **[3]** 138/21 139/12 140/10

disputes **[1]** 17/23

distracted **[3]** 75/15 75/17 113/9

distribute **[1]** 31/23

distributed **[1]** 5/2

district **[10]** 1/1 1/1 1/9 98/9 98/13 98/16 98/20 98/25 100/20 143/9

divulging **[1]** 102/25

do **[151]** 4/5 4/12 4/16 5/4 5/19 6/18 6/23 7/4 7/8 7/11 7/16 7/21 7/22 8/4 8/5 8/7 10/1 13/15 16/14 22/12 26/22 27/1 27/25 29/19 30/23 30/24 30/25 32/2 32/22 33/18 33/20 34/15 34/25 35/25 39/17 40/1 41/2 41/6 41/7 43/18 43/22 44/11 44/12 46/7 47/4 47/5 47/25 48/4 48/6 48/20 50/7 50/24 51/3 51/12 51/13 51/17 55/4 56/1 57/9 59/8 61/4 61/5 61/16 64/23 68/1 68/10 68/10 68/12 71/9 71/10 74/7 74/22 77/10 78/21 79/10 81/8 82/23 83/4 83/4 83/9 83/10 86/11 86/12 86/13 87/19 87/22 88/10 88/11

88/16 89/25 92/22 94/1 97/18 99/21 100/13 100/15 102/5 103/10 103/11 104/23 105/1 106/5 106/7 106/9 106/13 112/8 112/13 113/5 115/24 116/14 118/10 120/5 120/5 120/6 121/17 121/17 121/18 121/23 122/18 122/25 123/10 123/14 127/9 127/19 128/9 132/2 132/4 132/7 132/10 132/14 132/14 133/1 133/5 133/11 135/25 136/14 136/18 140/7 140/11 140/12 142/7 142/16 145/3 146/21 146/25 148/21 149/2 151/8 152/1 152/11

doctor's **[1]** 75/1

does **[12]** 5/9 5/11 25/23 30/12 30/17 76/1 91/8 93/11 99/12 100/24 103/6 117/8

doesn't **[9]** 27/13 29/10 46/2 91/11 112/7 120/13 139/10 142/7 148/10

doing **[18]** 17/6 19/14 19/15 22/20 34/17 68/16 78/7 85/12 97/24 100/20 104/12 111/7 114/10 114/10 115/5 120/7 139/23 140/1

don't **[158]**

done **[10]** 11/23 16/25 86/24 87/1 102/17 110/22 112/7 112/17 122/2 132/22

double **[2]** 51/1 92/20

double-check **[1]** 92/20

doubt **[3]** 80/17 125/11 127/12

down **[15]** 4/6 4/25 8/3 8/14 15/22 15/24 43/24 50/17 60/7 62/6 70/17 97/5 106/14 131/17 139/11

downstairs **[3]** 15/20 16/3 24/10

drew **[1]** 135/1

drive **[2]** 145/14 146/14

during **[22]** 11/15 12/14 14/5 34/5 38/22 41/19 56/12 62/24 68/11 83/17 86/14 89/12 89/18 95/6 95/8 95/9 106/10 117/23 126/6 139/18 140/9 144/23

duties **[2]** 42/3 58/18

duty **[15]** 42/16 42/17 42/19 43/24 49/25 57/19 81/20 81/22 84/3 92/8 92/11 94/12 99/1 107/22 137/4

**E**

each **[8]** 4/7 4/8 7/23 12/15 16/7 19/2 19/4 32/13

earlier **[5]** 4/5 34/4 35/15 73/11 132/5

earliest **[1]** 7/1

early **[7]** 47/9 69/20 70/22 71/5 86/18 93/18 117/4

EarthRights **[3]** 1/18 36/22 37/8

earthrights.org **[4]** 1/20 1/20 1/21 1/21

easier **[2]** 21/17 39/10

easily **[3]** 21/21 39/21 86/21

easy **[1]** 84/12

eat **[1]** 68/9

Edificio **[1]** 2/6

educated **[1]** 23/3

effect **[1]** 27/17

effective **[1]** 5/19

effectively **[1]** 40/18

efficiently **[1]** 40/18

efforts **[1]** 125/12

ehager **[1]** 2/8

eight **[6]** 32/9 32/13 73/1 130/21 130/24

eight months **[1]** 73/1

Eighteen **[1]** 147/12

either **[10]** 10/14 11/15 12/17 15/5 20/21 37/5 63/12 119/14 121/11 152/12

elicited **[1]** 119/15

eliminate **[2]** 12/4 19/7

else **[23]** 11/5 22/14 22/25 24/24 41/3 42/2 49/7 52/20 58/4 58/7 59/3 61/7 69/12 76/8 84/14 91/22 110/25 116/1 117/14 124/3 128/2 142/10 151/21

Email **[1]** 3/3

emailed **[1]** 117/23

embarrass **[1]** 19/15

emotionally **[1]** 46/1

emphasize **[1]** 20/3

Empire **[1]** 37/4

employed **[2]** 82/25 110/3

employee **[5]** 81/15 86/8 86/11 98/19 115/16

employees **[4]** 10/7 92/10 98/25 103/7

employer **[16]** 27/16 27/24 30/15 41/17 42/13 44/13 52/6 53/3 59/14 59/15 76/1 76/1 81/21 117/23 150/7 150/8

employment **[4]** 44/10 63/4 81/19 123/11

end **[24]** 10/17 23/7 50/11 61/3 62/6 65/6 65/7 70/17 71/24 72/19 77/2 77/9 77/10 77/20 88/4 91/18 101/5 108/4 108/6 130/12 131/18 131/19 131/20 149/1

ends **[1]** 64/5

engaged **[2]** 132/13 133/16

enjoy **[1]** 38/16

enough **[8]** 6/14 20/18 45/13 61/8 74/2 74/7 75/13 124/5

entered **[3]** 11/10 34/1 147/22

enters **[2]** 130/7 134/4

entire **[15]** 50/23 92/13 99/10 108/2 120/1 124/17 127/19 128/4 138/17 139/4 139/14 141/15 142/4 143/4 145/7

entirely **[3]** 120/11 122/17 137/1

entities **[2]** 112/6 112/14

entitled **[1]** 153/3

Epstein **[3]** 119/19 119/19 119/20

ERIC **[2]** 2/5 36/13

escort **[1]** 16/4

especially **[2]** 39/15 112/19

Esperante **[1]** 2/20

essentially **[1]** 102/8

estate **[1]** 105/25

ESTRADA **[2]** 1/11 35/18

et **[3]** 14/6 120/23 121/6

et cetera **[1]** 14/6

ethically **[2]** 14/23 15/16

Europe **[3]** 72/17 72/21 72/23

even **[10]** 13/6 17/5 25/14 38/15 66/4 88/19 90/15 94/25 106/20 118/18 137/22

evening **[5]** 6/8 68/15 140/13 151/17 152/17

evenings **[1]** 68/11

event **[2]** 101/11 141/12

events **[1]** 48/16

ever **[1]** 64/17

every **[10]** 24/13 24/13 34/25 69/16 112/14 115/21 116/19 127/6 146/11

**E**

**every... [1]** 148/16
**everybody [9]** 23/10 36/9 39/13 97/6 122/8 128/20 128/23 142/9 147/16
**everyone [20]** 4/2 5/9 12/2 18/22 21/15 22/17 22/20 25/5 33/10 34/3 118/9 120/16 121/12 121/19 121/24 126/15 147/9 147/24 151/6 152/18
**everything [7]** 16/11 40/18 41/7 56/23 76/5 112/17 125/18
**evidence [19]** 18/3 18/5 79/9 79/12 79/13 79/14 123/24 124/1 124/23 127/4 128/9 129/14 132/9 136/2 136/22 136/23 137/14 137/15 137/16
**evidenced [1]** 128/24
**exact [2]** 30/10 50/1
**exactly [6]** 10/11 24/6 46/24 47/6 125/21 140/25
**examination [1]** 122/4
**examine [1]** 22/16
**excellent [1]** 66/3
**except [3]** 125/10 139/4 139/15
**exchange [3]** 12/18 13/20 15/3
**exchanged [9]** 12/15 12/19 13/9 13/10 13/16 13/22 14/6 14/10 14/14
**excusals [2]** 123/10 141/8
**excuse [21]** 6/8 20/19 20/21 23/6 73/24 121/12 122/25 129/25 138/13 138/13 138/17 139/13 140/5 142/10 142/17 143/6 143/12 144/1 144/10 145/9 146/22
**excused [24]** 7/21 21/6 25/19 120/9 120/24 121/13 121/20 121/22 121/25 122/7 122/22 139/8 140/5 141/7 141/11 142/14 143/10 144/6 144/8 148/8 148/10 148/11 148/15 151/10
**excuses [2]** 22/24 23/4
**excusing [2]** 129/22 142/11
**exhibits [2]** 14/14 151/25
**exist [1]** 79/14
**existed [1]** 79/14
**exited [2]** 119/8 151/19
**exits [2]** 133/24 138/11
**expected [1]** 148/2
**expecting [2]** 16/21 16/22
**expedite [2]** 19/3 19/8
**experience [1]** 23/3
**expert [6]** 62/24 63/16 63/24 64/3 99/25 149/17
**explain [2]** 56/15 109/12
**explained [1]** 25/15
**explanation [1]** 17/20
**expressed [4]** 34/19 34/23 34/25 35/1
**expressly [1]** 11/8
**extend [1]** 105/9
**extended [2]** 98/4 105/10
**extension [1]** 112/19
**extensive [2]** 34/9 72/24
**extent [3]** 54/8 103/13 125/10
**extra [3]** 51/10 152/5 152/10
**Extremely [1]** 33/4
**eye [1]** 113/21

**F**

**face [4]** 38/23 102/10 102/10 127/1
**facility [1]** 83/25
**fact [11]** 54/15 79/3 92/13 98/5 103/10 139/10

**fair [15]** 18/25 19/16 19/20 34/7 34/8 54/17 79/6 79/10 79/20 88/18 88/19 103/22 103/24 121/10 125/14
**fairly [1]** 120/20
**falls [1]** 52/19
**familiar [1]** 30/17 64/21
**familiarity [1]** 53/14
**family [17]** 28/10 28/12 28/14 28/17 29/5 29/6 29/10 52/25 67/4 74/21 76/21 97/19 99/22 105/19 112/5 115/8 120/21
**far [6]** 25/9 57/13 57/21 80/16 99/2 148/3
**father [3]** 82/23 110/5 110/15
**father's [1]** 75/15
**FAU [1]** 85/9
**fault [1]** 33/22
**favor [1]** 88/16
**favorable [2]** 127/20 129/11
**February [2]** 26/15 82/24
**federal [3]** 2/3 55/17 153/6
**fee [1]** 146/4
**feel [7]** 14/10 46/2 64/24 64/25 103/23 119/25 139/13
**feeling [3]** 73/15 74/7 142/17
**feelings [1]** 66/6
**feels [1]** 124/10 146/21
**fees [1]** 41/2
**fellowship [2]** 76/20 77/18
**felt [1]** 22/1
**female [3]** 25/20 25/21 25/21
**Ferrante [7]** 25/18 25/23 29/15 32/9 38/23 149/3 151/8
**few [9]** 6/3 51/18 58/20 69/13 85/19 91/23 101/21 119/11 121/5
**fifth [5]** 1/23 2/13 3/7 108/5 108/7
**figure [1]** 11/23
**fill [9]** 5/1 16/23 19/5 19/9 20/15 20/25 21/8 22/13 64/22
**filled [1]** 97/2
**filling [1]** 152/1
**film [2]** 46/23 83/12
**financial [7]** 51/5 52/1 76/5 91/5 98/1 103/9 120/21
**financially [6]** 48/16 49/22 72/1 90/21 97/17 108/17
**find [12]** 22/5 75/12 77/11 104/20 105/20 106/3 117/23 124/19 127/23 132/23 140/6 143/1
**finding [1]** 105/5
**fine [13]** 23/2 24/7 72/2 78/9 78/18 92/17 97/25 107/12 107/13 107/13 107/14 133/9 135/7
**finish [1]** 58/20
**finished [7]** 96/9 130/14 131/8 131/20 131/21 134/22 137/5
**fire [1]** 66/2
**firm [19]** 1/23 35/16 37/10 38/11 41/3 53/11 53/16 53/21 54/13 101/17 101/17 102/9 102/21 102/23 103/2 103/6 103/20 104/7 112/12
**firm's [1]** 103/21
**firms [2]** 35/24 36/6
**first [14]** 5/4 10/4 32/12 34/4 47/10 48/5 48/14 52/10 52/18 52/25 80/5 106/11

**Fisher [4]** 26/6 67/1 143/13 149/20
**five [10]** 12/12 13/6 13/7 15/10 20/6 53/18 76/12 77/23 77/24 141/18
**fixed [1]** 48/7
**fixes [1]** 13/20
**FL [7]** 1/14 2/4 2/17 2/20 3/2 3/13 153/7
**flag [1]** 21/17
**flexibility [1]** 100/24
**flight [3]** 77/17 96/10 96/12
**Floor [2]** 2/3 2/13
**FLORIDA [11]** 1/1 1/3 57/9 57/10 58/7 63/22 67/11 75/8 93/16 105/17 130/21
**flsd.uscourts.gov [2]** 3/13 153/7
**flying [2]** 85/16 102/15
**follow [4]** 5/12 5/13 15/6 104/1
**following [5]** 14/21 17/12 21/24 45/24 117/23
**foot [1]** 6/4
**forbid [1]** 112/17
**foregoing [1]** 153/2
**Forensic [1]** 64/1
**foresee [2]** 40/5 74/3
**forewarning [1]** 8/11
**forget [1]** 10/11
**Fort [6]** 2/4 3/2 26/14 36/20 113/22 115/3
**Fort Lauderdale [4]** 26/14 36/20 113/22 115/3
**forth [5]** 9/21 67/19 67/23 146/5 149/21
**Forty [1]** 31/14
**forward [5]** 20/24 26/1 118/12 122/16 148/14
**found [2]** 23/4 31/21
**founded [1]** 18/1
**founder [1]** 76/10
**four [8]** 12/9 13/6 56/5 85/17 105/5 106/7 141/20 142/5
**FRANK [2]** 3/4 38/8
**frankly [1]** 29/1
**freaked [1]** 97/11
**Fred [1]** 28/19
**Frederique [1]** 25/22
**Friday [44]** 6/25 20/21 20/22 24/13 24/13 47/8 47/9 47/20 63/5 73/25 74/1 74/1 74/7 92/15 92/19 102/16 108/23 113/18 113/19 114/25 115/1 117/6 117/9 118/5 121/21 121/25 122/2 122/3 123/1 140/8 142/23 146/20 146/22 147/19 148/20 148/24 149/1 149/6 149/8 150/9 150/24 151/1 151/3 151/7
**Fridays [9]** 24/12 24/15 24/19 47/25 116/17 117/4 117/7 117/14 117/21
**friend [1]** 94/24
**front [2]** 10/12 52/9
**frustrating [1]** 34/12
**Fuentes [1]** 38/10
**fulfill [1]** 21/3
**full [6]** 15/10 40/3 76/12 81/15 90/14 142/25
**full-time [2]** 76/12 81/15
**fully [6]** 15/9 55/20 108/20 110/4 132/13 133/16
**function [1]** 31/5
**FUNDORA [2]** 3/5 38/2
**FUNDORA-MURPHY [2]** 3/5 38/2

## F

**fundraise** [1] 40/21
**fundraising** [1] 41/24
**funds** [2] 41/1 44/3
**funeral** [1] 75/10
**funny** [1] 97/8
**furloughed** [1] 98/6
**further** [13] 10/5 10/15 12/21 20/22
21/4 35/4 39/4 73/25 125/2 128/22
135/17 138/7 148/25
**furthermore** [1] 12/18
**fusion** [1] 106/16
**future** [1] 102/11

## G

**gabapentin** [1] 106/18
**Gabriela** [1] 36/25
**GARCIA** [4] 1/12 33/2 36/10 146/24
**Gardens** [2] 2/17 36/18
**Gelfusa** [1] 150/5
**general** [2] 9/7 9/12
**generally** [3] 23/6 71/7 129/25
**generically** [1] 129/15
**gentleman** [6] 25/19 66/1 80/5 99/24
143/14 145/14
**gentlemen** [5] 35/14 37/19 38/20 39/1
147/25
**get** [127] 5/1 6/25 9/9 10/17 11/5 15/9
16/21 17/4 17/15 22/6 22/12 22/14 25/3
25/9 26/12 29/25 32/18 34/12 39/3 39/13
41/2 41/21 42/16 44/5 44/25 47/9 47/17
47/21 48/15 48/20 49/24 50/20 55/20
56/19 56/25 57/11 59/18 59/19 59/20
59/21 63/20 65/1 67/14 67/18 67/18
67/22 68/8 68/19 70/6 70/23 71/1 71/4
73/19 76/22 80/9 80/14 81/10 84/2 84/12
84/13 84/6 86/9 86/23 86/25 87/10 87/24
87/25 88/24 89/21 89/25 90/12 90/16
93/5 94/11 94/13 94/16 94/18 97/1 97/11
98/25 100/4 100/11 107/22 108/2 108/14
108/16 108/20 110/1 111/10 111/12
111/14 112/7 112/8 112/14 112/17 113/3
114/18 115/16 117/2 117/13 121/4
123/11 137/4 141/15 141/18 142/3 142/4
142/10 142/25 143/2 143/6 144/23
147/18 147/18 149/21 150/9 150/15
150/18 150/21 152/14 152/16
**gets** [7] 10/16 28/1 91/23 117/5 117/10
143/15 145/25
**getting** [12] 21/4 39/16 44/8 65/6 75/18
82/5 101/18 101/24 112/21 141/20 142/4
151/15
**gigs** [1] 47/1
**give** [24] 4/18 4/22 4/22 4/25 5/2 7/23
9/7 12/5 14/24 15/11 16/17 16/22 17/15
17/20 19/4 32/23 34/22 39/5 39/8 40/13
43/17 69/18 126/7 152/5
**given** [1] 148/16
**giving** [4] 17/9 69/17 149/3 151/8
**GJULLIN** [3] 1/17 36/25 37/7
**go** [65] 4/6 4/25 5/25 12/12 14/21 15/20
16/23 17/19 23/24 26/6 27/23 32/19
34/15 35/4 38/1 44/16 56/5 68/14 69/19
70/17 72/19 74/24 77/20 80/18 81/14
82/8 83/12 86/24 87/13 87/19 88/4 89/7

