```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       CASE NO. 08-md-01916

IN RE: CHIQUITA BRANDS,           West Palm Beach, Florida
INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND            April 26, 2024
SHAREHOLDERS DERIVATIVE
                                  8:52 a.m. - 12:42 p.m.

                                  Volume 3
                                  Pages 1 - 91
------------------------------------------------------------

                      JURY TRIAL DAY 3
            BEFORE THE HONORABLE KENNETH A. MARRA
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF(S):  JOHN SCAROLA
                       VICTORIA MESA-ESTRADA
                       MARIANO GARCIA
                       Searcy Denney Scarola Barnhart & Shipley
                       2139 Palm Beach Lakes Boulevard
                       West Palm Beach, FL 33402-3626
                       _scarolateam@searcylaw.com
                       vmestrada@searcylaw.com

                       MARCO SIMONS
                       MARISSA VAHLSING
                       RICHARD L. HERZ
                       WYATT GJULLIN
                       MARYUM JORDAN
                       EarthRights International
                       1612 K. Street, NW
                       Suite 800
                       Washington, DC 20006
                       marco@earthrights.org
                       marissa@earthrights.org
                       rick@earthrights.org
                       wyatt@earthrights.org
                       maryum@earthrights.org

                       JONATHAN C. REITER
                       Jonathan C. Reiter Law Firm, PLLC
                       350 Fifth Avenue
                       Suite 6400
                       New York, NY 10118
                       jcreiter@jcreiterlaw.com
```

```
APPEARANCES: (Continued)

FOR THE PLAINTIFF(S):   WILLIAM ROBERT SCHERER, III
                        Conrad & Scherer, LLP
                        633 S. Federal Highway
                        4th Floor
                        Fort Lauderdale, FL 33301
                        wrs3@conradscherer.com

                        ERIC JAMES HAGER
                        Conrad & Scherer LLP
                        Edificio Officenter, Oficina 304
                        Avenida Pampite S/N y Chimborazo -
                        Cumbay
                        Quito 170901
                        ehager@conradscherer.com

                        TERRENCE P. COLLINGSWORTH
                        Conrad & Scherer, LLP
                        1156 15th Street, NW, Suite 502
                        Washington, DC 20009
                        tc@iradvocates.org

                        NICHOLAS J. JACQUES
                        Cohen Milstein
                        1100 Fifth Floor
                        Washington, DC 20005
                        njacques@cohenmilstein.com

                        LESLIE KROEGER
                        Cohen Milstein Sellers & Toll PLLC
                        11780 US Highway 1, Suite 500N
                        Palm Beach Gardens, FL 33408-3042
                        lkroeger@cohenmilstein.com

                        JAMES KELLOGG GREEN
                        James K. Green
                        222 Lakeview Avenue
                        Suite 1650 Esperante
                        West Palm Beach, FL 33401
                        jkg@jameskgreenlaw.com
```

```
FOR THE PLAINTIFF(S):   WILLIAM J. WICHMANN
                        12 SE 7th Street
                        Suite 609
                        Fort Lauderdale, FL 33301
                        Email: wwichmann@me.com


FOR THE DEFENDANT(S):   MICHAEL L. CIOFFI
                        FRANK A. DANTE
                        MELISSA FUNDORA-MURPHY
                        SERENA GOPAL
                        MICHAEL STOOLMAN
                        Blank Rome Comisky & McCauley LLP
                        1700 PNC Center
                        201 E. Fifth Street
                        Cincinnati, OH 45202
                        cioffi@blankrome.com
                        dante@blankrome.com
                        mfmurphy@blankrome.com
                        serena.gopal@blankrome.com
                        michael.stoolman@blankrome.com


REPORTED BY:            JILL M. WELLS, RMR, CRR, CSR
                        Official Court Reporter
                        400 N. Miami Avenue
                        Miami, FL 33128
                        jill_wells@flsd.uscourts.gov
```

```
1   (Case called to order of the court at 8:52 a.m.)

2          THE COURT:  Good morning.  Please be seated.  Sorry to

3   keep you waiting.

4          I think they are working with the jurors downstairs.

5   We were having some difficulty getting people in.  Last report

6   was there were 31, one of whom was insisting that he be allowed

7   to leave because he has back issues; another one who was here

8   yesterday and was called back.  The paralegal from --

9          MS. KROEGER:  Attorney from my office, Judge, yes.

10         THE COURT:  She was called back.  And just to, you

11  know, give you an idea of what we will be working with, some of

12  the prospective jurors were here Monday for Judge Middlebrooks'

13  case, and were not selected, but they were called back.

14         So as far as -- I am told that this is all we have got

15  from this panel.  There are no more prospective jurors

16  available to call in.  We called everyone in that's available.

17  There won't be any new -- there will not be a new panel of

18  prospective jurors until a week from Monday.  So we are working

19  with a limited group.  So we will do the best we can.

20         I am telling you now that I may have to reduce the

21  number of jurors that I had intended on seating for the case.

22  We want to have ten.  We may have to go with less and also with

23  less peremptories, depending upon what we wind up with after we

24  work through this -- these various groups and see how many

25  prospective jurors we have to work with.  Just giving you an
```

```
 1   update.
 2           MR. CIOFFI:  Judge, could we have a further discussion
 3   after we see what happens today about all of that?
 4           THE COURT:  Of course.  I am giving you the latest
 5   information that I have.
 6           MR. SCAROLA:  Do you have any good news, your Honor?
 7           THE COURT:  If I think of any, I will let you know.
 8           So is there anything we need to talk about before we
 9   head downstairs and I try and convince people who have already
10   been rejected from one jury?
11           MR. CIOFFI:  Yes, your Honor.  With respect to going
12   downstairs yesterday, Mr. Scarola began talking about the facts
13   of the case.  We think that's inappropriate.  The first thing
14   the jurors should hear about the case should come from you.  We
15   have no objection to you reading your preliminary statement to
16   them, if you think that's appropriate, but we don't think
17   argument from counsel is appropriate.
18           And, in fact, one of the jurors wrote about it in the
19   questionnaire.  This is juror 83.  I think it's a he.  He said,
20   "Based off what was told by the lawyers already, I have
21   predetermined by my own personal opinion due to my existing
22   lack of belief for large corporations, based on my belief, I
23   don't think I could be fair."
24           But -- so we object to any argument by the lawyers
25   unless the court wants us to have that.  And we think it should
```

```
 1   come from you.  That's a housekeeping matter.

 2           We have a couple other housekeeping matters and then

 3   two brief objections to the Marco Simons EarthRights deck, as

 4   we said we would look at last night.  So that's what we have

 5   this morning.

 6           Then maybe while they are filling out the

 7   questionnaire, we have some questions about the voir dire

 8   process, which dives into what you are were talking about

 9   earlier; challenges, your backstriking rule and things like

10   that.

11           THE COURT:  Okay.

12           MR. CIOFFI:  Thanks.

13           THE COURT:  Mr. Scarola.

14           MR. SCAROLA:  My recollection is that I introduced

15   myself, informed the jury that I was one of multiple lawyers

16   involved in representing ten separate cases.  I don't think my

17   comments went beyond that.

18           THE COURT:  No, they did.  They did.

19           MR. CIOFFI:  Like murder.

20           THE COURT:  I'm sorry.  They did go beyond that,

21   Mr. Scarola.  And, you know, I didn't interrupt you, and so --

22   but -- we have -- it's been recorded, so we can look at the

23   transcript.

24           MR. SCAROLA:  Yes, sir, we can.

25           THE COURT:  But you went beyond just saying you
```

```
 1   represented ten individual plaintiffs.  You did get into a

 2   description of the case.

 3         MR. SCAROLA:  In that case, your Honor, I apologize if

 4   I went beyond what the court anticipated would be said in the

 5   introduction, and I am happy not to go back down there for a

 6   third time.  I don't know that it's necessary that we introduce

 7   ourselves there and then reintroduce ourselves again here.

 8   So...

 9         THE COURT:  Okay.  Well, I was giving you the

10   opportunity to introduce the rest of your team.

11         MR. SCAROLA:  Yes, I understand that.  So we are happy

12   just to leave introductions for the courtroom.

13         THE COURT:  Okay.  Thank you.  Do you want to go head

14   back down with me or do you want to just leave it for --

15         MR. CIOFFI:  No, I think that would be inappropriate.

16   We either both should do it or no one.

17         THE COURT:  I am not saying just you.  I am saying do

18   you want to both go down with me again or do you want to just

19   let me go down and do it myself?

20         MR. CIOFFI:  Yes, I have no preference, Judge.

21         THE COURT:  Okay.

22         MR. SCAROLA:  In that case, my preference is, you go

23   by yourself, sir.

24         THE COURT:  Okay.

25         MR. SCAROLA:  Thank you.
```

1          THE COURT:  Thank you.  So I do know that

2     Judge Middlebrooks, when he was picking his jury on Monday,

3     pointed out to them that, you are lucky you are here for this

4     case because you could be called in for the case on Wednesday.

5          MR. SCAROLA:  So you can start your comments by

6     telling them, "Your luck has run out."

7          (Recess taken 9:00 am. through 9:13 a.m.)

8          (The following takes place in the jury assembly room;

9     counsel are not present.)

10         THE DEPUTY CLERK:  Before we get started this morning,

11    we are going to have Judge Marra come in and say a few words.

12         THE COURT:  Good morning, everyone.  Good morning,

13    ladies and gentlemen.  Welcome.  My name is Kenneth Marra.  I

14    am the judge who will be presiding over the case for which you

15    have been called here this morning.

16         Before we got started, I wanted to just give you a

17    little information about how we are going do proceed and tell

18    you how important it is for you and members of the community to

19    be involved in this process, the judicial system.

20         The case for which you are here is a significant

21    matter between individuals and a company by the name of

22    Chiquita International Brands, Incorporated.  And we are going

23    to ask some of you to resolve the dispute that exists between

24    these parties, and it's going to require a significant amount

25    of time from members of the community, like yourself, to sit

1    and listen to the evidence and be instructed on the law, and

2    then to make a very significant and important decision as to

3    whether the plaintiffs, the individuals that are bringing these

4    claims against Chiquita, can prove the allegations they have

5    made against that company.

6         In order for us to determine who among you should sit

7    as jurors, we have to learn a little bit about each of you.  We

8    are going to submit to you a questionnaire that we are going to

9    ask you to fill out in order to assist us in deciding whether

10   you could be fair and impartial jurors.  So we are going to

11   hand that out and ask you to fill it out.

12        We are going to copy the questionnaires.  It's going

13   to take some time for us to do that, after which we are going

14   to review those questionnaires, and then call you up to the

15   courtroom and inquire further of you.

16        Again, the importance of having members of the

17   community decide these important matters cannot be overstated.

18   We are going to ask some of you to make a very significant

19   sacrifice of your time to be with us.  It's going to take

20   approximately six weeks for this case to be tried, and we are

21   going to ask some of you to make that very significant

22   sacrifice of your time in order to, again, help us resolve this

23   case.

24        If being with us for that long a period of time is

25   going to be a hardship for any of you, I need you to state that

1  in the questionnaire, give us the reason why it would be a

2  hardship for you to be with us.

3         I emphasize "hardship" rather than "inconvenience"

4  because inconvenience is not a justification in and of itself

5  to be excused.  But if you have a hardship, for example, if you

6  are not going to get compensated for six weeks by your employer

7  and that is going to present a financial hardship to you, let

8  us know that, as an example.

9         You have to be truthful.  You have to sign these

10  questionnaires under oath.  So, again, you have to be truthful

11  and honest in responding the question.  All right?  So, again,

12  I want to thank all of you for being with us.  If you do have a

13  hardship, if you believe you have a hardship, on the

14  questionnaire put a big H on the top of the questionnaire so we

15  can flag that and determine whether we believe you have a

16  significant enough hardship to excuse you.  All right?

17         So I want to thank you for being here.  I want to

18  thank you for your service.  And I urge you, if you are able to

19  be with us, to please recognize the importance of jury service

20  and the importance of having members of the community make

21  these decisions.

22         Again, if you don't have a hardship, we really urge

23  you and ask you to be willing to make the sacrifice to help us

24  resolve this case.  So thank you for your attention, thank you

25  for being here, and we will see you probably later this morning

```
 1    or early this afternoon.

 2              It's going to be a few hours before we get back to

 3    you.  So if you are not sure if you are going to be compensated

 4    by your employer for being on the jury for that long, could you

 5    please contact your employer and find out, one way or the

 6    other, whether you will be compensated for being on the jury

 7    for that long a period of time.  Many employers will compensate

 8    you for jury service regardless of how long it is; some will

 9    not.  So please make that in inquiry before we bring you

10    upstairs.

11              Also, do not conduct any research about this case on

12    your phone, on your iPads, or any electric devices that you

13    might have.  You cannot make any inquiries about the case.  So

14    don't do any independent research.

15              Thank you very much, and we will see you later this

16    morning or early this afternoon.

17              (Transcript continues on next page.)

18

19

20

21

22

23

24

25
```

```
 1                  (In open court.)

 2             THE COURT:  I made my pitch to the much smaller group

 3   than we had the last few days.  We will see what happens.

 4             What other things did we have to discuss?

 5             MR. CIOFFI:  Judge, we have the objections to the

 6   EarthRights' deck, just two brief objections, which

 7   Mr. Stoolman will argue.

 8             THE COURT:  Can I get a copy of the demonstratives?

 9             Good morning.

10             MR. STOOLMAN:  Good morning, your Honor.  This is

11   Michael Stoolman on behalf of Chiquita.

12             As noted on the record yesterday, we just wanted to

13   reiterate our general objection that we received this

14   disclosure after the time in which we stipulated to, but we

15   just wanted to raise two substantive objections to the slides.

16   The first is on slide 8.  This one is numbered in the bottom

17   right-hand corner.

18             THE COURT:  Yes.

19             MR. STOOLMAN:  We object to the second bullet:

20             "AUC confessed to the murders."

21             And then second sub-bullet:

22             "Camacho commander Raul Hasbun."

23             This is referring to *Acta* 138, which is subject to

24   many of our objections because the plaintiffs intend to

25   introduce this document through their expert in a 1006 summary,
```

1    and we've argued and raised objections to that, which the court

2    has not yet ruled on.

3          So we think it's inappropriate for the plaintiffs to

4    raise that in opening.

5          The second is on slide 10, and it's the third bullet

6    down.  It says:

7          "Fabian, brother-in-law, saw men beat up Evaristo,

8    stab him by the heart, and curse at him for being a union

9    member."

10         We object to the last clause that says "curse at him

11   for being a union member" as inadmissible hearsay, which we did

12   object to in the deposition designation of this witness, and

13   the court has not ruled on that objection yet.  So we think it

14   would not be appropriate for it to be introduced in opening

15   before such a determination is made.

16         THE COURT:  All right.

17         MR. STOOLMAN:  Those are our two objections.

18         THE COURT:  Thank you.

19         MR. STOOLMAN:  Thanks.

20         MR. SIMONS:  I will briefly address the Hasbun issue,

21   and then Ms. Jordan will address the alleged hearsay.

22         With respect to the Hasbun indictment, obviously this

23   falls under the category of, you know, sort of, at our own

24   risk, referring to evidence that could be excluded.

25         But just so the court knows, number one, the Eleventh

1    Circuit in *Carrizosa* ruled that the Hasbun indictment was

2    admissible on two grounds.  And, further, regardless of the

3    Rule 1006 summary prepared by Professor Kaplan, we are also

4    prepared to introduce the indictment itself.  It has been

5    authenticated by apostille, and we have a complete translation

6    that I believe was exchanged by the deadline.

7              So I don't see the problem with referring to it in the

8    opening.

9              THE COURT:  All right.  Thank you.

10             MS. JORDAN:  Good morning, your Honor.

11             THE COURT:  Good morning.

12             MS. JORDAN:  Maryum Jordan for the plaintiffs.

13             So in terms of defendant's improper hearsay objection,

14   I wanted to clarify that this union statement, it's not used

15   for the truth of the matter asserted.  It is merely awareness

16   of the assailant's state of mind as they were conducting the

17   act.

18             And even if there was a hearsay application, this is

19   clearly an excited utterance.  They were yelling as they were

20   committing -- they were yelling the union statement as they

21   were stabbing him, so we just don't think that this is a proper

22   objection.

23             THE COURT:  Okay.  Thank you.

24             MR. STOOLMAN:  Your Honor, just to address the first

25   issue on slide 8, first, it's our position that *Acta* 138 is not

1    an indictment.  And this is all in our arguments on the record

2    and in the briefing.

3         And their alternative argument that there is another

4    document in apostille that independently provides

5    authentication, whatever apostille document they are referring

6    to was not produced to us in the complete form, it's missing

7    pages.

8         Again, this all just goes to the fact that there are

9    substantive arguments about authentication and relevance and

10   hearsay as to this document and the manner in which they would

11   offer it at trial.

12        So it's just not appropriate for it to be in opening

13   statements.  They can make whatever arguments they make in

14   closing once it's -- if it is admitted, but we don't think it's

15   appropriate in an opening statement.

16        As to slide 10, the hearsay objections -- or the

17   hearsay arguments in response to our objection, state of mind

18   is not an exception in this case because the plaintiffs do want

19   to offer the statement for the truth of the matter asserted.

20   Their whole theory would be that this person was targeted for

21   being a union member.  So the evidence is offered for the truth

22   of the matter.

23        So the excited utterance exception also does not apply

24   because there is no independent evidence that the statement was

25   made at the time of the attack, and there is independent

```
1   evidence from other witnesses that undermined that.  So, again,

2   if they can elicit testimony during their case that supports

3   the reliability of this statement, then they may be able to

4   offer it at closing, but not in an opening statement.

5           THE COURT:  Thank you.

6           MR. STOOLMAN:  Thank you.

7           MS. JORDAN:  I wanted to briefly address that last

8   point.

9           So we are not going to be using the statement to prove

10  that Evaristo was a union member.  We have other evidence that

11  will be presented at the time to establish that.  And the

12  statement goes to the perception of the assailants, not the

13  fact that he actually -- we are not using that to prove that he

14  was a union member.

15          THE COURT:  Okay.  Thank you.

16          MR. DANTE:  We would just add a 403 argument on the

17  union statement as well, prejudice to the extent that they're

18  just trying to introduce it.

19          Even though they are saying it's not for the truth of

20  the matter asserted, it's clearly part of the theory of the

21  case that they are trying to say that the AUC targeted folks as

22  being union members.  To put this in an opening slide is

23  prejudicial, especially when it's inadmissible.

24          THE COURT:  All right.  Thank you.

25          MR. SIMONS:  Your Honor, do you want to hear anything
```

1   more on the Hasbun indictment?

2           THE COURT:  I didn't hear any response to your --

3   well, no, I don't think I need to hear any more on that.

4           MR. SIMONS:  Thank you.

5           THE COURT:  All right.  I am going to overrule the

6   objections.  And this is opening statement, and to the extent

7   the plaintiffs are unable to support their representation as to

8   what they are going to prove, that's -- that will be on them if

9   they are unable to.

10          And, again, these are going to be presented, as I

11  understand it, in the context of a three-hour presentation.

12  The jury is not going to really latch on to all these fine

13  points that you are concerned about, and after six weeks of

14  testimony and evidence, they are not going to remember a thing

15  that was said in opening statement.  So I don't think there's

16  going to be any unduly -- it will be unduly prejudicial.  So I

17  will overrule the objection.

18          What else, if anything?

19          MR. CIOFFI:  Judge, may I stay at the table?

20          THE COURT:  Sure.

21          MR. CIOFFI:  Perhaps we could talk about some of the

22  housekeeping issues and logistics that your Honor raised this

23  morning, but staying with the opening statement, the court

24  hasn't formally ruled, but you have alluded to it several times

25  of three hours each side.  Is that your determination?

```
 1            THE COURT:  Well, you just said you wanted as much
 2    time as they get.  You didn't really say you objected to
 3    their -- the amount of time they asked for.  And I generally --
 4    I don't generally have cases that require three hours of
 5    opening statement.  So I generally don't put limits on lawyers
 6    in their opening statement.  If they want to put the jury to
 7    sleep, that's their choice.
 8            So if they want -- so I am not inclined to say, no,
 9    you've got to do it in two hours.  I put limits on closing
10    arguments, but I don't generally put limits on opening
11    statements.
12            And I know you have objected to the request that the
13    plaintiffs have other lawyers make openings relative to their
14    clients.
15            I think it's appropriate to let the lawyer for a
16    particular plaintiff be able to speak to the jury in opening
17    and lay out what they think they are going to be able to prove.
18    So long as it's not repetitive.  I don't want every lawyer
19    getting up and saying going over, we are going to show that,
20    you know, Chiquita did this and that and, you know, paid the
21    money and knew about their -- what they were dealing with, and
22    we are going to -- they just need to talk about their clients
23    and how -- what damages they are going to -- evidence of damage
24    they are going to present, and not get into the -- repeat six
25    times, or however many it is, all of the liability evidence.
```

1          But over defendant's objection, I will allow each

2     lawyer representing a group of plaintiffs to make brief

3     argument regarding their damage claim.

4          MR. SCAROLA:  Your Honor, just for purposes of

5     clarification, it is our intent not to address evidence of the

6     AUC's responsibility for individual decedents' murders, that

7     that would be left to the attorneys representing the survivors

8     of that decedent.

9          The general liability issues will all be covered in

10    the opening portion.  But with respect to the circumstances of

11    separate individual deaths and the indications that this was an

12    AUC murder, it is our intention, with the court's permission,

13    to allow the individual lawyers to address those individuals.

14         THE COURT:  As long as it's not repeated.

15         MR. SCAROLA:  It will not be, sir.

16         THE COURT:  Okay.  And as long as they are not

17    repeating the same information over and over again.

18         MR. SCAROLA:  They will not be, your Honor.  It will

19    be case-specific.

20         THE COURT:  Again, if there's specific evidence

21    related to a specific death that's different from the other

22    deaths, then, yes.

23         But if -- again, if their deaths are all interrelated

24    to somehow, multiple deaths based upon one incident, we only

25    need to talk about it once.

```
 1              MR. SCAROLA:  Separate murders, separate dates,
 2    different locations.
 3              THE COURT:  Okay.
 4              MR. SCAROLA:  Your Honor, there's one additional
 5    matter that I would like to call to the court's attention.
 6              Bellwether plaintiff Fabio Alberto Villa Quintero has
 7    a visa.  We intended to bring him to testify live.  He has
 8    developed a serious physical condition.  He has a heart problem
 9    which precludes him from traveling.
10              He has been deposed, and it is our intention to use
11    his deposition as a consequence of his physical unavailability.
12    We need counterdesignations to the designations that we have
13    made of his deposition so that they can be presented to your
14    Honor to rule on.
15              I am alerting the court, and we have already discussed
16    this with opposing counsel.  We need those counterdesignations.
17              THE COURT:  I know that there was a filing by you
18    relative to this --
19              MR. SCAROLA:  Yes, sir, there was.
20              THE COURT:  -- in the last couple of days, so...
21              Well, can we -- Mr. Cioffi had some things he wanted
22    to talk about.  I thought he was -- were you finished with your
23    issues, Mr. Cioffi?
24              MR. CIOFFI:  No, I wasn't finished, but if I could
25    address this.  I think it's most appropriately addressed in a
```

1    motion for leave to present the deposition testimony as opposed

2    to live testimony.

3          The live testimony is very, very important, and we

4    would like -- we could do it on a short schedule.  I don't know

5    when they intend to call him, but we would like to be heard and

6    create a record about it.

7          THE COURT:  Okay.  When did you intend to present that

8    deposition testimony?  Is there any --

9          MR. SCAROLA:  It's not likely to be the first week,

10   whenever the first week is.

11         THE COURT:  Okay.  So I think their notice essentially

12   is their motion.  Did you have -- did you want to submit

13   anything in addition to what you have already provided to

14   support your request?

15         MR. SCAROLA:  If there is any question about the

16   veracity of the representations that we have made, we are

17   prepared to present additional materials with regard to his

18   physical inability to travel.  I would hope that that's not

19   necessary, but we can do that if we need to.

20         THE COURT:  Okay.  Do you want a declaration or a

21   doctor's note, or what is it that you would want them to

22   present to support their contention that the witness is

23   unavailable?

