```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                     CASE NO. 08-md-01916
```

IN RE: CHIQUITA BRANDS,              West Palm Beach, Florida
INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND               April 30, 2024
SHAREHOLDERS DERIVATIVE
                                     9:05 a.m. - 5:50 p.m.

                                     Volume 5
                                     Pages 1 - 266
--------------------------------------------------------

```
             JURY TRIAL DAY 5 - OPENING STATEMENTS
            BEFORE THE HONORABLE KENNETH A. MARRA
                 UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE PLAINTIFF(S):  JOHN SCAROLA
                       VICTORIA MESA-ESTRADA
                       MARIANO GARCIA
                       Searcy Denney Scarola Barnhart & Shipley
                       2139 Palm Beach Lakes Boulevard
                       West Palm Beach, FL 33402-3626
                       _scarolateam@searcylaw.com
                       vmestrada@searcylaw.com

                       MARCO SIMONS
                       MARISSA VAHLSING
                       RICHARD L. HERZ
                       WYATT GJULLIN
                       EarthRights International
                       1612 K. Street, NW
                       Suite 800
                       Washington, DC 20006
                       marco@earthrights.org
                       marissa@earthrights.org
                       rick@earthrights.org
                       wyatt@earthrights.org

                       JONATHAN C. REITER
                       Jonathan C. Reiter Law Firm, PLLC
                       350 Fifth Avenue
                       Suite 6400
                       New York, NY 10118
                       jcreiter@jcreitlerlaw.com

APPEARANCES: (Continued)

```
FOR THE PLAINTIFF(S):   WILLIAM ROBERT SCHERER, III
                        Conrad & Scherer, LLP
                        633 S. Federal Highway
                        4th Floor
                        Fort Lauderdale, FL 33301
                        wrs3@conradscherer.com

                        ERIC JAMES HAGER
                        Conrad & Scherer LLP
                        Edificio Officenter, Oficina 304
                        Avenida Pampite S/N y Chimborazo -
                        Cumbay
                        Quito 170901
                        ehager@conradscherer.com

                        TERRENCE P. COLLINGSWORTH
                        Conrad & Scherer, LLP
                        1156 15th Street, NW, Suite 502
                        Washington, DC 20009
                        tc@iradvocates.org

                        NICHOLAS J. JACQUES
                        Cohen Milstein
                        1100 Fifth Floor
                        Washington, DC 20005
                        njacques@cohenmilstein.com

                        LESLIE KROEGER
                        Cohen Milstein Sellers & Toll PLLC
                        11780 US Highway 1, Suite 500N
                        Palm Beach Gardens, FL 33408-3042
                        lkroeger@cohenmilstein.com

                        JAMES KELLOGG GREEN
                        James K. Green
                        222 Lakeview Avenue
                        Suite 1650 Esperante
                        West Palm Beach, FL 33401
                        jkg@jameskgreenlaw.com
```

```
FOR THE PLAINTIFF(S):   WILLIAM J. WICHMANN
                        12 SE 7th Street
                        Suite 609
                        Fort Lauderdale, FL 33301
                        Email: wwichmann@me.com


FOR THE DEFENDANT(S):   MICHAEL L. CIOFFI
                        FRANK A. DANTE
                        MELISSA FUNDORA-MURPHY
                        SERENA GOPAL
                        MICHAEL STOOLMAN
                        Blank Rome Comisky & McCauley LLP
                        1700 PNC Center
                        201 E. Fifth Street
                        Cincinnati, OH 45202
                        cioffi@blankrome.com
                        dante@blankrome.com
                        mfmurphy@blankrome.com
                        serena.gopal@blankrome.com
                        michael.stoolman@blankrome.com


REPORTED BY:            JILL M. WELLS, RMR, CRR, CSR
                        Official Court Reporter
                        400 N. Miami Avenue
                        Miami, FL 33128
                        jill_wells@flsd.uscourts.gov
```

1                          I N D E X

2      Description                                    Page

3      Preliminary Jury Instructions                    6

4      Opening Statement        by Mr. Scarola          21

5      Opening Statement        by Mr. Wichmann         68

6      Opening Statement        by Ms. Jordan           71

7      Opening Statement        by Mr. Garcia           76

8      Opening Statement        by Mr. Scherer          82

9      Opening Statement        by Ms. Mesa-Estrada     90

10     Opening Statement        by Mr. Reiter           96

11     Opening Statement        by Mr. Cioffi           103

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    (Case called to order of the court at 9:05 a.m.)

2         THE COURT:  Good morning.  Please be seated.  All the

3    jurors are present and accounted for.  So are we ready to

4    proceed this morning with opening statements?

5         MR. SCAROLA:  Ready and anxious to proceed, your

6    Honor, yes.

7         MR. CIOFFI:  Yes, your Honor, ready.

8         THE COURT:  One thing I didn't mention, and I hope it

9    doesn't present a problem for plaintiffs in your opening, I

10   don't think you should be able to argue to -- in opening that

11   somehow these proceedings, since they have been going on for

12   years, somehow was caused by -- the delay in getting to trial

13   is caused by Chiquita trying to delay this day.

14        MR. SCAROLA:  I have absolutely no intention of doing

15   that, your Honor.

16        THE COURT:  Okay.  All right.  I just wanted to -- I

17   didn't think that would be appropriate.

18        All right.  So let's bring the jurors in.  And I will

19   be reading them their -- the preliminary instructions before we

20   actually begin the openings.

21        MR. SCAROLA:  Your Honor, is the placement of that

22   easel problematic for the court?

23        THE COURT:  I can see all the jurors.  I don't know

24   what you are going to put on there.

25        MR. SCAROLA:  I am only talking about placement.  I
```

1    know whatever I put on it will be problematic.

2              THE COURT:  No, it's not a problem.

3              MR. SCAROLA:  Is it the court's intention to provide

4    the jurors with notepads?

5              THE COURT:  Yes.

6              MR. SCAROLA:  Is it your intention to provide them

7    with notepads now?

8              THE COURT:  Yes, they should have them when they come

9    out.

10             MR. SCAROLA:  Thank you very much, sir.

11             (The jury entered the courtroom at 9:13 a.m.)

12             THE COURT:  Good morning.  Welcome back.  Please be

13   seated, ladies and gentlemen.  Thank you again, ladies and

14   gentlemen, for being back this morning.  We again appreciate

15   your service and we thank you for being here this morning.

16             We are going to begin the trial in just a few minutes.

17   But before we hear from the attorneys, I want to read you some

18   preliminary instructions that I am going to ask you to follow

19   during the course of the trial and give you a little bit of an

20   explanation of how we are going to go forward and some things

21   that might come up during the course of the trial so you will

22   understand what these matters mean and how you should take them

23   into consideration.

24             So, members of the jury, now that you have been sworn,

25   I need to explain some basic principles about a civil trial and

1    your duty as jurors.  These are preliminary instructions, and I

2    will give you more detailed instructions at the end of the

3    trial.

4         It's your duty to listen to the evidence, decide what

5    happened, and apply the law to the facts.  It's my job to

6    provide you with the law you must apply.  And you must follow

7    the law even if you do not agree with it.

8         You must decide the case on only the evidence

9    presented in the courtroom.  Evidence comes in many forms.  It

10   could be testimony about what someone saw or heard or smelled,

11   it could be an exhibit or a photograph, and it could be

12   someone's opinion.

13        Some evidence may be proved -- excuse me, some

14   evidence may prove a fact indirectly.  Let's say a witness saw

15   wet grass outside and people walking into the courthouse

16   carrying wet umbrellas, which I think may have happened today.

17   This may be indirect evidence that it rained, even though the

18   witness didn't personally see it rain.  Indirect evidence like

19   this is called circumstantial evidence, simply a chain of

20   circumstances that proves a fact.

21        As far as the law is concerned, it makes no difference

22   whether evidence is direct or indirect.  You may choose to

23   believe or disbelieve either kind, and your job is to give each

24   piece of evidence whatever weight you think it deserves.

25        During the trial, you will hear certain things that

1    are not evidence and must not be considered -- you must not

2    consider them as evidence.  For example, the lawyers'

3    statements and arguments aren't evidence.

4           In their opening statements, which you will hear

5    shortly, and the closing arguments, which you will hear at the

6    end of the case, the lawyers will discuss the case.  Their

7    remarks may help you follow each side's arguments and the

8    presentation of evidence, but the remarks themselves aren't

9    evidence, and you shouldn't -- they shouldn't play a role in

10   your deliberations.

11          Second, the lawyers' questions and objections aren't

12   the evidence.  Only the witness' answers are the evidence.

13   Don't decide that something is true just because a lawyer's

14   question suggests that it is.

15          For example, a lawyer may ask a witness, "You saw

16   Mr. Jones hit his sister, didn't you?"  That question is not

17   evidence of what the witness saw or what Mr. Jones did unless

18   the witness agrees with it.

19          There are Rules of Evidence that control what the

20   court can receive into evidence.  And when a lawyer asks a

21   witness a question or presents an exhibit, the opposing lawyer

22   may object if he or she thinks the Rules of Evidence don't

23   permit it.

24          If I overrule the objection, then the witness may

25   answer the question or the court may receive the exhibit.  But

1   if I sustain the objection, then the witness cannot answer the

2   question, and the court cannot receive the exhibit.

3          So when I sustain an objection to a question or an

4   exhibit, you must ignore the question and the exhibit and not

5   guess what the answer might have been to the question or what

6   information may be contained in the exhibit.

7          Sometimes I may disallow evidence, and this is called

8   striking evidence, and order you to disregard it, and that

9   means you must not consider that evidence when you are deciding

10  the case.

11         I may allow some evidence for only a limited purpose,

12  and when I instruct you that I have admitted an item of

13  evidence for a limited purpose, you must consider it only for

14  that purpose and no other.

15         To reach a verdict, you may have to decide which

16  testimony to believe and which testimony not to believe.  You

17  may believe everything a witness says, part of what a witness

18  says, or none of what a witness says.

19         When considering a witness' testimony, you may take

20  into account the witness' opportunity and ability to see, hear,

21  or know the things about which he or she testified, the

22  witness' memory, the witness' manner while testifying, any

23  interest the witness may have in the outcome of the case, any

24  bias or prejudice the witness may have, any other evidence that

25  contradicts the witness' testimony, the reasonableness of the

 1    witness' testimony in light of all the evidence, and any other

 2    factors affecting believability.

 3          You may hear evidence during the trial that witnesses

 4    have discussed the facts of the case and their testimony with

 5    the lawyers before the witness has appeared in court.  And

 6    although -- and though you may consider that fact when you are

 7    evaluating a witness' credibility, I should tell you that there

 8    is nothing either unusual or improper about a witness meeting

 9    with lawyers before testifying so that the witness can be aware

10    of the subjects he or she will be questioned about, focus on

11    those subjects, and have the opportunity to review relevant

12    exhibits before being questioned about them.

13          Such consultations help conserve your time and the

14    court's time, and, in fact, it would be unusual for a lawyer to

15    call a witness without such consultation.

16          At the end of the trial, I will give you additional

17    guidelines for determining a witness' credibility.

18          Now, as you have heard, this is a civil case, not a

19    criminal case.  The ten cases combined for this trial are part

20    of a larger, multidistrict litigation proceeding.

21          A multidistrict litigation proceeding involves a

22    number of similar cases filed in different parts of the

23    country.  All of the similar cases are consolidated and

24    transferred to one court and one judge for handling.

25          So it's important for you to understand that this is

1   not a class action.  Instead, each plaintiff and each case is

2   individual and distinct, and you must at all times treat each

3   case as if it were being tried by itself.

4          These cases were consolidated for purposes of the

5   multidistrict litigation and this trial for reasons of

6   efficiency only because they share certain facts in common,

7   including some common witnesses and they share the same

8   defendant.

9          With that said, you must not be influenced in any one

10  of these cases by evidence unique to a different case.  While

11  these cases have been combined for purposes of presenting the

12  evidence in one trial, they remain separate cases, and you must

13  render a separate verdict as to each plaintiff and each

14  individual claim and defense, which means your deliberations

15  must be specific to each individual plaintiff and, during your

16  deliberations as to each individual plaintiff, you must not

17  consider in any way any other plaintiff's claims or defendant's

18  defenses to those claims.

19         Now, to help you follow the evidence, I will summarize

20  the parties' positions, which I mentioned yesterday briefly.

21         The plaintiffs are relatives of persons who they

22  allege were killed in the South American country of Colombia by

23  a group called the Autodefensas Unidas de Colombia.  Again, I

24  apologize for my poor Spanish accent.  And throughout the

25  trial, this group will be referred to as "AUC."  So you will

1    hear that phrase many times.

2          The defendant, Chiquita Brands International,

3    Incorporated, which you will hear referred to as "Chiquita"

4    throughout this trial, is a company that produces and

5    distributes bananas.

6          During the relevant time period, Chiquita had business

7    operations in Colombia.  Plaintiffs claim that Chiquita

8    knowingly provided substantial assistance to the AUC in the

9    form of cash payments and other support to a degree sufficient

10   to create a foreseeable risk of harm to others, including the

11   plaintiffs' relatives.

12         Chiquita denies these claims, and first claims --

13   Chiquita claims that plaintiffs are unable to prove the AUC

14   killed their relatives, and Chiquita further asserts any

15   payments it made to the AUC were not voluntary but, rather,

16   made under threat -- but the payments were made under the

17   threat of injury or death to its own employees and

18   representatives in Colombia.

19         And at the close of the evidence, I will instruct you

20   on the law, including what facts are necessary to prove the

21   liability and damages that plaintiffs are seeking.

22         Each plaintiff has the burden of proving his or her

23   case with what's called -- the law calls a preponderance of the

24   evidence.  That means each plaintiff must prove that, in light

25   of all the evidence, what he or she claims is more likely true

1    than not true.

2          So if you were to put the evidence favoring each

3    plaintiff and the evidence favoring Chiquita on opposite sides

4    of balancing scales, each plaintiff needs to make the scales

5    tip to his or her side.  If any one of the plaintiffs fails to

6    meet his or her burden, that is, to tip the scales in their

7    favor, then you must find in favor of Chiquita on that

8    plaintiff's claim.

9          To decide whether any fact has been proved by a

10   preponderance of the evidence, you may, unless I instruct you

11   otherwise, consider the testimony of all the witnesses

12   regardless of who called them, and all the exhibits that the

13   court allowed, regardless of who produced them.

14         After considering all the evidence, if you decide a

15   claim or fact is more likely true than not true, then the claim

16   or fact has been proved by a preponderance of the evidence.

17         On certain issues called affirmative defenses,

18   Chiquita has the burden of proving the elements of a defense by

19   a preponderance of the evidence.  And I will instruct you later

20   on the facts Chiquita needs to prove for any affirmative

21   defense.

22         After considering all the evidence, if you decide that

23   Chiquita has successfully proven that the facts -- required

24   facts are more likely true than not true, then the affirmative

25   defense is proved.

```
 1            Now, while serving on the jury, you may not talk with

 2   anyone about anything related to the case.  You may tell people

 3   that you are a juror and give them information about when you

 4   must be in court, but you must not discuss anything about the

 5   case itself with anyone.  You shouldn't even talk about the

 6   case with each other until you begin your deliberations at the

 7   end of the trial.

 8            You want to make sure that you have heard everything,

 9   all the evidence, the lawyers' closing arguments, and my

10   instructions on the law before you begin your deliberations.

11   And you should keep an open mind until the end of the trial.

12   Premature discussions may lead to a premature decision.

13            In this age of technology, I want to emphasize that in

14   addition to not talking face-to-face with anyone about the

15   case, you must not communicate with anyone about the case by

16   any other means.  This includes emails, text messages, phone

17   calls, and the Internet, including social networking websites

18   such -- and apps such as Facebook, Instagram, Snapchat,

19   YouTube, Twitter or X.  You may not use any similar technology

20   of social media even if I have not specifically mentioned it

21   here.

22            You must not provide any information about the case to

23   anyone by any means whatsoever, and that includes posting

24   information about the case or what you are doing in the case on

25   any device or Internet site, including blogs and chat rooms and
```

```
1    social websites or any other means.

2            You shouldn't -- you should also not Google or search

3    online or offline for any information about the case, the

4    parties, or the law.

5            Don't read or listen to the news about the case if

6    it's reported, visit any places related to the case, which is

7    not going to be -- is not going to happen here since everything

8    occurred in Colombia, and research any fact, issue or law

9    related to the case.

10           The law forbids the jurors to talk with anyone else

11   about the case and forbids anyone else to talk to the jurors

12   about it.  It's very important that you understand why these

13   rules exist and why they are so important.

14           You must base your decision only on the testimony and

15   other evidence presented in the courtroom.  It is not fair to

16   the parties if you base your decision in any way on information

17   you acquire outside the courtroom.  And, for example, the law

18   often uses words and phrases in special ways, so it's important

19   that any definitions you hear come only from me and not from

20   any other source.

21           Only you jurors can decide a verdict in this case, and

22   the law sees only you as fair, and only you have promised to be

23   fair.  No one else is so qualified.

24           Now, if you wish, you may take notes to help you

25   remember what the witnesses say.  And if you do take notes,
```

1    please don't share them with anyone until you go to the jury

2    room to decide the case.

3         Don't let note-taking distract you from carefully

4    listening to and observing the witnesses.  When you leave the

5    courtroom, you should leave your notes at your seats.  Don't

6    take them with you into the jury room during breaks because I

7    don't want you to be tempted to start comparing notes with one

8    another and saying, oh, what did this witness say, and did you

9    get that, and start discussing the case prematurely.  So leave

10   your notes at your seats and don't take them with you.

11        Whether or not you take notes, you should rely on your

12   own memory of the testimony.  Your notes are there only to help

13   your memory, and they are not entitled to greater weight than

14   your memory or impression about the testimony.

15        Now, as far as the course of the trial, first, each

16   side may make an opening statement, which I expect they both

17   will.  Remember that an opening statement isn't evidence, and

18   it's not supposed to be argumentative.  It's just an outline of

19   what the parties intend to prove during the course of the

20   trial.

21        After the opening statements by both sides, the

22   plaintiffs will start presenting their witnesses and asking

23   them questions.

24        After the plaintiff finishes asking the questions of

25   the witnesses they call, then Chiquita's counsel may ask them

1    questions as well, what's called cross-examining that witness.

2            Once the plaintiffs have presented all of their

3    witnesses and evidence, what we call resting their case, then

4    Chiquita gets to present its witnesses, and plaintiffs have the

5    opportunity to cross-examine them as well.

6            You should base your decision on all the evidence

7    regardless, again, of which party presented it.

8            After all the evidence is presented, then the lawyers

9    will present their closing arguments to summarize and interpret

10   the evidence for you and suggest to you what conclusions and

11   findings you should make from the evidence.  Then I will give

12   you the instructions on the law that you must follow in

13   reaching our decisions, after which then you will go to the

14   jury room to begin your deliberations.

15           Then you will be given some verdict forms to fill out

16   and -- indicating what your verdicts are as to each of the

17   cases.

18           Now, you may hear or see languages other than English

19   during the trial, including Spanish.  You must consider

20   evidence provided through only the official court interpreter

21   or that has been officially translated.

22           It is important that all jurors consider the same

23   evidence, so even if you know some Spanish, you must accept the

24   official English interpretation or translation provided and

25   disregard any different meaning.

```
1              At times during the trial, the lawyers will address

2     you.  And you will soon hear, again, the lawyers' opening

3     statements.  And at the trial's conclusion, again, you will

4     hear their closing arguments.

5              Again, these statements and arguments are the lawyers'

6     views of the evidence, of what they anticipate the evidence

7     will be, and they are not the evidence themselves.

8              Sometimes the parties have agreed that certain facts

9     are true, and this agreement is called a stipulation.  And if

10    there is a stipulation presented to you by the parties that

11    they have agreed to, then you must treat these facts as proved

12    in the case.

13             During the course of the trial, a witness' testimony

14    may be presented by what's called a deposition.  A deposition

15    is a witness' sworn testimony that is taken before the trial.

16    During a deposition, the witness is under oath and swears to

17    tell the truth, and the lawyers for each party may ask

18    questions.  And a court reporter is present and records the

19    questions and the answers.

20             The deposition of multiple witnesses taken on various

21    dates during what's called the discovery period of the case or,

22    with the court's approval, may be presented to you by a video

23    or by reading the transcript.

24             Deposition testimony is entitled to the same

25    consideration as live testimony, and you must judge it in the
```

1    same way as if the witness was testifying in court.

2            For testimony that is read aloud to you, do not place

3    any significance on the behavior or tone of the voice of any

4    person reading the questions or the answers.

5            The Rules of Evidence also allow me to accept facts

6    that no one can reasonably dispute.  The law calls this

7    judicial notice.  And I may accept facts as proved even though

8    no one introduced evidence to prove it.  I will tell you if I

9    do, and you must accept such facts as true for the case if I

10   tell you that I am taking judicial notice of any facts.

11           You may also hear answers that a party gave in

12   response to written questions that the other side submitted.

13   These questions are called interrogatories.  And before the

14   trial, the party providing the answers gave the answers in

15   writing under oath.  So if any answers to interrogatories are

16   presented to you, you must consider the answers as though the

17   party writing them gave the answers on the witness stand.

18           Again, regarding news coverage, reports about this

19   case may appear in the media and, again, the reporters may not

20   have heard all the testimony as you have, may be getting

21   information from people who are not under oath and subject to

22   cross-examination, and may emphasize an unimportant point or

23   may simply be wrong about what they report.

24           So for that reason, you may -- again, must not read,

25   listen to, or watch anything about this trial in the media.

1    And it would violate your oath as a juror to decide this case

2    on anything other than the evidence presented at trial and on

3    your own common sense.  You must decide this case exclusively

4    on the evidence you receive in the court.

5         So as I mentioned earlier, the parties will now be

6    presenting their opening statements.  Again, what the lawyers

7    say is not the evidence, but they will be outlining for you

8    what they believe the evidence will show during the course of

9    the trial.

10        And we expect that Mr. Scarola, on behalf of the

11   plaintiffs, is going to present an initial argument on behalf

12   of all of the plaintiffs, and then you will hear from each of

13   the attorneys for each of the plaintiffs.  They are going to

14   make a much briefer argument about their specific cases, after

15   which Chiquita will present its opening argument.

16        It's going to take a number of hours for this process

17   to be completed.  So I am going to ask you to be patient.  We

18   will probably take a break after Mr. Scarola finishes his

19   initial presentation.  Then we will hear from the other lawyers

20   from the plaintiffs.  Then we will probably break for lunch.

21        After lunch, we will hear from Chiquita's counsel, and

22   we will see where we are at that point, and then decide whether

23   to go forward with witnesses today or wait until tomorrow.  So

24   we will have to wait and see how that all plays out.

25        So we are ready to hear first -- let me -- one other

1   point important for you to consider.

2          Even though the plaintiffs in this case are from

3   Colombia, and they have alleged wrongful conduct that occurred

4   in Colombia, this court is an appropriate forum or venue for

5   this case to be tried.  So you shouldn't be concerned about

6   that in terms of deciding this case.

7          All right.  So we will hear first from plaintiffs'

8   counsel.  Mr. Scarola, you may proceed.

9          MR. SCAROLA:  Thank you very much, your Honor.  May it

10  please the court.

11         Good morning, ladies and gentlemen of the jury.  You

12  may have noticed this when you walked into the courtroom.  This

13  is a timeline that begins in the 1980s and it ends with the

14  date of June 2004.

15         It highlights some of the significant events that we

16  will be discussing during the course of the presentation of

17  evidence to you.  But we are going to begin at a date that

18  isn't even reflected on that timeline.  We are going to start

19  really where the story ends, and I think you will come to

20  understand why.

21         It is March 19, 2007, just over 17 years ago.  A man

22  is walking into a federal courthouse in Washington, DC.  He is

23  the general counsel and a senior vice president of Chiquita

24  Brands International, Incorporated.

25         He is there as part of a team that's been representing

```
1    Chiquita, and he's there for a very important purpose.  He is

2    there because Chiquita, one of the largest banana producers in

3    the world, perhaps the largest banana producer in the world,

4    with annual revenues in 2003 dollars of $2.6 billion, in

5    today's currency over $5 billion a year, Chiquita is about to

6    plead guilty --

7              MR. CIOFFI:  Objection.

8              THE COURT:  Overruled.

9              MR. SCAROLA:  -- Chiquita is about to plead guilty to

10   a very serious federal crime.

11             Federal procedure.  Federal procedure requires when a

12   guilty plea is being presented in federal court that a factual

13   basis for that plea be publicly presented.

14             This document, which you will see later during the

15   course of the trial, very early later in the course of the

16   trial, is that factual proffer.  That lengthy document is

17   signed by Fernando Aguirre.

18             Mr. Aguirre, at the time the plea is entered, was

19   Chiquita's chairman of the board, chief executive officer, and

20   president.  And Mr. Aguirre, on behalf of Chiquita, as you will

21   see, signs this document acknowledging its truthfulness and

22   acknowledging that Chiquita recognizes the facts included in

23   this proffer could be proven not by a preponderance of the

24   evidence, because we are in criminal court now, but beyond and

25   to the exclusion of every reasonable doubt.
```

1          What is happening in that District of Columbia federal

2     courtroom in March of 2007 is the culmination of negotiations

3     between Chiquita and the federal government because Chiquita

4     has entered into a bargain, a plea bargain, pursuant to which

5     Chiquita will be pleading guilty to a serious federal felony.

6          And in exchange, Chiquita avoids even more serious

7     charges.  Chiquita is going to pay a $25 million fine under the

8     terms of this plea bargain, but not one of the corporate

9     executives of Chiquita who made the decisions in the boardroom

10    in Cincinnati, Ohio, in the corporate headquarters in

11    Fort Lauderdale, Florida, not one of those individuals is going

12    to go to jail.

13         Chiquita is going to pay a $25 million fine, but not

14    one penny of that $25 million fine is going to go to compensate

15    any of the victims of the crime to which Chiquita is going to

16    enter its guilty plea.

17         The focus of the federal government is on the

18    enforcement of federal law.  The focus of you, ladies and

19    gentlemen, in this civil courtroom, will be on deciding whether

20    and how the victims of Chiquita's wrongdoing will be

21    compensated for the harm that they have suffered.

22         The felony crime to which Chiquita is about to be

23    adjudicated guilty in March of 2007 arises out of Chiquita's

24    business relationship with a Colombian terrorist organization

25    that his Honor, Judge Marra, has already referred to as the

1    AUC.   The AUC was responsible for the slaughter of many, many

2    thousands, thousands of innocent Colombian civilians.

3          But none of Chiquita's executives who made the

4    decisions to support this organization will go to jail.

5          Chiquita keeps all of the profits that it made during

6    the period of time that it was engaged in this relationship

7    with the AUC.   It pays a $25 million fine.   But no Chiquita

8    executive faces a single day of the loss of his or her freedom.

9          Compensating the victims of Chiquita's conduct in

10   supporting the AUC is the responsibility that you have sworn an

11   oath as jurors to help to fulfill.

12         When a company headquartered in the United States

13   conducts its business outside the United States in a way that

14   harms people outside the United States, as Judge Marra has

15   already told you, those victims have a right to seek justice in

16   an American courtroom.

17         That's why we are here.   We are here seeking fair and

18   reasonable compensation for the harm that was done by Chiquita

19   to Colombian citizens, who you will have an opportunity to meet

20   during the course of these proceedings, who you will hear from.

21         The violent group supported by Chiquita, the AUC, was

22   found by the United States federal government not only to have

23   been terrorizing the people of the South American country of

24   Colombia, but as Chiquita admitted in its guilty plea, the

25   document that you are going to have a chance to read in detail,

1    as Chiquita admitted in its guilty plea, the AUC's terrorist

2    activities were found by the federal government of the

3    United States to threaten the national security of the

4    United States.  You, each of you, has accepted an enormous

5    responsibility in this case.

6          Chiquita is in federal court in Washington, DC to

7    admit to paying nearly $2 million to that Colombian terrorist

8    organization.  And included among the many thousands of victims

9    of the AUC terrorist violence were the ten men whose family

10   members have been waiting since 1997, 1998, 1999, 2000, 2001,

11   2002, 2003, and 2004, have been waiting decades for their day

12   in court.  And it has finally come.

13         Whether they receive the justice they are seeking will

14   involve your deciding whether Chiquita has an acceptable excuse

15   for helping violent terrorists when they knew those terrorists

16   were murdering thousands of innocent people.

17         We expect the evidence will show attempts by Chiquita

18   to offer you a wide variety of excuses, lots of excuses as to

19   why the payments they made to terrorists month after month

20   after month for years, why those payments are justified.  But

21   the evidence will clearly establish that no Chiquita excuse

22   will justify its felony crime or the sacrifice of thousands of

23   innocent lives tied into that crime.

24         Chiquita is a multinational company incorporated in

25   the state of New Jersey, and headquartered, as I mentioned, in

1    Cincinnati, Ohio with corporate offices in Fort Lauderdale,

2    Florida.

3           Through Chiquita's guilty plea, it has been

4    conclusively established beyond and to the exclusion of every

5    reasonable doubt that Chiquita violated U.S. federal law when

6    it financed Colombian terrorists.  It will also be established

7    that Chiquita's support of those terrorists, the AUC, also

8    violated Colombian law.

9           The court will later instruct you in detail at the

10   conclusion of the case on the law that you must follow in

11   deciding Chiquita's responsibility for the ten deaths that are

12   the specific subject of these first cases in that multidistrict

13   litigation that his Honor, Judge Marra, referred to in his

14   instructions.

15          But in simple terms -- because the instructions come

16   from the court at the conclusion of the case -- in simple terms

17   knowingly funding AUC terrorism, doing that, Chiquita shares

18   responsibility for the murders the AUC committed.

19          That shared responsibility is based upon the same

20   legal principle that holds that the man who buys and gives the

21   guns to the bank robbers and the getaway driver who waits

22   outside the bank while the masked gunmen go inside and demand

23   money from the teller, share responsibility with the masked men

24   who actually go inside the bank.

25          This isn't about a bank robbery, but it is about very

1   serious, horrendous criminal conduct.

2          It is about the responsibility that Chiquita shares

3   for that horrendous criminal conduct.  So it will be our burden

4   here to prove that Chiquita provided assistance to the AUC

5   knowing or reasonably anticipating that the AUC was involved in

6   widespread acts of terrorism in the country of Colombia.

7          The proof will extend beyond Chiquita's knowledge of

8   general threats of violence.  Chiquita knew that the AUC was

9   engaging in almost every imaginable form of extreme violence

10  against innocent civilians.

11         We have not alleged, and the law does not require, the

12  plaintiffs to prove that Chiquita pulled the trigger of any of

13  the weapons that killed the husbands and the fathers and the

14  brothers and the children of the plaintiffs in this case.

15         Chiquita employees were not the gunmen in these

16  murders.  The law does not even require us to prove that

17  Chiquita knew these specific victims were AUC targets.  In most

18  cases, Chiquita did not know who the victims would be in

19  advance.  We don't have to prove that Chiquita assisted the AUC

20  in committing any particular murder or that the murder would

21  not have occurred without Chiquita's assistance.

22         Let me repeat that.  We do not have to prove that

23  Chiquita assisted the AUC in committing any particular murder

24  or that the murder would not have occurred without Chiquita's

25  assistance.

1          What we can, what we intend to, and what we will prove

2     is that Chiquita provided assistance to the AUC knowing its

3     assistance would be used in carrying out the AUC's reign of

4     terror against innocent civilians.

5          Indeed, the court will tell you that all we are

6     required to prove is that Chiquita's support of the AUC was

7     enough to create a foreseeable risk of harm to others.

8     Chiquita assisted the AUC knowing it was creating a foreseeable

9     risk of harm to others.

10          So let's step back again to March 2007 when the

11     government of the United States brings serious felony charges

12     against a criminal defendant, and that defendant, faced with

13     overwhelming evidence of guilt, decides to plead guilty, as

14     Chiquita was and as Chiquita did.  Federal procedural rules

15     require, as I mentioned earlier, the presentation of a factual

16     statement to detail the basis for those criminal charges.

17          When the criminal defendant is a multinational public

18     corporation and the charges involve, as they did here, matters

19     of great public interest, the statement supporting the guilty

20     plea is both heavily negotiated and very carefully worded.

21          Chiquita must admit enough to support the charges

22     against it, but is trying to admit as little as it possibly

23     can.

24          It's logical that the defendant will seek to minimize

25     in this public statement just how serious its criminal conduct

1    was.

2         The first witness that you will hear from in this

3    case, the first witness that we will present to you, is a

4    witness who will be presented by way of videotape deposition.

5    That witness is Fernando Aguirre.  He is the gentleman that

6    signed that factual proffer.

7         And with Mr. Aguirre present by video, you are going

8    to learn of the details that Chiquita was compelled by the

9    evidence to admit because the evidence gathered by the federal

10   government had established facts beyond and to the exclusion of

11   every reasonable doubt.

12        The facts that Chiquita admitted in federal court were

13   indeed of extreme significance to the issues that will be

14   presented to you for resolution in this case, and quite

15   frankly, those acknowledgments on Chiquita's part have

16   abbreviated what otherwise would have been an even longer case,

17   because those facts cannot be disputed.

18        But the proof gathered by federal prosecutors to

19   support Chiquita's guilty plea, those facts did not cover all

20   of the details regarding Chiquita's criminal conduct.

21        The investigation conducted in the course of this

22   litigation extended far beyond the facts Chiquita admitted in

23   2007.  Over the course of the last 17 years -- there is not

24   enough room in the courtroom right now for all the boxes, but

25   you will see them later during the course of the trial.  There

1     are -- I think the number is close to 30 Bankers Boxes full of

2     documents that have been gathered and carefully reviewed.

3     Dozens of sworn depositions have been taken both in the

4     United States and in Colombia over the course of the

5     investigation leading up to this civil trial.

6            So let's talk about the facts that will be presented

7     to you over the next few weeks.

8            Chiquita and its corporate predecessors, they have

9     been conducting business in Colombia for over 100 years.  There

10    is a very long history of Chiquita's relationship not only with

11    Colombia but with other South and Central American companies --

12    excuse me, countries as well.

13           But the events you will be asked to focus on, those

14    events began much later, as the timeline reflects, considerably

15    more recently, but they will go into substantial detail

16    regarding Chiquita's relationship with Colombia.

17           From at least 1994 to 2004, Chiquita had banana

18    operations not only in Colombia but also in Panama, Ecuador,

19    Guatemala, Honduras, Costa Rica, and the Philippines.  Those

20    countries fall within what is called the banana zone because as

21    a practical matter, bananas can only be grown within certain

22    latitudes north and south of the equator.  That's where the

23    climate permits the most efficient and productive growth of

24    bananas.

25           So Chiquita's operations were spread internationally

1    through a very wide zone.  Each country within Chiquita's

2    banana zone made up about 15 percent of Chiquita's production.

3         When Chiquita plantations in one country had a drop in

4    production because, for example, of a hurricane or other major

5    weather events, because, for example, of workers strikes over

6    low wages or poor working conditions, whatever the reason may

7    have been for the drop of production in one country, Chiquita

8    had the ability to make up for that drop, it had the

9    versatility to be able to shift production to other areas and

10   to maintain the level of its production through that

11   versatility.

12        Chiquita had viable choices about where and how it

13   conducted its business.  Its business plan was designed to

14   create and preserve choices.  Good business.  No problem with

15   that at all.  And, of course, there was nothing wrong with that

16   as long as Chiquita operated, wherever it operated, within the

17   law.

18        In the mid-1980s, Chiquita brought -- excuse me,

19   Chiquita bought Colombian bananas, but it owned no plantations

20   itself, and it owned no port facilities in Colombia itself for

21   exporting bananas.  Indeed, during that period of time,

22   Chiquita had less than 100 people employed in Colombia.  It was

23   purchasing bananas grown by others.

24        In approximately 1988, Chiquita decided to purchase

25   and own farms in Colombia in two primary regions.  Its

1    purchases first began in an area called Uraba.

2            The major cities, towns, villages located in that

3    region are Turbo and Apartado.  And later Chiquita began to

4    purchase bananas -- excuse me, began to purchase plantations in

5    the Santa Marta region, primary city in that area being

6    Magdalena.

7            You will notice that just above the bunch of bananas

8    with the Turbo label next to it, there is a key geographic

9    feature, the Gulf of Uraba, a wide inlet in the northern coast

10   of Colombia that opened to the Caribbean Sea.

11           You will hear that Chiquita operated two private ports

12   in that strategically located area.  And as you will hear,

13   those port facilities were used by Chiquita for the shipment of

14   bananas around the world.

15           But as you will also hear later in considerable

16   detail, in less detail a little bit later on in my own

17   statements to you, but in great detail during the course of the

18   evidence to be presented in this case, those ports were also of

19   critical importance to the AUC for the importation through

20   Chiquita's ports on the same ships that Chiquita used to export

21   bananas, the importation of AK-47s and millions of rounds of

22   ammunition.  Going out were bananas.  Coming in were automatic

23   weapons and ammunition.  Going back out with the bananas,

24   cocaine.  AUC cocaine.

25           The same ports, the same ships that Chiquita was using

1    for its exportation of bananas were the means of transportation

2    for the AUC's guns and the AUC's drugs.

3          There was one main reason behind Chiquita's decision

4    to continue to buy up banana plantations and to enlarge its

5    footprint in Colombia and to expose itself to the AUC.  Civil

6    war in Colombia began to cause landowners to flee.  Reasonable

7    people recognizing the extraordinary threat of terrorist

8    activity in the banana zones fled for their lives.  They fled

9    the violence.

10         Chiquita recognized an opportunity to buy land.  And

11   Chiquita, knowing about the civil war that was going on,

12   knowing -- knowing very clearly the scope of the horrendous

13   violence that was raging in that area, saw it as an opportunity

14   to increase its profits.

15         While others fled to move out of harm's way, Chiquita

16   moved in.

17         Simply put, Chiquita decided to purchase plantations

18   in Colombia to improve its revenue and profitability because

19   more land, especially cheap land, meant higher profits.  And

20   the strategy worked, and worked very well, because Chiquita's

21   Colombian subsidiary, the wholly owned subsidiary of Chiquita

22   called Banadex, became Chiquita's most profitable operation in

23   the world.

24         Starting from no plantation ownership and 100

25   employees, starting at that point in the mid-1980s, by the late

1    1990s, Chiquita owned 35 plantations and employed over 4,000

2    people in that war-ravaged banana zone of Colombia.

3            That explosive expansion occurred while a violent

4    civil war was raging and continued to grow worse.  Chiquita

5    made the conscious choice to dramatically expand its Colombian

6    operations at a time when others were fleeing and while

7    Chiquita knew it was exposing every one of its Colombian

8    employees to increasing risks of violence.

9            To understand what led to Chiquita's criminal conduct

10   and its eventual conviction, you will need to have a general

11   understanding of what that civil war was all about.

12           On one side of the conflict was a group known as the

13   FARC, F-A-R-C.  That's the acronym for the Spanish name of this

14   organization, and you will have an opportunity to learn a good

15   deal about the FARC.

16           The FARC was an extreme left-wing communist guerrilla

17   arm that opposed the Colombian government.  It was openly and

18   violently hostile to existing big business interests,

19   especially foreign-owned big business interests.

20           It promoted land reform, and it recruited the support

21   and active involvement of laborers in its violent revolution.

22           As the FARC's threat to big business grew, big

23   business including, in particular, cattle ranchers and major

24   banana growers, banded together to resist the territorial

25   control of the FARC.  That control by the FARC was established

1     through kidnapping for ransom, through intimidation, and

2     through mass murders.

3          The opposition formed and financed by the business

4     interests, especially banana growers, came to be known as the

5     AUC.

6          The FARC was to the extreme left in its philosophy and

7     politics.  The AUC was extremely right wing.  And while the

8     FARC was a constant threat to big business, the AUC grew out of

9     big businesses' need for protection and it aligned closely with

10    big business interests.

11         The FARC was antigovernment.  The AUC paramilitaries

12    were pro-government.  And while the FARC sided with labor, the

13    AUC actively helped big business to resist labor reforms by

14    attacking, abducting, and murdering labor leaders and by

15    forcefully suppressing labor strikes.

16         Both sides, the FARC and the AUC, were philosophically

17    and politically polar opposites.  And while the FARC was a

18    clearly proven threat to Chiquita, the AUC was created to

19    answer that threat.  And it was willingly supported by Chiquita

20    for exactly that reason.

21         While opposite in almost every other respect, the FARC

22    and the AUC did have one thing in common.  They were both

23    willing and able to resort to horrendous violence to achieve

24    their objectives.

25         From the late 1980s through until approximately 1997,

1    the FARC exerted control over those northern areas, the banana

2    growing regions where Chiquita's operations were located in

3    Uraba and Santa Marta.

4         As Chiquita expanded its land holdings in Colombia, at

5    the same time, it was knowingly increasing exposure of its own

6    personnel to the growing violence that existed in that area.

7         There is no question that FARC violence was very real.

8    The FARC not only attacked Chiquita's physical facilities, it

9    slaughtered Chiquita employees.  On one occasion, an entire

10   busload of Chiquita laborers was massacred by the FARC.

11        Chiquita chose -- Chiquita chose to accept that

12   exposure to Colombian violence because it decided that bargain

13   land prices were worth the risk.

14        And before the AUC arrived on the scene to help

15   Chiquita, Chiquita decided to give in to the FARC's demands,

16   the demands of FARC's guerrillas for financial support to avoid

17   threats of even more violence.

18        The testimony of Chiquita's executives leaves no doubt

19   that Chiquita was specifically aware of the guerrilla presence,

20   the guerrilla's ideology, their opposition to foreign-owned

21   businesses in particular, and the guerrillas' notoriety for

22   ransom, kidnappings, extortion, and brutal killing.

23        In the late 1980s and early 1990s, while the FARC

24   guerrillas attacked Chiquita's facilities and disrupted its

25   operations, instead of backing out of harm's way, Chiquita

1      continued to expand its Colombian operations, buying more

2      plantations even as the violence grew worse.

3              Chiquita chose to continue to pay the FARC terrorists

4      and to risk the lives of its own employees and the lives of the

5      entire surrounding civilian population.

6              It accepted not just the risk to lives, not just the

7      known massacre of innocent people; it decided to accept all of

8      the aspects of the horrendous violence rather than to risk any

9      reduction of its profits.

10             Around 1997, under the leadership of Carlos Castaño,

11     the AUC began to assassinate suspected guerrillas, suspected

12     guerrilla sympathizers, and to kidnap and murder civilians

13     indiscriminately to take control of Colombian territory from

14     the FARC.

15             The banana zones of Uraba and Santa Marta were a major

16     battleground in the ensuing civil war.  The resulting violence,

17     as I have said, was unspeakably horrendous.

18             After the AUC was formed, it did not take long for

19     Chiquita to partner with this new player in the terrorist war

20     and to start making the regular payments to support the growth

21     of the AUC that ultimately resulted in Chiquita's conviction of

22     a U.S. federal felony.

23             The United States federal government had this to say

24     about the AUC when it was officially designated as a foreign

25     terrorist organization -- an FTO, foreign terrorist

1    organization -- in September 2001.

2          The United States federal government said:

3          "The AUC carried out numerous acts of terrorism,

4    including the massacre of hundreds of civilians, the forced

5    displacement of entire villages, and the kidnapping of

6    political figures to force recognition of AUC demands."

7          The United States government said:

8          "AUC members committed at least 75 massacres that

9    resulted in the deaths of hundreds of civilians.  Many of these

10   massacres were designed to terrorize and intimidate local

11   populations so the AUC could gain control of those areas."

12         The federal government, in designating the AUC as a

13   foreign terrorist organization, said:

14         "The AUC committed hundreds of kidnappings, including

15   the abduction of seven Colombian congressional

16   representatives."

17         And as I mentioned earlier, Chiquita has acknowledged

18   in writing that the activities of the AUC not only presented

19   those threats to the people of Colombia but constituted a

20   threat to the security of the United States of America.

21         You will hear sworn testimony from Chiquita's own

22   executives that Chiquita had a choice about whether to conduct

23   any business in Colombia in the middle of that brutal civil

24   war.

25         Chiquita had billions of dollars of annual revenue

1    that gave it the flexibility to conduct business wherever it

2    chose to conduct business.

3         And Chiquita could maintain the number of bananas

4    sourced in Colombia without owning its own plantations and

5    exposing its 4,000 employees to the violence that was going on,

6    financed by Chiquita.  Owning Colombian banana plantations was

7    never necessary to ensure Chiquita's profitability, its

8    business success, at any time between 1994 and 2004.

9         But Colombia was Chiquita's most profitable source of

10   production.  So Chiquita chose not to give up its cheap land

11   and its AUC-controlled labor force.

12        Chiquita admits that it knew that continuing to grow

13   its own bananas in Colombia created risks that it had the

14   option to avoid.

15        Indeed, we know for sure that Chiquita had the option

16   to avoid those risks.  We know Chiquita had a choice about

17   whether to continue to own plantations in Colombia because in

18   June 2004, finally in June 2004, after supporting terrorists on

19   both sides of Colombia's civil war for over a decade, Chiquita

20   finally made that choice.

21        It sold all of its Colombian operations.  It stopped

22   paying terrorists.  And it continued its business without any

23   resulting problems.

24        After the sale, Chiquita was able to purchase from the

25   new owners approximately the same amount of bananas that it

1    used to produce itself in Colombia.

2          Chiquita employed local security managers in Colombia,

3    and those security personnel sent regular reports to top

4    management in the United States, including reports of the

5    widespread violence that was plaguing Colombia.

6          Although you can anticipate that Chiquita will try to

7    excuse its criminal payments to the AUC, by trying at every

8    chance it gets to refer to those payments as extortion

9    payments, glaringly absent from the reports sent back out of

10   Colombia to Chiquita's headquarters, its American management,

11   absent from those reports is any reference to Chiquita being

12   the victim of extortion.

13         No reference to Chiquita being the victim of any AUC

14   violence.  No reference to Chiquita being the victim of AUC

15   threats of violence.

16         Sometime in late 1996 or early 1997, Charles Keiser,

17   Chiquita's top-ranking executive in Colombia, and Reinaldo

18   Escobar, a lawyer that worked with Chiquita, met with AUC

19   leader Carlos Castaño.

20         Before that meeting, Chiquita had already begun

21   financial support of the AUC through intermediaries called

22   convivir, C-O-N-V-I-V-I-R.

23         One of the things that we hope to provide to you

24   during the course of the trial is a glossary, names, a brief

25   identification of who the players are, and terms that may be of

1   significance to you during the course of these proceedings so

2   that you can refer back to that when we make reference to such

3   things as the convivir.

4          At that meeting, Mr. Castaño told Mr. Keiser,

5   according to what Mr. Keiser says, that he knew that Chiquita

6   was still paying guerrillas, the FARC, and that these payments

7   had to stop.

8          Mr. Castaño also told Mr. Keiser that the AUC was

9   going to drive the FARC out of Uraba, but that as long as

10  Chiquita continued to support the FARC, the AUC wasn't in a

11  position to be able to help Chiquita.

12         Neither Mr. Keiser nor Mr. Escobar made any notes

13  about this meeting.  So there is no way to know for sure what

14  really happened at the meeting.

15         All we have is the version that Chiquita is now

16  telling about what went on.  But we do know some things that

17  did and did not happen after the meeting.

18         After the meeting with Castaño, Chiquita's management

19  team formulated a plan to provide financial support to the AUC,

20  and it decided on a process of how to make payments on a

21  regular basis.

22         What did not happen is anyone reporting anything to

23  anyone about extortion or threats of AUC violence against

24  Chiquita.  Between at least 1997 and 2004, Chiquita made more

25  than 100 payments documented but disguised payments to the AUC

1    totaling close to $2 million.

2          We don't know how much was paid in disguised but

3    undocumented payments, but the evidence strongly suggests that

4    there was indeed more.  For seven years, Chiquita paid the AUC

5    nearly every month, including at least 50 payments totaling

6    more than $850,000 paid by Chiquita to the AUC after the AUC

7    was designated as a foreign terrorist organization, and the law

8    absolutely prohibited financial transactions between Chiquita

9    and the AUC.

10         The law didn't stop Chiquita.  Its payments to the AUC

11   continued.  They continued to be approved by senior executives

12   of Chiquita including high-ranking officers, directors, and

13   employees, even after Chiquita's own lawyers told Chiquita the

14   payments had to stop, that they were illegal, that they could

15   not be justified.

16         Chiquita will tell you the AUC paramilitaries were

17   violent.  We had to pay them to stay safe.  There will be no

18   dispute that Chiquita was conducting business in a viciously

19   violent environment.

20         The ten deaths that we are in this courtroom to talk

21   about are irrefutable, clear, absolute proof of how violent the

22   AUC was, but only a small portion of the violence for which the

23   AUC was clearly responsible.

24         Those deaths are undeniable proof, but the

25   overwhelming evidence you will hear is that Chiquita made a

1    knowing choice to harvest profits in Colombia in the midst of

2    the terror suffered by the civilian population.

3            And that terror was knowingly funded by Chiquita.

4    While Chiquita paid the hostile FARC in response to real

5    threats, there will be no evidence of direct threats of any

6    injury to Chiquita from the business-friendly AUC, with some

7    minor exceptions that we are going to talk about.

8            No evidence of the attacks from the AUC on Chiquita.

9    Instead, there will be compelling, sworn eyewitness testimony

10   that Chiquita willingly partnered with the AUC to fight the

11   FARC.

12           Testimony that it was the FARC's threat to Chiquita's

13   profits that Chiquita was protecting.  Not Chiquita's

14   employees.  Eyewitnesses have sworn under oath that knowing the

15   savage slaughter that the AUC was responsible for, Chiquita

16   continued to fund murderers.

17           Chiquita will tell you it didn't kill anyone.  It will

18   tell you it didn't want anybody killed.  But the overwhelming

19   evidence will prove that Chiquita willingly paid the AUC to

20   protect its Colombian profits knowing that the price was blood.

21   The blood of thousands of innocent victims.

22           There is a procedure that exists under federal law --

23   these are the Federal Rules of Civil Procedure.  And one of

24   those rules, Rule Number 30(b)(6), allows a party in litigation

25   with a corporation to give notice to that corporation that it

1    wants to take sworn testimony from the corporation itself.

2            The procedure requires that the corporation be

3    informed of exactly what topics are going to be discussed in

4    that sworn testimony in order that the corporation may, indeed

5    must, select a spokesperson or spokespeople on behalf of the

6    corporation to address the specific issues that are going to be

7    discussed during the course of the sworn testimony.

8            That procedure was employed in this case.  The

9    plaintiffs informed Chiquita that they required that Chiquita

10   designate a specific spokesperson to speak about issues central

11   to this litigation.  To have that person educate themselves as

12   to all of the corporate knowledge with regard to the

13   specifically identified topic.  The individual can't come in

14   and say, "I don't know."  Because the question isn't what do

15   you know; the question is, what does Chiquita know.

16           So the individual is obliged to do whatever work is

17   necessary in order to determine what the corporation's

18   knowledge is and to express the corporation's knowledge under

19   oath in response to the notice.

20           Understand that what we are talking about here is an

21   open book test, an open book test where you know all of the

22   questions in advance, and you have every opportunity to prepare

23   in advance to answer those questions with your own lawyer

24   sitting by your side.

25           That procedure was employed in this lawsuit.  The

1    plaintiffs gave notice to Chiquita of specific topics directly

2    related to the issues that would be addressed during the course

3    of this proceeding.  Chiquita chose its official spokesperson,

4    and it chose Ms. Barbara Howland, who sits here as Chiquita's

5    corporate representative today.

6         Barbara Howland was deposed on June 27, 2018 after the

7    procedures that I have described have been employed.  She was

8    asked:

9         Topic Number 13 asks you to "be prepared to testify on

10   behalf of Chiquita as to any factual support based upon

11   admissible evidence that you have" -- and remember the "you"

12   means Chiquita -- "that you have to support Chiquita's

13   contention that its payments to the AUC and other paramilitary

14   groups was coerced or done under duress."

15        Where is the evidence?

16        "So what I am here to find out today is, can Chiquita

17   tell us about any specific direct threat that was made by the

18   AUC to Chiquita to coerce payments to Chiquita?"

19        And I think we can all understand that that is really

20   a typographical error.  It should say, "to coerce payments to

21   the AUC."

22        The answer --

23        "QUESTION:  To whom was any direct threat made?

24        "ANSWER:  I don't have the name of the people."

25        Chiquita does not have the name of the people.

1          "QUESTION:  Did you, on behalf of Chiquita, make any

2    effort to obtain the names of any individual who communicated a

3    threat on behalf of the AUC to Chiquita?  Did you try to get

4    those names?

5          "ANSWER:  No, I did not.

6          "QUESTION:  Can you give me the date upon which any

7    such threat was made?

8          "ANSWER:  No, I cannot.

9          "QUESTION:  Can you give me a month during which any

10   such threat was made?

11         "ANSWER:  No, I cannot.

12         "QUESTION:  Can you give me a year when any such

13   threat was made?

14         "ANSWER:  No, I cannot.

15         "QUESTION:  Can you identify the nature of -- of any

16   direct threat that was made on behalf of the AUC against

17   Chiquita?

18         "ANSWER:  No, I cannot."

19         This is 11 years after Chiquita's guilty plea.  It is

20   after Chiquita is given specific notice of what the questions

21   are going to be, and Chiquita can't tell you anything about any

22   of those threats.

23         Something else you need to know about this procedure,

24   and that is that after this examination is conducted in the

25   presence of a court reporter with every word being taken down,

1    all the questions and all the answers in the presence of

2    Chiquita's counsel, after the deposition is transcribed, an

3    opportunity exists for the witness to review the deposition, to

4    make sure that everything that has been said has been taken

5    down accurately, and to provide what is called an errata sheet,

6    to make corrections.  They got it wrong.

7          It's not only an open book test with all the answers

8    known in advance; after the test is scored, you get to go back

9    and do it all over again.  These answers remain unchanged today

10   in the year 2024.

11         Topic Number 25 in the notice of deposition is:

12         "All corporate knowledge on the part of Chiquita

13   and/or its subsidiaries of any act of violence or threat of

14   violence by the AUC against Chiquita or any agent or employee

15   of Chiquita and/or its subsidiaries, including when, how, and

16   by whom such act was perpetrated or threat communicated, and by

17   whom, when, and how knowledge of the act or threat was

18   acquired."

19         We have spoken at length with regard to threats.  I

20   would like to know whether any Chiquita agent or employee was

21   ever harmed by the AUC.

22         Chiquita's answer:

23         "ANSWER:  In my review of the documents that I have,

24   you know, read or in preparation for this deposition, I do not

25   recall specifically any person at Chiquita from that

1    information who received a specific threat or was harmed

2    directly by the AUC.

3          "QUESTION:  Was it also during this same time period,

4    this same period of time when payments were being made by

5    Chiquita to the AUC which Chiquita understood were being used

6    to buy drugs, buy weapons, and provide for the needs of the

7    AUC's paramilitary organization that Chiquita was aware of the

8    fact that the AUC was involved in widespread acts of terrorism

9    and violence against the general population in the areas in

10   which it was operating?"

11         Chiquita's answer:  "Yes."

12         "QUESTION:  What did Chiquita understand Mr. Castaño

13   would do with the payment from Chiquita?

14         "ANSWER:  I don't think Mr. Castaño ever told Chiquita

15   what he would do with the money or how he would spend it.  If

16   he went out and bought his mother a diamond ring, or if he went

17   out and bought arms for his paramilitary group, it didn't

18   really matter to Chiquita."

19         I want you to note -- go back to that, if you would,

20   please.

21         I want you to note those three stars.  We all know

22   what that means.  That means there is a portion of that answer

23   that does not appear on this screen.  We are going to come back

24   to this, and we are going to talk about the portion of the

25   answer that does not appear on this screen.  But you should

1    take particular note of it.

2            Next, please.

3            "QUESTION:  So what did the AUC do with the funds

4    Chiquita provided to the AUC in the banana growing regions of

5    Magdalena?

6            "ANSWER:  I don't know specifically what they did with

7    the AUC funds.  However, they were -- you know, they were drug

8    traders.  So would I expect that many of the funds that were

9    provided were used to buy drugs so they could support their

10   organization.  And I am sure that some of the funds were used

11   to buy arms to support their organization."

12           Chiquita has told us they knew that they were helping

13   to fund the AUC's drug traffic and they were helping to fund

14   the AUC's arms purchases.  More about that later.

15           Those are responses that were given through the mouth

16   of Ms. Howland.  But they represent the knowledge of Chiquita.

17           The massacres committed by the AUC were widely

18   reported in Colombia and internationally during the time

19   spanning from 1997 through 2004 in particular.  Gruesome

20   photographs of the AUC's mass executions, their mutilations,

21   the public displays of corpses appeared nearly every day in the

22   Colombian press.  And some photos and articles detailing AUC

23   violence were published internationally, everywhere Chiquita

24   did business, including Cincinnati and Fort Lauderdale,

25   Florida.

1          There was a substantial focus of press attention on

2     the violence that was occurring on a daily basis in Colombia.

3     AUC murders and mutilations were a regular occurrence that

4     could not and did not escape Chiquita's notice.

5          There is no way that they can credibly appear before

6     you and suggest we didn't know what was going on.  As you have

7     seen from Barbara Howland's sworn testimony, Chiquita officials

8     admit they were fully aware of the AUC's acts of violence

9     against civilians.  And Chiquita knew that each payment it made

10    was being used to fund drug trafficking and to purchase the

11    weapons used in the AUC's reign of terror.

12         Chiquita and its present team of lawyers will attempt

13    to convince you that Chiquita's payments to the AUC were

14    insignificant when compared to the money the AUC made in the

15    cocaine business.

16         But as Chiquita, through Ms. Howland, admits, Chiquita

17    knew the money it was providing, the money that it gave the

18    narco-terrorists, that money was being used to buy cheap local

19    cocaine to export it, and to reap the profits from the drug

20    trade financed by Chiquita to fund the violence in Colombia.

21         When Chiquita suggests that the business-friendly AUC

22    paramilitaries, the terrorists who suppressed all labor strikes

23    and kept Chiquita's labor force under tight control, the group

24    formed to provide protection to big business against FARC

25    violence, the idea that that group, the AUC, ever needed to

1    threaten its partner Chiquita in order to get the help that

2    Chiquita wanted, the evidence will prove that just doesn't make

3    sense.  And it can't be supported by any evidence because

4    Chiquita has already told us there were no real threats.

5           When the official spokesperson for Chiquita,

6    Chiquita's corporate representative, was asked to identify any

7    specific threats, any specific acts of violence, the

8    destruction of any of Chiquita's property by the AUC, she

9    answered under oath she could not identify any.

10          Extortionists' threats are real.  They act when

11   demands are not met.  Chiquita delayed payments to the AUC on

12   several occasions without any consequences.  Because there were

13   no real threats.  After the AUC was designated as a foreign

14   terrorist organization, for a relatively short time, Chiquita

15   stopped making payments based upon advice they received from

16   outside counsel.

17          Let's look at that advice.  Because Chiquita's lawyers

18   told the company to stop.  Documents that Chiquita has admitted

19   to, that you will see quoted in the factual proffer that

20   supported Chiquita's criminal conviction, those documents say

21   "must stop payments."  These are lawyer communications to

22   Chiquita.

23          "Bottom line:  Cannot make the payment.  Advised not

24   to make alternative payment through convivir.  General rule:

25   Cannot do indirectly what you cannot do directly."

```
 1              That particular memo concludes with:  "Cannot make the

 2    payment."

 3              And this is what Chiquita's lawyers told them:

 4              "You voluntarily put yourself in this position.

 5    Duress defense can wear out through repetition.  Buz," meaning

 6    business decision, "to stay in harm's way.  Chiquita should

 7    leave Colombia."

 8              "The company should not continue to make the Santa

 9    Marta payments, given the AUC's designation as a foreign

10    terrorist organization."

11              "The company should not make the payment."

12              But Chiquita then resumed the payments.

13              They resumed those payments to the AUC against its

14    lawyers' clear and unequivocal advice, and during the time the

15    payments allegedly made only in response to death threats were

16    suspended, the AUC took no action.  There were no threats.

17    There was no violence.  Indeed, the Colombian staff of Chiquita

18    told U.S. management that they could safely continue delaying

19    payments.  But more payments provided more protection, not for

20    people, but for profits.

21              Eventually it reached the point when Chiquita

22    obviously anticipated that it could no longer conceal its

23    support of the AUC from the federal government, and Chiquita

24    went to the federal government and said, we have been violating

25    the law.
```

1          They attempted to convince the federal government that

2     their violations were extortion payments.  The federal

3     government prosecuted Chiquita for the felonies that it

4     committed.

5          The government told Chiquita its illegal payments

6     could not continue.  But even that warning was not enough,

7     because even after the federal government told Chiquita to stop

8     paying, Chiquita continued to make payments.

9          In Chiquita's view, no matter what the law said, the

10    payments to the AUC were simply an acceptable part of the very

11    profitable business of growing bananas in the middle of

12    war-torn Colombia.  And Chiquita chose to pay the price to keep

13    the profits flowing.

14         Chiquita continued to purchase farms through at least

15    2002.  Remember, designation of the AUC as a foreign terrorist

16    organization occurred in 2001 even though Chiquita knew that

17    they were a terrorist organization from the time that they were

18    created in the late '90s.

19         In 2002, an outside company, Banacol, B-A-N-A-C-O-L,

20    approached Chiquita about buying its Colombian farms.  Chiquita

21    didn't react like a company that was being victimized, anxious

22    to escape its victimization, eager -- eager to seize upon the

23    opportunity to withdraw from harm's way, to escape the need to

24    continue to make what it is trying to tell you in this

25    courtroom were extortion payments.

1          Chiquita allowed talks with Banacol to "languish" and

2   did not seriously pursue the sale of its Colombian plantations.

3   In fact, it took two years for that deal to finally be

4   culminated in June of 2004.

5          Chiquita then continued to purchase bananas from

6   Colombia at approximately the same level that it had been

7   producing bananas itself before that time.  And it suffered

8   absolutely no retaliation.

9          Mr. Aguirre, president, chief executive officer,

10  chairman of the board, he became Chiquita's CEO in 2004.  He

11  didn't have an affiliation with the company before that.  He

12  was hired from outside the company to take over.  He is the man

13  who signed the 2007 factual proffer on behalf of Chiquita, the

14  proffer that accompanied and explained Chiquita's guilty plea.

15         Mr. Aguirre was questioned under oath before trial.

16  His deposition was videotaped.  As I told you, we will be

17  presenting that testimony to you.

18         He will tell you that management did not even disclose

19  to him before he committed to take the job that Chiquita was

20  engaged in making illegal payments to the AUC, nor did

21  management tell him about the then pending U.S. federal

22  government Department of Justice investigation of Chiquita for

23  the commission of a federal criminal felony.

24         After he became CEO, he has said under oath that he

25  "felt very strongly that Chiquita should sell the farms in

1  Colombia" and had "not found a very good answer for why

2  Chiquita did not exit Colombia years earlier."

3       Now, up until now, we have focused primarily on

4  Chiquita's financial payments to the AUC.  But that is only

5  part of what Chiquita provided to the AUC and only part of the

6  services the AUC provided to Chiquita.

7       THE COURT:  Mr. Scarola, I'm sorry to interrupt you,

8  but I just want to sense how much longer you have before we

9  take a break for the reporter and for the jurors and --

10      MR. SCAROLA:  Your Honor, I am happy to break at this

11  point.  I probably have another 15 minutes before I am

12  finished.

13      THE COURT:  Ladies and gentlemen, can you wait another

14  15 minutes before we take a break?

15      Okay, I'm sorry to interrupt you.

16      MR. SCAROLA:  That's quite all right, your Honor.

17  Thank you.

18      Earlier I mentioned that Chiquita's private ports in

19  the Gulf of Uraba servicing the Gulf of Uraba, those port

20  facilities at a town called Turbo, sometimes referred to, and

21  you may hear it referenced during the trial as "Zungo," and at

22  a nearby location in Nueva Colonia, those ports were under the

23  exclusive control of Chiquita.  They were heavily fenced in,

24  guarded by Chiquita, and included equipment to unload large

25  containers.

1          There was a warehouse to store the containers, as well

2    as video equipment to record everything that went on at the

3    port.  The ports were staffed exclusively by Chiquita

4    employees, who included supervisors, laborers, and security

5    personnel.

6          During the same time that Chiquita was making regular

7    financial payments to the AUC, which it now attempts to tell

8    you were extortion payments, official documents obtained from

9    the Colombian government and eyewitness testimony from a former

10   Chiquita security guard tell a very different story.

11         In November 2001, a shipment was processed by Chiquita

12   through its port at Turbo and delivered to the AUC

13   paramilitaries.  The shipment was 3,000 AK-47 rifles and

14   5 million rounds of ammunition.  Those weapons and ammunition

15   arrived on a vessel called the *Otterloo*, O-T-T-E-R-L-O-O, and

16   they were concealed in 13 or 14 containers, each 20 feet long,

17   allegedly containing only plastic balls.

18         You ask yourselves, do you even need to open the boxes

19   to know the difference between AK-47s and plastic balls?  The

20   official bill of lading for that shipment clearly specifies

21   that the named receiver was Banadex.  The cargo arrived on

22   November 5, 2001, and there is an official document stating

23   that the cargo will be stored at the warehouse facilities as

24   authorized by Banadex.

25         Another official document entitled "Discharging

1    Operations Program" also states that the receiver of the

2    shipment was Banadex and that the cargo was discharged on

3    November 6, 2001 in broad daylight between 11:00 a.m. and

4    4:00 p.m. to large boats called bongos.   B-O-N-G-O-S.

5         And it was brought to the port on November 8, 2001.

6    The containers were unloaded from the bongos by Chiquita

7    personnel.   Some of the containers were personally inspected by

8    Chiquita's own operations manager.   And he authorized the

9    containers to be removed from the port.

10        You will be seeing and hearing the sworn video

11   testimony of Carlos Bello Arrieta, who was the security guard

12   at the gatehouse on the days that the shipment of guns and

13   ammunition arrived and left the port on trucks.

14        He testified that after the shipment left, his

15   Chiquita supervisors instructed him to gather the documentation

16   as well as the video surveillance tapes concerning the

17   shipment, and that the surveillance tapes were then destroyed.

18        Mr. Bello voluntarily made a sworn statement to

19   Colombian prosecutors in 2007 regarding these events, and he

20   was questioned about his statement extensively.

21        He also testified about another shipment of weapons

22   through Chiquita's other port at Nueva Colonia in which another

23   large cache of rifles and ammunition was processed through the

24   port.

25        You will have an opportunity to see Mr. Bello's sworn

1   videotaped testimony.  Mr. Bello also testified regarding how

2   and why he was eventually let go by Chiquita.  That happened in

3   2005 when he reported obtaining knowledge of a shipment of

4   drugs being exported through the port at Turbo on a ship called

5   the Bremen.  That ship was owned and operated by Chiquita as

6   part of what was called Chiquita's great white fleet.

7         Mr. Bello reported the drug shipment, and he was told

8   by his Chiquita supervisor, "Your dirty laundry is something

9   that you take care of at home."  And then Chiquita fired

10  Mr. Bello.

11        You will also be seeing and hearing the video

12  deposition testimony of Ovidio Nunez Cabrales.  He served as a

13  member of Banadex's security department, but he then became a

14  member of the AUC.

15        As a paramilitary member, he committed murders on

16  behalf of the AUC.  And you will see and hear him testify by

17  video that on two occasions, he personally conducted

18  kidnappings on behalf of the AUC.  The reason for these

19  abductions, he has sworn under oath, was that the kidnapped

20  individuals were talking too much about the illegal weapons

21  shipments that I just described to you.

22        A Chiquita supervisor worked with him -- excuse me.  A

23  Chiquita supervisor worked with him to facilitate those

24  kidnappings by pointing out the individuals to be kidnapped,

25  informing him of their schedule, and providing him with the

1    information necessary to conduct those kidnappings.

2            While Chiquita will tell you about how much they cared

3    about protecting their employees, those two individuals whose

4    AUC kidnappings were facilitated with the cooperation of

5    Chiquita, those two individuals were Chiquita employees.

6            Additionally, you will be hearing testimony from both

7    Mr. Bello and Mr. Nunez regarding how Chiquita supplied hand

8    grenades, fuel, and communications equipment to the AUC.  Bello

9    also gave testimony concerning how Chiquita used the AUC to

10   threaten its own workers to keep them in line.

11           The testimony of these witnesses and others, along

12   with a wealth of documentary evidence, will establish that the

13   true nature of the relationship between Chiquita and the AUC

14   wasn't extortionist-victim; it was partner-partner.

15           You will hear that Chiquita, in addition to providing

16   weapons, cocaine shipments, also provided free gasoline for the

17   AUC's motorcycles and other vehicles, and additional ammunition

18   from Chiquita's own armory.

19           For its monetary and other contributions to the AUC,

20   Chiquita got what amounted to an illegal private army bent on

21   cleansing the banana zone of left-wing guerrillas, protecting

22   Chiquita's executives and Chiquita's farms from guerrilla

23   attacks, and keeping Chiquita's workforce in line.  Protecting

24   Chiquita's interests in making its billions and billions and

25   billions of dollars of annual revenue from growing and shipping

1    bananas.  Far from being a victim of extortion by the AUC, as

2    it falsely claims here, Chiquita was a willing partner in an

3    unholy alliance with the AUC.

4              How do we know in the midst of so much violence that

5    the AUC was responsible for the ten deaths that we will focus

6    on in this case?  How do we know that these particular victims

7    were part of the thousands of AUC murders, those for which the

8    AUC has admitted responsibility?

9              We know because proceedings conducted by the Colombian

10   government in an effort to put an end to the violence, the end

11   to years of civil war, Colombian government took sworn

12   testimony from many AUC leaders.  The truthfulness of that

13   testimony was then carefully and thoroughly investigated in a

14   process referred to as the Justice and Peace hearings.

15             We know that many of the family members of the

16   plaintiffs in this litigation were the victims of AUC violence

17   because AUC leaders specifically identified them and admitted

18   to their responsibility for their murders.  Then the Colombian

19   government investigators and prosecutors crosschecked those

20   confessions and confirmed the accuracy and reliability of the

21   confessions.

22             For other victims, strong, independent, sometimes

23   eyewitness evidence clearly establishes that they were AUC

24   murder victims.  And we know because Chiquita has acknowledged

25   under oath that it has no evidence to contradict the

1  plaintiffs' claims.

2          This is additional Chiquita official testimony:

3          "You are aware that thousands of claims have been

4  filed on behalf of individuals who either themselves or through

5  family members have been victimized by the AUC, correct?"

6          Chiquita's answer through Barbara Howland:

7          "Yes, we know about all of those claims, yes.

8          "QUESTION:  Do you have any information that indicates

9  that any of those persons who have claimed to have been harmed

10  by the AUC, either directly or as a consequence of injuries or

11  deaths suffered by those family members, that any of those

12  claims are not true?

13          "ANSWER:  No."

14          I am about to close.  But before I do, I want to go

15  back and talk about those three stars on the Barbara Howland

16  testimony and what was omitted from that quote.  Here is the

17  entire answer:

18          "QUESTION:  What did Chiquita understand Mr. Castaño

19  would do with the payments from Chiquita?

20          "ANSWER:  I don't think Mr. Castaño was ever told

21  Chiquita" -- excuse me -- "ever told Chiquita what he would do

22  with the money or how he would spend it.  The fact that he

23  extorted it from Chiquita, he did it under what we believe was

24  a credible and viable threat."

25          And after the last sentence there, Ms. Howland says:

```
 1              "Chiquita was reacting to a threat that we had to pay,

 2     or else."

 3              So there it is.  Chiquita's defense.  We were

 4     extorted.

 5              What Chiquita calls extortion, the law calls duress.

 6     I call it the "devil made me do it" defense.  The law

 7     recognizes duress as a viable defense.  The law requires that

 8     in order for that defense to be proven, there must be three

 9     elements established.

10              To escape liability for harm done while Chiquita was

11     supporting the AUC, Chiquita has the burden of proving all

12     three elements, all three elements of a duress defense.

13              The first is, Chiquita did not voluntarily place

14     itself in harm's way.  Number one:  Not voluntarily placed in

15     harm's way.

16              The second thing that must be proven is Chiquita

17     received a demand from the AUC accompanied by a clear threat of

18     death or serious --

19              MR. CIOFFI:  Your Honor.

20              THE COURT:  Mr. Scarola, let's not argue the case

21     here.  Okay?

22              MR. SCAROLA:  Pardon me, your Honor?

23              THE COURT:  Let's not argue the case here.  Okay?

24              MR. SCAROLA:  I am only outlining the elements of the

25     duress defense.  Does the court want me to move on from that?
```

```
 1            THE COURT:  I think you should, yes.  You can tell
 2   them that you don't think they are going to be able to prove
 3   it.
 4            MR. SCAROLA:  Yes, sir.  Thank you very much.
 5            So the court, as I have told you earlier, will
 6   instruct you on the law at the conclusion of the case.  And I
 7   suggest to you that there will be a total inability to prove a
 8   duress defense because the evidence will establish Chiquita
 9   placed itself in harm's way; there was no clear threat that was
10   ever communicated to Chiquita; and thirdly and importantly,
11   there was an alternative, a means of escape without making the
12   payments, and certainly without continuing to make the payments
13   over the course of seven years.
14            It's easy to lose sight of the horror of each
15   individual death when talking about the magnitude of violence
16   that was going on in Colombia for a very long time.
17            I thank you for your patience and your attentiveness
18   throughout these comments.  I am hopeful that they will be
19   helpful to you in organizing the evidence because you have an
20   overview of what this case is about at this point.  And I ask
21   that you give my co-counsel and opposing counsel the same
22   attention that you have very patiently given to me.  Thank you
23   so very much.
24            THE COURT:  Thank you, Mr. Scarola.
25            MR. SCAROLA:  Thank you, your Honor.
```

```
 1              THE COURT:  Ladies and gentlemen, we have about an
 2    hour and 15 minutes more to hear from plaintiffs' counsel.  So
 3    if we take a 10- or 15-minute break now, and then go an hour
 4    and 15 more minutes, we are not going to have a lunch break
 5    until about 1:00 o'clock.  Or we can take a lunch break now and
 6    do all of the rest of the arguments after the lunch.
 7              So I am going to leave it to you whether you want to
 8    wait until 1:00 o'clock to go get lunch or you prefer to take a
 9    lunch break a little early.  I am going to leave it to your
10    judgment.  You can maybe confer among yourselves how you want
11    to handle it.  But I don't want to impose on you to wait until
12    1:00 o'clock if that's going to be a problem for any of you.
13              THE FOREPERSON:  We'd prefer to wait until 1:00.
14              THE COURT:  All right.  So why don't we take a
15    15-minute break now.  Leave your notes at your seat.  Go into
16    the jury room.  Do not discuss the case.  Do not form any
17    opinions.  You haven't heard -- you have heard only from one
18    side so far.
19              So we will see you in about 15 minutes.  Thank you
20    very much.
21              (The jury exited the courtroom at 11:27 a.m.)
22              THE COURT:  I know there has been a concern expressed
23    by defense about the interpreter, and the -- it being
24    distracting.  I can hear the interpreter from here.  I think
25    something needs to done about it.
```

```
 1              Now, the interpreter is now just interpreting for

 2     the -- I assume the plaintiffs.  Not interpreting for the jury.

 3     And it's one thing to have, you know, that type of interference

 4     for the jurors.  It's really a matter of convenience to provide

 5     the interpreter for the clients.  And I understand they want to

 6     hear what's going on, and that makes -- I understand that.

 7              But can't the interpreter -- if he is just

 8     interpreting for the clients, can he sit back there and he

 9     can -- should be able to hear what's being said from back there

10     as well as he can from here.

11              Again, only when he is interpreting for the clients as

12     opposed to when he is interpreting or she is interpreting for

13     the jurors, he needs to be where he or she needs to be in order

14     to be able to interpret the witness' testimony.

15              MR. SCAROLA:  I understand the court's concern.  We

16     will make every effort to address it over the break.  If it

17     can't be addressed in a satisfactory manner, we won't provide

18     the interpretation, your Honor.

19              THE COURT:  But I can just tell you that I can hear it

20     up here, and I can understand when -- it could be very

21     distracting to the defense team there.  All right?

22              MR. DANTE:  Your Honor, it's distracting to the

23     defense team.  And I will also note that it appears to be

24     distracting one of the jurors.  Mr. White has looked around

25     Mr. Scarola several times at the interpreter speaking.  So it
```

```
 1  appears he can hear it as well.

 2         THE COURT:  All right.  Anyway, it sounds like it will

 3  get resolved one way or the other.

 4         MR. SCAROLA:  Yes, sir.  One way or the other, it

 5  will.

 6         MR. CIOFFI:  Your Honor, one more thing.  I ask the

 7  court to direct Mr. Scarola to take down his argument so it's

 8  not in front of the jury.

 9         THE COURT:  Well, he can take down the -- just the

10  duress.  And I -- my calculations were you used about an hour

11  and 45 minutes.  So your co-counsel are going to have to get

12  everything done in about an hour and 15 minutes.

13         MR. SCAROLA:  Thank you, sir.

14         THE COURT:  Thank you.

15         (Recess taken 11:30 a.m. through 11:46 a.m.)

16         THE COURT:  Are we ready to bring the jurors back?  I

17  guess you are waiting for some of your co-counsel to get back.

18         MS. MESA-ESTRADA:  Your Honor, we are going to let the

19  interpreters know.  We are going to be turning off the

20  interpretation for now until we find a solution.  Thank you,

21  your Honor.

22         THE COURT:  All right.  Thank you.

23         Are we ready?  Yes?  Let's bring the jurors in.

24         So who is going first for the plaintiffs?

25         MR. WICHMANN:  I am, your Honor.
```

```
 1              THE COURT:  Okay.  And you have got the lineup all set
 2   up?
 3              MR. SCAROLA:  Ready to move quickly.
 4              THE COURT:  You know you have an hour and 15 minutes
 5   for everybody.  You all understand that?
 6              MR. WICHMANN:  They just told me my time got cut,
 7   Judge.
 8              THE COURT:  I'm sorry.  What did you say,
 9   Mr. Wichmann?
10         Apparently one of the jurors was inquiring about
11   alternates and wanting to know how many alternates there were.
12   Does anyone object if I let them know so they don't think that
13   they are going to possibly spend six weeks here and then be
14   given -- shown the door that all of them that are going to be
15   here at the end will deliberate?
16              MR. SCAROLA:  No objection.
17              MR. CIOFFI:  No objection.
18              (The jury entered the courtroom at 11:49 a.m.)
19              THE COURT:  Welcome back.  Please be seated, ladies
20   and gentlemen.  Again, thank you for your cooperation.
21         I understand one or more of you may have made some
22   inquiries of Ms. Ferrante about alternates and whether or not
23   any of you are alternates.  Every one of you who is here at the
24   end of the six weeks gets to deliberate.
25         So no one is going to be -- you are not going to have
```

1  to worry about spending six weeks with us and then we say,

2  well, thank you very much and you can go home.  No.  If you are

3  here at the end, you get to deliberate.  Okay?

4          All right.  So we are going to hear next from some of

5  plaintiffs' individual representatives.  Mr. Wichmann.

6          MR. WICHMANN:  May it please the court.

7          THE COURT:  Yes, sir.

8          MR. WICHMANN:  Good late morning, ladies and

9  gentlemen.  It's my responsibility and duty to talk to you, to

10 tell you what we believe the evidence will show regarding the

11 case of my clients, Janeth Rivera Vargas, whom I will refer to

12 as Janeth, the widow; Nini Johana Molina, the daughter.  They

13 are the family of a farmer named Albeiro Antonio Molina.

14         What I'd like to do is put what Mr. Scarola told you

15 already in context for my particular clients.

16         Years after September 2001, when the U.S. Government

17 designated the AUC in the Santa Marta province of Colombia to

18 be a foreign terrorist organization and months after Chiquita

19 hired outside counsel -- by that, we mean lawyers unaffiliated

20 with the company to give them straight advice -- and those

21 outside counsel, those lawyers, in April of 2003, told them,

22 stop, stop the payments to the AUC in Santa Marta, Albeiro, an

23 innocent Colombian farmer, with his 8-year-old daughter Nini

24 holding his hand, was shot to death in Santa Marta by an AUC

25 gunman.

```
1              Now, family photos, please, mars yo.

2              On the left is Janeth, Nini is the little girl to her

3     left in the front, and Albeiro is on the right.

4              The next photo, please.

5              This is Nini at age 6, a couple of years -- two years

6     before she was present at her father's murder.

7              Now, these are humble people.  It was a farming

8     family.  For example, Albeiro, the evidence will show, left

9     home, left his family to work in the farms in the Santa Marta

10    region of Colombia at age 11.  His dream was to have his own

11    farm.  He met Janeth when she was just 13 years old.  They were

12    married when she was 15 years old.  They had a big family.

13    They had 16 years together.

14             In August of 2003, Albeiro was taking the harvest from

15    the family farm called El Cenizo, to the nearest village which

16    was Aracataca in the Santa Marta province.

17             Their family farm produced things like plantains,

18    corn, cows for milk, and those kinds of activities.  Albeiro

19    led his 8-year-old daughter Nini towards the biggest village,

20    Aracataca.  And the last -- you will hear the evidence will

21    show, the last time Janeth saw her husband, he was leading Nini

22    on a donkey to the village to sell their produce and to buy

23    food to bring back for the family.

24             After a night in the village and the next morning,

25    they were leaving Aracataca to go back to the farm.  Albeiro
```

1    was holding his daughter Nini's hand when an unidentified man

2    approached him, asked him his name, and after he responded,

3    shot him to death.

4         That man was an AUC gunman.  That man was a part of

5    the AUC group in Santa Marta.  You will remember Mr. Scarola's

6    map.  That man was under the command of José Gregorio Mangones,

7    who was the head of that group, that AUC group.

8         Mr. Mangones was known simply by the alias "Carlos

9    Tijeras," Spanish -- "tijeras" is Spanish for "scissors."  Yes.

10   This was one of the commanders receiving the funds in Santa

11   Marta from Chiquita.

12        Now, Mr. Mangones, Carlos Tijeras, participated in the

13   Justice and Peace proceeding in Colombia, the Justicia y Paz,

14   and he has admitted, the evidence will show, responsibility for

15   Albeiro's killing.

16        The court will instruct you on the measure of damages

17   on the law to use to decide monetary damages, if you find

18   responsibility, for my clients.

19        That will be, for both Nini and Janeth, for both the

20   widow and the daughter, that will be mental pain and suffering.

21   For Nini, the daughter, it will be loss of guidance and support

22   of her father.  For Janeth, it will be the loss of

23   companionship and care over the years of her husband.

24        Now, you will see the videotaped trial testimony of my

25   clients in this case, of Nini and Janeth.  They are in Colombia

1    and cannot come to trial.  As the court mentioned in the

2    preliminary instructions, when these videotaped depositions are

3    taken and they are played in front of you, you are to take them

4    just as if the person was live in court.  The same will apply

5    to Nini and Janeth's trial deposition testimony.

6            Now, please, I know it's going to be a long time

7    between now and when you hear those depos, but pay attention,

8    please, to the questions that I ask them and their responses,

9    and also the questions that the Chiquita lawyers asked them and

10   their responses to those questions.

11           The evidence will show that that testimony reflects a

12   huge loss for these two women.

13           We submit to you that that huge loss will, should, the

14   evidence will show, result in a large compensatory damage

15   verdict at the end of the case.

16           I'd like to be brief so that my colleagues can also

17   address you.  But thank you for your attention and, I am sure,

18   your attention throughout the trial.

19           MS. JORDAN:  May it please the court.

20           Good afternoon.  My name is Maryum Jordan.  It is my

21   honor to represent two individuals who traveled far from

22   Colombia to meet you.  They also come here to share their

23   stories of how the AUC murdered their loved ones in its

24   campaign of terror supported by Chiquita.

25           Our first plaintiff, Victor Palencia Gomez, who is

1    with us today, is seeking justice for the murder of his son,

2    Carlos Palencia Sibaja.

3           Our second plaintiff, Elvia Gomez Urrego, who is also

4    with us today, is seeking justice for the murder of her

5    husband, Evaristo Durango de Andres.

6           Victor San Carlos lived in Nueva Colonia, located in

7    Turbo.  The evidence will show you how Turbo was an important

8    region for Chiquita.  This is where Chiquita had numerous

9    banana farms and a few ports, including a port, as Mr. Scarola

10   told you, where Chiquita allowed the AUC to smuggle weapons.

11          In 2000, Carlos had his whole life ahead of him.  That

12   year, he turned 18 and he got his first job at a banana farm

13   called Mi Tierra.

14          About a month after his 18th birthday Carlos, was out

15   with his friend Maria when a man named Gilberto Camacho, who

16   they recognized as an AUC paramilitary, approached them on a

17   motorcycle.  You will hear Maria testify how Camacho ordered

18   Carlos to get on the motorcycle, and Carlos complied.

19          Afterwards, Victor found out what happened.  Victor

20   will tell you why he was terrified when he heard Camacho's

21   name.  He knew Camacho.  They worked together at a Banadex farm

22   for eight years, and Victor also knew that Camacho was a

23   dangerous AUC paramilitary.

24          Soon, Victor received more devastating news about

25   Carlos.  His son was dead.  He was killed by a single gunshot

1  in Turbo on September 24, 2000.  Victor had to recover his

2  son's body which was dumped in a banana farm.

3          Driven by his grief, Victor bravely confronted

4  Camacho, demanding answers on why his son had been murdered.

5  Victor will tell you how Camacho admitted that the AUC murdered

6  his 18-year-old son, and that Carlos deserved to be killed

7  because he had quote-unquote vices.

8          Carlos was falsely accused of stealing some food from

9  a snack bar at the Mi Tierra banana farm before he was killed.

10 Camacho told Victor to stay quiet about Carlos' murder, or else

11 something could happen to him as well.

12         The evidence will show you that Camacho was not the

13 only AUC leader to admit that the AUC was responsible for

14 Carlos' murder.  Camacho's commander, Raul Hasbun, also

15 admitted that the AUC was responsible in a Colombian Justice

16 and Peace proceeding.

17         Carlos leaves behind his father, his stepmother who

18 helped raise him, and three sisters.  Carlos' youngest sister

19 Gisel is 13 years old.  And she has grown up without ever

20 knowing her brother.

21         I will now turn to our other plaintiff, Elvia, who was

22 married to Evaristo.  The evidence will show you how Evaristo

23 lived in Chigorodó where Chiquita had farms, and Evaristo

24 worked for a banana farm that was a Chiquita supplier.

25 Evaristo lived with Elvia and their young son Cristian.

1          Evaristo was a dedicated family man.  He worked hard

2    to support his family.  Helped raise Elvia's brother Fabian,

3    and was a loving father to Cristian.

4          Even though Cristian was young when his father died,

5    you will hear him fondly remember his father.  Cristian

6    remembers sitting on Evaristo's lap on the rocking chair.  He

7    also remembers how Evaristo would bring him candy after coming

8    home from work.

9          Evaristo was also a dedicated leader of the labor

10   union Sintrainagro, where he was an elected representative.

11   Even though he knew that being part of the union would -- could

12   make him a target for the AUC, Evaristo was still committed to

13   improving the conditions of his fellow banana workers.

14         On June 12, 1999, Evaristo went out with Elvia,

15   Cristian and Fabian to celebrate Elvia's birthday.  After the

16   celebration, the family, except for Fabian, returned home, and

17   masked men showed up at Evaristo's house.

18         Elvia will tell you how she saw the men tie up

19   Evaristo and take him away.  Fabian, who had stayed out after

20   the birthday celebration, was on his way home when he

21   encountered Evaristo and the men who took him from the house.

22         Fabian will tell you how he saw the men beat Evaristo

23   and then stab him by the heart while cursing at him for being a

24   union member.  The men warned Fabian not to help Evaristo, or

25   else they would do something to him as well.

1      Afterwards, Evaristo made it back to his house,

2   seriously injured.  It was too late for Fabian and Elvia to

3   help him.  Choking on his own blood, Evaristo said his last

4   words ever.  He said, "Take care of Cristian."

5      Cristian, who was only 7 years old at the time, saw

6   his father bleeding on the ground.  Afterwards, Evaristo was

7   taken to the hospital, and Elvia, Cristian and Fabian never saw

8   him alive again.  Evaristo died at a hospital in Chigorodó on

9   June 13, 1999.  He was 30 years old.

10      You will hear Cristian tell you how he found out about

11   his father's death through his mother.  He grew up without a

12   father.  Now Cristian takes his own son, Julian David, to visit

13   Evaristo's grave, which is about two hours away from his house.

14   Julian David is 7 years old, the same age as Cristian when he

15   lost his father.

16      The murders of Carlos and Evaristo were part of -- or

17   excuse me, the AUC's campaign of terror that was supported by

18   and benefited Chiquita.  As the evidence will show, both men

19   lived and worked in areas where Chiquita operated its business.

20      You will learn how the AUC targeted those perceived as

21   having vices or harming the economic interests of banana farms,

22   such as Carlos.

23      You will also learn how the AUC targeted members of

24   the Sintrainagro union for active labor organizing of banana

25   farms, such as Evaristo.

```
 1           Victor and Elvia will tell you how their families were
 2    profoundly affected by the deaths of their loved ones.
 3           Both men were young when they died.  And their
 4    families have suffered great trauma from this loss.
 5           Once you have heard the evidence, we will ask you to
 6    give their families justice and some closure by awarding them
 7    substantial damages for their loss.  Thank you for your
 8    attention.
 9           MR. GARCIA:  Good afternoon, ladies and gentlemen of
10    the jury.  The evidence in this case will show that when
11    Chiquita chose to do business with the AUC, it was a death
12    sentence for many, many innocent victims and a life sentence
13    for their surviving families.
14           In this trial, you will hear more stories like the
15    ones that you have heard about the families who were victims of
16    Chiquita's conduct.  I'd like to share with you the stories of
17    two families.
18           Libardo Villa was assassinated by the AUC on
19    November 4, 1998.  He was killed in a small town called
20    Necoclí.  You will learn more about it.  He was 72 when he
21    died.  He had a large family.
22           In this trial, you will hear directly from his
23    children.  They are here in the courtroom today.  And they will
24    tell you that Mr. Villa was the patriarch of their family and
25    the pillar of his community.
```

```
 1              With only an elementary school education, Mr. Villa
 2     became a successful cattle rancher, farmer, and businessman.
 3     He worked hard to provide a decent life for all of his
 4     children.
 5              The evidence will show that Mr. Villa and his family
 6     were targeted by the AUC because they were suspected of
 7     collaborating with the Colombian government to target an AUC
 8     leader who was eventually killed by the Colombian army.
 9              The Villa family was specifically targeted by orders
10     of AUC leader -- leaders, the Castaño brothers.  You heard
11     Mr. Scarola mention to you the name Carlos Castaño.  That's the
12     very top of the AUC organization.  However, the evidence will
13     also show that Mr. Villa's senseless killing was the result of
14     bad intelligence by the AUC.
15              On the day of Mr. Villa's assassination, he got up
16     early in the morning to go to the meat market with his son
17     Fabio, who was 17 at the time.  He was an early riser.  A busy
18     guy.  Had to get a lot of things done.
19              Fabio snuck back home to get a few hours of sleep when
20     he was awoken by the news that his father had been murdered.
21     As Mr. Villa was making the rounds to his different farms with
22     his nephew Freddie, four men on two motorcycles approached them
23     after breakfast and shot them both.  Mr. Villa died instantly.
24     The autopsy revealed that he died of multiple gunshot wounds to
25     the head.
```

1        The evidence will show that Mr. Villa's children then
2   learned that they had targets on their heads because the AUC
3   didn't just want Mr. Villa dead.  He wanted the entire family
4   annihilated.
5        They will share with you the horror, the fear that
6   that caused them, as they fled town to hide, for fear that they
7   would be killed.
8        And then you will come to learn that two or three
9   months after their father was killed, they were summoned by AUC
10  leader Freddy Rendon.  Remember that name.  He went by the
11  alias El Aleman, which translates to "the Germán."
12       An AUC member showed up, summoned them.  They got in a
13  car, and they followed this AUC member on a motorcycle for
14  hours, taken far away from the safety of their town to a place
15  they didn't know.  And they suddenly arrive at a farm where
16  Freddy Rendon appears, flanked by a couple of hundred armed
17  men, and proceeds to tell them that the killing of their father
18  was a mistake, that it was based on bad information, and
19  importantly, that he apologized and he wanted their
20  forgiveness.
21       And you can imagine as the family members that you
22  will meet were standing there silent, in terror, not wanting to
23  say a word, what must have been going through their mind as
24  this AUC leader who was extremely notorious was telling them
25  that their father's senseless killing was a mistake.

```
 1            You will also learn how Freddy Rendon and one of his
 2     lieutenants, a guy by the name of Otoniel Hoyos, who testified
 3     in this case, admitted responsibility for Mr. Villa's senseless
 4     killing.  And they did so as well before the Colombian
 5     authorities.
 6            You will also hear that despite Rendon's confessions
 7     to them, the AUC still confiscated all of their farms and
 8     properties, leaving them without financial support for
 9     approximately two years until they felt it was safe enough to
10     return.
11            And when they got their land back, there was no cattle
12     on it.  The land was in disarray.  And they struggled to get by
13     financially.
14            But that's insignificant compared to the trauma that
15     they experienced for the loss of their father.  This family
16     depended on Mr. Villa as the patriarch, who provided for all of
17     them.  They all worked with their dad.
18            Now, let's talk about the Machado family.  Waynestey.
19     And if you just remember "Wednesday," you might remember his
20     name.  Waynestey Machado Durango was killed by the AUC on
21     April 26, 1997.  He was 22.  He was a young man compared to
22     Mr. Villa.
23            He was a laborer.  He worked construction jobs, doing
24     whatever he could to support his family.  He had been working
25     out of town and had come back home to get a little rest, and on
```

1   April 26, 1997, he decided to go out for the night with his

2   brother Jason.

3           The two of them said bye to their mom and went out to

4   spend a little time together.  They were enjoying each other's

5   company at a local bar, when suddenly and unexpectedly, they

6   were both shot to death, along with another woman who was a

7   patron.

8           Unlike the Villas, they weren't targeted like

9   Mr. Villa was.  They were just at the wrong place at the wrong

10  time.  Victims of a wave of violence by the AUC.

11          That night, their mother, Pastora Durango, who you

12  will meet in this trial, was getting worried because it was

13  late, and her boys weren't home yet.  And the next day, one of

14  her neighbors who happened to work at the morgue, came to her

15  house and gave her the worst news a parent could ever receive,

16  her sons were dead, killed by gunshots.

17          One day, Pastora Durango is saying bye to their sons

18  as they are heading out the door, and the next day, she's

19  identifying them at the morgue.

20          Importantly, with respect to this particular crime,

21  you will learn that AUC commander Raul Hasbun accepted

22  responsibility for his killing.

23          As you hear the stories of the families, the victims

24  that you will hear from in this trial, you will learn one

25  important thing.  The greatest loss known to mankind is when a

1    loved one, someone central to one's existence, dies under

2    circumstances that are sudden, unexpected, and unjust.  And

3    when the death of a loved one -- when a loved one dies under

4    tragic circumstances, you will learn that it intensifies the

5    grief to the point that a human is not capable of dealing with

6    it.

7         One of the several questions that Judge Marra will

8    give you to deliberate on at the end of the case is how much

9    money it will take to compensate these victims.  On the one

10   hand, the children of a father who was unjustly killed and, on

11   the other, a mother who lost a child.

12        When Mr. Villa was killed in 1998, the patriarch of a

13   loving family was eliminated.  The sudden, unexpected, and

14   tragic loss of his life created a vacuum that could not be

15   filled, and you will learn that to this day, his children feel

16   the intense grief and his absence.

17        When Waynestey Machado died in 1997, a mother lost her

18   son.  It's not typical for a child to predecease a parent, and

19   in her case, two, at the same time.  It goes against the

20   natural order of things.  And so you will learn the gaping hole

21   that was left in Pastora's heart as a consequence of their

22   premature deaths.

23        This trial is the only opportunity for the victims to

24   obtain restitution for their tragic loss and for the grief that

25   they continue to experience.

```
1              When we are done with all of the evidence in this
2       case, we are going to come back to you in what's called a
3       closing argument, and we are going to ask you for a verdict
4       that will help make up for the losses that these families have
5       experienced.  And by the end of this trial, you will understand
6       why your verdict will need to equal the amount of harm that
7       these families have experienced.  Thank you.
8              THE COURT:  Thank you, Mr. Garcia.
9              MR. SCHERER:  Good afternoon.  I am William Scherer,
10      and along with my partner, Eric Hager here, and our co-counsel
11      Terry Collingsworth, we are privileged to represent the family
12      of Francisco Tito de Jesus Jinete Sierra.  That's the last time
13      I am going to say that.  He is going to be "Tito" or
14      "Francisco," because they called him Tito, and that's what we
15      will do here.
16             He was killed by the AUC on orders of Carlos "Tijeras"
17      "Scissors" José Mangones, just like you have already heard,
18      based on their admissions and overwhelming proof.  I really
19      don't need to take much time to talk about that because that's
20      going to be overwhelming in the case.
21             He was survived by his wife and mother, who lived
22      right next door to each other, and he was the breadwinner of
23      the family and was a banana worker.  I am going to tell you a
24      little bit about it.
25             And his wife Lina and his mother Mariela will testify
```

1    here.  They will come to meet you, and you will get to hear

2    about them.  He left five children under 6 years old for his

3    mother and his wife Lina to raise and care for.  And you will

4    learn about them.  You will learn about how hard that was for

5    them.

6         You will also learn that -- as we go on -- and I

7    thought -- why don't I just go ahead and show you mom.  And

8    this is Mariela Isabel Sierra Soto.  I am going to call her

9    "mom" or "Mariela" from now on.

10         Next, please.

11         This is Lina Maria Berdugo Lechuga.  This is the wife.

12    Again, they lived in a town called Orihueca, which I will show

13    you in a few minutes, and left with these five children under 6

14    years old.

15         Next, please.

16         This is Wendy.  She was born eight months after

17    Francisco was killed.  He didn't know that Lina was pregnant.

18    She really didn't know she was pregnant, although she wasn't

19    feeling very well.  So Wendy was born eight months later.  She

20    never got to meet her father.

21         This is Alba Sandrith Jinete Polo.  She was two years

22    old when her father was killed.  These pictures sometimes are

23    not -- she is a little older than two years, obviously.

24         Next, please.

25         José Gregorio Jinete Polo.  José was four years old at

```
 1    the time his father was killed.

 2              Harold David Jinete Polo was five years old.

 3              Oscar was also a child who was four years old at the

 4    time, and he was Lina's child by a previous relationship.

 5              And you will hear testimony, pretty heart-wrenching

 6    testimony, that Francisco had taken her son from her previous

 7    relationship when she was just very young, and raised her son

 8    as his own in a really compelling sort of way.

 9              So I'd like to take some time right now to tell you

10    about Francisco Tito.  He dropped out of school at 13 to help

11    support the family.  He began to work almost immediately on the

12    banana farms around Orihueca.  I am going to show you where

13    that is on the map here in just a minute.  He was a devoted

14    father and a very hard worker.

15              He worked for the Finca plantation, which was just a

16    few miles down the road from his hometown, which was owned by

17    Chiquita, and he had worked there pretty much exclusively for

18    five years before his death.  Before that, he worked at various

19    other plantations right in the area.  He was a banana worker.

20              His life was simple but hard, by most standards.  He

21    worked early in the morning, as you are going to hear from the

22    testimony, and then he came home to his family.

23              You will hear that he was a very good provider.  He

24    was a productive banana harvester.  In fact, as Mariela will

25    tell you, his mom, that he was a machete man, strong.  As a
```

1    matter of fact, he won -- believe it or not, he was the

2    regional champion of banana harvesters.  He won the banana

3    olympics of the area, number one in harvesting bananas.

4         Now, you think how do you have a banana olympics?

5    Well, they had it.  And he was a competitive guy.  You can see

6    by his shoulders, he was a very strong guy.  And he was very

7    productive because he could harvest a lot of bananas and get

8    paid well for doing that.  In fact, he did.

9         He also had a passion for soccer.  And he played on

10   the Orihueca soccer team, and that team traveled to various

11   other small towns in the area to play their local teams, and

12   that was probably a reason why he was falsely labeled as a

13   collaborator when he was not.

14        So his murder by the AUC was really a mistake because

15   they felt he was a collaborator maybe because he had

16   traveled -- and the family felt, looking back, trying to see

17   this senseless tragedy, how could you explain it, that he would

18   be traveling in the north where the guerrillas operated to play

19   soccer, and maybe they thought that in some way, he was

20   collaborating.  And the family said, of course, he was not.

21        But what's interesting is that the town of Orihueca

22   where these folks all lived, their whole families, both of

23   them, lived there and the extended families.  Like I said, they

24   lived next door to each other, and they cared for each other in

25   a communal kind of way.  Sort of like it was in America 100

1    years ago in rural areas where providers provided for the

2    mother and the children, and they cared for each other and --

3    in that sort of a way.  And, again, compelling testimony.

4         This is the map of Orihueca area.  Over here, this is

5    the Chiquita farm where he had worked for five years.  You are

6    going to find that to be important because he was going to work

7    the morning of his death.

8         The Google Earth view shows the area of Las Palmas

9    where they lived.  This was the best we could get on Google.

10   It's about three blocks from where he was killed and three

11   blocks from their house.  You can see, pretty modest

12   neighborhood.  But it was a neighborhood -- that's telling me

13   to hurry it up.

14        Excuse me, your Honor, I don't know how to work these

15   things very well.

16        THE COURT:  I can't help you.

17        MR. SCHERER:  I didn't think you could.

18        So the -- but this was their home.  This was his

19   hometown, and this is where they had -- where he was raised.

20   That's what the town looked like and his neighborhood.

21        Next is the view of the neighborhood, and you will see

22   that's -- the green box is the Google Earth that you just saw.

23   And over on the right-hand side, you will see -- and Mariela

24   and Lina will be telling you about the morning that he was

25   killed, which is on September 14, 2004, and on that morning,

1    they will describe to you what they witnessed.

2         This is an aerial view of -- a satellite view,

3    actually, of their neighborhood.  The white box over here is

4    what you saw, the Google view.  So you can see that's just

5    pretty close to the area in which they lived.

6         Lina and Francisco and their kids, five of them, lived

7    here.  This was Mariela's house, one block away.  The kids

8    stayed with mom, grandma.  And, like I said, it was in a --

9    sort of a family rural tradition of caring for each other.  And

10   over here in the -- the red area is the location of Francisco's

11   body, which that's where it was located, three blocks away.

12        You will hear testimony, and the evidence will show,

13   that on the morning that he was murdered, Lina wasn't feeling

14   well.  She had a migraine headache.  She was one-month

15   pregnant, as I had said before.  So he went to mom's house for

16   breakfast at 5:00 o'clock in the morning, which he frequently

17   did, and was going to go to work right after that.

18        And he -- after breakfast, he went back to his house

19   to pick up something to go to work.  And he got on his bicycle

20   and he started riding to work when he was accosted by two AUC

21   hitmen that shot him five or six times in the face and the

22   head, from the side or behind.

23        And let me just see if I can show you -- well, you can

24   see it from here.  It would take too much time to walk over

25   there.  But you can see where Mariela's house is.  You can see

1    he went back home.  The path that he rode the bicycle is three

2    blocks, and then he was killed.

3            Show the next one, please.

4            This is a view of the map, overview of the map.  You

5    can see Lina and Francisco's house, Mariela's house.  He had

6    gotten on his bicycle at his house.  Lina is in bed asleep.

7    Mariela is out sweeping the sidewalk and also trying to get her

8    other son, who she calls the lazy one, up out of bed to go to

9    work.  "Like your brother Francisco, you should go to work."

10           And the -- what you will find that I think is

11   compelling in this case is that when the grandma, who is

12   sweeping the walk as her son was riding off on his bicycle, she

13   saw a man in the street, on the other side of the street

14   sitting on a tire.  And he laughed out loud as she was chiding

15   her lazy son to get up and go to work like your brother, and he

16   laughed.

17           This is going to be important because shortly after

18   that, Mariela, the mom, the grandmom, heard shots, bam, bam,

19   bam, bam, bam, and she wondered, who got killed now?  Because

20   they had had experienced violence in that neighborhood

21   frequently during this particular time period.

22           Lina, at home, was asleep, and she was awakened by the

23   shots.  And she got up in a fog and went out to the front door,

24   when one of the relatives who lived right next door said, "Tito

25   has been murdered."  Lina will tell you that she fainted right

1    away and was unconscious for a period of time and was

2    disoriented when she awoke.

3           Mariela will tell you that immediately after the

4    shots, bang, bang, bang, bang, bang, the guy sitting on the

5    tire that laughed at her as she was trying to get her son up to

6    go to work, walked up to her and put a gun to her face and

7    said, "You saw nothing."  Mariela said, "I froze with fear

8    because I was afraid he was going to kill my other children and

9    me."

10          And shortly thereafter, she left her home and went to

11   live with relatives for a few months until things cooled down.

12   Orihueca was a bad place to live during that period of time.

13          So what are we left with?  They were left with raising

14   these five kids.  And you will hear about that, and you will

15   hear about what that was for them.

16          They got a notice from the prosecutor, Colombian

17   prosecutor to attend a hearing where Carlos "Tijeras"

18   "Scissors" José Mangones was testifying, and learned that

19   Francisco was killed because of the mistaken belief that he was

20   a collaborator, when they knew he was not.

21          He was just a young guy that was a hard worker and a

22   competitive athlete and a really good father for all these

23   kids, and a good provider for the family and his mother.

24          And so at the end of the case, I am going to ask you

25   to bring back substantial damages, a verdict, just like you

```
1    have heard here, to compensate these folks for their pain and

2    suffering, for their loss, for what they have had to endure

3    being left in this situation.

4              Thank you.

5              MS. MESA-ESTRADA:  Good afternoon.  May it please the

6    court.

7              Good afternoon, ladies and gentlemen.  My name is

8    Victoria Mesa-Estrada.  You met me before.  I work with

9    Mr. Jack Scarola, Mariano Garcia, and with co-counsel of this

10   case with Mr. James Green, who is around here as well.  We

11   represent four of the families who are involved in this case.

12             You will get to know me for the next couple of weeks.

13   So please bear with my accent.  I will make every effort to

14   speak slow, clear so you can follow the evidence as I present

15   it.

16             And I will make a disclosure.  We are almost done, but

17   I will not be the person to be blamed for preventing from you

18   going to lunch.  There is one more individual who will be

19   speaking today.

20             Briefly, I am going to talk about two -- the two other

21   families that our firm represents.  First, we represent

22   Ms. Gloria Muñoz.  Ms. Gloria Muñoz has brought claims for the

23   abduction and murder of her son Miguel Cardona Muñoz, who was

24   murdered on January 15, 2001 in Turbo.  That is in the banana

25   Uraba region.
```

1    Miguel, at the time of his murder, was about to turn

2    20 years old.  I am going to briefly tell you how his murder

3    happened.

4    He was at the wrong place at the wrong time.  But his

5    murder was targeted.  Miguel and his mother were not natives of

6    Turbo.  They were visiting family members, and they had gone

7    there five days before to celebrate the birthday of Gloria's

8    oldest daughter, Sandra.

9    Miguel had chosen to stay at the home of his brother

10   Roberto Cardoña and his wife -- common-law wife Onelsi Mejia,

11   who you are going to have the opportunity to hear from her.

12   She will be testifying via video deposition.

13   Ms. Gloria had made the choice of staying with her

14   sister instead.

15   On January 15, 2001, Miguel happened to be at the

16   house of his brother.  He was watching TV.  His sister-in-law

17   Onelsi was in the back of the home taking care of some matters.

18   They have an open patio, so you could see people cross around.

19   You could see cars, bicycles, anybody, you could see them

20   through the patio.

21   Onelsi saw two men coming in a motorcycle and she

22   immediately recognized these men as AUC members because she

23   lived in that community.  She was already terrorized by the AUC

24   on a daily basis.  So she knew who they were.  She rushed

25   inside to warn Miguel, who is not from the town.  Remember, he

1    was just a guest.  And as she was going inside her home, the

2    men had already circled, had come into the house, and were

3    grabbing Miguel by force.  They tied his hands on his back.

4    Miguel is shirtless, has no shoes.  He's imploring for his

5    life.

6         Onelsi tries to intervene, begging the men to let her

7    put his shoes on.  As she is trying to grab from his legs, the

8    man come and put a gun right on her head, telling her she needs

9    to let go.

10        At that point, fearing for her life and the life of

11   her baby -- the baby was actually in the house with her -- she

12   lets go, knowing what the outcome of that incident was going to

13   be.  And Miguel disappears in the streets in a motorcycle with

14   these two men, never to be seen again.  Until his body was

15   found.  And I will get to that in a second.

16        But imagine the moment of Onelsi Mejia having to

17   deliver the news to the mother.  That was the first thing that

18   she did.  You will hear testimony that she doesn't even

19   remember what she did with her child.  All she knows is that

20   she left the baby with some neighbor, she ran, she went to

21   Gloria's house, where she was staying at her aunt's house, and

22   she had to deliver the horrible news that her youngest son,

23   Miguel, who was not even 20 years old, was taken, abducted by

24   the AUC.

25        You can imagine the reaction of Gloria.  And Onelsi

1    will tell what you she heard, how she saw Gloria -- who you

2    will have the opportunity to meet in person, she will be here

3    in a couple of weeks.  Onelsi will tell you what she saw that

4    moment.  A mother devastated by the loss of her child.  Because

5    she knew that was it.  It was the last time she had seen her

6    son, and she was never going to see him alive.  Sure enough, a

7    couple of hours later, the evidence will show that his body was

8    found in a nearby farm known as La Represa, another banana farm

9    in the region.

10          The body was recovered by the brother, Roberto

11   Cardoña, who had been told where to find the body.  Then it

12   was -- that was it.  She had to let go of her son.  They buried

13   the son, and that's all that was known about Miguel.

14          I will tell you briefly who Miguel was.  He lived with

15   his mom by himself.  Gloria also had those three children that

16   I mentioned, Roberto, Sandra, but there was also a younger

17   sister.

18          At this point in her life, she was already starting to

19   lose her sight.  Miguel was the son who had stayed behind.  He

20   had quit school at the age of 13 years old.  He was her only

21   companion.

22          So when they came to see the family, they did it with

23   a lot of reservations.  And you haven't heard me mention a

24   husband because there wasn't one.  She was a widow.  Her

25   husband had been assassinated in the 1980s by the FARC.  So

1    this was a woman who already had grown and raised four children

2    in the violence of the region.  So the outcome of his killing,

3    unfortunately, was not a surprise, as traumatic as that was.

4          Now, the evidence will also show that not only Onelsi

5    identified the two AUC members as members of this horrible

6    group, but there's actually a confession from Raul Hasbun.  Let

7    me correct myself.  I won't say confession.

8          He spoke to the government through the Justice and

9    Peace process that we have mentioned today.  He took full

10   responsibility for the killing of Miguel Cardoña Muñoz, and the

11   evidence will show that he's identified as one of the victims

12   that Raul Hasbun took responsibility for.

13         Now let me turn to the second family -- or second

14   client, Ms. Ana Ofelia Torres, who you will also have the

15   opportunity to meet in person.  She will be joining us in a

16   couple of weeks.

17         Ana Ofelia was married to Ceferino Antonio Restrepo

18   Tangarife.  It was a common-law marriage.  He was assassinated

19   on June 14, 1997 in Apartadó.  Ofelia met Ceferino at the age

20   of 16 years old.  She had seven biological children with him,

21   and they adopted an eighth child together.  Ms. Ofelia spent 27

22   years with her husband until he was murdered by the AUC.

23         How was Ceferino killed?  You are going to hear

24   testimony via video deposition from his youngest son, Edilson

25   Restrepo.  Edilson was five years at the time of his father's

1    murder.

2          Edilson will tell you that he was at home with his

3    father after lunch, while his father was cooling his feet on a

4    ditch.  Two men came into the home.  One man say hello,

5    greeted, asked for permission to come inside the house, which

6    Ceferino agreed to, and pull out his gun, pass the little boy

7    and, over the boy's head, shot Ceferino to the head, pointblank

8    multiple times.  As you can imagine, his dead [sic] was

9    instantly.  He died instantly.  His body fell.

10         And the wife, Ana Torres, was in the patio doing

11   laundry when she heard the shots.  You are going to hear

12   testimony from Ana Torres how she went inside the house, sure

13   enough, finds her husband shot, dead in the floor, and his

14   brain splattered in pieces, because that was the effect of the

15   gun.

16         Edilson will testify -- his memories are very limited.

17   He was four years old, almost five years old at the time.  He

18   is almost 25 years old now.  And he remembers seeing little

19   pieces of red and white matter splattered all over the floor.

20         Ceferino was 77 years old at the time, but he was

21   still raising little kids with Ana.  Ana will testify how her

22   world collapsed, how she felt that she had no other choice than

23   to escape, run for safety.  And she took her four youngest kids

24   and left the region, moved back to the area where she was

25   originally from, Urumita, a town just a few hours outside

1    Medellín, and she left everything behind.  Her home, her

2    belongings, everything was just left there.  Family took care

3    of it.  She never went back.

4           With Ceferino, we also have a confession from the AUC

5    commander of the region.  Raul Hasbun, who you have heard a

6    couple of times here, he also took responsibility for the

7    killing of Ceferino Restrepo during this time.  And he --

8    Ceferino's name appears as part of the list of victims that

9    Raul Hasbun has indisputably said, yes, I take responsibility

10   for those victims.  And Ceferino appears there.

11          So just for closing, again, at the end of the

12   evidence, we will come back and address through closing

13   statements, we will summarize what the evidence has shown

14   throughout this trial, and at that time, I will and ask you

15   again to please consider the pain and suffering that this

16   family had -- these two families.

17          A wife who loves her husband of 27 years, who left

18   eight children fatherless.

19          A mother, Gloria Muñoz, who lost her youngest child,

20   19 years old, with a future ahead of him.  And one day, he was

21   gone.  Thank you for your time.

22          THE COURT:  Thank you.

23          MR. REITER:  Good afternoon, ladies and gentlemen.

24   Again, my name is Jonathan Reiter, and I will be presenting the

25   cases for Nancy Mora Lemus -- Nancy Mora Lemus, who I will be

1    referring to as Nancy, who is the wife of Miguel Antonio

2    Duarte.

3           And I will be presenting the case of Juvenal Fontalvo

4    Carmargo, who is the father of Franklyn Fabio Fontalvo, who was

5    the murder victim.

6           Now, I want to say that I don't know how anybody can

7    keep track of all of these names at this point -- I wouldn't be

8    surprised a bit if you can't -- and all these different stories

9    that you have heard about all of these different people.  I

10   just want to say at this point, don't worry about that.  As the

11   trial goes on, it will be our responsibility to remind you of

12   these things.  This is a great deal to take in at one time.  I

13   understand that.  We all understand that.

14          I am not going to be showing you any pictures of my

15   clients, any videos of anything at this point.  I want to give

16   you the absolute barebones, for a variety of reasons, one of

17   which is so we can get to lunch, but on a better note, because

18   of two things.

19          Number one.  What I am going to be saying to you now

20   is to tell you the barebones of the facts.  And this case is

21   not based upon sympathy.  That's a very important thing that

22   you must understand.  You have heard some horrible stories.

23   But you must understand that you cannot decide a case based on

24   sympathy.  You have to decide the case based on the law and the

25   facts.  So I want to, as I say, give you just a barebones now

1   in the case of Nancy Mora Lemus.

2              Her husband, Miguel, and this was a common-law

3   husband, was killed on December 7, 2003 by some paramilitaries

4   who came to their farm.  Miguel had three daughters with Nancy,

5   who are Yuleidys, Yaneris and Zuleima, who were 10, 7, and 2

6   years old at the time of their father's murder.

7              These two paramilitaries came to the farm.  They took

8   Miguel and they dragged him out, bound his hands, dragged him

9   down to a river.  Nancy followed with her children, hoping that

10  their presence would dissuade these paramilitaries from doing

11  what seemed obvious that they were going to do.  But what

12  happened was that they took Miguel and they bound him to a pole

13  and then they cut his throat with a knife in front of his wife

14  and children.

15             And Nancy knows that they were AUC paramilitaries,

16  very simply, because they were the people there at the time.

17  Meaning in 2003 in this Santa Marta region, which you have

18  already heard about with El Tijeras and so forth, you heard

19  enough about that already.  This is where they were.  They were

20  the group that was in total control of that area at the time.

21             And I want to just tell you a little bit more about

22  the sort of the death grip that this group had in that area in

23  Santa Marta in 2003.

24             In the case of Franklyn Fontalvo, who was killed in

25  that area, that the plaintiff Juvenal is his father.  He also

1    had a daughter who was eight months old at time.

2            In the case of Nancy, we are going to be calling Nancy

3    and her two daughters, who were 10 and 7.  We are not going to

4    be calling the 2 year old.  She will not be here to testify in

5    front of you.  Is there a reason to call a 2-year-old about

6    this case?  I don't think so.  Okay?

7            In the case of Juvenal, we are going to be calling

8    three witnesses who were eyewitnesses to the following.

9    Franklyn went to a banana farm to work.  He was abducted from

10   that banana farm by a notorious AUC person by the name of

11   El Ruso.  You have heard these AUC guys all had nicknames or

12   aliases.  This guy was named El Ruso.  And he was a notorious

13   murderer for the AUC in that area who was known to all of the

14   people in that area for reasons that you will see as we go

15   along.

16           And they took him, they put him on a motorcycle

17   between two -- El Ruso in back and -- El Ruso in back, he was

18   in the middle, and then another AUC guy was in the front, and

19   then there was another motorcycle.  He was observed being taken

20   on this motorcycle by another witness that you are going to see

21   a videotape of.

22           And then later on, very shortly thereafter, he was

23   found dead by a third witness very soon after that.  And what

24   happened was that he had been shot.  He was covered with banana

25   leaves.  And later on, this third witness was confronted by

```
 1    El Tijeras and said, "Why did you move the body which we had
 2    left there?"  Because they wanted to make an example of this
 3    man.
 4            Anyway, those are the barebones of this case.  Okay?
 5            And what I want to say about this, at this point, is
 6    simply that with all the stories you are going to hear, the
 7    bottom line, I submit to you, is that these people were all
 8    human beings.  They all had lives.  They all had loved ones.
 9    The particulars of each case are important.  But ultimately,
10    ultimately, that's what we are talking about, human beings who
11    lost their lives.
12            I want you to understand that at the end of the case,
13    his Honor is going to instruct you further on the law and how
14    you should sort of deliberate.  And the important thing here is
15    that each of you follow the law that his Honor gives you.
16    That's the most important thing in this whole case because, as
17    I said, this case is not based on sympathy.
18            This case is based on the evidence that we are going
19    to present to you that Chiquita is responsible for these
20    deaths.  And each one of our plaintiffs relies upon you and
21    trusts in you to follow the law that the judge gives you.
22            And at the end of the case, ladies and gentlemen, we
23    are going to be asking in each one of these cases to render
24    verdicts for fair and reasonable compensation.  And that's a
25    very important phrase, you understand?  Fair and reasonable
```

1    compensation.

2          I submit to you at the end of the case, I will come

3    back and talk to you more about what the measure of justice

4    should be in this case.  But at this point, I think you should

5    listen to the evidence, and at the end of the case, I think you

6    will see that we have proven in each and every one of these

7    cases that Chiquita is responsible and should respond to

8    damages.  I do thank you for your patience, ladies and

9    gentlemen.

10         THE COURT:  Thank you, Mr. Reiter.

11         Ladies and gentlemen, we are going to take our lunch

12   recess.  I am going to ask you again not to discuss the case.

13   Don't form any opinions.  You have only heard from one side of

14   the courtroom so far.  And we are going to hear from Chiquita's

15   counsel after the lunch break.

16         Don't discuss it with anyone.  Don't do any research.

17   Leave your notes.  And if you could be back at 2:10 p.m., and

18   we will proceed then.  Thank you very much for your

19   cooperation.

20         (The jury exited the courtroom at 12:57 p.m.)

21         THE COURT:  Mr. Cioffi, how long do you think your

22   opening is going to be?

23         MR. CIOFFI:  A little bit longer now, Judge, after I

24   heard all of that.  But probably 2 to 2 1/2 hours.

25         THE COURT:  Okay.  I think, then, we are probably not

```
 1    going to get to any witnesses today.  That would be my guess.
 2    I don't know.  How long was that deposition going to take of
 3    Mr. --
 4              MR. SCAROLA:  Fifty-eight minutes.
 5              THE COURT:  Yeah, I think we should probably recess
 6    after the openings.
 7              MR. DANTE:  Your Honor, we have a few objections to
 8    the deposition that we are going to have to get hashed out as
 9    well.  I am not sure if your Honor would like to do that at the
10    end of the day today.
11              THE COURT:  Yes, we will do that before we leave.
12    Okay?
13              MR. DANTE:  Thank you.
14              THE COURT:  See you about 2:10 p.m.  Thank you.
15              (Recess taken 12:59 p.m. through 2:11 p.m.)
16              THE COURT:  Back on the record.  Are we ready to
17    proceed?
18              MR. CIOFFI:  Yes, your Honor.
19              MR. SCAROLA:  Yes.
20              THE COURT:  Let's bring the jurors in, please.
21              (The jury entered the courtroom at 2:12 p.m.)
22              THE COURT:  Welcome back.  Thank you for your service
23    and cooperation, ladies and gentlemen.  We are now going to
24    hear from Chiquita's counsel Mr. Cioffi.
25              Mr. Cioffi.
```

```
 1              MR. CIOFFI:  Thank you, your Honor.

 2              Good afternoon, ladies and gentlemen.  This morning,

 3    Mr. Scarola spoke to you for about 90 minutes.  What he told

 4    you was not even half the story.  It certainly wasn't the full

 5    story.  It was maybe 10 percent of the story.

 6              This afternoon, I am going to tell you the whole

 7    story, I am going to show you the evidence of the whole story.

 8    But before I do, I really want to return to something we talked

 9    about yesterday during voir dire and talk about a human

10    experience, human feelings.

11              There is no question that our lives are shaped and

12    filtered by these experiences, and there's no question in this

13    case that the families of the plaintiffs did in fact experience

14    horrible things.  Our hearts go out to them.  We mourn for

15    them.  And it would be unnatural, it would be wrong, it would

16    be not human for us not to recognize that.  I feel sympathy for

17    them.  You feel sympathy for them.  That's what it means, as I

18    said yesterday, to be human.  And so all that's okay.

19              In this period of time, through war, narco-terrorism,

20    criminal activity, millions of Colombians suffered.  And 20

21    years later, the Colombian government is still trying to

22    reconcile and heal the country through a number of programs.

23    We heard one from the plaintiffs this morning, the Justice and

24    Peace program.  We will talk more about that.

25              But as they work through that part of healing the
```

1    suffering, you have a different task.  Your task as jurors in

2    the United States District Court is to determine legal

3    liability, and specifically whether Chiquita is liable legally

4    under the law for what happened to the plaintiffs.

5          You heard both from Judge Marra but also from the

6    plaintiffs that the theory of liability is something called

7    secondary liability, that the plaintiffs are seeking to hold

8    Chiquita liable for what someone else did.  And they suggest to

9    you that this other perpetrator was the AUC, and they are

10   trying to hold Chiquita liable for what the AUC did.

11         In order to do that, they have to prove a couple of

12   things.  Number one, that the AUC did it and that somehow there

13   was a voluntary relationship between Chiquita and the AUC.

14         And Mr. Scarola suggested to you a couple of theories.

15   One is that Chiquita cooperated with or aided or assisted the

16   AUC to quell labor unrest, and another is somehow to make

17   Chiquita more profitable.  And I will explain both of those

18   things to you.

19         But he also went out of his way to suggest to you that

20   Chiquita was not extorted by the AUC.  And the irony in this

21   case is Chiquita is not dissimilar to the plaintiffs.

22   Chiquita, like the plaintiffs, was a victim of the AUC, and I

23   am going to show that to you very, very shortly.

24         But because it was a victim of the AUC, because it was

25   extorted by the AUC, it cannot be secondarily liable for what

1    the AUC did.  And we will look at that evidence immediately.

2           So when you hear all of that evidence, you can decide

3    that legally Chiquita is not liable.  And I will suggest to you

4    when you hear all the evidence at the end of this trial --

5    hopefully it will be faster than six weeks, hopefully five,

6    four and a half, we don't know yet -- but when you hear all

7    that evidence, you will be able to decide that Chiquita -- and

8    the evidence will lead you to hear, Chiquita is not legally

9    liable.

10          At the same time, as human beings, you can feel in

11   your hearts sympathy for the plaintiffs.  I do, you do,

12   everyone in this room does, because what happened in Colombia

13   was really horrible.  And it was because of the criminal

14   activity of narco-terrorists, of other criminals, of a totally

15   chaotic society.

16          But I want to return to something that Mr. Scarola

17   suggested to you, and that is, Chiquita was not extorted.  The

18   evidence, including the very first document that Mr. Scarola

19   showed to you, shows otherwise.  So let's get right into that

20   evidence.

21          Mr. Scarola showed you this document which is the

22   factual proffer.  And he said very gravely that Chiquita, in

23   2007, went into federal court and faced these terrible federal

24   charges.  He didn't tell what you they were.  I am going to

25   tell you what it is.  And he suggested that it's because

1    Chiquita did something wrong.  And I am going to show you what

2    that is.

3         But what he did not show you is this paragraph of the

4    factual proffer which proves, as he explained to you, beyond a

5    reasonable doubt, proved beyond a reasonable doubt that

6    Chiquita was extorted by the AUC.

7         So if you focus on the highlighted portion, this

8    begins with a paragraph:

9         "Defendant Chiquita began paying the AUC in Uraba

10   following a meeting in or about 1997 between the then leader of

11   the AUC, Carlos Castaño, and Banadex's then general manager,

12   that was Bud Keiser."

13        You will hear from Mr. Keiser.

14        At the meeting, Castaño informed the general manager

15   that the AUC was about to drive the FARC out of Uraba.  Castaño

16   also instructed the general manager that defendant Chiquita's

17   subsidiary had to make payments to an intermediary known as a

18   convivir.  Castaño sent an unspoken but clear message that

19   failure to make the payments could result in physical harm to

20   Banadex personnel and property.  Banadex being Chiquita's

21   subsidiary.

22        So in the very document that Mr. Scarola showed you

23   first as some indication that Chiquita did something wrong,

24   that document tells you, from the very beginning, that the

25   extortion defense of Chiquita is not made up.  It's not made up

1    after the fact.  The government conceded in this prosecution of

2    Chiquita that Chiquita was threatened with physical harm to its

3    people and to its property.

4         Mr. Scarola didn't show you that.  Because the

5    plaintiffs can only prevail if half the story is told.  Or less

6    than half the story.  The whole story will show you over and

7    over again, the evidence will show you over and over again, and

8    I will get to a lot more before we finish today, that Chiquita

9    was clearly extorted over and over by the AUC.  Not only

10   Chiquita, but most other businesses in Colombia.

11        Also, there was some suggestion that was never said to

12   you explicitly but that Chiquita faced some sort of grave

13   charge by the government.  But as I indicated, the government

14   recognized that Chiquita had been extorted, and Chiquita was

15   charged not with supporting terrorism or funding the AUC or

16   anything like that.

17        Chiquita was charged with a technicality, and that is

18   to engage in transactions with the AUC without having first

19   obtained a license or other authorization from OFAC.  OFAC is

20   up here of course, is the United States Department of Treasury

21   Office of Foreign Asset Control.

22        So that was the charge.  The government recognized

23   that Chiquita had been extorted, and it was charged with this

24   technicality.  That's what the factual proffer is about.  I

25   will spend some time talking to you later today about that

1    whole DOJ prosecution, what really happened during the

2    negotiations.  And in fact, during the negotiations, the DOJ

3    recognized that this was a very difficult, complex problem and

4    situation.

5         So we will see that as we go along.

6         But right from the beginning, right from the get-go,

7    there is no question that Chiquita had been extorted.  So this

8    question of legal liability was resolved in this document.  But

9    there's so much more.

10         To decide this whole issue of liability, legal

11    liability, recognizing as human beings, we are always going to

12    feel sympathetic for the plaintiffs.  But to answer the

13    question of who is legally liable in this case, it's important

14    that we look at all the evidence, the big picture, and

15    understand together what was happening in Colombia during this

16    period of history, which is roughly 1990 through 2003.

17         During this period of time, Colombia was engulfed in

18    the most brutal, the most horrible civil war.  It was bloody,

19    there were narco-terrorists, there are other criminal elements

20    fighting on all sides to control the population.  That was what

21    was happening.

22         And the war was fought by heavily armed groups.  You

23    have heard some of them.  Like the AUC, like the FARC.  Some

24    you haven't heard about yet, but you will, the ELN, the EPL,

25    the Medellín drug cartel, the Cali cartel.  So all of these

1    groups were in conflict with one another and with the Colombian

2    people, the Colombian military, the Colombian police.

3          Why is it?  What were they fighting about?

4          The evidence will show that what they were fighting

5    about was cocaine.  Specifically, the territory here, which

6    was -- you heard about Uraba was -- which is here, Santa Marta

7    that is right here, they were fighting about controlling that

8    part of the country and then all this, this part of the

9    country, for two reasons.

10          Number one, because that's where coca plants could

11   grow.  They grew in the same tropical climate as did bananas,

12   and the trade routes out of Colombia into the rest of the

13   world, Colombia in this period of time, the evidence will show,

14   was the major drug exporter to the U.S. and to the world.

15          In fact, the testimony from the AUC's own commanders,

16   people the plaintiffs rely on to make their case, is that most

17   of the drugs, most of the cocaine that they produced, went to

18   the United States.

19          So that's what they were fighting about.

20          And as you know, it all comes down to money.  So they

21   were fighting about huge sums of money.  In fact, you will hear

22   evidence that the cocaine economy in Colombia in this period of

23   time was estimated -- is estimated to be somewhere between $3

24   and $5 billion.

25          So they are fighting for their share.  These groups

1    were fighting for their slice of the cocaine trafficking.  And

2    to do that, they wanted to control the population, they wanted

3    to control the area so that they could operate both the

4    production of cocaine but also the exportation of cocaine with

5    as little interference as possible.

6          These warring narco-terrorists and other criminal

7    elements, including offshoots of the Medellín and Cali cartel,

8    which was in fact the AUC -- I will talk to you in a few

9    minutes about the roots of the AUC, which was in the Medellín

10   and Cali cartels.  So these groups were fighting and trying to

11   control the country, and in their fighting, they plunge

12   Colombia in this period of time, 1990 to 2003, into this

13   horrible civil war.

14         In this civil war, more than 400,000 Colombians were

15   murdered between 1990 and 2004.  Murdered by guerrilla groups,

16   by other drug cartels, by other criminals, by paramilitary

17   groups.  No one knows.

18         Plaintiffs' family members were murdered because of

19   this horrible war, as part of this horrible war, and when you

20   heard the presentations about each individual killing, no one

21   could attribute it to a particular perpetrator.  No one told

22   you the identity of the killer.  No one told you that he

23   confessed.  And I will talk about that in a few minutes.

24         But it's unknown because it was in the context of this

25   incredible war that killed so, so many Colombians.

```
1            Chiquita was also a victim in this war, as was

2     hundreds of other businesses.  And you will hear testimony

3     about other businesses being extorted, and that testimony will

4     come not from Chiquita witnesses but from the extorters

5     themselves, from the AUC commanders.

6            So what was Chiquita doing in Colombia?

7            You have heard a little bit about it so far.  But like

8     hundreds of other multinational corporations, U.S.

9     corporations, operating in Colombia, Chiquita literally was

10    minding its own business.

11           And what was that business?

12           Chiquita's business was to source and distribute

13    around the world, the whole globe, fresh fruit, fresh

14    vegetables, and other produce.  And there is a number of

15    brands.  Bananas are particularly relevant with respect to

16    Colombia.  But all of these fruits and vegetables were

17    distributed by Chiquita around the world.

18           In order to do that, in order to deliver fresh

19    vegetables and fresh fruit, Chiquita had to source the

20    vegetables and fruits from where they could be grown.  And at

21    that time, Chiquita did in fact source from countries like

22    Costa Rica, Panama, Honduras, Ecuador, and so forth.

23           And the reason for that, of course, is the equator.

24    So the equator runs about like that and within 20 degrees of

25    the equator, right through the top of Colombia, is the tropical
```

1    zone.  And bananas grow in the tropical zone.  Unfortunately,

2    cocaine did as well, which is why the narco-traffickers were

3    fighting so bloodily and horribly in this period of time.

4          So Chiquita developed sources of fruit to distribute

5    around the whole world.  It was a logistics business, it was a

6    distribution business, and it was a sourcing business in order

7    to deliver these fruits and vegetables.  And not just any

8    fruits and vegetables, but the Chiquita brand was the highest

9    quality, the freshest, the best, and so they had to be sourced

10   from great places.

11         In Latin America, countries like Costa Rica, Ecuador,

12   and Colombia, Chiquita operated 147 farms.  Thirty-five or so,

13   as Mr. Scarola said, were in Colombia.  The rest of them were

14   in Ecuador or Honduras, Costa Rica, Panama, and so forth.

15         The quality of the product that Chiquita distributed

16   around the world depended on the quality of the farms.  And so

17   Chiquita went to great lengths beginning in the early 1990s to

18   cooperate with international NGOs, nongovernmental

19   organizations.

20         And there are two leading nongovernmental

21   organizations that worked with farming and agricultural

22   producers around the world.  One is called the Rain Forest

23   Alliance, and another one is called Social Accountability 800.

24         Both of these groups, totally independent, generally

25   opposed to big business, advocating for the rights of workers,

```
 1    but also for the environment, to make sure the farms were

 2    operated in an environmentally sound way, one that protected

 3    the entire community, but also that the workers were protected.

 4           Chiquita realized, like a lot of good companies do,

 5    that you do well by doing good.  So the idea was to partner

 6    with these NGOs, to invite them in, to inspect the farms, to

 7    write reports about the farms, and to measure the quality of

 8    work for the workers, but also of Chiquita's adherence to

 9    environmental standards.

10           And they did that.  And you will hear testimony about

11    the high scores that Chiquita received, not only on the farms

12    in Colombia but throughout Latin America.  These were really

13    the very, very top of agricultural producers in the region.

14           Chiquita's good business practices included creating

15    jobs for a local workforce of more than 4,000 Colombian

16    workers, providing state of the art benefits, salaries, gold

17    standard treatment.  Chiquita cooperated very, very closely

18    with local and international labor unions to protect workers.

19           We are going to bring in to testify to you the

20    president of Sintrainagro, you heard about it already, for a

21    number of years.  And he will tell you that Chiquita's

22    relationship with the workers was A plus.  It was good.  There

23    was no need, there was no -- it wasn't even in anyone's mind

24    that Chiquita needed to cooperate with the AUC in order to have

25    good operating farms.
```

1        It cooperated with the NGOs like the Rain Forest

2   Alliance, it cooperated with Social Accountability 800, it

3   cooperated with the unions, and it created a good work

4   environment for all of its people and for the larger community.

5   There will be extensive testimony about that.

6        So the evidence will be the opposite of what you heard

7   this morning, that somehow there is a problem on these farms

8   and that Chiquita needed the help of the AUC.  Chiquita was a

9   victim of the AUC, hated the AUC, was terrorized by the AUC,

10  just like it had been terrorized by the FARC and other

11  narco-terrorists.

12       Chiquita was caught in this horrible situation in

13  which it was in the middle of all of this fighting, very much

14  like the families themselves, in the middle of all this

15  fighting, and had to make the extortion payments -- and they

16  clearly were extortion payments as you saw from the

17  government's own admission in the proffer -- had to make those

18  extortion payments to save the lives of its people.  Period.

19       There was no other reason to have a relationship with

20  the AUC, and Chiquita did not have one.  You will never see an

21  agreement, you will never see an email, you will never see a

22  handshake, you will never see any evidence in this case that

23  there was anything other than a relationship with the AUC as a

24  victim.  That's what the evidence will show you in this case.

25       I appreciate the opportunity to talk to you at some

1    length this afternoon.  I will try to keep it as brief as

2    possible.  And I am going to cover three topics.  But before I

3    do, and I will show you what those are, I want to reintroduce

4    myself.  I jumped into it, which is maybe a little of my

5    nature.

6           Again, I am Michael Cioffi.  I am really proud and

7    honored to represent Chiquita.

8           Let me introduce you to my partner, my law partners,

9    my trial team, Frank Dante and Melissa Murphy.  You will see a

10   lot of us walking around in this well of the courtroom over the

11   next several weeks.  The three of us will be trying this

12   together.  We are a team, and it's our honor to be before you

13   and to present all of the evidence to you, the whole case.

14          We are not going to hold anything back.  We are not

15   going to misquote, miscite things.  We are going to show you

16   everything.  Because we know when you hear everything, it will

17   lead you to the conclusion that Chiquita is not legally liable.

18   Even though throughout the whole process we are going to remain

19   sympathetic to what people suffered because that's what we do

20   as human beings.

21          Also, I want to introduce you to Barbara Howland, who

22   is the representative of Chiquita.  Barbara worked and

23   continues to work for Chiquita going well back into the '90s

24   and even the late '80s or so, and she will be representing

25   Chiquita.

1          We will talk a little bit more about the misciting of

2     her deposition later in my presentation to you.  And also, you

3     will hear more from her as the case goes on.

4          There are three areas of what I'd like to visit with

5     you about this afternoon.  The first is the issues.  What are

6     the issues in this case?  What is it that you have to decide?

7          The second are the facts.  What are the facts?

8          And the third topic I am going to cover, and I am

9     going to show you, is the actual evidence.  What evidence will

10    you see?  What testimony will you see?

11         I already showed you a piece from the factual proffer

12    that proves beyond a reasonable doubt that Chiquita was

13    extorted, that Carlos Castaño, as the plaintiffs told you, the

14    top person of the AUC, told him that Banadex personnel and

15    property would suffer physical harm if he didn't make the

16    payments.  You have it there in black and white.  It will be

17    back in the jury room with you.

18         Let's discuss the -- and jump into all of these

19    topics.

20         But with respect to the issues, the first issue is:

21    Did plaintiffs prove by a preponderance of the evidence that

22    the AUC killed its decedents?

23         This is known as the threshold issue in the case.  And

24    the reason it's a threshold issue is that the plaintiffs are

25    trying to hold Chiquita secondarily liable for what the AUC

1    did.

2          Again, Chiquita was a victim of the AUC.  But if the

3    AUC didn't kill the decedents, if in fact they were killed like

4    the 400,000 other Colombians in this war between

5    narco-terrorists, then Chiquita can't possibly be held liable.

6          And because their entire case rests on this theory of

7    secondary liability, can you only move forward and think about

8    holding Chiquita liable if you believe that the plaintiffs

9    proved beyond a reasonable doubt that the AUC killed their

10   decedents.

11         Let me digress for just a second.

12         THE COURT:  Mr. Cioffi, I think you said beyond a

13   reasonable doubt.

14         MR. CIOFFI:  I'm sorry, I didn't -- I didn't mean

15   that.  I was thinking back to the proffer, Judge.

16         But beyond a preponderance of the evidence.  I have it

17   corrected on there.  So the judge already explained it.  It's

18   preponderance of the evidence.

19         But as I told you, when they made their presentation

20   this morning, no one could tell you who the perpetrators were

21   because no one knows.  The most they could do to link the AUC

22   to these killings is -- and they said this over and over again,

23   they said certain AUC commanders.  You heard the name Hasbun,

24   you heard the name Mangones.

25         They said that those AUC commanders had taken -- took

1    responsibility.  Took responsibility.  They didn't confess

2    because none of them know who killed the plaintiffs' family

3    members.  They took responsibility as part of this Justice and

4    Peace program, which was a reconciliation program inside

5    Colombia.

6          And what the evidence will show is that they were

7    given very lenient sentences for taking responsibility for

8    literally, in some of their cases, hundreds of murders.  And

9    it's because they were the commanders in this civil war of a

10   particular area.

11         But they could not, and did not, name who the

12   perpetrators were, why the killings happened, et cetera.  And

13   Hasbun himself will show it to you in his deposition, says that

14   he was given a list, and he didn't even read it.  He just

15   signed it.  That's part of this process.

16         It was designed for reconciliation of the entire

17   country so that the AUC would be incentivized to lay down its

18   arms, stop fighting, and there could be some peace and

19   stability in the country.

20         So when you hear this "took responsibility," it's not

21   a confession.  It's a way to reconcile the country and help in

22   the healing process.

23         That's the best they could do in terms of connecting

24   the AUC to any of these deaths.  So when you hear all the

25   evidence about that, you will decide that, with respect to

```
 1      issue number one, no, they didn't prove it.

 2              But if in fact you find there's a second issue, and if

 3      you for some reason believe that the AUC killed one decedent or

 4      more, you go to the second issue, but only if you decide that

 5      way, and that is:  Did plaintiffs prove by a preponderance of

 6      the evidence that it was unreasonable for Chiquita to pay the

 7      AUC's extortion demands?

 8              Of course it wasn't.  Because Chiquita had to choose

 9      between allowing Castaño, as he said in the proffer, to

10      physically harm personnel, to kill Banadex personnel, to

11      destroy property, or to pay the extortion.

12              You will hear from the AUC commanders themselves, the

13      people you have already heard about today, like Hasbun, like

14      Mangones, you will hear, and I am going to show you some of

15      that testimony because we took their depositions, that they

16      extorted Chiquita and other businesses.  They admit it straight

17      out.  They will tell you themselves that businesses had to pay

18      what they call war taxes or become military targets of the AUC.

19              So when you hear all the evidence, it will be that it

20      was not unreasonable for Chiquita to pay extortion to the AUC;

21      it's what they had to do to save the lives of their people.

22      And those threats came directly from the AUC as you saw in the

23      factual proffer.

24              There was some talk about, well, Chiquita could have

25      just left and that would have been the end of it.  But cutting
```

1    and running from Colombia would have left 4,000 plus workers

2    stranded.  It would have abandoned them.  These are workers

3    that Chiquita had worked closely with, had a loyalty to, and

4    they were loyal to Chiquita.

5         The Colombian workers themself, and I am going to show

6    you this testimony a little bit later today, wanted Chiquita to

7    stay.  The Colombian government wanted Chiquita to stay.

8    Workers on the ground will tell you that the jobs Chiquita

9    provided was the kind of stability, the kind of protection they

10   needed from the narco-terrorists who were terrorizing the

11   entire country.

12        So on that second issue, if you reach the second

13   issue, it will be clear to you from all of the evidence, all of

14   the evidence will prove that it was not unreasonable, it was

15   really very reasonable.  And in fact Chiquita, like other

16   companies, paid these extortion demands because they had no

17   choice.  You cannot, if you are running a business, let your

18   people be killed because you are not going to pay an extortion.

19   That's not reasonable.

20        The third issue is:  Did plaintiffs prove by a

21   preponderance of the evidence that Chiquita provided knowing,

22   substantial assistance to the AUC by making its extortion

23   payments?

24        So even if you answer that it wasn't reasonable for

25   Chiquita to pay the extortion, and we don't think you will be

1    able to come to that based on the evidence, but if you do, you

2    must answer the third question, and that is:  Did Chiquita

3    provide knowing, substantial assistance?  The judge will give

4    you those instructions.

5         So there are two parts to this, and that is knowing

6    and substantial assistance.  You will find that Chiquita knew

7    nothing about what the AUC was going to do, couldn't know

8    anything because Chiquita was a victim.  No one from the AUC

9    was telegraphing Chiquita, telling Chiquita what was going to

10   happen.  There are no emails, there are no communication other

11   than these threats from the AUC.

12        Chiquita could not foresee what the AUC was going to

13   do with these particular decedents.  Chiquita did not know who

14   they are, didn't know who they were until they brought the

15   lawsuit trying to hold Chiquita secondarily liable.

16        So when you hear all the evidence and the judge

17   instructs you, you will find that there was not knowing,

18   substantial assistance.

19        The other part of this is that whatever assistance

20   Chiquita provided had to be substantial.  The evidence will

21   show that even when you total up the extortion payments, which

22   came to about $242,000 a year, about $24,000 -- $20,000 or so a

23   month, that when you total all those up, it amounts to about

24   1.7 million over seven years.

25        But at the same time, between 1997 and 2000, the AUC

1    trafficked in tens of thousands of kilos of cocaine and made

2    enormous sums of money as drug traffickers.  So whatever

3    Chiquita paid because it was forced to pay, it made no

4    difference.  The AUC had all the cash, all the resources, could

5    do whatever it wanted.

6         And this amount of money that Chiquita paid through

7    extortion was so small, Chiquita's extorted payments will show

8    you, and the evidence will prove, were an insubstantial

9    fraction, less than one hundredth of 1 percent of what the AUC

10   had from its enormous narco-trafficking income.  So it was

11   totally insubstantial.

12        I now want to move into the third part in a review of

13   the facts for you, and then we will review the evidence, and

14   then I will conclude.  And I will try to do that as quickly and

15   efficiently as possible.

16        But the review of the evidence begins with what the

17   evidence will show that Chiquita did in Colombia.

18        Chiquita was a force for good.  It had great

19   educational benefits, medical benefits, gold standard in the

20   work environment, supported the workers union, highest

21   salaries, best jobs.

22        I am not saying that to you.  It's what the evidence

23   will show.  And I am going to show you some of the testimony

24   when I get into the fourth part.  But we are going to bring,

25   for you to consider and to base your decision on, workers

1    themselves and the president of the union.  And they will

2    support this, that Chiquita was this force for good in

3    Colombia.

4          And the high salaries, the best jobs were just part of

5    it.  Chiquita took great care in training the workers, in

6    creating the most knowledgeable workforce so that you will hear

7    testimony and it will show you, that the Chiquita workers, the

8    banana workers, were the most prized employees in this banana

9    zone because they were well trained in state of the art

10   agriculture and could go to any other producer and command the

11   best wages and the best salaries.

12         So it was a total approach to caring for the workers

13   because, again, Chiquita understood that companies do good and

14   they do well.  And that's what Chiquita was trying to do.

15         While Chiquita was trying to build this workforce, the

16   narco-terrorists FARC and the AUC grew into an unbelievably

17   wealthy, powerful army of narco-terrorists.

18         So each year through the '90s, they put more hectares

19   under coca production, more labs, exporting more and more and

20   more.  And I will talk to you about some of those figures a

21   little bit later.

22         The evidence will show that these narco-terrorists did

23   not have an ideology.  Somehow that the FARC were these

24   leftwing freedom fighters for workers and the AUC were law and

25   order.  That's pure myth.  The evidence will show that they

1   were not driven by ideology, but they were driven by the

2   profits from narco-terrorism.

3          The fact that they were narco-terrorists, the AUC,

4   naturally follows from the origins or the roots of the AUC.  As

5   I mentioned a little bit earlier, the roots of the AUC are in

6   the -- both the Medellín and the Cali cartel.

7          So what will the evidence show about these roots?

8          Well, you heard from the plaintiffs, and the one thing

9   we agree on is that the AUC was created by Fidel Castaño,

10  Vicente Castaño, and Carlos Castaño.   Three brothers.

11         These three brothers in the mid-1980s were all part of

12  the Medellín drug cartel.  That fact will not be disputed.  So

13  they learn narco-trafficking, they learn their vicious tactics

14  from the Medellín drug cartel.

15         In and about 1992, as you can see from the chart,

16  about 1991, the Castaño brothers switch sides.  They switched

17  over to the Cali cartel, who you all know were enemies of one

18  another, because the Medellín cartel was run by Pablo Escobar.

19  The infamous Pablo Escobar.  He was a colleague of the Castaño

20  brothers.  He taught the Castaño brothers narco-trafficking.

21         They had a falling out with Pablo Escobar in and about

22  1992 because of a feud between Fidel Castaño and Pablo Escobar,

23  and Pablo Escobar wanted to kill Fidel Castaño.  Escobar wanted

24  to kill a lot of people.

25         So they switched sides, they joined the Cali cartel,

1   and in fact worked with the Cali cartel to kill Pablo Escobar

2   in 1993.

3            After that, the Castaño brothers took the money they

4   had earned as narco-terrorists with both the Medellín and the

5   Cali cartel and set up their own shop.  They became their own

6   narco-terrorist empire.  They funded themselves with the money

7   they made with both the Medellín and the Cali cartel.

8            They also set their sights on fighting the FARC, not

9   for ideology but because the FARC was already an advanced

10   narco-terrorist network.  They coveted the FARC's

11   narco-terrorist income, and they were making a lot of money at

12   the time as narco-terrorists.

13            So they wanted to take the territory, that territory I

14   showed you earlier, and take it away from the FARC.  It was the

15   same territory that Chiquita and other banana growers were

16   working in.  They wanted to take that territory, take it away

17   from the FARC, increase their own narco-trafficking, and also

18   they wanted to avenge the death of their father who they claim

19   was killed by the FARC.

20            So you can see from that very first slide I showed you

21   how all of this fighting just became more vicious, deeper, et

22   cetera, fueled by narco-terrorism and then all of these revenge

23   factors.

24            All of this fighting between the FARC and the AUC, the

25   ELN, don't forget the Medellín cartel, Cali cartel, they all

1    stayed involved in this narco-terrorism, all of that plunged

2    Colombia in the '90s into this horrible civil war.  And the

3    country was out of control, almost becoming a failed state.

4            They controlled the populations with terrorism.  And

5    as I said, they were well on their way of murdering more than

6    400,000 Colombians during this bloody and horrible drug fueled

7    war.

8            Chiquita was caught up in this.  Plaintiffs' families

9    were caught up in this.  And Chiquita paid the extortion

10   because they were threatened, as the U.S. Government

11   recognized, by both the AUC and the FARC.  Literally caught in

12   the middle.  They did it to save the lives of their employees.

13           What will the evidence show about threats to Chiquita

14   and other businesses specifically?

15           You will see, and I will show it to you in a few

16   minutes, the testimony from the AUC commanders that they

17   imposed on businesses in the regions they controlled something

18   they called war taxes.

19           And if a business or an individual that they imposed

20   these taxes on, big businesses, on small businesses, on mom and

21   pop businesses, everyone was terrorized.  And they imposed

22   these taxes and either one paid, a business paid under threat

23   or -- and you will see the testimony from the AUC commanders

24   themselves -- there would be violent consequences.  And there

25   were.

1          So both sides were equally evil, they both threatened
2     and terrorized Chiquita and other businesses.  They both fought
3     for cocaine production and cocaine drug routes.  And they
4     extorted and killed anyone who got in their way.  That was life
5     in Colombia in the 1990s.
6          Again, the evidence will show that Chiquita did not
7     voluntarily pay the AUC to quell labor unrest.  It treated its
8     workers well, and it had great relationships with the union,
9     and with the gold standard in employee relationships.
10         There was also some reference in what Mr. Scarola said
11    is that Chiquita somehow paid the AUC voluntarily for peace so
12    that Banadex and Colombian division could become profitable.
13    And I think he went a little far saying it was the most
14    profitable banana division in the world.
15         None of that is true, and none of that is what
16    happened.
17         The FARC and the AUC threatened Chiquita, and Chiquita
18    paid that to save the lives of their employees, but it had
19    nothing do with profitability.  And what you heard about
20    profitability is just simply wrong.
21         The profitability in Colombia was not determined by
22    the AUC or the FARC.  The profitability in Colombia was driven
23    by international trade and the world markets.
24         The reason Chiquita entered into the -- into Colombia
25    and began buying farms in the late '80s was a decision made

1    before Chiquita had knowledge, any knowledge about the FARC or

2    the AUC.  It was made in the mid-1980s, the evidence will show

3    you.

4           And it was made not because of anything in Colombia or

5    anything in Costa Rica or Ecuador, it was made because of the

6    trade environment in Europe and in the EU.

7           So I am going to put EU up here.  The European Union.

8           And you will hear that Chiquita executives who were

9    involved and made the decision is that the thinking in the

10   mid-1980s was that there was going to be a European common

11   market, the ECC, and you all remember that.  And the idea was

12   that the ECC would become a free trading zone as opposed to a

13   restricted trading zone.

14          And so Chiquita, Dole, Del Monte, and a lot of other

15   businesses who looked to sell produce into the EU, including

16   European-based produce providers, like a company called Fives

17   you will hear about, is that they all began marshaling their

18   assets to try to be in position to send fruits and vegetables

19   into Europe, which was the really best market for this outside

20   of the United States.

21          And the Europeans were very selective.  Wanted the

22   freshest, wanted the best, et cetera.

23          So the strategy had nothing to do with cheap prices

24   for farms, et cetera, because the FARC was threatening people.

25   You will hear the opposite testimony.  You won't hear testimony

1    that somehow there were bargain-base prices, that most of the

2    farms that Chiquita bought were bought from other companies,

3    there was no taking advantage of the trouble created by the

4    FARC.  The evidence won't show any of that.

5          But what the evidence will show that the EU was the

6    driver of profitability for Colombia, and so Colombia was

7    attracted because when you go back and look at the map, its

8    proximity to the Caribbean, the Atlantic Ocean, and it's a

9    straight shot to Europe.

10         So profitability was driven not by these

11   narco-terrorists but what was happening inside the EU.

12         So when Chiquita would start buying the farms in 1988

13   to 1990, 12 EU countries, seven of them were free trade

14   countries.  In other words, there weren't tariffs, there

15   weren't quotas and things like that.  And Chiquita believed and

16   continued to invest in Colombia believing that would happen.

17         Now, something happened in 1993.  In 1993, the EU

18   officially forms and starts operating as the ECC.  And Chiquita

19   believed that the rest of the EU would become free trade zones.

20   But just the opposite happened, that the EU did something

21   totally unexpected, and that is, it imposed tariffs.

22         So tariffs went up, and quotas for bananas went down.

23   Part of that was to protect the European banana industry.  But

24   Chiquita had -- got less money because the tax on tariffs and

25   could export fewer tons of bananas.  The same thing is true of

```
 1    Dole and Del Monte, et cetera.

 2              So this had a dramatic negative effect on both

 3    Chiquita and the other U.S. banana producers like Dole and

 4    Del Monte.

 5              So what happened is, the U.S. -- the U.S., together

 6    with Chiquita and Colombia and other Latin American countries,

 7    bring a lawsuit against the EU and the World Trade

 8    Organization, arguing that these tariffs which cut the quotas,

 9    the amount that Chiquita could sell in Europe in half.

10              That led to a number of really bad financial years,

11    especially because Chiquita and other companies had taken on a

12    lot of debt to build ships and buy farms to sell to the EU.

13    But that collapsed because of the high tariffs and low quotas.

14    Chiquita could sell much less fruit and the profitability was

15    much lower.

16              So the lawsuit gets filed, and in those years,

17    Mr. Scarola gave you some numbers, but that's certainly not

18    that income.  And in fact, the evidence will show that Chiquita

19    filed bankruptcy in 2001.

20              So in 1999 --

21              MR. SCAROLA:  Your Honor, may we approach sidebar?

22              THE COURT:  Overruled.

23              MR. SCAROLA:  Thank you, sir.

24              MR. CIOFFI:  In 1999, this lawsuit, as I said, was in

25    the World Trade Organization.
```

1          In 1999, the WTO rules in favor of the United States

2     and the U.S. banana companies, and authorizations the U.S. to

3     impose retaliatory tariffs and quotas on the EU.  This causes

4     the EU to collapse its tariffs and quotas.

5          In other words, the EU, having lost this lawsuit,

6     facing retaliatory tariffs in the U.S. says, no, we are not

7     going to impose those high tariffs and low quotas.

8          And in 2001, there was an agreement.  It's called the

9     Agreement on Bananas, and we will have extensive testimony

10    about that.  But it's that agreement in which this was

11    reversed.  In other words, the tariffs were lowered and the

12    quotas were raised.  That made the operations in Colombia

13    profitable in 2001 and it became more profitable in 2003.

14         So it was all of this, not -- had nothing to do with

15    the AUC or the FARC, all that fighting.  That fighting was

16    about killing people, threatening people, narco-terrorism.  The

17    profitability was about international trade.

18         So the evidence will show that there was no agreement.

19    Again, you won't see any agreement that somehow the AUC and

20    Chiquita cooperated so that Chiquita could become more

21    profitable.  It had nothing to do with that.  Chiquita was

22    involved in these lawsuits in the world courts in order to, on

23    its own with the cooperation of Colombia, to make the situation

24    better.  Not cooperating with the AUC.

25         Chiquita had no reasonable alternative but to pay the

```
 1    extortion.  You heard Mr. Scarola suggest, didn't show you any

 2    evidence but suggest, well, you know, they could have left and

 3    that would have been just fine.

 4           But it's a little bit like telling the corner

 5    restaurant who is extorted by the mafia, hey, you have to leave

 6    your business, you have to leave your house upstairs because

 7    you were getting threatened.  That's not reasonable.  And it

 8    wasn't reasonable to ask Chiquita to give up its business but

 9    more importantly to abandon its workers.

10           So cutting and running was not an option.  It would

11    have been wrong for the 4,000 plus workers.

12           More importantly, you will hear testimony and the

13    evidence will show that terrorism destabilized the whole

14    country.  These narco-terrorists were very close to toppling

15    Colombia into a failed state.  If Chiquita and other

16    multinationals had just -- everyone left because they had been

17    threatened, it would have been disaster for the country.

18           Not what the country wanted, it's not what the workers

19    wanted, and more importantly, there was a reason for hope.

20           Just like in the U.S. when a particular neighborhood

21    or a city becomes crime infested or crime gets out of control,

22    what we do is what happened in Colombia.  There is an effort to

23    increase the police presence, there is an effort to increase

24    the military, and the same thing happened in Colombia in 1999.

25           And you will hear testimony about something called
```

1    Plan Colombia which was -- Plan Colombia was a program between

2    the United States and Colombia.  And Plan Colombia pumped in

3    about $10 billion into Colombia, 6.9 from the U.S. and about

4    3.8 from Colombia.

5         And that money went to strengthening the police,

6    increasing the training and armament of the military,

7    eradication of coca plants, interdiction of drug traffickers,

8    all of those precautionary measures, remedial measures you

9    would expect governments to take to wrestle back crime-infested

10   areas away from criminals like narco-terrorists.

11        So all those things happened in Colombia, and it was a

12   reason for hope among Chiquita and other companies operating.

13   And in fact, the evidence will show that Plan Colombia was

14   successful.

15        In this same period of time between 1999 and 2004 when

16   Plan Colombia was being put into effect, the AUC began to

17   demobilize and to give up its arms.  And that led to this

18   process of reconciliation that I was talking about.

19        So there was reason for hope, not to give in to the

20   terrorists but to allow the military and the government to get

21   control of the situation.

22        The evidence will show that Chiquita was always

23   diligent about recording and tracking the extortion payments

24   and making sure they were legal.  Chiquita did not try to hide

25   the payments, never tried to hide the payments, recorded them

1    on the books and records, and they were fully visible to senior

2    management, internal auditors, and independent external

3    auditors like Ernst & Young.

4           They saw these payments -- as I said, they were on the

5    books and records and properly recorded at all times.  You

6    heard some vague reference to them being hidden.  Not true.

7    Not true at all.  And the evidence will -- I will show you some

8    evidence in just a minute.

9           So in addition to independent external auditors like

10   Ernst and Young seeing these payments in the records of

11   Chiquita, the company's internal lawyers also advised that the

12   payments were legal under Colombian law.  And you will hear

13   testimony about this.  And the reason is that if a payment is

14   made under the threat of extortion, then based on rulings by

15   the Colombian courts, those payments were not by definition

16   illegal.

17          And you will see the -- you will actually -- we will

18   show you those memoranda.

19          And Chiquita not only asked its internal lawyers, that

20   is lawyers who work for the company, but also independent

21   lawyers.  And there is a large international firm Baker &

22   McKenzie who also advised that the payments were legal.

23          The evidence will show that Chiquita did this not

24   once, not twice, but several times, and always recorded the

25   payments, then checked to make sure they were legal, and

1    continued to make the extortion payments to save the lives of

2    its people.

3           They were transparent.  They were recorded.  They were

4    legal.

5           You will hear plaintiffs refer to the payments on the

6    books being color coded, et cetera.  Sometimes they were

7    because this was a civil war.  So you had people inside the

8    company who worked -- who were aligned with the FARC, sometimes

9    aligned with the AUC, and the idea was you didn't want them to

10   see whether one side was being paid or the other side being

11   paid these extortion payments because the one thing that they

12   did is retaliate ruthlessly against any kind of cooperation

13   with the other side.

14          So these were done completely to protect the workers

15   in the accounting department inside Chiquita and Banadex in

16   Colombia from being able to discern who was getting paid.  But

17   the external auditors, E&Y, the seen or manager and the

18   internal auditors, all saw the payments.

19          We will come back to this in one minute.

20          You might be asking yourselves, and I am going to show

21   you a timeline here shortly, why was Chiquita prosecuted by the

22   U.S., by the DOJ?

23          The evidence will show that when Chiquita learned of

24   the designation of the AUC as a foreign terrorist organization,

25   it went to the Department of Justice and self-reported.  No

```
 1   other company did that.

 2          And after many meetings and phone calls with the DOJ

 3   in 2003, the DOJ did not tell Chiquita to stop the payments.

 4   Instead, it said it understood that the situation was

 5   complicated and heavy, and that the DOJ intended to cooperate

 6   with Chiquita to find a satisfactory solution.

 7          And that Chiquita was not a target of the DOJ.

 8          Chiquita, as I showed you earlier, was prosecuted for

 9   a technical violation, and that is making these payments

10   without first obtaining a license.

11          Throughout the DOJ proceedings, Chiquita informed the

12   DOJ that the payments were being made.  And in fact, it, at one

13   time -- and I will show this to you on the timeline in just a

14   few minutes.  At one point in time, it told the DOJ about a

15   very specific kidnapping and extortion demand, and the DOJ did

16   not tell Chiquita to refuse to make the payments.

17          So I will show that to you in a minute.

18          I now want to review with you the specific pieces of

19   evidence that prove everything I just said to you with

20   objective, clear evidence.

21          And judge, maybe now would be a good time to break?

22          THE COURT:  If you think that's --

23          MR. CIOFFI:  It's a good stopping point.

24          THE COURT:  All right.  Ladies and gentlemen, let's

25   take a ten-minute recess before we continue with the opening
```

1    from Chiquita.  Don't discuss the case, don't form any

2    opinions, leave your notes, and we will see you in about ten

3    minutes.  Thank you.

4              (The jury exited the courtroom at 3:20 p.m.)

5              MR. SCAROLA:  Your Honor, before we break, there was a

6    motion in limine specifically prohibiting any reference to

7    Chiquita's bankruptcy.  That was obviously disregarded.  I

8    would ask the court to instruct the jury as soon as we

9    reconvene that they should disregard any statement by

10   Chiquita's counsel relating to bankruptcy.

11             MR. CIOFFI:  Judge, that wasn't what the order was.

12   The order was if they start mentioning Chiquita's income, we

13   can discuss the contrary evidence, and that is the bankruptcy

14   and the difficult financial times.

15             THE COURT:  I don't -- I'd have to look at the order.

16   I don't recall specifically.

17             MR. SCAROLA:  That's fine, sir.  We will pull out the

18   order, and I believe it to be exactly what I have represented

19   to the court.

20             THE COURT:  Okay.  I mean, I do remember something

21   about bankruptcy that shouldn't be mentioned, but I don't

22   remember all the fine points of it.

23             MR. SCAROLA:  Thank you.

24             THE COURT:  All right.  Thank you.

25             (Recess taken 3:21 p.m. through 3:33 p.m.)

```
1                THE COURT:  Were you able to find the order?

2                MR. SCAROLA:  Your Honor, I did find the transcript

3      where the bankruptcy issue was discussed, and the court

4      actually reserved ruling.  The relevant portion of the

5      transcript reads:

6                "It seems to me that it's premature for me to make a

7      ruling on this because I am going to have to see what the

8      plaintiffs present and then decide whether the bankruptcy is

9      relevant or not."

10               My response was:  "We are simply asking that it not be

11     referenced until such time as that demonstration is made."

12               Your Honor said:  "Okay.  I will think about that."

13               So I was incorrect when I suggested that the court had

14     ruled.  The court did not rule.

15               THE COURT:  All right.  Well, since this is opening, I

16     will let it go.  And we will see in terms of when evidence is

17     presented on the issue, then I will make a ruling one way or

18     the other.

19               MR. SCAROLA:  Thank you, sir.

20               There is another matter, and that is --

21               THE COURT:  People can all be seated, if you want.

22               MR. SCAROLA:  That is Mr. Cioffi's representation as

23     to what Colombian law is.

24               It was improper for Mr. Cioffi to represent what

25     Colombian law is, even had those representations been accurate.
```

1    But it is particularly improper for Mr. Cioffi to be

2    representing what Colombian law is when he did not accurately

3    represent what Colombian law is.

4         So we would ask the court to instruct the jury to

5    disregard Mr. Cioffi's description of Colombian law.

6         THE COURT:  All right.  Well, again, this is opening.

7    If it turns out his representation is incorrect to the jurors,

8    he will have to live with the misrepresentation.  And I am not

9    sure I am in a position to say what is and what isn't.  So I

10   hesitate to say he was wrong about something when I don't know

11   if -- what the correct answer is.

12        MR. SCAROLA:  May we request that he be instructed not

13   to make representations about what Colombian law is?  If he has

14   any plans to do any further discussion of that subject, it

15   should not come from Mr. Cioffi.

16        THE COURT:  I didn't get the impression you were going

17   to be making any more representations.

18        MR. CIOFFI:  No, Judge.  But just so the record is

19   clear, and I think the record is clear, I was referencing what

20   the advice was from Colombian counsel about the law.  So I was

21   saying what the evidence will show.

22        THE COURT:  You may have gone a little further than

23   that, as I recall, in terms of rather than what the lawyers

24   advise as to opposed what was actually the law.  But again, I

25   will leave it at that for now.  You are not going to make any

```
1    more references to Colombian law during the rest of your

2    opening?

3              MR. CIOFFI:  I don't plan to.

4              THE COURT:  Okay.  Can I get a sense of how much more

5    time we are going to be in session?  How long?  And I am not

6    trying to rush you by any means.

7              MR. CIOFFI:  We will finish for sure before 5 but I

8    think closer to 4:30.

9              THE COURT:  Okay.  All right.  So we definitely won't

10   be starting with anything else today.

11             MR. SCAROLA:  Your Honor, we are going -- if we finish

12   early enough, we have one document that we would like to

13   publish to the jury before we break.

14             THE COURT:  Why are we going to publish a document

15   after you finished your opening?

16             MR. SCAROLA:  It will be the beginning of our

17   evidence.

18             THE COURT:  Oh, okay.  Well, do they know what it is?

19             MR. CIOFFI:  No.

20             MR. SCAROLA:  We were required to disclose all of the

21   documents that we intended to use today, and we have done that.

22             THE COURT:  All right.

23             MR. SCAROLA:  It doesn't need to be a mystery.  It's

24   the factual proffer, your Honor.

25             THE COURT:  You want to present that as part -- your
```

```
 1   first --

 2           MR. SCAROLA:  That's correct.

 3           THE COURT:  -- evidence in the case in chief.

 4           MR. SCAROLA:  Yes, sir.

 5           THE COURT:  Okay.

 6           MR. SCAROLA:  That's where we would like to start.

 7           THE COURT:  And you wanted to do that --

 8           MR. SCAROLA:  It will take about ten minutes, and we'd

 9   like to do that to use up the available time unless we are

10   encountered with a filibuster that brings us to 5.

11           THE COURT:  Well, why don't we wait until in the

12   morning.  Okay?

13           MR. SCAROLA:  Whatever the court's preference is.

14   Thank you.

15           THE COURT:  All right.  Let's start fresh in the

16   morning with any evidence.  I don't want to hand them one piece

17   of evidence and then break for the evening and -- let's put it

18   all in context.

19           MR. SCAROLA:  Thank you, sir.

20           THE COURT:  Okay.  Let's bring the jurors in, please.

21           (The jury entered the courtroom at 3:37 p.m.)

22           THE COURT:  Mr. Cioffi will continue with his opening

23   statement.

24           MR. CIOFFI:  Ladies and gentlemen, as I said, we are

25   going to move into a different part of the argument.  And I am
```

1    getting close to concluding.

2         But in this part of my talk with you this afternoon, I

3    am going to review specific key pieces of evidence, the

4    evidence that proves the facts that I just told you.

5         We talked about the factual proffer already, and this

6    clearly proves by beyond a reasonable doubt that Chiquita was

7    extorted to make the payments could result in physical harm to

8    Banadex personnel and property.  Coming from the very top

9    leader, Carlos Castaño, of the AUC.

10        I am not going to dwell on this.  We talked about it

11   already.  You will remember it.  But there is more.

12        At this meeting in 1997 with Castaño, he summoned Bud

13   Keiser, and attending the meeting was another businessman whose

14   name is Irving Bernal.  So the evidence you will see that

15   Chiquita was threatened and extorted by the AUC comes from

16   someone totally independent from Chiquita.  He didn't work for

17   Chiquita, et cetera.

18        So here is what he said:

19        "QUESTION:  Mr. Bernal, I am going to read to you some

20   testimony given by Raul Hasbun, who was an AUC commander, as

21   part of the Justice and Peace process concerning this meeting

22   that you had with Mr. Castaño and Mr. Keiser.

23        "ANSWER:  About this meeting?

24        "QUESTION:  Yes.  About this meeting."

25        He is quoting now what Mr. Hasbun said:

```
 1              "ANSWER:  Firstly, to continue paying the guerrillas
 2    was firmly prohibited and those resources would now be given to
 3    the AUC."
 4              So you can see how Chiquita was caught in the
 5    crossfire between these two narco-terrorist groups, always
 6    being threatened by both of them.
 7              "ANSWER:  And if they did not, the paramilitaries
 8    would begin to take the same sort of reprisals that the
 9    guerrillas had been taking up to that time."
10              Caught in the crossfire.
11              "QUESTION:  Mr. Bernal, do you believe Mr. Hasbun
12    would have any reason to lie about what was said at the
13    meeting?
14              "ANSWER:  No, this reflects exactly what I am
15    retelling to you."
16              Again, this is deposition testimony under oath.
17              "QUESTION:  Is it correct that the guerrillas had
18    taken violent reprisals against you?
19              "ANSWER:  They had already taken reprisals against me
20    and also against the company.
21              "QUESTION:  So is it fair to say that you believed
22    Mr. Castaño would take those same violent reprisals against you
23    if you did not pay the AUC?
24              "ANSWER:  That is affirmative.
25              "QUESTION:  And do you believe that Mr. Castaño would
```

1    have followed through on those threats and actually inflicted

2    these violent reprisals?

3              "ANSWER:  I believe so."

4              Totally independent testimony.

5              You will also hear the testimony of an AUC commander,

6    he was a second or third below Carlos Castaño.  He was at this

7    meeting.  So you have Bernal, who is at the meeting, you have

8    Hasbun, and they are both testifying exactly consistently.

9              So I took Mr. Hasbun's deposition in Medellín in a

10   court, consistent with the Hague Convention.

11             And I want to digress for a minute.  The Hague

12   Convention is an international treaty, and it governs the way

13   in which depositions can be taken by parties or lawyers in one

14   country in another country.

15             Under the Hague Convention, depositions in Colombia

16   are taken under oath before a judge.  And that's what happened

17   here.  And you are going to see when Hasbun tries to skirt the

18   truth, not tell the truth, the Judge reprimands him and keeps

19   him telling the truth.

20             You are going to see the same thing with Hoyos Perez.

21   And I will make one further point when we see that.

22             "QUESTION:  But allow me to repeat my question.  I

23   would like to clarify."

24             The court steps in as if it would be taken here.

25             "Do not explain.  I have already told you how you must

1    respond.  Say yes under these conditions; no, under those

2    conditions."

3          Then the next question:

4          "QUESTION:  At the very first meeting -- very first

5    meeting between Banadex, Bud Keiser, Chiquita, and Castaño, at

6    the very first meeting that you and Castaño summoned banana

7    growers to, Castaño told Mr. Keiser and Mr. Bernal that if they

8    did not pay the AUC, they would become military targets of the

9    AUC; correct?

10          "ANSWER:  Yes, if they continued to contribute

11    resources to the guerrillas.

12          "QUESTION:  It's true that Castaño told Mr. Keiser and

13    Mr. Bernal to pay the AUC what they were paying to the

14    guerrillas, correct?

15          "ANSWER:  Yes.

16          "QUESTION:  And if Mr. Keiser and Mr. Bernal did not

17    make those payments to the AUC, the banana growers would become

18    military targets of the AUC, correct?

19          "ANSWER:  Mindful of the way I am supposed to answer,

20    yes."

21          Truthfully is what the court was reminding him to do.

22          So you have it from this high AUC commander who was at

23    this meeting, the very first meeting between Chiquita and the

24    AUC, verifying that Castaño, the leader of the AUC, threatened

25    Banadex and Chiquita with becoming military targets.  To

```
 1    becoming targets of their ruthless terrorism.

 2            But there's more.

 3            Salvatore Mancuso is another AUC commander and there

 4    became a time where he was the number two person at the AUC.

 5            At his deposition, I asked him these questions:

 6            "QUESTION:  And the AUC had a very powerful army with

 7    weapons?

 8            "ANSWER:  Yes.

 9            "QUESTION:  And that power -- and with that power, the

10    AUC could and did impose taxes on businesses and people,

11    correct?

12            "ANSWER:  Yes.  The AUC would impose taxes.

13            "QUESTION:  I want to focus particularly on the taxes

14    that the AUC imposed.  It's true, is it not, that anyone who

15    did not pay taxes imposed by the AUC would face enormous

16    consequences, correct?

17            "ANSWER:  Yes."

18            So you have in the factual proffer the number one

19    criminal, the number one terrorist, Castaño, threatening

20    Chiquita; you have the number two, Mancuso, talking about

21    threatening Chiquita and other businesses in the region; and

22    number three, you have Hasbun.

23            So these AUC commanders totally validating the fact

24    that Chiquita was extorted.

25            But there's more.
```

```
 1              There's another AUC member, and you heard about him a
 2    little bit from one of the plaintiffs, and this is Otoniel
 3    Hoyos Perez.  And again, this was taken pursuant to the Hague
 4    Convention in a courtroom in Medellín.
 5              So the question to him -- and he was not answering
 6    this question for the fourth time because he didn't want to
 7    admit to the extortion.
 8              But he says:  This will --
 9              I say:
10              "This will be the fourth time I have asked you this
11    question.  There were times that the AUC used violence and
12    threats of violence to collect taxes from merchants,
13    businesses, and other people in the region; isn't that
14    correct?"
15              And he tries to avoid answering the question.
16              Then the court says:
17              "Mr. Otoniel, the question is very clear.  He's not
18    saying that anyone was killed, but that violence was used, that
19    you forced people to pay because, at the end of the day, you
20    were the ones who were armed.  It's a simple concept.  He's not
21    saying -- he's not saying that if anyone got killed or not.
22    Did you use any type of violence, intimidation?
23              "ANSWER:  Yes, yes.
24              "THE COURT:  He is only asking if violence was used or
25    threatened.  Answer yes or no."
```

1          The witness answered, "Yes, yes."

2          Again, clear evidence of the extortion.  Chiquita and

3     other businesses, which is what the AUC did on a regular basis.

4          I want to digress for a minute.  I talked a little bit

5     about the Hague Convention and that this deposition of Hoyos

6     Perez and Hasbun took place in a courtroom.

7          You heard reference to testimony that's going to come

8     in from two other AUC members, one named Nunos Cabreas and

9     another one named Bello Arrieta.

10         Those depositions, we will argue to the judge large

11    portions of them are not admissible.  But if you hear them, I

12    want you to keep in mind that they were not taken in front of a

13    court with an oath before a judge in Colombia, and that you

14    will see the difference between these depositions, this

15    testimony, and what they say.  You will see them skirting the

16    truth, and avoiding telling the truth.

17         But that's to come in a few days, I think.

18         What additional evidence will you hear that Chiquita

19    was threatened and extorted?  These -- Begnino Ramos is a

20    Chiquita farm worker.  We will bring him here and have him

21    testify for -- to you so that you can consider his testimony.

22         And Hermes Hernandez is now deceased, so his

23    deposition will be played.

24         But Mr. Ramos, a Chiquita farm worker and manager on

25    one of the farms from 1989 to 2004, will tell you that he was

1    threatened and attacked by narco-terrorists including the AUC.

2           He and his brother were targeted to be killed.  His

3    brother especially was targeted to be killed because the AUC

4    thought he was a FARC sympathizer.

5           So again, these two groups hated each other because

6    they were fighting over the narco-money, the narco-territory,

7    et cetera.  So anyone who is considered a sympathizer or

8    partial to the other side was ruthlessly attacked.  And his

9    brother was targeted to be killed because the AUC thought he

10   was sympathetic towards the FARC.

11          He will tell you that Chiquita and its employees like

12   him were caught in the crossfire between warring armed

13   terrorists.

14          Hermes Hernandez was also threatened specifically by

15   AUC commander Carlos Tiaras.  You heard about him a little bit

16   during the plaintiffs' presentation.  He was another high

17   ranking AUC commander.

18          So there was Castaño, next there was Mancuso, then

19   there was Hasbun, and then there was Mangones or Carlos Tiaras.

20          And this is what Mr. Hernandez says about his threats

21   from Carlos Tiaras, a/k/a Mangones.

22              (Whereupon, video is played.)

23              (Whereupon, video is stopped.)

24          MR. CIOFFI:  Clear, explicit threat by the AUC against

25   Chiquita over and over again.

1          You will also hear the testimony from Chuck Didier,

2     who was the head of quality assurance and quality control on

3     the Chiquita farms in Uraba and Santa Marta.

4          He was driving out of a Chiquita farm on October 7,

5     1997.  And he will come here and testify, and it's fortunate

6     that he can because he was attacked by eight narco-terrorists,

7     he believes were the FARC this time -- again, Chiquita was

8     caught in this crossfire, AUC on one side, FARC on the other,

9     and other groups -- and that these narco-terrorists shot him,

10    and nearly killed him.  He almost died.  And he will come here

11    because he survived.

12         And after he recovered from being shot by the

13    narco-terrorists, Chiquita offered to transfer him out of

14    Colombia.  Chuck Didier will tell you he refused to be

15    transferred.  He told Chiquita he wanted to go back and work on

16    the farms, he did not want to abandon his workers, he wanted to

17    continue to support them, he wanted to have solidarity with

18    them, and he wanted to show the terrorists, the

19    narco-terrorists, that they could not win.  And he will be here

20    when we are able to put on our case and tell you that story.

21         Other witnesses will testify about the pervasive

22    extortion by the AUC and other narco-terrorists.

23         In addition to Chuck Didier, we are going to bring to

24    you two former generals of the Colombian military.  General

25    Rincon, who is the head of logistics.  So in this fight against

1   the AUC and the FARC and the other narco-terrorists, he was in

2   control and in charge of logistics so that they could continue

3   to fight the narco-terrorists.

4          The other general, Brigadier General Sanchez was a

5   field commander.  And he will tell you about being in the field

6   literally fighting with weapons against Salvatore Mancuso,

7   Mancuso killing his men, him killing Mancuso's men, and tell

8   you that story.

9          That -- both of them will tell you about the AUC being

10   the most hated, the most important enemy of the state.  That

11   they tracked the AUC, they learned about the AUC, they

12   collected intel about the AUC, they knew about the AUC's

13   operations, they hunted them down, they tried to kill them

14   because the AUC was destroying the country.  They will tell you

15   that story.

16          They will tell you about the narco-terrorism.  They

17   will tell you this idea about ideology is a total fiction, that

18   these were ruthless criminals, ruthless narco-terrorists who

19   would kill anyone who got in their way.  And that's what they

20   did.  So both of those generals fought them.

21          We are going to bring to you Jorge Restrepo, who is a

22   professor in Bogotá who lived through all of this, and will

23   tell you about that.  But he's also an expert on the

24   narco-terrorist civil war.

25          And he will tell you about what I said at the very

1   beginning, the horrendous damage, suffering, murders committed

2   by the AUC and the other narco-terrorists.  And also, based on

3   his scholarship, how they operated.  He will tell you a little

4   bit more about the roots of the AUC, as will the generals.

5           Finally, we will bring in for your consideration as a

6   live witness Jack Devine.  Jack was a long-time chief of the

7   director of operations for the CIA.  And Jack is a genuine

8   American hero.

9           And he will tell you about his background, but he is a

10  genuine American hero about fighting terrorism.  Around the

11  globe but also specifically in Colombia.  Fighting the FARC.

12  Fighting the AUC.  Fighting the other narco-terrorists.  And he

13  will tell you about their operations.  And explain to you just

14  how ruthless they were but also what amazingly powerful

15  narco-terrorists they were.

16          Finally, they will talk to you about how the AUC

17  extorted businesses, large and small, from mom and pop grocery

18  stores in Colombia to multinational corporations like Chiquita,

19  like Dole, like Del Monte, like Occidental Petroleum, and many

20  others.

21          What will the evidence tell you about this third

22  issue, causation?

23          So the evidence about causation, as I said, deals with

24  this last issue.  We don't think you are going to get to that

25  issue because we think the evidence will prove, and we are very

1    confident the evidence will prove that plaintiffs cannot prove

2    by a preponderance of the evidence that the AUC killed their

3    decedents.

4           For all the reasons I have just gone through with you,

5    all the extortion, the threats against Chiquita, it clearly was

6    reasonable for Chiquita under the circumstances, caught in this

7    crossfire, to pay the extortion demands instead of letting its

8    employees be killed.

9           So we think for that reason you won't get to the third

10   issue.

11          But if you do get to the third issue, the evidence

12   will be that there was nothing knowing about these payments.

13   Chiquita did not know about the AUC's plans.  No one told

14   Chiquita about the AUC's plans.

15          They knew the AUC were terrorists because that's why

16   they paid them.  The fact that Chiquita knew they were

17   terrorists doesn't prove they could foresee that they were

18   going to kill plaintiffs' decedents.  It doesn't make any

19   sense.

20          The only relationship between the AUC and Chiquita was

21   that of perpetrator and victim.  There is no communication

22   about the decedents, no knowledge at all, no foreseeability of

23   what they were going to do other than commit terrorism, which

24   is why Chiquita had to pay them.

25          You will hear evidence that the extorted payments to

1   the AUC were totally insubstantial and insignificant compared

2   to the AUC's drug trafficking income.  The Chiquita payments

3   were like literally throwing a cup of water into the Atlantic

4   Ocean a mile or so from here.

5        On this issue, you will hear testimony of the AUC

6   commander Salvatore Mancuso from his deposition, which I took

7   in the max federal prison in Atlanta where he was serving a

8   15-year sentence for being a drug trafficker.  He was

9   extradited by Colombia and was in the prison.

10       You will learn that he was the leader of the AUC in a

11  controlled area called Cordoba, which is right here, which is

12  between, as you saw a little bit earlier, Uraba and Santa

13  Marta, in this whole region which there was intense fighting

14  over, again, coca production and then the trade routes out of

15  the country.

16       So in this particular area, Mancuso admits that in his

17  role as second in command of the AUC, he managed the drug

18  trafficking operations of the AUC including production,

19  distribution, and transportation of the cocaine up into the

20  United States.

21       As I said, he pled guilty and he admitted all these

22  things in his plea, in his statement of facts to support his

23  plea, and he also admitted them in his deposition that I took.

24       In his deposition, Mancuso admits that from the

25  Cordoba region alone, and you will hear testimony later in this

1    case that there were other AUC blocs or fronts, but in the

2    Cordoba bloc, the Cordoba part of the AUC, from that bloc

3    alone, Mancuso admits that the AUC, the evidence will show,

4    produced 2,000 kilograms per month from 1997 through 2002 --

5    2,000 kilograms per month.  That's a period of 69 months -- for

6    a total of 138,000, 138,000 kilograms of cocaine that went into

7    the United States.

8        In addition to that -- so that covered his conviction

9    in the United States, which was between 1997 and 2002,

10   138,000 kilograms.  Kilos.  Enormous value.

11       But he also told plaintiffs' expert that in 2003, it

12   wasn't 2,000 a month, it wasn't 24,000 a month, it was

13   35,000 kilos.  So 35,000 plus 138, between 1997 and 2003 is, if

14   my math is right, about 173,000 kilos.  And the AUC produced

15   this from this region alone that Mancuso managed and

16   controlled.

17       You will hear testimony from the witnesses we will

18   bring to you, from that witness chair, to tell you that the

19   value of that cocaine was enormous.  The evidence will show

20   that it was an ocean of money.  The AUC could kill and did in

21   fact do whatever it wants with that money.

22       By comparison, the payments that Chiquita was forced

23   to make, about $242,000 a year, like a cup of water in the

24   Atlantic Ocean.  It had no effect on what the AUC did or

25   couldn't do, in addition to the fact that it was being forced.

```
 1    It was being extorted.
 2            What evidence will you see, will you hear, real
 3    evidence that Chiquita had excellent relationships with its
 4    workers?  The farm workers in Colombia.
 5            I mentioned to you earlier we will bring for you to
 6    hear from that witness chair and evaluate and consider Osvaldo
 7    Cuadrado, who was the union president of Sintrainagro.  He was
 8    a lifelong union member.  Worked his way up and he was
 9    president of the union between the late '90s and 2004.
10            This is what he will tell you, that Chiquita had very
11    good relations with the workers in the union.  The collective
12    bargaining agreement provided the best salary averages.
13    Chiquita's agreed wage increases were the highest percentages
14    for 20 years.  Colombia increased the minimum wage based on
15    Chiquita's wage increases.
16            It's not Chiquita telling you this.  It's not -- for
17    sure it's not me telling you this.  It's the president of the
18    union himself telling you what was happening in Colombia.
19            And I'd submit to you when you look at all the
20    evidence, we are bringing to you the people in Colombia who
21    have firsthand knowledge of these things, who saw them, heard
22    them, and are going to report to you about them.
23            What will the evidence show that Chiquita had no
24    reasonable alternatives?
25            An important piece of evidence on this point
```

1    ironically comes from the DOJ.  The DOJ itself, while it was

2    investigating Chiquita, and it was investigating Chiquita, as I

3    told you, only because Chiquita self-reported, said, hey, we

4    found out about this FTO designation, and we are telling you

5    what's going on in Colombia, we are telling you the reason, and

6    it ended up with the government agreeing beyond a reasonable

7    doubt that Chiquita was being extorted.

8         But this is before all that happened.  In -- at the

9    end of 2003.

10        Chiquita went to the DOJ, and this is in December of

11   2003, Chiquita went to the DOJ and informed the DOJ that one of

12   its financial managers was kidnapped, and that a ransom was

13   being demanded.

14        It asked the DOJ what it should do.

15        The DOJ itself did not object to paying the ransom.

16        This silence on the part of the DOJ, where it could

17   have said, hey, you shouldn't do that, et cetera, speaks

18   loudly.  What it says is when a human life is at stake, the

19   only reasonable thing, the only human thing to do is to pay the

20   ransom, not to let some person die.

21        What will the evidence be that Chiquita had no

22   reasonable alternative?

23        I have discussed that with you, but we will present to

24   you the testimony from Elexy Martinez, who again was a manager

25   on one of the Chiquita farms, and he will tell you that the

1    workers themselves did not want Chiquita to leave, did not want

2    Chiquita to abandon either Colombia or them.  So he was asked

3    this question in his deposition:

4         "QUESTION:  Based on your work on the farms in

5    conversations with the workers, did the workers express a

6    desire for Chiquita to stay and continue to operate in Colombia

7    or to leave?

8         "ANSWER:  They expressed the desire for it not to

9    leave the country."

10        What will the evidence be that Chiquita recorded on

11   its books and records all of the payments to the AUC?

12        You will see this document, which is Defendant's

13   Exhibit 118, and a lot of the backup documentation from the

14   accounting records.

15        But this is a piece of forensic accounting that was

16   re-created by KPMG as part of the DOJ investigation in order to

17   document all of the payments, all of the extortion from the AUC

18   against Chiquita and the payments.  So you will see this

19   document, and it has great detail.

20        It shows the date of the payment, the amount of the

21   payment, the fact that taxes were withheld, if the taxes had to

22   be withheld, it will show who approved it, all of the details

23   which will prove to you clearly that Chiquita recorded on its

24   books and records all of the payments to the AUC.  Nothing was

25   hidden for the reasons I mentioned to you earlier.

```
1            Chiquita was careful about making sure all of the

2   payments were recorded, careful about providing a record of all

3   the payments to its accountants.  Not only KPMG, but to its

4   outside auditors in the '90s, one of the largest accounting

5   firms in the world, E&Y.  It provided all of these things.  In

6   addition to, in this very precarious situation, confirming with

7   both lawyers inside the company and outside the company that

8   the payments were legal.

9            Chiquita at all times behaved like a reasonable

10  businessperson.

11           What will the evidence show about this DOJ prosecution

12  that you talked about?

13           It ended up with the proffer and the agreement by the

14  government that Chiquita would prove, that the government would

15  prove by beyond a reasonable doubt that Castaño had extorted

16  and threatened Chiquita.  But there is a lot more to the DOJ

17  prosecution.

18           So on September 10, 2001, it begins with this date.

19  On that date, the U.S. State Department announced its

20  designation of the AUC as a foreign terrorist organization.

21  And you heard something about that this morning from the

22  plaintiffs.

23           That happened.  Chiquita didn't know about it.  Now,

24  there's a couple of reasons.  One is September 11, 2001,

25  happened.  We know what that date was like.  And Chiquita
```

1   didn't discover this designation until February 20, 2013 [sic].

2   About 14 months later, 15 months later.

3         As soon as Chiquita learns that contrary to the advice

4   it had been given about the payments being legal in Colombia

5   that maybe there was a U.S. law that applied, which was this

6   new designation about the AUC being designated an FTO, that

7   happened only in 2001.

8         So as soon as Chiquita learns about that, Bob Olson,

9   who was the general counsel of Chiquita, immediately suspends

10  the payments to the AUC.

11        The evidence will show what you heard today, that

12  somehow they continued the payments, et cetera, is not true.

13  Bob Olson will testify and the records, the KPMG records and

14  everything else, will verify that the payments stopped.

15        As soon as Chiquita learns about this designation, it

16  contacts a top U.S. law firm, Kirkland & Ellis, and Kirkland &

17  Ellis tells Chiquita that it's unfamiliar with this law.  It

18  didn't get on Kirkland & Ellis' radar screen as well.  And

19  doesn't know what it means, doesn't know if that prohibited the

20  payments or not.  And began to research it.

21        On February 26, Kirkland & Ellis write their first

22  legal memo which says, hey, you can't make the payments based

23  on what we see about this designation.  But five days earlier,

24  Bob Olson, the general counsel, had already suspended the

25  payments.

1      Something you didn't hear from the plaintiffs is that

2   there is a second Kirkland & Ellis legal memorandum, and it

3   says, stop the payments or approach the DOJ and ask the DOJ

4   what you should do.

5      Chiquita decided to follow that advice and followed it

6   to the letter and continued to suspend the payments and then

7   went and approached the DOJ.

8      And there is an April 24, 2003, meeting in which

9   Chiquita meets the head of the DOJ criminal division and seeks

10  guidance from the DOJ, explains to the DOJ, "We are in this

11  impossible crossfire.  We are getting threatened by

12  narco-terrorists.  They are threatening to kill our people.  We

13  can't let our people die.  What is it that we should do?"

14     And they explained the danger and threats from the

15  AUC.  They discussed extortion payments made by other U.S.

16  companies likes Occidental Petroleum to terrorists.

17     Michael Chertoff, the head of criminal division,

18  acknowledges at this meeting that the situation was heavy and

19  complicated.

20     It's important to note that Chertoff does not say,

21  hey, you have to stop the payments.  You can't make any more

22  payments.  And in fact, the opposite happens.

23     When Chiquita discusses how destabilizing leaving

24  Colombia would be, that the same situation was faced by other

25  U.S. companies, Chertoff says, "Well, you know, we understand.

1    There are sort of national security issues, there's State

2    Department issues, et cetera."  And says, "I am going to check

3    with these other agencies."  And in fact, does that.  And tells

4    that to Chiquita.

5        Because the DOJ didn't say the payments couldn't

6    continue, Chiquita resumed payments to the AUC.

7        There is another meeting on August 26, 2003, in which

8    Chiquita meets up with the DOJ asking again for direction.  The

9    DOJ again declines to tell Chiquita that it must stop the

10   payments.

11       On September 4, 2003, Chiquita meets with the DOJ and

12   informs them of the continued payments.  The DOJ again does not

13   instruct Chiquita to stop making the payments.

14       Then this interesting event happens in December 2003.

15   A really telling event which I recounted for you a little bit

16   earlier.  And that is Chiquita says, "Look, our financial

17   manager was kidnapped.  They are demanding a ransom.  Can we

18   pay the ransom?"

19       DOJ is again silent.  And silence, of course, was

20   assumed by Chiquita to mean consent.  And Chiquita did, in

21   fact, pay that ransom.  Never any prosecution about that.

22       On January 20, 2004, Chiquita meets again with the DOJ

23   to provide details of a potential sale of Banadex, the

24   subsidiary to Banacol.  The DOJ still did not say stop the

25   payments.

1          Finally, Chiquita makes its final payment to the AUC,

2     then announces the sale of Banadex to Banacol in order to exit

3     Colombia and put these issues behind it.  The timing of this is

4     important because it fits something I was saying a little bit

5     earlier about not abandoning the workforce, et cetera.

6          You remember I said that around 2003, because of the

7     effects of Plan Colombia and other conditions on the ground,

8     the AUC begins to demobilize.  So the threat from the AUC

9     begins to get diminished.  And then over time, the AUC

10    completely demobilizes, and Chiquita -- and Colombia becomes

11    more and more stable.

12         Which is part of the reason for the exit at this point

13    in time.

14         I am going to conclude in the next ten minutes.

15         Before I do, I want to talk about the trial phases,

16    how the trial operates.  The judge told you a little bit about

17    that, but as you heard, there are ten decedents, ten family

18    members who were killed.

19         As I said, we are human beings, they will be

20    sympathetic, they will be likeable.  It's -- you should feel

21    sympathetic for them.

22         But your duty here is, with those feelings in mind, to

23    decide legal liability.  And you can decide, you should decide

24    that question, based on all the evidence I previewed for you

25    today, that Chiquita is not legally liable, but at the same

1    time, you can feel sympathetic for the plaintiffs.  The two

2    things aren't separate.  They are not incompatible.

3         I said I feel sympathetic for them, but I know

4    Chiquita is not liable.

5         But Judge Marra will tell you you have to follow the

6    law, and then he will tell you what the law is.

7         You will note that I have not discussed with you the

8    topic of damages.  And the plaintiffs touched on it briefly.

9    But that surely is not a question you will get to because, as I

10   said, the evidence will show that Chiquita is not liable.

11        One of the most important, if not the important thing

12   to do throughout the course of the trial, and this will be a

13   long trial, is to keep an open mind.  We all know from our

14   lives, our experience again as human beings, is that the first

15   story told, the first impressions are almost never complete.

16        We saw why that is today.  We saw it with specific

17   evidence that was not completely told to you.

18        So all trials, all legal cases are a little bit like

19   this old story, this parable.  This is the parable of the

20   elephant and the blind men.  So you all know, some of you might

21   have taught your children this story or it was taught to you by

22   your parents.

23        A group of blind men encounter an elephant.  The first

24   one touches the elephant's leg and says, oh, the elephant is a

25   tree.  The other one touches the side of the elephant and says,

1   no, the elephant's a wall.  One touches the tail, says, no, no,

2   no, no, the elephant is a rope.  And the last one touches the

3   trunk and says, no, the elephant is a serpent.

4         The point being you need to look at all of the

5   evidence in order to arrive at the truth.  And so that means

6   you have to just keep an open mind and gather all the evidence.

7         And let me give you a concrete example of why it's

8   important to look at all the evidence in order to reach the

9   truth.

10         You remember Mr. Scarola this afternoon showed you

11   some testimony from Barbara Howland.  And the evidence wasn't

12   complete.  Wasn't the whole story.  So this is the plaintiffs'

13   version of what Ms. Howland said:

14         "I don't think Mr. Castaño ever told Chiquita what he

15   would do with the money or how he would spend it."

16         Certainly true.  And then two lines are deleted.

17         "And if he went out and bought his mother a diamond

18   ring or went out and bought arms for his paramilitary group, it

19   didn't really matter to Chiquita."

20         And another deletion.

21         These deletions are really important because they tell

22   the whole story.  They tell what Barbara Howland, the Chiquita

23   representative, actually said.

24         So here is what she actually said:

25         "He didn't tell Chiquita what he would do with the

1    money or how he would spend it.  The fact that he extorted it

2    from Chiquita, he did it under what we believe was a credible

3    and viable threat."

4         You know extorters, people who threaten violence,

5    people who threaten to make their targets military targets,

6    don't explain.  It's a demand.  And that's what she's saying.

7         And then about what he was going to do, the last line,

8    which you were never shown, is that:

9         "Chiquita was reacting to a threat that we had to pay

10   or else."

11        Chiquita had no say in what was going to be done.

12   These were demands.  And you saw them over and over in the

13   testimony I reviewed with you.

14        Now, there was some scattered testimony in which

15   Mr. Scarola said, and this is what he showed you, to whom were

16   the threats -- to whom was any direct threat made?

17        I do not have the names of the people.

18        MR. SCAROLA:  Excuse me.  Pardon me, your Honor.

19   These are not demonstratives that were disclosed to plaintiff.

20        MR. CIOFFI:  They are rebuttal, Judge.

21        THE COURT:  What's that?

22        MR. CIOFFI:  They are rebuttal.  We discussed this.

23   If they say something, I can certainly rebut it.

24        THE COURT:  Go ahead.

25        MR. CIOFFI:  "QUESTION:  Did you on behalf of Chiquita

1    make any effort to obtain the names of any individuals who

2    communicated a threat on behalf of the AUC to Chiquita?  Did

3    you try to get those names?

4            "ANSWER:  No, I did not.

5            "QUESTION:  Can you give me the date upon which any

6    such threat was made?

7            "ANSWER:  No, I cannot.

8            "QUESTION:  Can you give me a month during which any

9    such threat was made?

10           "ANSWER:  No, I cannot.

11           "QUESTION:  Can you give me a year when such threat

12   was made?

13           "ANSWER:  No, I cannot.

14           "QUESTION:  Can you identify the nature of the law of

15   any direct threat that was made on behalf of the AUC against

16   Chiquita?

17           "ANSWER:  No, I cannot."

18           This was a repetition of a question he asked earlier

19   that she fully answered.  He didn't show you the earlier

20   testimony, but I am going to show you now what she really said:

21           "QUESTION:  So would you please list for me every

22   direct threat of violence that was made to Chiquita to coerce

23   payments to the AUC."

24           Here is her answer.  Here is what she actually said in

25   response to those questions:

1          "ANSWER:  Based on the research that I have done, I

2     believe that threats were made on a regular basis to

3     individuals -- not all of whom I can name -- but who as a --

4     who worked and/or were employed in some fashion by Chiquita.

5          "I think the record shows that the AUC was an

6     organization that used threats on a regular basis in order to

7     coerce payments, and the persons that would be most familiar

8     with specifically the individual people that might have been

9     threatened would have been people that would have been in

10    Colombia."

11         That's the whole story.  That's what she said.  And in

12    fact, because she was this 30(b)(6) witness, because the rules

13    provide it, there was follow-up.  Those names were given to the

14    plaintiffs, and they deposed those people.  They deposed those

15    people.

16         So that's what I mean.  You have to keep an open mind.

17    You have to look at all the evidence.  And I pledge to you, we

18    will show you all the evidence.  Not just some of the evidence,

19    not just a piece of the evidence, but all the evidence.

20         Another important principle to keep in mind is that

21    the evidence comes, in a trial, from different people talking

22    about different periods of time.  You saw a little bit of that

23    this morning where, for example, Mr. Scarola talked about, oh,

24    the payments can't be made.  Didn't tell you the time frame,

25    that this was after 2001 and so forth.

```
 1              So it comes in to you in bits and pieces.  And again,
 2       like the parable of the elephant, you have to keep it all in
 3       front of you, you have to look at it all together.  And so it
 4       comes in scrambled.  And just be patient with yourselves, be
 5       patient with the process.
 6              And again, I pledge to you, we will show you all the
 7       evidence so it becomes clear to you what the truth is.
 8              And so it's a little bit like this word puzzle.  It
 9       will come to you.  It's not clear.  But if, again, you wait,
10       sometimes it's not clear until the end of the case.  But be
11       patient and keep an open mind.  And then what's true, what's
12       just, will become clear to you.
13              In the end, ladies and gentlemen, these two words are
14       the most important words.  That's your duty.  When you go back,
15       hopefully in less than six weeks, and you begin deliberating, I
16       am confident after you look at all the evidence, you see the
17       whole picture, that you will decide, and I will submit to you,
18       that the evidence requires you to find that Chiquita is not
19       legally liable.
20              But in the end, the only charge, your real duty, is to
21       go forward and when you go out that door at the end of this
22       case and into the jury room, find the truth and do justice.
23              Thank you for your attention.
24              THE COURT:  Thank you, sir.
25              All right.  Ladies and gentlemen, it's late in the
```

```
 1   afternoon.  Rather than trying to start with the evidence, we
 2   are going to recess for the evening.  All right?  If you can be
 3   back tomorrow at 9:00 o'clock.
 4        Again, don't discuss the case, don't form any
 5   opinions, don't do any research, avoid any news reports about
 6   the case, leave your notes at your seat, and we will see you
 7   tomorrow morning.  So have a pleasant evening.
 8        Thank you very much for your cooperation.
 9        (The jury exited the courtroom at 4:29 p.m.)
10        THE COURT:  All right.  Everyone please be seated.
11        Yes, sir.
12        MR. SCAROLA:  Your Honor, I just caught a glimpse of a
13   shirt that one of the jurors is wearing that I think said
14   iAnthus on the back of the shirt.  iAnthus is a defendant in
15   a case that I am currently litigating.  I have no idea what
16   that relationship may be, but that's a matter that concerns me.
17        THE COURT:  So I don't know what iAnthus is.
18        MR. SCAROLA:  It's a corporate entity, and I am
19   involved in litigation against that corporation.
20        THE COURT:  Okay.  Do you remember which juror it was?
21        MR. SCAROLA:  It was one of the female jurors, I
22   believe.  And I don't know which one it was.
23        THE COURT:  Okay.  Do you -- can we look and see if
24   that juror works for that company?
25        MR. SCAROLA:  I don't -- had there been a disclosure
```

```
 1   in the questionnaire, I am pretty sure it's something that I
 2   would have noted.  But we will look.
 3           THE COURT:  Okay.
 4           MR. SCAROLA:  It's just -- it's rather unusual.
 5           THE COURT:  So it's a company that -- what kind of
 6   business?  I am not familiar with it.  I'm sorry.
 7           MR. SCAROLA:  I can't even provide the court with the
 8   details at this point, your Honor.
 9           THE COURT:  Okay.  So you are involved in a lawsuit
10   against that company?
11           MR. SCAROLA:  Correct.
12           THE COURT:  All right.  So you are concerned that this
13   person has some relationship with that company and --
14           MR. SCAROLA:  It may make -- and may make the
15   connection.  I just -- I don't know.  I wanted to call it to
16   the court's attention immediately.  I only got a glimpse of the
17   juror as she was walking out because it's on the back of her
18   shirt, and I had no reason to see it previously.
19           So it just -- it concerns me.  I wanted to bring that
20   concern promptly to the court's attention.
21           THE COURT:  All right.  Do you want me to make any
22   inquiry?
23           MR. SCAROLA:  I first want to go through the
24   questionnaires to make sure that there wasn't something that I
25   missed in the questionnaires, and it may be appropriate to make
```

1   an inquiry of the jurors as to whether any of them have a

2   relationship with a company called iAnthus.

3         THE COURT:  Okay.  And if they do?

4         MR. SCAROLA:  Then I would want to make a separate

5   inquiry of that juror as to whether she has any knowledge of or

6   involvement in pending litigation regarding that company.

7         THE COURT:  All right.  I guess we can see what

8   happens tomorrow when you -- after you conduct your

9   investigation.

10         MR. SCAROLA:  Yes, sir.

11         MR. CIOFFI:  Judge, as you know, during voir dire, the

12   jurors were asked if they knew counsel, if they had any

13   relationship, any idea who they were.  The question has already

14   been answered.

15         THE COURT:  It doesn't hurt to make an inquiry and see

16   if there's something that either she wasn't aware of or slipped

17   her mind or...  And I don't think there's going to be anything

18   to it.

19         MR. SCAROLA:  I don't think it is either, but I don't

20   know at this point.

21         THE COURT:  I understand.  We can make an inquiry and

22   see what -- where it leads.  It's not going to hurt to ask the

23   question.  And if we get a positive answer, then we can delve

24   further.

25         All right.  So there was an issue about the

1    deposition, objections to depositions of the first witness that

2    Mr. Aguirre, I believe it is.  I thought I had ruled on those

3    depositions designations?

4              MR. REITER:  Your Honor, I have combed through with

5    our tech person exactly what exhibits were used, in the

6    deposition that your Honor permitted to go in.  And those

7    exhibits are what was marked Exhibit 3 at the deposition which

8    is P-0606.

9              THE COURT:  Okay.  I'm sorry.  I don't remember making

10   any rulings on deposition exhibits as to whether they are

11   admitted or not.

12             MR. REITER:  Well, the issue was if you allowed the

13   testimony about the exhibit and the questions about the

14   exhibit, I made the assumption that having allowed those

15   questions and answers specifically regarding the exhibits, that

16   your Honor essentially was saying those exhibits were going to

17   be in.  Because otherwise the testimony doesn't make any sense.

18             THE COURT:  Okay.  So let's just start from -- I have

19   no idea what exhibit you are referring to in a deposition.  I

20   only get the deposition transcript and the objections and the

21   counter-objections.  I don't know what the exhibit is.

22             You show an exhibit to a person in a deposition and

23   you start having them read from it, I don't know what it is.  I

24   don't know if it's going to be admitted or not.  So I say if

25   the document is admitted, you can ask the questions.  If the

```
 1    document is not admitted, you can't ask the questions about a

 2    document that's not in evidence.

 3            And so until I rule on whether the document is

 4    admitted, I don't know whether it's admitted or not.  So I

 5    don't know how can you assume from saying if the document is

 6    admitted, that means I am admitting it.

 7            MR. REITER:  Okay.  Then I apologize.  That was --

 8            THE COURT:  Isn't that how I worded it?

 9            MR. REITER:  Okay.

10            THE COURT:  I mean, where --

11            MR. REITER:  Your Honor, I stand corrected.  Let me

12    just then state which exhibits we intend to use in this

13    examination.

14            THE COURT:  Okay.  So I am looking at page 46, line 9

15    through 17.  I said, "Overruled if document is admitted.  If

16    document is admitted."

17            How was that an admission or a ruling on the

18    admissibility of the document?

19            MR. REITER:  I withdraw what I said.  I withdraw what

20    I said.  Okay?

21            So what I am confining myself to is the exhibits

22    concerning which there is testimony in the edited deposition.

23    Let's -- so let me take a step back, and I will start from the

24    beginning.

25            THE COURT:  Okay.
```

```
1              MR. REITER:  The -- in terms of the order in which

2       they come up, we marked first off the plea agreement.  And

3       there are some questions regarding the plea agreement, and they

4       are contained at pages 72.

5              And I said, "I am now going to ask you some questions,

6       sir, about the" --

7              THE COURT:  I'm sorry, you are on page 72 of

8       Mr. Aguirre's deposition?

9              MR. REITER:  Yes, your Honor.

10             THE COURT:  All right.  Hold on.  Hold on before you

11      go any further.  I don't see any designation on page 72 in

12      my -- what's been given to me to rule on.  So am I missing

13      something?  I have Mr. Aguirre's deposition designations, and

14      there is nothing on page 72 that I have been given to look at.

15      So I don't know --

16             MR. REITER:  Well, if that is so, your Honor, then it

17      is a mistake because I clearly asked him about it, and the

18      testimony is as follows.  This is what the testimony is.

19             THE COURT:  But is there an objection to that

20      testimony?  And where was it -- in the materials that were

21      submitted to me, where was the objection noted?  I have -- here

22      is what I have.  I have defendant's objections to plaintiffs'

23      deposition designations Docket Entry 3576-3.

24             Then I have nonplaintiff -- non-Wolf plaintiffs'

25      objections to defendant's counterdesignations.  That's Docket
```

1   Entry 3576-13.

2          That's what I was working with.  Am I supposed to have

3   other designations and counterdesignations other than these two

4   documents that I am not aware of?

5          MR. REITER:  Your Honor, again, this is a little

6   beyond me.  It's kind of complicated.  But I want to just, with

7   your Honor permission, address what was said here with the idea

8   of putting before your Honor what I think is appropriate in

9   this deposition.

10         And here, all we said was on page 8 --

11         THE COURT:  Page what?

12         MR. REITER:  On page 8 of the plea agreement,

13   Mr. Aguirre is acknowledging that it is his signature, that he

14   is the chairman of the board, he's read the plea agreement, he

15   is satisfied with it, and this is the plea agreement that he

16   entered into and so forth.

17         That's the sum total of the testimony in the

18   deposition on that point.

19         THE COURT:  Okay.

20         MR. REITER:  And it seems to me, your Honor, that the

21   plea agreement is an appropriate document at least as to the

22   fact that he did sign it voluntarily on behalf of Chiquita.

23         I do believe there is another part of this that has

24   become relevant based on the discussion and the opening

25   statement of counsel for the defendant, which is paragraph 6 of

1    the plea agreement, in which it says:

2         "The parties agree that 25 million is the appropriate

3    criminal fine in resolution of this matter, taking into account

4    the inapplicability of the guidelines, the nature and

5    circumstances of the offense, and the need for the sentence

6    imposed to reflect the seriousness of the offense to promote

7    respect for the law, to provide just punishment for the

8    offense, to afford adequate deterrence to criminal conduct, and

9    to protect the public from further crimes."

10        And I would suggest, your Honor, that based on

11   counsel's opening in which he attempts to make out that this

12   was just some kind of insignificant technical violation, that

13   this now has become a relevant piece of evidence in the case as

14   to the way that this was framed and that this was acknowledged

15   by Mr. Aguirre.

16        So whether or not it was previously designated or not,

17   based upon what counsel said in his opening statement and the

18   way he phrased this to say that it is really just some kind of

19   technical offense --

20        MR. DANTE:  Your Honor, may I be heard?

21        THE COURT:  Can you let him finish?

22        MR. REITER:  Okay.  So --

23        THE COURT:  Okay.  So you are talking about having him

24   read or acknowledge having signed the plea agreement and

25   reading one provision of the plea agreement?

1          MR. REITER:  Your Honor, as far as the deposition is

2     concerned, that was not in the deposition.  The only thing that

3     was in the deposition was simply that he acknowledged he did

4     this voluntarily on behalf of Chiquita, which was page 8, in

5     which he says:

6          "I am the chairman of the board, I have read this plea

7     agreement, carefully reviewed every part of it with the

8     corporation's attorney Eric Holder, I am fully satisfied," and

9     so forth.

10         In other words, it's kind of a form.  It's the last

11    page that he signs.  That's the only thing that I went into

12    with him at the deposition.

13         So what I am suggesting is I believe that is an

14    appropriate, at least part of the document to be admitted --

15    admissible, and I think that this other portion of it, based

16    upon counsel's opening, is also admissible.

17         THE COURT:  That's the -- those are the only two

18    portions --

19         MR. REITER:  Not the probation and all the other

20    things that were in there, which I think your Honor didn't

21    think were relevant, and they are not.  But those two parts

22    have now become -- this specific thing about the seriousness of

23    offense I think has become relevant.

24         THE COURT:  Is that the only issue as to Mr. Aguirre's

25    deposition or are there other issues as far as you are

```
 1  concerned since --
 2          MR. REITER:  That's the only issue that I know about.
 3  But I want to just read the list of the exhibits that we are
 4  going to be asking to be admitted in connection with
 5  Mr. Aguirre's testimony.  So that counsel knows exactly what
 6  they are, and we can address them.
 7          And they are -- the exhibits were 1A, the plea
 8  agreement, which is P-938; 1B at the deposition, which is the
 9  proffer, which I don't think there's any debate about that it's
10  going in, that was 0583; and 1C, which we are not going to
11  offer, which is the criminal information, which we are not
12  going to offer on this deposition because we didn't ask about
13  it, and which basically is the same thing as the proffer
14  anyway.
15          THE COURT:  So there are two exhibits.
16          MR. REITER:  Yes.
17          THE COURT:  The proffer and the plea agreement.
18          MR. REITER:  Yes.
19          THE COURT:  And the only -- as far as the proffer is
20  in?
21          MR. REITER:  Yes.
22          THE COURT:  As far as I am concerned, it's going to be
23  admitted.
24          MR. REITER:  The next one is Exhibit 3, which was a
25  memorandum of February 9 of Aguirre, and that's P-0606.
```

```
 1              Exhibit 2 at the deposition, which is P-0585, which
 2     was another memorandum talking about the leaving Colombia.
 3              Exhibit 4, which was another memorandum to the board,
 4     which is P-0115, in which he says, you know, "Why did we stay
 5     in Colombia so long?  We have no good answer for that.  The
 6     more I learn about it, we should have left much sooner."
 7              Exhibit 5 at the deposition, which is P-0740, which is
 8     the annual report for 2003.
 9              Exhibit 6 at the deposition, which was P-0949, which
10     is the annual report at 2004.
11              Exhibit 7 at the deposition, which was the annual
12     report for 2005, which is P-0950.
13              And then Chiquita asked for Exhibit 12 at the
14     deposition, which is P-0612, which is a memorandum that had to
15     do with the kidnapping of Rafael Serna.  Which we don't object
16     to.
17              So those are the -- those are the exhibits which we
18     will be offering in connection with the testimony of
19     Mr. Aguirre.  They were not objected to at the deposition, I
20     don't believe any of those are objected to now, if I understand
21     you correctly.
22              MR. DANTE:  That's correct, your Honor.
23              MR. REITER:  I know that there was some question about
24     the plea agreement.  There was a question about that that had
25     been raised earlier with your Honor, and that's what I have to
```

```
 1    say.

 2            THE COURT:  All right.  So do you now know,

 3    Mr. Dante, what exhibits they want to offer from Mr. Aguirre's

 4    deposition?

 5            MR. DANTE:  I do, your Honor, now.  I had received a

 6    different list last night but this is a modified list now.

 7            THE COURT:  Okay.  And what objections do you have to

 8    those various exhibits?  Since I don't have any of them, so it

 9    is going to be kind of hard in a vacuum to make a ruling, but I

10    will do the best I can just based upon your descriptions to me.

11            MR. DANTE:  Sure, your Honor.  Thank you.

12            And I apologize for interrupting earlier.  I was just

13    trying to streamline the process because we had not had a

14    chance to formally object to the deposition clip that is going

15    to be played tomorrow or the exhibits that were being offered

16    yet.

17            THE COURT:  What do you mean, you didn't have an

18    opportunity?  I assume that the clips are going to be based

19    upon the designations I received.

20            MR. DANTE:  Unfortunately, your Honor, that's not the

21    case.

22            THE COURT:  Okay.

23            MR. DANTE:  So that's part of our objection, and

24    that's why I was trying to streamline the process a little bit

25    here.
```

```
 1              So the first -- I mean, we could stick with the
 2   exhibits first, if your Honor would like to start there or...
 3              THE COURT:  Sure.
 4              MR. DANTE:  Okay.  So with respect to the exhibits,
 5   your Honor, and I will try to address them in the order that --
 6   it's going to be out of order from where plaintiffs' counsel
 7   just addressed them.  It's going to be in the order that he
 8   provided them last night.
 9              And so the first exhibit is P-0080.  That was Aguirre
10   Deposition Exhibit 2.  We do not have an objection to that
11   exhibit.
12              And the second exhibit is P-0115.  We do not have an
13   objection to that exhibit because the foundation is laid for
14   those exhibits.
15              The third exhibit is P-0583, and that's the factual
16   proffer.  We do not have an objection to that because the
17   foundation has been laid for that document.
18              The fourth exhibit, according to the list from last
19   night, is P-0606.  That's Aguirre Deposition Exhibit 3.  That's
20   a board meeting 2/9/04 memo.  The deposition testimony in
21   connection with that exhibit does not lay a foundation for
22   admissibility of that exhibit, and so we do not believe it's
23   proper to publish that to the jury in connection with
24   Mr. Aguirre's testimony.
25              I believe that the plaintiffs will have to lay a
```

1    proper foundation in order to get that in and publish it

2    directly to the jury.

3          THE COURT:  All right.  So you want the foundation for

4    every exhibit that is admitted or offered in a deposition to be

5    laid in the deposition itself.

6          MR. DANTE:  Or separate and apart from it, your Honor.

7          THE COURT:  Okay.

8          MR. DANTE:  Before it can be published to the jury.

9          THE COURT:  Okay.  So what is the -- assume that

10   before they play the deposition, they call a records custodian

11   from Chiquita and say is it a copy -- a true and correct copy

12   of your board of director minutes from such and such a day, and

13   they -- he says, yes, it is.  All right.  And then they offer

14   it, are you going to object?

15         MR. DANTE:  Your Honor, if the proper foundation is

16   laid for the document, we will not object.  But to the extent

17   that they are trying -- and we have no objection to playing the

18   deposition testimony.  They can play the deposition testimony.

19   It's just they are trying to admit the document through

20   deposition testimony that does not lay the proper foundation

21   and that's impermissible.

22         THE COURT:  So you have no objection to the deposition

23   testimony that they wish to present that discusses that

24   exhibit?

25         MR. DANTE:  For that particular exhibit, no, your

1   Honor.

2            THE COURT:  So let me just ask you what is going to

3   be, if it ever comes as a witness that's ever presented to lay

4   a foundation for that exhibit, what's going to be your

5   objection to that exhibit?

6            MR. DANTE:  Your Honor, to the extent that that

7   exhibit, the proper foundation is laid through a witness or

8   otherwise, then we will not have an objection on that basis.

9            THE COURT:  So you have no basis other than it's not

10  been authenticated.

11           MR. DANTE:  It hasn't been -- there's been no

12  foundation laid for it at all.  Not just authentication.

13           THE COURT:  So we are going to do this with every

14  deposition?

15           MR. DANTE:  Well, your Honor, we think that there are

16  going to be a number of live witnesses that the foundation can

17  be laid through, through those live witnesses.

18           But the plaintiffs are choosing to put on a deposition

19  video first in their case-in-chief.  That's their option to do

20  that.  And by doing that, they are not going to introduce all

21  of the documents that they want to get published to the jury

22  right out of the gate without laying the proper foundation for

23  those documents.

24           THE COURT:  All right.  Did you -- when you exchanged

25  exhibit lists, I assume this was on the exhibit list?  This

```
1   exhibit was on their exhibit list?
2           MR. DANTE:  It was, your Honor.
3           THE COURT:  Okay.  I don't know, did you exchange
4   objections to exhibit lists?
5           MR. DANTE:  We did, your Honor.
6           THE COURT:  And you objected to this on your exhibit
7   list -- on their exhibit list, you indicated an objection to
8   it?
9           MR. DANTE:  We did, your Honor.
10          THE COURT:  On the basis of foundation or lack of
11  authenticity, hearsay, every objection you can think of like
12  you have done in every deposition designation that you have --
13  that has been submitted to me line by line by line by line.
14          What's your name?
15          Objection, hearsay.
16          What's -- where do you live?
17          Objection, relevance, hearsay, foundation.
18          That's what I have been going through for, you know,
19  the last couple of weeks.  But is that what you did on the
20  exhibit list, you listed every conceivable objection that could
21  possibly be asserted?
22          MR. DANTE:  Your Honor, I believe that this deposition
23  we also objected on foundation as well.
24          THE COURT:  In the deposition?
25          MR. DANTE:  In the deposition.
```

```
 1                THE COURT:  Okay.  All right.

 2                So what is the document again?  A board minute?

 3                MR. DANTE:  It's a board meeting 2/9/04 memo.

 4                THE COURT:  2/9/04.

 5                MR. DANTE:  A February 9, 2004, memo.

 6                THE COURT:  Okay.  And the only objection is that

 7      foundation hasn't been laid?

 8                MR. DANTE:  Yes, your Honor.

 9                And again, it's because they are introducing a video

10      deposition testimony as their first witness, and they are

11      trying to include documents that they haven't properly laid a

12      foundation for.

13                And our objection is not to the testimony.  Again, the

14      testimony can -- the jury can hear the testimony, but that

15      exhibit should not be published to the jury with that witness

16      deposition testimony.

17                THE COURT:  Was that the only one?

18                MR. DANTE:  No, your Honor.  There are a few others.

19                THE COURT:  Go ahead.

20                MR. DANTE:  So P-0740, that's a 2003 annual report.

21                I can just read all of them to you right now.

22                So the other exhibit is P-0949, that's a 2004 annual

23      report; P-0950, that's a 2005 annual report; and then the last

24      document that we are objecting to is the plea agreement, your

25      Honor.  And in accordance with DE 3620, which you already
```

1    ruled, the plea agreement is inadmissible.  And that's -- so

2    it's subject to your ruling on the motion in limine.

3         We believe testimony about the plea agreement should

4    be -- is squarely covered by your motion in limine ruling on

5    the plea agreement, and that should be sustained and that

6    deposition testimony should not be played, and the plea

7    agreement itself should not be published to the jury.

8         THE COURT:  Okay.  So in order to shortcut this, on

9    the exhibits that you listed, all of the ones other than the

10   plea agreement, the only objection is they haven't laid a

11   foundation for their -- authenticity or admissibility?

12        MR. DANTE:  Yes, your Honor.  And we believe that

13   before it could be published to a jury as evidence, that that

14   needs to be laid.

15        THE COURT:  Okay.  And what is your good faith basis

16   for believing that that's an objectionable document and they

17   won't be able to, with the right witness, be able to lay the

18   foundation for it?

19        MR. DANTE:  Well, your Honor, I have not heard a

20   proffer from them, and I think that's on them, essentially, to

21   put up a proffer as to how it can be conditionally admitted to

22   the jury.  And I think there should be an instruction to the

23   jury on conditional admission.

24        THE COURT:  It sounded like they were Chiquita

25   documents.  That were -- sounded like business records of

1    Chiquita.  That's what it sounded like to me, but I -- you

2    know, maybe I am wrong about that.

3            Am I incorrect?

4            MR. DANTE:  They are Chiquita documents, your Honor.

5            THE COURT:  Okay.  And I presume they got them through

6    a request for production of documents from you, from Chiquita.

7            MR. DANTE:  That's correct, your Honor.

8            THE COURT:  Okay.  And so we are going to go through

9    the charade of having to have them bring in a witness to

10   authenticate every one of the documents that you provided to

11   them in discovery, that you are not giving -- you are not

12   telling me there's any legitimate basis to object to their

13   authenticity, you are just putting the burden on them to have

14   to present a witness.

15           And rather than have a six-week trial, we are going to

16   have a four-month trial for them to have to call a witness to

17   authenticate every document that you submitted to them or

18   produced to them in discovery that you have really no good

19   faith basis to tell me it's an objectionable document, other

20   than just put the burden on them because they are the

21   plaintiffs and they got to prove their case and we are going to

22   waste weeks of listening to authentication witnesses.

23           That's basically what you are telling me.

24           MR. DANTE:  Your Honor, no, that's not what we are

25   saying.  We are saying there is an order to the evidence coming

1    in.  And when the plaintiffs decide that they are going to play

2    their first witness as a videotaped deposition, they can't just

3    pick a whole bunch of documents that they really want to

4    publish to the jury at the outset and publish them through a

5    witness that is not properly laying the foundation for them.

6         So just as they tried to do earlier today and they

7    wanted to publish one specific document to the jury, for a

8    timing reason, because they wanted the jury to go home today

9    with that factual proffer or leave the courtroom today with the

10   factual proffer in their hand, we think that's inappropriate.

11        And we don't think it's appropriate for them to

12   cherrypick what they believe are their best documents and

13   introduce them through a deposition video clip that doesn't lay

14   a proper foundation for them.  It's not that we are objecting

15   that they will ever be able to do this, it's just a question of

16   timing and when should they be able to put these documents in

17   evidence in front of the jury.

18        THE COURT:  But you are telling me that you want them

19   to have a witness that's going to talk about whether this is in

20   fact a true and correct copy of the minutes of the board of

21   directors meeting on whatever date it was.  And until they

22   present that witness, you are going to object to it coming in.

23        And, you know, I mean, how -- I am not sure that they

24   did it in any of the depositions other than saying, well, did

25   you sign this or is this your memo or, you know, I have seen

1    some of those things but...

2            MR. DANTE:  Your Honor, I believe that they are

3    calling a number of the Chiquita witnesses live.  Okay?  And

4    the first one is, I believe, the corporate representative for

5    Chiquita that is going to be called also.  And of course the

6    corporate representative can authenticate documents for them.

7            We are not making this more difficult than it needs to

8    be.  We are just saying they have chosen to proceed first with

9    the deposition of Fernando Aguirre, and that deposition does

10   not lay the foundation for the documents that they are trying

11   to admit with the deposition.

12           THE COURT:  Okay.  All right.  So again, you don't

13   deny that it's a Chiquita document, it's an authentic Chiquita

14   document, any of these, they are documents that are business

15   records of the corporation that you produced to them, and you

16   are not denying any of those documents fit into that category?

17           MR. DANTE:  No, your Honor.

18           THE COURT:  Okay.  Well, I am going to overrule the

19   objection on the basis that they are your documents that you

20   agree are authentic and otherwise would be admissible.  The

21   only basis is that they haven't produced a witness to say

22   exactly what you have just acknowledged.  And on that basis, I

23   am going to try and streamline the proceeding and overrule your

24   objections to everything other than the plea agreement, which I

25   will want to see again if you have a copy of it -- somebody has

```
 1   a copy of it.

 2            MR. DANTE:  May I approach?

 3            THE COURT:  Yes, sure.  Thank you.

 4            Thank you.

 5            Where is Mr. Reiter?

 6            Mr. Reiter.

 7            MR. REITER:  Yes, your Honor.

 8            THE COURT:  As far as the deposition is concerned,

 9   Mr. Aguirre's deposition, you only want to have him discuss his

10   signature page, correct?

11            MR. REITER:  Correct.

12            THE COURT:  Okay.  The other portion that you just

13   asked me to allow you to present, that has -- that's not part

14   of the deposition?

15            MR. REITER:  Correct.

16            THE COURT:  Okay.  So that would be just something

17   over and above the deposition testimony.

18            MR. REITER:  Correct, your Honor.

19            THE COURT:  Okay.  So how about I am going to reserve

20   ruling on that other aspect of the plea agreement.  I will let

21   you ask him about whether he signed it, and that's his

22   signature, but the other provision I will reserve ruling on,

23   and we will discuss it another time.

24            MR. REITER:  Thank you, your Honor.

25            THE COURT:  Okay.  So does that take care of
```

```
 1   Mr. Aguirre's deposition?

 2            MR. DANTE:  No, it does not.

 3            THE COURT:  No, it doesn't.  Okay.

 4            MR. DANTE:  So I think, your Honor, we briefly touched

 5   on the other issue with Mr. Aguirre's deposition, and

 6   unfortunately, the video clip that we received very late last

 7   night included portions of the deposition that had not been

 8   designated and had not been objected to or ruled on by this

 9   court.

10            It's our position that anything that had not been

11   designated and provided to both the defendant and the court

12   should not be played in court tomorrow or today, when which it

13   was expected to be.

14            So with respect to specifically the video includes

15   page 33 of the deposition, line 4 through line 25.  And that

16   was not previously designated, and we believe that should be

17   cut from the video because it hasn't been previously

18   designated.

19            THE COURT:  Is that the only one?

20            MR. DANTE:  And there was -- there is a couple issues,

21   if I can tick through them one by one.  Do you want me to give

22   you that page and line number again?

23            THE COURT:  Yes, please.

24            MR. DANTE:  Okay.  So the first one is page 33, and

25   it's line 4 to 25 on page 33.  And that was not previously
```

1   designated, so that should be excluded from the video clip.

2          THE COURT:  Okay.  And what else was not previously

3   designated?

4          MR. DANTE:  And then on page 44, lines 11 through 16,

5   the video that was provided to us included a stray question,

6   and the answer was already excluded by the court's order.  So

7   we believe the question should also be struck.  We don't

8   believe that should be controversial.

9          THE COURT:  44, line 11 through 16, I sustained the

10  objection to that.

11         MR. DANTE:  Yes.

12         MS. KROEGER:  It's already been taken out, your Honor.

13  We sent them a clip with that taken out.

14         MR. DANTE:  Is that the clip you gave us this

15  afternoon?

16         MS. KROEGER:  Yes.

17         MR. DANTE:  We haven't had a chance to look at it,

18  your Honor.  We've been in court, obviously.

19         THE COURT:  So they are saying that one's resolved.

20         What else?  What else has been included that you say

21  was not previously designated?

22         MR. DANTE:  That covers it for the designations, your

23  Honor.

24         And then we have a series of objections to testimony

25  based on your ruling on the motion in limine on the plea

```
 1    agreement.  The -- since your order excluded any -- excluded

 2    the plea agreement and any, you know, testimony concerning the

 3    substance of the plea agreement, there is a number of lines in

 4    here that have been designated that are -- that basically

 5    discuss the plea agreement itself by the witness, and we

 6    believe that that should be excluded by your motion in limine

 7    order.

 8              THE COURT:  I thought Mr. Reiter only indicated he

 9    wanted to discuss the plea agreement with respect to

10    Mr. Aguirre signing it, and that was the only thing I

11    understood he intended to present.  But if I am wrong, then --

12    or if he's wrong, then we -- I need to discuss that further.

13              What other parts of the plea agreement are discussed

14    in the testimony that's being offered?

15              MR. DANTE:  So it says, if I can draw your attention,

16    your Honor, for example, page 72, lines 18 through 20.

17              THE COURT:  Okay.  Again, I don't see page 72 in the

18    designations that I was given.

19              MR. DANTE:  Okay.  Your Honor, that is in the video,

20    though, that we have been provided.

21              THE COURT:  So that's another one where it was a

22    section that was not designated.

23              MS. KROEGER:  No, your Honor, that's incorrect.

24    What -- Leslie Kroeger on behalf of the plaintiffs.

25              My understanding of what you were sent for this
```

1    deposition was only what they objected to.  And based upon our

2    records of Mr. Aguirre, lines -- 72, 1 through 25, was

3    designated and there was no objection.

4         I will just say it would be wonderful if we could meet

5    and confer and perhaps work out some of these issues, and we

6    will do our best to try to make that happen.  Because I think

7    some of these would be easily resolvable without involving the

8    court time.  We will try to do that going forward.  Plaintiffs

9    are open to that.

10        MR. DANTE:  And we certainly tried to do that this

11   morning, your Honor.

12        THE COURT:  So was this designated or was it not?

13        MS. KROEGER:  Page 72, line 1, page 72, line 3,

14   page 72, line 5 through 25, going on to page 73.  I didn't

15   exactly hear what the full objection was to the sections.

16        Mr. Dante, where did you stop?  Was it just 72?

17        MR. DANTE:  It may be easiest, your Honor, if I could

18   read the testimony to you and you could make a determination as

19   to whether it's the same thing that plaintiffs' counsel

20   represented to you.

21        MS. KROEGER:  There was no objection, your Honor, to

22   the designations.  Otherwise we would have submitted those to

23   you.

24        MR. DANTE:  And, your Honor, there was a motion in

25   limine to the substance generally to that topic, and there was

```
 1    an order that was provided that said there could be no

 2    references to the plea agreement.  And so what we are just

 3    asking for is for that order to be enforced.

 4              THE COURT:  So you are saying, Mr. Dante, that because

 5    there was an order that dealt with the plea agreement, even

 6    though they designated portions of the deposition that dealt

 7    with the plea agreement, you didn't object?  You were relying

 8    on the prior order?

 9              MR. DANTE:  The order was after the objections, your

10    Honor.  So the order came after.

11              We raised in our objections that any of our motions in

12    limine that covered these topics, they would obviously govern

13    the scope of what the evidence -- the admissibility of certain

14    evidence.

15              And so there's -- in particular with Mr. Aguirre's

16    testimony, there is two general topics that are covered by your

17    motion in limine order.

18              One is on -- one is this -- the plea agreement, and

19    there is various lines of his testimony that go specifically to

20    the plea agreement.

21              The other area that we are going to focus on next,

22    just so we know where we are going, is references to Chiquita's

23    financial size.  And that was also an order on a motion in

24    limine in which the court said that plaintiffs were not able to

25    provide evidence of, you know, Chiquita's financial size or
```

1    revenues or profits.

2           And so that's the next area of topic that we are going

3    to discuss.

4           THE COURT:  Okay.  Well, let me just ask you this:  In

5    view of the opening statement that Mr. Cioffi just made, how --

6    again, I am making these rulings before trial.  I don't know

7    what the evidence is going to be.  Mr. Cioffi spent a good half

8    an hour, if not more, talking about Chiquita's financial

9    situation.

10          Why hasn't the door now been opened for that to come

11   in?

12          MR. DANTE:  And, your Honor, with all due respect,

13   Mr. Scarola stood up here and violated the order that you had

14   already previously entered on Chiquita's financial conditions.

15          And we did object during Mr. Scarola's opening to his

16   comments about Chiquita's gross revenues, about the profit, and

17   millions or billions of dollars in revenue.  We objected.  Your

18   Honor overruled that objection during the opening argument.

19          So with all due respect, it was not Mr. Cioffi's

20   opening statement that opened the door to that issue.

21   Mr. Scarola sat up here and time and time again, and we could

22   go back and pull up from the real time, reference Chiquita's

23   financial size, its profits, over and over again in violation

24   of your -- of your Honor's ruling on this issue in his opening

25   argument.

1          MR. SCAROLA:  I am not sure whether that is an

2     invitation for me to respond, your Honor, but I would only say

3     that everything that I said in opening statement with regard to

4     Chiquita's financial condition is taken directly from the

5     factual proffer.  And I did not go beyond the factual proffer.

6          As to which my understanding is there has been an

7     agreement that it is coming into evidence.  And your Honor has

8     clearly indicated it is coming into evidence.

9          MR. DANTE:  And, your Honor, I can quote from

10    Mr. Scarola right here:

11          "Protecting Chiquita's interests in making its

12    billions and billions and billions of dollars of annual revenue

13    from growing and shipping bananas."

14          That, your Honor, does not come from the factual

15    proffer.  That's Mr. Scarola's argument.

16          MR. REITER:  Your Honor, may I address this?

17          THE COURT:  Hold on.  Mr. Scarola.

18          MR. SCAROLA:  I am happy to quote the factual proffer

19    where the $2.6 billion in annual revenue is agreed to be proven

20    by the federal government beyond and to the exclusion of every

21    reasonable doubt.

22          MR. DANTE:  And, your Honor, the fact that it's in the

23    factual proffer does not somehow overrule your order on

24    financial condition.

25          The factual proffer itself is admissible.  We agree

1    with Mr. Scarola on that issue.  We filed a motion in limine on

2    this particular issue on their ability to present evidence of

3    Chiquita's financials during this trial.  Your Honor agreed

4    with us, and precluded them from doing it.

5          So Mr. Scarola decided that he was going to cherrypick

6    from the factual proffer this billion-dollar revenue number so

7    that he could get it in front of the jury and then elaborate on

8    it over and over and over during his opening argument.

9          So that is directly in violation of the court's order

10   on this.  And so I submit to you that, with all due respect,

11   it's the plaintiffs who violated the order to start out this

12   case.

13         THE COURT:  I didn't say Mr. Cioffi violated an order.

14   I said he may have opened the door to the evidence coming in.

15         So anyway, what did you want to say, Mr. Reiter?

16         MR. REITER:  Your Honor, the evidence that is in

17   the -- Mr. Aguirre's testimony concerning the revenues that

18   were generated when Chiquita sold the company to Banacol,

19   Chiquita has made a great point about what problems

20   economically they would face and what their economic motives

21   were in staying in Colombia.

22         When I deposed Mr. Aguirre, I went through very

23   carefully whether or not Chiquita suffered any losses in

24   revenue after it sold to Banacol.  So this concerns the 2003 to

25   2004 to 2005 period.  It's a very limited period.  Not what

1   their finance condition is today.

2        The whole question was, Chiquita has set up in its

3   defense all of these economic factors in which they say they

4   had no choice but to stay in Colombia because it would cost

5   them money and it would be a problem to employees and all these

6   other things.

7        The testimony that I elicited from him in the -- that

8   comes directly out of Chiquita's annual reports, the 2003,

9   which was the first report where Mr. Aguirre signed it, 2004

10  and 2005.  And in those reports, it shows that by selling to

11  Banacol, they made as much or more money from bananas as they

12  had before.

13       And that really was the point of this.  Not to show

14  their financial condition.  We are not interested in their

15  financial condition.  We are interested only in what they made

16  from bananas during those years after they sold to Banacol.

17  And the evidence was, according to Mr. Aguirre and the reports,

18  the annual reports which he testified were the truth, he said

19  specifically, these are the truth.  If it's in the reports, the

20  annual reports, this is the truth.

21       And what he said the truth was, was in every one of

22  those years after they sold to Banacol, they made more money

23  from the sale of bananas than they ever had before when they

24  were in Colombia themselves.  And that was the point of the

25  examination.

1          And it is definitely relevant based upon the -- what

2     the defendant has tried to set up in this court as to the fact

3     that they say they had no choice but to stay in Colombia, it

4     would have cost them money, and so forth.

5          This was the point of the examination, that they did

6     not suffer economically from the sale to Banacol.  That was the

7     point of it.  And I think that is a very relevant point, and I

8     propose, your Honor, that that is something the jury should

9     know because they are trying to say it would have hurt them to

10    leave Colombia.  In fact, economically, it helped them.

11         MR. DANTE:  And, your Honor, respectfully, that is not

12    what our argument is, that is not what Chiquita is saying.  And

13    to the extent that Mr. Reiter thinks that that's what we are

14    saying, then I would respectfully suggest to your Honor that

15    this deposition be held off, this portion of the deposition be

16    held off for plaintiffs' rebuttal case and to see what actually

17    Chiquita does say in the rebuttal case.  Because that is not

18    what our theory of the case is.

19         MS. KROEGER:  Judge, we prepared the clips based upon

20    your rulings.  They did not object.  That was not sent to you

21    for you to rule.  So other than the one question, the answer

22    which we had already taken out and provided them with a new

23    clip, it is based upon your rulings on the depo designations.

24         MR. DANTE:  And, your Honor, like any other live

25    witness, just because your Honor ruled on something, you know,

```
1    your Honor ruled on a motion in limine to preclude this type of

2    evidence.  This testimony.  And so we reserved our right in the

3    objections to the deposition designations to apply any of your

4    rulings in connection with the motions in limine.

5              That's all we are trying to do.

6              Your Honor, we would have been happy to work this out

7    sooner.  We received the deposition clips at 10:30 p.m. last

8    night.  So we did not -- we had to watch the videos through the

9    middle of the night in order to determine whether we had

10   objectionable -- objections to any of the testimony that was

11   included in their clip.  And this is what we did.

12             MS. KROEGER:  They received a PDF at 7:30 last night.

13   And as we discussed with your Honor yesterday, we were not

14   anticipating having a witness today.  And actually there had

15   been a thought that Mr. Aguirre would be live and that all got

16   worked out.

17             So we did -- we got it to them as quickly as we could.

18   They had a PDF of the exact video clip earlier.  My apologies.

19   I did not realize that we were supposed to get them the clip.

20   I couldn't even figure out on how to get the clip to them,

21   Judge.  To be perfectly honest, I had to get somebody else in

22   the IT department to help do that.  So we got it to them as

23   quickly as I was physically able to figure out.

24             THE COURT:  All right.  I am going to ask you to take

25   out the sections dealing with the financials at this point
```

```
 1    without prejudice to you being able to submit that at a later
 2    time depending upon how the evidence develops.  All right?
 3              MS. KROEGER:  Thank you, Judge.
 4              MR. DANTE:  And, your Honor, just the objection to the
 5    description of the plea agreement, can I read that testimony in
 6    the record so you can make a decision on it?
 7              THE COURT:  Sure.
 8              MR. DANTE:  So, your Honor, this is -- I am quoting
 9    from the deposition pages 72, this 72, lines 18 through 20, and
10    then 72:24, through page 74, line 8.  And the beginning part of
11    this does sort of correspond with what plaintiffs' counsel told
12    you.
13              "QUESTION:  And I am first going to call your
14    attention to the plea agreement.
15              "And on page 8, it has a Xerox copy of your signature
16    on it; is that correct, sir?
17              "ANSWER:  Yes.
18              "QUESTION:  And this is an accurate copy of a
19    signature you have fixed to an original document; is that
20    correct?
21              "ANSWER:  Yes.
22              "QUESTION:  And it says at the top of this page 8,
23    defendant's agreement.  'I am the chairman of the board of
24    directors, president, and chief executive officer of Chiquita
25    Brands International.  I am authorized by Chiquita Brands
```

1    International to act on its behalf in this matter.'

2          Continuing the quote.

3          'I have read this plea agreement and carefully

4    reviewed every part of it with the corporation's attorney Eric

5    H. Holder, Junior.  I am fully satisfied with the legal

6    services provided by Mr. Holder in connection with this plea

7    agreement and all matters relating to it.

8          'I fully understand this plea agreement and

9    voluntarily agree to it.  No threats have been made to me or

10   Chiquita Brands International Inc., nor am I under the

11   influence of anything that could impede my ability to

12   understand this plea agreement fully.  No agreements, promises,

13   and understandings or representations have been made with, to,

14   or for me or Chiquita Brands International, Inc. other than

15   those set forth above.'  And this is dated March 12, 2007.

16         "And, sir, is this a plea agreement which you entered

17   into on behalf of Chiquita Brands International?

18         "ANSWER:  Yes, it is."

19         And then the testimony goes on, on the plea agreement,

20   and he says:

21         "QUESTION:  And with regard to the plea agreement,

22   which I know you have a copy in front of you, I just want to

23   ask you a few questions about that.  This plea"--

24         MR. REITER:  That's improper.

25         MR. DANTE:  I am sorry.  I am reading the testimony.

```
 1    It says:  "With regard to the plea agreement."

 2              MR. REITER:  What's that?

 3              MR. DANTE:  91 through 92.

 4              "QUESTION:  And with regard to the plea agreement,

 5    which I know you have a copy in front of you, I just want to

 6    ask you a few questions about that.  This plea agreement

 7    indicates on page 1 that, quote, your client agrees to waive

 8    indictment and enter a plea of guilty to Count 1 of a Count 1

 9    criminal information to be filed" --

10              THE COURT:  Can you hold up?

11              Can I just see that, please?

12              MR. DANTE:  Sure.

13              THE COURT:  I am trying to understand, Mr. Reiter,

14    what is it you want to present?  I thought you only wanted to

15    present the signature line and his admission that he signed it.

16              Am I missing something?

17              MR. REITER:  Your Honor, I believe we did actually

18    designate this portion of the plea agreement.

19              THE COURT:  Okay.  Well, I ruled the plea agreement

20    should not be admitted.  So I am trying to give you --

21              MR. REITER:  I understand.

22              THE COURT:  -- some leeway.

23              MR. REITER:  I understand.

24              THE COURT:  So if you want to read the provision --

25    the portion that says, "I am going to call your attention to
```

```
 1    the plea agreement and on page 8 is a Xerox copy, is that your

 2    signature; is that correct, sir," and "is this an accurate copy

 3    of your signature," and --

 4              MR. REITER:  Your Honor, I withdraw this part of it

 5    because I don't think it adds anything anyway, to be frank.  I

 6    think the whole point is that he signed it voluntarily.

 7              I think that is the part of this that is important for

 8    us.  This portion is not.  I will withdraw that portion of it.

 9              THE COURT:  Okay.  So --

10              MR. REITER:  That counsel just read on page 91, 92.

11              THE COURT:  So where is it that he admits to signing

12    it voluntarily?

13              MR. REITER:  I think that portion that he -- when he

14    signed it, that first portion of it.  I asked him at the time,

15    did he sign it voluntarily.

16              THE COURT:  I mean, I will let you read up to the

17    point where he says, "I am authorized by Chiquita Brands

18    International to act on its behalf in this matter."

19              MR. REITER:  Fine.  Okay.

20              THE COURT:  I will let you read up to there.

21              MR. REITER:  Yes, your Honor.

22              THE COURT:  Okay.  The rest of it I will sustain.

23              Anything else on Mr. Aguirre?

24              MR. DANTE:  Give me one second, your Honor, to confer

25    with my colleagues.
```

1           One other minor issue with Mr. Aguirre's deposition.

2     We affirmatively designated approximately three minutes of his

3     testimony, and we believe that, you know, just in the interest

4     of efficiency that those three minutes, subject to any

5     objections that have been sustained, should also be just played

6     to the jury so that we are not having to do a separate video

7     play.

8           THE COURT:  I assumed everything was going to be

9     presented.  We weren't going to split it up and only present

10    the plaintiffs in their case and then we are going to present

11    your designations in your case.  I thought -- I thought we --

12    everything would be presented at one time.

13          MR. DANTE:  That's not how the clip plays right now,

14    your Honor.  It omits our three minutes.  So we would ask that

15    that be included and -- for completeness.

16          MR. REITER:  Which three minutes are those, Frank?

17          THE COURT:  All right.  Well, going forward, we

18    shouldn't be splitting the deposition up, plaintiffs' portion

19    played in its case and the defendant's designations are

20    presented in another -- at another time.  They need to be all

21    presented at once.

22          MR. SCAROLA:  Your Honor, I don't believe that that

23    will be an issue with regard to this deposition.

24          However, it may be an issue that we will want to bring

25    to the court's attention at a later time when the defendant has

1    gone into an entirely separate area that is not at all

2    responsive to the plaintiffs' initial designations, that is an

3    attempt to try the defendant's case in the middle of the

4    plaintiffs' case.

5         And if this were a live witness and the

6    cross-examination were beyond the scope of direct examination,

7    presumably your Honor would sustain an objection and require

8    the defendant to put that witness on for its purpose in its

9    case.

10        It is even more convenient for that to be done when

11   what we are talking about is deposition testimony, not

12   involving an inconvenience to the witness and having to re-call

13   the witness back.

14        So I don't think we need to address that now.  I would

15   prefer that the issue be addressed in the context of a specific

16   example where we feel that the defendant is going substantially

17   beyond direct examination and ought to be required to put

18   whatever the testimony is in the defendant's case.

19        THE COURT:  All right.  Well, that's fine.  You can

20   raise an objection at the time you think that situation is

21   arising.  But I am just giving you my -- my general approach to

22   it is that I would expect everything to be presented at one

23   time, but I am not, you know, saying I wouldn't allow it the

24   way you are suggesting if I was convinced that it was beyond --

25   it was something that was inappropriate.

```
 1              MR. SCAROLA:  Thank you, sir, appreciate that.

 2         And if we are finished with that, I can provide the

 3    Court with more information regarding the iAnthus concern that

 4    I referenced.

 5         Your Honor, that litigation is a case that I have been

 6    involved in for six years.  iAnthus is a Canadian corporation

 7    that owns and operates medical marijuana dispensaries.

 8              iAnthus does not conduct business in the state of

 9    Florida under that corporate name.  It has a wholly owned

10    subsidiary called Grow Healthy.  It's Florida dispensaries are

11    Grow Healthy dispensaries.  And I don't think outside Canada,

12    it has any dispensaries, if it has some there, and I don't

13    think it has them there either, that operate under the

14    corporate name iAnthus.

15         So the fact that this juror, who does not disclose any

16    affiliation with iAnthus in the juror questionnaire, was

17    wearing that shirt may strictly be a coincidence, but it's a

18    very odd coincidence because this is a Canadian company with no

19    named connections to the state of Florida.

20         So I think it's something that probably needs to be

21    addressed.

22              THE COURT:  I already said we were going to.

23              MR. SCAROLA:  Yes, sir.  But I wanted to provide the

24    court that additional background.

25              There is one additional matter, and that is that juror
```

```
1    number 125, Mr. Rodriguez, appears to be sleeping on a fairly
2    regular basis.  Now, it may be that he just leans back in his
3    chair, gets comfortable and closes his eyes, and is fully
4    paying attention, but it doesn't appear that way.
5          It appears that he is asleep from time to time.  And I
6    want to call the court's attention to that so that the court
7    itself can take note of any lack of attentiveness on
8    Mr. Rodriguez's part.
9          THE COURT:  Well, I did notice that earlier this
10   afternoon, and I made an overture to the gentleman sitting next
11   to him to give him a nudge.  And I think Mr. -- what's the
12   gentleman's name, the outspoken gentleman, is it Mr. White?
13         THE CLERK:  Mr. White, number 5.
14         THE COURT:  I think Mr. White saw my motion and turned
15   around and got his attention.  I think that's what happened.
16         Yes, we will keep an eye on it.  It was brought to my
17   attention in the morning session that he may have been dozing
18   off.
19         MR. SCAROLA:  I think Mr. White answered a 5 on I am
20   my brother's keeper question.
21         THE COURT:  But I will point out that I believe you
22   struck him and then put him back on the panel.
23         MR. SCAROLA:  That did happen.
24         THE COURT:  So I will say you got what you wanted.
25         MR. SCAROLA:  No, sir, we didn't want a sleeping
```

```
1    juror.

2          THE COURT:  Okay.  Well, you will have to talk to

3    Mr. Reiter because I think he was the one who convinced you to

4    put him back on the jury.

5          MR. SCAROLA:  Noted.

6          Thank you, your Honor.  I appreciate all of your

7    patience today.

8          THE COURT:  I am not sure I am showing much today.

9          MR. DANTE:  Your Honor, we have two more issues.

10         THE COURT:  Two more issues.

11         MR. SCAROLA:  A premature expression of gratitude.

12         MS. FUNDORA-MURPHY:  Your Honor, I am very sorry to be

13   the bearer of bad news, but there are actually five other

14   depositions that the plaintiffs intend to play tomorrow.

15         We received those clips throughout -- and the

16   designations throughout the afternoon today between noon and

17   4:00 p.m.  We haven't really had the time to analyze it

18   completely.  We expect or we're just trying to let the court

19   know that there might be similar issues the way we are having

20   with Mr. Aguirre.

21         I mean, this procedure of just getting things at the

22   very last minute is clearly not going to be workable for the

23   parties or for the court.  So I think we are going to need to

24   modify these disclosures because there's not sufficient time to

25   review, argue, have your Honor's input.  I mean, I don't know
```

1    how this is going to work going forward.

2            THE COURT:  You are planning on playing five

3    depositions tomorrow?

4            MS. KROEGER:  Yes, your Honor.  We have a day planned

5    for depositions tomorrow.  They are all prepared based upon

6    your rulings.  So I would just say if there are things that

7    they did not object to, we did not go back to look for that.

8            So if they can get that to us this evening, the sooner

9    that we know -- and actually everything was provided to them

10   ending at 12:00 p.m.  There were two volumes that we went back

11   through because I was concerned they weren't quite correct.

12   Those two volumes were then produced.  I think the last one was

13   4:30.  I can look up the exact time because I am keeping time

14   now.

15           But, you know, we have a whole team working; they have

16   a whole team working.  So we are just going to have to work

17   cooperatively together.  And we are going to do that, we are

18   prepared to do that.  And we have discussed whether we can move

19   up the time of exchange.  We are going to continue to discuss

20   that.

21           But along with that must come the responsibility of

22   Chiquita, in turn, not to just show up and announce that they

23   have problems or objections but to actually work with us and

24   meet and confer so that we can fix things.  We want to get this

25   moving.

```
1              THE COURT:  Okay.  Well, when did you give them these
2    depositions for tomorrow?
3              MS. KROEGER:  Today before noon, which was the
4    agreement.  Noon before -- we gave them the proffer last night.
5    Noon before the day of testimony is when the agreement was that
6    we would give them the page, the clips, and the exhibit
7    numbers.  We did that.
8              MS. FUNDORA-MURPHY:  Respectfully, your Honor, that's
9    not what we agreed to.  We agreed to 24 hours in advance for
10   the video clips, so we should have received them this morning.
11             But either way, that's obviously not going to be
12   workable.  This is going to take up time tomorrow morning for
13   us to present any issues we have.
14             Clearly, just going off of the objections that were
15   submitted I think in August or September is not going to cover
16   the entire scope of possible objections, it's not going to
17   cover your Honor's motions in limine, it's not going to cover
18   all of the other things that have happened in the interim six
19   months.
20             And so there is going to have to be time to hash these
21   things out, and it's just going to take up time for the jury in
22   the morning sitting around while we hash out all these videos
23   and send them back to the tech people to reformat the clips.  I
24   mean, there just needs to be more time.
25             THE COURT:  Who are the witnesses you are intending to
```

1    call besides Mr. Aguirre tomorrow by deposition?

2              MS. KROEGER:  We have Barbara Howland's deposition

3    which will be read.  We just received your rulings today on

4    Nunez Cabrales, so we are -- our tech person who is in the room

5    and able to work is about to hopefully finish that up.  Veloza

6    Garcia, Mancuso, Mr. White, and Mr. Ordman.

7              That may take more than the day, especially, you know,

8    once we adjust.  We have live witnesses Thursday.  So we have

9    already advised that we are going to try and fill every

10   possible minute to get testimony in front of the jury.  If we

11   can't get through all the depositions, we're going to take live

12   witnesses on Thursday.  We have a few live witnesses prepared

13   for Friday, and then we will pick back up with depositions.

14             MS. FUNDORA-MURPHY:  And, your Honor, that's actually

15   six.  What Ms. Kroeger just read to you would be six.  We have

16   an issue with Ms. Howland, a separate issue that we'd like to

17   raise with your Honor as well.

18             THE COURT:  In terms of what?

19             MS. FUNDORA-MURPHY:  So, your Honor, last night -- so

20   Ms. Howland received a subpoena last Wednesday to appear live

21   and offer live testimony.  That was contemplated at the final

22   pretrial conference.  It was discussed by the parties.  She

23   actually received a second subpoena yesterday in the

24   courthouse.  Those subpoenas were filed on the docket today.

25             So we were all under the impression that they were

1    going to question her live, but then late last night we got an

2    email that says they intend to read her deposition.

3              So it's not clear if they intend to do both, have her

4    appear live and play her deposition.  We would strongly object

5    to that.  And we -- I mean, she's available.  We think she

6    should be questioned live in the courtroom.  She was referenced

7    during opening statements.  The jury is going to be very

8    confused as to why the witness, who is sitting here in front of

9    them, is not being questioned live and her video is being

10   played.

11             Certainly if they intend to do both, question her live

12   and play her video, it's going to be confusing as to which

13   way -- which -- how much weight they are supposed to give to

14   one form of testimony versus another.

15             Your Honor, we have prepared a bench memo, if you'd

16   like to see it.

17             Simply because this is 30(b)(6) testimony does not

18   give them free range to do whatever they like and present

19   testimony in any -- yes, your Honor, that's a good point.

20             Just a point of clarification.  There is actually no

21   video of Ms. Howland.  So they would have to read the

22   testimony.  Again, it was -- it hasn't been disclosed how they

23   intend to do that.

24             If they opt to only read her testimony, again, we

25   think she should just be questioned live.  She is here, she is

```
 1   available.

 2              But if they are going to read her testimony, we think

 3   she should be the one to be sitting, at a minimum, in the

 4   witness box reading her own answers so that the jury can see

 5   her and understand what's going on.

 6              But again, we think that there is a preference for

 7   live testimony, there -- even -- just because Rule 32 says that

 8   they may use the 30(b)(6) deposition for any purpose, nothing

 9   in the rule indicates that they can use it for -- at any time

10   for -- in any manner that they see fit.  Many, many courts have

11   ruled that.  Courts routinely limit the option of presenting

12   the deposition when the witness is available for trial.

13              So again, they asked to question her live, they

14   subpoenaed her twice, she is here, she is ready to go.  We

15   think that's the preferable way of having her testify in this

16   case.  But we certainly don't think they should be able to do

17   both.

18              THE COURT:  Okay.

19              MS. FUNDORA-MURPHY:  Your Honor, if I may approach if

20   you'd like to see this memo.

21              THE COURT:  Sure.  Thank you.

22              Mr. Scarola, did you want to say something?

23              MR. SCAROLA:  Only if I need to, sir.

24              THE COURT:  Well, I mean, it would be helpful to know

25   whether she needs to be under subpoena if you are going to read
```

 1   her deposition.

 2          MR. SCAROLA:  Your Honor, we were informed that

 3   Barbara Howland was going to be Chiquita's corporate

 4   representative present throughout the trial.  And it is our

 5   intention, as we are permitted to expressly under the rules,

 6   publish the deposition testimony of the 30(b)(6) witness.

 7          Whether it is necessary for us to call Barbara Howland

 8   at a later time with regard to other matters is something that

 9   we will determine at a later time in the future, but we clearly

10   want to preserve the option to be able to do that because she

11   is Chiquita in the courtroom now.

12          THE COURT:  Okay.  All right.  Well, in terms of

13   whether she -- they can read her deposition, yes, they can read

14   her deposition if they choose to.  And I will be perfectly

15   happy to explain to the jurors that under the rules, as

16   Mr. Scarola alluded to in his opening, the -- a party is able

17   to use a 30(b)(6) deposition if it chooses or they choose to.

18          If, after they read her deposition, they want to call

19   her again, I guess at that time you can raise an objection and

20   I will decide whether or not they should be allowed to call her

21   for -- as a live witness.

22          But at this point, I don't see any basis for me to

23   say, no, they can't use the deposition.

24          MS. FUNDORA-MURPHY:  Respectfully, your Honor, I

25   understand your ruling.  Our bench memo does lay out many, many

```
1    courts who have asked the 30(b)(6) or ordered 30(b)6 to testify
2    live and for the deposition to only be used for impeachment
3    purposes.  We will reraise the objection if they try to call
4    her live.
5         We would just ask that when it is read, that
6    Ms. Howland be the one to read her answers.
7         THE COURT:  Is that how you were intending to present
8    it?
9         MR. SCAROLA:  It is not how we were intending to
10   present it.  We did not anticipate that Ms. Howland is going to
11   be able to read her own answers.
12        THE COURT:  I am not going to require you to have her
13   read the deposition.  And again, I understand that I have
14   discretion, but at this point, I believe that they should be
15   entitled to use the deposition answers they have got and not
16   have to rely on the deposition to impeach her if she changes
17   those answers.
18        So if they have answers that they are happy with and
19   they want to read them to the jury, then they are free to do
20   that.  And if you want to put her on to either supplement or
21   give further explanation of her answers in the deposition, then
22   you are free to do that in your case.
23        But -- and again, if they want to, after reading her
24   deposition, call her as a witness, I will deal with that if and
25   when that case arises.
```

```
 1              MS. FUNDORA-MURPHY:  Your Honor, just two points on

 2     that, then.

 3              One is that we think fairly our counterdesignations

 4     should also be read to the jury at the same time for

 5     completeness.  As we saw today, I mean, we think that that's

 6     only fair.  And so that's one point.

 7              And the other point is that we, of course, reserve our

 8     right to call Ms. Howland live ourselves.

 9              THE COURT:  Of course.

10              MS. FUNDORA-MURPHY:  Thank you.

11              THE COURT:  I mean, again, at this point, I would say

12     yes, her -- the counterdesignations should be read unless they

13     convince me that there is some reason that they shouldn't.  But

14     that would be my preference and my -- the way I would normally

15     handle it, that they -- if you are going to read a portion of

16     the deposition, you need to read the counterdesignations,

17     again, unless you can convince me that there's some reason that

18     that shouldn't be permitted.

19              MR. SCAROLA:  I don't anticipate the need in the

20     context of this discussion to raise that issue with the court.

21              THE COURT:  Okay.

22              What other issues do we have?  Was that it,

23     Ms. Murphy?

24              MS. FUNDORA-MURPHY:  Yes.  I just want to clarify -- I

25     am not clear on that answer, if Mr. Scarola intends to present
```

```
1    her deposition multiple times throughout their case or...

2              THE COURT:  No, he only gets to do it once.

3         MS. FUNDORA-MURPHY:  Thank you.  And then so when we

4    review those designations which we only got today, we will have

5    counters and we will send that to the plaintiffs.  And we --

6    and then I guess we will have to deal with it in the morning.

7              THE COURT:  Wait a minute.  Why aren't the counters

8    already in the -- why haven't you already given the counters?

9         MR. SCAROLA:  They have.  We have relied upon what has

10   already been disclosed.  The court has relied upon what's

11   already been disclosed in making objections -- excuse me -- in

12   reviewing objections, and we are prepared to publish the

13   deposition in accordance with their designations, their

14   counterdesignations, and the court's rulings.

15        MS. FUNDORA-MURPHY:  All I am saying is that we have

16   to verify, of course, that all of our counters are -- I mean --

17             THE COURT:  They are going to read it.  It's not like

18   it's a video deposition.

19        MS. FUNDORA-MURPHY:  Okay.  And hopefully that our

20   counters are accounted for in what they sent to us, and we will

21   confirm that.  If there's any issue, we will let them know.

22             THE COURT:  If they don't read some counterdesignation

23   that you submitted, jump up and say they have left out

24   counterdesignation on page 300 or whatever it is.

25        MS. FUNDORA-MURPHY:  And then can we -- I guess we
```

```
 1   will assume that the subpoenas is quashed?

 2            MR. SCAROLA:  Subpoena is quashed?

 3            THE COURT:  Why is the subpoena quashed?  They said

 4   they were reserving a right to call her as live, and I will

 5   decide if and when they choose to call her live, whether they

 6   should be allowed to examine her further.

 7            I mean, I assume you are going to have her testify in

 8   your case.  And you are not going to rely on the deposition,

 9   and she's already been announced as the corporate

10   representative.  She is going to leave and come back?  I mean,

11   I don't understand what you are concerned about.

12            MS. FUNDORA-MURPHY:  Fine, your Honor.

13            MR. SCAROLA:  If she wants to, she is welcome to leave

14   as long as they will bring her back when we need her.  I don't

15   require her to sit here.  That's up to them.  We will give them

16   two days' notice if we need her back again.

17            THE COURT:  All right.  What else?  Anything else?

18   From either side.

19            MR. SCAROLA:  Nothing else from the plaintiff.

20            MR. DANTE:  That's all from the defendant, your Honor.

21            THE COURT:  Okay.  And you are going to try and get

22   these depositions for tomorrow ironed out with any...

23            MS. FUNDORA-MURPHY:  Yes, we will do our best with

24   tomorrow.  Going forward, can we have an agreement that we need

25   to receive the video clips and the deposition designations
```

```
 1    sooner than the day before?  Because, again, this is -- it's
 2    not going to be workable.
 3            MS. KROEGER:  As I indicated to your Honor, we have
 4    already begun that discussion and I think we can probably
 5    figure that out without the court having to micromanage that.
 6    If we can't, we will come back to you tomorrow.  But I feel
 7    certain, if we are all in a more cooperative spirit, we can
 8    figure this out together.
 9            THE COURT:  Okay.  Let's see if you can work it out.
10    And if you can't, let me know tomorrow.
11            MS. FUNDORA-MURPHY:  Okay.  We will, because this is
12    going to be an ongoing problem.  It's backing up and backing
13    up.  I don't know why we can't just agree right now to a
14    reasonable time like 48 hours at a minimum.
15            THE COURT:  Okay.  Well, why don't you discuss it off
16    the record, and we will talk about it tomorrow if you can't
17    come to an agreement.
18            MS. KROEGER:  Thank you, Judge.
19            THE COURT:  That's it.
20            MR. SCAROLA:  Yes, sir.  Thank you very much, your
21    Honor.
22            THE COURT:  Thank you.
23            I apologize.  I needed clarification in reviewing the
24    deposition of Mr. Arrieta.  I believe Mr. Reiter was the --
25    taking the deposition.  I am trying to figure out who some of
```

1    these people are that are mentioned in the deposition to decide

2    on certain rulings, and one of them was named Hurtado.  Is it

3    Giovanny Hurtado?

4              MR. REITER:  Yes, your Honor.

5              THE COURT:  Who is Giovanny Hurtado?

6              MR. REITER:  Giovanny Hurtado was the port manager for

7    Chiquita during the time that the guns came through the port.

8    He was the port manager employed by Chiquita.

9              THE COURT:  Okay.  Do you disagree with that?

10             MR. CIOFFI:  Well, it depends on the time frame, et

11   cetera, Judge.  But he was -- there's cross-examination about

12   this.  I think the scope of what he was doing, et cetera, is --

13             THE COURT:  I know there's cross-examination.  I want

14   to know who he is so I can decide what to do with these

15   objections.

16             MR. CIOFFI:  He was an employee at the port.  We are

17   not stipulating that he was a manager, et cetera.  That's a

18   representation of the witness.

19             MR. REITER:  There is -- I believe there is an

20   interrogatory answer that defines him as being the manager of

21   the port.

22             MR. CIOFFI:  I don't believe that's true.

23             MR. REITER:  I believe he was the manager of the port

24   and I can independently prove that he was the manager of port.

25             MR. CIOFFI:  Well, it's got to be proven by the

1    deponent, not by Mr. Reiter.

2           THE COURT:  Who is Mr. Garay, G-A-R-A-Y?

3           MR. REITER:  Elberth Garay, he was the supervisor of

4    Chiquita's security department underneath Mr. Buitrago who was

5    the head of the security department.  And Garay was one step

6    underneath him.

7           THE COURT:  Do you disagree with that?

8           MR. CIOFFI:  Yes.  That's a disputed fact, Judge.  His

9    supervisory capacity, that's not accurate.

10          THE COURT:  Right.

11          MR. REITER:  I have to say that I really can't even

12   comment upon what counsel has even said.  Because he clearly

13   was a supervisor, he's testified to be a supervisor, he was

14   directly under Buitrago, and...

15          THE COURT:  You don't disagree that he was an employee

16   of Chiquita?

17          MR. CIOFFI:  That, we don't disagree with.

18          THE COURT:  All right.  And the same with Mr. Hertado?

19          MR. CIOFFI:  That's correct.

20          THE COURT:  Okay.  Thank you.  I just want to -- I

21   wanted some clarification.

22          (Proceedings adjourned to May 1, 2024, at

23   9:00 a.m.)

24

25

C E R T I F I C A T E


          I hereby certify that the foregoing is an accurate

transcription of the proceedings in the above-entitled matter.


April 30, 2024          /s/ Jill M. Wells
                        Jill M. Wells, RMR, CRR, CSR
                        Federal Official Court Reporter
                        400 N. Miami Avenue
                        Miami, FL 33128
                        jill_wells@flsd.uscourts.gov

**MR. CIOFFI: [29]** 5/7 22/7 62/19 66/6
67/17 101/23 102/18 103/1 117/14
130/24 136/23 137/11 139/18 140/3
140/7 140/19 141/24 149/24 166/20
166/22 166/25 172/11 223/10 223/16
223/22 223/25 224/8 224/17 224/19
**MR. DANTE: [64]** 65/22 102/7 102/13
177/20 180/22 181/5 181/11 181/20
181/23 182/4 183/6 183/8 183/15 183/25
184/6 184/11 184/15 185/2 185/5 185/9
185/22 185/25 186/3 186/5 186/8 186/18
186/20 187/12 187/19 188/4 188/7
188/24 190/2 190/17 191/2 192/2 192/4
192/20 192/24 193/4 193/11 193/14
193/17 193/22 194/15 194/19 195/10
195/17 195/24 196/9 197/12 198/9
198/22 201/11 201/24 203/4 203/8
204/25 205/3 205/12 206/24 207/13
211/9 221/20
**MR. GARCIA: [1]** 76/9
**MR. REITER: [46]** 96/23 173/4 173/12
174/7 174/9 174/11 174/19 175/1 175/9
175/16 176/5 176/12 176/20 177/22
178/1 178/19 178/22 179/16 179/18
179/21 179/24 180/23 191/7 191/11
191/15 191/18 191/24 198/16 199/16
204/24 205/2 205/17 205/21 205/23
206/4 206/10 206/13 206/19 206/21
207/16 223/4 223/6 223/19 223/23 224/3
224/11
**MR. SCAROLA: [73]** 5/5 5/14 5/21 5/25
6/3 6/6 6/10 21/9 22/9 55/10 55/16
62/22 62/24 63/4 63/25 65/15 66/4 66/13
67/3 67/16 102/4 102/19 130/21 130/23
137/5 137/17 137/23 138/2 138/19
138/22 139/12 140/11 140/16 140/20
140/23 141/2 141/4 141/6 141/8 141/13
141/19 166/18 170/12 170/18 170/21
170/25 171/4 171/7 171/11 171/14
171/23 172/4 172/10 172/19 198/1
198/18 207/22 209/1 209/23 210/19
210/23 210/25 211/5 211/11 216/23
217/2 218/9 219/19 220/9 221/2 221/13
221/19 222/20
**MR. SCHERER: [2]** 82/9 86/17
**MR. WICHMANN: [4]** 66/25 67/6 68/6
68/8
**MS. FUNDORA-MURPHY: [16]** 211/12
213/8 214/14 214/19 216/19 217/24
219/1 219/10 219/24 220/3 220/15
220/19 220/25 221/12 221/23 222/11
**MS. JORDAN: [1]** 71/19
**MS. KROEGER: [13]** 193/12 193/16
194/23 195/13 195/21 201/19 202/12
203/3 212/4 213/3 214/2 222/3 222/18
**MS. MESA-ESTRADA: [2]** 66/18 90/5
**THE CLERK: [1]** 210/13
**THE COURT: [208]** 5/2 5/8 5/16 5/23
6/2 6/5 6/8 6/12 22/8 55/7 55/13 62/20
62/23 63/1 63/24 64/1 64/14 64/22 65/19
66/2 66/9 66/14 66/16 66/22 67/1 67/4
67/8 67/19 68/7 82/8 86/16 96/22 101/10
101/21 101/25 102/5 102/11 102/14
102/16 102/20 102/22 117/12 130/22
136/22 136/24 137/15 137/20 137/24

138/1 138/15 138/22 139/8 139/16
139/22 140/4 140/10 140/14 140/18
140/22 140/25 141/3 141/5 141/7 141/11
141/15 141/20 141/22 166/21 166/24
169/24 170/10 170/17 170/20 170/23
171/3 171/5 171/9 171/12 171/21 172/3
172/7 172/15 172/21 173/9 173/18 174/8
174/10 174/14 174/25 175/7 175/10
175/19 176/11 176/19 177/21 177/23
178/17 178/24 179/15 179/17 179/19
179/22 181/2 181/7 181/17 181/22 182/3
183/3 183/7 183/9 183/22 184/2 184/9
184/13 184/24 185/3 185/6 185/10
185/24 186/1 186/4 186/6 186/17 186/19
187/8 187/15 187/24 188/5 188/8 188/19
190/12 190/18 191/3 191/8 191/12
191/16 191/19 191/25 192/3 192/19
192/23 193/2 193/9 193/19 194/8 194/17
194/21 195/12 196/4 197/4 198/17
199/13 202/24 203/7 205/10 205/13
205/19 205/22 205/24 206/9 206/11
206/16 206/20 206/22 207/8 207/17
208/19 209/22 210/9 210/14 210/21
210/24 211/2 211/8 211/10 212/2 213/1
213/25 214/18 216/18 216/21 216/24
217/12 218/7 218/12 219/9 219/11
219/21 220/2 220/7 220/17 220/22 221/3
221/17 221/21 222/9 222/15 222/19
222/22 223/5 223/9 223/13 224/2 224/7
224/10 224/15 224/18 224/20
**THE FOREPERSON: [1]** 64/13

**$**

**$10 [1]** 133/3
**$10 billion [1]** 133/3
**$2 [2]** 25/7 42/1
**$2 million [2]** 25/7 42/1
**$2.6 [2]** 22/4 198/19
**$2.6 billion [2]** 22/4 198/19
**$20,000 [1]** 121/22
**$24,000 [1]** 121/22
**$242,000 [2]** 121/22 155/23
**$25 [4]** 23/7 23/13 23/14 24/7
**$25 million [4]** 23/7 23/13 23/14 24/7
**$3 [1]** 109/23
**$5 [2]** 22/5 109/24
**$5 billion [2]** 22/5 109/24
**$850,000 [1]** 42/6

**'**

**'80s [2]** 115/24 127/25
**'90s [6]** 53/18 115/23 123/18 126/2
156/9 159/4
**'l [3]** 203/23 204/3 204/8

**/**

**/s [1]** 225/7

**0**

**0080 [1]** 182/9
**0115 [2]** 180/4 182/12
**01916 [1]** 1/2
**04 [1]** 186/4
**0583 [2]** 179/10 182/15
**0585 [1]** 180/1
**0606 [3]** 173/8 179/25 182/19

**0612 [1]** 180/14
**0740 [2]** 180/7 186/20
**08-md-01916 [1]** 1/2
**0949 [2]** 180/9 186/22
**0950 [2]** 180/12 186/23

**1**

**1 percent [1]** 122/9
**1.7 million [1]** 121/24
**1/2 [1]** 101/24
**10 [4]** 64/3 98/5 99/3 159/18
**10 percent [1]** 103/5
**100 [5]** 30/9 31/22 33/24 41/25 85/25
**10118 [1]** 1/24
**103 [1]** 4/11
**10:30 p.m [1]** 202/7
**11 [5]** 46/19 69/10 159/24 193/4 193/9
**1100 [1]** 2/13
**1156 [1]** 2/10
**11780 [1]** 2/16
**118 [1]** 158/13
**11:00 a.m [1]** 57/3
**11:27 a.m [1]** 64/21
**11:30 [1]** 66/15
**11:46 [1]** 66/15
**11:49 [1]** 67/18
**12 [5]** 3/1 74/14 129/13 180/13 204/15
**125 [1]** 210/1
**12:00 p.m [1]** 212/10
**12:57 p.m [1]** 101/20
**12:59 [1]** 102/15
**13 [8]** 45/9 56/16 69/11 73/19 75/9
84/10 93/20 176/1
**138 [1]** 155/13
**138,000 [1]** 155/6
**138,000 kilograms [1]** 155/6 155/10
**14 [4]** 56/16 86/25 94/19 160/2
**147 [1]** 112/12
**15 [11]** 55/11 55/14 64/2 64/4 64/19
66/12 67/4 69/12 90/24 91/15 160/2
**15 percent [1]** 31/2
**15-minute [2]** 64/3 64/15
**15-year [1]** 154/8
**15th [1]** 2/10
**16 [4]** 69/13 94/20 193/4 193/9
**1612 [1]** 1/18
**1650 [1]** 2/19
**17 [2]** 77/17 174/15
**17 years [2]** 21/21 29/23
**1700 [1]** 3/7
**170901 [1]** 2/7
**173,000 kilos [1]** 155/14
**18 [3]** 72/12 194/16 203/9
**18-year-old [1]** 73/6
**18th [1]** 72/14
**19 [2]** 21/21 96/20
**1980s [9]** 21/13 31/18 33/25 35/25
36/23 93/25 124/11 128/2 128/10
**1988 [2]** 31/24 129/12
**1989 [1]** 148/25
**1990 [4]** 108/16 110/12 110/15 129/13
**1990s [4]** 34/1 36/23 112/17 127/5
**1991 [1]** 124/16
**1992 [2]** 124/15 124/22
**1993 [2]** 125/2 129/17 129/17
**1994 [2]** 30/17 39/8

**1996 [1]** 40/16
**1997 [17]** 25/10 35/25 37/10 40/16 41/24 49/19 79/21 80/1 81/17 94/19 106/10 121/25 142/12 150/5 155/4 155/9 155/13
**1998 [3]** 25/10 76/19 81/12
**1999 [8]** 25/10 74/14 75/9 130/20 130/24 131/1 132/24 133/15
**1:00 [4]** 64/5 64/8 64/12 64/13
**1A [1]** 179/7
**1B [1]** 179/8
**1C [1]** 179/10

**2**

**2,000 [1]** 155/12
**2,000 kilograms [2]** 155/4 155/5
**2-year-old [1]** 99/5
**2/9/04 [1]** 186/4
**2/9/04 memo [2]** 182/20 186/3
**20 [8]** 91/2 92/23 103/20 156/14 160/1 162/22 194/16 203/9
**20 degrees [1]** 111/24
**20 feet [1]** 56/16
**2000 [4]** 25/10 72/11 73/1 121/25
**20005 [1]** 2/13
**20006 [1]** 1/19
**20009 [1]** 2/10
**2001 [17]** 25/10 38/1 53/16 56/11 56/22 57/3 57/5 68/16 90/24 91/15 130/19 131/8 131/13 159/18 159/24 160/7 168/25
**2002 [5]** 25/11 53/15 53/19 155/4 155/9
**2003 [24]** 22/4 25/11 68/21 69/14 98/3 98/17 98/23 108/16 110/12 131/13 136/3 155/11 155/13 157/9 157/11 161/8 162/7 162/11 162/14 163/6 180/8 186/20 199/24 200/8
**2004 [21]** 21/14 25/11 30/17 39/8 39/18 39/18 41/24 49/19 54/4 54/10 86/25 110/15 133/15 148/25 156/9 162/22 180/10 186/5 186/22 199/25 200/9
**2005 [5]** 58/3 180/12 186/23 199/25 200/10
**2007 [9]** 21/21 23/2 23/23 28/10 29/23 54/13 57/19 105/23 204/15
**201 [1]** 3/7
**2013 [1]** 160/1
**2018 [1]** 45/6
**2024 [4]** 1/4 47/10 224/22 225/7
**21 [1]** 4/4
**2139 [1]** 1/13
**22 [1]** 79/21
**222 [1]** 2/19
**24 [3]** 73/1 161/8 213/9
**24,000 [1]** 155/12
**25 [6]** 47/11 95/18 192/15 192/25 195/2 195/14
**25 million [1]** 177/2
**26 [4]** 79/21 80/1 160/21 162/7
**266 [1]** 1/6
**27 [3]** 45/6 94/21 96/17
**2:10 p.m [2]** 101/17 102/14
**2:11 [1]** 102/15
**2:12 [1]** 102/21

**3,000 [1]** 56/13
**3.8 [1]** 133/4
**30 [12]** 1/4 30/1 43/24 75/9 168/12 215/17 216/8 217/6 217/17 218/1 218/1 225/7
**300 [1]** 220/24
**304 [1]** 2/6
**3042 [1]** 2/16
**32 [1]** 216/7
**33 [3]** 192/15 192/24 192/25
**33128 [2]** 3/13 225/9
**33301 [2]** 2/3 3/2
**33401 [1]** 2/20
**33402-3626 [1]** 1/13
**33408-3042 [1]** 2/16
**35 [1]** 34/1
**35,000 [1]** 155/13
**35,000 kilos [1]** 155/13
**350 [1]** 1/23
**3576-13 [1]** 176/1
**3576-3 [1]** 175/23
**3620 [1]** 186/25
**3626 [1]** 1/13
**3:20 [1]** 137/4
**3:21 [1]** 137/25
**3:33 [1]** 137/25
**3:37 [1]** 141/21

**4**

**4,000 [5]** 34/1 39/5 113/15 120/1 132/11
**400 [2]** 3/12 225/8
**400,000 [3]** 110/14 117/4 126/6
**44 [2]** 193/4 193/9
**45 [1]** 66/11
**45202 [1]** 3/8
**46 [1]** 174/14
**47 [1]** 56/13
**47s [2]** 32/21 56/19
**48 [1]** 222/14
**4:00 p.m [2]** 57/4 211/17
**4:29 [1]** 170/9
**4:30 [2]** 140/8 212/13
**4th [1]** 2/3

**5**

**5 million [1]** 56/14
**50 [1]** 42/5
**500N [1]** 2/16
**502 [1]** 2/10
**5:00 [1]** 87/16
**5:50 [1]** 1/5

**6**

**6.9 [1]** 133/3
**609 [1]** 3/2
**633 [1]** 2/2
**6400 [1]** 1/23
**68 [1]** 4/5
**69 [1]** 155/5

**7**

**71 [1]** 4/6
**72 [14]** 76/20 175/4 175/7 175/11 175/14 194/16 194/17 195/2 195/13 195/13 195/14 195/16 203/9 203/9

**72.24 [1]** 203/10
**73 [1]** 195/14
**74 [1]** 203/10
**75 [1]** 38/8
**76 [1]** 4/7
**77 [1]** 95/20
**7:30 [1]** 202/12
**7th [1]** 3/1

**8**

**8-year-old [2]** 68/23 69/19
**800 [3]** 1/18 112/23 114/2
**82 [1]** 4/8

**9**

**90 [2]** 4/9 103/3
**91 [2]** 205/3 206/10
**92 [2]** 205/3 206/10
**938 [1]** 179/8
**96 [1]** 4/10
**9:00 [2]** 170/3 224/23
**9:05 [2]** 1/5 5/1
**9:13 [1]** 6/11

**A**

**a.m [9]** 1/5 5/1 6/11 57/3 64/21 66/15 66/15 67/18 224/23
**abandon [3]** 132/9 150/16 158/2
**abandoned [1]** 120/2
**abandoning [1]** 163/5
**abbreviated [1]** 29/16
**abducted [2]** 92/23 99/9
**abducting [1]** 35/14
**abduction [2]** 38/15 90/23
**abductions [1]** 58/19
**ability [4]** 9/20 31/8 199/2 204/11
**able [25]** 5/10 31/9 35/23 39/24 41/11 63/2 65/9 65/14 105/7 121/1 135/16 138/1 150/20 187/17 187/17 189/15 189/16 196/24 202/23 203/1 214/5 216/16 217/10 217/16 218/11
**about [252]**
**above [3]** 32/7 191/17 225/5
**above-entitled [1]** 225/5
**above.' [1]** 204/15
**absence [1]** 81/16
**absent [2]** 40/9 40/11
**absolute [2]** 42/21 97/16
**absolutely [3]** 5/14 42/8 54/8
**accent [2]** 11/24 90/13
**accept [6]** 17/23 19/5 19/7 19/9 36/11 37/7
**acceptable [2]** 25/14 53/10
**accepted [3]** 25/4 37/6 80/21
**accompanied [2]** 54/14 62/17
**accordance [2]** 186/25 220/13
**according [3]** 41/5 182/18 200/17
**accosted [1]** 87/20
**account [2]** 9/20 177/3
**Accountability [2]** 112/23 114/2
**accountants [1]** 159/3
**accounted [2]** 5/3 220/20
**accounting [4]** 135/15 158/14 158/15 159/4
**accuracy [1]** 60/20
**accurate [5]** 138/25 203/18 206/2 224/9

**A**

**accurate...** [1] 225/4
**accurately** [2] 47/5 139/2
**accused** [1] 73/8
**achieve** [1] 35/23
**acknowledge** [1] 177/24
**acknowledged** [5] 38/17 60/24 177/14
178/3 190/22
**acknowledges** [1] 161/18
**acknowledging** [3] 22/21 22/22 176/13
**acknowledgments** [1] 29/15
**acquire** [1] 15/17
**acquired** [1] 47/18
**acronym** [1] 34/13
**act** [6] 47/13 47/16 47/17 51/10 204/1
206/18
**action** [2] 11/1 52/16
**active** [2] 34/21 75/24
**actively** [1] 35/13
**activities** [3] 25/2 38/18 69/18
**activity** [3] 33/8 103/20 105/14
**acts** [5] 27/6 38/3 48/8 50/8 51/7
**actual** [1] 116/9
**actually** [21] 5/20 26/24 87/3 92/11 94/6
134/17 138/4 139/24 144/1 165/23
165/24 167/24 201/16 202/14 205/17
211/13 212/9 212/23 214/14 214/23
215/20
**addition** [7] 14/14 59/15 134/9 150/23
155/8 155/25 159/6
**additional** [6] 10/16 59/17 61/2 148/18
209/24 209/25
**Additionally** [1] 59/6
**address** [10] 18/1 44/6 65/16 71/17
96/12 176/7 179/6 182/5 198/16 208/14
**addressed** [5] 45/2 65/17 182/7 208/15
209/21
**adds** [1] 206/5
**adequate** [1] 177/8
**adherence** [1] 113/8
**adjourned** [1] 224/22
**adjudicated** [1] 23/23
**adjust** [1] 214/8
**admissibility** [4] 174/18 182/22 187/11
196/13
**admissible** [6] 45/11 148/11 178/15
178/16 190/20 198/25
**admission** [4] 114/17 174/17 187/23
205/15
**admissions** [1] 82/18
**admit** [10] 25/7 28/21 28/22 29/9 50/8
73/13 119/16 147/7 183/19 190/11
**admits** [6] 39/12 50/16 54/16 154/24
155/3 206/11
**admitted** [29] 9/12 24/24 25/1 29/12
29/22 51/18 60/8 60/17 70/14 73/5 73/15
79/3 154/21 154/23 173/11 173/24
173/25 174/1 174/4 174/4 174/6 174/15
174/16 178/14 179/4 179/23 183/4
187/21 205/20
**admitting** [1] 174/6
**adopted** [1] 94/21
**advance** [5] 27/19 44/22 44/23 47/8
213/9
**advanced** [1] 125/9
**advantage** [1] 129/3

**advice** [1] 31/15
**advise** [1] 139/24
**advised** [4] 51/23 134/11 134/22 214/9
**advocating** [1] 112/25
**aerial** [1] 87/2
**affected** [1] 76/2
**affecting** [1] 10/2
**affiliation** [2] 54/11 209/16
**affirmative** [4] 13/17 13/20 13/24
143/24
**affirmatively** [1] 207/2
**afford** [1] 177/8
**afraid** [1] 89/8
**after** [65] 13/14 13/22 16/21 16/24 17/8
17/13 20/14 20/18 20/21 25/19 25/20
37/18 39/18 39/24 41/17 41/18 42/6
42/13 45/6 46/19 46/20 46/24 47/2 47/8
51/13 53/7 54/24 57/14 61/25 64/6 68/16
68/18 69/24 70/2 72/14 74/7 74/15 74/19
77/23 78/9 83/16 87/17 87/18 88/17 89/3
95/3 99/23 101/15 101/23 102/6 107/1
125/3 136/2 140/15 150/12 168/25
169/16 172/8 196/9 196/10 199/24
200/16 200/22 217/18 218/23
**afternoon** [16] 71/20 76/9 82/9 90/5
90/7 96/23 103/2 103/6 115/1 116/5
142/2 165/10 170/1 193/15 210/10
211/16
**Afterwards** [3] 72/19 75/1 75/6
**again** [73] 6/13 6/14 11/23 17/7 18/2
18/3 18/5 19/18 19/19 19/24 20/6 28/10
47/9 65/11 67/20 75/8 83/12 86/3 92/14
96/11 96/15 96/24 101/12 107/7 107/7
115/6 117/2 117/22 123/13 127/6 131/19
139/6 139/24 143/16 147/3 148/2 149/5
149/25 150/7 154/14 157/24 162/8 162/9
162/12 162/19 162/22 164/14 169/1
169/6 169/9 170/4 176/5 186/2 186/9
186/13 190/12 190/25 192/22 194/17
197/6 197/21 197/23 215/22 215/24
216/6 216/13 217/19 218/13 218/23
219/11 219/17 221/16 222/1
**against** [26] 27/10 28/4 28/12 28/22
41/23 46/16 47/14 48/9 50/9 50/24 52/13
81/19 130/7 135/12 143/18 143/19
143/20 143/22 149/24 150/25 151/6
153/5 158/18 167/15 170/19 171/10
**age** [6] 14/13 69/5 69/10 75/14 93/20
94/19
**agencies** [1] 162/3
**agent** [2] 47/14 47/20
**ago** [2] 21/21 86/1
**agree** [7] 7/7 124/9 177/2 190/20 198/25
204/9 222/13
**agreed** [8] 18/8 18/11 95/6 156/13
198/19 199/3 213/9 213/9
**agreeing** [1] 157/6
**agreement** [62] 18/9 114/21 131/8
131/9 131/10 131/18 131/19 156/12
159/13 175/2 175/3 176/12 176/14
176/15 176/21 177/1 177/24 177/25
178/7 179/8 179/17 180/24 186/24 187/1
187/3 187/5 187/7 187/10 190/24 191/20
194/1 194/2 194/3 194/5 194/9 194/13
196/2 196/5 196/7 196/18 196/20 198/7

**advice [1]** 139/20 160/3 163/15

**203/5 203/14 203/23 204/19 204/7 204/8
204/12 204/16 204/19 204/21 205/1
205/4 205/6 205/18 205/19 206/1 213/4
213/5 221/24 222/17
**agreements** [1] 204/12
**agrees** [2] 8/18 205/7
**agricultural** [2] 112/21 113/13
**agriculture** [1] 123/10
**Aguirre** [24] 22/17 22/18 22/20 29/5
29/7 54/9 54/15 173/2 176/13 177/15
179/25 180/19 182/9 182/19 190/9
194/10 195/2 199/22 200/9 200/17
202/15 206/23 211/20 214/1
**Aguirre's** [12] 175/8 175/13 178/24
179/5 181/3 182/24 191/9 192/1 192/5
196/15 199/17 207/1
**ahead** [5] 72/11 83/7 96/20 166/24
186/19
**aided** [1] 104/15
**AK** [3] 32/21 56/13 56/19
**AK-47** [1] 56/13
**AK-47s** [2] 32/21 56/19
**Alba** [1] 83/21
**Albeiro** [7] 68/13 68/22 69/3 69/8 69/14
69/18 69/25
**Albeiro's** [1] 70/15
**Aleman** [1] 78/11
**alias** [2] 70/8 78/11
**aliases** [1] 99/12
**ALIEN** [1] 1/4
**aligned** [3] 35/9 135/8 135/9
**alive** [2] 75/8 93/6
**all** [203] 5/2 5/16 5/18 5/23 10/1 10/23
11/2 12/25 13/11 13/12 13/14 13/22 14/9
17/2 17/6 17/8 17/22 19/20 20/12 20/24
21/7 24/5 28/5 29/19 29/24 31/15 34/11
37/7 39/21 41/15 44/12 44/21 45/19 47/1
47/1 47/7 47/9 47/12 48/21 50/22 55/16
61/7 62/11 62/12 64/6 64/14 65/21 66/2
66/22 67/1 67/5 67/14 68/4 77/3 79/7
79/16 79/17 82/1 85/22 89/22 92/19
93/13 95/19 97/7 97/8 97/17 97/9 99/11
99/13 100/6 100/7 100/8 100/8 101/24
103/18 105/2 105/4 105/6 108/14 108/20
108/25 109/8 109/20 111/16 114/4
114/13 114/14 115/13 116/18 118/24
119/19 120/13 120/13 121/16 121/23
122/4 122/4 124/11 124/17 125/21
125/22 125/24 125/25 126/1 128/11
128/17 131/14 131/15 133/8 133/11
134/5 134/7 135/18 136/24 137/22
137/24 138/15 138/21 139/6 140/9
140/20 140/22 141/15 141/18 151/22
153/4 153/5 153/22 154/21 156/19 157/8
158/11 158/17 158/17 158/22 158/24
159/1 159/2 159/5 159/9 163/24 164/13
164/18 164/18 164/20 165/4 165/6 165/8
168/3 168/17 168/18 168/19 169/2 169/3
169/6 169/16 169/25 170/2 170/10
171/12 171/21 172/7 172/25 175/10
176/10 178/19 181/2 183/3 183/13
184/12 184/20 184/24 186/1 186/21
187/9 190/12 197/12 197/19 199/10
200/3 200/5 202/5 202/15 202/24 203/2
204/7 207/17 207/20 208/1 208/19 211/6
212/5 213/18 213/22 214/11 214/25

**A**

**all... [7]** 217/12 220/15 220/16 221/17 221/20 222/7 224/18
**allege [1]** 11/22
**alleged [2]** 21/3 27/11
**allegedly [2]** 52/15 56/17
**alliance [1]** 60/3 112/23 114/2
**allow [6]** 9/11 19/5 133/20 144/22 191/13 208/23
**allowed [7]** 13/13 54/1 72/10 173/12 173/14 217/20 221/6
**allowing [1]** 119/9
**allows [1]** 43/24
**alluded [1]** 217/16
**almost [9]** 27/9 35/21 84/11 90/16 95/17 95/18 126/3 150/10 164/15
**alone [3]** 154/25 155/3 155/15
**along [6]** 59/11 80/6 82/10 99/15 108/5 212/21
**aloud [1]** 19/2
**already [36]** 23/25 24/15 40/20 51/4 68/15 82/17 91/23 92/2 93/18 94/1 98/18 98/19 113/20 116/11 117/17 119/13 125/9 142/5 142/11 143/19 144/25 160/24 172/13 186/25 193/6 193/12 197/14 201/22 209/22 214/9 220/8 220/8 220/10 220/11 221/9 222/4
**also [74]** 15/2 19/5 19/11 26/6 26/7 30/18 32/15 32/18 41/8 48/3 57/1 57/21 58/1 58/11 59/9 59/16 65/23 71/9 71/16 71/22 72/3 72/22 73/14 74/7 74/9 75/23 77/13 79/1 79/6 83/6 84/3 85/9 88/7 93/15 93/16 94/4 94/14 96/4 96/6 98/25 104/5 104/19 106/16 107/11 110/4 111/1 113/1 113/3 113/8 115/21 116/2 125/8 125/17 127/10 134/11 134/20 134/22 143/20 144/5 149/14 150/1 151/23 152/2 152/11 152/14 154/23 155/11 178/16 185/23 190/5 193/7 196/23 207/5 219/4
**alternates [4]** 67/11 67/11 67/22 67/23
**alternative [4]** 51/24 63/11 131/25 157/22
**alternatives [1]** 156/24
**although [3]** 10/6 40/6 83/18
**always [4]** 108/11 133/22 134/24 143/5
**am [107]** 5/25 6/18 19/10 20/17 45/16 49/10 55/10 55/11 61/14 62/24 63/18 64/7 64/9 66/25 71/17 82/9 82/13 82/23 83/8 84/12 89/24 90/20 91/2 97/14 97/19 101/12 102/9 103/6 103/7 104/23 105/24 106/1 115/2 115/6 115/6 116/8 116/8 119/14 120/5 122/22 122/23 128/7 135/20 138/7 139/8 139/9 140/5 141/25 142/3 142/10 142/19 143/14 145/19 162/2 163/14 167/20 169/16 170/15 170/18 171/1 171/6 174/6 174/14 174/21 175/5 175/12 176/2 176/4 178/6 178/8 178/13 179/22 188/2 188/3 189/23 190/18 190/23 191/19 194/11 197/6 198/1 198/18 202/24 203/8 203/13 203/23 203/25 204/5 204/10 204/25 204/25 205/13 205/16 205/20 205/25 206/17 208/21 208/23 210/19 211/8 211/8 211/12 212/13 218/12 219/25 220/15 222/25
**amazingly [1]** 152/14

**America [4]** 38/20 85/23 112/1 113/12
**American [8]** 19/8 24/16 24/23 30/11 40/10 130/6 152/8 152/10
**ammunition [7]** 32/22 32/23 56/14 56/14 57/13 57/23 59/17
**among [3]** 25/8 64/10 133/12
**amount [5]** 39/25 82/6 122/6 130/9 158/20
**amounted [1]** 59/20
**amounts [1]** 121/23
**Ana [6]** 94/14 94/17 95/10 95/12 95/21 95/21
**analyze [1]** 211/17
**Andres [1]** 72/5
**annihilated [1]** 78/4
**announce [1]** 212/22
**announced [1]** 159/19 221/9
**announces [1]** 163/2
**annual [14]** 22/4 38/25 59/25 180/8 180/10 180/11 186/20 186/22 186/23 198/12 198/19 200/8 200/18 200/20
**another [33]** 16/8 55/11 55/13 56/25 57/21 57/22 80/6 93/8 99/18 99/19 99/20 104/16 109/1 112/23 124/18 138/20 142/13 144/14 146/3 147/1 148/9 149/16 162/7 165/20 168/20 176/23 180/2 180/3 191/23 194/21 207/20 207/20 215/14
**answer [61]** 8/25 9/1 9/5 35/19 44/23 45/22 45/24 46/5 46/8 46/11 46/14 46/18 47/22 47/23 48/11 48/14 48/22 48/25 49/6 55/1 61/6 61/13 61/17 61/20 108/12 120/24 121/2 139/11 142/23 143/1 143/7 143/14 143/19 143/24 144/3 145/10 145/15 145/19 145/19 146/8 146/12 146/17 147/23 147/25 158/8 167/4 167/7 167/10 167/13 167/17 167/24 168/1 172/23 180/5 193/6 201/21 203/17 203/21 204/18 219/25 223/20
**answered [5]** 51/9 148/1 167/19 172/14 210/19
**answering [2]** 147/5 147/15
**answers [21]** 8/12 18/19 19/4 19/11 19/14 19/14 19/15 19/16 19/17 47/1 47/7 47/9 73/4 173/15 216/4 218/6 218/11 218/15 218/17 218/18 218/21
**anticipate [4]** 18/6 40/6 218/10 219/19
**anticipated [1]** 52/22
**anticipating [2]** 27/5 202/14
**antigovernment [1]** 35/11
**Antonio [3]** 68/13 94/17 97/1
**anxious [2]** 5/5 53/21
**any [138]** 9/22 9/23 9/24 10/1 11/9 11/17 11/17 12/14 13/5 13/9 13/20 14/16 14/19 14/22 14/23 14/25 15/1 15/3 15/6 15/8 15/16 15/19 15/20 17/25 19/3 19/3 19/10 19/15 23/15 27/12 27/20 27/23 37/8 38/23 39/8 39/22 40/11 40/13 41/12 43/5 45/10 45/17 45/23 46/1 46/2 46/6 46/9 46/12 46/15 46/21 47/13 47/14 47/20 47/25 51/3 51/6 51/7 51/8 51/9 51/12 61/8 61/9 61/11 64/12 64/16 67/23 97/14 97/15 101/13 101/16 102/1 112/7 114/22 118/24 123/10 128/1 129/4 131/19 132/1 135/12 137/1 137/6 137/9 139/14 139/14 139/17 139/25 140/6 141/16 142/12 147/22 153/18 161/21

**162/2** 166/16 167/1 167/3 167/5 167/8 167/15 170/4 170/5 170/5 171/21 172/1 172/5 172/12 172/13 173/10 173/17 175/11 175/11 179/9 180/20 181/8 188/12 189/24 190/14 190/16 194/1 194/2 196/11 199/23 201/24 202/3 202/10 207/4 209/12 209/15 210/7 213/13 215/19 216/8 216/9 216/10 217/22 220/21 221/22
**anybody [3]** 43/18 91/19 97/6
**anyone [19]** 14/2 14/5 14/14 14/15 14/23 15/10 15/11 16/1 41/22 41/23 43/17 67/12 101/16 127/4 146/14 147/18 147/21 149/7 151/19
**anyone's [1]** 113/23
**anything [20]** 14/2 14/4 19/25 20/2 41/22 46/21 97/15 107/16 114/23 115/14 121/8 128/4 128/5 140/10 172/17 192/10 204/11 206/5 206/23 221/17
**anyway [5]** 66/2 100/4 179/14 199/15 206/5
**apart [1]** 183/6
**Apartado [1]** 32/3
**Apartadó [1]** 94/19
**apologies [1]** 202/18
**apologize [4]** 11/24 174/7 181/12 222/23
**apologized [1]** 78/19
**Apparently [1]** 67/10
**appear [7]** 19/19 48/23 48/25 50/5 210/4 214/20 215/4
**APPEARANCES [2]** 1/10 1/25
**appeared [2]** 10/5 49/21
**appears [7]** 65/23 66/1 78/16 96/8 96/10 210/1 210/5
**applied [1]** 160/5
**apply [4]** 7/5 7/6 71/4 202/3
**appreciate [4]** 6/14 114/25 209/1 211/6
**approach [6]** 123/12 130/21 161/3 191/2 208/21 216/19
**approached [5]** 53/20 70/2 72/16 77/22 161/7
**appropriate [8]** 5/17 21/4 171/25 176/8 176/21 177/2 178/14 189/11
**approval [1]** 18/22
**approved [2]** 42/11 158/22
**approximately [6]** 31/24 35/25 39/25 54/6 79/9 207/2
**apps [1]** 14/18
**April [6]** 1/4 68/21 79/21 80/1 161/8 225/7
**April 24 [1]** 161/8
**April 26 [2]** 79/21 80/1
**Aracataca [3]** 69/16 69/20 69/25
**are [304]**
**area [25]** 32/1 32/5 32/12 33/13 36/6 84/19 85/3 85/11 86/4 86/8 87/5 87/10 95/24 98/20 98/22 98/25 99/13 99/14 110/3 118/10 154/11 154/16 196/21 197/2 208/1
**areas [8]** 31/9 36/1 38/11 48/9 75/19 86/1 116/4 133/10
**aren't [5]** 8/3 8/8 8/11 164/2 220/7
**argue [5]** 5/10 62/20 62/23 148/10 211/25
**arguing [1]** 130/8

**A**

**argument [11]** 20/11 20/14 20/15 66/7 82/3 141/25 197/18 197/25 198/15 199/8 201/12

**argumentative [1]** 16/18

**arguments [8]** 8/3 8/5 8/7 14/9 17/9 18/4 18/5 64/6

**arises [2]** 23/23 218/25

**arising [1]** 208/21

**arm [1]** 34/17

**armament [1]** 133/6

**armed [4]** 78/16 108/22 147/20 149/12

**armory [1]** 59/18

**arms [6]** 48/17 49/11 49/14 118/18 133/17 165/18

**army [4]** 59/20 77/8 123/17 146/6

**around [6]** 32/14 37/10 65/24 84/12 90/10 91/18 111/13 111/17 112/5 112/16 112/22 115/10 152/10 163/6 210/15 213/22

**Arrieta [3]** 57/11 148/9 222/24

**arrive [2]** 78/15 165/5

**arrived [4]** 36/14 56/15 56/21 57/13

**art [2]** 113/16 123/9

**articles [1]** 49/22

**as [266]**

**ask [31]** 6/18 8/15 16/25 18/17 20/17 56/18 63/20 66/6 71/8 76/5 82/3 89/24 96/14 101/12 132/8 137/8 139/4 161/3 172/22 173/25 174/1 175/5 179/12 184/2 191/21 197/4 202/24 204/23 205/6 207/14 218/5

**asked [19]** 30/13 45/8 51/6 70/2 71/9 95/5 134/19 146/5 147/10 157/14 158/2 167/18 172/12 175/17 180/13 191/13 206/14 216/13 218/1

**asking [5]** 16/22 16/24 100/23 135/20 138/10 147/24 162/8 179/4 196/3

**asks [2]** 8/20 45/9

**asleep [3]** 88/6 88/22 210/5

**aspect [1]** 191/20

**aspects [1]** 37/8

**assassinate [1]** 37/11

**assassinated [3]** 76/18 93/25 94/18

**assassination [1]** 77/15

**asserted [1]** 185/21

**asserts [1]** 12/14

**Asset [1]** 107/21

**assets [1]** 128/18

**assistance [11]** 12/8 27/4 27/21 27/25 28/2 28/3 120/22 121/3 121/6 121/18 121/19

**assisted [4]** 27/19 27/23 28/8 104/15

**assume [7]** 65/2 174/5 181/18 183/9 184/25 221/1 221/7

**assumed [2]** 162/20 207/8

**assumption [1]** 173/14

**assurance [1]** 150/2

**athlete [1]** 89/22

**Atlanta [1]** 154/7

**Atlantic [3]** 129/8 154/3 155/24

**attacked [5]** 36/8 36/24 149/1 149/8 150/6

**attacking [1]** 35/14

**attacks [2]** 43/8 59/23

**attempt [2]** 50/12 208/3

**attempted [1]** 53/1

**attempts [3]** 25/6 56/7 177/11

**attend [1]** 89/17

**attending [1]** 142/13

**attention [17]** 50/1 63/22 71/7 71/17 71/18 76/8 169/23 171/16 171/20 194/15 203/14 205/25 207/25 210/4 210/6 210/15 210/17

**attentiveness [1]** 63/17 210/7

**attorney [2]** 178/8 204/4

**attorneys [2]** 6/17 20/13

**attracted [1]** 129/7

**attribute [1]** 110/21

**AUC [318]**

**AUC's [19]** 25/1 28/3 33/2 33/2 48/7 49/13 49/14 49/20 50/8 50/11 52/9 59/17 75/17 109/15 119/7 151/12 153/3 153/14 154/2

**AUC-controlled [1]** 39/11

**auditors [6]** 134/2 134/3 134/9 135/17 135/18 159/4

**August [6]** 69/14 162/7 213/15

**August 26 [1]** 162/7

**aunt's [1]** 92/21

**authentic [1]** 190/13 190/20

**authenticate [3]** 188/10 188/17 190/6

**authenticated [1]** 184/10

**authentication [2]** 184/12 188/22

**authenticity [3]** 185/11 187/11 188/13

**authorities [1]** 79/5

**authorization [1]** 107/19

**authorizations [1]** 131/2

**authorized [4]** 56/24 57/8 203/25 206/17

**Autodefensas [1]** 11/23

**automatic [1]** 32/22

**autopsy [1]** 77/24

**available [4]** 141/9 215/5 216/1 216/12

**avenge [1]** 125/18

**Avenida [1]** 2/6

**Avenue [4]** 1/23 2/19 3/12 225/8

**averages [1]** 156/12

**avoid [5]** 36/16 39/14 39/16 147/15 170/5

**avoiding [1]** 148/16

**avoids [1]** 23/6

**awakened [1]** 88/22

**awarding [1]** 76/6

**aware [7]** 10/9 36/19 48/7 50/8 61/3 172/16 176/4

**away [9]** 74/19 75/13 78/14 87/7 87/11 89/1 125/14 125/16 133/10

**awoke [1]** 89/2

**awoken [1]** 77/20

**B**

**B-A-N-A-C-O-L [1]** 53/19

**B-O-N-G-O-S [1]** 57/4

**baby [3]** 92/11 92/11 92/20

**back [63]** 6/12 6/14 28/10 32/23 40/9 41/2 47/8 48/19 48/23 61/15 65/8 65/9 66/16 66/17 67/19 69/23 69/25 75/1 77/19 79/11 79/25 82/2 85/16 87/18 88/1 89/25 91/17 92/3 95/24 96/3 96/12 99/17 99/17 101/3 101/17 102/16 102/22 115/14 115/23 116/17 117/15 129/7

**attempted [1]** 53/1

**165/3 165/19 166/15 169/14 170/5 170/14 171/17 174/23 197/22 208/13 210/2 210/22 211/4 212/7 212/10 213/23 214/13 221/10 221/14 221/16 222/6

**background [2]** 152/9 209/24

**backing [3]** 36/25 222/12 222/12

**backup [1]** 158/13

**bad [5]** 77/14 78/18 89/12 130/10 211/13

**Baker [1]** 134/21

**balancing [1]** 13/4

**balls [2]** 56/17 56/19

**bam [5]** 88/18 88/18 88/19 88/19 88/19

**Banacol [2]** 53/19 54/1 162/24 163/2 199/18 199/24 200/11 200/16 200/22 201/6

**Banadex [16]** 33/22 56/21 56/24 57/2 72/21 106/20 106/20 116/14 119/10 127/12 135/15 142/8 145/5 145/25 162/23 163/2

**Banadex's [2]** 58/13 106/11

**banana [44]** 22/2 22/3 30/17 30/20 31/2 33/4 33/8 34/2 34/24 35/4 36/1 37/15 39/6 49/4 59/21 72/9 72/12 73/2 73/9 73/24 74/13 75/21 75/24 82/23 84/12 84/19 84/24 85/2 85/2 85/4 90/24 93/8 99/9 99/10 99/24 123/8 123/8 125/5 127/14 129/23 130/3 131/2 145/6 145/17

**bananas [32]** 12/5 30/21 30/24 31/19 31/21 31/23 32/4 32/7 32/14 32/21 32/22 32/23 33/1 39/3 39/13 39/25 53/11 54/5 54/7 60/1 85/5 109/11 111/15 112/1 129/22 129/25 131/9 198/13 200/11 200/16 200/23

**banded [1]** 34/24

**bang [5]** 89/4 89/4 89/4 89/4 89/4

**bank [2]** 26/21 26/22 26/24 26/25

**Bankers [1]** 30/1

**bankruptcy [7]** 130/19 137/7 137/10 137/13 137/21 138/3 138/8

**bar [2]** 73/9 80/5

**Barbara [12]** 45/4 45/6 50/7 61/6 61/15 115/21 115/22 165/11 165/22 214/2 217/3 217/7

**barebones [4]** 97/16 97/20 97/25 100/4

**bargain [5]** 23/4 23/4 23/8 36/12 129/1

**bargain-base [1]** 129/1

**bargaining [1]** 156/12

**Barnhart [1]** 13/4

**base [5]** 15/14 15/16 17/6 122/25 129/1

**based [31]** 26/19 45/10 51/15 78/18 82/18 97/21 97/23 97/24 100/17 100/18 121/1 128/16 134/14 152/2 156/14 158/4 160/22 163/24 168/1 176/24 177/10 177/17 178/15 181/10 181/18 193/25 195/1 201/1 201/19 201/23 212/5

**basic [1]** 6/25

**basically [3]** 179/13 188/23 194/4

**basis [19]** 22/13 28/16 41/21 50/2 91/24 148/3 168/2 168/6 184/8 184/9 185/10 187/15 188/12 188/19 190/19 190/21 190/22 210/2 217/22

**battleground [1]** 37/16

**be [318]**

**Beach [5]** 1/3 1/13 1/13 2/16 2/20

**bear [1]** 90/13

**B**

**bearer [1]** 211/13
**beat [1]** 74/22
**became [9]** 33/22 54/10 54/24 58/13
77/2 125/5 125/21 131/13 146/4
**because [134]** 8/13 11/6 16/6 22/2
22/24 23/3 26/15 29/9 29/17 30/20 31/4
31/5 33/18 33/20 36/12 39/17 44/14 51/3
51/12 51/17 53/7 60/9 60/17 60/24 63/8
63/19 73/7 77/6 78/2 80/12 82/14 82/19
85/7 85/14 85/15 86/6 88/17 88/19 89/8
89/19 91/22 93/4 93/24 95/14 97/17
98/16 100/2 100/16 104/24 104/24
105/12 105/13 105/25 107/4 109/10
110/18 110/24 115/16 115/19 117/6
117/21 118/2 118/9 119/8 119/15 120/16
120/18 121/8 122/3 123/9 123/13 124/18
124/22 125/9 126/10 128/4 128/5 128/24
129/7 129/24 130/11 130/13 132/6
132/16 135/7 135/11 138/7 147/6 147/19
149/3 149/5 149/9 150/6 150/11 151/14
152/25 153/15 157/3 162/5 163/4 163/6
164/9 165/21 168/12 168/12 171/17
173/17 175/17 179/12 181/13 182/13
182/16 186/9 188/20 189/8 192/17 195/6
196/4 200/4 201/9 201/17 201/25 206/5
209/18 211/3 211/24 212/11 212/13
215/17 216/7 217/10 222/1 222/11
224/12
**become [12]** 119/18 127/12 128/12
129/19 131/20 145/8 145/17 169/12
176/24 177/13 178/22 178/23
**becomes [3]** 132/21 163/10 169/7
**becoming [3]** 126/3 145/25 146/1
**bed [2]** 88/6 88/8
**been [83]** 5/11 6/24 9/5 11/11 13/9
13/16 17/21 21/25 24/23 25/10 25/11
26/3 29/16 30/2 30/3 30/9 31/7 45/7
47/4 47/4 52/24 54/6 61/3 61/5 61/9
64/22 73/4 77/20 78/23 79/24 88/25
93/11 93/25 99/24 107/14 107/23 108/7
114/10 119/25 132/3 132/11 132/16
132/17 138/25 143/9 160/4 168/8 168/9
168/9 170/25 172/14 175/12 175/14
180/25 182/17 184/10 184/11 184/11
185/13 185/18 186/7 192/7 192/8 192/10
192/17 193/12 193/18 193/20 194/4
194/20 197/10 198/6 202/6 202/15 204/9
204/13 207/5 209/5 210/17 215/22
220/10 220/11 221/9
**before [54]** 1/8 5/19 6/17 10/5 10/9
10/12 14/10 18/15 19/13 36/14 40/20
50/5 54/7 54/11 54/15 54/19 55/8 55/11
55/14 61/14 69/6 73/9 79/4 84/18 84/18
87/15 90/8 91/7 102/11 103/8 107/8
115/2 115/12 128/1 136/25 137/5 140/7
140/13 144/16 148/13 157/8 163/15
175/10 176/8 183/8 183/10 187/13 197/6
200/12 200/23 213/3 213/4 213/5 222/1
**began [12]** 30/14 32/1 32/3 32/4 33/6
37/11 84/11 106/9 127/25 128/17 133/16
160/20
**begging [1]** 92/6
**begin [8]** 5/20 6/16 14/6 14/10 17/14
21/17 143/8 169/15
**beginning [7]** 106/24 108/6 112/17

90/16 152/1 174/22 203/10
**begins [6]** 21/13 106/8 122/16 159/18
163/8 163/9
**Begnino [1]** 148/19
**begun [2]** 40/20 222/4
**behalf [21]** 20/10 20/11 22/20 44/5
45/10 46/1 46/3 46/16 54/13 58/16 58/18
61/4 166/25 167/2 167/15 176/22 178/4
194/24 204/1 204/17 206/18
**behaved [1]** 159/9
**behavior [1]** 19/3
**behind [6]** 33/3 73/17 87/22 93/19 96/1
163/3
**being [50]** 6/14 6/15 10/12 11/3 22/12
32/5 40/11 40/13 40/14 46/25 48/4 48/5
50/10 50/18 53/21 58/4 60/1 64/23 65/9
74/11 74/23 90/3 99/19 106/20 111/3
133/16 134/6 135/6 135/10 135/10
135/16 136/12 143/6 150/12 151/5 151/9
154/8 155/25 156/1 157/7 157/13 160/4
160/6 165/4 181/15 194/14 203/1 215/9
215/9 223/20
**beings [7]** 100/8 100/10 105/10 108/11
115/20 163/19 164/14
**belief [1]** 89/19
**believability [1]** 10/2
**believe [42]** 7/23 9/16 9/16 9/17 20/8
61/23 68/10 85/1 117/8 119/3 137/18
143/11 143/25 144/3 166/2 168/2 170/22
173/2 176/23 178/13 180/20 182/22
182/25 185/22 187/3 187/12 189/12
190/2 190/4 192/16 193/7 193/8 194/6
205/17 207/3 207/22 210/21 218/14
222/24 223/19 223/22 223/23
**believed [3]** 129/15 129/19 143/21
**believes [1]** 150/7
**believing [2]** 129/16 187/16
**Bello [8]** 57/11 57/18 58/1 58/7 58/10
59/7 59/8 148/9
**Bello's [1]** 57/25
**belongings [1]** 96/2
**below [1]** 144/6
**bench [2]** 215/15 217/25
**benefited [1]** 75/18
**benefits [3]** 113/16 122/19 122/19
**bent [1]** 59/20
**Berdugo [1]** 83/11
**Bernal [7]** 142/14 142/19 143/11 144/7
145/17 145/13 145/16
**besides [1]** 214/1
**best [14]** 86/9 112/9 118/23 122/21
123/4 123/11 123/11 128/19 128/22
156/12 181/10 189/12 195/6 221/23
**better [2]** 97/17 131/24
**between [31]** 23/3 39/8 41/24 42/8
56/19 57/3 59/13 71/7 99/17 104/13
106/10 109/23 110/15 117/4 119/9
121/25 124/22 125/24 133/1 133/15
143/5 145/5 145/23 148/14 149/12
153/20 154/12 155/9 155/13 156/9
211/16
**beyond [20]** 22/24 26/4 27/7 29/10
29/22 106/4 106/5 116/12 117/9 117/12
117/16 142/6 157/6 159/15 176/6 198/5
198/20 208/6 208/17 208/24
**bias [1]** 9/24

**bicycle [4]** 87/19 88/1 88/6 88/12
**bicycles [1]** 91/19
**big [13]** 34/18 34/19 34/22 34/22 35/8
35/9 35/10 35/13 50/24 69/12 108/14
112/25 126/20
**biggest [1]** 69/19
**bill [1]** 56/20
**billion [6]** 22/4 22/5 109/24 133/3
198/19 199/6
**billion-dollar [1]** 199/6
**billions [8]** 38/25 59/24 59/24 59/25
197/17 198/12 198/12 198/12
**biological [1]** 94/20
**birthday [4]** 72/14 74/15 74/20 91/7
**bit [24]** 6/19 32/16 82/24 97/8 98/21
101/23 111/7 116/1 120/6 123/21 124/5
132/4 147/2 148/4 149/15 152/4 154/12
162/15 163/4 163/16 164/18 168/22
169/8 181/24
**bits [1]** 169/1
**black [1]** 116/16
**blamed [1]** 90/17
**Blank [1]** 3/6
**blankrome.com [5]** 3/8 3/9 3/9 3/10
3/10
**bleeding [1]** 75/6
**blind [2]** 164/20 164/23
**bloc [2]** 155/2 155/2
**block [1]** 87/7
**blocks [4]** 86/10 86/11 87/11 88/2
**blocs [1]** 155/1
**blogs [1]** 14/25
**blood [3]** 43/20 43/21 75/3
**bloodily [1]** 112/3
**bloody [2]** 108/18 126/6
**board [11]** 22/19 54/10 176/14 178/6
180/3 182/20 183/12 186/2 186/3 189/20
203/23
**boardroom [1]** 23/9
**boats [1]** 57/4
**Bob [3]** 160/8 160/13 160/24
**body [8]** 73/2 87/11 92/14 93/7 93/10
93/11 95/9 100/1
**Bogotá [1]** 151/22
**bongos [2]** 57/4 57/6
**book [3]** 44/21 44/21 47/7
**books [5]** 134/1 134/5 135/6 158/11
158/24
**born [2]** 83/16 83/19
**both [36]** 16/16 16/21 28/20 30/3 35/16
35/22 39/19 59/6 70/19 70/19 75/18 76/3
77/23 80/6 85/22 104/5 104/17 110/3
112/24 124/6 125/4 125/7 126/11 127/1
127/1 127/2 130/2 143/6 144/8 151/9
151/20 159/7 192/11 215/3 215/11
216/17
**bottom [2]** 51/23 100/7
**bought [7]** 31/19 48/16 48/17 129/2
129/2 165/17 165/18
**Boulevard [1]** 1/13
**bound [2]** 98/8 98/12
**box [3]** 86/22 87/3 216/4
**boxes [3]** 29/24 30/1 56/18
**boy [1]** 95/6
**boy's [1]** 95/7
**boys [1]** 80/13

**B**

**brain [1]** 95/14
**brand [1]** 112/8
**brands [10]** 1/3 12/2 21/24 111/15 203/25 203/25 204/10 204/14 204/17 206/17
**bravely [1]** 73/3
**breadwinner [1]** 82/22
**break [16]** 20/18 20/20 55/9 55/10 55/14 64/3 64/4 64/5 64/9 64/15 65/16 101/15 136/21 137/5 140/13 141/17
**breakfast [3]** 77/23 87/16 87/18
**breaks [1]** 16/6
**Bremen [1]** 58/5
**brief [3]** 40/24 71/16 115/1
**briefer [1]** 20/14
**briefly [6]** 11/20 90/20 91/2 93/14 164/8 192/4
**Brigadier [1]** 151/4
**bring [21]** 5/18 66/16 66/23 69/23 74/7 89/25 102/20 113/19 122/24 130/7 141/20 148/20 150/23 151/21 152/5 155/18 156/5 171/19 188/9 207/24 221/14
**bringing [1]** 156/20
**brings [2]** 28/11 141/10
**broad [1]** 57/3
**brother [11]** 73/20 74/2 80/2 88/9 88/15 91/9 91/16 93/10 149/2 149/3 149/9
**brother's [1]** 27/14
**brothers [8]** 27/14 77/10 124/10 124/11 124/16 124/20 124/20 125/3
**brought [5]** 31/18 57/5 90/22 121/14 210/16
**brutal [3]** 36/22 38/23 108/18
**Bud [3]** 106/12 142/12 145/5
**build [2]** 123/15 130/12
**Buitrago [2]** 224/4 224/14
**bunch [2]** 32/7 189/3
**burden [7]** 12/22 13/6 13/18 27/3 62/11 188/13 188/20
**buried [1]** 93/12
**business [47]** 12/6 23/24 24/13 30/9 31/13 31/13 31/14 34/18 34/19 34/22 34/23 35/3 35/8 35/10 35/13 38/23 39/1 39/2 39/8 39/22 42/18 43/6 49/24 50/15 50/21 50/24 52/6 53/11 75/19 76/11 111/10 111/11 111/12 112/5 112/6 112/6 112/25 113/14 120/17 126/19 126/22 132/6 132/8 171/6 187/25 190/14 209/8
**business-friendly [2]** 43/6 50/21
**businesses [18]** 36/21 107/10 111/2 111/3 119/16 119/17 126/14 126/17 126/20 126/20 126/21 127/2 128/15 146/10 146/21 147/13 148/3 152/17
**businesses' [1]** 35/9
**businessman [2]** 77/2 142/13
**businessperson [1]** 159/10
**busload [1]** 36/10
**busy [1]** 77/17
**buy [9]** 33/4 33/10 48/6 48/6 49/9 49/11 50/18 69/22 130/12
**buying [4]** 37/1 53/20 127/25 129/12
**buys [1]** 26/20
**Buz [1]** 52/5
**bye [2]** 80/3 80/17

**C**

**C-O-N-V-I-V-I-R [1]** 40/22
**Cabrales [2]** 58/12 214/4
**Cabreas [1]** 148/8
**cache [1]** 57/23
**calculations [1]** 66/10
**Cali [10]** 108/25 110/7 110/10 124/6 124/17 124/25 125/1 125/5 125/7 125/25
**call [23]** 10/15 16/25 17/3 62/6 83/8 99/5 119/18 171/15 183/10 188/16 203/13 205/25 208/12 210/6 214/1 217/7 217/18 217/20 218/3 218/24 219/8 221/4 221/5
**called [39]** 5/1 7/19 9/7 11/23 12/23 13/12 13/17 17/1 18/9 18/14 18/21 19/13 30/20 32/1 33/22 40/21 47/5 55/20 56/15 57/4 58/4 58/6 69/15 72/13 76/19 82/2 82/14 83/12 104/6 112/22 112/23 126/18 128/16 131/8 132/25 154/11 172/2 190/5 209/10
**calling [4]** 99/2 99/4 99/7 190/3
**calls [7]** 12/23 14/17 19/6 62/5 62/5 88/8 136/2
**Camacho [8]** 72/15 72/17 72/21 72/22 73/4 73/5 73/10 73/12
**Camacho's [2]** 72/20 73/14
**came [11]** 35/4 80/14 84/22 93/22 95/4 98/4 98/7 119/22 121/22 196/10 223/7
**campaign [2]** 71/24 75/17
**can [115]** 5/23 8/20 10/9 15/21 19/6 28/1 28/23 30/21 40/6 41/2 45/16 45/19 46/6 46/9 46/12 46/15 50/5 52/5 55/13 63/1 64/5 64/10 64/24 65/8 65/9 65/10 65/19 65/19 65/20 66/1 66/9 68/2 71/16 78/21 85/5 86/11 87/4 87/23 87/23 87/25 87/25 88/5 90/14 92/25 95/8 97/6 97/17 105/2 105/10 107/5 117/7 124/15 125/20 137/13 138/21 140/4 143/4 144/13 148/21 150/6 162/17 163/23 164/1 166/23 167/5 167/8 167/11 167/14 168/3 170/2 170/23 172/7 172/21 172/23 173/25 174/5 177/21 179/6 181/10 183/8 183/18 184/16 185/11 186/14 186/14 186/21 187/21 190/6 192/21 194/15 198/9 203/5 203/6 205/10 205/11 208/19 209/2 210/7 212/8 212/13 212/18 212/24 216/4 216/9 217/13 217/13 217/19 219/17 220/25 221/24 222/4 222/7 222/9 223/14 223/24
**can't [22]** 44/13 46/21 51/3 65/7 65/17 86/16 97/8 117/5 160/22 161/13 161/21 168/24 171/7 174/1 189/2 214/11 217/23 222/6 222/12 222/13 222/16 224/11
**Canada [1]** 209/11
**Canadian [2]** 209/6 209/18
**candy [1]** 74/7
**cannot [20]** 9/1 9/2 29/17 46/8 46/11 46/14 46/18 51/23 51/25 51/25 52/1 71/1 97/23 104/25 120/17 153/1 167/7 167/10 167/13 167/17
**capable [1]** 81/5
**capacity [1]** 224/9
**car [1]** 78/13
**Cardona [1]** 90/23
**Cardoña [3]** 91/10 93/11 94/10
**care [8]** 58/9 70/23 75/4 83/3 91/17 96/2

123/5 19/23

**cared [3]** 59/2 85/24 86/2
**careful [2]** 159/1 159/2
**carefully [7]** 16/3 28/20 30/2 60/13 178/7 199/23 204/3
**cargo [3]** 56/21 56/23 57/2
**Caribbean [2]** 32/10 129/8
**caring [2]** 87/9 123/12
**Carlos [28]** 37/10 40/19 57/11 70/8 70/12 72/2 72/6 72/11 72/14 72/18 72/18 72/25 73/6 73/8 73/17 75/16 75/22 77/11 82/16 89/17 106/11 116/13 124/10 142/9 144/6 149/15 149/19 149/21
**Carlos' [3]** 73/10 73/14 73/18
**Carmargo [1]** 97/4
**carried [1]** 38/3
**carrying [2]** 7/16 28/3
**cars [1]** 91/19
**cartel [14]** 108/25 108/25 110/7 124/6 124/12 124/14 124/17 124/18 124/25 125/1 125/5 125/7 125/25 125/25
**cartels [2]** 110/10 110/16
**case [129]** 1/2 5/1 7/8 8/6 8/6 9/10 9/23 10/4 10/18 10/19 11/1 11/3 11/10 12/23 14/2 14/5 14/6 14/15 14/15 14/22 14/24 14/24 15/3 15/5 15/6 15/9 15/11 15/21 16/2 16/9 17/3 18/12 18/21 19/9 19/19 20/1 20/3 21/2 21/5 21/6 25/5 26/10 26/16 27/14 29/3 29/14 29/6 32/18 44/8 60/6 62/20 62/23 63/6 63/20 64/16 68/11 70/25 71/15 76/10 79/3 81/8 81/19 82/2 82/20 88/11 89/24 90/10 90/11 97/3 97/20 97/23 97/24 98/1 98/24 99/2 99/6 99/7 100/4 100/9 100/12 100/16 100/17 100/18 100/22 101/2 101/4 101/5 101/12 103/13 104/21 108/13 109/16 114/22 114/24 115/13 116/3 116/6 116/23 117/6 137/1 141/3 150/20 155/1 169/10 169/22 170/4 170/6 170/15 177/13 181/21 184/19 188/21 199/12 201/16 201/17 201/18 207/10 207/11 207/19 208/3 208/4 208/9 208/18 209/5 216/16 218/22 218/25 220/1 221/8
**cases [16]** 10/19 10/22 10/23 11/4 11/10 11/11 11/12 17/17 20/14 26/12 27/18 96/25 100/23 101/7 118/8 164/18
**cash [2]** 12/9 122/4
**Castaño [41]** 37/10 40/19 41/4 41/8 41/18 48/12 48/14 61/18 61/20 77/10 77/11 106/11 106/14 106/15 106/18 116/13 119/9 124/9 124/10 124/10 124/16 124/19 124/20 124/22 124/23 125/3 142/9 142/12 142/22 143/22 143/25 144/6 145/5 145/6 145/7 145/12 145/24 146/19 149/18 159/15 165/14
**category [1]** 190/16
**cattle [3]** 34/23 77/2 79/11
**caught [10]** 114/12 126/8 126/9 126/11 143/4 143/10 149/12 150/8 153/6 170/12
**causation [2]** 152/22 152/23
**cause [1]** 33/6
**caused [3]** 5/12 5/13 78/6
**causes [1]** 131/3
**Ceferino [9]** 94/17 94/19 94/23 95/6 95/7 95/20 96/4 96/7 96/10
**Ceferino's [1]** 96/8

**C**

**celebrate [2]** 74/15 91/7
**celebration [2]** 74/16 74/20
**Cenizo [1]** 69/15
**Center [1]** 3/7
**central [3]** 30/11 44/10 81/1
**CEO [2]** 54/10 54/24
**certain [7]** 7/25 11/6 13/17 18/8 30/21
117/23 196/13 222/7 223/2
**certainly [1]** 63/12 103/4 130/17 165/16
166/23 195/10 215/11 216/16
**certify [1]** 225/4
**cetera [15]** 118/12 125/22 128/22
128/24 130/1 135/6 142/17 149/7 157/17
160/12 162/2 163/5 223/11 223/12
223/17
**chain [1]** 7/19
**chair [4]** 74/6 155/18 156/6 210/3
**chairman [5]** 22/19 54/10 176/14 178/6
203/23
**champion [1]** 85/2
**chance [4]** 24/25 40/8 181/14 193/17
**changes [1]** 218/16
**chaotic [1]** 105/15
**charade [1]** 188/9
**charge [4]** 107/13 107/22 151/2 169/20
**charged [3]** 107/15 107/17 107/23
**charges [6]** 23/7 28/11 28/16 28/18
28/21 105/24
**Charles [1]** 40/16
**chart [1]** 124/15
**chat [1]** 14/25
**cheap [4]** 33/19 39/10 50/18 128/23
**check [1]** 162/2
**checked [1]** 134/25
**cherrypick [2]** 189/12 199/5
**Chertoff [3]** 161/17 161/20 161/25
**chiding [1]** 88/14
**chief [6]** 22/19 54/9 141/3 152/6 184/19
203/24
**Chigorodó [2]** 73/23 75/8
**child [8]** 81/11 81/18 84/3 84/4 92/19
93/4 94/21 96/19
**children [17]** 27/14 76/23 77/4 78/1
81/10 81/15 83/2 83/13 86/2 89/8 93/15
94/1 94/20 96/18 98/9 98/14 164/21
**Chimborazo [1]** 2/6
**CHIQUITA [522]**
**Chiquita's [97]** 16/25 20/21 22/19 23/20
23/23 24/3 24/9 26/3 26/7 26/11 27/7
27/21 27/24 28/6 29/15 29/19 29/20
30/10 30/16 30/25 31/1 31/2 32/20 33/3
33/20 33/22 34/9 36/2 36/8 36/18 36/24
37/21 38/21 39/7 39/9 40/10 40/17 41/18
42/13 43/12 43/13 45/4 45/12 46/19 47/2
47/22 48/11 50/4 50/13 50/23 51/6 51/8
51/17 51/20 52/3 53/9 54/10 54/14 55/4
55/18 57/8 57/22 58/6 59/18 59/22 59/22
59/23 59/24 61/6 62/3 76/16 101/14
102/24 106/16 106/20 111/12 113/8
113/14 113/21 122/7 137/7 137/10
137/12 156/13 156/15 196/22 196/25
197/8 197/14 197/16 197/22 198/4
198/11 199/3 200/8 217/3 224/4
**choice [10]** 34/5 38/22 39/16 39/20 43/1
91/13 95/22 120/17 200/4 201/3

**choices [2]** 31/12 31/14
**Choking [1]** 75/66

**choose [5]** 7/22 119/8 217/14 217/17
221/5
**chooses [1]** 217/17
**choosing [1]** 184/18
**chose [9]** 36/11 36/11 37/3 39/2 39/10
45/3 45/4 53/12 76/11
**chosen [2]** 91/9 190/8
**Chuck [3]** 150/1 150/14 150/23
**CIA [1]** 152/7
**Cincinnati [4]** 3/8 23/10 26/1 49/24
**cioffi [15]** 3/4 3/8 4/11 101/21 102/24
102/25 115/6 117/12 138/24 139/1
139/15 141/22 197/5 197/7 199/13
**Cioffi's [3]** 138/22 139/5 197/19
**circled [1]** 92/2
**circumstances [5]** 7/20 81/2 81/4 153/6
177/5
**circumstantial [1]** 7/19
**cities [1]** 32/2
**citizens [1]** 24/19
**city [2]** 32/5 132/21
**civil [20]** 6/25 10/18 23/19 30/5 33/5
33/11 34/4 34/11 37/16 38/23 39/19
43/23 60/11 108/18 110/13 110/14 118/9
126/2 135/7 151/24
**civilian [1]** 37/5 43/2
**civilians [7]** 24/2 27/10 28/4 37/12 38/4
38/9 50/9
**claim [6]** 11/14 12/7 13/8 13/15 13/15
125/18
**claimed [1]** 61/9
**claims [12]** 11/17 11/18 12/12 12/12
12/13 12/25 60/2 61/1 61/3 61/7 61/12
90/22
**clarification [3]** 215/20 222/23 224/21
**clarify [2]** 144/23 219/24
**class [1]** 11/1
**cleansing [1]** 59/21
**clear [19]** 42/21 52/14 62/17 63/9 90/14
106/18 120/13 136/20 139/19 139/19
147/17 148/2 149/24 169/7 169/9 169/10
169/12 215/3 219/25
**clearly [17]** 25/21 33/12 35/18 42/23
56/20 60/23 107/9 114/16 142/6 153/5
158/23 175/17 198/8 211/22 213/14
217/9 224/12
**client [2]** 94/14 205/7
**clients [8]** 65/5 65/8 65/11 68/11 68/15
70/10 70/25 97/15
**climate [2]** 30/23 109/11
**clip [12]** 181/14 189/13 192/6 193/1
193/13 193/14 201/23 202/11 202/18
202/19 202/20 207/13
**clips [8]** 181/18 201/19 202/7 211/15
213/6 213/10 213/23 221/25
**close [7]** 12/19 30/1 42/1 61/14 87/5
132/14 142/1
**closely [3]** 35/9 113/17 120/3
**closer [1]** 140/8
**closes [1]** 210/3
**closing [7]** 8/5 14/9 17/9 18/4 82/3
96/11 96/12
**closure [1]** 76/6
**co [5]** 63/21 66/11 66/17 82/10 90/9

**co-counsel [5]** 63/21 66/14 66/17 82/10
90/9
**coast [1]** 32/9
**coca [4]** 109/10 123/19 133/7 154/14
**cocaine [18]** 32/24 32/24 50/15 50/19
59/16 109/5 109/17 109/22 110/1 110/4
110/4 112/2 122/1 127/3 127/3 154/19
155/6 155/19
**coded [1]** 135/6
**coerce [4]** 45/18 45/20 167/22 168/7
**coerced [1]** 45/14
**Cohen [2]** 2/12 2/15
**cohenmilstein.com [2]** 2/14 2/17
**coincidence [2]** 209/17 209/18
**collaborating [2]** 77/7 85/20
**collaborator [3]** 85/13 85/15 89/20
**collapse [1]** 131/4
**collapsed [2]** 95/22 130/13
**colleague [1]** 124/19
**colleagues [2]** 71/16 206/25
**collect [1]** 147/12
**collected [1]** 151/12
**collective [1]** 156/11
**COLLINGSWORTH [2]** 2/9 82/11
**Colombia [119]** 11/22 11/23 12/7 12/18
15/8 21/3 21/4 24/24 27/6 30/4 30/9
30/11 30/16 30/18 31/20 31/22 31/25
32/10 33/5 33/6 33/18 34/2 36/4 38/19
38/23 39/4 39/9 39/13 39/17 40/1 40/2
40/5 40/10 40/17 43/1 49/18 50/2 50/20
52/7 53/12 54/6 55/1 55/2 63/16 68/17
69/10 70/13 70/25 71/22 105/12 107/10
108/15 108/17 109/12 109/13 109/22
110/12 111/6 111/9 111/16 111/25
112/12 112/13 113/12 118/5 120/1
122/17 123/3 126/2 127/5 127/21 127/22
127/24 128/4 129/6 129/6 129/16 130/6
131/12 131/23 132/15 132/22 132/24
133/1 133/1 133/2 133/2 133/3 133/4
133/11 133/13 133/16 135/16 144/15
148/13 150/14 152/11 152/18 154/9
156/4 156/14 156/18 156/20 157/5 158/2
158/6 160/4 161/24 163/3 163/7 163/10
168/10 180/2 180/5 199/21 200/4 200/24
201/3 201/10
**Colombia's [1]** 39/19
**Colombian [52]** 23/24 24/2 24/19 25/7
26/6 26/8 31/19 33/21 34/5 34/7 34/17
36/12 37/1 37/13 38/15 39/6 39/21 43/20
49/22 52/17 53/20 54/2 56/9 57/19 60/9
60/11 60/18 68/23 73/15 77/7 77/8 79/4
89/16 103/21 109/1 109/2 109/2 113/15
120/5 120/7 127/12 134/12 134/15
138/23 138/25 139/2 139/3 139/5 139/13
139/20 140/1 150/24
**Colombians [5]** 103/20 110/14 110/25
117/4 126/6
**Colonia [3]** 55/22 57/22 72/6
**color [1]** 135/6
**Columbia [1]** 23/1
**combed [1]** 173/4
**combined [2]** 10/19 11/11
**come [35]** 6/8 6/21 15/9 21/9 25/12
26/15 44/13 48/23 71/1 71/22 78/8 79/25
82/2 83/1 92/2 92/8 95/5 96/12 101/2
111/4 121/1 135/19 139/15 148/7 148/17

**C**

**come... [10]** 150/5 150/10 169/9 175/2 197/10 198/14 212/21 221/10 222/6 222/17
**comes [9]** 7/9 109/20 142/15 157/1 168/21 169/1 169/4 184/3 200/8
**comfortable [1]** 210/3
**coming [9]** 32/22 74/7 91/21 142/8 188/25 184/22 198/7 198/8 199/14
**Comisky [1]** 3/6
**command [3]** 70/6 123/10 154/17
**commander [11]** 73/14 80/21 96/5 142/20 144/5 145/22 146/3 149/15 149/17 151/5 154/6
**commanders [10]** 70/10 109/15 111/5 117/23 117/25 118/9 119/12 126/16 126/23 146/23
**comment [1]** 224/12
**comments [2]** 63/18 197/16
**commission [1]** 54/23
**commit [1]** 153/23
**committed [9]** 26/18 38/8 38/14 49/17 53/4 54/19 58/15 74/12 152/1
**committing [2]** 27/20 27/23
**common [8]** 11/6 11/7 20/3 35/22 91/10 94/18 98/2 128/10
**common-law [3]** 91/10 94/18 98/2
**communal [1]** 85/25
**communicate [1]** 14/15
**communicated [4]** 46/2 47/16 63/10 167/2
**communication [2]** 121/10 153/21
**communications [2]** 51/21 59/8
**communist [1]** 34/16
**community [4]** 76/25 91/23 113/3 114/4
**companies [10]** 30/11 113/4 120/16 123/13 129/2 130/11 131/2 133/12 161/16 161/25
**companion [1]** 93/21
**companionship [1]** 70/23
**company [27]** 12/4 24/12 25/24 51/18 52/8 52/11 53/19 53/21 54/11 54/12 68/20 80/5 128/16 134/20 135/8 136/1 143/20 159/7 159/7 170/24 171/5 171/10 171/13 172/12 172/6 199/18 209/18
**company's [1]** 134/11
**compared [4]** 50/14 79/14 79/21 154/1
**comparing [1]** 16/7
**comparison [1]** 155/22
**compelled [1]** 29/8
**compelling [4]** 43/9 84/8 86/3 88/11
**compensate [3]** 23/14 81/9 90/1
**compensated [1]** 23/21
**Compensating [1]** 24/9
**compensation [3]** 24/18 100/24 101/1
**compensatory [1]** 71/14
**competitive [2]** 85/5 89/22
**complete [2]** 164/15 165/12
**completed [1]** 20/17
**completely [4]** 135/14 163/10 164/17 211/18
**completeness [2]** 207/15 219/5
**complex [1]** 108/3
**complicated [3]** 136/5 161/19 176/6
**complied [1]** 72/18
**conceal [1]** 52/22

**concealed [1]** 56/18
**conceded [1]** 169/9
**conceivable [1]** 185/20
**concept [1]** 147/20
**concern [4]** 64/22 65/15 171/20 209/3
**concerned [9]** 7/21 21/5 171/12 178/2 179/1 179/22 191/8 212/11 221/11
**concerning [6]** 57/16 59/9 142/21 174/22 194/2 199/17
**concerns [3]** 170/16 171/19 199/24
**conclude [2]** 122/14 163/14
**concludes [1]** 52/1
**concluding [1]** 142/1
**conclusion [5]** 18/3 26/10 26/16 63/6 115/17
**conclusions [1]** 17/10
**conclusively [1]** 26/4
**concrete [1]** 165/7
**condition [5]** 198/4 198/24 200/1 200/14 200/15
**conditional [1]** 187/23
**conditionally [1]** 187/21
**conditions [6]** 31/6 74/13 145/1 145/2 163/7 197/14
**conduct [15]** 21/3 24/9 27/1 27/3 28/25 29/20 34/9 38/22 39/1 39/2 59/1 76/16 172/8 177/8 209/8
**conducted [5]** 29/21 31/13 46/24 58/17 60/9
**conducting [2]** 30/9 42/18
**conducts [1]** 24/13
**confer [4]** 64/10 195/5 206/24 212/24
**conference [1]** 214/22
**confess [1]** 118/1
**confessed [1]** 110/23
**confession [4]** 94/6 94/7 96/4 118/21
**confessions [3]** 60/20 60/21 79/6
**confident [2]** 153/1 169/16
**confining [1]** 174/21
**confirm [1]** 220/21
**confirmed [1]** 60/20
**confirming [1]** 159/6
**confiscated [1]** 79/7
**conflict [2]** 34/12 109/1
**confronted [2]** 73/3 99/25
**confused [1]** 215/8
**confusing [1]** 215/12
**congressional [1]** 38/15
**connecting [1]** 118/23
**connection [7]** 171/15 179/4 180/18 182/21 182/23 202/4 204/6
**connections [1]** 209/19
**Conrad [3]** 2/2 2/5 2/9
**conradscherer.com [2]** 2/4 2/8
**conscious [3]** 34/5
**consent [1]** 162/20
**consequence [2]** 61/10 81/21
**consequences [3]** 51/12 126/24 146/16
**conserve [1]** 10/13
**consider [14]** 8/2 9/9 9/13 10/6 11/17 13/11 17/19 17/22 19/16 21/1 96/15 122/25 148/21 156/6
**considerable [1]** 32/15
**considerably [1]** 30/14
**consideration [3]** 6/23 18/25 152/5
**considered [2]** 8/1 149/7

**considering [3]** 9/19 13/4 43/22
**consistent [1]** 144/10
**consistently [1]** 144/8
**consolidated [2]** 10/23 11/4
**constant [1]** 35/8
**constituted [1]** 38/19
**construction [1]** 79/23
**consultation [1]** 10/15
**consultations [1]** 10/13
**contacts [1]** 160/16
**contained [2]** 9/6 175/4
**containers [6]** 55/25 56/1 56/16 57/6 57/7 57/9
**containing [1]** 56/17
**contemplated [1]** 214/21
**contention [1]** 45/13
**context [5]** 68/15 110/24 141/18 208/15 219/20
**continue [16]** 33/4 37/3 39/17 52/8 52/18 53/6 53/24 81/25 136/25 141/22 143/1 150/17 151/2 158/6 162/6 212/19
**continued [17]** 1/25 34/4 37/1 39/22 41/10 42/11 42/11 43/16 53/8 53/14 54/5 129/16 135/1 145/10 160/12 161/6 162/12
**continues [1]** 115/23
**continuing [3]** 39/12 63/12 204/2
**contradict [1]** 60/25
**contradicts [1]** 9/25
**contrary [2]** 137/13 160/3
**contribute [1]** 145/10
**contributions [1]** 59/19
**control [19]** 8/19 34/25 34/25 36/1 37/13 38/11 50/23 55/23 98/20 107/21 108/20 110/2 110/3 110/11 126/3 132/21 133/21 150/2 151/2
**controlled [5]** 39/11 126/4 126/17 154/11 155/16
**controlling [1]** 109/7
**controversial [1]** 193/8
**convenience [1]** 65/4
**convenient [1]** 208/10
**Convention [5]** 144/10 144/12 144/15 147/4 148/5
**conversations [1]** 158/5
**conviction [4]** 34/10 37/21 51/20 155/8
**convince [4]** 50/13 53/1 219/13 219/17
**convinced [2]** 208/24 211/3
**convivir [4]** 40/22 41/3 51/24 106/18
**cooled [1]** 89/11
**cooling [1]** 95/3
**cooperate [3]** 112/18 113/24 136/5
**cooperated [6]** 104/15 113/17 114/1 114/2 114/3 131/20
**cooperating [1]** 131/24
**cooperation [7]** 59/4 67/20 101/19 102/23 131/23 135/12 170/8
**cooperative [1]** 222/7
**cooperatively [1]** 212/17
**copy [11]** 183/11 183/11 189/20 190/25 191/1 203/15 203/18 204/22 205/5 206/1 206/2
**Cordoba [4]** 154/11 154/25 155/2 155/2
**corn [1]** 69/18
**corner [1]** 132/4
**corporate [15]** 23/8 23/10 26/1 30/8

**C**

**corporate... [11]** 44/12 45/5 47/12 51/6 170/18 190/4 190/6 209/9 209/14 217/3 221/9

**corporation [10]** 28/18 43/25 43/25 44/1 44/2 44/4 44/6 170/19 190/15 209/6

**corporation's [4]** 44/17 44/18 178/8 204/4

**corporations [3]** 111/8 111/9 152/18

**corpses [1]** 49/21

**correct [25]** 61/5 94/7 139/11 141/2 143/17 145/9 145/14 145/18 146/11 146/16 147/14 171/11 180/22 183/11 188/7 189/20 191/10 191/11 191/15 191/18 203/16 203/20 206/2 212/11 224/19

**corrected [2]** 117/17 174/11

**corrections [1]** 47/6

**correctly [1]** 180/21

**correspond [1]** 203/11

**cost [2]** 200/4 201/4

**Costa [5]** 30/19 111/22 112/11 112/14 128/5

**could [65]** 7/10 7/11 7/11 22/23 38/11 39/3 42/14 49/9 50/4 51/9 52/18 52/22 53/6 65/20 73/11 74/11 79/24 80/15 81/14 85/7 85/17 86/9 86/17 91/18 91/19 91/19 101/17 106/19 109/10 110/3 110/21 111/20 117/20 117/21 118/11 118/18 118/23 119/24 121/12 122/4 123/10 127/12 129/25 130/9 130/14 131/20 132/2 142/7 146/10 150/19 151/2 153/17 155/20 157/16 182/1 185/20 187/13 195/4 195/17 195/18 196/1 197/21 199/7 202/17 204/11

**couldn't [4]** 121/7 155/25 162/5 202/20

**counsel [30]** 16/25 20/21 21/8 21/23 47/2 51/16 63/21 63/21 64/2 66/11 66/17 68/19 68/21 82/10 90/9 101/15 102/24 137/10 139/20 160/9 160/24 172/12 176/25 177/17 179/5 182/6 195/19 203/11 206/10 224/12

**counsel's [2]** 177/11 178/16

**Count [2]** 205/8 205/8

**counter [1]** 173/21

**counter-objections [1]** 173/21

**counterdesignation [2]** 220/22 220/24

**counterdesignations [6]** 175/25 176/3 219/3 219/12 219/16 220/14

**counters [5]** 220/5 220/7 220/8 220/16 220/20

**countries [7]** 30/12 30/20 111/21 112/11 129/13 129/14 130/6

**country [24]** 10/23 11/22 24/23 27/6 31/1 31/3 31/7 103/22 109/8 109/9 110/11 118/17 118/19 118/21 120/11 126/3 132/14 132/17 132/18 144/14 144/14 151/14 154/15 158/9

**couple [12]** 69/5 78/16 90/12 93/3 93/7 94/16 96/6 104/11 104/14 159/24 185/19 192/20

**course [31]** 6/19 6/21 16/15 16/19 18/13 20/8 21/16 22/15 22/15 24/20 29/21 29/23 29/25 30/4 31/15 32/7 40/24 41/1 44/7 45/2 63/13 85/20 107/20 111/23 119/8 162/19 164/12 190/5 219/7

**court [66]** 1/1 3/6 3/25 5/1 5/22 8/20 8/25 9/2 10/5 10/24 13/13 14/4 17/20 18/18 19/1 20/4 21/4 21/10 22/12 22/24 25/6 25/12 26/9 26/16 28/5 29/12 46/25 62/25 63/5 66/7 68/6 70/16 71/1 71/4 71/19 90/6 104/2 105/23 137/8 137/19 138/3 138/13 138/14 139/4 144/10 144/24 145/21 147/16 147/24 148/13 171/7 192/9 192/11 192/12 193/18 195/8 196/24 201/2 209/3 209/24 210/6 211/18 211/23 219/20 220/10 222/5 225/8

**court's [12]** 6/3 10/14 18/22 65/15 141/13 171/16 171/20 193/6 199/9 207/25 210/6 220/14

**courthouse [3]** 7/15 21/22 214/24

**courtroom [27]** 6/11 7/9 15/15 15/17 16/5 21/12 23/2 23/19 24/16 29/24 42/20 53/25 64/21 67/18 76/23 101/14 101/20 102/21 115/10 137/4 141/21 147/4 148/6 170/9 189/9 215/6 217/11

**courts [5]** 131/22 134/15 216/10 216/11 218/1

**cover [6]** 29/19 115/2 116/8 213/15 213/17 213/17

**coverage [1]** 19/18

**covered [5]** 99/24 155/8 187/4 196/12 196/16

**covers [1]** 193/22

**coveted [1]** 125/10

**cows [1]** 69/18

**create [3]** 12/10 28/7 31/14

**created [8]** 35/18 39/13 53/18 81/14 114/3 124/9 129/3 158/16

**creating [2]** 28/8 113/14 123/6

**credibility [2]** 10/7 10/17

**credible [2]** 71/24 166/2

**credibly [1]** 50/5

**crime [9]** 22/10 23/15 23/22 25/22 25/23 80/20 132/21 132/21 133/9

**crime-infested [1]** 133/9

**crimes [1]** 177/9

**criminal [24]** 10/19 22/24 27/1 27/3 28/12 28/16 28/17 28/25 29/20 34/9 40/7 51/20 54/23 103/20 105/13 108/19 110/6 146/19 161/9 161/17 177/3 177/8 179/11 205/9

**criminals [4]** 105/14 110/16 133/10 151/18

**Cristian [11]** 73/25 74/3 74/4 74/5 74/15 75/4 75/5 75/7 75/10 75/12 75/14

**critical [1]** 32/19

**cross [7]** 17/1 17/5 19/22 91/18 208/6 223/11 223/13

**cross-examination [4]** 19/22 208/6 223/11 223/13

**cross-examine [1]** 17/5

**cross-examining [1]** 17/1

**crosschecked [1]** 60/19

**crossfire [6]** 143/5 143/10 149/12 150/8 153/7 161/11

**CRR [2]** 3/11 225/7

**CSR [2]** 3/11 225/7

**Cuadrado [1]** 156/7

**culminated [1]** 54/4

**culmination [1]** 23/2

**Cumbay [1]** 2/7

**cup [2]** 154/3 155/23

**currency [1]** 22/5

**currently [1]** 170/15

**cursing [1]** 74/23

**custodian [1]** 183/10

**cut [4]** 67/6 98/13 130/8 192/17

**cutting [2]** 119/25 132/10

**D**

**dad [1]** 79/17

**daily [2]** 50/2 91/24

**damage [2]** 71/14 152/1

**damages [7]** 12/21 70/16 70/17 76/7 89/25 101/8 164/8

**danger [1]** 161/14

**dangerous [1]** 72/23

**dante [6]** 3/4 3/9 115/9 181/3 195/16 196/4

**date [9]** 21/14 21/17 46/6 158/20 159/18 159/19 159/25 167/5 189/21

**dated [1]** 204/15

**dates [1]** 18/21

**daughter [8]** 68/12 68/23 69/19 70/1 70/20 70/21 91/8 99/1

**daughters [2]** 98/4 99/3

**David [3]** 75/12 75/14 84/2

**day [18]** 1/8 5/13 24/8 25/11 49/21 77/15 80/13 80/17 80/18 81/15 96/20 102/10 147/19 183/12 212/4 213/5 214/7 222/1

**daylight [1]** 57/3

**days [4]** 57/12 91/7 148/17 160/23

**days' [1]** 221/16

**DC [5]** 1/19 2/10 2/13 21/22 25/6

**de [4]** 11/23 72/5 82/12 186/25

**de Andres [1]** 72/5

**de Jesus [1]** 82/12

**dead [6]** 72/25 78/3 80/16 95/8 95/13 99/23

**deal [5]** 34/15 54/3 97/12 218/24 220/6

**dealing [2]** 81/5 202/25

**deals [1]** 152/23

**dealt [2]** 196/5 196/6

**death [14]** 12/17 52/15 62/18 63/15 68/24 70/3 75/11 76/11 80/6 81/3 84/18 86/7 98/22 125/18

**deaths [10]** 26/11 38/9 42/20 42/24 60/5 61/11 76/2 81/22 100/20 118/24

**debate [1]** 179/9

**debt [1]** 130/12

**decade [1]** 39/19

**decades [1]** 25/11

**deceased [1]** 148/22

**decedent [1]** 119/3

**decedents [8]** 116/22 117/3 117/10 121/13 153/3 153/18 153/22 163/17

**December [3]** 98/3 157/10 162/14

**December 2003 [1]** 162/14

**December 7 [1]** 98/3

**decent [1]** 77/3

**decide [31]** 7/4 7/8 8/13 9/15 13/9 13/14 13/22 15/21 16/2 20/1 20/3 20/22 70/17 97/23 97/24 105/2 105/7 108/10 116/6 118/25 119/4 138/8 163/23 163/23 163/23 169/17 189/1 217/20 221/5 223/1

**D**

**decide... [1]** 223/14
**decided [9]** 31/24 33/17 36/12 36/15 37/7 41/20 80/1 161/5 199/5
**decides [1]** 28/13
**deciding [5]** 9/9 21/6 23/19 25/14 26/11
**decision [10]** 14/12 15/14 15/16 17/6 33/3 52/6 122/25 127/25 128/9 203/6
**decisions [3]** 17/13 23/9 24/4
**declines [1]** 162/9
**dedicated [2]** 74/1 74/9
**deeper [1]** 125/21
**defendant's [8]** 11/17 158/12 175/22 175/25 203/23 207/19 208/3 208/18
**defense [17]** 11/14 13/18 13/21 13/25 52/5 62/3 62/6 62/7 62/8 62/12 62/25 63/8 64/23 65/21 65/23 106/25 200/3
**defenses [2]** 11/18 13/17
**defines [1]** 223/20
**definitely [2]** 140/9 201/1
**definition [1]** 134/15
**definitions [1]** 15/19
**degree [1]** 12/9
**degrees [1]** 111/24
**Del [4]** 128/14 130/1 130/4 152/19
**Del Monte [1]** 130/4
**delay [2]** 5/12 5/13
**delayed [1]** 51/11
**delaying [1]** 52/18
**deleted [1]** 165/16
**deletion [1]** 165/20
**deletions [1]** 165/21
**deliberate [5]** 67/15 67/24 68/3 81/8 100/14
**deliberating [1]** 169/15
**deliberations [6]** 8/10 11/14 11/16 14/6 14/10 17/14
**deliver [4]** 92/17 92/22 111/18 112/7
**delivered [1]** 56/12
**delve [1]** 172/23
**demand [4]** 26/22 62/17 136/15 166/6
**demanded [1]** 157/13
**demanding [2]** 73/4 162/17
**demands [8]** 36/15 36/16 38/6 51/11 119/7 120/16 153/7 166/12
**demobilize [2]** 133/17 163/8
**demobilizes [1]** 163/10
**demonstration [1]** 138/11
**demonstratives [1]** 166/19
**denies [1]** 12/12
**Denney [1]** 1/12
**deny [1]** 190/13
**denying [1]** 190/16
**department [10]** 54/22 58/13 107/20 135/15 135/25 159/19 162/2 202/22 224/4 224/5
**depended [2]** 79/16 112/16
**depending [1]** 203/2
**depends [1]** 223/10
**depo [1]** 201/23
**deponent [1]** 224/1
**depos [1]** 71/7

**deposed [4]** 45/6 168/14 168/14 199/22
**deposition [127]** 3/24 18/14 18/14 18/16 18/20 18/24 29/4 47/2 47/3 47/11 47/24 54/16 58/12 71/5 91/12 94/24 102/2 102/8 116/2 118/13 143/16 144/9 146/5 148/5 148/23 154/6 154/23 154/24 158/3 173/1 173/6 173/7 173/10 173/19 173/20 173/22 174/22 175/8 175/13 175/23 176/9 176/18 178/1 178/2 178/3 178/12 178/25 179/8 179/12 180/1 180/7 180/9 180/11 180/14 180/19 181/4 181/14 182/10 182/19 182/20 183/4 183/5 183/10 183/18 183/18 183/20 183/22 184/14 184/18 185/12 185/22 185/24 185/25 186/10 186/16 187/6 189/2 189/13 190/9 190/9 190/11 191/8 191/9 191/14 191/17 192/1 192/5 192/7 192/15 195/1 196/6 201/15 201/15 202/3 202/7 203/9 207/1 207/18 207/23 208/11 214/1 214/2 215/2 215/4 216/8 216/12 217/1 217/6 217/13 217/14 217/17 217/18 217/23 218/2 218/13 218/15 218/16 218/21 218/24 219/16 220/1 220/13 220/18 221/8 221/25 222/24 222/25 223/1
**depositions [17]** 30/3 71/2 119/15 144/13 144/15 148/10 148/14 173/1 173/3 189/24 211/14 212/3 212/5 213/2 214/11 214/13 221/22
**DERIVATIVE [1]** 1/4
**describe [1]** 87/1
**described [2]** 45/7 58/21
**description [3]** 4/2 139/5 203/5
**descriptions [1]** 181/10
**deserved [1]** 73/6
**deserves [1]** 7/24
**designate [2]** 44/10 205/18
**designated [19]** 37/24 42/7 51/13 68/17 160/6 177/16 192/8 192/11 192/16 192/18 193/1 193/3 193/21 194/4 194/22 195/3 195/12 196/6 207/2
**designating [1]** 38/12
**designation [11]** 52/9 53/15 135/24 157/4 159/20 160/1 160/6 160/15 160/23 175/11 185/12
**designations [17]** 173/3 175/13 175/23 176/3 181/19 193/22 194/18 195/22 201/23 202/3 207/11 207/19 208/2 211/16 220/4 220/13 221/25
**designed [3]** 31/13 38/10 118/16
**desire [2]** 158/6 158/8
**despite [1]** 79/6
**destabilized [1]** 132/13
**destabilizing [1]** 161/23
**destroy [1]** 119/11
**destroyed [1]** 57/17
**destroying [1]** 151/14
**destruction [1]** 51/8
**detail [8]** 24/25 26/9 28/16 30/15 32/16 32/16 32/17 158/19
**detailed [1]** 7/2
**detailing [1]** 49/22
**details [5]** 29/8 29/20 158/22 162/23 171/8
**determination [1]** 195/18
**determine [4]** 44/17 104/2 202/9 217/9

**determined [1]** 27/21
**determining [1]** 10/17
**deterrence [1]** 177/8
**devastated [1]** 93/4
**devastating [1]** 72/24
**developed [1]** 112/4
**develops [1]** 203/2
**device [1]** 14/25
**devil [1]** 62/6
**Devine [1]** 152/6
**devoted [1]** 84/13
**diamond [2]** 48/16 165/17
**did [122]** 8/17 16/8 16/8 27/18 28/14 28/18 29/19 35/22 37/18 41/17 41/17 41/22 46/1 46/3 46/5 48/12 49/3 49/6 49/24 50/4 54/2 54/18 54/20 55/2 61/18 61/23 62/13 67/8 79/4 85/8 87/17 92/18 92/19 93/22 100/1 103/13 104/8 104/10 104/12 105/1 106/1 106/3 106/23 109/11 111/21 112/2 113/10 114/20 116/21 117/1 118/11 119/5 120/20 121/2 121/13 122/17 123/22 126/12 127/6 129/20 133/24 134/23 135/12 136/1 136/3 136/15 138/2 138/14 139/2 143/7 143/23 145/8 145/16 146/10 146/15 147/22 148/3 150/16 151/20 153/13 155/20 155/24 157/15 158/1 158/1 158/5 162/20 162/24 166/2 166/25 167/2 167/4 176/22 178/3 180/4 184/24 185/3 185/5 185/9 185/19 189/24 189/24 195/16 197/15 198/5 199/15 201/5 201/20 202/8 202/11 202/19 202/19 205/17 206/15 210/9 210/23 212/7 212/7 213/1 213/7 216/22 218/10
**Didier [3]** 150/1 150/14 150/23
**didn't [47]** 5/8 5/17 7/18 8/16 42/10 43/17 43/18 48/17 50/6 53/21 54/11 78/3 78/15 83/17 83/18 86/17 105/24 107/4 116/15 117/3 117/14 117/14 118/1 118/14 119/1 121/14 132/1 135/9 139/16 142/16 147/6 159/23 160/1 160/18 161/1 162/5 165/19 165/25 167/19 168/24 178/20 179/12 181/17 195/14 196/7 199/13 210/25
**die [2]** 157/20 161/13
**died [9]** 74/4 75/8 76/3 76/21 77/23 77/24 81/17 95/9 150/10
**dies [2]** 81/1 81/3
**difference [4]** 7/21 56/19 122/4 148/14
**different [12]** 10/22 11/10 17/25 56/10 77/21 97/8 97/9 104/1 141/25 168/21 168/22 181/6
**difficult [3]** 108/3 137/14 190/7
**digress [3]** 117/11 144/11 148/4
**diligent [1]** 133/23
**diminished [1]** 163/9
**dire [2]** 103/9 172/11
**direct [11]** 7/22 43/5 45/17 45/23 46/16 66/7 166/16 167/15 167/22 208/6 208/17
**direction [1]** 162/8
**directly [11]** 45/1 48/2 51/25 61/10 76/22 119/22 183/2 198/4 199/9 200/8 224/14
**director [2]** 152/7 183/12
**directors [3]** 42/12 189/21 203/24
**dirty [1]** 58/8

**D**

disagree [4]  223/9 224/7 224/15 224/17
disallow [1]  9/7
disappears [1]  92/13
disarray [1]  79/12
disaster [1]  132/17
disbelieve [1]  7/23
discern [1]  135/16
discharged [1]  57/2
Discharging [1]  56/25
disclose [3]  54/18 140/20 209/15
disclosed [4]  166/19 215/22 220/10 220/11
disclosure [2]  90/16 170/25
disclosures [1]  211/24
discover [1]  160/1
discovery [3]  18/21 188/11 188/18
discretion [1]  218/14
discuss [17]  8/6 14/4 64/16 101/12 101/16 116/18 137/1 137/13 170/4 191/9 191/23 194/5 194/9 194/12 197/3 212/19 222/15
discussed [12]  10/4 44/3 44/7 138/3 157/23 161/15 164/7 166/22 194/13 202/13 212/18 214/22
discusses [2]  161/23 183/23
discussing [2]  16/9 21/16
discussion [4]  139/14 176/24 219/20 222/4
discussions [1]  14/12
disguised [2]  41/25 42/2
disoriented [1]  89/2
dispensaries [4]  209/7 209/10 209/11 209/12
displacement [1]  38/5
displays [1]  49/21
dispute [2]  19/6 42/18
disputed [3]  29/17 124/12 224/8
disregard [4]  9/8 17/25 137/9 139/5
disregarded [1]  137/7
disrupted [1]  36/24
dissimilar [1]  104/21
dissuade [1]  98/10
distinct [1]  11/2
distract [1]  16/3
distracting [4]  64/24 65/21 65/22 65/24
distribute [2]  111/12 112/4
distributed [2]  111/17 112/15
distributes [1]  12/5
distribution [2]  112/6 154/19
DISTRICT [5]  1/1 1/1 1/9 23/1 104/2
ditch [1]  95/4
division [4]  127/12 127/14 161/9 161/17
do [132]  7/7 15/25 19/2 19/9 27/22 41/16 44/14 44/16 47/9 47/24 48/13 48/15 49/3 51/25 51/25 56/18 60/4 60/6 61/8 61/14 61/19 61/21 62/6 64/6 64/16 64/16 68/14 74/25 76/11 82/15 85/4 98/11 101/8 101/16 101/21 102/9 102/11 103/8 104/11 105/11 105/11 110/2 111/18 113/4 113/5 115/3 115/19 117/21 118/23 119/21 121/1 121/7 121/13 122/5 122/14 123/13 123/14 123/14 127/19 128/23 131/14 131/21 132/22 137/20 139/14 140/18 141/7 141/9 143/11 143/25 144/25 145/21 153/11 153/23

155/21 155/25 157/4 157/17 157/18 161/4 161/13 163/5 164/12 165/15 165/25 166/7 166/17 169/22 170/5 170/20 170/23 171/21 172/3 176/23 180/15 181/2 181/5 181/7 181/10 181/17 182/10 182/12 182/16 182/22 184/13 184/19 185/16 189/6 189/15 192/21 195/6 195/8 195/10 202/5 202/22 207/6 212/17 212/18 215/3 215/11 215/18 215/23 216/16 217/10 218/19 218/22 219/22 220/2 221/23 223/9 223/14 224/7
docket [3]  175/23 175/25 214/24
document [38]  22/14 22/16 22/21 24/25 56/22 56/25 105/18 105/21 106/22 106/24 108/8 140/12 140/14 158/12 158/17 158/19 173/25 174/1 174/2 174/3 174/5 174/15 174/16 174/18 176/21 178/14 182/17 183/16 183/19 186/2 186/24 187/16 188/17 188/19 189/7 190/13 190/14 203/19
documentary [1]  59/12
documentation [2]  57/15 158/13
documented [1]  41/25
documents [22]  30/2 47/23 51/18 51/20 56/8 140/21 176/4 184/21 184/23 186/11 187/25 188/4 188/6 188/10 189/3 189/12 189/16 190/6 190/10 190/14 190/16 190/19
does [25]  27/11 27/16 44/15 45/25 48/23 48/25 62/25 67/12 105/12 161/20 162/3 162/12 182/21 183/20 190/9 191/25 192/2 198/14 198/23 201/17 203/11 209/8 209/15 215/17 217/25
doesn't [13]  5/9 51/2 92/18 140/23 153/17 153/18 160/19 160/19 172/15 173/17 189/13 192/3 210/4
doing [12]  5/14 14/24 26/17 79/23 85/8 95/10 98/10 111/6 113/5 184/20 199/4 223/12
DOJ [36]  108/1 108/2 135/22 136/2 136/3 136/5 136/7 136/11 136/12 136/14 136/15 157/1 157/1 157/10 157/11 157/11 157/14 157/15 157/16 158/16 159/11 159/16 161/3 161/3 161/7 161/9 161/10 161/10 162/5 162/8 162/9 162/11 162/12 162/19 162/22 162/24
Dole [4]  128/14 130/1 130/3 152/19
dollar [1]  199/6
dollars [5]  22/4 38/25 59/25 197/17 198/12
don't [91]  5/10 5/23 8/13 8/22 15/5 16/1 16/3 16/5 16/7 16/10 27/19 42/2 44/14 45/24 48/14 49/6 61/20 63/2 64/11 64/14 67/12 82/19 83/7 86/14 97/6 97/10 99/6 101/13 101/16 101/16 102/2 105/6 120/25 125/25 137/1 137/1 137/15 137/16 137/21 139/10 140/3 141/11 141/16 152/24 165/14 166/6 170/4 170/4 170/5 170/17 170/22 170/25 171/15 172/17 172/19 172/19 173/9 173/21 173/23 173/24 174/4 174/5 175/11 175/15 179/9 180/15 180/20 181/8 185/3 189/11 190/12 193/7 194/17 197/6 206/5 207/22 208/14 209/11 209/12 211/25 216/16 217/22 219/19 220/22 221/11 221/14 221/15 222/15 222/25 223/22 224/15

done [14]  24/18 45/14 62/10 64/25 66/12 77/18 82/1 90/16 135/14 140/21 166/11 168/1 185/12 208/10
donkey [1]  69/22
door [10]  67/14 80/18 82/22 85/24 88/23 88/24 169/21 197/10 197/20 199/14
doubt [13]  22/25 26/5 29/11 36/18 106/5 106/5 116/12 117/9 117/13 142/6 157/7 159/15 198/21
down [11]  46/25 47/5 66/7 66/9 84/16 89/11 98/9 109/20 118/17 129/22 151/13
Dozens [1]  30/3
dozing [1]  210/17
dragged [2]  98/8 98/8
dramatic [1]  130/2
dramatically [1]  34/5
draw [1]  194/15
dream [1]  69/10
drive [2]  41/9 106/15
driven [5]  73/3 124/1 124/1 127/22 129/10
driver [2]  26/21 129/6
driving [1]  150/4
drop [3]  31/3 31/7 31/8
dropped [1]  84/10
drug [17]  49/7 49/13 50/10 50/19 58/7 108/25 109/14 110/16 122/2 124/12 124/14 126/6 127/3 133/7 154/2 154/8 154/17
drugs [5]  33/2 48/6 49/9 58/4 109/17
Duarte [1]  97/2
due [3]  197/12 197/19 199/10
dumped [1]  73/2
Durango [4]  72/5 79/20 80/11 80/17
duress [5]  45/14 52/5 62/5 62/7 62/12 62/25 63/8 66/10
during [51]  6/19 6/21 7/25 10/3 11/15 12/6 16/6 16/19 17/19 18/1 18/13 18/16 18/21 20/8 21/16 22/14 24/5 24/20 29/25 31/21 32/17 40/24 41/1 44/7 45/2 46/9 48/3 49/18 52/14 55/21 56/6 88/21 89/12 96/7 103/9 108/1 108/2 108/15 108/17 126/6 140/1 149/16 167/8 172/11 197/15 197/18 199/3 199/8 200/16 215/7 223/7
duty [6]  7/1 7/4 68/9 163/22 169/14 169/20
dwell [1]  142/10

**E**

each [38]  7/23 8/7 11/1 11/1 11/2 11/13 11/13 11/15 11/16 12/22 12/24 13/2 13/4 14/6 16/15 17/16 18/17 20/12 20/13 25/4 31/1 50/9 56/16 63/14 80/4 82/22 85/24 85/24 86/2 87/9 100/9 100/15 100/20 100/23 101/6 110/20 123/18 149/5
eager [2]  53/22 53/22
earlier [22]  20/5 28/15 38/17 55/2 55/18 63/5 124/5 125/14 136/8 154/12 156/5 158/25 160/23 162/16 163/5 167/18 167/19 180/25 181/12 189/6 202/18 210/9
early [9]  22/15 36/23 40/16 64/9 77/16 77/17 84/21 112/17 140/12
earned [1]  125/4

**E**

**Earth [2]** 86/8 86/22
**EarthRights [1]** 1/17
**earthrights.org [4]** 1/19 1/20 1/20 1/21
**easel [1]** 5/22
**easiest [1]** 195/17
**easily [1]** 195/7
**easy [1]** 63/14
**ECC [3]** 128/11 128/12 129/18
**economic [3]** 75/21 199/20 200/3
**economically [3]** 199/20 201/6 201/10
**economy [1]** 109/22
**Ecuador [5]** 30/18 111/22 112/11 112/14 128/5
**Edificio [1]** 2/6
**Edilson [4]** 94/24 94/25 95/2 95/16
**edited [1]** 174/22
**educate [1]** 44/11
**education [1]** 77/1
**educational [1]** 122/19
**effect [4]** 95/14 130/2 133/16 155/24
**effects [1]** 163/7
**efficiency [2]** 11/6 207/4
**efficient [1]** 30/23
**efficiently [1]** 122/15
**effort [7]** 46/2 60/10 65/16 90/13 132/22 132/23 167/1
**ehager [1]** 2/8
**eight [7]** 72/22 83/16 83/19 96/18 99/1 102/4 150/6
**eighth [1]** 94/21
**either [12]** 7/23 10/8 61/4 61/10 126/22 158/2 172/16 172/19 209/13 213/11 218/20 221/18
**El [8]** 65/15 78/11 98/18 99/11 99/12 99/17 99/17 100/1
**El Cenizo [1]** 69/15
**El Ruso [4]** 99/11 99/12 99/17 99/17
**El Tijeras [2]** 98/18 100/1
**elaborate [1]** 199/7
**Elberth [1]** 224/3
**elected [1]** 74/10
**elementary [1]** 77/1
**elements [7]** 13/18 62/9 62/12 62/12 62/24 108/19 110/7
**elephant [7]** 164/20 164/23 164/24 164/25 165/2 165/3 169/2
**elephant's [2]** 164/24 165/1
**Elexy [1]** 157/24
**elicited [1]** 200/7
**eliminated [1]** 81/13
**Ellis [4]** 160/16 160/17 160/21 161/2
**Ellis' [1]** 160/18
**ELN [2]** 108/24 125/25
**else [19]** 15/10 15/11 15/23 46/23 62/2 73/10 74/25 104/8 140/10 160/14 166/10 193/2 193/20 193/20 202/21 206/23 221/17 221/17 221/19
**Elvia [8]** 72/3 73/21 73/25 74/14 74/18 75/2 75/7 76/1
**Elvia's [2]** 74/2 74/15
**email [3]** 3/3 114/21 215/2
**emails [2]** 14/16 121/10
**emphasize [2]** 14/13 19/2
**empire [1]** 125/6
**employed [8]** 31/22 34/1 40/2 44/8

**employee [5]** 47/4 47/20 127/9 223/16 224/15
**employees [18]** 12/17 27/15 33/25 34/8 36/9 37/4 39/5 42/13 43/14 56/4 59/3 59/5 123/8 126/12 127/18 149/11 153/8 200/5
**encounter [1]** 164/23
**encountered [2]** 74/21 141/10
**end [28]** 7/2 8/6 10/16 14/7 14/11 60/10 60/10 67/15 67/24 68/3 71/15 81/8 82/5 89/24 96/11 100/12 100/22 101/2 101/5 102/10 105/4 119/25 147/19 157/9 169/10 169/13 169/20 169/21
**ended [2]** 157/6 159/13
**ending [1]** 212/10
**ends [2]** 21/13 21/19
**endure [1]** 90/2
**enemies [1]** 124/17
**enemy [1]** 151/10
**enforced [1]** 196/3
**enforcement [1]** 23/18
**engage [1]** 107/18
**engaged [2]** 24/6 54/20
**engaging [1]** 27/9
**English [2]** 17/18 17/24
**engulfed [1]** 108/17
**enjoying [1]** 80/4
**enlarge [1]** 33/4
**enormous [6]** 25/4 122/2 122/10 146/15 155/10 155/19
**enough [9]** 28/7 28/21 29/24 53/6 79/9 93/6 95/13 98/19 140/12
**ensuing [1]** 37/16
**ensure [1]** 39/7
**enter [2]** 23/16 205/8
**entered [10]** 6/11 22/18 23/4 67/18 102/21 127/24 141/21 176/16 197/14 204/16
**entire [10]** 36/9 37/5 38/5 61/17 78/3 113/3 117/6 118/16 120/11 213/16
**entirely [1]** 208/1
**entitled [5]** 16/13 18/24 56/25 218/15 225/5
**entity [1]** 170/18
**Entry [2]** 175/23 176/1
**environment [5]** 42/19 113/1 114/4 122/20 128/6
**environmental [1]** 113/9
**environmentally [1]** 113/2
**EPL [1]** 108/24
**equal [1]** 82/6
**equally [1]** 127/1
**equator [4]** 30/22 111/23 111/24 111/25
**equipment [3]** 55/24 56/2 59/8
**eradication [1]** 133/7
**ERIC [4]** 2/5 82/10 178/8 204/4
**Ernst [2]** 134/3 134/10
**errata [1]** 47/5
**error [1]** 45/20
**escape [6]** 50/4 53/22 53/23 62/10 63/11 95/23
**Escobar [6]** 40/18 41/12 124/18 124/19 124/21 124/22 124/23 124/23 125/1
**especially [6]** 33/19 34/19 35/4 130/11 149/3 214/7

**Esperante [1]** 2/19
**essentially [2]** 173/16 187/20
**establish [3]** 25/21 59/12 63/8
**established [5]** 26/4 26/6 29/10 34/25 62/9
**establishes [1]** 60/23
**estimated [2]** 109/23 109/23
**ESTRADA [3]** 1/11 4/9 90/8
**et [15]** 118/12 125/21 128/22 128/24 130/1 135/6 142/17 149/7 157/17 160/12 162/2 163/5 223/10 223/12 223/17
**EU [14]** 128/6 128/7 128/15 129/5 129/11 129/13 129/17 129/19 129/20 130/7 130/12 131/3 131/4 131/5
**Europe [4]** 128/6 128/19 129/9 130/9
**European [4]** 128/7 128/10 128/16 129/23
**European-based [1]** 128/16
**Europeans [1]** 128/21
**evaluate [1]** 156/6
**evaluating [1]** 10/7
**Evaristo [20]** 72/5 73/22 73/22 73/23 73/25 74/1 74/7 74/9 74/12 74/14 74/19 74/21 74/22 74/24 75/1 75/3 75/6 75/8 75/16 75/25
**Evaristo's [3]** 74/6 74/17 75/13
**even [38]** 7/7 7/17 14/5 14/20 17/23 19/7 21/2 21/18 23/6 27/16 29/16 36/17 37/2 42/13 53/6 53/7 53/16 54/18 56/18 74/4 74/11 92/18 92/23 103/4 113/23 115/18 115/24 118/14 120/24 121/21 138/25 171/7 196/5 202/20 208/10 216/7 224/11 224/12
**evening [4]** 141/17 170/2 170/7 212/8
**event [2]** 162/14 162/15
**events [5]** 21/15 30/13 30/14 31/5 57/19
**eventual [1]** 34/10
**eventually [3]** 52/21 58/2 77/8
**ever [14]** 47/21 48/14 50/25 61/20 61/21 63/10 73/19 75/4 80/15 165/14 184/3 184/3 189/15 200/23
**every [28]** 22/25 26/4 27/9 29/11 34/7 35/21 40/7 42/5 44/22 46/25 49/21 65/16 67/23 90/13 101/6 167/21 178/7 183/4 184/13 185/11 185/12 185/20 188/10 188/17 198/20 200/21 204/4 214/9
**everybody [1]** 67/5
**everyone [4]** 105/12 126/21 132/16 170/10
**everything [18]** 9/17 14/8 15/7 47/4 56/2 66/12 96/1 96/2 115/16 115/16 136/19 160/14 190/24 198/3 207/8 207/12 208/22 212/9
**everywhere [1]** 49/23
**evidence [229]**
**evil [1]** 127/1
**exact [2]** 208/18 212/13
**exactly [9]** 35/20 44/3 137/18 143/14 144/8 173/5 179/5 190/22 195/15
**examination [10]** 19/22 46/24 174/13 200/25 201/5 208/6 208/6 208/17 223/11 223/13
**examine [2]** 17/5 221/6
**examining [1]** 17/1
**example [11]** 8/2 8/15 15/17 31/4 31/5 69/8 100/2 165/7 168/23 194/16 208/16

# E

**excellent [1]** 156/3
**except [1]** 74/16
**exceptions [1]** 43/7
**exchange [3]** 23/6 185/3 212/19
**exchanged [1]** 184/24
**excluded [5]** 193/1 193/6 194/1 194/1 194/6
**exclusion [4]** 22/25 26/4 29/10 198/20
**exclusive [1]** 55/23
**exclusively [3]** 20/3 56/3 84/17
**excuse [13]** 7/13 25/14 25/21 30/12 31/18 32/4 40/7 58/22 61/21 75/17 86/14 166/18 220/11
**excuses [2]** 25/18 25/18
**executions [1]** 49/20
**executive [5]** 22/19 24/8 40/17 54/9 203/24
**executives [7]** 23/9 24/3 36/18 38/22 42/11 59/22 128/8
**exerted [1]** 36/1
**exhibit [48]** 7/11 8/21 8/25 9/2 9/4 9/4 9/6 158/13 173/7 173/13 173/14 173/19 173/21 173/22 179/24 180/1 180/3 180/7 180/9 180/11 180/13 182/9 182/10 182/11 182/12 182/13 182/15 182/18 182/19 182/21 182/22 183/4 183/24 183/25 184/4 184/5 184/7 184/25 184/25 185/1 185/1 185/4 185/6 185/7 185/20 186/15 186/22 213/6
**Exhibit 12 [1]** 180/13
**Exhibit 2 [2]** 180/1 182/10
**Exhibit 3 [1]** 173/7 179/24 182/19
**Exhibit 4 [1]** 180/3
**Exhibit 5 [1]** 180/7
**Exhibit 6 [1]** 180/9
**Exhibit 7 [1]** 180/11
**exhibits [20]** 10/12 13/12 173/5 173/7 173/10 173/15 173/16 174/12 174/21 179/3 179/7 179/15 180/17 181/3 181/8 181/15 182/2 182/4 182/14 187/9
**exist [1]** 15/13
**existed [1]** 36/6
**existence [1]** 81/1
**existing [1]** 34/18
**exists [2]** 43/22 47/3
**exit [3]** 55/2 163/2 163/12
**exited [4]** 64/21 101/20 137/4 170/9
**expand [2]** 34/5 37/1
**expanded [1]** 36/4
**expansion [1]** 34/3
**expect [7]** 16/16 20/10 25/17 49/8 133/9 208/22 211/18
**expected [1]** 192/13
**experience [4]** 81/25 103/10 103/13 164/14
**experienced [4]** 79/15 82/5 82/7 88/20
**experiences [1]** 103/12
**expert [2]** 151/23 155/11
**explain [7]** 6/25 85/17 104/17 144/25 152/13 166/6 217/15
**explained [4]** 54/14 106/4 117/17 161/14
**explains [1]** 161/10
**explanation [2]** 6/20 218/21
**explicit [1]** 149/24

**explicitly [1]** 167/12
**explosive [1]** 38/6
**export [3]** 32/20 50/19 129/25
**exportation [2]** 33/1 110/4
**exported [1]** 58/4
**exporter [1]** 109/14
**exporting [2]** 31/21 123/19
**expose [1]** 33/5
**exposing [2]** 34/7 39/5
**exposure [2]** 36/5 36/12
**express [2]** 44/18 158/5
**expressed [2]** 64/22 158/8
**expression [1]** 211/11
**expressly [1]** 217/5
**extend [1]** 27/7
**extended [2]** 29/22 85/23
**extensive [2]** 114/5 131/9
**extensively [1]** 57/20
**extent [3]** 183/16 184/6 201/13
**external [3]** 134/2 134/9 135/17
**extorted [26]** 61/23 62/4 104/20 104/25 105/17 106/6 107/9 107/14 107/23 108/7 111/3 116/13 119/16 122/7 127/4 132/5 142/7 142/15 146/24 148/19 152/17 153/25 156/1 157/7 159/15 166/1
**extorters [2]** 111/4 166/4
**extortion [36]** 36/22 40/8 40/12 41/23 53/2 53/25 56/8 60/1 62/5 106/25 114/15 114/16 114/18 119/7 119/11 119/20 120/16 120/18 120/22 120/25 121/21 122/7 126/9 132/1 133/23 134/14 135/1 135/11 136/15 147/7 148/2 150/22 153/5 153/7 158/17 161/15
**extortionist [1]** 59/14
**extortionist-victim [1]** 59/14
**Extortionists' [1]** 51/10
**extradited [1]** 154/9
**extraordinary [1]** 33/7
**extreme [4]** 27/9 29/13 34/16 35/6
**extremely [2]** 35/7 78/24
**eye [1]** 210/16
**eyes [1]** 210/3
**eyewitness [3]** 43/9 56/9 60/23
**eyewitnesses [2]** 43/14 99/8

# F

**F-A-R-C [1]** 34/13
**Fabian [8]** 74/2 74/15 74/16 74/19 74/22 74/24 75/2 75/7
**Fabio [3]** 77/17 77/19 97/4
**face [6]** 14/14 14/14 87/21 89/6 146/15 199/20
**Facebook [1]** 14/18
**faced [4]** 28/12 105/23 107/12 161/24
**faces [1]** 24/8
**facilitate [1]** 58/23
**facilitated [1]** 59/4
**facilities [6]** 31/20 32/13 36/8 36/24 55/20 56/23
**facing [1]** 131/6
**fact [47]** 7/14 7/20 10/6 10/14 13/9 13/15 13/16 15/8 48/8 54/3 61/22 84/24 85/1 85/8 103/13 107/1 108/2 109/15 109/21 110/8 111/21 117/3 119/2 120/15 124/3 124/12 125/1 130/18 133/13 136/12 146/23 153/16 155/21 155/23

168/2 176/22 182/3 162/21 160/7 168/12 176/22 189/20 198/22 201/2 201/10 209/15 224/8
**factors [3]** 10/2 125/23 200/3
**facts [27]** 7/5 10/4 11/6 12/20 13/20 13/23 13/24 18/8 18/11 19/5 19/7 19/9 19/10 22/22 29/10 29/12 29/17 29/19 29/22 30/6 97/20 97/25 116/7 116/7 122/13 142/4 154/22
**factual [25]** 22/12 22/16 28/15 29/6 45/10 51/19 54/13 105/22 106/4 107/24 116/11 119/23 140/24 142/5 146/18 182/15 189/9 189/10 198/5 198/5 198/14 198/18 198/23 198/25 199/6
**failed [2]** 126/3 132/15
**fails [1]** 13/5
**failure [1]** 106/17
**fainted [1]** 88/25
**fair [8]** 15/15 15/22 15/23 24/17 100/24 100/25 143/21 219/6
**fairly [2]** 210/1 219/3
**faith [2]** 187/15 188/19
**fall [1]** 30/20
**falling [1]** 124/21
**falsely [3]** 60/2 73/8 85/12
**familiar [2]** 168/7 171/6
**families [17]** 76/1 76/4 76/6 76/13 76/15 76/17 80/23 82/4 82/7 85/22 85/23 90/11 90/21 96/16 103/13 114/14 126/8
**family [41]** 25/9 60/15 61/5 61/11 68/13 69/1 69/8 69/9 69/12 69/15 69/17 69/23 74/1 74/2 74/16 76/21 76/24 77/5 77/9 78/3 78/21 79/15 79/18 79/24 81/13 82/11 82/23 84/11 84/22 85/16 85/20 87/9 89/23 91/6 93/22 94/13 96/2 96/16 110/18 118/2 163/17
**far [15]** 7/21 16/15 29/22 60/1 64/18 71/21 78/14 101/14 111/7 127/13 178/1 178/25 179/19 179/22 191/8
**FARC [51]** 34/13 34/15 34/16 34/25 34/25 35/6 35/8 35/11 35/12 35/16 35/17 35/21 36/1 36/7 36/8 36/10 36/23 37/3 37/14 41/6 41/9 41/10 43/4 43/11 50/24 93/25 106/15 108/23 114/10 123/16 123/23 125/8 125/9 125/14 125/17 125/19 125/24 126/11 127/17 127/22 128/1 128/24 129/4 131/15 135/8 149/4 149/10 150/7 150/8 151/1 152/11
**FARC's [5]** 34/22 36/15 36/16 43/12 125/10
**farm [21]** 69/11 69/15 69/17 69/25 72/12 72/21 73/2 73/9 73/24 78/15 86/5 93/8 93/8 98/4 98/7 99/9 99/10 148/20 148/24 150/4 156/4
**farmer [3]** 68/13 68/23 77/2
**farming [2]** 69/7 112/21
**farms [31]** 25 53/14 53/20 54/25 59/22 69/9 72/9 73/23 75/21 75/25 77/21 79/7 84/12 112/12 112/16 113/1 113/6 113/7 113/11 113/25 114/7 127/25 128/24 129/2 129/12 130/12 148/25 150/3 150/16 157/25 158/4
**fashion [1]** 168/4
**faster [1]** 105/5
**father [23]** 70/22 73/17 74/3 74/4 74/5 75/6 75/12 75/15 77/20 78/9 78/17 79/15

**F**

**father... [11]** 81/10 83/20 83/22 84/1
84/14 89/22 95/3 95/3 97/4 98/25 125/18
**father's [5]** 69/6 75/11 78/25 94/25 98/6
**fatherless [1]** 96/18
**fathers [1]** 27/13
**favor [3]** 13/7 13/7 131/1
**favoring [2]** 13/2 13/3
**fear [3]** 78/5 78/6 89/7
**fearing [1]** 92/10
**feature [1]** 32/9
**February [4]** 160/1 160/21 179/25 186/5
**February 20 [1]** 160/1
**February 26 [1]** 160/21
**February 9 [1]** 186/5
**federal [37]** 2/2 21/22 22/10 22/11
22/11 22/12 22/12 23/1 23/3 23/5 23/17 23/18
24/22 25/2 25/6 26/5 28/14 29/9 29/12
29/18 37/22 37/23 38/2 38/12 43/22
43/23 52/23 52/24 53/1 53/2 53/7 54/21
54/23 105/23 105/23 154/7 198/20 225/8
**feel [10]** 81/15 103/16 103/17 105/10
108/12 163/20 164/1 164/3 208/16 222/6
**feeling [2]** 83/19 87/13
**feelings [2]** 103/10 163/22
**feet [2]** 56/16 95/3
**fell [1]** 95/9
**fellow [1]** 74/13
**felonies [1]** 53/3
**felony [2]** 23/5 23/22 25/22 28/11 37/22
54/23
**felt [5]** 54/25 79/9 85/15 85/16 95/22
**female [1]** 170/21
**fenced [1]** 55/23
**Fernando [3]** 22/17 29/5 190/9
**Ferrante [1]** 67/22
**feud [1]** 124/12
**few [18]** 6/16 30/7 72/9 77/19 83/13
84/16 89/11 95/25 102/7 110/8 110/23
126/15 136/14 148/17 186/18 204/23
205/6 214/12
**fewer [1]** 129/25
**fiction [1]** 151/17
**Fidel [3]** 124/9 124/22 124/23
**field [2]** 151/5 151/5
**Fifth [3]** 1/23 2/13 3/7
**Fifty [1]** 102/4
**Fifty-eight [1]** 102/4
**fight [3]** 43/10 150/25 151/3
**fighters [1]** 123/24
**fighting [26]** 108/20 109/3 109/4 109/7
109/19 109/21 109/25 110/1 110/10
110/11 112/3 114/13 114/15 118/18
125/8 125/21 125/24 131/15 131/15
149/6 151/6 152/10 152/11 152/2
152/12 154/13
**figure [5]** 202/20 202/23 222/5 222/8
222/25
**figures [2]** 38/6 123/20
**filed [7]** 10/22 61/4 130/16 130/19 199/1
205/9 214/24
**filibuster [1]** 141/10
**fill [2]** 17/15 214/9
**filled [1]** 81/15
**filtered [1]** 103/12
**final [2]** 163/1 214/21

**finally [7]** 25/15 39/18 99/20 54/3 132/3
152/16 163/1
**finance [1]** 200/1
**financed [4]** 26/6 35/3 39/6 50/20
**financial [20]** 36/16 40/21 41/19 42/8
55/4 56/7 79/8 130/10 137/14 157/12
162/16 196/23 196/25 197/8 197/14
197/23 198/4 198/24 200/14 200/15
**financially [1]** 79/13
**financials [2]** 199/3 202/25
**Finca [1]** 84/15
**find [15]** 13/7 45/16 66/20 70/17 86/6
88/10 93/11 119/2 121/6 121/17 136/6
138/1 138/2 169/18 169/22
**findings [1]** 17/11
**finds [1]** 95/13
**fine [11]** 23/7 23/13 23/14 24/7 132/3
137/17 137/22 177/3 206/19 208/19
221/12
**finish [5]** 107/8 140/7 140/11 177/21
214/5
**finished [3]** 55/12 140/15 209/2
**finishes [2]** 16/24 20/18
**fired [1]** 58/9
**firm [4]** 1/22 90/21 134/21 160/16
**firmly [1]** 143/2
**firms [1]** 159/5
**first [45]** 12/12 16/15 20/25 21/7 26/12
29/2 29/3 32/1 62/13 66/24 71/25 72/12
90/21 92/17 105/18 106/23 107/18 116/5
116/20 125/20 136/10 141/1 145/4 145/4
145/6 145/23 160/21 164/14 164/15
164/23 171/23 173/1 175/2 182/1 182/2
182/9 184/19 186/10 189/2 190/4 190/8
192/24 200/9 203/13 206/14
**firsthand [1]** 156/21
**Firstly [1]** 143/1
**fit [2]** 190/16 216/10
**fits [1]** 163/4
**five [16]** 83/2 83/13 84/2 84/18 86/5
87/6 87/21 89/14 91/7 94/25 95/17 105/5
112/12 160/23 211/13 212/2
**Fives [1]** 128/16
**fix [1]** 212/24
**fixed [1]** 203/19
**FL [1]** 1/13 2/3 2/16 2/20 3/2 3/13 225/9
**flanked [1]** 78/16
**fled [4]** 33/8 33/8 33/15 78/6
**flee [1]** 33/6
**fleeing [1]** 34/6
**fleet [1]** 58/6
**flexibility [1]** 39/1
**floor [4]** 2/3 2/13 95/13 95/19
**FLORIDA [8]** 1/1 1/3 23/11 26/2 49/25
209/9 209/10 209/19
**flowing [1]** 53/13
**flsd.uscourts.gov [2]** 3/13 225/9
**focus [10]** 10/10 23/17 23/18 30/13 50/1
60/5 106/7 146/13 196/21
**focused [1]** 55/3
**fog [1]** 88/23
**folks [2]** 85/22 90/1
**follow [12]** 6/18 7/6 8/7 11/19 17/12
26/10 90/14 100/15 100/21 161/5 164/5
168/13
**follow-up [1]** 168/13

**followed [4]** 78/13 98/5 144/1 161/5
**following [2]** 99/8 106/10
**follows [2]** 124/4 175/18
**fondly [1]** 74/5
**Fontalvo [3]** 97/3 97/4 98/24
**food [2]** 69/23 73/8
**footprint [1]** 33/5
**forbids [2]** 15/10 15/11
**force [6]** 38/6 39/11 50/23 92/3 122/18
123/2
**forced [5]** 38/4 122/3 147/19 155/22
155/25
**forcefully [1]** 35/15
**foregoing [1]** 225/4
**foreign [13]** 34/19 36/20 37/24 37/25
38/13 42/7 51/13 52/9 53/15 68/18
107/21 135/24 159/20
**foreign-owned [2]** 34/19 36/20
**forensic [1]** 158/15
**foresee [1]** 121/12 153/17
**foreseeability [1]** 153/22
**foreseeable [3]** 12/10 28/7 28/8
**Forest [2]** 112/22 114/1
**forget [1]** 125/25
**forgiveness [1]** 78/20
**form [8]** 12/9 27/9 64/16 101/13 137/1
170/4 178/10 215/14
**formally [1]** 181/14
**formed [3]** 35/3 37/18 50/24
**former [2]** 56/9 150/24
**forms [3]** 7/9 17/15 129/18
**formulated [1]** 41/19
**Fort [5]** 2/3 3/2 23/11 26/1 49/24
**Fort Lauderdale [3]** 23/11 26/1 49/24
**forth [8]** 98/18 111/22 112/14 168/25
176/16 178/9 201/4 204/15
**fortunate [1]** 150/5
**forum [1]** 21/4
**forward [8]** 6/20 20/23 117/7 169/21
195/8 207/17 212/1 221/24
**fought [3]** 108/22 127/2 151/20
**found [8]** 24/22 25/2 55/1 72/19 75/10
92/15 93/8 99/23 157/4
**foundation [22]** 182/13 182/17 182/21
183/1 183/3 183/15 183/20 184/4 184/7
184/12 184/16 184/22 185/10 185/17
185/23 186/7 186/12 187/11 187/18
189/5 189/14 190/10
**four [9]** 77/22 83/25 84/3 90/11 94/1
95/17 95/23 105/6 188/16
**four-month [1]** 188/16
**fourth [4]** 122/24 147/6 147/10 182/18
**fraction [1]** 122/9
**frame [2]** 168/24 223/10
**framed [1]** 177/14
**Francisco [8]** 82/12 82/14 83/17 84/6
84/10 87/6 88/6
**Francisco's [2]** 87/10 88/5
**frank [4]** 3/4 115/9 206/5 207/16
**frankly [1]** 29/15
**Franklyn [3]** 97/4 98/24 99/9
**Freddie [1]** 77/22
**Freddy [3]** 78/10 78/16 79/1
**free [7]** 59/16 128/12 129/13 129/19
215/18 218/19 218/22
**freedom [2]** 24/8 123/24

**F**

**frequently [2]** 87/16 88/21
**fresh [5]** 111/13 111/13 111/18 111/19
141/15
**freshest [2]** 112/9 128/22
**Friday [1]** 214/13
**friend [1]** 72/15
**friendly [2]** 43/6 50/21
**front [15]** 66/8 69/3 71/3 88/23 98/13
99/5 99/18 148/12 169/3 189/17 199/7
204/22 205/5 214/10 215/8
**fronts [1]** 155/1
**froze [1]** 89/7
**fruit [4]** 111/13 111/19 112/4 130/14
**fruits [5]** 111/16 111/20 112/7 112/8
128/18
**FTO [3]** 37/25 157/4 160/6
**fuel [1]** 59/8
**fueled [2]** 125/22 126/6
**fulfill [1]** 24/11
**full [4]** 30/1 94/9 103/4 195/15
**fully [8]** 50/8 134/1 167/19 178/8 204/5
204/8 204/12 210/3
**fund [5]** 43/16 49/13 49/13 50/10 50/20
**funded [2]** 43/3 125/6
**funding [2]** 26/17 107/15
**FUNDORA [1]** 3/5
**FUNDORA-MURPHY [1]** 3/5
**funds [5]** 49/3 49/7 49/8 49/10 70/10
**further [11]** 12/14 100/13 139/14 139/22
144/21 172/24 175/11 177/9 194/12
218/21 221/6
**future [2]** 96/20 217/9

**G**

**gain [1]** 38/11
**gaping [1]** 81/20
**Garay [3]** 224/2 224/3 224/5
**GARCIA [5]** 1/12 4/7 82/8 90/9 214/6
**Gardens [1]** 2/16
**gasoline [1]** 59/16
**gate [1]** 184/22
**gatehouse [1]** 57/12
**gather [2]** 57/15 165/6
**gathered [3]** 29/9 29/18 30/2
**gave [11]** 19/11 19/14 19/17 39/1 45/1
50/17 59/9 80/15 130/17 193/14 213/4
**general [15]** 21/23 27/8 34/10 48/9
51/24 106/11 106/14 106/16 150/24
151/4 151/4 160/9 160/24 196/16 208/21
**generally [2]** 112/24 195/25
**generals [3]** 150/24 151/20 152/4
**generated [1]** 199/18
**gentleman [3]** 29/5 210/10 210/12
**gentleman's [1]** 210/12
**gentlemen [20]** 6/13 6/14 21/11 23/19
55/13 64/1 67/20 68/9 76/9 90/7 96/23
100/22 101/9 101/11 102/23 103/2
136/24 141/24 169/13 169/25
**genuine [2]** 152/7 152/10
**geographic [1]** 32/8
**Germán [1]** 78/11
**get [52]** 16/9 46/3 47/8 51/1 64/8 66/3
66/11 66/17 68/3 72/18 77/18 77/19
79/12 79/25 83/1 85/7 86/9 88/7 88/15
89/5 90/12 92/15 97/17 102/1 102/8

105/19 107/8 108/6 122/24 133/20
139/16 140/4 153/4 153/9 153/11
160/18 163/9 164/9 167/3 172/23 173/20
183/1 184/21 199/7 202/19 202/20
202/21 212/8 212/24 214/10 214/11
221/21
**get-go [1]** 108/6
**getaway [1]** 26/21
**gets [15]** 17/4 40/8 67/24 130/16 132/21
210/3 220/2
**getting [8]** 5/12 19/20 80/12 132/7
135/16 142/1 161/11 211/21
**Gilberto [1]** 72/15
**Giovanny [3]** 223/3 223/5 223/6
**girl [1]** 69/2
**Gisel [1]** 73/19
**give [36]** 6/19 7/2 7/23 10/16 14/3 17/11
36/15 39/10 43/25 46/6 46/9 46/12 63/21
68/20 76/6 81/8 97/15 97/25 121/3 132/8
133/17 133/19 165/7 165/7 167/8 167/11
192/21 205/20 206/24 210/11 213/1
213/6 215/13 215/18 218/21 221/15
**given [16]** 17/15 46/20 49/15 52/9 63/22
67/14 118/7 118/14 142/20 143/2 160/4
168/13 175/12 175/14 194/18 220/8
**gives [3]** 26/20 100/15 100/21
**giving [2]** 188/11 208/21
**GJULLIN [1]** 1/17
**glaringly [1]** 40/9
**glimpse [2]** 170/12 171/16
**globe [2]** 111/13 152/11
**Gloria [7]** 90/22 90/22 91/13 92/25 93/1
93/15 96/19
**Gloria's [2]** 91/7 92/21
**glossary [1]** 40/24
**go [56]** 6/20 16/1 17/13 20/23 23/12
23/14 24/4 26/22 26/24 30/15 47/8 48/19
58/2 61/14 64/3 64/8 64/15 68/2 69/25
77/16 80/1 83/6 83/7 87/17 87/19 88/8
88/9 88/15 89/6 92/9 92/12 93/12 99/14
103/14 108/5 108/6 119/4 123/10 129/7
138/16 150/15 166/24 169/14 169/21
169/21 171/23 173/6 175/11 186/19
188/8 189/8 196/19 197/22 198/5 212/7
216/14
**goes [4]** 81/19 97/11 116/3 204/19
**going [229]**
**gold [1]** 113/16 122/19 127/9
**Gomez [2]** 71/25 72/3
**gone [5]** 91/6 96/21 139/22 153/4 208/1
**good [34]** 5/2 6/12 21/11 31/14 34/14
55/1 68/8 71/20 76/9 82/9 84/23 89/22
89/23 90/5 90/7 96/23 103/2 113/4 113/5
113/14 113/22 113/25 114/3 122/18
123/2 123/13 136/21 136/23 156/11
180/5 187/15 188/18 197/7 215/19
**Google [5]** 15/2 86/8 86/9 86/22 87/4
**GOPAL [1]** 3/5
**got [29]** 47/6 59/20 67/1 67/6 72/12
77/15 78/12 79/11 83/20 87/19 88/19
88/23 89/16 127/4 129/24 147/21 151/19
171/16 188/5 188/21 202/15 202/17
202/22 210/15 210/24 215/1 218/15
220/4 223/25
**gotten [1]** 88/6
**govern [1]** 196/12

**government [36]** 23/3 23/17 24/22 25/2
28/11 29/10 34/17 35/12 37/23 38/2 38/7
38/12 52/23 52/24 53/1 53/3 53/5 53/7
54/22 56/9 60/10 60/11 60/19 68/16 77/7
94/8 103/21 107/1 107/13 107/13 107/22
120/7 126/10 133/20 157/6 159/14
159/14 198/20
**government's [1]** 114/17
**governments [1]** 133/9
**governs [1]** 144/12
**grab [1]** 92/7
**grabbing [1]** 92/3
**grandma [2]** 87/8 88/11
**grandmom [1]** 88/18
**grass [1]** 7/15
**gratitude [1]** 211/11
**grave [2]** 75/13 107/12
**gravely [1]** 105/22
**great [12]** 28/19 32/17 58/6 76/4 97/12
112/10 112/17 122/18 123/5 127/8
158/19 199/19
**greater [1]** 16/13
**greatest [1]** 80/25
**green [4]** 2/18 2/18 86/22 90/10
**greeted [1]** 95/5
**Gregorio [2]** 70/6 83/25
**grenades [1]** 59/8
**grew [6]** 34/22 35/8 37/2 75/11 109/11
123/16
**grief [4]** 73/3 81/5 81/16 81/24
**grip [1]** 98/22
**grocery [1]** 152/17
**gross [1]** 197/16
**ground [3]** 75/6 120/8 163/7
**group [15]** 11/23 11/25 24/21 34/12
48/17 50/23 50/25 70/5 70/7 70/7 94/6
98/20 98/22 164/23 165/18
**groups [11]** 45/14 108/22 109/1 109/25
110/10 110/15 110/17 112/24 143/5
149/5 150/9
**grow [6]** 34/4 39/12 109/11 112/1
209/10 209/11
**growers [5]** 34/24 35/4 125/15 145/7
145/17
**growing [6]** 36/2 36/6 49/4 53/11 59/25
198/13
**grown [6]** 30/21 31/23 73/19 94/1
111/20
**growth [2]** 30/23 37/20
**Gruesome [1]** 49/19
**guard [2]** 56/10 57/11
**guarded [1]** 55/24
**Guatemala [1]** 30/19
**guerrilla [5]** 34/16 36/19 37/12 59/22
110/15
**guerrilla's [1]** 36/20
**guerrillas [11]** 36/16 36/24 37/11 41/6
59/21 85/18 143/1 143/9 147/17 145/11
145/14
**guerrillas' [1]** 36/21
**guess [7]** 9/5 66/17 102/1 172/7 217/19
220/6 220/25
**guest [1]** 92/1
**guidance [2]** 70/21 161/10
**guidelines [2]** 10/17 177/4
**guilt [1]** 28/13

**G**

**guilty [16]** 22/6 22/9 22/12 23/5 23/16 23/23 24/24 25/1 26/3 28/13 28/19 29/19 46/19 54/14 154/21 205/8
**Gulf [3]** 32/9 55/19 55/19
**gun [4]** 89/6 92/8 95/6 95/15
**gunman [2]** 68/25 70/4
**gunmen [2]** 26/22 27/15
**guns [4]** 26/21 33/2 57/12 223/7
**gunshot [2]** 72/25 77/24
**gunshots [1]** 80/16
**guy [8]** 77/18 79/2 85/5 85/6 89/4 89/21 99/12 99/18
**guys [1]** 99/11

**H**

**had [153]** 12/6 29/10 30/17 31/3 31/8 31/8 31/12 31/22 37/23 38/22 38/25 39/13 39/15 39/16 40/20 41/7 42/14 42/17 54/6 55/1 62/1 62/19 69/13 72/8 72/11 73/1 73/4 73/7 73/23 74/19 76/21 77/18 77/20 78/2 79/24 79/25 84/6 84/17 85/5 85/9 85/15 86/5 86/19 87/14 87/15 88/5 88/20 88/20 90/2 91/6 91/9 91/13 92/2 92/2 92/22 93/5 93/11 93/12 93/15 93/19 93/20 93/25 94/1 94/20 95/22 96/16 98/4 98/22 99/1 99/11 99/24 100/1 100/8 100/8 106/17 107/14 107/23 108/7 111/19 112/9 114/10 114/15 114/17 117/25 119/8 119/17 119/21 120/3 120/3 120/16 121/20 122/4 122/10 122/18 124/21 125/4 127/8 127/18 128/1 128/23 129/24 130/2 130/11 131/14 131/21 131/25 132/16 132/16 135/7 138/13 138/25 142/22 143/9 143/17 143/19 146/6 153/24 155/24 156/3 156/10 156/23 157/21 158/21 159/15 160/4 160/24 166/9 166/11 170/25 171/18 172/12 173/2 180/14 180/24 181/5 181/13 181/13 192/7 192/8 192/10 193/17 197/13 200/4 200/12 200/23 201/3 201/22 202/8 202/9 202/14 202/18 202/21 211/17
**HAGER [2]** 2/5 82/10
**Hague [5]** 144/10 144/11 144/15 147/3 148/5
**half [6]** 103/4 105/6 107/5 107/6 130/9 197/7
**hand [7]** 59/7 68/24 70/1 81/10 86/23 141/16 189/10
**handle [2]** 64/11 219/15
**handling [1]** 10/24
**hands [2]** 92/3 98/8
**handshake [1]** 114/22
**happen [8]** 15/7 41/17 41/22 73/11 121/10 129/16 195/6 210/23
**happened [28]** 7/5 7/16 41/14 58/2 72/19 80/14 91/3 91/15 98/22 99/24 104/4 105/12 108/1 118/12 127/16 129/17 129/20 130/5 132/22 132/24 133/11 144/16 157/8 159/23 159/25 160/7 210/15 213/18
**happening [5]** 23/1 108/15 108/21 129/11 156/18
**happens [3]** 161/22 162/14 172/8
**happy [5]** 55/10 198/18 202/6 217/15

**hard [7]** 74/1 77/9 83/4 84/14 84/20 89/21 181/9
**harm [12]** 12/10 23/21 24/18 28/7 28/9 62/10 82/6 106/19 107/2 116/15 119/10 142/7
**harm's [7]** 33/15 36/25 52/6 53/23 62/14 62/15 63/9
**harmed [3]** 47/21 48/1 61/9
**harming [1]** 75/21
**harms [1]** 24/14
**Harold [1]** 84/2
**harvest [3]** 43/1 69/14 85/7
**harvester [1]** 84/24
**harvesters [1]** 85/2
**harvesting [1]** 85/3
**has [62]** 10/5 12/22 13/9 13/16 13/18 13/23 17/21 23/4 23/25 24/14 25/4 25/12 25/14 26/3 38/17 47/4 47/4 49/12 51/4 51/18 54/24 58/19 60/8 60/24 60/25 62/11 64/22 65/24 70/14 73/19 88/25 90/22 92/4 96/9 96/13 139/13 158/19 171/13 172/5 172/13 176/23 177/13 178/23 182/17 185/13 190/25 191/13 193/20 198/6 198/7 199/19 200/2 201/2 203/15 207/25 209/9 209/12 209/12 209/13 220/9 220/10 224/12
**Hasbun [17]** 73/14 80/21 94/6 94/12 96/5 96/9 117/23 118/13 119/13 142/20 142/25 143/11 144/8 144/17 146/22 148/6 149/19
**Hasbun's [1]** 144/9
**hash [2]** 213/20 213/22
**hashed [1]** 102/8
**hasn't [5]** 184/11 186/7 192/17 197/10 215/22
**hated [3]** 114/9 149/5 151/10
**have [273]**
**haven't [9]** 64/17 93/23 108/24 186/11 187/10 190/21 193/17 211/17 220/8
**having [15]** 75/21 92/16 107/18 131/5 173/14 173/23 177/23 177/24 188/9 202/14 207/6 208/12 211/19 216/15 222/5
**he [314]**
**he's [10]** 22/1 92/4 94/11 147/17 147/20 147/21 151/23 176/14 194/12 224/13
**head [11]** 70/7 77/25 87/22 92/8 95/7 95/7 150/2 150/25 161/9 161/17 224/5
**headache [1]** 87/14
**heading [1]** 80/18
**headquartered [2]** 24/12 25/25
**headquarters [2]** 23/10 40/10
**heads [1]** 78/2
**heal [1]** 103/22
**healing [2]** 103/25 118/22
**Healthy [2]** 209/10 209/11
**hear [97]** 6/17 7/25 8/4 8/5 9/20 10/3 12/1 12/3 15/19 17/18 18/2 18/4 19/11 20/12 20/19 20/21 20/25 21/7 24/20 29/2 32/11 32/12 32/15 38/21 42/25 55/21 58/16 59/15 64/2 64/24 65/6 65/9 65/19 66/1 68/4 69/20 71/7 72/17 74/5 75/10 76/14 76/22 79/6 80/23 80/24 83/1 84/5 84/21 84/23 87/12 89/14 89/15 91/11 92/18 94/23 95/11 100/6 101/14 102/24

102/4 104/4 105/6 105/8 108/15 109/21 111/2 113/10 115/16 116/3 118/20 118/24 119/12 119/14 119/19 121/16 123/6 128/8 128/17 128/25 128/25 132/12 132/25 134/12 135/5 144/5 148/11 148/18 150/1 153/25 154/5 154/25 155/17 156/2 156/6 161/1 186/14 195/15
**heard [49]** 7/10 10/18 14/8 19/20 64/17 64/17 72/20 76/5 76/15 77/10 82/17 88/18 90/1 93/1 93/23 95/11 96/5 97/9 97/22 98/18 98/18 99/11 101/13 101/24 103/23 104/5 108/23 108/24 109/6 110/20 111/7 113/20 114/6 117/23 117/24 119/13 124/8 127/19 132/1 134/6 147/1 148/7 149/15 156/21 159/21 160/11 163/17 177/20 187/19
**hearing [4]** 57/10 58/11 59/6 89/17
**hearings [1]** 60/14
**hearsay [3]** 185/11 185/15 185/17
**heart [3]** 74/23 81/21 84/5
**heart-wrenching [1]** 84/5
**hearts [2]** 103/14 105/11
**heavily [3]** 28/20 55/23 108/22
**heavy [2]** 136/5 161/18
**hectares [1]** 123/18
**held [3]** 117/5 201/15 201/16
**hello [1]** 95/4
**help [17]** 8/7 10/13 11/19 15/24 16/12 24/11 36/14 41/11 51/1 74/24 75/3 82/4 84/10 86/16 114/8 118/21 202/22
**helped [4]** 35/13 73/18 74/2 201/10
**helpful [2]** 63/19 216/24
**helping [3]** 25/15 49/12 49/13
**her [107]** 12/22 13/5 13/6 24/8 69/2 69/6 69/21 70/22 70/23 72/4 73/20 80/13 80/14 80/14 80/15 80/16 81/17 81/19 83/8 83/20 83/22 84/6 84/6 84/7 88/7 88/12 88/15 89/5 89/5 89/6 89/6 89/10 90/23 91/11 91/13 92/1 92/6 92/8 92/10 92/11 92/11 92/19 92/21 92/22 93/4 93/5 93/12 93/18 93/19 93/20 93/24 94/22 95/13 95/21 95/23 96/1 96/1 96/17 96/19 98/2 98/9 99/3 116/2 116/3 167/24 171/17 172/17 215/1 215/2 215/3 215/4 215/9 215/11 215/12 215/24 216/2 216/4 216/5 216/13 216/14 216/15 217/1 217/13 217/14 217/18 217/19 217/20 218/4 218/6 218/11 218/12 218/16 218/20 218/21 218/23 218/24 219/12 220/1 221/4 221/5 221/6 221/7 221/14 221/14 221/15 221/16
**here [69]** 6/15 14/21 15/7 24/17 24/17 27/4 28/18 44/20 45/4 45/16 60/2 61/16 62/21 62/23 64/24 65/10 65/20 67/13 67/15 67/23 68/3 71/22 76/23 82/10 82/15 83/1 84/13 86/4 87/3 87/7 87/10 87/24 90/1 90/10 93/2 96/6 99/4 100/14 107/20 109/5 109/6 109/7 128/7 135/21 142/18 144/17 144/24 148/20 150/5 150/10 150/19 154/4 154/11 163/22 165/24 167/24 167/24 175/21 176/7 176/10 181/25 194/4 197/13 197/21 198/10 215/8 215/25 216/14 221/15
**hereby [1]** 225/4
**Hermes [2]** 148/22 149/14

**H**

**Hernandez [3]** 148/22 149/14 149/20
**hero [2]** 152/8 152/10
**Hertado [1]** 224/18
**HERZ [1]** 1/16
**hesitate [1]** 139/10
**hey [5]** 132/5 157/3 157/17 160/22 161/21
**hidden [2]** 134/6 158/25
**hide [3]** 78/6 133/24 133/25
**high [7]** 42/12 113/11 123/4 130/13 131/7 145/22 149/16
**high-ranking [1]** 42/12
**higher [1]** 33/19
**highest [3]** 112/8 122/20 156/13
**highlighted [1]** 106/7
**highlights [1]** 21/15
**Highway [2]** 2/2 2/16
**him [64]** 54/19 54/21 57/15 58/16 58/22 58/23 58/25 58/25 70/2 70/2 70/3 72/11 73/11 73/18 74/5 74/7 74/12 74/19 74/21 74/23 74/23 74/25 75/3 75/8 82/14 87/21 93/6 94/20 96/20 98/8 98/8 98/12 99/16 99/16 116/14 144/18 144/19 145/21 146/5 147/1 147/5 148/20 148/20 149/12 149/15 150/9 150/10 150/13 151/7 175/17 177/21 177/23 178/12 191/9 191/21 200/7 206/14 210/11 210/11 210/22 210/22 211/4 223/20 224/6
**himself [3]** 93/15 118/13 156/18
**hired [2]** 54/12 68/19
**his [164]** 8/16 12/22 13/5 13/6 20/18 23/25 24/8 26/13 26/13 48/16 48/17 54/16 57/14 57/20 58/8 66/7 68/23 68/24 69/9 69/10 69/10 69/19 70/1 70/2 72/1 72/11 72/12 72/14 72/15 72/25 73/1 73/3 73/4 73/6 73/17 73/17 74/2 74/4 74/5 74/13 74/20 75/1 75/3 75/3 75/6 75/11 75/11 75/12 75/13 75/15 76/22 76/25 77/3 77/5 77/16 77/20 77/21 77/22 79/1 79/19 79/24 80/1 80/22 81/14 81/15 81/16 82/21 82/25 82/25 83/2 83/3 84/1 84/8 84/16 84/18 84/20 84/22 84/25 85/6 85/14 86/7 86/18 86/20 87/18 87/19 88/6 88/6 88/12 89/23 91/1 91/2 91/4 91/5 91/9 91/10 91/16 91/16 92/3 92/3 92/4 92/7 92/7 92/14 93/7 93/15 94/2 94/24 94/25 95/2 95/3 95/3 95/6 95/8 95/9 95/13 95/16 98/8 98/13 98/13 98/25 100/13 100/15 104/19 118/13 139/7 141/22 146/5 148/21 148/22 149/2 149/2 149/8 149/20 150/16 151/7 152/3 152/9 154/6 154/16 154/22 154/22 154/22 154/23 154/24 155/8 156/8 158/3 165/17 165/18 176/13 177/17 191/9 191/21 196/19 197/15 197/24 199/8 205/15 207/2 210/2 210/3 210/15 217/16 224/8
**history [2]** 30/10 108/16
**hit [1]** 8/16
**hitmen [1]** 87/21
**hold [9]** 104/7 104/10 115/14 116/25 121/15 175/10 175/10 198/17 205/10
**Holder [3]** 178/8 204/5 204/6
**holding [3]** 68/24 70/1 117/8
**holdings [1]** 36/4
**holds [1]** 26/20

**hole [1]** 81/20
**home [21]** 58/9 69/2 69/9 74/8 74/16 74/20 77/19 79/25 80/13 84/22 86/18 88/1 88/22 89/10 91/9 91/17 92/1 95/2 95/4 96/1 189/8
**hometown [2]** 84/16 86/19
**Honduras [3]** 30/19 111/22 112/14
**honest [1]** 202/21
**honor [138]** 5/6 5/7 5/15 5/21 21/9 23/25 26/13 55/10 55/16 62/19 62/22 63/25 65/18 65/22 66/6 66/18 66/21 66/25 71/21 86/14 100/13 100/15 102/7 102/9 102/18 103/1 115/12 130/21 137/5 138/2 138/12 140/11 140/24 166/18 170/12 171/8 173/4 173/6 173/16 174/11 175/9 175/16 176/5 176/7 176/8 176/20 177/10 177/20 178/1 178/20 180/22 180/25 181/5 181/11 181/20 182/2 182/5 183/6 183/15 184/1 184/6 184/15 185/2 185/5 185/9 185/22 186/8 186/18 186/25 187/12 187/19 188/4 188/7 188/24 190/2 190/17 191/7 191/18 191/24 192/4 193/12 193/18 193/23 194/16 194/19 194/23 195/11 195/17 195/21 195/24 196/10 197/12 197/18 198/2 198/7 198/9 198/14 198/16 198/22 199/3 199/16 201/8 201/11 201/14 201/24 201/25 202/1 202/6 202/13 203/4 203/8 205/17 206/4 206/21 206/24 207/14 207/22 208/7 209/5 211/6 211/9 211/12 212/4 213/8 214/14 214/17 214/19 215/15 215/19 216/19 217/2 217/24 219/1 221/12 221/20 222/3 222/21 223/4
**Honor's [3]** 197/24 211/25 213/17
**HONORABLE [1]** 1/8
**honored [1]** 115/7
**hope [5]** 5/8 40/23 132/19 133/12 133/19
**hopeful [1]** 63/18
**hopefully [5]** 105/5 105/5 169/15 214/5 220/19
**hoping [1]** 98/9
**horrendous [7]** 27/1 27/3 33/12 35/23 37/8 37/17 152/1
**horrible [12]** 92/22 94/5 97/22 103/14 105/13 108/18 110/13 110/19 110/19 114/12 126/2 126/6
**horribly [1]** 112/3
**horror [2]** 63/14 78/5
**hospital [2]** 75/7 75/8
**hostile [2]** 34/18 43/4
**hour [6]** 64/2 64/3 66/10 66/12 67/4 197/8
**hours [9]** 20/16 75/13 77/19 78/14 93/7 95/25 101/24 213/9 222/14
**house [21]** 74/17 74/21 75/1 75/13 80/15 86/11 87/7 87/15 87/18 87/25 88/5 88/8 88/6 91/16 92/2 92/11 92/21 92/21 95/5 95/12 132/6
**how [77]** 6/20 6/22 20/24 23/20 28/25 31/12 41/20 42/2 42/21 47/15 47/17 48/15 55/8 58/1 59/2 59/7 59/9 60/4 60/6 61/22 64/10 67/11 71/23 72/7 72/17 73/5 73/22 74/7 74/18 74/22 75/10 75/20 75/23 76/1 79/1 81/8 83/4 85/4 85/17 86/14 91/2 93/1 93/12 95/12 95/21 95/22

9/6 100/13 101/21 102/2 125/21 140/4 140/5 143/4 144/25 152/3 152/14 152/16 161/23 163/16 165/15 166/1 174/5 174/8 174/17 187/21 189/23 191/19 197/5 202/20 203/2 207/13 212/1 215/13 215/22 218/7 218/9
**However [3]** 49/7 77/12 207/24
**Howland [19]** 45/4 45/6 49/16 50/16 61/6 61/15 61/25 115/21 165/11 165/13 165/22 214/16 214/20 215/21 217/3 217/7 218/6 218/10 219/8
**Howland's [2]** 50/7 214/2
**Hoyos [4]** 79/2 144/20 147/3 148/5
**huge [3]** 71/12 71/13 109/21
**human [14]** 81/5 100/8 100/10 103/9 103/10 103/16 103/18 105/10 108/11 115/20 157/18 157/19 163/19 164/14
**humble [1]** 69/7
**hundred [1]** 78/16
**hundreds [6]** 38/4 38/9 38/14 111/2 111/8 118/8
**hundredth [1]** 122/9
**hunted [1]** 151/13
**hurricane [1]** 31/4
**hurry [1]** 86/13
**hurt [3]** 172/15 172/22 201/9
**Hurtado [4]** 223/2 223/3 223/5 223/6
**husband [10]** 69/21 70/23 72/5 93/24 93/25 94/22 95/13 96/17 98/2 98/3
**husbands [1]** 27/13

**I**

**I don't [1]** 170/25
**I'd [7]** 68/14 71/16 76/16 84/9 116/4 137/15 156/19
**I'm [7]** 55/7 55/15 67/8 117/14 171/6 173/9 175/7
**iAnthus [9]** 170/14 170/14 170/17 172/2 209/3 209/6 209/8 209/14 209/16
**idea [9]** 50/25 113/5 128/11 135/9 151/17 170/15 172/13 173/19 176/7
**identification [1]** 40/25
**identified [4]** 44/13 60/17 94/5 94/11
**identify [4]** 46/15 51/6 51/9 167/14
**identifying [1]** 80/19
**identity [1]** 110/22
**ideology [5]** 36/20 123/23 124/1 125/9 151/17
**ignore [1]** 9/4
**Ill [1]** 2/1
**illegal [6]** 42/14 53/5 54/20 58/20 59/20 134/16
**imaginable [1]** 27/9
**imagine [4]** 78/21 92/16 92/25 95/8
**immediately [6]** 84/11 89/3 91/22 105/1 160/9 171/16
**impeach [1]** 218/16
**impeachment [1]** 218/2
**impede [1]** 204/11
**impermissible [1]** 183/21
**imploring [1]** 92/4
**importance [1]** 32/19
**important [28]** 10/25 15/12 15/13 15/18 17/22 21/1 22/1 72/7 80/25 86/6 88/17 97/21 100/9 100/14 100/16 100/25 108/13 151/10 156/25 161/20 163/4

**important... [7]** 164/11 164/11 165/8 165/21 168/20 169/14 206/7
**importantly [6]** 63/10 78/19 80/20 132/9 132/12 132/19
**importation [2]** 32/19 32/21
**impose [5]** 64/11 131/3 131/7 146/10 146/12
**imposed [7]** 126/17 126/19 126/21 129/21 146/14 146/15 177/6
**impossible [1]** 161/11
**impression [3]** 16/14 139/16 214/25
**impressions [1]** 164/15
**improper [4]** 10/8 138/24 139/1 204/24
**improve [1]** 33/18
**improving [1]** 74/13
**inability [1]** 63/7
**inadmissible [1]** 187/1
**inapplicability [1]** 177/4
**inappropriate [2]** 189/10 208/25
**INC [3]** 1/3 204/10 204/14
**incentivized [1]** 118/17
**incident [1]** 92/12
**include [1]** 186/11
**included [10]** 22/22 25/8 55/24 56/4 113/14 192/7 193/5 193/20 202/11 207/15
**includes [3]** 14/16 14/23 192/14
**including [20]** 11/7 12/10 12/20 14/17 14/25 17/19 34/23 38/4 38/14 40/4 42/5 42/12 47/15 49/24 72/9 105/18 110/7 128/15 149/1 154/18
**income [5]** 122/10 125/11 130/18 137/12 154/2
**incompatible [1]** 164/2
**inconvenience [1]** 208/12
**incorporated [3]** 12/3 21/24 25/24
**incorrect [4]** 138/13 139/7 188/3 194/23
**increase [4]** 33/14 125/17 132/23 132/23
**increased [1]** 156/14
**increases [2]** 156/13 156/15
**increasing [3]** 34/8 36/5 133/6
**incredible [1]** 110/25
**indeed [7]** 28/5 29/13 31/21 39/15 42/4 44/4 52/17
**independent [7]** 60/22 112/24 134/2 134/9 134/20 142/16 144/4
**independently [1]** 223/24
**indicated [5]** 107/13 185/7 194/8 198/8 222/3
**indicates [3]** 61/8 205/7 216/9
**indicating [1]** 17/16
**indication [1]** 106/23
**indictment [1]** 205/8
**indirect [3]** 7/17 7/18 7/22
**indirectly [2]** 7/14 51/25
**indiscriminately [1]** 37/13
**indisputably [1]** 96/9
**individual [13]** 11/2 1/14 11/4 11/15 11/6 44/13 44/16 46/2 63/15 68/5 90/18 110/20 126/19 168/8
**individuals [9]** 23/11 58/20 58/24 59/3 59/5 61/4 71/21 167/1 168/3
**industry [1]** 129/23
**infamous [1]** 124/19

**infested [2]** 132/21 133/9
**inflicted [1]** 144/6
**influence [1]** 204/11
**influenced [1]** 11/9
**information [14]** 9/6 14/3 14/22 14/24 15/3 15/16 19/21 48/1 59/1 61/8 78/18 179/11 205/9 209/3
**informed [6]** 44/3 44/9 106/14 136/11 157/11 217/2
**informing [1]** 58/25
**informs [1]** 162/12
**initial [3]** 20/11 20/19 208/2
**injured [1]** 75/2
**injuries [1]** 61/10
**injury [2]** 12/17 43/6
**inlet [1]** 32/9
**innocent [9]** 24/2 25/16 25/23 27/10 28/4 37/7 43/21 68/23 76/12
**input [1]** 211/25
**inquiries [1]** 67/22
**inquiring [1]** 67/10
**inquiry [5]** 171/22 172/1 172/5 172/15 172/21
**inside [11]** 26/22 26/24 91/25 92/1 95/5 95/12 118/4 129/11 135/7 135/15 159/7
**insignificant [4]** 50/14 79/14 154/1 177/12
**inspect [1]** 113/6
**inspected [1]** 57/7
**Instagram [1]** 14/18
**instantly [3]** 77/23 95/9 95/9
**instead [6]** 11/1 36/25 43/9 91/14 136/4 153/7
**instruct [11]** 9/12 12/19 13/10 13/19 26/9 63/6 70/16 100/13 137/8 139/4 162/13
**instructed [3]** 57/15 106/16 139/12
**instruction [1]** 187/22
**instructions [11]** 4/3 5/19 6/18 7/1 7/2 14/10 17/12 26/14 26/15 71/2 121/4
**instructs [1]** 121/17
**insubstantial [3]** 122/8 122/11 154/1
**intel [1]** 151/12
**intelligence [1]** 77/14
**intend [8]** 16/19 28/1 174/12 211/14 215/2 215/3 215/11 215/23
**intended [3]** 136/5 140/21 194/11
**intending [3]** 213/25 218/7 218/9
**intends [1]** 219/25
**intense [2]** 81/16 154/13
**intensifies [1]** 81/4
**intention [4]** 5/14 6/3 6/6 217/5
**interdiction [1]** 133/7
**interest [3]** 9/23 28/19 207/3
**interested [2]** 200/14 200/15
**interesting [2]** 85/21 162/14
**interests [7]** 34/18 34/19 35/4 35/10 59/24 75/21 198/11
**interference [2]** 65/3 110/5
**interim [1]** 213/18
**intermediaries [1]** 40/21
**intermediary [1]** 106/17
**internal [4]** 134/2 134/11 134/19 135/18
**international [16]** 1/3 1/17 12/2 21/24 112/18 113/18 127/23 131/17 134/21 144/12 203/25 204/1 204/10 204/14

**internationally [3]** 30/25 49/18 49/23
**Internet [2]** 14/17 14/25
**interpret [2]** 17/9 65/14
**interpretation [3]** 17/24 65/18 66/20
**interpreter [7]** 17/20 64/23 64/24 65/1 65/5 65/7 65/25
**interpreters [1]** 66/19
**interpreting [6]** 65/1 65/2 65/8 65/11 65/12 65/12
**interrogatories [2]** 19/13 19/15
**interrogatory [1]** 223/20
**interrupt [2]** 55/7 55/15
**interrupting [1]** 181/12
**intervene [1]** 92/6
**intimidate [1]** 38/10
**intimidation [2]** 35/1 147/22
**introduce [4]** 115/8 115/21 184/20 189/13
**introduced [1]** 19/8
**introducing [1]** 186/9
**invest [1]** 129/16
**investigated [1]** 60/13
**investigating [2]** 157/2 157/2
**investigation [5]** 29/21 30/5 54/22 158/16 172/9
**investigators [1]** 60/19
**invitation [1]** 198/2
**invite [1]** 113/6
**involve [2]** 25/14 28/18
**involved [9]** 27/5 48/8 90/11 126/1 128/9 131/22 170/19 171/9 209/6
**involvement [2]** 34/21 172/6
**involves [1]** 10/21
**involving [2]** 195/7 208/12
**iradvocates.org [1]** 2/11
**ironed [1]** 221/22
**ironically [1]** 157/1
**irony [1]** 104/20
**irrefutable [1]** 42/21
**Irving [1]** 142/14
**is [580]**
**Isabel [1]** 83/8
**isn't [7]** 16/17 21/18 26/25 44/14 139/9 147/13 174/8
**issue [36]** 15/8 108/10 116/20 116/23 116/24 119/1 119/2 119/4 120/12 120/13 120/20 138/3 138/17 152/22 152/24 152/25 153/10 153/11 154/5 172/25 173/12 178/24 179/2 192/5 197/20 197/24 199/1 199/2 207/1 207/23 207/24 208/15 214/16 214/16 219/20 220/21
**issues [19]** 13/17 29/13 44/6 44/10 45/2 116/5 116/6 116/20 162/1 162/2 163/3 178/25 192/20 195/5 211/9 211/10 211/19 213/13 219/22
**it [493]**
**it's [107]** 6/2 7/4 7/5 10/25 15/6 15/12 15/18 16/18 16/18 20/16 28/24 47/7 63/14 65/3 65/4 65/22 66/7 68/9 71/6 81/18 86/10 105/25 106/25 108/13 110/24 115/12 116/24 117/17 118/9 118/20 118/21 119/21 122/22 129/8 131/8 131/10 132/4 132/18 136/23 138/6 140/23 145/12 146/14 147/20 150/5 156/16 156/16 156/17 156/17 160/17

**I**

**it's... [57]** 161/20 163/20 165/7 166/6
169/8 169/9 169/10 169/25 170/18 171/1
171/4 171/4 171/5 171/17 172/22 173/24
174/4 176/6 178/10 178/10 179/9 179/22
182/6 182/7 182/22 183/19 184/9 186/3
186/9 187/2 188/19 189/11 189/14
189/15 190/13 190/13 192/10 192/25
193/12 195/19 198/22 199/11 199/25
200/19 209/10 209/17 209/20 213/16
213/17 213/21 215/3 215/12 220/17
220/18 222/1 222/12 223/25

**item [1]** 9/12

**its [97]** 12/17 17/4 20/15 22/21 23/16
24/13 24/24 25/1 25/22 28/2 28/25 30/8
31/10 31/13 31/13 31/25 33/1 33/4 33/14
33/18 34/5 34/7 34/10 34/21 35/6 36/4
36/5 36/24 37/1 37/4 37/9 39/4 39/5
39/7 39/10 39/11 39/13 39/21 39/22 40/7
40/10 42/10 43/20 45/3 45/13 47/13
47/15 50/12 51/1 52/13 52/22 53/5 53/20
53/22 54/2 56/12 59/10 59/19 59/24
71/23 75/19 107/2 107/3 111/10 114/4
114/18 116/22 118/17 120/22 122/10
127/7 129/7 131/4 131/23 132/8 132/9
133/17 134/19 135/2 149/11 153/7 156/3
157/12 158/11 158/23 159/3 159/3
159/19 163/1 197/23 198/11 200/2 204/1
206/18 207/19 208/8 208/8

**itself [17]** 11/3 14/5 31/20 31/20 33/5
40/1 44/1 54/7 62/14 63/9 157/1 157/15
183/5 187/7 194/5 198/25 210/7

**J**

**Jack [4]** 90/9 152/6 152/6 152/7

**JACQUES [1]** 2/12

**jail [2]** 23/12 24/4

**JAMES [4]** 2/5 2/18 2/18 90/10

**jameskgreenlaw.com [1]** 2/20

**Janeth [8]** 68/11 68/12 69/2 69/11
69/21 70/19 70/25

**Janeth's [1]** 71/5

**January [3]** 90/24 91/15 162/22

**January 15 [2]** 90/24 91/15

**January 20 [1]** 162/22

**Jason [1]** 80/2

**jcreiter [1]** 1/24

**jcreitlerlaw.com [1]** 1/24

**Jersey [1]** 25/25

**Jesus [1]** 82/12

**jill [5]** 3/11 3/13 225/7 225/7 225/9

**Jinete [4]** 82/12 83/21 83/25 84/2

**jkg [1]** 2/20

**job [4]** 7/5 7/23 54/19 72/12

**jobs [5]** 79/23 113/15 120/8 122/21
123/4

**Johana [1]** 68/12

**JOHN [1]** 1/11

**joined [1]** 124/25

**joining [1]** 94/15

**JONATHAN [3]** 1/22 1/22 96/24

**Jones [2]** 8/16 8/17

**Jordan [2]** 4/6 71/20

**Jorge [1]** 151/21

**José [5]** 70/6 82/17 83/25 83/25 89/18

**judge [32]** 1/9 10/24 18/25 23/25 24/14

26/18 69/7 81/7 106/21 101/23 104/5
117/15 117/17 121/9 121/16 136/21
137/11 139/18 144/16 144/18 148/10
148/13 163/16 164/5 166/20 172/11
201/19 202/21 203/3 222/18 223/11
224/8

**judgment [1]** 64/10

**judicial [2]** 19/7 19/10

**Julian [2]** 75/12 75/14

**jump [2]** 116/18 220/23

**jumped [1]** 115/4

**June [8]** 21/14 39/18 39/18 45/6 54/4
74/14 75/9 94/19

**June 12 [1]** 74/14

**June 13 [1]** 75/9

**June 14 [1]** 94/19

**June 2004 [3]** 21/14 39/18 39/18

**June 27 [1]** 45/6

**Junior [1]** 204/5

**juror [10]** 14/3 20/1 170/20 170/24
171/17 172/5 209/15 209/16 209/25
211/1

**jurors [26]** 5/3 5/18 5/23 6/4 7/1 15/10
15/11 15/21 17/22 24/11 55/9 65/4 65/13
65/24 66/16 66/23 67/10 102/20 104/1
139/7 141/20 170/13 170/21 172/1
172/12 217/15

**jury [49]** 1/8 4/3 6/11 6/24 14/1 16/1
16/6 17/14 21/11 64/16 64/21 65/2 66/8
67/18 76/10 101/20 102/21 116/17 137/4
137/8 139/4 140/13 141/21 169/22 170/9
182/23 183/2 183/8 184/21 186/14
186/15 187/7 187/13 187/22 187/23
189/4 189/7 189/8 189/17 199/7 201/8
207/6 211/4 213/21 214/10 215/7 216/4
218/19 219/4

**just [124]** 5/16 6/16 8/13 16/18 21/21
28/25 32/7 37/6 37/6 51/2 55/8 58/21
65/1 65/7 65/19 66/9 67/6 69/11 71/4
78/3 79/19 80/9 82/17 83/7 84/7 84/13
84/15 86/22 87/4 87/23 89/21 89/25 92/1
95/25 96/2 96/11 97/10 97/25 98/21
112/7 114/10 117/11 118/14 119/25
123/4 125/21 127/20 129/20 132/3
132/16 132/20 134/8 136/13 136/19
139/18 142/4 152/13 153/4 165/6 168/18
168/19 169/4 169/12 170/12 171/4
171/15 171/19 173/18 174/12 176/6
177/7 177/12 177/18 179/3 181/10
181/12 182/7 183/19 184/2 184/12
186/21 188/13 188/20 189/2 189/6
189/15 190/8 190/22 191/12 191/16
195/4 195/16 196/2 196/22 197/4 197/5
201/25 203/4 204/22 205/5 205/11
206/10 207/3 207/5 208/21 210/2 211/18
211/21 212/6 212/16 212/22 213/14
213/21 213/24 214/3 214/15 215/20
215/25 216/7 218/5 219/1 219/24 222/13
224/20

**justice [16]** 24/15 25/13 54/22 60/14
70/13 72/1 72/4 73/15 76/6 94/8 101/3
103/23 118/3 135/25 142/21 169/22

**Justicia [1]** 70/13

**justified [2]** 25/20 42/15

**justify [1]** 25/22

**Juvenal [1]** 97/3 98/25 99/7

**K**

**keep [13]** 14/11 53/12 59/10 97/7 115/1
148/12 164/13 165/6 168/16 168/20
169/2 169/11 210/16

**keeper [1]** 210/20

**keeping [2]** 59/23 212/13

**keeps [2]** 24/5 144/18

**Keiser [13]** 40/16 41/4 41/5 41/8 41/12
106/12 106/13 142/13 142/22 145/5
145/7 145/12 145/16

**KELLOGG [1]** 2/18

**KENNETH [1]** 1/8

**kept [1]** 50/23

**key [2]** 32/8 142/3

**kidnap [1]** 37/12

**kidnapped [4]** 58/19 58/24 157/12
162/17

**kidnapping [4]** 35/1 38/5 136/15 180/15

**kidnappings [6]** 36/22 38/14 58/18
58/24 59/1 59/4

**kids [6]** 87/6 87/7 89/14 89/23 95/21
95/23

**kill [12]** 43/17 89/8 117/3 119/10 124/23
124/24 125/1 151/13 151/19 153/18
155/20 161/12

**killed [45]** 11/22 12/14 27/13 43/18
72/25 73/6 73/9 76/19 77/8 78/7 78/9
79/20 80/16 81/10 81/12 82/16 83/17
83/22 84/1 86/10 86/25 88/2 88/19 89/19
94/23 98/3 98/24 110/25 116/22 117/3
117/9 118/2 119/3 120/18 125/19 127/4
147/18 147/21 149/2 149/3 149/9 150/10
153/2 153/8 163/18

**killer [1]** 110/22

**killing [14]** 36/22 70/15 77/13 78/17
78/25 79/4 80/22 94/2 94/10 96/7 110/20
131/16 151/7 151/7

**killings [2]** 117/22 118/12

**kilograms [4]** 155/4 155/5 155/6 155/10

**kilos [4]** 122/1 155/10 155/13 155/14

**kind [11]** 7/23 85/25 120/9 120/9 135/12
171/5 176/6 177/12 177/18 178/10 181/9

**kinds [1]** 69/18

**Kirkland [5]** 160/16 160/16 160/18
160/21 161/2

**knew [21]** 25/15 27/8 27/17 34/7 39/12
41/5 49/12 50/9 50/17 53/16 72/21 72/22
74/11 89/20 91/24 93/5 121/6 151/12
153/15 153/16 172/12

**knife [1]** 98/13

**know [104]** 5/23 6/1 9/21 17/23 27/18
39/15 39/16 41/13 41/16 42/2 44/14
44/15 44/15 44/21 46/23 47/20 47/24
48/21 49/6 49/7 50/6 56/19 60/4 60/6
60/9 60/15 60/24 61/4 62/23 65/3 66/19
67/4 67/11 67/12 71/6 78/15 83/17 83/18
86/14 90/12 97/6 102/2 105/6 109/20
115/16 118/2 121/7 121/13 121/14
124/17 132/2 139/10 140/18 153/13
159/23 159/25 160/19 160/19 161/25
164/3 164/13 164/20 166/4 170/17
170/22 171/15 172/11 172/20 173/21
173/23 173/24 174/4 174/5 175/15 179/2
180/4 180/23 181/2 185/3 185/18 188/2
189/23 189/25 194/2 196/22 196/25
197/6 201/9 201/25 204/22 205/5 207/3

**K**

**know...** [12] 208/23 211/19 211/25 212/9 212/15 214/7 216/24 220/21 222/10 222/13 223/13 223/14
**knowing** [16] 27/5 28/2 28/8 33/11 33/12 33/12 43/1 43/14 43/20 73/20 92/12 120/21 121/3 121/5 121/17 153/12
**knowingly** [4] 12/8 26/17 36/5 43/3
**knowledge** [13] 27/7 44/12 44/18 44/18 47/12 47/17 49/16 58/3 128/1 128/1 153/22 156/21 172/5
**knowledgeable** [1] 123/6
**known** [11] 34/12 35/4 37/7 47/8 70/8 80/25 93/8 93/13 99/13 106/17 116/23
**knows** [5] 92/19 98/15 110/17 117/21 179/5
**KPMG** [3] 158/16 159/3 160/13
**KROEGER** [3] 2/15 194/24 214/15

**L**

**La** [1] 93/8
**label** [1] 32/8
**labeled** [1] 85/12
**labor** [12] 35/12 35/13 35/14 35/15 39/11 50/22 50/23 74/9 75/24 104/16 113/18 127/7
**laborer** [1] 79/23
**laborers** [3] 34/21 36/10 56/4
**labs** [1] 123/19
**lack** [2] 185/10 210/7
**ladies** [20] 6/13 6/13 21/11 23/18 55/13 64/1 67/19 68/8 76/9 90/7 96/23 100/22 101/8 101/11 102/23 103/2 136/24 141/24 169/13 169/25
**lading** [1] 56/20
**laid** [11] 182/13 182/17 183/5 183/16 184/7 184/12 184/17 186/7 186/11 187/10 187/14
**Lakes** [1] 1/13
**Lakeview** [1] 2/19
**land** [9] 33/10 33/19 33/19 34/20 36/4 36/13 39/10 79/12 79/12
**landowners** [1] 33/6
**languages** [1] 17/18
**languish** [1] 54/1
**lap** [1] 74/6
**large** [8] 55/24 57/4 57/23 71/14 76/21 134/21 148/10 152/17
**larger** [2] 10/20 114/4
**largest** [3] 22/2 22/3 159/4
**Las** [1] 86/8
**last** [25] 29/23 61/25 69/20 69/21 75/3 82/12 93/5 152/24 165/2 166/7 178/10 181/6 182/8 182/18 185/19 186/23 192/6 202/7 202/12 211/22 212/12 213/4 214/19 214/20 215/1
**late** [14] 33/25 35/25 36/23 40/16 53/18 68/8 75/2 80/13 115/24 127/25 156/9 169/25 192/6 215/1
**later** [26] 13/19 22/14 22/15 26/9 29/25 30/14 32/3 32/15 32/16 49/14 83/19 93/7 99/22 99/25 103/21 107/25 116/2 120/6 123/21 154/25 160/2 160/2 203/1 207/25 217/8 217/9
**Latin** [3] 112/11 113/12 130/6
**latitudes** [1] 30/22

**Lauderdale** [5] 2/3 2/23 11/26 149/24 168/16 89/5
**laughed** [3] 88/4 88/16 89/5
**laundry** [2] 58/8 95/11
**law** [60] 1/22 7/5 7/6 7/7 7/21 12/20 12/23 14/10 15/4 15/8 15/10 15/17 15/22 17/12 19/6 23/18 26/5 26/8 26/10 27/11 27/16 31/17 42/7 42/10 43/22 52/25 53/9 62/5 62/6 62/7 63/6 70/17 91/10 91/16 94/18 97/24 98/2 100/13 100/15 100/21 104/4 115/8 123/24 134/12 138/23 138/25 139/2 139/3 139/5 139/13 139/20 139/24 140/1 160/5 160/16 160/17 164/6 164/6 167/14 177/7
**lawsuit** [7] 44/25 121/15 130/7 130/16 130/24 131/5 171/9
**lawsuits** [1] 131/22
**lawyer** [7] 8/15 8/20 8/21 10/14 40/18 44/23 51/21
**lawyer's** [1] 8/13
**lawyers** [22] 8/6 10/5 10/9 17/8 18/1 18/17 20/6 20/19 42/13 50/12 51/17 52/3 68/19 68/21 71/9 134/11 134/19 134/20 134/21 139/23 144/13 159/7
**lawyers'** [6] 8/2 8/11 14/9 18/2 18/5 52/14
**lay** [9] 118/17 182/21 182/25 183/20 184/3 187/17 189/13 190/10 217/25
**laying** [2] 184/22 189/5
**lazy** [2] 88/8 88/15
**lead** [3] 14/12 105/8 115/17
**leader** [11] 40/19 73/13 74/9 77/8 77/10 78/10 78/24 106/10 142/9 145/24 154/10
**leaders** [4] 35/14 60/12 60/17 77/10
**leadership** [1] 37/10
**leading** [3] 30/5 69/21 112/20
**leads** [1] 172/22
**leans** [1] 210/2
**learn** [19] 29/8 34/14 75/20 75/23 76/20 78/8 79/1 80/21 80/24 81/4 81/15 81/20 83/4 83/4 83/6 124/13 124/13 154/10 180/6
**learned** [4] 78/2 89/18 135/23 151/11
**learns** [3] 160/3 160/8 160/15
**least** [7] 30/17 38/8 41/24 42/5 53/14 176/21 178/14
**leave** [21] 16/4 16/5 16/9 52/7 64/7 64/9 64/15 101/17 102/11 132/5 132/6 137/2 139/25 158/1 158/7 158/9 170/6 189/9 201/10 221/10 221/13
**leaves** [3] 36/18 73/17 99/25
**leaving** [4] 69/25 79/8 161/23 180/2
**Lechuga** [1] 83/11
**led** [4] 34/9 69/19 130/10 133/17
**leeway** [1] 205/22
**left** [28] 34/16 35/6 57/13 57/14 59/21 69/2 69/3 69/8 69/9 81/21 83/2 83/13 89/10 89/13 90/13 90/3 92/20 95/24 96/1 96/2 96/17 100/2 119/25 120/1 132/2 132/16 180/6 220/23
**left-wing** [2] 34/16 59/21
**leftwing** [1] 123/24
**leg** [1] 164/24
**legal** [16] 26/20 104/2 108/8 108/10 133/24 134/12 134/22 134/25 135/4 159/8 160/4 160/22 161/2 163/23 164/18 204/5

**legally** [7] 104/3 105/3 105/8 105/13 115/17 163/25 169/19
**legitimate** [1] 188/12
**legs** [1] 92/7
**Lemus** [3] 96/25 96/25 98/1
**length** [2] 47/19 115/1
**lengths** [1] 112/17
**lengthy** [1] 22/16
**lenient** [1] 118/7
**LESLIE** [2] 2/15 194/24
**less** [7] 31/22 32/16 107/5 122/9 129/24 130/14 169/15
**let** [30] 16/3 20/25 27/22 58/2 66/18 67/12 87/23 92/6 92/9 93/12 94/6 94/13 115/8 117/11 120/17 138/16 157/20 161/13 165/7 174/11 174/23 177/21 184/2 191/20 197/4 206/16 206/20 211/18 220/21 222/10
**let's** [19] 5/18 7/14 28/10 30/6 51/17 62/20 62/23 66/23 79/18 102/20 105/19 116/18 136/24 141/15 141/17 141/20 173/18 174/23 222/9
**lets** [1] 92/12
**letter** [1] 161/6
**letting** [1] 153/7
**level** [2] 31/10 54/6
**liability** [10] 12/21 62/10 104/3 104/6 104/7 108/8 108/10 108/11 117/7 163/23
**liable** [6] 104/3 104/8 104/10 104/25 105/3 105/9 108/13 115/17 116/25 117/5 117/8 121/15 163/25 164/4 164/10 169/19
**Libardo** [1] 76/18
**license** [2] 107/19 136/10
**lie** [1] 143/12
**lieutenants** [1] 79/2
**life** [12] 72/11 76/12 77/3 81/14 84/20 92/5 92/10 92/10 93/18 127/4 157/18
**lifelong** [1] 156/8
**light** [2] 10/1 12/24
**like** [7] 7/18 47/20 53/21 66/2 68/14 69/17 71/16 76/14 76/16 80/8 82/17 84/9 85/23 85/25 86/20 87/8 88/9 88/15 89/25 102/9 104/22 107/16 108/23 108/23 111/7 111/21 111/24 112/11 113/4 114/1 114/10 114/14 116/4 117/3 119/13 119/13 120/15 128/16 129/15 130/3 132/4 132/20 133/10 134/3 134/9 140/12 141/6 141/9 144/23 149/11 152/18 152/19 152/19 152/19 154/3 155/23 159/9 159/25 164/18 169/2 169/8 182/2 185/11 187/24 187/25 188/1 201/24 214/16 215/16 215/18 216/20 220/17 222/14
**likeable** [1] 163/20
**likely** [3] 12/25 13/15 13/24
**likes** [1] 161/16
**limine** [13] 137/6 187/2 187/4 193/25 194/6 195/25 196/12 196/17 196/24 199/1 202/1 202/4 213/17
**limit** [1] 216/11
**limited** [4] 9/11 9/13 95/16 199/25
**Lina** [11] 82/25 83/3 83/11 83/17 86/24 87/6 87/13 88/5 88/6 88/22 88/25
**Lina's** [1] 84/4
**line** [20] 51/23 59/10 59/23 100/7 166/7

**L**

**line... [15]** 174/14 185/13 185/13 185/13 185/13 192/15 192/15 192/22 192/25 193/9 195/13 195/13 195/14 203/10 205/15
**lines [7]** 165/16 193/4 194/3 194/16 195/2 196/19 203/9
**lineup [1]** 67/1
**link [1]** 117/21
**list [12]** 96/8 118/14 167/21 179/3 181/6 181/6 182/18 184/25 185/1 185/7 185/7 185/20
**listed [2]** 185/20 187/9
**listen [4]** 7/4 15/5 19/25 101/5
**listening [2]** 16/4 188/22
**lists [2]** 184/25 185/4
**literally [5]** 111/9 118/8 126/11 151/6 154/3
**litigating [1]** 170/16
**litigation [11]** 10/20 10/21 11/5 26/13 29/22 43/24 44/11 60/16 170/19 172/6 209/5
**little [37]** 6/19 28/22 32/16 64/9 69/2 79/25 80/4 82/24 83/23 95/6 95/18 95/21 98/21 101/23 110/5 111/7 115/4 116/1 120/6 123/21 124/5 127/13 132/4 139/22 147/2 148/4 149/15 152/3 154/12 162/15 163/4 163/16 164/18 168/22 169/8 176/5 181/24
**live [32]** 18/25 71/4 89/11 89/12 139/8 152/6 184/16 184/17 185/16 190/3 201/24 202/15 208/5 214/8 214/11 214/12 214/20 214/21 215/1 215/4 215/6 215/9 215/11 215/25 216/7 216/13 217/21 218/2 218/4 219/8 221/4 221/5
**lived [16]** 72/6 73/23 73/25 75/19 82/21 83/12 85/22 85/23 85/24 86/9 87/5 87/6 88/24 91/23 93/14 151/22
**lives [14]** 25/23 33/8 37/4 37/4 37/6 100/8 100/11 103/11 114/18 119/21 126/12 127/18 135/1 164/14
**lkroeger [1]** 2/17
**LLP [4]** 2/2 2/5 2/9 3/6
**local [7]** 38/10 40/2 50/18 80/5 85/11 113/15 113/18
**located [5]** 32/2 32/12 36/2 72/6 87/11
**location [2]** 55/22 87/10
**logical [1]** 28/24
**logistics [3]** 112/5 150/25 151/2
**long [14]** 30/10 31/16 37/18 41/9 56/16 63/16 71/6 101/21 102/2 140/5 152/6 164/13 180/5 121/16
**long-time [1]** 152/6
**longer [4]** 29/16 52/22 55/8 101/23
**look [18]** 51/17 105/1 108/14 129/7 137/15 156/19 162/16 165/4 165/8 168/17 169/3 169/16 170/23 171/2 175/14 193/17 212/7 212/13
**looked [3]** 65/24 86/20 128/15
**looking [2]** 85/16 174/14
**lose [2]** 63/14 93/19
**loss [13]** 24/8 70/21 70/22 71/12 71/13 76/4 76/7 79/15 80/25 81/14 81/24 90/2 93/4
**losses [2]** 82/4 199/23
**lost [6]** 75/15 81/11 81/17 96/19 100/11
131/5

**lot [12]** 77/18 88/23 93/23 107/8 113/4 115/10 124/24 125/11 128/14 130/12 158/13 159/16
**lots [1]** 25/18
**loud [1]** 88/14
**loudly [1]** 157/18
**loved [6]** 71/23 76/2 81/1 81/3 81/3 100/8
**loves [1]** 96/17
**loving [2]** 74/3 81/13
**low [3]** 31/6 130/13 131/7
**lower [1]** 130/15
**lowered [1]** 131/11
**loyal [1]** 120/4
**loyalty [1]** 120/3
**lunch [12]** 20/20 20/21 64/4 64/5 64/6 64/8 64/9 90/18 95/3 97/17 101/11 101/15

**M**

**Machado [3]** 79/18 79/20 81/17
**machete [1]** 84/25
**made [61]** 12/15 12/16 12/16 23/9 24/3 24/5 25/19 31/2 34/5 39/20 41/12 41/24 42/25 45/17 45/23 46/7 46/10 46/13 46/16 48/4 50/9 50/14 52/15 57/18 62/6 67/21 75/1 91/13 106/25 106/25 117/19 122/1 122/3 125/7 127/25 128/2 128/4 128/5 128/9 131/12 134/14 136/12 138/11 161/15 166/16 167/6 167/9 167/12 167/15 167/22 168/2 168/24 173/14 197/5 199/19 200/11 200/15 200/22 204/9 204/13 210/10
**mafia [1]** 132/5
**Magdalena [2]** 32/6 49/5
**magnitude [1]** 63/15
**main [1]** 33/3
**maintain [2]** 31/10 39/3
**major [5]** 31/4 32/2 34/23 37/15 109/14
**make [65]** 13/4 14/8 16/16 17/11 20/14 31/8 41/2 41/20 46/17 47/6 47/6 51/2 51/23 51/24 52/1 52/8 52/11 53/8 53/24 63/12 65/16 74/12 82/4 90/13 90/16 100/2 104/16 106/17 106/19 109/16 113/1 114/15 114/17 116/15 131/23 134/25 135/1 136/16 138/6 138/17 139/13 139/25 142/7 144/21 145/17 153/18 155/23 160/22 161/21 166/5 167/1 171/14 171/14 171/21 171/24 171/25 172/4 172/15 172/21 173/17 177/11 181/9 195/6 195/18 203/6
**makes [3]** 7/21 65/6 163/1
**making [19]** 37/20 51/15 54/20 56/6 59/24 63/11 77/21 120/22 125/11 133/24 136/9 139/17 159/1 162/13 173/9 190/7 197/6 198/11 220/11
**man [15]** 21/21 26/20 54/12 70/1 70/4 70/4 70/6 72/15 74/1 79/21 84/25 88/13 92/8 95/4 100/3
**managed [2]** 154/17 155/15
**management [7]** 40/4 40/10 41/18 52/18 54/18 54/21 134/2
**manager [14]** 57/8 106/11 106/14 106/16 135/17 148/24 157/24 162/17 223/6 223/8 223/17 223/20 223/23

**managers [2]** 40/2 157/12
**Mancuso [11]** 146/3 146/20 149/18 151/6 151/7 154/6 154/16 154/24 155/3 155/15 214/6
**Mancuso's [1]** 151/7
**Mangones [9]** 70/6 70/8 70/12 82/17 89/18 117/24 119/14 149/19 149/21
**mankind [1]** 80/25
**manner [3]** 9/22 65/17 216/10
**many [19]** 7/9 12/1 24/1 24/1 25/8 38/9 49/8 60/12 60/15 67/11 76/12 76/12 110/25 136/2 152/19 216/10 216/10 217/25 217/25
**map [6]** 70/6 84/13 86/4 88/4 88/4 129/7
**March [5]** 21/21 23/2 23/23 28/10 204/15
**March 12 [1]** 204/15
**March 19 [1]** 21/21
**March 2007 [1]** 28/10
**marco [2]** 1/15 1/19
**Maria [3]** 72/15 72/17 83/11
**MARIANO [2]** 1/12 90/9
**Mariela [9]** 82/25 83/8 83/9 84/24 86/23 88/7 88/18 89/3 89/7
**Mariela's [3]** 87/7 87/25 88/5
**marijuana [1]** 209/7
**marissa [2]** 1/16 1/20
**marked [2]** 173/7 175/2
**market [3]** 77/16 128/11 128/19
**markets [1]** 127/23
**MARRA [7]** 1/8 23/25 24/14 26/13 81/7 104/5 164/5
**marriage [1]** 94/18
**married [3]** 69/12 73/22 94/17
**mars [1]** 69/1
**marshaling [1]** 128/17
**Marta [16]** 32/5 36/3 37/15 52/9 68/17 68/22 68/24 69/9 69/16 70/5 70/11 98/17 98/23 109/6 150/3 154/13
**Martinez [1]** 157/24
**Maryum [1]** 71/20
**masked [3]** 26/22 26/23 74/17
**mass [2]** 35/2 49/20
**massacre [2]** 37/7 38/4
**massacred [1]** 36/10
**massacres [3]** 38/8 38/10 49/17
**materials [1]** 175/20
**math [1]** 155/14
**matter [13]** 30/21 48/18 53/9 65/4 85/1 95/19 138/20 165/19 170/16 177/3 206/18 209/25 225/5
**matter.' [1]** 204/1
**matters [5]** 6/22 28/18 91/17 204/7 217/8
**max [1]** 154/7
**may [71]** 7/13 7/14 7/16 7/17 7/22 8/7 8/15 8/22 8/24 8/25 9/6 9/7 9/11 9/15 9/17 9/19 9/23 9/24 10/3 10/6 13/10 14/1 14/2 14/12 14/19 15/24 16/16 16/25 17/18 18/14 18/17 18/22 19/7 19/11 19/19 19/19 19/20 19/22 19/23 19/24 21/8 21/9 21/12 31/6 40/25 44/4 55/21 67/21 68/6 71/19 90/5 130/21 139/12 139/22 170/16 171/14 171/14 171/25 177/20 191/2 195/17 198/16 199/14

**M**

**may... [8]** 207/24 209/17 210/2 210/17
214/7 216/8 216/19 224/22
**maybe [8]** 64/10 85/15 85/19 103/5
115/4 136/21 160/5 188/2
**McCauley [1]** 3/6
**McKenzie [1]** 134/22
**md [1]** 1/2
**me [71]** 7/13 15/19 19/5 20/25 27/22
30/12 31/18 32/4 46/6 46/9 46/12 58/22
61/21 62/6 62/22 62/25 63/22 67/6 75/17
86/12 86/14 87/23 89/9 90/8 90/12 93/23
94/7 94/13 115/8 117/11 138/6 138/6
143/19 144/22 156/17 165/7 166/18
166/18 167/5 167/8 167/11 167/21
170/16 171/19 171/21 174/11 174/23
175/12 175/21 176/6 176/20 181/10
184/2 185/13 188/1 188/12 188/19
188/23 189/18 191/13 192/21 197/4
198/2 204/9 204/14 206/24 217/22
219/13 219/17 220/11 222/10
**me.com [1]** 3/3
**mean [21]** 6/22 68/19 117/14 137/20
162/20 168/16 174/10 181/17 182/1
189/23 206/16 211/21 211/25 213/24
215/5 216/24 219/5 219/17 220/16 221/7
221/10
**meaning [3]** 17/25 52/5 98/17
**means [16]** 9/9 11/14 12/24 14/16 14/23
15/1 33/1 45/12 48/22 48/22 63/11
103/17 140/6 160/19 165/5 174/6
**meant [1]** 33/19
**measure [3]** 70/16 101/3 113/7
**measures [2]** 133/8 133/8
**meat [1]** 77/16
**Medellín [13]** 96/1 108/25 110/7 110/9
124/6 124/12 124/14 124/18 125/4 125/7
125/25 144/9 147/4
**media [3]** 14/20 19/19 19/25
**medical [2]** 122/19 209/7
**meet [11]** 13/6 24/19 71/22 78/22 80/12
83/1 83/20 93/2 94/15 195/4 212/24
**meeting [28]** 10/8 40/20 41/4 41/13
41/14 41/17 41/18 106/10 106/14 142/12
142/13 142/21 142/23 142/24 143/13
144/7 144/7 145/4 145/5 145/6 145/23
145/23 161/8 161/18 162/7 182/20 186/3
189/21
**meetings [1]** 136/2
**meets [2]** 161/9 162/8 162/11 162/22
**Mejía [2]** 91/10 92/16
**MELISSA [2]** 3/5 115/9
**member [8]** 58/13 58/14 58/15 74/24
78/12 78/13 147/1 156/8
**members [16]** 6/24 25/10 38/8 60/15
61/5 61/11 75/23 78/21 91/6 91/22 94/5
94/5 110/18 118/3 148/8 163/18
**memo [9]** 52/1 160/22 182/20 186/3
186/5 189/25 215/15 216/20 217/25
**memoranda [1]** 134/18
**memorandum [5]** 161/2 179/25 180/2
180/3 180/14
**memories [1]** 95/16
**memory [4]** 9/22 16/12 16/13 16/14
**men [21]** 25/9 26/23 74/17 74/18 74/21
74/22 74/24 75/18 76/3 77/22 78/17

98/21 99/22 99/23 99/25 99/24 99/25 151/7
151/7 164/20 166/23
**mental [1]** 70/20
**mention [3]** 5/8 77/11 93/23
**mentioned [15]** 11/20 14/20 20/5 25/25
28/15 38/17 55/18 71/1 93/16 94/9 124/5
137/21 156/5 158/25 223/1
**mentioning [1]** 137/12
**merchants [1]** 147/12
**MESA [1]** 1/11 4/9 90/8
**MESA-ESTRADA [3]** 1/11 4/9 90/8
**message [1]** 106/18
**messages [1]** 14/16
**met [5]** 40/18 51/11 69/11 90/8 94/19
**mfmurphy [1]** 3/9
**Mi [2]** 72/13 73/9
**Miami [3]** 3/12 3/13 225/8 225/9
**MICHAEL [4]** 3/4 3/6 115/6 161/17
**michael.stoolman [1]** 3/10
**micromanage [1]** 222/5
**mid [5]** 31/18 33/25 124/11 128/2
128/10
**mid-1980s [5]** 31/18 33/25 124/11 128/2
128/10
**middle [8]** 38/23 53/11 99/18 114/13
114/14 126/12 202/9 208/3
**midst [2]** 43/1 60/4
**might [7]** 6/21 9/5 79/19 135/20 164/20
168/8 211/19
**migraine [1]** 87/14
**Miguel [19]** 90/23 91/1 91/5 91/9 91/15
91/25 92/3 92/4 92/13 92/23 93/13 93/14
93/19 94/10 97/1 98/2 98/4 98/8 98/12
**mile [1]** 154/4
**miles [1]** 84/16
**military [10]** 109/2 119/18 132/24 133/6
133/20 145/8 145/18 145/25 150/24
166/5
**milk [1]** 69/18
**million [9]** 23/7 23/13 23/14 24/7 25/7
42/1 56/14 121/24 177/2
**millions [3]** 32/21 103/20 197/17
**Milstein [2]** 2/12 2/15
**mind [11]** 14/11 78/23 113/23 148/12
163/22 164/13 165/6 168/16 168/20
169/11 172/17
**Mindful [1]** 145/19
**minding [1]** 111/10
**minimize [1]** 28/24
**minimum [3]** 156/14 216/3 222/14
**minor [2]** 43/7 207/1
**minute [13]** 64/3 64/15 84/13 134/8
135/19 136/17 136/25 144/11 148/4
186/2 211/22 214/10 220/7
**minutes [25]** 6/16 55/11 55/14 64/2
64/4 64/19 66/11 66/12 67/4 83/13 102/4
103/3 110/9 110/23 126/16 136/14 137/3
141/8 163/14 183/12 189/20 207/2 207/4
207/14 207/16
**miscite [1]** 115/15
**misciting [1]** 116/1
**misquote [1]** 115/15
**misrepresentation [1]** 139/8
**missed [1]** 171/25
**missing [2]** 175/12 205/16
**mistake [1]** 18/18 78/25 85/14 175/17

**mistaken [1]** 89/19
**modest [1]** 86/11
**modified [1]** 181/6
**modify [1]** 211/24
**Molina [2]** 68/12 68/13
**mom [9]** 80/3 83/7 83/9 84/25 87/8
88/18 93/15 126/20 152/17
**mom's [1]** 87/15
**moment [2]** 92/16 93/4
**monetary [2]** 59/19 70/17
**money [26]** 23 48/15 50/14 50/17
50/17 50/18 61/22 81/9 109/20 109/21
122/2 122/6 125/3 125/6 125/11 129/24
133/5 149/6 155/20 155/21 165/15 166/1
200/5 200/11 200/22 201/4
**Monte [4]** 128/14 130/1 130/4 152/19
**month [14]** 25/19 25/19 25/20 42/5 46/9
72/14 87/14 121/23 155/4 155/5 155/12
155/12 167/8 188/16
**months [10]** 68/18 78/9 83/16 83/19
89/11 99/1 155/5 160/2 160/2 213/19
**Mora [3]** 96/25 96/25 98/1
**more [69]** 7/2 12/25 13/15 13/24 23/6
30/15 33/19 36/17 37/1 41/24 42/4 42/6
49/14 52/19 52/19 64/2 64/4 66/6 67/21
72/24 76/14 76/20 90/18 98/21 101/3
103/24 104/17 107/8 108/9 110/14
113/15 116/1 116/3 119/4 123/18 123/19
123/19 123/19 123/20 125/21 126/5
131/13 131/20 132/9 132/12 132/19
139/17 140/1 140/4 142/11 146/2 146/25
152/4 159/16 161/21 163/11 163/11
180/6 190/7 197/8 200/11 200/22 208/10
209/3 211/9 211/10 213/24 214/7 222/7
**morgue [2]** 80/14 80/19
**morning [30]** 5/2 5/4 6/12 6/14 6/15
21/11 68/8 69/24 77/16 84/21 86/7 86/24
86/25 87/13 87/16 103/2 103/23 114/7
117/20 141/12 141/16 159/21 168/23
170/7 195/11 210/17 213/10 213/12
213/22 220/6
**most [21]** 27/17 30/23 33/22 39/9 84/20
100/16 107/10 108/18 108/18 109/16
109/17 117/21 123/6 123/8 127/13 129/1
151/10 151/10 164/11 168/7 169/14
**mother [15]** 48/16 75/11 80/11 81/11
81/17 82/21 82/25 83/3 86/2 89/23 91/5
92/17 93/4 96/19 165/17
**motion [11]** 137/6 187/2 187/4 193/25
194/6 195/24 196/17 196/23 199/1 202/1
210/14
**motions [3]** 196/11 202/4 213/17
**motives [1]** 199/20
**motorcycle [8]** 72/17 72/18 78/13 91/21
92/13 99/16 99/19 99/20
**motorcycles [2]** 59/17 77/22
**mourn [1]** 103/14
**mouth [1]** 49/15
**move [8]** 33/15 62/25 67/3 100/1 117/7
122/12 141/25 212/18
**moved [2]** 33/16 95/24
**moving [1]** 212/25
**Mr [11]** 4/4 4/5 4/7 4/8 4/10 4/11 102/3
102/25 105/21 199/22 210/11
**Mr. [166]** 8/16 8/17 20/10 20/18 21/8
22/18 22/20 29/7 41/4 41/4 41/5 41/8

**M**

**Mr.... [154]** 41/8 41/12 41/12 48/12 48/14 54/9 54/15 55/7 57/18 57/25 58/1 58/7 58/10 59/7 59/7 61/18 61/20 62/20 63/24 65/24 65/25 66/7 67/9 68/5 68/14 70/5 70/8 70/12 72/9 76/24 77/1 77/5 77/11 77/13 77/15 77/21 77/23 78/1 78/3 79/3 79/16 79/22 80/9 81/12 82/8 90/9 90/10 101/10 101/21 102/24 103/3 104/14 105/16 105/18 106/13 106/22 107/4 112/13 117/12 127/10 130/17 132/1 138/22 138/24 139/1 139/5 139/15 141/22 142/19 142/22 142/22 142/25 143/11 143/11 143/22 143/25 144/9 145/7 145/7 145/12 145/13 145/16 145/16 147/17 148/24 149/20 165/10 165/14 166/15 168/23 173/2 175/8 175/13 176/13 177/15 178/24 179/5 180/19 181/3 181/3 182/24 191/5 191/6 191/9 192/1 192/5 194/8 194/10 195/2 195/16 196/4 196/15 197/5 197/7 197/13 197/15 197/19 197/21 198/10 198/15 198/17 199/1 199/5 199/13 199/15 199/17 200/9 200/17 201/13 202/15 204/6 205/13 206/23 207/1 210/1 210/8 210/12 210/13 210/14 210/19 211/3 211/20 214/1 214/6 214/6 216/22 217/16 219/25 222/24 222/24 224/1 224/2 224/4 224/18

**Mr. Aguirre [17]** 22/18 22/20 29/7 54/9 54/15 173/2 176/13 177/15 180/19 194/10 195/2 200/9 200/17 202/15 206/23 211/20 214/1

**Mr. Aguirre's [12]** 175/8 175/13 178/24 179/5 181/3 182/24 191/9 192/1 192/5 196/15 199/17 207/1

**Mr. Arrieta [1]** 222/24

**Mr. Bello [5]** 57/18 58/1 58/7 58/10 59/7

**Mr. Bello's [1]** 57/25

**Mr. Bernal [5]** 142/19 143/11 145/7 145/13 145/16

**Mr. Buitrago [1]** 224/4

**Mr. Castaño [10]** 41/4 41/8 48/12 48/14 61/18 61/20 142/22 143/22 143/25 165/14

**Mr. Cioffi [10]** 101/21 102/24 117/12 138/24 139/1 139/15 141/22 197/5 197/7 199/13

**Mr. Cioffi's [3]** 138/22 139/5 197/19

**Mr. Dante [3]** 181/3 195/16 196/4

**Mr. Escobar [1]** 41/12

**Mr. Garay [1]** 224/2

**Mr. Garcia [1]** 82/8

**Mr. Hasbun [2]** 142/25 143/11

**Mr. Hasbun's [1]** 144/9

**Mr. Hernandez [1]** 149/20

**Mr. Hertado [1]** 224/18

**Mr. Holder [1]** 204/6

**Mr. Jack [1]** 90/9

**Mr. James [1]** 90/10

**Mr. Jones [2]** 8/16 8/17

**Mr. Keiser [9]** 41/4 41/5 41/8 41/12 106/13 142/22 145/7 145/12 145/16

**Mr. Mangones [2]** 70/8 70/12

**Mr. Nunez [1]** 59/7

**Mr. Ordman [1]** 214/6

**Mr. Otoñiel [1]** 147/17

**Mr. Ramos [1]** 148/24

**Mr. Reiter [10]** 101/10 191/5 191/6 194/8 199/15 201/13 205/13 211/3 222/24 224/1

**Mr. Rodriguez [1]** 210/1

**Mr. Rodriguez's [1]** 210/8

**Mr. Scarola [33]** 20/10 20/18 21/8 55/7 62/20 63/24 65/25 66/7 68/14 72/9 77/11 103/3 104/14 105/16 105/18 106/22 107/4 112/13 127/10 130/17 132/1 165/10 166/15 168/23 197/13 197/21 198/10 198/17 199/1 199/5 216/22 217/16 219/25

**Mr. Scarola's [3]** 70/5 197/15 198/15

**Mr. Villa [10]** 76/24 77/1 77/5 77/13 77/23 78/3 79/16 79/22 80/9 81/12

**Mr. Villa's [4]** 77/13 77/15 78/1 79/3

**Mr. White [6]** 65/24 210/12 210/13 210/14 210/19 214/6

**Mr. Wichmann [2]** 67/9 68/5

**Ms [2]** 4/6 4/9

**Ms. [19]** 45/4 49/16 50/16 61/25 67/22 90/22 90/22 91/13 94/14 94/21 165/13 214/15 214/16 214/20 215/21 218/6 218/10 219/8 219/23

**Ms. Ana [1]** 94/14

**Ms. Barbara [1]** 45/4

**Ms. Ferrante [1]** 67/22

**Ms. Gloria [3]** 90/22 90/22 91/13

**Ms. Howland [10]** 49/16 50/16 61/25 165/13 214/16 214/20 215/21 218/6 218/10 219/8

**Ms. Kroeger [1]** 214/15

**Ms. Murphy [1]** 219/23

**Ms. Ofelia [1]** 94/21

**much [29]** 6/10 20/14 21/9 30/14 42/2 55/8 58/20 59/2 60/4 63/4 63/23 64/20 68/2 81/8 82/19 84/17 87/24 101/18 108/9 114/13 130/14 130/15 140/4 170/8 180/6 200/11 211/8 215/13 222/20

**multidistrict [4]** 10/20 10/21 11/5 26/12

**multinational [4]** 25/24 28/17 111/8 152/18

**multinationals [1]** 132/16

**multiple [4]** 18/20 77/24 95/8 220/1

**murder [19]** 27/20 27/20 27/23 27/24 37/12 62/24 69/6 72/1 72/4 73/10 73/14 85/14 90/23 91/1 91/2 91/5 95/1 97/5 98/6

**murdered [11]** 71/23 73/4 73/5 77/20 87/13 88/25 90/24 94/22 110/15 110/15 110/18

**murderer [1]** 99/13

**murderers [1]** 43/16

**murdering [3]** 25/16 35/14 126/5

**murders [10]** 26/18 27/16 35/2 50/3 58/15 60/7 60/18 75/16 118/8 152/1

**MURPHY [3]** 3/5 115/9 219/23

**must [42]** 7/6 7/6 7/8 8/1 8/1 9/4 9/9 9/13 11/2 11/9 11/12 11/15 11/16 12/24 13/7 14/4 14/4 14/15 14/22 15/14 17/12 17/19 17/23 18/11 18/25 19/9 19/16 19/24 20/3 26/10 28/21 44/5 51/21 62/8 62/16 78/23 97/22 97/23 121/2 144/25 162/9 212/21

**mutilations [2]** 49/20 50/9

**Muñoz [5]** 90/22 90/22 90/23 94/10 96/19

**my [45]** 7/5 11/24 14/9 32/16 47/23 63/21 66/10 67/6 68/9 68/11 68/15 70/18 70/24 71/16 71/20 71/20 82/10 89/8 90/7 90/13 96/24 97/14 102/1 115/4 115/8 115/8 115/9 116/2 138/10 142/2 144/22 155/14 175/12 194/25 198/6 202/18 204/11 206/25 208/21 208/21 210/14 210/16 210/20 219/14 219/14

**myself [3]** 94/7 115/4 174/21

**mystery [1]** 140/23

**myth [1]** 123/25

**N**

**name [23]** 34/13 45/24 45/25 70/2 71/20 72/21 77/11 78/10 79/2 79/20 90/7 96/8 96/24 99/10 117/23 117/24 118/11 142/14 168/3 185/14 209/9 209/14 210/12

**named [8]** 56/21 68/13 72/15 99/12 148/8 148/9 209/19 223/2

**names [8]** 40/24 46/2 46/4 97/7 166/17 167/1 167/3 168/13

**Nancy [9]** 96/25 96/25 97/1 98/1 98/4 98/9 98/15 99/2 99/2

**narco [47]** 50/18 103/19 105/14 108/19 110/6 112/2 114/11 117/5 120/10 122/10 123/16 123/17 123/22 124/2 124/3 124/13 124/20 125/4 125/6 125/10 125/11 125/12 125/17 125/22 126/1 129/11 131/16 132/14 133/10 143/5 149/1 149/6 149/6 150/6 150/9 150/13 150/19 150/22 151/1 151/3 151/16 151/18 151/24 152/2 152/12 152/15 161/12

**narco-money [1]** 149/6

**narco-territory [1]** 149/6

**narco-terrorism [6]** 103/19 124/2 125/22 126/1 131/16 151/16

**narco-terrorist [5]** 125/6 125/10 125/11 143/5 151/24

**narco-terrorists [29]** 50/18 105/14 108/19 110/6 114/11 117/5 120/10 123/16 123/17 123/22 124/3 125/4 125/12 129/11 132/14 133/10 149/1 150/6 150/9 150/13 150/19 150/22 151/1 151/3 151/18 152/2 152/12 152/15 161/12

**narco-traffickers [1]** 112/2

**narco-trafficking [4]** 122/10 124/13 124/20 125/17

**national [2]** 25/3 162/1

**natives [1]** 91/5

**natural [1]** 81/20

**naturally [1]** 124/4

**nature [5]** 46/15 59/13 115/5 167/14 177/4

**nearby [2]** 55/22 93/8

**nearest [1]** 69/15

**nearly [4]** 25/7 42/5 49/21 150/10

**necessary [5]** 12/20 39/7 44/17 59/1 217/7

**Necoclí [1]** 76/20

**need [22]** 6/25 34/10 35/9 46/23 53/23

## N

need... [17]  56/18 82/6 82/19 113/23
140/23 165/4 177/5 194/12 207/20
208/14 211/23 216/23 219/16 219/19
221/14 221/16 221/24
needed [5]  50/25 113/24 114/8 120/10
222/23
needs [12]  13/4 13/20 48/6 64/25 65/13
65/13 92/8 187/14 190/7 209/20 213/24
216/25
negative [1]  130/2
negotiated [1]  28/20
negotiations [3]  23/2 108/2 108/2
neighbor [1]  92/20
neighborhood [7]  86/12 86/12 86/20
86/21 87/3 88/20 132/20
neighbors [1]  80/14
Neither [1]  41/12
nephew [1]  77/22
network [1]  125/10
networking [1]  14/17
never [15]  39/7 75/7 83/20 92/14 93/6
96/3 107/11 114/20 114/21 114/21
114/22 133/25 162/21 164/15 166/8
new [6]  1/24 25/25 37/19 39/25 160/6
201/22
news [9]  15/5 19/18 72/24 77/20 80/15
92/17 92/22 170/5 211/13
next [25]  30/7 32/8 49/2 68/4 69/4 69/24
80/13 80/18 82/22 83/10 83/15 83/24
85/24 86/21 88/3 88/24 90/12 115/11
145/3 149/18 163/14 179/24 196/21
197/2 210/10
NGOs [3]  112/18 113/6 114/1
NICHOLAS [1]  2/12
nicknames [1]  99/11
night [13]  69/24 80/1 80/11 181/6 182/8
182/19 192/7 202/8 202/9 202/12 213/4
214/19 215/1
Nini [10]  68/12 68/23 69/2 69/5 69/19
69/21 70/19 70/21 70/25 71/5
Nini's [1]  70/1
njacques [1]  2/14
no [121]  1/2 5/14 6/2 7/21 9/14 15/23
19/6 19/8 24/7 25/21 31/14 31/19 31/20
33/24 36/7 36/18 40/13 40/14 41/13
42/17 43/5 43/8 46/5 46/8 46/11 46/14
46/18 50/5 51/4 51/13 52/16 52/16 52/17
52/22 53/9 54/8 60/25 61/13 63/9 67/16
67/17 67/25 68/2 79/11 92/4 95/22
103/11 103/12 108/7 110/17 110/20
110/21 110/22 113/23 113/23 114/19
117/20 117/21 119/1 120/16 121/8
121/10 121/10 122/3 129/3 131/6 131/18
131/25 135/25 139/18 140/19 143/14
145/1 147/25 153/13 153/21 153/22
153/22 155/24 156/23 157/21 165/1
165/1 165/1 165/2 165/2 165/3 166/11
167/4 167/7 167/10 167/13 167/17
170/15 171/18 173/19 180/5 183/17
183/22 183/25 184/9 184/11 186/18
188/18 188/24 190/17 192/2 192/3
194/23 195/3 195/21 196/1 200/4 201/3
204/9 204/12 209/18 210/25 215/20
217/23 220/2
non [1]  175/24

non-won [1]  175/24
none [5]  9/18 24/5 118/2 127/15 127/15
nongovernmental [2]  112/18 112/20
nonplaintiff [1]  175/24
noon [4]  211/16 213/3 213/4 213/5
normally [1]  219/14
north [2]  30/22 85/18
northern [2]  32/9 36/1
not [350]
note [16]  16/3 48/19 48/21 49/1 65/23
97/17 161/20 164/7 210/7
note-taking [1]  16/3
noted [3]  171/2 175/21 211/5
notepads [2]  6/4 6/7
notes [12]  15/24 15/25 16/5 16/7 16/10
16/11 16/12 41/12 64/15 101/17 137/2
170/6
nothing [13]  10/8 31/15 89/7 121/7
127/19 128/23 131/14 131/21 153/12
158/24 175/14 216/8 221/19
notice [12]  19/7 19/10 32/7 43/25 44/19
45/1 46/20 47/11 50/4 89/16 210/9
221/16
noticed [1]  21/12
notoriety [1]  36/21
notorious [3]  78/24 99/10 99/12
November [5]  56/11 56/22 57/3 57/5
76/19
November 2001 [1]  56/11
November 4 [1]  76/19
November 5 [1]  56/22
November 6 [1]  57/3
November 8 [1]  57/5
now [68]  6/7 6/24 10/18 11/19 14/1
15/24 16/15 17/18 20/5 22/24 29/24
41/15 55/3 55/3 56/7 64/3 64/5 64/15
65/1 65/1 66/20 69/1 69/7 70/12 70/24
71/6 71/7 73/21 75/12 79/18 83/9 84/9
85/4 88/19 94/4 94/13 95/18 97/6 97/19
97/25 101/23 102/23 122/12 129/17
136/18 136/21 139/25 142/25 143/2
148/22 159/23 166/14 167/20 175/5
177/13 178/22 180/20 181/2 181/5 181/6
186/21 197/10 207/13 208/14 210/2
212/14 217/11 222/13
nudge [1]  210/11
Nueva [3]  55/22 57/22 72/6
number [29]  10/22 20/16 30/1 39/3
43/24 45/9 47/11 62/14 85/3 97/19
103/22 104/12 109/10 111/14 113/21
119/1 130/10 146/4 146/18 146/19
146/20 146/22 184/16 190/3 192/22
194/3 199/6 210/1 210/13
numbers [2]  130/17 213/7
numerous [3]  38/3 72/8
Nunez [3]  58/12 59/7 214/4
Nunos [1]  148/8
NW [2]  1/18 2/10
NY [1]  1/24

## O

o'clock [5]  64/5 64/8 64/12 87/16 170/3
O-T-T-E-R-L-O-O [1]  56/15
oath [15]  18/16 19/15 19/21 20/1 24/11
43/14 44/19 51/9 54/15 54/24 58/19
60/25 143/16 144/16 148/13

object [14]  6/22 67/12 139/15 180/13
181/14 183/14 183/16 188/12 189/22
196/7 197/15 201/20 212/7 215/4
objected [7]  180/19 180/20 185/6
185/23 192/8 195/1 197/17
objecting [2]  186/24 189/14
objection [35]  8/24 9/1 9/3 22/7 67/16
67/17 175/19 175/21 181/23 182/10
182/13 182/16 183/17 183/22 184/5
184/8 185/7 185/11 185/15 185/17
185/20 186/6 186/13 187/10 190/19
193/10 195/3 195/15 195/21 197/18
203/4 208/7 208/20 217/19 218/3
objectionable [3]  187/16 188/19 202/10
objections [22]  8/11 102/7 173/1
173/20 173/21 175/22 175/25 181/7
185/4 190/24 193/24 196/9 196/11 202/3
202/10 207/5 212/23 213/14 213/16
220/11 220/12 223/15
objective [1]  136/20
objectives [1]  35/24
obliged [1]  44/16
observed [1]  99/19
observing [1]  16/4
obtain [3]  46/2 81/24 167/1
obtained [2]  56/8 107/19
obtaining [2]  58/3 136/10
obvious [1]  98/11
obviously [6]  52/22 83/23 137/7 193/18
196/12 213/11
occasion [1]  36/9
occasions [2]  51/12 58/17
Occidental [2]  152/19 161/16
occurred [2]  15/8 21/3 27/21 27/24 34/3
53/16
occurrence [1]  50/3
occurring [1]  50/2
ocean [4]  129/8 154/4 155/20 155/24
October [1]  150/4
October 7 [1]  150/4
odd [1]  209/18
OFAC [2]  107/19 107/19
Ofelia [4]  94/14 94/17 94/19 94/21
off [8]  66/19 88/12 175/2 201/15 201/16
210/18 213/14 222/15
offense [5]  177/5 177/6 177/8 177/19
178/23
offer [6]  25/18 179/11 179/12 181/3
183/13 214/21
offered [4]  150/13 181/15 183/4 194/14
offering [1]  180/18
Office [1]  107/21
Officenter [1]  2/6
officer [3]  22/19 54/9 203/24
officers [1]  42/12
offices [1]  26/1
official [3]  3/12 17/20 17/24 45/3 51/5
56/8 56/20 56/22 56/25 61/2 225/8
officially [3]  17/21 37/24 129/18
officials [1]  58/7
offline [1]  15/3
offshoots [1]  110/7
Oficina [1]  2/6
often [1]  15/18
oh [5]  3/8 16/8 140/18 164/24 168/23
Ohio [2]  23/10 26/1

# O

**okay [75]** 5/16 55/15 62/21 62/23 67/1
68/3 99/6 100/4 101/25 102/12 103/18
137/20 138/12 140/4 140/9 140/18 141/5
141/12 141/20 170/20 170/23 171/3
171/9 172/3 173/9 173/18 174/7 174/9
174/14 174/20 174/25 176/19 177/22
177/23 181/7 181/22 182/4 183/7 183/9
185/3 186/1 186/6 187/8 187/15 188/5
188/8 190/3 190/12 190/18 191/12
191/16 191/19 191/25 192/3 192/24
193/2 194/17 194/19 197/4 205/19 206/9
206/19 206/22 211/2 213/1 216/18
217/12 219/21 220/19 221/21 222/9
222/11 222/15 223/9 224/20
**old [29]** 68/23 69/11 69/12 69/19 73/6
73/19 75/5 75/9 75/14 83/2 83/14 83/22
83/25 84/2 84/3 91/2 92/23 93/20 94/20
95/17 95/17 95/18 95/20 96/20 98/6 99/1
99/4 99/5 164/19
**older [1]** 83/23
**oldest [1]** 91/8
**Olson [3]** 160/8 160/13 160/24
**olympics [2]** 85/3 85/4
**omits [1]** 207/14
**omitted [1]** 61/16
**once [6]** 17/2 76/5 134/24 207/21 214/8
220/2
**one [144]** 5/8 10/24 10/24 11/9 11/12
13/5 15/23 16/7 19/6 19/8 20/25 22/2
23/8 23/11 23/14 31/3 31/7 33/3 34/7
34/12 35/22 36/9 40/23 43/23 62/14
64/17 65/3 65/24 66/3 66/4 66/6 67/10
67/21 67/23 67/25 70/10 79/1 80/13
80/17 80/24 81/1 81/3 81/3 81/7 81/9
85/3 87/7 87/14 88/3 88/8 88/24 90/18
93/24 94/11 95/4 96/20 97/12 97/16
97/19 100/20 100/23 101/6 101/13
103/23 104/12 104/15 109/1 109/10
110/17 110/20 110/21 110/22 112/22
112/23 113/2 114/20 117/20 117/21
119/1 119/3 121/8 122/9 124/8 124/17
126/22 135/10 135/11 135/19 136/12
136/14 138/17 140/12 141/16 144/13
144/21 146/18 146/19 147/12 148/8 148/9
148/25 150/8 153/13 157/11 157/25
159/4 159/24 164/11 164/24 164/25
165/1 165/2 170/13 170/21 170/22
177/25 179/24 186/17 188/10 189/7
190/4 192/19 192/21 192/21 192/24
194/21 196/18 196/18 200/21 201/21
206/24 207/1 207/12 208/22 209/25
211/3 212/12 215/14 216/3 218/6 219/3
219/6 223/2 224/5
**one's [2]** 81/1 193/19
**one-month [1]** 87/14
**Onelsi [8]** 91/10 91/17 91/21 92/6 92/16
92/25 93/3 94/4
**ones [6]** 71/23 76/2 76/15 100/8 147/20
187/9
**ongoing [1]** 222/12
**online [1]** 15/3
**only [76]** 5/25 7/8 8/12 9/11 9/13 11/6
15/14 15/19 15/21 15/22 15/22 16/12
17/20 24/22 30/10 30/18 30/21 36/8
38/18 42/22 47/7 52/15 55/4 55/5 56/17
62/24 64/17 65/11 73/19 78/5 77/7 81/23
93/20 94/4 101/6 107/5 107/9 113/11
117/7 119/4 134/19 147/24 153/20 157/3
157/19 157/19 159/3 160/7 169/20
171/16 173/20 178/2 178/11 178/17
178/24 179/2 179/19 186/6 186/17
187/10 190/21 191/9 192/19 194/8
194/10 195/1 198/2 200/15 205/14 207/9
215/24 216/23 218/2 219/6 220/2 220/4
**open [11]** 14/11 44/21 44/21 47/7 56/18
91/18 164/13 165/6 168/16 169/11 195/9
**opened [4]** 32/10 197/10 197/20 199/14
**opening [39]** 1/8 4/4 4/5 4/6 4/7 4/8 4/9
4/10 4/11 5/4 5/9 5/10 8/4 16/16 16/17
16/21 18/2 20/6 20/15 101/22 136/25
138/15 139/6 140/2 140/15 141/22
176/24 177/11 177/17 178/16 197/5
197/15 197/18 197/20 197/24 198/3
198/8 215/7 217/16
**openings [2]** 5/20 102/6
**openly [1]** 34/17
**operate [3]** 110/3 158/6 209/13
**operated [9]** 31/16 31/16 32/11 58/5
75/19 85/18 112/12 113/2 152/3
**operates [2]** 163/16 209/7
**operating [5]** 48/10 111/9 113/25
129/18 133/12
**operation [1]** 33/22
**operations [15]** 12/7 30/18 30/25 34/6
36/2 36/25 37/1 39/21 57/1 57/8 131/12
151/13 152/7 152/13 154/18
**opinion [1]** 7/12
**opinions [4]** 64/17 101/13 137/2 170/5
**opportunity [17]** 9/20 10/11 17/5 24/19
33/10 33/13 34/14 44/22 47/3 53/23
57/25 81/23 91/11 93/2 94/15 114/25
181/18
**opposed [5]** 34/17 65/12 112/25 128/12
139/24
**opposing [2]** 8/21 63/21
**opposite [6]** 13/3 35/21 114/6 128/25
129/20 161/22
**opposites [1]** 35/17
**opposition [2]** 35/3 36/20
**opt [1]** 215/24
**option [6]** 39/14 39/15 132/10 184/19
216/11 217/10
**order [49]** 5/1 9/8 44/4 44/17 51/1 62/8
65/13 81/20 104/11 111/18 111/18 112/6
113/24 123/25 131/22 137/11 137/12
137/15 137/18 138/1 158/16 163/2 165/5
165/8 168/6 175/1 182/5 182/6 182/7
183/1 187/8 188/25 193/6 194/1 194/7
196/1 196/3 196/5 196/8 196/9 196/10
196/17 196/23 197/13 198/23 199/9
199/11 199/13 202/9
**ordered [2]** 72/17 218/1
**orders [2]** 77/9 82/16
**Ordman [1]** 214/6
**organization [22]** 23/24 24/4 25/8 34/14
37/25 38/1 38/13 42/7 48/7 49/10 49/11
51/14 52/10 53/16 53/17 68/18 77/12
130/8 130/25 135/24 159/20 168/6
**organizations [2]** 112/19 112/21
**organizing [2]** 63/19 75/24
**original [1]** 203/19

**originally [1]** 95/25
**origins [1]** 124/4
**Orihueca [6]** 83/12 84/12 85/10 85/21
86/4 89/12
**Oscar [1]** 84/3
**Osvaldo [1]** 156/6
**other [127]** 9/14 9/24 10/1 11/17 12/9
14/6 14/16 15/1 15/15 15/20 17/18 19/12
20/2 20/19 20/25 30/11 31/4 31/9 35/21
45/13 57/22 59/17 59/19 60/22 66/3 66/4
73/21 81/11 82/22 84/19 85/11 85/24
85/24 86/2 87/9 88/8 88/13 89/8 90/20
95/22 104/9 105/14 107/10 107/19
108/19 110/6 110/16 110/16 111/2 111/3
111/8 111/14 114/10 114/19 114/23
117/4 119/16 120/15 121/10 121/19
123/10 125/15 126/14 127/2 128/14
129/2 129/14 130/3 130/6 130/11 131/5
131/11 132/15 133/12 135/10 135/13
136/1 138/18 146/21 147/13 148/3 148/8
149/5 149/8 150/8 150/9 150/21 150/22
151/1 151/4 152/2 152/12 153/23 155/1
161/15 161/24 162/3 163/7 164/25 176/3
176/3 178/10 178/15 178/19 178/25
184/9 186/22 187/9 188/19 189/24
190/24 191/12 191/20 191/22 192/5
194/13 196/21 200/6 201/21 201/24
204/14 207/1 211/13 213/18 217/8 219/7
219/22
**other's [1]** 80/4
**others [9]** 12/10 28/7 28/9 31/23 33/15
34/6 59/11 152/20 186/18
**otherwise [7]** 13/11 29/16 105/19
173/17 184/8 190/20 195/22
**Otoniel [3]** 79/2 147/2 147/17
**Otterloo [1]** 56/15
**ought [1]** 208/17
**our [40]** 17/13 27/3 71/25 72/3 73/21
82/10 90/21 97/11 100/20 101/11 103/11
103/14 115/12 140/16 150/20 161/12
161/13 162/16 164/13 164/14 173/5
181/23 186/13 192/10 195/1 195/6
196/11 196/11 201/12 201/18 202/2
207/14 214/4 217/4 217/25 219/3 219/7
220/16 220/19 221/23
**ourselves [1]** 219/8
**out [77]** 6/9 17/15 20/24 23/23 28/3
32/22 32/23 33/15 35/8 36/25 38/3 40/9
41/9 45/16 48/16 48/17 52/5 58/24 72/14
72/19 74/14 74/19 75/10 79/25 80/1 80/3
80/18 84/10 88/7 88/8 88/14 88/23 95/6
98/8 102/8 103/14 104/19 106/15 109/12
119/17 124/21 126/3 132/21 137/17
139/7 150/4 150/13 154/14 157/4 165/17
165/18 169/21 171/17 177/11 182/6
184/22 193/12 193/13 195/5 199/11
200/8 201/22 202/6 202/16 202/20
202/23 202/25 210/21 213/21 213/22
217/25 220/23 221/22 222/5 222/8 222/9
222/25
**outcome [3]** 9/23 92/12 94/2
**outline [1]** 16/18
**outlining [2]** 20/7 62/24
**outset [1]** 189/4
**outside [15]** 7/15 15/17 24/13 24/14
26/22 51/16 53/19 54/12 68/19 68/21

**O**

**outside... [5]** 95/25 128/19 159/4 159/7 209/11
**outspoken [1]** 210/12
**over [46]** 21/21 22/5 29/23 30/4 30/7 30/9 31/5 34/1 36/1 39/19 47/9 54/12 63/13 65/16 70/23 86/4 86/23 87/3 87/10 87/24 95/7 95/19 107/6 107/7 107/7 107/7 107/9 107/9 115/10 117/22 117/22 121/24 124/17 149/6 149/25 149/25 154/14 163/9 166/12 166/12 191/17 197/23 197/23 199/8 199/8 199/8
**overrule [4]** 8/24 190/18 190/23 198/23
**overruled [4]** 22/8 130/22 174/15 197/18
**overture [1]** 210/10
**overview [2]** 63/20 88/4
**overwhelming [5]** 28/13 42/25 43/18 82/18 82/20
**Ovidio [1]** 58/12
**own [29]** 12/17 16/12 20/3 31/25 32/16 36/5 37/4 38/21 39/4 39/13 39/17 42/13 44/23 57/8 59/10 59/18 69/10 75/3 75/12 84/8 109/15 111/10 114/17 125/5 125/5 125/17 131/23 216/4 218/11
**owned [9]** 31/19 31/20 33/21 34/1 34/19 36/20 58/5 84/16 209/9
**owners [1]** 39/25
**ownership [1]** 33/24
**owning [2]** 39/4 39/6
**owns [2]** 209/7

**P**

**P-0080 [1]** 182/9
**P-0115 [2]** 180/4 182/12
**P-0583 [1]** 182/15
**P-0585 [1]** 180/1
**P-0606 [3]** 173/8 179/25 182/19
**P-0612 [1]** 180/14
**P-0740 [2]** 180/7 186/20
**P-0949 [2]** 180/9 186/22
**P-0950 [2]** 180/12 186/23
**P-938 [1]** 179/8
**p.m [16]** 1/5 57/4 101/17 101/20 102/14 102/15 102/15 102/21 137/4 137/25 137/25 141/21 170/9 202/7 211/17 212/10
**Pablo [6]** 124/18 124/19 124/21 124/22 124/23 125/1
**page [30]** 4/2 174/14 175/7 175/11 175/14 176/10 176/11 176/12 178/4 178/11 191/10 192/15 192/22 192/24 192/25 193/4 194/16 194/17 195/13 195/13 195/14 195/14 203/10 203/15 203/22 205/7 206/1 206/10 213/6 220/24
**page 1 [1]** 205/7
**page 300 [1]** 220/24
**page 33 [3]** 192/15 192/24 192/25
**page 44 [1]** 193/4
**page 46 [1]** 174/14
**page 72 [8]** 175/7 175/11 175/14 194/16 194/17 195/13 195/13 195/14
**page 73 [1]** 195/14
**page 74 [1]** 203/10
**page 8 [6]** 176/10 176/12 178/4 203/15 203/22 206/1

**page 91 [1]** 206/10
**page and [1]** 192/22
**page that [1]** 178/11
**Page what [1]** 176/11
**pages [3]** 1/6 175/4 203/9
**paid [18]** 42/2 42/4 42/6 43/4 43/19 85/8 120/16 122/3 122/6 126/9 126/22 126/22 127/11 127/18 135/10 135/11 135/16 153/16
**pain [3]** 70/20 90/1 96/15
**Palencia [2]** 71/25 72/2
**Palm [5]** 1/3 1/13 1/13 2/16 2/20
**Palmas [1]** 86/8
**Pampite [1]** 2/6
**Panama [3]** 30/18 111/22 112/14
**panel [1]** 210/22
**parable [3]** 164/19 164/19 169/2
**paragraph [3]** 106/3 106/8 176/25
**paramilitaries [9]** 35/11 42/16 50/22 56/13 98/3 98/7 98/10 98/15 143/7
**paramilitary [8]** 45/13 48/7 48/17 58/15 72/16 72/23 110/16 165/18
**Pardon [2]** 62/22 166/18
**parent [2]** 80/15 81/18
**parents [1]** 164/22
**part [44]** 9/17 10/19 21/25 29/15 47/12 53/10 55/5 55/5 58/6 60/7 70/4 74/11 75/16 96/8 103/25 109/8 109/8 110/19 118/3 118/15 121/19 122/12 122/24 123/4 124/11 129/23 140/25 141/25 142/2 142/21 155/2 157/16 158/16 163/12 176/23 178/7 178/14 181/23 191/13 203/10 204/4 206/4 206/7 210/8
**partial [1]** 149/8
**participated [1]** 70/12
**particular [19]** 27/20 27/23 34/23 36/21 49/1 49/19 52/1 60/6 68/15 80/20 88/21 110/21 118/10 121/13 132/20 154/16 183/25 196/15 199/2
**particularly [3]** 111/15 139/1 146/13
**particulars [1]** 100/9
**parties [10]** 15/4 15/16 16/19 18/8 18/10 20/5 144/13 177/2 211/23 214/22
**parties' [1]** 11/20
**partner [8]** 37/19 51/1 59/14 59/14 60/2 82/10 113/5 115/8
**partner-partner [1]** 59/14
**partnered [1]** 43/10
**partners [1]** 115/8
**parts [4]** 10/22 121/5 178/21 194/13
**party [7]** 17/7 18/17 19/11 19/14 19/17 43/24 217/16
**pass [1]** 95/6
**passion [1]** 85/9
**Pastora [2]** 80/11 80/17
**Pastora's [1]** 81/21
**path [1]** 88/1
**patience [3]** 63/17 101/8 211/7
**patient [4]** 20/17 169/4 169/5 169/11
**patiently [1]** 63/22
**patio [3]** 91/18 91/20 95/10
**patriarch [3]** 76/24 79/16 81/12
**patron [1]** 80/7
**pay [27]** 23/7 23/13 37/3 42/17 53/12 62/1 71/7 119/6 119/11 119/17 119/20 120/18 120/25 122/3 127/7 131/25

143/23 143/8 145/13 147/8 147/19 153/7 153/24 157/19 162/18 162/21 166/9
**paying [9]** 25/7 39/22 41/6 53/8 106/9 143/1 145/13 157/15 210/4
**payment [10]** 48/13 50/9 51/23 51/24 52/2 52/11 134/13 158/20 158/21 163/1
**payments [104]** 12/9 12/15 12/16 25/19 25/20 37/20 40/7 40/8 40/9 41/6 41/20 41/25 41/25 42/3 42/5 42/10 42/14 45/13 45/18 45/20 48/4 50/13 51/11 51/15 51/21 52/9 52/12 52/13 52/15 52/19 52/19 53/2 53/5 53/8 53/10 53/25 54/20 55/4 56/7 56/8 61/9 63/12 63/12 68/22 106/17 106/19 114/15 114/16 114/18 116/16 120/23 121/21 122/7 133/23 133/25 133/25 134/4 134/10 134/12 134/15 134/22 134/25 135/1 135/5 135/11 135/18 136/3 136/9 136/12 136/16 136/24 147/7 145/17 153/12 153/25 154/2 155/22 158/11 158/17 158/18 158/24 159/2 159/3 159/8 160/4 160/10 160/12 160/14 160/20 160/22 160/25 161/3 161/6 161/15 161/21 161/22 162/5 162/6 162/10 162/12 162/13 162/25 167/23 168/7 168/24
**pays [1]** 24/7
**Paz [1]** 70/13
**PDF [2]** 202/12 202/18
**peace [9]** 60/14 70/13 73/16 94/9 103/24 118/4 118/18 127/11 142/21
**pending [2]** 54/21 172/6
**penny [1]** 23/14
**people [52]** 7/15 14/2 19/21 24/14 24/23 25/16 31/22 33/7 34/2 37/7 38/19 45/24 45/25 52/20 69/7 91/18 97/9 98/16 99/14 100/7 107/3 109/2 109/16 114/4 114/18 115/19 119/13 119/21 120/18 124/24 128/24 131/16 131/16 135/2 135/7 138/21 146/10 147/13 147/19 156/20 161/12 161/13 166/4 166/5 166/17 168/8 168/9 168/14 168/15 168/21 213/23 223/1
**per [2]** 155/4 155/5
**perceived [1]** 75/20
**percent [3]** 31/2 103/5 122/9
**percentages [1]** 156/13
**Perez [3]** 144/20 147/3 148/6
**perfectly [2]** 202/21 217/14
**perhaps [2]** 22/3 195/5
**period [21]** 12/6 18/21 24/6 31/21 48/3 48/4 88/21 89/1 89/12 103/19 108/16 108/17 109/13 109/22 110/12 112/3 114/18 133/15 155/5 199/25 199/25
**periods [1]** 168/22
**permission [2]** 95/5 176/7
**permit [1]** 8/23
**permits [1]** 30/23
**permitted [3]** 173/6 217/5 219/18
**perpetrated [1]** 47/16
**perpetrator [3]** 104/9 110/21 153/21
**perpetrators [2]** 117/20 118/12
**person [15]** 19/4 44/11 47/25 71/4 90/17 93/2 94/15 99/10 116/14 146/4 157/20 171/13 173/5 173/22 214/4
**personally [3]** 7/18 57/7 58/17

**P**

**personnel [9]** 36/6 40/3 56/5 57/7 106/20 116/14 119/10 119/10 142/8
**persons [3]** 11/21 61/9 168/7
**pervasive [1]** 150/21
**Petroleum [2]** 152/19 161/16
**phases [1]** 163/15
**Philippines [1]** 30/19
**philosophically [1]** 35/16
**philosophy [1]** 35/6
**phone [2]** 14/16 136/2
**photo [1]** 69/4
**photograph [1]** 7/11
**photographs [1]** 49/20
**photos [2]** 49/22 69/1
**phrase [2]** 12/1 100/25
**phrased [1]** 177/18
**phrases [1]** 15/18
**physical [5]** 36/8 106/19 107/2 116/15 142/7
**physically [2]** 119/10 202/23
**pick [3]** 87/19 189/3 214/13
**picture [2]** 108/14 169/17
**pictures [2]** 83/22 97/14
**piece [7]** 7/24 116/11 141/16 156/25 158/15 168/19 177/13
**pieces [5]** 95/14 95/19 136/18 142/3 169/1
**pillar [1]** 76/25
**place [7]** 19/2 62/13 78/14 80/9 89/12 91/4 148/6
**placed [2]** 62/14 63/9
**placement [2]** 5/21 5/25
**places [2]** 15/6 112/10
**plaguing [1]** 40/5
**plaintiff [18]** 1/11 2/1 3/1 11/1 11/13 11/15 11/16 12/22 12/24 13/3 13/4 16/24 71/25 72/3 73/21 98/25 166/19 221/19
**plaintiff's [2]** 11/17 13/8
**plaintiffs [60]** 5/9 11/21 12/7 12/13 12/21 13/5 16/22 17/2 17/4 20/11 20/12 20/13 20/20 21/2 27/12 27/14 44/9 45/1 60/16 65/2 66/24 100/20 103/13 103/23 104/4 104/6 104/7 104/21 104/22 105/11 107/5 108/12 109/16 116/13 116/21 116/24 117/8 119/5 120/20 124/8 135/5 138/8 147/2 153/1 159/22 161/1 164/1 164/8 168/14 182/25 184/18 188/21 189/1 194/24 195/8 196/24 199/11 207/10 211/14 220/5
**plaintiffs' [21]** 12/11 21/7 61/1 64/2 68/5 110/18 118/2 126/8 149/16 153/18 155/11 165/12 175/22 175/24 182/6 195/19 201/14 203/11 207/18 208/2 208/4
**plan [9]** 31/13 41/19 133/1 133/1 133/2 133/13 133/16 140/3 163/7
**planned [1]** 212/4
**planning [1]** 212/2
**plans [3]** 139/14 153/13 153/14
**plantains [1]** 69/17
**plantation [2]** 33/24 84/15
**plantations [12]** 31/3 31/19 32/4 33/4 33/17 34/1 37/2 39/4 39/6 39/17 54/2 84/19
**plants [2]** 109/10 133/7

**plastic [2]** 56/17 56/19
**play [10]** 8/9 85/2 85/18 183/10 183/18 189/1 207/7 211/14 215/4 215/12
**played [10]** 71/3 85/9 148/23 149/22 181/15 187/6 192/12 207/5 207/19 215/10
**player [1]** 37/19
**players [1]** 40/25
**playing [2]** 183/17 212/2
**plays [2]** 20/24 207/13
**plea [64]** 22/12 22/13 22/18 23/4 23/8 23/16 24/24 25/1 26/3 28/20 29/19 46/19 54/14 154/22 154/23 175/2 175/3 176/12 176/14 176/15 176/21 177/1 177/24 177/25 178/6 179/7 179/17 180/24 186/24 187/1 187/3 187/5 187/6 187/10 190/24 191/20 193/25 194/2 194/3 194/5 194/9 194/13 196/2 196/5 196/7 196/18 196/20 203/5 203/14 204/3 204/6 204/8 204/12 204/16 204/19 204/21 204/23 205/1 205/4 205/6 205/8 205/18 205/19 206/1
**plead [3]** 22/6 22/9 28/13
**pleading [1]** 23/5
**pleasant [1]** 170/7
**please [26]** 5/2 6/12 16/1 21/10 48/20 49/2 67/19 68/6 69/1 69/4 71/6 71/8 71/19 83/10 83/15 83/24 88/3 90/5 90/13 96/15 102/20 141/20 167/21 170/10 192/23 205/11
**pled [1]** 154/21
**pledge [2]** 168/17 169/6
**PLLC [2]** 1/22 2/15
**plunge [1]** 110/11
**plunged [1]** 126/1
**plus [4]** 113/22 120/1 132/11 155/13
**PNC [1]** 3/7
**point [41]** 19/22 20/22 21/1 31/25 52/21 55/11 63/20 81/5 92/10 93/18 97/7 97/10 97/15 100/5 101/4 136/14 136/23 144/21 156/25 163/12 165/4 171/8 172/20 176/18 199/19 200/13 200/24 201/5 201/7 201/7 202/25 206/6 206/17 210/21 215/19 215/20 217/22 218/14 219/6 219/7 219/11
**pointblank [1]** 95/7
**pointing [1]** 58/24
**points [2]** 137/22 219/1
**polar [1]** 35/17
**pole [1]** 98/12
**police [3]** 109/2 132/23 133/5
**political [1]** 38/6
**politically [1]** 35/17
**politics [1]** 35/7
**Polo [3]** 83/21 83/25 84/2
**poor [2]** 11/24 31/6
**pop [2]** 126/21 152/17
**population [5]** 37/5 43/2 48/9 108/20 110/2
**populations [2]** 38/11 126/4
**port [19]** 31/20 32/13 55/19 56/3 56/12 57/5 57/9 57/13 57/22 57/24 58/4 72/9 223/6 223/7 223/8 223/16 223/21 223/23 223/24
**portion [16]** 42/22 48/22 48/24 106/7 138/4 178/15 191/12 201/15 205/18

205/25 206/8 206/8 206/14 206/14 207/10 219/15
**portions [4]** 148/11 178/18 192/7 196/6
**ports [8]** 32/11 32/18 32/20 32/25 55/18 55/22 56/3 72/9
**position [5]** 41/11 52/4 128/18 139/9 192/10
**positions [1]** 11/20
**positive [1]** 172/23
**possible [5]** 110/5 115/2 122/15 213/16 214/10
**possibly [4]** 28/22 67/13 117/5 185/21
**posting [1]** 14/23
**potential [1]** 162/23
**power [2]** 146/9 146/9
**powerful [2]** 123/17 146/6 152/14
**practical [1]** 30/21
**practices [1]** 113/14
**precarious [1]** 159/6
**precautionary [1]** 133/8
**preclude [1]** 202/1
**precluded [1]** 199/4
**predecease [1]** 81/18
**predecessors [1]** 30/8
**prefer [3]** 64/8 64/13 208/15
**preferable [1]** 216/15
**preference [3]** 141/13 216/6 219/14
**pregnant [3]** 83/17 83/18 87/15
**prejudice [2]** 9/24 203/1
**preliminary [5]** 4/3 5/19 6/18 7/1 71/2
**premature [5]** 14/12 14/12 81/22 138/6 211/11
**prematurely [1]** 16/9
**preparation [1]** 47/24
**prepare [1]** 44/22
**prepared [7]** 45/9 201/19 212/5 212/18 214/12 215/15 220/12
**preponderance [11]** 12/23 13/10 13/16 13/19 22/23 116/21 117/16 117/18 119/5 120/21 153/2
**presence [5]** 36/19 46/25 47/1 98/10 132/23
**present [33]** 5/3 5/9 17/4 17/9 18/18 20/11 20/15 29/3 29/7 50/12 69/6 90/14 100/19 115/13 138/8 140/25 157/23 183/23 188/14 189/22 191/13 194/11 199/2 205/14 205/15 207/9 207/10 213/13 215/18 217/4 218/7 218/10 219/25
**presentation [7]** 8/8 20/19 21/16 28/15 116/2 117/19 149/16
**presentations [1]** 110/20
**presented [24]** 7/9 15/15 17/2 17/7 17/8 18/10 18/14 18/22 19/16 20/2 22/12 22/13 29/4 29/14 30/6 32/18 38/18 138/17 184/3 207/9 207/12 207/20 207/21 208/22
**presenting [7]** 11/11 16/22 20/6 54/17 96/24 97/3 216/11
**presents [1]** 8/21
**preserve [3]** 31/14 217/10
**president [9]** 21/23 22/20 54/9 113/20 123/1 156/7 156/9 156/17 203/24
**press [2]** 49/22 50/1
**presumably [1]** 208/7
**presume [1]** 188/5

**P**

**pretrial [1]** 214/22
**pretty [5]** 84/5 84/17 86/11 87/5 171/1
**prevail [1]** 107/5
**preventing [1]** 90/17
**previewed [1]** 163/24
**previous [2]** 84/4 84/6
**previously [8]** 171/18 177/16 192/16
192/17 192/25 193/2 193/21 197/14
**price [2]** 43/20 53/12
**prices [3]** 36/13 128/23 129/1
**primarily [1]** 55/3
**primary [2]** 31/25 32/5
**principle [2]** 26/20 168/20
**principles [1]** 6/25
**prior [1]** 196/8
**prison [2]** 154/7 154/9
**private [3]** 32/11 55/18 59/20
**privileged [1]** 82/11
**prized [1]** 123/8
**pro [1]** 35/12
**pro-government [1]** 35/12
**probably [9]** 20/18 20/20 55/11 85/12
101/24 101/25 102/5 209/20 222/4
**probation [1]** 178/19
**problem [8]** 5/9 6/2 31/14 64/12 108/3
114/7 200/5 222/12
**problematic [2]** 5/22 6/1
**problems [3]** 39/23 199/19 212/23
**procedural [1]** 28/14
**procedure [9]** 22/11 22/11 43/22 43/23
44/2 44/8 44/25 46/23 211/21
**procedures [1]** 45/7
**proceed [6]** 5/4 5/5 21/8 101/18 102/17
190/8
**proceeding [6]** 10/20 10/21 45/3 70/13
73/16 190/23
**proceedings [7]** 5/11 24/20 41/1 60/9
136/11 224/22 225/5
**proceeds [1]** 78/17
**process [12]** 20/16 41/20 60/14 94/9
115/18 118/15 118/22 133/18 142/21
169/5 181/13 181/24
**processed [2]** 56/11 57/23
**produce [5]** 40/1 69/22 111/14 128/15
128/16
**produced [9]** 13/13 69/17 109/17 155/4
155/14 188/18 190/15 190/21 212/12
**producer [2]** 22/3 123/10
**producers [4]** 22/2 112/22 113/13
130/3
**produces [1]** 12/4
**producing [1]** 54/7
**product [1]** 112/15
**production [12]** 31/2 31/4 31/7 31/9
31/10 39/10 110/4 123/19 127/3 154/14
154/18 188/6
**productive [3]** 30/23 84/24 85/7
**professor [1]** 151/22
**proffer [35]** 22/16 22/23 29/6 51/19
54/13 54/14 105/22 106/4 107/24 114/17
116/11 117/15 119/9 119/23 140/24
142/5 146/18 159/13 179/9 179/13
179/17 179/19 182/16 187/20 187/21
189/9 189/10 198/5 198/5 198/15 198/18
198/23 198/25 199/6 213/4

**profit [1]** 197/16
**profitability [10]** 39/18 39/7 127/19
127/20 127/21 127/22 129/6 129/10
130/14 131/17
**profitable [9]** 33/22 39/9 53/11 104/17
127/12 127/14 131/13 131/13 131/21
**profits [13]** 24/5 33/14 33/19 37/9 43/1
43/13 43/20 50/19 52/20 53/13 124/2
197/1 197/23
**profoundly [1]** 76/2
**program [5]** 57/1 103/24 118/4 118/4
133/1
**programs [1]** 103/22
**prohibited [3]** 42/8 143/2 160/19
**prohibiting [1]** 137/6
**promised [1]** 15/22
**promises [1]** 204/12
**promote [1]** 177/6
**promoted [1]** 34/20
**promptly [1]** 171/20
**proof [5]** 27/7 29/18 42/21 42/24 82/18
**proper [7]** 182/23 183/1 183/15 183/20
184/7 184/22 189/14
**properly [3]** 134/5 186/11 189/5
**properties [1]** 79/8
**property [6]** 51/8 106/20 107/3 116/15
119/11 142/8
**propose [1]** 201/8
**prosecuted [1]** 53/3 135/21 136/8
**prosecution [5]** 107/1 108/1 159/11
159/17 162/21
**prosecutor [2]** 89/16 89/17
**prosecutors [3]** 29/18 57/19 60/19
**protect [5]** 43/20 113/18 129/23 135/14
177/9
**protected [2]** 113/2 113/3
**protecting [5]** 43/13 59/3 59/21 59/23
198/11
**protection [4]** 35/9 50/24 52/19 120/9
**proud [1]** 115/6
**prove [35]** 7/14 12/13 12/20 12/24
13/20 16/19 19/8 27/4 27/12 27/16 27/19
27/22 28/1 28/6 43/19 51/2 63/2 63/7
104/11 116/21 119/1 119/5 120/14
120/20 122/8 136/19 152/25 153/1 153/1
153/17 158/23 159/14 159/15 188/21
223/24
**proved [8]** 7/13 13/9 13/16 13/25 18/11
19/7 106/5 117/9
**proven [8]** 13/23 22/23 35/18 62/8
62/16 101/6 198/19 223/25
**proves [5]** 7/20 106/4 116/12 142/4
142/6
**provide [20]** 6/3 6/6 7/6 14/22 40/23
41/19 47/5 48/6 50/24 65/4 65/17 77/3
121/3 162/23 168/13 171/7 177/7 196/25
209/2 209/23
**provided [27]** 12/8 17/20 17/24 27/4
28/2 49/4 49/9 52/19 55/5 55/6 59/16
79/16 86/1 120/9 120/21 121/20 156/12
159/5 182/8 188/10 192/11 193/5 194/20
196/1 201/22 204/6 212/9
**provider [2]** 84/23 89/23
**providers [2]** 86/1 128/16
**providing [6]** 19/14 50/17 58/25 59/15
113/16 159/2

**province [2]** 68/17 69/16
**proving [3]** 12/22 13/18 62/11
**provision [3]** 177/25 191/22 205/24
**proximity [1]** 129/8
**public [5]** 28/17 28/19 28/25 49/21
177/9
**publicly [1]** 22/13
**publish [9]** 140/13 140/14 182/23 183/1
189/4 189/4 189/7 217/6 220/12
**published [6]** 49/23 183/8 184/21
186/15 187/7 187/13
**pull [3]** 95/6 137/17 197/22
**pulled [1]** 27/12
**pumped [1]** 133/2
**punishment [1]** 177/7
**purchase [8]** 31/24 32/4 32/4 33/17
39/24 50/10 53/14 54/5
**purchases [2]** 32/1 49/14
**purchasing [1]** 31/23
**pure [1]** 123/25
**purpose [6]** 9/11 9/13 9/14 22/1 208/8
216/8
**purposes [3]** 11/4 11/11 218/3
**pursuant [2]** 23/4 147/3
**pursue [1]** 54/2
**put [26]** 5/24 6/1 13/2 33/17 52/4 60/10
68/14 89/6 92/7 92/9 99/16 123/18 128/7
133/16 141/17 150/20 163/3 184/18
187/21 188/20 189/16 208/8 208/17
210/22 211/4 218/20
**putting [2]** 176/8 188/13
**puzzle [1]** 169/8

**Q**

**qualified [1]** 15/23
**quality [6]** 112/9 112/15 112/16 113/7
150/2 150/2
**quashed [3]** 221/1 221/2 221/3
**quell [2]** 104/16 127/7
**question [77]** 8/14 8/16 8/21 8/25 9/2
9/3 9/4 9/5 36/7 44/14 44/15 45/23 46/1
46/6 46/9 46/12 46/15 48/3 48/12 49/3
61/8 61/18 103/11 103/12 108/7 108/8
108/13 121/2 142/19 142/24 143/11
143/17 143/21 143/25 144/22 144/22
145/3 145/4 145/12 145/16 146/6 146/9
146/13 147/5 147/6 147/11 147/15
147/17 158/3 158/4 163/24 164/9 166/25
167/5 167/8 167/11 167/14 167/18
167/21 172/13 172/23 180/23 180/24
189/15 193/5 193/7 200/2 201/21 203/13
203/18 203/22 204/21 205/4 210/20
215/1 215/11 216/13
**questioned [7]** 10/10 10/12 54/15 57/20
215/6 215/9 215/25
**questionnaire [2]** 171/1 209/16
**questionnaires [2]** 171/24 171/25
**questions [27]** 8/11 16/23 16/24 17/1
18/18 18/19 19/4 19/12 19/13 44/22
44/23 46/20 47/1 71/8 71/9 71/10 81/7
146/5 167/25 173/13 173/15 173/25
174/1 175/3 175/5 204/23 205/6
**quickly [4]** 67/3 122/14 202/17 202/23
**quiet [1]** 73/10
**quit [1]** 93/20
**quite [3]** 29/14 55/16 212/11

## Q

**Quito [1]** 2/7
**quotas [8]** 129/15 129/22 130/8 130/13 131/3 131/4 131/7 131/12
**quote [6]** 61/16 73/7 198/9 198/18 204/2 205/7
**quote-unquote [1]** 73/7
**quoted [1]** 51/19
**quoting [2]** 142/25 203/8

## R

**radar [1]** 160/18
**Rafael [1]** 180/15
**raging [2]** 33/13 34/4
**rain [3]** 7/18 112/22 114/1
**rained [1]** 7/17
**raise [7]** 73/18 74/2 83/3 208/20 214/17 217/19 219/20
**raised [6]** 84/7 86/19 94/1 131/12 180/25 196/11
**raising [2]** 89/13 95/21
**Ramos [2]** 148/19 148/24
**ran [1]** 92/20
**rancher [1]** 77/2
**ranchers [1]** 34/23
**range [1]** 215/18
**ranking [3]** 40/17 42/12 149/17
**ransom [8]** 35/1 36/22 157/12 157/15 157/20 162/17 162/18 162/21
**rather [6]** 12/15 37/8 139/23 170/1 171/4 188/15
**Raul [7]** 73/14 80/21 94/6 94/12 96/5 96/9 142/20
**ravaged [1]** 34/2
**re [3]** 1/3 158/16 208/12
**re-call [1]** 208/12
**re-created [1]** 158/16
**reach [3]** 9/15 120/12 165/8
**reached [1]** 52/21
**reaching [1]** 17/13
**react [1]** 53/21
**reacting [2]** 62/1 166/9
**reaction [1]** 92/25
**read [42]** 6/17 15/5 19/2 19/24 24/25 47/24 118/14 142/19 173/23 176/14 177/24 178/6 179/3 186/21 195/18 203/5 204/3 205/24 206/10 206/16 206/20 214/3 214/15 215/2 215/21 215/24 216/2 216/25 217/13 217/13 217/18 218/5 218/6 218/11 218/13 218/19 219/4 219/12 219/15 219/16 220/17 220/22
**reading [5]** 5/19 18/23 19/4 177/25 204/25 216/4 218/23
**reads [1]** 138/5
**ready [9]** 5/3 5/5 5/7 20/25 66/16 66/23 67/3 102/16 216/14
**real [8]** 36/7 43/4 51/4 51/10 51/13 156/2 169/20 197/22
**realize [1]** 202/19
**realized [1]** 113/4
**really [28]** 21/19 41/14 45/19 48/18 65/4 82/18 83/18 84/8 85/14 89/22 103/8 105/13 108/1 113/12 115/6 120/15 128/19 130/10 162/15 165/19 165/21 167/20 177/18 188/18 189/3 200/13 211/17 224/11

**reap [1]** 50/19
**reason [24]** 19/24 31/6 33/3 35/20 58/18 85/12 99/5 111/23 114/19 116/24 119/3 127/24 132/19 133/12 133/19 134/13 143/12 153/9 157/5 163/12 171/18 189/8 219/13 219/17
**reasonable [28]** 22/25 24/18 26/5 29/11 33/6 100/24 100/25 106/5 106/5 116/12 117/9 117/13 120/16 120/19 120/24 131/25 132/7 132/8 142/6 153/6 156/24 157/6 157/19 157/22 159/9 159/15 198/21 222/14
**reasonableness [1]** 9/25
**reasonably [2]** 19/6 27/5
**reasons [7]** 11/5 97/16 99/14 109/9 153/4 158/25 159/24
**rebut [1]** 166/23
**rebuttal [4]** 166/20 166/22 201/16 201/17
**recall [3]** 47/25 137/16 139/23
**receive [7]** 8/20 8/25 9/2 20/4 25/13 80/15 221/25
**received [15]** 48/1 51/15 62/17 72/24 113/11 181/5 181/19 192/6 202/7 202/12 211/15 213/10 214/3 214/20 214/23
**receiver [2]** 56/21 57/1
**receiving [1]** 70/10
**recently [1]** 30/15
**recess [7]** 66/15 101/12 102/5 102/15 136/25 137/25 170/2
**recognition [1]** 38/6
**recognize [1]** 103/16
**recognized [7]** 33/10 72/16 91/22 107/14 107/22 108/3 126/11
**recognizes [2]** 22/22 62/7
**recognizing [1]** 33/7 108/11
**reconcile [1]** 103/22 118/21
**reconciliation [3]** 118/4 118/16 133/18
**reconvene [1]** 137/9
**record [8]** 56/2 102/16 139/18 139/19 159/2 168/5 203/6 222/16
**recorded [7]** 133/25 134/5 134/24 135/3 158/10 158/23 159/2
**recording [1]** 133/23
**records [13]** 18/18 134/1 134/5 134/10 158/11 158/14 158/24 160/13 160/13 183/10 187/25 190/15 195/2
**recounted [1]** 162/15
**recover [1]** 73/1
**recovered [2]** 93/10 150/12
**recruited [1]** 34/20
**red [2]** 87/10 95/19
**reduction [1]** 37/9
**refer [4]** 40/8 41/2 68/11 135/5
**reference [9]** 40/11 40/13 40/14 41/2 127/10 134/6 137/6 148/7 197/22
**referenced [4]** 55/21 138/11 209/4 215/6
**references [3]** 140/1 196/2 196/22
**referencing [1]** 139/19
**referred [6]** 11/25 12/3 23/25 26/13 55/20 60/14
**referring [2]** 97/1 173/19
**reflect [1]** 177/6
**reflected [1]** 21/18
**reflects [3]** 30/14 71/11 143/14

**reform [1]** 94/20
**reformat [1]** 213/23
**reforms [1]** 35/13
**refuse [1]** 136/16
**refused [1]** 150/14
**regard [8]** 44/12 47/19 198/3 204/21 205/1 205/4 207/23 217/8
**regarding [11]** 19/18 29/20 30/16 57/19 58/1 59/7 68/10 172/6 173/15 175/3 209/3
**regardless [3]** 13/12 13/13 17/7
**region [16]** 32/3 32/5 69/10 72/8 90/25 93/9 94/2 95/24 96/5 98/17 113/13 146/21 147/13 154/13 154/25 155/15
**regional [1]** 85/2
**regions [4]** 31/25 36/2 49/4 126/17
**regular [9]** 37/20 40/3 41/21 50/3 56/6 148/3 168/2 168/6 210/2
**reign [2]** 28/3 50/11
**Reinaldo [1]** 40/17
**reintroduce [1]** 115/3
**REITER [14]** 1/22 1/22 4/10 96/24 101/10 191/5 191/6 194/8 199/15 201/13 205/13 211/3 222/24 224/1
**related [4]** 14/2 15/6 15/9 45/2
**relating [2]** 137/10 204/7
**relations [1]** 156/11
**relationship [16]** 23/24 24/6 30/10 30/16 59/13 84/4 84/7 104/13 113/22 114/19 114/23 153/20 170/16 171/13 172/2 172/13
**relationships [3]** 127/8 127/9 156/3
**relatively [1]** 51/14
**relatives [5]** 11/21 12/11 12/14 88/24 89/11
**relevance [1]** 185/17
**relevant [11]** 10/11 12/6 111/15 138/4 138/9 176/24 177/13 178/21 178/23 201/1 201/7
**reliability [1]** 60/20
**relied [2]** 220/9 220/10
**relies [1]** 100/20
**rely [4]** 16/11 109/16 218/16 221/8
**relying [1]** 196/7
**remain [3]** 11/12 47/9 115/18
**remarks [2]** 8/7 8/8
**remedial [1]** 133/8
**remember [19]** 15/25 16/17 45/11 53/15 70/5 74/5 78/10 79/19 79/19 91/25 92/19 128/11 137/20 137/22 142/11 163/6 165/10 170/20 173/9
**remembers [3]** 74/6 74/7 95/18
**remind [1]** 97/11
**reminding [1]** 145/21
**removed [1]** 57/9
**render [2]** 11/13 100/23
**Rendon [3]** 78/10 78/16 79/1
**Rendon's [1]** 79/6
**repeat [2]** 27/22 144/22
**repetition [2]** 52/5 167/18
**report [9]** 19/23 156/22 180/8 180/10 180/12 186/20 186/23 186/23 200/9
**reported [7]** 3/11 15/6 49/18 58/3 58/7 135/25 157/3
**reporter [5]** 3/12 18/18 46/25 55/9 225/8

R

reporters [1] 19/19
reporting [1] 41/22
reports [13] 19/18 40/3 40/4 40/9 40/11
113/7 170/5 200/8 200/10 200/17 200/18
200/19 200/20
Represa [1] 93/8
represent [8] 49/16 71/21 82/11 90/11
90/21 115/7 138/24 139/3
representation [3] 138/22 139/7 223/18
representations [4] 138/25 139/13
139/17 204/13
representative [9] 45/5 51/6 74/10
115/22 165/23 190/4 190/6 217/4 221/10
representatives [3] 12/18 38/16 68/5
represented [2] 137/18 195/20
representing [3] 21/25 115/24 139/2
represents [1] 90/21
reprimands [1] 144/18
reprisals [5] 143/8 143/18 143/19
143/22 144/2
request [2] 139/12 188/6
require [6] 27/11 27/16 28/15 208/7
218/12 221/15
required [5] 13/23 28/6 44/9 140/20
208/17
requires [4] 22/11 44/2 62/7 169/18
reraise [1] 218/3
research [5] 15/8 101/16 160/20 168/1
170/5
reservations [1] 93/23
reserve [3] 191/19 191/22 219/7
reserved [2] 138/4 202/2
reserving [1] 221/4
resist [2] 34/24 35/13
resolution [2] 29/14 177/3
resolvable [1] 195/7
resolved [3] 66/3 108/8 193/19
resort [1] 35/23
resources [3] 122/4 143/2 145/11
respect [12] 35/21 80/20 111/15 116/20
118/25 177/7 182/4 192/14 194/9 197/12
197/19 199/10
respectfully [4] 201/11 201/14 213/8
217/24
respond [3] 101/7 145/1 198/2
responded [1] 70/2
response [6] 19/12 43/4 44/19 52/15
138/10 167/25
responses [3] 49/15 71/8 71/10
responsibility [25] 24/10 25/5 26/11
26/18 26/19 26/23 27/2 60/8 60/18 68/9
70/14 70/18 79/3 80/22 94/10 94/12 96/6
96/9 97/11 118/1 118/1 118/3 118/7
118/20 212/21
responsible [8] 24/1 42/23 43/15 60/5
73/13 73/15 100/19 101/7
responsive [1] 208/2
rest [7] 64/6 79/25 109/12 112/13
129/19 140/1 206/22
restaurant [1] 132/5
resting [1] 17/3
restitution [1] 81/24
Restrepo [4] 94/17 94/25 96/7 151/21
restricted [1] 128/13
rests [1] 117/6

result [4] 71/15 77/15 166/19 142/7
resulted [2] 37/22 38/9
resulting [2] 37/16 39/23
resumed [2] 52/12 52/13 162/6
retaliate [1] 135/12
retaliation [1] 54/8
retaliatory [2] 131/3 131/6
retelling [1] 143/15
return [3] 79/10 103/8 105/16
returned [1] 74/16
revealed [1] 77/24
revenge [1] 125/22
revenue [8] 33/18 38/25 59/25 197/17
198/12 198/19 199/6 199/24
revenues [4] 22/4 197/1 197/16 199/17
reversed [1] 131/11
review [10] 10/11 47/3 47/23 122/12
122/13 122/16 136/18 142/3 211/25
220/4
reviewed [4] 30/2 166/13 178/7 204/4
reviewing [2] 220/12 222/23
revolution [1] 34/21
Rica [5] 30/19 111/22 112/11 112/14
128/5
RICHARD [1] 1/16
rick [1] 1/20
riding [2] 87/20 88/12
rifles [2] 56/13 57/23
right [66] 5/16 5/18 21/7 24/15 29/24
35/7 55/16 64/14 65/21 66/2 66/22 68/4
69/3 82/22 84/9 84/19 86/23 87/17 88/24
88/25 92/8 105/19 106/8 108/6 109/7
111/25 136/24 137/24 138/15 139/6
140/9 140/22 141/15 154/11 155/14
169/25 170/2 170/10 171/12 171/21
172/7 172/25 175/10 181/2 183/3 183/13
184/22 184/24 186/1 186/21 187/17
190/12 198/10 202/2 202/24 203/2
207/13 207/17 208/19 217/12 219/8
221/4 221/17 222/13 224/10 224/18
right-hand [1] 86/23
rights [1] 112/25
Rincon [1] 150/25
ring [2] 48/16 165/18
riser [1] 77/17
risk [7] 12/10 28/7 28/9 36/13 37/4 37/6
37/8
risks [3] 34/8 39/13 39/16
river [1] 98/9
Rivera [1] 68/11
RMR [2] 3/11 225/7
road [1] 84/16
robbers [1] 26/21
robbery [1] 26/25
ROBERT [1] 2/1
Roberto [3] 91/10 93/10 93/16
rocking [1] 74/6
rode [1] 88/1
Rodriguez [1] 210/1
Rodriguez's [1] 210/8
role [2] 8/9 154/17
Rome [1] 3/6
room [9] 16/2 16/6 17/14 29/24 64/16
105/12 116/17 169/22 214/4
rooms [1] 14/25
roots [5] 110/9 124/4 124/5 124/7 152/4

rope [1] 165/2
roughly [1] 108/16
rounds [3] 32/21 56/14 77/21
routes [3] 109/12 127/3 154/14
routinely [1] 216/11
rule [8] 43/24 51/24 138/14 174/3
175/12 201/21 216/7 216/9
ruled [8] 138/14 173/2 187/1 192/8
201/25 202/1 205/19 216/11
rules [11] 8/19 8/22 15/13 19/5 28/14
43/23 43/24 131/1 168/12 217/5 217/15
ruling [12] 138/4 138/7 138/17 174/17
181/9 187/2 187/4 191/20 191/22 193/25
197/24 217/25
rulings [10] 134/14 173/10 197/6
201/20 201/23 202/4 212/6 214/3 220/14
223/2
run [2] 95/23 124/18
running [3] 120/1 120/17 132/10
runs [1] 111/24
rural [2] 86/1 87/9
rush [1] 140/6
rushed [1] 91/24
Ruso [4] 99/11 99/12 99/17 99/17
ruthless [4] 146/1 151/18 151/18
152/14
ruthlessly [2] 135/12 149/8

S

S/N [1] 2/6
sacrifice [1] 25/22
safe [2] 42/17 79/9
safely [1] 52/18
safety [2] 78/14 95/23
said [76] 11/9 37/17 38/2 38/7 38/13
47/4 52/24 53/9 54/24 65/9 75/3 75/4
80/3 85/20 85/23 87/8 87/15 88/24 89/7
89/7 96/9 100/1 100/17 103/18 105/22
107/11 112/13 117/12 117/22 117/23
117/25 119/9 126/5 127/10 130/24 134/4
136/4 136/19 138/12 141/24 142/18
142/25 143/12 151/25 152/23 154/21
157/3 157/17 163/6 163/19 164/3 164/10
165/13 165/23 165/24 166/15 167/20
167/24 168/11 170/13 174/15 174/19
174/20 175/5 176/7 176/10 177/17 196/1
196/24 198/3 199/14 200/18 200/21
209/22 221/3 224/12
salaries [4] 113/16 122/21 123/4 123/11
salary [1] 156/12
sale [6] 39/24 54/2 162/23 163/2 200/23
201/6
Salvatore [3] 146/3 151/6 154/6
same [34] 11/7 17/22 18/24 19/1 26/19
32/20 32/25 32/25 36/5 39/25 48/3 48/4
54/6 56/6 63/21 71/4 75/14 81/19 105/10
109/11 121/25 125/15 129/25 132/24
133/15 143/8 143/22 144/20 161/24
163/25 179/13 195/19 219/4 224/18
San [1] 72/6
Sanchez [1] 151/4
Sandra [2] 91/8 93/16
Sandrith [1] 83/21
Santa [16] 32/5 36/3 37/15 52/8 68/17
68/22 68/24 69/9 69/16 70/5 70/10 98/17
98/23 109/6 150/3 154/12

# S

**sat [1]** 197/21
**satellite [1]** 87/2
**satisfactory [2]** 65/17 136/6
**satisfied [3]** 176/15 178/8 204/5
**savage [1]** 43/15
**save [5]** 114/18 119/21 126/12 127/18
135/1
**saw [29]** 7/10 7/14 8/15 8/17 33/13
69/21 74/18 74/22 75/5 75/7 86/22 87/4
88/13 89/7 91/21 93/1 93/3 114/16
119/22 134/4 135/18 154/12 156/21
164/16 164/16 166/12 168/22 210/14
219/5
**say [50]** 7/14 15/25 16/8 20/7 37/23
44/14 45/20 51/20 67/8 68/1 78/23 82/13
94/7 95/4 97/6 97/10 97/25 100/5 139/9
139/10 143/21 145/1 147/9 148/15
161/20 162/5 162/24 166/11 166/23
173/24 177/18 181/1 183/11 190/21
193/20 195/4 198/2 199/13 199/15 200/3
201/3 201/9 201/17 210/24 212/6 216/22
217/23 219/11 220/23 224/11
**saying [23]** 16/8 80/17 97/19 122/22
127/13 139/21 147/18 147/21 147/21
163/4 166/6 173/16 174/5 188/25 188/25
189/24 190/8 193/19 196/4 201/12
201/14 208/23 220/15
**says [32]** 9/17 9/18 9/18 41/5 61/25
118/13 131/6 147/8 147/16 149/20
157/18 160/22 161/3 161/25 162/2
162/16 164/24 164/25 165/1 165/3 177/1
178/5 180/4 183/13 194/15 203/22
204/20 205/1 205/25 206/17 215/2 216/7
**scales [3]** 13/4 13/4 13/6
**SCAROLA [38]** 1/11 1/12 4/4 20/10
20/18 21/8 55/7 62/20 63/24 65/25 66/7
68/14 72/9 77/11 90/9 103/3 104/14
105/16 105/18 105/21 106/22 107/4
112/13 127/10 130/17 132/1 165/10
166/15 168/23 197/13 197/21 198/10
198/17 199/1 199/5 216/22 217/16
219/25
**Scarola's [3]** 70/5 197/15 198/15
**scarolateam [1]** 1/14
**scattered [1]** 166/14
**scene [1]** 36/14
**schedule [1]** 58/25
**SCHERER [6]** 2/1 2/2 2/5 2/9 4/8 82/9
**scholarship [1]** 152/3
**school [3]** 77/1 84/10 93/20
**scissors [3]** 70/9 82/17 89/18
**scope [5]** 33/12 196/13 208/6 213/16
223/12
**scored [1]** 47/8
**scores [1]** 113/11
**scrambled [1]** 169/4
**screen [3]** 48/23 48/25 160/18
**SE [1]** 3/1
**Sea [1]** 32/10
**search [1]** 15/2
**Searcy [1]** 1/12
**searcylaw.com [2]** 1/14 1/14
**seat [2]** 64/15 170/6
**seated [5]** 5/2 6/13 67/19 138/21 170/10
**seats [2]** 16/5 16/10

**second [18]** 8/11 62/10 72/3 92/15
94/13 94/13 116/2 117/11 119/2 119/4
120/12 120/12 144/16 154/17 161/2
182/12 206/24 214/23
**secondarily [3]** 104/25 116/25 121/15
**secondary [2]** 104/7 117/7
**section [1]** 194/22
**sections [2]** 195/15 202/25
**security [11]** 25/3 38/20 40/2 40/3 56/4
56/10 57/11 58/13 162/1 224/4 224/5
**see [81]** 5/23 7/18 9/20 17/18 20/22
20/24 22/14 22/21 29/25 51/19 57/25
58/16 64/19 70/24 85/5 85/16 86/11
86/21 86/23 87/4 87/23 87/24 87/25
87/25 88/5 91/18 91/19 91/19 93/6 93/22
99/14 99/20 101/6 102/14 108/5 114/20
114/21 114/21 114/22 115/9 116/10
116/10 124/15 125/20 126/15 126/23
131/19 134/17 135/10 137/2 138/7
138/16 142/14 143/4 144/17 144/20
144/21 148/14 148/15 156/2 158/12
158/18 160/23 169/16 170/6 170/23
171/18 172/7 172/15 172/22 175/11
190/25 194/17 201/16 205/11 215/16
216/4 216/10 216/20 217/22 222/9
**seeing [4]** 57/10 58/11 95/18 134/10
**seek [2]** 24/15 28/24
**seeking [6]** 12/21 24/17 25/13 72/1 72/4
104/7
**seeks [1]** 161/9
**seemed [1]** 98/11
**seems [2]** 138/6 176/20
**seen [5]** 50/7 92/14 93/5 135/17 189/25
**sees [1]** 15/22
**seize [1]** 53/22
**select [1]** 44/5
**selective [1]** 128/21
**self [2]** 135/25 157/3
**self-reported [2]** 135/25 157/3
**sell [6]** 54/25 69/22 128/15 130/9
130/12 130/14
**Sellers [1]** 2/15
**selling [1]** 200/10
**send [3]** 128/18 213/23 220/5
**senior [3]** 21/23 42/11 134/1
**sense [6]** 20/3 51/3 55/8 140/4 153/19
173/17
**senseless [4]** 77/13 78/25 79/3 85/17
**sent [7]** 40/3 40/9 106/18 193/13 194/25
201/20 220/20
**sentence [5]** 61/25 76/12 76/12 154/8
177/5
**sentences [1]** 118/7
**separate [8]** 11/12 11/13 164/2 172/4
183/6 207/6 208/1 214/16
**September [8]** 38/1 68/16 73/1 86/25
159/18 159/24 162/11 213/15
**September 10 [1]** 159/18
**September 11 [1]** 159/24
**September 14 [1]** 86/25
**September 2001 [2]** 38/1 68/16
**September 24 [1]** 73/1
**September 4 [1]** 162/11
**SERENA [1]** 3/5
**serena.gopal [1]** 3/10
**series [1]** 193/24

**serious [7]** 22/10 23/5 23/8 27/1 28/11
28/25 62/18
**seriously [2]** 54/2 75/2
**seriousness [2]** 177/6 178/22
**Serna [1]** 180/15
**serpent [1]** 165/3
**served [1]** 58/12
**service [2]** 6/15 102/22
**services [2]** 55/6 204/6
**servicing [1]** 55/19
**serving [2]** 14/1 154/7
**session [2]** 140/5 210/17
**set [6]** 67/1 125/5 125/8 200/2 201/2
204/15
**seven [6]** 38/15 42/4 63/13 94/20
121/24 129/13
**several [5]** 51/12 65/25 81/7 115/11
134/24
**shaped [1]** 103/11
**share [8]** 11/6 11/7 16/1 26/23 71/22
76/16 78/5 109/25
**shared [1]** 26/19
**SHAREHOLDERS [1]** 1/4
**shares [2]** 26/17 27/2
**she [100]** 8/22 9/21 10/10 12/25 45/7
51/8 51/9 65/12 65/13 69/6 69/11 69/12
73/19 74/18 83/16 83/18 83/18 83/18
83/19 83/21 83/23 84/7 87/14 87/14 88/8
88/12 88/14 88/19 88/22 88/23 88/25
89/2 89/5 89/10 91/12 91/21 91/22 91/23
91/24 91/24 92/1 92/7 92/8 92/11 92/18
92/18 92/19 92/19 92/20 92/20 92/20
92/21 92/22 93/1 93/1 93/2 93/3 93/5
93/5 93/6 93/12 93/18 93/24 94/15 94/20
95/11 95/12 95/22 95/22 95/23 95/24
96/1 96/3 99/4 115/24 165/24 167/19
167/20 167/24 168/11 168/12 171/17
172/5 172/16 214/22 215/5 215/6 215/25
215/25 215/25 216/3 216/14 216/14
216/25 217/10 217/13 218/16 221/10
221/13 221/13
**she's [4]** 80/18 166/6 215/5 221/9
**sheet [1]** 47/5
**shift [1]** 31/9
**ship [2]** 58/4 58/5
**Shipley [1]** 1/12
**shipment [11]** 32/13 56/11 56/13 56/20
57/2 57/12 57/14 57/17 57/21 58/3 58/7
**shipments [2]** 58/21 59/16
**shipping [2]** 59/25 198/13
**ships [3]** 32/20 32/25 130/12
**shirt [4]** 170/13 170/14 171/18 209/17
**shirtless [1]** 92/4
**shoes [2]** 92/4 92/7
**shop [1]** 125/5
**short [1]** 51/14
**shortcut [1]** 187/8
**shortly [6]** 8/5 88/17 89/10 99/22
104/23 135/21
**shot [11]** 68/24 70/3 77/23 80/6 87/21
95/7 95/13 99/24 129/9 150/9 150/12
**shots [4]** 88/18 88/23 89/4 95/11
**should [59]** 5/10 6/8 6/22 10/7 14/11
15/2 16/5 16/11 17/6 17/11 45/20 48/25
52/6 52/8 52/11 54/25 63/1 65/9 71/13
88/9 100/14 101/4 101/4 101/7 102/5

**S**

**should... [34]** 137/9 139/15 157/14 161/4 161/13 163/20 163/23 180/6 186/15 187/3 187/5 187/6 187/7 187/22 189/16 192/12 192/16 193/1 193/7 193/8 194/6 201/8 205/20 207/5 213/10 215/6 215/25 216/3 216/16 217/20 218/14 219/4 219/12 221/6

**shoulders [1]** 85/6

**shouldn't [10]** 8/9 8/9 14/5 15/2 21/5 137/21 157/17 207/18 219/13 219/18

**show [86]** 20/8 25/17 68/10 69/8 69/21 70/14 71/1 71/14 72/7 73/12 73/22 75/18 76/10 77/5 77/13 78/1 83/7 83/12 84/12 87/12 87/23 88/3 93/7 94/4 94/11 103/7 104/23 106/1 106/3 107/4 107/6 107/7 109/4 109/13 114/24 115/3 115/15 116/9 118/6 118/13 119/14 120/5 121/21 122/7 122/17 122/23 122/23 123/7 123/22 123/25 124/7 126/13 126/15 127/6 128/2 129/4 129/5 130/18 131/18 132/1 132/13 133/13 133/22 134/7 134/18 134/23 135/20 135/23 136/13 136/17 139/21 150/18 155/3 155/19 156/23 158/22 159/11 160/11 164/10 167/19 167/20 168/18 169/6 173/22 200/13 212/22

**showed [11]** 74/17 78/12 105/19 105/21 106/22 116/11 125/14 125/20 136/8 165/10 166/15

**showing [2]** 97/14 211/8

**shown [2]** 67/14 96/13 166/8

**shows [5]** 86/8 105/19 158/20 168/5 200/10

**Sibaja [1]** 72/2

**sic [2]** 95/8 160/1

**side [17]** 13/5 16/16 19/12 34/12 44/24 64/18 86/23 87/22 88/13 101/13 135/10 135/10 135/13 149/8 150/8 164/25 221/18

**side's [1]** 8/7

**sidebar [1]** 130/21

**sided [1]** 35/12

**sides [8]** 13/3 16/21 35/16 39/19 108/20 124/16 124/25 127/1

**sidewalk [1]** 88/7

**Sierra [2]** 82/12 83/8

**sight [2]** 63/14 93/19

**sights [1]** 125/8

**sign [3]** 176/22 189/25 206/15

**signature [8]** 176/13 191/10 191/22 203/15 203/19 205/15 206/2 206/3

**signed [10]** 22/17 29/6 54/13 118/15 177/24 191/21 200/9 205/15 206/6 206/14

**significance [3]** 19/3 29/13 41/1

**significant [1]** 21/15

**signing [2]** 194/10 206/11

**signs [2]** 22/21 178/11

**silence [1]** 157/16 162/19

**silent [2]** 78/22 162/19

**similar [4]** 10/22 10/23 14/19 211/19

**SIMONS [1]** 1/15

**simple [4]** 26/15 26/16 84/20 147/20

**simply [11]** 7/19 19/23 33/17 53/10 70/8 98/16 100/6 127/20 138/10 178/3 215/17

**since [7]** 5/11 15/7 25/10 38/15 179/1 181/8 194/1

**single [2]** 24/8 72/25

**Sintrainagro [4]** 74/10 75/24 113/20 156/7

**sir [22]** 6/10 63/4 66/4 66/13 68/7 130/23 137/17 138/19 141/4 141/19 169/24 170/11 172/10 175/6 203/16 204/16 206/2 209/1 209/23 210/25 216/23 222/20

**sister [5]** 8/16 73/18 91/14 91/16 93/17

**sisters [1]** 73/18

**sit [2]** 65/8 221/15

**site [1]** 14/25

**sits [1]** 45/4

**sitting [8]** 44/24 74/6 88/14 89/4 210/10 213/22 215/8 216/3

**situation [11]** 90/3 108/4 114/12 131/23 133/21 136/4 159/6 161/18 161/24 197/9 208/20

**six [11]** 67/13 67/24 68/1 87/21 105/5 169/15 188/15 209/6 213/18 214/15 214/15

**six-week [1]** 188/15

**size [3]** 196/23 196/25 197/23

**skirt [1]** 144/17

**skirting [1]** 148/15

**slaughter [2]** 24/1 43/15

**slaughtered [1]** 36/9

**sleep [1]** 77/19

**sleeping [2]** 210/1 210/25

**slice [1]** 110/1

**slide [1]** 125/20

**slipped [1]** 172/16

**slow [1]** 90/14

**small [6]** 42/22 76/19 85/11 122/7 126/20 152/17

**smelled [1]** 7/10

**smuggle [1]** 72/10

**snack [1]** 73/9

**Snapchat [1]** 14/18

**snuck [1]** 77/19

**so [309]**

**soccer [3]** 85/9 85/10 85/19

**social [5]** 14/17 14/20 15/1 112/23 114/2

**society [1]** 105/15

**sold [5]** 39/21 199/18 199/24 200/16 200/22

**solidarity [1]** 150/17

**solution [2]** 66/20 136/6

**some [67]** 6/17 6/20 6/25 7/13 7/13 9/11 11/7 17/15 17/23 21/5 41/16 43/6 49/10 49/22 57/7 66/17 67/21 68/4 73/8 76/6 84/9 85/19 91/17 92/20 97/22 98/3 106/23 107/11 107/12 107/25 108/23 108/23 114/25 118/8 118/18 119/3 119/14 119/24 122/23 123/20 127/10 130/17 134/6 134/7 142/19 157/20 164/20 165/11 166/14 168/4 168/18 171/13 175/3 175/5 177/12 177/18 180/23 190/1 195/5 195/7 205/22 209/12 219/13 219/17 220/22 222/25 224/21

**somebody [2]** 190/25 202/21

**somehow [11]** 5/11 5/12 104/12 104/16 114/7 123/23 127/11 129/1 131/19

**someone [4]** 7/10 81/1 104/8 142/16

**someone's [1]** 7/12

**something [34]** 8/13 46/23 58/8 64/25 73/11 74/25 87/19 103/8 104/6 105/16 106/1 106/23 126/17 129/17 129/20 132/25 137/20 139/10 159/21 161/1 163/4 166/23 171/1 171/24 172/16 175/13 191/16 201/8 201/25 205/16 208/25 209/20 216/22 217/8

**Sometime [1]** 40/16

**sometimes [8]** 9/7 18/8 55/20 60/22 83/22 135/6 135/8 169/10

**somewhere [1]** 109/23

**son [21]** 72/1 72/25 73/4 73/6 73/25 75/12 77/6 81/18 84/6 84/7 88/8 88/12 88/15 89/5 90/23 92/22 93/6 93/12 93/13 93/19 94/24

**son's [1]** 73/2

**sons [2]** 80/16 80/17

**soon [7]** 18/2 72/24 99/23 137/8 160/3 168/8 160/15

**sooner [4]** 180/6 202/7 212/8 222/1

**sorry [9]** 55/7 55/15 67/8 117/14 171/6 173/9 175/7 204/25 211/12

**sort [10]** 84/8 85/25 86/3 87/9 98/22 100/14 107/12 143/8 162/1 203/11

**Soto [1]** 83/8

**sound [1]** 113/2

**sounded [3]** 187/24 187/25 188/1

**sounds [1]** 66/2

**source [5]** 15/20 39/9 111/12 111/19 111/21

**sourced [2]** 39/4 112/9

**sources [1]** 112/4

**sourcing [1]** 112/6

**south [4]** 11/22 24/23 30/11 30/22

**SOUTHERN [1]** 1/1

**Spanish [6]** 11/24 17/19 17/23 34/13 70/9 70/9

**spanning [1]** 49/19

**speak [2]** 44/10 90/14

**speaking [2]** 65/25 90/19

**speaks [1]** 157/17

**special [1]** 15/18

**specific [19]** 11/15 20/14 26/12 27/17 44/6 44/10 45/1 45/17 46/20 48/1 51/7 51/7 136/15 136/18 142/3 164/16 178/22 189/7 208/15

**specifically [19]** 14/20 36/19 44/13 47/25 49/6 60/17 77/9 104/3 109/5 126/14 137/6 137/16 149/14 152/11 168/8 173/15 192/14 196/19 200/19

**specifies [1]** 56/20

**spend [7]** 48/15 61/22 67/13 80/4 107/25 165/15 166/1

**spending [1]** 68/1

**spent [2]** 94/21 197/7

**spirit [1]** 222/7

**splattered [2]** 95/14 95/19

**split [1]** 207/9

**splitting [1]** 207/18

**spoke [2]** 94/8 103/3

**spoken [1]** 47/19

**spokespeople [1]** 44/5

**spokesperson [4]** 44/5 44/10 45/3 51/5

**S**

**spread [1]** 30/25
**squarely [1]** 187/4
**stab [1]** 74/23
**stability [2]** 118/19 120/9
**stable [1]** 163/11
**staff [1]** 52/17
**staffed [1]** 56/3
**stake [1]** 157/18
**stand [2]** 19/17 174/11
**standard [3]** 113/17 122/19 127/9
**standards [2]** 84/20 113/9
**standing [1]** 78/22
**stars [2]** 48/21 61/15
**start [15]** 16/7 16/9 16/22 21/18 37/20
129/12 137/12 141/6 141/15 170/1
173/18 173/23 174/23 182/2 199/11
**started [1]** 87/20
**starting [4]** 33/24 33/25 93/18 140/10
**starts [1]** 129/18
**state [11]** 25/25 113/16 123/9 126/3
132/15 151/10 159/19 162/1 174/12
209/8 209/19
**statement [23]** 4/4 4/5 4/6 4/7 4/8 4/9
4/10 4/11 16/16 16/17 28/16 28/19 28/25
57/18 57/20 137/9 141/23 154/22 176/25
177/17 197/5 197/20 198/3
**statements [11]** 1/8 5/4 8/3 8/4 16/21
18/3 18/5 20/6 32/17 96/13 215/7
**states [25]** 1/1 1/9 24/12 24/13 24/14
24/22 25/3 25/4 28/11 30/4 37/23 38/2
38/7 38/20 40/4 57/1 104/2 107/20
109/18 128/20 131/1 133/2 154/20 155/7
155/9
**stating [1]** 56/22
**STATUTE [1]** 1/4
**stay [10]** 42/17 52/6 73/10 91/9 120/7
120/7 158/6 180/4 200/4 201/3
**stayed [4]** 74/19 87/8 93/19 126/1
**staying [3]** 91/13 92/21 199/21
**stealing [1]** 73/8
**step [3]** 28/10 174/23 224/5
**stepmother [1]** 73/17
**steps [1]** 144/24
**stick [1]** 182/1
**still [6]** 41/6 74/12 79/7 95/21 103/21
162/24
**stipulating [1]** 223/17
**stipulation [2]** 18/9 18/10
**stood [1]** 197/13
**STOOLMAN [1]** 3/6
**stop [16]** 41/7 42/10 42/14 51/18 51/21
53/7 68/22 68/22 118/18 136/3 161/3
161/21 162/9 162/13 162/24 195/16
**stopped [4]** 39/21 51/15 149/23 160/14
**stopping [1]** 136/23
**store [1]** 56/1
**stored [1]** 56/23
**stores [1]** 152/18
**stories [7]** 71/23 76/14 76/16 80/23
97/8 97/22 100/6
**story [19]** 21/19 56/10 103/4 103/5
103/5 103/7 103/7 107/5 107/6 107/6
150/20 151/8 151/15 164/15 164/19
164/21 165/12 165/22 168/11
**straight [3]** 68/20 119/16 129/9

**stranded [1]** 150/6
**strangers [1]** 60/12
**strategically [1]** 69/12
**strategy [2]** 33/20 128/23
**stray [1]** 193/5
**streamline [3]** 181/13 181/24 190/23
**street [6]** 1/18 2/10 3/1 3/7 88/13 88/13
**streets [1]** 92/13
**strengthening [1]** 133/5
**strictly [1]** 209/17
**strikes [3]** 31/5 35/15 50/22
**striking [1]** 9/8
**strong [3]** 60/22 84/25 85/6
**strongly [3]** 42/3 54/25 215/4
**struck [2]** 193/7 210/22
**struggled [1]** 79/12
**subject [5]** 19/21 26/12 139/14 187/2
207/4
**subjects [2]** 10/10 10/11
**submit [7]** 71/13 100/7 101/2 156/19
169/17 199/10 203/1
**submitted [7]** 19/12 175/21 185/13
188/17 195/22 213/15 220/23
**subpoena [5]** 214/20 214/23 216/25
221/2 221/3
**subpoenaed [1]** 216/14
**subpoenas [2]** 214/24 221/1
**subsidiaries [2]** 47/13 47/15
**subsidiary [6]** 33/21 33/21 106/17
106/21 162/24 209/10
**substance [2]** 194/3 195/25
**substantial [10]** 12/8 30/15 50/1 76/7
89/25 120/22 121/3 121/6 121/18 121/20
**substantially [1]** 208/16
**success [1]** 39/8
**successful [2]** 77/2 133/14
**successfully [1]** 13/23
**such [18]** 10/13 10/15 14/18 14/18 19/9
41/2 46/7 46/10 46/12 47/16 75/22 75/25
138/11 167/6 167/9 167/11 183/12
183/12
**sudden [2]** 81/2 81/13
**suddenly [2]** 78/15 80/5
**suffer [2]** 116/15 201/6
**suffered [8]** 23/21 43/2 54/7 61/11 76/4
103/20 115/19 199/23
**suffering [5]** 70/20 90/2 96/15 104/1
152/1
**sufficient [2]** 12/9 211/24
**suggest [10]** 17/10 50/6 63/7 104/8
104/19 105/3 132/1 132/2 177/10 201/14
**suggested [4]** 104/14 105/17 105/25
138/13
**suggested that [1]** 105/25
**suggesting [2]** 178/13 208/24
**suggestion [1]** 107/11
**suggests [3]** 8/14 42/3 50/21
**Suite [6]** 1/18 1/23 2/10 2/16 2/19 3/2
**sum [1]** 176/17
**summarize [3]** 11/19 17/9 96/13
**summoned [4]** 78/9 78/12 142/12 145/6
**sums [2]** 109/21 122/2
**supervisor [2]** 58/8 58/22 58/23 224/3
224/13 224/13
**supervisors [2]** 56/4 57/15
**supervisory [1]** 224/9
**supplement [1]** 218/20

**supplied [1]** 59/7
**supplier [1]** 73/24
**support [25]** 12/9 24/4 26/7 28/6 28/21
29/19 34/20 36/16 37/20 40/21 41/10
41/19 45/10 45/12 49/9 49/11 52/23
70/21 74/2 79/8 79/24 84/11 123/2
150/17 154/22
**supported [7]** 24/21 35/19 51/3 51/20
71/24 75/17 122/20
**supporting [5]** 24/10 28/19 39/18 62/11
107/15
**supposed [5]** 16/18 145/19 176/2
202/19 215/13
**suppressed [1]** 50/22
**suppressing [1]** 35/15
**sure [17]** 14/8 39/15 41/13 47/4 49/10
71/17 93/6 95/12 102/9 113/1 133/24
134/25 139/9 140/7 156/17 159/1 171/1
171/24 181/11 182/3 189/23 191/3 198/1
203/7 205/12 211/8 216/21
**surely [1]** 164/9
**surprise [1]** 94/3
**surprised [1]** 97/8
**surrounding [1]** 37/5
**surveillance [2]** 57/16 57/17
**survived [2]** 82/21 150/11
**surviving [1]** 76/13
**suspected [3]** 37/11 37/11 77/6
**suspend [1]** 161/6
**suspended [2]** 52/16 160/24
**suspends [1]** 160/9
**sustain [4]** 9/1 9/3 206/22 208/7
**sustained [3]** 187/5 193/9 207/5
**swears [1]** 18/16
**sweeping [2]** 88/7 88/12
**switch [1]** 124/16
**switched [2]** 124/16 124/25
**sworn [16]** 6/24 18/15 24/10 30/3 38/21
43/9 43/14 44/1 44/4 44/7 50/7 57/10
57/18 57/25 58/19 60/11
**sympathetic [7]** 108/12 115/19 149/10
163/20 163/21 164/1 164/3
**sympathizer [2]** 149/4 149/7
**sympathizers [1]** 37/12
**sympathy [6]** 97/21 97/24 100/17
103/16 103/17 105/11

**T**

**tactics [1]** 124/13
**tail [1]** 165/1
**take [52]** 6/22 9/19 15/24 15/25 16/6
16/10 16/11 20/16 20/18 37/13 37/18
44/1 49/1 54/12 54/19 55/9 55/14 58/9
64/3 64/5 64/8 64/14 66/7 66/9 71/3
74/19 75/4 81/9 82/19 84/9 87/24 96/9
97/12 101/11 102/2 125/13 125/14
125/16 125/16 133/9 136/25 141/8 143/8
143/22 174/23 191/25 202/24 210/7
213/12 213/21 214/7 214/11
**taken [27]** 18/15 18/20 30/3 46/25 47/4
66/15 71/3 75/7 78/14 84/6 92/23 99/19
102/15 117/25 130/11 137/25 143/18
143/19 144/13 144/16 144/24 147/3
148/12 193/12 193/13 198/4 201/22
**takes [1]** 75/12
**taking [9]** 16/3 19/10 69/14 91/17 118/7

taking... [4]  129/3 143/9 177/3 222/25
talk [28]  14/1 14/5 15/10 15/11 30/6
42/20 43/7 48/24 61/15 68/9 79/18 82/19
90/20 101/3 103/9 103/24 110/8 110/23
114/25 116/1 119/24 123/20 142/2
152/16 163/15 189/19 211/2 222/16
talked [6]  103/8 142/5 142/10 148/4
159/12 168/23
talking [14]  5/25 14/14 44/20 58/20
63/15 100/10 107/25 133/18 146/20
168/21 177/23 180/2 197/8 208/11
talks [1]  54/1
Tangarife [1]  94/18
tapes [2]  57/16 57/17
target [3]  74/12 77/7 136/7
targeted [9]  75/20 75/23 77/6 77/9 80/8
91/5 149/2 149/3 149/9
targets [9]  27/17 78/2 119/18 145/8
145/18 145/25 146/1 166/5 166/5
tariffs [11]  129/14 129/21 129/22
129/24 130/8 130/13 131/3 131/4 131/6
131/7 131/11
task [2]  104/1 104/1
taught [3]  124/20 164/21 164/21
tax [1]  129/24
taxes [11]  119/18 126/18 126/20 126/22
146/10 146/12 146/13 146/15 147/12
158/21 158/21
tc [1]  2/11
team [11]  21/25 41/19 50/12 65/21
65/23 85/10 85/10 115/9 115/12 212/15
212/16
teams [1]  85/11
tech [3]  173/5 213/23 214/4
technical [3]  136/9 177/12 177/19
technicality [2]  107/17 107/24
technology [2]  14/13 14/19
telegraphing [1]  121/9
tell [77]  10/7 14/2 18/17 19/8 19/10 28/5
42/16 43/17 43/18 45/17 46/21 53/24
54/18 54/21 56/7 56/10 59/2 63/1 65/19
68/10 72/20 73/5 74/18 74/22 75/10 76/1
76/24 78/17 82/23 84/9 84/25 88/25 89/3
91/2 93/1 93/3 93/14 95/2 97/20 98/21
103/6 105/24 105/25 113/21 117/20
119/17 120/8 136/3 136/16 144/18
148/25 149/11 150/14 150/20 151/5
151/7 151/9 151/14 151/16 151/17
151/23 151/25 152/3 152/9 152/13
152/21 155/18 156/10 157/25 162/9
164/5 164/6 165/21 165/22 165/25
168/24 188/19
teller [1]  26/23
telling [18]  41/16 78/24 86/12 86/24
92/8 121/9 132/4 144/19 148/16 156/16
156/17 156/18 157/4 157/5 162/15
188/12 188/23 189/18
tells [3]  106/24 160/17 162/3
tempted [1]  16/7
ten [11]  10/19 25/9 26/11 42/20 60/5
136/25 137/2 141/8 163/14 163/17
163/17
ten-minute [1]  136/25
tens [1]  122/1
terms [11]  21/6 23/8 26/15 26/16 40/25

198/23 198/16 199/23 175/1 214/16
217/12
TERRENCE [1]  2/9
terrible [1]  105/23
terrified [1]  72/20
territorial [1]  34/24
territory [7]  37/13 109/5 125/13 125/13
125/15 125/16 149/6
terror [7]  28/4 43/2 43/3 50/11 71/24
75/17 78/22
terrorism [16]  26/17 27/6 38/3 48/8
103/19 107/15 124/2 125/22 126/1 126/4
131/16 132/13 146/1 151/16 152/10
153/23
terrorist [23]  23/24 25/1 25/7 25/9 33/7
37/19 37/25 37/25 38/13 42/7 51/14
52/10 53/15 53/17 68/18 125/6 125/10
125/11 135/24 143/5 146/19 151/24
159/20
terrorists [44]  25/15 25/15 25/19 26/6
26/7 37/3 39/18 39/22 50/18 50/22
105/14 108/19 110/6 114/11 117/5
120/10 123/16 123/17 123/22 124/3
125/4 125/12 129/11 132/14 133/10
133/20 149/1 149/13 150/6 150/9 150/13
150/18 150/19 150/22 151/1 151/3
151/18 152/2 152/12 152/15 153/15
153/17 161/12 161/16
terrorize [1]  38/10
terrorized [5]  91/23 114/9 114/10
126/21 127/2
terrorizing [2]  24/23 120/10
Terry [1]  82/11
test [4]  44/21 44/21 47/7 47/8
testified [7]  9/21 57/14 57/21 58/1 79/2
200/18 224/13
testify [15]  45/9 58/16 72/17 82/25
95/16 95/21 99/4 113/19 148/21 150/5
150/21 160/13 216/15 218/1 221/7
testifying [6]  9/22 10/9 19/1 89/18
91/12 144/8
testimony [133]  7/10 9/16 9/16 9/19
9/25 10/1 10/4 13/11 15/14 16/12 16/14
18/13 18/15 18/24 18/25 19/2 19/20
36/18 38/21 43/9 43/12 44/1 44/4 44/7
50/7 54/17 56/9 57/11 58/1 58/12 59/6
59/9 59/11 60/12 60/13 61/2 61/16 65/14
70/24 71/5 71/11 84/5 84/6 84/22 86/3
87/12 92/18 94/24 95/12 109/15 111/2
111/3 113/10 114/5 116/10 119/15 120/6
122/23 123/7 126/16 126/23 128/25
128/25 131/9 132/12 132/25 134/13
142/20 143/16 144/4 144/5 148/7 148/15
148/21 150/1 154/5 154/25 155/17
157/24 165/11 166/13 166/14 167/20
173/13 173/17 174/22 175/18 175/18
175/20 176/17 179/5 180/18 182/20
182/24 183/18 183/18 183/20 183/23
186/10 186/13 186/14 186/14 186/16
187/3 187/6 191/17 193/24 194/2 194/14
195/18 196/16 196/19 199/17 200/7
202/2 202/10 203/5 204/19 204/25 207/3
208/11 208/18 213/5 214/10 214/21
215/14 215/17 215/19 215/22 215/24
216/2 216/7 217/6
text [1]  14/16

than [38]  19/1 19/15 29/16 49/1 71/8
20/2 21/22 37/8 41/25 42/6 83/23 95/22
105/5 107/6 110/14 113/15 114/23
121/11 122/9 126/5 139/22 139/23
153/23 169/15 170/1 176/3 184/9 187/9
188/15 188/20 189/24 190/7 190/24
200/23 201/21 204/14 214/7 222/1
thank [55]  6/10 6/13 6/15 21/9 55/17
63/4 63/17 63/22 63/24 63/25 64/19
66/13 66/14 66/20 66/22 67/20 68/2
71/17 76/7 82/7 82/8 90/4 96/21 96/22
101/8 101/10 101/18 102/13 102/14
102/22 103/1 130/23 137/3 137/23
137/24 138/19 141/14 141/19 169/23
169/24 170/8 181/11 191/3 191/4 191/24
203/3 209/1 211/6 216/21 219/10 220/3
222/18 222/20 222/22 224/20
that [1265]
that's [111]  21/25 24/17 30/22 34/13
55/16 64/12 77/11 79/14 82/12 82/14
82/19 86/12 86/20 86/22 87/4 87/11
93/13 97/21 100/10 100/16 100/24
103/17 103/18 107/24 109/10 109/19
114/24 115/19 118/15 118/23 120/19
123/14 123/25 130/17 132/7 136/22
137/17 141/2 141/6 144/16 148/7 148/17
151/19 153/15 155/5 166/6 168/11
168/11 168/16 169/14 170/16 174/2
175/25 176/2 176/17 178/11 178/17
179/2 179/25 180/22 180/25 181/20
181/23 181/24 182/15 182/19 182/19
183/21 184/3 184/19 185/18 186/20
186/22 186/23 187/1 187/16 187/20
188/1 188/7 188/23 188/24 189/10
189/19 191/13 191/21 194/14 194/21
194/23 197/2 198/15 201/13 202/5
204/24 207/13 208/19 210/15 213/8
213/11 214/14 215/19 216/15 219/5
219/6 221/15 221/20 222/19 223/17
223/22 224/8 224/9 224/19
their [116]  5/19 8/4 8/6 10/4 12/14 13/6
16/22 17/2 17/3 17/9 18/4 20/6 20/14
25/11 33/8 35/24 36/20 49/9 49/11 49/20
53/2 58/25 59/3 60/18 60/18 69/17 69/22
71/8 71/10 71/22 71/23 73/25 76/1 76/2
76/3 76/6 76/7 76/13 76/24 78/2 78/9
78/14 78/17 78/19 78/23 78/25 79/7
79/11 79/15 79/17 80/3 80/11 80/17
81/21 81/24 82/18 85/11 85/22 86/11
86/18 87/3 87/6 90/1 90/2 98/4 98/6
98/10 100/11 109/16 109/25 110/1
110/11 117/6 117/9 117/19 118/8 119/15
119/21 124/13 125/5 125/5 125/8 125/17
125/18 126/5 126/12 127/4 127/18
128/17 146/1 151/19 152/13 153/2
160/21 166/5 184/19 184/19 185/1 185/7
186/10 187/11 188/12 188/21 189/2
189/10 189/12 199/2 199/20 200/1
200/14 200/24 202/11 207/10 220/1
220/13 220/13
them [136]  5/19 6/6 6/8 6/22 8/2 10/12
13/12 13/13 14/3 16/1 16/6 16/10 16/23
16/25 17/5 19/17 29/25 42/17 52/3 59/10
60/17 63/2 67/12 67/14 68/20 68/21 71/3
71/8 71/9 72/16 76/6 77/22 77/23 78/6
78/12 78/17 78/24 79/7 79/8 79/17 80/3

them... **[95]**  80/19 83/2 83/4 83/5 85/23
87/6 89/15 91/19 103/14 103/15 103/17
103/17 108/23 112/13 113/6 118/2 120/2
129/13 133/25 134/6 135/9 141/16 143/6
148/11 148/11 148/15 150/17 150/18
151/9 151/13 151/13 151/20 153/16
153/24 154/23 156/21 156/22 156/22
158/2 162/12 163/21 164/3 166/12 172/11
173/23 179/6 181/8 182/5 182/7 182/8
186/21 187/20 187/20 188/5 188/9
188/11 188/13 188/16 188/17 188/18
188/20 189/4 189/5 189/11 189/13
189/14 189/18 190/6 190/15 192/21
193/13 199/4 200/5 201/4 201/9 201/10
201/22 202/17 202/19 202/20 202/22
209/13 212/9 213/1 213/4 213/6 213/10
213/23 215/9 215/18 218/19 220/21
221/15 221/15 223/2

themself **[1]**  120/5

themselves **[13]**  8/8 18/7 44/11 61/4
111/5 114/14 119/12 119/17 123/1 125/6
126/24 158/1 200/24

then **[93]**  8/24 9/1 13/7 13/15 13/24
16/25 17/3 17/8 17/11 17/13 17/15 18/11
20/12 20/19 20/20 20/22 52/12 54/5
54/21 57/17 58/9 58/13 60/13 60/18 64/3
67/13 68/1 74/23 78/1 78/8 84/22 88/2
93/11 98/13 99/18 99/19 99/22 101/18
101/25 106/10 106/11 109/8 117/5
122/13 122/14 125/22 134/14 134/25
138/8 138/17 141/17 145/3 147/16
149/18 149/19 154/14 161/6 162/14
163/2 163/9 164/6 165/16 166/7 169/11
172/4 172/23 174/7 174/12 175/16
175/24 180/13 183/13 184/8 186/23
193/4 193/24 194/11 194/12 199/7
201/14 203/10 204/19 207/10 210/22
212/12 214/13 215/1 218/19 218/21
219/2 220/3 220/6 220/25

theories **[1]**  104/14

theory **[3]**  104/6 117/6 201/18

there **[163]**  5/24 8/19 10/7 16/12 18/10
21/25 22/1 22/2 29/23 29/25 30/9 31/15
32/8 33/3 36/7 41/13 42/4 42/17 43/5
43/9 43/22 48/22 50/1 50/5 51/4 51/12
52/16 52/17 56/1 56/22 61/25 62/3 62/8
63/7 63/9 63/11 64/22 65/8 65/9 65/21
67/11 78/22 79/11 84/17 85/23 87/25
90/18 91/7 93/16 93/24 96/2 96/10 98/16
99/5 99/19 100/2 103/11 104/12 107/11
108/7 108/19 108/19 111/14 112/20
113/22 113/23 114/5 114/7 114/19
114/23 116/4 116/16 117/17 118/18
119/24 121/5 121/10 121/10 121/17
126/24 126/24 127/10 128/10 129/1
129/3 129/14 129/14 131/8 131/18
132/19 132/22 132/23 133/19 134/21
137/5 138/20 142/11 146/3 147/11
149/18 149/18 149/19 149/19 153/12
153/21 154/13 155/1 159/16 160/5 161/2
161/8 162/1 162/7 163/17 166/14 168/13
170/25 171/24 172/25 174/22 175/3
175/14 175/19 176/23 178/20 178/25
179/15 180/23 180/24 182/2 184/15
186/18 187/22 188/25 192/20 192/20

194/3 195/3 195/21 195/23 196/1 196/1
196/5 196/16 196/19 198/6 202/14
206/20 209/12 209/13 209/25 211/13
211/19 212/6 212/10 213/20 213/24
215/20 216/6 216/7 219/13 223/19
223/19

there's **[20]**  94/6 103/12 108/9 119/2
146/2 146/25 147/1 159/24 162/1 172/16
172/17 179/9 184/11 188/12 196/15
211/24 219/17 220/21 223/11 223/13

thereafter **[2]**  89/10 99/22

these **[125]**  5/11 6/22 7/1 11/4 11/10
11/11 12/12 15/12 18/5 18/11 19/13
24/20 26/12 27/15 27/17 38/9 41/1 41/6
43/23 47/9 51/21 57/19 58/18 59/11 60/6
63/18 69/7 71/2 71/12 81/9 82/4 82/7
83/13 83/22 85/22 86/14 89/14 89/22
90/1 91/22 92/14 96/16 97/7 97/8 97/9
97/12 98/7 98/10 99/11 100/7 100/19
100/23 101/6 103/12 105/23 108/25
109/25 110/6 110/10 111/16 112/7
112/24 113/6 113/12 114/7 116/18
117/22 118/24 120/2 120/16 121/11
121/13 123/22 123/23 124/7 124/11
125/22 126/20 126/22 129/10 130/8
131/22 132/14 134/4 134/10 135/11
135/14 136/9 143/5 144/2 145/1 146/5
146/23 148/14 148/19 149/5 150/9
151/18 153/12 154/21 156/21 159/5
162/3 163/3 165/21 166/12 166/19
169/13 176/3 189/16 190/14 195/5 195/7
196/12 197/6 200/3 200/5 200/19 211/24
213/1 213/20 213/22 221/22 223/1
223/14

they **[410]**

thing **[24]**  5/8 35/22 62/16 65/3 66/6
80/25 92/17 97/21 100/14 100/16 124/8
129/25 132/24 135/11 144/20 157/19
157/19 164/11 178/2 178/11 178/22
179/13 194/10 195/19

things **[31]**  6/20 7/25 9/21 40/23 41/3
41/16 69/17 71/18 81/20 86/15 89/11
97/12 97/18 103/14 104/12 104/18
115/15 129/15 133/11 154/22 156/21
159/5 164/2 178/20 190/1 200/6 211/21
212/6 212/24 213/18 213/21

think **[81]**  5/10 5/17 7/16 7/24 21/19
30/1 45/19 48/14 61/20 63/1 63/2 64/24
67/12 85/4 86/17 88/10 99/6 101/4 101/5
101/21 101/25 102/5 117/7 117/12
120/25 127/13 136/22 138/12 139/19
140/8 148/17 152/24 152/25 153/9
165/14 168/5 170/13 172/17 172/19
176/8 178/15 178/20 178/21 178/23
179/9 184/15 185/11 187/20 187/22
189/10 189/11 192/4 195/6 201/7 206/5
206/6 206/7 206/13 208/14 208/20
209/11 209/13 209/20 210/11 210/14
210/15 210/19 211/3 211/23 212/12
213/15 215/5 215/25 216/2 216/6 216/15
216/16 219/3 219/5 222/4 223/12

thinking **[2]**  117/15 128/9

thinks **[2]**  8/22 201/13

third **[11]**  99/23 99/25 116/8 120/20
121/2 122/12 144/6 152/21 153/9 153/11
182/15

thirdly **[1]**  63/16

Thirty **[1]**  112/12

Thirty-five **[1]**  112/12

this **[403]**

thoroughly **[1]**  60/13

those **[109]**  10/11 11/18 23/11 24/15
25/15 25/20 26/7 28/16 29/15 29/17
29/19 30/13 30/19 32/13 32/18 36/1
38/11 38/19 39/16 40/3 40/8 40/11 42/24
43/24 44/23 46/4 46/22 48/21 49/15
51/20 52/13 55/19 55/22 56/14 58/23
59/1 59/3 59/5 60/7 60/19 61/7 61/9
61/11 61/11 61/15 68/20 68/21 69/18
71/7 71/10 75/20 93/15 96/10 100/4
104/17 114/17 115/3 117/25 119/22
121/4 121/23 123/20 130/16 131/7 133/8
133/11 134/15 134/18 138/25 143/2
143/22 144/1 145/1 145/17 148/10
151/20 163/22 167/3 167/25 168/13
168/14 168/14 173/2 173/6 173/14
173/16 178/17 178/21 180/17 180/17
180/20 181/8 182/14 184/17 184/23
190/1 190/16 195/22 200/10 200/16
200/22 204/15 207/4 207/16 211/15
212/12 214/24 218/17 220/4

though **[11]**  7/17 10/6 19/7 19/16 21/2
53/16 74/4 74/11 115/18 194/20 196/6

thought **[10]**  83/7 85/19 149/4 149/9
173/2 194/8 202/15 205/14 207/11
207/11

thousands **[9]**  24/2 24/2 25/8 25/16
25/22 43/21 60/7 61/3 122/1

threat **[37]**  12/16 12/17 33/7 34/22 35/8
35/18 35/19 38/20 43/12 45/17 45/23
46/3 46/7 46/10 46/13 46/16 47/13 47/16
47/17 48/1 61/24 62/1 62/17 63/9 126/22
134/14 149/24 163/8 166/3 166/9 166/16
167/2 167/6 167/9 167/11 167/15 167/22

threaten **[5]**  25/3 51/1 59/10 166/4
166/5

threatened **[16]**  107/2 126/10 127/1
127/17 132/7 132/17 142/15 143/6
145/24 147/25 148/19 149/1 149/14
159/16 161/11 168/9

threatening **[5]**  128/24 131/16 146/19
146/21 161/12

threats **[27]**  27/8 36/17 38/19 40/15
41/23 43/5 43/5 46/22 47/19 51/4 51/7
51/10 51/13 52/15 52/16 119/22 121/11
126/13 144/1 147/12 149/20 153/5
161/14 166/16 168/2 168/6 204/9

three **[24]**  48/21 61/15 62/8 62/12 62/12
73/18 73/8 86/10 86/10 87/11 88/1 93/15
98/4 99/8 115/2 115/11 116/4 124/10
124/11 146/22 207/2 207/4 207/14
207/16

threshold **[2]**  116/23 116/24

throat **[1]**  98/13

through **[68]**  17/20 26/3 31/1 31/10
32/19 35/1 35/1 35/2 35/25 40/21 49/15
49/19 50/16 51/24 52/5 53/14 56/12
57/22 57/23 58/4 61/4 61/6 66/15 75/11
78/23 91/20 94/8 96/12 102/15 103/19
103/22 103/25 108/16 111/25 122/6
123/18 137/25 144/1 151/22 153/4 154/4
171/23 173/4 174/15 183/19 184/7

**I**

**through... [22]** 184/17 184/17 185/18 188/5 188/8 189/4 189/13 192/15 192/21 193/4 193/9 194/16 195/2 195/14 199/22 202/8 203/9 203/10 205/3 212/11 214/11 223/7

**throughout [13]** 11/24 12/4 63/18 71/18 96/14 113/12 115/18 136/11 164/12 211/15 211/16 217/4 220/1

**throwing [1]** 154/3

**Thursday [2]** 214/8 214/12

**Tiaras [3]** 149/15 149/19 149/21

**tick [1]** 192/21

**tie [1]** 74/18

**tied [2]** 25/23 92/3

**Tierra [2]** 72/13 73/9

**tight [1]** 50/23

**tijeras [7]** 70/9 70/9 70/12 82/16 89/17 98/18 100/1

**time [109]** 10/13 10/14 12/6 22/18 24/6 31/21 34/6 36/5 39/8 48/3 48/4 49/18 51/14 52/14 53/17 54/7 56/6 63/16 67/6 69/21 71/6 75/5 77/17 80/4 80/10 81/19 82/12 82/19 84/1 84/4 84/9 87/24 88/21 89/1 89/12 91/1 91/4 93/5 94/25 95/17 95/20 96/7 96/14 96/21 97/12 98/6 98/16 98/20 99/1 103/19 105/10 107/25 108/17 109/13 109/23 110/12 111/21 112/3 121/25 125/12 133/15 136/13 136/14 136/21 138/11 140/5 141/9 143/9 146/4 147/6 147/10 150/7 152/6 163/9 163/13 164/1 168/22 168/24 191/23 195/8 197/21 197/21 197/22 203/2 206/14 207/12 207/20 207/25 208/20 208/23 210/5 210/5 211/17 211/24 212/13 212/13 212/19 213/12 213/20 213/21 213/24 216/9 217/8 217/9 217/19 219/4 222/14 223/7 223/10

**timeline [5]** 21/13 21/18 30/14 135/21 136/13

**times [13]** 11/2 12/1 18/1 65/25 87/21 95/8 96/6 134/5 134/24 137/14 147/11 159/9 220/1

**timing [3]** 163/3 189/8 189/16

**tip [2]** 13/5 13/6

**tire [2]** 88/14 89/5

**Tito [5]** 82/12 82/13 82/14 84/10 88/24

**today [35]** 7/16 20/23 45/5 45/16 47/9 72/1 72/4 76/23 90/19 94/9 102/1 102/10 107/8 107/25 119/13 120/6 140/10 140/21 160/11 163/25 164/16 189/6 189/8 189/9 192/12 200/1 202/14 211/7 211/8 211/16 213/3 214/3 214/24 219/5 220/4

**today's [1]** 22/5

**together [11]** 34/24 69/13 72/21 80/4 94/21 108/15 115/12 130/5 169/3 212/17 222/8

**told [44]** 24/15 41/4 41/8 42/13 48/14 49/12 51/4 51/18 52/3 52/18 53/5 53/7 54/16 58/7 61/20 61/21 63/5 67/6 68/14 68/21 72/10 73/10 93/11 103/3 107/5 110/21 110/22 116/13 116/14 117/19 136/14 142/4 144/25 145/7 145/12 150/15 153/13 155/11 157/3 163/16 164/15 164/17 165/14 203/11

**Tom [1]** 2/15

**tomorrow [17]** 44/23 170/3 170/7 172/8 181/15 192/12 211/14 212/3 212/5 213/2 213/12 214/1 221/22 221/24 222/6 222/10 222/16

**tone [1]** 19/3

**tons [1]** 129/25

**too [3]** 58/20 75/2 87/24

**took [23]** 52/16 54/3 60/11 74/21 94/9 94/12 95/23 96/2 96/6 98/7 98/12 99/16 117/25 118/11 118/3 118/20 119/15 123/5 125/3 144/9 148/6 154/6 154/23

**top [9]** 40/3 40/17 77/12 111/25 113/13 116/14 142/8 160/16 203/22

**top-ranking [1]** 40/17

**topic [7]** 44/13 45/9 47/11 116/8 164/8 195/25 197/2

**topics [6]** 44/3 45/1 115/2 116/19 196/12 196/16

**toppling [1]** 132/14

**torn [1]** 53/12

**Torres [2]** 94/14 95/10 95/12

**TORT [1]** 1/4

**total [8]** 63/7 98/20 121/21 121/23 123/12 151/17 155/6 176/17

**totaling [1]** 42/1 42/5

**totally [8]** 105/14 112/24 122/11 129/21 142/16 144/4 146/23 154/1

**touched [1]** 164/8 192/4

**touches [4]** 164/24 164/25 165/1 165/2

**towards [2]** 69/19 149/10

**town [10]** 55/20 76/19 78/6 78/14 79/25 83/12 85/21 86/20 91/25 95/25

**towns [2]** 32/2 85/11

**track [1]** 97/7

**tracked [1]** 151/11

**tracking [1]** 133/23

**trade [10]** 50/20 109/12 127/23 128/6 129/13 129/19 130/7 130/25 131/17 154/14

**traders [1]** 49/8

**trading [2]** 128/12 128/13

**tradition [1]** 87/9

**traffic [1]** 49/13

**trafficked [1]** 122/1

**trafficker [1]** 154/8

**traffickers [3]** 112/2 122/2 133/7

**trafficking [8]** 50/10 110/1 122/10 124/13 124/20 125/17 154/2 154/18

**tragedy [1]** 85/17

**tragic [3]** 81/4 81/14 81/24

**trained [1]** 123/9

**training [2]** 123/5 133/6

**transactions [2]** 42/8 107/18

**transcribed [1]** 47/2

**transcript [4]** 18/23 138/2 138/5 173/20

**transcription [1]** 225/5

**transfer [1]** 150/13

**transferred [2]** 10/24 150/15

**translated [1]** 17/21

**translates [1]** 78/11

**translation [1]** 17/24

**transparent [1]** 135/3

**transportation [2]** 33/1 154/19

**trauma [2]** 76/4 79/14

**traumatic [1]** 94/3

**traveled [3]** 71/24 85/10 89/16

**traveling [1]** 85/18

**Treasury [1]** 107/20

**treat [2]** 11/2 18/11

**treated [1]** 127/7

**treatment [1]** 113/17

**treaty [1]** 144/12

**tree [1]** 164/25

**trial [59]** 1/8 5/12 6/16 6/19 6/21 6/25 7/3 7/25 10/3 10/16 10/19 11/5 11/12 11/25 12/4 14/7 14/11 16/15 16/20 17/19 18/1 18/13 18/15 19/14 19/25 20/2 20/9 22/15 22/16 29/25 30/5 40/24 54/15 55/21 70/24 71/1 71/5 71/18 76/14 76/22 80/12 80/24 81/23 82/5 96/14 97/1 105/4 115/9 163/15 163/16 164/12 164/13 168/21 188/15 188/16 197/6 199/3 216/12 217/4

**trial's [1]** 18/3

**trials [1]** 164/18

**tried [7]** 11/3 21/5 133/25 151/13 189/6 195/10 201/2

**tries [3]** 92/6 144/17 147/15

**trigger [1]** 27/12

**tropical [3]** 109/11 111/25 112/1

**trouble [1]** 129/3

**trucks [1]** 57/13

**true [23]** 8/13 12/25 13/1 13/15 13/15 13/24 13/24 18/9 19/9 59/13 61/12 127/15 129/25 134/6 134/7 145/12 146/14 160/12 165/16 169/11 183/11 189/20 223/22

**trunk [1]** 165/3

**trusts [1]** 100/21

**truth [14]** 18/17 144/18 144/18 144/19 148/16 148/16 165/5 165/9 169/7 169/22 200/18 200/19 200/20 200/21

**Truthfully [1]** 145/21

**truthfulness [2]** 22/21 60/12

**try [15]** 40/6 46/3 115/1 122/14 128/18 133/24 167/3 182/5 190/23 195/6 195/8 208/3 214/9 218/3 221/21

**trying [30]** 5/13 28/22 40/7 53/24 85/16 88/7 89/5 92/7 103/21 104/10 110/10 115/11 116/25 121/15 123/14 123/15 140/6 170/1 181/13 181/24 183/17 183/19 186/11 190/10 201/9 202/5 205/13 205/20 211/18 222/25

**Turbo [10]** 32/3 32/8 55/20 56/12 58/4 72/7 72/7 73/1 90/24 91/6

**turn [4]** 73/21 91/1 94/13 212/22

**turned [2]** 72/12 210/14

**turning [1]** 66/19

**turns [1]** 139/7

**TV [1]** 91/16

**twice [2]** 134/24 216/14

**Twitter [1]** 14/19

**two [53]** 31/25 32/11 54/3 58/17 59/3 59/5 69/5 71/12 71/21 75/13 76/17 77/22 78/8 79/9 80/3 81/19 83/21 83/23 87/20 90/20 90/20 91/21 92/14 94/5 95/4 96/16 97/18 98/7 99/3 99/17 109/9 112/20 121/5 143/5 146/4 146/20 148/8 149/5 150/24 164/1 165/16 169/13 176/3 178/17 178/21 179/15 196/16 211/9 211/10 212/10 212/12 219/1 221/16

# T

**type [3]** 65/3 147/22 202/1
**typical [1]** 81/18
**typographical [1]** 45/20

# U

**U.S [22]** 26/5 37/22 52/18 54/21 68/16 109/14 111/8 126/10 130/3 130/5 130/5 131/2 131/2 131/6 132/20 133/3 135/22 159/19 160/5 160/16 161/15 161/25
**ultimately [3]** 37/21 100/9 100/10
**umbrellas [1]** 7/16
**unable [1]** 12/13
**unaffiliated [1]** 68/19
**unbelievably [1]** 123/16
**unchanged [1]** 47/9
**unconscious [1]** 89/1
**undeniable [1]** 42/24
**under [44]** 12/16 12/16 18/16 19/15 19/21 23/7 37/10 43/14 43/22 44/18 45/14 50/23 51/9 54/15 54/24 55/22 58/19 60/25 61/23 70/6 81/1 81/3 83/2 83/13 104/4 123/19 126/22 134/12 134/14 143/16 144/15 144/16 145/1 145/1 153/6 166/2 204/10 209/9 209/13 214/25 216/25 217/5 217/15 224/14
**underneath [2]** 224/4 224/6
**understand [35]** 6/22 10/25 15/12 21/20 34/9 44/20 45/19 48/12 61/18 65/5 65/6 65/15 65/20 67/5 67/21 82/5 97/13 97/13 97/22 97/23 100/12 100/25 108/15 161/25 172/21 180/20 204/8 204/12 205/13 205/21 205/23 216/5 217/25 218/13 221/11
**understanding [3]** 34/11 194/25 198/6
**understandings [1]** 204/13
**understood [4]** 48/5 123/13 136/4 194/11
**undocumented [1]** 42/3
**unequivocal [1]** 52/14
**unexpected [3]** 81/2 81/13 129/21
**unexpectedly [1]** 80/5
**unfamiliar [1]** 160/17
**unfortunately [4]** 94/3 112/1 181/20 192/6
**unholy [1]** 60/3
**Unidas [1]** 11/23
**unidentified [1]** 70/1
**unimportant [1]** 19/22
**union [13]** 74/10 74/11 74/24 75/24 122/20 123/1 127/8 128/7 156/7 156/8 156/9 156/11 156/18
**unions [2]** 113/18 114/3
**unique [1]** 11/10
**UNITED [24]** 1/1 1/9 24/12 24/13 24/14 24/22 25/3 25/4 28/11 30/4 37/23 38/2 38/7 38/20 40/4 104/2 107/20 109/18 128/20 131/1 133/2 154/20 155/7 155/9
**United States [22]** 24/12 24/13 24/14 24/22 25/3 25/4 28/11 30/4 37/23 38/2 38/7 38/20 40/4 104/2 107/20 109/18 128/20 131/1 133/2 154/20 155/7 155/9
**unjust [1]** 81/2
**unjustly [1]** 81/10
**unknown [1]** 110/24
**unless [5]** 8/17 13/10 141/9 219/12

29/17 80/8

**Unlike [1]** 80/8
**unload [1]** 55/24
**unloaded [1]** 57/6
**unnatural [1]** 103/15
**unquote [1]** 73/7
**unreasonable [3]** 119/6 119/20 120/14
**unrest [2]** 104/16 127/7
**unspeakably [1]** 37/17
**unspoken [1]** 106/18
**until [22]** 14/6 14/11 16/1 20/23 35/25 55/3 64/5 64/8 64/11 64/13 66/20 79/9 89/11 92/14 94/22 121/14 138/11 141/11 160/1 169/10 174/3 189/21
**unusual [1]** 10/8 10/14 171/4
**up [66]** 6/21 30/5 31/2 31/8 33/4 39/10 55/3 65/20 67/2 73/19 74/17 74/18 75/11 77/15 78/12 82/4 86/13 87/19 88/8 88/15 88/23 89/5 89/6 106/25 106/25 107/20 121/21 121/23 125/5 126/8 126/9 128/7 129/22 132/8 133/17 141/9 143/9 154/19 156/8 157/6 159/13 162/8 168/13 175/2 187/21 197/13 197/21 197/22 200/2 201/2 205/10 206/16 206/20 207/9 207/18 212/13 212/19 212/22 213/12 213/21 214/5 214/13 220/23 221/15 222/12 222/13
**upon [21]** 26/19 45/10 46/6 51/15 53/22 97/21 100/20 167/5 177/17 178/16 181/10 181/19 195/1 201/1 201/19 201/23 203/2 212/5 220/9 220/10 224/12
**upstairs [1]** 132/6
**Uraba [13]** 32/1 32/9 36/3 37/15 41/9 55/19 55/19 90/25 106/9 106/15 109/6 150/3 154/12
**Urrego [1]** 72/3
**Urumita [1]** 95/25
**us [22]** 2/16 27/16 45/17 49/12 51/4 68/1 72/1 72/4 94/15 103/16 115/10 115/11 141/10 193/5 193/14 199/4 206/8 212/8 212/23 213/13 217/7 220/20
**use [11]** 14/19 70/17 140/21 141/9 147/22 174/12 216/8 216/9 217/17 217/23 218/15
**used [18]** 28/3 32/13 32/20 40/1 48/5 49/9 49/10 50/10 50/11 50/18 59/9 66/10 147/11 147/18 147/24 168/6 173/5 218/2
**uses [1]** 15/18
**using [1]** 32/25

# V

**vacuum [2]** 81/14 181/9
**vague [1]** 134/6
**VAHLSING [1]** 1/16
**validating [1]** 146/23
**value [2]** 155/10 155/19
**Vargas [1]** 68/11
**variety [2]** 25/18 97/16
**various [5]** 18/20 84/18 85/10 181/8 196/19
**vegetables [7]** 111/14 111/16 111/19 111/20 112/7 112/8 128/18
**vehicles [1]** 59/17
**Veloza [1]** 214/5
**venue [1]** 21/4
**verdict [8]** 9/15 11/13 15/21 17/15

7/15 62/3 82/6 99/25

**verdicts [2]** 17/16 100/24
**verify [2]** 160/14 220/16
**verifying [1]** 145/24
**versatility [2]** 31/9 31/11
**version [2]** 41/15 165/13
**versus [1]** 215/14
**very [78]** 6/10 15/12 21/9 22/1 22/10 22/15 26/25 28/20 30/10 31/1 33/12 33/20 36/7 53/10 54/25 55/1 56/10 63/4 63/16 63/22 63/23 64/20 65/20 68/2 77/12 83/19 84/7 84/14 84/23 85/6 85/6 86/15 95/16 97/21 98/16 99/22 99/23 100/25 101/18 104/23 104/23 105/18 105/22 106/22 106/24 108/3 113/13 113/13 113/17 113/17 114/13 118/7 120/15 120/20 128/21 132/14 136/15 142/8 145/4 145/4 145/6 145/23 146/6 147/17 151/25 152/25 156/10 159/6 170/8 192/6 199/22 199/25 201/7 209/18 211/12 211/22 215/7 222/20
**vessel [1]** 56/15
**via [2]** 91/12 94/24
**viable [4]** 31/12 61/24 62/7 166/3
**vice [1]** 21/23
**Vicente [1]** 124/10
**vices [2]** 73/7 75/21
**vicious [2]** 124/13 125/21
**viciously [1]** 42/18
**victim [14]** 40/12 40/13 40/14 59/14 60/1 97/5 104/22 104/24 111/1 114/9 114/24 117/2 121/8 153/21
**victimization [1]** 53/22
**victimized [2]** 53/21 61/5
**victims [21]** 23/15 23/20 24/9 24/15 25/8 27/17 27/18 43/21 60/6 60/16 60/22 60/24 76/12 76/15 80/10 80/23 81/9 81/23 94/11 96/8 96/10
**Victor [11]** 71/25 72/6 72/19 72/19 72/22 72/24 73/1 73/3 73/5 73/10 76/1
**VICTORIA [2]** 1/11 90/8
**video [28]** 18/22 29/7 56/2 57/10 57/16 58/11 58/17 91/12 94/24 149/22 149/23 184/19 186/9 189/13 192/6 192/14 192/17 193/1 193/5 194/19 202/18 207/6 213/10 215/9 215/12 215/21 220/18 221/25
**videos [3]** 97/15 202/8 213/22
**videotape [2]** 29/4 99/21
**videotaped [5]** 54/16 58/1 70/24 71/2 189/2
**view [8]** 53/9 86/8 86/21 87/2 87/4 88/4 197/5
**views [1]** 18/6
**Villa [12]** 76/18 76/24 77/1 77/5 77/9 77/21 77/23 78/3 79/16 79/22 80/9 81/12
**Villa's [6]** 77/13 77/15 78/1 79/3
**village [4]** 69/15 69/19 69/22 69/24
**villages [2]** 32/2 38/5
**Villas [1]** 80/8
**violate [1]** 20/1
**violated [5]** 26/5 26/8 197/13 199/11 199/13
**violating [1]** 52/24
**violation [4]** 136/9 177/12 197/23 199/9
**violations [1]** 53/2

**V**

**violence [44]** 25/9 27/8 27/9 33/9 33/13 34/8 35/23 36/6 36/7 36/12 36/17 37/2 37/8 37/16 39/5 40/5 40/14 40/15 41/23 42/22 47/13 47/14 48/9 49/23 50/2 50/8 50/20 50/25 51/7 52/17 60/4 60/10 60/16 63/15 80/10 88/20 94/2 147/11 147/12 147/18 147/22 147/24 166/4 167/22

**violent [11]** 24/21 25/15 34/3 34/21 42/17 42/19 42/21 126/24 143/18 143/22 144/2

**violently [1]** 34/18

**visible [1]** 134/1

**visit [3]** 15/6 75/12 116/4

**visiting [1]** 91/6

**vmestrada [1]** 1/14

**voice [1]** 19/3

**voir [2]** 103/9 172/11

**Volume [1]** 1/6

**volumes [2]** 212/10 212/12

**voluntarily [12]** 52/4 57/18 62/13 62/14 127/7 127/11 176/22 178/4 204/9 206/6 206/12 206/15

**voluntary [2]** 12/15 104/13

**W**

**wage [3]** 156/13 156/14 156/15

**wages [2]** 31/6 123/11

**wait [9]** 20/23 20/24 55/13 64/8 64/11 64/13 141/11 169/9 220/7

**waiting [3]** 25/10 25/11 66/17

**waits [1]** 26/21

**waive [1]** 205/7

**walk [2]** 87/24 88/12

**walked [2]** 21/12 89/6

**walking [4]** 7/15 21/22 115/10 171/17

**wall [1]** 165/1

**want [72]** 6/17 14/8 14/13 16/7 43/18 48/19 48/21 55/8 61/14 62/25 64/7 64/10 64/11 65/5 78/3 97/6 97/10 97/15 97/25 98/21 100/5 100/12 103/8 105/16 115/3 115/21 122/12 135/9 136/18 138/21 140/25 141/16 144/11 146/13 147/6 148/4 148/12 150/16 158/1 158/1 163/15 171/21 171/23 172/4 176/6 179/3 181/3 183/3 184/21 189/3 189/18 190/25 191/9 192/21 199/15 204/22 205/5 205/14 205/24 207/24 210/6 210/25 212/24 216/22 217/10 217/18 218/19 218/20 218/23 219/24 223/13 224/20

**wanted [33]** 5/16 51/2 78/3 78/19 100/2 110/2 110/2 120/6 120/7 122/5 124/23 124/23 125/13 125/16 125/18 128/21 128/22 132/18 132/19 141/7 150/15 150/16 150/17 150/18 171/15 171/19 189/7 189/8 194/9 205/14 209/23 210/24 224/21

**wanting [2]** 67/11 78/22

**wants [3]** 44/1 155/21 221/13

**war [28]** 33/6 33/11 34/2 34/4 34/11 37/16 37/19 38/24 39/19 53/12 60/11 103/19 108/18 108/22 110/13 110/14 110/19 110/19 110/25 111/1 117/4 118/9 119/18 126/2 126/7 126/18 135/7 151/24

**war-ravaged [1]** 34/2

**war-torn [1]** 53/12

**warehouse [2]** 56/1 56/23

**warn [1]** 91/25

**warned [1]** 74/24

**warning [1]** 53/6

**warring [2]** 110/6 149/12

**was [705]**

**Washington [5]** 1/19 2/10 2/13 21/22 25/6

**wasn't [17]** 41/10 59/14 83/18 87/13 93/24 103/4 113/23 119/8 120/24 132/8 137/11 155/12 155/12 165/11 165/12 171/24 172/16

**waste [1]** 188/22

**watch [2]** 19/25 202/8

**watching [1]** 91/16

**water [2]** 154/3 155/23

**wave [1]** 80/10

**way [41]** 11/17 15/16 19/1 24/13 29/4 33/15 36/25 41/13 50/5 52/6 53/23 62/14 62/15 63/9 66/3 66/4 74/20 84/8 85/19 85/25 86/3 104/19 113/2 118/21 119/5 126/5 127/4 138/17 144/12 145/19 151/19 156/8 177/14 177/18 208/24 210/4 211/19 213/11 215/13 216/15 219/14

**Waynestey [3]** 79/18 79/20 81/17

**ways [1]** 15/18

**we [420]**

**we'd [3]** 64/13 141/8 214/16

**we're [2]** 211/18 214/11

**We've [1]** 193/18

**wealth [1]** 59/12

**wealthy [1]** 123/17

**weapons [11]** 27/13 32/23 48/6 50/11 56/14 57/21 58/20 59/16 72/10 146/7 151/6

**wear [1]** 52/5

**wearing [2]** 170/13 209/17

**weather [1]** 31/5

**websites [2]** 14/17 15/1

**Wednesday [2]** 79/19 214/20

**week [1]** 188/15

**weeks [12]** 30/7 67/13 67/24 68/1 90/12 93/3 94/16 105/5 115/11 169/15 185/19 188/22

**weight [3]** 7/24 16/13 215/13

**welcome [4]** 6/12 67/19 102/22 221/13

**well [58]** 17/1 17/5 30/12 33/20 56/1 57/16 65/10 66/1 66/9 68/2 73/11 74/25 79/4 83/19 85/5 85/8 86/15 87/14 87/23 90/10 102/9 112/2 113/5 115/10 115/23 119/24 123/9 123/14 124/8 126/5 127/8 132/2 138/15 139/6 140/18 141/11 160/18 161/25 173/12 175/16 182/14 185/23 187/19 189/24 190/18 197/4 205/19 207/17 208/19 210/9 211/2 213/1 214/17 216/24 217/12 222/15 223/10 223/25

**wells [5]** 3/11 3/13 225/7 225/7 225/9

**Wendy [2]** 83/16 83/19

**went [35]** 41/16 48/16 48/16 52/24 56/2 74/14 78/10 80/3 87/15 87/18 88/1 88/23 89/10 92/20 95/12 96/3 99/9 104/19 105/23 109/17 112/17 127/13 129/22 129/22 133/5 135/25 155/6 157/10 157/11 161/7 165/17 165/18 178/11

**were [234]**

**weren't [6]** 80/8 80/13 129/14 129/15 207/9 212/11

**West [3]** 1/3 1/13 2/20

**wet [2]** 7/15 7/16

**what [284]**

**what's [20]** 12/23 17/1 18/14 18/21 65/6 65/9 82/2 85/21 157/5 166/21 169/11 169/11 175/12 184/4 185/14 185/16 205/2 210/11 216/5 220/10

**whatever [14]** 6/1 7/24 31/6 44/16 79/24 121/19 122/2 122/5 141/13 155/21 189/21 208/18 215/18 220/24

**whatsoever [1]** 14/23

**when [117]** 6/8 8/20 9/3 9/9 9/12 9/19 10/6 14/3 16/4 21/12 22/11 24/12 25/15 26/5 28/10 28/17 31/3 34/6 37/24 41/2 46/12 47/15 47/17 48/4 50/14 50/21 51/5 51/10 52/21 58/3 63/15 65/11 65/12 65/20 68/16 69/11 69/12 70/1 71/2 71/7 72/15 72/20 74/4 74/20 75/14 76/3 76/10 76/20 77/19 79/11 80/5 80/25 81/3 81/3 81/12 81/17 82/1 83/22 84/7 85/13 87/20 88/11 88/24 89/2 89/20 93/22 95/11 105/2 105/4 105/6 110/19 115/16 117/19 118/20 118/24 119/19 121/16 121/21 121/23 122/24 129/7 129/12 132/20 133/15 135/23 138/13 138/16 139/12 139/10 144/17 144/21 150/20 156/19 157/18 161/23 167/11 169/14 169/21 172/8 184/24 189/1 189/16 192/12 199/18 199/22 200/23 206/13 207/25 208/10 213/1 213/5 216/12 218/5 218/25 220/3 221/5 221/14

**where [53]** 20/22 21/19 30/22 31/12 36/2 44/21 45/15 65/13 72/8 72/10 73/23 74/10 75/19 78/15 84/12 85/18 85/22 86/1 86/5 86/9 86/10 86/19 86/19 87/11 87/25 89/17 92/21 93/11 95/24 98/19 109/10 111/20 138/3 141/6 146/4 154/7 157/16 168/23 172/22 174/10 175/20 175/21 182/6 185/16 191/5 194/21 195/16 196/22 198/19 200/9 206/11 206/17 208/16

**Whereupon [2]** 149/22 149/23

**wherever [2]** 31/16 39/1

**whether [33]** 7/22 13/9 16/11 20/22 23/19 25/13 25/14 38/22 39/17 47/20 64/7 67/22 104/3 135/10 138/8 172/1 172/5 173/10 174/3 174/4 177/16 189/19 191/21 195/19 198/1 199/23 202/9 212/18 216/25 217/7 217/13 217/20 221/5

**which [130]** 7/16 8/4 8/5 9/15 9/16 9/21 11/14 11/20 12/3 15/6 16/16 17/7 17/13 20/15 22/14 23/4 23/15 23/22 42/22 46/6 46/9 48/5 48/10 56/7 57/22 60/7 69/15 73/2 75/13 78/11 83/12 84/15 84/16 86/25 87/5 87/11 87/16 95/5 97/17 98/17 100/1 105/21 106/4 108/16 109/5 109/6 110/8 110/9 112/2 114/13 115/4 118/4 121/21 128/19 130/8 131/10 133/1 144/13 148/3 153/23 154/6 154/11 154/11 154/13 155/9 158/12 158/23 160/5 160/22 161/8 162/7 162/15 163/12

**W**

**which...** [57] 166/8 166/14 167/5 167/8 170/20 170/22 173/7 174/12 174/22 175/1 176/25 177/1 177/11 178/4 178/5 178/20 179/8 179/8 179/9 179/10 179/11 179/11 179/13 179/24 180/1 180/1 180/3 180/4 180/4 180/7 180/7 180/9 180/9 180/11 180/12 180/14 180/14 180/15 180/17 186/25 190/24 192/12 196/24 198/6 200/3 200/9 200/18 201/22 204/16 204/22 205/5 207/16 213/3 214/3 215/12 215/13 220/4

**while** [20] 9/22 11/10 14/1 26/22 33/15 34/3 34/6 35/7 35/12 35/17 35/21 36/23 43/4 59/2 62/10 74/23 95/3 123/15 157/1 213/22

**white** [10] 58/6 65/24 87/3 95/19 116/16 210/12 210/13 210/14 210/19 214/6

**who** [139] 11/21 13/12 13/13 19/21 23/9 24/3 24/19 24/20 26/20 26/21 26/24 27/18 29/4 40/25 45/4 46/2 48/1 50/22 54/13 56/6 57/11 61/4 61/9 66/24 67/23 70/7 71/21 71/25 72/3 72/15 73/17 73/21 74/19 74/21 75/5 76/15 77/8 77/17 78/24 79/2 79/16 80/6 80/11 80/14 81/10 81/11 82/21 84/3 88/8 88/11 88/19 88/24 90/10 90/11 90/18 90/23 91/11 91/24 91/25 92/23 93/1 93/11 93/14 93/19 94/1 94/14 96/5 96/17 96/17 96/19 96/25 97/1 97/4 97/4 98/4 98/5 98/5 98/24 99/1 99/3 99/8 99/13 100/10 108/13 115/21 117/20 118/2 118/11 120/10 121/13 121/14 124/17 125/18 127/4 128/8 128/15 132/5 134/20 134/22 135/8 135/8 135/16 142/20 144/7 145/22 146/14 147/20 149/7 150/2 150/25 151/18 151/19 151/21 151/22 156/7 156/20 156/21 157/24 158/22 160/9 163/18 166/4 166/5 167/1 168/3 168/4 172/13 199/11 209/15 211/3 213/25 214/4 215/8 218/1 222/25 223/5 223/14 224/2 224/4

**whole** [23] 72/11 85/22 100/16 103/6 103/7 107/6 108/1 108/10 111/13 112/5 115/13 115/18 132/13 154/13 165/12 165/22 168/11 169/17 189/3 200/2 206/6 212/15 212/16

**wholly** [2] 33/21 209/9

**whom** [7] 45/23 47/16 47/17 68/11 166/15 166/16 168/3

**whose** [3] 25/9 59/3 142/13

**why** [34] 15/12 15/13 21/20 24/17 25/19 25/20 55/1 58/2 64/14 72/20 73/4 82/6 83/7 85/12 100/1 109/3 112/2 118/12 135/21 140/14 141/11 153/15 153/24 164/16 165/7 180/4 181/24 197/10 215/8 220/7 220/8 221/3 222/13 222/15

**WICHMANN** [4] 3/1 4/5 67/9 68/5

**wide** [3] 25/18 31/1 32/9

**widely** [1] 49/17

**widespread** [3] 27/6 40/5 48/8

**widow** [3] 68/12 70/20 93/24

**wife** [10] 82/21 82/25 83/3 83/11 91/10 91/10 95/10 96/17 97/1 98/13

**will** [460]

**WILLIAM** [3] 2/1 3/1 82/9

**willing** [2] 35/23 60/2

**willingly** [3] 35/13 35/10 93/19

**win** [1] 150/19

**wing** [3] 34/16 35/7 59/21

**wish** [2] 15/24 183/23

**withdraw** [5] 53/23 174/19 174/19 206/4 206/8

**withheld** [1] 158/21 158/22

**within** [5] 30/20 30/21 31/1 31/16 111/24

**without** [17] 10/15 27/21 27/24 39/4 39/22 51/12 63/11 63/12 73/19 75/11 79/8 107/18 136/10 184/22 195/7 203/1 222/5

**witness** [63] 7/14 7/18 8/15 8/17 8/18 8/21 8/24 9/1 9/17 9/17 9/18 9/23 9/24 10/5 10/8 10/9 10/15 16/8 17/1 18/16 19/1 19/17 29/2 29/3 29/4 29/5 47/3 99/20 99/23 99/25 148/1 152/6 155/18 156/6 168/12 173/1 184/3 184/7 186/10 186/15 187/17 188/9 188/14 188/16 189/2 189/5 189/19 189/22 190/21 194/5 201/25 202/14 208/5 208/8 208/12 208/13 215/8 216/4 216/12 217/6 217/21 218/24 223/18

**witness'** [12] 8/12 9/19 9/20 9/22 9/22 9/25 10/1 10/7 10/17 18/13 18/15 65/14

**witnessed** [1] 87/1

**witnesses** [25] 10/3 11/7 13/11 15/25 16/4 16/22 16/25 17/3 17/4 18/20 20/23 59/11 99/8 102/1 111/4 150/21 155/17 184/16 184/17 188/22 190/3 213/25 214/8 214/12 214/12

**Wolf** [1] 175/24

**woman** [2] 80/6 94/1

**women** [1] 71/12

**won** [2] 85/1 85/2

**won't** [8] 65/17 94/7 128/25 129/4 131/19 140/9 153/9 187/17

**wondered** [1] 88/19

**wonderful** [1] 195/4

**word** [3] 46/25 78/23 169/8

**worded** [2] 28/20 174/8

**words** [8] 15/18 75/4 129/14 131/5 131/11 169/13 169/14 178/10

**work** [32] 44/16 69/9 74/8 80/14 84/11 86/6 86/14 87/17 87/19 87/20 88/9 88/9 88/15 89/6 90/8 99/9 103/25 113/8 114/3 115/23 122/20 134/20 142/16 150/15 158/4 195/5 202/6 212/1 212/16 212/23 214/5 222/9

**workable** [3] 211/22 213/12 222/2

**worked** [26] 33/20 33/20 40/18 58/22 58/23 72/21 73/24 74/1 75/19 77/3 79/17 79/23 84/15 84/17 84/18 84/21 86/5 112/21 115/22 120/3 125/1 135/8 156/8 168/4 202/16

**worker** [6] 82/23 84/14 84/19 89/21 148/20 148/24

**workers** [32] 31/5 59/10 74/13 112/25 113/3 113/8 113/16 113/18 113/22 120/1 120/2 120/5 120/8 122/20 122/25 123/5 123/7 123/8 123/12 123/24 127/8 132/9 132/11 132/18 135/14 150/16 156/4 156/4 156/11 158/1 158/5 158/5

**workforce** [5] 59/23 113/15 123/6 123/15 163/5

**working** [6] 51/6 79/24 123/16 176/2 212/15 212/16

**works** [1] 170/24

**world** [18] 22/3 22/3 32/14 33/23 95/22 109/13 109/14 111/13 111/17 112/5 112/16 112/22 127/14 127/23 130/7 130/25 131/22 159/5

**worried** [1] 80/12

**worry** [2] 68/1 97/10

**worse** [2] 34/4 37/2

**worst** [1] 80/15

**worth** [1] 36/13

**would** [106] 5/17 10/14 20/1 27/18 27/20 27/24 28/3 29/16 45/2 47/20 48/13 48/15 48/15 48/19 49/8 61/19 61/21 61/22 74/7 74/11 74/25 78/7 85/17 87/24 98/10 102/1 102/9 103/15 103/15 103/15 116/15 118/17 119/25 120/1 120/2 126/24 128/12 129/12 129/16 129/19 132/3 132/10 132/17 133/9 136/21 137/8 139/4 140/12 141/6 143/2 143/8 143/12 143/22 143/25 144/23 144/24 145/8 145/17 146/12 146/15 151/19 159/14 159/14 161/24 165/15 165/15 165/25 166/1 167/21 168/7 168/9 168/9 171/2 172/4 177/10 182/22 190/20 191/16 195/4 195/7 195/22 196/12 198/2 199/20 200/4 200/5 201/4 201/9 201/14 202/6 202/15 207/12 207/14 208/7 208/14 208/22 212/6 213/6 214/15 215/4 215/21 216/24 218/5 219/11 219/14 219/14

**wouldn't** [2] 97/7 208/23

**wounds** [1] 77/24

**wrenching** [1] 84/5

**wrestle** [1] 133/9

**write** [2] 113/7 160/21

**writing** [3] 19/15 19/17 38/18

**written** [1] 19/12

**wrong** [16] 19/23 31/15 47/6 80/9 80/9 91/4 91/4 103/15 106/1 106/23 127/20 132/11 139/10 188/2 194/11 194/12

**wrongdoing** [1] 23/20

**wrongful** [1] 21/3

**wrs3** [1] 2/4

**WTO** [1] 131/1

**wwichmann** [1] 3/3

**wyatt** [2] 1/17 1/21

**X**

**Xerox** [2] 203/15 206/1

**Y**

**Yaneris** [1] 98/5

**Yeah** [1] 102/5

**year** [14] 22/5 46/12 47/10 68/23 69/19 72/12 73/6 99/4 99/5 121/22 123/18 154/8 155/23 167/11

**years** [56] 5/12 21/21 25/20 29/23 30/9 42/4 46/19 54/3 55/2 60/11 63/13 68/16 69/5 69/5 69/11 69/12 69/13 70/23 72/22 73/19 75/5 75/9 75/14 79/9 83/2 83/14 83/21 83/23 83/25 84/2 84/3 84/18 86/1 86/5 91/2 92/23 93/20 94/20 94/22 94/25 95/17 95/17 95/18 95/20 96/17 96/20 98/6 103/21 113/21 121/24 130/10 130/16 156/14 200/16 200/22 209/6

**Y**

**yes [60]**  5/6 5/7 6/5 6/8 48/11 61/7 61/7
63/1 63/4 66/4 66/23 68/7 70/9 96/9
102/11 102/18 102/19 141/4 142/24
145/1 145/10 145/15 145/20 146/8
146/12 146/17 147/23 147/23 147/25
148/1 148/1 170/11 172/10 175/9 179/16
179/18 179/21 183/13 186/8 187/12
191/3 191/7 192/23 193/11 193/16
203/17 203/21 204/18 206/21 209/23
210/16 212/4 215/19 217/13 219/12
219/24 221/23 222/20 223/4 224/8
**yesterday [5]**  11/20 103/9 103/18
202/13 214/23
**yet [4]**  80/13 105/6 108/24 181/16
**yo [1]**  69/1
**York [1]**  1/24
**you [991]**
**you'd [2]**  215/15 216/20
**young [8]**  73/25 74/4 76/3 79/21 84/7
89/21 134/3 134/10
**younger [1]**  93/16
**youngest [5]**  73/18 92/22 94/24 95/23
96/19
**your [243]**
**yourself [1]**  52/4
**yourselves [4]**  56/18 64/10 135/20
169/4
**YouTube [1]**  14/19
**Yuleidys [1]**  98/5

**Z**

**zone [10]**  30/20 31/1 31/2 34/2 59/21
112/1 112/1 123/9 128/12 128/13
**zones [3]**  33/8 37/15 129/19
**Zuleima [1]**  98/5
**Zungo [1]**  55/21