UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:

**ATS ACTIONS:**

08-80421-CIV-MARRA (NJ Action)
18-80248-CIV-MARRA (NJ Action)
_____/

### PLAINTIFF JANE DOE 7'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Jane Doe 7, Elvia Gomez Urrego, has elected not to testify at trial; consequently, she has elected to voluntarily dismiss her claims.

Plaintiffs' counsel notified Chiquita's counsel of Ms. Gomez's intent to dismiss her claims on Monday, May 6, 2024, and asked whether Chiquita would stipulate to dismissal of her claims on the same terms as the dismissal of the claims against the Individual Defendants. *See* Ex. A; *cf.* DE 3515. Chiquita's counsel has not responded.

Thus, we ask that this Court dismiss Ms. Gomez's claims with prejudice pursuant to Rule 44(a)(2), as indicated in the attached Proposed Order.

Dated: May 12, 2024

Respectfully submitted,

*/s/ Marco Simons*
Marco Simons
marco@earthrights.org
EarthRights International
1612 K Street NW #800
Washington, DC 20006
(202) 466-5188