# Exhibit A



Marco Simons <marco@earthrights.org>

## Chiquita: dismissal of Elvia Gomez Urrego
2 messages

**Marco Simons** <marco@earthrights.org>     Mon, May 6, 2024 at 4:26 PM
To: "Cioffi, Michael L." <Cioffi@blankrome.com>, "Stewart, Thomas H." <Stewart@blankrome.com>, "Dante, Frank" <Dante@blankrome.com>, "Murphy, Melissa F." <MFMurphy@blankrome.com>, "Gopal, Serena" <serena.gopal@blankrome.com>, "Stoolman, Michael A." <michael.stoolman@blankrome.com>
Cc: Jack Scarola <JSX@searcylaw.com>, "Kroeger,Leslie" <lkroeger@cohenmilstein.com>, "Fryszman, Agnieszka" <afryszman@cohenmilstein.com>, Rick Herz <rick@earthrights.org>, Marissa Vahlsing <marissa@earthrights.org>

Dear Counsel,
I write to let you know that our client, Elvia Gomez Urrego, has decided not to testify and consequently we seek your consent to a stipulation voluntarily dismissing her claims. We would propose the same terms used for the dismissal of the claims against the Individual Defendants. If we cannot come to agreement, we will move the Court. I am available to discuss at your convenience.

Sincerely,
Marco

--
Marco Simons (he/him)
General Counsel
EarthRights International
1612 K Street NW #800
Washington, DC 20006
202-466-5188 x103
marco@earthrights.org
Admitted to practice in the District of Columbia, California, and Washington (inactive).

**Marco Simons** <marco@earthrights.org>     Sun, May 12, 2024 at 1:32 PM
To: "Cioffi, Michael L." <Cioffi@blankrome.com>, "Stewart, Thomas H." <Stewart@blankrome.com>, "Dante, Frank" <Dante@blankrome.com>, "Murphy, Melissa F." <MFMurphy@blankrome.com>, "Gopal, Serena" <serena.gopal@blankrome.com>, "Stoolman, Michael A." <michael.stoolman@blankrome.com>
Cc: Jack Scarola <JSX@searcylaw.com>, "Kroeger,Leslie" <lkroeger@cohenmilstein.com>, "Fryszman, Agnieszka" <afryszman@cohenmilstein.com>, Rick Herz <rick@earthrights.org>, Marissa Vahlsing <marissa@earthrights.org>

Dear Counsel,
We have heard nothing from you on this. We would still like to stipulate, but if we do not hear from you we will file a motion for voluntary dismissal.

Sincerely,
Marco

[Quoted text hidden]