89/9 89/16 91/15 91/19 100/5 106/11
106/1 106/2 106/22 115/21 118/11 119/6
120/4 120/12 120/12 121/21 122/1 122/3
122/6 123/15 124/18 125/1 125/2 130/19
132/3 133/10 140/20 141/4 146/20
148/14 148/23 150/18
**goes** [4] 27/19 56/5 67/7 83/12
**going** [215]
**Goldberger** [19] 30/23 31/11 33/1 78/19
79/4 119/17 119/21 119/21 123/22
123/23 124/19 125/17 127/23 129/2
134/14 138/19 138/20 139/16 139/18
**Goldberger's** [1] 119/14
**gone** [5] 41/19 77/21 77/22 132/24
135/5
**Gonzalez** [2] 116/8 150/25
**good** [157]
**GOPAL** [2] 3/5 38/4
**Gorga** [1] 72/10
**Gosh** [1] 112/17
**got** [18] 16/16 17/4 50/12 63/19 72/22
75/1 76/19 86/22 89/15 96/11 110/19
110/21 110/22 121/14 138/14 143/4
144/14 144/24
**government** [1] 116/20
**grade** [1] 108/7
**grader** [1] 108/5
**graduate** [3] 85/13 99/12 108/5
**graduating** [2] 85/4 99/13
**graduation** [7] 99/19 100/2 100/5
100/11 108/11 143/11 150/19
**granddaughter** [1] 95/4
**graphic** [2] 76/2 83/2
**gray** [1] 104/10
**great** [3] 38/16 64/13 104/19
**GREEN** [14] 2/18 2/19 29/21 30/3 31/10
33/2 36/15 78/21 79/4 88/10 88/11 88/15
88/19 122/20
**Griffon** [1] 95/13
**groundwork** [1] 102/11
**group** [24] 6/17 6/19 96/2 120/6 121/15
121/23 122/16 122/25 123/13 130/21
141/1 141/2 141/2 141/3 141/4 144/2
144/2 147/20 148/7 148/21 148/23
148/24 148/24 151/4
**groups** [2] 122/3 148/24
**guarantee** [1] 34/24
**guess** [15] 6/12 6/16 7/8 22/11 22/19
27/15 29/19 31/15 32/1 33/1 81/24 118/1
138/8 138/12 143/19
**guessing** [1] 79/16
**guidance** [1] 11/13
**guys** [2] 71/5 138/9

## H

**had** [33] 9/22 26/22 29/2 29/10 30/9
30/18 31/25 33/5 52/24 53/18 54/1 60/25
64/18 79/2 79/4 90/11 97/6 106/15
110/13 110/13 119/17 123/18 123/19
127/2 128/24 130/15 133/17 135/13
136/1 136/3 137/2 137/23 148/1
**hadn't** [1] 135/5
**HAGER** [2] 2/5 36/13
**half** [5] 4/10 13/6 49/20 50/24 107/1
**Haliburton** [2] 70/18 143/18
**hand** [8] 4/6 4/25 20/14 21/7 21/19

**handing** [1] 32/2
**handle** [4] 76/4 76/12 100/13 107/4
**handled** [1] 54/1
**handling** [1] 69/17
**handwriting** [1] 60/21
**happen** [5] 14/1 35/8 79/13 84/16
**happening** [1] 108/6
**happens** [2] 63/11 118/13
**happy** [3] 31/23 138/16 140/5
**harass** [1] 19/14
**hard** [5] 26/7 55/16 56/8 89/5 115/11
**hardship** [40] 5/4 6/14 7/7 7/12 8/7
19/25 20/2 20/25 20/3 20/12 20/18 21/18
21/20 22/17 25/16 25/18 25/23 26/12
40/1 51/6 52/6 53/2 53/3 73/24 89/3
89/25 90/20 91/4 98/1 106/13 120/10
120/25 121/5 121/13 122/7 122/21
122/22 130/15 141/8 141/12
**hardships** [14] 6/7 16/24 16/25 17/5
20/17 25/8 25/11 34/18 34/21 34/3
34/25 35/1 39/2 120/20
**harm** [1] 11/22
**Hart** [1] 83/19 150/3
**has** [34] 11/22 12/17 13/15 13/22 14/6
15/13 23/2 28/8 28/17 29/10 36/4 36/5
56/4 56/9 60/23 75/1 76/14 79/2 79/4
79/9 82/23 87/16 88/19 110/5 110/22
110/23 112/15 124/20 127/2 139/4 139/5
139/18 139/19 139/22
**hate** [1] 106/22
**hats** [1] 76/6
**have** [260]
**haven't** [7] 8/18 9/10 29/1 44/12 53/17
112/24 118/16
**having** [14] 12/5 35/2 45/4 45/9 52/12
54/5 60/20 62/14 82/18 91/2 94/15
130/19 134/7 136/22
**he** [68] 9/16 17/14 25/15 25/16 26/12
26/19 26/24 27/4 27/4 27/9 27/10 27/13
27/18 27/19 27/21 27/21 28/1 30/18 33/2
33/5 58/25 59/1 64/19 75/3 75/6 75/8
75/8 75/10 76/20 76/25 82/4 82/23 88/12
97/10 97/11 97/13 100/24 103/14 103/20
110/5 110/19 110/21 110/22 110/22
110/23 119/18 122/22 127/24 143/3
143/4 143/6 143/13 143/14 143/15
143/15 143/14 145/14 145/15 145/18
145/24 145/25 145/25 146/1 146/1 146/6
146/7 146/20 147/5
**he'd** [1] 27/5
**he's** [6] 58/17 58/23 77/18 103/14
146/21 147/5
**head** [8] 8/14 15/21 40/16 47/22 86/23
**headed** [1] 72/21
**heading** [1] 43/14
**healing** [1] 106/20
**health** [5] 75/13 75/15 82/18 93/22
105/4
**Healthcare** [3] 49/8 49/23 85/15
**hear** [30] 6/16 9/2 21/15 26/7 30/1
39/15 45/25 46/6 79/17 124/6 124/10
124/11 126/15 128/23 130/13 130/18
131/7 131/22 132/6 134/23 135/8 136/19
137/5 137/7 139/8 144/9 145/11 147/3
149/5 151/7

**H**

**heard [22]** 22/24 45/24 79/8 79/21 118/17 125/16 127/13 127/14 127/25 128/2 128/20 129/18 129/21 129/23 131/15 132/17 133/11 133/17 138/13 138/14 139/9 145/21
**hearing [8]** 9/4 45/4 45/9 52/13 62/14 91/3 94/15 126/5
**hears [1]** 22/20
**heart [1]** 97/6
**heavy [1]** 106/17
**held [1]** 114/1
**hello [7]** 54/23 60/4 70/19 75/24 80/25 118/25 134/5
**help [19]** 4/11 19/3 23/24 70/23 71/24 83/11 84/6 87/16 87/17 87/20 87/22 103/12 105/20 110/13 116/1 116/12 116/17 117/15 140/15
**helpful [2]** 11/9 31/21
**helping [1]** 116/15
**her [103]** 26/3 29/5 31/6 31/7 31/7 46/4 46/5 46/6 46/7 56/10 56/11 56/12 56/21 64/19 76/14 82/22 82/22 87/17 87/20 87/21 87/22 89/4 89/9 89/15 89/19 91/6 91/15 91/15 99/18 115/25 117/2 117/3 117/3 123/25 124/5 124/5 124/6 124/7 124/11 124/12 124/20 124/20 124/22 125/4 125/5 125/8 125/9 125/11 126/3 126/4 126/4 127/25 128/2 128/12 128/12 128/15 129/14 129/15 129/18 130/2 130/11 130/13 130/14 131/20 131/21 131/21 131/22 132/1 134/15 134/22 134/23 134/24 135/8 136/24 137/2 137/3 137/5 137/23 138/13 138/13 140/5 141/15 142/3 142/8 142/9 142/9 142/10 142/11 142/18 142/22 142/25 143/1 143/1 143/9 143/10 143/11 143/12 143/22 143/23 144/21 144/23 145/9 149/5
**here [57]** 8/2 10/12 16/25 17/18 20/5 34/3 34/12 35/16 36/16 38/12 38/13 38/16 39/7 42/13 42/17 43/20 45/23 51/8 51/16 55/21 56/13 57/25 72/4 73/22 74/6 75/8 76/3 77/7 80/5 83/6 86/5 89/14 89/15 89/15 90/13 92/19 94/19 94/24 94/25 106/10 108/8 110/1 112/9 113/23 114/14 115/17 115/20 118/12 125/19 130/9 134/17 140/23 141/9 142/2 147/17 147/19 148/20
**hereby [1]** 153/2
**HERZ [2]** 1/17 36/14
**Hi [5]** 46/19 54/25 95/4 101/7 111/5
**hide [2]** 124/23 124/23
**hiding [2]** 80/2 80/2
**high [4]** 99/13 143/11 146/5 150/18
**higher [1]** 32/19
**Highway [2]** 2/3 2/16
**him [38]** 16/5 24/4 27/15 27/22 53/17 53/17 79/1 79/8 100/1 102/17 103/13 110/7 110/13 110/23 111/1 122/21 124/6 127/10 128/18 129/4 129/6 129/17 133/1 133/11 137/6 139/9 143/5 143/7 143/17 145/14 145/24 146/14 146/19 146/20 146/22 146/22 146/23 147/3
**himself [1]** 26/24
**hip [1]** 89/4

**his [27]** 27/17 27/23 30/19 30/25 31/3 58/18 58/21 59/4 65/4 65/20 75/13 76/25 88/16 102/25 103/1 103/9 103/14 103/17 103/20 108/7 122/22 143/4 143/14 145/15 145/25 146/4 149/18
**history [1]** 110/10
**hold [8]** 32/6 39/19 49/12 62/13 78/24 109/3 145/22 147/5
**Holdings [5]** 26/10 26/20 27/5 27/7 112/1
**home [9]** 28/21 67/7 69/23 69/24 82/22 83/4 105/4 115/23 116/2
**Homedia [1]** 68/24
**honest [1]** 22/1
**honestly [3]** 55/14 113/8 137/1
**honeymoons [1]** 61/2
**honor [79]** 5/11 5/12 7/3 7/10 7/10 9/25 10/19 11/10 12/10 14/4 15/7 15/18 16/6 18/21 22/5 24/23 26/5 28/6 28/16 29/1 30/24 31/17 31/20 32/5 33/11 34/24 35/13 37/16 45/20 45/25 46/12 62/21 63/2 63/18 64/11 67/2 72/11 74/12 76/17 78/15 80/23 88/6 90/8 92/25 101/7 102/1 102/7 103/18 104/8 104/14 107/16 108/21 119/13 122/10 123/6 123/15 124/10 125/3 126/14 127/1 127/5 127/18 128/14 128/17 132/2 133/19 134/2 135/19 138/18 140/13 142/12 143/24 144/16 145/6 145/13 147/13 149/16 151/23 152/20
**HONORABLE [1]** 1/8
**honoring [1]** 34/22
**hope [3]** 8/11 14/19 149/1
**hopefully [8]** 4/20 19/5 19/7 74/1 122/2 147/20 148/21 148/23
**hospital [5]** 49/15 59/4 60/23 82/20 82/24
**hospitality [1]** 43/19
**hospitals [1]** 61/9
**hot [1]** 8/2
**hour [1]** 106/25
**hourly [7]** 42/16 42/21 49/20 49/21 50/3 94/14 94/17
**hours [12]** 9/2 9/4 47/7 49/21 51/14 51/15 70/22 83/9 83/10 86/12 87/1 106/21
**house [2]** 43/25 77/12
**housekeeper [1]** 68/13
**housekeeping [3]** 7/11 23/22 68/16
**housing [1]** 77/4
**how [89]** 6/13 7/3 7/7 9/15 9/21 10/16 11/11 13/1 17/21 17/22 20/23 21/25 22/5 25/9 25/25 31/10 33/14 39/23 40/10 41/21 42/16 42/18 47/25 48/16 50/2 50/13 51/3 51/24 55/1 55/2 57/18 57/18 60/5 60/6 60/18 64/12 64/13 66/20 67/1 68/5 69/19 72/14 73/15 74/4 74/18 77/21 78/7 78/8 78/16 78/17 79/9 79/22 79/25 88/7 88/8 90/9 90/17 94/5 95/14 95/15 96/15 97/24 101/8 101/11 102/24 104/18 107/17 107/21 109/24 110/1 110/14 111/7 111/8 115/5 115/6 116/10 118/11 118/13 119/12 119/13 119/25 120/6 124/9 126/3 126/20 126/20 126/21 127/3 132/16
**however [4]** 33/20 92/11 93/7 101/25

**Hs [1]** 22/5
**huh [4]** 55/9 59/12 71/11 100/3
**Huizenga [5]** 26/10 26/20 27/5 27/7 112/1
**Huizenga's [1]** 26/20
**hurdle [1]** 42/1
**husband [12]** 55/12 56/7 56/20 76/19 79/2 83/16 98/5 100/15 124/20 127/2 129/16 137/23
**hygiene [1]** 81/6
**hygienist [2]** 81/2 81/7

**I**

**I'd [11]** 22/25 56/22 106/11 106/12 106/12 106/22 109/15 110/16 112/8 118/10 118/10
**I'll [5]** 15/24 29/3 125/2 145/9 152/13
**I'm [105]** 8/19 9/17 10/9 16/3 16/22 22/19 23/20 24/13 26/7 26/9 26/17 27/13 27/14 28/3 29/9 29/25 36/19 40/11 41/21 45/2 45/4 45/4 45/7 45/10 46/16 52/12 57/16 58/2 60/2 64/13 64/14 64/21 68/12 68/13 69/9 70/13 71/3 72/10 72/18 72/19 73/20 75/5 78/18 81/1 81/7 81/8 81/12 84/21 86/8 86/9 86/9 90/18 91/2 91/2 91/2 94/6 94/10 94/15 94/16 96/22 97/7 97/25 98/22 102/12 102/16 107/12 107/18 109/4 109/8 109/12 110/4 111/13 111/17 111/22 112/17 116/21 118/11 123/25 124/18 126/12 127/17 128/16 129/23 129/24 130/8 130/17 130/19 130/22 131/5 132/12 132/18 133/7 133/9 133/15 134/2 134/10 138/6 141/19 142/1 144/7 144/11 145/11 149/12 150/1 150/12
**I've [5]** 9/4 25/10 64/14 64/17 105/24
**ICU [1]** 61/6
**idea [5]** 14/18 43/17 119/20 137/10 137/12
**ideas [1]** 11/17
**identical [1]** 30/5
**identified [1]** 136/22
**identify [4]** 31/23 36/3 39/11 39/20
**identifying [1]** 122/6
**IEP [1]** 56/9
**III [1]** 2/2
**imagine [1]** 128/5
**immediate [1]** 35/17
**impact [5]** 4/21 54/16 54/17 128/4 128/24
**impartial [7]** 18/25 19/16 19/20 34/7 34/8 79/6 103/24
**importance [1]** 21/1
**important [13]** 17/22 18/6 18/7 19/15 20/7 20/8 20/10 34/7 37/24 40/20 41/19 53/24 125/20
**imposed [1]** 11/18
**impress [1]** 132/16
**impression [1]** 111/10
**INC [1]** 1/3
**inclination [2]** 8/5 143/22
**inclined [4]** 8/21 8/23 10/9 143/21
**income [7]** 41/14 48/19 50/4 51/10 55/25 87/16 88/1
**inconvenience [1]** 20/4

# I

**inconveniences [1]** 109/14
**inconvenient [1]** 20/5
**Incorporated [1]** 18/20
**independent [2]** 138/21 139/1
**independently [1]** 43/22
**indicate [1]** 81/4
**indicated [4]** 25/22 29/10 39/25 46/20
**indicating [1]** 68/7
**indispensable [1]** 64/19
**individual [5]** 5/15 21/22 27/2 50/11 103/16
**individually [3]** 22/18 35/9 38/21
**individuals [5]** 18/17 35/10 86/4 125/15 148/6
**industry [2]** 43/20 104/1
**inform [1]** 8/16
**information [4]** 34/16 40/13 69/16 102/25
**initial [1]** 39/5
**injury [2]** 10/7 54/4
**inquire [3]** 11/17 31/16 128/1
**inquiry [8]** 7/22 11/19 127/22 128/22 128/22 135/17 140/8 144/23
**ins [1]** 104/2
**Inside [1]** 57/8
**inspiring [2]** 22/4
**instead [1]** 114/5
**instruct [1]** 10/16
**instruction [5]** 8/17 9/9 9/12 9/25 10/21
**instructions [1]** 8/25
**instructs [1]** 35/20
**intelligent [1]** 139/22
**intend [2]** 7/11 14/21
**intended [2]** 9/6 127/8
**intends [1]** 5/12
**intention [2]** 22/16 149/1
**intentional [1]** 10/11
**intentionally [1]** 125/12
**interaction [2]** 33/5 124/19
**interest [2]** 103/25 104/3
**interesting [2]** 31/25 152/19
**interfere [1]** 44/10
**intermingling [1]** 139/19
**INTERNATIONAL [7]** 1/3 1/18 18/20 36/22 37/8 37/12 37/22
**interns [1]** 76/7
**interpreted [1]** 145/8
**interviews [1]** 100/17
**introduce [5]** 18/13 32/24 33/11 35/6 36/2
**introduced [6]** 35/6 35/9 35/11 101/18 118/21 118/23
**introductory [1]** 32/24
**invasion [1]** 12/7
**investing [1]** 41/7
**investors [1]** 41/6
**involve [1]** 35/24
**involved [5]** 18/10 29/11 36/1 97/19 104/7
**involves [1]** 39/6
**involving [3]** 27/7 35/21 125/15
**Iorio [8]** 28/8 28/11 28/18 28/19 28/20 96/20 96/21 96/22
**iradvocates.org [1]** 2/11
**Irene [5]** 17/16 21/8 121/24 122/7

is [357]
**Island [1]** 30/19
**isn't [5]** 14/8 52/23 84/5 100/15 141/24
**issue [18]** 9/22 10/16 11/8 14/10 21/10 39/7 44/13 67/5 91/25 91/25 93/7 93/22 102/2 112/21 117/20 120/8 138/18 144/15
**issues [15]** 6/16 9/8 9/10 11/11 21/22 34/13 40/5 55/5 59/16 67/3 79/5 79/9 82/18 123/11 148/1
**it [238]**
**it's [104]** 7/5 7/8 8/11 8/25 8/25 9/7 13/24 14/1 16/3 16/12 16/19 17/2 18/5 18/12 19/6 19/19 20/5 20/7 20/22 25/22 26/7 28/1 29/6 30/6 30/14 31/25 34/7 38/13 38/16 39/8 39/15 41/5 42/13 42/17 49/15 53/2 54/6 55/16 55/16 55/25 56/8 56/8 56/21 60/21 60/22 61/14 63/5 63/12 65/11 67/8 68/15 71/25 72/24 73/14 74/4 81/19 85/20 89/3 89/4 91/5 93/21 96/4 96/8 97/9 98/4 101/12 101/16 101/17 102/5 102/7 102/9 102/14 102/16 103/4 104/2 104/9 105/5 105/6 106/20 106/21 106/22 112/5 112/19 112/24 113/4 114/1 117/7 118/19 120/18 122/10 120/25 122/9 125/20 134/3 144/22 144/24 145/6 146/10 146/17 148/12 148/17 148/18 149/10 149/25
**items [1]** 62/22
**its [1]** 10/7