24         MR. CIOFFI:  A couple of things, Judge.  First of all,

25   some sort of verification medically from the health care

```
1    provider about the condition.  This came up in a couple of
2    other depositions, and it appeared that they were just taking
3    ordinary medication and things like that for their condition.
4    So that's number one.
5          Number two, this situation is different.  It's not a
6    deposition.  It's really trial testimony.  And we only took a
7    deposition, not a trial deposition.  So we would like the
8    opportunity to take a trial deposition of this particular
9    witness.
10         THE COURT:  You mean you want to take another
11   deposition of him in Colombia?
12         MR. CIOFFI:  The trial testimony.
13         THE COURT:  But do you want to do it in Colombia?
14   He's obviously not going to be able to come here.
15         MR. CIOFFI:  Yes, sir.
16         THE COURT:  Do you want to do it in Colombia?
17         MR. CIOFFI:  Yes, sir.
18         THE COURT:  All right.  And you want to do that during
19   the trial?
20         MR. CIOFFI:  We will get to that.  Maybe the weekend
21   or something, but...  We're just trying to protect our client's
22   rights.
23         THE COURT:  I understand.  I am not criticizing you.
24   I am just trying to understand what you are asking for.
25         MR. CIOFFI:  Yes, sir.  So, number one, we want the
```

```
 1    condition verified.

 2              Number two, some determination that it's serious

 3    enough that he can't -- cannot travel.

 4              As I said, my recollection is this came up in one or

 5    two other depositions, and it didn't prove to be something that

 6    prevented travel.  In other words, the witness was traveling,

 7    could travel with the medication and so forth.

 8              THE COURT:  So I guess can you present some

 9    declaration from a medical provider or some documentation from

10    the medical provider as to the person's condition, and he is

11    unable to travel to the United States?

12              MR. SCAROLA:  We will do that, your Honor.  Mr. Villa

13    underwent heart surgery on April 3, 2024.  So we will provide

14    medical support by way of a declaration.

15              Perhaps Mr. Cioffi would like to inform us as to the

16    form of oath that he would like the doctor to swear to.

17              THE COURT:  I think a sworn statement consistent with

18    Colombian law regarding notarization or however it works in

19    Colombia will be sufficient.

20              MR. SCAROLA:  Thank you, sir.  Happy to do that.

21              Could we still have the counterdesignations in the

22    event that we jump through all these hoops successfully?

23              THE COURT:  Is there a reason why you can't -- in the

24    event that I allow the deposition to be used, you can't give

25    them counterdesignations?
```

```
 1              MR. CIOFFI:  We will, your Honor.

 2              MR. SCAROLA:  Thank you.

 3              THE COURT:  You kind of threw that one in before --

 4              MR. SCAROLA:  I did, yes.  I thought that we had dealt

 5    with the defense issues.  I'm sorry.  I didn't mean to

 6    interrupt.

 7              THE COURT:  Mr. Cioffi wanted to talk about jury

 8    selection issues.

 9              MR. CIOFFI:  I did, Judge.  Just before we close the

10    loop on opening, my position, I said early, was one lawyer each

11    side, 90 minutes.  But I understand the court's ruling.

12              THE COURT:  Oh, I don't remember you saying 90

13    minutes.  If you did, I apologize.

14              Do you really need three hours?

15              MR. SCAROLA:  Your Honor, we have ten separate cases.

16    Yes.  We will do our best to keep it under three hours, but I

17    think we are going to need three hours.

18              We've obviously done substantial work in preparing

19    these presentations already, and have a good idea as to how

20    long they are going to take because of the exchange of

21    demonstrative exhibits, and I think that three hours is a

22    reasonable estimate.  It will not be longer than that.

23              THE COURT:  Okay.  All right.  I will give you three

24    hours.  I just -- be aware of my editorial comment about

25    putting jurors to sleep.
```

```
 1              MR. SCAROLA:  We are hoping they decide to nap in the

 2    afternoon, not in the morning.

 3              MR. CIOFFI:  Judge, also, we are concerned about the

 4    redundancy issue.  It's hard to imagine three hours without

 5    redundancy happening and prejudicing the jury.

 6              As a personal rule, it's abhorrent to me to object to

 7    an opponent's opening statement, and I could count on maybe one

 8    finger the number of times I have ever done it.

 9              But -- and I don't want to be disruptive to opposing

10    counsel or the court.  If I stand, and not say anything, could

11    you ask us to approach at sidebar?

12              THE COURT:  If I feel the -- if I see you stand, I

13    will understand why you are standing, and then I will decide

14    whether I believe an objection is appropriate to sustain or I

15    will decide whether I believe a sidebar is appropriate.

16              MR. CIOFFI:  Understood, Judge.  Shall we move on to

17    the jury issues?

18              THE COURT:  If you are finished with other issues,

19    yes.

20              MR. CIOFFI:  For now.

21              MR. SCAROLA:  A whole new interpretation of "standing

22    objection."

23              MR. CIOFFI:  Before we get in to the jury, because I

24    think that could be a long discussion, Ms. Murphy has a couple

25    of housekeeping issues as well.
```

```
 1                  THE COURT:  All right.

 2                  MS. FUNDORA-MURPHY:  Hopefully the parties can agree

 3       on this.  It's just two small points.

 4                  For depositions that are going to be presented by

 5       video, could we get an agreement that the parties will exchange

 6       the specific deposition designations that will be used 24 hours

 7       before use?

 8                  MR. SCAROLA:  I don't think that will be a problem,

 9       your Honor.  I think that with the exchanges that have been

10       made back and forth, the editing can be done 24 hours in

11       advance.  So we will agree that we will make every effort to

12       exchange them 24 hours in advance.

13                  THE COURT:  Okay.

14                  MS. FUNDORA-MURPHY:  Thank you, yes.  It's just the

15       technology, because then we have to figure out the video

16       snippets that we need to counterdesignate, and it's going to

17       take a little time to finalize exactly what could be played to

18       the jury.  So thank you for that agreement.

19                  The other thing which is similar is that for exhibits,

20       we agreed to exchange -- or to provide them noon -- the

21       exhibits that are going to be used for a witness that is going

22       to be called, we agreed to provide those exhibits, both sides,

23       noon the day before that witness is going to appear.  We just

24       want to clarify that that's noon, the business day before.

25                  MR. SCAROLA:  May I have just a moment, your Honor?
```

```
 1            THE COURT:  Yes.

 2            MR. SCAROLA:  Your Honor, we don't have a problem with

 3    committing to providing exhibits to be used with witnesses to

 4    be called the following day, noon, prior to their testifying.

 5            THE COURT:  Business day.  For example, I guess they

 6    don't want you to give them the exhibits on Sunday afternoon at

 7    12:00 o'clock for somebody who is going to be called on Monday.

 8    Can you do it -- how about over the weekend, Friday -- by

 9    5:00 p.m. on Friday, the day before Monday?

10            MR. SCAROLA:  I don't think that that's unreasonable,

11    your Honor.  And considering it's reciprocal, it imposes an

12    equal burden on both sides.  So we will do that.

13            THE COURT:  Okay.

14            MS. FUNDORA-MURPHY:  Okay.  So just to clarify, I'm

15    sorry, it will be noon the business day before?  Or Fridays, it

16    will be 5:00 p.m.?  I just want to make sure we are all clear.

17            MR. SCAROLA:  I am missing the clarification that's

18    been requested.  I'm sorry.  I don't -- I didn't hear what was

19    just asked.

20            THE COURT:  I am having trouble hearing you,

21    Ms. Murphy.

22            MS. FUNDORA-MURPHY:  I am sorry -- is this microphone

23    on?

24            THE COURT:  It is, but you weren't close enough to it.

25            MS. FUNDORA-MURPHY:  Okay.  I apologize.  I just want
```

1   to clarify so that it's clear, for witnesses that are going to

2   appear on Mondays, is the agreement that the exchange will

3   happen by noon on Friday or by 5:00 p.m. on Friday?

4           MR. SCAROLA:  5:00 p.m. on Friday for Monday

5   witnesses.  Weekday witnesses, other than Monday witnesses, the

6   disclosure will be made noon on the day before.

7           MS. FUNDORA-MURPHY:  Okay.  That's fine.  Thank you.

8           THE COURT:  All right.  What else?

9           MR. CIOFFI:  Judge, a number of questions about the

10  voir dire process.  As we discussed --

11          MR. SCAROLA:  I'm sorry, before we move on, I assume

12  these deadlines do not apply to impeachment exhibits for

13  cross-examination.

14          THE COURT:  I think they're exhibits that are going to

15  be offered in the direct testimony.

16          MR. SCAROLA:  Yes, okay.  Just wanted to make sure

17  that there was an understanding of that.  Thank you.

18          THE COURT:  That's what you were referring to, right?

19          MS. FUNDORA-MURPHY:  Yes, your Honor.

20          THE COURT:  Okay.

21          MR. CIOFFI:  Judge, on the voir dire process, just

22  generally, your process in how you see it unfolding and would

23  like it to unfold.  We will put aside the questions of do we

24  have enough jurors and things like that until this afternoon,

25  if that's agreeable.

1           THE COURT:  Well, I can tell you that my normal

2     process -- we are way beyond my normal process.  So normally, I

3     do the additional questioning myself of all of the jurors, but

4     I do generally allow the lawyers to follow up.

5           Since we have most of the information that I would

6     normally inquire about myself in the questionnaires, I will

7     probably limit my questioning to just those areas that I see as

8     potential prejudicial issues.  Like, for example, if a

9     prospective juror wrote in the questionnaire, "I hate big

10    corporations, and I think they are" -- as we have seen, I will

11    inquire about their positions about that, and see whether this

12    is a position that they are wedded to or a position that they

13    may be able to set aside and still be fair in the case.

14          So that would be probably what I am going to focus on,

15    those kind of areas with the jurors, since the biographical

16    information you have already -- you already obtained, and then

17    open it up, you know, for each side to follow up.

18          But I can tell you that I intend to try and probe on

19    the areas where they may have some issues that might result in

20    a cause challenge.  So I am going to try and cover those areas,

21    at least initially.

22          MR. CIOFFI:  As we discussed a little bit yesterday,

23    we are deeply concerned about some jurors who seem vehemently

24    opposed to big corporations, and that bias is pretty clear.  So

25    we are concerned about even attempting to talk them out of it

1    because they may say one thing and believe a different one.

2    But...

3            THE COURT:  Well, anyway...

4            MR. CIOFFI:  I hear you.

5            THE COURT:  I will have to see how that develops.

6            I mean, if you want to go through the questionnaires

7    and see if you could come to an agreement on whether certain

8    people should be excused for cause before we even question

9    them, just based upon the questionnaires, I certainly will --

10   you know, that might save some time if you can come to an

11   agreement.

12           My guess is that you won't, that the plaintiffs will

13   believe that they can rehabilitate people who have said that I

14   hate big corporations and I think they are out to -- for profit

15   only and they hate their employees, and they are going to say,

16   well --

17           MR. SCAROLA:  But I love bananas.

18           THE COURT:  Right.  So, anyway, if you can come to an

19   agreement based upon some of the responses, and we can avoid

20   even having to speak to those people, that would be fine.

21   But --

22           MR. CIOFFI:  We would urge the court to look at the

23   questionnaires and maybe make a preliminary determination about

24   those jurors before that.  I don't think an agreement would be

25   very likely.

```
 1                    THE COURT:  That's what I think I just said.

 2                    MR. CIOFFI:  I hear you.  But --

 3                    THE COURT:  All right.

 4                    MR. CIOFFI:  And then the pure mechanics.  Will the

 5       jurors have the same numbers that have been assigned to them

 6       from day one?

 7                    THE COURT:  Yes, they will have the same numbers.

 8                    MR. CIOFFI:  And the voir dire will take place with

 9       the 12 in the box?

10                    THE COURT:  No, I don't put any in the box.  I keep

11       everybody out there.  I don't --

12                    MR. CIOFFI:  So the entire venire will be examined at

13       the same time?

14                    THE COURT:  Yes.

15                    MR. CIOFFI:  Okay.  And then when will we argue

16       challenges for cause?  After --

17                    THE COURT:  After --

18                    MR. CIOFFI:  -- all of them?

19                    THE COURT:  After everyone has had their opportunity

20       to speak to all of the jurors, then we will go through the

21       challenges.  I don't do them in the middle of the examination.

22                    MR. CIOFFI:  How do you envision the strike process

23       working?  Do we -- plaintiffs go first, and then we will go

24       second, and then we will work through --

25                    THE COURT:  Alternate.  We alternate.  Plaintiffs --
```

1    on the first juror, plaintiffs will go first.  On the second

2    juror, you will go first.  And we will alternate back and forth

3    who goes first.

4            Once both sides accept a juror, the juror is seated.

5    You can't -- if you have any peremptories remaining at the end,

6    you can't go back and -- after a juror is seated and say, oh, I

7    have one more peremptory, I want to strike juror number 3 now.

8            MR. CIOFFI:  Follow-up question on that.

9            Will you conduct the for-cause strikes first?

10           THE COURT:  Yes.

11           MR. CIOFFI:  Then we will do the --

12           THE COURT:  Yes, the for-cause strikes are done before

13   peremptories so we know who we are dealing with.

14           MR. CIOFFI:  The point I was just getting at, that if,

15   in fact, you deny our request to -- or either side's request to

16   strike for cause, we will just continue on to --

17           THE COURT:  If I deny a strike for cause, then that

18   person is in the venire for purposes of later using a

19   peremptory.

20           MR. CIOFFI:  That's what I wanted to get to with

21   respect to the backstriking.  That's not a waiver of using a

22   peremptory against that.

23           THE COURT:  Of course not.  I mean, you know, if I

24   deny a cause strike, that's why you have peremptories.

25           MR. CIOFFI:  I understand.  I am just asking you, we

1    are not going to move into the peremptory with --

2              THE COURT:  No.  We are going to do all the cause

3    strikes first.  And then after all of the cause strikes are

4    taken care of, whether I grant them or deny them, then whoever

5    is left, then we go through the selection process, and that's

6    when you use your peremptories.

7              MR. CIOFFI:  Could you talk a little bit more of your

8    application of the no backstriking rule?

9              THE COURT:  If -- we have gone through cause strikes,

10   then we have hopefully 20 jurors left.  All right?  So there's

11   going to be juror number 1.  Juror number 1.  Plaintiff, do you

12   want juror number 1?  Do you want to use a peremptory on juror

13   number 1?  They say, we accept juror number 1.

14             Then I go to you.  Do you want to strike juror

15   number 1 or do you accept juror number 1?  Do you accept juror

16   number 1?

17             So both sides accept juror number 1.  Go to the next

18   juror.  You go first.

19             Then we go to the next juror.  They go first.  You go

20   second.

21             And then at the end, when we get ten jurors,

22   hopefully, you have one peremptory left.  You can't go back and

23   use it on a juror that you have already said you accept.  So

24   that's what I mean by backstriking.  Once the juror is accepted

25   by both sides, that juror is seated, and you cannot go back

```
 1    afterwards and use a peremptory to remove that juror.

 2               MR. CIOFFI:  Thank you, Judge.

 3               THE COURT:  Does that make it clearer?

 4               MR. CIOFFI:  Yes.  That makes sense.  That's related

 5    to my earlier question about whether we are dealing with only

 6    the 10 or the 12 in the box.  I got it, thank you.

 7               THE COURT:  Okay.  Any other questions?

 8               MR. CIOFFI:  In terms of the length of time for voir

 9    dire each side, do you have a limit?

10               THE COURT:  I guess we will see how much time we have

11    got after -- there's probably going to be enough time for you

12    to have an hour each.  I mean, I am just guessing because,

13    again, a lot of the information is already in the

14    questionnaire, so I don't have to get the biographical

15    information from them.

16               I am going to be just focusing on what I think are

17    areas that might be concern for potential cause strikes.  And I

18    think we can probably have an hour each, which is much more

19    than I would normally give.

20               MR. CIOFFI:  It's an unusual case, Judge.

21               THE COURT:  Yes, that's why I am being a little more

22    generous.

23               MR. CIOFFI:  Thank you.

24               MR. SCAROLA:  That's an hour for each plaintiff's

25    team, right?
```

```
 1              THE COURT:  No.

 2              MR. SCAROLA:  Just trying to keep it light.

 3              THE COURT:  Anything else?

 4              MR. SCAROLA:  No, sir, not -- well, let me not say

 5    that yet.

 6              Nothing else.

 7              THE COURT:  Okay.  So why don't we be in recess until

 8    we get the juror questionnaires back.  I don't know that we

 9    need to get back together, but my inclination is to, once we

10    get everything, to send the jurors off for their lunch early,

11    like we have been doing, and tell them to come back at a

12    particular time.  We will let you know when to be back here.

13              MR. SCAROLA:  If the plan is to follow the same

14    procedure of releasing jurors who have indicated they have a

15    hardship without examining them, I don't know that we need to

16    keep them until after lunch.  But...

17              THE COURT:  I'm sorry.  You don't know?

18              MR. SCAROLA:  I don't know that it would be necessary

19    to keep jurors until after lunch if the plan is, particularly

20    with this smaller group, to release those who indicate they

21    have a hardship without examining them further.

22              THE COURT:  Well, I am hesitant to do that until I see

23    what their hardships are before -- because I don't want to

24    automatically say anybody who put a hardship down is out.  I at

25    least like to look at their hardships before I say that.
```

```
 1              MR. SCAROLA:  Understood.  Thank you, sir.

 2              MR. CIOFFI:  I think maybe that's a half an agreement,

 3    your Honor.  If we follow the same process as yesterday, the

 4    court has time to look at the hardships on the questionnaire,

 5    and then bring the jurors up, maybe probe a little bit more on

 6    those who look a little bit suspicious or are wavering on

 7    probes.

 8              In other words, following the same procedure as

 9    yesterday, which went very quickly in the courtroom, it seems

10    to me, that the jurors may be happier if we bring them up after

11    we have had a chance to look at the hardships on the

12    questionnaire and go through that process, which took I think

13    less than an hour, and then just let them go for the day; as

14    opposed to having them come back from lunch and then release

15    them quickly.

16              I am going to completely defer to the court in terms

17    of just juror satisfaction.  That's all I am looking for.

18              THE COURT:  Well, so you are suggesting we should do

19    what we did yesterday?

20              MR. CIOFFI:  Yes, we should do exactly what we did

21    yesterday.  You bring them all up, you probe as you see fit.

22    But, again, I am just noting that that process went pretty

23    quickly the way the court did it.

24              THE COURT:  Well, that was because we decided to just

25    basically inquire about -- to make sure the people who said
```

1    they could be with us really mean it, and not even bother with

2    the hardship cases, you know.  And we didn't, like I did the

3    first day, try to see if some of these hardship cases could be

4    swayed to not be hardship cases.

5           MR. CIOFFI:  Maybe some combination of the two.  If

6    you see something on the questionnaire that it's a pretty

7    clear hardship to you, you may want to skip that person.  If

8    not, not.  But I think we should have them all up here and you

9    go through the process on how you are seeing the

10   questionnaires.

11          THE COURT:  Okay.  All right.  I mean, I think we will

12   have to bring them all up.  I am hesitant to just look at --

13   because they put an H on there, to let them go.

14          MR. CIOFFI:  I totally agree with that.  I am just --

15   it's really just the lunch, whether it's better for them to

16   come up at 11:30 or come back at 1:00 o'clock.  It's whatever

17   your sense is, Judge.

18          THE COURT:  Let's see what time it is when we get the

19   questionnaires back and I have had a chance to go through them

20   and see what time it is at that point.

21          MR. CIOFFI:  Makes sense.

22          THE COURT:  Because I don't want to keep them until

23   2:00 o'clock without having had lunch.

24          MR. CIOFFI:  I agree.  Thanks, Judge.

25          THE COURT:  You're welcome.

```
1              All right.  So I guess we will be in recess for now,

2    and if you can just be available when we get the responses, and

3    then we will figure out how to proceed.  All right?

4              MR. SCAROLA:  Thank you, sir.

5              THE COURT:  Thank you.

6              (Recess taken 9:54 am. through 11:12 a.m.)

7              THE COURT:  Everybody has the responses from the

8    jurors?

9              MR. SCAROLA:  Yes, sir.

10             MR. CIOFFI:  Yes.

11             THE COURT:  I don't know if you had a chance to look

12   through them.  I -- again, I was just looking at the hardship

13   issues, and also try to see how many of the people who say they

14   don't -- they can serve have indicated they have some issues

15   with big corporations, but those are the two areas I was mostly

16   looking at.

17             There are some of these hardships that I'd like to

18   question the jurors about.  I mean, like, for example, one

19   person says, "My brother-in-law is in the hospital."  Okay.

20   The person is full-time employed and, I presume, goes to work

21   every day.  That doesn't seem to affect him or her going to

22   work.  So I don't know why that would affect the person coming

23   here.  That's the only problem.  Some of those things, it just

24   bothers me that they put these --

25             MR. CIOFFI:  Understood, Judge.
```

```
 1              THE COURT:  I'd like to explore that with them.

 2              But most of them, I think, are the kind that we have

 3    all agreed should be excused.  So why don't we bring them up

 4    and just go through the hardships now, and decide who is going

 5    to have to come back rather than waiting another hour and a

 6    half until 1:00 o'clock.

 7              And I think we should be able to get it done

 8    relatively close to noon, if not, you know, maybe in an hour,

 9    probably even less than an hour, and we can send them home and

10    not have to keep them here late into the afternoon.

11              MR. SCAROLA:  We are in agreement, your Honor.

12              MR. CIOFFI:  Makes sense, Judge.

13              THE COURT:  All right.  So I will bring them up.

14              The other thing, I went through all of the

15    questionnaires for the people that said they can be with us

16    and -- including the ones today, and I think we are going to

17    have enough to work with.  There are approximately 25 that say

18    they could be with us and didn't mark "I hate big

19    corporations."

20              So, you know, we may lose a few of them for other

21    reasons that we still don't know about, but at least we've got

22    a good start with about 25 or so that don't seem -- they can be

23    with us and don't seem to have any issues with being able to

24    deal with a corporation.

25              MR. SCAROLA:  Your Honor, if you are focusing on
```

1    hardship jurors, juror number 144 did not mark an H on the

2    questionnaire, but responds, "My employer will pay for one week

3    only.  I am the one that supports myself."  So you might want

4    to include that juror.

5         THE COURT:  I have that juror already in my probably

6    to excuse.  I didn't focus just on the ones that had an H.  I

7    looked at each one regardless of whether there was an H or not.

8         MR. SCAROLA:  Thank you, sir.

9         THE COURT:  You are welcome.

10        If there are any that you notice that claim hardship

11   that you want me to explore with that prospective juror, that I

12   don't cover, let me know.  But as I said, there are a number of

13   them that I question whether their hardships are legitimate,

14   and I want to explore that with them.

15        Did you have any in particular that you already have

16   flagged?

17        MR. SCAROLA:  As your Honor is talking, we will look

18   through and see if there are any that we consider to be

19   questionable.

20        THE COURT:  Let me just give you the first one.  115.

21   He is a teacher.  So he should get paid for every day he is

22   here, and his reason for not being able to sit as a juror is he

23   is a single father.  I don't know how that prevents him from

24   going and teaching every day, and I don't know why, instead of

25   going to school every day and teaching, he can't come here

1    every day and still take care of his son or daughter, whichever

2    it is.  But anyway, that's just an example of one that I want

3    to find out what's the problem here.

4           MR. SCAROLA:  Juror number 130 indicates that his

5    employer is the U.S. Postal Service and also indicates that he

6    is not going to be paid for six weeks.  I don't think that's

7    accurate.  So we might want to inquire further about that

8    hardship.

9           THE COURT:  I agree.  And he is a supervisor, so you

10   would think he would know.

11          MR. DANTE:  Your Honor, we'd also note that 134 is a

12   person who claims a hardship because he has two days of

13   meetings in May.

14          THE COURT:  I am not sure where those meetings are,

15   and he's the CEO.  So -- we will have to make an inquiry.

16          MR. DANTE:  Your Honor, we also had a question about

17   124.  It looks like her and her husband run an orthodontist

18   practice, and her husband is the orthodontist, and she is an

19   assistant in the office.

20          THE COURT:  Yes.  I noticed.  She is my children's

21   orthodontist -- he is my children's -- but they are past that

22   stage, so...

23          MR. DANTE:  Okay.

24          THE COURT:  I don't have to worry about them going

25   back there --

```
 1            MR. SCAROLA:  But you are still paying for their
 2   college education.  That is your orthodontist's children's
 3   college education.
 4            THE COURT:  I am not sure I am going to be able to
 5   convince her that she's -- she is not indispensable.
 6            MR. SCAROLA:  Your Honor might take a look at 120
 7   also.  Third grandchild is expected --
 8            THE COURT:  Yes, that's one of the ones that -- it's
 9   the end of next month.  Anyway, there are a number of them.  If
10   I don't -- if there are others that I don't cover that you
11   think we should follow up with before we excuse them, you know,
12   you can let me know.  Okay?
13            All right.  Let's bring the jurors in, please.
14            (The prospective jurors entered the courtroom at 11:21
15   a.m.)
16            THE COURT:  Please be seated.  Welcome, ladies and
17   gentlemen.  Thank you again for being with us today and for
18   your willingness to be considered to act as jurors in this
19   case.  Again, my name is Kenneth Marra, and on behalf of
20   everyone involved in the case, I want to thank you for being
21   here.
22            What I'd like to do this morning is discuss with you
23   the hardships that you have set forth, those of you that have
24   indicated that you have a hardship being with us, discuss those
25   hardships with us, and we will make a determination today
```

```
 1   before you leave whether you need to continue with this
 2   particular case or be excused.
 3           Let me just tell you that we have been going through
 4   this same process for the last two days.  We have a group of
 5   individuals that we believe can work with us for the time
 6   period that we need them.  We got on Monday -- excuse me, on
 7   Wednesday, then we had a group yesterday.  So we are going to
 8   hopefully get some of you that can serve with the court for the
 9   time needed.
10           We are going to combine those three groups on Monday,
11   and bring all of you back in on Monday, those of you that are
12   going to be considered, and then go through a more specific
13   inquiry about your ability to be a fair and impartial juror in
14   this case based upon the questions that you have answered and
15   other questions that were posed to you, and hope to have the
16   jury selected on Monday and begin the actual trial on Tuesday.
17           So that's the plan we have, and for purposes of today,
18   we are just going to discuss the hardship issues and make a
19   decision of whether you can be excused for hardship or whether
20   you should come back on Monday and continue with the process.
21   All right?
22           Before I go any further, I have introduced myself
23   already, but I am going to have the attorneys introduce
24   themselves to you and their team members.
25           Mr. Scarola.
```

```
 1              MR. SCAROLA:  Thank you very much, your Honor.

 2              Good morning, ladies and gentlemen.  My name is Jack

 3    Scarola.  Seated to my immediate left is Victoria Mesa-Estrada.

 4    Victoria and I practice together in a law firm here in West

 5    Palm Beach called Searcy Denney Scarola Barnhart & Shipley.  I

 6    see a few of you nodding that you recognize that name.  We will

 7    get a chance to talk about that later.

 8              Also seated at the table are co-counsel working with

 9    us on this matter, and that's Maryum Jordan and Marco Simons.

10    Maryum and Marco are with a public interest Washington, DC law

11    firm called EarthRights.

12              There are ten consolidated cases that we are here

13    trying in this proceeding.

14              The folks that are seated in the jury box right now

15    are other attorneys who will, from time to time, be

16    participating in the case.  And each of them is going to stand

17    up and introduce themselves to you now.  Thank you very much.

18              MR. SCHERER:  Good morning.  I'm William Scherer of

19    Fort Lauderdale with the law firm of Conrad & Scherer.

20              MS. KROEGER:  Good morning, I am Leslie Kroeger with

21    the law firm of Cohen Milstein.  I practice here locally in

22    Palm Beach Gardens.

23              MS. VALENTIN-DIAZ:  Hi, everyone.  I'm Gabriela

24    Valentin-Diaz.  I am an attorney at EarthRights.

25              MR. WICHMANN:  Bill Wichmann, I've practiced in
```

1    Fort Lauderdale for many, many years, and across the state.

2              MR. GARCIA:  Good morning.  Mariano Garcia, West Palm

3    Beach, with Searcy Denney.

4              MS. VAHLSING:  Good morning, everyone.  Marissa

5    Vahlsing, also with EarthRights International.

6              MR. REITER:  Good morning.  My name is Jonathan

7    Reiter, and my office is in the Empire State Building in New

8    York City.  So I don't expect you know me.  I don't recognize

9    any of you.  But in any event, I will be representing two

10   families in this lawsuit, and you will be seeing me question

11   some witnesses.  Thank you.