# J

**Jack [8]** 17/13 18/14 30/23 31/11 35/15 78/19 79/2 119/17
**JACQUES [2]** 2/12 37/9
**JAMES [5]** 2/5 2/18 2/19 30/3 36/15
**jameskgreenlaw.com [1]** 2/21
**Jay [1]** 125/17
**jcreiter [1]** 1/25
**jcreitlerlaw.com [1]** 1/25
**Jeans [1]** 101/6
**Jeffrey [3]** 119/19 119/19 119/20
**Jersey [8]** 72/20 105/3 105/6 105/12 105/16 105/22 106/1 106/2
**Jessica [1]** 129/1
**jill [5]** 3/11 3/13 153/5 153/5 153/7
**jkg [1]** 2/21
**job [25]** 43/25 49/11 49/19 49/19 49/20 49/25 50/4 50/9 51/3 51/10 51/12 51/13 51/17 59/17 69/17 76/22 76/25 77/12 81/8 81/11 81/14 83/7 96/15 100/24 120/23
**jobs [4]** 46/24 49/11 69/13 69/17
**JOHN [2]** 1/11 28/20
**Johnson [1]** 111/4
**join [2]** 5/22 5/24
**JONATHAN [3]** 1/22 1/23 37/2
**Jordan [1]** 36/25
**Jr [1]** 27/20
**judge [26]** 1/9 5/22 6/6 8/10 13/23 15/9 16/1 17/17 23/22 24/22 29/22 35/14 36/4 37/24 53/9 68/25 85/3 107/12 122/19 126/8 129/7 137/6 142/13 145/21 146/3 152/4
**Judge Marra [1]** 36/4

July [1] 68/10
**jump [1]** 22/21
**jumped [1]** 31/8
**June [5]** 52/10 52/18 52/25 53/2 69/20
**junior [1]** 76/7
**juror [75]** 7/24 18/25 19/16 25/3 26/2 26/5 26/9 26/16 28/7 28/18 28/24 31/2 32/4 33/13 39/10 39/19 64/18 68/14 104/6 105/1 106/12 120/3 120/9 120/22 122/20 124/4 124/7 125/4 125/6 125/8 125/10 127/23 128/12 129/1 129/18 129/21 129/22 130/5 130/7 130/11 131/8 131/8 131/22 133/24 133/25 134/4 138/11 139/1 139/8 141/7 141/14 141/19 141/21 141/23 142/2 142/15 143/3 143/8 143/13 145/10 148/8 149/9 149/9 149/9 149/15 149/19 149/21 150/1 150/2 150/3 150/5 150/6 150/20 150/25
**juror 21 [1]** 143/13
**jurors [40]** 4/4 4/8 4/17 5/3 5/7 6/13 8/3 12/5 16/17 16/22 22/18 23/3 24/10 25/6 25/13 29/12 31/19 31/23 32/9 33/9 34/6 38/25 119/15 124/9 124/12 127/13 127/16 127/20 128/24 129/3 129/22 130/2 130/10 132/9 136/1 139/20 140/6 144/3 151/19 152/1
**jurors' [1]** 16/19
**jury [81]** 1/8 4/3 6/25 9/9 9/11 10/16 11/15 11/17 11/20 13/13 15/24 16/2 17/12 17/19 19/3 20/7 23/23 26/11 26/14 27/5 27/19 28/1 29/18 32/25 33/25 34/1 34/9 41/10 42/16 42/19 43/24 44/25 46/2 49/25 50/21 52/2 55/13 55/21 57/12 57/16 57/19 58/20 59/8 61/17 65/1 70/7 73/19 74/2 81/20 81/22 82/4 84/3 88/17 92/8 92/11 94/12 99/1 101/25 107/22 108/20 117/13 119/8 121/8 137/4 138/23 140/9 141/15 142/25 143/4 143/15 144/13 144/15 145/25 147/21 147/22 148/7 148/12 148/16 148/25 149/6 149/17
**just [101]** 5/5 9/7 12/2 15/3 15/9 16/14 16/22 17/16 17/25 18/23 22/2 24/1 26/11 27/12 29/6 29/9 32/23 34/17 36/2 36/24 39/12 39/19 40/17 41/5 43/6 43/24 53/9 53/22 53/22 54/5 54/9 55/25 56/20 56/25 60/20 61/8 63/11 63/19 64/14 67/8 71/25 72/1 73/22 76/12 76/19 80/1 80/9 81/18 82/21 90/22 90/25 93/20 95/24 95/24 96/9 96/12 102/20 102/25 103/11 103/24 103/25 104/10 105/21 106/17 106/24 107/10 109/4 109/12 109/14 109/15 110/9 112/7 112/7 112/16 112/19 113/4 116/17 121/2 121/10 122/8 122/9 122/11 122/24 123/12 126/11 126/21 132/8 132/23 134/16 135/6 135/6 136/11 137/3 140/4 141/11 142/9 145/7 146/11 147/10 151/24 152/5
**justice [2]** 18/2 20/8

# K

**Kahn [2]** 62/20 149/15
**keep [15]** 12/20 40/19 40/22 41/8 41/24 41/25 59/17 104/15 109/4 122/10 143/23 147/25 148/16 149/22 151/11
**KELLOGG [1]** 2/18

**K**

KENNETH [3]  1/8 17/14 17/17
Kerr [4]  78/3 129/1 130/6 150/2
Khalaf [1]  80/6
kidding [1]  64/14
kids [6]  71/18 76/23 77/4 90/19 98/17
98/18
kill [1]  26/24
killed [1]  10/5
kind [29]  22/22 40/18 43/18 45/16 55/15
55/16 56/8 56/10 56/14 61/9 65/11 88/16
97/11 102/10 102/25 104/9 104/10
110/10 115/11 118/19 118/25 121/14
122/21 130/22 130/23 132/18 134/23
135/4 135/6
kindergarten [1]  56/10
know [123]  8/20 9/16 10/24 13/8 13/12
14/11 14/15 14/20 16/14 19/21 20/2 21/9
21/25 24/14 24/20 25/11 27/4 27/14
27/25 28/10 29/2 30/18 30/23 30/25 31/3
31/10 33/1 33/3 34/11 35/7 35/10 37/22
42/16 42/20 42/21 42/21 42/24 44/10
44/12 44/15 46/24 46/24 48/4 50/1 50/18
50/22 54/15 54/21 56/20 56/22 58/5 59/8
61/16 61/18 64/24 68/20 69/16 69/19
70/8 71/5 71/14 73/15 74/25 78/21 79/1
79/3 79/13 79/15 88/10 88/11 89/1 90/14
90/15 92/8 94/11 96/12 96/25 99/23
103/16 103/19 104/2 104/4 104/9 104/9
107/21 107/22 108/15 109/15 112/14
112/18 117/24 118/12 119/12 120/4
121/2 121/3 121/19 122/24 124/9 124/23
125/2 125/9 126/22 127/8 127/24 128/9
128/10 128/11 130/10 131/7 131/15
133/11 133/18 134/14 139/15 140/14
141/1 141/8 144/15 146/15 150/23
152/11 152/12
knowing [1]  79/25 88/15
known [2]  27/8 33/4
knows [8]  27/4 27/10 27/20 27/20 36/4
51/3 109/12 122/10
KROEGER [2]  2/15 36/17

**L**

ladies [5]  35/14 37/19 38/20 39/1
147/25
lady [7]  135/18 136/6 136/12 136/15
136/21 137/14 139/5
lag [1]  15/22
Lake [4]  50/12 67/11 67/12 146/14
Lakes [1]  1/13
Lakeview [1]  2/19
laminectomy [1]  106/16
land [1]  113/22
language [1]  98/12
large [2]  49/8 114/14
larger [1]  35/22
last [14]  10/14 28/8 29/7 29/16 29/17
37/11 46/24 49/19 58/21 73/16 94/2
127/18 139/8 140/4
last-minute [1]  46/24
late [1]  10/14
later [11]  9/13 21/14 21/16 21/23 53/13
71/1 71/4 72/21 86/19 86/23 146/6
Lauderdale [6]  2/4 3/2 26/14 36/20
113/22 115/3

launch [1]  101/18
law [17]  1/23 8/25 9/6 11/7 18/5 35/16
35/17 35/24 36/5 37/10 38/11 54/13 56/8
56/18 81/19 81/21 104/7
lawsuit [3]  18/17 37/3 125/14
lawyer [9]  18/18 27/6 27/6 79/21 124/21
126/19 126/23 128/8 139/22
lawyers [20]  7/12 18/9 18/10 27/23
27/24 31/21 33/7 33/8 36/1 36/5 88/16
103/7 103/20 118/11 118/20 118/22
123/18 129/12 129/16 140/11
lay [1]  102/10
lead [2]  53/11 103/14
leanings [1]  66/6
learn [5]  19/2 27/9 27/21 35/20 59/16
learning [1]  58/18
lease [1]  105/9
least [4]  30/19 37/11 63/9 80/16
leave [23]  14/3 14/9 14/9 16/13 21/7
77/5 77/16 98/4 101/3 114/9 119/12
120/11 122/11 143/1 143/5 143/11
143/17 146/19 146/23 149/3 151/4 151/8
151/9
leaving [11]  58/25 60/24 72/16 72/19
76/18 77/13 101/11 102/15 114/25
116/15 116/16
left [7]  6/13 7/7 35/17 35/19 54/9 134/19
134/20
legible [1]  60/21
legitimate [1]  120/21
Leite [6]  70/11 70/12 70/13 149/24
149/25 150/1
length [3]  34/20 35/2 107/6
LESLIE [2]  2/15 36/17
let [30]  6/12 18/13 20/2 21/9 23/9 23/10
24/20 35/9 56/25 66/8 90/11 100/5
106/24 107/10 109/15 117/13 118/12
118/16 120/12 120/12 121/19 123/13
126/5 133/10 135/20 136/20 140/14
144/15 150/18 150/23
let's [12]  8/11 16/14 23/14 62/23 99/9
99/24 100/1 100/4 100/4 120/5 120/6
147/16
letting [1]  54/20
level [1]  112/8
licensed [1]  63/22
lifting [1]  54/5
light [1]  139/10
like [44]  11/2 11/13 23/1 23/15 24/3
30/13 31/22 56/22 56/22 68/15 69/20
70/9 70/9 70/25 71/1 71/1 71/15 71/25
77/1 78/9 87/20 95/5 95/23 96/9 98/16
98/18 100/16 103/23 105/13 107/22
107/22 109/15 110/19 110/22 115/3
118/10 118/10 134/25 135/6 137/3
137/20 142/9 146/1 147/17
likelihood [3]  6/17 24/12 52/4
likely [4]  7/9 63/7 74/25 148/12
limit [1]  92/9
limits [1]  11/18
Lincare [1]  30/16
line [1]  87/23
lined [1]  33/14 86/22
listen [3]  18/3 23/4 125/20
literally [1]  57/15 110/23 110/23
litigating [1]  137/24

litigation [5]  28/24 28/25 29/5 29/11
97/19
little [18]  4/20 4/23 17/20 19/2 22/8 38/1
38/12 39/5 39/9 40/13 49/12 62/13 76/23
78/24 96/11 97/10 100/23 134/11
live [3]  53/20 67/10 67/12
lives [1]  19/14
lkroeger [1]  2/17
LLP [4]  2/2 2/6 2/10 3/6
local [2]  33/8 116/20
locally [5]  27/8 35/16 36/18 108/8
129/11
locate [1]  105/23
located [1]  36/20
location [1]  61/13
long [16]  40/17 42/16 42/19 50/2 64/5
73/15 77/21 89/5 92/11 93/4 93/7 101/11
101/25 110/14 148/1 151/14
longer [2]  44/14 148/2
look [8]  6/24 29/2 29/3 43/6 77/12 99/7
126/5 126/11
looked [1]  73/10
looking [5]  12/16 23/23 77/3 105/15
114/21
looks [2]  23/1 23/14
lose [6]  41/14 50/3 51/10 55/24 81/11
87/2
lost [1]  140/19
lot [12]  6/1 23/12 23/24 27/22 29/12
89/3 100/15 100/16 100/16 101/18 112/6
112/7
lots [1]  79/21
loud [1]  124/5
loudly [1]  124/14
love [5]  50/8 67/24 68/14 106/11 106/12
lower [4]  32/14 32/19 33/15 33/21
luck [1]  151/16
lucky [2]  63/12 63/13
lunch [5]  25/7 25/19 91/15 97/10 107/2

**M**

ma'am [27]  39/23 42/5 43/4 44/18 45/10
46/18 48/23 49/4 56/24 59/23 60/3 60/16
62/4 62/11 62/19 64/10 68/22 78/1 92/2
95/11 118/7 132/4 132/20 133/10 133/20
138/5 138/10
made [18]  8/17 8/18 10/6 10/7 11/2 54/5
54/10 119/16 119/22 120/3 123/23
124/13 128/1 128/3 129/13 136/1 136/16
138/19
magnitude [1]  11/14
Mahabee [1]  57/1
main [3]  49/11 49/18 65/19
majority [2]  76/6 100/14
make [53]  4/9 5/9 5/11 5/25 7/23 8/21
9/9 10/9 10/14 10/22 12/2 12/3 12/25
17/23 18/4 19/11 20/9 21/17 23/1 26/11
32/1 33/1 36/4 39/10 53/22 54/8 54/19
68/2 79/10 84/12 90/2 90/3 93/18 109/4
112/18 115/9 115/11 115/20 116/4
122/11 127/22 128/2 128/23 130/14
131/8 131/22 134/23 136/11 139/10
140/8 150/8 152/6 152/17
makes [3]  6/10 7/25 51/4
making [8]  9/11 15/3 27/12 28/6 46/5
123/24 126/22 135/10

**M**

**manage [6]** 40/18 69/13 93/4 103/8 130/21 130/25
**management [4]** 41/2 76/4 102/9 109/12
**manager [8]** 49/6 49/16 61/4 61/12 69/2 83/22 83/24 103/13
**managers [1]** 150/4
**managing [1]** 67/9
**Mandelblum [2]** 46/14 46/15
**Mandelin [1]** 46/14
**Mangel [3]** 87/5 87/6 87/7
**many [20]** 6/13 7/3 7/7 8/6 18/10 18/13 19/24 19/25 20/23 21/25 22/5 41/22 47/25 57/19 79/8 119/12 119/13 121/4 124/9 125/16
**marco [3]** 1/16 1/20 36/21
**MARIANO [3]** 1/12 36/8 36/9
**Marino [2]** 27/8 27/9
**marissa [2]** 1/16 1/20
**MARRA [5]** 1/8 17/14 17/17 35/14 36/4
**married [9]** 31/7 55/8 78/19 79/8 79/20 125/17 126/19 128/8 139/22
**Marseille [2]** 64/8 149/19
**Mary's [3]** 49/11 49/14 49/24
**Maryum [1]** 36/25
**Massachusetts [2]** 43/14 44/4
**maternity [1]** 114/9
**Mathis [6]** 78/14 123/22 123/23 130/12 134/14 138/20
**Mathis-Goldberger [1]** 134/14
**matter [11]** 18/11 21/1 23/22 26/13 28/9 35/21 63/6 64/5 120/10 123/16 153/3
**matters [3]** 24/17 54/1 54/4
**Mauro [3]** 84/19 84/20 84/21
**may [66]** 7/4 9/11 11/9 11/19 11/23 21/5 23/18 24/12 24/17 29/6 31/5 31/17 33/2 33/3 33/5 34/11 34/20 44/1 45/20 47/10 48/2 48/5 48/14 52/11 53/10 58/17 58/22 59/20 59/21 61/3 63/5 63/9 63/12 63/14 64/4 65/16 72/17 75/11 77/3 77/9 77/10 77/12 77/12 77/16 77/20 77/20 79/13 85/17 86/18 86/23 89/25 93/13 93/14 99/16 99/17 99/18 105/16 108/4 108/6 123/15 132/2 133/10 139/17 140/6 143/10 149/18
**May 10th [1]** 58/22
**May 13th [1]** 85/17
**May 17th [7]** 24/17 63/9 63/12 63/14 64/4 99/17 149/18
**May 20th [2]** 99/16 99/18
**May 26th [2]** 77/12 77/16
**May 4th [2]** 93/13 93/14
**maybe [23]** 5/23 11/5 23/19 24/13 24/14 32/9 41/18 42/21 42/22 51/18 53/18 73/12 74/7 122/21 126/4 126/5 129/17 129/22 131/19 133/2 133/3 133/4 139/4
**maybes [1]** 141/3
**McCauley [1]** 3/6
**McIntosh [3]** 92/3 150/6 150/7
**md [1]** 1/2
**me [100]** 4/5 4/6 4/8 6/12 7/15 7/23 8/4 8/22 9/15 10/12 14/9 16/2 18/9 18/13 21/15 22/2 23/10 24/20 27/4 27/20 27/20 28/13 30/1 37/5 37/25 39/8 41/5 42/22 42/23 42/23 43/17 43/23 43/25 44/13

43/16 49/22 52/13 54/2 54/3 56/6 56/14 56/15 56/25 61/12 66/9 69/17 77/12 81/23 82/2 82/11 89/3 90/11 91/16 93/4 95/5 99/4 100/21 105/6 105/21 106/24 107/10 110/2 112/7 112/9 112/24 113/7 116/16 117/24 117/25 118/16 121/17 122/9 123/13 124/3 125/7 125/23 126/2 126/5 126/7 126/15 127/8 127/9 127/10 130/18 131/3 134/7 135/6 135/20 136/5 136/5 136/20 137/19 138/1 138/21 138/23 138/25 139/2 141/5 144/10 144/15
**me.com [1]** 3/3
**mean [16]** 17/19 27/15 44/9 69/16 76/1 96/8 99/21 112/16 115/20 122/9 122/23 126/21 129/21 137/19 146/15 148/11
**means [3]** 81/11 81/13 142/7
**meant [1]** 145/6
**Medicaid [1]** 51/4
**medical [3]** 49/11 49/15 93/1
**medication [2]** 93/6 106/22
**medications: [1]** 106/18
**medications:  Oxycodone [1]** 106/18
**meet [3]** 15/24 102/8 102/10
**meeting [1]** 56/9
**meetings [2]** 40/21 61/13
**MELISSA [3]** 3/5 35/19 38/2
**member [4]** 28/14 28/17 29/5 29/11
**members [7]** 17/22 18/2 29/13 35/6 97/19 105/20 139/25
**memory [1]** 119/17
**mental [1]** 45/11
**mentally [5]** 45/2 45/6 45/17 113/7 139/6
**mention [6]** 24/16 36/23 53/10 53/12 65/17 102/21
**mentioned [5]** 17/16 43/13 62/22 71/22 147/10
**mentioning [2]** 81/18 114/7
**merge [2]** 147/20 148/21
**MESA [2]** 1/11 35/18
**MESA-ESTRADA [1]** 1/11 35/18
**met [2]** 31/6 35/4
**mfmurphy [1]** 3/9
**Miami [3]** 3/12 3/13 153/6 153/7
**MICHAEL [8]** 3/4 3/6 17/13 18/17 29/23 30/5 37/21 38/11
**michael.stoolman [1]** 3/10
**Michigan [4]** 74/24 75/9 75/10 75/11
**microphone [9]** 29/25 39/13 39/14 39/17 49/12 62/13 78/24 120/17 129/8
**mid [1]** 44/1
**mid-May [1]** 44/1
**middle [2]** 64/15 89/19
**midst [1]** 40/19
**might [33]** 4/20 9/8 20/18 24/15 24/19 31/8 32/1 33/1 33/8 34/18 34/19 41/21 54/5 56/16 59/19 62/23 73/24 73/24 74/24 79/14 79/23 81/13 93/6 96/15 99/25 99/25 104/5 115/20 119/9 119/25 123/12 128/4 132/10
**Mike [1]** 38/6
**mileage [1]** 67/21
**Miller [1]** 104/16
**million [1]** 52/16
**Milstein [3]** 2/13 2/16 37/10