12             MR. GREEN:  Good morning.  James Green, I am a lawyer

13   in West Palm Beach.  A small office.  And co-counsel with Jack

14   Scarola, Victoria Mesa-Estrada.  Thank you.

15             MR. JACQUES:  Good morning.  I'm Nicholas Jacques.  I

16   am from the law firm of Cohen Milstein, like Ms. Kroeger.

17   Unlike Ms. Kroeger, I am from out of town.

18             MR. COLLINGSWORTH:  Good morning, everyone.  I am

19   Terry Collingsworth, and I am based in Washington, DC with an

20   organization called International Rights Advocates, and along

21   with William Scherer, who you just met, we represent two of the

22   plaintiffs in this action.

23             THE COURT:  Thank you.

24             Mr. Cioffi.

25             MR. CIOFFI:  Thank you, your Honor.  Good morning,

1    ladies and gentlemen.  Thank you for your service.  There is

2    nothing more important, outside of military service, than the

3    service that you are providing as citizens to this -- to decide

4    disputes in our society under the rule of law.  It's so

5    important.

6         I represent the defendant.  It's an honor to represent

7    the defendant, Chiquita Brands International.  Along with my

8    colleagues, who I will introduce you to, we all practice at a

9    law firm called Blank Rome.  We all practice in the northern

10   climate, so you probably don't know us either.  It's good to be

11   among you and here.

12        Let me introduce you to my colleagues who will be in

13   the courtroom with us.  Melissa Murphy.

14        MS. FUNDORA-MURPHY:  Good morning.

15        MR. CIOFFI:  Serena Gopal, Michael Stoolman, and Frank

16   Dante.

17        MR. DANTE:  Good morning, ladies and gentlemen.  Thank

18   you for your time today.

19        THE COURT:  Thank you.

20        Ladies and gentlemen, I am going to need to you have

21   sworn to tell the truth during this process, so I am going to

22   ask you to all rise and face Ms. Ferrante here.  She will swear

23   you in.

24        (Panel of prospective jurors sworn in.)

25        THE COURT:  Thank you, ladies and gentlemen, again,

 1    for your cooperation.

 2            So as I said, I'd like to just focus on the hardships.

 3    I may not be calling on every one of you, but there are some of

 4    you that I would like to explore further your responses to that

 5    question about whether you would have a hardship in serving for

 6    the time we may need you.

 7            And I'd like to start with Mr. Gray, number 115.

 8    Mr. Gray, we are going to get you a microphone.  If you could

 9    wait a second.  When I speak to whoever I am speaking to, if

10    you wouldn't mind standing so everybody in the courtroom could

11    see you.

12            And, Mr. Gray, you are juror number 115; is that

13    correct?  When you are called upon, if you would hold up your

14    number so the court reporter will know who we are dealing with.

15    All right.  That's good, Mr. Gray.  Thank you.

16            Mr. Gray, I see that you are a teacher here in Palm

17    Beach County.  Correct?

18            THE PROSPECTIVE JUROR:  Yes.

19            THE COURT:  It's my understanding that teachers in

20    Palm Beach County get paid for jury service, whether you are --

21    for however long you are needed, you get paid.  That's my

22    understanding.  Do you have a different understanding than

23    that?

24            THE PROSPECTIVE JUROR:  I have never done jury

25    service, so I am not sure.

 1              THE COURT:  Okay.  Well, I am pretty sure -- I have

 2      been doing this a long time and have had a lot of teachers come

 3      in here -- they get paid for jury service.

 4              But you indicated that you are going to have a

 5      hardship because you are a single father.  I want -- that's the

 6      only thing you listed as being a problem, correct?

 7              THE PROSPECTIVE JUROR:  Yes.

 8              THE COURT:  All right.  So I presume you go to work

 9      every day as a teacher.

10              THE PROSPECTIVE JUROR:  Yes.

11              THE COURT:  So how does being a single father prevent

12      you from, instead of going to school every day, coming here and

13      serving as a juror?

14              THE PROSPECTIVE JUROR:  Well, like, for example, today

15      I had to ask my mother if she could take my daughter to school

16      because I had to come here at 8:00 o'clock.

17              THE COURT:  Okay.  Well, if you are on the jury, you

18      won't have to come here at 8:00 o'clock.  We will start at

19      9:00 o'clock, or sometimes even later than that, depending on

20      my schedule.  But it won't be any earlier than 9.  So if that's

21      the situation, would you be able to be here by 9:00 o'clock and

22      still take your child to school?

23              THE PROSPECTIVE JUROR:  Hopefully.  Yeah.  I think so.

24              THE COURT:  Okay.  So is that your only concern, being

25      able to get your child to school every day?

```
 1                    THE PROSPECTIVE JUROR:  Yeah, and pick her up.  But
 2    we -- would end before that, right?
 3                    THE COURT:  I'm sorry?
 4                    THE PROSPECTIVE JUROR:  Making sure I can pick her up
 5    too.
 6                    THE COURT:  What time does your child need to be
 7    picked up?
 8                    THE PROSPECTIVE JUROR:  Probably 4:00 o'clock, or
 9    4:30.
10                    THE COURT:  Is there aftercare at the school where she
11    attends?
12                    THE PROSPECTIVE JUROR:  Yes.
13                    THE COURT:  Would it be possible for you to have her
14    stay in aftercare?  We usually finish about 5:00 o'clock.  That
15    would be our normal schedule, 9:00 to 5:00.  Would you be able
16    to have your child go to aftercare until you are able to pick
17    her up after 5:00 o'clock?  Is that something that could be
18    done?
19                    THE PROSPECTIVE JUROR:  I believe so.  I could talk
20    with them and see.
21                    THE COURT:  But that's something you think you might
22    be able to arrange?
23                    THE PROSPECTIVE JUROR:  Yes.
24                    THE COURT:  Okay.  So if we take care of that, in
25    terms of you getting -- being able to get here, take your child
```

1    to school, get her situated until you pick her up in the --

2    after we are finished here, and you get paid, is there any

3    reason why you couldn't be with us?

4              THE PROSPECTIVE JUROR:  Not to my knowledge, no.

5              THE COURT:  Okay.  So assuming what I just said is

6    accurate -- you can -- maybe between now and Monday, if you are

7    going to come back on Monday, you can verify with the School

8    Board that you would get compensated, and assuming I am

9    correct, and you can work out aftercare for your child, would

10   you be able to serve if we need you?

11             THE PROSPECTIVE JUROR:  Yeah.

12             THE COURT:  Okay.  So would you look into those

13   things -- if we ask you to come back on Monday, would you look

14   into those things to make sure everything would be okay?

15             THE PROSPECTIVE JUROR:  Yeah, I can.

16             THE COURT:  Okay.  Thank you, sir.

17             Is it Ms. Marlowe?

18             THE PROSPECTIVE JUROR:  Yes, sir.

19             THE COURT:  Good morning.  How are you?

20             THE PROSPECTIVE JUROR:  I am good.

21             THE COURT:  Thank you.  So you indicated that you have

22   a scheduled travel for work.  It looks like it's Monday.

23             THE PROSPECTIVE JUROR:  It's Monday.

24             THE COURT:  Okay.  You are going to be gone all next

25   week?

```
 1                THE PROSPECTIVE JUROR:  I come back Thursday.

 2                THE COURT:  Thursday, okay.  Is there any way that

 3      that trip can be rearranged or rescheduled?

 4                THE PROSPECTIVE JUROR:  No.  I let them know that

 5      Monday when I was here, so I thought someone might note it, but

 6      apparently they did not.

 7                THE COURT:  You mean when you were here on Monday?

 8                THE PROSPECTIVE JUROR:  That's correct.

 9                THE COURT:  Okay.  I'm sorry to have to bring you back

10      here a second time.

11                THE PROSPECTIVE JUROR:  There is a lot of us.

12                THE COURT:  But, you know, they wouldn't be able to

13      keep note of that.  So thank you.  I just wanted to verify your

14      situation.  Thank you, ma'am.

15                Mr. Williams.

16                THE PROSPECTIVE JUROR:  Good morning.

17                THE COURT:  Now, you are the owner of a small

18      business?

19                THE PROSPECTIVE JUROR:  Yes, sir, I am.

20                THE COURT:  And you run the entire operation, it looks

21      like.

22                THE PROSPECTIVE JUROR:  Yes, it's boots on the ground

23      every day.

24                THE COURT:  I'm sorry?

25                THE PROSPECTIVE JUROR:  Boots on the ground every day.
```

```
 1              THE COURT:  Do you have any managers that can look

 2     over things while you are with us if we need you?

 3              THE PROSPECTIVE JUROR:  Well, it's a small business.

 4     I employ seven people.  We each have our own hats that we wear.

 5     One person not there, it affects -- nobody is there to step in

 6     for that job.  Just like today.  Me being here, I had my main

 7     salesperson, who is the only salesperson, on the phone, and he

 8     had to go in for a biopsy on his throat today.  I don't even

 9     know if he's there or not.

10              I had to ask one of the mechanics to sit in the

11     office, answer the phone so he can at least tell people nobody

12     is here to help you right now.  So it really affects the

13     business.

14              THE COURT:  Okay.  So it's going to be a real burden

15     on your business if you are here?

16              THE PROSPECTIVE JUROR:  It is, yes.

17              THE COURT:  Okay.  Thank you, sir.

18              Ms. Underwood.

19              THE PROSPECTIVE JUROR:  Yes.

20              THE COURT:  Good morning.  How are you?

21              THE PROSPECTIVE JUROR:  Good morning.  Fine.

22              THE COURT:  So you appear to have a very nice position

23     with Nexterra, director of finance.  That sounds like a very

24     nice job to have.

25              THE PROSPECTIVE JUROR:  Sure.
```

```
 1                 THE COURT:  Yes, okay.  And your reason, you said, for
 2       not being able to serve is because your father -- your
 3       children's father will be traveling.
 4                 THE PROSPECTIVE JUROR:  Yes.
 5                 THE COURT:  So like I said -- asked Mr. Gray, you go
 6       to work every day?
 7                 THE PROSPECTIVE JUROR:  I do.
 8                 THE COURT:  Your husband's -- excuse me, the father of
 9       your children is traveling.  But you still would go to work,
10       right?
11                 THE PROSPECTIVE JUROR:  Sure, yes.
12                 THE COURT:  And if you are going to work, is there any
13       reason why you couldn't come here instead of work?
14                 THE PROSPECTIVE JUROR:  Not if it's by 9:00 a.m., and
15       I do have to pick them up by 5:30, which means I would have to
16       leave here by 4:45 because it's in Palm Beach Gardens.
17                 THE COURT:  Okay.  And are they in some type of
18       aftercare?
19                 THE PROSPECTIVE JUROR:  Yes.  And this is with
20       aftercare.  Right.  I have to be there by 5:30.
21                 THE COURT:  By 5:30.  So if we started at 9:00 and we
22       let you leave early enough to pick up your children by 5:30, is
23       there any reason you couldn't be with us?
24                 THE PROSPECTIVE JUROR:  I also have work schedule
25       traveled in three weeks.  I believe this is a six-week
```

```
 1   commitment.
 2            THE COURT:  Okay.  Is that travel something that can
 3   be rearranged, rescheduled?
 4            THE PROSPECTIVE JUROR:  No.
 5            THE COURT:  How long is that travel?
 6            THE PROSPECTIVE JUROR:  It's for three days to
 7   New York.
 8            THE COURT:  Do you know exactly when that is?
 9            THE PROSPECTIVE JUROR:  Yes.  May -- it's the last --
10   second-to-last week in May.
11            THE COURT:  I'm sorry?
12            THE PROSPECTIVE JUROR:  It's the second-to-last week
13   in May.  I have a board meeting.
14            THE COURT:  Second-to-last week in May.  All right.
15   And is there any way that you could have someone else attend
16   that meeting for you?
17            THE PROSPECTIVE JUROR:  No.
18            THE COURT:  Okay.  All right.  Thank you, ma'am.
19            THE PROSPECTIVE JUROR:  Thanks.
20            THE COURT:  I am not sure, is it -- Lynett, is that
21   your last name or your first name?  I am not sure, ma'am.
22            THE PROSPECTIVE JUROR:  Hi.  Can you hear me?
23            THE COURT:  Yes.
24            THE PROSPECTIVE JUROR:  My name is Cecily.  And that's
25   my last name.  My last name is Lynett.
```

```
 1              THE COURT:  Lynett is your last name?

 2              THE PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  Okay.  I'm sorry, I wasn't sure.

 4              THE PROSPECTIVE JUROR:  Oh, that's okay.

 5              THE COURT:  The only reason you indicated you couldn't

 6     be with us is because you are expecting one of your children to

 7     give birth at the end of May.

 8              THE PROSPECTIVE JUROR:  That's correct.

 9              THE COURT:  And is there any reason that some other

10     family member might not be able to step in and help out with

11     the -- with your -- I assume your daughter and your other

12     grandchildren for maybe another week or week and a half after

13     that?

14              THE PROSPECTIVE JUROR:  So it's my son and

15     daughter-in-law, and it's my third grandchild.  They moved to

16     be close to us here so that I could help.  My daughter-in-law

17     has gestational diabetes, which means she could go at any time.

18              And I have agreed emotionally, and I feel very

19     strongly about my being her -- that's what I am here to do, and

20     I have been looking forward to that.

21              I knew that this was a two-week commitment.  I had no

22     idea about the six-week commitment, or I would have probably

23     more strongly stated that I had this pending event.  So it

24     would be very difficult for me emotionally to not be there for

25     this.
```

```
 1              I pick up my granddaughter.  I take care -- she's
 2    3 1/2.  The other one is 18 months.  And now they are having
 3    this new baby.  So it's a pretty big life event for me that I
 4    have been looking forward to, and would be difficult for me to
 5    miss, and I would be probably not in the best of emotional
 6    states to be worrying about that.
 7              THE COURT:  Okay.  Thank you.
 8              Mr. Flete, did I say that correctly?
 9              THE PROSPECTIVE JUROR:  Yes, sir.
10              THE COURT:  Good morning, sir.  How are you?
11              THE PROSPECTIVE JUROR:  Good.
12              THE COURT:  So you are a manager at Olive Garden?
13              THE PROSPECTIVE JUROR:  Yes, sir.
14              THE COURT:  You go to work every day?
15              THE PROSPECTIVE JUROR:  Yes, sir.
16              THE COURT:  Okay.  But you say you take care of your
17    son and your mother.
18              THE PROSPECTIVE JUROR:  Yes.
19              THE COURT:  So when you are at work, who is taking
20    care of your son and your mother?
21              THE PROSPECTIVE JUROR:  At work -- well, when it comes
22    to work, my son is in school at that time.  He is eight years
23    old.  My sister does help once in a while.  She will come over
24    or my aunt.  We take turns to take care of my mom.  The biggest
25    reason is the financial burden.
```

```
 1                    THE COURT:  The --

 2                    THE PROSPECTIVE JUROR:  The company only -- sorry.

 3                    THE COURT:  No, I'm sorry.  Go ahead.

 4                    THE PROSPECTIVE JUROR:  The biggest reason is the

 5      financial burden.  My company only covers 10 days, and it would

 6      be catastrophic for me to do six weeks off for that

 7      particular --

 8                    THE COURT:  Okay.  That's a perfectly legitimate

 9      reason, but you didn't put that down.

10                    THE PROSPECTIVE JUROR:  I apologize.

11                    THE COURT:  So that's why I am asking you about that.

12      If you had put that down, I would have understood and probably

13      wouldn't be even asking you any questions.

14                    THE PROSPECTIVE JUROR:  No problem.

15                    THE COURT:  But it would be a financial burden on you

16      if you don't get paid for the entire time?

17                    THE PROSPECTIVE JUROR:  Yes, sir.

18                    THE COURT:  Thank you, sir.

19                    THE PROSPECTIVE JUROR:  Thank you.

20                    THE COURT:  Ms. Chen.

21              How are you?

22                    THE PROSPECTIVE JUROR:  I am doing well, thank you,

23      your Honor.

24                    THE COURT:  Do you remember me?

25                    THE PROSPECTIVE JUROR:  I do.  How are your kids and
```

```
 1   wife?

 2             THE COURT:  They are all well.  Thank you.

 3             THE PROSPECTIVE JUROR:  Excellent.

 4             THE COURT:  And their teeth are perfect.

 5             THE PROSPECTIVE JUROR:  Perfect, they are wearing

 6   their retainers.

 7             THE COURT:  So your husband can't do without you in

 8   the office?

 9             THE PROSPECTIVE JUROR:  Correct.

10             THE COURT:  There is no one else that can step in and

11   take on your --

12             THE PROSPECTIVE JUROR:  Unfortunately, right now, it's

13   just myself and my husband.

14             THE COURT:  Okay.  He can't manage without you for a

15   few weeks?

16             THE PROSPECTIVE JUROR:  Correct.

17             THE COURT:  Okay.  All right.  Thank you, ma'am.  I

18   will tell my wife you said hello.

19             THE PROSPECTIVE JUROR:  Yes, and all the kids.

20             THE COURT:  Mr. Rodriguez.

21             You are juror number 125; is that correct?

22             THE PROSPECTIVE JUROR:  Yes, I am.

23             THE COURT:  Okay.  I just wanted to confirm that you

24   indicated that you can be with us if we need you.  Is that

25   right?
```

```
 1                THE PROSPECTIVE JUROR:  No, I did not.

 2                THE COURT:  I'm sorry?

 3                THE PROSPECTIVE JUROR:  I can.  I didn't state that I

 4   couldn't.

 5                THE COURT:  I am having trouble hearing you.

 6                THE PROSPECTIVE JUROR:  I didn't state that I

 7   couldn't.

 8                THE COURT:  So that means you can be with us?

 9                THE PROSPECTIVE JUROR:  Yes.

10                THE COURT:  I wanted to verify that so -- to make sure

11   that I didn't misread your answer.  Thank you so much, sir.  We

12   appreciate your willingness to be with us if we need you.

13                Mr. Reeves.

14                Good morning, sir.  How are you?

15                You also indicated you could be with us if we need

16   you; is that right?

17                THE PROSPECTIVE JUROR:  Correct.

18                THE COURT:  Thank you, sir.  I just wanted to confirm

19   that.

20                If I could speak to -- is it Mr. Ortiz?  Mr. Perez

21   Ortiz.  Yes, sir.  Good morning, sir.

22                So you work for UPS, but you don't get compensated for

23   all of your jury service?

24                THE PROSPECTIVE JUROR:  As far as my understanding,

25   it's only five days.  My manager is going to contact HR, and
```

```
 1    she's going to let me know.

 2              THE COURT:  Did you make a call?

 3              THE PROSPECTIVE JUROR:  Yes.

 4              THE COURT:  You are going to find out whether it's for

 5    the entire time or only five days?

 6              THE PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  You haven't heard back from your manager

 8    yet?

 9              THE PROSPECTIVE JUROR:  No yet.

10              THE COURT:  Okay.  Assuming your manager tells you you

11    would be compensated for as long as you are on the jury, would

12    you be able to serve then?

13              THE PROSPECTIVE JUROR:  Yes.  Something I didn't write

14    in there, I got my daughter's graduation on May 29.  I

15    understand this is six weeks.

16              THE COURT:  Okay.  I'm sorry, I'm having trouble

17    hearing you.  You said your daughter's graduation is when?

18              THE PROSPECTIVE JUROR:  May 29.

19              THE COURT:  Where is that?

20              THE PROSPECTIVE JUROR:  Royal Palm.

21              THE COURT:  Okay.  All right.  So assume you get paid

22    for the entire time, and assume we took a break for you to go

23    to your daughter's graduation, would you be able to serve?

24              THE PROSPECTIVE JUROR:  Yes.

25              THE COURT:  Okay.  Can you -- when do you expect to
```

1    hear back from your manager?

2              THE PROSPECTIVE JUROR:  The afternoon.

3              THE COURT:  Could you -- if we give you -- my

4    courtroom deputy, Ms. Ferrante here, if we give you her phone

5    number, can you call us back and let us know whenever you find

6    out what the answer to that is?

7              THE PROSPECTIVE JUROR:  Yes.

8              THE COURT:  Okay.  Thank you, sir.

9              All right.  May I speak to Ms. Daly-Young.

10             Ma'am, you are a teacher?

11             THE PROSPECTIVE JUROR:  I am.

12             THE COURT:  Again, it's my understanding you would get

13   paid for your entire time if you are on the jury.

14             THE PROSPECTIVE JUROR:  I believe so, yes.

15             THE COURT:  The only reason you indicated that you

16   couldn't be with us is because you have a family member in the

17   hospital.

18             THE PROSPECTIVE JUROR:  Yes.

19             THE COURT:  So you go to work every day?

20             THE PROSPECTIVE JUROR:  I do go to work every day.

21   Except when I have had to takeoff to go to Ocala, which is

22   where he is.