**mind [2]** 20/6 73/12
**minds [1]** 139/24
**mine [2]** 53/20 54/3
**minimum [1]** 6/15
**minute [5]** 15/25 46/24 118/10 118/15 126/7
**minutes [4]** 8/14 25/6 107/1 107/3
**mislead [1]** 16/5
**mispronounce [1]** 96/22
**miss [4]** 49/21 56/13 93/18 141/11
**missing [1]** 114/8
**mistaken [2]** 33/20 33/22
**mistrial [10]** 79/18 119/16 120/3 124/15 127/17 128/25 132/5 132/15 136/18 137/9
**mistrust [1]** 129/15
**mixed [6]** 140/24 141/1 141/9 142/1 144/14 144/25
**modification [1]** 14/11
**mom [3]** 87/21 90/18 110/2
**moment [4]** 36/24 45/7 61/7 114/10
**Monday [8]** 24/5 73/21 74/3 96/10 102/15 113/18 114/5 117/1
**money [8]** 47/1 51/4 51/10 67/18 143/14 149/21
**month [10]** 4/10 43/15 52/11 72/17 72/19 77/2 85/5 112/14 112/15 112/17
**month's [1]** 80/19
**months [4]** 4/11 73/1 75/14 82/21
**more [23]** 4/21 5/19 7/9 7/11 19/2 21/21 23/24 39/20 52/6 53/2 59/13 63/20 65/3 65/11 75/1 89/2 91/1 91/4 100/23 106/21 139/15 146/14 147/20
**morning [19]** 4/2 4/4 10/15 12/21 14/6 17/16 17/19 18/9 18/15 18/21 34/4 34/12 35/5 71/1 71/15 71/16 72/4 149/7 152/6
**mornings [1]** 47/9
**Morrell [1]** 113/13
**most [8]** 4/18 34/7 48/20 74/25 99/22 108/13 120/20 121/7
**mostly [3]** 61/5 91/5 93/21
**motel [1]** 68/13
**mother [8]** 56/8 56/18 82/19 88/23 89/4 89/8 105/4 105/21
**Mother's [1]** 44/11
**motion [2]** 129/19 140/4
**movable [1]** 33/17
**move [12]** 29/13 31/18 76/24 77/1 77/8 90/23 90/23 119/9 120/1 120/14 124/17 139/13
**moved [1]** 90/22
**moving [3]** 105/3 105/6 105/11
**Mr [10]** 8/20 26/7 54/1 72/10 80/5 84/19 84/25 129/8 149/10 150/7
**Mr. [81]** 5/25 9/16 10/24 16/4 18/14 24/11 24/11 26/23 29/21 30/23 31/10 32/2 33/2 33/2 35/4 35/5 35/12 35/19 37/15 38/19 42/7 42/10 51/22 54/13 54/16 57/1 62/20 65/24 65/25 66/2 66/4 66/18 67/1 68/24 74/15 78/21 79/4 79/4 79/4 83/19 85/24 87/5 88/5 88/10 88/11 88/15 88/19 92/3 92/24 95/13 101/6 104/16 107/15 109/6 109/22 111/4 115/4 119/10 119/21 120/15 122/20 127/3 129/11 129/16 130/1 130/3 132/1 135/17 143/13 146/24 149/9 149/15 149/19

## M

**Mr.... [8]** 149/20 150/3 150/5 150/6 150/20 150/21 150/25 151/24
**Mr. Aguilar [3]** 42/7 42/10 149/9
**Mr. Battle [3]** 107/15 150/20 150/21
**Mr. Berberian [2]** 109/6 150/25
**Mr. Bill [1]** 35/19
**Mr. Biscardi [1]** 92/24
**Mr. Braun [1]** 85/24
**Mr. Cioffi [10]** 9/16 10/24 16/4 24/11 32/2 35/5 37/15 38/19 120/15 151/24
**Mr. Dante [1]** 119/10
**Mr. Denney [4]** 54/16 65/24 65/25 66/2
**Mr. Denney's [1]** 66/4
**Mr. DiSalvo [1]** 115/4
**Mr. Fisher [3]** 67/1 143/13 149/20
**Mr. Garcia [2]** 33/2 146/24
**Mr. Gelfusa [1]** 150/5
**Mr. Goldberger [2]** 79/4 119/21
**Mr. Green [10]** 29/21 31/10 33/2 78/21 79/4 88/10 88/11 88/15 88/19 122/20
**Mr. Griffon [1]** 95/13
**Mr. Hart [2]** 83/19 150/3
**Mr. Homedia [1]** 68/24
**Mr. Jack [1]** 18/14
**Mr. Jeans [1]** 101/6
**Mr. Johnson [1]** 111/4
**Mr. Kahn [2]** 62/20 149/15
**Mr. Mahabee [1]** 57/1
**Mr. Mangel [1]** 87/5
**Mr. McIntosh [2]** 92/3 150/6
**Mr. Miller [1]** 104/16
**Mr. Pollock [1]** 66/18 149/19
**Mr. Robinson [1]** 51/22
**Mr. Scarola [13]** 5/25 24/11 30/23 35/4 35/12 79/4 127/3 129/11 129/16 130/1 130/3 132/1 135/17
**Mr. Scarola's [1]** 54/13
**Mr. Scherer's [1]** 26/23
**Mr. Slinskey [1]** 88/5
**Mr. Thompson [1]** 109/22
**Mr. Wieczorek [1]** 74/15
**Mrs. [7]** 33/1 124/19 127/23 129/2 130/12 138/19 138/20
**Mrs. Goldberger [5]** 33/1 124/19 127/23 129/2 138/19
**Mrs. Mathis [1]** 130/12
**Mrs. Mathis-Goldberger [1]** 138/20
**Ms [13]** 40/8 70/17 75/23 76/16 78/3 93/25 96/20 111/20 130/8 149/9 149/10 149/24 150/1
**Ms. [57]** 25/18 25/23 28/8 29/15 32/9 38/23 39/21 39/23 43/2 43/11 44/20 46/11 46/14 48/25 50/12 54/22 58/11 59/25 60/14 61/22 62/8 64/8 68/5 70/11 70/18 73/4 78/14 80/22 82/14 90/7 97/22 113/13 116/8 119/14 119/21 123/22 123/23 124/6 124/10 130/5 130/6 134/8 135/20 139/16 139/18 143/18 149/3 149/9 149/13 149/19 150/2 150/12 150/13 150/13 150/25 151/8
**Ms. Arano [1]** 80/22
**Ms. Bechtel [1]** 48/25
**Ms. Brown [1]** 90/7
**Ms. Campbell [1]** 54/22
**Ms. Christensen [2]** 134/8 135/20

**Ms. Crain [1]** 43/11
**Ms. Davis [1]** 68/5
**Ms. Ferrante [7]** 25/18 25/23 29/15 32/9 38/23 149/3 151/8
**Ms. Goldberger [3]** 119/21 139/16 139/18
**Ms. Goldberger's [1]** 119/14
**Ms. Gonzalez [2]** 116/8 150/25
**Ms. Haliburton [2]** 70/18 143/18
**Ms. Iorio [1]** 28/8
**Ms. Kerr [2]** 130/6 150/2
**Ms. Lake [1]** 50/12
**Ms. Leite [1]** 70/11
**Ms. Mandelin [1]** 46/14
**Ms. Marseille [2]** 64/8 149/19
**Ms. Mathis [1]** 78/14
**Ms. Mathis-Goldberger [2]** 123/22 123/23
**Ms. Morrell [1]** 113/13
**Ms. Piana [2]** 61/22 149/13
**Ms. Prendergast [1]** 82/14
**Ms. Ramati [1]** 60/14
**Ms. Sealey [2]** 44/20 46/11
**Ms. Serrano [2]** 124/6 124/10
**Ms. Shillingford [2]** 73/4 130/5
**Ms. Sloan [1]** 58/11
**Ms. Spencer [4]** 97/22 150/12 150/13 150/13
**Ms. Tapia [1]** 43/2
**Ms. Tellez [1]** 59/25
**Ms. Wolff [3]** 39/21 39/23 149/9
**Ms. Zesut [2]** 62/8 149/13
**much [32]** 12/7 17/10 22/12 23/21 24/21 34/22 35/13 36/7 40/7 42/23 43/9 43/20 57/6 57/18 60/13 62/19 66/25 70/16 70/24 72/17 76/5 78/12 80/11 82/11 84/17 87/22 101/4 121/12 135/19 138/5 138/9 142/17
**multiple [4]** 19/23 69/17 119/18 119/20
**MURPHY [2]** 3/5 38/2
**must [1]** 132/13
**my [130]** 4/20 4/25 6/16 7/8 8/5 17/16 22/19 23/2 25/7 30/5 33/22 35/15 35/17 35/17 36/21 36/23 37/2 37/3 37/16 37/20 37/25 41/19 42/17 43/6 43/24 43/25 44/10 44/12 45/13 46/24 48/17 49/11 49/17 49/18 49/20 50/25 51/3 51/3 51/11 53/2 53/3 53/18 56/3 56/7 56/7 56/18 56/20 56/21 58/16 59/15 59/17 60/9 61/3 63/8 65/20 67/7 75/1 76/19 76/21 79/2 81/8 81/11 82/21 82/23 83/16 87/16 88/1 89/4 91/1 91/5 91/6 91/6 91/14 91/15 91/20 92/10 92/12 95/4 97/10 98/5 98/15 98/16 99/1 99/6 99/12 99/22 100/14 100/14 100/17 100/24 101/2 101/17 102/16 103/14 103/25 105/3 105/21 106/16 106/20 107/11 107/20 108/5 109/12 110/2 110/5 112/15 114/8 115/15 116/15 117/23 118/1 119/17 119/24 120/2 123/9 123/24 124/19 127/2 134/10 134/14 134/19 137/11 140/25 141/9 141/19 142/6 143/22 144/14 144/23 145/1
**myself [4]** 54/9 59/15 109/5 132/13

## N

**name [19]** 17/16 18/19 28/8 28/9 29/7 30/5 30/5 30/10 31/7 35/15 36/21 37/2 37/20 56/25 94/2 130/11 131/11 134/14 148/8
**names [1]** 148/6
**Nantucket [3]** 43/20 43/25 44/4
**nature [1]** 10/20 40/23 45/17
**necessarily [2]** 42/4 114/14 128/10
**necessary [4]** 39/8 58/8 120/1 136/10
**need [65]** 6/15 6/17 6/24 7/4 7/5 14/16 16/8 16/18 19/21 19/22 20/8 21/10 21/12 21/21 24/17 34/20 38/21 40/3 43/7 47/1 47/8 52/8 52/10 57/14 59/16 60/8 62/1 62/17 64/4 65/13 66/23 68/1 69/18 70/17 71/14 78/10 84/15 89/18 93/7 99/10 104/20 108/23 109/10 112/10 116/17 117/8 121/15 121/25 122/18 122/24 123/16 124/10 124/16 135/23 143/10 147/18 148/15 148/20 149/5 149/8 150/9 151/6 151/11 151/21 152/16
**needed [5]** 19/6 64/25 90/3 142/22 151/12
**needs [10]** 52/16 55/6 56/14 63/8 69/19 87/17 107/11 139/7 141/14 145/14
**negative [4]** 58/1 58/3 128/4 130/4
**negligence [1]** 28/21
**nervous [3]** 50/14 50/15 50/15
**never [3]** 20/6 31/25 137/2
**new [20]** 1/24 22/24 37/4 38/14 47/11 56/11 58/15 72/20 76/20 76/22 85/15 95/18 96/7 105/3 105/6 105/12 105/16 105/22 106/1 114/13
**New York [4]** 38/14 47/11 76/20 114/13
**next [28]** 43/15 47/11 48/8 48/13 63/21 75/13 75/14 85/5 88/5 101/11 102/3 112/15 113/16 116/14 124/4 124/7 127/23 127/25 128/11 128/12 128/15 129/1 129/18 131/19 131/19 134/13 136/5 148/14
**nice [2]** 38/13 151/17
**NICHOLAS [2]** 2/12 37/9
**night [5]** 10/14 51/13 95/6 135/4 148/17
**nights [1]** 13/25
**njacques [1]** 2/14
**no [118]** 1/2 4/15 9/24 10/21 12/19 13/21 15/10 17/2 24/7 25/14 27/3 29/9 30/15 31/1 32/5 32/7 32/17 32/17 33/16 41/3 41/15 42/2 42/4 42/5 42/20 43/10 49/17 53/24 58/3 58/4 58/9 58/10 58/21 59/3 59/6 59/7 66/8 66/9 66/12 66/13 68/17 68/17 70/23 71/1 71/4 75/10 76/8 76/10 80/20 81/1 82/6 82/10 83/11 83/13 83/16 87/12 87/15 88/18 89/20 94/9 94/20 95/3 95/3 96/3 97/9 97/20 99/18 101/22 101/23 102/7 104/12 105/19 105/21 105/24 106/12 109/19 110/4 110/25 111/2 111/13 111/23 112/5 112/11 115/22 116/3 116/17 117/4 117/5 117/14 118/8 119/20 125/5 125/8 125/9 125/9 125/9 126/1 131/10 132/21 133/19 134/18 134/24 135/11 135/15 136/10 137/10 137/10 137/10 137/12 141/25 142/11 142/19 142/20 143/24 144/22 145/17 150/12
**nobody [2]** 91/25 135/21

# N

**nodded** [1] 124/7
**nodding** [3] 135/4 135/6 136/13
**Nods** [1] 47/22
**none** [1] 12/22
**nonetheless** [1] 53/4
**nonverbal** [1] 56/4
**noon** [1] 115/3
**normal** [3] 83/9 87/1 106/24
**normally** [1] 33/18
**north** [3] 38/12 44/10 86/23
**not** [242]
**note** [3] 16/9 16/10 113/25
**note-taking** [2] 16/9 16/10
**notes** [4] 43/6 109/5 134/10 145/1
**nothing** [2] 15/12 26/22
**notice** [1] 36/24
**noticed** [1] 110/9
**now** [63] 4/3 7/5 10/9 10/18 12/12 12/16
18/9 18/23 23/13 24/23 24/25 25/23
26/21 27/10 35/9 35/11 39/25 40/8 41/24
43/22 48/3 50/18 53/10 53/12 54/15 55/8
55/17 58/4 71/14 73/10 75/4 75/6 78/19
82/21 85/8 92/13 92/15 93/15 95/23 96/9
98/8 105/7 105/14 108/14 110/13 110/22
122/8 122/24 123/21 127/11 134/11
136/20 136/21 138/21 140/18 140/22
142/4 143/5 146/23 148/19 149/2 149/23
151/4
**number** [57] 8/8 12/9 14/13 25/18 26/2
26/9 28/7 29/23 30/6 31/24 32/6 32/13
32/14 34/6 35/24 39/20 50/18 60/7 126/8
129/10 129/10 129/13 130/5 130/7
130/11 133/24 133/25 134/4 138/11
141/7 141/14 141/14 141/19 141/21
141/22 141/23 142/2 142/21 143/3 143/8
144/3 148/1 148/8 148/16 149/3 149/9
149/9 149/15 149/19 150/1 150/2 150/3
150/5 150/6 150/25 151/1 151/8
**number 1** [3] 129/10 144/3 149/9
**number 2** [2] 129/13 141/7
**numbered** [1] 31/20
**numbers** [13] 11/23 11/24 32/3 32/19
32/19 33/13 33/15 33/21 39/10 141/9
144/13 147/18 148/6
**numerous** [1] 61/13
**nurse** [7] 49/6 50/18 76/21 76/22 81/1
94/8 135/4
**nursing** [1] 28/21
**nutshell** [1] 72/18
**NW** [2] 1/18 2/10
**NY** [1] 1/24
**Nydia** [2] 123/20 123/20

# O

**o'clock** [8] 68/21 71/1 94/25 117/14
119/5 143/20 147/19 149/6
**oath** [2] 19/10 127/14
**object** [5] 9/16 10/25 11/1 11/3 141/5
**objection** [9] 9/24 14/15 15/10 32/2
32/5 32/7 142/19 142/20 143/24
**objections** [2] 9/16 12/17
**objects** [1] 142/18
**obligated** [1] 119/2
**obligations** [2] 49/5 49/6
**observed** [1] 129/4

**obviously** [6] 5/12 17/9 44/12 81/4
139/21 144/15
**occurs** [1] 34/10
**off** [19] 5/23 6/4 6/15 8/5 24/12 39/21
45/16 49/16 49/18 58/19 65/9 68/19 71/1
71/4 82/24 85/19 101/20 135/4 136/13
**offense** [1] 19/18
**offering** [1] 140/12
**office** [6] 37/3 67/7 81/8 112/5 114/9
114/14
**Officenter** [1] 2/6
**officer** [2] 15/13 52/2
**officers** [1] 14/23
**Official** [2] 3/12 153/6
**Oficina** [1] 2/6
**oh** [21] 3/8 8/19 10/12 16/3 17/1 23/10
23/12 52/24 65/21 71/9 71/18 91/17
94/10 115/24 117/20 121/16 131/6 138/8
144/10 150/13 150/14
**okay** [251]
**old** [1] 105/4
**oldest** [1] 100/17
**omitted** [1] 22/3
**once** [8] 4/17 4/22 7/21 7/23 8/15 22/20
77/3 105/10
**one** [85] 4/7 7/10 11/10 12/3 12/19
12/21 12/23 13/21 14/24 16/13 16/14
20/6 22/20 22/25 23/9 23/10 23/13 25/12
25/14 27/22 29/16 30/3 30/19 34/7 35/7
35/17 41/3 42/2 49/18 50/9 51/3 56/1
58/6 58/23 58/25 59/3 63/9 63/19 65/19
66/6 67/7 71/25 76/8 81/8 86/18 87/17
88/12 88/15 95/24 96/13 100/18 102/21
103/6 103/19 104/6 107/11 109/3 110/25
112/11 112/17 114/9 117/14 118/16
119/15 121/21 122/20 124/14 125/5
125/8 125/9 127/6 128/15 130/10 132/8
132/22 134/19 134/20 136/1 136/21
140/4 141/17 142/15 142/22 143/15
144/24
**ones** [6] 121/14 122/10 122/11 144/24
147/10 148/19
**only** [34] 12/24 13/12 19/19 27/18 28/1
29/16 39/2 44/25 50/9 50/24 51/1 51/3
57/9 71/25 76/11 79/15 81/7 81/8 92/6
94/14 94/17 102/2 105/5 108/14 108/16
109/11 114/9 115/19 117/16 117/20
119/16 141/18 141/20 142/4
**open** [4] 21/24 44/11 46/10 139/17
**opening** [10] 8/24 9/2 9/4 11/16 11/20
12/14 14/18 14/25 15/11 151/25
**openly** [2] 22/20 138/19 139/24
**operating** [2] 52/9 52/16
**operation** [5] 112/4 113/5 114/11
114/15 114/16
**operations** [2] 40/16 61/14
**opponents** [1] 14/20
**opportunity** [6] 5/14 5/18 23/4 102/9
119/24 123/19
**opposed** [4] 7/12 7/18 22/1 41/17
**order** [11] 4/1 14/15 17/23 19/2 20/9
21/17 23/25 38/1 59/16 141/9 148/5
**orders** [1] 11/10
**ordinarily** [1] 18/23
**organization** [4] 36/22 37/1 49/8 52/9
**organization's** [1] 52/16