23             THE COURT:  Except when?  I'm sorry.

24             THE PROSPECTIVE JUROR:  When I had to go to Ocala,

25   which is where he is.

```
 1            THE COURT:  Okay.  And does that happen frequently?

 2            THE PROSPECTIVE JUROR:  I have been back and forth the

 3    last few months.  My mother is up there.  She is 86 years old,

 4    so I have to bring her back and forth when she goes up to see

 5    him.  Or to help out.

 6            THE COURT:  Do you generally go up on weekends?

 7            THE PROSPECTIVE JUROR:  Fridays.  I usually take off

 8    Fridays and spend the weekend.

 9            THE COURT:  All right.  We are going to take off some

10    Fridays.  If you are on the jury -- and, specifically, we are

11    going to be taking off on May 12 and May 17 and May 31 -- I'm

12    sorry, May 10, May 17, and May 31.  So those are three Fridays

13    right there that if you needed to travel to Ocala, you would be

14    able to without interfering with our schedule.  I mean, unless

15    an emergency came up.  And, obviously, if an emergency came up

16    where you had to go up --

17            PROSPECTIVE JUROR:  That's my biggest concern is that

18    I don't know if and when he will be coming home or what may

19    happen in the next day or week or month.  He is in the

20    hospital.  He's been in the hospital for the last month, so...

21            THE COURT:  But, again, if an emergency came up, we

22    obviously would excuse you to take care of an emergency, but we

23    are trying to -- assuming that nothing is going to change with

24    his situation for the next few weeks --

25            THE PROSPECTIVE JUROR:  It's been everchanging.
```

```
 1                THE COURT:  I'm sorry?

 2                THE PROSPECTIVE JUROR:  It's been everchanging for the

 3     last eight months, so yeah.

 4                THE COURT:  Okay.  All right.  Well, when was the last

 5     time you were actually up to --

 6                THE PROSPECTIVE JUROR:  I was actually going to go

 7     this next weekend, not this weekend but the next weekend.  But

 8     I was up there a month ago.

 9                THE COURT:  Okay.  So you have been going up once a

10     month, approximately?

11                THE PROSPECTIVE JUROR:  Approximately, yes.

12                THE COURT:  Okay.  All right.  So assuming we work

13     around your -- any situation with your brother-in-law where you

14     need to get up there because of an emergency, is there any

15     reason you couldn't be with us?

16                THE PROSPECTIVE JUROR:  I guess not, if that's --

17     yeah.

18                THE COURT:  Okay.  All right.  Thank you, ma'am.

19                Mr. Davidson.

20                I'm sorry, I didn't see the first name.  Ms. Davidson.

21                So you are traveling -- well, not traveling

22     necessarily, but you are having a meeting on the 13th and 14th?

23                THE PROSPECTIVE JUROR:  Correct.

24                THE COURT:  Where is that meeting going to be?

25                THE PROSPECTIVE JUROR:  It's in Wildwood by The
```

```
 1   Villages.
 2            THE COURT:  In The Villages, okay.  Is that a meeting
 3   that could be rescheduled?
 4            THE PROSPECTIVE JUROR:  The meeting won't be able to
 5   be rescheduled, but I could have our CFO go in my place, if I
 6   need to be here.
 7            THE COURT:  So is that the only thing that is what's
 8   standing in your way of being able to serve as a juror?
 9            THE PROSPECTIVE JUROR:  Yes, sir.  Right now, I know
10   that we do get three days of paid jury duty.  I have a call in
11   to our HR director to see if it would be any consideration for
12   additional compensation for the rest of the term.  And I am
13   waiting to hear back from her.  I haven't heard back from her
14   yet.
15            THE COURT:  I'm sorry, can you repeat that?
16            THE PROSPECTIVE JUROR:  I haven't heard back from our
17   HR director yet, so I am just waiting to hear back.
18            THE COURT:  All right.  So assuming you don't get
19   fully compensated, is that going to be a financial hardship for
20   you?
21            THE PROSPECTIVE JUROR:  No, sir, it won't be.  I have
22   some vacation time too.
23            THE COURT:  Okay.  You might be able to send someone
24   else in your place if we needed you?
25            THE PROSPECTIVE JUROR:  Yes, sir.
```

```
 1                THE COURT:  Okay.  So, again, if you don't get fully
 2     compensated, it won't be a hardship for you financially?
 3                THE PROSPECTIVE JUROR:  No, sir.
 4                THE COURT:  And you might be able to send someone else
 5     in your stead to that meeting?
 6                THE PROSPECTIVE JUROR:  Yes, sir.
 7                THE COURT:  So then you would -- other than those two
 8     situations that we have discussed, you would be able to serve
 9     if we need you?
10                THE PROSPECTIVE JUROR:  They will be fine.  I have
11     some unhappy doctors maybe, but that's okay.
12                THE COURT:  All right.  Thank you so much.
13                THE PROSPECTIVE JUROR:  You are welcome.
14                THE COURT:  Mr. Davis.
15                Good morning, sir.
16                THE PROSPECTIVE JUROR:  Good morning, your Honor.
17                THE COURT:  I want to confirm that you can be with us
18     if we need you.  Is that correct?
19                THE PROSPECTIVE JUROR:  Yes, sir.
20                THE COURT:  Thank you so much, sir.
21                Ms. Huebbers.
22                Did I say that correctly?
23                THE PROSPECTIVE JUROR:  Yes.
24                THE COURT:  You are juror 139, correct?
25                THE PROSPECTIVE JUROR:  Yes, sir.
```

```
 1              THE COURT:  I just want to confirm that you indicated
 2    you could be with us if we need you.  Is that correct?
 3              THE PROSPECTIVE JUROR:  Yes, sir.  I do have an
 4    unreimbursable plane ticket for this Friday.
 5              THE COURT:  This Friday?
 6              THE PROSPECTIVE JUROR:  It's just a personal trip.  So
 7    I will just have to rearrange that.  I am also missing a board
 8    meeting right now that I was supposed to be in, but I am here
 9    of service.  So...
10              THE COURT:  Okay.  So this trip that you have
11    planned -- did you say for next Friday?
12              THE PROSPECTIVE JUROR:  This coming Friday.
13              THE COURT:  Well, a week from today?
14              THE PROSPECTIVE JUROR:  Yes, sir.
15              THE COURT:  Okay.  But that's something you could
16    rearrange if we needed you?
17              THE PROSPECTIVE JUROR:  Yes, sir.
18              THE COURT:  And what was the other matter you
19    mentioned?  You are missing a meeting today?
20              THE PROSPECTIVE JUROR:  Yes.  I had a board meeting
21    today, but I had my -- I'm on the executive team in Florida, so
22    I had my boss present to the board in my place.
23              THE COURT:  All right.  So if we needed you, you think
24    you might be able to make other arrangements --
25              THE PROSPECTIVE JUROR:  Yes, sir.
```

```
 1              THE COURT:  -- as necessary?

 2         Okay.  Thank you so much.

 3              THE PROSPECTIVE JUROR:  Thank you.

 4              THE COURT:  Ms. Ray.

 5         Good morning.  How are you?

 6              THE PROSPECTIVE JUROR:  Good.  How are you?

 7              THE COURT:  Good.

 8              Again, I am looking at your questionnaire, and you

 9    said you can be with us if we need you.  Is that correct?

10              THE PROSPECTIVE JUROR:  Yes.

11              THE COURT:  Thank you so much.

12              THE PROSPECTIVE JUROR:  You are welcome.

13              THE COURT:  Mr. Darcy, good morning, sir.

14              THE PROSPECTIVE JUROR:  Good morning.

15              THE COURT:  You indicated that you can't sit for long

16    periods of time, and I just wanted to explore that with you a

17    little bit.

18              Normally, if you are on a jury, you will be sitting in

19    one of these more comfortable seats, a little -- cushioned

20    seats, so it's a little more comfortable than these benches

21    that you are sitting on now.

22              THE PROSPECTIVE JUROR:  They hurt right now, your

23    Honor.

24              THE COURT:  Okay.  How long can you go sitting without

25    having to get up and stretch or whatever you do ordinarily?
```

```
 1              THE PROSPECTIVE JUROR:  I would say probably an hour

 2    or two before I start feeling the pain.  I have a fractured

 3    back, my lower back, and it's in the process of healing right

 4    now.  So the pain is there, for sure.  My doctor recommends not

 5    sitting for much longer than one or two hours.

 6              THE COURT:  Okay.  Well, our normal schedule is we go

 7    for about an hour and a half, and then we take breaks.  And so

 8    we would -- in a normal day, we would start at 9, we go until

 9    about 10:15 or 10:30, take a break for about 15 minutes or so,

10    go through until lunch hour, take a lunch break, then come back

11    after lunch.  Again, take break in the middle of the afternoon.

12              With that kind of a schedule, is that something you

13    could handle physically, or do you think that would be a

14    problem?

15              THE PROSPECTIVE JUROR:  Well, I am in the process of

16    healing, your Honor.  The pain is pretty severe.  I am still

17    taking medication for it.  So I wouldn't want to risk doing it

18    for any longer period.

19              THE COURT:  Okay.  You are going to work every day?

20              THE PROSPECTIVE JUROR:  I am, your Honor.

21              THE COURT:  Okay.  So how do you deal with the pain at

22    work?

23              THE PROSPECTIVE JUROR:  I drive to work and then I

24    stand for a few hours each day because I cannot sit down.

25              THE COURT:  Okay.  Thank you, sir.
```

```
 1              THE PROSPECTIVE JUROR:  Yes, sir.

 2              THE COURT:  Appreciate your time.

 3              Ladies and gentlemen, what I'd like to do is confer

 4    with the lawyers for a few minutes and then get back to you.

 5    We will tell you which of you we'd like to come back on Monday,

 6    and we will get your phone numbers, and which of you will be

 7    excused.

 8              So if you could give us a few more minutes, and I want

 9    to confer with the lawyers over here and speak to them briefly

10    hopefully, and then we can get back to you.  All right?  Then

11    you will be excused for the day.  All of you will be excused,

12    but those -- some of you, we are going to ask to come back on

13    Monday.  All right?  So excuse us for a few minutes.

14              I want to see counsel at sidebar.

15              (Thereupon, the following was heard sidebar.)

16              THE COURT:  Is there any -- are there any others that

17    you want or need to confer with?

18              MR. SCAROLA:  Juror number 142 has -- juror 142 did

19    not indicate a hardship, but has a pre-planned cruise May 3

20    through 6.  I don't know if your Honor wanted to --

21              THE COURT:  I am not going to make her change her

22    pre-planned cruise.

23              MR. SCAROLA:  I am only calling your attention to it

24    because there is no H there.

25              THE COURT:  No, I saw it.  And I --
```

```
 1              MR. SCAROLA:  That's fine.

 2              THE COURT:  I did not think that we should ask her to

 3    rearrange her cruise.

 4              MR. SCAROLA:  I agree.

 5              THE COURT:  Were there any others that you thought we

 6    should explore further?

 7              MR. SCAROLA:  No, sir.

 8              MR. DANTE:  No, your Honor.

 9              MR. CIOFFI:  No, Judge, although 115, Mr. Gray, I

10    think that's a mistake to force him on.  He's got a small kid,

11    and he's not going to be able to -- plan to pick her up, I

12    think, on a timely basis.

13              THE COURT:  I thought he said she could go to

14    aftercare.

15              MR. SCAROLA:  Aftercare, yes.  He did say that.

16              MR. CIOFFI:  He did, but the timing, I think, is

17    difficult.  I thought he had to pick her up at 5:00 o'clock.

18              THE COURT:  Well, I don't think he knows, and I think

19    we can ask him to look into that and tell us on Monday.  So at

20    this point, I think we should leave him in, and he can tell us

21    on Monday if there are any issues.

22              MR. CIOFFI:  Okay.

23              THE COURT:  So I am going to ask -- let me just go

24    over the ones that I am going to ask to come back.  115, 125,

25    127, 130, 133, 134, 135, 139, and 140.  I'm sorry, and -- yes,
```

1    140.  I am not going to -- Mr. Darcy, I am not going to --

2              MR. CIOFFI:  I agree with that.

3              THE COURT:  Are there any others that I skipped that I

4    should have included?  I don't want to excuse them if -- I

5    don't want to, by mistake, excuse someone that's still willing

6    to serve.  Did I miss any?

7              MR. CIOFFI:  I don't think you did, Judge.

8              MR. DANTE:  I think we are good.

9              MR. SCAROLA:  Thank you.

10             THE COURT:  Mr. Garcia, did I miss any?

11             MR. GARCIA:  No, thanks.

12             (In open court.)

13             THE COURT:  Thank you, ladies and gentlemen, for your

14   cooperation.  So these are the individuals from the group here

15   this morning that I am going to ask to come back on Monday.  If

16   you could be back on Monday at 9:45 a.m.  We are going to start

17   a little later on Monday.

18             And if you have any -- if there were any issues that

19   we were discussing when I was discussing with you that you need

20   to follow up with and verify, would you please do that by

21   Monday.

22             So, Mr. Gray, if you can be back on Monday.  If you

23   need to -- I think one of your colleagues or teachers agreed

24   you get paid.  So if you could check on your aftercare

25   situation for your daughter and look into that and make sure

1    that is not going to be a problem.  You can let us know on

2    Monday.  All right?

3          So Mr. Gray.

4          Mr. Rodriguez, please be back Monday, Mr. Reeves.

5          Mr. Perez, if you can check -- right now, I am going

6    to ask you to come back, and then if you have learned that you

7    are not going to get compensated for the entire time, then let

8    us know.  Okay?

9          THE PROSPECTIVE JUROR:  Okay.

10         THE COURT:  Right now, I am going to ask you to stay

11   in the group.  Okay?

12         Ms. Daly-Young, for now, I am going to ask you to be

13   back on Monday.  And, again, you can -- if there are any issues

14   with the health of your brother-in-law, then we can discuss

15   that further on Monday.  Okay?

16         Ms. Davidson, if you could be back as well.  Thank

17   you.

18         Mr. Davis, if you could be back, please.

19         Ms. Huebbers -- I hope I said that correctly -- if you

20   could be back Monday.

21         Ms. Ray, if you could be back on Monday as well.

22         So the ones that I just called out, please don't leave

23   without giving your phone number, your cell phone number or

24   number where you can be reached, to Ms. Ferrante.  So if there

25   are any issues -- she will probably give you her number as

1   well.  If you need to -- let us know if there are any issues

2   with you.  And we will let you know if there's any change in

3   plans between now and Monday, which I don't expect there to be.

4        Those of you who are coming back, I am going to ask

5   you, please do not do any independent research about anything

6   you have heard in this case.  You don't know really what the

7   case is about yet.  So we haven't really described the case to

8   you, and we will do that on Monday.

9        But in the interim, don't get on the Internet and

10  start trying to investigate what this case might be about or

11  anything about the case.  You are not to read anything about

12  the case.

13       You are not to discuss the case with anyone.  Anything

14  you need to know about the case will be presented in the

15  courtroom during the course of the trial if you are selected.

16  And even during jury selection.  So please be aware of that.

17       If you happen to see any of the lawyers -- there are a

18  large group of people that have been introduced to you today.

19  You might run across them in the courthouse somewhere, either

20  as you are leaving today or Monday morning.  They are obligated

21  not to have contact with you, so please understand if they

22  don't acknowledge you or say hello, they are not being

23  discourteous to you.  They are obligated to avoid contact.

24       So they may kind of steer clear of you.  And not to be

25  rude, but, again, because they don't want to be accused of

 1   trying to unduly influence you in some way or another.  All

 2   right?

 3          So those of you who are not coming back on Monday,

 4   thank you for being with us today.  Some of you, I think, were

 5   here on Monday as well.  I'm sorry to have to bring you back

 6   for a second day.  But it was a pleasure having you, and good

 7   luck to all of you.  Leave those placards on the seats, please.

 8   Leave those at the seat.

 9          THE DEPUTY CLERK:  All rise.

10          (The prospective jurors exited the courtroom at

11   12:09 p.m.)

12          THE COURT:  Please be seated, everyone.

13          I might have saved a few jurors there.

14          MR. SCAROLA:  Nice work, sir.

15          MR. CIOFFI:  Well done.

16          THE COURT:  Anyway, is there anything else we need to

17   talk about today?

18          MR. SCAROLA:  No, your Honor.  We did a quick review

19   regarding likely cause challenges based upon what we saw in the

20   reports -- in the questionnaires.  It's going to be close, but

21   we might make it, just based upon that.

22          THE COURT:  You mean make it --

23          MR. SCAROLA:  Make -- be able to get a jury on Monday.

24          THE COURT:  I think so.  As I said, I saw close to 25

25   that they are willing to serve and did not have any negative

1  statements to be made about corporations, and that didn't

2  include some of them that we got this morning.  So I think we

3  should be in relatively good shape.

4          MR. SCAROLA:  See you 10:00 o'clock Monday morning.

5  Thank you very much.

6          THE COURT:  Anything else from --

7          MR. CIOFFI:  Judge, yes.  I'd like to raise the issue

8  with respect to the cause challenges, how does the court

9  envision questioning them?  Because I would like to contain any

10 bias they have from spreading throughout the whole panel.

11         In many jurisdictions, the court inquires either at

12 sidebar with white noise or back in chambers with the lawyers.

13 So it's important, I think, that they not talk about their bias

14 or why they have it.  It's also important that they are not

15 coerced through social pressure in saying, well, of course I

16 can be fair and impartial, even though they can't be.

17         So I think it's important it's really frank, and

18 whatever reasons they have for their bias, that it be

19 contained.  So we would ask you to question those jurors, which

20 we can identify to you over the weekend --

21         THE COURT:  You don't need to.  I read the

22 questionnaires.

23         MR. CIOFFI:  I mean, it's pretty blatant.  But we

24 would ask that you inquire either in chambers or at sidebar.

25         THE COURT:  Well, I am not going to do it in chambers,

1    but I may do it at sidebar.  But we will see how it develops.

2           Again, I think we have enough without any of those

3    questionable people that I would hope you can maybe agree

4    that -- you know, some of these statements in here are pretty

5    strong, and I don't know that there is any reason to try and

6    think you can rehabilitate them from their statements that when

7    you ask:

8           "Can be fair to a corporation in a trial?

9           "No."

10          MR. SCAROLA:  Or, as one juror put it, "Absolutely, I

11   am biased."

12          THE COURT:  So, I mean, on those, it would seem like

13   you can maybe reach some agreement rather than trying to think

14   you are going to be able to salvage them.

15          MR. SCAROLA:  We will be open to communication with

16   opposing counsel over the weekend, your Honor.

17          THE COURT:  Okay.  Thank you.

18          All right.  Have a nice weekend.  See you on Monday,

19   9:45.

20          (Proceedings adjourned to April 29, 2024, at

21   10:00 a.m.)

22

23

24

25

C E R T I F I C A T E

    I hereby certify that the foregoing is an accurate

transcription of the proceedings in the above-entitled matter.

April 26, 2024             /s/ Jill M. Wells
                           Jill M. Wells, RMR, CRR, CSR
                           Federal Official Court Reporter
                           400 N. Miami Avenue
                           Miami, FL 33128
                           jill_wells@flsd.uscourts.gov

**MR. CIOFFI: [64]** 5/2 5/11 6/12 6/19 7/15 7/20 12/5 17/19 17/21 20/24 21/24 22/12 22/15 22/17 22/20 22/25 24/1 24/9 25/3 25/16 25/20 25/23 28/9 28/21 29/22 30/4 30/22 31/2 31/4 31/8 31/12 31/15 31/18 31/22 32/8 32/11 32/14 32/20 32/25 33/7 34/2 34/4 34/8 34/20 34/23 36/2 36/20 37/5 37/14 37/21 37/24 38/10 38/25 39/12 45/25 46/15 70/9 70/16 70/22 71/2 71/7 74/15 75/7 75/23
**MR. COLLINGSWORTH: [1]** 45/18
**MR. DANTE: [7]** 16/16 41/11 41/16 41/23 46/17 70/8 71/8
**MR. GARCIA: [2]** 45/2 71/11
**MR. GREEN: [1]** 45/12
**MR. JACQUES: [1]** 45/15
**MR. REITER: [1]** 45/6
**MR. SCAROLA: [61]** 5/6 6/14 6/24 7/3 7/11 7/22 7/25 8/5 19/4 19/15 19/18 20/1 20/4 20/19 21/9 21/15 23/12 23/20 24/2 24/4 24/15 25/1 25/21 26/8 26/25 27/2 27/10 27/17 28/4 28/11 28/16 30/17 34/24 35/2 35/4 35/13 35/18 36/1 38/4 38/9 39/11 39/25 40/8 40/17 41/4 42/1 42/6 44/1 69/18 69/23 70/1 70/4 70/7 70/15 71/9 74/14 74/18 74/23 75/4 76/10 76/15
**MR. SCHERER: [1]** 44/18
**MR. SIMONS: [3]** 13/20 16/25 17/4
**MR. STOOLMAN: [6]** 12/10 12/19 13/17 13/19 14/24 16/6
**MR. WICHMANN: [1]** 44/25
**MS. FUNDORA-MURPHY: [8]** 26/2 26/14 27/14 27/22 27/25 28/7 28/19 46/14
**MS. JORDAN: [3]** 14/10 14/12 16/7
**MS. KROEGER: [2]** 4/9 44/20
**MS. VAHLSING: [1]** 45/4
**MS. VALENTIN-DIAZ: [1]** 44/23
**PROSPECTIVE JUROR: [1]** 62/17
**THE COURT: [268]**
**THE DEPUTY CLERK: [2]** 8/10 74/9
**THE PROSPECTIVE JUROR: [131]**

**/**

**/s [1]** 77/4

**0**

**01916 [1]** 1/2
**08-md-01916 [1]** 1/2

**1**

**10 [5]** 13/5 15/16 34/6 57/5 62/12
**1006 [2]** 12/25 14/3
**10118 [1]** 1/25
**10:00 [2]** 75/4 76/21
**10:15 or [1]** 68/9
**10:30 [1]** 68/9
**1100 [1]** 2/14
**115 [5]** 40/20 47/7 47/12 70/9 70/24
**1156 [1]** 2/11
**11780 [1]** 2/17
**11:12 [1]** 38/6
**11:21 [1]** 42/14
**11:30 or [1]** 37/16

**12 [4]** 3/4 31/5 34/6 62/11
**120 [1]** 42/6
**124 [1]** 41/17
**125 [2]** 58/21 70/24
**127 [1]** 70/25
**12:00 [1]** 27/7
**12:09 p.m [1]** 74/11
**12:42 [1]** 1/5
**130 [2]** 41/4 70/25
**133 [1]** 70/25
**134 [2]** 41/11 70/25
**135 [1]** 70/25
**138 [2]** 12/23 14/25
**139 [2]** 65/24 70/25
**13th [1]** 63/22
**140 [2]** 70/25 71/1
**142 [2]** 69/18 69/18
**144 [1]** 40/1
**14th [1]** 63/22
**15 [1]** 68/9
**15th [1]** 2/11
**1612 [1]** 1/18
**1650 [1]** 2/20
**17 [2]** 62/11 62/12
**1700 [1]** 3/7
**170901 [1]** 2/8
**18 [1]** 56/2
**1:00 [2]** 37/16 39/6

**2**

**20 [1]** 33/10
**20005 [1]** 2/14
**20006 [1]** 1/19
**20009 [1]** 2/11
**201 [1]** 3/7
**2024 [4]** 1/4 23/13 76/20 77/4
**2139 [1]** 1/13
**222 [1]** 2/20
**24 [3]** 26/6 26/10 26/12
**25 [3]** 39/17 39/22 74/24
**26 [2]** 1/4 77/4
**29 [3]** 60/14 60/18 76/20
**2:00 [1]** 37/23

**3**

**3 1/2 [1]** 56/2
**304 [1]** 2/7
**3042 [1]** 2/17
**31 [3]** 4/6 62/11 62/12
**33128 [2]** 3/13 77/6
**33301 [2]** 2/4 3/2
**33401 [1]** 2/21
**33402-3626 [1]** 1/13
**33408-3042 [1]** 2/17
**350 [1]** 1/24
**3626 [1]** 1/13

**4**

**400 [2]** 3/12 77/5
**403 [1]** 16/16
**45202 [1]** 3/8
**4:00 o'clock [1]** 49/8
**4:30 [1]** 49/9
**4:45 [1]** 53/16
**4th [1]** 2/4

**5**

**500N [1]** 2/17
**502 [1]** 2/11
**5:00 [4]** 49/14 49/15 49/17 70/17
**5:00 p.m [4]** 27/9 27/16 28/3 28/4
**5:30 [4]** 53/15 53/20 53/21 53/22

**6**

**609 [1]** 3/2
**633 [1]** 2/3
**6400 [1]** 1/24

**7**

**7th [1]** 3/1

**8**

**800 [1]** 1/19
**83 [1]** 5/19
**86 [1]** 62/3
**8:00 o'clock [2]** 48/16 48/18
**8:52 [1]** 1/5 4/1

**9**

**90 [2]** 24/11 24/12
**91 [1]** 1/6
**9:00 [3]** 8/7 49/15 53/21
**9:00 a.m [1]** 53/14
**9:00 o'clock [2]** 48/19 48/21
**9:13 [1]** 8/7
**9:45 [1]** 76/19
**9:45 a.m [1]** 71/16
**9:54 [1]** 38/6

**A**

**a.m [8]** 1/5 4/1 8/7 38/6 42/15 53/14 71/16 76/21
**abhorrent [1]** 25/6
**ability [1]** 43/13
**able [32]** 10/18 16/3 18/16 18/17 22/14 29/13 39/7 39/23 40/22 42/4 48/21 48/25 49/15 49/16 49/22 49/25 50/10 51/12 53/2 55/10 60/12 60/23 62/14 64/4 64/8 64/23 65/4 65/8 66/24 70/11 74/23 76/14
**about [60]** 5/3 5/8 5/12 5/14 5/18 6/7 6/8 8/17 9/7 11/11 11/13 15/9 17/13 17/21 18/21 18/22 19/25 20/22 21/6 21/15 22/1 24/7 24/24 25/3 27/8 28/9 29/6 29/11 29/11 29/23 29/25 30/23 34/5 36/25 38/18 39/21 39/22 41/7 41/16 41/24 43/13 44/7 47/5 49/14 55/19 55/22 56/6 57/11 68/7 68/9 68/9 73/5 73/7 73/10 73/11 73/11 73/14 74/17 75/1 75/13
**above [1]** 77/3
**above-entitled [1]** 77/3
**Absolutely [1]** 76/10
**accept [6]** 32/4 33/13 33/15 33/15 33/17 33/23
**accepted [1]** 33/24
**accurate [3]** 41/7 50/6 77/2
**accused [1]** 73/25
**acknowledge [1]** 73/22
**across [2]** 45/1 73/19
**act [2]** 14/17 42/18
**Acta [2]** 12/23 14/25
**action [1]** 45/22

**A**

**actual** [1] 43/16
**actually** [3] 16/13 63/5 63/6
**add** [1] 16/16
**addition** [1] 21/13
**additional** [4] 20/4 21/17 29/3 64/12
**address** [7] 13/20 13/21 14/24 16/7
19/5 19/13 20/25
**addressed** [1] 20/3
**adjourned** [1] 76/20
**admissible** [1] 14/2
**admitted** [1] 15/14
**advance** [2] 26/11 26/12
**Advocates** [1] 45/20
**affect** [2] 38/21 38/22
**affects** [2] 52/5 52/12
**after** [18] 4/23 5/3 9/13 12/14 17/13
31/16 31/17 31/19 32/6 33/3 34/11 35/16
35/19 36/10 49/17 50/2 55/12 68/11
**aftercare** [9] 49/10 49/14 49/16 50/9
53/18 53/20 70/14 70/15 71/24
**afternoon** [8] 11/1 11/16 25/2 27/6
28/24 39/10 61/2 68/11
**afterwards** [1] 34/1
**again** [27] 7/7 7/18 9/16 9/22 10/10
10/11 10/22 15/8 16/1 17/10 19/17 19/20
19/23 34/13 36/22 38/12 42/17 42/19
46/25 61/12 62/21 65/1 67/8 68/11 72/13
73/25 76/2
**against** [3] 9/4 9/5 32/22
**ago** [1] 63/8
**agree** [8] 26/2 26/11 37/14 37/24 41/9
70/4 71/2 76/3
**agreeable** [1] 28/25
**agreed** [5] 26/20 26/22 39/3 55/18
71/23
**agreement** [10] 26/5 26/18 28/2 30/7
30/11 30/19 30/24 36/2 39/11 76/13
**ahead** [1] 57/3
**Alberto** [1] 20/6
**alerting** [1] 20/15
**ALIEN** [1] 1/4
**all** [71] 4/14 5/3 10/11 10/12 10/16
13/16 14/9 15/1 15/8 16/24 17/5 17/12
18/25 19/9 19/23 21/24 22/18 23/22
24/23 26/1 27/16 28/8 29/3 31/3 31/18
31/20 33/2 33/3 33/10 36/17 36/23 37/8
37/11 37/12 38/1 38/3 39/3 39/13 39/14
42/13 43/11 43/21 46/8 46/9 46/22 47/15
48/8 50/24 54/14 54/18 58/2 58/17 58/19
59/23 60/21 61/9 62/9 63/4 63/12 63/18
64/18 65/16 66/23 69/10 69/11 69/13
72/2 74/1 74/7 74/9 76/18
**allegations** [1] 9/4
**alleged** [1] 13/21
**allow** [4] 19/1 19/13 23/24 29/4
**allowed** [1] 4/6
**alluded** [1] 17/24
**along** [2] 45/20 46/7
**already** [5] 5/9 5/20 20/15 21/13 24/19
29/16 29/16 33/23 34/13 40/5 40/15
43/23
**also** [16] 4/22 11/11 14/3 15/23 25/3
38/13 41/5 41/11 41/16 42/7 44/8 45/5
53/24 59/15 66/7 75/14
**alternate** [3] 31/25 31/25 32/2

**alternative** [1] 15/3
**although** [1] 70/9
**am** [78]
**among** [2] 9/6 46/11
**amount** [2] 8/24 18/3
**another** [6] 4/7 15/3 22/10 39/5 55/12
74/1
**answer** [3] 52/11 59/11 61/6
**answered** [1] 43/14
**anticipated** [1] 7/4
**any** [57] 4/17 5/6 5/7 5/24 9/25 11/11
11/12 11/13 11/14 17/2 17/3 17/16 21/8
21/15 31/10 32/5 34/7 39/23 40/10 40/15
40/18 43/22 45/9 45/9 48/20 50/2 51/2
52/1 53/12 53/23 54/15 55/9 55/17 57/13
63/13 63/14 64/11 68/18 69/16 69/16
70/5 70/21 71/3 71/6 71/10 71/18 71/18
72/13 72/25 73/1 73/2 73/5 73/17 74/25
75/9 76/2 76/5
**anybody** [1] 35/24
**anyone** [1] 73/13
**anything** [12] 5/8 16/25 17/18 21/13
25/10 35/3 73/5 73/11 73/11 73/13 74/16
75/6
**anyway** [5] 30/3 30/18 41/2 42/9 74/16
**apologize** [4] 7/3 24/13 27/25 57/10
**apostille** [3] 14/5 15/4 15/5
**apparently** [1] 51/6
**appear** [3] 26/23 28/2 52/22
**APPEARANCES** [2] 1/10 2/1
**appeared** [1] 22/2
**application** [2] 14/18 33/8
**apply** [2] 15/23 28/12
**appreciate** [2] 59/12 69/2
**approach** [1] 25/11
**appropriate** [8] 5/16 5/17 13/14 15/12
15/15 18/15 25/14 25/15
**appropriately** [1] 20/25
**approximately** [4] 9/20 39/17 63/10
63/11
**April** [4] 1/4 23/13 76/20 77/4
**April 3** [1] 23/13
**are** [184]
**areas** [6] 29/7 29/15 29/19 29/20 34/17
38/15
**argue** [2] 12/7 31/15
**argued** [1] 13/1
**argument** [5] 5/17 5/24 15/3 16/16 19/3
**arguments** [5] 15/1 15/9 15/13 15/17
18/10
**around** [1] 63/13
**arrange** [1] 49/22
**arrangements** [1] 66/24
**as** [62] 4/14 4/14 6/3 9/22 9/7 10/8 12/12
13/11 14/16 14/19 14/20 15/10 15/16
16/17 16/21 17/7 17/10 18/1 18/2 18/18
19/14 19/14 19/16 19/16 20/11 21/1 23/4
23/10 23/15 24/19 25/6 25/25 28/10 29/7
29/10 29/20 32/6 36/8 36/13 36/21 40/12
40/17 40/22 42/18 46/3 47/2 48/6 48/9
48/13 59/24 59/24 60/11 60/11 64/8 67/1
72/16 72/21 72/25 73/20 74/5 74/24
76/10
**aside** [2] 28/23 29/13
**ask** [24] 8/23 9/9 9/11 9/18 9/21 10/23
25/11 46/22 48/15 50/13 52/10 69/12