**originally** [1] 96/25
**originals** [1] 14/12
**other** [59] 5/9 6/16 12/23 13/20 13/21
15/2 17/6 18/10 19/21 24/13 24/17 24/18
24/19 30/16 32/15 32/25 35/25 48/18
48/19 56/1 65/25 66/7 70/17 72/1 79/14
83/15 86/4 87/1 87/18 91/20 96/2 102/9
105/19 111/1 112/12 121/13 121/21
123/18 124/3 124/9 124/12 127/13
127/17 128/24 129/11 130/10 131/22
135/2 135/5 135/6 136/17 138/14 138/15
138/24 139/20 139/24 140/6 148/13
151/12
**others** [4] 33/2 41/6 86/14 147/8
**otherwise** [5] 29/19 74/10 119/11
142/23 151/7
**our** [38] 5/13 11/2 13/24 15/11 17/24
20/8 27/6 27/6 31/17 34/25 36/6 37/1
38/10 41/2 52/10 59/5 61/1 61/9 61/11
61/13 61/14 61/15 63/12 72/20 76/7 77/4
77/5 77/17 94/24 101/18 102/21 106/24
120/8 125/11 126/6 127/5 149/1 152/6
**ours** [1] 7/18
**out** [81] 4/6 5/1 5/1 5/6 6/7 6/14 7/7
11/5 12/14 16/23 19/5 19/9 20/15 20/16
20/25 21/8 21/8 22/5 22/13 23/9 26/12
29/9 31/8 32/3 32/20 33/7 47/15 48/10
49/17 55/15 56/7 56/13 56/16 63/4 63/19
74/4 75/12 77/9 82/21 85/16 87/18 87/20
91/10 97/2 97/11 102/17 104/2 109/13
109/13 109/16 112/17 115/2 117/2 117/5
117/10 117/13 117/23 123/9 125/3
127/17 127/23 128/25 129/12 132/5
132/23 136/17 137/4 140/1 140/22 141/3
141/5 143/2 145/16 147/2 147/5 147/6
147/9 148/5 148/19 150/4 152/1
**outside** [8] 7/22 15/24 57/6 57/9 118/23
119/4 119/5 133/22
**over** [18] 17/18 26/24 45/23 49/9 61/10
69/13 84/14 88/4 94/24 94/25 101/5
106/5 106/7 106/9 125/17 140/13 146/4
146/20
**overall** [1] 114/15
**overheard** [4] 127/9 128/17 130/2 140/7
**overlooked** [1] 147/8
**overnight** [7] 5/14 6/24 94/8 94/9 94/21
95/2 95/5
**oversee** [1] 76/7
**own** [4] 10/7 45/13 76/2 76/14
**owned** [1] 49/15
**owner** [3] 27/19 76/10 86/8
**Oxycodone** [1] 106/18
**Oxygen** [1] 30/16

# P

**p.m** [10] 1/5 34/1 68/20 91/20 115/2
119/8 123/7 123/7 147/23 151/20
**pack** [1] 77/5
**paddles** [4] 31/20 32/3 33/13 39/9
**page** [1] 21/19
**Pages** [1] 1/6
**paid** [53] 44/5 53/6 65/1 67/18 68/8
68/13 70/24 72/23 72/25 77/17 80/14
84/13 85/21 86/9 87/10 87/24 87/25
92/13 92/14 92/16 94/11 94/13 94/16
94/18 97/1 97/11 98/25 100/4 100/11

**P**

**paid... [24]** 107/22 108/2 108/14 108/16 111/12 111/15 115/16 141/15 141/18 141/20 142/3 142/4 142/10 142/25 143/2 143/4 143/6 144/17 144/24 145/2 150/9 150/15 150/18 150/21
**painful [1]** 106/23
**Palm [16]** 1/3 1/13 1/14 2/17 2/20 36/15 36/18 51/2 61/2 76/3 76/13 98/9 98/25 107/21 108/9 115/12
**Pampite [1]** 2/7
**pancreatic [1]** 110/21
**panel [15]** 38/25 119/23 120/1 124/17 125/12 127/19 128/4 129/19 129/24 129/25 138/17 139/4 139/7 139/14 139/25
**papers [2]** 140/24 140/25
**paralegal [2]** 123/20 128/12
**Pardon [1]** 125/7
**parent [1]** 49/20
**parents [2]** 116/15 117/15
**Parkinson's [1]** 110/5
**part [9]** 4/19 9/18 10/2 22/4 35/22 35/23 76/11 93/19 121/7
**part-time [1]** 76/11
**participate [1]** 40/4
**participating [1]** 32/25
**particular [4]** 17/21 63/1 63/7 99/14
**particularly [1]** 13/19
**parties [2]** 12/19 18/4
**partner [5]** 53/11 53/15 57/14 65/23 103/14
**partners [4]** 35/18 37/25 65/19 101/18
**partnership [1]** 101/17
**pass [2]** 46/7 69/16
**passed [1]** 87/21
**past [6]** 23/23 30/4 30/5 53/21 110/11 110/12
**pathologist [2]** 98/12 143/10
**patience [3]** 34/11 148/3 151/13
**patient [2]** 34/5 61/5
**patients [4]** 61/6 61/6 81/4 98/15
**Patricia [1]** 28/18
**pay [15]** 42/17 42/22 42/23 48/17 51/11 67/19 80/9 80/19 88/1 92/8 92/9 121/9 143/15 145/25 146/4
**paying [3]** 80/16 120/23 139/5
**payment [2]** 42/16 143/9
**payments [1]** 10/6
**pending [1]** 28/11
**people [26]** 5/6 6/20 19/22 23/6 29/17 33/6 35/8 40/16 60/24 73/24 74/2 76/4 121/4 121/8 124/23 124/23 128/9 130/21 130/22 130/23 130/25 138/14 138/15 138/22 138/24 140/7
**pep [1]** 17/9
**perceive [1]** 138/18
**perceived [1]** 127/15
**percent [2]** 67/6 133/16
**Percocet [1]** 106/18
**perfectly [2]** 14/3 135/7
**perform [3]** 20/9 48/15 83/7
**performances [2]** 47/3 47/12
**performing [1]** 42/3
**period [8]** 20/1 21/11 21/21 61/19 98/5 99/13 148/11 151/12

**periods [1]** 139/12
**permitted [1]** 14/16
**person [18]** 4/20 7/21 22/20 28/14 30/12 40/21 51/2 95/25 96/13 121/22 121/22 127/24 133/12 133/18 136/12 137/20 137/22 137/23
**personal [8]** 19/14 28/19 41/17 41/18 54/3 65/11 65/12 93/5
**personally [10]** 52/7 54/2 59/14 90/17 103/11 109/17 109/18 120/24 126/23 128/6
**perspective [2]** 120/8 125/12
**Philadelphia [1]** 38/14
**Philippines [2]** 69/25 70/1
**phone [6]** 54/5 134/25 136/12 147/18 149/3 151/8
**photograph [1]** 12/20
**physical [1]** 81/5
**physically [1]** 123/22
**physician [1]** 85/16
**Piana [2]** 61/22 149/13
**pick [16]** 56/20 56/20 74/2 83/14 91/6 91/14 91/15 116/13 117/2 117/3 117/13 118/5 142/22 148/25 151/2 151/3
**pick-up [3]** 118/5 151/2 151/3
**picked [6]** 56/19 73/19 91/8 91/23 117/9 142/23
**picking [3]** 91/12 91/25 117/21
**picks [1]** 116/24
**Pierre [1]** 76/16
**piles [1]** 112/7
**pilot [1]** 95/17
**pitch [1]** 4/25
**place [6]** 17/12 21/24 44/3 105/5 105/23 106/3
**places [1]** 43/21
**plaintiff [5]** 1/11 2/2 3/1 53/12 102/22
**plaintiffs [8]** 9/22 10/4 10/21 18/16 30/4 36/2 37/3 127/1
**plaintiffs' [5]** 9/21 53/16 53/21 139/1 139/12
**plan [4]** 25/7 56/19 105/14 106/2
**planned [4]** 69/20 72/25 76/24 77/8
**planning [6]** 17/6 43/14 76/18 77/4 77/9 77/21
**plans [2]** 105/25 149/4
**play [1]** 54/16
**playing [1]** 8/13
**please [16]** 19/10 19/17 20/2 20/11 20/25 20/25 21/8 34/2 38/23 39/14 119/2 132/21 134/1 147/21 147/24 151/7
**PLLC [2]** 1/23 2/16
**plus [1]** 67/21
**PNC [1]** 3/7
**point [16]** 7/11 14/19 26/12 27/16 35/25 39/3 39/5 73/22 88/13 92/14 95/21 125/3 132/4 135/25 142/15 146/23
**pointing [1]** 29/9
**poison [2]** 125/12 139/24
**poll [1]** 127/5
**Pollock [2]** 66/18 149/19
**pool [1]** 144/13
**portfolio [2]** 103/9 103/17
**portion [9]** 4/10 9/24 57/22 89/24 108/15 108/16 126/17 145/7 145/8
**position [11]** 9/21 49/24 50/23 58/15

59/4 59/20 59/21 64/21 67/15 126/3 133/7
**positions [4]** 7/20 7/23 9/20 9/23
**possibility [6]** 24/11 105/16 105/18 143/6 143/12 148/18
**possible [12]** 5/2 55/12 65/16 85/18 86/11 86/12 93/17 105/18 144/4 144/22 148/12 148/12
**possibly [4]** 19/24 20/6 44/17 81/10
**post [1]** 41/20
**postponed [1]** 95/21
**potential [3]** 11/15 28/7 39/2
**potentially [6]** 42/1 101/19 102/10 109/13 109/15 144/12
**practice [6]** 35/15 36/18 38/12 38/13 98/18 124/21
**practices [1]** 100/16
**practicing [2]** 36/16 129/12
**practitioner [1]** 76/21
**praise [1]** 22/2
**preconceived [1]** 11/17
**preliminary [4]** 8/17 9/25 10/20 54/6
**Prendergast [1]** 82/14
**prepared [3]** 80/1 120/11 124/11
**presence [4]** 4/20 7/22 81/5 119/23
**present [6]** 17/13 22/17 27/19 52/13 61/12 104/5
**presentation [4]** 4/18 12/23 12/24 14/5
**presented [12]** 12/20 18/3 18/5 52/17 79/12 80/1 125/18 132/10 136/2 136/23 136/24 137/16
**presents [1]** 127/15
**presiding [1]** 17/17
**presumably [1]** 22/22
**presume [1]** 46/25
**pretty [19]** 8/9 28/4 40/20 43/20 49/8 57/6 70/24 72/17 72/24 76/5 78/8 80/10 84/4 84/8 112/4 114/11 114/15 120/19 121/12
**prevent [1]** 93/2
**previously [2]** 50/25 142/2
**primarily [2]** 36/20 46/23
**primary [3]** 76/1 76/1 89/5
**principles [1]** 18/1
**prior [2]** 29/4 134/17
**privacy [2]** 12/7 103/1
**private [1]** 98/18
**probability [1]** 146/6
**probably [19]** 4/21 7/8 15/19 30/19 31/10 33/7 37/5 53/2 64/24 68/19 72/25 73/21 73/22 73/25 75/17 82/1 89/2 93/20 93/21 107/22 113/3 152/1
**probed [1]** 120/19
**problem [28]** 10/21 16/7 16/12 17/2 22/23 24/7 42/14 42/23 43/10 55/23 59/13 63/1 66/10 66/12 73/11 79/7 80/8 97/16 107/4 107/7 108/17 109/14 109/18 117/6 118/8 127/15 140/15 142/11
**problematic [1]** 120/22
**problems [1]** 42/13
**procedure [6]** 5/12 6/22 106/25 122/15 122/17 122/19
**proceed [3]** 17/21 39/4 118/13
**proceeding [2]** 35/21 35/23
**proceedings [3]** 14/19 152/21 153/3
**process [14]** 5/25 19/3 19/8 21/5 34/5

**P**

process... [9]  34/9 38/22 58/17 105/2 122/1 122/6 123/16 140/10 140/20
professional [2]  109/14 114/6
program [2]  76/20 77/18
progressing [1]  106/20
project [3]  69/2 69/19 76/4
promise [1]  16/4
property [1]  86/11
propose [5]  4/5 4/12 10/1 10/22 152/4
prospective [20]  4/4 6/13 8/3 12/5 28/24 29/12 31/2 33/9 34/1 38/25 64/18 64/18 130/7 133/24 134/4 138/11 139/20 140/6 147/22 151/19
protect [1]  103/1
proud [1]  106/12
prove [2]  5/19 10/4
provide [5]  61/5 61/8 63/16 81/5 152/8
provided [5]  12/8 13/16 34/17 39/9 61/7
provides [1]  139/3
pry [1]  19/13
PSP [1]  110/22
Puerto [2]  116/16 117/15
pull [1]  15/1
purpose [3]  19/16 19/19 36/3
Purposes [1]  16/9
pursuing [1]  54/7
push [2]  95/24 96/12
pushed [1]  96/11
put [16]  21/20 25/13 32/11 32/12 43/24 50/17 52/9 58/19 60/7 82/23 85/18 101/20 110/10 121/4 133/7 143/22
putting [1]  143/1

**Q**

qualifying [1]  23/5
quarterback [1]  27/9
question [11]  7/12 8/4 20/12 25/17 55/25 75/12 92/6 113/4 134/12 144/22 148/25
questioned [1]  34/13
questioning [4]  5/7 18/24 20/22 73/25
questionnaire [25]  4/6 5/1 12/3 16/23 19/4 19/9 20/2 21/22 22/22 22/23 23/20 23/24 25/13 25/15 34/16 34/19 73/10 98/9 125/4 125/6 125/8 125/10 125/25 126/2 144/21
questionnaires [12]  5/14 5/20 6/24 17/5 20/15 21/4 22/12 25/3 25/5 73/23 123/8 152/2
questions [10]  19/10 19/13 19/18 25/25 29/4 106/12 111/11 128/7 135/23 138/7
quicker [1]  6/1
quickly [1]  23/24
quit [1]  110/13
quite [6]  13/6 29/1 35/3 37/18 132/12 136/11
Quito [1]  2/8

**R**

radiation [1]  82/23
raise [2]  14/15 41/1
Ramati [1]  60/14
ran [1]  43/22
rather [10]  10/6 22/25 65/13 86/5 103/2 120/13

re [2]  1/5 90/23
re-move [1]  90/23
read [9]  8/24 9/2 126/4 126/12 126/17 126/18 126/20 128/5 130/1
reading [1]  60/21
ready [4]  4/3 15/20 15/21 33/24
real [1]  105/25
realistically [1]  73/20 73/21
realize [2]  97/3 97/10
really [18]  22/9 22/11 37/23 46/24 61/10 65/21 67/6 71/25 73/15 83/8 93/9 96/6 105/7 110/10 118/17 132/12 139/6 139/9
rearrange [2]  29/20 56/22
reason [10]  10/15 13/23 23/19 104/25 122/5 134/11 139/7 144/22 146/22 149/4
reasonably [2]  138/20 139/11
reasons [1]  139/13
recall [11]  9/19 25/16 123/25 131/10 131/24 133/15 133/16 134/14 135/12 142/21 144/24
received [4]  13/14 13/14 13/19 14/16
recently [2]  98/6 105/22 110/21
recess [8]  17/11 24/23 25/4 62/25 118/15 123/7 140/13 151/22
recessed [1]  123/17
recognize [8]  27/23 33/2 35/2 35/8 35/10 37/5 37/5 132/14
recognized [1]  33/8
recollect [1]  27/1
recommendation [2]  9/17 54/10
record [12]  4/3 10/25 11/1 12/20 13/14 16/11 121/22 121/23 126/17 128/20 139/11 142/9
recovery [1]  89/5
recruiter [1]  85/16
recuse [2]  120/1 124/17
red [1]  113/21
red-eye [1]  113/21
reference [3]  123/24 124/24 126/22
referencing [2]  124/3 135/9
referred [1]  53/20
referring [4]  101/19 127/10 133/12 133/18
refers [1]  128/10
reflect [1]  145/1
reflecting [1]  137/17
reflection [1]  146/20
regard [2]  11/11 11/18
regarding [2]  10/11 11/14
regards [1]  44/13
regional [1]  61/9
regulations [1]  104/1
REITER [3]  1/22 1/23 37/2
relate [1]  9/20
relating [1]  29/4
relationship [2]  36/5 103/13
relationships [1]  28/7
relatively [1]  16/18
relatives [1]  10/5
release [2]  117/3 117/4
relocate [1]  76/21
reluctantly [1]  124/16
remarks [1]  32/24
remember [13]  9/1 9/3 97/7 131/18 132/4 132/7 132/11 132/14 132/14 133/1 135/14 135/25 136/18

remembered [1]  97/5
remote [1]  40/16
remotely [2]  67/6 115/22
rent [2]  48/17 88/1
rep [2]  30/16 57/10
repeat [1]  46/4
replaceable [1]  84/9
replaced [1]  44/17
REPORTED [1]  3/11
reporter [7]  3/12 16/11 31/22 107/11 124/18 126/12 153/6
reporter's [1]  16/16
reports [1]  86/12
represent [4]  28/11 28/19 37/3 37/21
representation [4]  26/23 27/14 35/24 36/1
representative [2]  4/7 28/19
representatives [3]  4/7 10/8 16/6
represented [6]  26/10 26/13 27/16 88/12 88/20 122/20
representing [4]  18/18 28/9 102/22 119/18
represents [1]  18/16
request [6]  5/17 5/22 5/24 9/8 9/19 10/2
requested [2]  9/19 10/10 126/17
require [5]  18/12 61/6 61/12 81/5 106/21
requires [1]  43/25
reread [1]  126/21
rescheduled [1]  86/20
resentment [1]  121/10
residence [1]  44/3
resident [2]  12/5 86/22
resolve [2]  4/11 17/23
respect [3]  11/18 12/13 122/20
respectfully [2]  11/3 139/3
responding [1]  129/4
response [2]  13/19 23/17
responses [2]  23/1 111/11
responsibilities [9]  4/24 41/4 49/9 58/5 58/8 76/9 76/13 83/7 84/14
responsibility [8]  4/9 18/6 18/7 20/7 20/10 21/2 52/18 52/21
responsible [1]  100/18
rest [10]  24/9 71/17 91/16 122/4 123/1 148/11 148/19 151/10 151/11 151/17
restaurant [1]  102/17
restaurants [1]  43/22
restructuring [1]  61/11
rests [1]  120/10
result [2]  120/1 142/5
resulted [1]  28/21
retain [2]  13/11 120/12
retained [1]  120/13
retired [1]  50/25
retiring [1]  58/17
retract [1]  9/13
retrieve [1]  152/5
return [3]  13/8 13/10 123/16
returned [2]  12/19 13/24
revenue [2]  49/16 59/5
reverse [1]  38/1
review [8]  5/3 5/14 5/20 19/5 20/16 21/21 49/6 126/7
RICHARD [2]  1/17 36/14
rick [1]  1/21