76/2 70/19 76/23 70/24 79/5 72/8 72/10
72/12 73/4 75/19 75/24 76/7
**asked** [3] 18/3 27/19 53/5
**asking** [4] 22/24 32/25 57/11 57/13
**assailant's** [1] 14/16
**assailants** [1] 16/12
**assembly** [1] 8/8
**asserted** [3] 14/15 15/19 16/20
**assigned** [1] 31/5
**assist** [1] 9/9
**assistant** [1] 41/19
**assume** [4] 28/11 55/11 60/21 60/22
**assuming** [6] 50/5 50/8 60/10 62/23
63/12 64/18
**attack** [1] 15/25
**attempting** [1] 29/25
**attend** [1] 54/15
**attends** [1] 49/11
**attention** [3] 10/24 20/5 69/23
**attorney** [2] 4/9 44/24
**attorneys** [3] 19/7 43/23 44/15
**AUC** [3] 12/20 16/21 19/12
**AUC's** [1] 19/6
**aunt** [1] 56/24
**authenticated** [1] 14/5
**authentication** [2] 15/5 15/9
**automatically** [1] 35/24
**available** [3] 4/16 4/16 38/2
**Avenida** [1] 2/7
**Avenue** [4] 1/24 2/20 3/12 77/5
**avoid** [2] 30/19 73/23
**aware** [2] 24/24 73/16
**awareness** [1] 14/15

**B**

**baby** [1] 56/3
**back** [58] 4/7 4/8 4/10 4/13 7/5 7/14
11/2 26/10 32/2 32/6 33/22 33/25 35/8
35/9 35/11 35/12 36/14 37/16 37/19 39/5
41/25 43/11 43/20 50/7 50/13 51/1 51/9
60/7 61/1 61/5 62/2 62/4 64/13 64/13
64/16 64/17 68/3 68/3 68/10 69/4 69/5
69/10 69/22 70/24 71/15 71/16 71/22
72/4 72/6 72/13 72/16 72/18 72/20 72/21
73/4 74/3 74/5 75/12
**backstriking** [4] 6/9 32/21 33/8 33/24
**bananas** [1] 30/17
**Barnhart** [2] 1/12 44/5
**based** [9] 5/20 5/22 19/24 30/9 30/19
43/14 45/19 74/19 74/21
**basically** [1] 36/25
**basis** [1] 70/12
**be** [205]
**Beach** [11] 1/3 1/13 1/13 2/17 2/21 44/5
44/22 45/3 45/13 47/17 47/20 53/16
**beat** [1] 13/7
**because** [27] 4/7 8/4 10/4 12/24 15/18
15/24 24/20 25/23 26/15 30/1 34/12
35/23 36/24 37/3 37/22 41/12 48/5
48/16 53/2 53/16 55/6 61/16 63/14 68/24
69/24 73/25 75/9
**been** [19] 5/10 6/22 8/15 14/4 20/10
26/9 27/18 31/5 35/11 43/3 48/2 55/20
56/4 62/2 62/20 62/25 63/2 63/9 73/2
**before** [27] 1/8 5/8 8/10 8/16 11/2 11/9
13/15 24/3 24/9 25/23 26/7 26/23 26/24

**B**

**before...** [14]  27/9 27/15 28/6 28/11 30/8 30/24 32/12 35/23 35/25 42/11 43/1 43/22 49/2 68/2
**began** [1]  5/12
**begin** [1]  43/16
**behalf** [2]  12/11 42/19
**being** [26]  9/24 10/12 10/17 10/25 11/4 11/6 13/8 13/11 15/21 16/22 34/21 39/23 40/22 42/17 42/20 42/24 48/6 48/11 48/24 49/25 52/6 53/2 55/19 64/8 73/22 74/4
**belief** [2]  5/22 5/22
**believe** [11]  10/13 10/15 14/6 25/14 25/15 30/1 30/13 43/5 49/19 53/25 61/14
**Bellwether** [1]  20/6
**benches** [1]  67/20
**best** [3]  4/19 24/16 56/5
**better** [1]  37/15
**between** [4]  8/21 8/23 50/6 73/3
**beyond** [5]  6/17 6/20 6/25 7/4 29/2
**bias** [4]  29/24 75/10 75/13 75/18
**biased** [1]  76/11
**big** [7]  10/14 29/9 29/24 30/14 38/15 39/18 56/3
**biggest** [3]  56/24 57/4 62/17
**Bill** [1]  44/25
**biographical** [2]  29/15 34/14
**biopsy** [1]  52/8
**birth** [1]  55/7
**bit** [6]  9/7 29/22 33/7 36/5 36/6 67/17
**Blank** [2]  3/6 46/9
**blankrome.com** [5]  3/8 3/9 3/9 3/10 3/10
**blatant** [1]  75/23
**board** [5]  50/8 54/13 66/7 66/20 66/22
**boots** [2]  51/22 51/25
**boss** [1]  66/22
**both** [7]  7/16 7/18 26/22 27/12 32/4 33/17 33/25
**bother** [1]  37/1
**bothers** [1]  38/24
**bottom** [1]  12/16
**Boulevard** [1]  1/13
**box** [4]  31/9 31/10 34/6 44/14
**BRANDS** [3]  1/3 8/22 46/7
**break** [4]  60/22 68/9 68/10 68/11
**breaks** [1]  68/7
**brief** [3]  6/3 12/6 19/2
**briefing** [1]  15/2
**briefly** [3]  13/20 16/7 69/9
**bring** [13]  11/9 20/7 36/5 36/10 36/21 37/12 39/3 39/13 42/13 43/11 51/9 62/4 74/5
**bringing** [1]  9/3
**brother** [4]  13/7 38/19 63/13 72/14
**Building** [1]  45/7
**bullet** [3]  12/19 12/21 13/5
**burden** [5]  27/12 52/14 56/25 57/5 57/15
**business** [7]  26/24 27/5 27/15 51/18 52/3 52/13 52/15

**C**

**call** [7]  4/16 9/14 20/5 21/5 60/2 61/5 64/10

**called** [16]  4/14/8 4/10 4/13 4/18 6/4 8/15 26/22 27/4 27/7 44/5 44/11 45/20 46/9 47/13 72/22
**calling** [2]  47/3 69/23
**Camacho** [1]  12/22
**came** [5]  22/1 23/4 62/15 62/15 62/21
**can** [67]  4/19 6/22 6/24 8/5 9/4 10/15 12/8 15/13 16/2 20/13 20/21 21/19 23/8 26/2 26/10 27/8 29/1 29/18 30/10 30/13 30/18 30/19 34/18 38/2 38/14 39/9 39/15 39/22 42/12 43/5 43/8 43/19 49/4 50/6 50/7 50/9 50/15 51/3 52/1 52/11 54/2 54/22 58/10 58/24 59/3 59/8 60/25 61/5 64/15 65/17 67/9 67/24 69/10 70/19 70/20 71/22 72/1 72/5 72/13 72/14 72/24 75/16 75/20 76/3 76/6 76/8 76/13
**can't** [11]  23/3 23/23 23/24 32/5 32/6 33/22 40/25 58/7 58/14 67/15 75/16
**cannot** [5]  9/17 11/13 23/3 33/25 68/24
**care** [9]  21/25 33/4 41/1 49/24 56/1 56/16 56/20 56/24 62/22
**Carrizosa** [1]  14/1
**case** [37]  1/2 4/1 4/13 4/21 5/13 5/14 7/2 7/3 7/22 8/4 8/4 8/14 8/20 9/20 9/23 10/24 11/11 11/13 15/18 16/2 16/21 19/19 29/13 34/20 42/19 42/20 43/2 43/14 44/16 73/6 73/7 73/7 73/10 73/11 73/12 73/13 73/14
**case-specific** [1]  19/19
**cases** [7]  6/16 18/4 24/15 37/2 37/3 37/4 44/12
**catastrophic** [1]  57/6
**category** [1]  13/23
**cause** [14]  29/20 30/8 31/16 32/9 32/12 32/16 32/17 32/24 33/2 33/3 33/9 34/17 74/19 75/8
**Cecily** [1]  54/24
**cell** [1]  72/23
**Center** [1]  3/7
**CEO** [1]  41/15
**certain** [1]  30/7
**certainly** [1]  30/9
**certify** [1]  77/2
**CFO** [1]  64/5
**challenge** [1]  29/20
**challenges** [5]  6/9 31/16 31/21 74/19 75/8
**chambers** [3]  75/12 75/24 75/25
**chance** [4]  36/11 37/19 38/11 44/7
**change** [3]  62/23 69/21 73/2
**check** [2]  71/24 72/5
**Chen** [1]  57/20
**child** [6]  48/22 48/25 49/6 49/16 49/25 50/9
**children** [3]  53/9 53/22 55/6
**children's** [4]  41/20 41/21 42/2 53/3
**Chimborazo** [1]  2/7
**CHIQUITA** [6]  1/3 8/22 9/4 12/11 18/20 46/7
**choice** [1]  18/7
**Cincinnati** [1]  3/8
**cioffi** [7]  3/4 3/8 20/21 20/23 23/15 24/7 45/24
**Circuit** [1]  14/1
**circumstances** [1]  19/10
**citizens** [1]  46/3

**City** [1]  45/8
**claim** [2]  19/3 40/10
**claims** [2]  9/4 41/12
**clarification** [2]  19/5 27/17
**clarify** [4]  14/14 26/24 27/14 28/1
**clause** [1]  13/10
**clear** [5]  27/16 28/1 29/24 37/7 73/24
**clearer** [1]  34/3
**clearly** [2]  14/19 16/20
**client's** [1]  22/21
**clients** [2]  18/14 18/22
**climate** [1]  46/10
**close** [6]  24/9 27/24 39/8 55/16 74/20 74/24
**closing** [3]  15/14 16/4 18/9
**co** [2]  44/8 45/13
**co-counsel** [2]  44/8 45/13
**coerced** [1]  75/15
**Cohen** [4]  2/13 2/16 44/21 45/16
**cohenmilstein.com** [2]  2/15 2/18
**colleagues** [3]  46/8 46/12 71/23
**college** [2]  42/2 42/3
**COLLINGSWORTH** [2]  2/10 45/19
**Colombia** [4]  22/11 22/13 22/16 23/19
**Colombian** [1]  23/18
**combination** [1]  37/5
**combine** [1]  43/10
**come** [28]  5/14 6/1 8/11 22/14 30/7 30/10 30/18 35/11 36/14 37/16 37/16 39/5 40/25 43/20 48/2 48/16 48/18 50/7 50/13 51/1 53/13 56/23 68/10 69/5 69/12 70/24 71/15 72/6
**comes** [1]  56/21
**comfortable** [2]  67/19 67/20
**coming** [6]  38/22 48/12 62/18 66/12 73/4 74/3
**Comisky** [1]  3/6
**commander** [1]  12/22
**comment** [1]  24/24
**comments** [2]  6/17 8/5
**commitment** [3]  54/1 55/21 55/22
**committing** [2]  14/20 27/3
**communication** [1]  76/15
**community** [4]  8/18 8/25 9/17 10/20
**company** [4]  8/21 9/5 57/2 57/5
**compensate** [1]  11/7
**compensated** [9]  10/6 11/3 11/6 50/8 59/22 60/11 64/19 65/2 72/7
**compensation** [1]  64/12
**complete** [2]  14/5 15/6
**completely** [1]  36/16
**concern** [3]  34/17 48/24 62/17
**concerned** [4]  17/13 25/3 29/23 29/25
**condition** [5]  20/8 22/1 22/3 23/1 23/10
**conduct** [2]  11/11 32/9
**conducting** [1]  14/16
**confer** [2]  69/3 69/9 69/17
**confessed** [1]  12/20
**confirm** [4]  58/23 59/18 65/17 66/1
**Conrad** [4]  2/3 2/6 2/10 44/19
**conradscherer.com** [2]  2/5 2/9
**consequence** [1]  20/11
**consider** [1]  40/18
**consideration** [1]  64/11
**considered** [2]  42/18 43/12
**considering** [1]  27/11

**C**

**consistent** [1]  23/17
**consolidated** [1]  44/12
**contact** [4]  11/5 59/25 73/21 73/23
**contain** [1]  75/9
**contained** [1]  75/19
**contention** [1]  21/22
**context** [1]  17/11
**continue** [3]  32/16 43/1 43/20
**Continued** [1]  2/1
**continues** [1]  11/17
**convince** [2]  5/9 42/5
**cooperation** [2]  47/1 71/14
**copy** [2]  9/12 12/8
**corner** [1]  12/17
**corporation** [2]  39/24 76/8
**corporations** [7]  5/22 29/10 29/24 30/14 38/15 39/19 75/1
**correct** [15]  47/13 47/17 48/6 50/9 51/8 55/8 58/9 58/16 58/21 59/17 63/23 65/18 65/24 66/2 67/9
**correctly** [3]  56/8 65/22 72/19
**could** [45]  5/2 5/23 8/4 9/10 11/4 13/24 17/21 20/24 21/4 23/7 23/21 25/7 25/10 25/24 26/5 26/17 30/7 33/7 37/1 37/3 39/18 47/8 47/10 48/15 49/17 49/19 54/15 55/16 55/17 59/15 59/20 61/3 64/3 64/5 66/2 66/15 68/13 69/8 70/13 71/16 71/24 72/16 72/18 72/20 72/21
**couldn't** [8]  50/3 53/13 53/23 55/5 59/4 59/7 61/16 63/15
**counsel** [5]  5/17 8/9 20/16 25/10 44/8 45/13 69/14 76/16
**count** [1]  25/7
**counterdesignate** [1]  26/16
**counterdesignations** [4]  20/12 20/16 23/21 23/25
**County** [2]  47/17 47/20
**couple** [5]  6/2 20/20 21/24 22/1 25/24
**course** [4]  5/4 32/23 73/15 75/15
**court** [22]  1/1 3/12 4/1 5/25 7/4 12/1 13/1 13/13 13/25 17/23 20/15 25/10 30/22 36/4 36/16 36/23 43/8 47/14 71/12 75/8 75/11 77/5
**court's** [3]  19/12 20/5 24/11
**courthouse** [1]  73/19
**courtroom** [9]  7/12 9/15 36/9 42/14 46/13 47/10 61/4 73/15 74/10
**cover** [3]  29/20 40/12 42/10
**covered** [1]  19/9
**covers** [1]  57/5
**create** [1]  21/6
**criticizing** [1]  22/23
**cross** [1]  28/13
**cross-examination** [1]  28/13
**CRR** [2]  3/11 77/4
**cruise** [3]  69/19 69/22 70/3
**CSR** [2]  3/11 77/4
**Cumbay** [1]  2/8
**curse** [2]  13/8 13/10
**cushioned** [1]  67/19

**D**

**Daly** [2]  61/9 72/12
**damage** [2]  18/23 19/3
**damages** [1]  18/23

**dante** [3]  3/4 5/9 46/16
**Darcy** [2]  67/13 71/1
**dates** [1]  20/1
**daughter** [6]  41/1 48/15 55/11 55/15 55/16 71/25
**daughter's** [3]  60/14 60/17 60/23
**Davidson** [3]  63/19 63/20 72/16
**Davis** [2]  65/14 72/18
**day** [31]  1/8 26/23 26/24 27/4 27/5 27/9 27/15 28/6 31/6 36/13 37/3 38/21 40/21 40/24 40/25 41/1 48/9 48/12 48/25 51/23 51/25 53/6 56/14 61/19 61/20 62/19 68/8 68/19 68/24 69/11 74/6
**days** [9]  12/3 20/20 41/12 43/4 54/6 57/5 59/25 60/5 64/10
**DC** [5]  1/19 2/11 2/14 44/10 45/19
**deadline** [1]  14/6
**deadlines** [1]  28/12
**deal** [2]  39/24 68/21
**dealing** [4]  18/21 32/13 34/5 47/14
**dealt** [1]  24/4
**death** [1]  19/21
**deaths** [4]  19/11 19/22 19/23 19/24
**decedent** [1]  19/8
**decedents'** [1]  19/6
**decide** [6]  9/17 25/1 25/13 25/15 39/4 46/3
**decided** [1]  36/24
**deciding** [1]  34/9
**decision** [2]  9/2 43/19
**decisions** [1]  10/21
**deck** [2]  6/3 12/6
**declaration** [3]  21/20 23/9 23/14
**deeply** [1]  29/23
**defendant** [3]  3/4 46/6 46/7
**defendant's** [2]  14/13 19/1
**defense** [1]  24/5
**defer** [1]  36/16
**demonstrative** [1]  24/21
**demonstratives** [1]  12/8
**Denney** [1]  1/12 44/5 45/3
**deny** [4]  32/15 32/17 32/24 33/4
**depending** [2]  4/23 48/19
**deposed** [1]  20/10
**deposition** [12]  13/12 20/11 20/13 21/1 21/8 22/6 22/7 22/7 22/8 22/11 23/24 26/6
**depositions** [3]  22/2 23/5 26/4
**deputy** [1]  61/4
**DERIVATIVE** [1]  1/4
**described** [1]  73/7
**description** [1]  7/2
**designation** [1]  13/12
**designations** [2]  20/12 26/6
**determination** [5]  13/15 17/25 23/2 30/23 42/25
**determine** [2]  9/6 10/15
**developed** [1]  20/8
**develops** [2]  30/5 76/1
**devices** [1]  11/12
**diabetes** [1]  55/17
**Diaz** [1]  44/24
**did** [34]  6/18 6/18 6/20 7/1 12/4 13/11 18/20 21/7 21/12 21/12 24/4 24/9 24/13 36/19 36/20 36/23 37/2 40/1 40/15 51/6 56/8 59/1 60/2 65/22 66/11 69/18 70/2

**didn't** [16]  6/21 17/2 18/2 23/5 24/5 27/18 37/2 39/18 40/6 57/9 59/3 59/6 59/11 60/13 63/20 75/1
**different** [5]  19/21 20/2 22/5 30/1 47/22
**difficult** [3]  55/24 56/4 70/17
**difficulty** [1]  4/5
**dire** [5]  6/7 28/10 28/21 31/8 34/9
**direct** [1]  28/15
**director** [3]  52/23 64/11 64/17
**disclosure** [2]  12/14 28/6
**discourteous** [1]  73/23
**discuss** [6]  12/4 42/22 42/24 43/18 72/14 73/13
**discussed** [4]  20/15 28/10 29/22 65/8
**discussing** [2]  71/19 71/19
**discussion** [2]  5/2 25/24
**dispute** [1]  8/23
**disputes** [1]  46/4
**disruptive** [1]  25/9
**DISTRICT** [3]  1/1 1/1 1/9
**dives** [1]  6/8
**do** [75]  4/19 5/6 7/13 7/14 7/16 7/17 7/18 7/19 8/1 8/17 9/3 10/12 11/11 11/14 15/18 16/25 18/9 21/4 21/19 21/20 22/13 22/13 22/16 22/16 22/18 23/12 23/20 24/14 24/16 27/8 27/12 28/12 28/23 29/3 29/4 31/21 31/22 31/23 32/11 33/2 33/11 33/12 33/14 33/15 33/15 34/9 35/22 36/18 36/20 42/22 47/22 52/1 53/7 53/15 54/8 55/19 57/6 57/24 57/25 58/7 60/25 61/20 62/6 64/10 66/3 67/25 68/13 68/21 69/3 71/20 73/5 73/5 73/8 75/25 76/1
**doctor** [2]  23/16 68/4
**doctor's** [1]  21/21
**doctors** [1]  65/11
**document** [4]  12/25 15/4 15/5 15/10
**documentation** [1]  23/9
**does** [7]  15/23 34/3 48/11 49/6 56/23 62/1 75/8
**doesn't** [1]  38/21
**doing** [4]  35/11 48/2 57/22 68/17
**don't** [71]  5/16 5/23 6/16 7/6 10/22 11/14 14/7 14/21 15/14 17/3 17/15 18/4 18/5 18/10 18/18 21/4 24/12 25/9 26/8 27/2 27/6 27/10 27/18 30/24 31/10 31/11 31/21 34/14 35/7 35/8 35/15 35/17 35/18 35/23 37/22 38/11 38/14 38/22 39/3 39/21 39/22 39/23 40/12 40/23 40/24 41/6 41/24 42/10 42/10 45/8 45/8 46/10 52/8 57/16 59/22 62/18 64/18 65/1 69/20 70/18 71/4 71/5 71/7 72/22 73/3 73/6 73/9 73/22 73/25 75/21 76/5
**done** [8]  24/18 25/8 26/10 32/12 39/7 47/24 49/18 74/15
**down** [9]  7/5 7/14 7/18 7/19 13/6 35/24 57/9 57/12 68/24
**downstairs** [3]  4/4 5/9 5/12
**drive** [1]  68/23
**due** [1]  5/21
**during** [5]  16/2 22/18 46/21 73/15 73/16
**duty** [1]  64/10

**E**

**each** [13]  9/7 17/25 19/1 24/10 29/17

**E**

each... [8]  34/9 34/12 34/18 34/24 40/7 44/16 52/4 68/24
earlier [3]  6/9 34/5 48/20
early [4]  11/1 11/16 24/10 35/10 53/22
EarthRights [5]  1/18 6/3 44/11 44/24 45/5
EarthRights' [1]  12/6
earthrights.org [5]  1/20 1/20 1/21 1/21 1/22
Edificio [1]  2/7
editing [1]  26/10
editorial [1]  24/24
education [2]  42/2 42/3
effort [1]  26/11
ehager [1]  2/9
eight [2]  56/22 63/3
either [6]  7/16 32/15 46/10 73/19 75/11 75/24
electric [1]  11/12
Eleventh [1]  13/25
elicit [1]  16/2
else [10]  17/18 28/8 35/3 35/6 54/15 58/10 64/24 65/4 74/16 75/6
Email [1]  3/3
emergency [5]  62/15 62/15 62/21 62/22 63/14
emotional [1]  56/5
emotionally [2]  55/18 55/24
emphasize [1]  10/3
Empire [1]  45/7
employ [1]  52/4
employed [1]  38/20
employees [1]  30/15
employer [5]  10/6 11/4 11/5 40/2 41/5
employers [1]  11/7
end [5]  32/5 33/21 42/9 49/2 55/7
enough [8]  10/16 23/3 27/24 28/24 34/11 39/17 53/22 76/2
entered [1]  42/14
entire [7]  31/12 51/20 57/16 60/5 60/22 61/13 72/7
entitled [1]  77/3
envision [2]  31/22 75/9
equal [1]  27/12
ERIC [1]  2/6
especially [1]  16/23
Esperante [1]  2/20
essentially [1]  21/11
establish [1]  16/11
estimate [1]  24/22
ESTRADA [3]  1/11 44/3 45/14
Evaristo [2]  13/7 16/10
even [12]  14/18 16/19 29/25 30/8 30/20 37/1 39/9 48/19 52/8 57/13 73/16 75/16
event [5]  23/22 23/24 45/9 55/23 56/3
ever [1]  25/8
everchanging [2]  62/25 63/2
every [18]  18/18 26/11 38/21 40/21 40/24 40/25 41/1 47/3 48/9 48/12 48/25 51/23 51/25 53/6 56/14 61/19 61/20 68/19
everybody [3]  31/11 38/7 47/10
everyone [8]  4/16 8/12 31/19 42/20 44/23 45/4 45/18 74/12
everything [2]  35/10 50/14

evidence [11]  15/1 15/24 15/21 15/24 16/1 16/10 17/14 18/23 18/25 19/5 19/20
exactly [1]  26/17 36/20 54/8
examination [2]  28/13 31/21
examined [1]  31/12
examining [2]  35/15 35/21
example [7]  10/5 10/8 27/5 29/8 38/18 41/2 48/14
Excellent [1]  58/3
Except [2]  61/21 61/23
exception [2]  15/18 15/23
exchange [5]  24/20 26/5 26/12 26/20 28/2
exchanged [1]  14/6
exchanges [1]  26/9
excited [2]  14/19 15/23
excluded [1]  13/24
excuse [9]  10/16 40/6 42/11 43/6 53/8 62/22 69/13 71/4 71/5
excused [8]  10/5 30/8 39/3 43/2 43/19 69/7 69/11 69/11
executive [1]  66/21
exhibits [8]  24/21 26/19 26/21 26/22 27/3 27/6 28/12 28/14
existing [1]  5/21
exists [1]  8/23
exited [1]  74/10
expect [3]  45/8 60/25 73/3
expected [1]  42/7
expecting [1]  55/6
expert [1]  12/25
explore [6]  39/1 40/11 40/14 47/4 67/16 70/6
extent [2]  16/17 17/6