**R**

**Rico [2]** 116/16 117/15
**rid [1]** 84/12
**right [190]**
**right-hand [1]** 21/19
**Rights [1]** 37/12
**rise [5]** 33/25 38/23 119/7 147/21
151/18
**RMR [2]** 3/11 153/5
**roadmap [2]** 13/24 14/18
**ROBERT [1]** 2/2
**Robinson [1]** 51/22
**Rochester [1]** 76/20
**rods [1]** 106/16
**role [1]** 85/15
**Rome [2]** 3/6 38/12
**room [7]** 15/25 16/2 17/12 17/19 32/18
137/3 149/6
**round [1]** 63/21
**row [15]** 29/17 32/9 32/13 32/17 50/11
80/5 88/5 123/21 130/12 130/13 131/17
131/18 131/19 136/5 144/4
**rows [3]** 29/14 39/16 124/5
**rude [2]** 119/1 119/3
**rule [1]** 14/7
**ruled [1]** 9/10
**ruling [1]** 11/3
**run [2]** 27/23 76/2
**running [3]** 40/18 99/22 100/15

**S**

**S/N [1]** 2/7
**sacrifice [3]** 4/9 4/11 18/13
**sacrifices [2]** 17/23 20/9
**said [61]** 9/4 11/10 21/3 22/1 25/10
26/16 36/4 37/24 42/10 44/24 49/4 49/5
52/13 52/24 54/4 55/4 57/5 73/11 77/10
82/25 97/6 97/11 105/15 114/21 120/25
121/5 121/13 122/21 124/6 124/8 124/9
124/14 125/1 125/13 126/13 126/20
127/2 127/12 132/15 133/1 135/3 135/4
135/13 140/9 141/17 141/24 142/15
142/22 143/14 143/18 143/20 144/11
144/16 144/23 145/1 145/14 145/25
147/9 149/20 149/22 151/2
**salaried [1]** 41/13
**salary [3]** 42/21 94/14 94/17
**sales [3]** 57/9 57/9 58/6
**same [16]** 6/18 18/1 28/10 43/21 53/17
61/9 86/3 86/19 122/1 126/5 130/13
136/12 143/3 143/8 148/22 148/22
**Saturday [2]** 24/4 24/4
**save [2]** 90/23 122/7
**saved [1]** 119/11
**saw [5]** 12/23 17/25 125/5 125/8 125/9
**say [38]** 9/13 10/4 11/14 16/11 16/15
16/17 27/6 27/24 28/24 40/12 44/20
46/21 47/20 69/1 69/9 73/6 74/3 75/25
88/22 90/12 90/25 102/25 110/16 118/25
121/22 130/7 130/12 131/14 132/19 135/1
135/8 139/15 143/21 146/24 147/3 147/5
148/15 149/13
**saying [6]** 41/22 45/14 123/25 127/9
139/18 144/22
**says [1]** 128/13
**SCAROLA [20]** 1/11 1/13 5/25 17/13

18/14 29/11 30/23 35/4 35/12 35/15
35/16 79/2 79/4 127/3 129/11 129/16
130/1 130/3 132/1 135/17
**Scarola's [1]** 54/13
**scarolateam [1]** 1/14
**schedule [2]** 46/25 150/4
**scheduled [2]** 61/1 96/5 112/15 148/14
**schedules [1]** 24/16
**scheduling [1]** 84/7
**SCHERER [7]** 2/2 2/2 2/6 2/10 26/7
36/19 36/20
**Scherer's [1]** 26/23
**Schillingford [1]** 130/8
**scholarship [1]** 100/16
**school [26]** 56/12 64/15 77/3 77/4 91/7
91/15 91/18 93/12 93/15 95/4 98/9 98/13
98/16 98/20 98/25 99/4 99/13 100/20
116/13 116/18 117/21 118/5 143/9
143/11 149/18 150/18
**schools [1]** 98/18
**screws [1]** 106/16
**SE [1]** 3/1
**Sealey [2]** 44/20 46/11
**Searcy [6]** 1/13 35/16 65/20 103/4
103/7 103/20
**searcylaw.com [2]** 1/14 1/15
**season [2]** 44/11 112/19
**seasonal [4]** 43/13 43/18 72/19 86/21
**seat [2]** 32/9 34/8
**seated [9]** 25/8 34/2 35/17 123/20
123/20 124/7 130/12 131/15 147/24
**seats [5]** 29/13 29/18 32/11 32/12 127/6
**second [14]** 8/1 32/17 49/19 49/20 50/4
51/9 51/12 51/13 51/17 53/2 56/4 79/16
106/13 109/3
**second-guessing [1]** 79/16
**see [38]** 5/6 6/13 7/3 7/7 15/12 21/15
22/5 22/9 22/10 22/25 23/10 23/14 25/2
25/9 25/10 31/19 37/20 39/13 54/6 55/8
65/7 74/20 90/11 107/11 108/5 118/13
118/22 119/4 120/24 123/13 125/1
129/19 129/22 137/3 138/16 146/11
146/22 151/12
**seem [1]** 29/10
**seemed [7]** 22/9 120/21 134/25 135/7
137/3 137/20 146/1
**seems [3]** 78/9 120/19 122/9
**seen [3]** 4/22 53/17 73/23
**select [1]** 34/6
**selected [4]** 19/23 127/21 149/16
150/19
**selection [5]** 4/3 11/15 19/3 23/23
140/9
**self [1]** 82/25
**self-employed [1]** 82/25
**Sellers [1]** 2/16
**semester [1]** 93/19
**send [1]** 65/9
**sense [6]** 5/9 5/11 6/10 7/25 9/7 32/1
**sensitive [1]** 23/19
**separate [3]** 35/22 138/22 138/23
**separately [3]** 23/18 96/2 130/6
**September [1]** 77/1
**SERENA [2]** 3/5 38/4
**serena.gopal [1]** 3/10
**seriously [1]** 80/17

**Serrano [3]** 123/20 124/8 124/10
**serve [20]** 5/5 5/7 21/11 21/20 34/20
35/2 40/1 44/24 46/2 46/21 49/5 57/6
68/14 74/11 98/14 99/11 106/10 106/11
148/3 151/14
**served [1]** 57/16
**service [22]** 8/7 20/7 21/14 30/16 37/20
37/23 44/25 58/20 59/9 98/11 98/12
98/15 98/17 98/18 99/6 108/20 141/15
142/25 143/5 143/15 145/25 148/2
**serving [4]** 41/20 81/22 82/4 105/1
**session [6]** 63/12 63/14 64/4 93/11
106/25
**set [6]** 9/21 75/19 77/5 100/17
**seven [1]** 11/23
**several [1]** 37/25
**severe [1]** 35/1
**sexual [2]** 45/7 46/1
**SHAREHOLDERS [1]** 1/4
**shares [1]** 145/15
**she [135]** 16/16 25/15 25/16 25/22
25/22 25/23 28/14 28/15 28/16 28/17
29/4 29/10 29/10 31/2 31/7 38/23 45/25
46/1 46/2 56/4 56/4 56/4 56/9 56/9
56/11 56/14 56/18 64/19 66/3 76/12
82/20 82/21 82/24 87/16 87/18 87/20
89/5 91/8 91/10 91/16 91/20 94/25 95/4
95/10 107/11 114/7 117/5 117/8 117/10
119/16 119/22 123/20 123/21 123/24
124/3 124/4 124/8 125/1 125/11 125/12
125/21 126/6 126/8 126/18 126/20
126/25 127/2 127/3 127/8 127/9 127/24
127/24 127/25 128/3 130/12 130/15
131/18 134/24 134/25 135/1 135/3 135/3
135/3 135/4 135/4 135/5 135/5 135/7
135/8 135/13 136/3 136/4 136/5 137/3
137/3 137/5 137/20 137/20 137/23
138/13 139/5 139/19 139/23 139/24
141/11 141/15 141/17 141/17 142/2
142/3 142/3 142/5 142/6 142/7 142/7
142/15 142/15 142/17 142/22 142/22
142/23 142/24 142/25 143/2 143/8
143/10 143/18 143/19 143/20 143/20
144/16 144/23 144/23 145/1 149/3
**she's [11]** 67/8 76/13 95/6 99/13 107/13
107/13 126/23 140/1 141/20 142/4
142/16
**shift [1]** 94/21
**Shillingford [2]** 73/4 130/5
**Shipley [2]** 1/13 35/17
**short [1]** 123/4
**shorten [2]** 19/6 148/5
**shortens [1]** 112/16
**shot [1]** 4/22
**should [22]** 7/21 15/19 21/5 23/18 25/5
25/14 25/25 32/22 53/12 65/17 66/2 74/9
118/11 120/12 120/14 120/24 120/25
122/22 122/25 142/16 143/22 147/6
**shouldn't [3]** 14/1 24/3 109/14
**shout [1]** 128/25
**shout-out [1]** 128/25
**shouted [3]** 120/3 132/5 136/17
**shouts [1]** 127/17
**show [3]** 114/1 146/6 146/7
**showing [1]** 25/22
**shown [5]** 4/4 4/16 4/18 13/13 14/17

**S**

shuffle [1] 63/8
side [19] 4/7 4/8 12/15 12/17 12/23
13/20 15/2 15/5 15/12 16/7 32/15 32/18
45/23 57/10 88/17 121/11 125/22 127/17
136/17
side's [1] 12/23
sidebar [3] 5/24 45/20 45/24
sides [4] 14/14 14/19 15/15 32/24
significance [1] 139/23
significant [6] 4/10 18/11 18/12 19/1
19/22 20/18
significantly [1] 5/18
signing [1] 19/10
similar [2] 4/19 114/7
SIMONS [2] 1/16 36/21
simply [1] 128/18
simultaneous [1] 13/20
since [6] 6/3 39/1 67/22 86/10 104/3
138/13
Singer [1] 30/18
single [6] 49/20 86/18 87/15 87/21 88/1
90/18
sir [95] 6/5 11/1 12/1 12/9 16/9 17/3
23/2 23/21 24/21 27/3 28/5 42/9 42/25
46/9 52/12 53/8 54/20 56/25 57/2 57/3
58/9 58/10 58/12 58/21 58/24 59/2 59/6
59/12 62/3 62/20 64/1 64/7 66/16 66/24
68/3 69/3 69/5 70/2 70/5 70/10 73/2
75/20 80/7 80/8 80/20 83/23 84/1 84/17
84/24 85/1 85/6 85/20 85/22 87/4 88/2
88/7 89/17 89/20 90/4 90/6 92/4 92/6
92/17 92/22 93/23 96/18 101/6 101/12
101/22 102/19 103/5 103/8 104/13
107/17 107/25 108/18 108/25 109/1
109/3 109/20 111/2 111/3 115/5 115/14
116/6 121/16 123/2 125/9 140/2 142/19
144/6 145/5 145/23 146/8 150/10
sister [1] 87/16
sit [3] 6/20 29/18 34/6
sitting [11] 106/21 112/9 127/6 127/23
127/25 128/11 128/15 129/1 134/13
138/22 138/24
situation [8] 61/10 74/21 75/16 75/21
86/4 96/15 114/23 115/8
situations [1] 5/5
six [77] 5/23 9/2 9/4 11/23 19/24 20/1
20/6 28/3 40/4 40/17 41/19 41/25 42/22
43/7 44/8 49/19 50/21 51/8 52/3 53/18
55/16 56/8 56/13 56/22 57/12 57/13
57/17 58/8 60/8 61/17 61/19 62/2 64/6
70/8 72/25 74/23 75/13 76/4 80/10 80/17
82/8 82/10 85/17 87/14 88/25 89/2 90/15
93/3 93/10 95/23 96/11 96/12 96/25 97/1
97/3 97/6 97/12 99/5 99/10 106/23
107/23 108/15 109/13 109/16 110/17
110/18 111/15 112/18 113/5 115/10
116/3 116/5 117/24 131/4 145/2 145/7
146/4
six weeks [1] 56/22 90/15 111/15
112/18 145/7
six years [1] 110/17
six-week [2] 20/1 28/3
slandering [1] 137/20
sleep [4] 95/8 95/9 95/10 135/5
sleeping [5] 71/19 71/21 75/3 75/6 95/6

sleeps [1] 95/10
slides [2] 12/24 14/5
slight [1] 53/10
Slim [1] 105/18
Slinskey [3] 29/23 30/6 88/5
Sloan [1] 58/11
slow [1] 106/20
small [6] 40/15 60/22 76/3 86/8 112/6
114/8
smile [1] 118/25
so [383]
sole [2] 86/8 86/10
solve [1] 140/15
some [63] 5/2 8/21 11/9 11/13 17/25
18/7 22/13 22/15 23/18 23/19 24/12
24/19 27/16 32/1 32/23 33/5 33/8 33/8
33/9 34/13 35/1 39/7 47/7 47/12 52/12
53/14 54/1 57/22 57/23 60/20 60/25 61/1
61/3 61/11 61/14 61/19 67/3 67/18 82/18
86/4 86/13 89/22 89/23 93/6 102/17
103/15 103/24 106/21 109/4 113/15
114/6 120/21 121/3 122/25 123/10
127/20 128/4 135/22 135/23 136/1
138/14 138/15 140/15
somebody [7] 22/24 80/2 81/10 84/13
127/16 142/18 143/23
somehow [2] 14/25 114/4
someone [7] 49/7 58/7 61/7 81/19
131/9 132/5 136/17
something [21] 7/5 8/24 9/5 24/24
25/24 30/16 45/17 53/5 53/12 57/14 70/9
80/2 101/20 102/5 106/5 107/4 112/9
130/3 135/13 140/7 146/24
sometime [1] 12/16
sometimes [2] 51/14 83/11
somewhat [3] 28/9 34/9 34/11
son [5] 63/4 63/15 83/14 87/19 149/17
son's [1] 102/16
soon [7] 4/13 5/2 16/18 21/9 25/2 73/19
119/16
sooner [1] 146/6
sorry [63] 8/9 16/3 26/7 26/9 26/17
29/25 37/16 41/21 43/6 45/4 45/10 46/5
46/16 48/9 52/12 58/2 60/2 69/9 70/13
71/3 71/20 75/5 75/20 81/1 81/12 84/21
91/2 91/2 94/10 94/15 94/16 96/22 97/7
98/22 102/12 102/20 104/15 109/4 109/8
111/17 111/22 116/21 123/25 128/16
130/9 130/17 130/22 132/19 133/7
133/16 134/2 134/10 138/6 141/19 142/1
144/7 144/10 144/11 145/11 147/25
149/12 150/1 150/12
sort [1] 103/12
sorted [1] 123/9
sorts [1] 140/23
sound [3] 30/13 30/17 139/3
sounds [2] 105/13 120/13
source [1] 48/18
South [3] 57/9 58/6 105/17
SOUTHERN [1] 1/1
speak [15] 19/6 21/14 21/23 22/7
23/18 32/3 35/9 39/12 44/12 45/16 46/5
63/20 103/13 123/19 138/16
speaking [11] 38/21 39/11 39/12
107/10 130/10 130/14 131/8 131/21
131/21 134/22 137/6

special [2] 65/5 64/25
specific [2] 10/17 130/3
specifically [3] 127/2 129/17 132/25
specifics [1] 39/8
spectrum [1] 87/17
speculate [1] 79/22
speculating [1] 73/22
speech [6] 16/22 17/15 22/5 87/19
98/12 143/10
Spencer [4] 97/22 150/12 150/13
150/13
spend [2] 5/6 146/11
spoke [8] 24/10 124/5 125/21 126/4
131/16 131/17 140/5 141/11
spontaneous [1] 128/25
spot [1] 59/1
St [3] 49/11 49/14 49/24
stable [1] 45/13
stacks [1] 144/14
staff [1] 61/8
stand [4] 33/10 36/2 39/12 39/20
start [22] 6/3 6/15 8/13 9/10 18/24 25/8
38/20 39/16 39/21 43/25 44/15 71/6 71/7
73/16 73/17 73/20 73/21 74/2 77/3 93/11
95/5 96/10
started [3] 17/15 72/3 114/4
starting [6] 61/2 76/25 85/14 95/23 96/7
112/20
starts [1] 63/6
state [10] 37/4 57/7 57/8 63/4 76/14
77/9 92/7 92/10 114/1 130/20
stated [1] 9/23
statement [15] 9/6 10/3 11/16 11/20
12/14 15/1 22/21 125/24 126/1 128/1
129/4 137/9 138/13 138/15 138/19
statements [11] 8/25 9/2 9/4 9/11 14/18
19/12 128/2 128/19 129/11 129/24 130/1
STATES [2] 1/1 1/9
STATUTE [1] 1/4
stay [3] 95/1 105/16 121/23
staying [1] 44/14
step [3] 19/7 39/5 133/22
still [14] 23/12 51/17 67/17 77/7 88/18
103/23 107/6 118/18 119/12 129/24
144/12 145/24 147/12 148/6
stint [1] 86/17
stipulation [2] 12/15 12/22
STOOLMAN [2] 3/6 38/6
stop [1] 89/12
stories [3] 79/9 79/21 125/17
story [2] 79/17 130/4
strained [1] 113/7
straining [1] 113/7
streak [1] 8/2
Street [4] 1/18 2/10 3/1 3/7
student [2] 66/3 85/8
students [6] 64/19 64/25 98/11 98/12
98/16 99/6
studio [1] 76/3
study [1] 13/25
stuff [6] 56/21 72/20 75/19 77/5 87/20
106/19
subcontract [1] 49/17
subject [2] 63/24 120/9
subjecting [1] 22/3
submission [1] 10/14

**S**

submitted [2]  8/21 9/15
substantial [3]  11/22 11/22 14/13
substantially [1]  52/19
substitutes [1]  64/22
such [1]  98/4
sued [1]  18/19
suffered [1]  54/4
suffering [1]  46/1
sufficient [1]  14/8 129/25
suggest [4]  4/17 11/20 121/18 139/2
suggested [2]  9/21 122/25
suggesting [2]  132/22 146/13
suggestion [1]  122/9
suggestions [2]  5/10 8/21
suing [2]  119/19 125/15
Suite [6]  1/19 1/24 2/10 2/16 2/20 3/2
summer [3]  61/2 65/9 93/11
summertime [1]  56/12
Sunday [1]  113/21
supervisor [3]  94/9 94/10 101/3
supposed [3]  47/10 96/10 118/23
sure [58]  12/2 15/23 19/11 22/19 23/20
 27/6 27/13 27/14 28/3 28/4 33/1 36/4
 37/23 42/18 42/21 45/21 47/6 48/4 52/2
 53/9 54/19 57/14 57/16 57/18 57/24
 63/13 69/15 74/4 80/15 84/8 94/4 96/6
 96/16 99/2 99/4 100/9 100/10 100/12
 102/16 106/7 107/23 114/20 115/20
 119/13 120/18 123/3 125/18 127/18
 129/23 136/11 137/2 137/8 137/15
 145/20 148/15 150/8 152/13 152/16
surgery [1]  106/15
surprise [1]  137/20
sustainable [3]  146/4 146/10 146/12
swear [2]  32/23 38/23
swearing [1]  19/11
switch [1]  31/19
sworn [2]  38/21 38/25
system [3]  18/2 20/8 31/25

**T**

table [1]  138/24
tails [1]  45/16
tainted [1]  139/4
take [54]  5/4 8/14 15/15 18/7 19/1 19/17
 19/23 20/11 21/2 22/13 24/12 24/17
 29/14 41/4 42/3 42/6 49/8 49/16 52/20
 55/12 56/20 56/21 58/5 58/7 61/10 63/15
 67/23 69/13 72/6 76/8 77/2 82/22 84/6
 84/14 88/23 89/9 89/14 91/14 93/7 96/1
 96/4 98/4 99/25 100/1 102/17 105/3
 107/1 111/1 114/22 115/3 118/10 118/15
 123/4 146/10
taken [6]  17/11 25/4 71/23 95/21 123/7
 139/11
takes [5]  17/12 21/24 87/18 112/13
 112/16
taking [13]  16/9 16/10 59/1 63/3 67/3
 71/25 89/8 100/16 110/4 110/14 113/21
 133/6 149/17
talk [11]  8/22 17/9 20/17 24/25 57/24
 119/24 122/23 127/3 133/6 146/21 148/2
talked [2]  53/17 122/21
talking [14]  39/2 97/3 126/18 126/23
 126/25 132/9 136/7 136/12 136/15