**F**

Fabian [1]  13/7
Fabio [1]  20/6
face [1]  46/22
fact [4]  5/18 15/8 16/13 32/15
facts [1]  5/12
fair [6]  5/23 9/10 29/13 43/13 75/16 76/8
falls [1]  13/23
families [1]  45/10
family [2]  55/10 61/16
far [2]  4/14 59/24
father [6]  40/23 48/5 48/11 53/2 53/3 53/8
Federal [2]  2/3 77/5
feel [2]  25/12 55/18
feeling [1]  68/2
Ferrante [3]  46/22 61/4 72/24
few [13]  8/11 11/2 12/3 39/20 44/6 58/15 62/3 62/24 68/24 69/4 69/8 69/13 74/13
Fifth [3]  1/24 2/14 3/7
figure [1]  26/15 38/3
filing [1]  20/17
fill [2]  9/9 9/11
filling [1]  6/6
finalize [1]  26/17
finance [1]  52/23
financial [5]  10/7 56/25 57/5 57/15 64/19
financially [1]  65/2

find [4]  11/5 41/3 60/4 64/5
fine [6]  17/12 28/7 30/20 52/21 65/10 70/1
finger [1]  25/8
finish [1]  49/14
finished [4]  20/22 20/24 25/18 50/2
firm [7]  1/23 44/4 44/11 44/19 44/21 45/16 46/9
first [20]  5/13 12/16 14/24 14/25 21/9 21/10 21/24 31/23 32/1 32/1 32/2 32/3 32/9 33/3 33/18 33/19 37/3 40/20 54/21 63/20
fit [1]  36/21
five [2]  59/25 60/5
FL [7]  1/13 2/4 2/17 2/21 3/2 3/13 77/6
flag [1]  10/15
flagged [1]  40/16
Flete [1]  56/8
Floor [2]  2/4 2/14
FLORIDA [3]  1/1 1/3 66/21
flsd.uscourts.gov [2]  3/13 77/6
focus [3]  29/14 40/6 47/2
focusing [2]  34/16 39/25
folks [2]  16/21 44/14
follow [7]  29/4 29/17 32/8 35/13 36/3 42/11 71/20
Follow-up [1]  32/8
following [4]  8/8 27/4 36/8 69/15
force [1]  70/10
foregoing [1]  77/2
form [2]  15/6 23/16
formally [1]  17/24
Fort [4]  2/4 3/2 44/19 45/1
Fort Lauderdale [2]  44/19 45/1
forth [6]  23/7 26/10 32/2 42/23 62/2 62/4
forward [2]  55/20 56/4
fractured [1]  68/2
frank [3]  3/4 46/15 75/17
frequently [1]  62/1
Friday [9]  27/8 27/9 28/3 28/3 28/4 66/4 66/5 66/11 66/12
Fridays [5]  27/15 62/7 62/8 62/10 62/12
full [1]  38/20
full-time [1]  38/20
fully [2]  64/19 65/1
FUNDORA [1]  3/5
FUNDORA-MURPHY [1]  3/5
further [9]  5/2 9/15 14/2 35/21 41/7 43/22 47/4 70/6 72/15

**G**

Gabriela [1]  44/23
GARCIA [3]  1/12 45/2 71/10
Garden [1]  56/12
Gardens [3]  2/17 44/22 53/16
general [2]  12/13 19/9
generally [7]  18/3 18/4 18/5 18/10 28/22 29/4 62/6
generous [1]  34/22
gentlemen [9]  8/13 42/17 44/2 46/1 46/17 46/20 46/25 69/3 71/13
gestational [1]  55/17
get [47]  7/1 8/10 10/6 11/2 12/8 18/2 18/24 22/20 25/23 26/5 32/20 33/21 34/14 35/8 35/9 35/10 37/18 38/2 39/7

## G

**get... [28]** 40/21 43/8 44/7 47/8 47/20 47/21 48/3 48/25 49/25 50/1 50/2 50/8 57/16 59/22 60/21 61/12 63/14 64/10 64/16 65/1 67/25 69/4 69/6 69/10 71/24 72/7 73/9 74/23

**getting [4]** 4/5 18/19 32/14 49/25

**give [13]** 4/11 8/16 10/1 23/24 24/23 27/6 34/19 40/20 55/7 61/3 61/4 69/8 72/25

**giving [4]** 4/25 5/4 7/9 72/23

**GJULLIN [1]** 1/17

**go [54]** 4/22 6/20 7/5 7/13 7/18 7/19 7/22 30/6 31/20 31/23 31/23 32/1 32/2 32/6 33/5 33/14 33/17 33/18 33/19 33/19 33/19 33/22 33/25 36/12 36/13 37/9 37/13 37/19 39/4 43/12 43/22 48/8 49/16 52/8 53/5 53/9 55/17 56/14 57/3 60/22 61/19 61/20 61/21 61/24 62/6 62/16 63/6 64/5 67/24 68/6 68/8 68/10 70/13 70/23

**goes [5]** 15/8 16/12 32/3 38/20 62/4

**going [105]**

**gone [2]** 33/9 50/24

**good [43]** 4/2 5/6 8/12 8/12 12/9 12/10 14/10 14/11 24/19 39/22 44/2 44/18 44/20 45/2 45/4 45/6 45/12 45/15 45/18 45/25 46/10 46/14 46/17 47/15 50/19 50/20 51/16 52/20 52/21 56/10 56/11 59/14 59/21 65/15 65/16 67/5 67/6 67/7 67/13 67/14 71/8 74/6 75/3

**GOPAL [2]** 3/5 46/15

**got [10]** 4/14 8/16 18/9 34/6 34/11 39/21 43/6 60/14 70/10 75/2

**graduation [3]** 60/14 60/17 60/23

**grandchild [2]** 42/7 55/15

**grandchildren [1]** 55/12

**granddaughter [1]** 56/1

**grant [1]** 33/4

**Gray [9]** 47/7 47/8 47/12 47/15 47/16 53/5 70/9 71/22 72/3

**GREEN [3]** 2/19 2/19 45/12

**ground [2]** 51/22 51/25

**grounds [1]** 14/2

**group [9]** 4/19 12/2 19/2 35/20 43/4 43/7 71/14 72/11 73/18

**groups [2]** 4/24 43/10

**guess [6]** 23/8 27/5 30/12 34/10 38/1 63/16

**guessing [1]** 34/12

## H

**had [28]** 4/21 12/3 20/21 24/4 31/19 36/11 37/19 37/23 38/11 40/6 41/16 43/7 48/2 48/15 48/16 52/6 52/8 52/10 55/21 55/23 57/12 61/21 61/24 62/16 66/20 66/21 66/22 70/17

**HAGER [1]** 2/6

**half [4]** 36/2 39/6 55/12 68/7

**hand [2]** 9/11 12/17

**handle [1]** 68/13

**happen [4]** 28/3 62/1 62/19 73/17

**happening [1]** 25/5

**happens [2]** 5/3 12/3

**happier [1]** 36/10

**happy [3]** 7/5 7/11 23/20

**hard [1]** 25/4

**hardship [29]** 9/25 10/2 10/3 10/5 10/7 10/13 10/13 10/16 10/22 35/15 35/21 35/24 37/2 37/3 37/4 37/7 38/12 40/1 40/10 41/8 41/12 42/24 43/18 43/19 47/5 48/5 64/19 65/2 69/19

**hardships [10]** 35/23 35/25 36/4 36/11 38/17 39/4 40/13 42/23 42/25 47/2

**has [17]** 4/7 8/6 13/2 13/13 14/4 20/6 20/7 20/8 20/10 25/24 31/19 36/4 38/7 41/12 55/17 69/18 69/19

**Hasbun [5]** 12/22 13/20 13/22 14/1 17/1

**hasn't [1]** 17/24

**hate [4]** 29/9 30/14 30/15 39/18

**hats [1]** 52/4

**have [158]**

**haven't [4]** 60/7 64/13 64/16 73/7

**having [13]** 4/5 9/16 10/20 27/20 30/20 36/14 37/23 56/2 59/5 60/16 63/22 67/25 74/6

**he [39]** 4/6 4/7 5/19 5/19 8/2 16/13 16/13 20/7 20/8 20/10 20/21 20/22 23/3 23/10 23/16 40/21 40/21 40/21 40/22 40/25 41/5 41/9 41/10 41/12 41/21 52/7 52/11 56/22 58/14 61/22 61/25 62/18 62/19 70/13 70/15 70/16 70/17 70/18 70/20

**he's [6]** 22/14 41/15 52/9 62/20 70/10 70/11

**head [2]** 5/9 7/13

**healing [2]** 68/3 68/16

**health [2]** 21/25 72/14

**hear [11]** 5/14 16/25 17/2 17/3 27/18 30/4 31/2 54/22 61/1 64/13 64/17

**heard [6]** 21/5 60/7 64/13 64/16 69/15 73/6

**hearing [3]** 27/20 59/5 60/17

**hearsay [7]** 13/11 13/21 14/13 14/18 15/10 15/16 15/17

**heart [3]** 13/8 20/8 23/13

**hello [2]** 58/18 73/22

**help [7]** 9/22 10/23 52/12 55/10 55/16 56/23 62/5

**her [23]** 38/21 41/17 41/17 41/18 42/5 49/1 49/4 49/13 49/17 50/1 50/1 55/19 61/4 62/4 64/13 64/13 69/21 69/21 70/2 70/3 70/11 70/17 72/25

**here [47]** 4/7 4/12 7/7 8/3 8/15 8/20 10/17 10/25 22/14 35/12 37/8 38/23 39/10 40/22 40/25 41/3 42/21 44/4 44/12 44/21 46/11 46/22 47/16 48/3 48/12 48/16 48/18 48/21 49/25 50/2 51/5 51/7 51/10 52/6 52/12 52/15 53/13 53/16 55/16 55/19 61/4 64/6 66/8 69/9 71/14 74/5 76/4

**hereby [1]** 77/2

**HERZ [1]** 1/16

**hesitant [2]** 35/22 37/12

**Hi [2]** 44/23 54/22

**Highway [2]** 2/3 2/17

**him [14]** 13/8 13/8 13/10 14/21 20/7 20/9 21/5 22/11 38/21 40/23 62/5 70/10 70/19 70/20

**his [10]** 8/2 20/11 20/11 20/13 21/7 40/22 41/1 41/4 52/8 62/24

**hold [1]** 47/13

**home [1]** 39/9 62/18

**honest [1]** 16/14

**honor [39]** 5/6 5/11 7/3 12/10 14/10 14/24 16/25 17/22 19/4 19/18 20/4 20/14 23/12 24/1 24/15 26/9 26/25 27/2 27/11 28/19 36/3 39/11 39/25 40/17 41/11 41/16 42/6 44/1 45/25 46/6 57/23 65/16 67/23 68/16 68/20 69/20 70/8 74/18 76/16

**HONORABLE [1]** 1/8

**hoops [1]** 23/22

**hope [4]** 21/18 43/15 72/19 76/3

**hopefully [6]** 26/2 33/10 33/22 43/8 48/23 69/10

**hoping [1]** 25/1

**hospital [4]** 38/19 61/17 62/20 62/20

**hour [1]** 17/11 34/12 34/18 34/24 36/13 39/5 39/8 39/9 68/1 68/7 68/10

**hours [15]** 11/2 17/25 18/4 18/9 24/14 24/16 24/17 24/21 24/24 25/4 26/10 26/12 68/5 68/24

**housekeeping [4]** 6/1 6/2 17/22 25/25

**how [29]** 4/24 8/17 8/18 11/8 18/23 24/19 27/8 28/22 30/5 31/22 34/10 37/9 38/3 38/13 40/23 48/11 50/19 52/20 54/5 56/10 57/21 57/25 59/14 67/5 67/6 67/24 68/21 75/8 76/1

**however [3]** 18/25 23/18 47/21

**HR [3]** 59/25 64/11 64/17

**Huebbers [2]** 65/21 72/19

**hurt [1]** 67/22

**husband [4]** 41/17 41/18 58/7 58/13

**husband's [1]** 53/8

## I

**I'd [7]** 38/17 39/1 42/22 47/2 47/7 69/3 75/7

**I'm [26]** 6/20 24/5 27/14 27/18 28/11 35/17 44/18 44/23 45/15 49/3 51/9 51/24 54/11 55/3 57/3 59/2 60/16 60/16 61/23 62/11 63/1 63/20 64/15 66/21 70/25 74/5

**I've [1]** 44/25

**idea [3]** 4/11 24/19 55/22

**identify [1]** 75/20

**III [1]** 2/2

**imagine [1]** 25/4

**immediate [1]** 44/3

**impartial [1]** 9/10 43/13 75/16

**impeachment [1]** 28/12

**importance [1]** 9/16 10/19 10/20

**important [9]** 8/18 9/2 9/17 21/3 46/2 46/5 75/13 75/14 75/17

**imposes [1]** 27/11

**improper [1]** 14/13

**inability [1]** 21/18

**inadmissible [2]** 13/11 16/23

**inappropriate [3]** 5/13 7/15 13/3

**INC [1]** 1/3

**incident [1]** 19/24

**inclination [1]** 35/9

**inclined [1]** 18/8

**include [2]** 40/4 75/2

**included [1]** 71/4

**including [1]** 39/16

**inconvenience [2]** 10/3 10/4

**Incorporated [1]** 8/22

**independent [1]** 11/14 15/24 15/25 73/5

independently [1] 15/4
indicate [2] 35/20 69/19
indicated [11] 35/14 38/14 42/24 48/4
 50/21 55/5 58/24 59/15 61/15 66/1 67/15
indicates [2] 41/4 41/5
indications [1] 19/11
indictment [5] 13/22 14/1 14/4 15/1
 17/1
indispensable [1] 42/5
individual [4] 7/1 19/6 19/11 19/13
individuals [5] 8/21 9/3 19/13 43/5
 71/14
influence [1] 74/1
inform [1] 23/15
information [7] 5/5 8/17 19/17 29/5
 29/16 34/13 34/15
informed [1] 6/15
initially [1] 29/21
inquire [6] 9/15 29/6 29/11 36/25 41/7
 75/24
inquires [1] 75/11
inquiries [1] 11/13
inquiry [3] 11/9 41/15 43/13
insisting [1] 4/6
instead [3] 40/24 48/12 53/13
instructed [1] 9/1
intend [4] 12/24 21/5 21/7 29/18
intended [2] 4/21 20/7
intent [1] 19/5
intention [2] 19/12 20/10
interest [1] 44/10
interfering [1] 62/14
interim [1] 73/9
INTERNATIONAL [6] 1/3 1/18 8/22 45/5
 45/20 46/7
Internet [1] 73/9
interpretation [1] 25/21
interrelated [1] 19/23
interrupt [2] 6/21 24/6
introduce [9] 7/6 7/10 12/25 14/4 16/18
 43/23 44/17 46/8 46/12
introduced [4] 6/14 13/14 43/22 73/18
introduction [1] 7/5
introductions [1] 7/12
investigate [1] 73/10
involved [3] 6/16 8/19 42/20
iPads [1] 11/12
iradvocates.org [1] 2/12
is [185]
issue [4] 13/20 14/25 25/4 75/7
issues [20] 4/7 17/22 19/9 20/23 24/5
 24/8 25/17 25/18 25/25 29/8 29/19 38/13
 38/14 39/23 43/18 70/21 71/18 72/13
 72/25 73/1
it [98]
it's [72] 5/19 6/22 7/6 8/24 9/12 9/19
 11/2 13/3 13/5 14/14 14/25 15/6 15/12
 15/14 15/14 16/19 16/20 16/23 18/15
 18/18 19/14 20/25 21/9 22/5 22/6 23/2
 25/4 25/6 26/3 26/14 26/16 27/11 28/1
 34/20 37/6 37/15 37/15 37/16 42/8 46/4
 46/6 46/10 47/19 50/22 50/23 51/22 52/3
 52/14 53/14 53/16 54/6 54/9 54/12 55/14
 55/15 56/3 58/12 59/25 60/4 61/12 62/25
 63/2 63/25 66/6 67/20 68/3 74/20 75/13

75/14 75/17 75/17 75/23

itself [2] 10/4 14/4

J

Jack [2] 44/2 45/13
JACQUES [2] 2/13 45/15
JAMES [4] 2/6 2/19 2/19 45/12
jameskgreenlaw.com [1] 2/21
jcreiter [1] 1/25
jcreitlerlaw.com [1] 1/25
jill [5] 3/11 3/13 77/4 77/4 77/6
jkg [1] 2/21
job [2] 52/6 52/24
JOHN [1] 1/11
JONATHAN [3] 1/23 1/23 45/6
JORDAN [4] 1/17 13/21 14/12 44/9
judge [25] 1/9 4/9 4/12 5/2 7/20 8/2
 8/11 8/14 12/5 17/19 21/24 24/9 25/3
 25/16 28/9 28/21 34/2 34/20 37/17 37/24
 38/25 39/12 70/9 71/7 75/7
Judge Middlebrooks [1] 8/2
Judge Middlebrooks' [1] 4/12
judicial [1] 8/19
jump [1] 23/22
jurisdictions [1] 75/11
juror [40] 5/19 29/9 32/1 32/2 32/4 32/4
 32/6 32/7 33/11 33/11 33/12 33/12 33/13
 33/14 33/15 33/15 33/17 33/18 33/19
 33/23 33/24 33/25 34/1 35/8 36/17 40/1
 40/4 40/5 40/11 40/22 41/4 43/13 47/12
 48/13 58/21 64/8 65/24 69/18 69/18
 76/10
jurors [35] 4/4 4/12 4/15 4/18 4/21 4/25
 5/14 5/18 9/7 9/10 24/25 28/24 29/3
 29/15 29/23 30/24 31/5 31/20 33/10
 33/21 35/10 35/14 35/19 36/5 36/10 38/8
 38/18 40/1 42/13 42/14 42/18 46/24
 74/10 74/13 75/19
jury [31] 1/8 5/10 6/15 8/2 8/8 10/19
 11/4 11/6 11/8 17/12 18/6 18/16 24/7
 25/5 25/17 25/23 26/18 43/16 44/14
 47/20 47/24 48/3 48/17 59/23 60/11
 61/13 62/10 64/10 67/18 73/16 74/23
just [77] 4/10 4/25 6/25 7/12 7/14 7/17
 7/18 8/16 12/6 12/12 12/15 13/25 14/21
 14/24 15/8 15/12 16/16 16/18 18/1 18/22
 19/4 22/2 22/21 22/24 24/9 24/24 26/3
 26/14 26/23 26/25 27/14 27/16 27/19
 27/25 28/16 28/21 29/7 30/9 31/1 32/14
 32/16 32/25 34/12 34/16 35/2 36/13
 36/17 36/22 36/24 37/12 37/14 37/15
 38/2 38/12 38/23 39/4 40/6 40/20 41/2
 43/3 43/18 45/21 47/2 50/5 51/13 52/6
 58/13 58/23 59/18 64/17 66/1 66/6 66/7
 67/16 70/23 72/22 74/21
justification [1] 10/4

K

Kaplan [1] 14/3
keep [9] 4/3 24/16 31/10 35/2 35/16
 35/19 37/22 39/10 51/13
KELLOGG [1] 2/19
KENNETH [3] 1/8 8/13 42/19
kid [1] 70/10
kids [2] 57/25 58/19
kind [5] 24/3 29/15 39/2 68/12 73/24

knew [2] 18/2 18/21

know [53] 4/11 5/7 6/21 7/6 8/1 10/8
 13/23 18/12 18/20 18/20 20/17 21/4
 29/17 30/10 32/13 32/23 33/23 35/8 35/12
 35/15 35/17 35/18 37/2 38/11 38/22 39/8
 39/20 39/21 40/12 40/23 40/24 41/10
 42/11 42/12 45/8 46/10 47/14 51/4 51/12
 52/9 54/8 60/1 61/5 62/18 64/9 69/20
 72/1 72/8 73/1 73/2 73/6 73/14 76/4
 76/5
knowledge [1] 50/4
knows [2] 13/25 70/18
KROEGER [4] 2/16 44/20 45/16 45/17

L

lack [1] 5/22
ladies [9] 8/13 42/16 44/2 46/1 46/17
 46/20 46/25 69/3 71/13
Lakes [1] 1/13
Lakeview [1] 2/20
large [2] 5/22 73/18
last [19] 4/5 6/4 12/3 13/10 16/7 20/20
 43/4 54/9 54/10 54/12 54/14 54/21 54/25
 54/25 55/1 62/3 62/20 63/3 63/4
latch [1] 17/12
late [1] 35/19
later [6] 10/25 11/15 32/18 44/7 48/19
 71/17
latest [1] 5/4
Lauderdale [4] 2/4 3/2 44/19 45/1
law [16] 1/23 9/1 13/7 23/18 38/19 44/4
 44/10 44/19 44/21 45/16 46/4 46/9 55/15
 55/16 63/13 72/14
lawsuit [1] 45/10
lawyer [5] 18/15 18/18 19/2 24/10 45/12
lawyers [11] 5/20 5/24 6/15 18/5 18/13
 19/13 29/4 69/4 69/9 73/17 75/12
lay [1] 18/17
learn [1] 9/7
learned [1] 72/6
least [4] 29/21 35/25 39/21 52/11
leave [1] 4/7 7/12 7/14 21/1 43/1 53/16
 53/22 70/20 72/22 74/7 74/8
leaving [1] 73/20
left [5] 19/7 33/5 33/10 33/22 44/3
legitimate [2] 40/13 57/8
length [1] 34/8
LESLIE [2] 2/16 44/20
less [4] 4/22 4/23 36/13 39/9
let [22] 5/7 7/19 10/7 18/15 35/4 35/12
 36/13 37/13 40/12 40/20 42/12 43/3
 46/12 51/4 53/22 60/1 61/5 70/23 72/1
 72/7 73/1 73/2
Let's [2] 37/18 42/13
liability [2] 18/25 19/9
life [1] 56/3
light [1] 35/2
like [36] 6/9 6/19 8/25 20/5 21/4 21/5
 22/3 22/7 23/15 23/16 28/23 28/24 29/8
 35/11 35/25 37/2 38/17 38/18 39/1 41/17
 42/22 45/16 47/2 47/4 47/7 48/14 50/22
 51/21 52/6 52/23 53/5 69/3 69/5 75/7
 75/9 76/12
likely [3] 21/9 30/25 74/19
limit [2] 29/7 34/9
limited [1] 4/19

**L**

**limits [3]**  18/5 18/9 18/10
**listed [1]**  48/6
**listen [1]**  9/1
**little [12]**  8/17 9/7 26/17 29/22 33/7
   34/21 36/5 36/6 67/17 67/19 67/20 71/17
**live [3]**  20/7 21/2 21/3
**lkroeger [1]**  2/18
**LLP [4]**  2/3 2/6 2/10 3/6
**locally [1]**  44/21
**locations [1]**  20/2
**logistics [1]**  17/22
**long [15]**  9/24 11/4 11/7 11/8 18/18
   19/14 19/16 24/20 25/24 47/21 48/2 54/5
   60/11 67/15 67/24
**longer [3]**  24/22 68/5 68/18
**look [16]**  6/4 6/22 30/22 35/25 36/4 36/6
   36/11 37/12 38/11 40/17 42/6 50/12
   50/13 52/1 70/19 71/25
**looked [1]**  40/7
**looking [6]**  36/17 38/12 38/16 55/20
   56/4 67/8
**looks [3]**  41/17 50/22 51/20
**loop [1]**  24/10
**lose [1]**  39/20
**lot [3]**  34/13 48/2 51/11
**love [1]**  30/17
**lower [1]**  68/3
**luck [2]**  8/6 74/7
**lucky [1]**  8/3
**lunch [9]**  35/10 35/16 35/19 36/14
   37/15 37/23 68/10 68/10 68/11
**Lynett [1]**  54/20 54/25 55/1

**M**

**ma'am [6]**  51/14 54/18 54/21 58/17
   61/10 63/18
**made [9]**  9/5 12/2 13/15 15/25 20/13
   21/16 26/10 28/6 75/1
**main [1]**  52/6
**make [29]**  9/2 9/18 9/21 10/20 10/23
   11/9 11/13 15/13 15/13 18/13 19/2 26/11
   27/16 28/16 30/23 34/3 36/25 41/15
   42/25 43/18 50/14 59/10 60/2 66/24
   69/21 71/25 74/21 74/22 74/23
**makes [3]**  34/4 37/21 39/12
**Making [1]**  49/4
**manage [1]**  58/14
**manager [5]**  56/12 59/25 60/7 60/10
   61/1
**managers [1]**  52/1
**manner [1]**  15/10
**many [8]**  4/24 11/7 12/24 18/25 38/13
   45/1 45/1 75/11
**marco [5]**  1/15 1/20 6/3 44/9 44/10
**MARIANO [2]**  1/12 45/2
**marissa [3]**  1/16 1/20 45/4
**mark [2]**  39/18 40/1
**Marlowe [1]**  50/17
**MARRA [4]**  1/8 8/11 8/13 42/19
**maryum [5]**  1/17 1/22 14/12 44/9 44/10
**materials [1]**  21/17
**matter [10]**  6/1 8/21 14/15 15/19 15/22
   16/20 20/5 44/9 66/18 77/3
**matters [2]**  6/2 9/17
**may [32]**  4/20 4/22 16/3 17/19 26/25

   29/1 29/19 36/1 36/10 37/7 38/20 41/18
   47/3 47/6 54/9 54/10 54/13 54/14 55/7
   60/14 60/18 61/9 62/11 62/11 62/11
   62/12 62/12 62/12 62/18 69/19 73/24
   76/1
**May 10 [1]**  62/12
**May 12 [1]**  62/11
**May 17 [2]**  62/11 62/12
**May 29 [2]**  60/14 60/18
**May 3 [1]**  69/19
**May 31 [2]**  62/11 62/12
**maybe [13]**  6/6 22/20 25/7 30/23 36/2
   36/5 37/5 39/8 50/6 55/12 65/11 76/3
   76/13
**McCauley [1]**  3/6
**md [1]**  1/2
**me [26]**  7/14 7/18 7/19 25/6 35/4 36/10
   38/24 40/11 40/12 40/20 42/12 43/3 43/6
   45/8 45/10 46/12 52/6 53/8 54/22 55/24
   56/3 56/4 57/6 57/24 60/1 70/23
**me.com [1]**  3/3
**mean [14]**  22/10 24/5 30/6 32/23 33/24
   34/12 37/1 37/11 38/18 51/7 62/14 74/22
   75/23 76/12
**means [3]**  53/15 55/17 59/8
**mechanics [2]**  31/4 52/10
**medical [2]**  23/9 23/10 23/14
**medically [1]**  21/25
**medication [3]**  22/3 23/7 68/17
**meeting [10]**  54/13 54/16 63/22 63/24
   64/2 64/4 65/5 66/8 66/19 66/20
**meetings [2]**  41/13 41/14
**MELISSA [2]**  3/5 46/13
**member [7]**  13/9 13/11 15/21 16/10
   16/14 55/10 61/16
**members [6]**  8/18 8/25 9/16 10/20
   16/22 43/24
**men [1]**  13/7
**mentioned [1]**  66/19
**merely [1]**  14/15
**MESA [3]**  1/11 44/3 45/14
**MESA-ESTRADA [3]**  1/11 44/3 45/14
**met [1]**  45/21
**mfmurphy [1]**  3/9
**Miami [3]**  3/12 3/13 77/5 77/6
**MICHAEL [4]**  3/4 3/6 12/11 46/15
**michael.stoolman [1]**  3/10
**microphone [2]**  27/22 47/8
**middle [2]**  31/21 68/11
**Middlebrooks [1]**  8/2
**Middlebrooks' [1]**  4/12
**might [17]**  11/13 29/19 30/10 34/17
   40/3 41/7 42/6 49/21 51/5 55/10 64/23
   65/4 66/24 73/10 73/19 74/13 74/21
**military [1]**  46/2
**Milstein [4]**  2/13 2/16 44/21 45/16
**mind [3]**  14/16 15/17 47/10
**minutes [6]**  24/11 24/13 68/9 69/4 69/8
   69/13
**misread [1]**  59/11
**miss [3]**  56/5 71/6 71/10
**missing [4]**  15/6 27/17 66/7 66/19
**mistake [2]**  70/10 71/5
**mom [1]**  56/24
**moment [1]**  26/25
**Monday [42]**  4/12 4/18 8/2 27/7 27/9