Tapia [1]  43/2
tax [1]  112/19
tc [1]  2/11
teacher [4]  64/15 64/18 76/13 99/3
team [16]  16/1 29/13 35/6 38/15 40/15
 40/16 40/17 61/3 76/4 76/7 112/6 112/13
 114/8 123/19 127/6 139/1
tell [32]  4/19 6/19 8/23 9/14 9/15 12/25
 15/13 15/14 16/1 16/23 22/23 24/4 26/14
 27/5 28/13 38/21 53/24 92/12 103/2
 106/24 121/19 121/24 123/1 123/13
 125/21 127/5 127/7 141/5 142/6 147/10
 147/17 150/9
Tellez [5]  59/25 60/1 60/2 149/10
 149/11
telling [6]  45/18 73/20 122/8 139/17
 140/21 142/5
tells [2]  25/23 27/19
temporary [1]  81/10
ten [8]  8/14 35/22 35/23 44/25
tend [2]  5/18 23/3
Tenet [4]  49/7 49/15 49/16 49/23
Tepas [5]  26/10 26/19 111/20 111/21
 111/22
terminate [3]  81/19 81/21 82/4
terms [12]  12/21 15/10 25/17 28/23
 49/23 66/6 79/5 90/12 103/25 123/11
 128/23 129/14
TERRENCE [1]  2/9
Terry [1]  37/11
testify [1]  127/14
testimony [2]  63/16 63/25
text [1]  114/20
texting [1]  134/25
than [32]  4/21 7/9 13/21 17/7 22/8
 24/18 39/5 48/19 52/6 53/3 59/14 65/13
 71/1 71/4 72/1 83/15 86/6 87/1 89/3
 100/24 103/2 106/21 111/1 121/14 124/3
 135/2 135/5 135/6 139/15 139/21 146/14
 148/2
thank [165]
thanks [6]  24/22 37/20 37/23 54/20
 95/16 134/7
that [645]
that's [91]  4/12 6/15 6/22 7/2 8/15 8/24
 10/9 12/6 16/15 18/3 22/21 23/2 24/1
 24/7 25/11 25/24 27/6 27/22 33/22 40/2
 40/6 41/1 42/11 42/22 46/17 48/10 49/18
 52/8 53/1 53/5 53/11 53/24 54/8 56/10
 57/14 57/20 58/1 60/4 68/20 71/25 72/1
 73/15 74/3 74/4 77/13 80/12 81/20 82/3
 86/7 87/3 92/11 92/12 93/22 95/19 99/1
 102/16 105/5 105/13 108/8 112/4 113/17
 114/17 117/3 117/20 118/9 121/16
 122/18 125/5 126/3 126/19 126/20
 126/21 130/4 130/5 132/20 136/6 136/11
 138/16 140/25 141/2 141/3 141/4 141/17
 142/1 142/10 143/3 145/8 145/19 146/3
 149/1 151/6
their [37]  4/9 4/10 4/23 5/7 7/22 8/21
 9/17 9/20 10/5 12/5 12/7 12/7 14/20
 15/12 15/16 17/23 20/9 22/7 22/23 23/20
 25/7 25/8 25/13 29/13 31/12 32/6 32/12
 33/13 35/6 36/5 63/8 120/23 121/5 121/9
 123/11 147/18 152/2

them [86]  4/6 4/19 4/25 5/4 5/5 5/8 6/3
 6/8 6/19 9/2 9/7 11/2 12/15 12/16 12/19
 13/23 15/3 16/22 16/23 17/9 18/5 20/15
 20/16 20/17 21/8 21/8 22/8 22/13 22/13
 23/9 25/7 25/7 25/8 26/10 27/5 27/19
 27/25 31/19 32/2 32/3 32/11 32/12 32/23
 32/23 33/23 35/5 35/6 36/5 41/8 54/4
 57/15 57/25 65/4 65/7 65/9 69/15 69/18
 69/18 72/1 83/9 84/11 86/25 91/5 98/15
 98/17 98/17 102/10 109/15 119/4 121/4
 121/19 121/21 121/24 122/8 123/9
 124/14 127/6 127/8 127/13 138/16
 138/23 147/17 147/19 152/6 152/14
 152/15
themselves [8]  13/3 15/12 22/4 31/24
 33/11 36/2 36/3 127/16
then [58]  4/22 6/4 7/6 8/14 14/25 15/12
 16/23 17/2 18/17 20/17 21/3 21/9 22/14
 22/21 23/17 29/18 35/19 52/11 56/11
 63/3 67/18 72/20 73/12 74/1 74/2 86/18
 87/2 89/12 91/15 91/19 95/6 96/10
 102/10 102/15 102/15 107/1 107/2 107/2
 107/14 110/13 110/21 110/21 119/6
 121/24 123/5 123/12 124/4 125/1 127/3
 128/2 129/22 130/3 130/5 131/21 136/16
 143/18 145/9 148/25
therapist [4]  56/6 99/3 99/5 99/6
therapy [5]  56/5 56/21 82/23 87/20
 112/9
there [90]  4/3 6/3 6/14 8/3 8/15 11/8
 13/2 13/20 14/10 14/13 15/4 15/22 16/8
 16/10 16/11 16/23 16/25 18/10 22/14
 23/18 25/14 33/2 39/22 41/25 43/25
 44/11 44/16 47/9 47/21 48/2 49/16 49/17
 50/11 52/20 52/22 56/11 56/12 58/4 58/7
 60/23 65/16 65/22 69/12 70/18 76/22
 76/23 77/11 77/12 77/19 83/14 83/22
 84/5 86/17 86/18 88/5 91/22 91/25 92/8
 93/6 95/6 97/5 103/25 104/25 105/16
 106/13 116/1 117/4 117/4 119/6 120/14
 121/3 122/5 124/12 125/4 125/11 129/10
 129/19 130/2 130/13 131/11 131/17
 132/4 135/22 135/25 136/10 136/16
 144/22 147/8 148/1 150/13
there's [22]  13/1 14/11 22/11 23/12
 24/24 29/22 41/3 42/2 53/15 84/13 95/23
 103/24 112/11 116/17 117/2 117/4
 117/11 117/14 118/18 127/11 141/5
 146/5
Thereupon [1]  45/24
these [18]  6/20 9/9 10/3 17/25 19/10
 19/12 19/13 21/8 27/23 27/24 35/8 45/12
 48/15 59/16 86/20 86/23 121/4 141/7
they [91]  4/13 4/16 4/18 6/23 8/13 9/1
 9/1 9/3 9/20 11/17 13/25 14/8 14/21
 14/24 15/12 15/16 15/21 22/9 22/21
 22/22 23/3 25/10 25/13 25/17 25/19 27/5
 32/4 33/14 33/17 36/2 41/6 42/17 42/19
 42/23 42/23 47/15 49/17 54/4 57/19
 57/21 63/8 64/22 64/23 71/23 72/2 80/2
 81/20 91/10 92/8 92/9 95/24 96/12 97/6
 99/1 99/4 99/5 102/8 112/23 112/24
 113/2 114/13 114/21 114/21 116/15
 116/16 117/24 117/24 118/1 118/23
 118/24 118/25 118/25 119/1 119/2 119/3
 119/25 120/21 120/25 121/6 121/9

**I**

they... [11] 121/13 121/20 123/10 123/11 123/14 127/7 127/12 127/13 127/14 140/10 141/9

they'd [1] 121/6

they've [6] 4/13 4/22 8/20 22/24 23/19 105/10

thing [11] 5/4 6/18 19/21 33/23 55/15 57/16 109/11 127/18 137/9 148/22 148/22

things [20] 22/20 46/25 47/1 59/16 86/13 86/20 86/22 86/23 88/14 100/14 100/18 100/20 118/16 127/12 128/9 129/7 132/10 132/23 135/22 151/9

think [103] 4/20 5/3 5/18 5/25 7/2 7/4 7/5 7/9 9/15 7/17 7/19 7/25 10/15 12/6 12/6 14/1 15/19 21/20 22/3 22/25 23/13 23/23 25/10 25/12 25/18 26/5 26/25 27/4 27/10 29/23 30/6 32/8 32/22 42/15 48/13 54/18 59/18 62/22 64/17 64/19 66/10 70/9 74/7 74/9 74/23 79/7 79/10 79/19 79/22 88/16 93/3 94/14 94/17 95/22 95/24 96/17 100/7 100/9 102/24 103/24 104/5 104/9 112/24 113/3 113/4 113/6 115/11 118/9 119/3 119/11 120/12 120/13 121/5 121/14 121/16 122/13 122/17 122/18 122/19 122/22 124/2 125/20 126/22 127/20 128/6 128/9 132/7 132/14 132/17 138/14 140/14 142/7 142/24 143/21 144/8 144/11 145/7 145/14 146/5 149/10 151/23 151/25 152/9

thinking [1] 80/1

thinks [1] 135/21

this [147] 4/4 4/11 5/23 6/19 8/24 9/1 9/2 9/3 9/6 10/15 10/21 12/20 14/6 14/18 14/19 17/14 17/18 17/21 18/1 18/8 18/9 18/11 18/17 18/19 18/25 18/25 19/9 19/17 19/23 20/2 20/9 20/25 21/5 23/10 26/16 27/1 27/16 27/24 28/14 28/24 30/12 30/19 33/14 33/18 34/4 34/5 34/6 34/9 34/10 34/15 35/2 35/5 35/18 35/21 35/21 35/23 35/25 36/3 37/1 37/3 37/21 38/13 38/15 38/22 39/3 39/5 39/7 41/16 43/24 45/17 45/23 47/7 52/6 54/17 56/6 57/10 59/13 61/7 62/24 63/20 64/21 65/3 66/6 73/22 75/11 75/14 77/2 79/6 79/23 79/25 80/5 81/18 86/11 88/16 92/14 96/7 96/14 96/20 97/2 102/2 102/25 103/11 103/22 108/19 112/21 113/17 119/23 120/6 121/18 121/22 121/22 122/16 122/25 123/19 124/17 125/12 125/22 126/25 127/1 127/4 127/19 127/19 130/15 131/9 131/16 135/18 136/3 139/4 139/7 139/8 139/13 139/25 140/11 141/2 141/2 141/3 144/2 146/22 147/20 148/5 148/7 148/9 148/10 149/6 151/10 151/15 151/17

Thompson [1] 109/22

those [49] 5/6 10/9 10/13 11/19 11/23 13/11 19/22 20/20 21/17 22/12 22/17 23/4 31/23 34/21 35/1 36/25 38/14 39/4 47/8 47/17 58/7 76/9 76/13 86/16 97/11 100/18 100/20 119/16 119/21 124/16 127/6 127/7 127/12 132/11 133/1 133/11 133/17 136/16 137/16 138/24 139/2

139/13 144/4 144/13 144/15 149/2 149/4 149/8 151/16

though [10] 25/14 38/15 66/4 71/14 88/19 94/25 106/20 114/14 118/18 134/25

thought [7] 33/15 53/3 55/14 96/25 136/9 142/3 147/9

thoughts [1] 123/13

threat [1] 10/7

three [13] 8/8 8/9 8/9 13/25 36/23 40/16 70/22 71/18 71/22 76/11 82/21 102/3 138/24

through [20] 17/11 25/4 34/9 34/15 61/11 61/14 92/7 101/13 102/14 117/1 122/1 122/3 122/6 123/7 123/8 123/16 140/20 141/4 143/22 148/23

Thursday [2] 102/15 117/1

thus [1] 148/3

tickets [4] 70/3 72/22 77/14 113/15

time [62] 4/11 5/3 5/6 9/12 15/22 17/23 18/12 19/1 19/6 19/22 20/1 20/9 21/11 21/21 22/13 22/15 23/9 30/19 34/20 35/2 40/17 40/20 41/19 43/24 50/23 53/10 55/21 61/15 68/21 69/18 71/5 75/4 75/7 76/11 76/12 81/15 87/21 89/22 91/8 92/13 93/18 98/5 99/13 99/21 102/6 103/15 107/7 108/2 112/16 112/19 114/19 115/17 115/20 117/2 117/3 117/8 117/13 118/5 133/6 136/1 139/19 142/4

timing [2] 8/6 151/24

tips [1] 43/22

Tire [1] 83/21

tired [1] 135/3

today [9] 67/8 73/15 92/19 110/1 122/2 132/5 132/13 142/17 148/22

today's [1] 148/24

together [1] 102/8

told [15] 25/12 25/18 33/23 35/15 57/15 63/6 73/12 97/10 97/13 119/21 139/5 142/2 142/6 144/13 150/3

Toll [1] 2/16

tomorrow [18] 6/18 6/18 6/20 6/23 20/21 20/22 74/1 74/6 75/1 75/12 92/19 116/16 121/15 122/1 140/14 147/20 148/22 152/2

tomorrow's [1] 148/24

tonight [1] 116/16

tons [1] 40/20

too [8] 12/6 23/13 39/14 82/11 93/5 106/13 144/20 152/9

took [5] 62/25 62/25 137/19 140/10 148/2

top [2] 21/19 69/20

TORT [1] 1/4

total [2] 9/17 107/6

towards [2] 32/20 130/12

town [3] 33/7 47/15 48/10

train [3] 59/4 69/15 85/17

trained [1] 84/11

training [16] 58/15 58/19 58/23 59/1 59/19 85/18 95/18 95/20 96/7 96/9 96/10 96/12 96/15 101/10 101/14 102/3

transcription [1] 153/3

transplant [1] 61/6

transportation [3] 67/6 67/9 146/5

travel [4] 46/21 47/8 47/17 47/20

traveling [2] 14/20 16/7

treat [1] 142/9

trial [17] 1/8 5/23 13/25 26/11 26/14 28/3 34/8 38/15 62/25 63/8 64/6 73/16 73/20 74/3 114/4 127/6 149/17

tried [1] 35/23

trip [7] 72/16 72/25 77/2 113/16 113/20 114/4 115/1

trouble [13] 45/4 45/9 52/13 60/21 62/14 77/7 91/2 94/15 122/7 130/9 130/19 132/21 135/21

troubling [2] 125/4 127/16

trust [11] 93/9 124/6 127/10 128/18 129/4 129/6 129/17 133/1 133/11 137/6 139/9

trusting [2] 132/9 136/23

truth [2] 19/11 38/22

truthfully [1] 20/25

try [16] 4/8 5/6 15/1 23/11 23/13 24/18 34/8 34/21 46/5 58/5 66/8 87/22 105/20 105/23 106/2 126/7

trying [14] 9/12 19/19 24/13 26/12 34/6 34/15 37/25 45/15 55/8 86/23 90/23 97/7 102/24 121/4

Tuesday [1] 114/4

turn [1] 121/14

turned [2] 123/24 124/4

turns [1] 82/22

TV [2] 46/23 83/13

twin [1] 87/18

two [56] 4/11 13/25 15/25 16/6 16/8 18/9 23/25 24/1 24/1 25/12 25/14 35/8 37/3 41/6 47/10 48/2 48/5 49/10 55/15 55/15 56/3 56/5 56/6 56/7 56/16 56/17 56/19 57/15 57/16 62/22 70/9 76/23 80/16 86/17 87/16 90/15 90/19 96/25 106/1 106/3 107/23 109/13 112/24 114/8 116/4 116/15 122/2 124/5 125/4 127/11 129/3 148/11 148/14 148/17 148/24 151/12

two weeks [5] 55/15 56/7 96/25 107/23 116/15

two-day [1] 86/17

two-week [3] 57/16 148/11 151/12

type [2] 93/6 101/14

**U**

Uber [8] 67/19 67/23 143/15 145/14 146/1 146/11 146/15 149/21

Ubered [1] 67/8

Uh [4] 55/9 59/12 71/11 100/3

Uh-huh [4] 55/9 59/12 71/11 100/3

unable [5] 10/4 40/12 57/6 64/22 88/22

unavailability [1] 63/10

unclear [1] 145/6

uncomfortable [2] 106/23 133/7

under [6] 10/7 19/10 46/3 124/4 124/16 127/14

Underground [2] 69/7 69/10

underhanded [1] 15/1

understand [23] 9/8 9/22 11/3 16/12 17/3 19/11 19/17 19/25 20/5 21/1 29/9 57/21 69/18 119/2 124/3 124/24 128/6 132/21 136/21 136/24 137/16 137/22 139/23

understanding [9] 5/13 10/19 24/19

page 175

Case 0:08-md-01916-KAM  Document 3674  Entered on FLSD Docket 04/26/2024  Page 175 of
25/7 25/12 25/14 25/16 25/18 25/19
177

**U**

**understanding... [6]** 39/7 92/10 92/12
99/1 115/16 149/16
**understands [1]** 12/3
**understood [15]** 6/10 7/10 98/24
124/13 124/20 124/22 125/22 126/3
126/20 126/21 127/7 138/20 138/25
139/2 139/12
**undertaking [1]** 101/15
**undoubtedly [1]** 27/9
**unduly [1]** 19/13
**unfair [2]** 14/1 15/1
**unfavorably [1]** 137/17
**unfortunately [3]** 50/8 52/22 68/13
**UNITED [2]** 1/1 1/9
**unless [5]** 15/14 24/24 142/18 143/23
151/7
**unlike [1]** 94/24
**unlikely [3]** 7/4 33/7 148/17
**unstable [2]** 45/3 45/7
**until [19]** 6/25 7/3 11/12 20/21 22/12
23/7 53/1 58/20 60/9 71/8 71/15 72/4
73/21 77/8 77/9 91/20 143/1 143/19
148/17
**untoward [1]** 15/5
**unusual [2]** 28/10 29/7
**up [86]** 4/4 4/18 5/3 5/4 7/3 8/4 17/19
18/11 18/23 21/10 22/2 22/8 22/24 25/7
27/15 27/18 28/4 29/12 32/6 33/14 34/3
34/12 39/19 39/20 43/14 43/25 43/25
44/10 44/11 44/16 44/25 46/6 51/2 56/9
56/21 72/20 72/20 75/19 76/21 76/22
77/11 77/12 77/18 77/20 78/24 80/16
83/14 86/22 89/19 91/6 91/9 91/12 91/14
91/15 91/23 91/25 93/18 100/17 106/2
112/8 112/18 114/1 116/13 116/24 117/2
117/3 117/9 117/13 117/21 118/5 122/8
124/11 127/13 140/24 141/1 141/9 142/2
142/22 142/23 144/14 144/25 146/6
146/7 148/13 151/2 151/3
**upcoming [1]** 4/10
**upon [6]** 9/14 10/14 18/2 18/4 23/18
73/23
**urge [2]** 4/8 20/10
**us [100]** 2/16 4/11 6/11 8/16 12/25
13/16 15/14 15/21 17/22 19/5 20/1 20/2
20/13 20/20 21/17 22/12 22/23 24/10
34/5 34/5 35/10 39/10 40/13 40/13 42/10
43/7 45/18 53/25 54/21 55/16 56/6 60/8
62/1 62/16 63/17 64/4 66/23 67/18 70/14
73/12 76/18 78/10 80/2 80/10 83/6 84/15
84/22 86/5 87/11 87/13 88/23 88/25 92/5
92/16 93/2 94/19 95/23 96/23 98/6 98/7
100/6 101/1 101/19 103/2 107/19 108/3
108/24 109/10 112/14 112/16 114/5
114/19 115/9 117/18 118/5 119/12 120/1
120/19 120/22 121/6 122/5 133/6 137/3
139/5 139/6 139/17 140/21 142/2 142/3
142/4 142/5 142/6 142/24 149/22 150/3
150/9 150/23 151/2 151/7 151/16
**use [11]** 6/22 13/21 39/14 39/14 67/19
67/23 120/16 143/14 145/25 146/4
149/20
**used [5]** 12/14 32/1 53/16 126/6 151/25
**using [1]** 31/7
**usually [2]** 106/25 116/17