   50/6 50/7 50/13 50/22 50/23 51/5 51/7
   69/5 69/13 70/19 70/21 71/15 71/16
   71/17 71/21 71/22 72/2 72/4 72/13 72/15
   72/20 72/21 73/3 73/8 73/20 74/3 74/5
   74/23 75/4 76/18
**Mondays [1]**  28/2
**money [1]**  18/21
**month [5]**  42/9 62/19 62/20 63/8 63/10
**months [3]**  56/2 62/3 63/3
**more [14]**  4/15 17/1 17/3 32/7 33/7
   34/18 34/21 36/5 43/12 46/2 55/23 67/19
   67/20 69/8
**morning [43]**  4/2 6/5 8/10 8/12 8/12
   8/15 10/25 11/16 12/9 12/10 14/10 14/11
   17/23 25/2 42/22 44/2 44/18 44/20 45/2
   45/4 45/6 45/12 45/15 45/18 45/25 46/14
   46/17 50/19 51/16 52/20 52/21 56/10
   59/14 59/21 65/15 65/16 67/5 67/13
   67/14 71/15 73/20 75/2 75/4
**most [5]**  20/25 29/5 39/2
**mostly [1]**  38/15
**mother [4]**  48/15 56/17 56/20 62/3
**motion [2]**  21/1 21/12
**move [3]**  25/16 28/11 33/1
**moved [1]**  55/15
**Mr [4]**  20/23 65/14 70/9 72/18
**Mr. [31]**  5/12 6/13 6/21 12/7 20/21 23/12
   23/15 24/7 43/25 45/24 47/7 47/8 47/12
   47/15 47/16 51/15 53/5 56/8 58/20 59/13
   59/20 59/20 63/19 67/13 71/1 71/10
   71/22 72/3 72/4 72/4 72/5
**Mr. Cioffi [4]**  20/21 23/15 24/7 45/24
**Mr. Darcy [2]**  67/13 71/1
**Mr. Davidson [1]**  63/19
**Mr. Flete [1]**  56/8
**Mr. Garcia [1]**  71/10
**Mr. Gray [8]**  47/7 47/8 47/12 47/15
   47/16 53/5 71/22 72/3
**Mr. Ortiz [1]**  59/20
**Mr. Perez [2]**  59/20 72/5
**Mr. Reeves [2]**  59/13 72/4
**Mr. Rodriguez [2]**  58/20 72/4
**Mr. Scarola [4]**  5/12 6/13 6/21 43/25
**Mr. Stoolman [1]**  12/7
**Mr. Villa [1]**  23/12
**Mr. Williams [1]**  51/15
**Ms. [19]**  13/21 25/24 27/21 45/16 45/17
   46/22 50/17 52/18 57/20 61/4 61/9 63/20
   65/21 67/4 72/12 72/19 72/21
   72/24
**Ms. Chen [1]**  57/20
**Ms. Daly-Young [2]**  61/9 72/12
**Ms. Davidson [2]**  63/20 72/16
**Ms. Ferrante [3]**  46/22 61/4 72/24
**Ms. Huebbers [2]**  65/21 72/19
**Ms. Jordan [1]**  13/21
**Ms. Kroeger [2]**  45/16 45/17
**Ms. Marlowe [1]**  50/17
**Ms. Murphy [2]**  25/24 27/21
**Ms. Ray [2]**  67/4 72/21
**Ms. Underwood [1]**  52/18
**much [14]**  11/15 12/2 18/1 34/10 34/18
   44/1 44/17 59/11 65/12 65/20 67/2 67/11
   68/5 75/5
**multiple [2]**  6/15 19/24

## M

**murder [2]** 6/19 19/12
**murders [3]** 12/20 19/6 20/1
**MURPHY [4]** 3/5 25/24 27/21 46/13
**my [65]** 4/9 5/21 5/21 5/22 6/14 6/16
7/22 8/13 12/2 23/4 24/10 24/24 29/1
29/2 29/7 30/12 34/5 35/9 38/19 40/2
40/5 41/20 41/21 42/19 44/2 44/3 45/6
45/7 46/7 46/12 47/19 47/21 48/15 48/15
48/20 50/4 52/6 54/24 54/25 54/25 55/14
55/15 55/16 55/19 56/1 56/22 56/23
56/24 56/24 57/5 58/3 58/13 58/18 59/24
59/25 60/14 61/3 61/12 62/3 62/17 64/5
66/21 66/22 66/22 68/3 68/4
**myself [7]** 6/15 7/19 29/3 29/6 40/3
43/22 58/13

## N

**name [13]** 8/13 8/21 42/19 44/2 44/6
45/6 54/21 54/21 54/24 54/25 54/25 55/1
63/20
**nap [1]** 25/1
**necessarily [1]** 63/22
**necessary [4]** 7/6 21/19 35/18 67/1
**need [36]** 5/8 9/25 17/3 18/22 19/25
20/12 20/16 21/19 24/14 24/17 26/16
35/9 35/15 43/1 43/6 46/20 47/6 49/6
50/10 52/2 58/24 59/12 59/15 63/14 64/6
65/9 65/18 66/2 67/9 69/17 71/19 71/23
73/1 73/14 74/16 75/21
**needed [6]** 43/9 47/21 62/13 64/24
66/16 66/23
**negative [1]** 74/25
**never [1]** 47/24
**new [7]** 1/25 4/17 4/17 25/21 45/7 54/7
56/3
**New York [1]** 54/7
**news [1]** 5/6
**next [10]** 11/17 33/17 33/19 42/9 50/24
62/19 62/24 63/7 63/7 66/11
**Nexterra [1]** 52/23
**nice [4]** 52/22 52/24 74/14 76/18
**NICHOLAS [2]** 2/13 45/15
**night [1]** 6/4
**njacques [1]** 2/15
**no [36]** 1/2 4/15 5/15 6/18 7/15 7/16
7/20 15/24 17/3 18/8 20/24 31/10 33/2
33/8 35/1 35/4 50/4 51/4 54/4 54/17
55/21 57/3 57/14 58/10 59/1 60/9 64/21
65/3 69/24 69/25 70/7 70/8 70/9 71/11
74/18 76/9
**nobody [2]** 52/5 52/11
**nodding [1]** 44/16
**noise [1]** 75/12
**noon [8]** 26/20 26/23 26/24 27/4 27/15
28/3 28/6 39/8
**normal [5]** 29/1 29/2 49/15 68/6 68/8
**normally [4]** 29/2 29/6 34/19 67/18
**northern [1]** 46/9
**not [99]**
**notarization [1]** 23/18
**note [4]** 21/21 41/11 51/5 51/13
**noted [1]** 12/12
**nothing [3]** 35/6 46/2 62/23
**notice [2]** 21/11 40/10
**noticed [1]** 41/20

**noting [1]** 36/22

**now [21]** 4/20 25/20 32/7 38/1 39/4
44/14 44/17 50/6 51/17 52/12 56/2 58/12
64/9 66/8 67/21 67/22 68/4 72/5 72/10
72/12 73/3
**number [32]** 4/21 13/25 22/24 22/5 22/25
23/2 25/8 28/9 32/7 33/11 33/11 33/12
33/13 33/13 33/15 33/15 33/16 33/17
40/1 40/12 41/4 42/9 47/7 47/12 47/14
58/21 61/5 69/18 72/23 72/23 72/24
72/25
**number 1 [9]** 33/11 33/11 33/12 33/13
33/13 33/15 33/15 33/16 33/17
**number 115 [2]** 47/7 47/12
**number 3 [1]** 32/7
**numbered [1]** 12/16
**numbers [3]** 31/5 31/7 69/6
**NW [2]** 1/18 2/11
**NY [1]** 1/25

## O

**o'clock [13]** 27/7 37/16 37/23 39/6
48/16 48/18 48/19 48/21 49/8 49/14
49/17 70/17 75/4
**oath [2]** 10/10 23/16
**object [5]** 5/24 12/19 13/10 13/12 25/6
**objected [2]** 18/2 18/12
**objection [10]** 5/15 12/13 13/13 14/13
14/22 15/17 17/17 19/11 15/14 25/22
**objections [9]** 6/3 12/5 12/6 12/15
12/24 13/1 13/17 15/16 17/6
**obligated [2]** 73/20 73/23
**obtained [1]** 29/16
**obviously [5]** 13/22 22/14 24/18 62/15
62/22
**Ocala [3]** 61/21 61/24 62/13
**off [6]** 5/20 35/10 57/6 62/7 62/9 62/11
**offer [3]** 15/11 15/19 16/4
**offered [2]** 15/21 28/15
**office [6]** 4/9 41/19 45/7 45/13 52/11
58/8
**Officenter [1]** 2/7
**Official [1]** 3/12 77/5
**Oficina [1]** 2/7
**oh [4]** 3/8 24/12 32/6 55/4
**okay [80]**
**old [2]** 56/23 62/3
**Olive [1]** 56/12
**once [7]** 15/14 19/25 32/4 33/24 35/9
56/23 63/9
**one [39]** 4/6 4/7 5/10 5/18 6/15 7/16
11/5 12/16 13/25 19/24 20/4 22/4 22/25
23/4 24/3 24/10 25/7 30/1 30/1 31/6
32/7 33/22 38/18 40/2 40/3 40/7 40/20
41/2 42/8 47/3 52/5 52/10 55/6 56/2
58/10 67/19 68/5 71/23 76/10
**ones [5]** 39/16 40/6 42/8 70/24 72/22
**only [17]** 19/24 22/6 30/15 34/5 38/23
40/3 48/6 48/24 52/7 55/5 57/2 57/5
59/25 60/5 61/15 64/7 69/23
**open [4]** 12/1 29/17 71/12 76/15
**opening [17]** 13/4 13/14 14/8 15/12
15/15 16/4 16/22 17/6 17/15 17/23 18/5
18/6 18/10 18/16 19/10 24/10 25/7
**openings [1]** 18/13
**operation [1]** 17/20

**opinion [1]** 5/21

**opponent's [1]** 25/7
**opportunity [3]** 7/10 22/8 31/19
**opposed [3]** 21/1 29/24 36/14
**opposing [3]** 20/16 25/9 76/16
**order [4]** 4/1 9/6 9/9 9/22
**ordinarily [1]** 67/25
**ordinary [1]** 22/3
**organization [1]** 45/20
**orthodontist [3]** 41/17 41/18 41/21
**orthodontist's [1]** 42/2
**Ortiz [2]** 59/20 59/21
**other [25]** 6/2 11/6 12/4 16/1 16/10
18/13 19/21 22/2 23/5 23/6 25/18 26/19
28/5 34/7 36/8 39/14 39/20 43/15 44/15
55/9 55/11 56/2 65/7 66/18 66/20
**others [4]** 42/10 69/16 70/5 71/3
**our [21]** 12/13 12/24 13/17 13/23 14/25
15/1 15/17 19/5 19/12 20/10 22/21 24/16
32/15 46/4 49/15 52/4 62/14 64/5 64/11
64/16 68/6
**ourselves [2]** 7/7 7/7
**out [22]** 6/6 8/3 8/6 9/9 9/11 9/11 11/5
18/17 26/15 29/25 30/14 31/11 35/24
38/3 41/3 45/17 50/9 55/10 60/4 61/6
62/5 72/22
**outside [1]** 46/2
**over [12]** 8/14 18/19 19/1 19/17 19/17
27/8 52/2 56/23 69/9 70/24 75/20 76/16
**overrule [2]** 17/5 17/17
**overstated [1]** 9/17
**own [3]** 5/21 13/23 52/4
**owner [1]** 51/17

## P

**p.m [6]** 1/5 27/9 27/16 28/3 28/4 74/11
**page [1]** 11/17
**pages [2]** 1/6 15/7
**paid [12]** 18/20 40/21 41/6 47/20 47/21
48/3 50/2 57/16 60/21 61/13 64/10 71/24
**pain [4]** 68/2 68/4 68/16 68/21
**Palm [11]** 1/3 1/13 1/13 2/17 2/21 44/5
44/22 45/2 45/13 47/16 47/20 53/16
60/20
**Pampite [1]** 2/7
**panel [4]** 4/15 4/17 46/24 75/10
**paralegal [1]** 4/8
**part [1]** 16/20
**participating [1]** 44/16
**particular [6]** 18/16 22/8 35/12 40/15
43/2 57/7
**particularly [1]** 35/19
**parties [3]** 8/24 26/2 26/5
**past [1]** 41/21
**pay [1]** 40/2
**paying [1]** 42/1
**pending [1]** 55/23
**people [12]** 4/5 5/9 30/8 30/13 30/20
36/25 38/13 39/15 52/4 52/11 73/18 76/3
**perception [1]** 16/12
**peremptories [5]** 4/23 32/5 32/13 32/24
33/6
**peremptory [7]** 32/7 32/19 32/22 33/1
33/12 33/22 34/1
**Perez [2]** 59/20 72/5
**perfect [2]** 58/4 58/5

**P**

**perfectly [1]** 57/8
**Perhaps [2]** 17/21 23/15
**period [4]** 9/24 11/7 43/6 68/18
**periods [1]** 67/16
**permission [1]** 19/12
**person [8]** 15/20 32/18 37/7 38/19 38/20 38/22 41/12 52/5
**person's [1]** 23/10
**personal [3]** 5/21 25/6 66/6
**phone [7]** 11/12 52/7 52/11 61/4 69/6 72/23 72/23
**physical [3]** 20/8 20/11 21/18
**physically [1]** 68/13
**pick [9]** 49/1 49/4 49/16 50/1 53/15 53/22 56/1 70/11 70/17
**picked [1]** 49/7
**picking [1]** 8/2
**pitch [1]** 12/2
**placards [1]** 74/7
**place [5]** 8/8 31/8 64/5 64/24 66/22
**plaintiff [6]** 1/11 2/2 3/1 18/16 20/6 33/11
**plaintiff's [1]** 34/24
**plaintiffs [14]** 7/1 9/3 12/24 13/3 14/12 15/18 17/7 18/13 19/2 30/12 31/23 31/25 32/1 45/22
**plan [4]** 35/13 35/19 43/17 70/11
**plane [1]** 66/4
**planned [3]** 66/11 69/19 69/22
**plans [1]** 73/3
**played [1]** 26/17
**please [15]** 4/2 10/19 11/5 11/9 42/13 42/16 71/20 72/4 72/18 72/22 73/5 73/16 73/21 74/7 74/12
**pleasure [1]** 74/6
**PLLC [2]** 1/23 2/16
**PNC [1]** 3/7
**point [4]** 16/8 32/14 37/20 70/20
**pointed [1]** 8/3
**points [2]** 17/13 26/3
**portion [1]** 19/10
**posed [1]** 43/15
**position [5]** 14/25 24/10 29/12 29/12 52/22
**positions [1]** 29/11
**possible [1]** 49/13
**Postal [1]** 41/5
**potential [2]** 29/8 34/17
**practice [5]** 41/18 44/4 44/21 46/8 46/9
**practiced [1]** 44/25
**pre [2]** 69/19 69/22
**pre-planned [2]** 69/19 69/22
**precludes [1]** 20/9
**predetermined [1]** 5/21
**preference [2]** 7/20 7/22
**prejudice [1]** 16/17
**prejudicial [3]** 16/23 17/16 29/8
**prejudicing [1]** 25/5
**preliminary [2]** 5/15 30/23
**prepared [3]** 14/3 14/4 21/17
**preparing [1]** 24/18
**present [9]** 8/9 10/7 18/24 21/1 21/7 21/17 21/22 23/8 66/22
**presentation [1]** 17/11
**presentations [1]** 24/19

**presented [5]** 16/11 17/10 20/13 26/4 73/14
**presiding [1]** 8/14
**pressure [1]** 75/15
**presume [2]** 38/20 48/8
**pretty [8]** 29/24 36/22 37/6 48/1 56/3 68/16 75/23 76/4
**prevent [1]** 48/11
**prevented [1]** 23/6
**prevents [1]** 40/23
**prior [1]** 27/4
**probably [14]** 10/25 29/7 29/14 34/11 34/18 39/9 40/5 46/10 49/8 55/22 56/5 57/12 68/1 72/25
**probe [3]** 29/18 36/5 36/21
**probes [1]** 36/7
**problem [10]** 14/7 20/8 26/8 27/2 38/23 41/3 48/6 57/14 68/14 72/1
**procedure [2]** 35/14 36/8
**proceed [2]** 8/17 38/3
**proceeding [1]** 44/13
**proceedings [2]** 76/20 77/3
**process [18]** 6/8 8/19 28/10 28/21 28/22 29/2 29/2 31/22 33/5 36/3 36/12 36/22 37/9 43/4 43/20 46/21 68/3 68/15
**produced [1]** 15/6
**Professor [1]** 14/3
**profit [1]** 30/14
**proper [1]** 14/21
**prospective [9]** 4/12 4/15 4/18 4/25 29/9 40/11 42/14 46/24 74/10
**protect [1]** 22/21
**prove [6]** 9/4 16/9 16/13 17/8 18/17 23/5
**provide [3]** 23/13 26/20 26/22
**provided [1]** 21/13
**provider [3]** 22/1 23/9 23/10
**provides [1]** 15/4
**providing [2]** 27/3 46/3
**public [1]** 44/10
**pure [1]** 31/4
**purposes [3]** 19/4 32/18 43/17
**put [14]** 10/14 16/22 18/5 18/6 18/9 18/10 28/23 31/10 35/24 37/13 38/24 57/9 57/12 76/10
**putting [1]** 24/25

**Q**

**question [11]** 10/11 21/15 30/8 32/8 34/5 38/18 40/13 41/16 45/10 47/5 75/19
**questionable [2]** 40/19 76/3
**questioning [3]** 29/3 29/7 75/9
**questionnaire [13]** 5/19 6/7 9/8 10/1 10/14 10/14 29/9 34/14 36/4 36/12 37/6 40/2 67/8
**questionnaires [13]** 9/12 9/14 10/10 29/6 30/6 30/9 30/23 35/8 37/10 37/19 39/15 74/20 75/22
**questions [6]** 6/7 28/9 28/23 34/7 43/14 43/15 57/13
**quick [1]** 74/18
**quickly [3]** 36/9 36/15 36/23
**Quintero [1]** 20/6
**Quito [1]** 2/8

**R**

**raise [3]** 12/15 13/4 75/7
**raised [2]** 13/1 17/22
**rather [3]** 10/3 39/5 76/13
**Raul [1]** 12/22
**Ray [2]** 67/4 72/21
**RE [1]** 1/3
**reach [1]** 76/13
**reached [1]** 72/24
**read [2]** 73/11 75/21
**reading [1]** 5/15
**real [1]** 52/14
**really [11]** 10/22 17/12 18/2 22/6 24/14 37/1 37/15 52/12 73/6 73/7 75/17
**rearrange [3]** 66/7 66/16 70/3
**rearranged [2]** 51/3 54/3
**reason [15]** 10/1 23/23 40/22 50/3 53/1 53/13 53/23 55/5 55/9 56/25 57/4 57/9 61/15 63/15 76/5
**reasonable [1]** 24/22
**reasons [2]** 39/21 75/18
**received [1]** 12/13
**recess [4]** 8/7 35/7 38/1 38/6
**reciprocal [1]** 27/11
**recognize [3]** 10/19 44/6 45/8
**recollection [2]** 6/14 23/4
**recommends [1]** 68/4
**record [3]** 12/12 15/1 21/6
**recorded [1]** 6/22
**reduce [1]** 4/20
**redundancy [2]** 25/4 25/5
**Reeves [2]** 59/13 72/4
**referring [5]** 12/23 13/24 14/7 15/5 28/18
**regard [1]** 21/17
**regarding [3]** 19/3 23/18 74/19
**regardless [3]** 11/8 14/2 40/7
**rehabilitate [2]** 30/13 76/6
**reintroduce [1]** 7/7
**REITER [3]** 1/23 1/23 45/7
**reiterate [1]** 12/13
**rejected [1]** 5/10
**related [2]** 19/21 34/4
**relative [2]** 18/13 20/18
**relatively [2]** 39/8 75/3
**release [2]** 35/20 36/14
**releasing [1]** 35/14
**relevance [1]** 15/9
**reliability [1]** 16/3
**remaining [1]** 32/5
**remember [3]** 17/14 24/12 57/24
**remove [1]** 34/1
**repeat [2]** 18/24 64/15
**repeated [1]** 19/14
**repeating [1]** 19/17
**repetitive [1]** 18/18
**report [1]** 4/5
**REPORTED [1]** 3/11
**reporter [3]** 3/12 47/14 77/5
**reports [1]** 74/20
**represent [3]** 45/21 46/6 46/6
**representation [1]** 17/7
**representations [1]** 21/16
**represented [1]** 7/1
**representing [4]** 6/16 19/2 19/7 45/9
**request [4]** 18/12 21/14 32/15 32/15

**R**

requested [1] 27/18
require [2] 8/24 18/4
rescheduled [4] 51/3 54/3 64/3 64/5
research [3] 11/11 11/14 73/5
resolve [3] 8/23 9/22 10/24
respect [5] 5/11 13/22 19/10 32/21 75/8
responding [1] 10/11
responds [1] 40/2
response [2] 15/17 17/2
responses [4] 30/19 38/2 38/7 47/4
responsibility [1] 19/6
rest [2] 7/10 64/12
result [1] 29/19
retainers [1] 58/6
review [2] 9/14 74/18
RICHARD [1] 1/16
rick [1] 1/21
right [56] 10/11 10/16 12/17 13/16 14/9
16/24 17/5 22/18 24/23 26/1 28/8 28/18
30/18 31/3 33/10 34/25 37/11 38/1 38/3
39/13 42/13 43/21 44/14 47/15 48/8 49/2
52/12 53/10 53/20 54/14 54/18 58/12
58/17 58/25 59/16 60/21 61/9 62/9 62/13
63/4 63/12 63/18 64/9 64/18 65/12 66/8
66/23 67/22 68/3 69/10 69/13 72/2 72/5
72/10 74/2 76/18
right-hand [1] 12/17
rights [2] 22/22 45/20
rise [2] 46/22 74/9
risk [2] 13/24 68/17
RMR [2] 3/11 77/4
ROBERT [1] 2/2
Rodriguez [2] 58/20 72/4
Rome [2] 3/6 46/9
room [1] 8/8
Royal [1] 60/20
rude [1] 73/25
rule [6] 6/9 14/3 20/14 25/6 33/8 46/4
Rule 1006 [1] 14/3
ruled [4] 13/2 13/13 14/1 17/24
ruling [1] 24/11
run [4] 8/6 41/17 51/20 73/19

**S**

S/N [1] 2/7
sacrifice [3] 9/19 9/22 10/23
said [23] 5/19 6/4 7/4 17/15 18/1 23/4
24/10 30/13 31/1 33/23 36/25 39/15
40/12 47/2 50/5 53/1 53/5 58/18 60/17
67/9 70/13 72/19 74/24
salesperson [2] 52/7 52/7
salvage [1] 76/14
same [8] 19/17 31/5 31/7 31/13 35/13
36/3 36/8 43/4
satisfaction [1] 36/17
save [1] 30/10
saved [1] 74/13
saw [4] 13/7 69/25 74/19 74/24
say [21] 8/11 16/21 18/2 18/8 25/10
30/1 30/15 32/6 33/13 35/4 35/24 35/25
38/13 39/17 56/8 56/16 65/22 66/11 68/1
70/15 73/22
saying [7] 6/25 7/17 7/17 16/19 18/19
24/12 75/15
says [3] 13/6 13/10 38/19