**Utah [1]** 85/16
**utility [2]** 69/7 69/10

**V**

**vacation [7]** 49/17 52/25 60/9 61/4
69/20 72/21 112/15
**vacations [1]** 61/2
**vacuum [1]** 11/8
**vague [1]** 104/10
**VAHLSING [1]** 1/16 35/19
**Valentin [1]** 36/25
**various [2]** 48/16 86/14
**Vegas [1]** 114/1
**vehicle [1]** 145/15
**venture [2]** 40/25 41/1
**verdict [2]** 26/25 26/25
**verify [6]** 92/15 92/20 100/25 101/3
117/25 141/14
**verifying [1]** 118/4
**Vero [1]** 51/2
**very [43]** 6/3 9/12 17/10 18/6 18/7 19/15
20/7 20/9 23/21 24/21 31/5 31/21 35/13
36/7 41/8 60/13 60/22 61/6 61/14 62/19
64/21 64/25 74/20 76/3 90/18 104/9
104/10 106/23 112/6 113/6 119/14
119/22 124/14 124/15 124/16 127/20
135/19 137/11 138/5 139/25 142/16
147/25 152/19
**victim [1]** 46/1
**victims [1]** 119/20
**VICTORIA [2]** 1/11 35/18
**Victoria's [1]** 35/18
**video [6]** 4/14 4/18 4/21 4/22 8/13 17/25
**view [1]** 142/16
**violation [1]** 81/21
**visiting [1]** 38/15
**visits [1]** 51/18
**vmestrada [1]** 1/15
**voice [1]** 45/16
**voir [1]** 5/15
**Volume [1]** 1/6
**voluntary [2]** 10/6 10/11

**W**

**wage [1]** 49/21
**wait [4]** 5/1 6/19 22/25 34/12
**waiting [4]** 11/6 104/15 109/4 147/25
**waiving [1]** 122/22
**walk [1]** 118/25
**wall [4]** 32/13 32/14 32/19 33/16
**want [49]** 6/22 8/4 8/5 8/22 9/10 10/17
10/25 11/5 12/2 17/18 22/14 24/18 24/20
24/24 29/18 31/18 34/4 34/18 43/6 46/3
56/10 56/12 65/7 92/12 93/5 108/5
109/12 113/25 119/9 119/24 120/5 121/7
121/17 121/18 123/12 125/1 127/19
131/7 131/14 132/1 132/20 135/17
135/20 138/12 138/15 140/4 142/8 142/8
146/24
**wanted [19]** 17/20 26/11 26/13 29/7
36/23 53/22 54/19 102/20 104/10 109/4
117/25 119/11 121/2 121/13 122/24
130/9 131/15 136/11 137/4
**wants [2]** 127/5 143/23
**was [144]** 5/13 10/13 10/15 11/8 11/8
11/10 13/20 17/6 21/15 22/1 23/25

25/21 26/4 26/14 26/16 26/25 27/6 27/7
27/8 29/7 33/20 33/22 45/24 46/5 52/12
54/19 55/14 56/6 56/19 56/20 57/15
64/19 72/25 73/12 77/9 79/13 79/25
81/25 82/20 82/20 92/20 94/25 95/5 96/24
96/24 98/5 102/12 106/15 114/7 115/3
116/4 119/18 119/19 120/3 121/3 121/4
122/20 123/16 123/20 123/21 124/3
124/6 124/21 126/5 126/13 126/17
126/22 126/25 127/9 127/15 127/23
127/24 127/25 128/11 128/12 128/15
129/1 129/15 130/3 130/10 130/11
130/11 130/11 130/12 131/11 131/17
131/17 131/18 131/19 131/20 132/4
132/9 132/10 133/12 133/18 134/12
134/13 134/13 134/16 134/16 134/24
134/25 135/3 135/4 135/4 135/5 135/9
135/25 136/2 136/4 136/15 136/16
136/22 136/23 137/9 137/11 137/14
137/15 137/20 137/21 137/23 137/23
138/20 139/16 139/23 139/24 140/9
141/10 141/11 142/3 142/22 142/24
143/4 143/9 143/13 143/13 145/7 146/1
**Washington [4]** 1/19 2/11 2/14 37/13
**Wasikowski [1]** 40/8
**wasn't [7]** 50/25 94/4 133/16 136/5
139/5 139/6 145/19
**waste [1]** 127/19
**watch [1]** 91/23
**Watching [1]** 91/24
**Wawa [1]** 94/11
**way [12]** 9/23 11/5 13/12 14/2 16/2
33/19 51/2 66/6 122/18 140/10 140/15
145/8
**Wayne [3]** 26/20 26/21 27/20
**we [422]**
**we'd [2]** 11/13 112/18
**we'll [6]** 4/25 22/5 22/9 22/9 118/12
118/13
**we're [7]** 6/16 61/11 64/3 73/19 94/14
94/17 128/19
**we've [6]** 4/5 12/20 14/16 17/4 122/2
136/21
**wear [1]** 76/6
**weather [2]** 38/13 38/16
**Weatherby [1]** 85/15
**wedding [1]** 31/12
**weed [4]** 5/6 6/7 6/13 7/7
**week [23]** 20/1 28/3 47/11 49/21 52/10
52/18 52/25 53/2 56/5 57/16 76/11 76/12
82/21 86/19 101/11 102/3 105/5 106/10
113/16 113/17 116/4 148/11 151/12
**weekday [1]** 47/7
**weekend [7]** 24/2 48/8 48/13 48/14
106/6 106/8 106/10
**weekends [4]** 47/8 48/5 86/12 86/14
**weekly [1]** 87/18
**weeks [91]** 5/23 19/24 19/24 20/6 40/4
40/17 41/19 41/25 42/22 43/7 44/8 47/10
50/21 51/8 52/3 55/15 55/15 55/16 56/7
56/8 56/13 56/16 56/17 56/19 56/22
57/12 57/13 57/15 57/17 58/8 58/20 60/8
61/17 61/19 62/2 64/6 69/14 70/8 70/9
74/23 75/13 80/10 80/16 80/17 82/8
82/10 85/7 85/17 85/19 87/14 88/25 89/2

**W**

**weeks... [39]** 90/15 90/15 91/23 93/3 93/10 96/11 96/12 96/25 96/25 97/1 97/3 97/6 97/12 99/5 99/10 101/21 106/1 106/3 106/17 106/23 107/23 107/23 108/15 109/13 109/16 111/15 112/18 112/24 113/5 115/10 116/3 116/15 117/24 131/4 145/2 145/7 146/4 148/14 148/17

**welcome [11]** 34/3 34/3 78/2 82/13 84/18 109/2 133/21 134/6 134/8 140/18 147/24

**well [67]** 7/6 14/22 15/15 23/6 27/8 27/22 29/19 30/21 31/5 32/15 33/4 39/24 42/25 45/8 47/10 48/8 48/10 51/25 56/19 61/15 63/11 65/3 65/22 66/21 66/25 68/13 69/21 71/7 71/22 72/15 73/14 73/15 74/7 74/19 77/4 77/6 78/12 78/22 79/11 80/4 80/15 81/18 84/10 84/11 85/10 90/10 90/19 96/24 100/10 101/3 106/11 107/13 108/1 113/23 114/3 119/11 121/2 122/23 124/2 125/5 129/21 131/14 142/17 144/1 145/9 146/13 146/19

**well-known [2]** 27/8 33/4

**wells [5]** 3/11 3/13 153/5 153/5 153/7

**went [42]** 31/12 53/19 82/24 97/6 123/8 127/3

**were [46]** 10/6 10/7 12/4 13/8 18/1 25/19 27/4 33/14 33/15 51/6 51/16 52/2 61/17 77/10 89/14 94/11 94/19 96/10 97/3 108/10 114/21 120/20 120/21 124/12 124/13 127/12 127/13 129/3 129/10 129/14 129/25 130/2 130/13 131/15 138/25 140/20 140/21 141/9 144/14 147/8 147/9 148/1 149/6 150/14 150/14 151/24

**weren't [1]** 24/10

**West [5]** 1/3 1/14 2/20 36/15 76/3

**what [123]** 4/5 4/12 4/16 4/19 4/23 5/3 8/6 8/22 8/23 9/4 9/7 9/14 9/14 10/1 10/9 11/13 12/18 12/20 12/23 13/12 13/13 13/14 13/15 13/19 13/20 13/22 14/16 14/16 16/17 22/1 22/23 22/25 23/14 23/17 23/19 24/15 24/19 26/2 28/13 29/14 29/14 32/22 34/15 35/25 39/3 39/6 39/7 40/23 41/22 43/18 45/13 45/18 45/25 47/6 48/4 49/7 65/18 67/19 71/5 71/14 73/23 74/3 76/1 77/9 79/12 79/13 81/25 85/12 87/19 90/11 91/8 98/14 99/15 100/10 100/11 101/14 102/12 105/13 106/24 108/15 113/20 114/7 117/8 118/10 118/13 118/19 119/20 120/5 120/7 121/17 121/18 121/18 122/15 123/13 125/1 125/11 126/8 126/12 127/9 127/14 127/22 128/23 130/22 130/22 131/12 131/14 132/17 135/2 136/21 136/24 137/9 139/16 139/18 139/23 140/1 141/1 141/24 142/1 145/11 146/15 146/25 152/4

**what's [3]** 8/11 69/18 108/6

**whatever [5]** 5/12 34/22 69/13 129/14 152/16

**whatsoever [1]** 127/21

**when [62]** 9/11 19/9 20/11 21/9 23/3 26/16 29/12 32/3 32/18 35/9 35/20 39/11 39/12 39/15 39/20 45/16 49/16 49/18 51/13 54/2 57/15 63/3 63/20 73/10 73/16 73/17 75/1 75/25 76/24 77/13 77/20 81/14 82/24 86/16 87/18 89/7 89/10 91/13 93/11 95/9 96/4 96/7 96/24 97/2 97/5 100/19 101/3 112/8 113/19 114/25 116/24 120/3 124/7 124/14 126/20 126/21 127/16 132/5 132/17 139/19 144/14 152/14

**where [16]** 6/23 14/21 17/25 18/2 41/1 53/19 69/22 83/12 85/7 93/14 104/6 123/20 136/1 149/6 150/7 150/13

**whereby [1]** 40/20

**whether [32]** 7/20 11/17 13/12 20/12 20/18 20/22 28/10 28/14 44/16 79/13 108/19 119/25 120/9 121/9 121/19 121/20 121/20 122/24 123/11 128/1 128/3 130/10 130/15 138/19 140/9 140/14 141/15 142/25 143/2 143/4 150/14 150/21

**which [33]** 4/18 8/13 9/10 12/4 12/5 14/20 16/2 17/18 18/19 19/5 21/4 21/5 22/12 23/23 26/22 28/11 31/21 49/8 49/15 49/22 63/13 63/14 65/23 82/23 102/23 119/18 119/18 122/10 122/11 125/21 128/7 130/11 141/1

**while [12]** 11/6 22/15 28/6 45/16 54/5 95/5 105/1 128/21 130/10 131/15 152/1 152/9

**who [78]** 5/5 12/19 16/11 18/9 18/10 18/16 18/17 18/18 18/18 18/18 19/16 19/19 19/22 20/20 21/18 24/4 26/3 27/20 28/19 28/20 29/23 34/6 35/1 35/7 36/1 36/23 37/22 39/4 39/11 39/21 49/18 51/4 58/5 58/6 58/25 64/18 83/14 89/7 91/12 91/12 91/23 94/24 99/24 100/20 101/18 116/24 120/22 120/24 120/25 121/8 122/6 122/20 122/20 124/7 124/12 124/20 127/17 127/24 128/11 128/12 134/13 136/15 136/22 137/14 138/22 139/5 139/9 139/22 140/21 141/10 142/22 143/14 143/18 145/14 149/2 149/8 151/16 151/16

**who's [1]** 58/23

**whoever [2]** 120/12 120/12

**whole [10]** 76/7 76/21 79/17 83/25 89/2 95/24 129/18 129/24 129/25 137/9

**whom [4]** 53/14 81/9 133/12 133/18

**whose [2]** 30/5 134/14

**why [25]** 13/8 14/8 15/3 15/21 16/8 20/2 22/21 27/14 32/8 34/19 49/7 56/15 56/16 72/1 104/25 118/15 122/5 123/4 126/22 128/10 128/11 130/4 141/4 141/8 145/19

**WICHMANN [2]** 3/1 35/19

**Wieczorek [3]** 74/15 74/16 74/17

**wife [7]** 30/25 31/3 53/3 53/18 67/7 116/2 145/15

**will [140]** 4/25 4/25 5/12 5/18 5/25 6/2 6/3 6/12 6/18 7/20 7/21 7/22 8/14 11/21 12/14 12/17 12/19 12/20 12/22 12/24 13/21 14/11 15/16 16/10 16/16 19/5 19/7 20/17 21/3 21/4 21/7 21/8 21/9 21/14 21/23 22/5 23/13 23/24 25/2 25/24 29/14 29/17 30/21 31/15 33/10 34/25 35/7 35/20 36/2 38/1 38/23 39/5 39/6 40/4 42/6 42/17 42/19 42/22 44/16 46/25 56/11 57/17 60/12 61/19 63/8 71/23 72/6 73/17 74/2 74/25 79/16 80/9 84/2 89/21 92/9 92/17 92/22 93/20 94/24 98/3 98/6 99/5 99/13 99/22 100/5 101/2 101/2 102/17 106/1 107/2 107/2 108/25 113/22 114/22 117/24 117/24 118/1 119/6 120/14 121/19 121/19 121/21 121/21 121/22 121/21 122/1 122/2 127/13 127/14 127/25 128/2 130/6 138/13 138/15 138/16 140/5 140/13 140/14 141/5 141/18 143/5 143/6 143/11 143/17 144/1 144/3 145/1 146/23 147/17 147/19 147/20 148/18 148/25 151/16 152/8 152/12 152/14 152/16

**WILLIAM [3]** 2/2 3/1 36/19

**willing [5]** 4/9 4/21 10/13 14/3 139/24

**willingness [3]** 34/14 148/3 151/14

**wind [2]** 7/3 80/16

**wise [1]** 113/8

**wish [1]** 151/15

**withheld [1]** 79/9

**within [5]** 53/21 57/10 74/23 76/6 120/25

**without [10]** 15/3 79/25 80/19 82/8 87/13 102/25 112/7 113/5 149/3 151/8

**witness [3]** 62/24 64/3 99/25

**witnesses [4]** 23/25 24/16 127/11 140/6

**Wolff [3]** 39/21 39/23 149/9

**woman [7]** 131/11 131/17 134/13 134/16 139/22 140/4 141/10

**won't [7]** 73/21 80/9 86/4 86/8 97/1 146/6 146/7

**word [5]** 15/16 72/6 119/16 128/25 132/15

**words [6]** 125/21 126/6 132/25 133/1 133/11 133/17

**work [90]** 20/23 36/22 42/15 43/18 43/19 43/20 43/21 43/21 43/22 43/23 44/5 46/21 49/5 49/6 49/10 49/11 49/14 49/17 50/9 50/18 51/4 51/12 55/15 55/17 56/7 56/16 57/6 60/8 60/23 67/6 67/17 67/23 68/2 68/7 68/10 68/12 68/15 70/22 70/23 70/25 71/5 71/7 74/4 76/11 80/13 81/9 83/4 83/10 83/21 88/23 89/3 89/7 89/10 90/2 90/3 90/12 91/16 93/21 94/8 94/10 94/21 98/9 98/16 98/17 101/11 103/6 110/10 110/12 110/13 111/11 112/1 114/8 114/10 114/11 115/11 115/12 115/21 115/22 116/4 116/19 116/20 116/22 117/17 118/4 121/6 121/8 130/20 150/4 151/1 151/2

**workday [1]** 91/18

**worked [10]** 12/14 23/10 49/19 95/1 103/17 103/20 110/11 114/3 143/19 143/19

**worker [2]** 43/14 50/25

**working [13]** 69/13 71/15 75/18 86/6 86/9 87/1 88/25 91/13 94/25 95/5 100/19 116/25 144/3

**works [5]** 26/10 56/19 83/16 107/21 122/5

**worried [2]** 121/8 121/9

**worries [1]** 111/23

**worry [1]** 56/1

**worth [5]** 54/5 54/7 67/11 67/12 146/14

## W

**would [163]**

**wouldn't [7]**  55/22 73/11 84/10 84/12
87/1 91/24 144/23

**write [3]**  52/11 52/15 106/14

**written [1]**  52/17

**wrong [6]**  33/23 92/15 118/3 132/22
135/22 144/15

**wrongful [2]**  28/9 28/21

**wrs3 [1]**  2/4

**wwichmann [1]**  3/3

**wyatt [4]**  1/17 1/21 36/25 37/7

## Y

**yeah [36]**  7/15 7/19 17/1 24/6 26/24
31/18 32/12 40/25 41/5 41/13 44/21 45/2
46/22 53/1 53/24 57/24 64/2 71/18 72/2
75/8 84/8 96/6 97/17 107/20 108/4
108/18 110/19 115/10 115/18 125/5
131/16 137/12 140/18 140/22 145/24
146/18

**year [5]**  65/4 65/6 65/7 77/18 105/4

**years [19]**  30/20 31/12 31/14 36/16
49/20 53/18 53/22 78/22 79/1 79/8 79/21
110/17 110/18 124/21 125/17 126/19
126/24 128/8 139/22

**Yep [1]**  85/23

**yes [193]**

**yet [12]**  8/18 9/10 13/3 13/5 15/21 23/20
91/11 107/23 118/17 119/10 135/5
143/12

**York [6]**  1/24 37/4 38/14 47/11 76/20
114/13

**you [1074]**

**you'd [2]**  74/7 96/4

**you'll [1]**  7/6

**you're [16]**  22/2 42/18 43/13 43/14 78/2
82/13 84/18 99/9 109/2 111/11 118/18
133/21 134/8 140/18 148/8 150/7

**you've [9]**  14/10 34/23 50/12 54/10
72/22 103/17 118/21 118/22 138/14

**young [2]**  87/16 135/18

**youngest [1]**  91/6

**your [242]**

**yours [1]**  54/11

**yourself [4]**  41/14 66/21 83/15 94/6

**yourselves [2]**  24/14 29/20

## Z

**Zesut [4]**  62/8 62/9 62/10 149/13

**ZHADANOVSKIY [2]**  1/12 36/12

**zone [1]**  132/18