SCAROLA [9] 1/11 1/12 3/12 6/13 6/21
43/25 44/3 44/5 45/14
scarolateam [1] 1/14
schedule [7] 21/4 48/20 49/15 53/24
62/14 68/6 68/12
scheduled [1] 50/22
SCHERER [7] 2/2 2/3 2/6 2/10 44/18
44/19 45/21
school [9] 40/25 48/12 48/15 48/22
48/25 49/10 50/1 50/7 56/22
SE [1] 3/1
Searcy [1] 1/12 44/5 45/3
searcylaw.com [1] 1/14 1/14
seat [1] 74/8
seated [9] 4/2 32/4 32/6 33/25 42/16
44/3 44/8 44/14 74/12
seating [1] 4/21
seats [3] 67/19 67/20 74/7
second [12] 12/19 12/21 13/5 31/24
32/1 33/20 47/9 51/10 54/10 54/12 54/14
74/6
see [33] 4/24 5/3 10/25 11/15 12/3 14/7
25/12 28/22 29/7 29/11 30/5 30/7 34/10
35/22 36/21 37/3 37/6 37/18 37/20 38/13
40/18 44/6 47/11 47/16 49/20 62/4 63/20
64/11 69/14 73/17 75/4 76/1 76/18
seeing [2] 37/9 45/10
seem [5] 29/23 38/21 39/22 39/23 76/12
seems [1] 36/9
seen [1] 29/10
selected [3] 4/13 43/16 73/15
selection [2] 24/8 33/5 73/16
Sellers [1] 2/16
send [4] 35/10 39/9 64/23 65/4
sense [4] 34/4 37/17 37/21 39/12
separate [5] 6/16 19/11 20/1 20/1 24/15
SERENA [2] 3/5 46/15
serena.gopal [1] 3/10
serious [2] 20/8 23/2
serve [10] 38/14 43/8 50/10 53/2 60/12
60/23 64/8 65/8 71/6 74/25
service [12] 10/18 10/19 11/8 41/5 46/1
46/2 46/3 47/20 47/25 48/3 59/23 66/9
serving [2] 47/5 48/13
set [2] 29/13 42/23
seven [1] 52/4
several [1] 17/24
severe [1] 68/16
Shall [1] 25/16
shape [1] 75/3
SHAREHOLDERS [1] 1/4
she [13] 4/10 41/18 41/20 42/5 46/22
48/15 49/10 55/17 56/23 62/3 62/4 70/13
72/25
she's [3] 42/5 56/1 60/1
Shipley [2] 1/12 44/5
short [1] 21/4
should [19] 5/14 5/14 5/25 7/16 9/6
30/8 36/18 36/20 37/8 39/3 39/7 40/21
42/11 43/20 70/2 70/6 70/20 71/4 75/3
show [1] 18/19
side [4] 17/25 24/11 29/17 34/9
side's [1] 32/15
sidebar [7] 25/11 25/15 69/14 69/15
75/12 75/24 76/1
sides [5] 26/22 27/12 32/4 33/17 33/25

sign [1] 46/9
significant [6] 8/20 8/24 9/2 9/18 9/21
10/16
similar [1] 26/19
SIMONS [3] 1/15 6/3 44/9
since [2] 29/5 29/15
single [3] 40/23 48/5 48/11
sir [47] 6/24 7/23 19/15 20/19 22/15
22/17 22/25 23/20 35/4 36/1 38/4 38/9
40/8 50/16 50/18 51/19 52/17 56/9 56/10
56/13 56/15 57/17 57/18 59/11 59/14
59/18 59/21 59/21 61/8 64/9 64/21 64/25
65/3 65/6 65/15 65/19 65/20 65/25 66/3
66/14 66/17 66/25 67/13 68/25 69/1 70/7
74/14
sister [1] 56/23
sit [6] 8/25 9/6 40/22 52/10 67/15 68/24
sitting [4] 67/18 67/21 67/24 68/5
situated [1] 50/1
situation [6] 22/5 48/21 51/14 62/24
63/13 71/25
situations [1] 65/8
six [9] 9/20 10/6 17/13 18/24 41/6 53/25
55/22 57/6 60/15
six-week [2] 53/25 55/22
skip [1] 37/7
skipped [1] 71/3
sleep [2] 18/7 24/25
slide [5] 12/16 13/5 14/25 15/16 16/22
slides [1] 12/15
small [5] 26/3 45/13 51/17 52/3 70/10
smaller [2] 12/2 35/20
snippets [1] 26/16
so [168]
social [1] 75/15
society [1] 46/4
some [37] 4/5 4/11 6/7 8/23 9/13 9/18
9/21 11/8 17/21 20/21 21/25 23/2 23/8
23/9 29/19 29/23 30/10 30/19 37/3 37/5
38/14 38/17 38/23 43/8 45/11 47/3 53/17
55/9 62/9 64/22 65/11 69/12 74/1 74/4
75/2 76/4 76/13
somebody [1] 27/7
somehow [1] 19/24
someone [5] 51/5 54/15 64/23 65/4
71/5
something [9] 22/21 23/5 37/6 49/17
49/21 54/2 60/13 66/15 68/12
sometimes [1] 48/19
somewhere [1] 73/19
son [5] 41/1 55/14 56/17 56/20 56/22
sorry [24] 4/2 6/20 24/5 27/15 27/18
27/22 28/11 35/17 49/3 51/9 51/24 54/1
55/3 57/2 57/3 59/2 60/16 61/23 62/12
63/1 63/20 64/15 70/25 74/5
sort [2] 13/23 21/25
sounds [1] 52/23
SOUTHERN [1] 1/1
speak [7] 18/16 30/20 31/20 47/9 59/20
61/9 69/9
speaking [1] 47/9
specific [5] 19/19 19/20 19/21 26/6
43/12
specifically [1] 62/10
spend [1] 62/8
spreading [1] 75/10

**S**

stab [1]  13/8
stabbing [1]  14/21
stage [1]  41/22
stand [4]  25/10 25/12 44/16 68/24
standing [4]  25/13 25/21 47/10 64/8
start [8]  8/5 39/22 47/7 48/18 68/2 68/8
 71/16 73/10
started [3]  8/10 8/16 53/21
state [7]  9/25 14/16 15/17 45/1 45/7
 59/3 59/6
stated [1]  55/23
statement [18]  5/15 14/14 14/20 15/15
 15/19 15/24 16/13 16/4 16/9 16/12 16/17
 17/6 17/15 17/23 18/5 18/6 23/17 25/7
statements [5]  15/13 18/11 75/1 76/4
 76/6
states [4]  1/1 1/9 23/11 56/6
STATUTE [1]  1/4
stay [3]  17/19 49/14 72/10
staying [1]  17/23
stead [1]  65/5
steer [1]  73/24
step [3]  52/5 55/10 58/10
still [9]  23/21 29/13 39/21 41/1 42/1
 48/22 53/9 68/16 71/5
stipulated [1]  12/14
STOOLMAN [4]  3/6 12/7 12/11 46/15
Street [4]  1/18 2/11 3/1 3/7
stretch [1]  67/25
strike [6]  31/22 32/7 32/16 32/17 32/24
 33/14
strikes [6]  32/9 32/12 33/3 33/3 33/9
 34/17
strong [1]  76/5
strongly [2]  55/19 55/23
sub [1]  12/21
sub-bullet [1]  12/21
subject [1]  12/23
submit [2]  9/8 21/12
substantial [1]  24/18
substantive [2]  12/15 15/9
successfully [1]  23/22
such [1]  13/15
sufficient [1]  23/19
suggesting [1]  36/18
Suite [6]  1/19 1/24 2/11 2/17 2/20 3/2
summary [2]  12/25 14/3
Sunday [1]  27/6
supervisor [1]  41/9
support [4]  17/7 21/14 21/22 23/14
supports [2]  16/2 40/3
supposed [1]  66/8
sure [19]  11/3 17/20 27/16 28/16 36/25
 41/14 42/4 47/25 48/1 49/4 50/14 52/25
 53/11 54/20 54/21 55/3 59/10 68/4 71/25
surgery [1]  23/13
survivors [1]  19/7
suspicious [1]  36/6
sustain [1]  25/14
swayed [1]  37/4
swear [1]  23/16 46/22
sworn [3]  23/17 46/21 46/24
system [1]  8/19

**T**

take [2]  17/19 44/8
take [25]  9/13 9/19 22/8 22/10 24/20
 26/17 31/8 41/1 42/6 48/15 48/22 49/24
 49/25 56/1 56/16 56/24 56/24 58/11 62/7
 62/9 62/22 68/7 68/9 68/10 68/11
taken [3]  8/7 33/4 38/6
takeoff [1]  61/21
takes [1]  8/8
taking [4]  22/2 56/19 62/11 68/17
talk [12]  5/8 17/21 18/22 19/25 20/22
 24/7 29/25 33/7 44/7 49/19 74/17 75/13
talking [3]  5/12 6/8 40/17
targeted [2]  15/20 16/21
tc [1]  2/12
teacher [4]  40/21 47/16 48/9 61/10
teachers [3]  47/19 48/2 71/23
teaching [2]  40/24 40/25
team [4]  7/10 34/25 43/24 66/21
technology [1]  26/15
teeth [1]  58/4
tell [11]  8/17 29/1 29/18 35/11 43/3
 46/21 52/11 58/18 69/5 70/19 70/20
telling [2]  4/20 8/6
tells [1]  60/10
ten [6]  4/22 6/16 7/1 24/15 33/21 44/12
term [1]  64/12
terms [4]  14/13 34/8 36/16 49/25
TERRENCE [1]  2/10
Terry [1]  45/19
testify [1]  20/7
testifying [1]  27/4
testimony [9]  16/2 17/14 21/1 21/2 21/3
 21/8 22/6 22/12 28/15
than [16]  10/3 12/3 24/22 28/5 34/19
 36/13 39/5 39/9 46/2 47/22 48/19 48/20
 65/7 67/20 68/5 76/13
thank [71]  7/13 7/25 8/1 10/12 10/17
 10/18 10/24 10/24 11/15 13/18 14/9
 14/23 16/5 16/6 16/15 16/24 17/4 23/20
 24/2 26/14 26/18 28/7 28/17 34/2 34/6
 34/23 36/1 38/4 38/5 40/8 42/17 42/20
 44/1 44/17 45/11 45/14 45/23 45/25 46/1
 46/17 46/19 46/25 47/15 50/16 50/21
 51/13 51/14 52/17 54/18 56/7 57/18
 57/19 57/22 58/2 58/17 59/11 59/18 61/8
 63/18 65/12 65/20 67/2 67/3 67/11 68/25
 71/9 71/13 72/16 74/4 75/5 76/17
thanks [2]  6/12 13/19 37/24 54/19
 71/11
that [348]
that's [52]  4/16 5/13 5/16 6/1 6/4 17/8
 18/7 19/21 21/18 22/4 26/24 27/10 27/17
 28/7 28/18 28/25 31/1 32/20 32/21 32/24
 33/5 33/24 34/4 34/21 34/24 36/2 36/17
 38/23 41/2 41/6 42/8 43/17 44/9 47/15
 47/21 48/5 48/20 49/21 51/8 54/24 55/4
 55/8 55/19 57/8 57/11 62/17 63/16 65/11
 66/15 70/1 70/10 71/5
their [32]  12/25 15/3 15/20 16/2 17/7
 18/3 18/6 18/7 18/13 18/21 18/22 19/3
 19/23 21/11 21/12 21/22 22/3 27/4 29/11
 30/15 31/19 35/10 35/23 35/25 40/13
 42/1 43/24 58/4 58/6 75/13 75/18 76/6
them [57]  5/16 8/3 8/6 17/8 21/21 23/25
 26/12 26/20 27/6 29/25 30/9 31/5 31/18

35/21 35/4 35/4 35/4/15 35/4  35/13 35/16
35/21 36/10 36/13 36/14 36/15 36/21
37/8 37/12 37/13 37/15 37/19 37/22
38/12 39/1 39/2 39/3 39/9 39/10 39/13
39/20 40/13 40/14 41/24 42/9 42/11 43/6
44/16 49/20 51/4 53/15 69/9 71/4 73/19
75/2 75/9 76/6 76/14
themselves [2]  43/24 44/17
then [43]  6/2 6/6 7/7 9/2 9/14 12/21
 13/21 16/3 19/22 25/13 26/15 29/16 31/4
 31/15 31/20 31/23 31/24 32/11 32/17
 33/3 33/4 33/5 33/10 33/14 33/19 33/21
 36/5 36/13 36/14 38/3 43/7 43/12 60/12
 65/7 68/7 68/10 68/23 69/4 69/10 69/10
 72/6 72/7 72/14
theory [2]  15/20 16/20
there [69]  4/6 4/15 4/17 4/17 5/8 7/5 7/7
 14/18 15/3 15/8 15/24 15/25 20/17 20/19
 21/8 21/15 23/23 28/17 31/11 37/13
 38/17 39/17 40/7 40/10 40/12 40/18
 41/25 42/9 42/10 44/12 46/1 47/3 49/10
 50/2 51/2 51/11 52/5 52/5 52/9 53/12
 53/20 53/23 54/15 55/9 55/24 58/10
 60/14 62/3 62/13 63/8 63/14 63/14 68/4
 69/16 69/16 69/24 69/24 70/5 70/21 71/3
 71/18 72/13 72/24 73/1 73/3 73/17 74/13
 74/16 76/5
there's [6]  17/15 19/20 20/4 33/10
 34/11 73/2
Thereupon [1]  69/15
these [18]  4/24 8/24 9/3 9/17 10/9 10/21
 17/10 17/12 23/22 24/19 28/12 37/3
 38/17 38/24 67/19 67/20 71/14 76/4
they [88]
they're [2]  16/17 28/14
thing [7]  5/13 17/14 26/19 30/1 39/14
 48/6 64/7
things [10]  6/9 12/4 20/21 21/24 22/3
 28/24 38/23 50/13 50/14 52/3
think [66]  4/4 5/7 5/13 5/16 5/16 5/19
 5/23 5/25 6/16 7/15 13/3 13/13 14/21
 15/14 17/3 17/15 18/15 18/17 20/25
 21/11 23/17 24/17 24/21 25/24 26/8 26/9
 27/10 28/14 29/10 30/14 30/24 31/11
 34/16 34/18 36/2 36/12 37/8 37/11 39/2
 39/7 39/16 41/6 41/10 42/11 48/23 49/21
 66/23 68/13 70/2 70/10 70/12 70/16
 70/18 70/18 70/20 71/7 71/8 71/23 74/4
 74/24 75/2 75/13 75/17 76/2 76/6 76/13
third [4]  7/6 13/5 42/7 55/15
this [80]
those [31]  9/14 13/17 19/13 20/16
 26/22 29/7 29/15 29/20 30/20 30/24
 35/20 36/6 38/15 38/23 41/14 42/23
 42/24 43/10 43/11 50/12 50/14 62/12
 65/7 69/12 73/4 74/3 74/7 74/8 75/19
 76/2 76/12
though [2]  16/19 75/16
thought [6]  20/22 24/4 51/5 70/5 70/13
 70/17
three [14]  17/11 17/25 18/4 24/14 24/16
 24/17 24/21 24/23 25/4 43/10 53/25 54/6
 62/12 64/10
three-hour [1]  17/11
threw [1]  24/3
throat [1]  52/8

**I**

**through [22]** 4/24 8/7 12/25 23/22 30/6 31/20 31/24 33/5 33/9 36/12 37/9 37/19 38/6 38/13 39/4 39/14 40/18 43/3 43/12 68/10 69/20 75/15
**throughout [1]** 75/10
**Thursday [2]** 51/1 51/2
**ticket [1]** 66/4
**time [43]** 7/6 8/25 9/13 9/19 9/22 9/24 11/7 12/14 15/25 16/11 18/2 18/3 26/17 30/10 31/13 34/8 34/10 34/11 35/12 36/4 37/18 37/20 38/20 43/5 43/9 44/15 44/15 46/18 47/6 48/2 49/6 51/10 55/17 56/22 57/16 60/5 60/22 61/13 63/5 64/22 67/16 69/2 72/7
**timely [1]** 70/12
**times [3]** 17/24 18/25 25/8
**timing [1]** 70/16
**today [16]** 5/3 39/16 42/17 42/25 43/17 46/18 48/14 52/8 66/13 66/19 66/21 73/18 73/20 74/4 74/17
**together [2]** 35/9 44/4
**told [2]** 4/14 5/20
**Toll [1]** 2/16
**too [2]** 49/5 64/22
**took [3]** 22/6 36/12 60/22
**top [1]** 10/14
**TORT [1]** 1/4
**totally [1]** 37/14
**town [1]** 45/17
**transcript [2]** 6/23 11/17
**transcription [1]** 77/3
**translation [1]** 14/5
**travel [9]** 21/18 23/3 23/6 23/7 23/11 50/22 54/2 54/5 62/13
**traveled [1]** 53/25
**traveling [6]** 20/9 23/6 53/3 53/9 63/21 63/21
**trial [10]** 1/8 15/11 22/6 22/7 22/8 22/12 22/19 43/16 73/15 76/8
**tried [1]** 9/20
**trip [3]** 51/3 66/6 66/10
**trouble [3]** 27/20 59/5 60/16
**truth [5]** 14/15 15/19 15/21 16/19 46/21
**truthful [2]** 10/9 10/10
**try [6]** 5/9 29/18 29/20 37/3 38/13 76/5
**trying [10]** 16/18 16/21 22/21 22/24 35/2 44/13 62/23 73/10 74/1 76/13
**Tuesday [1]** 43/16
**turns [1]** 56/24
**two [20]** 6/3 12/6 12/15 13/17 14/2 18/9 22/5 23/2 23/5 26/3 37/5 38/15 41/12 43/4 45/9 45/21 55/21 65/7 68/2 68/5
**two-week [1]** 55/21
**type [1]** 53/17

**U**

**U.S [1]** 41/5
**unable [3]** 17/7 17/9 23/11
**unavailability [1]** 20/11
**unavailable [1]** 21/23
**under [4]** 10/10 13/23 24/16 46/4
**undermined [1]** 16/1
**understand [9]** 7/11 17/11 22/23 22/24 24/11 25/13 32/25 60/15 73/21
**understanding [6]** 28/17 47/19 47/22

**understood [4]** 25/16 36/1 38/25 57/12
**underwent [1]** 23/13
**Underwood [1]** 52/18
**unduly [3]** 17/16 17/16 74/1
**unfold [1]** 28/23
**unfolding [1]** 28/22
**Unfortunately [1]** 58/12
**unhappy [1]** 65/11
**union [9]** 13/8 13/11 14/14 14/20 15/21 16/10 16/14 16/22 16/24
**UNITED [3]** 1/1 1/9 23/11
**United States [1]** 23/11
**unless [2]** 5/25 62/14
**Unlike [1]** 45/17
**unreasonable [1]** 27/10
**unreimbursable [1]** 66/4
**until [12]** 4/18 28/24 35/7 35/16 35/19 35/22 37/22 39/6 49/16 50/1 68/8 68/10
**unusual [1]** 34/20
**up [44]** 4/23 9/14 13/7 18/19 22/1 23/4 29/4 29/17 29/17 32/8 36/5 36/10 36/21 37/8 37/12 37/16 39/3 39/13 42/11 44/17 47/13 49/1 49/4 49/7 49/17 50/1 53/15 53/22 56/1 62/3 62/4 62/6 62/15 62/15 62/16 62/21 63/5 63/8 63/9 63/14 67/25 70/11 70/17 71/20
**update [1]** 5/1
**upon [8]** 4/23 19/24 30/9 30/19 43/14 47/13 74/19 74/21
**UPS [1]** 59/22
**upstairs [1]** 11/10
**urge [3]** 10/18 10/22 30/22
**us [53]** 2/17 5/25 9/6 9/13 9/19 9/22 9/24 10/1 10/2 10/8 10/12 10/19 10/23 42/17 42/24 42/25 44/5 44/9 46/10 46/13 50/3 51/11 52/2 53/23 55/6 55/16 58/24 59/8 59/12 59/15 61/5 61/16 63/15 65/17 66/2 67/9 69/8 69/13 70/19 70/20 72/1 72/8 73/1 74/4
**use [6]** 20/10 26/7 33/6 33/12 33/23 34/1
**used [5]** 14/14 23/24 26/6 26/21 27/3
**using [4]** 16/9 16/13 32/18 32/21
**usually [2]** 49/14 62/7
**utterance [2]** 14/19 15/23

**V**

**vacation [1]** 64/22
**VAHLSING [2]** 1/16 45/5
**Valentin [1]** 44/24
**Valentin-Diaz [1]** 44/24
**various [1]** 4/24
**vehemently [1]** 29/23
**venire [2]** 31/12 32/18
**veracity [1]** 21/16
**verification [1]** 21/25
**verified [1]** 23/1
**verify [4]** 50/7 51/13 59/10 71/20
**very [15]** 9/2 9/18 9/21 11/15 21/3 21/3 30/25 36/9 44/1 44/17 52/22 52/23 55/18 55/24 75/5
**VICTORIA [4]** 1/11 44/3 44/4 45/14
**video [2]** 26/5 26/15
**Villa [2]** 20/6 23/12

**Villages [2]** 64/1 64/2
**visa [1]** 20/7
**vmestrada [1]** 1/14
**voir [5]** 6/7 28/10 28/21 31/8 34/8
**Volume [1]** 1/6

**W**

**wait [1]** 47/9
**waiting [4]** 4/3 39/5 64/13 64/17
**waiver [1]** 32/21
**want [50]** 4/22 7/13 7/14 7/18 7/18 10/12 10/17 10/17 15/18 16/25 18/6 18/8 18/18 21/12 21/20 21/21 22/10 22/13 22/16 22/18 22/25 25/9 26/24 27/6 27/16 27/25 30/6 32/7 33/12 33/12 33/14 35/23 37/7 37/22 40/3 40/11 40/14 41/2 41/7 42/20 48/5 65/17 66/1 68/17 69/8 69/14 69/17 71/4 71/5 73/25
**wanted [16]** 8/16 12/12 12/15 14/14 16/7 18/1 20/21 24/7 28/16 32/20 51/13 58/23 59/10 59/18 67/16 69/20
**wants [1]** 5/25
**was [41]** 4/6 4/6 4/7 4/8 4/10 5/20 6/15 7/9 8/2 14/1 14/6 14/18 15/6 15/20 15/24 16/10 16/14 17/15 19/11 20/17 20/19 20/22 23/6 24/10 27/18 28/17 32/14 36/24 38/12 38/15 40/7 51/5 55/21 63/4 63/6 63/8 66/8 66/18 69/15 71/19 74/6
**Washington [5]** 1/19 2/11 2/14 44/10 45/19
**wasn't [2]** 20/24 55/3
**wavering [1]** 36/6
**way [8]** 11/5 23/14 29/2 36/23 51/2 54/15 64/8 74/1
**we [277]**
**we'd [2]** 41/11 69/5
**We're [1]** 22/21
**we've [3]** 13/1 24/18 39/21
**wear [1]** 52/4
**wearing [1]** 58/5
**wedded [1]** 29/12
**Wednesday [2]** 8/4 43/7
**week [15]** 4/18 21/9 21/10 40/2 50/25 53/25 54/10 54/12 54/14 55/12 55/12 55/21 55/22 62/19 66/13
**Weekday [1]** 28/5
**weekend [9]** 22/20 27/8 62/8 63/7 63/7 63/7 75/20 76/16 76/18
**weekends [1]** 62/6
**weeks [9]** 9/20 10/6 17/13 41/6 53/25 57/6 58/15 60/15 62/24
**welcome [6]** 8/13 37/25 40/9 42/16 65/13 67/12
**well [33]** 7/9 16/17 17/3 18/1 20/1 25/25 29/1 30/3 30/16 35/4 35/22 36/18 36/24 48/1 48/14 48/17 52/3 56/21 57/22 58/2 63/4 63/21 66/13 68/6 68/15 70/18 72/16 72/21 73/1 74/5 74/15 75/15 75/25
**wells [5]** 3/11 3/13 77/4 77/4 77/6
**went [6]** 6/17 6/25 7/4 36/9 36/22 39/14
**were [22]** 4/5 4/6 4/12 4/13 4/13 6/8 14/16 14/19 14/19 14/20 14/21 18/21 20/22 22/2 28/18 43/15 51/7 63/5 70/5 71/18 71/19 74/4
**weren't [1]** 27/24

**W**

**West [6]**  1/3 1/13 2/21 44/4 45/2 45/13
**what [42]**  4/11 4/23 5/3 5/20 6/4 6/8 7/4
12/3 12/4 17/8 17/18 18/17 18/21 18/23
21/13 21/21 22/24 26/17 27/18 28/8
28/18 29/14 31/1 32/20 33/24 34/16
35/23 36/19 36/20 37/18 37/20 42/22
49/6 50/5 55/19 61/6 62/18 66/18 69/3
73/6 73/10 74/19
**what's [2]**  41/3 64/7
**whatever [5]**  15/5 15/13 37/16 67/25
75/18
**when [27]**  8/2 16/23 21/5 21/7 31/15
33/6 33/21 35/12 37/18 38/2 47/9 47/13
51/5 51/7 54/8 56/19 56/21 60/17 60/25
61/21 61/23 61/24 62/4 62/18 63/4 71/19
76/6
**whenever [2]**  21/10 61/5
**where [10]**  29/19 41/14 49/10 60/19
61/22 61/25 62/16 63/13 63/24 72/24
**whether [19]**  9/3 9/9 10/15 11/6 25/14
25/15 29/11 30/7 33/4 34/5 37/15 40/7
40/13 43/1 43/19 43/19 47/5 47/20 60/4
**which [23]**  6/8 8/14 8/20 9/13 12/6
12/14 12/23 13/1 13/11 15/10 20/9 26/19
34/18 36/9 36/12 53/15 55/17 61/21
61/25 69/5 69/6 73/3 75/19
**whichever [1]**  41/1
**while [3]**  6/6 52/2 56/23
**white [1]**  75/12
**who [26]**  4/7 5/9 8/14 9/6 27/7 29/23
30/13 32/3 32/13 35/14 35/20 35/24 36/6
36/25 38/13 39/4 41/12 44/15 45/21 46/8
46/12 47/14 52/7 56/19 73/4 74/3
**whoever [2]**  33/4 47/9
**whole [3]**  15/20 25/21 75/10
**whom [1]**  4/6
**why [13]**  10/1 23/23 25/13 32/24 34/21
35/7 38/22 39/3 40/24 50/3 53/13 57/11
75/14
**WICHMANN [2]**  3/1 44/25
**wife [2]**  58/1 58/18
**Wildwood [1]**  63/25
**will [101]**
**WILLIAM [4]**  2/2 3/1 44/18 45/21
**Williams [1]**  51/15
**willing [3]**  10/23 71/5 74/25
**willingness [2]**  42/18 59/12
**wind [1]**  4/23
**without [10]**  25/4 35/15 35/21 37/23
58/7 58/14 62/14 67/24 72/23 76/2
**witness [6]**  13/12 21/22 22/9 23/6 26/21
26/23
**witnesses [7]**  16/1 27/3 28/1 28/5 28/5
28/5 45/11
**won't [7]**  4/17 30/12 48/18 48/20 64/4
64/21 65/2
**words [3]**  8/11 23/6 36/8
**work [28]**  4/24 4/25 24/18 31/24 38/20
38/22 39/17 43/5 48/8 50/9 50/22 53/6
53/9 53/12 53/13 53/24 56/14 56/19
56/21 56/22 59/22 61/19 61/20 63/12
68/19 68/22 68/23 74/14
**working [5]**  4/4 4/11 4/18 31/23 44/8
**works [1]**  23/18
**worry [1]**  41/24
**worrying [1]**  56/6
**would [69]**  6/4 7/4 7/15 10/1 13/14
15/10 15/20 16/16 19/7 20/5 21/4 21/5
21/18 21/21 22/7 23/15 23/16 28/22 29/5
29/14 30/20 30/22 30/24 34/19 35/18
38/22 41/10 41/10 47/4 47/5 47/13 48/21
49/2 49/13 49/15 49/15 50/8 50/9 50/12
50/13 50/14 53/9 53/15 55/22 55/24 56/4
56/5 57/5 57/12 57/15 60/11 60/11 60/23
61/12 62/13 62/22 64/11 65/7 65/8 68/1
68/8 68/8 68/13 71/20 75/9 75/19 75/24
76/3 76/12
**wouldn't [4]**  47/10 51/12 57/13 68/17
**write [1]**  60/13
**wrote [2]**  5/18 29/9
**wrs3 [1]**  2/5
**wwichmann [1]**  3/3
**wyatt [2]**  1/17 1/21

**Y**

**yeah [6]**  48/23 49/1 50/11 50/15 63/3
63/17
**years [3]**  45/1 56/22 62/3
**yelling [2]**  14/19 14/20
**yes [79]**
**yesterday [9]**  4/8 5/12 12/12 29/22 36/3
36/9 36/19 36/21 43/7
**yet [8]**  13/2 13/13 35/5 60/8 60/9 64/14
64/17 73/7
**York [3]**  1/25 45/8 54/7
**you [551]**
**You're [1]**  37/25
**you've [1]**  18/9
**Young [2]**  61/9 72/12
**your [122]**
**yourself [2]**  7/23 8/25