```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                      CASE NO. 08-md-01916

IN RE: CHIQUITA BRANDS,            West Palm Beach, Florida
INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND             May 31, 2024
SHAREHOLDERS DERIVATIVE
                                   8:30 a.m. - 5:51 p.m.

                                   Volume 24
                                   Pages 1 - 312
---------------------------------------------------------

                    JURY TRIAL DAY 24
           BEFORE THE HONORABLE KENNETH A. MARRA
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF(S):  JOHN SCAROLA
                       VICTORIA MESA-ESTRADA
                       MARIANO GARCIA
                       Searcy Denney Scarola Barnhart & Shipley
                       2139 Palm Beach Lakes Boulevard
                       West Palm Beach, FL 33402-3626
                       _scarolateam@searcylaw.com
                       vmestrada@searcylaw.com

                       MARCO SIMONS
                       MARISSA VAHLSING
                       RICHARD L. HERZ
                       WYATT GJULLIN
                       MARYUM JORDAN
                       EarthRights International
                       1612 K. Street, NW
                       Suite 800
                       Washington, DC 20006
                       marco@earthrights.org
                       marissa@earthrights.org
                       rick@earthrights.org
                       wyatt@earthrights.org
                       maryum@earthrights.org
```

```
APPEARANCES: (Continued)
FOR THE PLAINTIFF(S):  JONATHAN C. REITER
                       Jonathan C. Reiter Law Firm, PLLC
                       350 Fifth Avenue
                       Suite 6400
                       New York, NY 10118
                       jcreiter@jcreitlerlaw.com

                       WILLIAM ROBERT SCHERER, III
                       Conrad & Scherer, LLP
                       633 S. Federal Highway
                       4th Floor
                       Fort Lauderdale, FL 33301
                       wrs3@conradscherer.com

                       ERIC JAMES HAGER
                       Conrad & Scherer LLP
                       Edificio Officenter, Oficina 304
                       Avenida Pampite S/N y Chimborazo -
                       Cumbay
                       Quito 170901
                       ehager@conradscherer.com

                       TERRENCE P. COLLINGSWORTH
                       Conrad & Scherer, LLP
                       1156 15th Street, NW, Suite 502
                       Washington, DC 20009
                       tc@iradvocates.org

                       NICHOLAS J. JACQUES
                       AGNIESZKA M. FRYSZMAN
                       Cohen Milstein
                       1100 Fifth Floor
                       Washington, DC 20005
                       njacques@cohenmilstein.com
                       afryszman@cohenmilstein.com

                       LESLIE KROEGER
                       Cohen Milstein Sellers & Toll PLLC
                       11780 US Highway 1, Suite 500N
                       Palm Beach Gardens, FL 33408-3042
                       lkroeger@cohenmilstein.com

                       JAMES KELLOGG GREEN
                       James K. Green
                       222 Lakeview Avenue
                       Suite 1650 Esperante
                       West Palm Beach, FL 33401
                       jkg@jameskgreenlaw.com
```

```
APPEARANCES: (Continued)
FOR THE PLAINTIFF(S):   WILLIAM J. WICHMANN
                        12 SE 7th Street
                        Suite 609
                        Fort Lauderdale, FL 33301
                        Email: wwichmann@me.com

                        GABRIELA PAOLA VALENTIN DIAZ
                        3460 14th St NW
                        Apt 443
                        Washington, DC, DC 20010
                        gpvalentind@gmail.com

FOR THE DEFENDANT(S):   MICHAEL L. CIOFFI
                        FRANK A. DANTE
                        MELISSA FUNDORA-MURPHY
                        SERENA GOPAL
                        MICHAEL STOOLMAN
                        Blank Rome Comisky & McCauley LLP
                        1700 PNC Center
                        201 E. Fifth Street
                        Cincinnati, OH 45202
                        cioffi@blankrome.com
                        dante@blankrome.com
                        mfmurphy@blankrome.com
                        serena.gopal@blankrome.com
                        michael.stoolman@blankrome.com




REPORTED BY:            ELLEN A. RASSIE, RMR, CRR
                        Official Court Reporter
                        299 E. Broward Blvd., Room 207-C
                        Fort Lauderdale, FL 33301
                        ellen_rassie@flsd.uscourts.gov
```

I N D E X

DESCRIPTION                                        PAGE

Examination of:

ROBERT OLSON

Cross                  by Mr. Reiter              22

Redirect               by Mr. Cioffi             83

DAVID GADDIS

Direct                 by Mr. Dante              97

Cross                  by Ms. Fryszman          157

Redirect               by Mr. Dante             173

JORGE RESTREPO

Direct                 by Ms. Fundora-Murphy    184

```
 1   (Case called to order of the court at 8:30 a.m.)

 2           THE COURT:  Morning, everyone.  Please be seated.

 3           MR. CIOFFI:  Good morning, your Honor.

 4           THE COURT:  All right.  I believe, maybe I'm wrong,

 5   but the only things coming up that we have to talk about

 6   immediately is -- or soon is the -- are the objections to the

 7   Restrepo or the slides for the Restrepo testimony, I think,

 8   unless there's something more pressing.

 9           MR. HAGER:  Yes.  Good morning, Judge.  We're happy

10   to start with the Restrepo slides this morning.

11           THE COURT:  Okay.  I just have some questions,

12   clarification.  I saw the defendant's response to your

13   objections.  I've looked at your objections that Ms. Kroeger

14   gave me last night, and I looked at the defendant's responses.

15           So on slide 7, there was an objection relating to

16   state action, and I guess I need some clarification from the

17   defense on this slide.  I didn't understand that there was

18   going to be any testimony from Professor Restrepo that

19   suggested that the military forces and the AUC was somehow in a

20   symbiotic relationship; am I correct?

21           MS. FUNDORA-MURPHY:  You're correct, your Honor.

22   This slide just depicts the general conflict of the military

23   fighting the groups.  That's all.

24           THE COURT:  So why would this be objectionable under

25   that, my ruling that state action is not involved in the case?
```

 1          MR. HAGER:  Because we feel like this slide is

 2    indicating that there's no symbiotic relationship.  In essence,

 3    it's saying that the military, the State forces fought with the

 4    paramilitaries.  So that's essentially saying there's no state

 5    action.

 6          If we can't say that the military and the

 7    paramilitaries collaborated with each other, then they

 8    shouldn't be able to say that the military and the

 9    paramilitaries fought each other.  It's two -- you know, it's

10    two sides of the same argument.  If we can't make ours, they

11    shouldn't be able to make theirs.

12          THE COURT:  All right.  Well, did he give those

13    opinions in his report or was that something that --

14          MR. HAGER:  No.

15          THE COURT:  -- is new, that he's never opined or

16    discussed in his testimony or in his report that the military

17    and the paramilitaries and the guerillas were all fighting one

18    another?

19          MR. HAGER:  I understand from my colleagues that that

20    wasn't an argument from his report -- that wasn't an opinion

21    from his report.

22          THE COURT:  All right.  Ms. Fundora-Murphy.

23          MS. FUNDORA-MURPHY:  Sure, your Honor.  It's really

24    just historical fact.  The general has testified about it.

25    That's just what happened in the armed conflict.

1             It is actually in his report.  He talks about clashes

2        with the state forces, law enforcement, and state military

3        fighting the different groups.

4             I mean, again, this is not a central part of his

5        opinion, but it is certainly relevant because the state forces

6        are considered one of the conflict groups.  So it's not a state

7        action opinion.  It's the same type of historical background

8        that has already been testified to by others.

9             MR. HAGER:  And I'd submit to the court that the fact

10       that there was state action, that there was collaboration, is

11       also an historical fact.  So if we're not allowed to put in

12       that historical fact, they shouldn't be able -- they shouldn't

13       be able to put in the opposite historical fact.

14            THE COURT:  I don't see how state action is really

15       involved in the case or lack of state action, so --

16            MR. HAGER:  That's our point.

17            THE COURT:  Well, I'm talking about it being an

18       impermissible area to talk about.  I mean, is there any need to

19       have this slide in, in your presentation, or the ones that

20       relate to this conflict involving the military?

21            MS. FUNDORA-MURPHY:  It is relevant to his opinion,

22       your Honor, because he talks about statistics and attributing

23       various conflict deaths to different groups, and the state

24       actor was a conflict group.  I mean, any academic will tell you

25       that.

1          And again, it's just pure background.  He's not going

2    to opine that there was no symbiotic relationship or there was.

3    That's not at all part of his opinion.  It's just sheer fact

4    that the Colombian military was trying to get this conflict

5    under control.  That's all.

6          THE COURT:  All right.  Well, I'm going to allow the

7    limited testimony.  I don't think it really gets to the central

8    issue of state action which was, you know, not an issue for

9    resolution in this case.

10         So just as a matter of background, I'm pretty sure

11   we've heard testimony about the military being involved with in

12   conflict with various groups.  So I'll overrule the objection

13   to that slide.

14         Then I have a question about the slides that you

15   objected to the definition of banana municipalities.  What is

16   that objection?  I didn't quite understand what you're

17   objecting to.  I didn't see anything about municipalities

18   defined in any of these slides.

19         MR. HAGER:  That was our objection.  It's an

20   ambiguity objection.  We don't know what they're talking about

21   when they talk about banana growing municipalities.  There's

22   some citation to data in some of these slides, but this one to

23   us was very ambiguous.  We simply could not evaluate the slide

24   without knowing which of the banana growing municipalities at

25   issue.  And it will be too late once Mr. Restrepo is up on the

1  stand to be able to cross-examine him about that.  We need to

2  know in advance which of the banana growing municipalities, and

3  the slides don't indicate that.

4        MS. FUNDORA-MURPHY:  Your Honor, I think, with all

5  due respect, it's pretty obvious.  It's the municipalities

6  where bananas are grown, where the deaths at issue took place.

7  It's something that Professor Kaplan's opined on regional

8  areas.  And he's just giving the same analysis.

9        If you look at trends on a national level versus you

10  look at trends on a regional level, obviously the relevant

11  region here are the banana growing regions.  That's all it is.

12  It's Urabá and the Magdalena region.  And then the

13  municipalities are within those regions, of course.  But to me,

14  municipality is the same as our towns and cities.

15        MR. HAGER:  Those are two very different issues.  One

16  could be all of the banana growing municipalities or towns.

17  That could be one universe of towns.  The other universe could

18  be all of the banana growing municipalities where our victims

19  are from.  That's a much smaller universe.  And so we don't

20  know if these charts relate to the entire banana growing region

21  just a subset of the region.

22        THE COURT:  All right.  Well, I think that's

23  something you can bring out on cross-examination or direct.  I

24  mean, through either direct testimony or cross-examination.  So

25  I'm going to overrule those objections.

```
 1              Then on slide 35, 35 I understand that the document

 2    that's -- there's a photograph of a document that I understand

 3    is in evidence; is that correct?

 4              MS. FUNDORA-MURPHY:  That's correct.

 5              THE COURT:  What about the slide on -- I'm sorry.

 6    Not the slide, but the diagram.  That in evidence?

 7              MS. FUNDORA-MURPHY:  Yes, your Honor.  That comes

 8    from that same document.

 9              THE COURT:  Okay.  All right.  And then on slide 36,

10    there's a quote from testimony that was given during the trial.

11              MS. FUNDORA-MURPHY:  Yes, your Honor.

12              THE COURT:  Why does it start with an answer, rather

13    than a question?

14              MS. FUNDORA-MURPHY:  That is a fair question, your

15    Honor.  We can fix that.  I'd have to look at the transcript.

16    It wasn't intentional.  It's just the relevant part of his

17    testimony that we want to highlight.

18              THE COURT:  So again, what are the objections to

19    these since he's commenting on evidence that was presented

20    during trial?

21              MR. HAGER:  Sure.  As to slide 35, our concern was

22    that it was outside of the expert's -- of Mr. Restrepo's

23    rebuttal report opinions.  We don't think he should be opining

24    about things that are outside of his report.

25              Same thing for slide 36.  We think it's outside the
```

```
 1    scope of his opinions, so he shouldn't be allowed to testify on

 2    it.

 3              THE COURT:  But he's responding to -- I believe he's

 4    responding to evidence that was presented during the trial.  So

 5    why shouldn't he be able to do that?

 6              MR. HAGER:  Because we were not able to prepare for

 7    that, for example, in his deposition.  He should be limited to

 8    responding or testifying about his disclosed opinions.  These

 9    go beyond his disclosed opinions, and we object to that.

10              THE COURT:  So what opinions is he going to give

11    regarding these?

12              MS. FUNDORA-MURPHY:  Your Honor, this evidence

13    actually falls very squarely in his opinions that he discusses

14    in his report.  It has to do with how the blocs operated in

15    connection to one another and the structure of the AUC.  And in

16    some -- some of those slides that reference the Mancuso factual

17    proffer go to his opinion about what your Honor said he could

18    testify about, which is their involvement in the drug trade and

19    the drug trade, you know, fueling their expansion and their

20    growth, et cetera, et cetera.  So it's very squarely in his

21    opinions.

22              THE COURT:  So you're saying these two slides are

23    evidence that was presented during the plaintiffs' case that

24    you say support his already disclosed opinions?

25              MS. FUNDORA-MURPHY:  That's correct, your Honor.
```

1          THE COURT:  Not that he's giving new opinions?

2          MS. FUNDORA-MURPHY:  That's correct.

3          THE COURT:  Or different opinions?

4          MS. FUNDORA-MURPHY:  No different opinions.  It's

5    just pointing out evidence that's been presented at trial that

6    relates directly to his disclosed opinions.

7          THE COURT:  Okay.  All right.  If he's just using

8    evidence that was presented during the trial to support further

9    evidence to support his opinions, what would be wrong with

10   that?

11         MR. HAGER:  What our concern -- beyond it being not

12   disclosed, as you know, we do have that objection, our concern

13   is that these slides could be a way to try to get into some of

14   the opinions that the court prohibited in its ruling yesterday.

15         Specifically, you have opinion four where the court

16   said that Mr. Restrepo may not opine on how Chiquita's payments

17   either did or did not ramp or assist the AUC in getting

18   involved in the drug trade.  We feel like these slides start

19   going to that issue.  And so we just want -- we urge the court

20   to be very cognizant of that issue, and we don't want somehow

21   evidence of the supposed ramp-up coming into the case.

22         THE COURT:  Okay.  And my ruling was about how

23   Chiquita's payments may have ramped up the AUC, as opposed to

24   money generally from various sources might have.  For example,

25   the drug trade may have advanced their activities.

```
 1          So you understand that distinction,

 2    Ms. Fundora-Murphy?

 3          MS. FUNDORA-MURPHY:  Very clearly, your Honor.  And

 4    he's not going to give an opinion that's that specifically

 5    about Chiquita's payments.

 6          THE COURT:  All right.  Well, with that understanding

 7    and those limitations, I'm going to overrule your objections to

 8    the slides.  They took out the word "extortion" on the slides,

 9    which I believe is appropriate.

10          And the other slides I think are all related to

11    challenging Professor Kaplan's analysis and not in violation of

12    my ruling that he can't give affirmative opinions about whether

13    the AUC did not kill the decedents.  So, I'm going to overrule

14    the other objections to the slides.

15          MR. HAGER:  And if I could just I understand the

16    Court's ruling.  But we do feel that a significant number of

17    these slides violate ruling number three from yesterday's

18    ruling, which you just referenced, which is that he can't offer

19    an affirmative opinion that more likely than not the AUC did

20    not kill the plaintiffs' decedents.

21          For example, I would just point you to slide number 5

22    where it talks about where a significant number of the deaths

23    came from.  And so the slide ends, the slide number 5, by

24    saying a far more significant number of deaths are attributed

25    to criminal activities or other conflict groups.  So that's
```

```
 1    just another way of saying the AUC didn't do it.  And we feel
 2    like the message of a lot of these slides is the AUC didn't do
 3    it, and that goes directly against your ruling from yesterday.
 4          THE COURT:  Well, any opinion that he might give that
 5    challenges Professor Kaplan's analysis, the inference that
 6    could be drawn from it is that, well, if he thinks that
 7    Professor Kaplan's analysis was flawed, then you can infer that
 8    they didn't do it, the AUC didn't do it.
 9          So, I think that -- you know, and there is a fine line
10    there between what's an affirmative opinion and what might be
11    an inference from a negative opinion or a challenge.  So, I
12    think this is within the bounds of my ruling.  And, once again,
13    you need to be careful with how you present his testimony.
14          MR. HAGER:  I'll just say it is one thing to attack
15    Professor Kaplan's methodology, but we don't think sides, like
16    slide 5 and some of the other slides, do that.  They talk about
17    who has responsibility for the deaths.  It says a significant
18    number of deaths are attributed to other groups.  That's just
19    saying the AUC didn't do it.  And we think that goes against
20    the Court's ruling from yesterday.  And so we lodged a number
21    of objections based on ruling number three from yesterday.
22          Perhaps our biggest concern, if I could point you to
23    slide number 19, your Honor.  Slide number 19, if you look at
24    that, this is essentially Mr. Restrepo's opinion as to how many
25    deaths in these different municipalities are attributable to
```

```
 1   the AUC.
 2           So, for example, if you look at the first one,
 3   Waynestey, he's going to say that only 5.7 percent of the
 4   deaths in that municipality, Apartado, were attributed to the
 5   AUC in that year.  That's simply another way of saying that
 6   it's much more likely than not that the AUC didn't kill
 7   Waynestey.  There's no other way to read this graph.  And we
 8   feel that it's in clear violation of your ruling number three
 9   from yesterday.
10           THE COURT:  Was this a slide that Professor Kaplan
11   used?
12           MR. HAGER:  This was not a slide that
13   Professor Kaplan used.  This is a slide that was created by
14   Chiquita and/or Mr. Restrepo.
15           MS. FUNDORA-MURPHY:  Your Honor, I'm happy to address
16   this.  If the slide preceding this -- you have to look at them
17   together.  So that is Professor Kaplan's slide on slide 18.
18   And the point that Professor Restrepo is making is that the
19   statistical analysis that Professor Kaplan did in trying to
20   arrive at these high figures was methodologically and
21   statistically flawed.  And so he does a progression analysis
22   using Professor Kaplan's same dataset just to show what it
23   would like had he done the proper analysis without the flaws.
24           So, it's not an affirmative opinion.  Professor
25   Restrepo will say that there's no statistical way to, you know,
```

```
 1   draw these types of conclusions, that you need more than that.

 2   He runs one of the central databases in Colombia that literally

 3   studies this exact issue.  He's not giving affirmative

 4   opinions.  As it says there, corrected analysis.  He's just

 5   pointing out the flaws.

 6              MR. HAGER:  It's one thing to point out the flaws,

 7   it's another thing to give a completely different statistical

 8   opinion.

 9              And so, we have Professor Kaplan's statistical

10   opinions on slide 18, and the message is more likely than not

11   that the AUC did it, right, when you these statistics.

12              You go to the very next slide, and we have very

13   contrasting statistics.  And the only message you can take from

14   this slide is, you know, you don't see an attack on methodology

15   here.  We could hear him attack Professor Kaplan's methodology,

16   but slide 19 doesn't do that.  Slide 19 offers an opinion based

17   on statistics that it's more likely than not that the AUC

18   didn't do it.  And you know how you can't get by that

19   conclusion?  Look, at the 50 percent line.  It's darkened.  And

20   so all of these bar charts are below the 50 percent line.  This

21   is an obvious, more likely than not type opinion, which is

22   prohibited by the Court's ruling number three from yesterday.

23              MS. FUNDORA-MURPHY:  It's certainly is not, your

24   Honor.

25              THE COURT:  Okay.  Take out the black line.
```

 1              MS. FUNDORA-MURPHY:  That's fine.  The point is that

 2    Professor Kaplan's opinion is that it's more likely than not on

 3    the basis -- attributable to the AUC on the basis of

 4    statistics.

 5              And what Professor Restrepo will point out is that his

 6    statistical analysis is totally flawed and you can't draw the

 7    conclusion that Professor Kaplan draws.  So he's just

 8    highlighting the fact that the conclusion that he tries to draw

 9    from statistics isn't supported by a statistical analysis.

10    He's not giving an affirmative opinion.  He's not going to say

11    it's not -- it's more likely than not not the AUC.  He's not

12    going to see that.  He's just, again, pointing out that you

13    can't Professor Kaplan's conclusions from his statistical

14    analysis.

15              THE COURT:  All right.  Take out the black line.

16              MS. FUNDORA-MURPHY:  Sure.

17              THE COURT:  All right.

18              MR. HAGER:  We have one more concern, your Honor.  If

19    you just go back to slide 36.  It was one that you had a

20    question on.  It says on the slide -- it's about Ever Veloza's

21    testimony.  It says in the bottom left-hand corner that it was

22    read in.  According to our records, this was not read in at

23    trial.

24              MS. KROEGER:  I just checked with the daily on volume

25    8, and his testimony was read.

1          THE COURT:  Okay.

2          MS. KROGER:  It was not read.

3          THE COURT:  I'll ask you to confer with counsel and

4    hopefully agree.  If it wasn't read in, then I'm going to ask

5    you to remove it.  If you disagree about it, then we'll take it

6    up again.  But see if you can come to an agreement on whether

7    this was actually read.

8          MS. FUNDORA-MURPHY:  That's fine, your Honor.  We

9    didn't intend to put something in that wasn't in evidence.

10         THE COURT:  Okay.

11         MR. HAGER:  And, your Honor, just for the record,

12   going back to slides -- slide 19, which I understand you

13   indicated that the dark line should come out.  You know, again,

14   this wasn't in his rebuttal report.  We didn't have a chance to

15   address these types of opinions in his deposition.  We're being

16   ambushed with this just before he's coming up to testify.

17         I'd say the same thing for slide 20.  It suffers from

18   the same defect.  This is also just suggesting that more likely

19   than not it wasn't the AUC and it was not a disclosed opinion.

20   So we're standing on our objections to those slides.

21         THE COURT:  All right.  Thank you.

22         MR. HAGER:  Thank you.

23         THE COURT:  I've got a sentencing in a few minutes.

24   So, I'm sorry to inconvenience everyone.  If you can just clear

25   the counsel tables just for, again, a short time.  I apologize.

```
 1   And we should be finished certainly before 9:30.  You don't
 2   have to move everything.  If you just clear some space for the
 3   attorneys.  You don't all have to leave either.
 4                    (Short recess taken.)
 5             THE COURT:  Please be seated, everyone.
 6             Welcome back.  I think we're waiting for one of the
 7   jurors to get here.  But I got a note from somebody other than
 8   Mr. White.  Just a reminder from Mr. Fischer, Juror No. 3, he
 9   wanted to remind us that he's going on vacation on June 17th.
10   So Ms. Ferrante assured him that he'd be able to go on his
11   vacation.  Just wanted to let you know he made that inquiry or
12   he wanted to remind us.
13             So, anything else that we can take up briefly before
14   we begin?
15             MR. CIOFFI:  Judge, yes, I think a couple
16   housekeeping matters.  We started talking about may be things
17   like the length of closing arguments, which will be Thursday, I
18   think the court said, which makes sense certainly to the
19   defense.  Maybe that issue.
20             The other issue is a request to the court to set a
21   briefing on the Rule 50 motions.  We would suggest
22   simultaneously filing a brief within the next day or two and
23   then a reply a couple of days after that.  So perhaps the court
24   would rule on them before the charging conference which, again,
25   we should take up, but we're assuming will be Tuesday or
```

```
 1    Wednesday.

 2            THE COURT:  Okay.  Well --

 3            MR. CIOFFI:  Just raising those issues.

 4            THE COURT:  So what is your -- what is your proposal

 5    for a closing argument?  How much time do you think you're

 6    going to need?

 7            MR. CIOFFI:  Three hours.  So maybe I was thinking

 8    plaintiff in the morning, defense in the afternoon.  Three

 9    hours, three and a half max, something like that.

10            THE COURT:  Okay.  I don't know if you've thought

11    about that yet, Mr. Scarola, or if your team has thought about

12    it?

13            MR. SCAROLA:  On a daily basis, your Honor. your

14    Honor, our request is four hours.  And the reason for that

15    request is that we have nine cases.  If we allocate only

16    15 minutes per case, that is two hours and 15 minutes.  If we

17    then allocate 45 minutes to common liability argument, which I

18    suggest to your Honor is not an unreasonable amount of time, I

19    am told that we are already up to 57 witnesses having been

20    presented before the jury.  So, 45 minutes for the liability,

21    two hours and 15 minutes for case specific argument, and an

22    hour in rebuttal for everything.

23            THE COURT:  All right.  We'll talk about this more

24    later because the jurors are ready, but at least you've heard

25    each other's proposal and we can discuss it further --
```

```
 1              MR. SCAROLA:  Thank you, sir.

 2              THE COURT:  -- when we have some time.

 3           What about filing Rule 50 motions?

 4              MR. SCAROLA:  Your Honor, I need to consult with the

 5    team as to their ability to be able to prepare those and get

 6    them to your Honor.  I doubt that we'd be able to get them to

 7    you by tomorrow, but --

 8              THE COURT:  All right.  We'll talk about it later.

 9              MR. SCAROLA:  Thank you.

10              THE COURT:  Thank you.  Let's get ready.  Is our

11    witnesses here?

12              MR. CIOFFI:  I believe so, your Honor.  Yes.

13              THE COURT:  Sir.

14              MR. CIOFFI:  Should I bring him in?

15              THE COURT:  He's there.

16           Mr. Olson, come on up.  I'll remind you you're still

17    under oath, Mr. Olson.

18              THE WITNESS:  Thank you.

19              THE COURT:  Thank you.  And if can try and get -- is

20    that microphone up here, handheld?

21              THE WITNESS:  No.

22              THE COURT:  We'll get you that shortly.

23              THE WITNESS:  Should I test it?

24              THE COURT:  That sounded good.

25              THE WITNESS:  You can hear me?
```

1          THE COURT:  Yes, thank you.  Good job.

2          THE COURTROOM DEPUTY:  Please rise for the jury.

3      (Thereupon, the jury entered the courtroom.)

4          THE COURT:  Good morning, ladies and gentlemen.

5  Welcome back.  Please be seated, everyone.

6          Thank you again, ladies and gentlemen, for being back

7  this morning.  And we again appreciate your service.

8          Anyone heard or read anything about the case since

9  yesterday?  No.  Great.

10          Thank you.  All right.

11          MR. CIOFFI:  Your Honor, may I?

12          THE COURT:  Yes, you may.

13          MR. CIOFFI:  Thank you.  Good morning, ladies and

14  gentlemen.

15          THE COURT:  All right.  We are ready to continue with

16  Mr. Olson's testimony.  And Mr. Reiter is going to

17  cross-examine him.  Mr. Reiter.

18          MR. REITER:  Thank you, your Honor.

19          Good morning, ladies and gentlemen.

20                    -  -  -  -  -

21          **CROSS EXAMINATION OF ROBERT OLSON**

22  **BY MR. REITER:**

23  Q.   Good morning, Mr. Olson.

24  A.   Good morning.

25  Q.   Mr. Olson, you told us, sir, that after you graduated from

 1    law school, that you decided to become an attorney at Cravath

 2    Swaine & Moore; is that correct?

 3    A.    Yes, it is.

 4    Q.    And Cravath Swaine & Moore is one of the largest corporate

 5    law firms in the world; am I correct?

 6    A.    It is a large firm.  I don't know whether it still is one

 7    of the largest, but yes.

 8    Q.    Okay.  And, sir, you told us that you did that because you

 9    wanted to represent corporations and businesses, correct?  That

10    was your ambition?

11    A.    Yes, mm-hmm.

12    Q.    And, sir, when a person graduates from law school, they

13    have many choices they can make.  They can choose to go into

14    the DA's office or they can choose to become an environmental

15    lawyer or they can choose to become a human rights lawyer, an

16    environmental lawyer; these are voluntary choices that someone

17    can make after graduation from law school, true?

18    A.    Yes.

19    Q.    And you made a voluntary choice to pursue a career

20    representing corporations and big businesses, true?

21    A.    They included corporations and big businesses.  There were

22    also small businesses.

23    Q.    By and large, Cravath Swaine & Moore had very large

24    clients, very large corporations, Fortune 500 companies, that

25    type of company, correct?

1   A.    It did have quite a number of them, yes.

2   Q.    And, sir, it's true, is it not also, that Cravath Swaine &

3   Moore or other firms like it paid the highest salaries for

4   incoming attorneys in the United States, true?

5   A.    That's probably true.

6   Q.    And did that influence you at all, sir, in whether you

7   wanted to work for Cravath Swaine & Moore, that they paid the

8   highest salaries of law firms in the United States?

9   A.    No.

10  Q.    Now, sir, you told us that when you were an associate at

11  Cravath Swaine & Moore, you understood that you might have to

12  work 80-hour weeks, nights and weekends, holidays, things of

13  that nature, correct?

14  A.    Yes, I didn't say 80 or 90 hours, but I worked a lot of

15  hours, yes.

16  Q.    Okay.  A lot a lot of hours, correct?

17  A.    Yes.

18  Q.    And you knew when you made that voluntary decision to

19  become part of Cravath Swaine & Moore, that that voluntary

20  decision came with the probability, the strong likelihood, in

21  fact the certainty, that you were going to have to work many,

22  many hours, nights, weekends, potentially holidays, true?

23  A.    Yes.

24  Q.    Okay.  And would you agree, sir, that, for example, if

25  your partner, when you were an associate, came to you on

```
 1   Christmas Eve, God forbid, and told you, Mr. Olson, we need
 2   this memo by tomorrow morning, you knew that you'd have to do
 3   it, correct?
 4   A.   That never happened.
 5   Q.   Okay.  I'm giving you a hypothetical.  You knew, sir, that
 6   if a partner came to you and said I need you to get something
 7   done by tomorrow morning and you had a personal plan, a
 8   birthday, a wedding, you would have to do it, correct?
 9   A.   It just didn't happen that way.
10   Q.   It didn't happen.  I see.
11   A.   I think that the people I worked for were understanding
12   people.  They would never do something like that unless it was
13   absolutely necessary.  If it was absolutely necessary, we all
14   do what we need to do.
15   Q.   Okay.  So let's say you were presented with this situation
16   where it's presented to you that it's absolutely necessary.
17   Would you agree, sir --
18              MR. CIOFFI:  Your Honor --
19              THE COURT:  I'm sorry?
20              MR. CIOFFI:  Objection, your Honor.  It's irrelevant
21   and a waste of time.
22              THE COURT:  Well, I'll give him some leeway.
23              MR. REITER:  Thank you.
24   BY MR. REITER:
25   Q.   And you knew, sir, if you were presented with a job to do
```

1    by one of the partners, you would have to do it; and if you

2    didn't do it, there could be consequences, true?

3    A.    True.

4    Q.    Did you consider that under those circumstances you would

5    be accounting under duress?

6    A.    No.

7    Q.    No.  Because you voluntarily understood that when you took

8    that job at Cravath, Swaine & Moore, that that came with the

9    territory, correct?

10   A.    Yes.

11   Q.    You put yourself in that position voluntarily to be in a

12   big law firm that required you to work many, many hours,

13   correct?  That's your voluntary decision, true?

14   A.    Well, yes.

15   Q.    Okay.  And you would agree, sir, that everything or most

16   things that we do in life, voluntary decisions that we make in

17   life, typically come with baggage, things that we may really

18   not like.  Would you agree with that, sir?

19   A.    That sometimes happens.

20   Q.    And would you agree also, sir, that when you decide

21   voluntarily to undertake a course of conduct knowing that that

22   course of conduct comes with potential adverse consequences to

23   you and you decide to follow that course anyway because you

24   want the benefit that you're going to get from that course of

25   conduct, that under those circumstances, you must take

```
 1    responsibility for those consequences.  Would you agree with
 2    that, sir?
 3              MR. CIOFFI:  Objection, your Honor.
 4              THE COURT:  Overruled.  If you can try and stay close
 5    to the microphone, Mr. Reiter.
 6              MR. REITER:  Yes.  I'm sorry.  I tend to walk.
 7              THE WITNESS:  Could you repeat that question?
 8    BY MR. REITER:
 9    Q.   I'm sorry?
10    A.   Could you repeat that question?
11    Q.   I was afraid you were going to say that.  Let me do it
12    again.
13         Sir, when we make a voluntary decision in life to pursue a
14    course of conduct because we want a benefit from that course of
15    conduct, many times, if not all times, in this world that we
16    live in, those decisions that we make to follow because of a
17    benefit that we want sometimes or frequently come with risks,
18    potential downsides, potential adverse consequences.  Would you
19    agree with that, sir?
20    A.   It's entirely hypothetical.  If you're asking me was I
21    willing to work hard in order to advance my career, I would say
22    yes, even though there was a personal sacrifice involved in
23    that.
24    Q.   Okay.  So, in that situation, there's personal sacrifice,
25    and that came with the territory, correct?
```

```
 1   A.   You know, actually, I overstated it.  I don't think it was
 2   personal.  I didn't think of it as a personal sacrifice.  I
 3   thought of it as just something you need to do.  I was willing
 4   to work hard.  I like working hard.
 5   Q.   I'm speaking a little bit more generally, sir, than just
 6   you, and I'm trying to get across a certain idea.  And that
 7   idea is -- and I want to know if you agree with it or not.
 8        And that idea is that when we make a voluntary decision to
 9   pursue a course of conduct because we want a benefit, and we
10   know in advance that that course of conduct may entail adverse
11   consequences or things that are negative that we really don't
12   want, but we make the decision to pursue that course of conduct
13   anyway, would you agree, sir, that we must take responsibility
14   for those adverse consequences that we know in advance can
15   occur?  Would you agree with that, sir?
16             THE COURT:  I'm sorry.  Hold on.
17             MR. CIOFFI:  Objection, your Honor.  Again, it's
18   totally irrelevant and a waste of time.
19             THE COURT:  Overruled.  You can answer if you're able
20   to.
21             THE WITNESS:  This is such a hypothetical.  I'm
22   having trouble with it.  If you give me an example, I'd be glad
23   to respond to it.  It would always depend on the circumstances.
24   BY MR. REITER:
25   Q.   Okay.  You told us that as an attorney and a corporate
```

1    counsel, your job was to give legal advice, not make business

2    decisions, correct?

3    A.    That is correct.

4    Q.    Okay.  Now, to get back to our little hypothetical, let's

5    make it a little more concrete.  All right?

6          You know, do you not, that during the early '90s, Chiquita

7    made a voluntary decision to go from purchased fruit to growing

8    their own fruit in Colombia?  You know that, right, sir?

9    A.    I have a general idea.  I was not at the company when it

10   made that decision.  I don't know when that occurred or what it

11   entailed.  I'm sorry.

12   Q.    Okay.  Well, I'd like you to assume the jury's heard

13   plenty of testimony about this.  Sir, would you agree that at

14   the time that Chiquita made this voluntary decision to switch

15   from purchased fruit to growing their own fruit in Colombia,

16   that entailed buying farms, employing people, and a variety of

17   other things, correct?

18         MR. CIOFFI:  Objection, your Honor.  He said he

19   wasn't at the company.  He doesn't know about the specifics.

20         THE COURT:  Overruled.  He may know the answer to

21   that question.

22         THE WITNESS:  Could you repeat the question, please?

23   I'm sorry.  I can't remember with this dialogue in between.

24   **BY MR. REITER:**

25   Q.    Okay.  I'll repeat it for you, sir.

```
 1   A.   Thank you.
 2   Q.   Let's make it as simple as possible.  You know, do you
 3   not, at least from speaking to people at Chiquita over all the
 4   years that you worked there, that Chiquita made a voluntary
 5   decision to go into Colombia, buy farms, employ people, change
 6   their business model in Colombia at some point to go from
 7   purchased fruit to growing their own fruit, true?
 8   A.   Yes, although -- yes.
 9   Q.   But you do know that, right?
10   A.   Yes.
11   Q.   Okay.  And as far as you know, that was a voluntary
12   business decision that Chiquita undertook, correct?
13   A.   As far as I know.  And again, I was not there at the time.
14   Q.   Okay.  And as far as you know, sir, the reason that
15   Chiquita did that was because they expected a benefit, a
16   business benefit from doing that, true?
17   A.   I would speculate yes.
18   Q.   Okay.  And the business benefit that the jury was told
19   about was that Chiquita anticipated some changes in the
20   European Union, and that they would be this big market for
21   bananas in Europe, and they wanted to capitalize that and make
22   money from bananas, true?
23   A.   I think that's true.
24   Q.   Mm-hmm.  And that was a voluntary business decision that
25   was made by Chiquita; they wanted a benefit, a financial
```

1    benefit, true?

2    A.    As I said, that would be my understanding without ever

3    having been there and part of any of those discussions, yes.

4    Q.    And at the time that Chiquita made this voluntary decision

5    to go into Colombia and switch from purchased fruit to having

6    these big farms which had many people on them, Chiquita knew at

7    that time that the FARC and other terrorist organizations,

8    left-wing terrorist organizations in Colombia, posed a serious

9    security threat to people who would be working on those farms,

10   true?

11   A.    I don't know what they knew at the time, I'm sorry to say.

12   I just can't answer that question that way.

13   Q.    Well, you wouldn't dispute that, would you?  You've

14   testified all about the FARC and how bad they were and how many

15   people they killed.

16        Isn't it true, sir, that Chiquita knew before they went in

17   and made this voluntary decision to go into Colombia that their

18   people would be at risk of being killed by the FARC; true or

19   not?

20   A.    I don't know that that's the case.  I'm sorry.  I just

21   don't know that's the case.  It was before I joined the

22   company.  I don't know what the state of affairs was when the

23   decision was made to go to owned farms from purchased fruit.  I

24   just don't know.

25   Q.    Would you agree, sir, that if Chiquita voluntarily, for

```
1   its own business reasons, decided to employ people in Colombia

2   who they knew would be at risk of being killed by the FARC,

3   that those killings would be a direct consequence of their

4   voluntary decision to go into Colombia, true?

5           THE COURT:  I'm going to sustain the objection

6   because that question presumed he knew what Chiquita knew the

7   conditions, and he said he doesn't know.  I'm able to answer to

8   that because he doesn't know what they know.

9           MR. REITER:  Yes, your Honor.

10  BY MR. REITER

11  Q.   Mr. Olson, when is it, sir, that you acquired knowledge of

12  the FARC?  What year?

13  A.   1995.

14  Q.   And in 1995, is that when you started with the company?

15  A.   Yes.

16  Q.   Okay.  So in 1995, it's true, is it not, sir, that you

17  became aware that the FARC was a violent left-wing Marxist

18  organization intent upon overthrowing the Colombian Government

19  and expelling multinational corporations, true?

20  A.   I certainly knew some of that.  I don't know about

21  expelling multinational corporations.  But I certainly knew --

22  I learned that the FARC was a violent terrorist organization

23  that had been at war with the Colombian Government for decades.

24  Q.   So you don't think you knew that this Marxist organization

25  was intent upon expelling multinational corporations and taking
```

```
 1   over their property?  You didn't know that?
 2   A.   I did not specifically know that.
 3   Q.   Mm-hmm.  Well, let me find out what else you knew about
 4   the FARC at that time.
 5        Did you know that the FARC was the military wing of the
 6   communist party in Colombia?  Did you know that?
 7   A.   I don't think --
 8             MR. CIOFFI:  Objection, your Honor.
 9             THE COURT:  Sustained.  I mean, your question, you're
10   stating it as a fact, as opposed to whether he -- whether he
11   knew that as opposed to did you know that.
12             MR. REITER:  Okay.  I'll rephrase the question.
13   BY MR. REITER:
14   Q.   Did you know in 19, you said, 95, that there was a
15   relationship between the FARC and the communist party of
16   Colombia?
17   A.   No.
18   Q.   Did you know in 1995 that the FARC from its inception had
19   been funded by the Soviet Union?  Did you know that?
20   A.   No.
21   Q.   Mm-hmm.  Did you know in 1995 that left-wing communists
22   insurgencies were a problem not only in Colombia but in other
23   parts of Latin America?  Did you know that?
24   A.   No.
25   Q.   You didn't know that.
```

```
1          Did you know that the FARC was affiliated with the same

2    group as Fidel Castro?

3    A.   I did not know that.

4    Q.   Mm-hmm.  You knew, did you not, that Fidel Castro's group

5    had nationalized all American businesses in Cuba, true?

6    A.   True.

7    Q.   Mm-hmm.  And did you also know that another left-wing

8    group, the Sandinistas, had attempted to nationalize all

9    businesses in Nicaragua?  Did you know that?

10          MR. CIOFFI:  Objection.  Relevancy.

11          THE COURT:  Sustained.  I think you've gone too far

12   afield.

13   BY MR. REITER:

14   Q.   Well, isn't it a fact, sir, that left-wing insurgencies in

15   Latin America were a huge issue in American foreign policy

16   during the '90s and up till today?

17          MR. CIOFFI:  Same objection.

18          THE COURT:  Sustained.  I think you've made your

19   point.

20          MR. REITER:  Okay.

21   BY MR. REITER:

22   Q.   Okay.  Now, you told the jury about your knowledge of this

23   horrific incident in which the FARC had taken 25 people on a

24   bus, employees of Chiquita, and murdered them all at one time.

25   You knew about that, right?
```

```
 1    A.    I was told about that, yes.
 2    Q.    And would you say, sir, that that was a terrorist act
 3    directed specifically at Chiquita, true?
 4    A.    It was certainly a terrorist act, and I believed it was
 5    directed at -- I believe it was directed at Chiquita, but I
 6    don't really have personal knowledge of that fact.
 7    Q.    Mm-hmm.  And that would be consistent, would it not, with
 8    the FARC's antagonism specifically to Chiquita and
 9    multinational corporations in Colombia, true?
10    A.    I don't know that I understand that characterization or
11    agree with it.  I certainly regarded it as a horrific terrorist
12    account that was directly against Chiquita.  I can't say
13    anything beyond that.
14    Q.    Well, sir, the FARC didn't go on that bus to rob people
15    and kill them, did they?
16              MR. CIOFFI:  Objection.
17              THE COURT:  Sustained.
18    BY MR. REITER:
19    Q.    They went on that bus to make a statement; isn't that
20    true?
21              MR. CIOFFI:  Objection.
22              THE COURT:  What's your question?
23              MR. REITER:  All right.  I'll move on.
24              THE COURT:  Okay.  Thank you.
25
```

BY MR. REITER:

Q.   You also told us about an incident in which the FARC set fire to one of Chiquita's wharves and caused millions of dollars in damage, correct?

A.   I did not testify to that.

Q.   Okay.  All right.  And if the jury's heard about that, that would be consistent with the FARC's antagonism to Chiquita; is that true?

        MR. CIOFFI:  Objection.

        THE COURT:  Overruled.

        THE WITNESS:  I suppose so, yeah.

BY MR. REITER:

Q.   Mm-hmm.  Okay.  And you know that when the incident occurred that you do know about where the FARC, this left-wing terrorist organization, massacred 25 Chiquita employees on a bus, Chiquita made a voluntary business decision to remain in Colombia, true?

A.   I don't see the relationship between the two.  It's certainly true that Chiquita remained in Colombia.

Q.   You don't see the relationship between the two?

        I'll withdraw that, sir.  Okay?

A.   Okay.

Q.   Would you agree with me, sir, that by remaining in Colombia -- and it's true, is it not, sir, that Chiquita remained in Colombia both before and after that bus massacre.

```
 1    That was a voluntary business decision by Chiquita, true?
 2              MR. CIOFFI:  Objection.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  It's true that Chiquita remained in
 5    Colombia after that incident.
 6    BY MR. REITER:
 7    Q.   That was a voluntary business decision that they made
 8    because they wanted to make money from bananas, true?
 9    A.   I was not part of the decision-making process.
10    Q.   You were there at the time, is that correct, sir, when
11    that happened?
12    A.   I was in Cincinnati, yes.
13    Q.   Mm-hmm.  And you tell us that you were not part of the
14    decision to remain in Colombia at that time, correct?
15    A.   That's correct.
16    Q.   You as the chief legal officer of -- I'm sorry.
17         You as the chief legal officer of Chiquita at that time,
18    your testimony is you weren't even consulted as to whether
19    Chiquita should stay in Colombia after this bus massacre, true?
20              MR. CIOFFI:  Objection.
21              THE COURT:  Sustained.
22    BY MR. REITER:
23    Q.   Were you consulted as to whether Chiquita should stay in
24    Colombia after this bus massacre; yes or no?
25              MR. CIOFFI:  Objection.
```

```
 1                THE WITNESS:  No.

 2                THE COURT:  Sustained.

 3                MR. REITER:  I'm sorry?

 4                THE COURT:  He said no.  Move on.  He said he wasn't

 5   consulted.

 6   BY MR. REITER:

 7   Q.   Okay.  Do you know or did you know in your capacity as the

 8   chief legal officer of Chiquita at that time that Chiquita was

 9   continuing to pay money to the FARC and other left-wing groups

10   after this bus massacre accident?  Bus massacre.  I wouldn't

11   call it an accident.  This bus massacre.  Did you know that;

12   yes or no?

13   A.   I knew that Chiquita continued to be extorted by the FARC

14   after this incident.

15   Q.   Mm-hmm.  And would you say, sir, that Chiquita knew that

16   if it remained in Colombia after this bus massacre, that it

17   would continue to be extorted?  They knew that, correct?  Yes

18   or no?

19   A.   Yes.

20   Q.   Okay.  And would you agree, sir, that Chiquita made a

21   voluntary business decision at that time to remain in Colombia

22   despite the danger of having its employees massacred, true?

23   A.   I don't agree with the way you characterized that.

24   Q.   Well, I'm not surprised.  But do you agree or do you not

25   agree?
```

```
 1   A.   That -- I can agree that Chiquita remained in Colombia
 2   following the bus massacre, yes, but I've already testified
 3   that I was not consulted, I did not know of what the thought
 4   processes were behind the business decision, these particular
 5   business decisions you keep referring to.
 6   Q.   Okay.  Now, sir, you testified on direct that at some
 7   point you obtained some legal opinions from a person by the
 8   name of Reinaldo Escobar concerning the question of whether
 9   these payments to the FARC were legal or illegal, correct?
10   A.   That's correct.
11   Q.   Mm-hmm.  And Reinaldo Escobar was an attorney in Colombia
12   that was retained by Chiquita, correct?
13   A.   He was employed by Chiquita, yes.
14   Q.   He was an employee of Chiquita, correct?
15   A.   Yes.
16   Q.   Mm-hmm.  And these legal opinions that you got from
17   Reinaldo Escobar -- let me withdraw that.
18        Reinaldo Escobar was a person who was involved in a
19   bribery scheme of a Colombian port official, true?
20   A.   He was definitely involved in a bribery where a Colombian
21   port official had basically demanded the bribe be paid.  I
22   wouldn't call it a bribe scheme.
23   Q.   Well, did you know about it at the time?  Did you know
24   about this bribery as it was happening; yes or no?
25   A.   I knew about it shortly after it occurred.
```

```
 1   Q.   Mm-hmm.  But you didn't know about it in advance; is that
 2   what you're saying?
 3   A.   That's one thing I'm saying.  I'm also saying you're
 4   implying that it was a scheme and there was no scheme involved.
 5   Q.   It was not a scheme, huh?
 6   A.   It was the --
 7   Q.   Sir, let me --
 8        MR. CIOFFI:  Objection.  He's trying to finish his
 9   answer and being cut off.
10        THE COURT:  Do you want to explain what you meant by
11   it wasn't a scheme?  Were you going to say something else?
12        THE WITNESS:  Yes.
13        THE COURT:  Go ahead.
14        THE WITNESS:  Yes.  It was my understanding that it
15   was a shakedown by a Colombian customs official that would
16   not -- he said he wouldn't renew a port license unless he was
17   paid money.
18   BY MR. REITER:
19   Q.   Sir, isn't a fact, sir --
20        MR. CIOFFI:  He was still answering, Judge, and he
21   keeps cutting him off.
22        THE WITNESS:  Can I answer the question?
23        THE COURT:  Go ahead and finish, please.
24        THE WITNESS:  Notwithstanding that, Mr. Escobar's
25   participation in the discussions of whether they should make
```

1  that payment that had been demanded, was what caused him to be

2  fired.

3  **BY MR. REITER:**

4  Q.   Okay.  And, in fact, Reinaldo Escobar's participation in

5  whatever you want to call it, a benefit was given to a

6  Colombian port official so that a license would be renewed at

7  the port for Chiquita, true?

8  A.   That's true.

9  Q.   Okay.  And it's true, is it not, that Chiquita had had

10  certain infractions which it committed at the port which made

11  it unlikely that they would get renewed; isn't that a fact,

12  sir?  Yes or no?

13  A.   There were infractions in what you've described that the

14  management in Colombia regarded it as extremely minor and

15  should not have been the basis for nonrenewal, but --

16  Q.   They regarded them as minor, but the Colombian port

17  official didn't regard them as minor, did he?  Would you agree

18  with that, sir?

19  A.   I would say that he regarded them as sufficient to be able

20  to make the Colombian management believe that the port license

21  would not be renewed, yes.

22  Q.   So Reinaldo Escobar, an attorney, participated in paying a

23  bribe to this Colombian port official so that Chiquita could

24  retain its license at the port, true?

25  A.   True.

```
 1   Q.   Mm-hmm.  And that was -- what law, if any, was being

 2   broken by Reinaldo Escobar?

 3   A.   Probably -- well, certainly U.S. law.

 4   Q.   What U.S. law was being broken by Reinaldo Escobar?

 5   A.   Yes.

 6   Q.   What law was being broken?

 7   A.   Sorry.  My hearing isn't always so good.

 8   Q.   Okay.

 9   A.   The Foreign Corrupt Practices Act.

10   Q.   The Foreign Corrupt Practices Act.  The jury's --

11            MR. CIOFFI:  Your Honor, objection.

12            THE COURT:  I'm sorry?

13            MR. CIOFFI:  Objection.

14            THE COURT:  Well, let's move on from here.  He told

15   you what it was, and let's move on.  You don't need to dwell on

16   it.

17            MR. REITER:  I think it's worth dwelling on, but I'll

18   move on.

19   BY MR. REITER

20   Q.   Sir, it's true, is it not, that Mr. Escobar attempted to

21   justify this bribery which was in violation of the Foreign

22   Corrupt Practices Act --

23            MR. CIOFFI:  Objection, your Honor.

24   BY MR. REITER

25   Q.   -- on the basis --
```

```
 1            THE COURT:  Let him finish the question.
 2   BY MR. REITER:
 3   Q.   On the basis that he was acting under duress.  Isn't that
 4   a fact, sir?
 5            MR. CIOFFI:  Objection.
 6            THE COURT:  Overruled.
 7   BY MR. REITER:
 8   Q.   True?
 9   A.   He did attempt to do so and I didn't buy it.
10   Q.   Thank you.
11   A.   I didn't buy it.
12   Q.   That's my point, sir.  He presented you with a duress
13   defense that you did not buy because of this -- I don't want
14   to say the word as to what it was.  Correct?  You didn't buy
15   it?
16   A.   Yes.
17            MR. CIOFFI:  Your Honor, objection.
18            THE COURT:  He's already acknowledged the question.
19   Let's move on.
20   BY MR. REITER:
21   Q.   And Reinaldo Escobar was fired at your direction, correct?
22   A.   Yes.
23   Q.   But nevertheless, Mr. Ordman, a vice president of
24   Chiquita, decided to hire him back as consultant, correct?
25   A.   I believe it was Mr. Ordman, but I'm not sure.
```

```
 1   Q.    Mm-hmm.  And do you know if Mr. Ordman knew in advance

 2   that Reinaldo Escobar was going to give a bribe to this port

 3   official?

 4             MR. CIOFFI:  Objection.

 5             THE COURT:  Again, sustained.  This is beyond the

 6   scope of his direct testimony, so let's move on from this area,

 7   please.

 8   BY MR. REITER:

 9   Q.    Okay.  So would you say, sir, that Mr. Reinaldo Escobar's

10   legal opinions were suspect?

11             MR. CIOFFI:  Objection.

12   BY MR. REITER:

13   Q.    Would you agree with that, sir?

14             THE COURT:  Overruled.

15             THE WITNESS:  Absolutely not.

16             THE COURT:  I overruled the objection, so you can

17   answer.

18             THE WITNESS:  I spoke too soon.  I'm sorry.

19             THE COURT:  That's all right.

20             THE WITNESS:  Absolutely not.

21   BY MR. REITER:

22   Q.    You still had confidence in his legal opinions, is that

23   what you're saying?

24   A.    No, I'm saying that I had confidence -- well, here's what

25   happened.
```

```
 1    Q.   I didn't ask you what happened, sir.  I asked you a simple

 2    question.  Did you continue to have confidence in Reinaldo

 3    Escobar's legal opinions after this bribery event; yes or no?

 4              MR. CIOFFI:  He's trying to answer the question.

 5              THE COURT:  Overruled.  He can answer that question.

 6    Did you continue to have confidence or not?

 7              THE WITNESS:  I did not have confidence in continuing

 8    to rely on Mr. Escobar afterwards.

 9              MR. REITER:  Thank you.

10    BY MR. REITER:

11    Q.   Now, sir, would you agree, sir, that as legal counsel,

12    corporate counsel to Chiquita, it was your job and your

13    responsibility to know what the law was that could affect

14    Chiquita, true?

15    A.   It is my responsibility to keep up to date in developments

16    in the law, yes, and -- yes.

17    Q.   Your personal responsibility and your department's

18    responsibility as well, correct?

19    A.   Yes, it was to keep up with the law as best you could.

20    Q.   To keep up with the law, correct?  In fact, that was, if

21    anything, your main, major responsibility, true?

22    A.   No.

23    Q.   Mm-hmm.  Okay.  Was it one of your responsibilities?

24    A.   It was a responsibility, yes.  It was a responsibility of

25    myself and the Legal Department to make every effort to keep up
```

```
 1   with the law.
 2   Q.   Mm-hmm.  Because ignorance of the law is no excuse.  You
 3   know that, correct?
 4   A.   I've heard that phrase.
 5   Q.   And we know that to be -- it's not just something you've
 6   heard.  You know that to be true, correct?
 7   A.   Yes.
 8   Q.   Okay.  And, sir, would you agree, sir, that as legal
 9   counsel to Chiquita, you were based in Cincinnati; is that
10   correct?
11   A.   I was.
12   Q.   Did you ever go to Colombia?
13   A.   No.
14   Q.   Never been to Colombia?
15   A.   No.
16   Q.   Mm-hmm.  So, whatever you knew about what was going on in
17   Colombia, would have to be something that somebody told you; is
18   that correct?
19   A.   Yes.
20   Q.   Mm-hmm.  And whatever your knowledge was would be
21   dependent upon the voracity and credibility and truthfulness of
22   whoever it was that was telling you what was going on in
23   Colombia, true?
24   A.   Yes.
25   Q.   Mm-hmm.  And, sir, would you agree with me that at some
```

```
 1   point you found out that Chiquita was paying the AUC in
 2   Colombia?  You found out that they were doing that at some
 3   point, correct?
 4   A.    Yes.
 5   Q.    Mm-hmm.  And Chiquita had been paying the AUC since 1997,
 6   true?
 7   A.    I did know that in 1997.
 8   Q.    I didn't ask you that.  You didn't know it, did you?
 9   A.    I didn't know in 1997.
10   Q.    Okay.  And when the payments that Chiquita -- the Chiquita
11   payments to the AUC started in 1997, nobody told you about it,
12   true?
13   A.    I didn't learn about it.
14   Q.    Mm-hmm.  And when these payments started to the AUC in
15   1997, nobody sent you a memo about it, correct?
16   A.    That's correct.
17   Q.    Mm-hmm.  And nobody sent a memo to anybody in the Legal
18   Department that these payments were being made to the AUC,
19   starting in 1997, 1998, 1999, and 2000, correct?
20   A.    Well, 2000 is a different story, depending on where you're
21   talking about.  But that's true during the 1997 to 1999
22   timeframe.
23   Q.    Okay.  And you were never asked to render a legal opinion
24   on whether these payments were legal to the AUC because nobody
25   told you; is that correct?
```

1    A.   I did not request a legal opinion during that period.

2    That's correct.

3    Q.   So Reinaldo Escobar and Buck Keiser and John Ordman and

4    Mr. Tsacalis, they all knew about this, they all knew about the

5    payments to the AUC, correct?

6              MR. CIOFFI:  Objection.

7              THE COURT:  Overruled.  If he knows.

8              THE WITNESS:  I don't know that's the case.  I don't

9    know who knew what.  I certainly believe that Mr. Tsacalis did

10   not know.

11   **BY MR. REITER:**

12   Q.   Well, wasn't Mr. Tsacalis auditing all the payments to the

13   AUC isn't that his job?

14   A.   He was auditing payments to a convivir that I and everyone

15   else in Cincinnati thought was legitimate and was not,

16   certainly not paying -- turning over money to the AUC.

17   Q.   Sir, when you say you and everybody else, you didn't know

18   what the convivir was in 1997, did you?

19   A.   I had information as to what it was.

20   Q.   Mm-hmm.  Well, when did you find out that these payments

21   to the convivir were actually payments to the AUC through a

22   legal front organization called Convivir Papagayo or Convivir

23   Tagua del Darien?  When did you find out, that those payments

24   from day one were to the going to the AUC?

25   A.   I don't know whether they were going to the AUC from day

1    one, but I learned in the year 2000 that at some point those

2    payments -- payments to a particular convivir, because I'm not

3    sure how many convivirs there were in the picture, that it went

4    to -- it did go to the AUC.  I learned that in the year 2000.

5    Q.   Mm-hmm.  But it's true, is it not, sir, that you did learn

6    in 2000 that those payments from day one were made to the AUC

7    through a legal front organization called a convivir; true or

8    not?

9    A.   It's not true that I knew from day one.

10   Q.   No.   What I mean is that you knew -- when you were advised

11   in 2000 about these payments, you were told in no uncertain

12   terms by Mr. Bakoczy, by Mr. Escobar, that these payments to

13   the convivir were actually payments to the AUC, true?

14   A.   That's true.

15   Q.   Mm-hmm.

16   A.   But I can't say --

17   Q.   They were payments to the AUC?

18   A.   -- I can't say from day one.  I just don't know.

19   Q.   Isn't that what you were told, sir?  You were told at that

20   time in 2020 that these payments were being made through a

21   legal front organization called a convivir to the AUC?  From

22   the time of their inception this is what you were told; true or

23   not?

24   A.   I don't quibble with most of what you just said.  I

25   quibble with -- I don't know what whether the payments

1    initially were -- whether they always went to a convivir and on

2    to the AUC.  I certainly believed that at some time, whether it

3    was 1997 or 1998, or that based on what I learned, that the

4    payments were going to the AUC.

5    Q.    Mm-hmm.

6    A.    And that, yes, they were being funneled through a

7    convivir.

8    Q.    Okay.  So, Mr. Keiser and Mr. Escobar and Mr. Valverde,

9    all these people in Colombia knew these facts in 1997, but you

10   didn't learn them in Cincinnati until the year 2000, true?

11   A.    I'm not so sure about Mr. Valverde.  I'm not sure he was

12   in Colombia in 1997.

13   Q.    How about Mr. Juan Manuel Alvarado?  He knew about it,

14   didn't he?

15   A.    I believe he did, yes.

16   Q.    Okay.  Now, sir, you testified regarding something called

17   the OAS report.

18   A.    Yes, I did.

19   Q.    And the OAS report concerned a preliminary reported by the

20   OAS regarding the Otterloo guns affair, correct?

21   A.    Yes.

22   Q.    And have you reviewed that report recently?

23   A.    Yes.

24   Q.    Mm-hmm.  And would you agree with me, sir, that no

25   investigator from the group of people who investigated this

```
1    incident for the OAS ever appeared in Colombia, true?

2    A.   I don't recall that.  I'm sorry.  It was a 38-page report

3    or something like that.

4    Q.   Mm-hmm.  Would you agree with me, sir, that the

5    investigative team never traveled to Colombia, true?

6    A.   I was not aware of that.

7              MR. REITER:  May I approach the witness, your Honor?

8              THE COURT:  Sure.

9    BY MR. REITER:

10   Q.   Would you take a look at this?  See if it refreshes your

11   memory.

12   A.   Yes, it says --

13   Q.   Without saying what it says.

14   A.   Okay.

15   Q.   Does that refresh your memory now that no investigative

16   team ever went to Colombia?

17   A.   It also goes on to say that --

18   Q.   Would you just answer my question, sir?

19             MR. CIOFFI:  Your Honor, he's trying to give a

20   complete answer.

21             THE COURT:  Well, the answer is, yes, an

22   investigative team went to Colombia or, no, it didn't.  That's

23   the question.  It's a simple answer, yes or no, if he can

24   answer that after looking at that document and refreshing his

25   memory.  It's real simple.  Does it refresh your memory as to
```

```
 1   whether --

 2             THE WITNESS:  It does.

 3             THE COURT:  Okay.  And did they go or not?

 4             THE WITNESS:  They did not go to Colombia, the

 5   investigative team.

 6             THE COURT:  Okay.  Thank you.

 7   BY MR. REITER:

 8   Q.   Would you agree, sir, that the OAS investigators left it

 9   to the authorities in Colombia to do the investigation in

10   Colombia, true?

11   A.   That's true.

12   Q.   Mm-hmm.  And would you agree, sir, that the purpose --

13   A.   Can I amplify that answer, just because --

14   Q.   On redirect.  I just want a direct answer.

15   A.   Okay.

16   Q.   Would you agree, sir, that it was not the purpose of this

17   investigation to uncover wrongdoing on the part of any specific

18   individual and that governments may wish to probe further?

19   Would you agree with that, sir?  It was not the purpose of this

20   investigation to undercover wrongdoing by any individual.

21   Would you agree with that, sir?

22   A.   I'm not sure I do.

23             MR. REITER:  May I approach the witness, your Honor?

24             THE COURT:  Yes.

25             THE WITNESS:  I would have to refresh my
```

1    recollection.  That's true.

2    **BY MR. REITER:**

3    Q.    Mm-hmm.  So now considering the fact that no investigative

4    team went to Colombia and that the purpose of this particular

5    report was not to undercover wrongdoing on the part of any

6    individual, it would not be reasonable for you, sir, to rely

7    upon this report to conclude that no wrongdoing had occurred in

8    Colombia by anyone, true?

9              MR. CIOFFI:  Objection, your Honor.

10             THE COURT:  Overruled.

11             THE WITNESS:  That was not the only thing I relied on

12   in making that judgment.

13   **BY MR. REITER:**

14   Q.    Okay.  Well, we'll get into that, sir.

15         But you specifically said that you relied upon this report

16   in coming to this conclusion which you told this jury that you

17   concluded that no wrongdoing had occurred in Colombia, true?

18   A.    True, that was one of the things I relied on.

19   Q.    But you were not entitled to rely on this, were you,

20   because of what you just read?  Is that true, sir?

21   A.    That's absolutely not --

22             MR. CIOFFI:  Objection.

23             THE COURT:  Sustained.

24   **BY MR. REITER:**

25   Q.    And you, sir, did not perform -- well, let me withdraw

1    that.

2         Sir, did anyone from Chiquita take any statements from any

3    Chiquita employees involved in the Otterloo?

4    A.   I believe.

5    Q.   Yes or no?

6    A.   I believe they did.

7    Q.   Where are they?

8    A.   I don't know.

9    Q.   Mm-hmm.  Did you, sir, view the CCTV feed at the port when

10   this -- these guns came through?  Did you ever look at it?

11   A.   I never knew it existed until much later.

12   Q.   When you say "until much later," when was it much later

13   that you found out that there was CCTV tapes regarding this

14   whole affair that had been kept by Chiquita?  When did you find

15   that out?

16   A.   Actually, I don't think I ever knew that.  I'm thinking of

17   something else, another incident.  I don't think I knew of the

18   tape, that there were tapes.

19   Q.   So whatever investigation you did, sir, you didn't see the

20   evidence, did you?

21   A.   I received the results of the investigation that was done

22   by local management --

23   Q.   Well --

24   A.   -- under the direction of the director of security at

25   Chiquita.

```
 1   Q.   Is there a report of that, sir?
 2   A.   I received an oral report.
 3   Q.   An oral report.  I see.
 4        No written report of this incident in which -- do you know
 5   how many guns came in on that shipment, sir?
 6   A.   I don't know.  I don't recall.
 7   Q.   Well, sir, you looked at the OAS report.  That's something
 8   they did find out, didn't they?
 9   A.   I don't recall.  I'm sure it was stated in the OAS report,
10   but I don't recall the specific number of guns.
11   Q.   Mm-hmm.  Do you recall what kind of guns they were?
12   A.   I believe they were AK-47s.
13   Q.   Mm-hmm.  And you say you received an oral report.  Was
14   that from Mr. Acevedo?
15   A.   No, from Bakoczy.
16   Q.   Mm-hmm.  You also testified about another incident in
17   which guns came through the port at, in this case, Nueva
18   Colombia; are you aware of that?
19   A.   I'm sorry.  Can you repeat the place?
20   Q.   This was in the other Chiquita wharf in Turbo.  It's
21   called Nueva Colombia.  Do you understand?
22   A.   I will take your word for it, that it's the name of the
23   wharf in Turbo.
24   Q.   This was referred to by Barbara Howland as the Easter
25   incident.  Are you aware of the Easter incident?
```

```
 1   A.   I am.

 2   Q.   And would you agree, sir, that a person at Chiquita was

 3   fired over this incident?

 4   A.   I don't have any recollection.  No, I was never told that.

 5   Q.   Do you know a person by the name of Julian Diaz?

 6   A.   I don't recall.  I may have been told at the time, but I

 7   don't recall.

 8   Q.   Mm-hmm.  Do you have any recollection of Julian Diaz being

 9   fired over this incident, the Easter guns incident?

10   A.   I do not have any such recollection.

11   Q.   Mm-hmm.  And do you have any recollection of --

12             MR. REITER:  May I approach the witness?

13             THE COURT:  Yes.

14             MR. REITER:  Okay.

15   BY MR. REITER:

16   Q.   Sir --

17             MR. CIOFFI:  Counsel, what are you showing him?

18             THE COURT:  Can you show it to counsel first before

19   you show it to the witness?

20             MR. REITER:  It's part of D193.

21             THE COURT:  Can you show it to Mr. Cioffi, please.

22             MR. CIOFFI:  Do you have a copy?

23             MR. REITER:  Those are my notes.  Sorry.

24             MR. CIOFFI:  Your Honor, that document is not in

25   evidence.
```

```
 1              THE COURT:  I understand that.  He's just showing it

 2   to the witness.  I'm not sure for what purpose.  I guess we'll

 3   find out.  Go ahead show it to him.

 4   BY MR. REITER:

 5   Q.   Sir, do you recognize these handwritten notes?

 6   A.   I do not.  I'm sorry.

 7   Q.   Have you ever seen those before?

 8   A.   I have never seen these.

 9   Q.   Mm-hmm.  Sir, are you aware of a meeting that was held on

10   July 11th, 2001, between Chiquita and their attorneys in Miami

11   regarding this Easter gun shipment incident?

12   A.   I am aware of a meeting.

13              THE COURT:  I'm sorry.  Sir, can you use the

14   microphone, please?

15              THE WITNESS:  Pardon me.  Thank you.

16              I'm aware of such a meeting, yes.

17   BY MR. REITER:

18   Q.   Mm-hmm.  And that was --

19              MR. CIOFFI:  Your Honor, objection.  Beyond the

20   scope.  This was never discussed in direct.

21              THE COURT:  Well, what's the relevance to his

22   testimony?

23              MR. REITER:  If your Honor has any doubt about it,

24   I will proceed in a different direction.

25              THE COURT:  I just don't -- I'm not sure he testified
```

```
 1    about that meeting, so I'm not sure why it's relevant to his
 2    cross-examination.
 3              MR. REITER:  In that case, your Honor, I'll move on
 4    to a different subject.
 5              THE COURT:  Thank you.
 6    BY MR. REITER:
 7    Q.   Mr. Olson, you testified on direct regarding certain
 8    memoranda that you solicited and received from Baker & McKenzie
 9    regarding the alleged legality or illegality of payments first
10    to the FARC and then to the AUC.  Do you remember that, sir?
11    A.   I do.
12    Q.   Okay.  And you will agree, will you not, sir, that the
13    jury had been instructed that those memos were not to be
14    considered for their truth?  You remember that, correct, sir?
15    A.   I do remember that.
16    Q.   Mm-hmm.  And sir, would you agree, sir, that legal advice
17    and opinions are only as good as the information that's been
18    given to the attorneys?
19              MR. CIOFFI:  Objection.
20              THE COURT:  Overruled.  Overruled.
21              THE WITNESS:  I think the information that forms --
22    BY MR. REITER:
23    Q.   I didn't ask you that, sir.  I asked you the validity of a
24    legal opinion dependent upon the facts that are provided to the
25    attorneys.  Yes or no?
```

```
 1              MR. CIOFFI:  He was trying to answer the question,

 2    your Honor.

 3              THE COURT:  Overruled.  He can answer that question.

 4    Yes or no?

 5              THE WITNESS:  I think the factual underpinnings of

 6    the legal opinion are important for sure, that the legal

 7    opinions are rendered based on facts.

 8    BY MR. REITER:

 9    Q.   Mm-hmm.  And the facts that were supplied to Baker &

10    McKenzie were only the facts that Chiquita supplied to them,

11    true?  Yes or no?

12    A.   I believe that to be true.

13    Q.   Mm-hmm.

14    A.   But I don't know that for a set fact.  I don't know what

15    Baker & McKenzie may have done on its own.

16    Q.   That would be speculation, wouldn't it?

17    A.   I just said I don't know.

18    Q.   Okay.  Now, sir, you told us on direct examination that

19    you didn't find out about the designation of the AUC as a

20    specially designated global terrorist until when, sir?  What

21    date?

22    A.   Until February 20th of 2003.

23    Q.   Mm-hmm.  And you told the jury that your excuse for not

24    seeing that was September 11th.  That's what you told the jury,

25    right?
```

```
 1   A.   I said that might have been one -- that was one
 2   explanation.
 3   Q.   In other words, it might have been one explanation.  Is
 4   that what you're saying?
 5   A.   I'm sorry.  It was one explanation.
 6   Q.   Mm-hmm.  Isn't that an explanation you came up with for
 7   this trial, sir?
 8   A.   Absolutely not.
 9   Q.   Mm-hmm.  You don't know if that was the reason, do you?
10   A.   I can't give you a reason because how do you know why you
11   didn't know something?
12   Q.   I agree.  As an attorney you have a legal obligation to
13   know; isn't that fact, sir?
14           MR. CIOFFI:  Objection.
15           THE COURT:  Sustained.
16           MR. REITER:  Okay.  Could we pull up the factual
17   proffer, please?  I forgot which number it is.
18           THE COURT:  114, I think.
19           MR. REITER:  You have a better memory than I.
20           THE COURT:  I'm just guessing.  See, I'm way off.
21   Tells you how good my memory is.
22           MR. REITER:  0583.
23           THE COURT:  Oh, I think that's the schedule.  Sorry.
24   Don't count on my recollection.
25           MR. REITER:  I get it.
```

**BY MR. REITER:**

Q.    Let's look at paragraph 27.  That's on page 7.  And it says here, it was first reported in the New York Times on September 11, 2001.  It was later reported in the local press in Cincinnati, where Defendant Chiquita's headquarters were located.  For example, in the Cincinnati Post on October 6, 2001, and the Cincinnati Inquirer on October 17, 2001, the AUC's designation was even more widely reported in the public media in Colombia where Defendant Chiquita had its substantial banana producing operations.

        Do you see that, sir?

A.    I do.

Q.    And, sir, when it says it was reported in the local press in Cincinnati, where Defendant Chiquita's headquarters were located, for example, in the Cincinnati Post and the Cincinnati Inquirer, these two newspapers were known for giving extensive coverage of issues concerning Chiquita, which was based in Cincinnati, true?

A.    They were known for -- yes, for covering Chiquita, among other businesses in Cincinnati.

Q.    Okay.  And did you as the chief legal officer of Chiquita read the Cincinnati Post?

A.    No.

Q.    Did you as --

        THE COURT:  Hold on, sir.

```
 1                MR. CIOFFI:  This is --

 2                THE COURT:  He already said --

 3                MR. CIOFFI:  This is not an issue in the case.

 4                THE COURT:  He already said he didn't know about it

 5     so --

 6                MR. REITER:  Well, but the question is why not.  He

 7     has a reason.  I want to devil into it.

 8                THE COURT:  He said he doesn't know why he didn't

 9     know.  He speculated about -- to 9/11, but I thought he said he

10     didn't know why he didn't know something.

11                MR. REITER:  Well, the question is should he have

12     known.  That's what I want to inquire.

13                THE COURT:  Well, it's not an issue.

14                MR. REITER:  I didn't say it was an issue.

15                THE COURT:  Excuse me, sir.

16                MR. REITER:  Yes, your Honor.

17                THE COURT:  It doesn't matter whether he should have

18     known.  That's history.  Okay.  They didn't know, they plead

19     guilty, let's move on.

20     BY MR. REITER:

21     Q.   Okay.  How about people in Colombia?  Did anybody report

22     up the chain of command about the public media reporting of

23     Chiquita of the AUC being designated a specially designated

24     global terrorist?

25                MR. CIOFFI:  Same objection.
```

```
 1              THE COURT:  Go ahead, sir.

 2              THE WITNESS:  Pardon me?

 3              THE COURT:  Go ahead and answer the question.

 4              THE WITNESS:  No.

 5   BY MR. REITER:

 6   Q.   Okay.  And, sir, as an attorney, do you consider that

 7   you were at fault in not knowing about this designation as a

 8   global terrorist?

 9              THE COURT:  Sustain the objection.  He's not here

10   on -- his competence of his representation is not at issue

11   here, so let's move on.

12   BY MR. REITER:

13   Q.   Okay.  Now, sir, you've read this factual proffer, have

14   you not?

15   A.   I have.

16   Q.   And you are Mr. C, individual C in this factual proffer,

17   just in case anybody wants to look.  True?

18   A.   I believe I am.

19   Q.   Okay.  And, sir, you testified regarding --

20              MR. REITER:  You could take this down now.

21   BY MR. REITER

22   Q.   You testified regarding your version of certain

23   conversations that took place between you and Laurence

24   Urgenson, your counsel, and the Justice Department.  Do you

25   remember that testimony, sir?
```

1   A.   I do.

2   Q.   And Laurence Urgerson was a person who had extensive

3   experience as a former United States Attorney in the criminal

4   law in the policies and procedures of the Department of

5   Justice, true?

6   A.   He was in the Department of Justice, yes.

7   Q.   Mm-hmm.  You, sir, I think as you've told us, had

8   basically zero criminal law experience; is that a fair

9   statement?

10  A.   I didn't say that.

11  Q.   Is it true or not?

12  A.   I did not practice criminal law.  I was involved sometimes

13  in criminal matters that affected the company.

14  Q.   Okay.  And, sir, it's true, is it not, that at none of

15  these meetings that you told the jury about did the Department

16  of Justice ever assure you that Chiquita could continue to make

17  payments to the AUC, true?

18  A.   True.

19  Q.   Mm-hmm.  And it's also true, sir, that at no time during

20  any of these preliminary meetings that you testified to did the

21  Department of Justice ever give you any assurance that Chiquita

22  would not be prosecuted for the payments they had already made

23  to the AUC, true?

24  A.   That's true.

25  Q.   Mm-hmm.  And after these preliminary meetings, the

1   Department of Justice made a determination that they wanted to

2   do a full investigation, as you referred to it as soup to nuts,

3   true?

4   A.   At some point they did.

5   Q.   And it's true, is it not, sir, that during these

6   preliminary meetings, before the Department of Justice had all

7   the facts and all the documents and all the evidence, Chiquita

8   representatives, including yourself, presented to the DOJ, the

9   Department of Justice, your claims that you were being

10  extorted, correct?  You presented that to the Department of

11  Justice, true?

12  A.   Yes.

13  Q.   Mm-hmm.  And you presented to the Department of Justice

14  your claims regarding how many people Chiquita had in Colombia,

15  true?

16  A.   Yes.

17  Q.   And you presented to the Department of Justice your claims

18  that Chiquita had to pay the AUC for the safety of Chiquita's

19  employees in Colombia, true?

20  A.   I would quibble with the word "claims."  But would you

21  repeat the question?

22  Q.   You told the Department of Justice during those

23  preliminary meetings that Chiquita had to pay the AUC to

24  preserve the lives of its employees.  You told them that,

25  right?

```
 1    A.    I did.
 2    Q.    So basically everything that you've told the jury in this
 3    case on your direct testimony you told to the Department of
 4    Justice during those preliminary meetings, true?
 5    A.    I can't think of anything I didn't, but I believe that's
 6    the case.
 7    Q.    Mm-hmm.  And at the time that you had these preliminary
 8    meetings with the Department of Justice, it's true, is it not,
 9    that you were seeking to have the Department of Justice give
10    its stamp of approval to Chiquita remaining in Colombia, true?
11    A.    Not so.
12    Q.    Well, wasn't the claim made during those preliminary
13    meetings that Chiquita -- if Chiquita had to leave Colombia,
14    people would lose their jobs; and if Chiquita tried to stop
15    payments, people will be killed?  Those were all said to the
16    Department of Justice at that time, true?
17    A.    Yes.
18    Q.    And based upon these statements during these preliminary
19    meetings, it's true, is it not, that even in those meetings the
20    Department of Justice expressed scepticism regarding your claim
21    of duress, true?
22    A.    No.
23    Q.    Mm-hmm.
24          MR. REITER:  May we take a short break, your Honor?
25          THE COURT:  Okay.  We're about close enough to the
```

```
 1    time I was going to suggest a break.  So let's take a 15-minute
 2    recess, ladies and gentlemen.  Don't discuss the case or form
 3    any opinions, and leave your notes.  Thank you.
 4              THE COURTROOM DEPUTY:  All rise.
 5         (Thereupon, the jury exited the courtroom.)
 6              THE COURT:  All right.  Please be seated, everyone.
 7              You can step down, sir.  And don't discuss your
 8    testimony during the break.  All right?
 9              THE WITNESS:  Yes, sir.
10              THE COURT:  Thank you.
11                        (Short recess had.)
12              THE COURT:  Please be seated, everyone.  Welcome
13    back.
14              Are we ready or are we waiting for other people to get
15    back?
16              MR. REITER:  The rest of the audience is not here
17    yet.
18              THE COURT:  Okay.  Do you have any idea, Mr. Reiter,
19    how much longer you have?
20              MR. REITER:  Ten minutes, maybe.
21              THE COURT:  Okay.  We can go?
22              Okay.  All right.  Bring the jurors in.
23              THE COURTROOM DEPUTY:  Please rise for the jury.
24         (Thereupon, the jury entered the courtroom.)
25              THE COURT:  Welcome back, everyone.  Please be
```

1    seated, ladies and gentlemen.

2           Mr. Reiter, you may continue with your

3    cross-examination.

4    **BY MR. REITER:**

5    Q.   When we left off, sir, I had asked you whether during

6    these preliminary meetings the Department of Justice expressed

7    suspicion of your duress argument.  Do you remember that, sir?

8    A.   I remember --

9           MR. CIOFFI:  Objection.

10          THE WITNESS:  I remember the question, yes.

11   **BY MR. REITER:**

12   Q.   You said that that's not -- that didn't happen?

13   A.   I'm saying that's not accurate.

14   Q.   Mm-hmm.  Sir, I want to see if I can refresh your

15   recollection.

16          MR. REITER:  May I approach?

17          THE COURT:  Show counsel first.

18          MR. REITER:  May I approach, your Honor?

19          THE COURT:  Yes, sir.

20   **BY MR. REITER:**

21   Q.   And, sir, is that your handwriting?

22   A.   It is.

23   Q.   Mm-hmm.  Does that refresh your recollection as to whether

24   the Department of Justice was suspicious of the duress

25   argument?

```
 1    A.    Can I review the entire document, please?

 2    Q.    Take your time, sir.

 3    A.    I'm sorry.

 4          Thank you.  I have no recollection of this document.

 5    Q.    But it is your handwriting, is it not?

 6    A.    It is my handwriting.

 7    Q.    And you did testify about it in your deposition, did you

 8    not, as exhibit -- what does it say on there?

 9    A.    I don't remember testifying about that exhibit.

10    Q.    Well, sir, having refreshed your memory with your own

11    handwritten note, I'll ask you again, does this refresh your

12    recollection that the DOJ was suspicious of the duress

13    argument; true or not?

14    A.    It refreshes some of my recollection.

15    Q.    And does it refresh your recollection specifically?  And

16    I'll point up to the spot on this handwritten note.

17    A.    I see the spot.  I don't need to -- yes, it does say that.

18    That's all I can remember.  But I will --

19    Q.    Sir, that's all I asked you.

20    A.    Good.  Well, redirect.  Okay.

21    Q.    And this was handwritten note that you made in November or

22    December of 2003, according to your testimony; is that right,

23    sir?

24    A.    I don't know when it was made, when I took those notes.

25    And I don't know what those notes meant.
```

```
 1   Q.   In other words, you don't know what the note meant when it
 2   said DOJ suspicious of duress argument?  You don't know what
 3   that means?
 4           MR. CIOFFI:  Objection.
 5           THE COURT:  Sustain the objection.
 6           THE WITNESS:  I don't remember.
 7           THE COURT:  Sir, I sustained the objection.  Wait for
 8   another question.
 9           THE WITNESS:  Okay.
10   BY MR. REITER:
11   Q.   And, sir, you told us that after telling the Department of
12   Justice in these preliminary meetings essentially everything
13   that you've told this jury and that Chiquita has told this jury
14   about its alleged justification for making these payments to
15   the AUC, the Department of Justice told you that it could not
16   rely just on your representations until it had conducted a very
17   thorough, quote, soup to nuts investigation to test the
18   accuracy and completeness of your representations, true?
19           THE COURT:  Overruled.  You can answer.
20           THE WITNESS:  That is not what I said.  If you want
21   me to put it my own words, I'm happy to do so.
22   BY MR. REITER:
23   Q.   Did you they tell you that they needed to do a soup to
24   nuts investigation based upon your representations, sir?  True.
25   A.   Eventually, a -- I characterized that as a kicking the
```

1    tires investigation.  That's what I -- when I first learned of
2    it, I regarded it to be.  But, yes, later on in September, some
3    five months after the initial meeting with the Justice
4    Department, I was told that there would be an extensive
5    investigation of the facts, yes.
6    Q.   Mm-hmm.  And it's true, is it not, sir, that the
7    Department of Justice wanted not only to check the accuracy of
8    what Chiquita was telling the Department of Justice, it wanted
9    to make sure it had the whole truth to make sure it wasn't
10   basing any decision on something that was less than the full
11   picture; is that a correct statement?
12   A.   I don't know what the DOJ was looking for.  They did not
13   say that to me, and that was not my -- my understanding was
14   that they were going to do an extensive investigation.  The
15   rest of that characterization is yours, not mine.
16   Q.   And, sir, in connection with that extensive investigation,
17   that was to test the accuracy and completeness of the
18   information that Chiquita had given in these initial meetings,
19   true?
20   A.   Well, yes, it was definitely they wanted to find out what
21   the factors were or verify what the facts were.
22   Q.   And after that the Department of Justice then spent months
23   conducting that soup to nuts investigation to test the accuracy
24   and the completeness of the information that Chiquita had
25   provided to the Department of Justice in Chiquita's effort to

```
 1    justify its years of payments to Colombian terrorists, meaning
 2    the AUC, true?
 3    A.    That's such a long question with so many parts to it.
 4    There's some parts of it I can say true, and I'm not sure about
 5    the rest.  You'll have to break it down.  I'm sorry.
 6    Q.    Would you agree, sir, that after this initial, what you
 7    called, kicking the tires, kicking the tires became a soup to
 8    nuts investigation, true?
 9    A.    That's absolutely true.
10    Q.    Mm-hmm.  And would it be correct, sir, that this soup to
11    nuts investigation required Chiquita to provide extensive
12    documents regarding every aspect of what had been done
13    regarding the payments to the AUC, true?
14    A.    That's true.
15    Q.    And would you agree, sir, that this investigation was done
16    at least in part to determine the validity or invalidity of
17    Chiquita's claimed justification for payments to the AUC, true?
18    A.    Absolutely, and they never said that -- they never made an
19    assertion that the claims were untrue.  Never.
20    Q.    Sir, to assist you in promoting Chiquita's position to the
21    Department of Justice, Chiquita hired one of the country's
22    highest profile lawyers, Eric Holder, true?
23              MR. CIOFFI:  Objection.
24              THE COURT:  Rephrase your question.
25
```

```
 1              THE WITNESS:  Chiquita hired --
 2              THE COURT:  I sustained the objection.  Rephrase the
 3    question.
 4    BY MR. REITER:
 5    Q.   At some point, sir, Chiquita hired a lawyer by the name of
 6    Eric Holder, Junior, true?
 7    A.   Eric Holder was hired by Chiquita after I left the
 8    company.
 9    Q.   Oh, okay.  And, sir, why were you at the company, and when
10    did you leave exactly?
11    A.   August of 2006, I think.
12    Q.   Okay.  And up to that point, sir, between the time that
13    you were testifying on direct, which was sometime in 2004, am I
14    correct?  Those initial meetings were in 2004; am I right?  Or
15    2003?
16    A.   I'm sorry.  Which meetings?
17    Q.   Let me withdraw that.
18         At some point, sir, while you were still at Chiquita, did
19    Chiquita get advised that they were going to be a criminal
20    defendant?
21    A.   No.
22    Q.   You had already left the company at that time?
23    A.   Yes.
24    Q.   Okay.  And would you agree, sir, that Chiquita then hired
25    Eric Holder to represent the company in this criminal
```

1    investigation?  Is that correct, sir, or you don't know?

2    A.   I understood, but I had no personal knowledge that that

3    was the case.

4    Q.   And, sir, you know today that no matter what you may have

5    hoped for, no matter what you may have guessed or interpreted

6    about what the Department of Justice initially told you, that

7    after the Department of Justice conducted its investigation,

8    this soup to nuts investigation, the DOJ charged Chiquita with

9    a crime, true?

10   A.   That's correct.

11   Q.   Mm-hmm.  And again, the Department of Justice considered

12   all of Chiquita's arguments regarding your alleged duress

13   defense or extortion defense, however you want to characterize

14   it, true?

15   A.   I am sure they did.  I don't know that they ever

16   questioned the defense, but that's --

17   Q.   And in addition to this duress defense, Chiquita also

18   tried to make a defense that everybody else was doing it,

19   correct?

20   A.   I don't know that that was part of its defense or not

21   because I was not involved in the discussions of the -- with

22   the Department of Justice.  But certainly it was my belief,

23   while I was at Chiquita, that everybody, if you will, is as

24   you were saying.

25   Q.   Sir, listen to the -- I'm sorry.  I didn't mean to cut you

```
1    off.
2    A.    It was my belief that the AUC was extorting, you know, all
3    the banana companies, as well as other agriculture concerns.
4    Q.    You told the Department of Justice in these initial
5    meetings that Chiquita was just doing the same thing that all
6    the other banana companies in Colombia were forced to do?
7    That's what you told the Department of Justice in these initial
8    meetings, true?  Just yes or no.
9    A.    I can't -- I will affirm what you said, but I will say it
10   without the implications that you seem to be making that it
11   wasn't just the same thing as other companies were doing.  I
12   was reciting what I believed to the facts based on what I had
13   learned, namely that other companies were being extorted just
14   like Chiquita.
15   Q.    And you told the Department of Justice we were just doing
16   what Dole and Del Monte and every other big company in Colombia
17   was forced to do.  That's what you told the Department of
18   Justice, true?
19   A.    Again, I've given the answer.  It wasn't I just -- we were
20   not -- I was just telling them what I believed to be the facts.
21   I was not going beyond that to say the things that you said
22   that I said.
23   Q.    After telling the Department of Justice that he believed
24   that all these other banana companies were being extorted, the
25   DOJ told you we want to do an investigation, a full
```

```
 1   investigation, true?
 2   A.   Well, in time sequence that's true.  I don't see the
 3   connection, but that's fine.
 4   Q.   And then when the Department of Justice completed their
 5   long, thorough investigation, Chiquita was charged with a
 6   crime, correct?  Just yes or no.
 7   A.   Yes, and --
 8   Q.   Would you agree, sir?
 9   A.   -- that was not the whole case.
10   Q.   And would you agree, sir, that --
11   A.   Pardon me?
12   Q.   To your knowledge, sir, Dole was never charged with a
13   criminal felony, true?
14   A.   That's true.
15   Q.   And --
16   A.   At least I don't think so.
17   Q.   And to your knowledge, sir, after this soup to nuts
18   investigation by the Department of Justice, Del Monte was not
19   charged with a federal criminal felony either, true?
20   A.   Not to my knowledge.
21   Q.   In fact, when the Department of Justice finished
22   investigating, there was only one company doing business in
23   Colombia that was charged with any crime whatsoever by the
24   United States Government and that company was Chiquita, true?
25   A.   I believe that's the case.
```

1    Q.   Mm-hmm.

2    A.   As unfair as I thought it was.

3    Q.   The whole truth is that Chiquita was the only company

4    charged with any crime, the only company prosecuted, the only

5    company convicted of a federal felony offense for supporting

6    the AUC, correct?

7    A.   That is absolutely -- that's true, and the company was the

8    only one that self-reported to the Federal Government.

9    Q.   Mm-hmm.  And it's true, is it not, sir, that the

10   Department of Justice, based upon your representations, could

11   have conducted an investigation of Dole and Del Monte and every

12   other banana company, correct?

13             THE COURT:  Sustain the objection.

14   **BY MR. REITER:**

15   Q.   Okay.  And, sir, at the time that you self-reported to the

16   Government, it's true, is it not, that Chiquita had already

17   committed multiple counts, multiple felony counts of providing

18   resources and money to the AUC, true?

19   A.   I don't agree with that.  I did not share that belief.

20   Q.   Mm-hmm.  So you don't believe that at the time that

21   Chiquita self-reported to the United States Government that it

22   had already committed multiple counts of engaging in illegal

23   transactions with a global terrorist, true?

24   A.   I can agree that the company made payments to the AUC

25   which was on certain lists, yes.  But I believe that the

```
 1    company had valid defenses that ultimately would prevail.  I
 2    found it absolutely inconceivable that the law was such that
 3    the company would have to stop doing something that would
 4    result in the loss of life.
 5    Q.   And, sir, would you agree with me, sir --
 6    A.   Yes.
 7    Q.   -- that apparently your interpretation of the law turned
 8    out to be wrong?  Am I correct, sir?
 9    A.   I do not agree with that.
10    Q.   Mm-hmm.  So, in other words, your opinion is that the
11    Department of Justice, who was charged with enforcing the laws
12    of the United States, was wrong in prosecuting Chiquita?
13    That's your opinion, sir?  Yes or no?
14    A.   No, that's not my opinion.  My opinion is that there was
15    never a -- there was never a trial, there was never a judicial
16    finding by a court of law that Chiquita engaged in illegal
17    acts.  It was a settlement between the company that I was not
18    part of, didn't know what the ins and outs of it, but that
19    Chiquita agreed to in order to avoid litigation.
20    Q.   Sir, what you regard as a settlement, wasn't it a plea of
21    guilty, true?
22    A.   Yes.
23    Q.   Mm-hmm.
24    A.   Part of the settlement.
25    Q.   And this was a plea bargain, was it not, sir?
```

```
1    A.    I don't know what the term -- I'm not a criminal lawyer,
2    as you pointed out.  I don't know what that means.
3    Q.    You don't know what that means?
4    A.    Yes, I do know what that means.
5    Q.    Would you agree, sir, that a plea of guilty was entered on
6    the docket of the Federal Court in Washington DC and a
7    conviction of Chiquita was entered on the docket in Washington
8    DC; true or not?
9    A.    True.  And you're right, it was a plea bargain.  And
10   bargain implies an agreement.
11   Q.    Mm-hmm.  And as part of that plea bargain, Chiquita
12   acknowledged each and every allegation in that proffer was
13   true; is that a correct statement, sir?
14   A.    Could you repeat that, please?
15   Q.    Have you ever seen the proffer?
16   A.    I have.
17   Q.    Mm-hmm.  And would you agree with me, sir, that based on
18   that proffer, a criminal information was filed against
19   Chiquita?
20   A.    Yes.
21   Q.    Mm-hmm.  And a criminal information is a charging
22   document, correct?
23   A.    Yes.
24              THE COURT:  Hold on.
25              MR. CIOFFI:  It misstates the facts and the sequence.
```

1    The proffer came later.

2           THE COURT:  Overruled.

3    **BY MR. REITER:**

4    Q.   Based upon that proffer and criminal information, Chiquita

5    plead guilty; true or not?

6    A.   That was part of its plea bargain, yes.

7    Q.   And would you agree with me, sir, that Chiquita admitted

8    its guilt of the charges filed against it, true?

9    A.   That was part of the plea bargain, yes.

10   Q.   Mm-hmm.  Are you here disputing that Chiquita was actually

11   guilty?  Is that what you're doing?

12   A.   I'm not here doing that, no.

13   Q.   Thank you very much.  Nothing further.

14          THE COURT:  Thank you, sir.  Redirect.

15          MR. REITER:  One second.

16          THE COURT:  I'm sorry.  Hold on.

17   **BY MR. REITER:**

18   Q.   Sir, last question.  No matter what you may have guessed

19   or interpreted or thought the Federal Government might have

20   thought about Chiquita's years of payments to the AUC, we know

21   exactly what the Federal Government thought after it conducted

22   its soup to nuts investigation because the Department of

23   Justice told Chiquita and the world in writing what it thought,

24   correct?  Yes or no?

25   A.   You have to breakdown the -- repeat the question.  I'm

```
1    sorry.

2    Q.   Sir, I'll just read it again to you.

3    A.   Okay.

4    Q.   No matter what you may have guessed or interpreted or

5    thought the Federal Government might have thought about

6    Chiquita's years of payments to Colombian terrorists, we know

7    exactly what the Federal Government thought after it conducted

8    its soup to nuts investigation because the Department of

9    Justice told Chiquita and the world in writing what it thought,

10   didn't it?  Just yes or no, sir.

11   A.   Yes.

12   Q.   Thank you.  And, sir, the document in which --

13              MR. CIOFFI:  Your Honor, may we approach the bench?

14              THE COURT:  Okay.

15                       (At the bench.)

16              MR. CIOFFI:  He's going to show the plea agreement,

17   and they're going to try to get in the plea agreement.  He's

18   answered the question that the Government told them, but he's

19   going to show him the plea agreement and then try to go into

20   that the Court's already excluded.

21              THE COURT:  I thought he was going to show him the

22   Information.

23              MR. SCAROLA:  They're going to show the sentencing

24   memorandum.

25              THE COURT:  You can't.  We're not going through the
```

```
 1    sentencing memorandum.

 2              MR. SCAROLA:  May we be heard for purposes of the

 3    record in that regard?

 4              THE COURT:  Why you are you arguing it instead of

 5    Mr. Reiter?

 6              MR. SCAROLA:  Because I have trouble keeping my mouth

 7    shut.

 8              THE COURT:  Mr. Reiter, why do you want to show him

 9    the sentencing memorandum?

10              MR. REITER:  Because this is the document in which

11    the Government -- one of the documents -- told the world what

12    they thought of their defenses.

13              THE COURT:  Okay.  Well, I thought they told them

14    what their thought was when they filed the Information.  So,

15    I'm going to not allow you to get into the sentencing

16    memorandum.

17              MR. REITER:  Okay.

18              MR. SCAROLA:  We'll wait to make my argument with

19    Mr. Freidheim.  Thank you, sir.

20              THE COURT:  Thank you.

21                        (In open court.)

22              MR. REITER:  Just one other question, sir.

23    BY MR. REITER

24    Q.   You had already left the company when these plea

25    negotiations took place, correct?
```

1    A.    That's true.

2    Q.    So you don't know what happened between the Government and

3    Eric Holder during these plea negotiations, do you?

4    A.    That's correct.

5              MR. REITER:  Thank you.

6              THE COURT:  Thank you.  Any redirect examination?

7              MR. CIOFFI:  Yes, your Honor.

8                              -  -  -  -  -

9              **REDIRECT EXAMINATION OF ROBERT OLSON**

10   **BY MR. CIOFFI:**

11   Q.    Mr. Olson, Mr. Reiter was just asking you a number of

12   questions about the DOJ's soup to nuts investigation.  Do you

13   recall those questions just a couple of minutes ago?

14   A.    I do.

15   Q.    And the starting point was something he referred to as the

16   preliminary discussions with the DOJ, which we discussed in

17   your testimony yesterday.  Do you recall that?

18   A.    I do.

19   Q.    And that there was a meeting on April 24th, 2003.  Do you

20   recall testifying about that?

21   A.    I do recall.

22   Q.    And at that meeting you testified that one of the things

23   you told the DOJ was that Chiquita was being extorted; isn't

24   that right?

25   A.    Yes.

1    Q.   Now, let's pull up the factual proffer, please.  Let's

2    turn to paragraph 21.

3         Can you see it on the screen there, Mr. Olson?

4    A.   Yes.

5    Q.   And go back to the first page, just so we got the date.

6    The date of this factual proffer is March 19th, 2007.  And

7    scroll down.  As everyone's been saying, had with this case

8    gone to trial, the Government would have proven beyond a

9    reasonable doubt that.

10        Now go to paragraph 21.

11        So if I understand your testimony, on April 24, 2003, you

12   told the DOJ and the Government that Chiquita had been

13   extorted, correct?

14   A.   Yes.

15   Q.   And as Mr. Reiter pointed out over 10 or 20 minutes of

16   questioning, the Government then did this soup to nuts

17   investigation; is that correct?

18   A.   Yes.

19   Q.   And that soup to nuts investigation culminated in this

20   factual proffer and a guilty plea; isn't that right?

21   A.   Yes.

22   Q.   And as part of this guilty plea, the Government agreed,

23   did it not, in this paragraph 21, with what you told them on

24   April 24th, 2003, specifically the Government agreed that

25   Chiquita had been extorted?

1          MR. REITER:  Objection.  Move to strike.

2          THE COURT:  Sustained.

3          MR. REITER:  That's not what it says.

4          THE COURT:  I'll sustain the objection.  It's a

5     leading question and the document speaks for itself.  So if you

6     want to point out the language in the document, you can point

7     that out to the jury.

8     **BY MR. CIOFFI:**

9     Q.   Mr. Olson, take a look at paragraph 21 and please read

10    that.

11    A.   Defendant Chiquita began paying the AUC in Uribá following

12    a meeting in or about 1997 between the then-leader of the AUC,

13    Carlos Castano, and Banadex's then general manager.  At the

14    meeting, Castano informed the general manager that the AUC was

15    about to drive the FARC out of Uribá.  Castano also instructed

16    the general manager that Defendant Chiquita's subsidiary had to

17    make payments to an intermediary known as a convivir.  Castano

18    sent an unspoken but clear message that failure to make the

19    payments could result in physical harm to Banadex personnel and

20    property.

21         Should I go on?

22    Q.   No, you can stop there.

23         So after this soup to nuts investigation over four years

24    and this plea agreement, is it true that the Government agreed

25    with what you told them on April 24th?

1    A.    Yes.

2              MR. REITER:  Objection.  Move to strike.

3              THE COURT:  Overruled.

4    **BY MR. CIOFFI:**

5    Q.    I want to now turn your attention, Mr. Olson, to paragraph

6    7 and 8 of this factual proffer.

7    A.    Yes.

8    Q.    I want you to read those two paragraphs out loud, and then

9    I want to ask you some questions about them.

10   A.    The Secretary of the Treasury promulgated the global

11   terrorism sanctions regulations, 31 CFR --

12        Can I skip that part?

13   Q.    Yeah, go ahead.

14   A.    Implementing the sanctions imposed by Executive Order

15   13224.  The United States Department of the Treasury's Office

16   of Foreign Assets Control, OFAC, located in the District of

17   Columbia, was the entity empowered to authorize transactions

18   with an SDGT.  Such authorization, if granted, would have been

19   in the form of a license.

20        Pursuant to Executive Order 13224, the Secretary of State

21   of the United States, in consultation with the Secretary of the

22   Treasury of the United States and the Attorney General of the

23   United States, designated the AUC as a specially designated

24   global terrorist on October 31, 2001.

25        As a result of the SDGT designation, since October 31,

1    2001, it has been a crime for any United States person, among

2    other things, willfully to engage in transactions with the AUC

3    without having first obtained a license or other authorization

4    from OFAC.

5    Q.   So, was the crime Chiquita plead guilty to and paid a fine

6    for the crime of engaging in a transaction without first having

7    obtained a license?

8    A.   That was the crime.

9    Q.   Chiquita and the Government in this factual proffer did

10   not agree or otherwise stipulate that Chiquita paid other than

11   under the threat to Banadex's personnel and property?

12          THE COURT:  Sustain the objection.  It's a leading

13   question.

14   **BY MR. CIOFFI:**

15   Q.   Well, going back to the factual proffer, paragraph 21,

16   that sentence you were reading, what is your understanding?

17   Did the Government agree with the position you took back in

18   April of 2003 that Chiquita was being extorted?

19          MR. REITER:  That's my objection.

20          THE COURT:  Hold on.

21          MR. REITER:  Objection.  Irrelevant, immaterial.

22          THE COURT:  Well, I'll sustain the objection to what

23   the Government agreed to in this paragraph.

24   **BY MR. CIOFFI:**

25   Q.   Again, if you look at this sentence, is that what you told

```
1   the Government on April 24th, 2003?
2   A.   Yes.
3   Q.   Okay.  And in the factual proffer, looking at the first
4   sentence, the Government agrees that this would have been
5   established beyond a reasonable doubt; is that right?
6            MR. REITER:  Objection.  Leading.
7            THE COURT:  Sustained.
8   BY MR. CIOFFI:
9   Q.   Read that first sentence, please.
10  A.   Had this case gone to trial --
11           MR. REITER:  Asked and answered.
12           THE COURT:  Overruled.
13           THE WITNESS:  Should I read it?
14           THE COURT:  Yes.
15           THE WITNESS:  Had this case gone the trial, the
16  Government would have proven beyond a reasonable doubt that.
17  BY MR. CIOFFI:
18  Q.   Now, go to paragraph 21.  Read that.
19  A.   Castano sent an unspoken but clear message that failure to
20  make the payments could result in physical harm to Banadex
21  personnel and property.
22  Q.   Mr. Olson, I want to ask you now about a couple of other
23  things that Mr. Reiter talked to you about.
24       He discussed early in his cross-examination Reinaldo
25  Escobar.  Do you recall that?
```

```
 1   A.   I do.

 2   Q.   You testified that you fired Escobar, correct?

 3   A.   That's correct.

 4   Q.   And Mr. Reiter then asked if you had confidence in

 5   Mr. Escobar's legal ability and his opinions about Colombian

 6   law after that.  Do you recall that?

 7   A.   I do.

 8   Q.   And he cut you off when you were trying to explain what

 9   you did as a result of that lack of confidence.  Do you recall

10   that?

11   A.   Yes, I felt that I could no longer rely or should no

12   longer rely on Mr. Escobar's advice as to whether -- in that

13   time period, the payments to the FARC were legal under

14   Colombian law.  And, therefore, I engaged the firm of Baker &

15   McKenzie to render that advice, and Baker & McKenzie --

16        MR. REITER:  I'm going to object at this point, your

17   Honor.

18        THE COURT:  You can say that much.  You just then

19   went and hired Baker & McKenzie to give you an opinion?

20        THE WITNESS:  Yes.

21        THE COURT:  Is that what you said?

22        THE WITNESS:  That's all I can say.

23        THE COURT:  They've already seen the opinion letter

24   from Baker & McKenzie.  It's been shown to them.

25
```

BY MR. CIOFFI:

Q.   We discussed that opinion letter yesterday.  Do you recall
that testimony?

A.   I do.

Q.   And in providing legal advice to the company, did you rely
on that opinion from Baker & McKenzie?

          MR. REITER:  Objection.

          THE COURT:  Overruled.

          THE WITNESS:  I did.

BY MR. CIOFFI:

Q.   You were also questioned a few hours ago that in 2000 you
learned that Banadex was paying the AUC?

A.   Yes.

Q.   Upon learning that fact, did you conduct or have cause to
be conducted another legal investigation -- investigation to
determine the legality of those payments?

A.   Yes.

Q.   What did you do?

A.   I asked --

          MR. REITER:  Objection.  Improper redirect.

          THE COURT:  Wasn't this gone over yesterday?  Didn't
he just discuss that in his direct testimony?

          MR. CIOFFI:  But he left hanging what Mr. Olson did.
He cut him off again.  I'm just trying to get him to answer the
full question.

1          THE COURT:  Okay.  Go ahead.  Tell us what you did.

2    **BY MR. CIOFFI:**

3    Q.   What did you do to determine the legality of those

4    payments now to the AUC?

5    A.   I instructed that a factual investigation be undertaken,

6    and I also instructed that Baker & McKenzie be engaged to

7    render a legal opinion with regard to these payments to the AUC

8    under Colombian law.

9    Q.   And did Baker & McKenzie render an opinion?

10          MR. REITER:  Objection, your Honor.  Improper

11   redirect.  Just restating.

12          THE COURT:  Overruled.

13          THE WITNESS:  Yes.

14   **BY MR. CIOFFI:**

15   Q.   We looked at that opinion yesterday.  Do you recall that?

16   A.   I do.

17   Q.   Did you rely on that opinion?

18   A.   I did.

19   Q.   Mr. Olson, do you recall the questions from Mr. Reiter

20   about the Otterloo incident?

21   A.   Yes.

22   Q.   And Mr. Reiter insinuated that --

23          MR. REITER:  I'm going to object.

24          THE COURT:  Sustained.  Rephrase your question.

25

1    **BY MR. CIOFFI:**

2    Q.   Mr. Reiter implied that Chiquita employs employees had

3    somehow been engaged in wrongdoing with respect to the Otterloo

4    incident.  Do you recall that questioning?

5    A.   I do.

6    Q.   Have you ever learned or ever heard that any Banadex

7    employee was ever convicted of wrongdoing with respect to the

8    Otterloo?

9    A.   Never.

10   Q.   Did you learn, however, that a Banadex employee was

11   wrongfully detained over this particular incident?

12            MR. REITER:  Objection, your Honor.

13            THE COURT:  Sustained.

14            MR. REITER:  Secondhand knowledge.

15            THE COURT:  Sustained.

16            THE WITNESS:  I do have some personal.

17            THE COURT:  I sustained the objection.

18            THE WITNESS:  Thank you.

19            MR. CIOFFI:  Judge --

20            THE COURT:  It's based on hearsay a so I'm going to

21   sustain the objection.

22   **BY MR. CIOFFI:**

23   Q.   Did you ever have any understanding about an individual

24   named Jovanny Hurtado with respect to this incident?

25            MR. REITER:  Same objection.

```
 1              THE WITNESS:  I did.

 2              THE COURT:  Sustained.

 3   BY MR. CIOFFI:

 4   Q.   In learning about the investigation into the Otterloo, did

 5   you form a belief as to whether anyone who had been accused was

 6   exonerated?

 7              MR. REITER:  Objection, your Honor.

 8              THE COURT:  Sustained.  Let's move on.

 9   BY MR. CIOFFI:

10   Q.   With respect to the Otterloo, Mr. Reiter questioned you

11   about the OAS report.  Do you recall that?

12   A.   I do.

13   Q.   Why did you rely on the OAS report in addition to the

14   other things you learned about?

15   A.   In addition to the internal investigation that was done,

16   which revealed no wrongdoing, I think -- thought it was

17   important.

18              MR. REITER:  Objection.  Secondhand knowledge.  Move

19   to strike.

20              THE COURT:  I'll strike the portions where there's no

21   wrongdoing found.  I'll strike that portion.  But, otherwise,

22   he can continue with the answer.

23   BY MR. CIOFFI:

24   Q.   But please answer the question without saying what's in

25   the report why it is you relied upon it.
```

```
 1   A.    I found that the absence of any suggestion that Banadex

 2   employees had been involved in wrongdoing --

 3            MR. REITER:  Objection, your Honor.

 4            THE COURT:  Sustained.  Sir, don't tell us what

 5   what's in the report.

 6   BY MR. CIOFFI

 7   Q.    Just upon reviewing it, what impact or effect did it have

 8   in you forming your judgment and your course of action in

 9   advising the company?

10            MR. REITER:  Objection, your Honor.  That's just the

11   same question restated.

12            THE COURT:  Overruled.

13            MR. REITER:  Hearsay and irrelevant.

14            THE COURT:  Overruled.

15            THE WITNESS:  It informed my conclusion that no

16   Chiquita employee had been --

17            THE COURT:  All right, sir.  Hold on.  Again, he

18   asked you what action you took as a result of it.  He didn't

19   ask you to tell us what's in the report.

20            THE WITNESS:  Okay.  I apologize, your Honor.

21            I formed a conclusion -- I formed a conclusion that no

22   Chiquita employees were -- had done anything improper after

23   reviewing --

24            THE COURT:  Let's go to another question.

25
```

1    **BY MR. CIOFFI:**

2    Q.   Let me ask you this, Mr. Olson.  During your tenure as

3    General Counsel -- and that tenure was 1995 to 2014; is that

4    correct?

5    A.   No, to 2005.

6    Q.   To 2005.  Was there ever a point at which Chiquita acted

7    contrary to the advice of outside counsel with respect to the

8    issues in this case?

9    A.   No.

10             MR. CIOFFI:  No further questions, your Honor.

11             THE COURT:  Thank you.  Thank you, sir.

12             THE WITNESS:  Thank you.

13             THE COURT:  Ladies and gentlemen, why don't we take a

14   little early lunch break before, rather than starting a new

15   witness.  So don't discuss the case or form any opinions.

16   Leave your notes.  If we can see you at 1:00.  Thank you.

17             THE COURTROOM DEPUTY:  All rise.

18       (Thereupon, the jury entered the courtroom.)

19             THE COURT:  Please be seated, everyone.

20         So, are we going to have issues regarding

21   Mr. Gaddis' -- I already ruled on the demonstratives.  Are

22   there any other issues regarding Mr. Gaddis' testimony?

23             MS. FRYZMAN:  I don't believe so, no.

24             THE COURT:  All right.  And Mr. Restrepo?  No?

25             MS. KROEGER:  I think we're just still waiting on

1   confirmation that the slide of what was read was proper.

2           THE COURT:  I guess we'll have time to deal with

3   that.  So we can just get back at 1:00?  We don't have to get

4   back early?  Okay.

5           MR. DANTE:  I think that's correct, your Honor.

6           MR. SCAROLA:  Thank you, your Honor.

7           THE COURT:  Thank you.  See you at 1:00.

8            (Recess taken from 11:52 a.m. - 1:00 p.m.)

9           THE COURT:  Good afternoon, everyone.  Please be

10  seated.

11          Are we ready to proceed or are we waiting for anybody?

12          MR. DANTE:  We're ready on our side.

13          MR. CIOFFI:  We're ready, your Honor.

14          THE COURT:  Plaintiffs ready?  Yes?

15          MR. SCAROLA:  I'm sorry.  Yes, your Honor.

16          THE COURT:  Okay.  Let's bring the jurors in, please.

17          THE COURTROOM DEPUTY:  Please rise for the jury.

18       (Thereupon, the jury entered the courtroom.)

19          THE COURT:  Welcome back, ladies and gentlemen.

20  Please be seated, everyone.

21          Thank you again for your service, ladies and

22  gentlemen.  We're ready to proceed with the next witness for

23  the defense, Chiquita.

24          And Mr. Dante, your next witness.

25          MR. DANTE:  Thank you, your Honor.

```
 1            Good afternoon, ladies and gentlemen.
 2            Your Honor, Chiquita calls Agent David Gaddis.
 3            THE COURT:  Irene?  They're going to try and use the
 4  regular microphone.
 5            Sir, would you rise your right hand, please.
 6                      (Witness sworn.)
 7            THE WITNESS:  Yes, your Honor.  I do.
 8            THE COURT:  Please be seated, sir.  If you could try
 9  and get close to that microphone, so we can all hear you.
10            And tell us your name and spell your last name for us
11  when you get a second there.
12            THE WITNESS:  Yes, sir.  How does that sound?
13            THE COURT:  Okay.  Let's see how it goes.
14            THE WITNESS:  My name is Dave, David Gaddis,
15  G-A-D-D-I-S.
16            MR. DANTE:  That was good.  Try to keep it that way.
17                      -  -  -  -  -
18            **DIRECT EXAMINATION OF DAVID GADDIS**
19  BY MR. DANTE:
20  Q.  Agent Gaddis, just try to stay close.  We'll remind you if
21  your voice is dropping.  Okay?
22  A.  All right.
23  Q.  Good afternoon, Agent Gaddis.
24  A.  Good afternoon.
25  Q.  Before we get into your qualifications, I want to share --
```

```
 1   I want you to share with the jury a brief description of your

 2   opinions in this case.

 3        Did you prepare some demonstratives that will assist you

 4   in providing testimony today?

 5   A.   Yes, I did.

 6            MR. DANTE:  Your Honor, we'd request to show those

 7   demonstratives to the jury.

 8            THE COURT:  You may.

 9            MS. FRYSZMAN:  No objection.
```

**BY MR. DANTE:**

```
11   Q.   Agent Gaddis, can you briefly tell the jury the opinions

12   that you have formed in this case, please?

13   A.   Yes, I have two central opinions.  The first is from

14   inception to its demobilization, the AUC was born out of and

15   heavily involved in the Colombian drug trade.

16   Q.   And a second opinion?

17   A.   The second is that drug trafficking organizations like the

18   AUC embedded their drugs and victimized commercial cargo

19   companies to smuggle their drugs.

20   Q.   Thank you, Agent Gaddis.

21        What is your area of expertise?

22   A.   International drug trafficking, working as a DEA agent.

23   Q.   How many years did you spend with the DEA?

24   A.   25 plus years.

25   Q.   And Agent Gaddis, let's go through your background
```

```
 1   briefly, if we can.  So what did you do for a living now?

 2   A.   I'm retired, pleasantly so.

 3   Q.   And you mentioned that you spent 25 plus years with the

 4   DEA.  Can you just tell the ladies and gentlemen of the jury

 5   what the DEA stands for?

 6   A.   It is the Drug Enforcement Administration.  It's an agency

 7   within the U.S. Department of Justice, and it focuses on

 8   federal drug laws, focusing on international complex

 9   investigations into drug trafficking cartels, many of which are

10   present overseas.  And the purpose for that is because they

11   are -- the traffickers are overseas in order to get the cocaine

12   and other drugs into the United States.

13   Q.   Agent Gaddis, the jury's been very patient with us, and so

14   I just want you to briefly describe for them what you did

15   before your time in the DEA.

16   A.   Before I was in school, in college.  And I worked the

17   11:00 p.m. to 7:00 a.m. shift in Juvenile Probation and intake

18   work the Madison County Sheriff's Office in Alabama.

19   Q.   And did you eventually go to college?

20   A.   I did.  I was going to school at that time.  And I earned

21   a bachelor of arts degree in criminal justice with a minor in

22   Spanish.

23   Q.   And did you receive any other degrees?

24   A.   Yes.  A few years later, I received a master's of science

25   degree from La Salle University, while I was actually a DEA
```

```
 1    agent.
 2    Q.   And, Agent Gaddis, did you have any other education at any
 3    other universities?
 4    A.   I have had a number of leadership and management courses
 5    in universities such as Harvard's John F. Kennedy School of
 6    Government, Johns Hopkins University, and the University of
 7    Chapel Hill, North Carolina, Chapel Hill.
 8    Q.   And, Agent Gaddis, have you ever taught or lectured at any
 9    colleges?
10    A.   Yes, sir.  I've lectured at a number of community colleges
11    in criminal justice programs.  I've also been a frequent
12    lecturer at Appalachian State University in their police
13    sciences and government school.  I was an adjunct professor at
14    Wake Technical Community College in Raleigh, North Carolina, in
15    criminal justice, and I also lectured at the Defense War
16    College outside of Washington DC on transnational organized
17    crime.
18    Q.   Agent Gaddis, you testified that you joined the DEA.  When
19    was that?
20    A.   In 1986.
21    Q.   Agent Gaddis, here is a list of qualifications on the
22    screen that you prepared.  You can feel free to help you along
23    with the dates of your various positions here.
24         So before we get to the actual positions that you held at
25    the DEA, why did you join the DEA?
```

1   A.   Being a son of an Army Special Forces sergeant who had

2   multiple tours in Korea and Vietnam, I decided that I too

3   wanted to serve my country, and I chose to do it in this way.

4   Q.   And, sir, did you receive any training when you first

5   entered the DEA?

6   A.   Yes, sir.  I attended the DEA academy.  It's the basic

7   agent DEA academy in Quantico, Virginia.

8   Q.   And in what areas were you trained in in Quantico?

9   A.   Investigations, how to collect evidence, how to preserve

10  and manage that evidence so it can be entered into a criminal

11  court, how to work undercover, defensive tactics, firearms

12  training, legal issues associated to our authority, which was

13  Title 21 of federal law.  Things of that nature.

14  Q.   Did you have any wiretapping training?

15  A.   Yes, sir.  Yes, sir.  Title III wiretaps are a very useful

16  tool for DEA.

17  Q.   And how about any training on sharing intelligence?

18  A.   Yes, sir.  Collecting intelligence, managing -- recruiting

19  and managing informants, and sharing the intelligence based on

20  all of that kind of work.

21  Q.   So Agent Gaddis, you received this training when you first

22  entered into the DEA.  Did you also have continuing education

23  and training throughout your 25 years in the DEA?

24  A.   Yes, sir.  After the first 13 months of working on the

25  street in Miami, after graduating from the academy, we were

1    sent back to the academy as a class, we were sent back to the

2    academy for a two-week advanced agent training course which

3    focused on RICO and continuing criminal enterprise statutes,

4    more complicated type investigations.

5    Q.   And just generally, did you have training throughout the

6    course of your career with the DEA as well?

7    A.   Yes, sir, I did.

8    Q.   And so you mentioned Miami.  Was that your first position

9    where you were stationed in the DEA?

10   A.   Yes, sir.

11   Q.   And what kind of work did you do in Miami?

12   A.   I was a criminal investigator conducting complex

13   international investigations.

14   Q.   Can you explain some of your investigations in Miami, just

15   generally, at a high level?

16   A.   Most of the investigations focused on the Colombian

17   cartels.  And that kept us very busy, all of us.

18   Q.   So this time period we're talking about Agent Gaddis is

19   1986 and -- between 1986 and 1992 in Miami?

20   A.   Yes, sir.

21   Q.   And what was going on in Miami in that time period?

22   A.   Miami was a hotspot for cocaine trafficking.  I mean,

23   we've seen, you know, many of the movies and read the books

24   about it.  And it doesn't overstate how pervasive cocaine

25   trafficking was happening in Miami at that time.  It was what

1    we called ground zero for dope land.  And it was so common.

2        I'll give you a quick example.  Remember the brick

3    cellphones that were first coming out.  I was using one of

4    those on an undercover job.  And when I turned it on to make a

5    phone call, immediately I heard two drug traffickers making a

6    deal.  I guess somehow the lines -- you know, in the early days

7    of cell traffic, the lines got over.  And here I am, you know,

8    unwittingly listening to two individuals make a drug deal.

9        Another example is I realized in my own neighborhood,

10   where I lived in Dade county, there was a Colombian drug

11   trafficker who lived in my neighborhood who's with the Ochoa

12   Cartel from Medellin, and I ended up working an investigation

13   on them and seizing a lot of money and drugs and, you know,

14   making -- actually, he didn't stay in that neighborhood very

15   long.

16   Q.   Agent Gaddis, during this time that you were in Miami, was

17   there a particular drug that was more of a target for the DEA

18   in Miami?

19   A.   Yes, cocaine.

20   Q.   And where was that cocaine originating mainly from during

21   the time period you were in Miami?

22   A.   It was originating from Colombia.

23   Q.   And did you conduct any undercover operations involving

24   Colombian drug traffickers?

25   A.   I did.  I did.  I worked undercover quite a bit.  I had

1    recruited an informant wasn't a defendant informant.  This was

2    a gentleman who was an aircraft pilot.  And he was able to get

3    me into a number of organizations.  He looked similar to me.

4    He was Canadian.  He was light-skinned, blue eyed.  And he

5    introduced me as his brother-in-law.  So I was able to get in

6    and infiltrate a number of Colombian cartels.

7        And in one case, we flew an undercover aircraft down into

8    Santa Marta, south of the Guajira Peninsula in Colombia, and we

9    picked up several hounded kilos of cocaine and brought it back

10   to Tamiami Airport.  We ended having a successfully takedown on

11   that.  We arrested a number of people, seized a significant

12   amount of cash and all of the drugs.  One of the individuals,

13   the suspects who we arrested, we prosecuted, and he was

14   convicted, was a former congressmen in Colombia.

15   Q.   And Agent Gaddis, during this time that you're doing

16   undercover work in Miami, what methods did you employ to

17   investigate drug cartels?

18   A.   They were the standard methods that were taught to us in

19   the academy.  And then we just advanced to them through our

20   additional training.  But it was Title III wiretap

21   investigations, managing informants to infiltrate these

22   cartels, and of course doing undercover work when the situation

23   or opportunity arose.

24       It's always best, when you're prosecuting in a criminal

25   trial, to have the agent to be able to say I spoke with the

1    drug traffickers and not rely on other resources.

2    Q.   And Agent Gaddis, during this time period, were you

3    relying on any intelligence information that you were receiving

4    from Colombian authorities?

5    A.   Yes, yes.  We were working and exchanging information with

6    Colombian anti-drug police.  DEA has had the agents down in

7    Colombia for decades.  Since the 1960s, I believe.  '60s or

8    early '70s.  And it was quite common for us to exchange

9    information back and forth.  We would read intelligence briefs

10   from the Colombian police through the DEA agents that were

11   there in place at that time, and then we would be able to share

12   our intelligence with them so that we could squeeze the cartels

13   from both ends, burn the candle at both ends, so to speak.

14   Q.   Agent Gaddis, during this time period when you were in

15   Miami, were familiar through your work experience with the drug

16   routes that drug traffickers were using from Colombia to the

17   United States?

18           THE COURT:  Hold on one second.  Yes.

19           MS. FRYSZMAN:  Your Honor, in order to conserve time

20   and moving things along, we're willing to stipulate to both of

21   these two opinions for the purpose of these proceedings and

22   maybe we can circumvent it.

23           THE COURT:  Well, I'm sure the defense appreciates

24   your stipulation, but I have a feeling they want to have the

25   agent explain his opinions.

 1            MR. DANTE:  I think out of fairness, your Honor,

 2    we're entitled to explain his opinions.

 3            THE COURT:  So, thank you for the stipulation.

 4            MS. FRYSZMAN:  Worth a try.

 5            THE COURT:  We appreciate your trying to save time.

 6    **BY MR. DANTE:**

 7    Q.   So, Agent Gaddis, I'm sorry.  The question was during your

 8    time in Miami as a DEA agent, did you become familiar with the

 9    drug trafficking routes from Colombia to the United States?

10    A.   Yes, we did.  It was very clear that the majority of the

11    cocaine coming from the cartels in Colombia was leaving the

12    northern zone of Colombia.  That would be from the Medellin and

13    Antioquia region, up north all the through to the tip the

14    Guajira Peninsula in the Atlantic Ocean, and then it would come

15    through the Caribbean, usually through the Winward Passage or

16    to the east around Haiti and then up into South Florida direct.

17    Q.   And, Agent Gaddis, while you were just giving that answer,

18    we put a demonstrative up on the screen.  Is that what you were

19    just describing?

20    A.   Yes, sir, that would be it.

21    Q.   And did there come a time when the Colombian drug

22    traffickers began to alter that route a little bit?

23    A.   Yes, sir.  They did.

24    Q.   And we'll show you the next demonstrative.  And can you

25    tell us what this depicts?

1   A.   Yes.  We had some a great deal of success in the 1980s,

2   the late 1980s, in the Caribbean, focusing on that Caribbean

3   corridors.  That's with navel interdiction vessels.  That was

4   with aerial surveillances, DEA investigations.  And I

5   believe -- I don't believe.  I know that the cartels adjusted

6   somewhat.  Not that they quit using the Caribbean, but they

7   adjusted and began using some of their transportation routes in

8   smuggling drugs up through the Central American corridor into

9   Mexico.

10  Q.   Agent Gaddis, briefly, while during did time period that

11  you were Miami, were you ever deployed to any other countries

12  in drug operations?

13  A.   Yes.  During 1991, I was admitted into a program called

14  Operation Snowcap.

15  Q.   And could you briefly describe for the jury what Operation

16  Snowcap was?

17  A.   Operation Snowcap focused on interdicting and dismantling

18  and destroying the cocaine labs that were sitting throughout

19  Colombia.  And they were plentiful there.  More than the

20  Colombian national police could handle.  So we were able to use

21  on your intelligence through our investigations, go down, put

22  boots on the ground, work with the Colombian anti-drug police

23  and some of the military, and able to target those labs.

24  Q.   When you say target the labs, what did you do with the

25  labs when you found them?

1    A.    We -- from DEA's perspective, we want the investigations

2    and we want to followup with prosecutions.  If we can, even

3    extradite folks and prosecute them in the U.S.  So through our

4    investigations, we would identify where they were at, we would

5    work with our Colombian counterparts, we would move in and raid

6    them where helicopters, we would sling-load equipment in, we

7    would take photographs, we would seize the cocaine, processed

8    cocaine, we would seize the precursor chemicals that were

9    already there.  And then after all that, make our arrests of

10   those that were responsible for manufacturing cocaine, and then

11   we would destroy the labs by blowing them up or burning them.

12   Q.    And generally speaking, Agent Gaddis, these cocaine

13   manufacturing labs, were they in close proximity to the cocoa

14   fields?

15   A.    No.  Unfortunately, they weren't.  Had they been, we would

16   have been able to pick them up in aerial reconnaissance because

17   the cocoa fields are wide open, right, and you can see easily

18   if you're 1,000 feet, 3,000 feet above, you could see where

19   these labs would have been.  Unfortunately, they hid a mile or

20   more in the deep jungle, usually under double or triple

21   canopied brush.  And then they would disguise it even further

22   with camouflaged canopies and things of that nature.  So we had

23   to have intelligence to pinpoint where they were at.

24   Q.    And, Agent Gaddis, historically before heavy cocaine

25   production and growing in Colombia, was cocaine originally

```
1    often produced in Bolivia and Peru?

2    A.   The cocoa was produced in Bolivia and Peru.  Yes, sir.

3    Q.   I'm trying to move this along a little bit.  Did there

4    come a time when Colombia surpassed production over Bolivia and

5    Peru?

6    A.   By the time I was on the ground and gathering actual

7    experience taking out these laboratories, we knew that the

8    Colombian cartels from our intelligence, our intelligence

9    collection, and our focus on the Colombians, that the Colombian

10   cartels were already in Bolivia, already in Peru, and they were

11   funding the manufacture, the development of these labs.  Some

12   of them were tremendously large.  They could manufacture

13   thousands of kilos at any one production cycle, which usually

14   takes about three days.

15   Q.   Agent Gaddis, did the --

16            THE COURT:  I'm sorry.  Hold on.

17            MS. FRYSZMAN:  Your Honor, I was just wondering if we

18   can move along from 1991 in Bolivia and 1997 in Colombia.

19            THE COURT:  I think Mr. Dante is trying to move

20   along.

21            MR. DANTE:  Thank you, your Honor.

22   BY MR. DANTE

23   Q.   Agent Gaddis, did the Colombian cocaine production improve

24   upon -- did their methods improve upon the Bolivians and

25   Peruvians?
```

```
 1    A.    Absolutely.   That's the point I'm driving to, is when the

 2    Colombian cartels became involved in the production aspect in

 3    Bolivia and Peru, it increased substantially, meaning that they

 4    used modern, sophisticated -- more sophisticated, modern

 5    techniques to process the cocaine.   And that increased their

 6    yield per cocoa leaf amount, as well as the purity that was

 7    coming out.

 8              MR. DANTE:   And if we can go back to -- or two slides

 9    forward.

10    BY MR. DANTE

11    Q.    Agent Gaddis, this is an overview of the cocaine

12    production process.   I think we can -- to expedite things,

13    we'll move through this one and go to the next slide.   And this

14    is back to your qualifications.

15          And so, Agent Gaddis, to move this along a little bit, it

16    looks like between 1992 and 1995, you were moved from Miami to

17    Costa Rica; is that correct?

18    A.    Yes, I was.   I was transferred from Miami to San Jose,

19    Costa Rica, where I worked undercover investigations targeting

20    Colombian cartels in Costa Rica as well as Nicaragua.   I spent

21    about 50 percent of my time in both countries.

22    Q.    And then from 1995 to 1998, you were the resident agent in

23    charge in Mexico, right?

24    A.    Yes, sir.

25    Q.    Was that a promotion?
```

1   A.   It was.

2   Q.   And during that time, Agent Gaddis, were you still

3   targeting Colombian cartels while you were in Mexico?

4   A.   Yes, it seemed that the theme of my career was the

5   connection between the sources of supply, Colombian cartels to

6   the Mexico cartels, and enabling this dynamic that made it

7   very, very difficult.  It was a formidable enemy to the DEA.

8   And as we all know, a great deal of cocaine was being moved

9   through Colombia, Central America, Caribbean, Mexico into the

10  United States.

11  Q.   And, Agent Gaddis, as an important point here, during your

12  time in Costa Rica and Mexico, did you personally observe

13  Colombian cartels delivering cocaine to those countries?

14  A.   Absolutely.  I actually worked undercover on a number of

15  occasions.  I met Colombians in San Jose, Costa Rica, who were

16  moving cocaine into Costa Rica.  I also worked undercover

17  against Mexican cartels in Nicaragua.  And they were there to

18  pick up cocaine.  So basically connecting the dots, I had

19  firsthand knowledge that this was going on.

20  Q.   And how often were Colombian cartels -- did you observe or

21  investigate Colombian cartels delivering cocaine to Costa Rica,

22  Nicaragua, or Mexico?

23  A.   It was happening on a daily basis.  I mean, I weren't

24  seizing daily, but we were seizing drugs almost weekly while I

25  was deployed there.

1    Q.   And then, Agent Gaddis, comes a time period, 1998 to 2001,

2    looking at your qualifications.  Again trying to move through

3    this fast as we can.  You become the staff coordinator and

4    deputy chief of internal operations at DEA headquarters.  Is

5    that in the Washington DC area?

6    A.   Yes, sir.

7    Q.   Okay.  Can you explain to the jury what that role was?

8    A.   Well, in the DEA, everyone must punch their ticket at one

9    point or another.  They pull you off the street, and they allow

10   to use that kind of experience and bring it back into DC, the

11   headquarters.  Actually, DEA headquarters in Arlington,

12   Virginia, across from the Pentagon.  So, we also did a lot of

13   briefing, intercommunity, interagency briefing.  I did a lot of

14   briefing to military, to other interagency heads.  And I,

15   again, connected -- continued to connect the dots with my

16   specialty on the Colombian cartels, networks, their operations,

17   their activities, and how it was impacting what the Mexican

18   cartels were doing.

19   Q.   And, Agent Gaddis, during this time that you're in

20   Costa Rica, Mexico, and in that headquarters, you keep

21   mentioning Colombian cartels.  Can you identify for the ladies

22   and gentlemen of the jury were there specific cartels that

23   you were targeting during that period in Colombia?

24   A.   Yes, yes.

25   Q.   Could you just tell us what cartels were targeting and

1    investigating?

2    A.   And we're talking about the mid 1990s, like from 1994 to

3    1997?

4    Q.   I would normally break it up into pieces, but to move it

5    along I'm trying to --

6    A.   Yes.  Okay.  There were a variety of cartels.  Early on,

7    we were focused on the Medellin Cartel with Pablo Escobar as

8    the head.  We were focused on the Cali Cartel with the

9    Rodriguez Orejuela brothers, Miguel and Gilberto.  Then, as we

10   had some success with our Colombian partners, some of those

11   cartels began to break up.  For instance, the Cali Cartel

12   eventually dismantled and then we started working on the North

13   Valley Cartel.  But there was one cartel that was constant in

14   the entire time that I was overseas, and that was the AUC

15   Cartel.

16   Q.   And so, Agent Gaddis, after the time that you're at

17   headquarters in 2001 to 2003, you become the assistant special

18   agent in charge in North Carolina.  How did that position come

19   about?

20   A.   I had requested that position.  I was able to get back and

21   take my young daughters to my home state, and I wanted to

22   decompress a little.  I had a couple of contracts out on my

23   life by drug traffickers, and I thought this would be a nice

24   time to just take a breath.

25   Q.   So after that two-year period, you -- in 2001 to -- I'm

```
 1   sorry, 2003 to 2006, you became the regional director in Bogota
 2   Colombia.  So were you residing in Bogota at that time, during
 3   that time period?
 4   A.   Yes.  I was transferred back -- well, I was transferred to
 5   Colombia.  The regional director is the chief authority for DEA
 6   on the ground in Colombia.  I also supervised our offices in
 7   Venezuela, Ecuador, and Peru.  And that kept me very busy for a
 8   few years.
 9   Q.   And during that time as the regional director in Colombia,
10   you were overseeing Colombian DEA activities in other countries
11   as well?
12   A.   That's correct.  That's correct.  80 percent of my time
13   was occupied by Colombia, as I sat there in Bogota.  However,
14   I -- as I mentioned, I also supervised on your agents in
15   Venezuela, Ecuador, and Peru.
16   Q.   And, Agent Gaddis, leading up to this time period when
17   you were advising in DEA headquarters, did you have the
18   opportunity to brief any United States presidents on the drug
19   issues in Colombia?
20   A.   Yes, I did.  We were constantly doing briefings to
21   Congressional delegations, senators, congress people.  But I
22   had two occasions where I met George W. Bush in Cartagena,
23   Colombia, as he was coming in and taking briefings.  I briefed
24   him on AUC drug trafficking operations.  And then a couple of
25   years later, I briefed president Barack Obama in Mexico City
```

1    with regard to the connection between the Colombian cartels and

2    the Mexican cartels.

3    Q.   And during this time period, Agent Gaddis, was the United

4    States -- what was the United States doing generally about the

5    drug situation in Colombia from your perspective at the DEA?

6    A.   In 1999 and 2000, we were working on a program called Plan

7    Colombia.  This is a multibillion dollar support initiative on

8    behalf of both the U.S. Government and the Colombian

9    Government.  And it was -- it was created and produced in order

10   to give Colombia the support sufficient so that they could take

11   on the severity of narco-terrorism that was happening in their

12   country at that time.

13   Q.   And were you and other members of the DEA advising other

14   agencies and branches of the United States on drug activities

15   in Colombia in connection with Plan Colombia?

16   A.   Yes, sir.  Not only were we investigating years prior and

17   building an argument for such a Plan Colombia, but when it was

18   implemented, we were able to support it through our

19   investigations, our passing of intelligence to locate exactly

20   where the trafficking routes were and the key pins or kingpins

21   of these cartels were located at.  And then we also supported

22   them in eradication and interdiction efforts.

23   Q.   And so going back now, Agent Gaddis to your time, 2003 to

24   2006, when you were actually in Bogota, how many people were

25   reporting to you as a regional director in Bogota?

```
1    A.    Approximately 300.

2    Q.    So you had 300 personnel reporting to you?

3    A.    Yes, sir.

4    Q.    And during that time period, what specific drug

5    organizations in Colombia were you and your team investigating?

6    A.    The AUC.

7    Q.    And were there any other drug organizations at that time

8    that you were investigating?

9    A.    Well, there were.  The North Valley Cartel, on a smaller

10   scale, was still somewhat powerful and formidable, sending a

11   lot cocaine to the United States.  But not at the level of the

12   AUC blocs.  And then, of course, there was the FARC, still in

13   existence.  But we found that we were getting a greater bang

14   for our buck by targeting the primary cartel, which was the AUC

15   blocs and the AUC upper command.

16   Q.    And were you and your team gathering intelligence on the

17   AUC during this time period?

18   A.    Yes, sir.  Tons.  All the time.

19   Q.    And what types of intelligence -- just generally, what

20   types of intelligence were you gathering?

21   A.    The intelligence briefs that we were able to prepare based

22   on Title III investigations, receiving information from our

23   counterparts in the Colombian anti-drug police.  Also,

24   receiving intelligence briefs from DEA investigations around

25   the world.
```

1    I mean, we had a teletype system that we were able to send

2    DEA-6s, reports of investigations, from -- for instance, from

3    Miami to Bogota, from Mexico to Bogota, and back and forth.

4         So it was contact review of updated intelligence that's

5    coming out of networks of informants, of Title III wiretap

6    investigations focusing on drug traffickers and undercover

7    meetings.

8    Q.   And, Agent Gaddis, were you coordinating at all with the

9    Colombian Army in Colombia?

10   A.   We did some.  With regard to the FARC, we actually had an

11   enforcement group that was dedicated to the 26th and 27th

12   Jungle Brigades in Florencia, Colombia.  But that was --

13   honestly, that was nothing at the level of what our other

14   enforcement groups were doing against the AUC.

15   Q.   And, Agent Gaddis, did your investigations -- did your

16   team's investigation, meaning the other DEA members, into the

17   AUC lead to any criminal prosecutions in the United States?

18   A.   Yes, they did.  Many.

19   Q.   And did you have any involvement in -- I believe you said

20   this earlier, but did you have any involvement in any

21   congressional hearings involving the AUC?

22   A.   As far as briefing?

23   Q.   Briefings.

24   A.   Yes.  These -- because of Plan Colombia was now in gear

25   and it was pushing hundreds of millions of dollars, even

1    billions of dollars of the taxpayers dollars right there into

2    Colombia, it was important for congress to go down and find out

3    what was going on.  So, I was constantly doing CODEL,

4    congressional delegation briefings.

5    Q.   And, Agent Gaddis, just quickly going through the rest of

6    your qualifications and your time in the DEA, and it is an

7    impressive career.  I apologize for having to go through it so

8    quickly.  So, 2006 to 2009 you get transferred to Mexico City.

9    And can you just briefly tell us were you still handling --

10   doing the same type of investigations into Colombia cartels

11   during time period?

12   A.   Yes, I was.

13   Q.   And then in 2009 to 2011, you become the chief of global

14   enforcement for DEA global operations.  And what does that

15   mean?  Can you just tell us what position that is?

16   A.   Yes.  Well, if I can just quickly say that I was

17   transferred from Colombia to Mexico because of my knowledge

18   connecting the cartels, and then I was assigned as the chief of

19   global enforcement operations in DC for that very reason.

20        Colombia, it was the DEA's number one threat.  And we find

21   today that the drugs come from Colombia.  And it's something

22   that I had acquired an experience in a way that they needed up

23   there.  So, I would further supervise both sensitive

24   investigations, as well as high-level, complex investigations

25   occurring all over DEA, focusing on Latin America, of course.

1    Q.   All right.  Thank you for that, Agent Gaddis.

2         And then again, turning to, you know, the DEA global

3    operations position chief of global enforcement, how many

4    people were reporting to you at that point in time?

5    A.   Well, there were approximately 5,700 DEA special agents in

6    DEA at that time.  All of their investigations were those that

7    if they met the complexity and the strength of those

8    investigations, they would come to me.  So I was constantly --

9    I supervised a lot of people, thousands.

10   Q.   So just so the jury can understand, from 2009 to 2011,

11   were you essentially overseeing all global operations of the

12   DEA worldwide?

13   A.   Yes, I was.

14   Q.   And so that's in every country that the DEA was operating

15   in?

16   A.   That was worldwide.

17   Q.   And, Agent Gaddis, did you receive any recognition or

18   awards during your career in the DEA?

19   A.   Yes.  Yes.  Other than numerous, let's say, dozens of

20   citations for exemplary service, excellent performance in

21   investigations, special acts of service, in 1987 I was awarded

22   the Medal of Honor for acts of heroism in the line of duty.

23   And in 2010, I was awarded the Distinguished Presidential Rank

24   Award for my -- by the president of United States for my work

25   focusing on the Colombian cartels and the Mexican cartels.

```
 1    Q.   And just briefly, Agent Gaddis, after your time -- you
 2    retire from the DEA, and what do you do briefly after that
 3    position with the DEA after you retire?
 4    A.   I created a corporate security consulting firm called
 5    G-Global Protection Solutions.
 6    Q.   And what type of work did you do?  Did you help businesses
 7    in that work?
 8    A.   Yes.  We focused on marketing toward businesses, it could
 9    be American businesses or foreign businesses, to conduct global
10    investigations on their behalf, to create crisis management
11    plans, establish kidnap-for-ransom responses, emergency action
12    response plans, things of that nature.
13    Q.   And so you handled kidnap and ransom negotiations?
14    A.   Yes, we did.
15    Q.   So, Agent Gaddis, how did you become involved in this
16    case?
17    A.   You had asked me to provide an expert opinion in this
18    matter.
19    Q.   And are you being paid for your work?
20    A.   Yes, sir.
21    Q.   And how much?  Are you getting paid by the hour?
22    A.   I'm getting paid $650 an hour.
23    Q.   And is that -- is the typical rate for experts in your
24    field?
25    A.   Yes, it is.
```

```
 1    Q.    And approximately how many hours have you worked on this
 2    case from when you were initially engaged in 2018?
 3    A.    Since 2018, I would estimate somewhere between 100 and
 4    150 hours.
 5    Q.    And so that's over a six-year period?
 6    A.    Yes.  Yes, sir.
 7    Q.    What information did you review prior to rendering your
 8    expert opinions in this case?
 9    A.    My opinions?
10    Q.    Sorry.  Let me speak up a little bit.
11          What information did you review prior to rendering your
12    expert opinions in this case?
13    A.    Oh, yes.  I reviewed the Kaplan expert reports.  I
14    reviewed --
15    Q.    So that's Professor Kaplan who testified here earlier?
16    A.    Yes, sir.
17    Q.    Go ahead.
18    A.    I reviewed documents produced in discovery, deposition
19    transcripts, and numerous open source material or sources that
20    are cited in my expert report.
21    Q.    Agent Gaddis, did you review the trial testimony that
22    Professor Kaplan provided during the trial?
23    A.    Yes, sir, I did.
24    Q.    A transcript?
25    A.    Yes, sir, I did.
```

1   Q.   And, Agent Gaddis, can you tell us how you applied your

2   expertise to the information that you reviewed in this case?

3   A.   Well, I look at my actual experience, my hands-on

4   experiences in Colombia, in Mexico, and Central America.  Even

5   in Miami.  I look at the undercover experiences, the drug

6   traffickers that I've met and I spoke to, the Title III wiretap

7   investigations that I was privy to hearing, my overall

8   experience I've certainly tried to apply to the information

9   that I've read about and reviewed.

10  Q.   And, Agent Gaddis, if we can turn back to your opinions

11  again, please, and let's walk through those.

12       So, again, your first opinion is here from inception to

13  demobilization the AUC was born out of and heavily involved in

14  the Colombian drug trade.

15       So, first, what is the AUC in your view?

16  A.   Well, the AUC is the Autodefensas Unidas de Colombia.  It

17  was a narco-terrorist organization.  It was begun by drug

18  traffickers, drug traffickers who knew that, number one, they

19  could enhance their illegal enterprise because of the resources

20  and the knowledge they possessed and, number two, that they had

21  the contacts and the traffickings routes to do so.  So they

22  were quite effective.

23       Why terrorists?  Because the ruthless tactics that the

24  organization has used in terms of intimidation, extortion, and

25  murder, have made them a terrorist organization.  Not to

1    mention the fact that the U.S. Government has named them a

2    specially designated narcotics trafficking organization in the

3    Kingpin Act and, of course, they have been also designated as a

4    terrorist organization.

5    Q.   And, Agent Gaddis, during the time period when you were

6    with the DEA and you were tracking and investigating the AUC,

7    did you consider the AUC as a narco-terrorist organization?

8    A.   Yes.  First and foremost, a drug trafficking organization,

9    and they were narco-terrorists.

10   Q.   And what drug was the AUC primarily trafficking?

11   A.   Cocaine.

12   Q.   And why cocaine?

13   A.   Very profitable, extremely valuable to them, and they had

14   the capacity to push a lot of it out of Colombia.

15            MR. DANTE:  Go to the next slide.

16   **BY MR. DANTE**

17   Q.   Agent Gaddis, during the time in the early 1990s, you've

18   testified that you were -- as a member of the DEA, you were

19   targeting and investigating the Medellin Cartel and the Cali

20   Cartel; is that correct?

21   A.   Yes, sir.

22   Q.   And were those -- what does this slide here demonstrate?

23   A.   These, in fact, are the leaders.  Were, correct, the

24   leaders of these two cartels.  Pablo Escobar from Medellin and

25   the Rodriguez Orejuela brothers, Gilberto and Miguel, from

1    Cali.

2    Q.   And in early 1990s, and talking 1990 to 1992, were these

3    the two prominent drug cartels operating in Colombia?

4    A.   Yes, they were.

5         MR. DANTE:  If we can go to the next slide.

6    **BY MR. DANTE**

7    Q.   And so what does this slide depict here?

8    A.   Well, what we found, that there was a transition from

9    Medellin in 19 -- the early 1990s, like '91 and '92, where

10   even -- you had the Castano brothers, Carlos Fidel Vicente,

11   that had teamed up with an individual named Diego Murillo

12   Bejarano, everyone knows him as Don Berna.  And he's

13   photographed here in the right side.  And they were allied and

14   working with the Medellin Cartel, working with Pablo Escobar,

15   but they had a falling out.

16   Q.   I'm sorry.  I have to ask you another question.

17        Can you explain that falling out between the Castano

18   brothers, Don Berna, and Pablo Escobar?

19   A.   Yes, Pablo was under some pressure.  He was terrorist

20   number one.  As many of us have heard in the past, he was

21   attacking police headquarters, killings of hundreds of police

22   officers.  He even took a commercial airline out of the sky

23   with a bomb, an Avianca commercial flight.  And they had severe

24   disagreements in terms of how the organization was going to

25   progress.  And they defected.  And when they defected from

1   Pablo and they defected from the Medellin Cartel, they formed a

2   group called Los Pepes.

3   Q.   And so just before we get into Los Pepes, real quick,

4   Agent Gaddis, during this time period in late 1992, were these

5   individuals that are depicted here on the screen targets of the

6   DEA?

7   A.   Yes, they were.

8   Q.   And for drug trafficking?

9   A.   Yes, they were.

10  Q.   Okay.  Then could explain to us what -- how Los Pepes was

11  formed briefly, briefly, and then happened after that?

12  A.   Of course.  So, the Castano brothers Don Berna created

13  what was Los Pepes.  That's a group against Pablo Escobar.

14  It's -- Los Pepes is an acronym in Spanish for Los Perseguidos

15  for Pablo Escobar, or those persecuted by Pablo Escobar.  So,

16  it was a vengeance act in terms of pulling Los Pepes together

17  to take him out.  And in doing so, they ended up with some

18  unlikely alliances.

19  Q.   And so just quickly, Agent Gaddis, was the DEA monitoring

20  Los Pepes during this time period in late 1992?

21  A.   Yes, sir.  We were.

22          MR. DANTE:  If we can go to the next slide, please.

23  **BY MR. DANTE**

24  Q.   And you mentioned that Los Pepes teamed up with some

25  unlikely partners.  And who were those partners?

1   A.   Those partners were people from the Cali Cartel who had

2   information about Pablo and Pablo's inner circle:  The

3   accountants, the lawyers, family members, things of that

4   nature.  And, of course, Colombian search bloc.  That's a

5   Colombian National Police Special Forces bloc, search bloc,

6   that was almost like a fugitive apprehension team targeting

7   Pablo to take him out once and for all.

8   Q.   And what happened with the search bloc and Pablo Escobar

9   eventually?

10  A.   Well, with the help of Los Pepes, the search bloc was able

11  to locate Pablo Escobar, and he was killed during the attempts

12  to apprehend him in Medellin.

13  Q.   And what happened to drug trafficking in Colombia as a

14  result of the death of Pablo Escobar from the DEA's

15  perspective, of course?

16  A.   Yes.  With Pablo gone forever, it opened up an entire new

17  market for the Los Pepes drug traffickers, and they were able

18  to just launch forward and really expand their illegal

19  enterprise, their cocaine trafficking enterprise.

20  Q.   So what is on this slide here, Agent Gaddis?

21  A.   Yes.  About this time -- because Pablo was killed in

22  December of 1993.  So through 1994 and 1995, these drug

23  traffickers were able to expand.  And one group formed was the

24  Autodefensas Campesinas de Cordoba in Urabá, the ACCU.

25  Q.   Was the ACCU a predecessor to the AUC?

1    A.    Yes, it was.

2    Q.    And so the founders of the -- I guess were the founders of

3    the ACCU the same founders as the AUC?

4    A.    Yes.

5    Q.    And so that the founders of the ACCU continue on in the

6    drugs trafficking business?

7    A.    Yes, they did.  Yes, they did.  They amplified their

8    efforts.

9    Q.    And how were they able to continue on in the drug

10   trafficking business after the fall of Pablo Escobar and the

11   Medellin Cartel?

12   A.    Well, if you think about the advantages that they had in

13   terms of already being drug traffickers, already knowing

14   customers around the world, already having established

15   transportation routes and transportation methods, enjoying an

16   ideal soil and ambient condition in Colombia, the altitude,

17   many of the cultivation areas was perfect to grow very good

18   cocoa leaf, which could be harvested on one bush three to four

19   times a year.  I mean, all the pieces came together for the

20   ACCU and the AUC to become the primary cocaine trafficking

21   cartel in the world.

22   Q.    And did they have access to any chemists?

23   A.    Yes, they were able to -- of course, being drug

24   traffickers in Medellin before, they had access to those expert

25   chemists that worked in these laboratories and knew how to

```
 1    optimize the process so that they could make that cocaine
 2    pretty much around the clock in many, many labs.
 3    Q.   And, Agent Gaddis, did there come a time when the AUC
 4    began expanding its drug operations to include cocoa growing?
 5    A.   Yes.
 6              MR. DANTE:  The next slide.
 7    BY MR. DANTE
 8    Q.   And so, Agent Gaddis, what does this map depict here?
 9    A.   This is a map of Colombia and its coca growing areas,
10    where coca fields are located at.
11    Q.   And could you just tell us how are the coca growing fields
12    depicted, what color?
13    A.   In orange.
14    Q.   All right.  So the orange spots and blocks on here are
15    coca growing -- coca cultivation or growing areas?
16    A.   That's correct.
17    Q.   And was the AUC -- did the AUC eventually become in
18    control of those coca -- a lot of those coca growing areas?
19    A.   That's correct.  If you look at Uribá, it's kind of in the
20    center and on north of that, into the west of that, you see a
21    great deal of coca, coca fields, coca growing areas.  And then
22    it continued to expand.  Obviously, they wanted to expand their
23    territories.
24    Q.   And if you look at that map, Agent Gaddis, were there some
25    coca growing fields around Apartado?
```

```
 1   A.    Yes, sir.

 2   Q.    And were there some around the Santa Marta region?

 3   A.    Yes, sir.

 4   Q.    And were there some around Aracataca?

 5   A.    Yes, sir.

 6   Q.    And how about in Zona Bananera?

 7   A.    Yes, sir.

 8   Q.    Forgive my pronunciation.

 9   A.    Zona Bananera.  Yes, sir.

10   Q.    I tried.

11         And how about, can you identify the other areas for us on

12   the map, please?

13   A.    Yes.  As you can see, Uribá and everything north of it was

14   wide open for coca cultivation, and the AUC had capacity and

15   had access and control of most of that area.  Were there some

16   disputes, territorial disputes between they and some fronts

17   from the FARC?  Yes.  Battles, innocent civilians killed in the

18   crossfire, and then killing, of course, each one.  But

19   generally speaking, the AUC had complete control of these grow

20   fields and they took advantage of that.

21   Q.    And then, Agent Gaddis, what is the basis for your belief

22   or your opinion that the AUC expanded to the coca growing

23   regions?  Is that based on firsthand knowledge?

24   A.    Yes, that's based on the work that I did with boots on the

25   ground, hands-on knowledge, my actual experience of being in
```

```
 1   Central America, being in Mexico early on.  All of this
 2   intelligence that's gleaned to DEA offices worldwide, I was
 3   reviewing it.  And for some reason it clicked that I needed to
 4   focus on the Colombian cartels and that Mexican cartel
 5   connection, which I was experiencing it firsthand.
 6   Q.   And, Agent Gaddis, you mentioned just a few moments ago
 7   that the AUC and the FARC were getting into battles.  What were
 8   those battles about between -- from the DEA's perspective?
 9   A.   Yeah, dominating territory to grow coca and to control
10   perhaps some cocaine transportation routes.
11   Q.   And so, were these essentially violent like battles, gun
12   battles between the two of them?
13   A.   Yeah, it was a war zone.  It was a war zone, and many
14   people were killed during these days.
15        MR. DANTE:  And so let's go to the next map for a
16   second.
17   BY MR. DANTE
18   Q.   And, Agent Gaddis, what's depicted here?  What are these
19   arrows with little dots?
20   A.   These the trafficking routings for coca that would be
21   moved from the interior if it needed to go to a particular lab
22   elsewhere, and then from the labs directly to the coastal areas
23   where they could be exported from Colombia.
24   Q.   And from your experience in the DEA during the relevant
25   time period, '97 to 2004, were the AUC and the FARC fighting
```

1    over these drug routes?

2    A.    They were.

3    Q.    And so, Agent Gaddis, during the course of your 25-year

4    career at the DEA, did you come to an understanding on the

5    average wholesale prices of cocaine?

6    A.    Yes.

7    Q.    And was that understanding based on your knowledge,

8    training, education, and experience?

9    A.    Absolutely, yes.

10   Q.    And can you explain to the jury what the wholesale price

11   of cocaine means?

12   A.    Quite simply, wholesale is a kilogram for practical

13   occasions.  More often kilograms, plural.  When a kilogram in

14   and of itself is delivered in a wholesale price, is that price

15   at point of sale.

16   Q.    So, Agent Gaddis, based on your professional experience,

17   in the relevant time period, 1997 to 2004, what was the average

18   wholesale price of Colombian cocaine delivered to either

19   South Florida or California in the United States?

20   A.    $22,000 per kilogram.

21   Q.    All right.  Agent Gaddis, I'm going to ask you to just

22   grab one of these portable microphones over here.  If you can

23   just step down.

24            MR. DANTE:  May I, your Honor?

25            THE COURT:  Yes.

1    **BY MR. DANTE:**

2    Q.   And so, Agent Gaddis, I just ask you to -- that's a

3    marker.  If you can just mark.  Somewhere in South Florida

4    along Miami, I think you just said that the average wholesale

5    price of cocaine in the relevant time period delivered to

6    either South Florida or California was $22,000.

7         Can you just write that number down just in South Florida?

8         And then I think earlier you testified, Agent Gaddis, that

9    cocaine is manufactured in labs hours away from the coca

10   growing residence; is that right?

11   A.   Yes, sir.

12   Q.   And so, what would be the wholesale value of cocaine if it

13   was sold at the lab in Colombia?

14   A.   That would be approximately $1,500.  $1,500, 50, 50, per

15   kilogram.

16   Q.   Would you just mark on that map there with a little arrow

17   $1,500, please.

18        And what if the cocaine is sold at the border or the

19   coastline of Colombia, what would be the average wholesale

20   value during the relevant time period there?

21   A.   Approximately $1,000 would be added to the lowest, the lab

22   wholesale price.  So we're talking about $2,500 per kilo.

23   Q.   Agent Gaddis, would you just mark down that location along

24   the coastline and $2,500, please.

25        Agent Gaddis, what was the -- during the relevant time

1    period, what was the average wholesale price of cocaine

2    delivered to the Caribbean Islands during this relevant time

3    period?

4    A.   Approximately $12,500 per kilogram.

5    Q.   Can you mark that down, please.

6         And during the relevant time period, what was the average

7    wholesale price of cocaine delivered to Central America?

8    A.   Also approximately $12,500.

9    Q.   Agent Gaddis, during the relevant time period, what was

10   the average wholesale price of cocaine delivered to Mexico?

11   A.   Equally about $12,500.

12   Q.   And we don't have Los Angeles on that map, but if you can

13   just put an arrow to the left.  Yeah, there we go.

14        Okay.  Thank you, Agent Gaddis.  You could sit down.

15        So, Agent Gaddis based on your experience during the

16   relevant time period, if the AUC transported cocaine to the

17   United States, the average price per kilogram that they would

18   be able to get for that cocaine would be $22,000?

19   A.   Yes, that's correct.

20   Q.   And so, Agent Gaddis, you have different prices based on

21   proximity to the United States.  Can you explain to the ladies

22   and gentlemen of the jury why those prices vary depending on

23   how close you get to the United States?

24   A.   Well, it boils down to the risk that the cartel is taking

25   when it transports the cocaine.  So, if you're just making it

1    available to somebody within the interior of Colombia, you're

2    taking very little risk because you basically have, you know,

3    your protections and you haven't spent any resources, so you

4    can sell it for $1,500, 1,550 a kilo.  But when you start

5    moving it into the coast, you have to get on some roads or you

6    have to get in the air, and that makes it -- or puts some boats

7    on a river and get to the coastal areas, then you're taking

8    some risk of having it interdicted by Colombian authorities.

9    So you add an additional thousand dollars per kilo for that.

10        If you are transporting it off the coast and you're

11   sending it up to the Caribbean, Haiti, Jamaica, Dominican

12   Republic, or you're sending it to a country, even coastal

13   country in Costa Rica, Nicaragua, Guatemala, you're really

14   taking much more risk.  And because of that, the value of that

15   cocaine has to meet that risk, not to mention the required

16   resources to transport it.

17   Q.   And, Agent Gaddis, just looking here at this map here, you

18   noted that cocaine was transported -- earlier you testified

19   that cocaine was transported from Colombia sometimes to the

20   Caribbean Islands.  Where was the ultimate designation for that

21   cocaine that was being transported to the Caribbean Islands?

22   A.   It was going through the Caribbean, it was going to the

23   United States.

24   Q.   And if the cocaine is being transported from Colombia to

25   Central America, where is generally the ultimate destination

```
 1   for that cocaine?
 2   A.   To the United States.
 3   Q.   And what about if it's being transported from Colombia to
 4   Mexico, where is it generally going?
 5   A.   Equally to the United States.
 6   Q.   And in your professional experience at the DEA, is a lot
 7   of the final leg of the drugs from cocaine into the United
 8   States?
 9   A.   I'm sorry.
10   Q.   From Colombia into the United States?
11   A.   Yes.
12   Q.   Agent Gaddis, are you familiar with a person named
13   Salvatore Mancuso?
14   A.   Yes, sir.
15   Q.   And how are you familiar with Mr. Mancuso?
16   A.   He's a drug trafficker and a leader of the -- was a leader
17   of the AUC.
18   Q.   And you mentioned he's a drug trafficker.  How do you know
19   that?
20   A.   I know that because he's plead guilty in a U.S. criminal
21   case.
22   Q.   Did you ever conduct an investigation into Mr. Mancuso?
23   A.   Yes, we did.
24   Q.   And did that -- did your investigation, along with others
25   at the DEA, lead to the prosecution of Mr. Mancuso in the
```

```
 1   United States?

 2   A.   Yes, it did.

 3   Q.   Agent Gaddis, I'm placing in front of you what's

 4   previously been entered in the record, and it's Plaintiffs'

 5   Exhibit 0959.

 6        And have you seen this document before?  Do you recognize

 7   it?

 8   A.   Yes, sir.

 9   Q.   And what is it?

10   A.   It's the statement of facts in support of defendant's plea

11   of guilty, defendant's being Mancuso's.

12   Q.   And did Mancuso sign this document?

13   A.   Yes, sir.  He did on the last page, as well as his

14   attorney.

15   Q.   And, Agent Gaddis, based on your experience at the DEA,

16   what is a statement of facts in support of a plea agreement?

17   A.   That the United States Government could prove that the

18   facts of this document beyond a reasonable doubt.

19   Q.   And, Agent Gaddis, did you review these types of criminal

20   pleadings as a DEA agent?

21   A.   Yes, sir, I did.

22   Q.   Why?

23   A.   Much of the information that comes into a statement of

24   facts through the Prosecutor's Office is derived from DEA

25   investigations.
```

```
 1    Q.   Let's take a look at paragraph 2.  Agent Gaddis, you can

 2    either look at the screen or the document, whatever is easier

 3    for you.

 4    A.   Thank you.

 5    Q.   Sure.  And there's a chart here.  What does this chart

 6    show?

 7    A.   Yes.  The chart, which is just below, where it says that

 8    Mancuso was in the AUC, is the chart of the AUC with Salvatore

 9    Mancuso as one of the leaders.  And then below that --

10    Q.   Let me ask you a question.

11    A.   Yes, sir.

12    Q.   So, below that there is a -- there's another box that says

13    Estado Mayer.  And so What's depicted in that box there?

14    A.   The Estado Mayor are a number of individuals who were

15    commanders, high-level commanders in the AUC.

16    Q.   And taking a look at the Estado Mayor, were any of those

17    commanders below Mancuso present in the banana growing regions

18    of Colombia?

19    A.   Yes, sir.  Yes, sir.  Many of them were.

20    Q.   Which ones, sir?

21    A.   Well, if you start at the top, Jorge Cuarenta is actually

22    Jorge Tovar, and he was present in Santa Marta and Magdalena.

23    Below him, Alfredo Berrio Aleman was present in Uraba.  Pedro

24    Ponte, Hernan Hernandez or HH, they also were commanders in

25    Uraba.
```

```
 1   Q.   And were these commanders targets of the DEA during this

 2   time period?

 3   A.   Yes, they were.

 4   Q.   In connection with drug tracking activities?

 5   A.   Yes, they were.

 6        MR. DANTE:  Let's look at paragraph number 4, please.

 7   If could below that up a little bit.

 8   BY MR. DANTE

 9   Q.   What does this paragraph show here?

10   A.   This paragraph actually --

11   Q.   Take a second and read it, if you like.

12   A.   What I see here and it's pertinent is that Mancuso used

13   his position in the AUC to manage drug trafficking operations

14   to include production, distribution, and transportation

15   operations.

16   Q.   And what does this paragraph show about the -- how much

17   cocaine Mancuso was moving?

18   A.   It says here that it was approximately 2,000 kilos per

19   month.  Over an extended period of time, that included 138,000

20   kilos.

21   Q.   And was the length of that conspiracy or that period of

22   time from January 1997 to September 2002?

23   A.   Yes, sir.

24   Q.   Is that 69 months?

25   A.   69 months or five and three-quarter years.
```

```
 1   Q.   And so how many kilograms was Mancuso alone moving?   How

 2   many kilograms of cocaine was Mancuso moving alone per month?

 3   A.   2,000 kilos per month.

 4   Q.   And so that would be how many kilos per year?

 5   A.   24,000 per year.

 6   Q.   And so, Agent Gaddis, is this -- is this how much cocaine

 7   the AUC was moving in the entire country of Colombia?

 8   A.   No, this is only for the Cordoba region.

 9   Q.   So this is just one specific area that the AUC was

10   operating in?

11   A.   That's correct.  There were many other areas that were

12   producing cocaine by the AUC in Colombia.

13   Q.   And, Agent Gaddis, let's go to paragraph 5 for a second.

14        Does this -- what does this paragraph show you?

15   A.   This indicates that the methods that were used by the AUC

16   were by using aircraft, freighters, and speedboats.

17   Q.   And let's go to paragraph 6 for a second.  What does this

18   tell you, Agent Gaddis, with respect to where the AUC,

19   specifically Mancuso and others in this document, were

20   transporting cocaine to?

21   A.   They were transporting cocaine from Colombia to

22   transshipment points in Central America, Jamaica, Haiti, and

23   the Dominican Republic.

24   Q.   And they were doing that by how?

25   A.   By go-fast boats, speedboats.
```

1    Q.   So, Agent Gaddis, in your professional opinion with the

2    DEA, if the AUC and Mancuso was transporting cocaine to Central

3    America, Jamaica, Haiti, and the Dominican Republic by go-fast

4    boats, what would be the average wholesale price of cocaine

5    that they would be receiving for at that destination?

6    A.   Approximately $12,500 per kilogram.

7    Q.   And --

8    A.   And that would have been the same whether it was delivered

9    in the Caribbean or delivered in Central American transshipment

10   points.

11   Q.   And going back to -- let's take a look at page 9.

12   A.   Could I have a little water?

13   Q.   Sure.  I'm sorry.

14   A.   That's my bottle right there closest to you.

15        Thank you, sir.

16   Q.   So, this page here, page 9, this section here is called

17   "Admissions of Guilt in Criminal Acts."  What is that telling

18   us here?

19             MR. DANTE:  If you can zoom back out.  Sorry.

20             THE WITNESS:  Oh, these are undisputable admissions

21   to the crimes that resulted from this plea.

22   **BY MR. DANTE**

23   Q.   And, Agent Gaddis, I think you said this earlier, but the

24   guilty plea by Mancuso, was this the ultimate product of an

25   investigation that you and others at the DEA began?

```
 1   A.    Yes, sir.  I think it's in a prior paragraph.  It actually
 2   reads that it was derived from law enforcement, and that means
 3   DEA investigations in this case.
 4   Q.    And, Agent Gaddis, if you can go back to the very first
 5   page.  And if I can get you to read the first paragraph, and
 6   tell us what that means.  I'm sorry.  The introductory, yes.
 7   A.    If this case had proceeded to trial, the Government would
 8   have been able to prove beyond a reasonable doubt the following
 9   statement of facts, which the parties now rely on in support of
10   defendant's plea of guilty.
11   Q.    And so what does that mean to you and to the DEA?
12   A.    That means that Defendant Mancuso not only admitted that
13   the facts are true in this document, but that they would prove
14   against him in a criminal trial.
15   Q.    And, Agent Gaddis, based on your experience in the DEA,
16   was Salvatore Mancuso the only AUC member that was convicted or
17   plead guilty to drug trafficking charges in the United States?
18   A.    No.  No, there were many, many more.
19   Q.    What does this slide represent here?
20   A.    This represents the AUC members who were convicted in a
21   U.S. Court or pled guilty in a U.S. Court based on DEA
22   investigations.
23   Q.    And just for clarification, Agent Gaddis, plead guilty to
24   what?
25   A.    To drug trafficking.
```

1    Q.   And were all these AUC members extradited from Colombia to

2    the United States for prosecution?

3    A.   Yes, they were.

4    Q.   And they were -- they all either plead guilty or were

5    convicted to U.S. drug trafficking charges in the United

6    States?

7    A.   Yes, sir, they were.

8    Q.   Agent Gaddis, based on your experience as a DEA agent and

9    specifically in Colombia and monitoring Colombian activities in

10   the 1990s through 2004, can you explain to us how difficult it

11   was to get drug traffickers extradited from Colombia to the

12   United States?

13   A.   It was hit or miss.  But we were able to work through the

14   U.S. Department of State, and we were able to get many of these

15   extradited.  It took a while because of the peace process and

16   demobilization process between the Government of Colombia and

17   the AUC.  But, as you can see, much of our work, you know,

18   became fruitful after some time.

19            MR. DANTE:  And if we can go to the next slide.

20   **BY MR. DANTE**

21   Q.   Agent Gaddis, this was a slide -- you said that you did

22   review Professor Kaplan's testimony at trial, correct?

23   A.   Yes, sir.

24   Q.   And this was a demonstrative that Professor Kaplan used

25   during his testimony in this case at trial.  And what does this

1    depict to you?

2    A.   Well, this depicts a chain of command.  I think it's

3    slightly misleading because it looks like that Mangones and

4    Hasbun worked directly for Castano, but it was Mancuso.  But

5    you have -- I think what he was attempting to show, it was that

6    Hasbun, pre-Pedro, had worked for Veloza, and Jose Mangones

7    worked directly for Rodrigo Tovar, Jorge Cuarenta, a very

8    serious drug dealer for the AUC.  And, yeah, we know that that

9    in fact is accurate.

10   Q.   And, Agent Gaddis, from the DEA's perspective during the

11   relevant time period in 1997 to 2004, did you consider all of

12   these men drug traffickers?

13   A.   Yes, sir.

14        MR. DANTE:  Could we go to the next slide?

15   **BY MR. DANTE**

16   Q.   What does this slide depict?

17   A.   These are the AUC leaders designated as narcotics

18   traffickers under the Kingpin Act of the United States.

19   Q.   Can you describe for the ladies and gentlemen of the jury

20   what the Kingpin Act is?

21   A.   Yes.  The U.S. Government, through the Department of

22   Treasury, implemented, through the Kingpin Act I believe of

23   2003 -- forgive me if I've got the year wrong.  But these --

24   this was a process to where the U.S. Government could designate

25   as a special narcotics trafficking organization.  And that

1   meant they only -- only a very few, at an important level,

2   were -- well, not a very few.  But you had to be an important

3   drug trafficking organization to be specially designated under

4   the Kingpin Act, and these all were.

5   Q.   And, Agent Gaddis, if I could stop you for a second.

6        You're talking about the organization being designated.

7   Did the Kingpin Act in the United States also allow the U.S.

8   Government to designate individuals as narcotic kingpins?

9   A.   Yes, absolutely.  And the reason for that was because

10  these individuals are the ones that had the assets, the bank

11  accounts, the real property, the boats, the planes, things of

12  that nature.

13  Q.   And so, Agent Gaddis, the individuals that are depicted

14  here on this chart were all designated by the United States

15  Government as drug kingpins?

16  A.   Yes, sir.  Vicente Castano, Carlos Castano, Salvatore

17  Mancuso, and Fredy Rendon.

18  Q.   Is that designation of a drug kingpin come in part from

19  information supplied the DEA?

20  A.   Yes, sir, it does.  There's another called OFAC, Office of

21  Foreign Assets Control, which works hand-in-hand with the DEA

22  offices to glean that kind of intelligence which leads to their

23  designations.

24  Q.   So, going back to Professor Kaplan's chart that he

25  provided in -- during testimony.

```
1            MR. DANTE:  Could we just take a look at those?  And

2   so the individuals that are depicted here.  And we can go

3   through the animation.

4   BY MR. DANTE

5   Q.   So let's kind of quickly go through these one by one.  Up

6   in the top hand corner is Vicente Castano.

7        He was designated as a United States drug kingpin; is that

8   correct?

9   A.   Yes, sir.

10  Q.   And then Carlos Castano was a kingpin as well?

11  A.   Yes, sir.

12  Q.   And Carlos Castano -- what happened to Carlos Castano?

13  A.   He is deceased.

14  Q.   So the U.S. Government was not able to extradite him and

15  prosecute him?

16  A.   No, unfortunately.

17  Q.   And Salvatore Mancuso, he was designated as a kingpin; is

18  that correct?

19  A.   Yes, sir, and then plead guilty.

20  Q.   He was extradited to the United States and plead guilty,

21  as we saw earlier?

22  A.   Yes, sir.

23  Q.   And Ever Veloza, alias HH or Chicken Face, what happened

24  to him?

25  A.   Also plead guilty.
```

1   Q.   Was he extradited to the United States and pled guilty?

2   A.   Yes, sir.

3   Q.   And Fredy Rendón, which is a person we heard about in this

4   case, his alias is El Aleman, what happened to him?

5   A.   He's been designated as a kingpin and has not been

6   convicted in the U.S., in a U.S. Court yet.

7   Q.   And then how about Rodrigo Tovar or Jorge Cuarenta?

8   A.   Yes, sir.  He pled guilty in the United States.

9   Q.   So he was extradited and pled guilty in the United States?

10  A.   Yes, sir.

11  Q.   And how about Raul Hasbun and Jose Mangones, are they

12  considered drug a traffickers by the DEA?

13  A.   Yes, sir, they are.  Hasbun worked for Veloza and Veloza

14  pled guilty in his organization.  And the same, Mangones worked

15  for Jorge Cuarenta and Jorge Cuarenta pled guilty.

16  Q.   Agent Gaddis, you know, what is your overall opinion on

17  the relationship between the AUC from its inception to 2004,

18  its relationship to narcotics trafficking?

19  A.   It was heavily, heavily involved with cocaine trafficking

20  and drug trafficking in Colombia --

21  Q.   And during --

22  A.   -- and outside of Colombia.

23  Q.   And during this time period, was the AUC one of the

24  primary, if not the primary, targets of the DEA for cocaine

25  trafficking in the world?

```
 1    A.    Yes, sir, they were.

 2    Q.    And so, Agent Gaddis, let's move on to your opinion number

 3    two.  I think you said you already told the jury that's drug

 4    trafficking organizations like the AUC embed and victimized

 5    commercial cargo companies to transport and smuggle drugs.

 6          How would drug cartels smuggle -- victimize transportation

 7    companies to smuggle drugs?

 8    A.    Well, you can easily embed your drugs in camouflaged

 9    palletized commodities.  You can -- the entire load could be

10    camouflaged, for instance, in tires or in vegetables, or it

11    could be a small island of 800 kilos in a much larger container

12    of legitimate commodities, right?

13          So, these drug traffic -- I've worked thousands of

14    investigations or had access, exposure to thousands of

15    investigations where innocent cargo companies were victimized

16    by drug traffickers in embedding their drugs in the company's

17    loads.

18    Q.    And, Agent Gaddis, based on your 25 years experience in

19    the DEA, and I think you said you worked or had access to

20    thousands of investigations, what types of commercial cargo

21    companies were victimized by drug traffickers?

22    A.    Oh, the list is endless.  I mean, in my experience, I've

23    seen FedEx victimized, I've seen trucking companies victimized,

24    I've seen freighters, freight moving, sea freight moving

25    companies victimized.
```

1          They've come to me.  The owners of these companies have

2     come to me once in Costa Rica, a very, very large shipment

3     company owner came and said you've got to hip.  They're

4     constantly trying, or they're constantly adding cocaine to our

5     ships and we want to do what we can to mitigate that, and it

6     just -- it's constantly happening.  That's one absolute that

7     drug trafficking organizations are about, and that's

8     victimizing transportation companies.

9     Q.   So, Agent Gaddis, you mentioned freight services, you

10    mentioned FedEx which is a package service, package delivery

11    service.  How about airplanes?

12    A.   FedEx had airplanes too and that's right.  American

13    Airlines has been victimized.  I've seen cruise ships

14    victimized.  It's -- it just goes on and on.  They're only

15    limited by their imagination and they have wild imaginations.

16    Q.   In your professional opinion, Agent Gaddis, over your

17    25-year career in the DEA, why was it that commercial companies

18    were so victimized by drug trafficking agencies?

19    A.   Well, it's -- they have their routes to get from Point A

20    to Point B.  The drug traffickers want that drug to go wherever

21    the shipments are going to.

22         And all they need to do is either false label or hide a

23    load in a larger commodity shipment, or they can actually do

24    things like go underneath a hull of a massive freighter and

25    they can weld a compartment and carry thousands of kilos aboard

```
 1    without the owners even knowing it.  So, yeah, it basically
 2    comes down to victimizing those companies.
 3    Q.   And in your opinion, professional opinion, why are the
 4    drug smugglers so creative?
 5    A.   It's a lot of money in it, lot of money.  That was AUC's
 6    payday.  Every time that they could get a kilo delivered to
 7    their transshipment point in Central America or the Caribbean
 8    or to the U.S., they made a lot of money.
 9    Q.   Agent Gaddis, I know you prepared a few slides showing the
10    different examples of some of the drug smuggling methods that
11    you've seen.  Maybe we can just tick through those and in a
12    quick manner.  Can you just tell us --
13    A.   They were embedding them in fish, dead fish, which you
14    think is fairly smart, right?  Because the K-9 dogs aren't
15    going to be as effective in sniffing the cocaine if they're
16    sniffing a dead fish.
17         Then you're talking about vegetables.  Even 55 gallon
18    drums of salsa.  So just -- it's just amazing what they can do
19    in terms of fruits.
20         They use hot wax to basically seal watermelons, pineapples
21    avocadoes, all kinds of different fruits.  They embed it in
22    bottled drinks, liquid drinks.  They embed it in canned goods
23    and label it as if it's a legitimate commodity; just goes on
24    and on.
25    Q.   And what's this depicted mere?
```

1    A.    This is a submarine which the Colombian cartels including

2    the AUC were capable of manufacturing in the mangroves of the

3    Colombian coast with engineering from foreign engineers.

4         I remember we uncovered plans, engineering plans that were

5    in Russian language and in French language before they had

6    completed.

7         And this kind of submarine has a nautical range of like

8    seven to nine thousand nautical miles, so you could actually

9    get from the coast of Colombia all the way the coast of Mexico

10   and back in a submarine.  They would be carrying thousands of

11   kilos of cocaine in one delivery.

12   Q.    Agent Gaddis, did some of these submarines, in your

13   professional experience, just go one way, as well?

14   A.    Yeah, it got to a point where they just decided they could

15   take the submarine to where it was going.  Once it was

16   offloaded onto shrimp boats, for instance, in the Pacific ocean

17   of Mexico, then they would just scuttle the vessel.  They

18   didn't care how much money they had in it.  They may have

19   $80,000, $120,000, $150,000 into this submarine.  They scuttle

20   it, it would go down to the bottom of the ocean.  They'd go

21   back and build another one.  They were making that kind of

22   money.

23   Q.    In your professional experience, Agent Gaddis, were the

24   Colombian cocaine traffickers such as the AUC using submarines?

25   A.    Yes.

1    Q.   Go to the next.  And, Agent Gaddis, I believe you

2    mentioned previously that some of the drug traffickers would

3    weld things onto the bottom on the hull of ships.  What's

4    depicted here?

5    A.   Yes, sir.  This reflects divers that are going down and

6    seeking and trying to find and oftentimes finding welded

7    compartments on these freighter bottoms, these hull bottoms,

8    and getting the cocaine out of them.  I think the next

9    photograph reflects them actually doing it under water.

10   Q.   So they're able to attach bricks of cocaine to this welded

11   unit underneath of the hull of the ship?

12   A.   Yes, sir.

13   Q.   And so what would companies who operated ships have to

14   then adjust to and start doing as a result of this?

15   A.   You would have to mitigate the threat by setting up the

16   procedures and proposals, and being very vigilant about such

17   things.  Again, a search for more cocaine that had been welded

18   onto the bottom of a freighter.

19   Q.   Okay.  Next slide.  That's it?

20        Agent Gaddis, from your professional experience and

21   training in the DEA, did legitimate commercial transportation

22   companies permit drug smuggling on their vessels?

23   A.   No, they don't.

24   Q.   What would you consider most commercial transportation

25   companies in connection drug smuggling?

1   A.   Well, any legitimate cargo company that already ships

2   their legitimate cargo, right?  Their commodities, whether it's

3   bananas or it's grinders, tortillas, you know, airplane parts,

4   whatever, it wouldn't make sense for them to take the risk on

5   having that load and that ship taken from them, seized from

6   them.  It would impact -- negatively impact their business

7   continuity, so I don't see where it's common at all.

8        I haven't seen where it's common for a legitimate cargo

9   transportation company to voluntarily transport cocaine for

10  profit.  It doesn't make sense.  They're not there to do that.

11       Now, they are victimized sometimes, and it happens.  We've

12  seen that many times in my career, but I haven't seen companies

13  volunteer to do it.  They're victimized.

14            MR. DANTE:  All right.  Thank you, Agent Gaddis.  I

15  have no further questions right now.

16            THE WITNESS:  Thank you.

17            THE COURT:  Thank you, Mr. Dante.  Why don't we take

18  a recess before we begin cross-examination, ladies and

19  gentlemen.  Let's take 15 minutes.  Don't discuss the case,

20  form any opinions and we'll see you in 15 minutes.  Thank you.

21            THE COURTROOM DEPUTY:  All rise.

22       (Thereupon, the jury exited the courtroom.)

23            THE COURT:  You can step down, sir.  Don't discuss

24  your testimony during the recess.  Maybe if you can slow down a

25  little bit with your answers because I know that the court

 1    reporter is probably having trouble keeping up with you.

 2              THE WITNESS:  Okay.  I apologize.

 3              THE COURT:  When you use those Spanish words, she's

 4    completely lost.

 5                        (Short recess had.)

 6              THE COURT:  Please be seated, everyone.

 7         Sir, you can get back on the stand.  You're still

 8    under oath.

 9              THE WITNESS:  Yes, sir.

10         MR. CIOFFI:  Judge, before the jury comes in just a

11    couple of housekeeping issues.  When would you like to break

12    today?  We have some things to talk about for next week:  The

13    Rule 50 briefs, the timing of the charging conference, and

14    things like that.  And we're not going to finish the witnesses

15    today, so we would prefer not a witness to hang over the

16    weekend.

17              THE COURT:  So, are you suggesting we stop after this

18    witness?

19              MR. CIOFFI:  After the cross and -- you known, we

20    have an argument again with respect to the Otterloo documents,

21    plaintiffs' rebuttal order of proof, the Hasbun documents, the

22    Rule 50 issue, the Banacol documents.  There are a number of

23    issues that would be great to resolve going into next week so

24    everything goes smoothly, we do the closing argument on

25    Thursday, and the case comes to an end.

```
 1            THE COURT:  So, am I correct you want to recess

 2   after -- I mean, as far as the jury's concerned, after this

 3   witness is finished?

 4            MR. CIOFFI:  To deal with all of those issues and

 5   have smooth sailing next week.  We're not going to finish

 6   everything today in our case.  We'll rest on Monday for sure.

 7            THE COURT:  Let's look at plaintiffs' thing about

 8   that?

 9            MR. SCAROLA:  Plaintiffs will do whatever the court

10   would like to do.

11            THE COURT:  Okay.  How much time do you think you'll

12   be on cross for this witness?

13            MS. FRYSZMAN:  15 minutes.

14            THE COURT:  I don't see it's going to take that long,

15   I don't know to take two hours.  Why can't we start with

16   Restrepo?

17            MR. SCAROLA:  He'll extend over the weekend, but --

18            THE COURT:  Well, he's going to have to be here over

19   the weekend either way.  He's here now, and he's going to have

20   to stay.  If we don't start him until Monday, he's going to

21   have to stay.  So either way he's going to --

22            I think two hours is too much time to give up.  Again,

23   we have a jury that's anxious, and I think stopping at 3:00 or

24   3:15 today is telling them, you know, we're wasting time that

25   they're feeling we should be using to complete the case.  We
```

```
 1    can talk about these things whenever we do stop, which is going

 2    to be about two hours from now.

 3                MR. CIOFFI:  Okay.  The only other argument I have,

 4    Judge, is it's Friday afternoon.  We do have a couple of people

 5    who were hoping to fly to see their kids this evening.

 6                THE COURT:  What time are their flights?

 7                MR. CIOFFI:  Also, I just think everything will go

 8    more efficiently if we can settle the schedule for next week,

 9    but --

10                THE COURT:  I think we should go -- I mean, I don't

11    want to hold up -- prevent people from getting home to see

12    their children if you know, Ms. Fedora-Murphy or anyone else

13    who needs to get home.  If you're going to catch a flight, I'm

14    willing to accommodate that schedule.  So if she needs to catch

15    a flight, I'd be happy to accommodate her.

16                MS. FUNDORA-MURPHY:  I appreciate that, your Honor. I

17    do have a flight to catch, but we were just thinking also just

18    for the benefit of the jury, like it's a Friday for them to be

19    introduced to a whole new expert, and really just get mostly

20    you know through the introduction part and his qualifications,

21    and then have to wait the whole weekend and then be reminded

22    again of who he is and what he's opining about and then get it

23    just seems a little in efficient we'll do whatever your Honor

24    things is necessary.

25                THE COURT:  Do you need to catch a flight if we stay,
```

```
 1   I mean, I don't want to prevent you from getting a plane that
 2   you need to get catch.
 3           MR. CIOFFI:  I think what we're trying to do is just
 4   get a win/win which is the case goes forward, there's no delay,
 5   we deal with all the issues we have to deal with.  My partner
 6   can catch her plane and everything can workout, that's the
 7   reason for the proposition but we'll, it's the court's call and
 8   discretion I cans be whatever we need to do to keep on this
 9   schedule of finishing.  We do believe it's super important to
10   finish with closing argument on Thursday.
11           THE COURT:  While we're talking, we're taking up more
12   time so I would say how about we break at 4:30 and we talk
13   about the other issues that we have to discuss, and that should
14   give everybody plenty of time to get on their way back home for
15   the weekend.  Okay?  So let's bring the jurors in.
16           MR. CIOFFI:  Yes, sir.
17           THE COURT:  Thank you.
18           THE COURTROOM DEPUTY:  Please rise for the jury.
19       (Thereupon, the jury entered the courtroom.)
20           THE COURT:  Welcome back, everyone.  Please be
21   seated, ladies and gentlemen.
22           Cross-examination.
23           MS. FRYZMAN:  Thank you, your Honor.
24                   CROSS EXAMINATION OF DAVID GADDIS
25   BY MS. FRYSZMAN:
```

```
 1   Q.    Mr. Gaddis, good afternoon.
 2   A.    Good afternoon.
 3   Q.    I wanted to start with PO959.  Do you still have that in
 4   front of you?  That's the Mancuso statement of facts in support
 5   of defendant's guilty plea.
 6   A.    Yes, ma'am.
 7   Q.    You're familiar with these sort of documents?  There's
 8   been in many cases that you've probably seen in court?
 9   A.    Yes, ma'am, we've coordinated with the prosecution.
10   Q.    And so this guilty plea acknowledges that Mancuso had no
11   defense to the charges, correct?
12   A.    I'm sorry?
13   Q.    This guilty plea is a statement by Mr. Mancuso, the
14   defendant here, correct?
15   A.    Yes, ma'am.
16   Q.    And it acknowledges that he had no defense to the charges
17   to which he plead guilty, correct?
18             MR. DANTE:  Objection, your Honor.
19             THE COURT:  Overruled.
20             THE WITNESS:  It says that he admits to the facts of
21   the document and that they could be proven in court.
22   BY MS. FRYSZMAN:
23   Q.    And at each of the sentencing hearings, it's the duty of
24   the judge -- you probably sat through some of them -- to
25   determine that the defendant is entering the plea knowingly,
```

```
 1    willingly, and that they don't have defenses that they're

 2    waiving without knowing it, correct?

 3              MR. DANTE:  Objection, your Honor.

 4              THE COURT:  Overruled.

 5              THE WITNESS:  I would answer that's correct, he did

 6    not feel like he had any defenses.
```

**BY MS. FRYSZMAN:**

```
 8    Q.   And that's true of defendants who enter a guilty plea,

 9    correct?

10    A.   Yes.

11    Q.   They don't have defenses?

12    A.   Yes, ma'am.

13    Q.   So Mr. Mancuso or any other defendant couldn't argue that

14    they were under duress, correct?

15              MR. DANTE:  Objection, your Honor, to any other

16    defendant.

17              THE COURT:  Sustained.
```

**BY MS. FRYSZMAN:**

```
19    Q.   So Mr. Mancuso couldn't argue that he was under duress,

20    correct, because he's plead guilty?

21    A.   He plead guilty, yes.

22    Q.   And he couldn't argue that he was extorted, correct,

23    because he plead guilty?

24              MR. DANTE:  Objection, your Honor.  There's no

25    evidence.  There's no predicate.
```

1          THE COURT:  I'm sustaining the objection.  There's no

2    suggestion that there was any charge against him for which

3    defense would be -- duress would be a defense.

4    **BY MS. FRYSZMAN:**

5    Q.   It's fair to say that by pleading guilty he is admitting

6    that he doesn't have valid defenses, correct?

7          MR. DANTE:  Objection, your Honor.

8          THE COURT:  Overruled.

9          THE WITNESS:  I would agree with that statement with

10   the inclusion that he didn't ask for any defense.  He simply

11   plead guilty.

12   **BY MS. FRYSZMAN:**

13   Q.   You testified on direct just a few moments ago that the

14   AUC was the DEA's number one target, correct?

15   A.   Yes, ma'am.  In Colombia, yes, ma'am.

16   Q.   But, in fact, it was the FARC, wasn't it, that effectively

17   controlled the world's supply of cocaine, correct?

18   A.   No, ma'am.

19   Q.   And the FARC wasn't the world's leading cocaine

20   manufacturer and trafficker?

21         MR. DANTE:  Objection, your Honor.  Time period.

22         THE COURT:  Overruled.

23         THE WITNESS:  No, ma'am.  There were occasions when

24   the FARC was viewed as a formidable drug trafficking

25   organization, and then other times that the AUC was.

1    **BY MS. FRYSZMAN:**

2    Q.   Mr. Gaddis, you've submitted a lot of declarations in

3    court, have you not?

4    A.   Yes, ma'am.

5    Q.   I'd like to show you one that you submitted in the

6    Northern District of New York.

7    A.   Thank you.

8    Q.   If I could direct your attention to paragraph 7.  I'll

9    read it to you.

10           THE COURT:  Don't read it.  First let him see if he

11   agrees that that's a declaration that he made.

12   **BY MS. FRYSZMAN**

13   Q.   Can you look at the last page where it says, David L.

14   Gaddis.  Is that you under I declare under penalty of perjury

15   that the foregoing is true and correct, David L. Gaddis?

16   A.   Yes, ma'am, that's my signature.

17   Q.   And this is your declaration that you submitted to a

18   court, in the Federal Court in New York?

19   A.   It appears so, yeah.  Dated August 7th of 2015.

20   Q.   And then in that declaration you said the FARC effectively

21   controls the worldwide supply of cocaine?

22           MR. DANTE:  Objection.  Your Honor, could we get a

23   page preference?

24           MS. FRYSZMAN:  Paragraph 7, as I said earlier.

25

 1   **BY MS. FRYSZMAN**

 2   Q.   So you said in that declaration that the FARC effectively

 3   controls the worldwide supply of cocaine.  It is estimated that

 4   80 percent of the world's cocaine is produced in Colombia or in

 5   the neighboring border regions immediately adjacent to

 6   Colombia --

 7              THE COURT:  You need to slow down.

 8   **BY MS. FRYSZMAN**

 9   Q.   -- with the aid and the assistance of the FARC.  The FARC

10   is the world's leading cocaine manufacturer and trafficker.

11        Did I read that correctly?

12   A.   Yes, ma'am.

13   Q.   Thank you.

14   A.   That was --

15   Q.   Thanks.  That's it.

16        And, Mr. Gaddis, you've testified about Chiquita before,

17   haven't you?

18   A.   I've been deposed.

19   Q.   And that's twice, right?  Once in 2017 and once in 2019?

20   A.   Yes, ma'am.

21   Q.   And at the start of each deposition, did you take an oath

22   to tell the truth, nothing but the truth?

23   A.   Yes, ma'am.

24   Q.   And you got a copy of the transcript afterwards and had

25   the opportunity to correct it?

```
 1   A.    Yes, ma'am.

 2   Q.    So, I just read you your declaration from the New York

 3   Court about the FARC.  The FARC was a guerilla group in

 4   Colombia, correct?

 5   A.    Yes, it was.

 6   Q.    And it was involved in drug trafficking, correct?

 7   A.    It was involved in drug trafficking, and DEA focused on

 8   the FARC to a degree.

 9   Q.    It was also known as a left-wing guerilla group, correct?

10   A.    Yes, they were subversives attacking the Government of

11   Colombia.

12   Q.    And it targeted wealthy business people, correct?

13   A.    At times, they did.

14   Q.    And it targeted people with financial resources, correct?

15   A.    At times, they did.

16   Q.    And targeted people with financial resources, correct?

17   A.    But we focused on them because of the drug trafficking.

18   Q.    And they sometimes kidnapped and killed the wealthy

19   business people, correct?

20   A.    Yes.

21   Q.    And we spent a lot of time talking about the AUC.  The AUC

22   was formed to protect wealthy landowners, correct?

23   A.    No, the AUC was a drug trafficking organization.

24   Q.    I'd like to show you your 2019 deposition.

25   A.    Yes.
```

```
1   Q.   Mr. Gaddis, if you could turn to page 82, line 16, please.

2   A.   Page 82, line 16?

3   Q.   Yes.  You were asked in that deposition:

4        Question:  What is your understanding about the creation

5   of the AUC?

6        And you answered that the AUC was formed to protect

7   wealthy landowners against attacks by the FARC.

8        Did I read that correct?

9   A.   Yes, ma'am.

10  Q.   And then you went on to say, so primarily you had a

11  leftest guerilla group and a right wing paramilitary fighting

12  one another, did I read that correctly?

13  A.   Yes, ma'am.

14  Q.   Thanks.

15  A.   This was outside the scope of the deposition, however.  So

16  I was asked that question and answered it to the best of my

17  ability at that time.

18  Q.   And you were under oath, correct?

19  A.   Oh, yes, ma'am.

20  Q.   And you had the opportunity to correct your answer if you

21  thought you answered it inaccurately, correct?

22  A.   I had not had that opportunity or at least it didn't come

23  to my attention to correct that.

24  Q.   Mr. Gaddis, the AUC is umbrella group of paramilitary

25  organizations, correct?
```

1    A.   The AUC is a massive drug trafficking cartel that's

2    divided in by blocs, geographic blocs.  Yes, ma'am.

3    Q.   And landowners hired paramilitary groups, did they not, to

4    provide protection against the FARC?

5    A.   I would not say that landowners would be wise to hire a

6    drug trafficking cartel to protect them.

7    Q.   All right.

8         THE COURT:  Counsel, can I just -- the jurors are

9    having trouble hearing you.  And if you can speak more slowly.

10   So you're speaking too quickly and not loud enough.

11        MS. FRYSZMAN:  I was just trying to get done.  I will

12   slow down.

13        THE COURT:  Thank you.

14        MS. FRYSZMAN:  May I approach?

15        THE COURT:  Yes.

16   **BY MS. FRYSZMAN:**

17   Q.   So, Mr. Gaddis, if you could turn to page 292, line 8.

18        On line 8 you were asked:  When did the AUC become

19   involved?

20        And then you answered:  The AUC became involved as many

21   landowners were threatened to a point where they could not

22   operate with the threat of the FARC, hired these paramilitary

23   bands to target the FARC or to provide protection against them

24   from the FARC, and then they became more significant in

25   trafficking drugs as well.

1    Did I read that correctly?

2          MR. DANTE:  Objection, your Honor.  Incomplete.  Rule

3    of completeness.  That prior question clarifies what he's

4    testimony about.

5          THE COURT:  Can you read the prior question?

6          MS. FRYZMAN:  Sure.

7    **BY MS. FRYSZMAN:**

8    Q.   The prior question is:  And the AUC became involved at

9    some point, correct?

10        Answer:  Yes.

11        Question:  And we've discussed that ELN was involved in

12   the drug trade to as well; is that correct?

13        To a lesser degree, yes.

14         MR. DANTE:  So involved is involved in the drug

15   trade.

16         MS. FRYSZMAN:  Yeah, I'm not disputing that.

17         THE COURT:  Okay.

18   **BY MS. FRYSZMAN**

19   Q.   The answer is:  The AUC became involved as many landowners

20   were threatened to a point where they could not operate with

21   the threat of the FARC, hired these paramilitary bands to

22   target the FARC in order to provide protection against them

23   from the FARC.  And they became more significant in trafficking

24   drugs as well.

25         Did I read that correctly?

```
 1   A.    Yes, you did.

 2   Q.    Okay.  Thank you.

 3   A.    It was answered in the scope of this topic.

 4   Q.    Mr. Gaddis, thank you.

 5   A.    Okay.  You're welcome.

 6   Q.    Mr. Gaddis, have you heard of Jack Divine who testified

 7   here earlier?

 8   A.    I've only heard of the name.

 9   Q.    And you know that he was the operations director of the

10   CIA?

11   A.    I did not know that.

12   Q.    You know that now?

13   A.    I'll take your word at face value.  Yes, ma'am.

14   Q.    Well, I only know from what he told us.

15         But did the DEA and CIA ever share information?

16   A.    Yes, ma'am.

17   Q.    So, if the CIA operations director were to conclude it

18   would, however, be completely inaccurate to portray the group

19   as nothing more than a drugs cartel as the Colombian

20   military --

21              MR. DANTE:  Objection, your Honor.

22              THE COURT:  Sustained.  Sustain the objection.

23   BY MS. FRYSZMAN:

24   Q.    Mr. Gaddis, you've testified that the AUC was organized

25   into a number of different blocs and fronts with different
```

```
 1   commanders, correct?
 2   A.   Yes, ma'am.
 3   Q.   And you've shown us some slides with those commanders,
 4   correct?
 5   A.   Correct.
 6   Q.   And there was an AUC commander from Urabá named Raul
 7   Hasbun, correct?
 8   A.   Correct.
 9   Q.   And there was an AUC commander from Magdalena named Jose
10   Gregorio Mangones, correct?
11   A.   Correct.
12   Q.   And are you aware that Raul Hasbun was admitted
13   responsibility for four of the murders in this case?
14   A.   No.
15           MR. DANTE:  Objection your Honor.
16           THE COURT:  Sustained.
17           MR. DANTE:  Move to strike the question and answer.
18           THE COURT:  Granted.
19   BY MS. FRYSZMAN:
20   Q.   Mr. Gaddis, the United States charged, tried, and
21   convicted quite a few AUC leaders for drug trafficking,
22   correct?
23   A.   Yes.
24   Q.   And those AUC members were imprisoned here in the United
25   States, correct?
```

```
 1   A.   Yes, ma'am.

 2   Q.   Raul Hasbun was not charged with drug trafficking, was he?

 3   A.   In the United States, I do not think so.

 4   Q.   In Colombia?

 5   A.   I'm not aware.

 6   Q.   And he wasn't convicted of drug trafficking either, was

 7   he, as far as you're aware?

 8   A.   No, he just worked -- Veloza, who he claimed to work for,

 9   was guilty in a plea in the U.S.

10   Q.   But Mr. Hasbun was never charged and never convicted,

11   correct?

12   A.   That would be correct.

13   Q.   And he was never designated as a drug kingpin, correct?

14   A.   Not yet.

15   Q.   Are you aware that he was a wealthy banana plantation

16   owner?

17   A.   That he is a wealthy banana -- I was not aware of that,

18   no.

19   Q.   And the report that you filed in this case doesn't mention

20   Raul Hasbun at all, does it?

21             MR. DANTE:  Objection.

22             THE COURT:  Overruled.

23             THE WITNESS:  It does in the demonstrative.
```

**BY MS. FRYSZMAN:**

```
25   Q.   But in the report that you filed.
```

```
1    A.    Oh, my expert report?  I would agree with that.
2    Q.    And you're aware that the AUC commander in Magdalena, Jose
3    Gregorio Mangones, also was not charged with drug trafficking,
4    was he?
5    A.    Well, there were over 30,000 AUC drug traffickers.  You
6    can't charge them all in a particular period of time.  So you
7    are correct.
8    Q.    And he wasn't charged in the United States and he wasn't
9    charged in Colombia, was he?
10   A.    That's correct.  There's a lot of -- 30,000 plus were
11   demobilized.
12   Q.    But he wasn't charged with drug trafficking was he; yes or
13   no?
14   A.    That's correct.
15   Q.    And he was never designated as a drug kingpin, was he?
16   A.    No, but he worked for Jorge Cuarenta, who pled guilty in
17   his drug trafficking enterprise.  And he worked for Jorge
18   Cuarenta.
19   Q.    Mr. Gaddis, isn't it true that the Colombian Armed Forces
20   in March, 2000 stated that the only 8 of 19 AUC units were
21   linked to the drug trade?
22   A.    No.
23   Q.    So you're not aware of that briefing?
24   A.    No.
25   Q.    Are you familiar with the Rand Corporation?
```

```
1   A.   Yes.

2   Q.   So you're not aware that the Rand Corporation included

3   that report in its study for the United States Air Force?

4           THE COURT:  Sustain the objection.

5           MR. DANTE:  Objection, your Honor.

6   BY MS. FRYSZMAN:

7   Q.   The defendant's didn't provide you with the Rand

8   Corporation report; isn't that right?

9   A.   I've only relied on my actually experience and firsthand

10  experience in Colombia.

11  Q.   Mr. Gaddis, I'd like to ask you some questions about the

12  chronology of the U.S. Government's treatment of the AUC.

13          So you're aware, are you not, that the AUC was designated

14  a foreign terrorist organization by the Department of State in

15  September, 2001, correct?

16  A.   Yes.

17  Q.   And then you're aware that the AUC was also designated a

18  specially designated global terrorists in October 2001,

19  correct?

20  A.   I'm sorry.  I'm having a hard time hearing some of the

21  words.

22          MR. DANTE:  I'm having a hard time hearing.

23  BY MS. FRYSZMAN:

24  Q.   I have a bit of a sore throat.  I'm sorry.

25          You're aware that the AUC was designated a specially
```

```
 1    designated global terrorist, SDGT, in October 2001, correct?
 2    A.    No.
 3    Q.    You don't know?
 4    A.    I'll take your word for it.
 5    Q.    You know that they were designated a foreign terrorist in
 6    September 2001?
 7    A.    Yes, ma'am.
 8    Q.    But you are not aware that they were designated a
 9    specially designated global terrorist in October 2001?
10    A.    No, that did not come to my attention.
11    Q.    But you know that those are two separate designations,
12    correct?
13    A.    It sounds like it would be, yes.
14    Q.    And you know that they were designated a drug kingpin in
15    May 2003, almost two years later, correct?
16    A.    Absolutely.
17    Q.    And all of those designations have slightly different
18    enforcement schemes, correct?
19    A.    Have slightly different enforcement implications?
20    Q.    Different penalties.
21    A.    No.
22    Q.    They all have the same penalties?
23    A.    Well, no.  Of course not.  I mean, if you're talking about
24    federal statutes, antiterrorist statutes versus anti-drug
25    statutes, there could be a difference.
```

```
 1   Q.   But they all prohibit transactions with the designated
 2   terrorist or the designated drug kingpin, correct?
 3   A.   I agree.
 4   Q.   So, knowingly and financing the AUC's purchase of drugs
 5   would be a bad thing to do in your opinion, correct?
 6           MR. DANTE:  Objection, your Honor.
 7           THE COURT:  Sustained.  It's outside his area of
 8   expertise.  He's not here to talk about violations of those
 9   statutes.
10           MS. FRYZMAN:  So, right now I'm on not talking about
11   a statutory violation.  I'm just saying if he agrees, it would
12   be a bad thing to do.
13           THE COURT:  Okay.  I think everybody agrees it's a
14   bad thing to violate the law.
15   BY MS. FRYSZMAN:
16   Q.   Is it a bad thing to provide funds to a drug kingpin?
17           MR. DANTE:  Objection, your Honor.
18           THE COURT:  Overruled.  Go ahead.  You can answer the
19   obvious question.
20           THE WITNESS:  Although it's outside the scope of my
21   expertise here, I would say it's very bad.
22   BY MS. FRYSZMAN:
23   Q.   And you would agree it's also very bad to provide funds to
24   a terrorist organization?
25           MR. DANTE:  Objection, your Honor.  Outside the scope
```

```
 1   of the --

 2            THE COURT:  Sustained.

 3            MS. FRYSZMAN:  Your Honor, that's it.

 4            THE COURT:  Okay.  Thank you.

 5            MS. FRYSZMAN:  Thank you.

 6            THE COURT:  Any redirect?

 7            MR. DANTE:  Yes, your Honor.

 8                         -  -  -  -  -

 9            REDIRECT EXAMINATION OF DAVID GADDIS

10   BY MR. DANTE:

11   Q.   Agent Gaddis, thank you for your patience.  I know you

12   have a catch a flight, so I'll try to be brief.

13         Let me start with P2155, which counsel handed you, which I

14   believe was your affidavit in another matter.  You can pull

15   that out.  It's one of the smaller documents.

16   A.   2155?

17   Q.   Yes.

18   A.   I have it.

19   Q.   And, Agent Gaddis, plaintiffs' counsel asked you if you

20   had set forth in this affidavit that the FARC was the number

21   one drug trafficker in the world at a particular time.  Do you

22   recall those questions?

23   A.   Yes, sir.

24   Q.   And could you -- for the ladies and gentlemen of the jury,

25   could you note the date that you signed this affidavit?  What
```

```
 1   year was it?  Well, give us the full date.

 2   A.    I believe it was 2015.

 3   Q.    So why don't you turn to the last page and let's be

 4   accurate when you signed this.

 5   A.    Okay.  August 7th, 2015.

 6   Q.    August 7.  And so your testimony earlier about the AUC

 7   being the number one target, that was during the relevant time

 8   period from 1997 to 2004?

 9              MS. FRYSZMAN:  Objection, leading.

10              THE COURT:  Sustained.

11   BY MR. DANTE:

12   Q.    Mr. Gaddis, when you testified earlier that the AUC was

13   the number one target of the DEA, what time period were you

14   talking about?

15   A.    That was between January of 1997 to September of 2002.  Or

16   2004.  I'm sorry.  It went from 1997 to 2004.

17   Q.    And, Agent Gaddis, after 2004, did the AUC demobilize in

18   Colombia?

19   A.    They did.

20   Q.    And so when you signed this affidavit, it was 11 years

21   after your opinion on the AUC's drug trafficking?

22   A.    Yes, sir.

23   Q.    And so at that time in 2015, 11 years after the relevant

24   time --

25              THE COURT:  Hold on.
```

```
 1            MS. FRYSZMAN:  Objection, your Honor.  The affidavit
 2  plainly relates to events that occurred --
 3            MR. DANTE:  She was just making a speaking objection,
 4  your Honor.
 5            THE COURT:  Yes.  Sustained.  Let's -- ask your
 6  question without leading, please.
 7  BY MR. DANTE:
 8  Q.   So, Agent Gaddis, you signed this affidavit in 2015,
 9  correct?
10  A.   Correct.
11  Q.   And that's 11 years after the relevant time period that
12  you were opining on the AUC, correct?
13  A.   Correct.
14  Q.   Agent Gaddis, if you could turn to your 2019 deposition.
15  And counsel asked you a few questions about your testimony
16  during that deposition, and specifically how you define the AUC
17  during that deposition.  Do you recall those questions?
18  A.   Yes.
19  Q.   And counsel asked you if you had an opportunity to correct
20  that testimony at any point in time after you gave the
21  deposition.  Do you recall that question?
22  A.   Yes.
23  Q.   And can I direct your attention to page 192 of that
24  deposition, which is a little later on than the questions that
25  counsel referred you to.  I'm sorry.  Make sure you have the
```

```
 1   right one in front of you.  It's the 2019 deposition.
 2   A.   Okay.  Page 192?
 3   Q.   Yes.  Specifically at line 7, and then 193 through --
 4   through page 193, line 8.
 5        Did you, in fact -- could you read that real quickly,
 6   please?
 7   A.   Okay.  Page 192.  Which line?
 8   Q.   Sorry.  Begins on line 7, and your testimony ends on 193,
 9   line 8.  But feel free to keep reading if you feel like you
10   need to.  I just want to direct your attention to that section
11   of your deposition.
12   A.   Question:  Mr. Gaddis --
13   Q.   No.  Just read it to yourself first.
14   A.   Oh.  Very good.  Okay.
15   Q.   So, Agent Gaddis, does that refresh your recollection as
16   to whether you corrected or supplemented your testimony
17   concerning the nature of the AUC during your deposition?
18             MS. FRYSZMAN:  Leading.
19             THE COURT:  Overruled.
20             THE WITNESS:  Thank you.  Yes, it does.
21   BY MR. DANTE
22   Q.   And so can we -- can you read that section, the questions
23   and answers, please?
24   A.   Yes.  Mr. Gaddis, do you recall being asked some questions
25   about when the AUC was founded?
```

```
 1        Yes.

 2        And sitting here now, do you recall when the AUC was

 3   actually founded?

 4        Yes.  I've -- I've referred to it as the mid 1990s, late

 5   1990s, but 1997 is the focal year of the AUC being founded.

 6        Okay.  And do you recall who a few of the founding members

 7   of the AUC were?

 8        The two elderly Castano brothers, Felipe and Vicente,

 9   Fidel Castano.

10        Fidel Castano?

11        Question:  I'm sorry.

12        Yes, Fidel, Fidel and Vicente, they partnered with Don

13   Berna, Diego Murillo, who I had made reference to earlier in

14   the deposition as being one of the primary Medellin-based drug

15   traffickers.  And he was actually, Don Berna, he was actually

16   one of the many of the Pepes who pursued Pablo Escobar, which

17   led to his killing.

18        So prior to the formation of the AUC, was Don Berna a drug

19   trafficking?

20        Yes, he was.  He was a very powerful drug trafficker.

21        Was he a major drug kingpin in the eyes of the DEA?

22        Yes.

23        And prior to the formation of the AUC in 1997, was Vicente

24   Castano, Castano, a major kingpin?

25        And Fidel, yes, they were.  And Fidel, obviously, was
```

```
1    killed first.  And then both Vicente and younger brother Carlos

2    became DEA targets as drug traffickers.

3         And Fidel was killed prior to the formation of the AUC?

4         Yes.

5         Correct?

6         Yes.  And was Fidel one of the founders of the AUCC?

7         Yes.

8         And these guys were already in a very predominant drug

9    supply --

10             THE COURT:  Hold on, sir.

11             THE COURT REPORTER:  I can't hear you.

12             MS. FRYSZMAN:  Objection.  I think we just --

13             MR. DANTE:  Three more lines.

14             MS. FRYZMAN:  That really doesn't have anything to do

15   with it.

16             THE COURT:  I'm trying to understand how this relates

17   to the earlier question, so I'm lost.

18             MR. DANTE:  He's -- the earlier question as to what

19   the AUC -- counsel asked him what the AUC was when it was

20   founded, and she pointed to a particular response in his

21   deposition, and he clarifies later in his deposition how they

22   were founded, and that is consistent with his testimony today,

23   that they were founded as drug traffickers.  So that's just

24   three more lines, Mr. Gaddis.  Agent Gaddis, please.

25             THE COURT:  Go ahead.
```

```
1              THE WITNESS:  And these guys were already in a very

2    predominant drug supply and drug manufacturing area of

3    Antioquia where Medellin is located.  They were in the drug

4    trafficking business.

5    BY MR. DANTE:

6    Q.   And, Agent Gaddis, is that consistent with your testimony

7    today?

8    A.   Yes, sir, it is.  It's difficult to remember after five

9    years that there was a simple correction in the deposition.

10   Thank you.

11   Q.   And, Agent Gaddis, if I can direct your attention to

12   P0959, which is the statement of facts in support of

13   defendant's plea of guilty.  This relates to Mancuso.  We had

14   some questions about on that direct and counsel went back to it

15   on cross.

16   A.   Yes.

17   Q.   Can I direct your attention to page 9 and the top of page

18   10 of that document.  We can put it on the screen if that helps

19   you.

20   A.   All right.

21   Q.   And so can you just read those sections there?

22   A.   Castano:  It's very difficult to manage, but I will

23   mention -- I'm sorry.  Castano, quote:  It's very difficult to

24   manage, but I will mention the figures Agabarra and San Lucas

25   were 600 million worth of taxes charged to the coca growers.
```

```
 1              MS. FRYSZMAN:  Objection, your Honor.  This is
 2    outside the scope.
 3              THE COURT:  I don't understand what this relates to.
 4    How is it relevant redirect?
 5              MR. DANTE:  Your Honor, the cross-examination covered
 6    the various blocs and how -- and counsel was trying to isolate
 7    certain blocs and whether there was funds from drug
 8    trafficking.  And if you look at this, it clearly states in
 9    this statement of facts that the finances covered the entire
10    northern bloc of the AUC.
11              THE COURT:  Go ahead.  Read it.
12              THE WITNESS:  The finances that covered these two
13    fronts there have to cover the entire northern bloc of the AUC.
14    This doesn't make me a drug trafficker by no means.  I set an
15    interesting example for the country.
16    BY MR. DANTE
17    Q.   So, Agent Gaddis, in your professional opinion as a DEA
18    agent, what is Carlos Castano saying here with respect to how
19    the funds were distributed?
20              THE COURT:  I'm sustaining the objection.  He's not
21    going to interpret what he said.
22    BY MR. DANTE:
23    Q.   So, Agent Gaddis, does this suggest that the funds are --
24    the drug funds were covering the costs of the --
25              MS. FRYSZMAN:  Objection, your Honor.
```

1        THE COURT:  Sustain the objection.  It speaks for

2    itself.

3    **BY MR. DANTE:**

4    Q.   Agent Gaddis, in your experience as a DEA agent, was the

5    AUC using drug funds to cover the entire northern bloc of the

6    AUC?

7    A.   Yes, they were.

8    Q.   Thank you, Agent Gaddis.  No further questions.

9        THE COURT:  Thank you, sir.  Thank you.

10       THE WITNESS:  Thank you.

11       THE COURT:  Watch your step getting down.

12       All right.  Our next witness, please.

13       Can we take this down?  Do you need this,

14   Ms. Fundora-Murphy?

15       MS. FUNDORA-MURPHY:  No, your Honor.

16       THE COURT:  Next witness.

17       MS. FUNDORA-MURPHY:  Sorry, your Honor.

18       THE COURT:  Did you have a question?

19       MR. WICHMANN:  Yes, your Honor.  There's a very brief

20   matter that we would like to take up with your Honor outside of

21   the presence of the jury with regard to this witness.

22       THE COURT:  Okay.  Let's discuss it over here,

23   please.

24                        (At the bench.)

25       THE COURT:  Yes, sir.

1          MR. WICHMANN:  We would ask the court to please

2     instruct this witness about the parameters of his testimony in

3     light of your Honor's order in limine from yesterday so that he

4     doesn't blurt something out.  And I have a copy of your

5     one-page order that pertains to this witness.

6          THE COURT:  I assume that that's been covered by

7     counsel.  I mean, I don't feel the need to have them tell me.

8          MR. WICHMANN:  In my experience, it's never safe to

9     make that assumption, Judge.  So that's why we wanted to bring

10    it up to your attention now.

11         THE COURT:  I am going to expect that the witness has

12    been advised of the rulings and his testimony will be

13    consistent with the rulings, so I don't feel the need to do so.

14         MR. WICHMANN:  Is that correct, counsel?

15         MS. FUNDORA-MURPHY:  As your Honor ruled this morning

16    and as is reflected in all of his demonstratives, his opinions

17    have been disclosed and discussed.  You had an opportunity to

18    object.  The court heard those objections and overruled those

19    objections.  He will be testifying consistent with the opinions

20    that are in his demonstrative and consistent with the

21    information in his demonstratives, which has been deemed to be

22    within the bounds of the court's order.

23         THE COURT:  And consistent with my limitations.

24         MS. FUNDORA-MURPHY:  That's correct, your Honor.

25         THE COURT:  Thank you.

```
 1                      (In open court.)

 2           THE COURT:  All right.  Our next witness.

 3           MS. FUNDORA-MURPHY:  Yes, the defense calls Jorge

 4  Restrepo.

 5           THE COURT:  Good afternoon, sir.  Raise your right

 6  hand.

 7                      (Witness sworn.)

 8           THE WITNESS:  I do, your Honor.

 9           THE COURT:  Please be seated, sir.

10           All right.  Sir, we've been having a lot of difficulty

11  with the witnesses being heard, so I'm going to ask you to try

12  and stay close to that microphone and tell us your name and

13  your spell your last name for us.

14           THE WITNESS:  Yes, your Honor.  Well, let's see if

15  that works.  Yeah?  Is that clear?

16           THE COURT:  It's somewhat.

17           THE WITNESS:  Yeah.

18           THE COURT:  If that doesn't work, we can give you a

19  microphone to hold and speak into that.  That might be a little

20  better.  Let's try this and see how it goes.

21           THE WITNESS:  Thank you.  Restrepo.  Jorge Restrepo,

22  R-E-S-T-R-E-P-O.

23           THE COURT:  Thank you, sir.

24           THE COURT:  You may proceed.

25           MS. FUNDORA-MURPHY:  Good afternoon, ladies and
```

 1   gentlemen.

 2              **DIRECT EXAMINATION OF JORGE RESTREPO**

 3   BY MS. FUNDORA-MURPHY:

 4   Q.   Good afternoon, Professor Restrepo.  Would you please

 5   introduce yourself to the jury?

 6   A.   My name is Jorge Restrepo.  I'm an economist by training,

 7   professor of economics at Javeriana University in Bogota.

 8   Q.   Do you live -- currently live in Colombia, Professor

 9   Restrepo?

10   A.   I do.  I live in Bogota, Colombia, the capital of the

11   country.

12   Q.   And is that where you were born?

13   A.   Yes, I was born in Bogota.

14   Q.   And have you lived in Colombia all your life?

15   A.   Yes, but for the time that I studied and worked one year

16   as an academic while I was conducting my graduate studies in

17   the United Kingdom.

18   Q.   And what do you do for a living?

19   A.   I'm a scholar.  I'm a professor of economics at Javeriana

20   University, as I mentioned.  And I also work at CERAC, a

21   private research center in the city, that I founded, I direct

22   since.

23   Q.   In order to help you explain your testimony to the jury,

24   did you prepare some demonstratives?

25   A.   Yes, I do.  I have a set of demonstratives.

1          MS. FUNDORA-MURPHY:  Your Honor, may I approach the

2    witness?

3          THE COURT:  Yes.

4          THE WITNESS:  Thank you.

5          MS. FUNDORA-MURPHY:  Can we please display the

6    demonstratives?

7    **BY MS. FUNDORA-MURPHY**

8    Q.   Professor, before we get into your qualifications, can

9    we -- can you please tell the jury what your opinions are?

10         MS. FUNDORA-MURPHY:  If we can turn to slide --

11         THE WITNESS:  Yes, I have three opinions.  The first

12   one holds that there is no correlation between the timing of

13   Chiquita's payments to the AUC and the dynamics of homicidal

14   violence in the banana growing regions during the armed

15   conflict.  The data shows actually that paramilitary violence

16   decreased in the regions where banana is growing, it grows,

17   between '97 and 2004.  That would be the first one.

18         The second opinion --

19         MS. FUNDORA-MURPHY:  If we can turn to the next

20   slide.

21   **BY MS. FUNDORA-MURPHY**

22   Q.   What is your second opinion, Professor Restrepo?

23   A.   Given the dynamics of homicidal violence in these regions,

24   banana growing regions in Colombia during the armed conflict, I

25   sustain that there is no statical support to conclude that the

```
 1   AUC killed any particular decedent.
 2        Decades of scholarly research demonstrate that only a
 3   small proportion of overall deaths in those regions during the
 4   relevant time period that I gave these expertise, this study,
 5   can be attributed specifically to the AUC or the ACCU
 6   predecessor group, and that far more significant number of
 7   deaths are actually attributed to criminal activities or other
 8   conflict groups in the region.  That would be my second.
 9        And the third one, if we can move to the next opinion,
10   holds that the AUC was an umbrella federation, a grouping of
11   groups with national momentum fueled by large-scale
12   narco-trafficking, and this being the critical factor that
13   explains the growth, the geographical distribution and the
14   violence of the AUC.  That such factors cannot be explained by
15   the AUC's practice of extortion even when considered on a
16   national scale.
17        Those will be the three opinions in summary.
18   Q.   Thank you, Professor Restrepo.  And what is your area of
19   expertise?
20   A.   I study conflict analysis.
21   Q.   What is conflict analysis?
22   A.   Well, it's part of public economics.  It addresses the
23   question of when and how a conflict situation, internal armed
24   conflict occurs in a country, how to measure it, how to
25   understand it in order to be able to overcome it.
```

```
1    Q.    And you testified that you're a professor; is that right?

2    A.    I am.  I'm a professor of economics at Javeriana

3    University in Bogota where I've been holding that position

4    since 2005 February.

5              MS. FUNDORA-MURPHY:  Can we please turn to the first

6    demonstrative?

7    BY MS. FUNDORA-MURPHY

8    Q.    Is this a summary of your educational background?

9    A.    Yes, that is a correct summary of the main titles that I

10   hold.

11   Q.    And will you briefly describe to the jury your educational

12   background?

13   A.    I was graduated as economics.  It will be undergrad.  It

14   will be equivalent to a bachelor degree.  At Javeriana

15   University, where I teach now, from 1988 to 1992, where I

16   studied.  I graduated in '93.

17         Next, I -- after a period of time that I worked, I studied

18   at the University of Cambridge a couple of years where I

19   obtained a diploma, postgraduate diploma in economics.

20         And then later on, I joined Royal Holloway College of the

21   University of London where I did study a master's, master of

22   science in economics, and a doctoral degree in economics.  I

23   also have a couple of other minor degrees.  One in conflict and

24   peace studies at the University of Uppsala in Sweden, and, you

25   know, I have my postgraduate teaching certificate.
```

1    Q.   Thank you.

2         MS. FUNDORA-MURPHY:  And can we turn to the next

3    demonstrative?

4         THE WITNESS:  Yes, please.  Well, that's my

5    professional experience.

6    **BY MS. FUNDORA-MURPHY**

7    Q.   Yes.  And I'm going to ask you some questions about this.

8         So, Professor Restrepo, how long have you taught at you

9    Javeriana University?

10   A.   Well, since 2005.  I started teaching there by August of

11   2005 until now.  And it's going to be almost 20 years of

12   teaching there.

13   Q.   And what classes do you teach there?

14   A.   I teach -- depending on the semesters, I teach conflict

15   economics, conflict economic analysis or economic analysis of

16   conflicts, public economics.  Again, theory, microeconomics,

17   development.

18   Q.   So you mentioned conflict economics and conflict analysis.

19   Can you tell us a little bit more about what that means?

20   A.   Yes.  It's the study of internal armed conflicts using the

21   research methods and theories from economics.  And, of course,

22   from other disciplines that we also use, like sociology and

23   political science.

24   Q.   And how do you study conflict analysis?

25        Before we get there, let me just ask you, did you

1  specialize in a specific country in your research?

2  A.   Yes, in Colombia, although I have used the methods that

3  I've devised throughout different conflict settings and even in

4  cross-countries studies in order to understand multiple country

5  studies.

6  Q.   And how do you study conflict analysis in Colombia?

7  A.   I will say that it's a combination of several methods.

8  You are -- in economics we are based on theory, and we applied

9  that theory to the measurement in this case of conflict

10 activities.  Specifically what you can see, you can measure as

11 obtaining direct evidence of it, which is violence in the case

12 of conflicts.  Then, you use a mixture of qualitative and

13 quantitative techniques in order to pinpoint based on evidence,

14 hard evidence, what is the situation in a conflict.

15 Q.   Did you say quantitative and qualitative --

16 A.   Yes.

17 Q.   -- data?

18      And when you're studying violence in the context of

19 conflict, what is it that you're trying to determine?

20 A.   Well, the scale of violence, first, in order to

21 differentiate it from other forms of violence that occur in

22 conflict settings, to understand which are the opposing parties

23 or groups which are involved in the fighting in the world, in

24 the entire world, if you let me call it that way, who are the

25 victims, which are the types of violence that are affecting

```
 1   those victims, and what are the type of violence that the sides
 2   of the conflict are using against each other.
 3   Q.   Do you study -- do you try to determine which groups are
 4   inflicting violence on which individuals?
 5   A.   Yes, indeed.  We do measure or by measurement we do
 6   determine which are the groups that are using violence against
 7   each other and to which group belong the victims.  That it's
 8   also as important as -- in case they belong to a group or our
 9   civilians.  They do not belong a group which is involved in the
10   infighting.
11        It's important to determine all those characteristics of
12   the victims, as well as the happenings, events, occurrences, of
13   violence, which type of arms, weapons, and violence is used.
14   And, of course, what is the aim of the conflict groups.
15   Q.   And these research methods that you use in your studies,
16   are these the same research methods that you applied to this
17   case?
18   A.   Yes, I did use -- I actually search and used the data
19   basis and the information systems that I devised to measure
20   conflict violence to the case of Colombia and to these
21   particular study.  But I also use other typical research
22   methods, like systematic analysis of bibliography and, in
23   general, what a social scientist will do to study a particular
24   set of questions regarding a situation.
25   Q.   And have you done fieldwork in connection with your
```

1    studies?

2    A.    Yes, extensive fieldwork.  Although I'm mostly a

3    quantitative expert, I have done fieldwork in my studies, yeah.

4    Q.    Have you done fieldwork in Colombia?

5    A.    Yes.

6    Q.    And have you done fieldwork in the banana growing regions?

7    A.    Yes.

8    Q.    And can you describe for the jury what is fieldwork?

9    A.    Basically, you go to the regions where there is the

10   situation that you are studying, in reference to the situation

11   as what is occurring in that area, and you conduct, for

12   example, interviews, focus groups analysis, observation

13   analysis, structuring interview.  That's what you do when you

14   do fieldwork.  Basically, there's some sort of those research

15   methods which tend to be much more participatory, others are a

16   simple observation.

17   Q.    Have you been awarded grants to support your research?

18   A.    Yes, several grants.  Not enough as I need, but --

19   Q.    What kind of grants have you been awarded?

20   A.    Well, I have got grants from the -- just to mention

21   several, the United States Nation's office, foundations mainly

22   in Briton and Europe, other university grants, and grants by

23   institutions that develop or that support research both in my

24   country and in the United States and in Great Britain.

25   Q.    And have you published research on the armed conflicted in

 1    Colombia?

 2    A.    Yes, I have several pieces of research.  Again, not enough

 3    as I would like.  But, yes, I have published, edited and

 4    co-edited several books.  I have also -- actually, that's a

 5    good exhibit, which is the page in my university where you can

 6    see the different pieces of research.  I have published

 7    extensively on the peace, verification of the peace agreement

 8    that we recently entered into.  I have 22 chapters in books, at

 9    least seven books that I have published and 12 peer-reviewed

10    articles, several working papers, and several datasets that I

11    have published.

12    Q.    So, is it over 80 publications concerning your conflict

13    analysis in the armed conflict?

14    A.    Yes, I would say at least 80 publications.

15    Q.    And, Professor Restrepo, I'm just going to ask that you

16    slow down a little bit just so we can make sure that we

17    understand clearly and we're getting everything down.  But

18    you're doing great.

19    A.    Okay.

20    Q.    So, have you had publications that have been

21    peer-reviewed?

22    A.    Most of them.  I will say the majority of them are

23    peer-reviewed.  In particular articles and several books have

24    been peer-reviewed, yes.

25              MS. FUNDORA-MURPHY:  And let's go back to the

1   previous slide.

2   **BY MS. FUNDORA-MURPHY**

3   Q.   And have you presented your research to the Colombian

4   Government?

5   A.   Yes, I have presented both to the office of the president

6   and to the national government, the cabinet, my research, both

7   on peace and conflict as well as to the different institutions,

8   state institutions and the national government, including the

9   judiciary institutions and so on.

10  Q.   Have you presented your research to the U.S. Government?

11  A.   Yes, as well.  Not in many occasions, but I have presented

12  my research to different agencies and conferences organized by

13  the U.S. Government.

14  Q.   And when you're presenting your research, is this a

15  methodology that you developed for studying conflict?

16  A.   Well, usually my presentations are based on that

17  methodology.  I did devise a method to measurement of conflict

18  violence.  As I mentioned, that method is used in very many

19  conflict settings or conflict geographies.  And I do rely

20  extensively on that method when I do make presentations, as it

21  allows you to accurately make a situational analysis to

22  understand trends and the groups which are responsible for

23  violence in conflict situation.

24  Q.   Have you worked with the United Nations?

25  A.   I have worked for the United Nations, understanding in

 1   several consultancy posts and different type of tasks to

 2   understand conflict violence and its impact on development, its

 3   humanitarian target impact, and to provide support for peace

 4   building and peace negotiations in Colombia.

 5   Q.   And has the methodology that you devised for studying

 6   conflict violence been used in other countries outside of

 7   Colombia?

 8   A.   Yes.  As I mentioned, we have an international group of

 9   experts.  We have organized a set of guidelines in order to

10   measure conflict based on casualty recording, to try to record

11   what happened to the victims of conflict.  That has been

12   applied in very many countries all over the world, and in this

13   set of guidelines based amongst others in my methodology

14   including, you know, Middle Eastern countries, Asian countries,

15   European countries, and Central American, South American

16   countries affected by conflict settings.

17              MS. FUNDORA-MURPHY:  Your Honor, at this time we'd

18   like to move Defendant's Exhibit 368, which is a copy of

19   Professor Restrepo's curriculum vitae, into evidence as the

20   plaintiffs did for Professor Kaplan.

21              THE COURT:  Any objection?

22              MR. WICHMANN:  Objection.  Hearsay, your Honor.

23              THE COURT:  Sustained.

24              MS. FUNDORA-MURPHY:  Okay.  I was trying to shortcut

25   this.

```
 1              THE COURT:  I'm sorry?

 2              MS. FUNDORA-MURPHY:  I was just trying to shortcut,

 3    but we could go through more of his background if we can't

 4    submit his curriculum, as we did for Professor Kaplan.

 5              THE COURT:  There was no objection to

 6    Professor Kaplan's.

 7    BY MS. FUNDORA-MURPHY:

 8    Q.   Professor Restrepo, so you list here that you've -- you're

 9    the founder and director of CERAC.  Can you tell us more about

10    what CERAC is?

11    A.   Yes.  When I finished my research and my studies, I had

12    several research projects funded by different foundations in

13    the United Kingdom, and I decided to go back to my country and

14    set up with colleagues a research center to study conflict.

15         Back then in Colombia, conflict was still not politically

16    and academically accepted as such.  And the best way to study

17    and to show to our country, especially to our country

18    institutions and politicians, that there was -- actually, and

19    ongoing conflict was to measure it and to demonstrate to

20    Colombian society what was occurring.  And then we decided to

21    start this research venture that is still exists until now.

22    Q.   And CERAC is a Spanish acronym?

23    A.   Yes.

24    Q.   What does it's translate to in English?

25    A.   It stands in English like conflict analysis resources
```

```
 1    center, Centro de Recursos para el Analisis de Conflictos.
 2    Basically, it stands as to say that this is a plan where you
 3    can get resources to understand and analyze the conflict.
 4    Q.   Do you work in other parts of the world as well?
 5    A.   Yes, we've been able to work with different partners from
 6    the universities in the United Kingdom, Switzerland, Germany,
 7    and the United States to do cross-country analysis, which is to
 8    say to try to measure conflict activity -- I forgot Sweden as
 9    well.  To measure cross-conflict activities all over the world.
10    Of course, I specialize mostly in Colombia, but we have done
11    studies, detailed studies, for example, in Peru, Guatemala, and
12    conflict active situations like in El Salvador.
13    Q.   You mentioned that CERAC maintains a database; is that
14    right?
15    A.   Yes, we have several databases, and in particular one
16    database that originated from my doctoral research on the
17    Colombian conflict that we've been able to compile, complete,
18    and maintain there since at least we started in 2000, 1999.
19    Q.   Does that database contain a registry of individuals that
20    have been killed in the armed conflict?
21    A.   Yes, that will actually be the exact word that I will use.
22    We do -- that method for conflict measurement is based on
23    registration, based on documented evidence of what has
24    occurred.  And as part of that database, there is a part of it
25    that includes a registry of the victims, who are the victims,
```

1    when they were victimized, by whom, how and when, using

2    different sources, a pool of sources to try to ascertain with

3    the most credibility what happened to them.

4    Q.   Does that include attributing a particular death to a

5    particular perpetrator within an armed conflict?

6    A.   Yes, that the second part of the dimension, as I call it

7    or we call, of this information system or this information

8    measurement effort, which is to say to ascertain what was the

9    group or person, if we have information on the person, that can

10   be attributed their responsibility or the indication that that

11   person was behind that act of violence.

12   Q.   And when did you start measuring conflict violence in

13   Colombia?

14   A.   Well, I have to say that only when we started at CERAC to

15   that.  Previously to that, there were human rights measurement

16   efforts that were very important.  Of course, there were

17   criminal records including, for example, record of homicides,

18   as in any other country, according to guidelines, international

19   accepted guidelines for the measurement of deaths.

20   Q.   Is this something that you've been studying since the

21   1990s?

22   A.   Since the 1990s.  I actually studied -- since I was a

23   student in my undergrad, I started studying violence and I

24   started studying the conflict back in 1990s.  But I will say

25   that is specifically to start recording violence, I did so in

```
 1   2000, I started in 2000 to gather records.
 2   Q.   Professor Restrepo, I probably should have asked this
 3   earlier, but have you ever testified in court before?
 4   A.   Not in a U.S. court.
 5   Q.   Thank you.  You're doing great.
 6        How did you become involved in this case?
 7   A.   Well, I was contacted by counsels for Chiquita Brands to
 8   provide an expert report, and I did so.
 9   Q.   And what kind of research were you asked to do in this
10   case?
11   A.   Well, I was asked to consider an expert report of
12   Professor Kaplan, and I did study that report and provided some
13   study on that report.
14   Q.   And what did you do to analyze Professor Kaplan's
15   conclusions?
16   A.   Well, shall I describe what I did, the measures or the
17   steps that I took?
18   Q.   Just in general, what kind of research or what kind of
19   analysis did you apply in analyzing that?
20   A.   Okay.  Basically, I started by the assertions in that
21   report, the expert report of Professor Kaplan's.  And I post
22   those questions using the methods that I generally use to do
23   conflict analysis, which is to test those hypotheses against as
24   a complete review and systematic review of the literature to
25   the best of my knowledge, and as well by using a quantitative,
```

```
1   and if I got access to qualitative evidence.  I refer to
2   qualitative evidence, to that part of evidence, which is not
3   actually quantifiable evidence.
4   Q.   So you've reviewed quantitative and qualitative evidence
5   to reach your conclusions?
6   A.   Indeed.  Yes, I did.
7   Q.   And what kind of sources did you look at?
8   A.   Well, I used bibliographic general sources of the studies
9   in Colombia and for the time period.  I also reviewed the
10  bibliography in Professor Kaplan's report.  And I also reviewed
11  general bibliography that can be used to address the questions
12  in that report, as well as the specific access to the database
13  that we maintain at CERAC and other databases that purports to
14  measure violence and conflict violence in Colombia.
15  Q.   Are you being compensated for your work in this case?
16  A.   Yes, I am.
17  Q.   And are you being paid on an hourly basis?
18  A.   Yes, I am.
19  Q.   And do you know how many hours you've spent on this case?
20  A.   Well, I have not yet submitted my bills, but I think it
21  will be in the range of -- for preparing the reports and the
22  research, between 130 and 150 hours.  And -- well, for the --
23  this trial.  Maybe it will be, including the deposition, 50
24  hours maybe.
25  Q.   And you talked about some evidence and sources that you
```

```
 1   reviewed to reach your conclusions.  Did you also review
 2   evidence specific to this trial?
 3   A.   Yes, I did review the testimonies that were provided by
 4   the plaintiffs, testimonies by Professor Kaplan, his direct
 5   examination and cross-examination, I think they are called.
 6   Beg your pardon if I make a mistake on the names of that.  And
 7   those are basically the testimonies that I reviewed.
 8   Q.   Do you know Professor Kaplan?
 9   A.   Yes.  I met him a while ago while he was coming to
10   Colombia for the first time.  He contacted me through -- I
11   really don't how come.  But we met then and we help him settle
12   in Colombia in order to get a place, where to arrive.  And I
13   think he even went to CERAC a couple of times.  And I managed
14   to put him in contact with his scholars.  He started, as far as
15   I remember, studying, and I managed to put him in contact with
16   Synap, which is a research center of the Jesuit community,
17   which is also the community that established the university
18   where I teach and work.
19   Q.   What time period was this?
20   A.   Well, you're coming short on that.  I have been, what,
21   2009 maybe, 2008.
22   Q.   Okay.  And that's long before you were involved in this
23   case, right?
24   A.   Yes.
25   Q.   You met Professor Kaplan through academic circles, right?
```

1    A.    Yeah.

2    Q.    And were you already a professor at that point?

3    A.    Yes, I just recently joined -- a few years ago I joined

4    the Javeriana University faculty of economics where I teach

5    until now.

6    Q.    The materials that you described to the jury that you've

7    reviewed, are those the types of materials that an expert in

8    your field would generally rely upon?

9    A.    Yes, definitely.  Those are the general documentation and

10   sources that I frequently use when I do conduct my research.

11   Q.    And did you prepare a report at the conclusion of your

12   analysis?

13   A.    I did prepare a report, yes.

14   Q.    Were you restricted in any way as to what type of research

15   you could do in preparing your report?

16   A.    No.

17   Q.    Were you free to do your own research?

18   A.    Yes, I did my own research.

19   Q.    And select your own sources?

20   A.    I quoted and searched and used my own sources, yeah.

21   Q.    Have you continued to research and study the Colombian

22   armed conflicts and these related issues?

23   A.    After finishing the report?  Yes, I have done that.  And,

24   of course, after the report more documents, including the

25   testimonial documents or testimonies in these trials, I have

1    read.  And, yes, new evidence have come to light after that.  I

2    might refer to that a little bit later in my demonstratives and

3    the presentation slides that I have for you.

4         And as well, there is, you know, much more literature.

5    And I also have to say that there's much more quantitative

6    evidence that have come to light as Colombia has progressed in

7    the last or past years in terms of improving its security

8    situation.

9    Q.   And has CERAC continued to studies these issues to the

10   present day?

11   A.   Yes, we have.  And we continually update our databases as

12   long as this information comes forward.  In very many cases,

13   victims, you know, they produce more information when they move

14   into more safe environments.  As the situation changes in

15   Colombia, new information comes to light.

16   Q.   And the new information and sources that have come out in

17   the last five or six years, has that affected your opinions in

18   any way?

19   A.   No.  If something, they have made me more sure after

20   reviewing.  For example, the testimonies in this trial.  I will

21   feel much more certain about my opinions.

22   Q.   So, the information you've learned since preparing your

23   report has only strengthened your opinions; is that fair to

24   say?

25   A.   Yes.  It hadn't weakened.  Definitely it has strengthened.

```
 1   Q.   Thank you, Professor Restrepo.

 2        Turning back to your opinions.

 3             MS. FUNDORA-MURPHY:  If we can go to the next slide.

 4             THE WITNESS:  Yes.

 5   BY MS. FUNDORA-MURPHY

 6   Q.   Can you please read for the jury again your first opinion?

 7   A.   My first opinion has to do with the fact that there is no

 8   correlation between the timing of Chiquita's payments to the

 9   AUC, this group, and the dynamics of homicidal violence rates

10   in the banana growing regions during the armed conflict.

11   Actually, the data shows that paramilitary violence decreased

12   in the banana growing regions between 1997 and 2004.

13   Q.   And before we go further, can you briefly explain to the

14   jury in basic terms what the armed conflict is?

15   A.   Yes.  An armed conflict is a situation in which inside a

16   country there is a confrontation.  Maybe we can move to one

17   slide that can actually serve to understand that much better,

18   which is the one with the triangular.  That one, please.  Thank

19   you.

20        It's a situation, going back to my explanation, during

21   which inside a country there is a group-based violent

22   confrontation.  In the case of Colombia, violence in Colombia

23   during the internal armed conflict has to do with the

24   confrontation between the guerilla groups and the state forces

25   that were later joined with the paramilitaries.
```

1       I think it will be good to show maybe now a timeline or to

2  understand how that has evolved in time.  But the key point

3  here is that an internal armed conflict is when groups face

4  each other and invest or spend resources in order to exert

5  violence to each other.

6  Q.   So, Professor Restrepo, when did the armed conflict begin?

7       And did you mention you wanted to turn to a different

8  demonstrative?

9  A.   Yes.  This is a timeline.  And to answer your first, the

10  Colombian armed conflict started in the 1960s, mid 1960s, with

11  the foundation of three guerilla groups:  The ELN, the Ejercito

12  de Liberacion Nacional -- in English, National Liberation

13  Army -- the FARC, the Fuerzas Armadas Revolucionarias de

14  Colombia -- in English, the Revolutionary Armed Forces of

15  Colombia -- and the EPL, the Popular Liberation Army.  Those

16  three groups started to -- they were insurgent groups.  They

17  started to fight against the State-based forces, the military,

18  and the national police.

19  Q.   And, Professor Restrepo, let me just pause there.  Before

20  we get much further, can you explain for the jury what the blue

21  line is and what the green line is on your timeline?

22  A.   That timeline two serious.  The blue line is the registry

23  of homicides in Colombia, which is the registry which is

24  maintained, as in any other country, by the statistical

25  authorities based on the death records of people.  And I

1    understand homicides as it is understood here.  It's classified

2    by the World Health Organization of those cases in one person

3    takes the life of another person with intention.  That will be

4    similar as well to assanation or manslaughter in English.  But

5    in this indication let me call it homicides.

6    Q.   And, Professor Restrepo, did you say -- I think the -- did

7    you say that that comes from the Government's statistics?  Is

8    that like when a Government records death certificates and

9    birth certificates, that kind of data?

10   A.   Yes, we call that vital statistics.  They are called in --

11   all over world vital statistics, and those are the statistics

12   of people along their lives, including the birth records and

13   the morbidity or illnesses, as well as the moment of death in

14   which the statistical authorities using the World Health

15   Organization guidelines and classifications classify these

16   deaths, in particular, as intentionally killings of one person

17   by another.

18   Q.   And what is the name of that Government authority that

19   maintains death records in Colombia?

20   A.    It's DANE.  It starts D-A-N-E.  National Administrative

21   Department of the Statistics.

22   Q.    So the blue line is the homicides rate according to

23   government statistics.

24        And then can you explain, please, for the jury what the

25   green line is?

```
1    A.    The green line is the total number of people killed in
2    conflict situations, directly connected to conflict groups, to
3    conflict situations, to conflict events, happenings,
4    statistical happenings, as maintained by the organization, and
5    using the methodologies that I just described moments ago.
6    Q.    And what is the source of the data that underlies that
7    green line?
8    A.    Well, there are a multiplicity of sources.  We collate and
9    gather information from church-based organizations.  We gather
10   information from the press.  We gather information from
11   official sources:  The military, the police.  We gather
12   information from human rights organizations, from organizations
13   of victims.  And, in general, whatever open organization and
14   even closed testimonials that we manage to get hold on.
15   Q.    And all of that information is collated through CERAC, is
16   that right?
17   A.    Yes.  We have an information system that has some --
18   behind it, the methodology or procedures in order to classify,
19   but also to ascertain the degree of validity of those cases,
20   specifically to try to differentiate that violence belonging to
21   the conflict to violence that it's registered as a homicidal
22   violence in Colombia.
23         And this is a critical point or more critical.  It's a key
24   point.  More than critical.  And I refer to a key point,
25   because Colombia being a conflict -- sorry, a country that has
```

1  been affected by violence throughout decades.  Even before

2  conflict was as important, as you can see by the '90s.

3  Violence -- homicidal violence was much larger than conflict

4  directed violence.

5      It was critically important to understand what was and

6  could be attributed to organized criminal organizations, to

7  general common criminality, than to conflict related groups.

8  Q.   Thank you, Professor Restrepo.

9      So with that background, turning to this timeline, you

10  mentioned that the armed conflict began with the formation of

11  guerilla groups in the 1960s; is that right?

12  A.   Yes.

13          MR. WICHMANN:  Objection, your honor.  This is

14  leading the witness.

15          THE COURT:  Overruled.

16  **BY MS. FUNDORA-MURPHY:**

17  Q.   And then your timeline here says and self-defense groups.

18  Can you describe, please, what self-defense groups are?

19  A.   By 1965, after the formation of the guerilla groups, the

20  Government then used extra Constitutional powers to allow the

21  military forces to organize and arm self-defense groups.

22  Basically, they distributed weapons to civilians in the

23  countryside in order to redirect the few assets and

24  capabilities, defense capabilities that the military forces had

25  to conduct an anti-insurgency campaign.

```
 1        When I reference that the conflict, it started back in
 2   1965, I was referring to the fact that the Colombian State
 3   military forces started conducting a military campaign against
 4   the guerillas, and the guerillas itself started conducting a
 5   military campaign against the state forces, the military
 6   forces.  But then that basically left unsecured, defenseless,
 7   in the words the Government of the era, the civilians.  And
 8   through this decree, a decree in 1965, the Government allowed
 9   the military to provide weapons and for the civilians to
10   organize themselves in order to self-defense from the
11   guerillas.
12   Q.   Thank you, Professor Restrepo.
13        What is the next marker on your timeline?
14   A.   It's an important point in our history, especially in the
15   history of violence, which was the criminalization of drugs.
16   That completely changed the landscape in Colombia, the
17   political and violent landscape in Colombia.  As the rents
18   created by the criminalization of drugs, international
19   criminalization of drugs, started to provide an incentive for
20   criminal groups to engage in international trafficking and the
21   production of narcotics, various cannabis, then opium, and
22   heroin, and then later on cocaine.  That started to be produced
23   massively in Colombia at the end of the 1970s.
24        Next flag or --
25   Q.   Let me just ask you a question, Professor Restrepo.  So
```

1    can you describe briefly what the cartelization of drug

2    trafficking means?

3    A.   Very quickly, as this happens with very many criminal

4    organizations, the groups that were involved in the production

5    of drugs and the trafficking of drugs began to coalesce or

6    to -- to start to form cartels, larger organizations, in order

7    to compete with each other violently through the means of

8    violence, to try to control the sources of illegal income

9    through the trafficking and the production of narcotics.

10         In general, it's -- that is a trend that you see in very

11   many organized crime settings, like in Italy or even in the

12   United States, the formation of larger and larger criminal

13   organizations that seek to monopolize and gain control of the

14   entire business.

15         The other thing that these organizations do is that they

16   become integrated vertically.  They hold the business from the

17   distribution of the seeds of the coca plants, the cultivation

18   of the coca plants, the transformation of those into coca base,

19   then the actual processing through chemical processes into

20   cocaine and, of course, the trafficking and the distribution.

21   Q.   And what -- is there any relationship between these two

22   events, the criminalization of drugs and the cartelization of

23   drug trafficking and the homicide rates in Colombia?

24   A.   Yes.  Without the criminalization of drugs, there would be

25   those high rents.  Without the cartelization of drugs there

1   wouldn't be the high level of rents.  Because a cartel actually

2   controls the price.  That's the purpose of a cartel.  And the

3   cartels that were created, and all the names that you have

4   heard through the testimonies that were previously here in this

5   stand, you know, there was the creation of the Medellin Cartel,

6   the Cali Cartel, the different organizations that become

7   involved in narco-trafficking.  They basically fight each other

8   until one of them wins over the other.  When I say fight each

9   other, I say they exert violence to each other.  And the method

10  is not through mergers and acquisitions like in the legal

11  economy.  It's through violence that they become cartels that

12  has greater monopoly power and are able to increase prices of

13  drugs.

14  Q.   And I think you said "rents" before, but did you mean to

15  use the word rates, homicide rates?

16  A.   Yes, generally economics, when you use the word "rents,"

17  you're referring to extraordinary income attributed to a

18  particular, in this case, illegal activity.

19       I will try to make a note of referring to that as income,

20  income from trafficking and production of narcotics.  That's

21  what I referred in the past to rents.

22  Q.   Thank you, Professor Restrepo.

23       And, just to be clear, so what I was asking was if there's

24  a relationship between these events, the criminalization of

25  drugs and the cartelization of drug trafficking and the

1    homicide rate, this blue line in Colombia.  And --

2    A.   Yes, there is a close relation between the organization of

3    these large narco-trafficking groups that became not only

4    involved in the production of drugs, but also in the later

5    stages of bringing those illegal drugs to markets, to

6    international markets.  Why?  Because as the illegal incomes

7    were growing, the incentives to control those higher levels of

8    income were higher through violence.  Violence closed the link

9    in the case of Colombia to the development of the narcotics

10   trade and production and trafficking.

11   Q.   And so do we see the homicide rate rising during this time

12   period?

13   A.   Yes, it rises precisely until the point.  Maybe if we move

14   ahead in the next moment of the timeline, we can see how it

15   reaches a peak until the year 1993 when Pablo Escobar was

16   killed by police.

17        That point was critical in terms of the dynamics of

18   violence in Colombia.  Pablo Escobar managed to organize this

19   criminal organization that reached the highest, probably the

20   highest monopoly power over the international production and

21   distribution and trafficking of narcotics by the beginning of

22   the '90s.  And at that point in time with his killing, there

23   was the opening up of infighting between what you can call the

24   successor groups or the groups that were in part of that

25   Medellin Cartel, and they started to fight with each other for

1    the control of those incomes, illegal incomes of

2    narco-trafficking.

3    Q.   And just taking a step back, I think there was one point

4    we may have skipped.  So looking at the armed conflict line,

5    what does this entry mean, that's self-defense groups became

6    paramilitarized?

7    A.   You might recall that I referenced to the illegal

8    authorization and arming of -- with military-grade weapons that

9    the Colombian Government did in 1965 of the self-defense

10   groups, mainly in the rural areas.  Those groups continued to

11   exist throughout the '60s, '70s, and '80s.  But then with the

12   growing of the narco-trafficking organizations, first in the

13   Magdalena Valley, in the Central part of the country, in the

14   Eastern part of the country, towards the Eastern plains of the

15   country, and in the Caribbean Coast.

16       In those areas, where most of the trafficking activities

17   were located, most organized criminal groups started to --

18   co-opt would be the word, to control those self-defense groups.

19   In order to use them, you know, they had weapons and they have

20   contacts and they have networks of information in the

21   countryside.  They started to co-opt and control them, again,

22   through the use of force, sometimes through the use of bribery,

23   sometimes using simply the huge resources of trafficking, in

24   order to gain control of those self-defense groups.  Actually,

25   the term that you have heard very many times a self-defense

1   come from that decree in 1965, Autodefensas.

2   Q.   So, just to clarify your testimony, were you saying that

3   the criminal organizations co-opted the self-defense groups?

4           MR. WICHMANN:   Objection, your Honor.   Summarizing

5   the testimony.

6           THE COURT:   Overruled.

7           THE WITNESS:   Yes, that's what they were doing.   They

8   co-opted.   They captured those organizations.   They used them

9   as a facade for their criminal activities.   And not only that,

10  but also they armed them, they fund them as well in order to

11  increase its capacities to exert violence throughout through

12  them.

13  BY MS. FUNDORA-MURPHY:

14  Q.   And so the next point on your timeline is the creation of

15  convivirs; is that right?

16  A.   Yes.  By 1994 --

17  Q.   Let me just ask you a question, Professor Restrepo.

18      So, during this time period in the '80s and '90s, were the

19  guerillas involved in the drugs trade?

20  A.   Yes, the guerillas were involved in the drug trade.  By

21  the end of the Cold War -- and I'm sorry that I usually don't

22  respect for the question.  You know, you tend to keep on the

23  professor like kinds of exposition over explanation.

24      By the end of the 1980s, with the end of the Cold War,

25  most of the communist guerillas that were existing in that era,

```
 1   and other guardianships guerilla groups that were not
 2   necessarily communists, they started to lose their support,
 3   their external support.  For example, in the forms weaponry.
 4   And they turned into different sources of -- to obtain income
 5   and funding in order to fund or to finance their fight against
 6   the state.
 7        For example, they became extensively involved in
 8   extortion, continuous extortion.  Something that there in
 9   Colombia it's called vacunas.  Because the first thing that was
10   extorted were the cattle.  And then -- as you have to put
11   vaccination to each one of the cows.  Then you also have to pay
12   the guerilla group that was around there.
13        The paramilitary groups were also starting to defend.
14   Back then in the '80s, they were started to be called
15   paramilitary.  And the guerillas started to fight in certain
16   areas of the country, especially in the south and in the center
17   of the country, but as well in the Eastern plains, with the
18   self-defense groups in order to control the sources of
19   narco-trafficking.
20        Initially, the guerillas started to get taxes or
21   extortion -- they call it taxes there informally in Colombia --
22   to the cultivation of coca.  But then they move up the chain of
23   production to start getting as well taxes, for example, of
24   the -- what they called the laboratories where the cocaine --
25   the coca is processed into cocaine.
```

1    Q.   Did the paramilitary groups also begin to engage in drug

2    trafficking?

3    A.   Indeed, it was, you know, the earliest documented

4    information that the self-defense groups or paramilitary groups

5    started to become involved in trafficking comes back to the

6    1980s.  Actually, that's quoted in my report.

7         You know, there is really early evidence that major

8    traffickers co-opted these self-defense groups and used them

9    for trafficking.

10        There is one particular group.  May I refer to that one

11   particular group that grew up?  And it was well-established in

12   the center of the country through the Magdalena River, which

13   was the Autodefensas -- I will translate that in a minute --

14   Autodefensas Gaitanistas del Magdalena Medio, self-defense

15   forces of the Magdalena Medio River Valley.  That was a group

16   that was headed by the El Mexicano, who was the Mexican, who

17   was a Mexicano.  He was the one of the first leaders of the

18   Cartel Medellin.  He was killed by the Colombian National

19   Police, and that led to actually to the leadership of Pablo

20   Escobar in the Cartel Medellin.

21   Q.   Thank you, Professor Restrepo.

22        So can you describe for the jury briefly what a convivir

23   is?

24   A.   A convivir, it's formal legalization of those self-defense

25   groups of organizations that the Government decided, the

1   Colombian Government decided to institute in 1994 in order to

2   try to control those groups.

3        By then, there has been enough denunciation that these

4   groups were involved in narco-trafficking.  And the policy that

5   the Government devised then was to try to impose

6   superintendency, which is kind of an administrative division of

7   the Colombian Government, in order to control registry -- to

8   record, the existence of these self-defense groups.  And also

9   to made them only get engaged in security provision, in private

10  security provision, and to inventory the weapons that they had

11  in order to reduce the military-grade weapons that were in

12  charge of those groups.

13  Q.   What does the word "convivir" mean?

14  A.   Convivirs means like living together.  It was -- you know,

15  they tried to put a nice word to that, yeah.  Means living

16  together, convivir.  We can live together.

17  Q.   And briefly what was the purpose of the convivir?

18  A.   It was a regulation.  They were trying to regulate

19  organizations that were already noticeably getting out of

20  control.  Then they imposed statutory control on them.

21  Q.   These were legal entities?

22  A.   They were legalized back in 1964, and they were given

23  these military-grade weapons.  But there was a strong legal

24  discussion if that decree of 1964 that was issued under a state

25  of emergency was still legal under the new constitution that

```
 1    Colombia passed in 1961.  In 1991.  Sorry, I made a mistake
 2    there.  1991 constitution.
 3         Then the decision of the Government was to, okay, let's
 4    control these groups, bring out the military-grade weapons that
 5    they had, keep only the small shotguns and revolvers, and let
 6    register all of them to try to control them.  That was the idea
 7    behind the convivirs.
 8    Q.   And what kind of activities did the convivir engage in?
 9    A.   They were authorized to provide surveillance to organize
10    what they called cooperation networks with the authorities, to
11    provide information about security risks in the areas.  They
12    started to organize as well.  They were authorized to have
13    links with the military forces, the military, local military
14    garrison, and with the national police forces.  And that's it.
15    They were able as well to set up radio frequencies.  Back then
16    there were no mobile communication.  But they were able to or
17    authorized to start radio frequencies in order to communicate
18    in the countryside.  These were -- I will say 99 percent of
19    them were in rural areas.
20    Q.   So you've explained about a lot of groups.
21    A.   Mm-hmm.
22    Q.   Focusing now on the AUC.  Can you describe what the AUC
23    is?
24    A.   The AUC was an umbrella organization of criminal groups
25    that was announced to exist in 1997, and that started to be
```

1    organized, I will say, from 1996, the mid 1996, by several

2    organized criminal groups involved in narco-trafficking,

3    especially headed by the Castano brothers, Vicente, Fidel, and

4    Carlos Castano, and by several other splinter groups that came

5    out of the Cartel Medellin.  Most of them in the north part of

6    the Colombian country, in the Antioquia region, the Caribbean

7    Coast and the Caribbean Basin, the Magdalena region well after

8    the north of the country and the border with the Venezuela.

9    Q.    And was the AUC -- did the AUC use the terms self-defense

10   group that you described earlier?

11   A.    Well, some predecessor groups of the AUC that became part

12   of it, of these umbrella group -- actually, that's a name that

13   I coined in one of my early papers.  I think it was a 2003,

14   2004 paper.  I called these an umbrella organization to give

15   the idea that it was basically covering very many disparate

16   groups that tried to use that name in order to provide the idea

17   a franchise.  That let's not meddle with us.  Let's not get

18   into dealings with us, because we are really dangerous.  It is

19   a common tactic in very many criminal organizations to use a

20   brand, if you wish.  And that's why they did it.

21        Some of the initial groups, like, for example, the

22   Autodefensas de Cordoba, the Autodefensas Campesinas de

23   Cordoba, the Cordoba peasants self-defense groups, and the

24   Autodefensas Campesinas de Cordoba Urabá, the self-defense

25   Campesinas of Cordoba and Uribá, and the self-defense groups of

1    the Magdalena Medio, started to use that AU, you know,

2    Autodefensas Unidas, because they united.  They were disparaged

3    groups that decided to try to join forces.

4    Q.   And how long was the AUC in existence?

5    A.   Well, it existed -- started to use that name since 1997

6    until its demobilization and disarmament that was completed by

7    2006.  But most of the disarmament and demoralization ended in

8    2004.  I think there are several flags there in the timeline

9    that show that.

10        They declared a cease fire, on voluntary, willing

11   unilateral cease fire in 2002.  They started a concentration

12   around 2003 in several places in the country.  And they laid

13   out most of their weapons between 2004 and five, until it

14   disappeared in 2006 when most of its leaders were put in jail

15   and congress passed a law of transitional justice that I'm sure

16   we will talk later on.

17   Q.   And I see here there's a reference to Plan Colombia.

18   Very, very briefly, can you just describe what Plan Colombia

19   is?

20   A.   Yes.  It was a military cooperation and law enforcement

21   plan, a joint initiative between the U.S. and Colombian

22   Governments, that was devised around '98, '99, but it started

23   to operate in 2000, in 2005 after it was approved by the U.S.

24   Congress by providing capabilities for the Colombian military

25   forces, police forces and the judiciary to fight

1   narco-trafficking organizations.

2        That was really important at that point in time because,

3   as you can see, it was during a period in which it started

4   again a deterioration of the security situation in Colombia, as

5   measured by that blue line of homicides.

6        From '97 onwards, when the AUC was created or announced,

7   there was a continuous rise in violence, and we reach, as well,

8   levels of violence that we reach when Pablo Escobar was ruling

9   the Medellin Cartel, and fighting against the state, using

10  terrorists attacks in several cities in Colombia.  We reach

11  same level of violence.  But in this case, it was mostly

12  confined to the countryside.  The infighting between the

13  guerillas and the paramilitaries reached a peak then.  Then

14  that provision of military equipment and capabilities for the

15  judicial was critical to turn the page, to reach that tipping

16  point and improve -- start to improve the conditions of

17  security in Colombia.  I'm sorry if I extend myself too long.

18        THE COURT:  Ms. Fundora-Murphy, is this a good point

19  to --

20        MS. FUNDORA-MURPHY:  Actually, we're just about to

21  end this timeline, and I think it's a perfect time to stop.

22        THE COURT:  Okay.  Go ahead.

23  **BY MS. FUNDORA-MURPHY:**

24  Q.   Professor Restrepo, what happened to the AUC after it

25  demobilized?

```
 1   A.   Well, they continued -- their leaders continued, and you
 2   can call mid-level leaders continued to maintain its control of
 3   narco-trafficking.  That was well documented by the Colombian
 4   intelligence authorities, by international enforcement
 5   agencies, including those of the United States.  They were
 6   first moved from that concentration area in Cordoba that was
 7   known as Santa Fe de Ralito.  Maybe I can spell that.
 8   Q.   Professor Restrepo, just to --
 9   A.   R-A-L-I-T-O.  And they basically were sent to the United
10   States, most of its leaders to the United States, extradited
11   under charges of narco-trafficking.  They were requested and
12   extradited by the Colombian Supreme Court and the Colombian
13   Government to the United States.
14   Q.   Thank you, Professor Restrepo.
15        And then I see here the last two entries on your timeline
16   are about the FARC ceasefire and disarmament; is that right?
17   A.   That -- we managed to do a peace agreement in August 2016
18   that led to the entire demobilization of the Revolutionary
19   Armed Forces of Colombia in 2017.  That organization, that was
20   created back in 1965, 1966.
21   Q.   So, during this time period, was the FARC also operating
22   in Colombia?
23   A.   Yes.  Throughout all that time, the FARC got involved in a
24   conflict that included, by then, by 1975, the different
25   paramilitary forces that later on tried to brand themselves as
```

1   the United Self-defense Forces of Colombia.

2       I do remember that we used to say that there were not

3   united, they were not self-defense.  They were paramilitary and

4   criminal.  But, yeah, they operated in Colombia as well as

5   trans-nationally as an international drug cartel.

6   Q.   Thank you, Professor Restrepo.

7           MS. FUNDORA-MURPHY:  I think this is a good time to

8   stop, your Honor.

9           THE COURT:  Thank you.

10          Ladies and gentlemen, we're going to break a little

11  bit early this evening.  We'll get back together again on

12  Monday.

13          Again, don't discuss the case, don't form any

14  opinions, leave your notes.  And we'll see you Monday morning.

15  Avoid reports about the case.

16          Thank you again for your service, and have a nice

17  weekend.

18          A JUROR:  At 9:00?

19          THE COURT:  9:00.  Yes, 9:00.  Thank you for

20  reminding me.

21          THE COURTROOM DEPUTY:  All rise.

22      (Thereupon, the jury exited the courtroom.)

23          THE COURT:  All right.  Sir, you can step down.

24  We'll have to have you come back on Monday.  I'm sorry to

25  extend your stay.  Don't discuss your testimony with anyone

```
 1   over the weekend.  All right?

 2            THE WITNESS:  All right.

 3            THE COURT:  And we'll see you Monday morning.  Have a

 4   nice weekend.  Thank you.

 5            THE WITNESS:  Thank you, everybody.

 6            THE COURT:  Everybody can be seated.  My reporter

 7   probably needs a break.  Why don't we take a short recess and

 8   we'll talk about whatever else we need to discuss for next

 9   week.  All right?

10                       (Short recess had.)

11            THE COURT:  Please be seated, everyone.

12         All right.  Mr. Cioffi -- well, I guess let's wait for

13   everybody to get back.

14            Do we need to wait for anyone else?

15            MR. WICHMANN:  Mr. Scarola, your Honor.

16            THE COURT:  All right.  So, Mr. Cioffi, you wanted to

17   take up some matters?

18            MR. CIOFFI:  Yes, your Honor.  I think there are a

19   number of housekeeping matters in no particular order.

20            Two or three days ago we filed a notice proffering

21   into evidence certain employment records from Banacol.  I think

22   last night, about 6:00, the plaintiffs filed an opposition, and

23   this morning, about 8:30, we filed a response.  So it's ripe

24   for a decision.

25            THE COURT:  I haven't had a chance to review the
```

```
 1    response or your reply yet, so I apologize.  I haven't gotten

 2    to it.

 3                MR. CIOFFI:  I think you were otherwise engaged.

 4                THE COURT:  Yes.

 5                MR. CIOFFI:  The second issue, your Honor, is a

 6    briefing schedule for the Rule 50 motions.  You know, it's

 7    cascading because that's tied, I think, obviously to the

 8    charging conference and how you see the week flowing next week.

 9                THE COURT:  Well, it looks like, from what I can tell

10    based upon -- we've got through, I think, a good portion of

11    Professor Restrepo's testimony, so I think should be able to

12    finish your next two witnesses on Monday.  Is there any reason

13    you don't think we can?

14                MR. CIOFFI:  No, we believe we can, your Honor.  And

15    we think we should be able to finish early afternoon.

16                THE COURT:  Okay.  So, you know, it's really when do

17    you think you can file your motion.  I'm not sure we're going

18    to get the motions.  Certainly the plaintiffs don't have to

19    file their motion until after you rest, so they can't --

20    they're not even obligated to file a motion until Monday

21    afternoon.  And I'm sure they're going to want some time to

22    file their motion.

23                So the reality is, I'm probably going to reserve on

24    everything until, you know, a later date.  The likelihood that

25    I'm going to grant any motion as a matter of law on anything is
```

```
 1    not great because the circumstances.  And to be perfectly frank
 2    with you, to me it makes more sense to get the jury's verdict
 3    on all of these issues so that if post-verdict I do grant a
 4    motion as a matter of law on any of the issues and I'm wrong
 5    about that, we don't have to try it all over again.  If I
 6    direct something out now before the jury rules on or gives us a
 7    verdict and I'm wrong about directing it out, that means we
 8    have to come back and try that claim again.
 9         So, just as a practical matter, a practical matter, in
10    order to be safe to not have to do this twice, I'll probably
11    reserve on everything.  And then post-verdict I can make
12    rulings on whether any claims should not have gone to the jury,
13    whether any judgment amounts should or not have been awarded,
14    or -- and again, if I make mistakes in that regard post-verdict
15    and there's an appeal and the court decides that I made a wrong
16    decision, we have the jury's verdict and we can just reinstate
17    the verdict and not have to have a second trial.  But, you
18    know, that's kind of what I'm thinking.  So I'm not sure that
19    needs to be any real rush to file these motions.
20         MR. CIOFFI:  And I wasn't suggesting necessarily that
21    there should be or needs to be.  I was really asking the court
22    for some sort of briefing schedule, which we see as maybe
23    simultaneous filings and then simultaneous responses.
24         THE COURT:  But do you understand my -- where I'm --
25    how I'm thinking?
```

```
 1                MR. CIOFFI:  Yeah, I do.

 2                THE COURT:  You may not.  I know you would prefer to

 3     have me give you a directed verdict at the end and not even go

 4     to the jury on anything.  I think that's a mistake too, after

 5     all this time and effort to not get the jury's decisions.  In

 6     case I was inclined to grant your motion and I was wrong, we'd

 7     have to do this all over again.  Anyway, I'm repeating myself.

 8                MR. CIOFFI:  Judge, it is linked, as I was saying, to

 9     the charging documents, for example, the hazardous activities

10     claimed and the standard of prove and --

11                THE COURT:  Well, that's something we can talk about

12     at the charging conference.  Again, if I direct out a hazardous

13     activity claim and I'm wrong and they don't jury doesn't get to

14     decide it, we have to come back and do it all over again.  If I

15     get their -- if I get their verdict on it and I direct it out

16     after and I'm wrong, we don't have to do it again.  I'm saying

17     the same thing over and over again.  I apologize.

18                MR. CIOFFI:  I think we understand your position.

19                MR. SCAROLA:  Plaintiffs are in complete agreement

20     with what your Honor has described.  And because there is no

21     practical necessity to rush to file the Rule 50 motions, our

22     suggestion is that we focus on those matters that need to be

23     focused upon and we can defer the filing of Rule 50 motions

24     post-trial.  That would be our request.  And I don't see any

25     reason why we would need to proceed otherwise.
```

1              In terms of the order of proceeding, while the defense

2    has suggested the simultaneous exchange of Rule 50 motions,

3    clearly it would be the defense obligation to file their motion

4    first at the conclusion of the plaintiffs' case.  And we have

5    no obligation, as the court has observed, and cannot in fact

6    file a motion till after the defense has completed its case.

7    So, in recognition of that procedural necessity, I would

8    suggest that the defense file first.  But again, that's not an

9    issue that we need to address this afternoon.

10             THE COURT:  And again, your motion and their motion

11   are going to be completely different.  Your motion is not going

12   to be dependent on what they file and vice versa.  So, it may

13   make sense to shorten the timeframe within which the briefings

14   on both motions need to be completed.  Maybe you do file them

15   simultaneously.  Again, only because, again, it doesn't matter

16   what they say in their motion.  You don't have to see their

17   motion in order to file yours.

18             MR. SCAROLA:  We do not need to.  I think that there

19   is some advantage to knowing the legal positions that they are

20   taking in the filing of their motion when we file ours, but I

21   don't feel strongly about that.  And, obviously, we'll approach

22   that in whichever way the court considers appropriate.

23             THE COURT:  So, do you have any objections, Mr.

24   Cioffi, to waiting until post-verdict to file your motions for

25   judgment as a matter of law and post-verdict motion?

```
 1              MR. CIOFFI:  We may, your Honor, and for a couple of

 2    reasons.  We want to make sure we're not waiving anything.

 3    So --

 4              MR. SCAROLA:  We will certainly stipulate that there

 5    is no waiver if we are agreeing on the record that that's the

 6    way in which we're going to proceed.

 7              THE COURT:  I certainly would not -- if I'm saying we

 8    should it do a certain way, you're not waiving anything as far

 9    as I'm concerned.

10              MR. CIOFFI:  Well, I'm not so sure that that's what

11    the rule provides.  So we want to think about that.  We have an

12    obligation to our client.

13              THE COURT:  Sure.  I'm not going to force you to do

14    something that you think is going to jeopardize your legal

15    position on appeal.

16              MR. CIOFFI:  And also, as you know, again going back

17    to hazardous activity, our position is that's a legal

18    determination and --

19              THE COURT:  I understand.  Again, if I agree with you

20    and I'm wrong, then we've got to come back and do it again.

21    So I don't know why I have to say this.  I'm telling you -- I'm

22    trying to avoid a second trial, if possible.

23              MR. SCAROLA:  Second trial on this case.

24              THE COURT:  Yeah, on this case.  I'd like to avoid a

25    second trial on the second case.
```

 1              All right.  So, why don't you think about -- your

 2    concerned about the waiver, and so why don't you -- let's think

 3    bit over the weekend.  We'll talk Monday about a briefing

 4    schedule.

 5              MR. CIOFFI:  There are different standards of burden

 6    of proof and all of that.

 7              THE COURT:  I understand that, there are different

 8    burdens on the two various motions, but --

 9              MR. DANTE:  No, your Honor.  The different standards

10    on the -- for hazardous activities claim versus the regular

11    common law claim and the conflation of those two standards in

12    front of the jury, to allow that to go to the jury on hazardous

13    activity standard, which is more of a strict liability

14    standard, as well as the negligence claim, is going to be -- is

15    going to result in prejudice to the defendant.  And the jury's

16    going to be very confused with the two standards.  That's what

17    we're saying.  That's why we're saying we would be prejudiced

18    by allowing that to go to the jury and have both of those

19    standard conflated if our Rule 50 motion is justified at this

20    point on the hazardous activities claim, which we believe it

21    is.

22              THE COURT:  I understand what you believe.  And the

23    cases go to juries on strict liability and negligence which

24    have different standards all the time.  And so, you know,

25    that's what the jury instructions are for.

 1              And again, you're telling me it's a question of law.

 2    And, you know, I agree it's a question of law as to whether

 3    they may have made out a prima facie case.  I don't know if

 4    it's a question for law for me to decide anything more than

 5    whether they made out a prima facie case under the statute.

 6    Anyway --

 7              MR. DANTE:  It's whether it's a hazardous activity,

 8    your Honor.  That's a question of law.

 9              And, your Honor, just one other thing to consider over

10    the weekend on this, and we can discuss it more on Monday.

11              When your Honor issued 3628, which was the order

12    dealing -- I'm sorry can you hear me?

13              THE COURT:  I can hear you, but I understand what

14    you're going to read to me.  I said you can raise it at the end

15    of the plaintiffs' case.  I understand that.  And you can raise

16    it at end of the plaintiffs' case.

17              MR. DANTE:  Understood, your Honor.  Just for the

18    record, it was just said that the case will go forward on the

19    2356 claims subject to a Rule 50 motion for judgment as a

20    matter of law after the close of plaintiffs' case, and that's

21    why we want to raise it before it goes to the jury.

22              THE COURT:  And I'm going to prevent you from raising

23    it.

24              MR. DANTE:  Understood.  Thank you.

25              THE COURT:  You can raise it.

```
 1              What else do you want to talk about?  We'll talk
 2     further about this on Monday then.
 3              MR. CIOFFI:  And the charging -- how does the court
 4     see the charging conference and --
 5              THE COURT:  I see it as happening on Tuesday.  No,
 6     I'm sorry, Wednesday.  Because plaintiffs say they're going to
 7     have a day of rebuttal.  And so I think that we should take
 8     Wednesday to do the charge conference, and hopefully go to the
 9     jury with closing on Thursday.  That's how I see it.  We need
10     to entertain different suggestions if you have something else
11     in mind.
12              MR. CIOFFI:  I think that makes sense, your Honor
13     with respect to Tuesday, you heard this last Friday when they
14     were accusing us of not giving them witnesses for Tuesday.
15     We've asked them a couple of times today to give us their order
16     of proof for Tuesday.  We've gotten one witness.  We just want
17     clarity on that.  I think you gave us a deadline of 6:00 p.m.
18     on Friday last week.  We asked that they be given the same
19     deadline for their witnesses on Tuesday.
20              THE COURT:  Okay.
21              MR. SCAROLA:  We have --
22              THE COURT:  Can we go one issue at a time?  I thought
23     we were talking about having the charging conference and when
24     we're going to do that.  So that was the first issue.
25              Do you have any problem with that suggestion?
```

```
 1              MR. CIOFFI:  No, sir.  I think we said yes.

 2              MR. SCAROLA:  We have no problem with that

 3    suggestion, your Honor.

 4              THE COURT:  All right.  So now the next issue, giving

 5    them your witnesses for Tuesday's rebuttal.

 6              MR. SCAROLA:  Yes, sir.  And as I have communicated

 7    to opposing counsel, we have disclosed to them the one witness

 8    we are certain that we are going to call, and that witness has

 9    been disclosed.  That's Mr. McBrien.  And he is J.R. McBrien.

10         Mr. McBrien is a former government official who's

11    going to address the issue with respect to licensure that

12    defense has pointed to repeatedly throughout these proceedings,

13    suggesting that this was a failure to obtain a license and a

14    minor infraction.  And Mr. McBrien is going to talk about

15    whether there was any license that could possibly have been

16    issued under these circumstances.

17         That's the only rebuttal witness that we are certain

18    of at this time, because the defense has not rested its case

19    yet and ours is a rebuttal case.  So, as soon as they have

20    rested, we will move expeditiously to inform them of what

21    additional information we will be presenting by way of rebuttal

22    and the order in which it will be presented.  We can't do that

23    until after they have closed.

24              THE COURT:  All right.  So, they're going to say,

25    well, we need advance notice, so we're going to have to put off
```

```
1    your rebuttal case for two days or something like that.

2              MR. SCAROLA:  I don't know what they're going to say.

3    It wouldn't surprise me if they attempted to say that.  But we

4    simply cannot make a determination as to what we are going to

5    put on in rebuttal until we know what we're going to rebut.

6              MR. CIOFFI:  Judge --

7              THE COURT:  Okay.

8              MR. CIOFFI:  With all respect, Judge, they've deposed

9    the last two witnesses.  They know their testimony.  There's

10   been extensive discussion about it.  We would submit that this

11   is just an attempt at sandbagging us.

12             THE COURT:  Okay.  I don't know that there was any

13   rule or discussion or agreement on disclosures of rebuttal.

14             MR. SCAROLA:  No discussion whatsoever with regard to

15   rebuttal witnesses, your Honor.  And impeachment, impeachment

16   and rebuttal information has been dealt with entirely

17   separately.

18             THE COURT:  How about this?  Can you give them the

19   universe of witnesses that you may call?

20             MR. SCAROLA:  Yes, sir, we can do that.

21             THE COURT:  Okay.

22             MR. SCAROLA:  We can do that.

23             THE COURT:  You know, then you know the universe and

24   then they may -- just like you've indicated you were going to

25   have certain witnesses and you pulled them, they can pull them
```

 1   as well.

 2          MR. CIOFFI:  Judge, we did have this two-day

 3   disclosure rule.  There was no exception for a rebuttal case.

 4   It's been applied throughout the case to us.  We met this last

 5   Friday.  We just ask for fair treatment and they do the same.

 6          THE COURT:  Well, you're getting fair treatment by

 7   him he's going to give you the universe of witnesses that they

 8   may call in rebuttal, and as long as they're not going to say

 9   every witness on our witness list --

10          MR. SCAROLA:  We will not do that, your Honor.  We

11   will, as we have throughout these proceedings, act in good

12   faith.

13          THE COURT:  So if they're making a good faith

14   representation as to these are the only ones that we're going

15   to call, I don't know why they can't choose not to call one of

16   them, and you're on notice.  You should be available, ready to

17   do this. So I think that's fair.  So tell them tonight the

18   universe.

19          MR. SCAROLA:  Yes, sir.  By 9:00 p.m.

20          MR. CIOFFI:  No, 6:00.

21          MR. SCAROLA:  No, 9:00.

22          THE COURT:  Well, why does it have to be 9:00?  In

23   three hours -- you're making a decision in three hours?

24          MR. SCAROLA:  Your Honor, it requires consultation

25   among counsel, some of whom are not here, some of whom are

```
 1   COVID isolating, and I just -- I don't want to make a
 2   commitment to have that list in less than an hour.  I want to
 3   make a commitment that I'm confident we can keep.
 4            THE COURT:  All right.
 5            MR. SCAROLA:  I doubt that the difference between
 6   6:00 and 9:00 on a Friday evening is going to make a difference
 7   when they have the whole weekend after they receive that
 8   notice.
 9            THE COURT:  Okay.
10            MR. SCAROLA:  That's all I'm saying.
11            THE COURT:  How about 8:00?
12            MR. SCAROLA:  I will commit to 8:00, sir.  Yes.
13            THE COURT:  Thank you.  I don't think -- I think
14   that's fair.  Thank you.
15            What else do we have to talk about?
16            MR. CIOFFI:  Well, I heard Mr. Scarola earlier today
17   saying they want four hours for closing.  By my count, we only
18   have about seven hours a day with the jury, not even counting
19   breaks, full breaks.  So I don't know how that works on
20   Thursday.  So --
21            THE COURT:  Okay.
22            MR. CIOFFI:  -- I think we need to come to a landing
23   on that.
24            THE COURT:  Again, I'll think about that.  And I
25   don't need to tell you now.  But certainly if they get four,
```

 1  you could get four if you want to use it.  I can't imagine you

 2  would want to use that much time.  But I'd have to figure out

 3  if that is feasible, a total of eight hours, which probably

 4  isn't.  So I'll have to make some adjustments.

 5          MR. SCAROLA:  Understood, sir.

 6          THE COURT:  Okay.

 7          MR. SCAROLA:  As I pointed out when I responded to

 8  your Honor, we have nine consolidated cases.  That's only 15

 9  minutes a case.  And a half hour -- excuse me, and 45 minutes

10  for a consolidated liability presentation.

11          THE COURT:  I know.  I understand.

12          MR. SCAROLA:  Yes, sir.

13          THE COURT:  I need to sit down and jot some numbers

14  down and figure it out.

15          MR. SCAROLA:  Thank you, sir.

16          THE COURT:  What else?

17          MR. CIOFFI:  The other evidentiary ruling is our

18  notice with respect to the Hasbun deposition.  I think that's

19  been fully briefed as well.  It's in front of you.

20          THE COURT:  I'm going to denial that request.  I'm

21  denying that request.

22          MR. CIOFFI:  Objection noted.  Thanks.

23          THE COURT:  Yes.  Anything else?

24          MR. SCAROLA:  Not from the plaintiffs, your Honor.

25          MS. FUNDORA-MURPHY:  Yes, your Honor.  We made

```
 1   on your objections about the Otterloo and we asked for certain

 2   leave.

 3            THE COURT:  I'm sorry.  Say that again?  Oh, yes.

 4            MS. FUNDORA-MURPHY:  We made the record on the

 5   Otterloo issue and we asked for relief for that issue.

 6            THE COURT:  Yeah, I haven't had a chance to hear from

 7   the plaintiffs on that.  I looked at that -- I guess the

 8   English translation of that document.  I thought I brought it

 9   up this morning.  Maybe I left it downstairs.  Here it is.

10            MS. FUNDORA-MURPHY:  I'll just note that the English

11   translation is inaccurate and incomplete.  There's a number of

12   issues with it.  But if the affidavit that we submitted from

13   the Colombian lawyer explains that.  In particular there's a

14   word that's used, procesado, and it's improperly translated as

15   charged.  That is not correct.  So, it might be confusing if

16   you read that improper English translation.

17            THE COURT:  Okay.  We're talking about Jovanny Torres

18   Hurtado.  Is that the person we're dealing with?

19            MS. FUNDORA-MURPHY:  Correct, your Honor.

20            MR. REITER:  May I interject, since I haven't had a

21   chance to address something.

22            THE COURT:  Hold on.  In a minute.

23            MR. REITER:  I'm looking at.

24            THE COURT:  Again, I'm not sure if I'm reading the

25   right sections, but I'm looking at page 125.
```

```
 1              MS. FUNDORA-MURPHY:  I don't have it in front of me,

 2    your Honor.

 3              THE COURT:  Hold on.  Maybe that's not the right

 4    page.  Oh, yes.  Page 125.  It says, on July 23, 2004 -- I'm

 5    going to skip a lot.  By means of decision dated July 23rd,

 6    2004, qualified the merits of the summary and issued an

 7    indictment against a number of people.  And Jovanny Hurtado

 8    Torres is listed there after a long list of individuals.  So, I

 9    just -- that's what I read.  I'm not sure what that means,

10    but --

11              MS. FUNDORA-MURPHY:  It's an incorrect translation,

12    your Honor, and we -- it's explained --

13              THE COURT:  Okay.  Can I just interrupt you for a

14    second?

15              MS. FUNDORA-MURPHY:  Sure.

16              THE COURT:  Let's assume it's an incorrect

17    translation.  And you said before "prosecute" was the incorrect

18    translation from the word "prosecutor", right?

19              MS. FUNDORA-MURPHY:  No.  I don't have it in front of

20    me.  As soon as I get I can explain better, but it might say --

21    (Spanish).  I'm not sure.  You probably don't have the Spanish

22    version.

23              THE COURT:  Well, I'm reading the English version.

24              MS. FUNDORA-MURPHY:  Yeah.  There's a couple words

25    that I think are mistranslated.  But one is "procesado," which
```

1    means you are processed as part of a criminal investigation.

2    It's sort of like being named a target in a grand jury

3    investigation.  You're advised that there's charges that could

4    be brought against you, but you're not indicted.  And that's

5    exactly what happened to Mr. Hurtado.  He was processed and

6    advised that there were charges.  He was actually detained

7    during the investigation.  And then the investigation was

8    dismissed without an indictment, and there were no charges.

9    And we have all that backup documentation.

10        THE COURT:  Okay.  But again, I'm just reading what's

11   here and the word "indictment" is used in what I'm looking.

12   Again, I don't know if I'm looking at the right page or not.

13        The basis for your motion is that there was no good

14   faith basis for them to even ask the question, and I see the

15   word "indictment" and his name associated with an indictment.

16   So, I don't know if -- even if it may be mistranslated --

17   improperly translated, how do I say that they didn't have a

18   good faith basis if the word is translated "indictment"?

19        MS. FUNDORA-MURPHY:  Because, your Honor, what they

20   said was that the -- that Banadex charging document, the

21   indictment, that those defendants were charged in connection

22   with the Otterloo.  That is clearly not the case.  It's all the

23   defendants listed on the first page of that document.  None of

24   those people are listed in that section referring to the

25   Otterloo.  And none of those people are charged in connection

 1    with the Otterloo incident in that document.

 2           And that is what they stood up here and represented to

 3    this court, that those defendant's -- and we kept saying, no,

 4    they're not in here.  And, of course, Mr. Acevedo, who's a

 5    defendant in that indictment, we're like he's not charged with

 6    anything relating to the Otterloo.  We kept trying to explain

 7    that.  They wouldn't give us a page and line.

 8           And so there was no good faith basis for asserting

 9    that that Banadex charging document charged anybody with the

10    Otterloo.  And then at best, your Honor, it would be those

11    pages that are in the background section that relate to a

12    separate criminal proceeding, which it makes it very clear that

13    it's referring to a separate criminal proceeding.

14           And again, it's mistranslated.  And we've explained

15    that in an affidavit.  And we can look at the Spanish version.

16    And we can look at the facts of what actually happened.  And if

17    there's any question that there was no good faith basis, the

18    one person who should know the facts is Jovanny Hurtado's

19    lawyer, who's Mr. Reiter.

20           So, again, we don't think there was a good faith basis

21    for that line of questioning which led to the opening of a can

22    of worms that was very prejudicial about the criminal

23    proceeding related to payments and other things that went

24    beyond even the Otterloo incident.

25           So, there was no basis for asserting that Mr. Acevedo

1    was charged in connection with the Otterloo or any of the other

2    defendants in that charging document.  That is for sure.

3            And then when you look closely at that background

4    section, it's clearly referring to some other proceeding.  And

5    when you look at that, you see that the investigation was

6    dismissed.

7            THE COURT:  Okay.  I still haven't had an opportunity

8    to hear from the plaintiffs on your motion or request.  So I'm

9    just -- I was just pointing out what I observed from my review

10   of this document last night.  I'm not -- you're reasserting

11   everything you asserted last night, I think it was, before we

12   broke.  So I haven't heard from the plaintiffs yet on it.  I

13   can't really rule until I've given them a chance to respond.

14           MR. GJULLIN:  Thank you, your Honor.  Just two quick

15   points on this.  There was and is a good faith bases to say

16   that Banadex employees were charged in Colombia in connection

17   with the Otterloo.  The paragraph that you're focusing on, the

18   translation is -- there's a sentence that's mixed up there, but

19   the translation here, I'm looking at the Spanish, it also is

20   clear in the English, says that both Jovanny Torres Hurtado, an

21   official of Banadex, and Luis Anibal Chaverra Arboleda, an

22   official of Banadex were indicted.  So, that's obviously a good

23   faith basis.

24           THE COURT:  Where does it say that?

25           MR. GJULLIN:  It says this on page 115 of the Banadex

```
 1    indictment internal pagination.  I think it's 124 of the
 2    translation.  Let me just check that for you.  Yeah, 124 if
 3    you're not looking at internal pagination.  And so it says that
 4    those two Banadex employees were indicted.
 5              THE COURT:  I want to find the page.
 6              MR. GJULLIN:  Okay.
 7              THE COURT:  So it's 115 or 454?
 8              MR. GJULLIN:  So in the copy that you're looking at,
 9    it's 115.  But the docket page is 124.  That's probably easier
10    to look at.  Just page 124.  It's in the blue text in the upper
11    right-hand corner.
12              THE COURT:  So you want me to look at page 124 in the
13    upper right-hand corner.
14              MS. FUNDORA-MURPHY:  No.  115.
15              THE COURT:  I'm sorry.  115 in the upper right-hand
16    corner or 124 in the right-hand corner?
17              I see -- I have a page.  It says on the upper-right
18    hand corner, it says 124.  And then little bit below that it
19    says 115 of 454.
20              MR. GJULLIN:  Correct.
21              THE COURT:  Is that the page that you want me to look
22    at?
23              MR. GJULLIN:  It's that page and the page above it.
24    So the section --
25              THE COURT:  When you say "above it," you mean --
```

```
 1              MR. GJULLIN:  Sorry.  123.  So page 123 you see the

 2    section that starts 7.102?

 3              THE COURT:  Yes.

 4              MR. GJULLIN:  And then it talks about the additional

 5    police report which contains the result of the judicial

 6    inspection carried out by the 18th prosecutors office --

 7              THE COURT:  You need to slow down for the reporter.

 8              MR. GJULLIN:  Sorry.  Of national anti-terrorism unit

 9    in case 63625.  Regarding the seizure --

10              THE COURT:  Okay.  I can see it.  The reporter --

11    just tell where in this page or paragraph you say it shows an

12    indictment.

13              MR. GJULLIN:  Yes.  So that whole -- the next or two

14    or three paragraphs talk about the Otterloo incident and

15    Banadex.  And then it says at end of that, these two Banadex

16    employees were charged for these acts.  So that's pretty

17    straightforward.

18              THE COURT:  I'm sorry.  Where does it say they're

19    charged for these acts?

20              MR. GJULLIN:  The next page, on page 124, in the

21    second paragraph.  It's a bunch of names in all the caps, and

22    two of them have in parentheses Banadex official next to them.

23              THE COURT:  All right.  And it says were indicted for

24    these acts.

25              MR. GJULLIN:  Right.  It's referring the Otterloo
```

1    incident that's described above it.

2         So, our contention is that is -- was and is a good

3    faith basis to assert that Banadex employees were charged in

4    Colombia in connection with the Otterloo.

5         I will also make another point, that this Banadex

6    indictment, right, where Alvaro Acevedo and several other

7    Banadex employees are the defendants that are charged, this

8    discussion of the Otterloo is in the factual recitation in

9    Section 7 of the Banadex indictment, which is labeled evidence.

10        So, the Banadex indictment itself -- you know,

11   separate from mentioning this other proceeding where the other

12   employees were indicted in connection with the Otterloo, but

13   the Banadex indictment itself also charges Acevedo and others

14   for promotion and financing of an illegal armed group, and in

15   the evidence it discussions, which we've just looked

16   alternative, and it also appears in other places, discusses the

17   Otterloo incident.

18        So there's also a good faith basis to say that Acevedo

19   and these other employs were charged with the crime in Colombia

20   in connection with the Otterloo incident, as well as payments.

21   Right.  So that's why this -- that's why this is a relevant

22   document.

23        And it's also -- I just want to note that this is --

24   they were charged with an aggravated conspiracy, right, which

25   is a crime in Colombia.  So, all of these facts, right,

1   promotion, financing, the Otterloo incident, the drugs, the gun

2   shipment payments, is part of the conspiracy.

3          So, there's more than a good faith basis to say that

4   these two specific employees are charged in Colombia with -- in

5   connection with Otterloo.  And also a good faith basis,

6   frankly, to say that Acevedo and the other Banadex employees

7   charged in the Banadex indictment itself are being charged in

8   connection with the conspiracy, which includes the Otterloo.

9          THE COURT:  Okay.

10          MS. FUNDORA-MURPHY:  Your Honor, plaintiffs pointed

11   you to page 115.  I will ask your Honor to look at page 116,

12   the end of that discussion, where it says on July 23rd, 2004,

13   the 18th Prosecutor's Office --

14          THE COURT:  Hold.  Just slow down.

15          MS. FUNDORA-MURPHY:  Sure.  It's right at the top of

16   page 116.

17          THE COURT:  Yes.

18          MS. FUNDORA-MURPHY:  The Prosecutor's Office of the

19   National Antiterrorism Unit of the National Antiterrorism

20   Unit -- as you can see there's clearly translation errors -- by

21   means of a decision dated July 23rd, 2004, qualified the merits

22   of the summary and issued an indictment.  And then it lists a

23   number of people.

24          And then it says, the next paragraph, and Luis Anibal,

25   Chaverra Arboleda, and in it's third paragraph precluded the

1    investigation in favor of Paola Catherine Benavidez Romero and

2    Jovanny Hurtado Torres.  It said the investigation was

3    precluded as to them.  They were not named in the indictment.

4    And it says it right there.  And it refers specifically to a

5    decision dated July 23rd, 2004.

6            And, your Honor, just again, on this good faith

7    basis -- if I could just grab one document.

8            So, your Honor, I think this would actually be easiest

9    if I could just open this ELMO really quick so everybody can

10   see what I'm looking at.

11           So again, your Honor, this refers to a decision of

12   July 23rd, 2004, where two investigation was clearly dropped

13   against Jovanny Hurtado.

14           This is a letter that Jovanny Hurtado filed where he

15   states -- and I'll put it here.  He states that he has retained

16   the services of the law firm of Jonathan C. Reiter in New York.

17           And then in the next paragraph he specifically refers

18   to that same decision, July 23rd, 2004, which decides to put an

19   end to the investigation being pursued against me.

20           So again, there is no question that Mr. Reiter

21   understood that the investigation was dismissed with respect to

22   Jovanny Hurtado.

23           We think that the indictment itself certainly does not

24   implicate any of those defendants in the Otterloo.  And I can

25   refer you to another portion of this decision where it makes

```
 1    that very clear.  I believe it's page 46 to 47 of the Banadex

 2    charging document where --

 3            Sorry.  I'm trying to scroll through here.  But,

 4    basically, what it sayings in those pages, and I can confirm

 5    that citation, is after it goes through all this evidence, it

 6    says, for instance, that Carlos Bello Arrieta gave a statement

 7    about this, another witness gives a very conflicting statement

 8    about this incident.  And then it says essentially we don't

 9    have to resolve this because it's not relevant to our

10    investigation.  Because it only relates to payments and not to

11    anything else.  And they're not charged with anything.

12            And that's very clear as well, your Honor, in the

13    affidavit that we submitted to you from the lawyer that is

14    involved in this very proceeding, that no one is charged in

15    connection with the Otterloo incident.  That was handled in a

16    separate investigation that was resolved long before this

17    indictment, and Mr. Reiter should know that of all people.

18            THE COURT:  All right.

19            MR. REITER:  May I respond now?

20            THE COURT:  Yes, sir.

21            MR. REITER:  Do you want to respond first?

22            MR. GJULLIN:  Just quickly just on the Banadex, the

23    actual document.  So --

24            THE COURT:  I'm sorry.  What do you have to say about

25    the -- is this the Banadex indictment?
```

```
 1              MR. GJULLIN:  Yes, sir.

 2              THE COURT:  Okay.  So what do you have to say about

 3    the next page after the one you referred me to where it says

 4    that it precluded the investigation of Mr. Hurtado Torres?

 5              MR. GJULLIN:  Yeah, two things.  Just on the face of

 6    the document, it says precluded the investigation of Hurtado,

 7    which is one of the Banadex employees mentioned above.  But it

 8    says that the qualified merits summary issued --

 9              THE COURT:  Say that again?  He what?

10              MR. GJULLIN:  It only says that the investigation was

11    precluded with respect to Jovanny Hurtado Torres, but with

12    respect to Luis Anibal Chaverra Arboleda it says that an

13    indictment was issued against him.  So that's still leaves one

14    Banadex employee that was indicted.

15              And I will -- and the second point I want to make is

16    that this doesn't change the fact that two Banadex employees

17    were indicted.  There's a good faith basis.  The question

18    during the testimony was -- I believe he said no Banadex

19    employee was indicted.

20              So, just the face of the document, there's two Banadex

21    employees that were indicted and, you know, the paragraph that

22    counsel directed you to only says that the investigation was

23    precluded with respect to one of them.

24              So again, more than a good faith basis, and especially

25    relevant when someone asserts that no Banadex employee was
```

1    indicted.  So I don't think there's anything to see here.

2            THE COURT:  Okay.  So you're saying this Luis Anabal

3    Chaverra Arboleda is a Banadex officer.

4            MR. REITER:  May I respond now to --

5            THE COURT:  Yes.

6            MR. REITER:  -- what seems to be some kind of

7    personal attack on me.

8            First of all, I have never during this course of this

9    trial accused Jovanny Hurtado Torres of any criminal act.  The

10   questions that were propounded during my cross-examination did

11   not mention Jovanny Hurtado Torres at all.  In no point in my

12   examination did I ever mention this person's name.

13           And there's no doubt in my mind that Jovanny Hurtado

14   Torres, after being in jail for a year, was let go without

15   being charged.  That is correct.  And that is precisely why I

16   did not every ever mention Jovanny Hurtado Torres.

17           It is the defense who tried to say on their

18   examination something about Jovanny Hurtado Torres during the

19   last examination of Mr. Olson, and I objected.  And your Honor

20   sustained the objection.

21           So, the notion that I have somehow misled the court or

22   have misled anybody with regard to Jovanny Hurtado Torres is

23   absurd.  I've never claimed that Jovanny Hurtado Torres was

24   criminally liable for anything.

25           Now, there was a person, Luis Anibal Chaverra, an

1    employee of Banadex, who was indicted, convicted, and served

2    seven years in jail, and upon his exit from jail was executed

3    by the AUC within about six weeks.

4           And as a matter of fact, your Honor, the witness

5    disclosure that we did on Mr. Nunez specifically refers to this

6    individual.  And it is quite clear that not only was there an

7    indictment of Arboleda, but there was a conviction of Arboleda

8    in connection with the Otterloo.

9           Now, it was not my tension to bring that out.  It was

10   not my intension in any way to somehow prejudice the defendants

11   by mentioning that.  But I certainly never, ever, mentioned

12   Jovanny Torres.

13          Now, secondly, in looking at the transcript, I

14   attempted to bring out something that is totally supported by

15   the indictment, which is that Mr. Acevedo was charged and there

16   is now still pending this indictment for conspiracy in which

17   he -- one of the overt acts is the Otterloo affair related not

18   to Jovanny Hurtado Torres, but to Mr. Arboleda.  He is charged

19   in appending indictment.

20          So, I asked Mr. Acevedo and only Mr. Acevedo are you a

21   defendant, have you been charged in a criminal case arising out

22   of the Otterloo?  An objection was made.  Your Honor overruled

23   the objection.  And his answer was no.  But I was -- he then

24   volunteered, but I was charged with regard to the payments.

25   That's his answer on the record.  Now, that's a voluntary

1   statement.  I didn't ask him that.  I asked him a very limited

2   question, which is totally supported by the indictment in this

3   case.  And he just said no.  So that's it.  I asked him the

4   question, he said no.

5          Later on, because there was an objection by the

6   defendant, and the court had ruled that I could, if I wanted

7   to, ask if any employee was charged in relation to illegal

8   importation of weapons on the Otterloo.

9          Question on page 119.  Mr. Acevedo, is it true that

10  other employees of Chiquita are charged in Colombia in

11  connection with shipment of arms on the Otterloo?

12         Answer:  I am not aware of the specific charges and

13  who they are charging.  Then he goes on and just says

14  something.  You know, he doesn't know.

15         So the record on this case is a denial that he was

16  charged, and I don't know if anybody else was charged.  That's

17  what it says in the transcript.

18         And I would suggest to your Honor that it was

19  appropriate cross-examination.  There is a good faith basis for

20  saying that somebody was charged in connection with the

21  Otterloo.  Not Jovanny Hurtado Torres.  He though was charged,

22  even though he was charged and put in jail for a year, I didn't

23  bring that out at all.

24         THE COURT:  I thought he wasn't charged.  He was just

25  investigated.

```
 1                MR. REITER:  Well --

 2                THE COURT:  Either way.

 3                MR. REITER:  You might be right.  That's a probably a

 4    better way of saying it.  He was imprisoned for a year.  I did

 5    not bring that out, Judge.

 6                THE COURT:  Okay.

 7                MR. REITER:  And I didn't intend to bring it out.  It

 8    was the defendant who tried to bring that out on their case.

 9    They tried to bring it out.  So, I never claimed that.  And the

10    details of my representation of Jovanny Hurtado Torres are not

11    really an issue.  But in confidence, I can tell your Honor what

12    that's about.

13                THE COURT:  I don't need to know.

14                MR. REITER:  But I certainly never in any way, shape,

15    or form have ever made an accusation against this individual,

16    either before the jury or in any other way.  But I did ask

17    Mr. Acevedo if he was a defendant in a conspiracy case, which

18    he is.  I don't see what the issue is here.  I frankly don't.

19                THE COURT:  Thank you.

20                MS. FUNDORA-MURPHY:  Your Honor, I need to make the

21    record on this because there were a lot of misstatements in

22    that.

23                So let's look at exactly what Mr. Reiter said.  This

24    was the first question out of the gate on his

25    cross-examination, the first question.
```

1          Mr. Acevedo, you told this jury a few minutes ago that

2    no employee of Chiquita Banadex was charged in relation to the

3    illegal importation of weapons on the Otterloo.  You told that

4    to the jury; isn't that right, sir?

5          And he said yes.

6          And then the next question was:  Isn't it a fact, sir,

7    that you personally have been charged in Colombia with criminal

8    conspiracy in connection with.

9          And of course I objected.  And you sustained that

10   objection.  Rightly so.

11         And then he said, sir, isn't a fact that you

12   personally are a defendant in a proceeding brought in Colombia

13   in which you are charged in connection with?

14         And then I objected, but he got out the Otterloo

15   affair.

16         So, the question was entirely improper.

17          MR. REITER:  And the court overruled your objection.

18          THE COURT:  I'm sorry.  Mr. Reiter, I'm talking to

19   Ms. Fundora-Murphy now.

20          MS. FUNDORA-MURPHY:  The question was entirely

21   improper, your Honor, and it was not close to what you had told

22   Mr. Reiter he was permitted to ask.

23         We then had a sidebar.  And of course, you know, at

24   that point the witness said, no, that's not true.  I'm charged

25   with other things.  I mean, he doesn't know that he's not

1   supposed to say things like that under your Honor's rulings.

2          So, it was entirely prejudicial and completely an

3   improper question.

4          When we came back from the sidebar you -- so, during

5   did sidebar your Honor said, you can ask him whether employees

6   were charged in that Colombia incident.  Okay?  That's not even

7   what he asked.  He said, Mr. Acevedo, is it true that other

8   employees of Chiquita are charged in Colombia in connection

9   with the shipment of arms on the Otterloo?  Again, implying

10  that there's multiple employs and that it's a currently pending

11  charges, neither of which are true.  And then he said, I'm not

12  aware of the specific charges or who they are charging.  I know

13  some people had been removed from the charges.  And he went on

14  to explain all of which was prejudicial.  But he was just

15  trying to explain.  He was taken aback and off guard by these

16  questions that had no good faith basis.

17         Now, in addition to that, your Honor, there's been two

18  other serious misstatements here, the first being that Anibal

19  Chaverra Arboleda is a Banadex employee.  I understand that

20  that might be somewhat confusing in the Banadex charging

21  document, which is another reason why they shouldn't have just

22  relied on that, which is referring to a different proceeding.

23         But we have this -- I'm sorry, your Honor.  Just to be

24  clear, the Banadex charging document, right, that they said was

25  their good faith basis, refers to this other individual, Luis

1   Chaverra, Luis Anibal Chaverra Arboleda, and it does seem

2   to say that he was a Banadex employee.  But it's in the context

3   of a separate proceeding.

4           When you look at that proceeding, it's clear -- we

5   have a copy of his sentence -- that he was not a Banadex

6   employee.  He was operating as a representative of the owner of

7   the merchandise.

8           THE COURT:  Can I interrupt you for a second?

9           So, you're saying, well, this is wrong, and then if

10  you go to some other proceeding, you'll find out that this is

11  what the correct information is, and then if you go to another

12  document -- I mean, how are they supposed to go make all of

13  these leaps through all these hoops in order to determine

14  whether this guy is really a Banadex employee or not?

15          MS. FUNDORA-MURPHY:  No, your Honor.  The point is

16  that when you look -- they had this indictment.  They saw the

17  list of defendants in this indictment.  None of those

18  defendants are charged in connection with the Otterloo.  That

19  indictment doesn't bring any charges in connection with the

20  Otterloo.  So they had no good faith basis.

21          They are referencing -- they were referencing

22  something that they didn't understand clearly.  And it wasn't a

23  good faith basis for raising these issues.

24          Jovanny Hurtado was the only Banadex employee to be

25  investigated.  And that investigation was precluded.

1       And I just wanted to state one more point.  Mr. Reiter

2  stated that he's never suggested or implicated Mr. Hurtado in

3  criminal activity.  Well, he may not have said that at this

4  trial, but he certainly said it at the deposition of Carlos

5  Bello Arrieta, which was played to this jury.  And he arranged

6  for that deposition.  He paid for this witness to travel.  And

7  he paid for this witness to stay in a hotel and for all of his

8  meals and then elicited from that witness directly criminally

9  implicating evidence about Jovanny Hurtado.  So he did elicit

10  testimony.  And he repeated it.  I mean, it's repeated

11  throughout his deposition multiple times, including Mr. Reiter

12  interjecting to correct Mr. Cioffi's mispronunciation of

13  Hurtado.  So he himself says Hurtado.  So he did elicit

14  evidence and testimony that directly implicated his own client.

15       So, again, your Honor, I think it just comes down to

16  the fact that this was a very, very serious issue to try and

17  open, obviously.  It was a subject of a motion in limine that

18  your Honor granted.  It's the type of thing that is extremely

19  prejudicial.  And that's exactly why there is a huge body of

20  case law about charges not being admissible because they are so

21  prejudicial.

22       And so in order to have the proper basis to ask these

23  types of questions on cross-examination, they better make sure

24  that they have a good faith basis to do so.  And I think it's

25  pretty clear from the Banadex charging indictment, which again,

1    they came up here and they said, your Honor, all of these

2    employees are charged in connection with the Otterloo.  That

3    was not true at all.  And they just steamrolled this issue

4    before the court, before us, before you, your Honor, and before

5    this poor witness who was sitting here and wasn't expecting

6    that line of questioning.  And it was completely improper.  And

7    the problem is that the prejudice that results from that is

8    very serious and very grave.

9           And again, your Honor, I just will note for the record

10   that we are renewing our concerns about the Bello Arrieta

11   deposition which we had moved for a mistrial on, which, as we

12   stated, that witness was not under oath or a proper oath, and

13   we had strong suspicion in not giving truthful testimony.  And

14   now we know that the one person he implicates, conveniently,

15   with knowledge of what was inside these containers just happens

16   to be Mr. Reiter's client.

17          So, we have some very serious questions and concerns

18   about how that deposition came to be and why this witness

19   happens to implicate this other individual.

20          So again, your Honor, we just renew our request that

21   the jury be instructed that when Mr. Acevedo gave his

22   testimony, that no Banadex employee was charged, that that was

23   correct, and that they not be permitted to argue this at

24   closing, and also that this part of Mr. Bello Arrieta's

25   testimony be stricken because -- or that they the jury be told

```
 1    at least that Mr. Reiter represents Mr. Hurtado so that they

 2    can assess the credibility of these witnesses.

 3            THE COURT:  Okay.  So, again, you're saying that

 4    their assertion or question suggesting that there was a Banadex

 5    employee charged is incorrect because this person Arboleda was

 6    not really a Banadex employee and so, therefore, they're

 7    suggestion that a Banadex employee was charged or indicted in

 8    connection with the Otterloo incident is a bad faith assertion

 9    because he -- I'm sorry.  I'm getting all tongue-tied here.

10            MS. FUNDORA-MURPHY:  Your Honor, if I could just --

11            THE COURT:  They claim that there was at least one

12    Banadex employee who was charged in connection with the

13    Otterloo incident, and you're saying, no, there was no person,

14    no Banadex employee charged with the Otterloo incident, and

15    they're pointing to me on this page 124 that Luis -- what was

16    his name?  This Arboleda person, listed as a Banadex officer,

17    they pointed to him as being -- indicating that that suggestion

18    was correct, and you're saying, no, they're wrong because this

19    person wasn't really a Banadex employee.  Is that what you're

20    saying.

21            MS. FUNDORA-MURPHY:  No, your Honor.  And I apologize

22    that it's so confusing.

23            So let's look at what Scarola actually said when he a

24    walked up with that document in his hand.  He said, your Honor

25    may recall the Colombian Government has indicted Banadex
```

```
 1    Chiquita employees, including Mr. Acevedo, with regard to the

 2    issue of payments and issues relating to the Otterloo as well,

 3    and that was not true.  He --

 4          What they were saying was that that Banadex charging

 5    document that those defendants named in that indictment were

 6    charged in connection with the Otterloo, including Mr. Acevedo,

 7    and that was not true.  And we -- you know, we said can you

 8    point us to where these individuals are being indicted in

 9    connection with the Otterloo?  And they didn't point to

10    anything.  And then --

11          THE COURT:  I think pointed to a conspiracy charge.

12    The allegations of one of the basis for the conspiracy charges

13    is the Otterloo incident.  I thought that's what they were

14    claiming is -- and if you look at the document, I think that's

15    what I heard him say, if you look at the underlying facts that

16    support the conspiracy charge, the Otterloo incident is one of

17    the underlying facts or basis for the conspiracy charge.

18    That's what I thought I heard them say.  Is that correct or not

19    correct?

20          MS. FUNDORA-MURPHY:  They said that Mr.  -- they said

21    that multiple employees -- that all of employes in that

22    indictment were charged with the Otterloo incident.  And that

23    is just -- it was incorrect.  And kept saying that's incorrect.

24    So, I understand they may have misunderstood it.

25          THE COURT:  Is it part of the conspiracy charge?
```

1        MS. FUNDORA-MURPHY:  No, your Honor.  It is not.

2        THE COURT:  It's not.

3        MS. FUNDORA-MURPHY:  It is not.  And the prosecutors

4   made that very clear when they discussed the Otterloo.  Because

5   I mentioned earlier for, instance, they weigh competing

6   evidence and then they say we don't have to deal with these

7   conflicting accounts because it doesn't relate to the payment

8   issue.  They only charged a conspiracy with respect to the

9   payments, not to guns smuggling or anything else.  And it

10  refers to a separate proceeding that had been resolved years

11  before.

12        So, you know, again, your Honor, I just think that if

13  you're going to try to open the door to something that's so

14  serious and so prejudicial, you better understand what it is

15  that you're representing to the court.  And whether they were

16  confused or something else, I just don't think that the

17  representation that they made to this court that this Banadex

18  charging document was a good faith basis for saying that all of

19  those Banadex employees, including Mr. Acevedo, were charged in

20  connection with the Otterloo incident.  It just simply was not

21  correct, and it was not a good faith bases, and it opened a

22  very prejudicial issue.

23        THE COURT:  All right.  Just one more response on the

24  conspiracy issue.  Ms. Fundora-Murphy says they were not

25  charged as part of the conspiracy with the Otterloo, and you

```
1    say they were.  So how do I decide who's correct on this point?
2              MR. GJULLIN:  Well, first, can I just say that on
3    volume 20, page 69, 6 through 11, of the trial dailies, the
4    question I think was, was Banadex ever charged with anything in
5    connection this incident?
6              No.  No Banadex company or Banadex employees were
7    charged.
8              Right.  So this obviously is a good faith basis
9    to say, well, yes, they were.  So that's the first point.
10             As to the conspiracy, as I mentioned before, the
11   Otterloo was mentioned several times in the Banadex indictment
12   under Section 7, which is labeled evidence, and at the end, I
13   think it's resolution three, it charges Acevedo and the others
14   for financing and promotion in connection with an aggravated
15   conspiracy.
16             So, we think that that's a good faith basis to say
17   that the Banadex indictment charges for a conspiracy that
18   includes the payments and the Otterloo incident, which is
19   included in the evidence that the prosecutors included in this
20   indictment, which is exhaustive and 450 pages long, and that's
21   more than a good faith basis.
22             But again, the issue is I think narrower than that,
23   which is was any Banadex company or Banadex employee ever
24   charged.  And there's more than a good faith basis supported by
25   in document to say yes.  So I don't think there should be much
```

```
 1    of a dispute here.  And I actually do have to catch a flight.

 2            THE COURT:  Oh, then go.

 3            MS. FUNDORA-MURPHY:  Your Honor --

 4            THE COURT:  We're going to leave, but go ahead.

 5            MS. FUNDORA-MURPHY:  Sure.  I just want to make the

 6    affidavit we submitted part of the record.  I guess we can file

 7    that or something.  But I just want to make it clear, that

 8    affidavit does -- which is from a lawyer that's involved in

 9    this actual proceeding explains exactly what it is, who's

10    referenced in it, what the charges are, et cetera.  So I just

11    want to state that for the record.

12            THE COURT:  Okay.  But do you see how difficult it is

13    that you have to get a lawyer from Colombia to interpret this,

14    and then give me an affidavit as to what it really means, and

15    then you're trying -- you're accusing lawyers who have to go

16    through this hundreds of pages of documents and reading this

17    language that they use in Colombia, which is not very

18    understandable to -- when it's translated.  I'm sure it's if in

19    Spanish it makes sense.  But when it's translated, it's very

20    hard to decipher, and you're accusing them of bad faith.  It's

21    so hard to figure out what this really says.

22            MS. FUNDORA-MURPHY:  Your Honor, again, the

23    individuals that I referenced in that background section are

24    not the defendants on the front of this.  The defendants --

25    what they came up here and told you was that look at these
```

1    defendants, they're all charged with the Otterloo.  It just was

2    not true.  And if you're going to ask to open a door to

3    something so serious, you better make sure that you're right.

4    And they did not do that.

5           So again, we can point you to other parts of this.  I

6    don't know that it's going to make a difference.  But I think

7    when you read it in context, especially when you read the

8    Spanish version.  This translation was -- I understand your

9    Honor's not going to able the read the Spanish version, but the

10   reason that we got the affidavit was really belts and

11   suspenders and to explain it to you because the English

12   translation that they got was very erroneous.  There's lines

13   that are missing from it.  It repeats other lines.  It's

14   clearly not a proper translation.

15          Also, your Honor, to be just perfectly frank, the

16   contention that they didn't know what this said or it was too

17   difficult for them to read it, they have like ten lawyers on

18   their side that are fluent in Spanish, just like I am.  And if

19   you take the time to read this document, which I know that they

20   can do, you would not draw the conclusions that they came up

21   here and represented to your Honor.

22          And again, it was a very serious issue.  I mean, for

23   him to blurt out all these things about being charged in

24   connection with payments in Colombia, you know, and to have

25   Mr. Reiter come up here so aggressively and say Banadex

1    employees are charged in connection with the Otterloo, I mean

2    it's just not truth.  It's leaving the jury with the impression

3    that, you know, that this is illegal, that there was some

4    finding of wrongdoing, and it's just not the case.  So we do

5    believe that there should be some kind of corrective measure

6    taken.

7              THE COURT:  People have to catch planes, and I

8    thought you had to catch a plane.

9              MS. FUNDORA-MURPHY:  I do, your Honor.  And I'm going

10   to have to take a later flight now, but I stayed here for this

11   because I really do believe this was important.

12             THE COURT:  I really didn't want you had to miss your

13   flight.  I really didn't.

14             MS. FUNDORA-MURPHY:  I appreciate that.  I will catch

15   a flight home tonight.  I'll be home by midnight, I think, so

16   it will be good.

17             THE COURT:  Well, this could have waited.

18             MS. FUNDORA-MURPHY:  Thank you, your Honor.

19             THE COURT:  I'm sorry that you're missing your

20   flight.  I really did not want that to happen.

21             MS. FUNDORA-MURPHY:  It's not your Honor's fault at

22   all.  It's my choice to stay to argue this issue.  So thank you

23   for hearing me and so I could get this all on the record.

24             THE COURT:  All right.  I'm sorry you're missing your

25   flight.  I really am.

```
 1              MR. DANTE:  Thank you, your Honor.  Have a nice
 2    weekend.
 3              THE COURT:  See you on Monday.  Are we going to have
 4    anything we have to argue about at 8:30 or not, or are we ready
 5    to just keep going?
 6              MR. CIOFFI:  We don't think so, your Honor.
 7              THE COURT:  All right.  8:30.  See you at 8:30.
 8                (Proceedings adjourned at 5:51 p.m.)
 9
10                      C-E-R-T-I-F-I-C-A-T-E
11
12         I hereby certify that the foregoing is an accurate
13    transcription of the proceedings in the above-entitled matter.
14
15    JUNE 1, 2024        Ellen A. Rassie
                          ELLEN A. RASSIE, RMR-CRR
16                        Official Court Reporter
                          To the Honorable Rodney Smith
17                        299 East Broward Blvd., Room 207-C
                          Fort Lauderdale, Florida  33301
18                        (954)769-5448
19
20
21
22
23
24
25
```

A JUROR: [1]  222/18
MR. CIOFFI: [88]
5/3 19/15 20/3 20/7
21/12 21/14 22/11
22/13 25/18 25/20
27/3 28/17 29/18 33/8
34/10 34/17 35/16
35/21 36/9 37/2 37/20
37/25 40/8 40/20
42/11 42/13 42/23
43/5 43/17 44/4 44/11
45/4 48/6 51/19 53/9
53/22 56/17 56/22
56/24 57/19 58/19
59/1 60/14 62/1 62/3
62/25 68/9 70/4 72/23
79/25 81/13 81/16
83/7 90/23 92/19
95/10 96/13 153/10
153/19 154/4 155/3
155/7 156/3 156/16
223/18 224/3 224/5
224/14 225/20 226/1
226/8 226/18 228/1
228/10 228/16 229/5
231/3 231/12 232/1
233/6 233/8 234/2
234/20 235/16 235/22
236/17 236/22 265/6
MR. DANTE: [48]
96/5 96/12 96/25
97/16 98/6 106/1
109/21 110/8 123/15
124/5 125/22 128/6
130/15 131/24 138/6
140/19 142/19 143/14
145/1 152/14 157/18
158/3 158/15 158/24
159/7 159/21 160/22
165/2 165/14 166/21
167/15 167/17 168/21
170/5 170/22 172/6
172/17 172/25 173/7
175/3 178/13 178/18
180/5 229/9 230/7
230/17 230/24 265/1
MR. GJULLIN: [17]
241/14 241/25 242/6
242/8 242/20 242/23
243/1 243/4 243/8
243/13 243/20 243/25
247/22 248/1 248/5
248/10 261/2
MR. HAGER: [18]
5/9 6/1 6/14 6/19 7/9
7/16 8/19 9/15 10/21
11/6 12/11 13/15
14/14 15/12 16/6
17/18 18/11 18/22
MR. REITER: [68]

22/18 25/23 27/6 32/9
33/12 34/20 35/23
38/3 42/17 45/9 51/7
52/23 56/12 56/14
56/20 56/23 57/23
58/3 60/16 60/19
60/22 60/25 62/6
62/11 62/14 62/16
63/20 66/24 67/16
67/20 68/16 68/18
80/15 82/10 82/17
82/22 83/5 85/1 85/3
86/2 87/19 87/21 88/6
88/11 89/16 90/7
90/20 91/10 91/23
92/12 92/14 92/25
93/7 93/18 94/3 94/10
94/13 237/20 237/23
247/19 247/21 249/4
249/6 252/1 252/3
252/7 252/14 253/17
MR. SCAROLA: [35]
20/13 21/1 21/4 21/9
81/23 82/2 82/6 82/18
96/6 96/15 154/9
154/17 226/19 227/18
228/4 228/23 231/21
232/2 232/6 233/2
233/14 233/20 233/22
234/10 234/19 234/21
234/24 235/5 235/10
235/12 236/5 236/7
236/12 236/15 236/24
MR. WICHMANN:
[8]  181/19 182/1
182/8 182/14 194/22
207/13 213/4 223/15
MS. FRYSZMAN:
[17]  98/9 105/19
106/4 109/17 154/13
160/24 164/11 164/14
165/16 173/3 173/5
174/9 175/1 176/18
178/12 180/1 180/25
MS. FRYZMAN: [5]
95/23 156/23 165/6
172/10 178/14
MS.
FUNDORA-MURPHY
: [67]  5/21 6/23 7/21
9/4 10/4 10/7 10/11
10/14 11/12 11/25
12/2 12/4 13/3 15/15
16/23 17/1 17/16 18/8
155/16 181/15 181/17
182/15 182/24 183/3
183/25 185/1 185/5
185/10 185/19 187/5
188/2 192/25 194/17
194/24 195/2 203/3
220/20 222/7 236/25
237/4 237/10 237/19

238/3 238/11 238/15
238/19 238/24 239/19
242/14 245/10 245/15
245/18 252/20 253/20
255/15 258/10 258/21
259/20 260/1 260/3
262/3 262/5 262/22
264/9 264/14 264/18
264/21
MS. KROEGER: [2]
17/24 95/25
MS. KROGER: [1]
18/2
THE COURT
REPORTER: [1]
178/11
THE COURT: [373]
THE COURTROOM
DEPUTY: [8]  22/2
67/4 67/23 95/17
96/17 152/21 156/18
222/21
THE WITNESS: [74]
21/18 21/21 21/23
21/25 27/7 28/21
29/22 36/11 37/4 38/1
40/12 40/14 40/22
40/24 44/15 44/18
44/20 45/7 48/8 52/2
52/4 52/25 53/11
57/15 58/21 59/5 63/2
63/4 67/9 68/10 70/6
70/9 70/20 72/25
88/13 88/15 89/20
89/22 90/9 91/13
92/16 92/18 93/1
94/15 94/20 95/12
97/7 97/12 97/14
140/20 152/16 153/2
153/9 157/20 158/5
159/9 159/23 168/23
172/20 176/20 179/1
180/12 181/10 183/8
183/14 183/17 183/21
185/4 185/11 188/4
203/4 213/7 223/2
223/5

$
$1,000 [1]  132/21
$1,500 [4]  132/14
132/14 132/17 134/4
$12,500 [4]  133/4
133/8 133/11 140/6
$120,000 [1]  150/19
$150,000 [1]  150/19
$2,500 [2]  132/22
132/24
$22,000 [3]  131/20
132/6 133/18
$650 [1]  120/22
$80,000 [1]  150/19

'
'60s [2]  105/7
212/11
'70s [2]  105/8
212/11
'80s [3]  212/11
213/18 214/14
'90s [5]  29/6 34/16
207/2 211/22 213/18
'91 [1]  124/9
'92 [1]  124/9
'93 [1]  187/16
'97 [3]  130/25
185/17 220/6
'98 [1]  219/22
'99 [1]  219/22

0
01916 [1]  1/2
0583 [1]  60/22
08-md-01916 [1]
1/2
0959 [1]  136/5

1
1,000 [1]  108/18
1,550 [1]  134/4
10 [2]  84/15 179/18
100 [1]  121/3
10118 [1]  2/3
11 [6]  61/4 62/9
174/20 174/23 175/11
261/3
1100 [1]  2/17
114 [1]  60/18
115 [7]  241/25 242/7
242/9 242/14 242/15
242/19 245/11
1156 [1]  2/13
116 [2]  245/11
245/16
11780 [1]  2/20
119 [1]  251/9
11:00 p.m [1]  99/17
11:52 [1]  96/8
11th [2]  57/10 59/24
12 [2]  3/2 192/9
123 [2]  243/1 243/1
124 [9]  242/1 242/2
242/9 242/10 242/12
242/16 242/18 243/20
258/15
125 [2]  237/25 238/4
13 [1]  101/24
130 [1]  199/22
13224 [2]  86/15
86/20
138,000 [1]  138/19
14th [1]  3/5
15 [6]  20/16 20/21
152/19 152/20 154/13
236/8

15 minutes [1]
20/16
15-minute [1]  67/1
150 [1]  199/22
150 hours [1]  121/4
157 [1]  4/9
15th [1]  2/13
16 [2]  163/1 163/2
1612 [1]  1/18
1650 [1]  2/24
17 [1]  61/7
1700 [1]  3/10
170901 [1]  2/11
173 [1]  4/10
17th [1]  19/9
18 [2]  15/17 16/10
184 [1]  4/12
18th [2]  243/6
245/13
19 [8]  14/23 14/23
16/16 16/16 18/12
33/14 124/9 169/20
192 [3]  175/23 176/2
176/7
193 [3]  176/3 176/4
176/8
1960s [4]  105/7
204/10 204/10 207/11
1961 [1]  217/1
1964 [2]  216/22
216/24
1965 [6]  207/19
208/2 208/8 212/9
213/1 221/20
1966 [1]  221/20
1970s [1]  208/23
1975 [1]  221/24
1980s [4]  107/1
107/2 213/24 215/6
1986 [3]  100/20
102/19 102/19
1987 [1]  119/21
1988 [1]  187/15
1990 [1]  124/2
1990s [10]  113/2
123/17 124/2 124/9
142/10 177/4 177/5
197/21 197/22 197/24
1991 [4]  107/13
109/18 217/1 217/2
1992 [6]  102/19
110/16 124/2 125/4
125/20 187/15
1993 [2]  126/22
211/15
1994 [4]  113/2
126/22 213/16 216/1
1995 [9]  32/13 32/14
32/16 33/18 33/21
95/3 110/16 110/22
126/22
1996 [2]  218/1 218/1

(CASENUM) (WITNESSNAME) (DATE)

**1**

**1997 [25]** 47/5 47/7 47/9 47/11 47/15 47/19 47/21 48/18 50/3 50/9 50/12 85/12 109/18 113/3 131/17 138/22 143/11 174/8 174/15 174/16 177/5 177/23 203/12 217/25 219/5
**1998 [4]** 47/19 50/3 110/22 112/1
**1999 [4]** 47/19 47/21 115/6 196/18
**19th [1]** 84/6
**1:00 [4]** 95/16 96/3 96/7 96/8

**2**

**2,000 [1]** 138/18
**2,000 kilos [1]** 139/3
**20 [4]** 18/17 84/15 188/11 261/3
**2000 [14]** 47/19 47/20 49/1 49/4 49/6 49/11 50/10 90/11 115/6 169/20 196/18 198/1 198/1 219/23
**20005 [1]** 2/17
**20006 [1]** 1/19
**20009 [1]** 2/14
**2001 [14]** 57/10 61/4 61/7 61/7 86/24 87/1 112/1 113/17 113/25 170/15 170/18 171/1 171/6 171/9
**20010 [1]** 3/6
**2002 [3]** 138/22 174/15 219/11
**2003 [15]** 59/22 69/22 73/15 83/19 84/11 84/24 87/18 88/1 113/17 114/1 115/23 143/23 171/15 218/13 219/12
**2004 [23]** 73/13 73/14 130/25 131/17 142/10 143/11 146/17 174/8 174/16 174/16 174/17 185/17 203/12 218/14 219/8 219/13 238/4 238/6 245/12 245/21 246/5 246/12 246/18
**2005 [6]** 95/5 95/6 187/4 188/10 188/11 219/23
**2006 [6]** 73/11 114/1 115/24 118/8 219/7 219/14
**2007 [1]** 84/6

**2008 [1]** 200/21
**2009 [4]** 118/8 118/13 119/10 200/21
**201 [1]** 3/11
**2010 [1]** 119/23
**2011 [2]** 118/13 119/10
**2014 [1]** 95/3
**2015 [5]** 160/19 174/2 174/5 174/23 175/8
**2016 [1]** 221/17
**2017 [2]** 161/19 221/19
**2018 [2]** 121/2 121/3
**2019 [4]** 161/19 162/24 175/14 176/1
**2020 [1]** 49/20
**2024 [2]** 1/4 265/15
**207-C [2]** 3/18 265/17
**20th [1]** 59/22
**21 [7]** 84/2 84/10 84/23 85/9 87/15 88/18 101/13
**2139 [1]** 1/13
**2155 [1]** 173/16
**22 [2]** 4/5 192/8
**222 [1]** 2/23
**23 [1]** 238/4
**2356 [1]** 230/19
**23rd [6]** 238/5 245/12 245/21 246/5 246/12 246/18
**24 [3]** 1/6 1/8 84/11
**24,000 [1]** 139/5
**24th [4]** 83/19 84/24 85/25 88/1
**25 [6]** 34/23 36/15 98/24 99/3 101/23 147/18
**25-year [2]** 131/3 148/17
**26th [1]** 117/11
**27 [1]** 61/2
**27th [1]** 117/11
**292 [1]** 164/17
**299 [2]** 3/18 265/17

**3**

**3,000 [1]** 108/18
**30,000 [2]** 169/5 169/10
**300 [2]** 116/1 116/2
**304 [1]** 2/9
**3042 [1]** 2/21
**31 [4]** 1/4 86/11 86/24 86/25
**312 [1]** 1/6
**33301 [4]** 2/7 3/3 3/18 265/17
**33401 [1]** 2/24

**33402-3626 [1]** 1/13
**33408-3042 [1]** 2/21
**3460 [1]** 3/5
**35 [3]** 10/1 10/1 10/21
**350 [1]** 2/2
**36 [3]** 10/9 10/25 17/19
**3626 [1]** 1/13
**3628 [1]** 230/11
**368 [1]** 194/18
**38-page [1]** 51/2
**3:00 [1]** 154/23
**3:15 [1]** 154/24

**4**

**443 [1]** 3/5
**45 [3]** 20/17 20/20 236/9
**450 [1]** 261/20
**45202 [1]** 3/11
**454 [2]** 242/7 242/19
**46 [1]** 247/1
**47 [1]** 247/1
**47s [1]** 55/12
**4:30 [1]** 156/12
**4th [1]** 2/6

**5**

**5,700 [1]** 119/5
**5.7 [1]** 15/3
**50 [16]** 16/19 16/20 19/21 21/3 110/21 132/14 132/14 153/13 153/22 199/23 224/6 226/21 226/23 227/2 229/19 230/19
**500 [1]** 23/24
**500N [1]** 2/20
**502 [1]** 2/13
**5448 [1]** 265/18
**55 [1]** 149/17
**57 [1]** 20/19
**5:51 [2]** 1/5 265/8

**6**

**600 million [1]** 179/25
**609 [1]** 3/2
**633 [1]** 2/6
**63625 [1]** 243/9
**6400 [1]** 2/3
**69 [3]** 138/24 138/25 261/3
**6:00 [3]** 223/22 234/20 235/6
**6:00 p.m [1]** 231/17
**6s [1]** 117/2

**7**

**7.102 [1]** 243/2
**769-5448 [1]** 265/18
**7:00 [1]** 99/17
**7th [3]** 3/2 160/19 174/5

**8**

**80 [3]** 24/14 192/12 192/14
**80 percent [2]** 114/12 161/4
**80-hour [1]** 24/12
**800 [1]** 1/19
**800 kilos [1]** 147/11
**82 [2]** 163/1 163/2
**83 [1]** 4/6
**8:00 [2]** 235/11 235/12
**8:30 [6]** 1/5 5/1 223/23 265/4 265/7 265/7
**9**

**9/11 [1]** 62/9
**90 [1]** 24/14
**95 [1]** 33/14
**954 [1]** 265/18
**97 [1]** 4/8
**99 [1]** 217/18
**9:00 [6]** 222/18 222/19 222/19 234/21 234/22 235/6
**9:00 p.m [1]** 234/19
**9:30 [1]** 19/1

**A**

**a.m [4]** 1/5 5/1 96/8 99/17
**aback [1]** 254/15
**ability [3]** 21/5 89/5 163/17
**able [44]** 6/8 6/11 7/12 7/13 9/1 11/5 11/6 19/10 21/5 21/6 28/19 32/7 41/19 104/2 104/5 104/25 105/11 107/20 107/23 108/16 113/20 115/18 116/21 117/1 126/10 126/17 126/23 127/9 127/23 133/18 141/8 142/13 142/14 145/14 151/10 186/25 196/5 196/17 210/12 217/15 217/16 224/11 224/15 263/9
**aboard [1]** 148/25
**about [187]** 5/5 6/24 7/1 7/17 7/18 7/22 8/11 8/14 8/17 8/20 8/21 9/1 10/5 10/24

**11/8 11/17 11/18** 12/22 13/5 13/12 13/22 14/16 17/20 18/5 19/16 20/11 20/11 20/23 21/3 21/8 22/8 29/13 29/19 30/19 31/14 32/20 33/3 34/22 34/25 35/1 36/2 36/6 36/14 39/23 39/24 39/25 40/1 46/14 47/11 47/13 47/15 47/21 48/4 48/4 49/11 50/11 50/13 50/13 55/16 57/23 58/1 59/19 62/4 62/9 62/21 62/22 63/7 64/15 66/25 69/7 69/9 70/14 72/4 74/6 80/20 81/5 83/12 83/20 85/12 85/15 86/9 88/22 88/23 89/5 91/20 92/23 93/4 93/11 93/14 101/17 102/18 102/24 109/14 110/21 113/2 113/19 115/4 122/9 126/2 126/21 127/12 129/6 129/11 130/8 132/22 133/11 135/3 138/16 144/6 146/3 146/7 146/11 148/7 148/11 149/17 151/16 153/12 154/7 155/1 155/2 155/22 156/12 156/13 161/16 162/3 162/21 163/4 165/4 170/11 171/23 172/8 172/10 174/6 174/14 175/15 176/25 179/14 182/2 188/7 188/19 195/9 199/25 202/21 217/11 217/20 220/20 221/16 222/15 223/8 223/22 223/23 225/5 225/7 226/11 227/21 228/11 229/1 229/2 229/3 231/1 231/2 231/23 232/14 233/10 233/18 235/11 235/15 235/18 235/24 237/1 237/17 240/22 243/4 243/14 247/7 247/8 247/24 248/2 249/18 250/3 252/12 256/9 256/20 257/10 257/18 263/23 265/4
**above [6]** 108/18 242/23 242/25 244/1 248/7 265/13
**above-entitled [1]** 265/13
**absence [1]** 94/1

**A**

**absolute [1]** 148/6
**absolutely [16]**
25/13 25/13 25/16
44/15 44/20 53/21
60/8 72/9 72/18 77/7
78/2 110/1 111/14
131/9 144/9 171/16
**absurd [1]** 249/23
**academic [3]** 7/24
184/16 200/25
**academically [1]**
195/16
**academy [6]** 101/6
101/7 101/25 102/1
102/2 104/19
**accepted [2]** 195/16
197/19
**access [7]** 127/22
127/24 129/15 147/14
147/19 199/1 199/12
**accident [2]** 38/10
38/11
**accommodate [2]**
155/14 155/15
**according [4]** 17/22
69/22 197/18 205/22
**account [1]** 35/12
**accountants [1]**
126/3
**accounting [1]** 26/5
**accounts [2]** 144/11
260/7
**ACCU [6]** 126/24
126/25 127/3 127/5
127/20 186/5
**accuracy [4]** 70/18
71/7 71/17 71/23
**accurate [4]** 68/13
143/9 174/4 265/12
**accurately [1]**
193/21
**accusation [1]**
252/15
**accused [2]** 93/5
249/9
**accusing [3]** 231/14
262/15 262/20
**Acevedo [19]** 55/14
240/4 240/25 244/6
244/13 244/18 245/6
250/15 250/20 250/20
251/9 252/17 253/1
254/7 257/21 259/1
259/6 260/19 261/13
**acknowledged [2]**
43/18 79/12
**acknowledges [2]**
157/10 157/16
**acquired [2]** 32/11
118/22

**acquisitions [1]**
210/10
**acronym [2]** 125/14
195/22
**across [2]** 28/6
112/12
**act [15]** 35/2 35/4
42/9 42/10 42/22
123/3 125/16 143/18
143/20 143/22 144/4
144/7 197/11 234/11
249/9
**acted [1]** 95/6
**acting [1]** 43/3
**action [11]** 5/16
5/25 6/5 7/7 7/10
7/14 7/15 8/8 94/8
94/18 120/11
**active [1]** 196/12
**activities [16]** 12/25
13/25 112/17 114/10
115/14 138/4 142/9
186/7 189/10 196/9
212/16 213/9 217/8
226/9 229/10 229/20
**activity [7]** 196/8
210/18 226/13 228/17
229/13 230/7 256/3
**actor [1]** 7/24
**acts [8]** 78/17
119/21 119/22 140/17
243/16 243/19 243/24
250/17
**actual [7]** 100/24
109/6 122/3 129/25
209/19 247/23 262/9
**actually [45]** 7/1
11/13 18/7 28/1 48/21
49/13 54/16 80/10
99/25 103/14 111/14
112/11 115/24 117/10
137/21 138/10 141/1
148/23 150/8 151/9
170/9 177/3 177/15
177/15 185/15 186/7
190/18 192/4 195/18
196/21 197/22 199/3
203/11 203/17 210/1
212/24 215/6 215/19
218/12 220/20 239/6
240/16 246/8 258/23
262/1
**add [1]** 134/9
**added [1]** 132/21
**adding [1]** 148/4
**addition [4]** 74/17
93/13 93/15 254/17
**additional [1]**
104/20 134/9 232/21
243/4
**address [6]** 15/15
18/15 199/11 227/9

232/11 237/21
**addresses [1]**
186/22
**adjacent [1]** 161/5
**adjourned [1]** 265/8
**adjunct [1]** 100/13
**adjust [1]** 151/14
**adjusted [2]** 107/5
107/7
**adjustments [1]**
236/4
**Administration [1]**
99/6
**administrative [2]**
205/20 216/6
**admissible [1]**
256/20
**admissions [1]**
140/17 140/20
**admits [1]** 157/20
**admitted [4]** 80/7
107/13 141/12 167/12
**admitting [1]** 159/5
**advance [7]** 9/2
27/21 28/10 28/14
40/1 44/1 232/25
**advanced [3]** 12/25
102/2 104/19
**advantage [2]**
129/20 227/19
**advantages [1]**
127/12
**adverse [4]** 26/22
27/18 28/10 28/14
**advice [6]** 29/1
58/16 89/12 89/15
90/5 95/7
**advised [5]** 49/10
73/19 182/12 239/3
239/6
**advising [3]** 94/9
114/17 115/13
**aerial [2]** 107/4
108/16
**affair [4]** 50/20
54/14 250/17 253/15
**affairs [1]** 31/22
**affect [1]** 45/13
**affected [4]** 64/13
194/16 202/17 207/1
**affecting [1]** 189/25
**affidavit [13]** 173/14
173/20 173/25 174/20
175/1 175/8 237/12
240/15 247/13 262/6
262/8 262/14 263/10
**affiliated [1]** 34/1
**affirm [1]** 75/9
**affirmative [6]**
13/12 13/19 14/10
15/24 16/3 17/10
**afield [1]** 34/12

**afraid [1]** 27/11
**afryszman [1]** 2/18
**after [68]** 19/23
22/25 23/17 36/25
37/5 37/19 37/24
38/10 38/14 38/16
39/25 45/3 51/24
64/25 70/11 71/3
71/22 72/6 73/7 74/7
75/23 76/17 80/21
81/7 85/23 89/6 94/22
101/24 101/25 108/9
113/16 113/25 120/1
120/2 120/3 125/11
127/10 142/18 153/17
153/19 154/2 154/2
174/17 174/21 174/23
175/11 175/20 179/8
187/17 201/23 201/24
202/1 202/19 207/19
218/7 219/23 220/24
224/19 226/4 226/16
227/6 230/20 232/23
235/7 238/8 247/5
248/3 249/14
**afternoon [14]** 20/8
96/9 97/1 97/23 97/24
155/4 157/1 157/2
183/5 183/25 184/4
224/15 224/21 227/9
**afterwards [2]** 45/8
161/24
**Agabarra [1]** 179/24
**again [79]** 7/4 8/1
10/18 14/12 17/12
18/6 18/13 18/25
19/24 22/6 22/7 27/12
28/17 30/13 44/5
69/11 74/11 75/19
81/2 87/25 90/24
94/17 96/21 112/2
112/15 119/2 122/11
122/12 151/17 153/20
154/22 155/22 188/16
192/2 203/6 212/21
220/4 222/11 222/13
222/16 225/5 225/8
225/14 226/7 226/12
226/14 226/16 226/17
227/8 227/10 227/15
227/15 228/16 228/19
228/20 230/1 235/24
237/3 237/24 239/10
239/12 240/14 240/20
246/6 246/11 246/20
248/9 248/24 254/9
256/15 256/25 257/9
257/20 258/3 260/12
261/22 262/22 263/5
263/22
**against [28]** 14/3
14/19 35/12 79/18

80/8 111/17 117/14
125/13 141/14 159/2
163/7 164/4 164/23
165/22 190/2 190/6
198/23 204/17 208/3
208/5 214/5 220/9
238/7 239/4 246/13
246/19 248/13 252/15
**agencies [4]** 115/14
148/18 193/12 221/5
**agency [1]** 99/6
**agent [122]** 97/2
97/20 97/23 98/11
98/20 98/22 98/25
99/13 100/1 100/2
100/8 100/18 100/21
101/7 101/21 102/2
102/18 103/16 104/15
104/25 105/2 105/14
105/25 106/7 106/8
106/17 107/10 108/12
108/24 109/15 109/23
110/11 110/15 110/22
111/2 111/11 112/1
112/19 113/16 113/18
114/16 115/3 115/23
117/8 117/15 118/5
119/1 119/17 120/1
120/15 121/21 122/1
122/10 123/5 123/17
125/4 125/19 126/20
128/3 128/8 128/24
129/21 130/6 130/18
131/3 131/16 131/21
132/2 132/8 132/23
132/25 133/9 133/14
133/15 133/20 134/17
135/12 136/3 136/15
136/19 136/20 137/1
139/6 139/13 139/18
140/1 140/23 141/4
141/15 141/23 142/8
142/8 142/21 143/10
144/5 144/13 146/16
147/2 147/18 148/9
148/16 149/9 150/12
150/23 151/1 151/20
152/14 173/11 173/19
174/17 175/8 175/14
176/5 178/24 179/6
179/11 180/17 180/18
180/23 181/4 181/4
181/8
**Agent Gaddis [2]**
110/11 130/18
**agents [4]** 105/6
105/10 114/14 119/5
**aggravated [2]**
244/24 261/14
**aggressively [1]**
263/25
**AGNIESZKA [1]** 2/16

**A**

**ago [9]** 83/13 90/11 130/6 159/13 200/9 201/3 206/5 223/20 253/1

**agree [56]** 18/4 24/24 25/17 26/15 26/18 26/20 27/1 27/19 28/7 28/13 28/15 29/13 31/25 35/11 36/23 38/20 38/23 38/24 38/25 39/1 41/17 44/13 45/11 46/8 46/25 50/24 51/4 52/8 52/12 52/16 52/19 52/21 56/2 58/12 58/16 60/12 72/6 72/15 73/24 76/8 76/10 77/19 77/24 78/5 78/9 79/5 79/17 80/7 87/10 87/17 159/9 169/1 172/3 172/23 228/19 230/2

**agreed [5]** 78/19 84/22 84/24 85/24 87/23

**agreeing [1]** 228/5

**agreement [11]** 18/6 79/10 81/16 81/17 81/19 85/24 136/16 192/7 221/17 226/19 233/13

**agrees [4]** 88/4 160/11 172/11 172/13

**agriculture [1]** 75/3

**ahead [14]** 40/13 40/23 57/3 63/1 63/3 86/13 91/1 121/17 172/18 178/25 180/11 211/14 220/22 262/4

**aid [1]** 161/9

**aim [1]** 190/14

**air [2]** 134/6 170/3

**aircraft [3]** 104/2 104/7 139/16

**airline [1]** 124/22

**Airlines [1]** 148/13

**airplane [1]** 152/3

**airplanes [2]** 148/11 148/12

**Airport [1]** 104/10

**AK [1]** 55/12

**AK-47s [1]** 55/12

**Alabama [1]** 99/18

**Aleman [2]** 137/23 146/4

**Alfredo [1]** 137/23

**alias [2]** 145/23 146/4

**ALIEN [1]** 1/4

**all [159]** 5/4 5/23 6/12 6/17 6/22 8/3 8/5 8/6 9/4 9/11 9/16 9/18 9/22 10/9 12/7 13/6 13/10 16/20 17/15 17/17 18/21 19/3 20/23 21/8 22/10 22/15 24/6 25/13 27/15 29/5 30/3 31/14 34/5 34/8 34/24 35/23 36/6 44/19 48/4 48/4 48/12 50/9 65/6 65/7 65/7 66/15 67/4 67/6 67/8 67/22 69/18 69/19 74/12 75/2 75/5 75/24 89/22 94/17 95/17 95/24 97/9 97/22 101/20 102/17 104/12 106/13 108/9 111/8 116/18 117/8 118/25 119/1 119/6 119/11 126/7 127/19 128/14 130/1 131/21 142/1 142/4 143/11 144/4 144/14 148/22 149/21 150/9 152/7 152/14 152/21 154/4 156/5 164/7 168/20 169/6 171/17 171/22 172/1 179/20 181/12 182/16 183/2 183/10 184/14 190/11 194/12 196/9 205/11 206/15 210/3 217/6 221/23 222/21 222/23 223/1 223/2 223/9 223/12 223/16 225/3 225/5 226/5 226/7 226/14 229/1 229/6 229/24 232/4 232/24 233/8 235/4 235/10 239/9 239/22 243/21 243/23 244/25 247/5 247/17 247/18 249/8 249/11 251/23 254/14 255/12 255/13 256/7 257/1 257/3 258/9 259/21 260/18 260/23 263/1 263/23 264/22 264/23 264/24 265/7

**allegation [1]** 79/12

**allegations [1]** 259/12

**alleged [3]** 58/9 70/14 74/12

**alliances [1]** 125/18

**allied [1]** 124/13

**allocate [2]** 20/15 20/17

**allow [6]** 8/6 82/15 112/9 144/7 207/20 229/12

**allowed [3]** 7/11 11/1 208/8

**allowing [1]** 229/18

**allows [1]** 193/21

**almost [4]** 111/24 126/6 171/15 188/11

**alone [2]** 139/1 139/2

**along [11]** 100/22 105/20 109/3 109/18 109/20 110/15 113/5 132/4 132/23 135/24 205/12

**already [27]** 7/8 11/24 20/19 39/2 43/18 62/2 62/4 64/22 73/22 77/16 77/22 81/20 82/24 89/23 95/21 108/9 109/10 109/10 127/13 127/13 127/14 147/3 152/1 178/8 179/1 201/2 216/19

**also [64]** 7/11 18/18 23/22 24/2 26/20 34/7 36/2 40/3 51/17 55/16 64/19 74/17 85/15 90/11 91/6 100/11 100/15 101/22 111/16 112/12 114/6 114/14 115/21 116/23 123/3 133/8 137/24 144/7 145/25 155/7 155/17 162/9 169/3 170/17 172/23 184/20 187/23 188/22 190/8 190/21 192/4 199/9 199/10 200/1 200/17 202/5 206/19 211/4 213/10 214/11 214/13 215/1 216/8 221/21 228/16 241/19 244/5 244/13 244/16 244/18 244/23 245/5 257/24 263/15

**alter [1]** 106/22

**alternative [1]** 244/16

**although [4]** 30/8 172/20 189/2 191/2

**altitude [1]** 127/16

**Alvarado [1]** 50/13

**Alvaro [1]** 244/6

**always [4]** 28/23 42/7 50/1 104/24

**am [19]** 5/20 20/19 23/5 56/1 57/12 63/18 73/13 73/14 74/15 78/8 103/7 154/1 182/11 187/2 199/16 199/18 251/12 263/18 264/25

**amazing [1]** 149/18

**ambient [1]** 127/16

**ambiguity [1]** 8/20

**ambiguous [1]** 8/23

**ambition [1]** 23/10

**ambushed [1]** 18/16

**America [1]** 33/23 34/15 111/9 118/25 122/4 130/1 133/7 134/25 139/22 140/3 149/7

**American [8]** 34/5 34/15 107/8 120/9 140/9 148/12 194/15 194/15

**among [3]** 61/19 87/1 234/25

**amongst [1]** 194/13

**amount [3]** 20/18 104/12 110/6

**amounts [1]** 225/13

**amplified [1]** 127/7

**amplify [1]** 52/13

**Anabal [1]** 249/2

**Analisis [1]** 196/1

**analysis [28]** 9/8 13/11 14/5 14/7 15/19 15/21 15/23 16/4 17/6 17/9 17/14 186/20 186/21 188/15 188/15 188/18 188/24 189/6 190/22 191/12 191/13 192/13 192/13 195/25 196/7 198/19 198/23 201/12

**analyze [2]** 196/3 198/14

**analyzing [1]** 198/19

**Angeles [1]** 133/12

**Anibal [6]** 241/21 245/24 248/12 249/25 254/18 255/1

**animation [1]** 145/3

**announced [2]** 217/25 220/6

**another [26]** 6/18 11/15 14/1 15/5 16/7 34/7 54/17 55/16 70/8 90/15 94/24 103/9 112/9 124/16 137/12 144/20 150/21 163/12 173/14 205/3 205/17 244/5 246/25 247/7 254/21 255/11

**answer [36]** 10/12 28/19 29/20 31/12 32/7 40/9 40/22 44/17 45/4 45/5 51/18 51/20 51/21 51/23 51/24 52/13 52/14 59/1 59/3 63/3 70/19 75/19 90/24 93/22 93/24 106/17 158/5 163/20

**answered [7]** 81/18 88/11 163/6 163/16 163/21 164/20 166/3

**answering [1]** 40/20

**answers [2]** 152/25 176/23

**antagonism [2]** 35/8 36/7

**anti [6]** 105/6 107/22 116/23 171/24 207/25 243/8

**anti-drug [4]** 105/6 107/22 116/23 171/24

**anti-insurgency [1]** 207/25

**anti-terrorism [1]** 243/8

**anticipated [1]** 30/19

**Antioquia [3]** 106/13 179/3 218/6

**Antiterrorism [2]** 245/19 245/19

**antiterrorist [1]** 171/24

**anxious [1]** 154/23

**any [90]** 5/18 7/18 7/24 8/18 14/4 31/3 42/1 52/17 52/20 53/5 54/2 54/2 56/4 56/8 56/10 56/11 57/23 64/20 64/21 67/3 67/18 71/10 76/23 77/4 83/6 87/1 92/6 92/23 94/1 95/15 95/22 99/23 100/2 100/2 100/8 101/4 101/14 101/17 103/23 105/3 107/11 109/3 114/18 116/7 117/17 117/19 117/20 117/20 119/17 127/22 134/3 137/16 152/1 152/20 158/6 158/13 158/15 159/2 159/10 173/6 175/20 186/1 194/21 197/18 201/14 202/18 204/24 209/21 222/13 224/12 224/25 225/4 225/12 225/13 225/19 226/24 227/23 231/25 232/15 233/12 240/17 241/1 246/24 249/9 250/10 251/7 252/14 252/16 255/19 261/23

**anybody [7]** 47/17 62/21 63/17 96/11 240/9 249/22 251/16

**anyone [7]** 22/8 53/8

**A**

**anyone... [5]** 54/2
93/5 155/12 222/25
223/14

**anything [23]** 8/17
19/13 22/8 35/13
45/21 66/5 94/22
178/14 224/25 226/4
228/2 228/8 230/4
236/23 240/6 247/11
247/11 249/1 249/24
259/10 260/9 261/4
265/4

**anyway [4]** 26/23
28/13 226/7 230/6

**Apartado [2]** 15/4
128/25

**apologize [7]** 18/25
94/20 118/7 153/2
224/1 226/17 258/21

**Appalachian [1]**
100/12

**apparently [1]** 78/7

**appeal [2]** 225/15
228/15

**APPEARANCES [3]**
1/10 1/24 2/25

**appeared [1]** 51/1

**appears [2]** 160/19
244/16

**appending [1]**
250/19

**applied [5]** 122/1
189/8 190/16 194/12
234/4

**apply [2]** 122/8
198/19

**appreciate [4]** 22/7
106/5 155/16 264/14

**appreciates [1]**
105/23

**apprehend [1]**
126/12

**apprehension [1]**
126/6

**approach [9]** 51/7
52/23 56/12 68/16
68/18 81/13 164/14
185/1 227/21

**appropriate [3]** 13/9
227/22 251/19

**approval [1]** 66/10

**approved [1]** 219/23

**approximately [9]**
116/1 119/5 121/1
132/14 132/21 133/4
133/8 138/18 140/6

**April [6]** 83/19 84/11
84/24 85/25 87/18
88/1

**April 24th [4]** 83/19

84/24 85/25 88/1

**Apt [1]** 3/5

**Aracataca [1]** 129/4

**Arboleda [11]**
241/21 245/25 248/12
249/3 250/7 250/7
250/18 254/19 255/1
258/5 258/16

**are [165]** 5/6 7/6 9/6
9/11 9/13 9/15 9/19
10/18 10/24 11/22
13/10 13/24 14/18
14/25 16/20 20/19
20/24 22/15 23/16
28/11 54/7 55/18
55/25 56/17 56/23
57/9 58/17 58/24 59/6
59/7 63/16 67/14
67/14 80/10 82/4
95/20 95/21 96/11
96/11 99/9 99/11
99/11 101/15 108/17
120/19 120/21 121/20
123/23 125/5 128/10
128/11 128/14 130/18
134/10 135/12 135/15
137/14 140/20 141/13
143/17 144/10 144/13
145/2 146/11 146/13
148/7 148/21 149/3
151/5 152/11 153/17
153/22 155/6 164/8
167/12 168/15 169/7
169/25 170/13 171/8
171/11 180/23 182/20
185/9 186/7 189/8
189/8 189/22 189/23
189/24 189/25 189/25
190/1 190/2 190/3
190/6 190/6 190/16
191/10 191/15 192/22
193/16 193/22 196/25
199/15 199/17 200/5
200/7 201/7 201/9
205/10 205/11 206/8
207/18 210/12 218/18
219/8 221/16 223/18
226/19 227/11 227/19
228/5 229/5 229/7
229/25 232/8 232/8
232/17 233/4 234/14
234/25 234/25 238/25
239/1 239/24 239/25
240/11 244/7 244/7
245/4 245/7 250/20
251/10 251/13 252/10
253/12 253/13 254/8
254/11 254/12 255/12
255/18 255/21 256/20
257/2 257/10 259/8
262/10 262/23 263/13
263/18 264/1 265/3

84/24 85/25 88/1

**265/3**

**area [11]** 7/18 44/6
98/21 112/5 129/15
139/9 172/7 179/2
186/18 191/11 221/6

**areas [16]** 9/8 101/8
127/17 128/9 128/15
128/18 128/21 129/11
130/22 134/7 139/11
212/10 212/16 214/16
217/11 217/19

**aren't [1]** 149/14

**argue [6]** 158/13
158/19 158/22 257/23
264/22 265/4

**arguing [1]** 82/4

**argument [15]** 6/10
6/20 20/5 20/17 20/21
68/7 68/25 69/13 70/2
82/18 115/17 153/20
153/24 155/3 156/10

**arguments [2]** 19/17
74/12

**arising [1]** 250/21

**Arlington [1]** 112/11

**arm [1]** 207/21

**Armadas [1]** 204/13

**armed [24]** 6/25
169/19 185/14 185/24
186/23 188/20 191/25
192/13 196/20 197/5
201/22 203/10 203/14
203/15 203/23 204/3
204/6 204/10 204/14
207/10 212/4 213/10
221/19 244/14

**arming [1]** 212/8

**arms [3]** 190/13
251/11 254/9

**Army [4]** 101/1
117/9 204/13 204/15

**arose [1]** 104/23

**around [10]** 106/16
116/24 127/14 128/2
128/25 129/2 129/4
214/12 219/12 219/22

**arranged [1]** 256/5

**arrested [2]** 104/11
104/13

**arrests [1]** 108/9

**Arrieta [3]** 247/6
256/5 257/10

**Arrieta's [1]** 257/24

**arrive [2]** 15/20
200/12

**arrow [2]** 132/16
133/13

**arrows [1]** 130/19

**articles [2]** 192/10
192/23

**arts [1]** 99/21

**as [272]**

**ascertain [3]** 197/2
197/8 206/19

**Asian [1]** 194/14

**ask [34]** 18/3 18/4
45/1 47/8 58/23 69/11
86/9 88/22 94/19 95/2
124/16 131/21 132/2
137/10 159/10 170/11
175/5 182/1 183/11
188/7 188/25 192/15
208/25 213/17 234/5
239/14 245/11 251/1
251/7 252/16 253/22
254/5 256/22 263/2

**asked [29]** 45/1
47/23 58/23 68/5
69/19 88/11 89/4
90/19 94/18 120/17
163/3 163/16 164/18
173/19 175/15 175/19
176/24 178/19 198/2
198/9 198/11 231/15
231/18 237/1 237/5
250/20 251/1 251/3
254/7

**asking [4]** 27/20
83/11 210/23 225/21

**aspect [2]** 72/12
110/2

**assanation [1]** 205/4

**assert [1]** 244/3

**asserted [1]** 241/11

**asserting [2]** 240/8
240/25

**assertion [3]** 72/19
258/4 258/8

**assertions [1]**
198/20

**asserts [1]** 248/25

**assess [1]** 258/2

**assets [4]** 86/16
144/10 144/21 207/23

**assigned [1]** 118/18

**assist [3]** 12/17
72/20 98/3

**assistance [1]** 161/9

**assistant [1]** 113/17

**associate [2]** 24/10
24/25

**associated [2]**
101/12 239/15

**assume [3]** 29/12
182/6 238/16

**assuming [1]** 19/25

**assumption [1]**
182/9

**assurance [1]** 64/21

**assure [1]** 64/16

**assured [1]** 19/10

**at [239]** 5/1 5/13
5/14 8/3 8/24 9/6 9/9
9/10 10/15 12/5 14/23

15/2 15/16 15/20
16/19 17/22 20/24
23/1 24/6 24/10 26/8
29/9 29/13 29/19 30/3
30/3 30/6 30/13 31/4
31/6 31/11 31/18 32/2
32/23 33/4 34/24 35/3
35/5 35/5 37/10 37/14
37/17 38/8 38/21 39/6
39/23 41/6 41/10
41/24 43/21 46/25
47/2 49/1 49/19 50/2
51/10 51/24 54/9
54/10 54/24 55/7
55/17 56/2 56/6 61/2
63/7 63/10 64/14
64/19 65/4 66/7 66/16
72/16 73/5 73/9 73/18
73/18 73/22 74/23
76/16 77/15 77/20
81/15 83/22 85/9
85/13 87/25 88/3
89/16 91/15 95/6
95/16 96/3 96/7 99/20
100/2 100/8 100/10
100/12 100/13 100/15
100/24 102/15 102/25
105/11 105/13 108/4
108/23 109/13 112/2
112/4 112/8 113/16
114/2 115/5 115/12
115/21 116/7 116/11
117/8 117/13 119/4
119/6 122/3 122/5
128/10 128/19 128/24
131/4 131/15 132/13
132/18 134/17 135/6
135/25 136/15 137/1
137/2 137/16 137/21
138/6 140/5 140/11
140/25 142/22 142/25
144/1 145/1 152/7
154/7 154/23 156/12
157/23 160/13 161/21
162/13 162/15 163/17
163/22 165/8 166/13
168/20 173/21 174/23
175/20 176/3 180/8
181/24 184/7 184/19
184/20 187/2 187/14
187/18 187/24 188/8
192/8 192/14 194/17
196/18 197/14 199/7
199/13 201/2 201/11
208/23 211/22 212/4
220/2 222/18 226/3
226/12 227/4 229/19
230/14 230/16 231/22
232/18 233/11 237/7
237/23 237/25 239/12
240/10 240/15 240/16
241/3 241/5 241/19

**A**

**at... [30]** 242/3 242/8 242/10 242/12 242/22 243/15 245/11 245/15 246/10 249/11 250/13 251/23 252/23 253/23 255/4 256/3 256/4 257/3 257/23 258/1 258/11 258/23 259/14 259/15 261/12 262/25 264/21 265/4 265/7 265/8
**Atlantic [1]** 106/14
**attach [1]** 151/10
**attack [4]** 14/14 16/14 16/15 249/7
**attacking [2]** 124/21 162/10
**attacks [2]** 163/7 220/10
**attempt [2]** 43/9 233/11
**attempted [4]** 34/8 42/20 233/3 250/14
**attempting [1]** 143/5
**attempts [1]** 126/11
**attended [1]** 101/6
**attention [9]** 86/5 160/8 163/23 171/10 175/23 176/10 179/11 179/17 182/10
**attorney [9]** 23/1 28/25 39/11 41/22 60/12 63/6 64/3 86/22 136/14
**attorneys [5]** 19/3 24/4 57/10 58/18 58/25
**attributable [2]** 14/25 17/3
**attributed [8]** 13/24 14/18 15/4 186/5 186/7 197/10 207/6 210/17
**attributing [2]** 7/22 197/4
**AU [1]** 219/1
**AUC [173]** 5/19 11/15 12/17 12/23 13/13 13/19 14/1 14/2 14/8 14/19 15/1 15/5 15/6 16/11 16/17 17/3 17/11 18/19 47/1 47/5 47/11 47/14 47/18 47/24 48/5 48/13 48/16 48/21 48/24 48/25 49/4 49/6 49/13 49/17 49/21 50/2 50/4 58/10 59/19 62/23 64/17 64/23 65/18

65/23 70/15 72/2 72/13 72/17 75/2 77/6 77/18 77/24 80/20 85/11 85/12 85/14 86/23 87/2 90/12 91/4 91/7 98/14 98/18 113/14 114/24 116/6 116/12 116/14 116/15 116/17 117/14 117/17 117/21 122/13 122/15 122/16 123/6 123/7 123/10 126/25 127/3 127/20 128/3 128/17 128/17 129/14 129/19 129/22 130/7 130/25 133/16 135/17 137/8 137/8 137/15 138/13 139/7 139/9 139/12 139/15 139/18 140/2 141/16 141/20 142/1 142/17 143/8 143/17 146/17 146/23 147/4 150/2 150/24 159/14 159/25 162/21 162/21 162/23 163/5 163/6 163/24 164/1 164/18 164/20 165/8 165/19 166/24 167/6 167/9 167/21 167/24 169/2 169/5 169/20 170/12 170/13 170/17 170/25 174/6 174/12 174/17 175/12 175/16 176/17 176/25 177/2 177/5 177/7 177/18 177/23 178/3 178/19 178/19 180/10 180/13 181/5 181/6 185/13 186/1 186/5 186/10 186/14 203/9 217/22 217/22 217/24 218/9 218/9 218/11 219/4 220/6 220/24 250/3
**AUC's [5]** 61/8 149/5 172/4 174/21 186/15
**AUCC [1]** 178/6
**audience [1]** 67/16
**auditing [2]** 48/12 48/14
**August [6]** 73/11 160/19 174/5 174/6 188/10 221/17
**authorities [7]** 52/9 105/4 134/8 204/25 205/14 217/10 221/4
**authority [3]** 101/12 114/5 205/18
**authorization [3]** 86/18 87/3 212/8
**authorize [1]** 86/17
**authorized [3]** 217/9 217/12 217/17

**Autodefensas [9]** 122/16 126/24 213/1 215/13 215/14 218/22 218/22 218/24 219/2
**available [2]** 134/1 234/16
**Avenida [1]** 2/10
**Avenue [2]** 2/2 2/23
**average [9]** 131/5 131/17 132/4 132/19 133/1 133/6 133/10 133/17 140/4
**Avianca [1]** 124/23
**avocadoes [1]** 149/21
**avoid [4]** 78/19 222/15 228/22 228/24
**Award [1]** 119/24
**awarded [5]** 119/21 119/23 191/17 191/19 225/13
**awards [1]** 119/18
**aware [21]** 32/17 51/6 55/18 55/25 57/9 57/12 57/16 167/12 168/5 168/7 168/15 168/17 169/2 169/23 170/2 170/13 170/17 170/25 171/8 251/12 254/12
**away [1]** 132/9

**B**

**bachelor [2]** 99/21 187/14
**back [59]** 17/19 18/12 19/6 22/5 22/6 29/4 43/24 67/13 67/15 67/25 84/5 87/15 87/17 96/3 96/4 96/19 102/1 102/1 104/9 105/9 110/8 110/14 112/10 113/20 114/4 115/23 117/3 122/10 140/11 140/19 141/4 144/24 150/10 150/21 153/7 156/14 156/20 179/14 192/25 195/13 195/15 197/24 203/2 203/20 208/1 212/3 214/14 215/5 216/22 217/15 221/20 222/11 222/24 223/13 225/8 226/14 228/16 228/20 254/4
**background [11]** 7/7 8/1 8/10 98/25 187/8 187/12 195/3 207/9 240/11 241/3 262/23
**backup [1]** 239/9
**bad [9]** 31/14 172/5

172/12 172/14 172/16 172/21 172/23 258/8 262/20
**baggage [1]** 26/17
**Baker [10]** 58/8 59/9 59/15 89/14 89/15 89/19 89/24 90/6 91/6 91/9
**Bakoczy [2]** 49/12 55/15
**Banacol [2]** 153/22 223/21
**Banadex [64]** 85/19 88/20 90/12 92/6 92/10 94/1 239/20 240/9 241/16 241/21 241/22 241/25 242/4 243/15 243/15 243/22 244/3 244/5 244/7 244/9 244/10 244/13 245/6 245/7 247/1 247/22 247/25 248/7 248/14 248/16 248/18 248/20 248/25 249/3 250/1 253/2 254/19 254/20 254/24 255/2 255/5 255/14 255/24 256/25 257/22 258/4 258/6 258/7 258/12 258/14 258/16 258/19 258/25 259/4 260/17 260/19 261/4 261/6 261/6 261/11 261/17 261/23 261/23 263/25
**Banadex's [2]** 85/13 87/11
**banana [22]** 8/15 8/21 8/24 9/2 9/11 9/16 9/18 9/20 61/10 75/3 75/6 75/24 77/12 137/17 168/15 168/17 185/14 185/16 185/24 191/6 203/10 203/12
**bananas [5]** 9/6 30/21 30/22 37/8 152/3
**Bananera [2]** 129/6 129/9
**bands [2]** 164/23 165/21
**bang [1]** 116/13
**bank [1]** 144/10
**bar [1]** 16/20
**Barack [1]** 114/25
**Barbara [1]** 55/24
**bargain [6]** 78/25 79/9 79/10 79/11 80/6 80/9
**Barnhart [1]** 1/12
**base [1]** 209/18
**based [39]** 14/21 16/16 46/9 50/3 59/7

61/17 66/18 70/24 75/12 77/10 79/10 80/4 92/20 101/19 116/21 129/23 129/24 131/7 131/16 133/15 133/20 136/15 141/15 141/21 142/8 147/18 177/14 189/8 189/13 193/16 194/10 194/13 196/22 196/23 203/21 204/17 204/25 206/9 224/10
**bases [2]** 241/15 260/21
**basic [2]** 101/6 203/14
**basically [18]** 39/21 64/8 66/2 111/18 134/2 149/1 149/20 191/9 191/14 196/2 198/20 200/7 207/22 208/6 210/7 218/15 221/9 247/4
**Basin [1]** 218/7
**basing [1]** 71/10
**basis [39]** 17/3 17/3 20/13 41/15 42/25 43/3 111/23 129/21 190/19 199/17 239/13 239/14 239/18 240/8 240/17 240/20 240/25 241/23 244/3 244/18 245/3 245/5 246/7 248/17 248/24 251/19 254/16 254/25 255/20 255/23 256/22 256/24 259/12 259/17 260/18 261/8 261/16 261/21 261/24
**battles [5]** 129/17 130/7 130/8 130/11 130/12
**be [200]** 5/2 5/18 5/24 6/8 6/11 7/12 7/13 8/25 9/1 9/16 9/17 9/18 10/23 11/1 11/5 11/7 12/9 12/13 12/20 14/6 14/10 14/13 19/1 19/5 19/10 19/16 19/17 19/25 21/5 21/6 22/5 26/2 26/5 26/11 28/22 30/20 31/2 31/9 31/18 32/2 32/3 35/7 36/7 38/13 38/17 39/21 41/1 41/6 41/19 41/21 46/5 46/6 46/17 46/20 53/6 58/13 59/12 59/16 64/22 66/15 67/6 67/12 67/25 71/2 71/4 72/10 73/19 75/10 75/20 78/8 82/2

**B**

**be... [129]** 90/15 91/5 91/6 95/19 96/9 96/20 97/8 101/10 104/25 105/11 106/12 106/20 113/23 120/9 127/18 130/20 130/23 132/12 132/14 132/19 132/21 133/18 133/18 139/4 140/4 140/5 147/11 149/15 150/10 153/6 153/23 154/12 154/18 154/25 155/2 155/15 155/18 155/21 156/8 156/20 157/21 159/3 159/3 164/5 166/18 168/12 171/13 171/25 172/5 172/12 173/12 174/3 182/12 182/19 182/21 183/9 183/19 185/17 186/5 186/8 186/14 186/17 186/25 187/13 187/14 188/11 191/15 196/21 197/10 199/11 199/21 199/23 204/1 205/3 207/6 208/22 209/24 210/1 210/23 212/18 214/14 217/25 223/6 223/11 224/11 224/15 225/1 225/10 225/19 225/21 225/21 226/22 226/24 227/3 227/11 227/12 227/14 229/14 229/16 229/17 231/18 232/21 232/22 234/16 234/22 237/15 239/4 239/16 240/10 246/8 249/6 252/3 254/20 254/23 255/24 257/16 257/18 257/21 257/23 257/25 257/25 261/25 263/15 264/5 264/15 264/16

**be undergrad [1]** 187/13

**Beach [5]** 1/3 1/13 1/13 2/21 2/24

**became [15]** 32/17 72/7 110/2 114/1 142/18 164/20 164/24 165/8 165/19 165/23 178/2 211/3 212/5 214/7 218/11

**because [72]** 6/1 7/5 7/22 11/6 20/24 23/8 26/7 26/23 27/14 27/16 28/9 30/15 32/6 32/8 37/8 43/13 46/2 47/24 49/2 52/13

53/20 60/10 74/21 80/22 81/8 82/6 82/10 99/10 108/16 117/24 118/17 122/19 122/23 126/21 134/2 134/14 135/20 142/15 143/3 144/9 149/14 152/25 158/20 158/23 162/17 206/25 210/1 211/6 214/9 218/18 219/2 220/2 224/7 225/1 226/20 227/15 231/6 232/18 239/19 247/9 247/10 251/5 252/21 256/20 257/25 258/5 258/9 258/18 260/4 260/7 263/11 264/11

**become [17]** 23/1 23/14 23/15 24/19 106/8 112/3 113/17 118/13 120/15 127/20 128/17 164/18 198/6 209/16 210/6 210/11 215/5

**been [74]** 7/8 12/5 20/19 31/3 32/23 33/19 41/1 41/15 46/14 47/5 54/14 56/6 58/13 58/17 60/1 60/3 72/12 84/7 84/12 84/25 86/18 87/1 88/4 89/24 92/3 93/5 94/2 94/16 99/13 100/11 108/15 108/16 108/19 123/3 136/4 140/8 141/8 146/5 146/5 148/13 151/17 157/8 161/18 182/6 182/12 182/17 182/21 183/10 187/3 191/17 191/19 192/20 192/24 194/6 194/11 196/5 196/17 196/20 197/20 200/20 207/1 216/3 225/13 232/9 232/15 233/10 233/16 234/4 236/19 250/21 253/7 254/13 254/17 260/10

**before [45]** 1/8 18/16 19/1 19/13 19/24 20/20 31/16 31/21 36/25 56/18 57/7 65/6 95/14 97/25 99/15 99/16 100/24 108/24 125/3 127/24 136/6 150/5 152/18 153/10 161/16 185/8 188/25 198/3 200/22 203/13 204/19 207/1 210/14 225/6 230/21 238/17 241/11 247/16 252/16 257/4 257/4

257/1 257/4 260/11 261/10

**Beg [1]** 200/6

**began [8]** 85/11 106/22 107/7 113/11 128/4 140/25 207/10 209/5

**begin [4]** 19/14 152/18 204/6 215/1

**beginning [1]** 211/21

**Begins [1]** 176/8

**begun [1]** 122/17

**behalf [2]** 115/8 120/10

**behind [4]** 39/4 197/11 206/18 217/7

**being [53]** 7/17 8/11 12/11 18/15 22/6 31/18 32/2 40/9 42/1 42/4 42/6 47/18 49/20 50/6 56/8 62/23 65/9 75/13 75/24 83/23 87/18 101/1 111/8 120/19 127/13 127/23 129/25 130/1 134/21 134/24 135/3 136/11 144/6 151/16 174/7 176/24 177/5 177/14 183/11 186/12 199/15 199/17 206/25 239/2 245/7 246/19 249/14 249/15 254/18 256/20 258/17 259/8 263/23

**Bejarano [1]** 124/12

**belief [5]** 74/22 75/2 77/19 93/5 129/21

**believe [35]** 5/4 11/3 13/9 21/12 35/5 41/20 43/25 48/9 50/15 54/4 54/6 55/12 59/12 63/18 66/5 76/25 77/20 77/25 95/23 105/7 107/5 107/5 117/19 143/22 151/1 156/9 173/14 174/2 224/14 229/20 229/22 247/1 248/18 264/5 264/11

**believed [5]** 35/4 50/2 75/12 75/20 75/23

**Bello [4]** 247/6 256/5 257/10 257/24

**belong [3]** 190/7 190/8 190/9

**belonging [1]** 206/20

**below [8]** 16/20 137/7 137/9 137/12 137/17 137/23 138/7 242/18

**belts [1]** 263/10

**Benavidez [1]** 246/1

**bench [3]** 81/13 81/15 181/24

**benefit [11]** 26/24 27/14 27/17 28/9 30/15 30/16 30/18 30/25 31/1 41/5 155/18

**Berna [6]** 124/12 124/18 125/12 177/13 177/15 177/18

**Berrio [1]** 137/23

**best [6]** 45/19 104/24 163/16 195/16 198/25 240/10

**better [8]** 60/19 183/20 203/17 238/20 252/4 256/23 260/14 263/3

**between [37]** 14/10 29/23 33/15 36/18 36/20 57/10 63/23 73/12 78/17 83/2 85/12 102/19 110/16 111/5 115/1 121/3 124/17 129/16 130/8 130/12 142/16 146/17 174/15 185/12 185/17 199/22 203/8 203/12 203/24 209/21 210/24 211/2 211/23 219/13 219/21 220/12 235/5

**beyond [12]** 11/9 12/11 35/13 44/5 57/19 75/21 84/8 88/5 88/16 136/18 141/8 240/24

**bibliographic [1]** 199/8

**bibliography [3]** 190/22 199/10 199/11

**big [6]** 23/20 23/21 26/12 30/20 31/6 75/16

**biggest [1]** 14/22

**billions [1]** 118/1

**bills [1]** 199/20

**birth [2]** 205/9 205/12

**birthday [1]** 25/8

**bit [15]** 28/5 103/25 106/22 109/3 110/15 121/10 138/7 152/25 170/24 188/19 192/16 202/2 222/11 229/3 242/18

**black [2]** 16/25 17/15

**Blank [1]** 3/10

**blankrome.com [5]** 3/12 3/12 3/13 3/13

3/14

**bloc [8]** 126/4 126/5 126/5 126/8 126/10 180/10 180/13 181/5

**blocks [1]** 128/14

**blocs [8]** 11/14 116/12 116/15 164/2 164/2 166/25 180/6 180/7

**blowing [1]** 108/11

**blue [7]** 104/4 204/20 204/22 205/22 211/1 220/5 242/10

**blurt [2]** 182/4 263/23

**Blvd [2]** 3/18 265/17

**boats [5]** 134/6 139/25 140/4 144/11 150/16

**body [1]** 256/19

**Bogota [11]** 114/1 114/2 114/13 115/24 115/25 117/3 117/3 184/7 184/10 184/13 187/3

**boils [1]** 133/24

**Bolivia [6]** 109/1 109/2 109/4 109/10 109/18 110/3

**Bolivians [1]** 109/24

**bomb [1]** 124/23

**books [5]** 102/23 192/4 192/8 192/9 192/23

**boots [2]** 107/22 129/24

**border [3]** 132/18 161/5 218/8

**born [4]** 98/14 122/13 184/12 184/13

**both [14]** 36/25 105/13 105/13 105/20 110/21 115/8 118/23 178/1 191/23 193/5 193/6 227/14 229/18 241/20

**bottle [1]** 140/14

**bottled [1]** 149/22

**bottom [4]** 17/21 150/20 151/3 151/18

**bottoms [2]** 151/7 151/7

**Boulevard [1]** 1/13

**bounds [2]** 14/12 182/22

**box [2]** 137/12 137/13

**branches [1]** 115/14

**brand [2]** 218/20 221/25

**BRANDS [2]** 1/3 198/7

**B**

**break [11]** 66/24 67/1 67/8 72/5 95/14 113/4 113/11 153/11 156/12 222/10 223/7
**breakdown [1]** 80/25
**breaks [2]** 235/19 235/19
**breath [1]** 113/24
**bribe [4]** 39/21 39/22 41/23 44/2
**bribery [6]** 39/19 39/20 39/24 42/21 45/3 212/22
**brick [1]** 103/2
**bricks [1]** 151/10
**brief [5]** 19/22 98/1 114/18 173/12 181/19
**briefed [3]** 114/23 114/25 236/19
**briefing [9]** 19/21 112/13 112/13 112/14 117/22 169/23 224/6 225/22 229/3
**briefings [5]** 114/20 114/23 117/23 118/4 227/13
**briefly [17]** 19/13 98/11 99/1 99/14 107/10 107/15 118/9 120/1 120/2 125/11 125/11 187/11 203/13 209/1 215/22 216/17 219/18
**briefs [4]** 105/9 116/21 116/24 153/13
**Brigades [1]** 117/12
**bring [16]** 9/23 21/14 67/22 96/16 112/10 156/15 182/9 217/4 250/9 250/14 251/23 252/5 252/7 252/8 252/9 255/19
**bringing [1]** 211/5
**Britain [1]** 191/24
**Briton [1]** 191/22
**broke [1]** 241/12
**broken [3]** 42/2 42/4 42/6
**brother [2]** 104/5 178/1
**brother-in-law [1]** 104/5
**brothers [7]** 113/9 123/25 124/10 124/18 125/12 177/8 218/3
**brought [4]** 104/9 237/8 239/4 253/12
**Broward [2]** 3/18 265/17

**brush [1]** 108/21
**buck [2]** 48/3 116/14
**build [1]** 150/21
**building [2]** 115/17 194/4
**bunch [1]** 243/21
**burden [1]** 229/5
**burdens [1]** 229/8
**burn [1]** 105/13
**burning [1]** 108/11
**bus [12]** 34/24 35/14 35/19 36/16 36/25 37/19 37/24 38/10 38/10 38/11 38/16 39/2
**bush [2]** 114/22 127/18
**business [22]** 29/1 30/6 30/12 30/16 30/18 30/24 32/1 36/16 37/1 37/7 38/21 39/4 39/5 76/22 127/6 127/10 152/6 162/12 162/19 179/4 209/14 209/16
**businesses [11]** 23/9 23/20 23/21 23/22 34/5 34/9 61/20 120/6 120/8 120/9 120/9
**busy [2]** 102/17 114/7
**but [174]** 5/5 7/5 8/22 9/13 10/6 11/3 13/16 14/15 16/16 18/6 19/7 19/25 20/24 21/7 23/7 24/14 28/12 30/9 32/21 33/22 35/5 38/24 39/2 40/1 41/15 41/16 42/17 43/23 43/25 47/21 49/1 49/5 49/16 50/9 53/15 53/19 55/10 56/6 59/14 62/6 62/9 65/20 66/5 69/5 69/18 71/2 74/2 74/16 74/22 75/9 76/3 77/25 78/18 81/18 85/18 88/19 90/23 93/21 93/24 104/20 105/24 107/6 111/24 113/4 113/13 114/21 115/17 116/11 116/13 117/12 117/20 124/15 129/18 133/12 134/4 140/23 141/13 142/13 142/17 143/4 143/4 143/23 144/2 152/12 154/17 155/9 155/17 156/7 159/16 161/22 162/17 166/15 168/10 168/25 169/12 169/16 171/8 171/11

172/1 176/9 177/5 179/22 179/24 184/15 190/21 191/18 192/3 192/17 193/11 195/3 196/10 197/24 198/3 199/20 200/11 204/2 205/4 206/19 208/6 210/14 211/4 212/11 213/10 214/17 214/22 216/23 217/16 219/7 219/22 220/11 222/4 225/17 225/24 227/8 227/20 229/8 230/13 233/3 235/25 236/2 237/12 237/25 238/10 238/20 238/25 239/4 239/10 241/18 242/9 244/12 247/3 248/7 248/11 250/7 250/11 250/18 250/23 250/24 252/11 252/14 252/16 253/14 254/14 254/23 255/2 256/4 261/22 262/4 262/7 262/12 262/19 263/6 263/9 264/10
**But I [1]** 69/18
**buy [5]** 30/5 43/9 43/11 43/13 43/14
**buying [1]** 29/16

**C**

**C-E-R-T-I-F-I-C-A-T-E [1]** 265/10
**cabinet [1]** 193/6
**Cali [6]** 113/8 113/11 123/19 124/1 126/1 210/6
**California [2]** 131/19 132/6
**call [18]** 38/11 39/22 41/5 103/5 156/7 189/24 197/6 197/7 205/5 205/10 211/23 214/21 221/2 232/8 233/19 234/8 234/15 234/15
**called [21]** 5/1 48/22 49/7 49/21 50/16 55/21 72/7 103/1 107/13 115/6 120/4 125/2 140/16 144/20 200/5 205/10 214/9 214/14 214/24 217/10 218/14
**calls [2]** 97/2 183/3
**Cambridge [1]** 187/18
**came [19]** 13/23 24/20 24/25 25/6 26/8 27/25 54/10 55/5 55/17 60/6 80/1

127/19 148/3 218/4 254/4 257/1 257/18 262/25 263/20
**camouflaged [3]** 108/22 147/8 147/10
**campaign [3]** 207/25 208/3 208/5
**Campesinas [4]** 126/24 218/22 218/24 218/25
**can [200]** 9/23 10/15 14/7 16/13 18/6 18/24 19/13 20/25 21/19 21/25 23/13 23/13 23/14 23/15 23/17 27/4 28/14 28/19 39/1 40/22 44/16 45/5 51/23 52/13 55/19 56/18 56/21 57/13 59/3 67/7 67/21 68/14 69/1 69/18 70/19 72/4 77/24 84/3 85/6 85/22 86/12 89/18 89/22 93/22 95/16 96/3 97/9 98/11 99/1 99/4 100/22 101/10 102/14 105/22 106/24 108/2 108/17 109/18 110/8 110/12 112/3 112/7 112/19 118/9 118/15 118/16 119/10 122/1 122/10 124/5 124/17 125/22 129/11 129/13 131/10 131/22 132/3 132/7 133/5 133/12 133/21 134/4 137/1 140/19 141/4 141/5 142/10 142/17 142/19 143/19 145/2 147/8 147/9 148/5 148/23 148/25 149/11 149/12 149/18 152/23 152/24 153/7 155/1 155/8 156/6 156/6 160/13 164/8 164/9 165/5 172/18 173/14 175/23 176/22 176/22 179/11 179/17 179/18 179/21 181/13 183/18 185/5 185/8 185/9 185/10 185/19 186/5 186/9 187/5 188/2 188/19 189/10 189/10 191/8 192/5 192/16 195/9 196/3 197/9 199/11 203/3 203/6 203/13 203/16 203/17 204/20 205/24 207/2 207/18 209/1 211/14 211/23 215/22 216/16 217/22 219/18 220/3 221/2 221/7 222/23 223/6

224/9 224/13 224/14 224/17 225/11 225/16 226/11 226/23 230/10 230/12 230/13 230/14 230/15 230/25 231/22 233/18 233/20 233/22 233/25 235/3 238/13 238/20 240/15 240/16 240/21 243/10 245/20 246/9 246/24 247/4 252/11 254/5 255/8 258/2 259/7 261/2 262/6 263/5 263/20
**can't [25]** 6/6 6/10 13/12 13/18 16/18 17/6 17/13 19/23 31/12 35/12 49/16 49/18 60/10 66/5 75/9 81/25 154/15 169/6 178/11 195/3 224/19 232/22 234/15 236/1 241/13
**Canadian [1]** 104/4
**candle [1]** 105/13
**cannabis [1]** 208/21
**canned [1]** 149/22
**cannot [3]** 186/14 227/5 233/4
**canopied [1]** 108/21
**canopies [1]** 108/22
**cans [1]** 156/8
**capabilities [4]** 207/24 207/24 219/24 220/14
**capable [1]** 150/2
**capacities [1]** 213/11
**capacity [3]** 38/7 123/14 129/14
**capital [1]** 184/10
**capitalize [1]** 30/21
**caps [1]** 243/21
**captured [1]** 213/8
**care [1]** 150/18
**career [9]** 23/19 27/21 102/6 111/4 118/7 119/18 131/4 148/17 152/12
**careful [1]** 14/13
**cargo [7]** 98/18 147/5 147/15 147/20 152/1 152/2 152/8
**Caribbean [15]** 106/15 107/2 107/2 107/6 111/9 133/2 134/11 134/20 134/21 134/22 140/9 149/7 212/15 218/6 218/7
**Carlos [11]** 85/13 124/10 144/16 145/10 145/12 145/12 178/1 180/18 218/4 247/6

**C**

**Carlos... [1]** 256/4
**Carolina [3]** 100/7
100/14 113/18
**carried [1]** 243/6
**carry [1]** 148/25
**carrying [1]** 150/10
**Cartagena [1]**
114/22
**cartel [31]** 103/12
113/7 113/8 113/11
113/13 113/13 113/15
116/9 116/14 123/19
123/20 124/14 125/1
126/1 127/11 127/21
130/4 133/24 164/1
164/6 166/19 210/1
210/2 210/5 210/6
211/25 215/18 215/20
218/5 220/9 222/5
**cartelization [4]**
209/1 209/22 209/25
210/25
**cartels [41]** 99/9
102/17 104/6 104/17
104/22 105/12 106/11
107/5 109/8 109/10
110/2 110/20 111/3
111/5 111/6 111/13
111/17 111/20 111/21
112/16 112/18 112/21
112/22 112/25 113/6
113/11 115/1 115/2
115/21 118/10 118/18
119/25 119/25 123/24
124/3 130/4 147/6
150/1 209/6 210/3
210/11
**cascading [1]** 224/7
**case [91]** 1/2 5/1
5/25 7/15 8/9 11/23
12/21 20/16 20/21
22/8 31/20 31/21 48/8
55/17 58/3 62/3 63/17
66/3 66/6 67/2 74/3
76/9 76/25 84/7 88/10
88/15 95/8 95/15 98/2
98/12 104/7 120/16
121/2 121/8 121/12
122/2 135/21 141/3
141/7 142/25 146/4
152/19 153/25 154/6
154/25 156/4 167/13
168/19 189/9 189/11
190/8 190/17 190/20
198/6 198/10 199/15
199/19 200/23 203/22
210/18 211/9 220/11
222/13 222/15 226/6
227/4 227/6 228/23
228/24 228/25 230/3

230/5 230/15 230/16
230/18 230/20 232/18
232/19 233/1 234/3
234/4 236/9 239/22
243/9 250/21 251/3
251/15 252/8 252/17
256/20 264/4
**cases [7]** 20/15
157/8 202/12 205/2
206/19 229/23 236/8
**cash [1]** 104/12
**Castano [25]** 85/13
85/14 85/15 85/17
88/19 124/10 124/17
125/12 143/4 144/16
144/16 145/6 145/10
145/12 145/12 177/8
177/9 177/10 177/24
177/24 179/22 179/23
180/18 218/3 218/4
**Castro [1]** 34/2
**Castro's [1]** 34/4
**casualty [1]** 194/10
**catch [11]** 155/13
155/14 155/17 155/25
156/2 156/6 173/12
262/1 264/7 264/8
264/14
**Catherine [1]** 246/1
**cattle [1]** 214/10
**cause [1]** 90/14
**caused [2]** 36/3 41/1
**CCTV [2]** 54/9 54/13
**cease [2]** 219/10
219/11
**ceasefire [1]** 221/16
**cell [1]** 103/7
**cellphones [1]** 103/3
**center [8]** 3/10
128/20 184/21 195/14
196/1 200/16 214/16
215/12
**central [16]** 7/4 8/7
16/2 98/13 107/8
111/9 122/4 130/1
133/7 134/25 139/22
140/2 140/9 149/7
194/15 212/13
**Centro [1]** 196/1
**CERAC [10]** 184/20
195/9 195/10 195/22
196/13 197/14 199/13
200/13 202/9 206/15
**certain [14]** 28/6
41/10 58/7 63/22
77/25 180/7 202/21
214/15 223/21 228/8
232/8 232/17 233/25
237/1
**certainly [23]** 7/5
16/23 19/1 19/18
32/20 32/21 35/4

35/11 36/19 42/3 48/9
48/16 50/2 74/22
122/8 224/18 228/4
228/7 235/25 246/23
250/11 252/14 256/4
**certainty [1]** 24/21
**certificate [1]**
187/25
**certificates [2]**
205/8 205/9
**certify [1]** 265/12
**cetera [3]** 11/20
11/20 262/10
**CFR [1]** 86/11
**chain [3]** 62/22
143/2 214/22
**challenge [1]** 14/11
**challenges [1]** 14/5
**challenging [1]**
13/11
**chance [5]** 18/14
223/25 237/6 237/21
241/13
**change [2]** 30/5
248/16
**changed [1]** 208/16
**changes [2]** 30/19
202/14
**Chapel [2]** 100/7
100/7
**chapters [1]** 192/8
**characteristics [1]**
190/11
**characterization [2]**
35/10 71/15
**characterize [1]**
74/13
**characterized [2]**
38/23 70/25
**charge [10]** 110/23
113/18 159/2 169/6
216/12 231/8 259/11
259/16 259/17 259/25
**charged [70]** 74/8
76/5 76/12 76/19
76/23 77/4 78/11
167/20 168/2 168/10
169/3 169/8 169/9
169/12 179/25 237/15
239/21 239/25 240/5
240/9 241/1 241/16
243/16 243/19 244/3
244/7 244/19 244/24
245/4 245/7 245/7
247/11 247/14 249/15
250/15 250/18 250/21
250/24 251/7 251/10
251/16 251/16 251/20
251/21 251/22 251/24
253/2 253/7 253/13
253/24 254/6 254/8
255/18 257/2 257/22

258/5 258/7 258/12
258/14 259/6 259/22
260/8 260/19 260/25
261/4 261/7 261/24
263/1 263/23 264/1
**charges [20]** 80/8
141/17 142/5 157/11
157/16 221/11 239/3
239/6 239/8 244/13
251/12 254/11 254/12
254/13 255/19 256/20
259/12 261/13 261/17
262/10
**charging [20]** 19/24
79/21 153/13 224/8
226/9 226/12 231/3
231/4 231/23 239/20
240/9 241/2 247/2
251/13 254/12 254/20
254/24 256/25 259/4
260/18
**chart [6]** 137/5
137/5 137/7 137/8
144/14 144/24
**charts [2]** 9/20 16/20
**Chaverra [8]** 241/21
245/25 248/12 249/3
249/25 254/19 255/1
255/1
**check [2]** 71/7 242/2
**checked [1]** 17/24
**chemical [1]** 209/19
**chemicals [1]** 108/8
**chemists [2]** 127/22
127/25
**Chicken [1]** 145/23
**chief [9]** 37/16 37/17
38/8 61/21 112/4
114/5 118/13 118/18
119/3
**children [1]** 155/12
**Chimborazo [1]** 2/10
**CHIQUITA [126]** 1/3
15/14 29/6 29/14 30/3
30/4 30/12 30/15
30/19 30/25 31/4 31/6
31/16 31/25 32/6
34/24 35/3 35/5 35/8
35/12 36/8 36/15
36/16 36/19 36/24
37/1 37/4 37/17 37/19
37/23 38/8 38/8 38/13
38/15 38/20 39/1
39/12 39/13 39/14
41/7 41/9 41/23 43/24
45/12 45/14 46/9 47/1
47/5 47/10 47/10 54/2
54/3 54/14 54/25
52/0 56/2 57/10
59/10 61/9 61/17
61/19 61/21 62/23
64/16 64/21 65/7

65/14 65/18 65/23
66/10 66/13 66/13
66/14 70/13 71/8
71/18 71/24 72/11
72/21 72/25 73/5 73/7
73/18 73/19 73/24
74/8 74/17 74/23 75/5
75/14 76/5 76/24 77/3
77/16 77/21 78/12
78/16 78/19 79/7
79/11 79/19 80/4 80/7
80/10 80/23 81/9
83/23 84/12 84/25
85/11 87/5 87/9 87/10
87/18 92/2 94/16
94/22 95/6 96/23 97/2
161/16 198/7 251/10
253/2 254/8 259/1
**Chiquita's [16]**
12/16 12/23 13/5 36/3
61/5 61/14 65/18
71/25 72/17 72/20
74/12 80/20 81/6
85/16 185/13 203/8
**choice [2]** 23/19
264/22
**choices [2]** 23/13
23/16
**choose [4]** 23/13
23/14 23/15 234/15
**chose [1]** 101/3
**Christmas [1]** 25/1
**chronology [1]**
170/12
**church [1]** 206/9
**church-based [1]**
206/9
**CIA [3]** 166/10
166/15 166/17
**Cincinnati [14]** 3/11
37/12 46/9 48/15
50/10 61/5 61/6 61/7
61/14 61/15 61/15
61/18 61/20 61/22
**cioffi [7]** 3/7 3/12
4/6 56/21 223/12
223/16 227/24
**Cioffi's [1]** 256/12
**circle [1]** 126/2
**circles [1]** 200/25
**circumstances [5]**
26/4 26/25 28/23
225/1 232/16
**circumvent [1]**
105/22
**citation [2]** 8/22
247/5
**citations [1]** 119/20
**cited [1]** 121/20
**cities [2]** 9/14
220/10
**city [3]** 114/25 118/8

**C**

**city... [1]** 184/21
**civilians [5]** 129/17
190/9 207/22 208/7
208/9
**claim [9]** 66/12
66/20 225/8 226/13
229/10 229/11 229/14
229/20 258/11
**claimed [5]** 72/17
168/8 226/10 249/23
252/9
**claiming [1]** 259/14
**claims [7]** 65/9
65/14 65/17 65/20
72/19 225/12 230/19
**clarification [3]** 5/12
5/16 141/23
**clarifies [2]** 165/3
178/21
**clarify [1]** 213/2
**clarity [1]** 231/17
**clashes [1]** 7/1
**class [1]** 102/1
**classes [1]** 188/13
**classifications [1]**
205/15
**classified [1]** 205/1
**classify [2]** 205/15
206/18
**clear [18]** 15/8 18/24
19/2 85/18 88/19
106/10 183/15 210/23
240/12 241/20 247/1
247/12 250/6 254/24
255/4 256/25 260/4
262/7
**clearly [10]** 13/3
180/8 192/17 227/3
239/22 241/4 245/20
246/12 255/22 263/14
**clicked [1]** 130/3
**client [3]** 228/12
256/14 257/16
**clients [1]** 23/24
**clock [1]** 128/2
**close [10]** 27/4
66/25 97/9 97/20
108/13 133/23 183/12
211/2 230/20 253/21
**closed [3]** 206/14
211/8 232/23
**closely [1]** 241/3
**closest [1]** 140/14
**closing [7]** 19/17
20/5 153/24 156/10
231/9 235/17 257/24
**co [6]** 192/4 212/18
212/21 213/3 213/8
215/8
**co-edited [1]** 192/4

**co-opt [2]** 212/18
212/21
**co-opted [3]** 213/3
213/8 215/8
**coalesce [1]** 209/5
**coast [7]** 134/5
134/10 150/3 150/9
150/9 212/15 218/7
**coastal [3]** 130/22
134/7 134/12
**coastline [2]** 132/19
132/24
**coca [22]** 128/9
128/10 128/11 128/15
128/15 128/18 128/18
128/21 128/21 128/21
128/25 129/14 129/22
130/9 130/20 132/9
179/25 209/17 209/18
209/18 214/22 214/25
**cocaine [77]** 99/11
102/22 102/24 103/19
103/20 104/9 106/11
107/18 108/7 108/8
108/10 108/12 108/24
108/25 109/23 110/5
110/11 111/8 111/13
111/16 111/18 111/21
116/11 123/11 123/12
126/19 127/20 128/1
130/10 131/5 131/11
131/18 132/5 132/9
132/12 132/18 133/1
133/7 133/10 133/16
133/18 133/25 134/15
134/18 134/19 134/21
134/24 135/1 135/7
138/17 139/2 139/6
139/12 139/20 139/21
140/2 140/4 146/19
146/24 148/4 149/15
150/11 150/24 151/8
151/10 151/17 152/9
159/17 159/19 160/21
161/3 161/4 161/10
208/22 209/20 214/24
214/25
**cocoa [6]** 108/13
108/17 109/2 110/6
127/18 128/4
**CODEL [1]** 118/3
**cognizant [1]** 12/20
**Cohen [2]** 2/16 2/20
**cohenmilstein.com
[3]** 2/18 2/18 2/21
**coined [1]** 218/13
**Cold [2]** 213/21
213/24
**collaborated [1]** 6/7
**collaboration [1]**
7/10
**collate [1]** 206/8

**collated [1]** 206/15
**colleagues [2]** 6/19
195/14
**collect [1]** 101/9
**Collecting [1]**
101/18
**collection [1]** 109/9
**college [5]** 99/16
99/19 100/14 100/16
187/20
**colleges [2]** 100/9
100/10
**COLLINGSWORTH
[1]** 2/12
**Colombia [186]** 16/2
29/8 29/15 30/5 30/6
31/5 31/8 31/17 32/1
32/4 33/6 33/16 33/22
35/9 36/17 36/19
36/24 36/25 37/5
37/14 37/19 37/24
38/16 38/21 39/1
39/11 41/14 46/12
46/14 46/17 46/23
47/2 50/9 50/12 51/1
51/5 51/16 51/22 52/4
52/9 52/10 53/4 53/8
53/17 55/18 55/21
61/9 62/21 65/14
65/19 66/10 66/13
75/6 75/16 76/23
103/22 104/8 104/14
105/7 105/16 106/9
106/11 106/12 107/19
108/25 109/4 109/18
111/9 112/23 114/2
114/5 114/6 114/9
114/13 114/19 114/23
115/5 115/7 115/10
115/15 115/15 115/17
116/5 117/9 117/12
117/24 118/2 118/10
118/17 118/20 118/21
122/4 122/16 123/14
124/3 126/13 127/16
128/9 130/23 132/13
132/19 134/1 134/19
134/24 135/3 135/10
137/18 139/7 139/12
139/21 142/1 142/9
142/11 142/16 146/20
146/22 150/9 159/15
161/4 161/6 162/4
162/11 168/4 169/9
170/10 174/18 184/8
184/10 184/14 185/24
189/2 189/6 190/20
191/4 192/1 194/4
194/7 195/15 196/10
197/13 199/9 199/14
200/10 200/12 202/6
202/15 203/22 203/22

204/14 204/15 204/23
205/19 206/22 206/25
208/16 208/17 208/23
209/23 211/1 211/9
211/18 214/9 214/21
217/1 219/17 219/18
220/4 220/10 220/17
221/19 221/22 222/1
222/4 241/16 244/4
244/19 244/25 245/4
251/10 253/7 253/12
254/6 254/8 262/13
262/17 263/24
**Colombian [76]** 8/4
32/18 32/23 39/19
39/20 40/15 41/6
41/16 41/20 41/23
72/1 81/6 89/5 89/14
91/8 98/15 102/16
103/10 103/24 104/6
105/4 105/6 105/10
106/21 107/20 107/22
108/5 109/8 109/9
109/23 110/2 110/20
111/3 111/5 111/13
111/20 111/21 112/16
112/21 113/10 114/10
115/1 115/8 116/23
117/9 119/25 122/14
126/4 126/5 130/4
131/18 134/8 142/9
150/1 150/3 150/24
166/19 169/19 193/3
195/20 196/17 201/21
204/10 208/2 212/9
215/18 216/1 216/7
218/6 219/21 219/24
221/3 221/12 221/12
237/13 258/25
**Colombians [2]**
109/9 111/15
**color [1]** 128/12
**Columbia [1]** 86/17
**combination [1]**
189/7
**come [29]** 18/6
18/13 21/16 26/17
27/17 106/14 106/21
107/13 118/18 118/21
119/8 128/3 131/4
141/2 148/1 148/2
163/22 171/10 200/11
202/1 202/6 202/16
213/1 222/24 225/8
226/14 228/20 235/22
263/25
**comes [12]** 10/7
26/22 112/1 136/23
149/2 153/10 153/25
202/12 202/15 205/7
215/5 256/15
**coming [11]** 5/5

12/21 18/16 53/16
103/3 106/11 110/7
114/23 117/5 200/9
200/20
**Comisky [1]** 3/10
**command [3]** 62/22
116/15 143/2
**commander [3]**
167/6 167/9 169/2
**commanders [7]**
137/15 137/15 137/17
137/24 138/1 167/1
167/3
**commenting [1]**
10/19
**commercial [8]**
98/18 124/22 124/23
147/5 147/20 148/17
151/21 151/24
**commit [1]** 235/12
**commitment [2]**
235/2 235/3
**committed [3]** 41/10
77/17 77/22
**commodities [3]**
147/9 147/12 152/2
**commodity [2]**
148/23 149/23
**common [8]** 20/17
103/1 105/8 152/7
152/8 207/7 218/19
229/11
**communicate [1]**
217/17
**communicated [1]**
232/6
**communication [1]**
217/16
**communist [3]** 33/6
33/15 213/25
**communists [2]**
33/21 214/2
**community [4]**
100/10 100/14 200/16
200/17
**companies [21]**
23/24 75/3 75/6 75/11
75/13 75/24 98/19
147/5 147/7 147/15
147/21 147/23 147/25
148/1 148/8 148/17
149/2 151/13 151/22
151/25 152/12
**company [30]** 23/25
29/9 29/19 31/22
32/14 64/13 73/8 73/9
73/22 73/25 75/16
76/22 76/24 77/3 77/4
77/5 77/7 77/12 77/24
78/1 78/3 78/17 82/24
90/5 94/9 148/3 152/1
152/9 261/6 261/23

**C**

**company's [1]** 147/16

**compartment [1]** 148/25

**compartments [1]** 151/7

**compensated [1]** 199/15

**compete [1]** 209/7

**competence [1]** 63/10

**competing [1]** 260/5

**compile [1]** 196/17

**complete [6]** 51/20 129/19 154/25 196/17 198/24 226/19

**completed [5]** 76/4 150/6 219/6 227/6 227/14

**completely [7]** 16/7 153/4 166/18 208/16 227/11 254/2 257/6

**completeness [4]** 70/18 71/17 71/24 165/3

**complex [3]** 99/8 102/12 118/24

**complexity [1]** 119/7

**complicated [1]** 102/4

**concentration [2]** 219/11 221/6

**concern [5]** 10/21 12/11 12/12 14/22 17/18

**concerned [4]** 50/19 154/2 228/9 229/2

**concerning [4]** 39/8 61/17 176/17 192/12

**concerns [3]** 75/3 257/10 257/17

**conclude [3]** 53/7 166/17 185/25

**concluded [1]** 53/17

**conclusion [9]** 16/19 17/7 17/8 53/16 94/15 94/21 94/21 201/11 227/4

**conclusions [6]** 16/1 17/13 198/15 199/5 200/1 263/20

**concrete [1]** 29/5

**condition [1]** 127/16

**conditions [2]** 32/7 220/16

**conduct [15]** 26/21 26/22 26/25 27/14 27/15 28/9 28/10 28/12 90/14 103/23

120/9 135/22 191/11 201/10 207/25

**conducted [6]** 70/16 74/7 77/11 80/21 81/7 90/15

**conducting [5]** 71/23 102/12 184/16 208/3 208/4

**confer [1]** 18/3

**conference [7]** 19/24 153/13 224/8 226/12 231/4 231/8 231/23

**conferences [1]** 193/12

**confidence [8]** 44/22 44/24 45/2 45/6 45/7 89/4 89/9 252/11

**confident [1]** 235/3

**confined [1]** 220/12

**confirm [1]** 247/4

**confirmation [1]** 96/1

**conflated [1]** 229/19

**conflation [1]** 229/11

**conflict [80]** 5/22 6/25 7/6 7/20 7/23 7/24 8/4 8/12 13/25 185/15 185/24 186/8 186/20 186/21 186/23 186/24 187/23 188/14 188/15 188/18 188/18 188/24 189/3 189/6 189/9 189/14 189/19 189/22 190/2 190/14 190/20 192/12 192/13 193/7 193/15 193/17 193/19 193/19 193/23 194/2 194/6 194/10 194/11 194/16 195/14 195/15 195/19 195/25 196/3 196/8 196/9 196/12 196/17 196/20 196/22 197/5 197/12 197/24 198/23 199/14 203/10 203/14 203/15 203/23 204/3 204/6 204/10 206/2 206/2 206/3 206/3 206/21 206/25 207/2 207/3 207/7 207/10 208/1 212/4 221/24

**conflicted [1]** 191/25

**conflicting [2]** 247/7 260/7

**Conflictos [1]** 196/1

**conflicts [4]** 188/16 188/20 189/12 201/22

**confrontation [3]** 203/16 203/22 203/24

**confused [2]** 229/16 260/16

**confusing [3]** 237/15 254/20 258/22

**congress [4]** 114/21 118/2 219/15 219/24

**congressional [3]** 114/21 117/21 118/4

**congressmen [1]** 104/14

**connect [1]** 112/15

**connected [2]** 112/15 206/2

**connecting [2]** 111/18 118/18

**connection [38]** 11/15 71/16 76/3 111/5 115/1 115/15 130/5 138/4 151/25 190/25 239/21 239/25 241/1 241/16 244/4 244/12 244/20 245/5 245/8 247/15 250/8 251/11 251/20 253/8 253/13 254/8 255/18 255/19 257/2 258/8 258/12 259/6 259/9 260/20 261/5 261/14 263/24 264/1

**Conrad [3]** 2/5 2/9 2/13

**conradscherer.com [2]** 2/7 2/11

**consequence [1]** 32/3

**consequences [6]** 26/2 26/22 27/1 27/18 28/11 28/14

**conserve [1]** 105/19

**consider [7]** 26/4 63/6 123/7 143/11 151/24 198/11 230/9

**considered [5]** 7/6 58/14 74/11 146/12 186/15

**considering [1]** 53/3

**considers [1]** 227/22

**consistent [8]** 35/7 36/7 178/22 179/6 182/13 182/19 182/20 182/23

**consolidated [2]** 236/8 236/10

**conspiracy [18]** 138/21 244/24 245/2 245/8 250/16 252/17 253/8 259/11 259/12 259/16 259/17 259/25 260/8 260/24 260/25 261/10 261/15 261/17

**constant [1]** 113/13

**constantly [6]**

114/20 118/3 119/8 148/4 148/4 148/6

**constitution [2]** 216/25 217/2

**Constitutional [1]** 207/20

**consult [1]** 21/4

**consultancy [1]** 194/1

**consultant [1]** 43/24

**consultation [2]** 86/21 234/24

**consulted [4]** 37/18 37/23 38/5 39/3

**consulting [1]** 120/4

**contact [3]** 117/4 200/14 200/15

**contacted [2]** 198/7 200/10

**contacts [2]** 122/21 212/20

**contain [1]** 196/19

**container [1]** 147/11

**containers [1]** 257/15

**contains [1]** 243/5

**contention [2]** 244/2 263/16

**context [3]** 189/18 255/2 263/7

**continually [1]** 202/11

**continue [9]** 22/15 38/17 45/2 45/6 64/16 68/2 93/22 127/5 127/9

**continued [11]** 2/1 3/1 38/13 112/15 128/22 201/21 202/9 212/10 221/1 221/1 221/2

**continuing [4]** 38/9 45/7 101/22 102/3

**continuity [1]** 152/7

**continuous [2]** 214/8 220/7

**contracts [1]** 113/22

**contrary [1]** 95/7

**contrasting [1]** 16/13

**control [22]** 8/5 86/16 128/18 129/15 129/19 130/9 144/21 209/8 209/13 211/7 212/1 212/18 212/21 212/24 214/18 216/2 216/7 216/20 216/20 217/4 217/6 221/2

**controlled [1]** 159/17

**controls [3]** 160/21 161/3 210/2

**conveniently [1]** 257/14

**conversations [1]** 63/23

**convicted [11]** 77/5 92/7 104/14 141/16 141/20 142/5 146/6 167/21 168/6 168/10 250/1

**conviction [2]** 79/7 250/7

**convivir [18]** 48/14 48/18 48/21 48/22 48/22 49/2 49/7 49/13 49/21 50/1 50/7 85/17 215/22 215/24 216/13 216/16 216/17 217/8

**convivirs [4]** 49/3 213/15 216/14 217/7

**cooperation [2]** 217/10 219/20

**coordinated [1]** 157/9

**coordinating [1]** 117/8

**coordinator [1]** 112/3

**copy [6]** 56/22 161/24 182/4 194/18 242/8 255/5

**Cordoba [8]** 126/24 139/8 218/22 218/23 218/23 218/24 218/25 221/6

**corner [7]** 17/21 145/6 242/11 242/13 242/16 242/16 242/18

**corporate [4]** 23/4 28/25 45/12 120/4

**Corporation [3]** 169/25 170/2 170/8

**corporations [8]** 23/9 23/20 23/21 23/24 32/19 32/21 32/25 35/9

**correct [157]** 5/20 5/21 10/3 10/4 11/25 12/2 23/2 23/5 23/9 23/25 24/13 24/16 25/3 25/8 26/9 26/13 27/25 29/2 29/3 29/17 30/12 36/4 37/10 37/14 37/15 38/17 39/9 39/10 39/12 39/14 43/14 43/21 43/24 45/18 45/20 46/3 46/6 46/10 46/18 47/3 47/15 47/16 47/19 47/25 48/2 48/5 50/20 58/14 65/10 71/11 72/10 73/14 74/1 74/10 74/19 76/6

**C**

**correct... [101]** 77/6 77/12 78/8 79/13 79/22 80/24 82/25 83/4 84/13 84/17 89/2 89/3 95/4 96/5 110/17 114/12 114/12 123/20 123/23 128/16 128/19 133/19 139/11 142/22 145/8 145/18 154/1 157/11 157/14 157/17 158/2 158/5 158/9 158/14 158/20 158/22 159/6 159/14 159/17 160/15 161/25 162/4 162/6 162/9 162/12 162/14 162/16 162/19 162/22 163/8 163/18 163/20 163/21 163/23 163/25 165/9 165/12 167/1 167/4 167/5 167/7 167/8 167/10 167/11 167/22 167/25 168/11 168/12 168/13 169/7 169/10 169/14 170/15 170/19 171/1 171/12 171/15 171/18 172/2 172/5 175/9 175/10 175/12 175/13 175/19 178/5 182/14 182/24 187/9 237/15 237/19 242/20 249/15 255/11 256/12 257/23 258/18 259/18 259/19 260/21 261/1
**corrected [2]** 16/4 176/16
**correction [1]** 179/9
**corrective [1]** 264/5
**correctly [4]** 161/11 163/12 165/1 165/25
**correlation [2]** 185/12 203/8
**corridor [1]** 107/8
**corridors [1]** 107/3
**Corrupt [3]** 42/9 42/10 42/22
**Costa [10]** 110/17 110/19 110/20 111/12 111/15 111/16 111/21 112/20 134/13 148/2
**Costa Rica [1]** 112/20
**costs [1]** 180/24
**could [78]** 8/23 9/16 9/17 9/17 11/17 12/13 13/15 14/6 14/22 16/15 26/2 27/7 27/10 29/22 41/23 45/13 45/19 60/16 63/20 64/16 70/15 77/10

79/14 85/19 88/20 89/11 97/8 105/12 107/15 107/20 108/18 109/12 112/25 115/10 120/8 122/19 125/10 127/18 128/1 128/11 130/23 133/14 136/17 138/7 140/12 143/14 143/24 144/5 145/1 147/9 147/11 149/6 150/8 150/14 157/21 160/8 160/22 163/1 164/17 164/21 165/20 171/25 173/24 173/25 175/14 176/5 195/3 201/15 207/6 232/15 236/1 239/3 246/7 246/9 251/6 258/10 264/17 264/23
**couldn't [3]** 158/13 158/19 158/22
**counsel [26]** 18/3 18/25 29/1 45/11 45/12 46/9 56/17 56/18 63/24 68/17 95/3 95/7 164/8 173/13 173/19 175/15 175/19 175/25 178/19 179/14 180/6 182/7 182/14 232/7 234/25 248/22
**counsels [1]** 198/7
**count [2]** 60/24 235/17
**counterparts [2]** 108/5 116/23
**counting [1]** 235/18
**countries [11]** 107/11 110/21 111/13 114/10 189/4 194/6 194/12 194/14 194/14 194/15 194/16
**country [30]** 101/3 115/12 119/14 134/12 134/13 139/7 180/15 184/11 186/24 189/1 189/4 191/24 195/13 195/17 195/17 196/7 197/18 203/16 203/21 204/24 206/25 212/13 212/14 212/15 214/16 214/17 215/12 218/6 218/8 219/12
**country's [1]** 72/21
**countryside [4]** 207/23 212/21 217/18 220/12
**counts [3]** 77/17 77/17 77/22
**county [2]** 99/18 103/10
**couple [14]** 19/15

19/23 63/13 88/22 113/22 114/24 153/11 155/4 187/18 187/23 200/13 228/1 231/15 238/24
**course [34]** 9/13 26/21 26/22 26/23 26/24 27/14 27/14 28/9 28/10 28/12 94/8 102/2 102/6 104/22 116/12 118/25 123/3 125/12 126/4 126/15 127/23 129/18 131/3 171/23 188/21 190/14 196/10 197/16 201/24 209/20 240/4 249/8 253/9 253/23
**courses [1]** 100/4
**court [44]** 1/1 3/17 5/1 7/9 12/14 12/15 12/19 19/18 19/20 19/23 78/16 79/6 82/21 101/11 141/21 141/21 146/6 152/25 154/9 157/8 157/21 160/3 160/18 160/18 162/3 182/1 182/18 183/1 198/3 198/4 221/12 225/15 225/21 227/5 227/22 231/3 240/3 249/21 251/6 253/17 257/4 260/15 260/17 265/16
**court's [6]** 13/16 14/20 16/22 81/20 156/7 182/22
**courtroom [8]** 22/3 67/5 67/24 95/18 96/18 152/22 156/19 222/22
**cover [2]** 180/13 181/5
**coverage [1]** 61/17
**covered [4]** 180/5 180/9 180/12 182/6
**covering [1]** 61/19 180/24 218/15
**COVID [1]** 235/1
**cows [1]** 214/11
**Cravath [8]** 23/1 23/4 23/23 24/2 24/7 24/11 24/19 26/8
**create [1]** 120/10
**created [8]** 15/13 115/9 120/4 125/12 208/18 210/3 220/6 221/20
**creation [3]** 163/4 210/5 213/14
**creative [1]** 149/4
**credibility [3]** 46/21 197/3 258/2

**crime [12]** 74/9 76/6 76/23 77/4 87/1 87/5 87/6 87/8 100/17 209/11 244/19 244/25
**crimes [1]** 140/21
**criminal [47]** 13/25 64/3 64/8 64/12 64/13 73/19 73/25 76/13 76/19 79/1 79/18 79/21 80/4 99/21 100/11 100/15 101/10 102/3 102/12 104/24 117/17 135/20 136/19 140/17 141/14 186/7 197/17 207/6 208/20 209/3 209/12 211/19 212/17 213/3 213/9 217/24 218/2 218/19 222/4 239/1 240/12 240/13 240/22 249/9 250/21 253/7 256/3
**criminality [1]** 207/7
**criminalization [6]** 208/15 208/18 208/19 209/22 209/24 210/24
**criminally [2]** 249/24 256/8
**crisis [1]** 120/10
**critical [6]** 186/12 206/23 206/23 206/24 211/17 220/15
**critically [1]** 207/5
**cross [25]** 4/5 4/9 9/1 9/23 9/24 22/17 22/21 58/2 68/3 88/24 152/18 153/19 154/12 156/22 156/24 179/15 180/5 189/4 196/7 196/9 200/5 249/10 251/19 252/25 256/23
**cross-conflict [1]** 196/9
**cross-countries [1]** 189/4
**cross-country [1]** 196/7
**cross-examination [12]** 9/24 58/2 68/3 88/24 152/18 156/22 180/5 200/5 249/10 251/19 252/25 256/23
**cross-examination or [1]** 9/23
**cross-examine [2]** 9/1 22/17
**crossfire [1]** 129/18
**CRR [2]** 3/17 265/15
**cruise [1]** 148/13
**Cuarenta [7]** 137/21 143/7 146/7 146/15 146/15 169/16 169/18
**Cuba [1]** 34/5

**culminated [1]** 84/19
**cultivation [5]** 127/17 128/15 129/14 209/17 214/22
**Cumbay [1]** 2/10
**currently [2]** 184/8 254/10
**curriculum [2]** 194/19 195/4
**customers [1]** 127/14
**customs [1]** 40/15
**cut [4]** 40/9 74/25 89/8 90/24
**cutting [1]** 40/21
**cycle [1]** 109/13

**D**

**D-A-N-E [1]** 205/20
**D193 [1]** 56/20
**DA's [1]** 36/14
**Dade [1]** 103/10
**dailies [1]** 261/3
**daily [4]** 17/24 20/13 111/23 111/24
**damage [1]** 36/4
**DANE [1]** 205/20
**danger [1]** 38/22
**dangerous [1]** 218/18
**dante [7]** 3/8 3/12 4/8 4/10 96/24 109/19 152/17
**Darien [1]** 48/23
**dark [1]** 18/13
**darkened [1]** 16/19
**data [7]** 8/22 185/15 189/17 190/18 203/11 205/9 206/6
**database [5]** 196/13 196/16 196/19 196/24 199/12
**databases [4]** 16/2 196/15 199/13 202/11
**dataset [1]** 15/22
**datasets [1]** 192/10
**date [7]** 45/15 59/21 84/5 84/6 173/25 174/1 224/24
**dated [4]** 160/19 238/5 245/21 246/5
**dates [1]** 100/23
**daughters [1]** 113/21
**Dave [1]** 97/14
**DAVID [8]** 4/7 97/2 97/14 97/18 156/24 160/13 160/15 173/9
**day [11]** 1/8 19/22 48/24 48/25 49/6 49/9 49/18 202/10 231/7

**D**

**day... [2]** 234/2 235/18
**days [6]** 19/23 103/6 109/14 130/14 223/20 233/1
**DC [11]** 1/19 2/14 2/17 3/6 3/6 79/6 79/8 100/16 112/5 112/10 118/19
**de [10]** 122/16 126/24 196/1 196/1 204/12 204/13 218/22 218/22 218/24 221/7
**DEA [79]** 98/22 98/23 99/4 99/5 99/15 99/25 100/18 100/25 100/25 101/5 101/6 101/7 101/16 101/22 101/23 102/6 102/9 103/17 105/6 105/10 106/8 107/4 111/7 112/4 112/8 112/11 114/5 114/10 114/17 115/5 115/13 116/24 117/2 117/16 118/6 118/14 118/25 119/2 119/5 119/6 119/12 119/14 119/18 120/2 120/3 123/6 123/18 125/6 125/19 130/2 130/24 131/4 135/6 135/25 136/15 136/20 136/24 138/1 140/2 140/25 141/3 141/11 141/15 141/21 142/8 144/19 144/21 146/12 146/24 147/19 148/17 151/21 162/7 166/15 174/13 177/21 178/2 180/17 181/4
**DEA's [6]** 108/1 118/20 126/14 130/8 143/10 159/14
**DEA-6s [1]** 117/2
**dead [2]** 149/13 149/16
**deadline [2]** 231/17 231/19
**deal [10]** 96/2 103/6 103/8 107/1 111/8 128/21 154/4 156/5 156/5 260/6
**dealer [1]** 143/8
**dealing [2]** 230/12 237/18
**dealings [1]** 218/18
**dealt [1]** 233/16
**death [6]** 126/14 197/4 204/25 205/8 205/13 205/19

**deaths [12]** 7/23 9/6 13/22 13/24 14/17 14/18 14/25 15/4 186/3 186/7 197/19 205/16
**decades [4]** 32/23 105/7 186/2 207/1
**deceased [1]** 145/13
**decedent [1]** 186/1
**decedents [2]** 13/13 13/20
**December [2]** 69/22 126/22
**decide [5]** 26/20 26/23 226/14 230/4 261/1
**decided [10]** 23/1 32/1 43/24 101/22 150/14 195/13 195/20 215/25 216/1 219/3
**decides [2]** 225/15 246/18
**decipher [1]** 262/20
**decision [34]** 24/18 24/20 26/13 27/13 28/8 28/12 29/7 29/10 29/14 30/5 30/12 30/24 31/4 31/17 31/23 32/4 36/16 37/1 37/7 37/9 37/14 38/21 39/4 71/10 217/3 223/24 225/16 234/23 238/5 245/21 246/5 246/11 246/18 246/25
**decision-making [1]** 37/9
**decisions [5]** 26/16 27/16 29/2 39/5 226/5
**declaration [5]** 160/11 160/17 160/20 161/2 162/2
**declarations [1]** 160/2
**declare [1]** 160/14
**declared [1]** 219/10
**decompress [1]** 113/22
**decreased [2]** 185/16 203/11
**decree [4]** 208/8 208/8 213/1 216/24
**dedicated [1]** 117/11
**deemed [1]** 182/21
**deep [1]** 108/20
**defect [1]** 18/18
**defected [3]** 124/25 124/25 125/1
**defend [1]** 214/13
**defendant [20]** 3/7 61/5 61/9 61/14 73/20 85/11 85/16 104/1 141/12 157/14 157/25

**158/3** 158/16 229/15 240/5 250/21 251/6 252/8 252/17 253/12
**defendant's [10]** 5/12 5/14 136/10 136/11 141/10 157/5 170/7 179/13 194/18 240/3
**defendants [13]** 158/8 239/21 239/23 241/2 244/7 246/24 250/10 255/17 255/18 259/5 262/24 262/24 263/1
**defense [49]** 5/17 19/19 20/8 43/13 74/13 74/13 74/16 74/17 74/18 74/20 96/23 100/15 105/23 157/11 157/16 159/3 159/3 159/10 183/3 207/17 207/18 207/21 207/24 208/10 212/5 212/9 212/18 212/24 212/25 213/3 214/18 215/4 215/8 215/14 215/24 216/8 219/8 218/23 218/24 218/25 222/1 222/3 227/1 227/3 227/6 227/8 232/12 232/18 249/17
**defenseless [1]** 208/6
**defenses [6]** 78/1 82/12 158/1 158/6 158/11 159/6
**defensive [1]** 101/11
**defer [1]** 226/23
**define [1]** 175/16
**defined [1]** 8/18
**definitely [4]** 39/20 71/20 201/9 202/25
**definition [1]** 8/15
**degree [7]** 99/21 99/25 162/8 165/13 187/14 187/22 206/19
**degrees [2]** 99/23 187/23
**del [5]** 48/23 75/16 76/18 77/11 215/14
**delay [1]** 156/4
**delegation [1]** 118/4
**delegations [1]** 114/21
**delivered [9]** 131/14 131/18 132/5 133/2 133/7 133/10 140/8 140/9 149/6
**delivering [2]** 111/13 111/21
**delivery [2]** 148/10 150/11

**demanded [2]** 39/21 41/1
**demobilization [5]** 98/14 122/13 142/16 219/6 221/18
**demobilize [1]** 174/17
**demobilized [2]** 169/11 220/25
**demonstrate [3]** 123/22 186/2 195/19
**demonstrative [8]** 106/18 106/24 142/24 168/23 182/20 187/6 188/3 204/8
**demonstratives [9]** 95/21 98/3 98/7 182/16 182/21 184/24 184/25 185/6 202/2
**demoralization [1]** 219/7
**denial [2]** 236/20 251/15
**Denney [1]** 1/12
**denunciation [1]** 216/3
**denying [1]** 236/21
**Department [51]** 45/25 47/18 63/24 64/4 64/6 64/15 64/21 65/1 65/6 65/9 65/10 65/13 65/17 65/22 66/3 66/8 66/9 66/16 66/20 68/6 68/24 70/11 70/15 71/4 71/7 71/8 71/22 71/25 72/21 74/6 74/7 74/11 74/22 75/4 75/7 75/15 75/17 75/23 76/4 76/18 76/21 77/10 78/11 80/22 81/8 86/15 99/7 142/14 143/21 170/14 205/21
**department's [1]** 45/17
**depend [1]** 28/23
**dependent [3]** 46/21 58/24 227/12
**depending [3]** 47/20 133/22 188/14
**depict [4]** 124/7 128/8 143/1 143/16
**depicted [8]** 125/5 128/12 130/18 137/13 144/13 145/2 149/25 151/4
**depicts [3]** 5/22 106/25 143/2
**deployed [2]** 107/11 111/25
**deposed [2]** 161/18 233/8

**deposition [27]** 11/7 18/15 69/7 121/18 161/21 162/24 163/3 163/15 175/14 175/16 175/17 175/21 175/24 176/1 176/11 176/17 177/14 178/21 178/21 179/9 199/23 236/18 256/4 256/6 256/11 257/11 257/18
**deputy [1]** 112/4
**DERIVATIVE [1]** 1/4
**derived [2]** 136/24 141/2
**describe [11]** 99/14 107/15 143/19 187/11 191/8 198/16 207/18 209/1 215/22 217/22 219/18
**described [6]** 41/13 201/6 206/5 218/10 226/20 244/1
**describing [1]** 106/19
**description [2]** 4/2 98/1
**designate [2]** 143/24 144/8
**designated [27]** 59/20 62/23 62/23 86/23 86/23 123/2 123/3 143/17 144/3 144/6 144/14 145/7 145/17 146/5 168/13 169/15 170/13 170/17 170/18 170/25 171/1 171/5 171/8 171/9 171/14 172/1 172/2
**designation [6]** 59/19 61/8 63/7 86/25 134/20 144/18
**designations [3]** 144/23 171/11 171/17
**despite [1]** 38/22
**destination [2]** 134/25 140/5
**destroy [1]** 108/11
**destroying [1]** 107/18
**detailed [1]** 196/11
**details [1]** 252/10
**detained [2]** 92/11 239/6
**deterioration [1]** 220/4
**determination [3]** 65/1 228/18 233/4
**determine [9]** 72/16 90/16 91/3 157/25 189/19 190/3 190/6 190/11 255/13
**develop [1]** 191/23

**D**

**developed [1]**
193/15
**development [4]**
109/11 188/17 194/2
211/9
**developments [1]**
45/15
**devil [1]** 62/7
**devise [1]** 193/17
**devised [5]** 189/3
190/19 194/5 216/5
219/22
**diagram [1]** 10/6
**dialogue [1]** 29/23
**DIAZ [3]** 3/4 56/5
56/8
**did [238]** 6/12 12/17
12/17 13/13 13/19
15/19 16/11 23/8 24/1
24/6 26/4 30/15 33/2
33/5 33/6 33/11 33/14
33/18 33/19 33/21
33/23 34/1 34/3 34/4
34/7 34/9 35/15 36/5
38/7 38/11 39/3 39/23
39/23 41/17 43/9
43/13 45/2 45/6 45/7
46/12 47/7 47/8 48/1
48/9 48/18 48/20
48/23 49/4 49/5 50/15
50/18 52/3 52/4 53/25
54/2 54/6 54/9 54/10
54/14 54/19 54/20
55/8 61/21 61/24
62/21 64/12 64/15
64/20 65/4 66/1 69/7
69/7 70/23 71/12
73/10 73/18 74/15
77/19 84/16 84/23
87/9 87/17 89/9 90/5
90/9 90/14 90/18
90/23 91/1 91/3 91/9
91/17 91/18 92/10
92/23 93/1 93/4 93/13
94/7 98/3 98/5 98/23
99/1 99/14 99/19
99/20 99/23 100/2
100/25 101/4 101/14
101/22 102/5 102/7
102/11 103/23 103/25
103/25 104/16 106/8
106/10 106/21 106/23
107/10 107/24 109/3
109/15 109/23 109/24
111/12 111/20 112/12
112/13 113/18 114/17
114/20 117/10 117/15
117/15 117/18 117/19
117/20 119/17 120/6
120/6 120/14 120/15

121/7 121/11 121/21
121/23 121/25 123/7
127/7 127/7 127/22
128/3 128/17 129/24
131/4 135/22 135/23
135/24 135/24 136/2
136/12 136/13 136/19
136/21 142/21 143/11
144/7 150/12 151/21
158/5 161/11 161/21
162/13 162/15 163/8
163/12 164/3 164/18
165/1 165/25 166/1
166/11 166/15 171/10
174/17 174/19 176/5
181/18 184/24 187/21
188/25 189/15 190/18
193/17 194/20 195/4
197/12 197/25 198/6
198/8 198/12 198/14
198/16 198/19 199/6
199/7 200/1 200/3
201/11 201/13 201/18
204/6 204/7 205/6
205/6 210/14 212/9
215/1 217/8 218/9
218/20 234/2 249/10
249/12 249/16 250/5
252/4 252/16 254/5
256/9 256/13 263/4
264/20
**didn't [67]** 5/17 8/16
8/17 14/1 14/2 14/8
14/8 14/19 15/6 16/18
18/9 18/14 24/14 25/9
25/10 26/2 28/2 33/1
33/25 35/14 40/1
41/17 43/9 43/11
43/14 45/1 47/8 47/8
47/9 47/13 48/17
50/10 50/14 51/22
54/19 55/8 58/23
59/19 60/11 62/4 62/8
62/10 62/10 62/14
62/18 64/10 66/5
68/12 74/25 78/18
81/10 90/21 94/18
103/14 150/18 159/10
163/22 170/7 239/17
251/1 251/22 252/7
255/22 259/9 263/16
264/12 264/13
**Diego [2]** 124/11
177/13
**difference [4]**
171/25 235/5 235/6
263/6
**different [37]** 7/3
7/23 9/15 12/3 12/4
14/25 16/7 47/20
57/24 58/4 133/20
149/10 149/21 166/25

166/25 171/17 171/19
171/20 189/3 192/6
193/7 193/12 194/1
195/12 196/5 197/2
204/7 210/6 214/4
221/24 227/11 229/5
229/7 229/9 229/24
231/10 254/22
**differentiate [2]**
189/21 206/20
**difficult [7]** 111/7
142/10 179/8 179/22
179/23 262/12 263/17
**difficulty [1]** 183/10
**dimension [1]** 197/6
**diploma [2]** 187/19
187/19
**direct [30]** 4/8 4/12
9/23 9/24 32/3 39/6
44/6 52/14 57/20 58/7
59/18 66/3 73/13
90/22 97/18 106/16
159/13 160/8 175/23
176/10 179/11 179/14
179/17 184/2 184/21
189/11 200/4 225/6
226/12 226/15
**directed [6]** 35/3
35/5 35/5 207/4 226/3
248/22
**directing [1]** 225/7
**direction [3]** 43/21
54/24 57/24
**directly [9]** 12/6
14/3 35/12 130/22
143/4 143/7 206/2
256/8 256/14
**director [8]** 54/24
114/1 114/5 114/9
115/25 166/9 166/17
195/9
**disagree [1]** 18/5
**disagreements [1]**
124/24
**disappeared [1]**
219/14
**disarmament [3]**
219/6 219/7 221/16
**disciplines [1]**
188/22
**disclosed [9]** 11/8
11/9 11/24 12/6 12/12
18/19 182/17 232/7
232/9
**disclosure [2]** 234/3
250/5
**disclosures [1]**
233/13
**discovery [1]** 121/18
**discretion [1]** 156/8
**discuss [13]** 20/25
67/2 67/7 90/22 95/15

152/19 152/23 156/13
181/22 222/13 222/25
223/8 230/10
**discussed [8]** 6/16
57/20 83/16 88/24
90/2 165/11 182/17
260/4
**discusses [2]** 11/13
244/16
**discussion [6]**
216/24 233/10 233/13
233/14 244/8 245/12
**discussions [5]** 31/3
40/25 74/21 83/16
244/15
**disguise [1]** 108/21
**dismantled [1]**
113/12
**dismantling [1]**
107/17
**dismissed [3]** 239/8
241/6 246/21
**disparaged [1]**
219/2
**disparate [1]** 218/15
**display [1]** 185/5
**dispute [2]** 31/13
262/1
**disputes [2]** 129/16
129/16
**disputing [2]** 80/10
165/16
**distinction [1]** 13/1
**Distinguished [1]**
119/23
**distributed [2]**
180/19 207/22
**distribution [5]**
138/14 186/13 209/17
209/20 211/21
**DISTRICT [5]** 1/1
1/1 1/9 86/16 160/6
**divers [1]** 151/5
**divided [1]** 164/2
**Divine [1]** 166/6
**division [1]** 216/6
**do [209]** 11/5 11/14
12/12 13/16 14/1 14/2
14/8 14/8 14/16 14/19
16/16 16/18 20/5 25/2
25/8 25/12 25/14
25/14 25/25 26/1 26/2
26/16 27/11 28/3 29/6
30/2 30/9 36/14 38/7
38/24 38/24 40/10
43/9 44/1 52/9 52/22
55/4 55/11 55/21 56/5
56/8 56/10 56/11
56/22 57/5 57/6 58/10
58/11 58/15 60/9
60/10 61/11 61/12
63/6 63/24 64/1 65/2

67/18 68/7 70/21
70/23 71/14 75/6
75/17 75/25 78/9 79/4
82/8 83/3 83/12 83/14
83/17 83/18 83/19
83/21 88/25 89/1 89/6
89/7 89/9 90/2 90/4
90/18 91/3 91/15
91/16 91/19 92/4 92/5
92/16 93/11 93/12
97/7 99/1 101/3
102/11 107/24 120/2
120/2 120/6 122/21
135/18 136/6 148/5
148/22 148/23 149/18
152/10 152/13 153/24
154/9 154/10 154/11
155/1 155/4 155/17
155/23 155/25 156/3
156/8 156/9 157/3
168/3 172/5 172/12
173/21 175/17 175/21
176/24 177/2 177/6
178/14 181/13 182/13
183/8 184/8 184/10
184/18 184/18 184/25
188/13 188/24 189/6
190/3 190/3 190/5
190/5 190/9 190/23
191/13 191/14 193/19
193/20 196/4 196/7
196/22 198/9 198/14
198/22 199/19 200/8
201/10 201/15 201/17
203/7 203/23 209/15
211/11 221/17 222/2
223/14 224/16 225/3
225/10 225/24 226/1
226/7 226/14 226/16
227/14 227/18 227/23
228/8 228/13 228/20
231/1 231/8 231/24
231/25 232/22 233/20
233/22 234/5 234/10
234/17 235/15 239/17
247/21 247/24 248/2
256/24 261/1 262/1
262/12 263/4 263/20
264/4 264/9 264/11
**do you [21]** 20/5
29/6 30/2 38/24 38/24
57/5 60/9 63/6 83/3
120/2 136/6 155/25
157/3 181/13 184/18
188/13 188/24 189/6
190/3 190/3 200/8
**do you see [2]** 61/11
262/12
**docket [3]** 79/6 79/7
242/9
**doctoral [2]** 187/22
196/16

**D**

**document [42]** 10/1
10/2 10/8 51/24 56/24
69/1 69/4 79/22 81/12
82/10 85/5 85/6 136/6
136/12 136/18 137/2
139/19 141/13 157/21
179/18 237/8 239/20
239/23 240/1 240/9
241/2 241/10 244/22
246/7 247/2 247/23
248/6 248/20 254/21
254/24 255/12 258/24
259/5 259/14 260/18
261/25 263/19
**documentation [2]**
201/9 239/9
**documented [3]**
196/23 215/3 221/3
**documents [13]**
65/7 72/12 82/11
121/18 153/20 153/21
153/22 157/7 173/15
201/24 201/25 226/9
262/16
**does [43]** 10/12
15/21 51/15 51/25
52/2 68/23 69/8 69/11
69/15 69/17 97/12
118/14 123/22 124/7
128/8 137/5 138/9
138/16 139/14 139/14
139/17 141/11 141/19
142/25 143/16 144/20
168/20 168/23 176/15
176/20 180/23 195/24
196/19 197/4 212/5
216/13 231/3 234/22
241/24 243/18 246/23
255/1 262/8
**doesn't [21]** 16/16
29/19 32/7 32/8 62/8
62/17 102/24 152/10
159/6 168/19 178/14
180/14 182/4 183/18
226/13 227/15 248/16
251/14 253/25 255/19
260/7
**dogs [1]** 149/14
**doing [25]** 30/16
47/2 74/18 75/5 75/11
75/15 76/22 78/3
80/11 80/12 104/15
104/22 112/18 114/20
115/4 117/14 118/3
118/10 125/17 139/24
151/9 151/14 192/18
198/5 213/7
**DOJ [9]** 65/8 69/12
70/2 71/12 74/8 75/25
83/16 83/23 84/12

**DOJ's [1]** 83/12
**Dole [3]** 75/16 76/12
77/11
**dollar [1]** 115/7
**dollars [5]** 36/4
117/25 118/1 118/1
134/9
**dominating [1]**
130/9
**Dominican [3]**
134/11 139/23 140/3
**Don [6]** 124/12
124/18 125/12 177/12
177/15 177/18
**don't [142]** 7/14 8/7
8/20 9/3 9/19 10/23
12/20 14/15 16/14
19/1 19/3 20/10 23/6
28/1 28/11 29/10
31/11 31/20 31/21
31/22 31/24 32/20
32/24 33/7 35/6 35/10
36/18 36/20 38/23
42/15 43/13 48/8 48/8
48/25 49/18 49/24
49/25 51/2 54/8 54/16
54/17 55/6 55/6 55/9
55/10 56/4 56/6 56/7
57/25 59/14 59/14
59/17 60/9 60/24 67/2
67/7 69/9 69/17 69/24
69/25 70/1 70/2 70/6
71/12 74/1 74/15
74/20 76/2 76/16
77/19 77/20 79/1 79/2
79/3 83/2 94/4 95/13
95/15 95/23 96/3
107/5 133/12 151/23
152/7 152/17 152/19
152/23 154/14 154/15
154/20 155/10 156/1
158/1 158/11 160/10
171/3 174/3 180/3
182/7 182/13 200/11
213/21 222/13 222/13
222/25 223/7 224/13
224/18 225/5 226/13
226/16 226/24 227/16
227/21 228/21 229/1
229/2 230/3 233/2
233/12 234/15 235/1
235/13 235/19 235/25
238/1 238/19 238/21
239/12 239/16 240/20
247/8 249/1 251/16
252/13 252/18 252/18
260/6 260/16 261/25
263/6 265/6
**done [15]** 15/23 25/7
54/21 59/15 72/12
72/15 93/15 94/22
164/11 190/25 191/3

191/11 191/6 196/10
201/23
**door [2]** 260/13
263/2
**dope [1]** 103/1
**dots [3]** 111/18
112/15 130/19
**double [1]** 108/20
**doubt [9]** 21/6 57/23
84/9 88/5 88/16
136/18 141/8 235/5
249/13
**down [31]** 63/20
67/7 72/5 84/7 104/7
105/6 107/21 118/2
131/23 132/7 132/23
133/5 133/14 133/24
149/2 150/20 151/5
152/23 152/24 161/7
164/12 181/11 181/13
192/16 192/17 222/23
236/13 236/14 243/7
245/14 256/15
**downsides [1]** 27/18
**downstairs [1]**
237/9
**dozens [1]** 119/19
**draw [4]** 16/1 17/6
17/8 263/20
**drawn [1]** 14/6
**draws [1]** 17/7
**drinks [2]** 149/22
149/22
**drive [1]** 85/15
**driving [1]** 110/1
**dropped [1]** 246/12
**dropping [1]** 97/21
**drug [124]** 11/18
11/19 12/18 12/25
98/15 98/17 98/22
99/6 99/8 99/9 103/5
103/8 103/10 103/17
103/24 104/17 105/1
105/6 105/15 105/16
106/9 106/21 107/12
107/22 113/23 114/18
114/24 115/5 115/14
116/4 116/7 116/23
117/6 122/5 122/14
122/17 122/18 123/8
123/10 124/3 125/8
126/13 126/17 126/22
127/9 127/13 127/23
128/4 131/1 135/16
135/18 138/4 138/13
141/17 141/25 142/5
142/11 143/8 143/12
144/3 144/15 144/18
145/7 146/12 146/20
147/3 147/6 147/13
147/16 147/21 148/7
148/18 148/20 148/20

149/4 149/10 151/2
151/22 151/25 159/24
162/6 162/7 162/17
162/23 164/1 164/6
165/12 165/14 167/21
168/2 168/6 168/13
169/3 169/5 169/12
169/15 169/17 169/21
171/14 171/24 172/2
172/16 173/21 174/21
177/14 177/18 177/20
177/21 178/2 178/8
178/23 179/2 179/2
179/3 180/7 180/14
180/24 181/5 209/1
209/23 210/25 213/20
215/1 222/5
**drugs [32]** 98/18
98/19 99/12 103/13
104/12 107/8 111/24
118/21 127/6 135/7
147/5 147/7 147/8
147/16 164/25 165/24
166/19 172/4 208/15
208/18 208/19 209/5
209/5 209/22 209/24
209/25 210/13 210/25
211/4 211/5 213/19
245/1
**drums [1]** 149/18
**due [1]** 9/5
**duress [13]** 26/5
43/3 43/12 66/21 68/7
68/24 69/12 70/2
74/12 74/17 158/14
158/19 159/3
**during [80]** 10/10
10/20 11/4 11/23 12/8
29/6 34/16 47/21 48/1
64/19 65/5 65/22 66/4
66/12 66/18 67/8 68/5
83/3 95/2 103/16
103/20 104/15 105/2
105/14 106/7 107/10
107/13 111/2 111/11
112/19 112/23 114/2
114/9 115/3 116/4
116/17 118/11 119/18
121/22 123/5 123/17
125/4 125/20 126/11
130/14 130/24 131/3
132/20 132/25 133/2
133/6 133/9 133/15
138/1 142/25 143/10
144/25 146/21 146/23
152/24 174/7 175/16
175/17 176/17 185/14
185/24 186/3 203/10
203/20 203/23 211/11
213/18 220/3 221/21
239/7 248/18 249/8
249/10 249/18 254/4

**duty [2]** 119/22
157/23
**dwell [1]** 42/15
**dwelling [1]** 42/17
**dynamic [1]** 111/6
**dynamics [4]** 185/13
185/23 203/9 211/17

**E**

**each [17]** 6/7 6/9
20/25 79/12 129/18
157/23 161/21 190/2
190/7 204/4 204/5
209/7 210/7 210/8
210/9 211/25 214/11
**earlier [17]** 117/20
121/15 132/8 134/18
140/23 145/21 160/24
166/7 174/6 174/12
177/13 178/17 178/18
198/3 218/10 235/16
260/5
**earliest [1]** 215/3
**early [15]** 29/6
88/24 95/14 96/4
103/6 105/8 113/6
123/17 124/2 124/9
130/1 215/7 218/13
222/11 224/15
**earned [1]** 99/20
**EarthRights [1]** 1/18
**earthrights.org [5]**
1/20 1/20 1/21 1/21
1/22
**easier [2]** 137/2
242/9
**easiest [1]** 246/8
**easily [2]** 108/17
147/8
**east [2]** 106/16
265/17
**Easter [4]** 55/24
55/25 56/9 57/11
**Eastern [4]** 194/14
212/14 212/14 214/17
**economic [2]** 188/15
188/15
**economics [15]**
184/7 184/19 186/22
187/2 187/13 187/19
187/22 187/22 188/15
188/16 188/18 188/21
189/8 201/4 210/16
**economist [1]** 184/6
**economy [1]** 210/11
**Ecuador [2]** 114/7
114/15
**Edificio [1]** 2/9
**edited [2]** 192/3
192/4
**education [3]** 100/2
101/22 131/8

**E**

**educational [2]** 187/8 187/11
**effect [1]** 94/7
**effective [2]** 122/22 149/15
**effectively [3]** 159/16 160/20 161/2
**efficient [1]** 155/23
**efficiently [1]** 155/8
**effort [4]** 45/25 71/25 197/8 226/5
**efforts [3]** 115/22 127/8 197/16
**ehager [1]** 2/11
**eight [1]** 236/3
**either [14]** 9/24 12/17 19/3 76/19 131/18 132/6 137/2 142/4 148/22 154/19 154/21 168/6 252/2 252/16
**Ejercito [1]** 204/11
**el [4]** 146/4 196/1 196/12 215/16
**elderly [1]** 177/8
**elicit [2]** 256/9 256/13
**elicited [1]** 256/8
**ellen [4]** 3/17 3/19 265/15 265/15
**ELMO [1]** 246/9
**ELN [2]** 165/11 204/11
**else [19]** 19/13 33/3 40/11 48/15 48/17 54/17 74/18 155/12 223/8 223/14 231/1 231/10 235/15 236/16 236/23 247/11 251/16 260/9 260/16
**elsewhere [1]** 130/22
**Email [1]** 3/3
**embed [4]** 147/4 147/8 149/21 149/22
**embedded [1]** 98/18
**embedding [2]** 147/16 149/13
**emergency [2]** 120/11 216/25
**employ [3]** 30/5 32/1 104/16
**employed [1]** 39/13
**employee [23]** 39/14 92/7 92/10 94/16 248/14 248/19 248/25 250/1 251/7 253/2 254/19 255/2 255/6 255/14 255/24 257/22 258/5 258/6

258/7 258/12 258/14 258/19 261/23
**employees [29]** 34/24 36/15 38/22 54/3 65/19 65/24 92/2 94/2 94/22 241/16 242/4 243/16 244/3 244/7 244/12 245/4 245/6 248/7 248/16 248/21 251/10 254/5 254/8 257/2 259/1 259/21 260/19 261/6 264/1
**employes [1]** 259/21
**employing [1]** 29/16
**employment [1]** 223/21
**employs [3]** 92/2 244/19 254/10
**empowered [1]** 86/17
**enabling [1]** 111/6
**end [13]** 153/25 208/23 213/21 213/24 213/24 220/21 226/3 230/14 230/16 243/15 245/12 246/19 261/12
**ended [4]** 103/12 104/10 125/17 219/7
**endless [1]** 147/22
**ends [4]** 13/23 105/13 105/13 176/8
**enemy [1]** 111/7
**enforcement [12]** 7/2 99/6 117/11 117/14 118/14 118/19 119/3 141/2 171/18 171/19 219/20 221/4
**enforcing [1]** 78/11
**engage [4]** 87/2 208/20 215/1 217/8
**engaged [7]** 78/16 89/14 91/6 92/3 121/2 216/9 224/3
**engaging [2]** 77/22 87/6
**engineering [2]** 150/3 150/4
**engineers [1]** 150/3
**English [11]** 195/24 195/25 204/12 204/14 205/4 237/8 237/10 237/16 238/23 241/20 263/11
**enhance [1]** 122/19
**enjoying [1]** 127/15
**enough [5]** 66/25 164/10 191/18 192/2 216/3
**entail [1]** 28/10
**entailed [2]** 29/11 29/16

**enter [1]** 158/8
**entered [12]** 22/3 67/24 79/5 79/7 95/18 96/18 101/5 101/10 101/22 136/4 156/19 192/8
**entering [1]** 157/25
**enterprise [5]** 102/3 122/19 126/19 126/19 169/17
**entertain [1]** 231/10
**entire [12]** 9/20 69/1 113/14 126/16 139/7 147/9 180/9 180/13 181/5 189/24 209/14 221/18
**entirely [5]** 27/20 233/16 253/16 253/20 254/2
**entities [1]** 216/21
**entitled [3]** 53/19 106/2 265/13
**entity [1]** 86/17
**entries [1]** 221/15
**entry [1]** 212/5
**environmental [2]** 23/14 23/16
**environments [1]** 202/14
**EPL [1]** 204/15
**Equally [2]** 133/11 135/5
**equipment [2]** 108/6 220/14
**equivalent [1]** 187/14
**era [2]** 208/7 213/25
**eradication [1]** 115/22
**ERIC [6]** 2/8 72/22 73/6 73/7 73/25 83/3
**erroneous [1]** 263/12
**errors [1]** 245/20
**Escobar [32]** 39/8 39/11 39/17 39/18 41/22 42/2 42/4 42/20 43/21 44/2 45/8 48/3 49/12 50/8 88/25 89/2 113/7 123/24 124/14 124/18 125/13 125/15 125/15 126/8 126/11 126/14 127/10 177/16 211/15 211/18 215/20 220/8
**Escobar's [6]** 40/24 41/4 44/9 45/3 89/5 89/12
**especially [6]** 195/17 208/14 214/16 218/3 248/24 263/7
**Esperante [1]** 2/24

**essence [1]** 6/2
**essentially [6]** 6/4 14/24 70/12 119/11 130/11 247/8
**establish [1]** 120/11
**established [4]** 88/5 127/14 200/17 215/11
**Estado [3]** 137/13 137/14 137/16
**estimate [1]** 121/3
**estimated [1]** 161/3
**ESTRADA [1]** 1/11
**et [3]** 11/20 11/20 262/10
**Europe [2]** 30/21 191/22
**European [2]** 30/20 194/15
**evaluate [1]** 8/23
**Eve [1]** 25/1
**even [27]** 27/22 37/18 61/8 66/19 108/2 108/21 117/25 122/4 124/10 124/22 134/12 149/1 149/17 186/15 189/3 200/13 206/14 207/1 209/11 224/20 226/3 235/18 239/14 239/16 240/24 251/22 254/6
**evening [3]** 155/5 222/11 235/6
**event [1]** 45/3
**events [5]** 175/2 190/12 206/3 209/22 210/24
**eventually [5]** 70/25 99/19 113/12 126/9 128/17
**ever [29]** 17/20 31/2 46/12 51/1 51/16 54/10 54/16 57/7 64/16 64/21 74/15 79/15 92/6 92/6 92/7 92/23 95/6 100/8 107/11 135/22 145/23 166/15 198/3 249/12 249/16 250/11 252/15 261/4 261/23
**every [9]** 45/25 72/12 75/16 77/11 79/12 119/14 149/6 234/9 249/16
**everybody [9]** 48/17 74/18 74/23 156/14 172/13 223/5 223/6 223/13 246/9
**everyone [16]** 5/2 18/24 19/5 22/5 48/14 67/6 67/12 67/25 95/19 96/9 96/20 112/8 124/12 153/6

156/20 223/11
**everyone's [1]** 84/7
**everything [14]** 19/2 20/22 26/15 66/2 70/12 129/13 153/24 154/6 155/7 156/6 192/17 224/24 225/11 241/11
**evidence [41]** 10/3 10/6 10/19 11/4 11/12 11/23 12/5 12/8 12/9 12/21 18/9 54/20 56/25 65/7 101/9 101/10 158/25 189/11 189/13 189/14 194/19 196/23 199/1 199/2 199/2 199/3 199/4 199/25 200/2 202/1 202/6 215/7 223/21 244/9 244/15 247/5 256/9 256/14 260/6 261/12 261/19
**evidentiary [1]** 236/7
**evolved [1]** 204/2
**exact [2]** 16/3 196/21
**exactly [8]** 73/10 80/21 81/7 115/19 239/5 252/23 256/19 262/9
**examination [26]** 4/3 9/23 9/24 22/21 58/2 59/18 68/3 83/6 83/9 88/24 97/18 152/18 156/22 156/24 173/9 180/5 184/2 200/5 200/5 249/10 249/12 249/18 249/19 251/19 252/25 256/23
**examine [1]** 9/1 22/17
**example [20]** 11/7 12/24 13/21 15/2 24/24 28/22 61/6 61/15 103/2 103/9 180/15 191/12 196/11 197/17 202/20 214/3 214/7 214/23 218/21 226/9
**examples [1]** 149/10
**excellent [1]** 119/20
**exception [1]** 234/3
**exchange [2]** 105/8 227/2
**exchanging [1]** 105/5
**excluded [1]** 81/20
**excuse [4]** 46/2 59/23 62/15 236/9
**executed [1]** 250/2
**Executive [2]** 86/14

**E**

**Executive... [1]**
86/20
**exemplary [1]**
119/20
**exert [3]** 204/4
210/9 213/11
**exhaustive [1]**
261/20
**exhibit [5]** 69/8 69/9
136/5 192/5 194/18
**exist [2]** 212/11
217/25
**existed [2]** 54/11
219/5
**existence [3]** 116/13
216/8 219/4
**existing [1]** 213/25
**exists [1]** 195/21
**exit [1]** 250/2
**exited [3]** 67/5
152/22 222/22
**exonerated [1]** 93/6
**expand [4]** 126/18
126/23 128/22 128/22
**expanded [1]** 129/22
**expanding [1]** 128/4
**expansion [1]** 11/19
**expect [1]** 182/11
**expected [1]** 30/15
**expecting [1]** 257/5
**expedite [1]** 110/12
**expeditiously [1]**
232/20
**expelling [3]** 32/19
32/21 32/25
**experience [27]**
64/3 64/8 105/15
109/7 112/10 118/22
122/3 122/8 129/25
130/24 131/8 131/16
133/15 135/6 136/15
141/15 142/8 147/18
147/22 150/13 150/23
151/20 170/9 170/10
181/4 182/8 188/5
**experiences [2]**
122/4 122/5
**experiencing [1]**
130/5
**expert [13]** 120/17
121/8 121/12 121/13
121/20 127/24 155/19
169/1 191/3 198/8
198/11 198/21 201/7
**expert's [1]** 10/22
**expertise [6]** 98/21
122/2 172/8 172/21
186/4 186/19
**experts [2]** 120/23
194/9

**explain [20]** 40/10
89/8 102/14 105/25
106/2 112/7 124/17
125/10 131/10 133/21
142/10 184/23 203/13
204/20 205/24 238/20
240/6 254/14 254/15
263/11
**explained [4]** 186/14
217/20 238/12 240/14
**explains [3]** 186/13
237/13 262/9
**explanation [6]** 60/2
60/3 60/5 60/6 203/20
213/23
**exported [1]** 130/23
**exposition [1]**
213/23
**exposure [1]** 147/14
**expressed [2]** 66/20
68/6
**extend [3]** 154/17
220/17 222/25
**extended [1]** 138/19
**extensive [8]** 61/16
64/2 71/4 71/14 71/16
72/11 191/2 233/10
**extensively [3]**
192/7 193/20 214/7
**external [1]** 214/3
**extorted [11]** 38/13
38/17 65/10 75/13
75/24 83/23 84/13
84/25 87/18 158/22
214/10
**extorting [1]** 75/2
**extortion [7]** 13/8
74/13 122/24 186/15
214/8 214/8 214/21
**extra [1]** 207/20
**extradite [2]** 108/3
145/14
**extradited [8]** 142/1
142/11 142/15 145/20
146/1 146/9 221/10
221/12
**extraordinary [1]**
210/17
**extremely [3]** 41/14
123/13 256/18
**eyed [1]** 104/4
**eyes [1]** 177/21

**F**

**facade [1]** 213/9
**face [5]** 145/23
166/13 204/3 248/5
248/20
**facie [2]** 230/3 230/5
**fact [34]** 6/24 7/9
7/11 7/12 7/13 8/3
17/8 24/21 33/10

34/14 53/6 40/19 41/4
41/11 43/4 45/20 53/3
59/14 60/13 76/21
90/14 123/1 123/23
143/9 159/16 176/5
203/7 208/2 227/5
248/16 250/4 253/6
253/11 256/16
**factor [1]** 186/12
**factors [2]** 71/21
186/14
**facts [26]** 50/9 58/24
59/7 59/9 59/10 65/7
71/5 71/21 75/12
75/20 79/25 136/10
136/16 136/18 136/24
141/9 141/13 157/4
157/20 179/12 180/9
240/16 240/18 244/25
259/15 259/17
**factual [14]** 11/16
63/16 63/16 63/13
63/16 84/1 84/6 84/20
86/6 87/9 87/15 88/3
91/5 244/8
**faculty [1]** 201/4
**failure [1]** 85/18
88/19 232/13
**fair [8]** 10/14 64/8
159/5 202/23 234/5
234/6 234/17 235/14
**fairly [1]** 149/14
**fairness [1]** 106/1
**faith [30]** 234/12
234/13 239/14 239/18
240/8 240/17 240/20
241/15 241/23 244/3
244/18 245/3 245/5
246/6 248/17 248/24
251/19 254/16 254/25
255/20 255/23 256/24
258/8 260/18 260/21
261/8 261/16 261/21
261/24 262/20
**fall [1]** 127/10
**falling [2]** 124/15
124/17
**falls [1]** 11/13
**false [1]** 148/22
**familiar [6]** 105/15
106/8 135/12 135/15
157/7 169/25
**family [1]** 126/3
**far [11]** 13/24 30/11
30/13 30/14 34/11
117/22 154/2 168/7
186/6 200/14 228/8
**FARC [50]** 31/7
31/14 31/18 32/2
32/12 32/17 32/22
33/4 33/5 33/15 33/18
34/1 34/23 35/14 36/2

36/14 38/9 38/13 39/9
58/10 85/15 89/13
116/12 117/10 129/17
130/7 130/25 159/16
159/19 159/24 160/20
161/2 161/9 161/9
162/3 162/3 162/8
163/7 164/4 164/22
164/23 164/24 165/21
165/22 165/23 173/20
204/13 221/16 221/21
221/23
**FARC's [2]** 35/8 36/7
**farms [5]** 29/16 30/5
31/6 31/9 31/23
**fast [3]** 112/3 139/25
140/3
**fault [2]** 63/7 264/21
**favor [1]** 246/1
**Fe [1]** 221/7
**feasible [1]** 236/3
**February [2]** 59/22
187/4
**February 20th [1]**
59/22
**federal [13]** 2/6
76/19 77/5 77/8 79/6
80/19 80/21 81/5 81/7
99/8 101/13 160/18
171/24
**federation [1]**
186/10
**FedEx [3]** 147/23
148/10 148/12
**Fedora [1]** 155/12
**feed [1]** 54/9
**feel [13]** 6/1 12/18
13/16 14/1 15/8
100/22 158/6 176/9
176/9 182/7 182/13
202/21 227/21
**feeling [2]** 105/24
154/25
**feet [2]** 108/18
108/18
**Felipe [1]** 177/8
**felony [4]** 76/13
76/19 77/5 77/17
**felt [1]** 89/11
**Ferrante [1]** 19/10
**few [15]** 18/23 90/11
99/24 114/8 130/6
144/1 144/2 149/9
159/13 167/21 175/15
177/6 201/3 207/23
253/1
**Fidel [12]** 34/2 34/4
124/10 177/9 177/10
177/12 177/12 177/25
177/25 178/3 178/6
218/3
**field [2]** 120/24

201/8
**fields [7]** 108/14
108/17 128/10 128/11
128/21 128/25 129/20
**fieldwork [7]** 190/25
191/2 191/3 191/4
191/6 191/3 191/14
**Fifth [3]** 2/2 2/17
3/11
**fight [7]** 204/17
210/7 210/8 211/25
214/5 214/15 219/25
**fighting [7]** 5/23
6/17 7/3 130/25
163/11 189/23 220/9
**figure [3]** 236/2
236/14 262/21
**figures [2]** 15/20
179/24
**file [15]** 224/17
224/19 224/20 224/22
225/19 226/21 227/3
227/6 227/8 227/12
227/14 227/17 227/20
227/24 262/6
**filed [9]** 79/18 80/8
82/14 168/19 168/25
223/20 223/22 223/23
246/14
**filing [4]** 19/22 21/3
226/23 227/20
**filings [1]** 225/23
**final [1]** 135/7
**finance [1]** 214/5
**finances [2]** 180/9
180/12
**financial [3]** 30/25
162/14 162/16
**financing [4]** 172/4
244/14 245/1 261/14
**find [13]** 33/3 48/20
48/23 54/14 55/8 57/3
59/19 71/20 118/2
118/20 151/6 242/5
255/10
**finding [3]** 78/16
151/6 264/4
**fine [5]** 14/9 17/1
18/8 76/3 87/5
**finish [8]** 40/8 40/23
43/1 153/14 154/5
156/10 224/12 224/15
**finished [4]** 19/1
76/21 154/3 195/11
**finishing [2]** 156/9
201/23
**fire [3]** 36/3 219/10
219/11
**firearms [1]** 101/11
**fired [5]** 41/2 43/21
56/3 56/9 89/2
**firm [6]** 2/2 23/6

**F**

**firm... [4]** 26/12
89/14 120/4 246/16
**firms [3]** 23/5 24/3
24/8
**first [48]** 15/2 56/18
58/9 61/3 68/17 71/1
84/5 87/3 87/6 88/3
88/9 98/13 101/4
101/21 101/24 102/8
103/3 122/12 122/15
123/8 141/4 141/5
160/10 176/13 178/1
185/11 185/17 187/5
189/20 200/10 203/6
203/7 204/9 212/12
214/9 215/17 221/6
227/4 227/8 231/24
239/23 247/21 249/8
252/24 252/25 254/18
261/2 261/9
**firsthand [4]** 111/19
129/23 130/5 170/9
**Fischer [1]** 19/8
**fish [3]** 149/13
149/13 149/16
**five [5]** 71/3 138/25
179/8 202/17 219/13
**fix [1]** 10/15
**FL [6]** 1/13 2/7 2/21
2/24 3/3 3/18
**flag [1]** 208/24
**flags [1]** 219/8
**flawed [3]** 14/7
15/21 17/6
**flaws [3]** 15/23 16/5
16/6
**flew [1]** 104/7
**flight [12]** 124/23
155/13 155/15 155/17
155/25 173/12 262/1
264/10 264/13 264/15
264/20 264/25
**flights [1]** 155/6
**Floor [2]** 2/6 2/17
**Florencia [1]** 117/12
**FLORIDA [8]** 1/1 1/3
106/16 131/19 132/3
132/6 132/7 265/17
**flowing [1]** 224/8
**flsd.uscourts.gov [1]**
3/19
**fluent [1]** 263/18
**fly [1]** 155/5
**focal [1]** 177/5
**focus [4]** 109/9
130/4 191/12 226/22
**focused [9]** 102/3
102/16 107/17 113/7
113/8 120/8 162/7
162/17 226/23

**focuses [1]** 99/7
**focusing [7]** 99/8
107/2 117/6 118/25
119/25 217/22 241/17
**folks [1]** 108/3
**follow [2]** 26/23
27/16
**following [3]** 39/2
85/11 141/8
**followup [1]** 108/2
**forbid [1]** 25/1
**force [3]** 170/3
212/22 228/13
**forced [2]** 75/6
75/17
**forces [24]** 5/19 6/3
7/2 7/5 101/1 126/5
169/19 203/24 204/14
204/17 207/21 207/24
208/3 208/5 208/6
215/15 217/13 217/14
219/3 219/25 219/25
221/19 221/25 222/1
**foregoing [2]** 160/15
265/12
**foreign [10]** 34/15
42/9 42/10 42/21
86/16 120/9 144/21
150/3 170/14 171/5
**foremost [1]** 123/8
**forever [1]** 126/16
**forgive [2]** 129/8
143/23
**forgot [2]** 60/1
196/8
**form [8]** 67/2 86/19
93/5 95/15 152/20
209/6 222/13 252/15
**formal [1]** 215/24
**formation [6]**
177/18 177/23 178/3
207/10 207/19 209/12
**formed [8]** 94/21
94/21 98/12 125/1
125/11 126/23 162/22
163/6
**formed a [1]** 94/21
**former [3]** 64/3
104/14 232/10
**formidable [3]** 111/7
116/10 159/24
**forming [1]** 94/8
**forms [3]** 58/21
189/21 214/3
**Fort [4]** 2/7 3/3 3/18
265/17
**forth [3]** 105/9 117/3
173/20
**Fortune [1]** 23/24
**forward [5]** 110/9
126/18 156/4 202/12
230/18

**fought [2]** 6/3 6/9
**found [9]** 47/1 47/2
54/13 78/2 93/21 94/1
107/25 116/13 124/8
**foundation [1]**
204/11
**foundations [2]**
191/21 195/12
**founded [7]** 176/25
177/3 177/5 178/20
178/22 178/23 184/21
**founder [1]** 195/9
**founders [5]** 127/2
127/2 127/3 127/5
178/6
**founding [1]** 177/6
**four [8]** 12/15 20/14
85/23 127/18 167/13
235/17 235/25 236/1
**franchise [1]** 218/17
**frank [3]** 3/8 225/1
263/15
**frankly [2]** 245/6
252/18
**Fredy [2]** 144/17
146/3
**free [3]** 100/22 176/9
201/17
**Freidheim [1]** 82/19
**freight [3]** 147/24
147/24 148/9
**freighter [3]** 148/24
151/7 151/18
**freighters [2]**
139/16 147/24
**French [1]** 150/5
**frequencies [2]**
217/15 217/17
**frequent [1]** 100/11
**frequently [2]** 27/17
201/10
**Friday [6]** 155/4
155/18 231/13 231/18
234/5 235/6
**front [11]** 48/22 49/7
49/21 136/3 157/4
176/1 229/12 236/19
238/1 238/19 262/24
**fronts [3]** 129/16
166/25 180/13
**fruit [8]** 29/7 29/8
29/15 29/15 30/7 30/7
31/5 31/23
**fruitful [1]** 142/18
**fruits [2]** 149/19
149/21
**FRYSZMAN [2]** 2/16
4/9
**fueled [1]** 186/11
**fueling [1]** 11/19
**Fuerzas [1]** 204/13
**fugitive [1]** 126/6

**full [6]** 65/2 71/10
75/25 90/25 174/1
235/19
**fully [1]** 236/19
**fund [2]** 213/10
214/5
**funded [2]** 33/19
195/12
**funding [2]** 109/11
214/5
**FUNDORA [8]** 3/8
4/12 6/22 13/2 181/14
220/18 253/19 260/24
**FUNDORA-MURPHY
[2]** 3/8 4/12
**funds [7]** 172/16
172/23 180/7 180/19
180/23 180/24 181/5
**funneled [1]** 50/6
**further [12]** 12/8
20/25 52/18 80/13
95/10 108/21 118/23
152/15 181/8 203/13
204/20 231/2

**G**

**G-A-D-D-I-S [1]**
97/15
**G-Global [1]** 120/5
**GABRIELA [1]** 3/4
**GADDIS [132]** 4/7
97/2 97/14 97/18
97/20 97/23 98/11
98/20 98/25 99/13
100/2 100/8 100/18
100/21 101/21 102/18
103/16 104/15 105/2
105/14 106/7 106/17
107/10 108/12 108/24
109/15 109/23 110/11
110/15 111/2 111/11
112/1 112/19 113/16
114/16 115/3 115/23
117/8 117/15 118/5
119/1 119/17 120/1
120/15 121/21 122/1
122/10 123/5 123/17
125/4 125/19 126/20
128/3 128/8 128/24
129/21 130/6 130/18
131/3 131/16 131/21
132/2 132/8 132/23
132/25 133/9 133/14
133/15 133/20 134/17
135/12 136/3 136/15
136/19 137/1 139/6
139/13 139/18 140/1
140/23 141/4 141/15
141/23 142/8 142/21
143/10 144/5 144/13
146/16 147/2 147/18
148/9 148/16 149/9

150/12 150/23 151/1
151/20 152/14 156/24
157/1 160/2 160/14
160/15 161/16 163/1
163/24 164/17 166/4
166/6 166/24 167/20
169/19 170/11 173/9
173/11 173/19 174/12
174/17 175/8 175/14
176/12 176/15 176/24
178/24 178/24 179/6
179/11 180/17 180/23
181/4 181/8
**Gaddis' [2]** 95/21
95/22
**gain [2]** 209/13
212/24
**Gaitanistas [1]**
215/14
**gallon [1]** 149/17
**GARCIA [1]** 1/12
**Gardens [1]** 2/21
**garrison [1]** 217/14
**gate [1]** 252/24
**gather [5]** 198/1
206/9 206/9 206/10
206/11
**gathering [3]** 109/6
116/16 116/20
**gave [6]** 5/14 175/20
186/4 231/17 247/6
257/21
**gear [1]** 117/24
**general [16]** 5/22
6/24 29/9 85/13 85/14
85/16 86/22 95/3
190/23 198/18 199/8
199/11 201/9 206/13
207/7 209/10
**generally [13]** 12/24
28/5 102/5 102/15
108/12 115/4 116/19
129/19 134/25 135/4
198/22 201/8 210/16
**gentleman [1]** 104/2
**gentleman who [1]**
104/2
**gentlemen [19]** 22/4
22/6 22/14 22/19 67/2
68/1 95/13 96/19
96/22 97/1 99/4
112/22 133/22 143/19
152/19 156/21 173/24
184/1 222/10
**geographic [1]**
164/2
**geographical [1]**
186/13
**geographies [1]**
193/19
**George [1]** 114/22
**Germany [1]** 196/6

**G**

**get [75]** 8/4 12/13
16/18 19/7 21/5 21/6
21/10 21/19 21/22
25/6 26/24 28/6 29/4
41/11 53/14 60/25
67/14 73/19 81/17
82/15 90/24 96/3 96/3
97/9 97/11 97/25
99/11 100/24 104/2
104/5 113/20 118/8
125/3 133/18 133/23
134/5 134/6 134/7
141/5 142/11 142/14
148/19 149/6 150/9
153/7 155/13 155/19
155/22 156/2 156/4
156/14 160/22 164/11
185/8 188/25 196/3
200/12 204/20 206/14
214/20 216/9 218/17
222/11 223/13 224/18
225/2 226/5 226/13
226/15 226/15 235/25
236/1 238/20 262/13
264/23
**gets [1]** 8/7
**getting [14]** 12/17
116/13 120/21 120/22
130/7 151/8 155/11
156/1 181/11 192/17
214/23 216/19 234/6
258/9
**Gilberto [2]** 113/9
123/25
**give [28]** 6/12 11/10
13/4 13/12 14/4 16/7
25/22 28/22 29/1 44/2
51/19 60/10 64/21
66/9 89/19 103/2
115/10 154/22 156/14
174/1 183/18 218/14
226/3 231/15 233/18
234/7 240/7 262/14
**given [9]** 10/10 41/5
58/18 71/18 75/19
185/23 216/22 231/18
241/13
**gives [2]** 225/6
247/7
**giving [10]** 9/8 12/1
16/3 17/10 25/5 61/10
106/17 231/14 232/4
257/13
**GJULLIN [1]** 1/17
**glad [1]** 28/22
**glean [1]** 144/22
**gleaned [1]** 130/2
**global [17]** 59/20
62/24 63/8 77/23
86/10 86/24 118/13

118/14 118/19 119/2
119/3 119/11 120/5
120/9 170/18 171/1
171/9
**gmail.com [1]** 3/6
**go [87]** 11/9 11/17
16/12 17/19 19/10
23/13 29/7 30/5 30/6
31/5 31/17 31/23 32/4
35/14 40/13 40/23
46/12 49/4 52/3 52/4
57/3 63/1 63/3 67/21
81/19 84/5 84/10
85/21 86/13 88/18
91/1 94/24 98/25
99/19 107/21 110/8
110/13 118/2 118/7
121/17 123/15 124/5
125/22 130/15 130/21
133/13 139/13 139/17
139/25 140/3 141/4
142/19 143/14 145/2
145/5 148/20 148/24
150/13 150/20 150/20
151/1 155/7 155/10
172/18 178/25 180/11
191/9 192/25 195/3
195/13 203/3 203/13
220/22 226/3 229/12
229/18 229/23 230/18
231/8 231/22 249/14
255/10 255/11 255/12
262/2 262/4 262/15
**go-fast [2]** 139/25
140/3
**God [1]** 25/1
**goes [12]** 14/3 14/19
51/17 97/13 148/14
149/23 153/24 156/4
183/20 230/21 247/5
251/13
**going [120]** 5/18 8/1
8/6 9/25 11/10 12/19
13/4 13/7 13/13 15/3
17/10 17/12 18/4
18/12 19/9 20/6 22/16
24/21 26/24 27/11
32/5 40/11 44/2 46/16
46/22 48/24 48/25
50/4 67/1 71/14 73/19
75/21 81/16 81/17
81/19 81/21 81/23
81/25 82/15 87/15
89/16 91/23 92/20
95/20 97/3 99/20
102/21 111/19 115/23
118/3 118/5 124/24
131/21 134/22 134/22
135/4 140/11 144/24
148/21 149/15 150/15
151/5 153/14 153/23
154/5 154/14 154/18

154/19 154/20 154/21
155/1 155/13 180/21
182/11 183/11 188/7
188/11 192/15 203/20
222/10 224/17 224/21
224/23 224/25 227/11
227/11 228/6 228/13
228/14 228/16 229/14
229/15 229/16 230/14
230/22 231/6 231/24
232/8 232/11 232/14
232/24 232/25 233/2
233/4 233/5 233/24
234/7 234/8 234/14
235/6 236/20 238/5
260/13 262/4 263/2
263/6 263/9 264/9
265/3 265/5
**gone [7]** 34/11 84/8
88/10 88/15 90/21
126/16 225/12
**good [59]** 5/3 5/9
21/24 22/1 22/4 22/13
22/19 22/23 22/24
42/7 58/17 60/21
69/20 96/9 97/1 97/16
97/23 97/24 127/17
157/1 157/2 176/14
183/5 183/25 184/4
192/5 204/1 220/18
222/7 224/10 234/11
234/13 239/13 239/18
240/8 240/17 240/20
241/15 241/22 244/2
244/18 245/3 245/5
246/6 248/17 248/24
251/19 254/16 254/25
255/20 255/23 256/24
260/18 260/21 261/8
261/16 261/21 261/24
264/16
**good point [1]**
220/18
**goods [1]** 149/22
**GOPAL [1]** 3/9
**got [17]** 18/23 19/7
39/16 84/5 103/7
143/23 148/3 150/14
161/24 191/20 199/1
221/23 224/10 228/20
253/14 263/10 263/12
**gotten [2]** 224/1
231/16
**government [59]**
32/18 32/23 76/24
77/8 77/16 77/21
80/19 80/21 81/5 81/7
81/18 82/11 83/2 84/8
84/12 84/16 84/22
84/24 85/24 87/9
87/17 87/23 88/1 88/4
88/16 100/6 100/13

115/8 115/9 123/1
136/17 141/7 142/16
143/21 143/24 144/8
144/15 145/14 162/10
193/4 193/6 193/8
193/10 193/13 205/8
205/18 205/23 207/20
208/7 208/8 212/9
215/25 216/1 216/5
216/7 217/3 221/13
232/10 258/25
**Government's [2]**
170/12 205/7
**governments [2]**
52/18 219/22
**gpvalentind [1]** 3/6
**grab [2]** 131/22
246/7
**grade [4]** 212/8
216/11 216/23 217/4
**graduate [1]** 184/16
**graduated [3]** 22/25
187/13 187/16
**graduates [1]** 23/12
**graduating [1]**
101/25
**graduation [1]**
23/17
**grand [2]** 239/2
**grant [3]** 224/25
225/3 226/6
**granted [3]** 86/18
167/18 256/18
**grants [6]** 191/17
191/18 191/19 191/20
191/22 191/22
**graph [1]** 15/7
**grave [1]** 257/8
**great [5]** 22/9 107/1
111/8 128/21 153/23
191/24 192/18 198/5
225/1
**greater [2]** 116/13
210/12
**green [6]** 2/22 2/23
204/21 205/25 206/1
206/7
**Gregorio [2]** 167/10
169/3
**grew [1]** 215/11
**grinders [1]** 152/3
**ground [5]** 103/1
107/22 109/6 114/6
129/25
**group [29]** 7/24 34/2
34/4 34/8 50/25
117/11 125/2 125/13
126/23 162/3 162/9
163/11 163/24 166/18
186/6 190/7 190/8
190/9 194/8 197/9
203/9 203/21 214/12

215/10 215/11 215/15
218/10 218/12 244/14
**group-based [1]**
203/21
**grouping [1]** 186/10
**groups [65]** 5/23 7/3
7/6 7/23 8/12 13/25
14/18 38/9 117/14
164/3 186/8 186/11
189/23 190/3 190/6
190/14 191/12 193/22
203/24 204/3 204/11
204/16 204/16 206/2
207/7 207/11 207/17
207/18 207/19 207/21
208/20 209/4 211/3
211/24 211/24 212/5
212/10 212/10 212/17
212/18 212/24 213/3
214/1 214/13 214/18
215/1 215/4 215/4
215/8 215/25 216/2
216/4 216/8 216/12
217/4 217/20 217/24
218/2 218/4 218/11
218/16 218/21 218/23
218/25 219/3
**grow [3]** 127/17
129/19 130/9
**growers [1]** 179/25
**growing [30]** 8/21
8/24 9/2 9/11 9/16
9/18 9/20 29/7 29/15
30/7 108/25 128/4
128/9 128/11 128/15
128/15 128/18 128/21
128/25 129/22 132/10
137/17 185/14 185/16
185/24 191/6 203/10
203/12 211/7 212/12
**grown [1]** 9/6
**grows [1]** 185/16
**growth [2]** 11/20
186/13
**Guajira [2]** 104/8
106/14
**guard [1]** 254/15
**guardianships [1]**
214/1
**Guatemala [2]**
134/13 196/11
**guerilla [9]** 162/3
162/9 163/11 203/24
204/11 207/11 207/19
214/1 214/12
**guerillas [10]** 6/17
208/4 208/4 208/11
213/19 213/20 213/25
214/15 214/20 220/13
**guess [8]** 5/16 57/2
96/2 103/6 127/2
223/12 237/7 262/6

**G**

**guessed [3]** 74/5 80/18 81/4
**guessing [1]** 60/20
**guidelines [5]** 194/9 194/13 197/18 197/19 205/15
**guilt [2]** 80/8 140/17
**guilty [37]** 62/19 78/21 79/5 80/5 80/11 84/20 84/22 87/5 135/20 136/11 140/24 141/10 141/17 141/21 141/23 142/4 145/19 145/20 145/25 146/1 146/8 146/9 146/14 146/15 157/5 157/10 157/13 157/17 158/8 158/20 158/21 158/23 159/5 159/11 168/9 169/16 179/13
**gun [3]** 57/11 130/11 245/1
**guns [8]** 50/20 54/10 55/5 55/10 55/11 55/17 56/9 260/9
**guy [1]** 255/14
**guys [2]** 178/8 179/1

**H**

**had [134]** 15/23 17/19 23/23 25/7 31/6 32/23 33/18 34/5 34/8 34/23 39/21 41/1 41/9 48/19 53/7 53/17 54/14 58/13 61/9 64/2 64/7 64/22 65/6 65/14 65/18 65/23 66/7 66/13 67/11 68/5 70/16 71/9 71/18 71/24 72/12 73/22 74/2 75/12 77/16 77/22 78/1 82/24 84/7 84/12 84/25 85/16 88/10 88/15 89/4 92/2 93/5 94/2 94/16 94/22 100/4 101/1 103/25 105/6 107/1 108/15 108/22 111/18 113/10 113/20 113/22 114/22 116/2 117/1 117/10 118/22 120/17 122/20 123/13 124/10 124/11 124/15 124/23 126/1 127/12 127/24 129/14 129/15 129/19 141/7 143/6 144/2 144/10 147/14 147/19 148/12 150/5 150/18 151/17 153/5 157/10 157/16 158/6 161/24 163/10 163/20 163/22 163/22 173/20 175/19 177/13 179/13 182/17 192/20 195/11 207/24 212/19 216/10 217/5 223/10 223/25 237/6 237/20 241/7 251/6 253/21 253/23 254/13 254/16 255/16 255/20 257/11 257/13 260/10 264/8 264/12
**hadn't [1]** 202/25
**HAGER [1]** 2/8
**Haiti [4]** 106/16 134/11 139/22 140/3
**half [2]** 20/9 236/9
**hand [12]** 17/21 97/5 144/21 144/21 145/6 183/6 242/11 242/13 242/15 242/16 242/18 258/24
**hand-in-hand [1]** 144/21
**handed [1]** 173/13
**handheld [1]** 21/20
**handle [1]** 107/20
**handled [2]** 120/13 247/15
**handling [1]** 118/9
**hands [2]** 122/3 129/25
**hands-on [2]** 122/3 129/25
**handwriting [3]** 68/21 69/5 69/6
**handwritten [4]** 57/5 69/11 69/16 69/21
**hang [1]** 153/15
**hanging [1]** 90/23
**happen [4]** 25/9 25/10 68/12 264/20
**happened [17]** 6/25 25/4 37/11 44/25 45/1 83/2 125/11 126/8 126/13 145/12 145/23 146/4 194/11 197/3 220/24 239/5 240/16
**happening [6]** 39/24 102/25 111/23 115/11 148/6 231/5
**happenings [3]** 190/12 206/3 206/4
**happens [5]** 26/19 152/11 209/3 257/15 257/19
**happy [4]** 5/9 15/15 70/21 155/15
**hard [8]** 27/21 28/4 28/4 170/20 170/22 189/14 262/20 262/21
**harm [2]** 85/19

88/20
**Harvard's [1]** 100/5
**harvested [1]** 127/18
**has [43]** 6/24 7/8 11/14 14/17 20/11 57/23 62/7 70/13 87/1 105/6 122/24 123/1 134/15 146/5 148/13 150/7 182/11 182/21 194/5 194/11 196/23 202/6 202/9 202/17 202/23 202/25 203/7 203/23 204/2 206/17 206/25 210/12 216/3 226/20 227/2 227/5 227/6 232/8 232/12 232/18 233/16 246/15 258/25
**Hasbun [11]** 143/4 143/6 146/11 146/13 153/21 167/7 167/12 168/2 168/10 168/20 236/18
**have [297]**
**haven't [10]** 134/3 152/8 152/12 161/17 223/25 224/1 237/6 237/20 241/7 241/12
**having [19]** 20/19 28/22 31/3 31/5 38/22 69/10 87/3 87/6 104/10 118/7 127/14 134/8 152/5 153/1 164/9 170/20 170/22 183/10 231/23
**hazardous [7]** 226/9 226/12 228/17 229/10 229/12 229/20 230/7
**he [212]** 6/12 7/1 7/22 10/23 11/1 11/5 11/7 11/10 11/13 11/17 13/12 13/18 14/4 14/6 15/21 15/23 16/2 17/8 19/8 19/11 19/12 29/18 29/18 29/19 29/20 32/6 32/7 32/7 32/8 33/10 33/10 38/4 38/4 38/4 39/13 39/14 39/20 40/16 40/16 40/16 40/20 40/20 41/17 41/19 42/14 43/3 43/9 43/12 45/5 48/7 48/14 50/11 50/13 50/14 50/15 51/23 57/25 59/1 59/3 62/2 62/4 62/4 62/9 62/11 62/8 62/8 62/8 62/9 62/9 62/9 62/10 62/11 62/17 64/6 75/23 81/21 83/15 88/24 89/8 90/22 90/23

90/24 93/22 94/17 94/18 103/14 104/2 104/3 104/4 104/4 104/4 104/13 114/23 124/19 124/20 124/22 126/11 136/13 137/22 143/5 144/24 145/7 145/13 145/17 145/20 146/1 146/8 146/9 155/22 157/16 157/17 157/20 158/5 158/6 158/19 158/21 158/22 158/22 158/23 159/5 159/6 159/10 159/10 160/10 160/11 166/9 166/14 168/2 168/6 168/7 168/8 168/8 168/13 168/15 168/17 169/4 169/8 169/8 169/9 169/12 169/12 169/15 169/15 169/16 169/17 172/11 177/15 177/15 177/20 177/20 177/21 178/21 180/21 182/3 182/19 200/9 200/10 200/13 200/14 215/17 215/18 232/9 239/5 239/6 246/14 246/15 246/15 246/17 248/9 248/18 250/17 250/18 250/23 251/3 251/4 251/13 251/14 251/15 251/21 251/22 251/24 251/24 252/4 252/17 252/18 253/5 253/11 253/14 253/22 253/25 254/7 254/7 254/11 254/13 254/14 254/15 255/2 255/5 255/6 256/3 256/4 256/5 256/6 256/7 256/9 256/10 256/13 256/13 257/14 258/9 258/23 258/24 259/3
**he'd [1]** 19/10
**He'll [1]** 154/17
**he's [49]** 6/15 8/1 9/8 10/19 11/3 11/3 12/1 12/7 13/4 15/3 16/3 16/4 17/7 17/10 17/10 17/11 17/12 18/16 19/9 21/15 40/8 43/18 45/4 51/19 57/1 63/9 81/16 81/17 81/18 124/12 135/16 135/18 135/20 146/5 154/18 154/19 154/19 154/20 154/21 155/22 158/20 165/3 172/8 178/18 180/20 234/7 240/5 253/25 256/2

**head [1]** 113/8

**headed [2]** 215/16 218/3
**headquarters [9]** 61/5 61/14 112/4 112/11 112/11 112/20 113/17 114/17 124/21
**heads [1]** 112/14
**Health [2]** 205/2 205/14
**hear [8]** 16/15 21/25 97/9 178/11 230/12 230/13 237/6 241/8
**heard [23]** 8/11 20/24 22/8 29/12 36/6 46/4 46/6 82/2 92/6 103/5 124/20 146/3 166/6 166/8 182/18 183/11 210/4 212/25 231/13 235/16 241/12 259/15 259/18
**hearing [6]** 42/7 122/7 164/9 170/20 170/22 264/23
**hearings [2]** 117/21 157/23
**hearsay [3]** 92/20 94/13 194/22
**heavily [4]** 98/15 122/13 146/19 146/19
**heavy [1]** 108/24
**held [2]** 57/9 100/24
**helicopters [1]** 108/6
**help [5]** 100/22 120/6 126/10 184/23 200/11
**helps [1]** 179/18
**her [2]** 155/15 156/6
**here [76]** 9/11 16/15 19/7 21/11 21/20 42/14 61/3 63/9 63/11 67/16 80/10 80/12 100/21 100/23 103/7 111/11 121/15 122/12 123/22 124/7 124/13 125/5 126/20 128/8 128/14 130/18 131/22 134/17 134/17 137/5 138/9 138/12 138/18 140/16 140/16 140/18 141/19 144/14 145/2 151/4 154/18 154/19 157/14 166/7 167/24 172/8 172/21 177/2 180/18 181/22 195/8 204/3 205/1 207/17 210/4 219/17 221/15 234/25 237/9 239/11 240/2 240/4 241/19 246/15 247/3 249/1 252/18 254/18 257/1 257/5 258/9 262/1

**H**

**here... [4]** 262/25
263/21 263/25 264/10
**here's [1]** 44/24
**hereby [1]** 265/12
**Hernan [1]** 137/24
**Hernandez [1]**
137/24
**heroin [1]** 208/22
**heroism [1]** 119/22
**HERZ [1]** 1/16
**HH [2]** 137/24
145/23
**hid [1]** 108/19
**hide [1]** 148/22
**high [6]** 15/20
102/15 118/24 137/15
209/25 210/1
**high-level [2]**
118/24 137/15
**higher [2]** 211/7
211/8
**highest [5]** 24/3
24/8 72/22 211/19
211/20
**highlight [1]** 10/17
17/8
**highlighting [1]**
17/8
**Highway [2]** 2/6
2/20
**Hill [2]** 100/7 100/7
**him [45]** 9/1 16/15
19/10 21/14 22/17
25/22 40/21 41/1 43/1
43/24 56/17 57/3
81/19 81/21 82/8
90/24 90/24 114/24
124/12 125/17 126/7
126/12 137/23 141/14
145/14 145/15 145/24
146/4 154/20 159/2
160/10 178/19 200/9
200/11 200/14 200/15
234/7 248/13 251/1
251/1 251/3 254/5
258/17 259/15 263/23
**himself [1]** 256/13
**hip [1]** 148/3
**hire [2]** 43/24 164/5
**hired [9]** 72/21 73/1
73/5 73/7 73/24 89/19
164/3 164/22 165/21
**his [79]** 6/13 6/16
6/16 6/20 6/21 7/1
7/4 7/21 8/3 10/16
10/24 11/1 11/7 11/8
11/9 11/13 11/14
11/17 11/20 11/24
12/6 12/9 14/13 17/5
17/13 17/25 18/14
18/15 19/10 40/8 44/6

44/22 48/13 51/24
57/21 58/1 63/10
63/10 88/24 89/5
90/22 104/5 105/25
106/2 136/13 138/13
142/25 146/4 146/14
155/20 169/17 172/7
177/17 178/20 178/21
178/22 182/2 182/12
182/16 182/16 182/20
182/21 195/3 195/4
200/4 200/14 211/22
239/15 250/2 250/23
250/25 252/24 255/5
256/7 256/11 256/14
257/21 258/16 258/24
**historical [5]** 6/24
7/7 7/11 7/12 7/13
**historically [1]**
108/24
**history [3]** 62/18
208/14 208/15
**hit [1]** 142/13
**hmm [66]** 23/11
30/24 33/3 33/21 34/4
34/7 35/7 36/13 37/13
38/15 39/11 39/16
40/1 42/1 44/1 45/23
46/2 46/16 46/20
46/25 47/5 47/14
47/17 48/20 49/5
49/15 50/5 50/24 51/4
52/12 53/3 54/9 55/11
55/13 55/16 56/8
56/11 57/9 57/18
58/16 59/9 59/13
59/23 60/6 60/9 64/7
64/19 64/25 65/13
66/7 66/23 68/14
68/23 71/6 72/10
74/11 77/1 77/9 77/20
78/10 78/23 79/11
79/17 79/21 80/10
217/21
**hold [18]** 28/16
61/25 79/24 80/16
87/20 94/17 105/18
109/16 155/11 174/25
178/10 183/19 187/10
206/14 209/16 237/22
238/3 245/14
**Holder [5]** 72/22
73/6 73/7 73/25 83/3
**holding [1]** 187/3
**holds [2]** 185/12
186/10
**holidays [2]** 24/12
24/22
**Holloway [1]** 187/20
**home [6]** 113/21
155/11 155/13 156/14
264/15 264/15

**homicidal [5]** 185/13
185/23 203/9 206/21
207/3
**homicide [4]** 209/23
210/15 211/1 211/11
**homicides [6]**
197/17 204/23 205/1
205/5 205/22 220/5
**honestly [1]** 117/13
**honor [171]** 5/3 5/21
6/23 7/22 9/4 10/7
10/11 10/15 11/12
11/17 11/25 13/3
14/23 15/15 16/24
17/18 18/8 18/11
20/13 20/14 20/18
21/4 21/6 21/12 22/11
22/18 25/18 25/20
27/3 28/17 29/18 32/9
33/8 42/11 42/23
43/17 51/7 51/19
52/23 53/9 56/24
57/19 57/23 58/3 59/2
62/16 66/24 68/18
81/13 83/7 89/17
91/10 92/12 93/7 94/3
94/10 94/20 96/10
96/5 96/6 96/13 96/15
96/25 97/2 97/7 98/6
105/19 106/1 109/17
109/21 119/22 131/24
155/16 155/23 156/23
157/18 158/3 158/15
158/24 159/7 159/21
160/22 165/2 166/21
167/15 170/5 172/6
172/17 172/25 173/3
173/7 175/1 175/4
180/1 180/5 180/25
181/15 181/17 181/19
181/20 182/15 182/24
183/8 183/14 185/1
194/17 194/22 207/13
213/4 222/8 223/15
223/18 224/5 224/14
226/20 228/1 229/9
230/8 230/9 230/11
230/17 231/12 232/3
233/15 234/10 234/24
236/8 236/24 236/25
237/19 238/2 238/12
239/19 240/10 241/14
245/10 245/11 246/6
246/8 246/11 247/12
249/19 250/4 250/22
251/18 252/11 252/20
253/21 254/5 254/17
254/23 255/15 256/15
256/18 257/1 257/4
257/9 257/20 258/10
258/21 258/24 260/1
260/12 262/3 262/22

263/15 263/21 264/9
264/18 265/1 265/6
**Honor's [4]** 182/3
254/1 263/9 264/21
**HONORABLE [2]** 1/8
265/16
**hoops [1]** 255/13
**hoped [1]** 74/5
**hopefully [2]** 18/4
231/8
**hoping [1]** 155/5
**Hopkins [1]** 100/6
**horrific [2]** 34/23
35/11
**hot [1]** 149/20
**hotel [1]** 256/7
**hotspot [1]** 102/22
**hounded [1]** 104/9
**hour [6]** 20/22 24/12
120/21 120/22 235/2
236/9
**hourly [1]** 199/17
**hours [25]** 20/7 20/9
20/14 20/16 20/21
24/14 24/15 24/16
24/22 26/12 90/11
121/1 121/4 132/9
154/15 154/22 155/2
199/19 199/22 199/24
234/23 234/23 235/17
235/18 236/3
**housekeeping [3]**
19/16 153/11 223/19
**how [91]** 7/14 11/14
12/16 12/22 14/13
14/24 16/18 20/5
31/14 31/14 49/3
50/13 55/5 60/10
60/21 62/21 65/14
67/19 97/12 97/13
98/23 101/9 101/9
101/11 101/17 102/24
111/20 112/17 113/18
115/24 119/3 120/15
120/21 121/1 122/1
124/24 125/10 127/9
127/25 128/11 129/6
129/11 133/23 135/15
135/18 138/16 139/1
139/1 139/4 139/6
139/24 142/10 146/7
146/11 147/6 148/11
150/18 154/11 156/12
175/16 178/16 178/21
180/4 180/6 180/18
183/20 186/23 186/24
186/24 188/8 188/24
189/6 197/1 198/6
199/19 200/11 204/2
211/14 219/4 224/8
225/25 231/3 231/9
233/18 235/11 235/19

239/17 255/12 257/18
261/1 262/12
**however [5]** 74/13
92/10 114/13 163/15
166/18
**Howland [1]** 55/24
**huge [3]** 34/15
212/23 256/19
**huh [1]** 40/5
**hull [4]** 148/24 151/3
151/7 151/11
**human [3]** 23/15
197/15 206/12
**humanitarian [1]**
194/3
**hundreds [3]** 117/25
124/21 262/16
**Hurtado [28]** 92/24
237/18 238/7 239/5
241/20 246/2 246/13
246/14 246/22 248/4
248/6 248/11 249/9
249/11 249/13 249/16
249/18 249/22 249/23
250/18 251/21 252/10
255/24 256/2 256/9
256/13 256/13 258/1
**Hurtado's [1]** 240/18
**hypotheses [1]**
198/23
**hypothetical [4]**
25/5 27/20 28/21 29/4

**I**

**I will [21]** 55/22
57/24 75/9 75/9
164/11 179/22 179/24
189/7 192/22 196/21
197/24 202/20 210/19
215/13 217/18 218/1
235/12 244/5 245/11
248/15 264/14
**I'd [11]** 7/9 10/15
18/17 28/22 29/12
155/15 160/5 162/24
170/11 228/24 236/2
**I'll [29]** 8/12 14/14
18/3 21/16 25/22
29/25 33/12 35/23
36/21 42/17 58/3
69/11 69/16 81/2 85/4
87/22 93/20 93/21
103/2 160/8 166/13
171/4 173/12 225/10
235/24 236/4 237/10
246/15 264/15
**I'm [173]** 5/4 7/17
8/6 8/10 9/25 10/5
13/7 13/13 15/15 18/4
18/24 25/5 25/19 27/6
27/9 28/5 28/6 28/16
28/21 29/11 29/23

| | | | |
|---|---|---|---|
| **I** | 28/8 29/9 67/18 217/6 | 263/2 263/18 | 216/20 | **inconvenience [1]** |

**I**

**I'm... [152]** 31/11
31/20 32/5 32/7 37/16
38/3 38/24 40/3 40/3
42/12 43/25 44/18
44/24 49/2 50/11
50/11 51/2 52/22
54/16 55/9 55/19 57/2
57/6 57/13 57/16
57/25 58/1 60/5 60/20
60/20 68/13 69/3
70/21 72/4 72/5 73/16
74/25 79/1 80/12
80/16 80/25 82/15
89/16 90/24 91/23
92/20 96/15 99/2
105/23 106/7 109/3
109/16 110/1 113/5
113/25 120/22 124/16
131/21 135/9 136/3
140/13 141/6 155/13
157/12 159/1 165/16
168/5 170/20 170/20
170/22 170/24 172/10
172/11 174/16 175/25
177/11 178/16 178/17
179/23 180/20 183/11
184/6 184/19 184/19
187/2 188/7 191/2
192/15 195/1 213/21
219/15 220/17 222/24
224/17 224/21 224/23
224/25 225/4 225/7
225/18 225/18 225/24
225/25 226/7 226/13
226/16 226/16 228/7
228/9 228/10 228/13
228/20 228/21 228/21
230/12 230/22 231/6
235/3 235/10 236/20
236/20 237/3 237/23
237/24 237/24 237/25
238/4 238/9 238/21
238/23 239/10 239/11
239/12 241/8 241/10
241/19 242/15 243/18
246/10 247/3 247/24
253/18 253/18 253/24
254/11 254/23 258/9
258/9 262/18 264/9
264/19 264/24

**I've [25]** 5/13 18/23
39/2 46/4 75/19
100/10 100/11 122/6
122/8 122/9 143/23
147/13 147/22 147/23
147/24 148/13 161/18
166/8 170/9 177/4
177/4 187/3 189/3
241/13 249/23

**idea [8]** 28/6 28/7

218/15 218/16
**ideal [1]** 127/16
**identify [3]** 108/4
112/21 129/11
**if [178]** 6/6 6/10
7/11 9/9 9/20 12/7
13/15 14/6 14/22
14/23 15/2 15/16
17/18 18/4 18/5 18/6
18/24 19/2 20/10
20/11 20/15 20/16
21/19 24/24 25/6
25/13 25/25 26/1 27/4
27/15 27/20 28/7
28/19 28/22 31/25
36/6 38/16 42/1 44/1
45/20 48/7 51/10
51/23 57/23 60/9
66/13 66/14 68/14
70/20 74/23 84/11
85/5 86/18 87/25 89/4
95/16 97/8 97/20 99/1
108/2 108/18 109/17
110/8 118/16 119/7
122/10 124/5 125/22
127/12 128/19 128/24
130/21 131/22 132/3
132/12 132/18 133/12
133/16 133/25 134/10
134/24 135/3 137/21
138/7 138/11 140/2
140/19 141/4 141/5
141/7 142/19 143/23
144/5 146/24 149/15
149/23 152/24 154/20
155/8 155/12 155/13
155/14 155/25 160/8
160/10 163/1 163/20
164/9 164/17 166/17
171/23 172/11 173/19
175/14 175/19 176/9
179/11 179/18 180/8
183/14 183/18 185/10
185/19 186/9 189/24
195/3 197/9 199/1
200/6 202/19 203/3
210/23 211/13 216/24
218/20 220/17 225/3
225/5 225/14 226/12
226/14 226/15 228/5
228/7 228/19 228/22
229/19 230/3 231/10
233/3 234/13 235/25
236/1 236/3 237/12
237/15 237/24 239/12
239/16 239/16 239/18
240/16 242/2 246/7
246/9 251/6 251/7
251/16 252/17 255/9
255/11 258/10 259/14
259/15 260/12 262/18

**If we can [1]** 95/16
**if you can [7]** 18/24
132/3 133/12 140/19
141/4 152/24 164/9
**ignorance [1]** 46/2
**III [6]** 2/5 101/15
104/20 116/22 117/5
122/6
**illegal [15]** 39/9
77/22 78/16 122/19
126/18 209/8 210/18
211/5 211/6 212/1
212/7 244/14 251/7
253/3 264/3
**illegality [1]** 58/9
**illnesses [1]** 205/13
**imagination [1]**
148/15
**imaginations [1]**
148/15
**imagine [1]** 236/1
**immaterial [1]** 87/21
**immediately [3]** 5/6
103/5 161/5
**impact [5]** 94/7
152/6 152/6 194/2
194/3
**impacting [1]**
112/17
**impeachment [2]**
233/15 233/15
**impermissible [1]**
7/18
**implemented [2]**
115/18 143/22
**Implementing [1]**
86/14
**implicate [2]** 246/24
257/19
**implicated [2]** 256/2
256/14
**implicates [1]**
257/14
**implicating [1]**
256/9
**implications [2]**
75/10 171/19
**implied [1]** 92/2
**implies [1]** 79/10
**implying [2]** 40/4
254/9
**important [15]** 59/6
93/17 111/11 118/2
144/1 144/2 156/9
190/8 190/11 197/16
207/2 207/5 208/14
220/2 264/11
**importation [2]**
251/8 253/3
**impose [1]** 216/5
**imposed [2]** 86/14

**impression [1]**
264/2
**impressive [1]** 118/7
**imprisoned [2]**
167/24 252/4
**improper [8]** 90/20
91/10 94/22 237/16
253/16 253/21 254/3
257/6
**improperly [2]**
237/14 239/17
**improve [4]** 109/23
109/24 220/16 220/16
**improving [1]** 202/7
**in [1047]**
**inaccurate [2]**
166/18 237/11
**inaccurately [1]**
163/21
**INC [1]** 1/3
**incentive [1]** 208/19
**incentives [1]** 211/7
**inception [5]** 33/18
49/22 98/14 122/12
146/17
**incident [38]** 34/23
36/2 36/13 37/5 38/14
51/1 54/17 55/4 55/16
55/25 55/25 56/3 56/9
56/9 57/11 91/20 92/4
92/11 92/24 240/1
240/24 243/14 244/1
244/17 244/20 245/1
247/8 247/15 254/6
258/8 258/13 258/14
259/13 259/16 259/22
260/20 261/5 261/18
**inclined [1]** 226/6
**include [3]** 128/4
138/14 197/4
**included [6]** 23/21
138/19 170/2 221/24
261/19 261/19
**includes [3]** 196/25
245/8 261/18
**including [13]** 65/8
150/1 193/8 194/14
197/17 199/23 201/24
205/12 221/5 256/11
259/1 259/6 260/19
**inclusion [1]** 159/10
**income [6]** 209/8
210/17 210/19 210/20
211/8 214/4
**incomes [3]** 211/6
212/1 212/1
**incoming [1]** 24/4
**incomplete [2]**
165/2 237/11
**inconceivable [1]**
78/2

18/24
**incorrect [6]** 238/11
238/16 238/17 258/5
259/23 259/23
**increase [2]** 210/12
213/11
**increased [2]** 110/3
110/5
**indeed [3]** 190/5
199/6 215/3
**indicate [1]** 9/3
**indicated [2]** 18/13
233/24
**indicates [1]** 139/15
**indicating [2]** 6/2
258/17
**indication [2]**
197/10 205/5
**indicted [14]** 239/4
241/22 242/4 243/23
244/12 248/14 248/17
248/19 248/21 249/1
250/1 258/7 258/25
259/8
**indictment [35]**
238/7 239/8 239/11
239/15 239/15 239/18
239/21 240/5 242/1
243/12 244/6 244/9
244/10 244/13 245/7
245/22 246/3 246/23
247/17 247/25 248/13
250/7 250/15 250/16
250/19 251/2 255/16
255/17 255/19 256/25
259/5 259/22 261/11
261/17 261/20
**individual [10]**
52/18 52/20 53/6
63/16 92/23 124/11
250/6 252/15 254/25
257/19
**individuals [13]**
103/8 104/12 125/5
137/14 144/8 144/10
144/13 145/2 190/4
196/19 238/8 259/8
262/23
**infer [1]** 14/7
**inference [2]** 14/5
14/11
**infighting [3]** 190/10
211/23 220/12
**infiltrate [1]** 104/6
104/21
**inflicting [1]** 190/4
**influence [1]** 24/6
**inform [1]** 232/20
**informally [1]**
214/21
**informant [2]** 104/1

**I**

**informant... [1]**
104/1
**informants [3]**
101/19 104/21 117/5
**information [44]**
48/19 58/17 58/21
71/18 71/24 79/18
79/21 80/4 81/22
82/14 105/3 105/5
105/9 116/22 121/7
121/11 122/2 122/8
126/2 136/23 144/19
166/15 182/21 190/19
197/7 197/7 197/9
202/12 202/13 202/15
202/16 202/22 206/9
206/10 206/10 206/12
206/15 206/17 212/20
215/4 217/11 232/21
233/16 255/11
**informed [2]** 85/14
94/15
**infraction [1]** 232/14
**infractions [2]** 41/10
41/13
**initial [7]** 71/3 71/18
72/6 73/14 75/4 75/7
218/21
**initially [4]** 50/1
74/6 121/2 214/20
**initiative [2]** 115/7
219/21
**inner [1]** 126/2
**innocent [2]** 129/17
147/15
**inquire [1]** 62/12
**Inquirer [2]** 61/7
61/16
**inquiry [1]** 19/11
**ins [1]** 78/18
**inside [3]** 203/15
203/21 257/15
**insinuated [1]** 91/22
**inspection [1]** 243/6
**instance [6]** 113/11
117/2 147/10 150/16
247/6 260/5
**instead [1]** 82/4
**institute [1]** 216/1
**institutions [5]**
191/23 193/7 193/8
193/9 195/18
**instruct [1]** 182/2
**instructed [5]** 58/13
85/15 91/5 91/6
257/21
**instructions [1]**
229/25
**insurgencies [2]**
33/22 34/14

**insurgency [1]**
207/25
**insurgent [1]** 204/16
**intake [1]** 99/17
**integrated [1]**
209/16
**intelligence [20]**
101/17 101/18 101/19
105/3 105/9 105/12
107/21 108/23 109/8
109/8 115/19 116/16
116/19 116/20 116/21
116/24 117/4 130/2
144/22 221/4
**intend [2]** 18/9
252/7
**intension [1]** 250/10
**intent [2]** 32/18
32/25
**intention [1]** 205/3
**intentional [1]** 10/16
**intentionally [1]**
205/16
**interagency [2]**
112/13 112/14
**intercommunity [1]**
112/13
**interdicted [1]** 134/8
**interdicting [1]**
107/17
**interdiction [2]**
107/3 115/22
**interesting [1]**
180/15
**interior [2]** 130/21
134/1
**interject [1]** 237/20
**interjecting [1]**
256/12
**intermediary [1]**
85/17
**internal [8]** 93/15
112/4 186/23 188/20
203/23 204/3 242/1
242/3
**international [13]**
1/3 1/18 98/2 99/8
102/13 194/8 197/18
208/18 208/20 211/6
211/20 221/4 222/5
**interpret [2]** 180/21
262/13
**interpretation [1]**
78/7
**interpreted [3]** 74/5
80/19 81/4
**interrupt [2]** 238/13
255/8
**interview [1]** 191/13
**interviews [1]**
191/12
**intimidation [1]**

122/24
**into [51]** 12/13
12/21 23/13 30/5 31/5
31/17 32/4 53/14 62/7
81/19 82/15 93/4
97/25 99/9 99/12
101/10 101/22 104/3
104/7 106/16 107/8
107/13 111/9 111/16
112/10 113/4 117/16
118/1 118/10 125/3
128/20 130/7 134/5
135/7 135/10 135/22
136/23 150/19 153/23
166/25 183/19 185/8
192/8 194/19 202/14
209/18 209/19 214/4
214/25 218/18 223/21
**introduce [1]** 184/5
**introduced [2]** 104/5
155/19
**introduction [1]**
155/20
**introductory [1]**
141/6
**invalidity [1]** 72/16
**inventory [1]** 216/10
**invest [1]** 204/4
**investigate [2]**
104/17 111/21
**investigated [3]**
50/25 251/25 255/25
**investigating [7]**
76/22 113/1 115/16
116/5 116/8 123/6
123/19
**investigation [57]**
52/9 52/17 52/20
54/19 54/21 65/2
70/17 70/24 71/1 71/5
71/14 71/16 71/23
72/8 72/11 72/15 74/1
74/7 74/8 75/25 76/1
76/5 76/18 77/11
80/22 81/8 83/12
84/17 84/19 85/23
90/15 90/15 91/5 93/4
93/15 103/12 117/16
135/22 135/24 140/25
239/1 239/3 239/7
239/7 241/5 246/1
246/2 246/12 246/19
246/21 247/10 247/16
248/4 248/6 248/10
248/22 255/25
**investigations [32]**
99/9 101/9 102/4
102/13 102/14 102/16
104/21 107/4 107/21
108/1 108/4 110/19
115/19 116/22 116/24
117/2 117/6 117/15

118/10 118/24 118/24
119/6 119/8 119/21
120/10 122/7 136/25
141/3 141/22 147/14
147/15 147/20
**investigative [5]**
51/5 51/15 51/22 52/5
53/3
**investigator [2]**
50/25 102/12
**investigators [1]**
52/8
**involved [42]** 5/25
7/15 8/11 12/18 27/22
39/18 39/20 40/4 54/3
64/12 74/21 94/2
98/15 110/2 120/15
122/13 146/19 162/6
162/7 164/19 164/20
165/8 165/11 165/14
165/14 165/19 189/23
190/9 198/6 200/22
209/4 210/7 211/4
213/19 213/20 214/7
215/5 216/4 218/2
221/23 247/14 262/8
**involvement [3]**
11/18 117/19 117/20
**involving [3]** 7/20
103/23 117/21
**iradvocates.org [1]**
2/14
**Irene [1]** 97/3
**irrelevant [4]** 25/20
28/18 87/21 94/13
**is [452]**
**is it [1]** 66/19
**island [1]** 147/11
**Islands [3]** 133/2
134/20 134/21
**isn't [20]** 17/9 31/16
34/14 35/19 40/19
41/11 42/7 43/3 48/13
49/19 60/6 60/13
83/23 84/20 169/19
170/8 236/4 253/4
253/6 253/11
**isolate [1]** 180/6
**isolating [1]** 235/1
**issue [34]** 8/8 8/8
8/25 9/6 12/19 12/20
16/3 19/19 19/20
34/15 62/3 62/13
62/14 63/10 153/22
224/5 227/9 231/22
231/24 232/4 232/11
237/5 237/5 252/11
252/18 256/16 257/3
259/2 260/8 260/22
260/24 261/22 263/22
264/22
**issued [7]** 216/24

230/11 232/16 238/6
245/22 248/8 248/13
**issues [20]** 9/15
20/3 61/17 95/8 95/20
95/22 101/12 114/19
153/11 153/23 154/4
156/5 156/13 201/22
202/9 225/3 225/4
237/12 255/23 259/2
**it [590]**
**it's [175]** 6/3 6/9 6/9
6/23 7/6 7/7 8/1 8/3
8/19 9/5 9/5 9/7 9/12
10/16 10/25 11/20
12/4 15/6 15/8 15/24
16/6 16/7 16/17 16/19
16/23 17/2 17/11
17/11 17/20 24/2
25/16 25/16 25/20
27/20 28/17 32/16
36/18 36/24 37/4 41/9
42/17 42/20 46/5 49/5
49/9 51/23 51/25
55/20 55/22 56/20
58/1 62/13 64/14
64/19 65/6 66/8 66/19
71/6 77/9 77/16 85/4
87/12 89/24 92/20
99/6 101/6 104/24
118/21 125/14 128/19
135/3 136/4 136/10
138/12 141/1 143/2
148/6 148/14 148/19
149/5 149/18 149/23
152/2 152/3 152/7
152/8 154/14 155/4
155/18 156/7 156/9
157/23 159/5 172/7
172/13 172/20 172/21
172/23 173/15 176/1
179/8 179/22 179/23
182/8 183/16 186/22
188/11 188/20 189/7
190/7 190/11 195/24
203/20 205/1 205/20
206/21 206/23 208/14
209/10 210/11 214/9
215/24 220/21 223/23
224/6 224/16 230/1
230/2 230/4 230/7
230/7 234/4 236/19
237/14 238/11 238/12
238/16 239/2 239/22
240/13 240/14 241/4
242/1 242/7 242/9
242/10 242/23 243/21
243/25 244/23 245/15
245/25 247/1 247/9
254/10 255/2 255/4
256/10 256/18 256/24
258/22 260/2 261/13
262/18 262/18 262/19

**I**

**it's... [9]** 262/19
262/20 263/6 263/13
264/2 264/2 264/4
264/21 264/22
**Italy [1]** 209/11
**its [33]** 12/14 32/1
33/18 38/22 41/24
59/15 61/9 65/24
66/10 70/14 72/1 74/7
74/20 80/6 80/8 80/22
81/8 98/14 128/4
128/9 146/17 146/18
170/3 194/2 194/2
202/7 213/11 219/6
219/14 221/2 221/10
227/6 232/18
**itself [8]** 85/5 131/14
181/2 208/4 244/10
244/13 245/7 246/23

**J**

**J.R [1]** 232/9
**Jack [1]** 166/6
**JACQUES [1]** 2/15
**jail [5]** 219/14
249/14 250/2 250/2
251/22
**Jamaica [3]** 134/11
139/22 140/3
**JAMES [3]** 2/8 2/22
2/23
**jameskgreenlaw.co
m [1]** 2/25
**January [2]** 138/22
174/15
**Javeriana [6]** 184/7
184/19 187/2 187/14
188/9 201/4
**jcreiter [1]** 2/4
**jcreitlerlaw.com [1]**
2/4
**jeopardize [1]**
228/14
**Jesuit [1]** 200/16
**jkg [1]** 2/25
**job [7]** 22/1 25/25
26/8 29/1 45/12 48/13
103/4
**jobs [1]** 66/14
**JOHN [3]** 1/11 48/3
100/5
**Johns [1]** 100/6
**join [2]** 100/25 219/3
**joined [6]** 31/21
100/18 187/20 201/3
201/3 203/25
**joint [1]** 219/21
**JONATHAN [3]** 2/1
2/2 246/16
**JORDAN [1]** 1/17
**JORGE [13]** 4/11

137/21 137/22 143/7
146/7 146/15 146/15
169/16 169/17 183/3
183/21 184/2 184/6
**Jose [6]** 110/18
111/15 143/6 146/11
167/9 169/2
**jot [1]** 236/13
**Jovanny [23]** 92/24
237/17 238/7 240/18
241/20 246/2 246/13
246/14 246/22 248/11
249/9 249/11 249/13
249/16 249/18 249/22
249/23 250/12 250/18
251/21 252/10 255/24
256/9
**Juan [1]** 50/13
**judge [14]** 1/9 5/9
19/15 40/20 92/19
153/10 155/4 157/24
182/9 226/8 233/6
233/8 234/2 252/5
**judgment [5]** 53/12
94/8 225/13 227/25
230/19
**judicial [3]** 78/15
220/15 243/5
**judiciary [2]** 193/9
219/25
**Julian [2]** 56/5 56/8
**July [8]** 57/10 238/4
238/5 245/12 245/21
246/5 246/12 246/18
**July 23rd [6]** 238/5
245/12 245/21 246/5
246/12 246/18
**June [2]** 19/9 265/15
**June 17th [1]** 19/9
**jungle [2]** 108/20
117/12
**Junior [1]** 73/6
**juries [1]** 229/23
**Juror [1]** 19/8
**jurors [6]** 19/7 20/24
67/22 96/16 156/15
164/8
**jury [72]** 1/8 20/20
22/2 22/3 30/18 34/22
53/16 58/13 59/23
59/24 64/15 66/2 67/5
67/23 67/24 70/13
70/13 85/7 95/18
96/17 96/18 98/1 98/7
98/11 99/4 107/15
112/7 112/22 119/10
131/10 133/22 143/19
147/3 152/12 153/10
154/23 155/18 156/18
156/19 173/24 181/21
184/5 184/23 185/9
187/11 191/8 201/6

203/8 203/14 204/20
205/24 215/22 222/22
225/6 225/12 226/4
226/13 229/12 229/12
229/18 229/25 230/21
231/9 235/18 239/2
252/16 253/1 253/4
256/5 257/21 257/25
264/2
**jury's [9]** 29/12 36/6
42/10 99/13 154/2
225/2 225/16 226/5
229/15
**just [218]** 5/11 5/22
6/24 6/25 8/1 8/3
8/10 9/8 9/21 10/16
12/5 12/7 12/19 13/15
13/18 13/21 14/1
14/14 14/18 15/22
16/4 17/7 17/12 17/19
17/24 18/11 18/16
18/18 18/24 18/25
19/2 19/8 19/11 20/3
25/9 28/3 28/5 31/12
31/20 31/24 46/5
49/18 49/24 51/18
52/13 52/14 53/20
57/1 57/25 59/17
60/20 63/17 70/16
75/5 75/8 75/11 75/13
75/15 75/19 75/20
76/6 81/2 81/10 82/22
83/11 83/13 84/5
89/18 90/22 90/24
91/11 94/7 94/10
95/25 96/3 97/20 99/4
99/14 102/5 102/14
104/19 106/17 106/19
109/17 112/25 113/24
116/19 118/5 118/9
118/15 118/16 119/10
120/1 125/3 125/19
126/18 128/11 130/6
131/21 131/23 132/2
132/3 132/4 132/7
132/7 132/16 132/23
133/13 133/25 134/17
137/7 139/9 141/23
145/1 148/6 148/14
149/11 149/12 149/18
149/18 149/23 150/13
150/14 150/17 153/10
155/7 155/17 155/17
155/19 155/23 156/3
159/13 162/2 164/8
164/11 168/8 172/11
175/3 176/10 176/13
178/12 178/23 179/21
188/25 191/20 192/15
192/16 195/2 198/18
201/3 204/19 206/5
208/25 210/23 212/3

213/2 213/17 219/18
220/20 221/8 225/9
225/16 230/9 230/17
230/18 231/16 233/11
233/24 234/5 235/1
237/10 238/9 238/13
239/10 241/9 241/9
241/14 242/2 242/10
243/11 244/15 244/23
245/14 246/6 246/7
246/9 247/22 247/22
248/5 248/20 251/3
251/13 251/24 254/14
254/21 254/23 256/1
256/15 257/3 257/9
257/15 257/20 258/10
259/23 260/12 260/16
260/20 260/23 261/2
262/5 262/7 262/10
263/1 263/15 263/18
264/2 264/4 265/5
**justice [48]** 63/24
64/5 64/6 64/16 64/21
65/1 65/6 65/9 65/11
65/13 65/17 65/22
66/4 66/8 66/9 66/16
66/20 68/6 68/24
70/12 70/15 71/3 71/7
71/8 71/22 71/25
72/21 74/6 74/7 74/11
74/22 75/4 75/7 75/15
75/18 75/23 76/4
76/18 76/21 77/10
78/11 80/23 81/9 99/7
99/21 100/11 100/15
219/15
**justification [2]**
70/14 72/17
**justified [1]** 229/19
**justify [2]** 42/21
72/1
**Juvenile [1]** 99/17

**K**

**K-9 [1]** 149/14
**Kaplan [14]** 15/10
15/13 15/19 17/7
121/13 121/15 121/22
142/24 194/20 195/4
198/12 200/4 200/8
200/25
**Kaplan's [17]** 9/7
13/11 14/5 14/7 14/15
15/17 15/22 16/9
16/15 17/2 17/13
142/22 144/24 195/6
198/14 198/21 199/10
**keep [13]** 39/5 45/15
45/19 45/20 45/25
97/16 112/20 156/8
176/9 213/22 217/5
235/3 265/5

**keeping [2]** 82/6
153/1
**keeps [1]** 40/21
**Keiser [2]** 48/3 50/8
**KELLOGG [1]** 2/22
**Kennedy [1]** 100/5
**KENNETH [1]** 1/8
**kept [6]** 54/14
102/17 114/7 240/3
240/6 259/23
**key [4]** 115/20 204/2
206/23 206/24
**kicking [3]** 70/25
72/7 72/7
**kidnap [2]** 120/11
120/13
**kidnapped [1]**
162/18
**kids [1]** 155/5
**kill [4]** 13/13 13/20
15/6 35/15
**killed [16]** 31/15
31/18 32/2 66/15
126/11 126/21 129/17
130/14 162/18 178/1
178/3 186/1 196/20
206/1 211/16 215/18
**killing [3]** 129/18
177/17 211/22
**killings [3]** 32/3
124/21 205/16
**kilo [4]** 132/22 134/4
134/9 149/6
**kilogram [7]** 131/12
131/13 131/20 132/15
133/4 133/17 140/6
**kilograms [3]**
131/13 139/1 139/2
**kilos [9]** 104/9
109/13 138/18 138/20
139/3 139/4 147/11
148/25 150/11
**kind [20]** 55/11
101/20 102/11 112/10
128/19 144/22 145/5
150/7 150/21 191/19
198/9 198/18 198/18
199/7 205/9 216/6
217/8 225/18 249/6
264/5
**kinds [2]** 149/21
213/23
**Kingdom [3]** 184/17
195/13 196/6
**kingpin [18]** 123/3
143/18 143/20 143/22
144/4 144/7 144/18
145/7 145/10 145/17
146/5 168/13 169/15
171/14 172/2 172/16
177/21 177/24
**kingpins [3]** 115/20

**K**

**kingpins... [2]** 144/8 144/15

**knew [36]** 24/18 25/2 25/5 25/25 31/6 31/11 31/16 32/2 32/6 32/6 32/20 32/21 32/24 33/3 33/11 34/4 34/25 38/13 38/15 38/17 39/25 44/1 46/16 48/4 48/4 48/9 49/9 49/10 50/9 50/13 54/11 54/16 54/17 109/7 122/18 127/25

**know [195]** 6/9 8/8 8/20 9/2 9/20 11/19 12/12 14/9 15/25 16/14 16/18 18/13 19/11 20/10 23/6 28/1 28/7 28/10 28/14 29/6 29/8 29/10 29/19 29/20 30/2 30/9 30/11 30/13 30/14 31/11 31/20 31/21 31/22 31/24 32/7 32/8 32/8 32/20 33/1 33/2 33/5 33/6 33/11 33/14 33/18 33/19 33/21 33/23 33/25 34/1 34/3 34/7 34/9 35/10 36/13 36/14 38/7 38/7 38/11 39/3 39/23 39/23 40/1 44/1 45/13 46/3 46/5 46/6 47/7 47/8 47/9 48/25 49/18 49/25 54/8 55/4 55/6 56/5 59/14 59/14 59/17 60/9 60/10 60/11 60/13 62/4 62/8 62/9 62/10 62/10 62/18 69/24 69/25 70/1 70/2 71/12 74/1 74/4 74/15 74/20 75/2 78/18 79/1 79/2 79/3 79/4 80/20 81/6 83/2 102/23 103/6 103/7 103/13 107/5 111/8 119/2 134/2 135/18 135/20 142/17 143/8 146/16 149/9 152/3 152/25 154/15 154/24 155/12 155/20 166/9 166/11 166/12 166/14 171/3 171/5 171/11 171/14 173/11 187/25 194/14 199/19 200/8 202/4 202/13 210/5 212/19 213/22 215/3 215/7 216/14 219/1 224/6 224/16 224/24 225/18

**knowing [7]** 8/24 26/21 63/7 127/13 149/1 158/2 227/19

**knowingly [2]** 157/25 172/4

**knowledge [18]** 32/11 34/22 35/6 46/20 74/2 76/12 76/17 76/20 92/14 93/18 111/19 118/17 122/20 129/23 129/25 131/7 198/25 257/15

**known [8]** 61/16 61/19 62/12 62/18 85/17 153/19 162/9 221/7

**knows [2]** 48/7 124/12

**Korea [1]** 101/2

**KROEGER [2]** 2/19 5/13

**L**

**La [1]** 99/25

**lab [3]** 130/21 132/13 132/21

**label [2]** 148/22 149/23

**labeled [2]** 244/9 261/12

**laboratories [3]** 109/7 127/25 214/24

**labs [11]** 107/18 107/23 107/24 107/25 108/11 108/13 108/19 109/11 128/2 130/22 132/9

**lack [2]** 7/15 89/9

**ladies [19]** 22/4 22/6 22/13 22/19 67/2 68/1 95/13 96/19 96/21 97/1 99/4 112/21 133/21 143/19 152/18 156/21 173/24 183/25 222/10

**laid [1]** 219/12

**Lakes [1]** 1/13

**Lakeview [1]** 2/23

**land [1]** 103/1

**landing [1]** 235/22

**landowners [6]** 162/22 163/7 164/3 164/5 164/21 165/19

**landscape [2]** 208/16 208/17

**language [4]** 85/6 150/5 150/5 262/17

**large [8]** 23/6 23/23 23/23 23/24 109/12 148/2 186/11 211/3

**large-scale [1]** 186/11

**larger [6]** 147/11 148/23 207/3 209/6 209/12 209/12

**largest [2]** 23/4 23/7

**last [18]** 5/14 80/18 97/10 136/13 160/13 174/3 183/13 202/7 202/17 221/15 223/22 231/13 231/18 233/9 234/4 241/10 241/11 249/19

**late [5]** 8/25 107/2 125/4 125/20 177/4

**later [23]** 20/24 21/8 54/11 54/12 54/12 61/4 71/2 80/1 99/24 114/25 171/15 175/24 178/21 187/20 202/2 203/25 208/22 211/4 219/16 221/25 224/24 251/5 264/10

**Latin [3]** 33/23 34/15 118/25

**Lauderdale [4]** 2/7 3/3 3/18 265/17

**launch [1]** 126/18

**Laurence [2]** 63/23 64/2

**law [44]** 2/2 7/2 23/1 23/5 23/12 23/17 24/8 26/12 42/1 42/3 42/4 42/6 45/13 45/16 45/19 45/20 46/1 46/2 64/4 64/8 64/12 78/2 78/7 78/16 89/6 89/14 91/8 101/13 104/5 141/2 172/14 219/15 219/20 224/25 225/4 227/25 229/11 230/1 230/2 230/4 230/8 230/20 246/16 256/20

**laws [2]** 78/11 99/8

**lawyer [10]** 23/15 23/15 23/16 73/5 79/1 237/13 249/19 247/13 262/8 262/13

**lawyers [4]** 72/22 126/3 262/15 263/17

**lead [2]** 117/17 135/25

**leader [3]** 85/12 135/16 135/16

**leaders [10]** 123/23 123/24 137/9 143/17 167/21 215/17 219/14 221/1 221/2 221/10

**leadership [2]** 100/4 215/19

**leading [10]** 85/5 87/12 88/6 114/16 159/19 161/10 174/9 175/6 176/18 207/14

**leads [1]** 144/22

**leaf [2]** 110/6 127/18

**leaps [1]** 255/13

**learn [4]** 47/13 49/5 50/10 92/10

**learned [10]** 32/22 49/1 49/4 50/3 71/1 75/13 90/12 92/6 93/14 202/22

**learning [2]** 90/14 93/4

**least [10]** 20/24 30/3 72/16 76/16 163/22 192/9 192/14 196/18 258/1 258/11

**leave [8]** 19/3 66/13 67/3 73/10 95/16 222/14 237/2 262/4

**leaves [1]** 248/13

**leaving [2]** 106/11 264/2

**lectured [3]** 100/8 100/10 100/15

**lecturer [1]** 100/12

**led [4]** 177/17 215/19 221/18 240/21

**leeway [1]** 25/22

**left [18]** 17/21 31/8 32/17 33/21 34/7 34/14 36/14 38/9 52/8 68/5 73/7 73/22 82/24 90/23 133/13 162/9 208/6 237/9

**left-hand [1]** 17/21

**left-wing [8]** 31/8 32/17 33/21 34/7 34/14 36/14 38/9 162/9

**leftest [1]** 163/11

**leg [1]** 135/7

**legal [39]** 29/1 37/16 37/17 38/8 39/7 39/9 39/16 44/10 44/22 45/3 45/11 45/25 46/8 47/17 47/23 47/24 48/1 48/22 49/7 49/21 58/16 58/24 59/6 59/6 60/12 61/21 89/5 89/13 90/5 90/15 91/7 101/12 210/10 216/21

**leader [3]** 85/12 135/16 135/16

**leaders [10]** 123/23 123/24 137/9 143/17 167/21 215/17 219/14 221/1 221/2 221/10

**leadership [2]** 100/4 215/19

**leading [10]** 85/5 87/12 88/6 114/16 159/19 161/10 174/9 175/6 176/18 207/14

**leads [1]** 144/22

**leaf [2]** 110/6 127/18

**leaps [1]** 255/13

**learn [4]** 47/13 49/5 50/10 92/10

**learned [10]** 32/22 49/1 49/4 50/3 71/1 75/13 90/12 92/6 93/14 202/22

**learning [2]** 90/14 93/4

**least [10]** 20/24 30/3 72/16 76/16 163/22 192/9 192/14 196/18 258/1 258/11

**leave [8]** 19/3 66/13 67/3 73/10 95/16 222/14 237/2 262/4

**leaves [1]** 248/13

**leaving [2]** 106/11 264/2

**lectured [3]** 100/8 100/10 100/15

**lecturer [1]** 100/12

**led [4]** 177/17 215/19 221/18 240/21

**leeway [1]** 25/22

**left [18]** 17/21 31/8 32/17 33/21 34/7 34/14 36/14 38/9 52/8 68/5 73/7 73/22 82/24 90/23 133/13 162/9 208/6 237/9

**left-hand [1]** 17/21

**left-wing [8]** 31/8 32/17 33/21 34/7 34/14 36/14 38/9 162/9

**leftest [1]** 163/11

**leg [1]** 135/7

**legal [39]** 29/1 37/16 37/17 38/8 39/7 39/9 39/16 44/10 44/22 45/3 45/11 45/25 46/8 47/17 47/23 47/24 48/1 48/22 49/7 49/21 58/16 58/24 59/6 59/6 60/12 61/21 89/5 89/13 90/5 90/15 91/7 101/12 210/10 216/21

**legality [3]** 58/9 90/16 91/3

**legalization [1]** 215/24

**legalized [1]** 216/22

**legitimate [7]** 48/15 147/12 149/23 151/21 152/1 152/2 152/8

**length [2]** 19/17 138/21

**LESLIE [1]** 2/19

**less [2]** 71/10 235/2

**lesser [1]** 165/13

**let [22]** 19/11 27/11 33/3 39/17 40/7 43/1 53/25 73/1 95/2 121/10 137/10 160/10 173/13 188/25 189/24 204/19 205/5 208/25 213/17 217/5 242/2 249/14

**let's [46]** 21/10 25/15 29/4 30/2 42/14 42/15 43/19 44/6 61/2 62/19 63/11 67/1 84/1 84/1 93/8 94/24 96/16 97/13 98/25 119/19 122/11 130/15 137/1 138/6 139/13 139/17 140/11 145/5 147/2 152/19 154/7 156/15 174/3 175/5 181/22 183/14 183/20 192/25 217/3 218/17 218/17 223/12 229/2 238/16 252/23 258/23

**letter [3]** 89/23 90/2 246/14

**level [11]** 9/9 9/10 102/15 116/11 117/13 118/24 137/15 144/1 210/1 220/11 221/2

**levels [2]** 211/7 220/8

**liability [5]** 20/17 20/20 229/13 229/23 236/10

**liable [1]** 249/24

**Liberacion [1]** 204/12

**Liberation [2]** 204/12 204/15

**license [9]** 40/16 41/6 41/20 41/24 86/19 87/3 87/7 232/13 232/15

**licensure [1]** 232/11

**life [7]** 26/16 26/17 27/13 78/4 113/23 184/14 205/3

**L**

**light [5]** 104/4 182/3 202/1 202/6 202/15
**light-skinned [1]** 104/4
**like [57]** 6/1 12/18 14/2 14/15 15/23 19/17 20/9 24/3 25/12 26/18 28/4 29/12 51/3 75/14 98/17 110/16 113/2 124/9 126/6 130/11 138/11 143/3 147/4 148/24 150/7 153/11 153/14 154/10 155/18 158/6 160/5 162/24 170/11 171/13 176/9 181/20 188/22 190/22 192/3 194/18 195/25 196/12 205/8 209/11 210/10 213/23 216/14 218/21 224/9 228/24 233/1 233/24 239/2 240/5 254/1 263/17 263/18
**likelihood [2]** 24/20 224/24
**likely [8]** 13/19 15/6 16/10 16/17 16/21 17/2 17/11 18/18
**limine [2]** 182/3 256/17
**limitations [2]** 13/7 182/23
**limited [4]** 8/7 11/7 148/15 251/1
**line [29]** 14/9 16/19 16/20 16/25 17/15 18/13 119/22 163/1 163/2 164/17 164/18 176/3 176/4 176/7 176/8 176/9 204/21 204/21 204/22 205/22 205/25 206/1 206/7 211/1 212/4 220/5 240/7 240/21 257/6
**lines [6]** 103/6 103/7 178/13 178/24 263/12 263/13
**link [1]** 211/8
**linked [2]** 169/21 226/8
**links [1]** 217/13
**liquid [1]** 149/22
**list [7]** 100/21 147/22 195/8 234/9 235/2 238/8 255/17
**listed [4]** 238/8 239/23 239/24 258/16
**listen [1]** 74/25
**listening [1]** 103/8
**lists [2]** 77/25

245/22
**literally [1]** 16/2
**literature [2]** 198/24 202/4
**litigation [1]** 78/19
**little [23]** 28/5 29/4 29/5 95/14 106/22 109/3 110/15 113/22 121/10 130/19 132/16 134/2 138/7 140/12 152/25 155/23 175/24 183/19 188/19 192/16 202/2 222/10 242/18
**live [5]** 27/16 184/8 184/8 184/10 216/16
**lived [3]** 103/10 103/11 184/14
**lives [2]** 65/24 205/12
**living [4]** 99/1 184/18 216/14 216/15
**lkroeger [1]** 2/1
**LLP [4]** 2/5 2/9 2/13 3/10
**load [4]** 108/6 147/9 148/23 152/5
**loads [1]** 147/17
**local [4]** 54/22 61/4 61/13 217/13
**locate [2]** 115/19 126/11
**located [7]** 61/6 61/15 86/16 115/21 128/10 179/3 212/17
**location [1]** 132/23
**lodged [1]** 14/20
**London [1]** 187/21
**long [13]** 72/3 76/5 103/15 154/14 188/8 200/22 202/12 219/4 220/17 234/8 238/8 247/16 261/20
**longer [3]** 67/19 89/11 89/12
**look [42]** 9/9 9/10 10/15 14/23 15/2 15/16 16/19 51/10 54/10 61/2 63/17 85/9 87/25 122/3 122/5 128/19 128/24 137/1 137/2 137/16 138/6 140/11 145/1 154/7 160/13 180/8 199/7 240/15 240/16 241/3 241/5 242/10 242/12 242/21 245/11 252/23 255/4 255/16 258/23 259/14 259/15 262/25
**looked [7]** 5/13 5/14 55/7 91/15 104/3 237/7 244/15
**looking [15]** 51/24

71/12 88/3 112/2 134/17 212/4 237/23 237/25 239/11 239/12 241/19 242/3 242/8 246/10 250/13
**looks [3]** 110/16 143/3 224/9
**Los [12]** 125/2 125/3 125/10 125/13 125/14 125/14 125/16 125/20 125/24 126/10 126/17 133/12
**lose [2]** 66/14 214/2
**loss [1]** 78/4
**lost [2]** 153/4 178/17
**lot [22]** 14/2 24/14 24/16 24/16 103/13 112/12 112/13 116/11 119/9 123/14 128/18 135/6 149/5 149/5 149/8 160/2 162/21 169/10 183/10 217/20 238/5 252/21
**loud [2]** 86/8 164/10
**lowest [1]** 132/21
**Lucas [1]** 179/24
**Luis [8]** 241/21 245/24 248/12 249/2 249/25 254/25 255/1 258/15
**lunch [1]** 95/14

**M**

**ma'am [23]** 157/6 157/9 157/15 158/12 159/15 159/15 159/18 159/23 160/4 160/16 161/12 161/20 161/23 162/1 163/9 163/13 163/19 164/2 166/13 166/16 167/2 168/1 171/7
**made [43]** 19/11 23/19 24/18 29/7 29/10 29/14 30/4 30/25 31/4 31/17 31/23 34/18 36/16 37/7 38/20 41/10 47/18 49/6 49/20 64/22 65/1 66/12 69/21 69/24 72/18 77/24 111/6 122/25 149/8 160/11 177/13 202/19 216/9 217/1 225/15 230/3 230/5 236/25 237/4 250/22 252/15 260/4 260/17
**Madison [1]** 99/18
**Magdalena [10]** 9/12 137/22 167/9 169/2 212/13 215/12 215/14 215/15 218/7

219/1
**main [2]** 45/21 187/9
**mainly [3]** 103/20 191/21 212/10
**maintain [3]** 196/18 199/13 221/2
**maintained [2]** 204/24 206/4
**maintains [2]** 196/13 205/19
**major [4]** 45/21 177/21 177/24 215/7
**majority [2]** 106/10 192/22
**make [58]** 6/10 6/11 23/13 23/17 26/16 27/13 27/16 28/8 28/12 29/1 29/5 30/2 30/21 35/19 37/8 40/25 41/20 45/25 64/16 71/9 71/9 74/18 82/18 85/17 85/18 88/20 103/4 103/8 108/9 128/1 152/4 152/10 175/25 180/14 182/9 192/16 193/20 193/21 200/6 210/19 225/11 225/14 227/13 228/2 233/4 235/1 235/3 235/6 236/4 244/5 248/15 252/20 255/12 256/23 262/5 262/7 263/3 263/6
**makes [7]** 19/18 134/6 225/2 231/12 240/12 246/25 262/19
**making [12]** 15/18 37/9 53/12 70/14 75/10 103/5 103/14 133/25 150/21 175/3 234/13 234/23
**manage [5]** 101/10 138/13 179/22 179/24 206/14
**managed [4]** 200/13 200/15 211/18 221/17
**management [5]** 41/14 41/20 54/22 100/4 120/10
**manager [3]** 85/13 85/14 85/16
**managing [3]** 101/18 101/19 104/21
**Mancuso [27]** 11/16 135/13 135/15 135/22 135/25 136/12 137/8 137/9 137/17 138/12 138/17 139/1 139/2 139/19 140/2 140/24 141/12 141/16 143/4 144/17 145/17 157/4 157/10 157/13 158/13

158/19 179/13
**Mancuso's [1]** 136/11
**Mangones [6]** 143/3 143/6 146/11 146/14 167/10 169/3
**mangroves [1]** 150/2
**manner [1]** 149/12
**manslaughter [1]** 205/4
**Manuel [1]** 50/13
**manufacture [2]** 109/11 109/12
**manufactured [1]** 132/9
**manufacturer [2]** 159/20 161/10
**manufacturing [4]** 108/10 108/13 150/2 179/2
**many [48]** 14/24 23/13 24/21 24/22 26/12 26/12 27/15 31/6 31/14 49/3 55/5 65/14 72/3 98/23 99/9 102/23 115/24 117/18 119/3 121/1 124/20 127/17 128/2 128/2 130/13 137/19 139/1 139/2 139/4 139/11 141/18 141/18 142/14 152/12 157/8 164/20 165/19 177/16 193/11 193/18 194/12 199/19 202/12 209/3 209/11 212/25 218/15 218/19
**map [8]** 128/8 128/9 128/24 129/12 130/15 132/16 133/12 134/17
**March [2]** 84/6 169/20
**March 19th [1]** 84/6
**marco [2]** 1/15 1/20
**MARIANO [1]** 1/12
**marissa [2]** 1/16 1/20
**mark [4]** 132/3 132/16 132/23 133/5
**marker [2]** 132/3 208/13
**market [2]** 30/20 126/17
**marketing [1]** 120/8
**markets [2]** 211/5 211/6
**MARRA [1]** 1/8
**Marta [3]** 104/8 129/2 137/22
**Marxist [2]** 32/17 32/24
**maryum [1]** 1/17

# M

**maryum...** [1] 1/22
**massacre** [8] 36/25
37/19 37/24 38/10
38/10 38/11 38/16
39/2
**massacred** [2] 36/15
38/22
**massive** [2] 148/24
164/1
**massively** [1]
208/23
**master** [1] 187/21
**master's** [2] 99/24
187/21
**material** [1] 121/19
**materials** [2] 201/6
201/7
**matter** [18] 8/10
62/17 74/4 74/5 80/18
81/4 120/18 173/14
181/20 224/25 225/4
225/9 225/9 227/15
227/25 230/20 250/4
265/13
**matters** [5] 19/16
64/13 223/17 223/19
226/22
**max** [1] 20/9
**may** [49] 1/4 12/16
12/23 12/25 19/16
22/11 22/12 26/17
28/10 29/20 51/7
52/18 52/23 56/6
56/12 59/15 66/24
68/2 68/16 68/18 74/4
74/5 80/18 81/4 81/13
82/2 98/8 131/24
150/18 164/14 171/15
183/24 185/1 212/4
215/10 226/2 227/12
228/1 230/3 233/19
233/24 234/8 237/20
239/16 247/19 249/4
256/3 258/25 259/24
**may be** [2] 19/16
239/16
**maybe** [18] 5/4
19/19 20/7 67/20
105/22 149/11 152/24
199/23 199/24 200/21
203/16 204/1 211/13
221/7 225/22 227/14
237/9 238/3
**Mayer** [1] 137/13
**Mayor** [2] 137/14
137/16
**McBrien** [4] 232/9
232/9 232/10 232/14
**McCauley** [1] 3/10
**McKenzie** [10] 58/8

59/10 59/15 89/15
89/15 89/19 89/24
90/6 91/6 91/9
**md** [1] 1/2
**me** [67] 5/14 9/13
21/25 27/11 27/20
28/22 33/3 36/23
39/17 40/7 46/25
50/24 51/4 53/25
57/15 62/15 63/2
70/21 71/13 73/17
76/11 78/5 79/17 80/7
95/2 104/3 104/3
104/5 114/7 119/8
120/17 121/10 137/10
143/23 148/1 148/2
173/13 180/14 182/7
188/25 189/24 200/10
202/19 204/19 205/5
208/25 213/17 222/20
225/2 226/3 230/1
230/4 230/12 230/14
233/3 236/9 238/1
238/20 242/2 242/12
242/21 246/19 248/3
249/7 258/15 262/14
264/23
**me more** [1] 202/19
**me.com** [1] 3/3
**meals** [1] 256/8
**mean** [28] 7/4 7/18
7/24 9/24 33/9 49/10
74/25 102/22 111/23
117/1 118/15 127/19
141/11 147/22 154/2
155/10 156/1 171/23
182/7 210/14 212/5
216/13 242/25 253/25
255/12 256/10 263/22
264/1
**meaning** [3] 72/1
110/3 117/16
**means** [20] 70/3
79/2 79/3 79/4 131/11
141/2 141/6 141/12
180/14 188/19 209/2
209/7 216/14 216/15
225/7 238/5 238/9
239/1 245/21 262/14
**meant** [4] 40/10
69/25 70/1 144/1
**measure** [10]
186/24 189/10 190/5
190/19 194/10 195/19
196/8 196/9 199/14
264/5
**measured** [1] 220/5
**measurement** [7]
189/9 190/5 193/17
196/22 197/8 197/15
197/19
**measures** [1] 198/16

**measuring** [1]
197/12
**Medal** [1] 119/22
**meddle** [1] 218/17
**Medellin** [19] 103/12
106/12 113/7 123/19
123/24 124/9 124/14
125/1 126/12 127/11
127/24 177/14 179/3
210/5 211/25 215/18
215/20 218/5 220/9
**Medellin-based** [1]
177/14
**media** [2] 61/9 62/22
**Medio** [3] 215/14
215/15 219/1
**meet** [1] 134/15
**meeting** [9] 57/9
57/12 57/16 58/1 71/3
83/19 83/22 85/12
85/14
**meetings** [18] 64/15
64/20 64/25 65/6
65/23 66/4 66/8 66/13
66/19 66/19 68/6
70/12 71/18 73/14
73/16 75/5 75/8 117/7
**MELISSA** [1] 3/8
**member** [2] 123/18
141/16
**members** [7] 115/13
117/16 126/3 141/20
142/1 167/24 177/6
**memo** [3] 25/2 47/15
47/17
**memoranda** [1] 58/8
**memorandum** [4]
81/24 82/1 82/9 82/16
**memory** [7] 51/11
51/15 51/25 51/25
60/19 60/21 69/10
**memos** [1] 58/13
**men** [1] 143/12
**mention** [10] 123/1
134/15 168/19 179/23
179/24 191/20 204/7
249/11 249/12 249/16
**mentioned** [20] 99/3
102/8 114/14 125/24
130/6 135/18 148/9
148/10 151/2 184/20
188/18 193/18 194/8
196/13 207/10 248/7
250/11 260/5 261/10
261/11
**mentioning** [3]
112/21 244/11 250/11
**merchandise** [1]
255/7
**mere** [1] 149/25
**mergers** [1] 210/10
**merits** [3] 238/6

245/21 248/8
**MESA** [1] 1/11
**MESA-ESTRADA** [1]
1/11
**message** [5] 14/2
16/10 16/13 85/18
88/19
**met** [8] 111/15
114/22 119/7 122/6
200/9 200/11 200/25
234/4
**method** [5] 193/17
193/18 193/20 196/22
210/9
**methodologically** [1]
15/20
**methodologies** [1]
206/5
**methodology** [8]
14/15 16/14 16/15
193/15 193/17 194/5
194/13 206/18
**methods** [14]
104/16 104/18 109/24
127/15 139/15 149/10
188/21 189/2 189/7
190/15 190/16 190/22
191/15 198/22
**Mexican** [6] 111/17
112/17 115/2 119/25
130/4 215/16
**Mexicano** [2] 215/16
215/17
**Mexico** [18] 107/9
110/23 111/3 111/6
111/9 111/12 111/22
112/20 114/25 117/3
118/8 118/17 122/4
130/1 133/10 135/4
150/9 150/17
**mfmurphy** [1] 3/13
**Miami** [21] 57/10
101/25 102/8 102/11
102/14 102/19 102/21
102/22 102/25 103/16
103/18 103/21 104/16
105/15 106/8 107/11
110/16 110/18 117/3
122/5 132/4
**MICHAEL** [2] 3/7 3/9
**michael.stoolman**
[1] 3/14
**microeconomics** [1]
188/16
**microphone** [7]
21/20 27/5 57/14 97/4
97/9 183/12 183/19
**microphones** [1]
131/22
**mid** [5] 113/2 177/4
204/10 218/1 221/2
**mid-level** [1] 221/2

**Middle** [1] 194/14
**midnight** [1] 264/15
**might** [15] 12/24
14/4 14/10 24/11 60/1
60/3 80/19 81/5
183/19 202/2 212/7
237/15 238/20 252/3
254/20
**Miguel** [2] 113/9
123/25
**mile** [1] 108/19
**miles** [1] 150/8
**military** [33] 5/19
5/22 6/3 6/6 6/8 6/16
7/2 7/20 8/4 8/11
33/5 107/23 112/14
166/20 204/17 206/11
207/21 207/24 208/3
208/3 208/5 208/5
208/9 212/8 216/11
216/23 217/4 217/13
217/13 217/13 219/20
219/24 220/14
**military-grade** [4]
212/8 216/11 216/23
217/4
**million** [1] 179/25
**millions** [2] 36/3
117/25
**Milstein** [2] 2/16
2/20
**mind** [2] 231/11
249/13
**mine** [1] 71/15
**minor** [6] 41/14
41/16 41/17 99/21
187/23 232/14
**minute** [3] 67/1
215/13 237/22
**minutes** [15] 18/23
20/16 20/16 20/17
20/20 20/21 67/20
83/13 84/15 152/19
152/20 154/13 236/9
236/9 253/1
**misleading** [1] 143/3
**misled** [2] 249/21
249/22
**mispronunciation**
[1] 256/12
**miss** [1] 142/13
264/12
**missing** [3] 263/13
264/19 264/24
**misstatements** [2]
252/21 254/18
**misstates** [1] 79/25
**mistake** [3] 200/6
217/1 226/4
**mistakes** [1] 225/14
**mistranslated** [3]
238/25 239/16 240/14

# M

**mistrial [1]** 257/11
**misunderstood [1]** 259/24
**mitigate [2]** 148/5 151/15
**mixed [1]** 241/18
**mixture [1]** 189/12
**mm [66]** 23/11 30/24 33/3 33/21 34/4 34/7 35/7 36/13 37/13 38/15 39/11 39/16 40/1 42/1 44/1 45/23 46/2 46/16 46/20 46/25 47/5 47/14 47/17 48/20 49/5 49/15 50/5 50/24 51/4 52/12 53/3 54/9 55/11 55/13 55/16 56/8 56/11 57/9 57/18 58/16 59/9 59/13 59/23 60/6 60/9 64/7 64/19 64/25 65/13 66/7 66/23 68/14 68/23 71/6 72/10 74/11 77/1 77/9 77/20 78/10 78/23 79/11 79/17 79/21 80/10 217/21
**mm-hmm [66]** 23/11 30/24 33/3 33/21 34/4 34/7 35/7 36/13 37/13 38/15 39/11 39/16 40/1 42/1 44/1 45/23 46/2 46/16 46/20 46/25 47/5 47/14 47/17 48/20 49/5 49/15 50/5 50/24 51/4 52/12 53/3 54/9 55/11 55/13 55/16 56/8 56/11 57/9 57/18 58/16 59/9 59/13 59/23 60/6 60/9 64/7 64/19 64/25 65/13 66/7 66/23 68/14 68/23 71/6 72/10 74/11 77/1 77/9 77/20 78/10 78/23 79/11 79/17 79/21 80/10 217/21
**mobile [1]** 217/16
**model [1]** 30/6
**modern [2]** 110/4 110/4
**moment [2]** 205/13 211/14
**moments [3]** 130/6 159/13 206/5
**momentum [1]** 186/11
**Monday [12]** 154/6

154/20 222/12 222/14 222/24 223/3 224/12 224/20 229/3 230/10 231/2 265/3
**money [13]** 12/24 30/22 37/8 38/9 40/17 48/16 77/18 103/13 149/5 149/5 149/8 150/18 150/22
**monitoring [2]** 125/19 142/9
**monopolize [1]** 209/13
**monopoly [2]** 210/12 211/20
**Monte [3]** 75/16 76/18 77/11
**month [3]** 138/19 139/2 139/3
**months [5]** 71/3 71/22 101/24 138/24 138/25
**Moore [8]** 23/2 23/4 23/23 24/3 24/7 24/11 24/19 26/8
**morbidity [1]** 205/13
**more [57]** 5/8 13/19 13/24 15/6 16/1 16/10 16/17 16/21 17/2 17/11 17/18 18/18 20/23 28/5 29/5 61/8 102/4 103/17 107/19 108/20 110/4 131/13 134/14 141/18 151/17 155/8 156/11 164/9 164/24 165/23 166/19 178/13 178/24 186/6 188/19 191/15 195/3 195/9 201/24 202/4 202/5 202/13 202/14 202/19 202/21 206/23 206/24 225/2 229/13 230/4 230/10 245/3 248/24 256/1 260/23 261/21 261/24
**morning [18]** 5/2 5/3 5/9 5/10 20/8 22/4 22/7 22/13 22/19 22/23 22/24 25/2 25/7 182/15 222/14 223/3 223/23 237/9
**most [15]** 26/15 49/24 102/16 129/15 151/24 192/22 197/3 212/16 212/17 213/25 218/5 219/7 219/13 219/14 221/10
**mostly [4]** 155/19 191/2 196/10 220/11
**motion [21]** 224/17 224/19 224/20 224/22 224/25 225/4 226/6

227/3 227/6 227/10 227/10 227/11 227/16 227/17 227/20 227/25 229/19 230/19 239/13 241/8 256/17
**motions [11]** 19/21 21/3 224/6 224/18 225/19 226/21 226/23 227/2 227/14 227/24 229/8
**mouth [1]** 82/6
**move [32]** 19/2 35/23 38/4 42/14 42/15 42/18 43/19 44/6 58/3 62/19 63/11 85/1 86/2 93/8 93/18 108/5 109/3 109/18 109/19 110/13 110/15 112/2 113/4 147/2 167/17 186/9 194/18 202/13 203/16 211/13 214/22 232/20
**moved [5]** 110/16 111/8 130/21 221/6 257/11
**movies [1]** 102/23
**moving [9]** 105/20 111/16 134/5 138/17 139/1 139/2 139/7 147/24 147/24
**Mr [17]** 4/5 4/6 4/8 4/10 20/11 22/16 56/21 91/19 135/15 223/12 223/15 223/16 227/23 235/16 253/18 256/12 259/20
**Mr. [120]** 8/25 10/22 12/16 14/24 15/14 19/8 19/8 21/16 21/17 22/16 22/17 22/23 22/25 25/1 27/5 32/11 40/24 42/20 43/23 43/25 44/1 44/9 45/8 48/4 48/9 48/12 49/12 49/12 50/8 50/8 50/8 50/11 50/13 55/14 58/7 63/16 67/18 68/2 82/5 82/8 82/19 83/11 83/11 84/3 84/15 85/9 86/5 88/22 88/23 89/4 89/5 89/12 90/23 91/19 91/22 92/2 93/10 95/2 95/21 95/22 95/24 96/24 109/19 135/22 135/25 152/17 157/1 157/13 158/13 158/19 160/2 161/16 163/1 163/24 164/17 166/4 166/6 168/10 169/19 170/11 174/12 176/12 176/24 178/24

232/9 232/10 232/14 239/5 240/4 240/19 240/25 246/20 247/17 248/4 249/19 250/5 250/15 250/18 250/20 250/20 251/9 252/17 252/23 253/1 253/22 254/7 256/1 256/2 256/11 257/16 257/21 257/24 258/1 258/1 259/1 259/6 260/19 263/25
**Mr. Acevedo [14]** 55/14 240/4 240/25 250/15 250/20 250/20 251/9 252/17 253/1 254/7 257/21 259/1 259/6 260/19
**Mr. Arboleda [1]** 250/18
**Mr. Bakoczy [1]** 49/12
**Mr. Bello [1]** 257/24
**Mr. C [1]** 63/16
**Mr. Dante [3]** 96/24 109/19 152/17
**Mr. Escobar [4]** 42/20 45/8 49/12 50/8
**Mr. Escobar's [3]** 40/24 89/5 89/12
**Mr. Fischer [1]** 19/8
**Mr. Freidheim [1]** 82/19
**Mr. Gaddis [16]** 157/1 160/2 161/16 163/1 163/24 164/17 166/4 166/6 166/24 167/20 169/19 170/11 174/12 176/12 176/24 178/24
**Mr. Gaddis' [2]** 95/21 95/22
**Mr. Hasbun [1]** 168/10
**Mr. Hurtado [4]** 239/5 248/4 256/2 258/1
**Mr. Juan [1]** 50/13
**Mr. Keiser [1]** 50/8
**Mr. Mancuso [5]** 135/22 135/25 157/13 158/13 158/19
**Mr. McBrien [3]** 232/9 232/10 232/14
**Mr. Nunez [1]** 250/5
**Mr. Olson [16]** 21/16 21/17 22/23 22/25 25/1 32/11 58/7 83/11 84/3 85/9 86/5 88/22 90/23 91/19 95/2 249/19
**Mr. Ordman [3]**

43/23 43/25 44/1
**Mr. Reinaldo [1]** 44/9
**Mr. Reiter [23]** 22/16 22/17 27/5 67/18 68/2 82/5 82/8 83/11 84/15 88/23 89/4 91/22 92/2 93/10 240/19 246/20 247/17 252/23 253/22 256/1 256/11 258/1 263/25
**Mr. Reiter's [1]** 257/16
**Mr. Restrepo [4]** 8/25 12/16 15/14 95/24
**Mr. Restrepo's [2]** 10/22 14/24
**Mr. Tsacalis [3]** 48/4 48/9 48/12
**Mr. Valverde [2]** 50/8 50/11
**Mr. White [1]** 19/8
**Ms [2]** 4/9 4/12
**Ms. [9]** 5/13 6/22 13/2 19/10 155/12 181/14 220/18 253/19 260/24
**Ms. Fedora-Murphy [1]** 155/12
**Ms. Ferrante [1]** 19/10
**Ms. Fundora-Murphy [6]** 6/22 13/2 181/14 220/18 253/19 260/24
**Ms. Kroeger [1]** 5/13
**much [29]** 9/19 15/6 20/5 54/11 54/12 54/12 67/19 80/13 89/18 120/21 128/2 134/14 136/23 138/16 139/6 142/17 147/11 150/18 154/11 154/22 191/15 202/4 202/5 202/21 203/17 204/20 207/3 236/21 261/25
**multibillion [1]** 115/7
**multinational [4]** 32/19 32/21 32/25 35/9
**multiple [8]** 77/17 77/17 77/22 101/2 189/4 254/10 256/11 259/21
**multiplicity [1]** 206/8
**municipalities [10]** 8/15 8/17 8/21 8/24 9/2 9/5 9/13 9/16 9/18 14/25
**municipality [2]**

**M**

**municipality... [2]**
9/14 15/4
**murder [1]** 122/25
**murdered [1]** 34/24
**murders [1]** 167/13
**Murillo [2]** 124/11
177/13
**MURPHY [9]** 3/8
4/12 6/22 13/2 155/12
181/14 220/18 253/19
260/24
**must [3]** 26/25 28/13
112/8
**my [103]** 5/25 6/19
12/22 13/12 14/12
27/21 31/2 40/14 42/7
43/12 45/15 51/18
52/25 56/23 60/21
60/24 69/6 69/14
70/21 71/13 71/13
74/22 75/2 76/20
78/14 78/14 82/6
82/18 87/19 94/15
97/14 101/3 103/9
103/11 110/21 111/4
112/15 113/21 113/21
113/22 114/12 118/17
119/24 119/24 121/9
121/20 122/3 122/3
122/7 129/8 129/25
140/14 147/22 152/12
156/5 160/16 163/16
163/23 169/1 170/9
171/10 172/20 182/8
182/23 184/6 184/16
186/8 187/25 188/4
191/3 191/23 192/5
193/6 193/12 193/16
194/13 195/11 195/11
195/13 196/16 197/23
198/25 199/20 201/10
201/18 201/20 202/2
202/21 203/7 203/20
215/6 218/13 223/6
225/24 235/17 241/9
249/10 249/11 249/13
250/9 250/10 252/10
264/22
**myself [3]** 45/25
220/17 226/7

**N**

**Nacional [1]** 204/12
**name [18]** 39/8
55/22 56/5 73/5 97/10
97/10 97/14 166/8
183/12 183/13 184/6
205/18 218/12 218/16
219/5 239/15 249/12
258/16
**named [9]** 92/24

123/1 124/11 135/12
167/6 167/9 239/2
246/3 259/5
**namely [1]** 75/13
**names [3]** 200/6
210/3 243/21
**narco [15]** 115/11
122/17 123/7 123/9
186/12 210/7 211/3
212/2 212/12 214/19
216/4 218/2 220/1
221/3 221/11
**narco-terrorism [1]**
115/11
**narco-terrorist [2]**
122/17 123/7
**narco-terrorists [1]**
123/9
**narco-trafficking
[11]** 186/12 210/7
211/3 212/2 212/12
214/19 216/4 218/2
220/1 221/3 221/11
**narcotic [1]** 144/8
**narcotics [9]** 123/2
143/17 143/25 146/18
208/21 209/9 210/20
211/9 211/21
**narrower [1]** 261/22
**Nation's [1]** 191/21
**national [15]** 9/9
107/20 126/5 186/11
186/16 193/6 193/8
204/12 204/18 205/20
215/18 217/14 243/8
245/19 245/19
**nationalize [1]** 34/8
**nationalized [1]**
34/5
**nationally [1]** 222/5
**Nations [2]** 193/24
193/25
**nature [7]** 24/13
101/13 108/22 120/12
126/4 144/12 176/17
**nautical [2]** 150/7
150/8
**navel [1]** 107/3
**necessarily [2]**
214/2 225/20
**necessary [4]** 25/13
25/13 25/16 155/24
**necessity [2]** 226/21
227/7
**need [38]** 5/16 7/18
9/1 14/13 16/1 20/6
21/4 25/1 25/6 25/14
28/3 42/15 69/17
148/22 155/25 156/2
156/8 161/7 176/10
181/13 182/7 182/13
191/18 223/8 223/14

226/21 226/25 227/9
227/14 227/18 231/9
232/25 235/22 235/25
236/13 243/7 252/13
252/20
**needed [4]** 70/23
118/22 130/3 130/21
**needs [5]** 155/13
155/14 223/7 225/19
225/21
**negative [2]** 14/11
28/11
**negatively [1]** 152/6
**negligence [2]**
229/14 229/23
**negotiations [4]**
82/25 83/3 120/13
194/4
**neighborhood [3]**
103/9 103/11 103/14
**neighboring [1]**
161/5
**neither [1]** 254/11
**networks [4]** 112/16
117/5 212/20 217/10
**never [29]** 6/15 25/4
25/12 46/14 47/23
51/5 54/11 56/4 57/8
57/20 72/18 72/18
72/19 76/12 78/15
78/15 78/15 92/9
168/10 168/10 168/13
169/15 182/8 249/8
249/23 250/11 252/9
252/14 256/2
**nevertheless [1]**
43/23
**new [15]** 2/3 6/15
12/1 61/3 95/14
126/16 155/19 160/6
160/18 162/2 202/1
202/15 202/16 216/25
246/16
**newspapers [1]**
61/16
**next [43]** 16/12
19/22 96/22 96/24
106/24 110/13 123/15
124/5 125/22 128/6
130/15 142/19 143/14
151/1 151/8 151/19
153/12 153/23 154/5
155/8 181/12 181/16
183/2 185/19 186/9
187/17 188/2 203/3
208/13 208/24 211/14
213/14 223/8 224/8
224/12 232/4 243/13
243/20 243/22 245/24
246/17 248/3 253/6
**Nicaragua [5]** 34/9
110/20 111/17 111/22

134/13
**nice [5]** 113/23
216/15 222/16 223/4
265/1
**NICHOLAS [1]** 2/15
**night [4]** 5/14
223/22 241/10 241/11
**nights [2]** 24/12
24/22
**nine [3]** 20/15 150/8
236/8
**njacques [1]** 2/18
**no [160]** 1/2 6/2 6/4
6/14 8/2 12/4 15/7
15/25 19/8 21/21 22/9
24/9 26/6 26/7 33/17
33/20 33/24 37/24
38/1 38/4 38/12 38/18
39/24 40/4 41/12
44/24 45/3 45/22 46/2
46/13 46/15 49/10
49/11 50/24 51/5
51/22 51/23 53/3 53/7
53/17 54/5 55/4 55/15
56/4 58/25 59/4 59/11
61/23 63/4 64/19
66/22 69/4 73/21 74/2
74/4 74/5 75/8 76/6
78/13 78/14 80/12
80/18 80/24 81/4
81/10 85/22 89/11
89/11 93/16 93/20
94/15 94/21 95/5 95/9
95/10 95/23 95/24
98/9 108/15 139/8
141/18 141/18 145/16
151/23 152/15 156/4
157/10 157/16 158/24
158/25 159/1 159/18
159/23 162/23 167/14
168/8 168/18 169/13
169/16 169/22 169/24
171/2 171/10 171/21
171/23 176/13 180/14
181/8 181/15 185/12
185/25 195/5 201/16
202/19 203/7 217/16
223/19 224/14 226/20
227/5 228/5 229/9
231/5 232/1 232/2
233/14 234/3 234/20
234/21 238/19 239/8
239/13 240/3 240/8
240/17 240/25 242/14
246/20 247/14 248/18
248/25 249/11 249/13
250/23 251/3 251/4
253/2 253/24 254/16
255/15 255/20 257/22
255/23 258/13 258/14
258/18 258/21 260/1
261/6 261/6

**nobody [4]** 47/11
47/15 47/17 47/24
**none [4]** 64/14
239/23 239/25 255/17
**nonrenewal [1]**
41/15
**normally [1]** 113/4
**north [10]** 100/7
100/14 106/13 113/12
113/18 116/9 128/20
129/13 218/5 218/8
**northern [5]** 106/12
160/6 180/10 180/13
181/5
**not [307]**
**note [10]** 19/7 69/11
69/16 69/21 70/1
173/25 210/19 237/10
244/23 257/9
**noted [2]** 134/18
236/22
**notes [7]** 56/23 57/5
67/3 69/24 69/25
95/16 222/14
**nothing [4]** 80/13
117/13 161/22 166/19
**notice [5]** 223/20
232/25 234/16 235/8
236/18
**noticeably [1]**
216/19
**notion [1]** 249/21
**Notwithstanding [1]**
40/24
**November [1]** 69/21
**now [49]** 24/10 29/4
34/22 39/6 45/11
50/16 51/15 53/3
59/18 63/13 63/20
84/1 84/10 86/5 88/18
88/22 91/4 99/1
115/23 117/24 141/9
152/11 152/15 154/19
155/2 166/12 172/10
177/2 182/10 187/15
188/11 195/21 201/5
204/1 217/22 225/6
232/4 235/25 247/19
249/4 249/25 250/9
250/13 250/16 250/25
253/19 254/17 257/14
264/10
**Nueva [2]** 55/17
55/21
**number [43]** 13/16
13/17 13/21 13/22
13/23 13/24 14/18
14/20 14/21 14/23
14/23 15/8 16/22 24/1
55/10 60/17 83/11
100/4 100/10 104/3
104/6 104/11 111/14

**N**

**number... [20]**
118/20 122/18 122/20
124/20 132/7 137/14
138/6 147/2 153/22
159/14 166/25 173/20
174/7 174/13 186/6
206/1 223/19 237/11
238/7 245/23
**numbers [1]** 236/13
**numerous [2]**
119/19 121/19
**Nunez [1]** 250/5
**nuts [14]** 65/2 70/17
70/24 71/23 72/8
72/11 74/8 76/17
80/22 81/8 83/12
84/16 84/19 85/23
**NW [3]** 1/18 2/13 3/5
**NY [1]** 2/3

**O**

**OAS [9]** 50/17 50/19
50/20 51/1 52/8 55/7
55/9 93/11 93/13
**oath [6]** 21/17 153/8
161/21 163/18 257/12
257/12
**Obama [1]** 114/25
**object [4]** 11/9 89/16
91/23 182/18
**objected [4]** 8/15
249/19 253/9 253/14
**objecting [1]** 8/17
**objection [102]** 5/15
8/12 8/16 8/19 8/20
12/12 25/20 27/3
28/17 29/18 32/5 33/8
34/10 34/17 35/16
35/21 36/9 37/2 37/20
37/25 40/8 42/11
42/13 42/23 43/5
43/17 44/4 44/11
44/16 48/6 53/9 53/22
57/19 58/19 60/14
62/25 63/9 68/9 70/4
70/5 70/7 72/23 73/2
77/13 85/1 85/4 86/2
87/12 87/19 87/21
87/22 88/6 90/7 90/20
91/10 92/12 92/17
92/21 92/25 93/7
93/18 94/3 94/10 98/9
157/18 158/3 158/15
158/24 159/1 159/7
159/21 160/22 165/2
166/21 166/22 167/15
168/21 170/4 170/5
172/6 172/17 172/25
174/9 175/1 175/3
178/12 180/1 180/20
180/25 181/1 194/21

194/22 195/5 207/13
213/4 236/22 249/20
250/22 250/23 251/5
253/10 253/17
**objectionable [1]**
5/24
**objections [13]** 5/6
5/13 5/13 9/25 10/18
13/7 13/14 14/21
18/20 182/18 182/19
227/23 237/1
**obligated [1]** 224/20
**obligation [4]** 60/12
227/3 227/5 228/12
**observation [2]**
191/12 191/16
**observe [2]** 111/12
111/20
**observed [2]** 227/5
241/9
**obtain [2]** 214/4
232/13
**obtained [4]** 39/7
87/3 87/17 187/19
**obtaining [1]** 189/11
**obvious [3]** 9/5
16/21 172/19
**obviously [8]** 9/10
128/22 177/25 224/7
227/21 241/22 256/17
261/8
**occasions [5]** 111/15
114/22 131/13 159/23
193/11
**occupied [1]** 114/13
**occur [2]** 28/15
189/21
**occurred [7]** 29/10
36/14 39/25 53/7
53/17 175/2 196/24
**occurrences [1]**
190/12
**occurring [3]** 118/25
191/11 195/20
**occurs [1]** 186/24
**ocean [3]** 106/14
150/16 150/20
**Ochoa [1]** 103/11
**October [7]** 61/6
61/7 86/24 86/25
170/18 171/1 171/9
**OFAC [3]** 86/16 87/4
144/20
**off [11]** 40/9 40/21
60/20 68/5 75/1 89/8
90/24 112/9 134/10
232/25 254/15
**offense [1]** 77/5
**offer [1]** 13/18
**offers [1]** 16/16
**office [10]** 23/14
86/15 99/18 136/24

144/24 191/21 193/5
243/6 245/13 245/18
**Officenter [1]** 2/9
**officer [6]** 37/16
37/17 38/8 61/21
249/3 258/16
**officers [1]** 124/22
**offices [3]** 114/6
130/2 144/22
**official [14]** 3/17
39/19 39/21 40/15
41/6 41/17 41/23 44/3
206/11 232/10 241/21
241/22 243/22 265/16
**offloaded [1]** 150/16
**Oficina [1]** 2/9
**often [3]** 109/1
111/20 131/13
**oftentimes [1]** 151/6
**OH [12]** 3/11 60/23
73/9 121/13 140/20
147/22 163/19 169/1
176/14 237/3 238/4
262/2
**okay [129]** 5/11 10/9
12/7 12/22 16/25 18/1
18/10 20/2 20/10 23/8
24/16 24/24 25/5
25/15 26/15 27/24
28/25 29/4 29/12
29/25 30/11 30/14
30/18 32/16 33/12
34/20 34/22 35/24
36/6 36/13 36/21
36/22 38/7 38/20 39/6
41/4 41/9 42/8 44/9
45/23 46/8 47/10
47/23 50/8 50/16
51/14 52/3 52/6 52/15
53/14 56/14 58/12
59/18 60/16 61/21
62/18 62/21 63/6
63/13 63/19 64/14
66/25 67/18 67/21
67/22 69/20 70/9 73/9
73/12 73/24 77/15
81/3 81/14 82/13
82/17 88/3 91/1 94/20
96/4 96/16 97/13
97/21 112/7 113/6
125/10 133/14 151/19
153/2 154/11 155/3
156/15 165/17 166/2
166/5 172/13 173/4
174/5 176/2 176/7
176/14 177/6 181/22
192/19 194/24 198/20
200/22 217/3 220/22
224/16 231/20 233/7
233/12 233/21 235/9
235/21 236/6 237/17
238/13 239/10 241/7

242/6 243/10 245/9
248/2 249/2 252/6
254/6 258/3 262/12
**OLSON [19]** 4/4
21/16 21/17 22/21
22/23 22/25 25/1
32/11 58/7 83/9 83/11
84/3 85/9 86/5 88/22
90/23 91/19 95/2
249/19
**Olson's [1]** 22/16
**on [358]**
**on your [3]** 107/21
114/14 237/1
**once [7]** 8/25 14/12
126/7 148/2 150/15
161/19 161/19
**one [111]** 6/17 7/6
8/22 9/15 9/17 11/15
14/14 15/2 16/2 16/6
17/18 17/19 19/6 23/4
23/6 26/1 34/24 36/3
40/3 45/23 48/24 49/1
49/6 49/9 49/18 53/18
60/1 60/1 60/3 60/5
72/21 76/22 77/8
80/15 82/11 82/22
83/22 103/3 104/7
104/12 105/18 109/13
110/13 112/8 113/13
118/20 122/18 124/20
126/23 127/18 129/18
131/22 137/9 139/9
145/5 145/5 146/23
148/6 150/11 150/13
150/21 159/14 160/5
163/12 173/15 173/21
174/7 174/13 176/1
177/14 177/16 178/6
182/5 184/15 185/12
185/17 186/9 187/23
196/15 203/16 203/18
203/18 205/2 205/16
210/8 212/3 214/11
215/10 215/10 215/17
218/13 230/9 231/16
231/22 232/7 234/15
238/25 240/18 246/7
247/14 248/3 248/7
248/13 248/23 250/17
256/1 257/14 258/11
259/12 259/16 260/23
**one-page [1]** 182/5
**ones [4]** 7/19 137/20
144/10 234/14
**ongoing [1]** 195/19
**only [45]** 5/5 15/3
16/13 20/15 33/22
53/11 58/17 59/10
71/7 76/22 77/3 77/4
77/4 77/8 115/16
139/8 141/12 141/16

144/1 144/1 148/14
155/3 166/8 166/14
169/20 170/9 186/2
197/14 202/23 211/3
213/9 216/9 217/5
227/15 232/17 234/14
235/17 236/8 247/10
248/10 248/22 250/6
250/20 255/24 260/8
**onto [3]** 150/16
151/3 151/18
**onwards [1]** 220/6
**open [10]** 82/21
108/17 121/19 129/14
183/1 206/13 246/9
256/17 260/13 263/2
**opened [2]** 126/16
260/21
**opening [2]** 211/23
240/21
**operate [3]** 164/22
165/20 219/23
**operated [3]** 11/14
151/13 222/4
**operating [5]** 119/14
124/3 139/10 221/21
255/6
**Operation [3]**
107/14 107/15 107/17
**operations [15]**
61/10 103/23 107/12
112/4 112/16 114/24
118/14 118/19 119/3
119/11 128/4 138/13
138/15 166/9 166/17
**opine [2]** 8/2 12/16
**opined [2]** 6/15 9/7
**opining [3]** 10/23
155/22 175/12
**opinion [54]** 6/20
7/5 7/7 7/21 8/3
11/17 12/15 13/4
13/19 14/4 14/10
14/11 14/24 15/24
16/8 16/16 16/21 17/2
17/10 18/19 47/23
48/1 58/24 59/6 78/10
78/13 78/14 78/14
89/19 89/23 90/2 90/6
91/7 91/9 91/15 91/17
98/16 120/17 122/12
129/22 140/1 146/16
147/2 148/16 149/3
149/3 172/5 174/21
180/17 185/18 185/22
186/9 203/6 203/7
**opinions [50]** 6/13
10/23 11/1 11/8 11/9
11/10 11/13 11/21
11/24 12/1 12/3 12/4
12/6 12/9 12/14 13/12
16/4 16/10 18/15 39/7

**O**

**opinions... [30]**
39/16 44/10 44/22
45/3 58/17 59/7 67/3
89/5 95/15 98/2 98/11
98/13 105/21 105/25
106/2 121/8 121/9
121/12 122/10 152/20
182/16 182/19 185/9
185/11 186/17 202/17
202/21 202/23 203/2
222/14
**opium [1]** 208/21
**opportunity [8]**
104/23 114/18 161/25
163/20 163/22 175/19
182/17 241/7
**opposed [3]** 12/23
33/10 33/11
**opposing [2]** 189/22
232/7
**opposite [1]** 7/13
**opposition [1]**
223/22
**opt [2]** 212/18
212/21
**opted [3]** 213/3
213/8 215/8
**optimize [1]** 128/1
**or [215]** 5/6 5/7 6/13
6/15 6/16 7/15 7/19
8/2 9/16 9/23 9/24
11/8 12/3 12/17 12/17
13/25 14/11 15/14
19/11 19/22 19/25
20/11 22/8 23/14
23/15 24/3 24/14
26/15 27/17 28/7
28/11 29/10 31/18
35/10 37/24 38/7
38/12 38/18 38/24
39/9 39/24 41/12 45/3
45/6 48/22 49/7 49/22
50/3 50/3 51/3 51/22
51/23 52/3 54/5 58/9
58/25 59/4 59/11
64/11 67/2 67/14
69/13 69/21 71/21
72/16 73/14 74/1 74/5
74/13 74/20 75/8 76/6
78/13 79/8 80/5 80/19
80/19 80/24 81/4 81/4
81/10 84/15 85/12
87/3 87/10 89/11
90/14 92/6 94/7 95/15
96/11 100/8 104/23
105/7 106/15 108/11
108/19 108/20 110/8
111/20 111/22 112/9
115/20 119/17 120/9
121/19 125/15 128/15

129/22 131/19 132/6
132/18 134/5 134/6
134/12 137/2 137/24
138/21 138/25 140/9
141/16 141/21 142/4
142/13 145/23 146/7
147/10 147/10 147/14
147/19 148/4 148/22
148/23 149/7 149/8
152/3 154/23 155/12
158/13 161/4 163/22
164/23 169/12 172/2
174/15 176/16 186/5
186/7 188/15 189/23
190/5 190/8 191/23
193/19 197/7 197/7
197/9 197/10 198/16
198/18 201/25 202/7
202/17 204/1 204/4
205/4 205/13 206/18
206/23 208/24 209/5
209/11 211/24 214/5
214/20 215/4 217/16
220/6 223/20 224/1
225/6 225/13 225/14
225/21 233/1 233/13
233/13 239/12 241/1
241/8 242/7 242/16
243/11 243/13 243/14
249/21 252/15 252/16
254/12 255/14 256/2
257/12 257/25 258/4
258/7 259/17 259/18
260/9 260/16 261/6
261/23 262/7 263/16
265/4 265/4
**oral [3]** 55/2 55/3
55/13
**orange [2]** 128/13
128/14
**order [44]** 5/1 27/21
78/19 86/14 86/20
99/11 105/19 115/9
153/21 165/22 182/3
182/5 182/22 184/23
186/25 189/4 189/13
189/20 194/9 200/12
204/4 206/18 207/23
208/10 209/6 212/19
212/24 213/10 214/5
214/18 216/1 216/7
216/11 217/17 218/16
223/19 225/10 227/1
227/17 230/11 231/15
232/22 255/13 256/22
**Ordman [4]** 43/23
43/25 44/1 48/3
**Orejuela [2]** 113/9
123/25
**organization [32]**
32/18 32/22 32/24
36/15 48/22 49/7

49/21 22/17 122/24
122/25 123/2 123/4
123/7 123/8 124/24
143/25 144/3 144/6
146/14 159/25 162/23
170/14 172/24 205/2
205/15 206/4 206/13
211/2 211/19 217/24
218/14 221/19
**organizations [25]**
31/7 31/8 98/17 104/3
116/5 116/7 147/4
148/7 163/25 206/9
206/12 206/12 207/6
209/4 209/6 209/13
209/15 210/6 212/12
213/3 213/8 215/25
216/19 218/19 220/1
**organize [5]** 207/21
208/10 211/18 217/9
217/12
**organized [9]**
100/16 166/24 193/12
194/9 207/6 209/11
212/17 218/1 218/2
**originally [1]** 108/25
**originated [1]**
196/16
**originating [2]**
103/20 103/22
**other [102]** 6/7 6/9
9/17 13/10 13/14
13/25 14/16 14/18
15/7 19/7 19/20 24/3
29/17 31/7 33/22 38/9
55/20 60/3 61/20
67/14 70/1 75/3 75/6
75/11 75/13 75/16
75/24 77/12 78/10
82/22 87/2 87/3 87/10
88/22 93/14 95/22
99/12 99/23 100/2
100/3 105/1 107/11
112/14 114/10 115/13
115/13 116/7 117/13
117/16 119/19 129/11
139/11 155/3 156/13
158/13 158/15 159/25
186/7 187/23 188/22
189/21 190/2 190/7
190/21 191/22 194/6
196/4 197/18 199/13
204/4 204/5 204/24
209/7 209/15 210/7
210/8 210/9 210/9
211/25 214/1 218/4
230/9 236/17 240/23
241/1 241/4 244/6
244/11 244/11 244/16
244/19 245/6 251/10
252/16 253/25 254/7
254/18 254/25 255/10

257/19 263/5 263/13
**other's [1]** 20/25
**others [8]** 7/8
135/24 139/19 140/25
191/15 194/13 244/13
261/13
**otherwise [4]** 87/10
93/21 224/3 226/25
**Otterloo [58]** 50/20
54/3 91/20 92/3 92/8
93/4 93/10 153/20
237/1 237/5 239/22
239/25 240/1 240/6
240/10 240/24 241/1
241/17 243/14 243/25
244/4 244/8 244/12
244/17 244/20 245/1
245/5 245/8 246/24
247/15 250/8 250/17
250/22 251/8 251/11
251/21 253/3 253/14
254/9 255/18 255/20
257/2 258/8 258/13
258/14 259/2 259/6
259/9 259/13 259/16
259/22 260/4 260/20
260/25 261/11 261/18
263/1 264/1
**our [52]** 7/16 8/19
9/14 9/18 10/21 12/11
12/12 14/22 17/22
18/20 20/14 21/10
29/4 96/12 101/12
104/19 105/12 107/21
108/3 108/5 108/9
109/8 109/8 109/9
113/10 114/6 115/18
115/19 116/14 116/22
117/13 142/17 148/4
154/6 181/12 183/2
190/8 195/17 195/17
202/11 208/14 226/21
226/24 228/12 228/17
229/19 234/9 236/17
244/2 247/9 257/10
257/20
**ours [3]** 6/10 227/20
232/19
**out [76]** 9/23 12/5
13/8 16/5 16/6 16/25
17/5 17/12 17/15
18/13 33/3 47/1 47/2
48/20 48/23 54/13
54/15 55/8 57/3 59/19
71/20 78/8 79/2 84/15
85/6 85/7 85/15 86/8
98/14 103/3 106/1
109/7 110/7 113/22
117/5 118/2 122/13
123/14 124/15 124/17
124/22 125/17 126/7
140/19 151/8 173/15

182/4 202/16 216/19
217/4 218/5 219/13
225/6 225/7 226/12
226/15 230/3 230/5
236/2 236/7 236/14
241/9 243/6 250/9
250/14 250/21 251/23
252/5 252/7 252/8
252/9 252/24 253/14
255/10 262/21 263/23
**outs [1]** 78/18
**outside [13]** 10/22
10/24 10/25 95/7
100/16 146/22 163/15
172/7 172/20 172/25
180/2 181/20 196/6
**over [37]** 30/3 33/1
48/16 56/3 56/9 84/15
85/23 90/21 92/11
103/7 109/4 118/25
121/5 131/1 131/22
138/19 148/16 153/15
154/17 154/18 169/5
181/22 192/12 194/12
196/9 205/11 210/8
211/20 213/23 223/1
225/5 226/7 226/14
226/17 226/17 229/3
230/9
**overall [3]** 122/7
146/16 186/3
**overcome [1]** 186/25
**overrule [4]** 8/12
9/25 13/7 13/13
**overruled [34]** 27/4
28/19 29/20 36/10
37/3 43/6 44/14 44/16
45/5 48/7 53/10 58/20
58/20 59/3 70/19 80/2
86/3 88/12 90/8 91/12
94/12 94/14 157/19
158/4 159/8 159/22
168/22 172/18 176/19
182/18 207/15 213/6
250/22 253/17
**overseas [3]** 99/10
99/11 113/14
**overseeing [2]**
114/10 119/11
**overstate [1]** 102/24
**overstated [1]** 28/1
**overt [1]** 250/17
**overthrowing [1]**
32/18
**overview [1]** 110/11
**own [13]** 29/8 29/15
30/7 32/1 59/15 69/10
70/21 103/9 201/17
201/18 201/19 201/20
256/14
**owned [1]** 31/23
**owner [3]** 148/3

**O**

**owner... [2]** 168/16
255/6

**owners [2]** 148/1
149/1

**P**

**p.m [6]** 1/5 96/8
99/17 231/17 234/19
265/8
**P0959 [1]** 179/12
**P2155 [1]** 173/13
**Pablo [22]** 113/7
123/24 124/14 124/18
124/19 125/1 125/13
125/15 125/15 126/2
126/7 126/8 126/11
126/14 126/16 126/21
127/10 177/16 211/15
211/18 215/19 220/8
**Pablo's [1]** 126/2
**Pacific [1]** 150/16
**package [2]** 148/10
148/10
**page [51]** 4/2 51/2
61/2 84/5 136/13
140/11 140/16 140/16
141/5 160/13 160/23
163/1 163/2 164/17
174/3 175/23 176/2
176/4 176/7 179/17
179/17 182/5 192/5
220/15 237/25 238/4
238/4 239/12 239/23
240/7 241/25 242/5
242/9 242/10 242/12
242/17 242/21 242/23
242/23 243/1 243/11
243/20 243/20 245/11
245/11 245/16 247/1
248/3 251/9 258/15
261/3
**pages [5]** 1/6 240/11
247/4 261/20 262/16
**pagination [2]** 242/1
242/3
**paid [12]** 24/3 24/7
39/21 40/17 87/5
87/10 120/19 120/21
120/22 199/17 256/6
256/7
**palletized [1]** 147/9
**Palm [5]** 1/3 1/13
1/13 2/21 2/24
**Pampite [1]** 2/10
**PAOLA [2]** 3/4 246/1
**Papagayo [1]** 48/22
**paper [1]** 218/14
**papers [2]** 192/10
218/13
**para [1]** 196/1
**paragraph [28]** 61/2

84/2 84/10 84/23 85/9
86/5 87/15 87/23
88/18 137/1 138/6
138/9 138/10 138/16
139/13 139/14 139/17
141/1 141/5 160/8
160/24 241/17 243/11
243/21 245/24 245/25
246/17 248/21
**paragraphs [2]** 86/8
243/14
**parameters [1]**
182/2
**paramilitaries [6]**
6/4 6/7 6/9 6/17
203/25 220/13
**paramilitarized [1]**
212/6
**paramilitary [13]**
163/11 163/24 164/3
164/22 165/21 185/15
203/11 214/13 214/15
215/1 215/4 221/25
222/3
**pardon [4]** 57/15
63/2 76/11 200/6
**parentheses [1]**
243/22
**part [37]** 7/4 8/3
10/16 24/19 31/3 37/9
37/13 52/17 53/5
56/20 72/16 74/20
78/18 78/24 79/11
80/6 80/9 84/22 86/12
144/18 155/20 186/22
196/24 196/24 197/6
199/2 211/24 212/13
212/14 218/5 218/11
239/1 245/2 257/24
259/25 260/25 262/6
**participated [1]**
41/22
**participation [2]**
40/25 41/4
**participatory [1]**
191/15
**particular [22]** 39/4
49/2 53/4 92/11
103/17 130/21 169/6
173/21 178/20 186/1
190/21 190/23 192/23
196/15 197/4 197/5
205/16 210/18 215/10
215/11 223/19 237/13
**parties [2]** 141/9
189/22
**partner [3]** 24/25
25/6 156/5
**partnered [1]**
177/12
**partners [6]** 26/1
113/10 125/25 125/25

126/1 126/5
**parts [6]** 33/23 72/3
72/4 152/3 196/4
263/5
**party [2]** 33/6 33/15
**Passage [1]** 106/15
**passed [2]** 217/1
219/15
**passing [1]** 115/19
**past [3]** 124/20
202/7 210/21
**patience [1]** 173/11
**patient [1]** 99/13
**pause [1]** 204/19
**pay [4]** 38/9 65/18
65/23 214/11
**payday [1]** 149/6
**paying [6]** 41/22
47/1 47/5 48/16 85/11
90/12
**payment [2]** 41/1
260/7
**payments [54]**
12/16 12/23 13/5 39/9
47/10 47/11 47/14
47/18 47/24 48/5
48/12 48/14 48/20
48/21 48/23 49/2 49/2
49/6 49/11 49/12
49/13 49/17 49/20
49/25 50/4 58/9 64/17
64/22 66/15 70/14
72/1 72/13 72/17
77/24 80/20 81/6
85/17 85/19 88/20
89/13 90/16 91/4 91/7
185/13 203/8 240/23
244/20 245/2 247/10
250/24 259/2 260/9
261/18 263/24
**peace [8]** 142/15
187/24 192/7 192/7
193/7 194/3 194/4
221/17
**peak [2]** 211/15
220/13
**peasants [1]** 218/23
**Pedro [2]** 137/23
143/6
**peer [4]** 192/9
192/21 192/23 192/24
**peer-reviewed [4]**
192/9 192/21 192/23
192/24
**penalties [2]** 171/20
171/22
**penalty [1]** 160/14
**pending [2]** 250/16
254/10
**Peninsula [2]** 104/8
106/14
**Pentagon [1]** 112/12

**people [42]** 25/11
25/12 29/16 30/3 30/5
31/6 31/9 31/15 31/18
32/1 34/23 35/14 50/9
50/25 62/21 65/14
66/14 66/15 67/14
104/11 114/21 115/24
119/4 119/9 126/1
130/14 155/4 155/11
162/12 162/14 162/16
162/19 204/25 205/22
206/1 238/7 239/24
239/25 245/23 247/17
254/13 264/7
**Pepes [11]** 125/2
125/3 125/10 125/13
125/14 125/16 125/20
125/24 126/10 126/17
177/16
**per [14]** 20/16 110/6
131/20 132/14 132/22
133/4 133/17 134/9
138/18 139/2 139/3
139/4 139/5 140/6
**percent [7]** 15/3
16/19 16/20 110/21
114/12 161/4 217/18
**perfect [2]** 127/17
220/21
**perfectly [2]** 225/1
263/15
**perform [1]** 53/25
**performance [1]**
119/20
**perhaps [3]** 14/22
19/23 130/10
**period [48]** 48/1
89/13 102/18 102/21
103/21 105/2 105/14
107/10 112/1 112/23
113/25 114/3 114/16
115/3 116/4 116/17
118/11 121/5 123/5
125/4 125/20 130/25
131/17 132/5 132/20
133/1 133/3 133/6
133/9 133/16 138/2
138/19 138/21 143/11
146/23 159/21 169/6
174/8 174/13 175/11
181/4 187/17 199/9
200/19 211/12 213/18
220/3 221/21
**perjury [1]** 160/14
**permit [1]** 151/22
**permitted [2]**
253/22 257/23
**perpetrator [1]**
197/5
**persecuted [1]**
125/15
**Perseguidos [1]**

125/14
**person [23]** 23/12
39/7 39/18 56/2 56/5
64/2 87/1 135/12
146/3 197/9 197/9
197/11 205/2 205/3
205/16 237/18 240/18
249/25 257/14 258/5
258/13 258/16 258/19
**person's [1]** 249/12
**personal [10]** 25/7
27/22 27/24 28/2 28/2
35/6 45/17 74/2 92/16
249/7
**personally [3]**
111/12 253/7 253/12
**personnel [4]** 85/19
87/11 88/21 116/2
**perspective [5]**
108/1 115/5 126/15
130/8 143/10
**pertains [1]** 182/5
**pertinent [1]** 138/12
**Peru [8]** 109/1 109/2
109/5 109/10 110/3
114/7 114/15 196/11
**Peruvians [1]**
109/25
**pervasive [1]** 102/24
**phone [1]** 103/5
**photograph [2]** 10/2
151/9
**photographed [1]**
124/13
**photographs [1]**
108/7
**phrase [1]** 46/4
**physical [2]** 85/19
88/20
**pick [2]** 108/16
111/18
**picked [1]** 104/9
**picture [2]** 49/3
71/11
**pieces [4]** 113/4
127/19 192/2 192/6
**pilot [1]** 104/2
**pineapples [1]**
149/20
**pinpoint [2]** 108/23
189/13
**pins [1]** 115/20
**place [6]** 9/6 55/19
63/23 82/25 105/11
200/12
**places [2]** 219/12
244/16
**placing [1]** 136/3
**plainly [1]** 175/2
**plains [2]** 212/14
214/17
**plaintiff [4]** 1/11 2/1

**P**

**plaintiff... [2]** 3/1 20/8

**plaintiffs [13]** 96/14 154/9 194/20 200/4 223/22 224/18 226/19 231/6 236/24 237/7 241/8 241/12 245/10

**plaintiffs' [10]** 11/23 13/20 136/4 153/21 154/7 173/19 227/4 230/15 230/16 230/20

**plan [9]** 25/7 115/6 115/15 115/17 117/24 196/2 219/17 219/18 219/21

**plane [3]** 156/1 156/6 264/8

**planes [2]** 144/11 264/7

**plans [4]** 120/11 120/12 150/4 150/4

**plantation [1]** 168/15

**plants [2]** 209/17 209/18

**played [1]** 256/5

**plea [27]** 78/20 78/25 79/5 79/9 79/11 80/6 80/9 81/16 81/17 81/19 82/24 83/3 84/20 84/22 85/24 136/10 136/16 140/21 140/24 141/10 157/5 157/10 157/13 157/25 158/8 168/9 179/13

**plead [15]** 62/18 80/5 87/5 135/20 141/17 141/23 142/4 145/19 145/20 145/25 157/17 158/20 158/21 158/23 159/11

**pleading [1]** 159/5

**pleadings [1]** 136/20

**pleasantly [1]** 99/2

**please [57]** 5/2 19/5 22/2 22/5 29/22 40/23 44/7 56/21 57/14 60/17 67/6 67/12 67/23 67/25 69/1 79/14 84/1 85/9 88/9 93/24 95/19 96/9 96/16 96/17 96/20 97/5 97/8 98/12 122/11 125/22 129/12 132/17 132/24 133/5 138/6 153/6 156/18 156/20 163/1 175/6 176/6 176/23 178/24 181/12 181/23 182/1 183/9 184/4 185/5

185/9 187/5 188/4 203/6 203/18 205/24 207/18 223/11

**pled [7]** 141/21 146/1 146/8 146/9 146/14 146/15 169/16

**plentiful [1]** 107/19

**plenty [2]** 29/13 156/14

**PLLC [2]** 2/2 2/20

**plural [1]** 131/13

**plus [3]** 98/24 99/3 169/10

**PNC [1]** 3/10

**PO959 [1]** 157/3

**point [63]** 7/16 13/21 14/22 15/18 16/6 17/1 17/5 30/6 34/19 39/7 43/12 47/1 47/3 49/1 65/4 69/16 73/5 73/12 73/18 83/15 85/6 85/6 89/16 95/6 110/1 111/11 112/9 119/4 131/15 148/19 148/20 149/7 150/14 164/21 165/9 165/20 175/20 201/2 204/2 206/23 206/24 206/24 208/14 211/13 211/17 211/22 212/3 213/14 220/2 220/16 220/18 229/20 244/5 248/15 249/11 253/24 255/15 256/1 259/8 259/9 261/1 261/9 263/5

**pointed [8]** 79/2 84/15 178/20 232/12 236/7 245/10 258/17 259/11

**pointing [5]** 12/5 16/5 17/12 241/9 258/15

**points [3]** 139/22 140/10 241/15

**police [16]** 100/12 105/6 105/10 107/20 107/22 116/23 124/21 124/21 126/5 204/18 206/11 211/16 215/19 217/14 219/25 243/5

**policies [1]** 64/4

**policy [2]** 34/15 216/4

**political [2]** 188/23 208/17

**politically [1]** 195/15

**politicians [1]** 195/18

**Ponte [1]** 137/24

**pool [1]** 197/2

**poor [1]** 257/5

**Popular [1]** 204/15

**port [13]** 39/19 39/21 40/16 41/6 41/7 41/10 41/16 41/20 41/23 41/24 44/2 54/9 55/17

**portable [1]** 131/22

**portion [2]** 93/21 224/10 246/25

**portions [1]** 93/20

**portray [1]** 166/18

**posed [1]** 31/8

**position [14]** 26/11 72/20 87/17 102/8 113/18 113/20 118/15 119/3 120/3 138/13 187/3 226/18 228/15 228/17

**positions [3]** 100/23 100/24 227/19

**possessed [1]** 122/20

**possible [2]** 30/2 228/22

**possibly [1]** 232/15

**post [10]** 61/6 61/15 61/22 198/21 225/3 225/11 225/14 226/24 227/24 227/25

**post-trial [1]** 226/24

**post-verdict [5]** 225/3 225/11 225/14 227/24 227/25

**postgraduate [2]** 187/19 187/25

**posts [1]** 194/1

**potential [3]** 26/22 27/18 27/18

**potentially [1]** 24/22

**power [2]** 210/12 211/20

**powerful [2]** 116/10 177/20

**powers [1]** 207/20

**practical [4]** 131/12 225/9 225/9 226/21

**practice [2]** 64/12 186/15

**Practices [3]** 42/9 42/10 42/22

**pre [1]** 143/6

**pre-Pedro [1]** 143/6

**preceding [1]** 15/16

**precisely [2]** 211/13 249/15

**precluded [7]** 245/25 246/3 248/4 248/6 248/11 248/23 255/25

**precursor [1]** 108/8

**predecessor [3]** 126/25 186/6 218/11

**predicate [1]** 158/25

**predominant [2]** 178/8 179/2

**prefer [2]** 153/15 226/2

**preference [1]** 160/23

**prejudice [3]** 229/15 250/10 257/7

**prejudiced [1]** 229/17

**prejudicial [7]** 240/22 254/2 254/14 256/19 256/21 260/14 260/22

**preliminary [12]** 50/19 64/20 64/25 65/6 65/23 66/4 66/7 66/12 66/18 68/6 70/12 83/16

**prepare [7]** 11/6 21/5 98/3 116/21 184/24 201/11 201/13

**prepared [2]** 100/22 149/9

**preparing [3]** 199/21 201/15 202/22

**presence [1]** 181/21

**present [6]** 14/13 99/10 137/17 137/22 137/23 202/10

**presentation [3]** 7/19 202/3 236/10

**presentations [2]** 193/16 193/20

**presented [19]** 10/19 11/4 11/23 12/5 12/8 20/20 25/15 25/16 25/25 43/12 65/8 65/10 65/13 65/17 193/3 193/5 193/10 193/11 232/22

**presenting [2]** 193/14 232/21

**preserve [2]** 65/24 101/9

**president [4]** 43/23 114/25 119/24 193/5

**Presidential [1]** 119/23

**presidents [1]** 114/18

**press [3]** 61/4 61/13 206/10

**pressing [1]** 5/8

**pressure [1]** 124/19

**presumed [1]** 32/6

**pretty [5]** 8/10 9/5 128/2 243/16 256/25

**prevail [1]** 78/1

**prevent [3]** 155/11 156/1 230/22

**previous [1]** 193/1

**previously [4]** 136/4 151/2 197/15 210/4

**price [12]** 131/10 131/14 131/14 131/18 132/5 132/22 133/1 133/7 133/10 133/17 140/4 210/2

**prices [4]** 131/5 133/20 133/22 210/12

**prima [1]** 230/3 230/5

**primarily [2]** 123/10 163/10

**primary [5]** 116/14 127/20 146/24 146/24 177/14

**prior [10]** 115/16 121/7 121/11 141/1 165/3 165/5 165/8 177/18 177/23 178/3

**private [2]** 184/21 216/9

**privy [1]** 122/7

**probability [1]** 24/20

**probably [14]** 24/5 42/3 153/1 157/8 157/24 198/2 211/19 223/7 224/23 225/10 236/3 238/21 242/9 252/3

**Probation [1]** 99/17

**probe [1]** 52/18

**problem [4]** 33/22 231/25 232/2 257/7

**procedural [1]** 227/7

**procedures [3]** 64/4 151/16 206/18

**proceed [6]** 57/24 96/11 96/22 183/24 226/25 228/6

**proceeded [1]** 141/7

**proceeding [14]** 227/1 240/12 240/13 240/23 241/4 244/11 247/14 253/12 254/22 255/3 255/4 255/10 260/10 262/9

**proceedings [5]** 105/21 232/12 234/11 265/8 265/13

**procesado [2]** 237/14 238/25

**process [7]** 37/9 110/5 110/12 128/1 142/15 142/16 143/24

**processed [4]** 108/7 214/25 239/1 239/5

**processes [2]** 39/4 209/19

**processing [1]** 209/19

**P**

**produce [1]** 202/13
**produced [6]** 109/1
109/2 115/9 121/18
161/4 208/22
**producing [2]** 61/10
139/12
**product [1]** 140/24
**production [15]**
108/25 109/4 109/13
109/23 110/2 110/12
138/14 208/21 209/4
209/9 210/20 211/4
211/10 211/20 214/23
**professional [10]**
131/16 135/6 140/1
148/16 149/3 150/13
150/23 151/20 180/17
188/5
**professor [66]** 5/18
9/7 13/11 14/5 14/7
14/15 15/10 15/13
15/17 15/18 15/19
15/22 15/24 16/9
16/15 17/2 17/5 17/7
17/13 100/13 121/15
121/22 142/22 142/24
144/24 184/4 184/7
184/8 184/19 185/8
185/22 186/18 187/1
187/2 188/8 192/15
194/19 194/20 195/4
195/6 195/8 198/2
198/12 198/14 198/21
199/10 200/4 200/8
200/25 201/2 203/1
204/6 204/19 205/6
207/8 208/12 208/25
210/22 213/17 213/23
215/21 220/24 221/8
221/14 222/6 224/11
**Professor Kaplan [1]**
15/13
**Professor Kaplan's
[1]** 195/6
**proffer [16]** 11/17
60/17 63/13 63/16
79/12 79/15 79/18
80/1 80/4 84/1 84/6
84/20 86/6 87/9 87/15
88/3
**proffering [1]**
223/20
**profile [1]** 72/22
**profit [1]** 152/10
**profitable [1]** 123/13
**program [2]** 107/13
115/6
**programs [1]** 100/11
**progress [1]** 124/25
**progressed [1]**

202/6
**progression [1]**
15/21
**prohibit [1]** 172/1
**prohibited [2]** 12/14
16/22
**projects [1]** 195/12
**prominent [1]** 124/3
**promoting [1]** 72/20
**promotion [4]**
110/25 244/14 245/1
261/14
**promulgated [1]**
86/10
**pronunciation [1]**
129/8
**proof [3]** 153/21
229/6 231/16
**proper [5]** 15/23
96/1 256/22 257/12
263/14
**property [5]** 33/1
85/20 87/11 88/21
144/11
**proportion [1]** 186/3
**proposal [2]** 20/4
20/25
**proposals [1]** 151/16
**proposition [1]**
156/7
**propounded [1]**
249/10
**prosecute [3]** 108/3
145/15 238/17
**prosecuted [3]**
64/22 77/4 104/13
**prosecuting [2]**
78/12 104/24
**prosecution [3]**
135/25 142/2 157/9
**prosecutions [2]**
108/2 117/17
**prosecutor [1]**
238/18
**Prosecutor's [3]**
136/24 245/13 245/18
**prosecutors [3]**
243/6 260/3 261/19
**prosecutors office
[1]** 243/6
**protect [3]** 162/22
163/6 164/6
**protection [4]** 120/5
164/4 164/23 165/22
**protections [1]**
134/3
**prove [4]** 136/17
141/8 141/13 226/10
**proven [3]** 84/8
88/16 157/21
**provide [15]** 72/11
120/17 164/4 164/23

165/22 170/7 172/16
172/23 194/3 198/8
208/9 208/19 217/9
217/11 218/16
**provided [6]** 58/24
71/25 121/22 144/25
198/12 200/3
**provides [1]** 228/11
**providing [4]** 77/17
90/5 98/4 219/24
**provision [3]** 216/9
216/10 220/14
**proximity [2]** 108/13
133/21
**public [4]** 61/8 62/22
186/22 188/16
**publications [3]**
192/12 192/14 192/20
**published [5]** 191/25
192/3 192/6 192/9
192/11
**pull [5]** 60/16 84/1
112/9 173/14 233/25
**pulled [1]** 233/25
**pulling [1]** 125/16
**punch [1]** 112/8
**purchase [1]** 172/4
**purchased [5]** 29/7
29/15 30/7 31/5 31/23
**pure [1]** 8/1
**purity [1]** 110/6
**purports [1]** 199/13
**purpose [9]** 52/12
52/16 52/19 53/4 57/2
99/10 105/21 210/2
216/17
**purposes [1]** 82/2
**Pursuant [1]** 86/20
**pursue [4]** 23/19
27/13 28/9 28/12
**pursued [2]** 177/16
246/19
**push [1]** 123/14
**pushing [1]** 117/25
**put [19]** 7/11 7/13
18/9 26/11 70/21
106/18 107/21 133/13
179/18 200/14 200/15
214/10 216/15 219/14
232/25 233/5 246/15
246/18 251/22
**puts [1]** 134/6

**Q**

**qualifications [7]**
97/25 100/21 110/14
112/2 118/6 155/20
185/8
**qualified [3]** 238/6
245/21 248/8
**qualitative [5]**
189/12 189/15 199/1

199/2 199/4
**Quantico [2]** 101/7
101/8
**quantifiable [1]**
199/3
**quantitative [6]**
189/13 189/15 191/3
198/25 199/4 202/5
**quarter [1]** 138/25
**question [85]** 8/14
10/13 10/14 17/20
27/7 27/10 29/21
29/22 31/12 32/6 33/9
33/12 35/22 39/8
40/22 43/1 43/18 45/2
45/4 45/5 51/18 51/23
59/1 59/3 62/6 62/11
63/3 65/21 68/10 70/8
72/3 72/24 73/3 80/18
80/25 81/18 82/2
85/5 87/13 90/25
91/24 93/24 94/11
94/24 106/7 124/16
137/10 163/4 163/16
165/3 165/5 165/8
165/11 167/17 172/19
175/6 175/21 176/12
177/11 178/17 178/18
181/18 186/23 208/25
213/17 213/22 230/1
230/2 230/4 230/8
239/14 240/17 246/20
248/17 251/2 251/4
251/9 252/24 252/25
253/6 253/16 253/20
254/3 258/4 261/4
**questioned [3]**
74/16 90/11 93/10
**questioning [4]**
84/16 92/4 240/21
257/6
**questions [24]** 5/11
83/12 83/13 86/9
91/19 95/10 152/15
170/11 173/22 175/15
175/17 175/24 176/22
176/24 179/14 181/8
188/7 190/24 198/22
199/11 249/10 254/16
256/23 257/17
**quibble [3]** 49/24
49/25 65/20
**quick [5]** 103/2
125/3 149/12 241/14
246/9
**quickly [9]** 118/5
118/8 118/16 125/19
145/5 164/10 176/5
209/3 247/22
**quit [1]** 107/6
**quite [8]** 8/16 24/1
103/25 105/8 122/22

131/12 167/21 250/6
**Quito [1]** 2/11
**quote [3]** 10/10
70/17 179/23
**quoted [2]** 201/20
215/6

**R**

**R-A-L-I-T-O [1]**
221/9
**R-E-S-T-R-E-P-O [1]**
183/22
**radio [2]** 217/15
217/17
**raid [1]** 108/5
**raise [5]** 183/5
230/14 230/15 230/21
230/25
**raising [3]** 20/3
230/22 255/23
**Raleigh [1]** 100/14
**Ralito [1]** 221/7
**ramp [2]** 12/17
12/21
**ramp-up [1]** 12/21
**ramped [1]** 12/23
**Rand [3]** 169/25
170/2 170/7
**range [2]** 150/7
199/21
**Rank [1]** 119/23
**ransom [2]** 120/11
120/13
**rassie [4]** 3/17 3/19
265/15 265/15
**rate [4]** 120/23
205/22 211/1 211/11
**rates [4]** 203/9
209/23 210/15 210/15
**rather [2]** 10/12
95/14
**Raul [5]** 146/11
167/6 167/12 168/2
168/20
**RE [1]** 1/3
**reach [6]** 199/5
200/1 220/7 220/8
220/10 220/15
**reached [2]** 211/19
220/13
**reaches [1]** 211/15
**read [47]** 15/7 17/22
17/22 17/25 18/2 18/4
18/7 22/8 53/20 61/22
63/13 81/2 85/9 86/8
88/9 88/13 88/18 96/1
102/23 105/9 122/9
138/11 141/5 160/9
160/10 161/11 162/2
163/8 163/12 165/1
165/5 165/25 176/5
176/13 176/22 179/21

**R**

**read... [11]** 180/11
202/1 203/6 230/14
237/16 238/9 263/7
263/7 263/9 263/17
263/19
**reading [6]** 87/16
176/9 237/24 238/23
239/10 262/16
**reads [1]** 141/2
**ready [11]** 20/24
21/10 22/15 67/14
96/11 96/12 96/13
96/14 96/22 234/16
265/4
**real [5]** 51/25 125/3
144/11 176/5 225/19
**reality [1]** 224/23
**realized [1]** 103/9
**really [30]** 6/23 7/14
8/7 26/17 28/11 35/6
126/18 134/13 155/19
178/14 200/11 215/7
218/18 220/2 224/16
225/21 241/13 246/9
252/11 255/14 258/6
258/19 262/14 262/21
263/10 264/11 264/12
264/13 264/20 264/25
**reason [13]** 20/14
30/14 60/9 60/10 62/7
118/19 130/3 144/9
156/7 224/12 226/25
254/21 263/10
**reasonable [6]** 53/6
84/9 88/5 88/16
136/18 141/8
**reasons [2]** 32/1
228/2
**reasserting [1]**
241/10
**rebut [1]** 233/5
**rebuttal [16]** 10/23
18/14 20/22 153/21
231/7 232/5 232/17
232/19 232/21 233/1
233/5 233/13 233/15
233/16 234/3 234/8
**recall [27]** 51/2 55/6
55/9 55/10 55/11 56/6
56/7 83/13 83/17
83/20 83/21 88/25
89/6 89/9 90/2 91/15
91/19 92/4 93/11
173/22 175/17 175/21
176/24 177/2 177/6
212/7 258/25
**receive [4]** 99/23
101/4 119/17 235/7
**received [6]** 54/21
55/2 55/13 58/8 99/24

101/21
**receiving [4]** 105/3
116/22 116/24 140/5
**recently [3]** 50/22
192/8 201/3
**recess [10]** 19/4
67/2 67/11 96/8
152/18 152/24 153/5
154/1 223/7 223/10
**recitation [1]** 244/8
**reciting [1]** 75/12
**recognition [2]**
119/17 227/7
**recognize [2]** 57/5
136/6
**recollection [13]**
53/1 56/4 56/8 56/10
56/11 60/24 68/15
68/23 69/4 69/12
69/14 69/15 176/15
**reconnaissance [1]**
108/16
**record [16]** 18/11
82/3 136/4 194/10
197/17 216/8 228/5
230/18 237/4 250/25
251/15 252/21 257/9
262/6 262/11 264/23
**recording [2]** 194/10
197/25
**records [8]** 17/22
197/17 198/1 204/25
205/8 205/12 205/19
223/21
**recruited [1]** 104/1
**recruiting [1]** 101/18
**Recursos [1]** 196/1
**redirect [13]** 4/6
4/10 52/14 69/20
80/14 83/6 83/9 90/20
91/11 173/6 173/9
180/4 207/23
**reduce [1]** 216/11
**refer [5]** 199/1 202/2
206/24 215/10 246/25
**reference [5]** 11/16
177/13 191/10 208/1
219/17
**referenced [4]** 13/18
212/7 262/10 262/23
**referencing [2]**
255/21 255/21
**referred [7]** 55/24
65/2 83/15 175/25
177/4 210/21 248/3
**referring [9]** 39/5
208/2 210/17 210/19
239/24 240/13 241/4
243/25 254/22
**refers [6]** 246/4
246/11 246/17 250/5
254/25 260/10

**reflected [1]** 182/16
**reflects [2]** 151/5
151/9
**refresh [8]** 51/15
51/25 52/25 68/14
68/23 69/11 69/15
176/15
**refreshed [1]** 69/10
**refreshes [2]** 51/10
69/14
**refreshing [1]** 51/24
**regard [12]** 41/17
78/20 82/3 91/7 115/1
117/10 181/21 225/14
233/14 249/22 250/24
259/1
**regarded [5]** 35/11
41/14 41/16 41/19
71/2
**regarding [18]**
11/11 50/16 50/20
54/13 57/11 58/7 58/9
63/19 63/22 65/14
66/20 72/12 72/13
74/12 95/20 95/22
190/24 243/9
**region [10]** 9/11
9/12 9/20 9/21 106/13
129/2 139/8 186/8
218/6 218/7
**regional [6]** 9/7 9/10
114/1 114/5 114/9
115/25
**regions [14]** 9/11
9/13 129/23 137/17
161/5 185/14 185/16
185/23 185/24 186/3
191/6 191/9 203/10
203/12
**register [1]** 217/6
**registered [1]**
206/21
**registration [1]**
196/23
**registry [5]** 196/19
196/25 204/22 204/23
216/7
**regular [2]** 97/4
229/10
**regulate [1]** 216/18
**regulation [1]**
216/18
**regulations [1]**
86/11
**Reinaldo [14]** 39/8
39/11 39/17 39/18
41/4 41/22 42/12 42/4
43/21 44/2 44/9 45/2
48/3 88/24
**reinstate [1]** 225/16
**REITER [29]** 2/1 2/2
4/5 22/16 22/17 27/5

67/18 68/2 82/5 82/8
83/11 84/15 88/23
89/4 91/19 91/22 92/2
93/10 240/19 246/16
246/20 247/17 252/23
253/18 253/22 256/1
256/11 258/1 263/25
**Reiter's [1]** 257/16
**relate [4]** 7/20 9/20
240/11 260/7
**related [5]** 13/10
201/22 207/7 240/23
250/17
**relates [6]** 12/6
175/2 178/16 179/13
180/3 247/10
**relating [3]** 5/15
240/6 259/2
**relation [3]** 211/2
251/7 253/2
**relationship [10]**
5/20 6/2 8/2 33/15
36/18 36/20 146/17
146/18 209/21 210/24
**relevance [1]** 57/21
**Relevancy [1]** 34/10
**relevant [23]** 7/5
7/21 9/10 10/16 58/1
130/24 131/17 132/5
132/20 132/25 133/2
133/6 133/9 133/16
143/11 174/7 174/23
175/11 180/4 186/4
244/21 247/9 248/25
**relied [6]** 53/11
53/15 53/18 93/25
170/9 254/22
**relief [1]** 237/5
**rely [13]** 45/8 53/6
53/19 70/16 89/11
89/12 90/5 91/17
93/13 105/1 141/9
193/19 201/8
**relying [1]** 105/3
**remain [3]** 36/16
37/14 38/21
**remained [5]** 36/19
36/25 37/4 38/16 39/1
**remaining [2]** 36/23
66/10
**remember [16]**
29/23 58/10 58/14
58/15 63/25 68/7 68/8
68/10 69/9 69/18 70/6
103/2 150/4 179/8
200/15 222/2
**remind [4]** 19/9
19/12 21/16 97/20
**reminded [1]** 155/21
**reminder [1]** 19/8
**reminding [1]**
222/20

**remove [1]** 18/5
**removed [1]** 254/13
**render [4]** 47/23
89/15 91/7 91/9
**rendered [1]** 59/7
**rendering [2]** 121/7
121/11
**Rendon [1]** 144/17
**Rendón [1]** 146/3
**renew [2]** 40/16
257/20
**renewed [3]** 41/6
41/11 41/21
**renewing [1]** 257/10
**rents [6]** 208/17
209/25 210/1 210/14
210/16 210/21
**repeat [8]** 27/7
27/10 29/22 29/25
55/19 65/21 79/14
80/25
**repeated [2]** 256/10
256/10
**repeatedly [1]**
232/12
**repeating [1]** 226/7
**repeats [1]** 263/13
**rephrase [4]** 33/12
72/24 73/2 91/24
**reply [2]** 19/23 224/1
**report [51]** 6/13
6/16 6/20 6/21 7/1
10/23 10/24 11/14
18/14 50/17 50/19
50/22 51/2 53/5 53/7
53/15 55/1 55/2 55/3
55/4 55/7 55/9 55/13
62/21 93/11 93/13
93/25 94/5 94/19
121/20 168/19 168/25
169/1 170/3 170/8
198/8 198/11 198/12
198/13 198/21 198/21
199/10 199/12 201/11
201/13 201/15 201/23
201/24 202/23 215/6
243/5
**reported [9]** 3/17
50/19 61/3 61/4 61/8
61/13 77/8 77/15
77/21
**reporter [6]** 3/17
153/1 223/6 243/7
243/10 265/16
**reporting [4]** 62/22
115/25 116/2 119/4
**reports [4]** 117/2
121/13 199/21 222/15
**represent [3]** 23/9
73/25 141/19
**representation [4]**
63/10 234/14 252/10

**R**

**representation... [1]**
260/17
**representations [4]**
70/16 70/18 70/24
77/10
**representative [1]**
255/6
**representatives [1]**
65/8
**represented [2]**
240/2 263/21
**representing [2]**
23/20 260/15
**represents [2]**
141/20 258/1
**Republic [3]** 134/12
139/23 140/3
**request [10]** 19/20
20/14 20/15 48/1 98/6
226/24 236/20 236/21
241/8 257/20
**requested [2]**
113/20 221/11
**required [3]** 26/12
72/11 134/15
**requires [1]** 234/24
**research [32]**
184/21 186/2 188/21
189/1 190/15 190/16
190/21 191/14 191/17
191/23 191/25 192/2
192/6 193/3 193/6
193/10 193/12 193/14
195/11 195/12 195/14
195/21 196/16 198/9
198/18 199/22 200/16
201/10 201/14 201/17
201/18 201/21
**reserve [2]** 224/23
225/11
**residence [1]** 132/10
**resident [1]** 110/22
**residing [1]** 114/2
**resolution [2]** 8/9
261/13
**resolve [2]** 153/23
247/9
**resolved [2]** 247/16
260/10
**resources [11]**
77/18 105/1 122/19
134/3 134/16 162/14
162/16 195/25 196/3
204/4 212/23
**respect [19]** 9/5
92/3 92/7 92/24 93/10
95/7 139/18 153/20
180/18 213/22 231/13
232/11 233/8 236/18
246/21 248/11 248/12

248/23 260/8
**respond [5]** 28/23
241/13 247/19 247/21
249/4
**responded [1]** 236/7
**responding [1]** 11/3
11/4 11/8
**response [6]** 5/12
120/12 178/20 223/23
224/1 260/23
**responses [3]** 5/14
120/11 225/23
**responsibilities [1]**
45/23
**responsibility [12]**
14/17 27/1 28/13
45/13 45/15 45/17
45/18 45/21 45/24
45/24 167/13 197/10
**responsible [2]**
108/10 193/22
**rest [6]** 67/16 71/15
72/5 118/5 154/6
224/19
**restated [1]** 94/11
**restating [1]** 91/11
**rested [2]** 232/18
232/20
**RESTREPO [40]** 4/11
5/7 5/7 5/10 5/18
8/25 12/16 15/14
15/18 15/25 17/5
95/24 154/16 183/4
183/21 183/21 184/2
184/4 184/6 184/9
185/22 186/18 188/8
192/15 195/8 198/2
203/1 204/6 204/19
205/6 207/8 208/12
208/25 210/22 213/17
215/21 220/24 221/8
221/14 222/6
**Restrepo's [4]** 10/22
14/24 194/19 224/11
**restricted [1]** 201/14
**result [10]** 78/4
85/19 86/25 88/20
89/9 94/18 126/14
151/14 229/15 243/5
**resulted [1]** 140/21
**results [2]** 54/21
257/7
**retain [1]** 41/24
**retained [2]** 39/12
246/15
**retire [2]** 120/2
120/3
**retired [1]** 99/2
**revealed [1]** 93/16
**review [13]** 69/1
117/4 121/7 121/11
121/21 136/19 142/22

198/24 198/24 200/1
200/3 223/25 241/9
**reviewed [16]** 50/22
121/13 121/14 121/18
122/2 122/9 192/9
192/21 192/23 192/24
199/4 199/9 199/10
200/1 200/7 201/7
**reviewing [4]** 94/7
94/23 130/3 202/20
**Revolucionarias [1]**
204/13
**Revolutionary [2]**
204/14 221/18
**revolvers [1]** 217/5
**Rica [10]** 110/17
110/19 110/20 111/12
111/15 111/16 111/21
112/20 134/13 197/10
**RICHARD [1]** 1/16
**rick [1]** 1/21
**RICO [1]** 102/3
**right [108]** 5/4 6/12
6/22 8/6 9/22 10/9
12/7 13/6 16/11 17/15
17/17 18/21 20/23
21/8 22/10 22/15 29/5
29/8 30/9 34/25 35/23
36/6 44/19 59/25
65/25 67/6 67/8 67/22
69/22 73/14 79/9
83/24 84/20 88/5
94/17 95/24 97/5
97/22 108/17 110/23
118/1 119/1 124/13
128/14 131/21 132/10
140/14 147/12 148/12
149/14 152/2 152/14
152/15 161/19 163/11
164/7 170/8 172/10
176/1 179/20 181/12
183/2 183/5 183/10
187/1 196/14 200/23
200/25 206/16 207/11
213/15 221/16 222/23
223/1 223/2 223/9
223/12 223/16 229/1
232/4 232/24 235/4
237/25 238/3 238/18
239/12 242/11 242/13
242/15 242/16 242/17
243/23 243/25 244/6
244/21 244/24 244/25
245/15 246/4 247/18
252/3 253/4 254/24
260/23 261/8 263/3
264/24 265/7
**right-hand [4]**
242/1 242/13 242/15
242/16
**Rightly [1]** 253/10
**rights [3]** 23/15

197/15 206/12
**ripe [1]** 223/23
**rise [10]** 22/2 67/4
67/23 95/17 96/17
97/5 152/21 156/18
220/7 222/21
**rises [1]** 211/13
**rising [1]** 211/11
**risk [8]** 31/18 32/2
133/24 134/2 134/8
134/14 134/15 152/4
**risks [2]** 27/17
217/11
**river [3]** 134/7
215/12 215/15
**RMR [2]** 3/17 265/15
**RMR-CRR [1]** 265/15
**roads [1]** 134/5
**rob [1]** 35/14
**ROBERT [4]** 2/5 4/4
22/21 83/9
**Rodney [1]** 265/16
**Rodrigo [2]** 143/7
146/7
**Rodriguez [2]** 113/9
123/25
**role [1]** 112/7
**Rome [1]** 3/10
**Romero [1]** 246/1
**Room [2]** 3/18
265/17
**route [1]** 106/22
**routes [9]** 105/16
106/9 107/7 115/20
122/21 127/15 130/10
131/1 148/19
**routings [1]** 130/20
**Royal [1]** 187/20
**rule [16]** 19/21
19/24 21/3 153/13
153/22 165/2 224/6
226/21 226/23 227/2
228/11 229/19 230/19
233/13 234/3 241/13
**ruled [3]** 95/21
182/15 251/6
**rules [1]** 225/6
**ruling [15]** 5/25
12/14 12/22 13/12
13/16 13/17 13/18
14/3 14/12 14/20
14/21 15/8 16/22
220/8 236/17
**rulings [4]** 182/12
182/13 225/12 254/1
**runs [1]** 16/2
**rural [2]** 212/10
217/19
**rush [2]** 225/19
226/21
**Russian [1]** 150/5
**ruthless [1]** 122/23

**S**

**S/N [1]** 2/10
**sacrifice [3]** 27/22
27/24 28/2
**safe [3]** 182/8
202/14 225/10
**safety [1]** 65/18
**said [66]** 11/17
12/16 19/18 25/6
29/18 31/2 32/7 33/14
38/4 38/4 40/16 49/24
53/15 59/17 60/1 62/2
62/4 62/8 62/9 66/15
68/12 70/2 70/20
72/18 75/9 75/21
75/22 89/21 117/19
132/4 140/23 142/21
147/3 147/19 148/3
160/20 160/24 161/2
180/21 210/14 230/14
230/18 232/1 238/17
239/20 246/2 248/18
251/3 251/4 252/23
253/5 253/11 253/24
254/5 254/7 254/11
254/24 256/3 256/4
257/1 258/23 258/24
259/7 259/20 259/20
263/16
**sailing [1]** 154/5
**salaries [2]** 24/3
24/8
**sale [1]** 131/15
**Salle [1]** 99/25
**salsa [1]** 149/18
**Salvador [1]** 196/12
**Salvatore [5]** 135/13
137/8 141/16 144/16
145/17
**same [27]** 6/10 7/7
9/8 9/14 10/8 10/25
15/22 18/17 18/18
34/1 34/17 62/25 75/5
75/11 92/25 94/11
118/10 127/3 140/8
146/14 171/22 190/16
220/11 226/17 231/18
234/5 246/18
**San [3]** 110/18
111/15 179/24
**sanctions [2]** 86/11
86/14
**sandbagging [1]**
233/11
**Sandinistas [1]** 34/8
**Santa [4]** 104/8
129/2 137/22 221/7
**sat [2]** 114/13
157/24
**save [1]** 106/5
**saw [3]** 5/12 145/21

**S**

**saw... [1]** 255/16
**say [96]** 6/6 6/8
11/24 14/14 15/3
15/25 17/10 18/17
24/14 25/15 27/11
27/21 31/11 35/2
35/12 38/15 40/11
41/19 43/14 44/9
48/17 49/16 49/18
51/17 54/12 55/13
62/14 64/10 69/8
69/17 71/13 72/4 75/9
75/21 89/18 89/22
104/25 107/24 118/16
119/19 156/12 159/5
163/10 164/5 172/21
189/7 189/15 192/14
192/22 196/2 196/8
197/8 197/14 197/24
202/5 202/24 205/6
205/7 210/8 210/9
217/18 218/1 222/2
227/16 228/21 231/6
232/24 233/2 233/3
234/8 237/3 238/20
239/17 241/15 241/24
242/25 243/11 243/18
244/18 245/3 245/6
247/24 248/2 248/9
249/17 254/1 255/2
259/15 259/18 260/6
261/1 261/2 261/9
261/16 261/25 263/25
**saying [40]** 6/3 6/4
11/22 13/24 14/1
14/19 15/5 40/2 40/3
40/3 44/23 44/24
51/13 60/4 68/13
74/24 84/7 93/24
172/11 180/18 213/2
226/8 226/16 228/7
229/17 229/17 235/10
235/17 240/3 249/2
251/20 252/4 255/9
258/3 258/13 258/18
258/20 259/4 259/23
260/18
**sayings [1]** 247/4
**says [40]** 14/17 16/4
17/20 17/21 51/12
51/13 61/3 61/13 85/3
137/7 137/12 138/18
157/20 160/13 207/17
238/4 241/20 241/25
242/3 242/17 242/18
242/19 243/15 243/23
245/12 245/24 246/4
247/6 247/8 248/3
248/6 248/8 248/10
248/12 248/22 251/13

251/17 256/13 260/24
262/21
**scale [4]** 116/10
186/11 186/16 189/20
**SCAROLA [6]** 1/11
1/12 20/11 223/15
235/16 258/23
**scarolateam [1]**
1/14
**scepticism [1]** 66/20
**schedule [7]** 60/23
155/8 155/14 156/9
224/6 225/22 229/4
**scheme [6]** 39/19
39/22 40/4 40/4 40/5
40/11
**schemes [1]** 171/18
**SCHERER [4]** 2/5 2/5
2/9 2/13
**scholar [1]** 184/19
**scholarly [1]** 186/2
**scholars [1]** 200/14
**school [7]** 23/1
23/12 23/17 99/16
99/20 100/5 100/13
**science [3]** 99/24
187/22 188/23
**sciences [1]** 100/13
**scientist [1]** 190/23
**scope [8]** 11/1 44/6
57/20 163/15 166/3
172/20 172/25 180/2
**screen [6]** 84/3
100/22 106/18 125/5
137/2 179/18
**scroll [2]** 84/7 247/3
**scuttle [2]** 150/17
150/19
**SDGT [3]** 86/18
86/25 171/1
**SE [1]** 3/2
**sea [1]** 147/24
**seal [1]** 149/20
**search [6]** 126/4
126/5 126/8 126/10
151/17 190/18
**searched [1]** 201/20
**Searcy [1]** 1/12
**searcylaw.com [2]**
1/14 1/14
**seated [15]** 5/2 19/5
22/5 67/6 67/12 68/1
95/19 96/10 96/20
97/8 153/6 156/21
183/9 223/6 223/11
**second [24]** 80/15
97/11 98/16 98/17
105/18 130/16 138/11
139/13 139/17 144/5
185/18 185/22 186/8
197/6 224/5 225/17
228/22 228/23 228/25

228/24 238/14 243/21
248/15 255/8
**Secondhand [2]**
92/14 93/18
**secondly [1]** 250/13
**Secretary [3]** 86/10
86/20 86/21
**section [11]** 140/16
176/10 176/22 239/24
240/11 241/4 242/24
243/2 244/9 261/12
262/23
**sections [2]** 179/21
237/25
**security [9]** 31/9
54/24 120/4 202/7
216/9 216/10 217/11
220/4 220/17
**see [64]** 7/14 8/17
16/14 17/12 18/6
25/10 36/18 36/20
51/10 54/19 55/3
60/20 61/11 68/14
69/17 76/2 84/3 95/16
96/7 97/13 108/17
108/18 128/20 129/13
138/12 142/17 152/7
152/20 154/14 155/5
155/11 160/10 183/14
183/20 189/10 192/6
207/2 209/10 211/11
211/14 219/17 220/3
221/15 222/14 223/3
224/8 225/22 226/24
227/16 231/4 231/5
231/9 239/14 241/5
242/17 243/1 243/10
245/20 246/10 249/1
252/18 262/12 265/3
265/7
**seeds [1]** 209/17
**seeing [1]** 59/24
**seek [1]** 209/13
**seeking [2]** 66/9
151/6
**seem [2]** 75/10
255/1
**seemed [1]** 111/4
**seems [2]** 155/23
249/6
**seen [15]** 57/7 57/8
79/15 89/23 102/23
136/6 147/23 147/23
147/24 148/13 149/11
152/8 152/12 152/12
157/8
**seize [2]** 108/7 108/8
**seized [2]** 104/11
152/5
**seizing [3]** 103/13
111/24 111/24
**seizure [1]** 243/9

**select [1]** 201/19
**self [25]** 77/8 77/15
77/21 207/17 207/18
207/21 208/10 212/5
212/9 212/18 212/24
212/25 213/3 214/18
215/4 215/8 215/14
215/24 216/8 218/9
218/23 218/24 218/25
222/1 222/3
**self-defense [22]**
207/7 207/18 207/21
208/10 212/5 212/9
212/18 212/24 212/25
213/3 214/18 215/4
215/8 215/14 215/24
216/8 218/9 218/23
218/24 218/25 222/1
222/3
**self-reported [3]**
77/8 77/15 77/21
**sell [1]** 134/4
**Sellers [1]** 2/20
**semesters [1]**
188/14
**senators [1]** 114/21
**send [1]** 117/1
**sending [3]** 116/10
134/11 134/12
**sense [7]** 19/18
152/4 152/10 225/2
227/13 231/12 262/19
**sensitive [1]** 118/23
**sent [7]** 47/15 47/17
85/18 88/19 102/1
102/1 221/9
**sentence [6]** 87/16
87/25 88/4 88/9
241/18 255/5
**sentencing [5]**
18/23 81/23 82/1 82/9
82/15 157/23
**separate [7]** 171/11
240/12 240/13 244/11
247/16 255/3 260/10
**separately [1]**
233/17
**September [7]** 59/24
61/4 71/2 138/22
170/15 171/6 174/15
**sequence [2]** 76/2
79/25
**SERENA [1]** 3/9
**serena.gopal [1]**
3/13
**sergeant [1]** 101/1
**serious [10]** 31/8
143/8 204/22 254/18
256/16 257/8 257/17
260/14 263/3 263/22
**serve [2]** 101/3
203/17

**served [1]** 250/1
**service [7]** 22/7
96/21 119/20 119/21
148/10 148/11 222/16
**services [2]** 148/9
246/16
**set [11]** 19/20 36/2
59/14 173/20 180/14
184/25 190/24 194/9
194/13 195/14 217/15
**setting [1]** 151/15
**settings [5]** 189/3
189/22 193/19 194/16
209/11
**settle [2]** 155/8
200/11
**settlement [3]** 78/17
78/20 78/24
**seven [4]** 150/8
192/9 235/18 250/2
**several [19]** 104/9
189/7 191/18 191/21
191/2 192/4 192/10
192/10 192/23 194/1
195/12 196/15 218/1
218/4 219/8 219/12
220/10 244/6 261/11
**severe [1]** 124/23
**severity [1]** 115/11
**shakedown [1]**
40/15
**shall [1]** 198/16
**shape [1]** 252/14
**share [5]** 77/19
97/25 98/1 105/11
166/15
**SHAREHOLDERS [1]**
1/4
**sharing [2]** 101/17
101/19
**she [3]** 155/14 175/3
178/20
**she's [1]** 153/3
**sheer [1]** 8/3
**Sheriff's [1]** 99/18
**shift [1]** 99/17
**ship [2]** 151/11
152/5
**Shipley [1]** 1/12
**shipment [7]** 55/5
57/11 148/2 148/23
245/2 251/11 254/9
**shipments [1]**
148/21
**ships [5]** 148/5
148/13 151/3 151/13
152/1
**short [8]** 18/25 19/4
66/24 67/11 153/5
200/20 223/7 223/10
**shortcut [1]** 194/24
195/2

# S

**shorten [1]** 227/13
**shortly [2]** 21/22
39/25
**shotguns [1]** 217/5
**should [32]** 10/23
11/7 18/13 19/1 19/25
21/14 21/23 37/19
37/23 40/25 41/15
62/11 62/17 85/21
88/13 89/11 154/25
155/10 156/13 198/2
224/11 224/15 225/12
225/13 225/21 228/8
231/7 234/16 240/18
247/17 261/25 264/5
**shouldn't [7]** 6/8
6/11 7/12 7/12 11/1
11/5 254/21
**show [23]** 15/22
56/18 56/19 56/21
57/3 68/17 81/16
81/19 81/21 81/23
82/8 98/6 106/24
137/6 138/9 138/16
139/14 143/5 160/5
162/24 195/17 204/1
219/9
**showing [3]** 56/17
57/1 149/9
**shown [2]** 89/24
167/3
**shows [3]** 185/15
203/11 243/11
**shrimp [1]** 150/16
**shut [1]** 82/7
**side [3]** 96/12
124/13 263/18
**sidebar [3]** 253/23
254/4 254/5
**sides [3]** 6/10 14/15
190/1
**sign [1]** 136/12
**signature [1]** 160/16
**signed [4]** 173/25
174/4 174/20 175/8
**significant [8]** 13/16
13/22 13/24 14/17
104/11 164/24 165/23
186/6
**similar [2]** 104/3
205/4
**SIMONS [1]** 1/15
**simple [6]** 30/2 45/1
51/23 51/25 179/9
191/16
**simply [7]** 8/23 15/5
131/12 159/10 212/23
233/4 260/20
**simultaneous [3]**
225/23 225/23 227/2

**simultaneously [2]**
19/22 227/15
**since [16]** 10/19
22/8 47/5 86/25 105/7
121/3 184/22 187/4
188/10 196/18 197/20
197/22 197/22 202/22
219/5 237/20
**sir [248]** 21/1 21/13
22/25 23/8 23/12 24/2
24/6 24/10 24/24 25/5
25/17 25/25 26/15
26/18 26/20 27/2
27/13 27/19 28/5
28/13 28/15 29/8
29/13 29/25 30/14
31/16 31/25 32/11
32/16 34/14 35/2
35/14 36/21 36/23
36/24 37/10 38/15
38/20 39/6 40/7 40/19
40/19 41/12 41/18
42/20 43/4 43/12 44/9
44/13 45/1 45/11
45/11 46/8 46/8 46/25
48/17 49/5 49/19
50/16 50/24 51/4
51/18 52/8 52/12
52/16 52/19 52/21
53/6 53/14 53/20
53/25 54/2 54/9 54/19
55/1 55/5 55/7 56/2
56/16 57/5 57/9 57/13
58/10 58/12 58/14
58/16 58/16 58/23
59/18 59/20 60/7
60/13 61/11 61/13
61/25 62/15 63/1 63/6
63/13 63/19 63/25
64/7 64/14 64/19 65/5
67/7 67/9 68/5 68/7
68/14 68/19 68/21
69/2 69/10 69/19
69/23 70/7 70/11
70/24 71/6 71/16 72/6
72/10 72/15 72/20
73/5 73/9 73/12 73/18
73/24 74/1 74/4 74/25
76/8 76/10 76/12
76/17 77/9 77/15 78/5
78/5 78/8 78/13 78/20
78/25 79/5 79/13
79/17 80/7 80/14
80/18 81/2 81/10
81/12 82/19 82/22
94/4 94/17 95/11 97/5
97/8 97/12 100/10
101/4 101/6 101/15
101/15 101/18 101/24
102/7 102/10 102/20
106/20 106/23 109/2
110/24 112/6 115/16

116/3 116/18 120/20
121/6 121/16 121/23
121/25 123/21 125/21
129/1 129/3 129/5
129/7 129/9 132/11
135/14 136/8 136/13
136/21 137/11 137/19
137/19 137/20 138/23
140/15 141/1 142/7
142/23 143/13 144/16
144/20 145/9 145/11
145/19 145/22 146/2
146/8 146/10 146/13
147/1 151/5 151/12
152/23 153/7 153/9
156/16 173/23 174/22
178/10 179/8 181/9
181/25 183/5 183/9
183/10 183/23 222/23
232/1 232/6 233/20
234/19 235/12 236/5
236/12 236/15 247/20
248/1 253/4 253/6
253/11
**sit [2]** 133/14 236/13
**sitting [3]** 107/18
177/2 257/5
**situation [15]** 25/15
27/24 104/22 115/5
186/23 189/14 190/24
191/10 191/10 193/23
202/8 202/14 203/15
203/20 220/4
**situational [1]**
193/21
**situations [3]**
196/12 206/2 206/3
**six [3]** 121/5 202/17
250/3
**six-year [1]** 121/5
**skinned [1]** 104/4
**skip [2]** 86/12 238/5
**skipped [1]** 212/4
**sky [1]** 124/22
**slide [54]** 5/15 5/17
5/22 6/1 7/19 8/13
8/23 10/1 10/5 10/6
10/9 10/21 10/25
13/21 13/23 13/23
14/16 14/23 14/23
15/10 15/12 15/13
15/16 15/17 15/17
16/10 16/12 16/14
16/16 16/16 17/19
17/20 18/12 18/17
96/1 110/13 123/15
123/22 124/5 124/7
125/22 126/20 128/6
141/19 142/19 142/21
143/14 143/16 151/19
185/10 185/20 193/1
203/3 203/17

**slides [23]** 5/7 5/10
8/14 8/18 8/22 9/3
11/16 11/22 12/13
12/18 13/8 13/8 13/10
13/14 13/17 14/2
14/16 18/12 18/20
110/8 149/9 167/3
202/3
**slightly [3]** 143/3
171/17 171/19
**sling [1]** 108/6
**sling-load [1]** 108/6
**slow [6]** 152/24
161/7 164/12 192/16
243/7 245/14
**slowly [1]** 164/9
**small [4]** 23/22
147/11 186/3 217/5
**smaller [3]** 9/19
116/9 173/15
**smart [1]** 149/14
**Smith [1]** 265/16
**smooth [1]** 154/5
**smoothly [1]** 153/24
**smuggle [4]** 98/19
147/5 147/6 147/7
**smugglers [1]** 149/4
**smuggling [5]** 107/8
149/10 151/22 151/25
260/9
**sniffing [2]** 149/15
149/16
**Snowcap [3]** 107/14
107/16 107/17
**so [358]**
**So I [1]** 228/21
**social [1]** 190/23
**society [1]** 195/20
**sociology [1]** 188/22
**soil [1]** 127/16
**sold [2]** 132/13
132/18
**solicited [1]** 58/8
**Solutions [1]** 120/5
**some [85]** 5/11 5/16
8/22 8/22 11/16 11/16
12/13 14/16 19/2 21/2
25/22 30/6 30/19
32/20 39/6 39/7 46/25
47/2 49/1 50/2 65/4
69/14 71/2 72/4 73/5
73/18 86/9 92/16 98/3
102/14 107/1 107/7
107/23 109/11 113/10
113/10 117/10 124/19
125/17 125/24 128/24
129/2 129/4 129/15
129/16 130/3 130/10
134/5 134/6 134/8
142/18 149/10 150/12
151/2 153/12 157/24
165/9 167/3 170/11

170/20 176/24 179/14
184/24 188/7 191/14
198/12 199/25 206/17
218/11 218/21 223/17
224/21 225/22 227/19
234/25 234/25 236/4
236/13 241/4 249/6
254/13 255/10 257/17
264/3 264/5
**somebody [4]** 19/7
46/17 134/1 251/20
**somehow [6]** 5/19
12/20 92/3 103/6
249/21 250/10
**someone [2]** 23/16
248/25
**something [40]** 5/8
6/13 9/7 9/23 18/9
20/9 25/6 25/12 28/3
40/11 46/5 46/17
50/16 51/3 54/17 55/7
60/11 62/10 71/10
78/3 83/15 118/21
182/4 197/20 202/19
214/8 225/6 226/11
228/14 231/10 233/1
237/21 249/18 250/14
251/14 255/22 260/13
260/16 262/7 263/3
**sometime [1]** 73/13
**sometimes [8]** 26/19
27/17 64/12 134/19
152/11 162/18 212/22
212/23
**somewhat [4]** 107/6
116/10 183/16 254/20
**somewhere [2]**
121/3 132/3
**son [1]** 101/1
**soon [4]** 5/6 44/18
232/19 238/20
**sophisticated [2]**
110/4 110/4
**sore [1]** 170/24
**sorry [67]** 10/5
18/24 25/19 27/6 27/9
28/16 29/11 29/23
31/11 31/20 37/16
38/3 42/7 42/12 44/18
51/2 55/19 56/23 57/6
57/13 60/5 60/23 69/3
72/5 73/16 74/25
80/16 81/1 96/15
106/7 109/16 114/1
121/10 124/16 135/9
140/13 140/19 141/6
157/12 170/20 170/24
174/16 175/25 176/8
177/11 179/23 181/17
195/1 206/25 213/21
217/1 220/17 222/24
230/12 231/6 237/3

**S**

**sorry… [11]** 242/15 243/1 243/8 243/18 247/3 247/24 253/18 254/23 258/9 264/19 264/24

**sort [4]** 157/7 191/14 225/22 239/2

**sound [1]** 97/12

**sounded [1]** 21/24

**sounds [1]** 171/13

**soup [14]** 65/2 70/17 70/23 71/23 72/7 72/10 74/8 76/17 80/22 81/8 83/12 84/16 84/19 85/23

**source [2]** 121/19 206/6

**sources [17]** 12/24 111/5 121/19 197/2 197/2 199/7 199/8 199/25 201/10 201/19 201/20 202/16 206/8 206/11 209/8 214/4 214/18

**south [8]** 104/8 106/16 131/19 132/3 132/6 132/7 194/15 214/16

**South Florida [1]** 131/19

**SOUTHERN [1]** 1/1

**Soviet [1]** 33/19

**space [1]** 19/2

**Spanish [12]** 99/22 125/14 153/3 195/22 238/21 238/21 240/15 241/19 262/19 263/8 263/9 263/18

**speak [4]** 105/13 121/10 164/9 183/19

**speaking [6]** 28/5 30/3 108/12 129/19 164/10 175/3

**speaks [2]** 85/5 181/1

**special [6]** 101/1 113/17 119/5 119/21 126/5 143/25

**specialize [2]** 189/1 196/10

**specially [8]** 59/20 62/23 86/23 123/2 144/3 170/18 170/25 171/9

**specialty [1]** 112/16

**specific [12]** 20/21 52/17 55/10 112/22 116/4 139/9 189/1 199/12 200/2 245/4 251/12 254/12

**specifically [19]** 12/15 13/4 33/2 35/3 35/8 53/15 69/15 84/24 139/19 142/9 175/16 176/3 186/5 189/10 197/25 206/20 246/4 246/17 250/5

**specifics [1]** 29/19

**speculate [1]** 30/17

**speculated [1]** 62/9

**speculation [1]** 59/16

**speedboats [2]** 139/16 139/25

**spell [3]** 97/10 183/13 221/7

**spend [2]** 98/23 204/4

**spent [6]** 71/22 99/3 110/20 134/3 162/21 199/19

**splinter [1]** 218/4

**spoke [3]** 44/18 104/25 122/6

**spot [2]** 69/16 69/17

**spots [1]** 128/14

**squarely [2]** 11/13 11/20

**squeeze [1]** 105/12

**St [1]** 3/5

**staff [1]** 112/3

**stages [1]** 211/5

**stamp [1]** 66/10

**stand [3]** 9/1 153/7 210/5

**standard [5]** 104/18 226/10 229/13 229/14 229/19

**standards [5]** 229/5 229/9 229/11 229/16 229/24

**standing [1]** 18/20

**stands [3]** 99/5 195/25 196/2

**start [18]** 5/10 10/12 12/18 134/4 137/21 151/14 154/15 154/20 157/3 161/21 173/13 195/21 197/12 197/25 209/6 214/23 217/17 220/16

**started [36]** 19/16 32/14 47/11 47/14 113/12 188/10 196/18 197/14 197/23 197/24 198/1 198/20 200/14 204/10 204/16 204/17 208/1 208/3 208/4 208/19 208/22 211/25 212/17 212/21 214/2 214/14 214/15 214/20 215/5 217/12 217/25

**starting [49]** 219/5 219/11 219/22 220/3

**starting [4]** 47/19 83/15 95/14 214/13

**starts [2]** 205/20 243/2

**state [29]** 5/16 5/25 6/3 6/4 7/2 7/2 7/5 7/6 7/10 7/14 7/15 7/23 8/8 31/22 86/20 100/12 113/21 142/14 170/14 193/8 203/24 204/17 208/2 208/5 214/6 216/24 220/9 256/1 262/11

**State-based [1]** 204/17

**stated [4]** 55/9 169/20 256/2 257/12

**statement [16]** 35/19 64/9 71/11 79/13 136/10 136/16 136/23 141/9 157/4 157/13 159/9 179/12 180/9 247/6 247/7 251/1

**statements [2]** 54/2 66/18

**states [63]** 1/1 1/9 24/4 24/8 64/3 76/24 77/21 78/12 86/15 86/21 86/22 86/23 87/1 99/12 105/17 106/9 111/10 114/18 115/4 115/4 115/14 116/11 117/17 119/24 131/19 133/17 133/21 133/23 134/23 135/2 135/5 135/8 135/10 136/1 136/17 141/17 142/2 142/6 142/12 143/18 144/7 144/14 145/7 145/20 146/1 146/8 146/9 167/20 167/25 168/3 169/8 170/3 180/8 191/21 191/24 196/7 209/12 221/5 221/10 221/10 221/13 246/15 246/15

**statical [1]** 185/25

**stating [1]** 33/10

**stationed [1]** 102/9

**statistical [10]** 15/19 15/25 16/7 16/9 17/6 17/9 17/13 204/24 205/14 206/4

**statistically [1]** 15/21

**statistics [12]** 7/22 16/11 16/13 16/17 17/4 17/9 205/7 205/10 205/11 205/11

**205/21 205/23**

**statute [2]** 1/4 230/5

**statutes [5]** 102/3 171/24 171/24 171/25 172/9

**statutory [2]** 172/11 216/20

**stay [12]** 27/4 37/19 37/23 97/20 103/14 154/20 154/21 155/25 183/12 222/25 256/7 264/22

**stayed [1]** 264/10

**steamrolled [1]** 257/3

**step [6]** 67/7 131/23 152/23 181/11 212/3 222/23

**steps [1]** 198/17

**still [18]** 21/16 23/6 40/20 44/22 73/18 95/25 111/2 116/10 116/12 118/9 153/7 157/3 195/15 195/21 216/25 241/7 248/13 250/16

**stipulate [3]** 87/10 105/20 228/4

**stipulation [2]** 105/24 106/3

**stood [1]** 240/2

**STOOLMAN [1]** 3/9

**stop [8]** 66/14 78/3 85/22 144/5 153/17 155/1 220/21 222/8

**stopping [1]** 154/23

**story [1]** 47/20

**straightforward [1]** 243/17

**street [6]** 1/18 2/13 3/2 3/11 101/25 112/9

**strength [1]** 119/7

**strengthened [2]** 202/23 202/25

**stricken [1]** 257/25

**strict [2]** 229/13 229/23

**strike [6]** 85/1 86/2 93/19 93/20 93/21 167/17

**strong [3]** 24/20 216/23 257/13

**strongly [1]** 227/21

**structure [1]** 11/15

**structuring [1]** 191/13

**student [1]** 197/23

**studied [4]** 184/15 187/16 187/17 197/22

**studies [13]** 16/3 184/16 187/24 189/4 189/5 190/15 191/1

**191/3 195/11 196/11 196/11 199/8 202/9

**study [15]** 170/3 186/4 186/20 187/21 188/20 188/24 189/6 190/3 190/21 190/23 195/14 195/16 198/12 198/13 201/21

**studying [8]** 189/18 191/10 193/15 194/5 197/20 197/23 197/24 200/15

**subject [3]** 58/4 230/19 256/17

**submarine [5]** 150/1 150/7 150/10 150/15 150/19

**submarines [2]** 150/12 150/24

**submit [3]** 7/9 195/4 233/10

**submitted [7]** 160/2 160/5 160/17 199/20 237/12 247/13 262/6

**subset [1]** 9/21

**subsidiary [1]** 85/16

**substantial [1]** 61/9

**substantially [1]** 110/3

**subversives [1]** 162/10

**success [2]** 107/1 113/10

**successfully [1]** 104/10

**successor [1]** 211/24

**such [12]** 28/21 56/10 57/16 72/3 78/2 86/18 100/5 115/17 150/24 151/16 186/14 195/16

**suffers [1]** 18/17

**sufficient [2]** 41/19 115/10

**suggest [6]** 19/21 20/18 67/1 180/23 227/8 251/18

**suggested [3]** 5/19 227/2 256/2

**suggesting [5]** 18/18 153/17 225/20 232/13 258/4

**suggestion [7]** 94/1 159/2 226/22 231/25 232/3 258/7 258/17

**suggestions [1]** 231/10

**Suite [6]** 1/19 2/3 2/13 2/20 2/24 3/2

**Summarizing [1]** 213/4

**summary [6]** 186/17

# S

**summary... [5]**
187/8 187/9 238/6
245/22 248/8
**super [1]** 156/9
**superintendency [1]**
216/6
**supervise [1]** 118/23
**supervised [3]** 114/6
114/14 119/9
**supplemented [1]**
176/16
**supplied [3]** 59/9
59/10 144/19
**supply [6]** 111/5
159/17 160/21 161/3
178/9 179/2
**support [18]** 11/24
12/8 12/9 115/7
115/10 115/18 136/10
136/16 141/9 157/4
179/12 185/25 191/17
191/23 194/3 214/2
214/3 259/16
**supported [5]** 17/9
115/21 250/14 251/2
261/24
**supporting [1]** 77/5
**suppose [1]** 36/11
**supposed [3]** 12/21
254/1 255/12
**Supreme [1]** 221/12
**sure [44]** 6/23 8/10
10/21 17/16 43/25
49/3 50/11 50/11 51/8
52/22 55/9 57/2 57/25
58/1 59/6 71/9 71/9
72/4 74/15 105/23
137/5 140/13 154/6
165/6 175/25 192/16
202/19 219/15 224/17
224/21 225/18 228/2
228/10 228/13 237/24
238/9 238/15 238/21
241/2 245/15 256/23
262/5 262/18 263/3
**surpassed [1]** 109/4
**surprise [1]** 233/3
**surprised [1]** 38/24
**surveillance [1]**
217/9
**surveillances [1]**
107/4
**suspect [1]** 44/10
**suspects [1]** 104/13
**suspenders [1]**
263/11
**suspicion [2]** 68/7
257/13
**suspicious [3]** 68/24
69/12 70/2

**sustain [12]** 32/5
63/9 70/5 77/13 85/4
87/12 87/22 92/21
166/22 170/4 181/1
185/25
**sustained [30]** 33/9
34/11 34/18 35/17
37/21 38/2 44/5 53/23
60/15 70/7 73/2 85/2
88/7 91/24 92/13
92/15 92/17 93/2 93/8
94/4 158/17 166/22
167/16 172/7 173/2
174/10 175/5 194/23
249/20 253/9
**sustaining [2]** 159/1
180/20
**Swaine [8]** 23/2 23/4
23/23 24/2 24/7 24/11
24/19 26/8
**Sweden [2]** 187/24
196/8
**switch [2]** 29/14
31/5
**Switzerland [1]**
196/6
**sworn [2]** 97/6 183/7
**symbiotic [3]** 5/20
6/2 8/2
**Synap [1]** 200/16
**system [3]** 117/1
197/7 206/17
**systematic [2]**
190/22 198/24
**systems [1]** 190/19

# T

**tables [1]** 18/25
**tactic [1]** 218/19
**tactics [2]** 101/11
122/23
**Tagua [1]** 48/23
**take [43]** 16/13
16/25 17/15 18/5
19/13 19/25 26/25
28/13 51/10 54/2
55/22 63/20 66/24
67/1 69/2 85/9 95/13
108/7 113/21 113/24
115/10 125/17 126/7
137/1 138/11 140/11
145/1 150/15 152/4
152/17 152/19 154/14
154/15 161/21 166/13
171/4 181/13 181/20
223/7 223/17 231/7
263/19 264/10
**takedown [1]**
104/10
**taken [6]** 19/4 34/23
96/8 152/5 254/15
264/6

**takes [2]** 109/14
205/3
**taking [11]** 32/25
109/7 114/23 133/24
134/2 134/7 134/14
137/16 156/11 212/3
227/20
**talk [19]** 5/5 7/18
8/21 14/16 20/23 21/8
153/12 155/1 156/12
172/8 219/16 223/8
226/11 229/3 231/1
231/1 232/14 235/15
243/14
**talked [2]** 88/23
199/25
**talking [18]** 7/17
8/20 19/16 47/21
102/18 113/2 124/2
132/22 144/6 149/17
156/11 162/21 171/23
172/10 174/14 231/23
237/17 253/18
**talks [4]** 7/1 7/22
13/22 243/4
**Tamiami [1]** 104/10
**tape [1]** 54/18
**tapes [2]** 54/13
54/18
**target [10]** 103/17
107/23 107/24 159/14
164/23 165/22 174/7
174/13 194/3 239/2
**targeted [3]** 162/12
162/14 162/16
**targeting [7]** 110/19
111/3 112/23 112/25
116/14 123/19 126/6
**targets [4]** 125/5
138/1 146/24 178/2
**tasks [1]** 194/1
**taught [3]** 100/8
104/18 188/8
**taxes [4]** 179/25
214/20 214/21 214/23
**taxpayers [1]** 118/1
**tc [1]** 2/14
**teach [6]** 187/15
188/13 188/14 188/14
200/18 201/4
**teaching [3]** 187/25
188/10 188/12
**team [10]** 20/11
21/5 51/5 51/16 51/22
52/5 53/4 116/5
116/16 126/6
**team's [1]** 117/16
**teamed [2]** 124/11
125/24
**Technical [1]** 100/14
**techniques [2]**
110/5 189/13

**teletype [1]** 117/1
**tell [29]** 7/24 37/13
70/23 91/1 94/4 94/19
97/10 98/11 99/4
106/25 112/25 118/9
118/15 122/1 128/11
139/18 141/6 149/12
161/22 182/7 183/12
185/9 188/19 195/9
224/9 234/17 235/25
243/11 252/11
**telling [9]** 46/22
70/11 71/8 75/20
75/23 140/17 154/24
228/21 230/1
**Tells [1]** 60/21
**ten [2]** 67/20 263/17
**tend [3]** 27/6 191/15
213/22
**tension [1]** 250/9
**tenure [2]** 95/2 95/3
**term [2]** 79/1 212/25
**terms [11]** 49/12
122/24 124/24 125/16
127/13 149/19 202/7
203/14 211/17 218/9
227/1
**TERRENCE [1]** 2/12
**territorial [1]** 129/16
**territories [1]**
128/23
**territory [3]** 26/9
27/25 130/9
**terrorism [3]** 86/11
115/11 243/8
**terrorist [23]** 31/7
31/8 32/22 35/2 35/4
35/11 36/15 59/20
62/24 63/8 77/23
86/24 122/17 122/25
123/4 123/7 124/19
170/14 171/1 171/5
171/9 172/2 172/24
**terrorists [6]** 72/1
81/6 122/23 123/9
170/18 220/10
**test [5]** 21/23 70/17
71/17 71/23 198/23
**testified [26]** 6/24
7/8 31/14 39/2 39/6
50/16 55/16 57/25
58/7 63/19 63/22
64/20 83/22 89/2
100/18 121/15 123/18
132/8 134/18 159/13
161/16 166/6 166/24
174/12 187/1 198/3
**testify [5]** 11/1
11/18 18/16 36/5 69/7
**testifying [5]** 11/8
69/9 73/13 83/20
182/19

**testimonial [1]**
201/25
**testimonials [1]**
206/14
**testimonies [6]**
200/3 200/4 200/7
201/25 202/20 210/4
**testimony [53]** 5/7
5/18 6/16 8/7 8/11
9/24 10/10 10/17
14/13 17/21 17/25
22/16 29/13 37/18
44/6 57/22 63/25 66/3
67/8 69/22 83/17
84/11 90/3 90/22
95/22 98/4 121/21
142/22 142/25 144/25
152/24 165/4 174/6
175/15 175/20 176/8
176/16 178/22 179/6
182/2 182/12 184/23
213/2 213/5 222/25
224/11 233/9 248/18
256/10 256/14 257/13
257/22 257/25
**text [1]** 242/10
**than [30]** 10/13
13/19 15/16 16/1 16/10
16/17 16/21 17/2
17/11 18/19 19/7 28/5
60/19 71/10 87/10
95/14 107/19 119/19
166/19 175/24 206/24
207/3 207/7 230/4
235/2 245/3 248/24
261/21 261/22 261/24
**thank [95]** 18/21
18/22 21/1 21/9 21/10
21/18 21/19 22/1 22/6
22/10 22/13 22/18
25/23 30/1 35/24
43/10 45/9 52/6 57/15
58/5 67/3 67/10 69/4
80/13 80/14 81/12
82/19 82/20 83/5 83/6
92/18 95/11 95/11
95/12 95/16 96/6 96/7
96/21 96/25 98/20
106/3 109/21 119/1
133/14 137/4 140/15
152/14 152/16 152/17
152/20 156/17 156/23
160/7 161/13 164/13
166/2 166/4 173/4
173/5 173/11 176/20
179/10 181/8 181/9
181/9 181/10 182/25
183/21 183/23 185/4
186/18 188/1 198/5
203/1 203/18 207/8
208/12 210/22 215/21
221/14 222/6 222/9

**T**

**thank... [13]** 222/16
222/19 223/4 223/5
230/24 235/13 235/14
236/15 241/14 252/19
264/18 264/22 265/1
**Thanks [3]** 161/15
163/14 236/22
**that [1588]**
**that I [1]** 35/10
**that's [181]** 5/23 6/4
6/25 7/16 8/3 8/5
9/11 9/19 9/22 10/2
10/4 11/25 12/2 12/5
13/4 13/25 14/18 15/5
17/1 18/8 24/5 26/13
30/23 31/20 31/21
37/15 39/10 40/3 41/8
43/12 44/19 47/16
47/21 48/2 48/8 49/14
51/22 52/11 53/1
53/21 55/7 58/17
59/24 60/23 61/2
62/12 62/18 64/24
66/5 68/12 68/13
69/18 69/19 71/1 72/3
72/9 72/14 74/10
74/16 75/7 75/17 76/2
76/3 76/14 76/25 77/7
78/13 78/14 83/1 83/4
85/3 87/19 89/3 89/22
94/10 96/5 107/3
110/1 114/12 114/12
117/4 119/14 121/5
121/15 125/13 126/4
128/16 128/19 129/24
130/2 132/2 133/19
139/11 140/14 147/3
148/6 148/7 148/12
151/19 154/23 156/6
157/4 158/5 158/8
160/11 160/16 161/15
161/19 164/1 169/10
169/14 173/3 175/11
178/23 182/6 182/9
182/24 188/4 191/13
192/4 200/22 210/2
210/20 212/5 213/7
215/6 217/14 218/12
218/20 224/7 225/18
226/4 226/11 227/8
228/5 228/10 228/17
229/16 229/17 229/25
230/8 230/20 231/9
232/9 232/17 234/17
235/10 235/14 236/8
236/18 237/14 238/3
238/9 239/4 241/18
241/22 242/9 243/16
244/1 244/21 244/21
247/12 248/13 250/25

250/25 251/3 251/16
252/3 252/12 253/24
254/6 256/19 259/13
259/14 259/18 259/23
260/13 261/9 261/16
261/20 262/8
**their [74]** 11/18
11/19 11/19 12/25
21/5 29/8 29/15 30/6
30/7 31/17 32/3 33/1
49/22 57/10 58/14
66/14 76/4 82/12
82/14 98/18 98/19
100/12 107/7 109/24
110/5 112/8 112/16
112/17 115/11 119/6
120/10 122/19 126/18
126/19 127/7 128/22
144/22 147/16 148/15
148/19 149/7 151/22
152/2 152/2 152/6
155/5 155/6 155/12
156/14 197/10 205/12
213/9 214/2 214/3
214/5 219/13 221/1
224/19 224/22 226/15
226/15 227/3 227/10
227/16 227/16 227/20
231/15 231/19 233/9
249/17 252/8 254/25
258/4 263/18
**theirs [1]** 6/11
**them [90]** 15/16
19/24 21/6 21/6 24/1
31/6 34/24 35/15
41/16 41/17 41/19
50/10 59/10 65/24
75/20 81/18 82/13
84/23 85/25 86/9
89/24 99/14 103/13
104/19 105/12 107/25
108/3 108/6 108/11
108/11 108/16 109/12
115/22 122/25 123/1
123/13 130/12 137/19
149/13 151/8 151/9
152/4 152/5 152/6
154/24 155/18 157/24
162/17 164/6 164/23
165/22 169/6 182/7
192/22 192/22 197/3
210/8 212/19 212/21
213/8 213/10 213/10
213/12 215/8 216/9
216/20 217/6 217/6
217/19 218/5 227/14
231/14 231/15 232/5
232/7 232/20 233/18
233/25 233/25 234/16
234/17 239/14 241/13
243/22 243/22 246/3
248/23 259/18 262/20

263/17
**them wins [1]** 210/8
**theme [1]** 111/4
**themselves [2]**
208/10 221/25
**then [121]** 6/7 8/14
9/12 10/1 10/9 14/7
18/4 18/5 19/23 20/17
58/10 71/22 73/24
76/4 81/19 84/16
85/12 85/13 86/8 89/4
89/18 104/19 105/11
106/14 106/16 108/9
108/10 108/21 110/22
112/1 113/9 113/12
114/24 115/21 116/12
118/13 118/18 119/2
125/10 125/11 128/21
129/18 129/21 130/22
132/8 134/7 137/9
145/10 145/19 146/7
149/17 150/17 151/14
155/21 155/21 155/22
159/25 160/20 163/10
164/20 164/24 170/17
176/3 178/1 187/20
189/12 195/15 195/20
200/11 205/24 207/17
207/20 208/6 208/21
208/22 209/19 212/11
214/10 214/11 214/14
214/22 216/3 216/5
216/20 217/3 217/15
220/13 220/13 221/15
221/24 225/11 225/23
228/20 231/2 233/23
233/24 239/7 240/10
241/3 242/18 243/4
243/15 245/22 245/24
246/17 247/8 250/23
251/13 253/6 253/11
253/14 253/23 254/11
255/9 255/11 256/8
259/10 260/6 262/2
262/14 262/15
**then-leader [1]**
85/12
**theories [1]** 188/21
**theory [3]** 188/16
189/8 189/9
**there [158]** 5/15
5/17 7/10 7/10 7/18
8/2 8/2 14/9 14/10
16/4 21/15 23/21 26/2
27/22 30/4 30/13 31/3
33/14 37/10 40/4
41/13 49/3 54/13
54/18 55/1 69/8 71/4
76/22 78/14 78/15
78/15 83/19 84/3
85/22 95/6 95/22
97/11 103/10 103/17

105/11 106/21 107/19
108/9 109/3 111/17
111/25 112/22 113/6
113/13 114/13 116/7
116/9 116/12 118/1
118/23 119/5 124/8
128/3 128/24 129/2
129/4 129/15 132/16
132/20 133/13 137/12
137/13 139/11 140/14
141/18 152/10 153/22
159/2 159/23 167/6
167/9 169/5 171/25
179/9 179/21 180/7
180/13 185/12 185/25
188/10 188/12 188/13
188/25 191/9 195/5
195/18 196/18 196/24
197/15 197/16 202/4
203/7 203/16 203/21
204/19 206/8 209/21
209/24 209/25 210/5
211/2 211/22 212/3
214/8 214/12 214/21
215/7 215/10 216/3
216/23 217/2 217/16
219/8 219/8 220/7
222/2 223/18 224/12
225/21 226/20 227/18
228/4 229/5 229/7
232/15 233/12 234/3
238/8 239/6 239/8
239/13 240/8 240/17
240/20 240/25 241/15
241/18 246/4 246/20
249/25 250/6 250/7
250/15 251/5 251/19
252/21 256/19 258/4
258/11 258/13 261/25
264/3 264/5
**there's [44]** 5/8 6/2
6/4 8/21 10/2 10/10
15/7 15/25 27/24 72/4
93/20 137/5 137/12
144/20 156/4 157/7
158/24 158/25 159/1
169/10 181/19 191/14
202/5 210/23 219/17
225/15 233/9 237/11
237/13 238/24 239/3
240/17 241/18 244/18
245/3 245/20 248/17
248/20 249/1 249/13
250/14 254/17 261/24
263/12
**therefore [2]** 89/14
258/6
**Thereupon [8]** 22/3
67/5 67/24 95/18
96/18 152/22 156/19
222/22
**these [144]** 8/18

8/22 9/20 10/9 11/8
11/11 11/22 12/13
12/18 13/17 14/2
14/25 15/20 16/1
16/11 16/20 18/15
23/16 31/6 39/4 39/9
39/16 47/14 47/18
47/24 48/20 49/11
49/12 49/20 50/9 50/9
54/10 57/5 57/8 61/16
64/15 64/20 64/25
65/5 66/7 66/18 66/18
68/6 70/12 70/14
71/18 75/4 75/7 75/24
82/24 83/3 91/7
104/21 105/21 105/21
108/12 108/19 109/7
109/11 115/21 117/24
123/23 123/24 124/2
125/4 126/22 127/25
129/19 130/11 130/14
130/18 130/20 131/1
131/22 136/19 138/1
140/20 142/1 142/14
143/12 143/17 143/23
144/4 144/10 145/5
147/13 148/1 150/12
151/7 151/7 155/1
157/7 164/22 165/21
178/8 179/1 180/12
185/23 186/4 190/15
190/16 190/20 201/22
201/25 202/9 205/15
209/15 209/21 210/24
211/3 215/8 216/3
216/8 216/21 216/23
217/4 217/18 218/12
218/14 225/3 225/19
232/12 232/16 234/11
234/14 243/15 243/16
243/19 243/24 244/19
244/25 245/4 254/15
255/13 255/13 255/23
256/22 257/1 257/15
258/2 259/8 260/6
262/25 263/23
**they [325]**
**They'd [1]** 150/20
**they're [27]** 8/20
81/17 81/23 97/3
148/3 148/4 148/14
149/15 151/10 152/10
152/13 154/25 158/1
224/20 224/21 231/6
232/24 233/2 234/8
234/13 240/4 243/18
247/11 258/6 258/15
258/18 263/1
**they've [3]** 89/23
148/1 233/8
**thing [19]** 10/25
14/14 16/6 16/7 18/17

**T**

**thing... [14]** 40/3 53/11 75/5 75/11 154/7 172/5 172/12 172/14 172/16 209/15 214/9 226/17 230/9 256/18

**things [33]** 5/5 10/24 19/16 24/12 26/16 26/17 28/11 29/17 53/18 75/21 83/22 87/2 88/23 93/14 101/13 105/20 108/22 110/12 120/12 126/3 144/11 148/24 151/3 151/17 153/12 153/14 155/1 155/24 240/23 248/5 253/25 254/1 263/23

**think [118]** 5/7 8/7 9/4 9/22 10/23 10/25 13/10 14/9 14/12 14/15 14/19 19/6 19/15 19/18 20/5 25/11 28/1 28/2 30/23 32/24 33/7 34/11 54/17 58/21 59/5 60/18 60/23 64/7 66/5 73/11 76/16 93/16 95/25 96/5 106/1 109/19 110/12 127/12 132/4 132/8 140/23 141/1 143/2 143/5 147/3 147/19 149/14 151/8 154/11 154/22 154/23 155/7 155/10 156/3 168/3 172/13 178/12 199/20 200/5 200/13 204/1 205/6 210/14 212/3 218/13 219/8 220/21 222/7 223/18 223/21 224/3 224/7 224/10 224/11 224/13 224/15 224/17 226/4 226/18 227/18 228/11 228/14 229/1 229/2 231/7 231/12 231/17 232/1 234/17 235/13 235/13 235/22 235/24 236/18 238/25 240/20 241/11 242/1 246/8 246/23 249/1 256/15 256/24 259/11 259/14 260/12 260/16 261/4 261/13 261/16 261/22 261/25 263/6 264/15 265/6

**thinking [5]** 20/7 54/16 155/17 225/18 225/25

**thinks [1]** 14/6

**third [2]** 186/9 245/25

**this [390]**

**thorough [2]** 70/17 76/5

**those [111]** 6/12 9/13 9/15 9/25 11/16 13/7 18/20 20/3 21/5 26/4 26/25 27/1 27/16 28/14 31/3 31/9 32/3 48/23 49/1 49/6 56/23 57/7 58/13 65/22 66/4 66/12 66/15 66/19 69/24 69/25 73/14 83/13 86/8 90/16 91/3 98/6 103/4 107/23 108/10 111/13 113/10 119/6 119/7 122/11 123/22 125/15 125/25 126/1 127/24 128/18 128/18 130/8 133/22 137/16 145/1 149/2 149/11 153/3 154/4 167/3 167/24 171/11 171/17 172/8 173/22 175/17 179/21 182/18 182/18 186/3 186/17 190/1 190/11 191/14 198/22 198/23 200/7 201/7 201/9 204/15 205/2 205/11 206/19 209/18 209/25 211/5 211/7 212/1 212/10 212/16 212/18 212/24 213/8 215/24 216/2 216/12 221/5 226/22 229/11 229/18 239/21 239/24 239/25 240/3 240/10 242/4 246/24 247/4 255/17 259/5 260/19

**though [3]** 27/22 251/21 251/22

**thought [28]** 20/10 20/11 28/3 39/3 48/15 62/9 77/2 80/19 80/20 80/21 80/23 81/5 81/5 81/7 81/9 81/21 82/12 82/13 82/14 93/16 113/23 163/21 231/22 237/8 251/24 259/13 259/18 264/8

**thousand [2]** 134/9 150/8

**thousands [7]** 109/13 119/9 147/13 147/14 147/20 148/25 150/10

**threat [6]** 31/9 87/11 118/20 151/15 164/22 165/21

**threatened [2]** 164/21 165/20

**three [21]** 13/17 14/21 15/8 16/22 20/7 20/8 20/9 109/14 127/18 128/25 178/13 178/24 185/11 186/17 204/11 204/16 223/20 234/23 234/23 243/14 261/13

**three-quarter [1]** 138/25

**throat [1]** 170/24

**through [61]** 9/24 48/21 49/7 49/20 50/6 54/10 55/17 81/25 98/25 104/19 105/10 105/15 106/13 106/15 106/15 107/8 107/21 108/3 110/13 111/9 112/2 115/18 118/5 118/7 122/11 126/22 134/22 136/24 142/10 142/13 143/21 143/22 145/3 145/5 149/11 155/20 157/24 176/3 176/4 195/3 200/10 200/25 206/15 208/8 209/7 209/9 209/19 210/4 210/10 210/11 211/8 212/22 212/22 213/11 215/12 224/10 247/3 247/5 255/13 261/3 262/16

**throughout [12]** 101/23 102/5 107/18 189/3 207/1 212/11 213/11 221/23 232/12 234/4 234/11 256/11

**Thursday [5]** 19/17 153/25 156/10 231/9 235/20

**tick [1]** 149/11

**ticket [1]** 112/8

**tied [2]** 224/7 258/9

**till [2]** 34/16 227/6

**time [142]** 18/25 20/5 20/18 21/2 25/21 28/18 29/14 31/3 31/4 31/7 31/11 33/4 34/24 37/10 37/14 37/17 38/8 38/21 39/23 49/20 49/22 50/2 56/6 64/19 66/7 66/16 67/1 69/2 73/12 73/22 76/2 77/15 77/20 89/13 96/2 99/15 99/20 102/18 102/21 102/25 103/16 103/21 104/15 105/2 105/11 105/14 105/19 106/5 106/8 106/21

**107/10 109/4 109/6 110/21 111/2 111/12 112/1 112/19 113/14 113/16 113/24 114/2 114/3 114/9 114/12 114/16 115/3 115/12 115/23 116/4 116/7 116/17 116/18 118/6 118/11 119/4 119/6 120/1 123/5 123/17 125/4 125/20 126/21 128/3 130/25 131/17 132/5 132/20 132/25 133/2 133/6 133/9 133/16 138/2 138/19 138/22 142/18 143/11 146/23 149/6 154/11 154/22 154/24 155/6 156/12 156/14 159/21 162/21 163/17 169/6 170/20 170/22 173/21 174/7 174/13 174/23 174/24 175/11 175/20 184/15 186/4 187/17 194/17 199/9 200/10 200/19 204/2 211/11 211/22 213/18 220/2 220/21 221/21 221/23 222/7 224/21 226/5 229/24 231/22 232/18 236/2 263/19

**timeframe [2]** 47/22 227/13

**timeline [12]** 204/1 204/9 204/21 204/22 207/9 207/17 208/13 211/14 213/14 219/8 220/21 221/15

**times [13]** 27/15 27/15 61/3 127/19 152/12 159/25 162/13 162/15 200/13 212/25 231/15 256/11 261/11

**timing [3]** 153/13 185/12 203/8

**tip [1]** 106/13

**tipping [1]** 220/15

**tires [4]** 71/1 72/7 72/7 147/10

**Title [6]** 101/13 101/15 104/20 116/22 117/5 122/6

**titles [1]** 187/9

**today [12]** 34/16 74/4 98/4 118/21 153/12 153/15 154/6 154/24 178/22 179/7 231/15 235/16

**together [7]** 15/17 125/16 127/19 216/14 216/16 216/16 222/11

**told [58]** 20/19**

**22/25 23/8 24/10 25/1 28/25 30/18 34/22 35/1 36/2 42/14 46/17 47/11 47/25 49/11 49/19 49/19 49/22 53/16 56/4 56/6 59/18 59/23 59/24 64/7 64/15 65/22 65/24 66/2 66/3 70/11 70/13 70/13 70/15 71/4 74/6 75/4 75/7 75/15 75/17 75/25 80/23 81/9 81/18 82/11 82/13 83/23 84/12 84/23 85/25 87/25 147/3 166/14 253/1 253/3 253/21 257/25 262/25

**Toll [1]** 2/20

**tomorrow [3]** 21/7 25/2 25/7

**tongue [1]** 258/9

**tongue-tied [1]** 258/9

**tonight [2]** 234/17 264/15

**Tons [1]** 116/18

**too [10]** 8/25 34/11 44/18 101/2 148/12 154/22 164/10 220/17 226/4 263/16

**took [12]** 9/6 13/8 26/7 63/23 69/24 82/25 87/17 94/18 124/22 129/20 142/15 198/17

**tool [1]** 101/16

**top [4]** 137/21 145/6 179/17 245/15

**topic [1]** 166/3

**Torres [17]** 237/17 238/8 241/20 246/2 248/4 248/11 249/9 249/11 249/14 249/16 249/18 249/22 249/23 250/12 250/18 251/21 252/2

**TORT [1]** 1/4

**tortillas [1]** 152/3

**total [2]** 206/1 236/3

**totally [4]** 17/6 28/18 250/14 251/2

**tours [1]** 101/2

**Tovar [3]** 137/22 143/7 146/7

**toward [1]** 120/8

**towards [1]** 212/14

**towns [3]** 9/14 9/16 9/17

**tracking [2]** 123/6 138/4

**trade [12]** 11/18 11/19 12/18 12/25

**T**

**trade... [8]** 98/15
122/14 165/12 165/15
169/21 211/10 213/19
213/20

**traffic [2]** 103/7
147/13

**trafficker [8]** 103/11
135/16 135/18 159/20
161/10 173/21 177/20
180/14

**traffickers [29]**
99/11 103/5 103/24
105/1 105/16 106/22
113/23 117/6 122/6
122/18 122/18 126/17
126/23 127/13 127/24
142/11 143/12 143/18
146/12 147/16 147/21
148/20 150/24 151/2
169/5 177/15 178/2
178/23 215/8

**trafficking [76]**
98/17 98/22 99/9
102/22 102/25 106/9
114/24 115/20 123/2
123/8 123/10 125/8
126/13 126/19 127/6
127/10 127/20 130/20
138/13 141/17 141/25
142/5 143/25 144/3
146/18 146/19 146/20
146/25 147/4 148/7
148/18 159/24 162/6
162/7 162/17 162/23
164/1 164/6 164/25
165/23 167/21 168/2
168/6 169/3 169/12
169/17 174/21 177/19
179/4 180/8 186/12
208/20 209/2 209/5
209/9 209/20 209/23
210/7 210/20 210/25
211/3 211/10 211/21
212/2 212/12 212/16
212/23 214/19 215/2
215/5 215/9 216/4
218/2 220/1 221/3
221/11

**traffickings [1]**
122/21

**trained [1]** 101/8

**training [12]** 101/4
101/12 101/14 101/17
101/21 101/23 102/2
102/5 104/20 131/8
151/21 184/6

**trans [1]** 222/5

**trans-nationally [1]**
222/5

**transaction [1]** 87/6

**transactions [4]**
77/23 86/17 87/2
172/1

**transcript [5]** 10/15
121/24 161/24 250/13
251/17

**transcription [1]**
265/13

**transcripts [1]**
121/19

**transferred [5]**
110/18 114/4 114/4
118/8 118/17

**transformation [1]**
209/18

**transition [1]** 124/8

**transitional [1]**
219/15

**translate [2]** 195/24
215/13

**translated [5]**
237/14 239/17 239/18
262/18 262/19

**translation [13]**
237/8 237/11 237/16
238/11 238/17 238/18
241/18 241/19 242/2
245/20 263/8 263/12
263/14

**transnational [1]**
100/16

**transport [3]** 134/16
147/5 152/9

**transportation [10]**
107/7 127/15 127/15
130/10 138/14 147/6
148/8 151/21 151/24
152/9

**transported [6]**
133/16 134/18 134/19
134/21 134/24 135/3

**transporting [4]**
134/10 139/20 139/21
140/2

**transports [1]**
133/25

**transshipment [3]**
139/22 140/9 149/7

**travel [1]** 256/6

**traveled [1]** 51/5

**Treasury [3]** 86/10
86/22 143/22

**Treasury's [1]** 86/15

**treatment [3]**
170/12 234/5 234/6

**tremendously [1]**
109/12

**trend [1]** 209/10

**trends [3]** 9/9 9/10
193/22

**trial [30]** 1/8 10/10
10/20 11/4 12/5 12/8

17/23 60/7 78/15 84/8
88/10 88/15 104/25
121/21 121/22 141/7
141/14 142/22 142/25
199/23 200/2 202/20
225/17 226/24 228/22
228/23 228/25 249/9
256/4 261/3

**trials [1]** 201/25

**triangular [1]**
203/18

**tried [11]** 66/14
74/18 122/8 129/10
167/20 216/15 218/16
221/25 249/17 252/8
252/9

**tries [1]** 17/8

**triple [1]** 108/20

**trouble [4]** 28/22
82/6 153/1 164/9

**trucking [1]** 147/23

**true [137]** 23/17
23/20 24/2 24/4 24/5
24/22 26/2 26/3 26/13
30/7 30/16 30/22
30/23 31/1 31/10
31/16 31/18 32/4
32/16 32/19 34/5 34/6
35/3 35/9 35/20 36/8
36/17 36/19 36/24
37/1 37/4 37/8 37/19
38/22 39/19 41/7 41/8
41/9 41/24 41/25
42/20 43/8 45/14
45/21 46/6 46/23 47/6
47/12 47/21 49/5 49/7
49/9 49/13 49/14
49/22 50/10 51/1 51/5
52/10 52/11 53/1 53/8
53/17 53/18 53/20
59/11 59/12 61/18
63/17 64/5 64/11
64/14 64/17 64/18
64/19 64/23 64/24
65/3 65/5 65/11 65/15
65/19 66/4 66/8 66/10
66/16 66/19 66/21
69/13 70/18 70/24
71/6 71/19 72/2 72/4
72/8 72/9 72/13 72/14
72/17 72/22 73/6 74/9
74/14 75/8 75/18 76/1
76/2 76/13 76/14
76/19 76/24 77/7 77/9
77/16 77/18 77/23
78/21 79/8 79/9 79/13
80/5 80/8 83/1 85/24
141/13 158/8 160/15
169/19 251/9 253/24
254/7 254/11 257/3
259/3 259/7 263/2

**truth [6]** 58/14 71/9

77/3 161/22 161/22
264/2

**truthful [1]** 257/13

**truthfulness [1]**
46/21

**try [28]** 12/13 21/19
27/4 81/17 81/19 97/3
97/8 97/16 97/20
106/4 173/12 183/11
183/20 190/3 194/10
196/8 197/2 206/20
209/8 210/19 216/2
216/5 217/6 219/3
225/5 225/8 256/16
260/13

**trying [29]** 8/4 15/19
28/6 40/8 45/4 51/19
59/1 89/8 90/24 106/5
109/3 109/19 112/2
113/5 148/4 151/6
156/3 164/11 178/16
180/6 189/19 194/24
195/2 216/18 228/22
240/6 247/3 254/15
262/15

**Tsacalis [3]** 48/4
48/9 48/12

**Tuesday [6]** 19/25
231/5 231/13 231/14
231/16 231/19

**Tuesday's [1]** 232/5

**Turbo [2]** 55/20
55/23

**turn [13]** 84/2 86/5
122/10 163/1 164/17
174/3 175/14 185/10
185/19 187/5 188/2
204/7 220/15

**turned [3]** 78/7
103/4 214/4

**turning [4]** 48/16
119/2 203/2 207/9

**twice [2]** 161/19
225/10

**two [53]** 6/9 6/10
9/15 11/22 19/22
20/16 20/21 36/18
36/20 61/16 86/8
98/13 102/2 103/5
103/8 105/21 110/8
115/24 122/22 122/20
123/24 124/3 130/12
147/3 154/15 154/22
155/2 171/11 171/15
177/8 180/12 204/22
209/21 221/15 223/20
224/12 229/8 229/11
229/16 233/1 233/9
234/2 241/14 242/4
243/13 243/15 243/22
245/4 246/12 248/5
248/16 248/20 254/17

**two-day [1]** 234/2

**two-week [1]** 102/2

**two-year [1]** 113/25

**type [11]** 7/7 16/21
23/25 102/4 118/10
120/6 190/1 190/13
194/1 201/14 256/18

**types [9]** 16/1 18/15
116/19 116/20 136/19
147/20 189/25 201/7
256/23

**typical [2]** 120/23
190/21

**typically [1]** 26/17

**U**

**U.S [25]** 42/3 42/4
99/7 108/3 115/8
123/1 135/20 141/21
141/21 142/5 142/14
143/21 143/24 144/7
145/14 146/6 146/6
149/8 168/9 170/12
193/10 193/13 198/4
219/21 219/23

**ultimate [3]** 134/20
134/25 140/24

**ultimately [1]** 78/1

**umbrella [5]** 163/24
186/10 217/24 218/12
218/14

**uncertain [1]** 49/11

**uncover [1]** 52/17

**uncovered [1]** 150/4

**under [30]** 5/24 8/5
21/17 26/4 26/5 26/25
43/3 54/24 87/11
89/13 91/8 108/20
124/19 143/18 144/3
151/9 153/8 158/14
158/19 160/14 160/14
163/18 216/24 216/25
221/11 230/5 232/16
254/1 257/12 261/12

**undercover [14]**
52/20 53/5 101/11
103/4 103/23 103/25
104/7 104/16 104/22
110/19 111/14 111/16
117/6 122/5

**undergrad [2]**
187/13 197/23

**underlies [1]** 206/6

**underlying [2]**
259/15 259/17

**underneath [2]**
148/24 151/11

**underpinnings [1]**
59/5

**understand [39]**
5/17 6/19 8/16 10/1
10/2 13/1 13/15 18/12

**U**

**understand... [31]**
35/10 55/21 57/1
84/11 119/10 178/16
180/3 186/25 189/4
189/22 192/17 193/22
194/2 196/3 203/17
204/2 205/1 207/5
225/24 226/18 228/19
229/7 229/22 230/13
230/15 236/11 254/19
255/22 259/24 260/14
263/8
**understandable [1]**
262/18
**understanding [11]**
13/6 25/11 31/2 40/14
71/13 87/16 92/23
131/4 131/7 163/4
193/25
**understood [8]**
24/11 26/7 74/2 205/11
230/17 230/24 236/5
246/21
**undertake [1]** 26/21
**undertaken [1]** 91/5
**undertook [1]** 30/12
**undisputable [1]**
140/20
**unfair [1]** 77/2
**unfortunately [3]**
108/15 108/19 145/16
**Unidas [2]** 122/16
219/2
**unilateral [1]** 219/11
**Union [2]** 30/20
33/19
**unit [4]** 151/11 243/8
245/19 245/20
**united [68]** 1/1 1/9
24/4 24/8 64/3 76/24
77/21 78/12 86/15
86/21 86/22 86/23
87/1 99/12 105/17
106/9 111/10 114/18
115/3 115/4 115/14
116/11 117/17 119/14
131/19 133/17 133/21
133/23 134/23 135/2
135/5 135/7 135/10
136/1 136/17 141/17
142/2 142/5 142/12
143/18 144/7 144/14
145/7 145/20 146/1
146/8 146/9 167/20
167/24 168/3 169/8
170/3 184/17 191/21
191/24 193/24 193/25
195/13 196/6 196/7
209/12 219/2 221/5
221/9 221/10 221/13

**units [1]** 169/20
**universe [7]** 9/17
9/17 9/19 233/19
233/23 234/7 234/18
**universities [3]**
100/3 100/5 196/6
**university [16]**
99/25 100/6 100/6
100/12 184/7 184/20
187/3 187/15 187/18
187/21 187/24 188/9
191/22 192/5 200/17
201/4
**unless [3]** 5/8 25/12
40/16
**unlikely [3]** 41/11
125/18 125/25
**unreasonable [1]**
20/18
**unsecured [1]** 208/6
**unspoken [2]** 85/18
88/19
**until [22]** 50/10
54/11 54/12 59/20
59/22 70/16 154/20
188/11 195/21 201/5
210/8 211/13 211/15
219/6 219/13 224/19
224/20 224/24 227/24
232/23 233/5 241/13
**untrue [1]** 72/19
**unwittingly [1]**
103/8
**up [64]** 5/5 8/25
12/21 12/23 18/6
18/16 19/13 19/25
20/19 21/16 21/20
34/16 45/15 45/19
45/20 45/25 60/6
60/16 62/22 69/16
73/12 84/1 103/12
104/9 106/13 106/16
106/18 107/8 108/11
108/16 111/18 113/4
113/11 114/16 118/22
121/10 124/11 125/17
125/24 126/16 134/11
138/7 145/5 151/15
153/1 154/22 155/11
156/11 181/20 182/10
195/14 211/23 214/22
215/11 217/15 223/17
237/9 240/2 241/18
257/1 258/24 262/25
263/20 263/25
**update [1]** 202/11
**updated [1]** 117/4
**upon [19]** 32/18
32/25 46/21 53/7
53/15 58/24 66/18
70/24 77/10 80/4

90/14 93/25 94/7
109/24 109/24 201/8
224/10 226/23 250/2
**upper [5]** 116/15
242/10 242/13 242/15
242/17
**upper-right [1]**
242/17
**Uppsala [1]** 187/24
**Uraba [2]** 137/23
137/25
**Urabá [4]** 9/12
126/24 167/6 218/24
**urge [1]** 12/19
**Urgenson [1]** 63/24
**Urgerson [1]** 64/2
**Uribá [5]** 85/11
85/15 128/19 129/13
218/25
**us [54]** 2/20 8/23
19/9 19/12 22/25 23/8
24/10 28/25 36/2
37/13 59/18 64/7
70/11 91/1 94/4 94/19
97/10 97/10 99/13
102/17 102/17 104/18
105/8 106/25 112/25
118/9 118/15 122/1
124/20 125/10 128/11
129/11 140/18 141/6
142/10 149/12 166/14
167/3 174/1 183/12
183/13 188/19 195/9
218/17 218/18 225/6
231/14 231/15 231/17
233/11 234/4 240/7
257/4 259/8
**use [27]** 57/13 97/3
107/20 112/10 149/20
153/3 188/22 189/12
190/15 190/18 190/21
196/21 198/22 201/10
210/15 210/16 212/19
212/22 212/22 218/9
218/16 218/19 219/1
219/5 236/1 236/2
262/17
**used [21]** 15/11
15/13 110/4 122/24
138/12 139/15 142/24
189/2 190/13 190/18
193/18 194/6 199/8
199/11 201/20 207/20
213/8 215/8 222/2
237/14 239/11
**useful [1]** 101/15
**using [20]** 12/7
15/22 103/3 105/16
107/6 107/7 139/16
150/24 154/25 181/5
188/20 190/2 190/6
197/1 198/22 198/25

205/14 206/5 212/23
220/9
**usually [5]** 106/15
108/20 109/13 193/16
213/21

**V**

**vacation [2]** 19/9
19/11
**vaccination [1]**
214/11
**vacunas [1]** 214/9
**VAHLSING [1]** 1/16
**VALENTIN [1]** 3/4
**valid [2]** 78/1 159/6
**validity [3]** 58/23
72/16 206/19
**Valley [4]** 113/13
116/9 212/13 215/15
**valuable [1]** 123/13
**value [4]** 132/12
132/20 134/14 166/13
**Valverde [2]** 50/8
50/11
**variety [2]** 29/16
113/6
**various [7]** 7/23
8/12 12/24 100/23
180/6 208/21 229/8
**vary [1]** 133/22
**vegetables [2]**
147/10 149/17
**Veloza [5]** 143/6
145/23 146/13 146/13
168/8
**Veloza's [1]** 17/20
**Venezuela [3]** 114/7
114/15 218/8
**vengeance [1]**
125/16
**venture [1]** 195/21
**verdict [11]** 225/2
225/3 225/7 225/11
225/14 225/16 225/17
226/3 226/15 227/24
227/25
**verification [1]**
192/7
**verify [1]** 71/21
**versa [1]** 227/12
**version [6]** 63/22
238/22 238/23 240/15
263/8 263/9
**versus [3]** 9/9
171/24 229/10
**vertically [1]** 209/16
**very [71]** 8/23 9/15
11/13 11/20 12/20
13/3 16/12 16/12
23/23 23/24 70/16
80/13 99/13 101/15
102/17 103/14 106/10

111/7 111/7 114/7
118/19 123/13 127/17
134/2 141/4 143/7
144/1 144/2 148/2
148/2 151/16 172/21
172/23 176/14 177/20
178/8 179/1 179/22
179/23 181/19 193/18
194/12 197/16 202/12
209/3 209/3 209/10
212/25 218/15 218/19
219/18 219/18 229/16
240/12 240/22 247/1
247/7 247/12 247/14
251/1 256/16 256/16
257/8 257/8 257/17
260/4 260/22 262/17
262/19 263/12 263/22
**vessel [1]** 150/17
**vessels [2]** 107/3
151/22
**vice [5]** 43/23 227/12
144/16 145/6 177/8
177/12 177/23 178/1
218/3
**victimize [1]** 147/6
**victimized [13]**
98/18 147/4 147/15
147/21 147/23 147/23
147/25 148/13 148/14
148/18 152/11 152/13
197/1
**victimizing [2]**
148/8 149/2
**victims [10]** 9/18
189/25 190/1 190/7
190/12 194/11 196/25
196/25 202/13 206/13
**VICTORIA [1]** 1/11
**Vietnam [1]** 101/2
**view [2]** 54/9 122/15
**viewed [1]** 159/24
**vigilant [1]** 151/16
**violate [2]** 13/17
172/14
**violation [4]** 13/11
15/8 42/21 172/11
**violations [1]** 172/8
**violence [47]** 185/14
185/15 185/23 186/14
189/11 189/18 189/20
189/21 189/25 190/1
190/4 190/6 190/13
190/13 190/20 193/18
193/23 194/2 194/6
197/11 197/12 197/23
197/25 199/14 199/14
203/9 203/11 203/22
204/5 206/20 206/21
206/22 207/1 207/3
207/3 207/4 208/15

**V**

**violence... [10]**
209/8 210/9 210/11
211/8 211/8 211/18
213/11 220/7 220/8
220/11

**violent [5]** 32/17
32/22 130/11 203/21
208/17

**violently [1]** 209/7

**Virginia [2]** 101/7
112/12

**vitae [1]** 194/19

**vital [2]** 205/10
205/11

**vmestrada [1]** 1/14

**voice [1]** 97/21

**volume [3]** 1/6 17/24
261/3

**voluntarily [5]** 26/7
26/11 26/21 31/25
152/9

**voluntary [22]** 23/16
23/19 24/18 24/19
26/13 26/16 27/13
28/8 29/7 29/14 30/4
30/11 30/24 31/4
31/17 32/4 36/16 37/1
37/7 38/21 219/10
250/25

**volunteer [1]** 152/13

**volunteered [1]**
250/24

**voracity [1]** 46/21

**W**

**wait [5]** 70/7 82/18
155/21 223/12 223/14

**waited [1]** 264/17

**waiting [5]** 19/6
67/14 95/25 96/11
227/24

**waiver [2]** 228/5
229/2

**waiving [3]** 158/2
228/2 228/8

**Wake [1]** 100/14

**walk [2]** 27/6 122/11

**walked [1]** 258/24

**want [59]** 10/17
12/19 12/20 26/24
27/14 27/17 28/7 28/9
28/12 40/10 41/5
43/13 52/14 62/7
62/12 68/14 70/20
74/13 75/25 82/8 85/6
86/5 86/8 86/9 88/22
97/25 98/1 99/14
105/24 108/1 108/2
148/5 148/20 154/1
155/11 156/1 176/10
224/21 228/2 228/11

230/21 231/1 231/16
235/1 235/2 235/17
236/1 236/2 242/5
242/12 242/21 244/23
247/21 248/15 262/5
262/7 262/11 264/12
264/20

**wanted [21]** 19/9
19/11 19/12 23/9 24/7
30/21 30/25 37/8 65/1
71/7 71/8 71/20 101/3
113/21 128/22 157/3
182/9 204/7 223/16
251/6 256/1

**wants [1]** 63/17

**war [6]** 32/23 100/15
130/13 130/13 213/21
213/24

**was [670]**

**Washington [8]** 1/19
2/14 2/17 3/6 79/6
79/7 100/16 112/5

**wasn't [29]** 6/20
6/20 10/16 18/4 18/9
18/14 18/19 29/19
38/4 40/11 48/12
66/12 71/9 75/11
75/19 78/20 90/21
104/1 159/16 159/19
168/6 169/8 169/8
169/12 225/20 251/24
255/22 257/5 258/19

**waste [2]** 25/21
28/18

**wasting [1]** 154/24

**Watch [1]** 181/11

**water [2]** 140/12
151/9

**watermelons [1]**
149/20

**wax [1]** 149/20

**way [30]** 12/13 14/1
15/5 15/7 15/25 25/9
31/12 38/23 60/20
97/16 101/3 118/22
150/9 150/13 154/19
154/21 156/14 189/24
195/16 201/14 202/18
227/22 228/6 228/8
232/21 250/10 252/2
252/4 252/14 252/16

**Waynestey [2]** 15/3
15/7

**we [382]**

**we'd [4]** 21/6 98/6
194/17 226/6

**we'll [23]** 18/5 20/23
21/8 21/22 53/14 57/2
82/18 96/2 97/20
106/24 110/13 152/20
154/6 155/23 156/7
222/11 222/14 222/24

223/3 223/8 227/21
229/3 231/1

**we're [39]** 5/9 7/11
18/15 18/20 19/6
19/25 66/25 81/25
95/25 96/12 96/13
96/22 102/18 105/20
106/2 113/2 132/22
153/14 154/5 154/24
156/3 156/11 156/11
192/17 220/2 220/10
224/17 228/2 228/6
229/17 229/17 231/24
232/25 233/5 234/14
237/17 237/18 240/5
262/4

**we've [14]** 8/11
102/23 152/11 157/9
165/11 183/10 196/5
196/17 224/10 228/20
231/15 231/16 240/14
244/15

**weakened [1]**
202/25

**wealthy [6]** 162/12
162/18 162/22 163/7
168/15 168/17

**weaponry [1]** 214/3

**weapons [12]**
190/13 207/22 208/9
212/8 212/19 216/10
216/11 216/23 217/4
219/13 251/8 253/3

**wedding [1]** 25/8

**Wednesday [3]** 20/1
231/6 231/8

**week [9]** 102/2
153/12 153/23 154/5
155/8 223/9 224/8
224/8 231/18

**weekend [12]**
153/16 154/17 154/19
155/21 156/15 222/17
223/1 223/4 229/3
230/10 235/7 265/2

**weekends [2]** 24/12
24/22

**weekly [1]** 111/24

**weeks [2]** 24/12
250/3

**weigh [1]** 260/5

**welcome [7]** 19/6
22/5 67/12 67/25
96/19 156/20 166/5

**weld [2]** 148/25
151/3

**welded [3]** 151/6
151/10 151/17

**well [136]** 6/12 7/17
8/6 9/22 13/6 14/4
14/6 20/2 25/22 26/14
29/12 31/13 33/3

34/14 35/14 38/24
39/23 42/3 42/14
44/24 45/18 47/20
48/12 48/20 51/21
53/14 53/25 54/23
55/7 57/21 62/6 62/11
62/13 66/12 69/10
69/20 71/20 75/3 76/2
82/13 87/15 87/22
102/6 105/23 110/6
102/10 112/8 114/4
114/11 116/9 118/16
118/24 119/5 122/3
122/16 124/8 126/10
127/12 133/24 136/13
137/21 143/2 144/2
145/10 147/8 148/19
150/13 152/1 154/18
164/25 165/12 165/24
166/14 169/5 171/23
174/1 183/14 186/22
188/4 188/10 189/20
190/12 191/20 193/7
193/11 193/16 196/4
196/9 197/14 198/7
198/11 198/16 198/25
199/8 199/12 199/20
199/22 200/20 202/4
205/4 205/13 206/8
213/10 214/17 214/23
215/11 217/12 217/15
218/7 218/11 219/5
220/7 221/1 221/3
222/4 223/12 224/9
226/11 228/10 229/14
232/25 234/1 234/6
234/22 235/16 236/19
238/23 244/20 247/12
252/1 255/9 256/3
259/2 261/2 261/9
264/17

**well-established [1]**
215/11

**went [14]** 31/16
35/19 49/3 50/1 51/16
51/22 53/4 89/19
163/10 174/16 179/14
200/13 240/23 254/13

**were [337]**

**weren't [3]** 37/18
108/15 111/23

**west [4]** 1/3 1/13
2/24 128/20

**wharf [2]** 55/20
55/23

**wharves [1]** 36/3

**what [317]**

**what's [12]** 14/10
35/22 57/21 93/24
94/5 94/19 130/18
136/3 137/13 149/25
151/3 239/10

**whatever [11]** 41/5
46/16 46/20 54/19
137/2 152/4 154/9
155/23 156/8 206/13
223/8

**whatsoever [2]**
76/23 233/14

**when [118]** 8/21
16/11 21/2 23/12
24/10 24/18 24/25
26/7 26/20 27/13 28/8
29/9 29/10 31/22
32/11 32/14 36/13
37/10 47/10 47/14
48/17 48/20 48/23
49/10 54/9 54/12
54/12 54/14 59/20
61/13 68/5 69/24
69/24 70/1 71/1 73/9
76/4 76/21 82/14
82/24 89/8 97/11
100/18 101/4 101/21
103/4 104/22 104/24
105/14 106/21 107/24
107/25 109/4 110/1
114/16 115/17 115/24
121/2 123/5 124/25
128/3 131/13 133/25
134/4 153/3 153/11
159/23 164/18 174/4
174/12 174/20 176/25
177/2 178/19 186/15
186/23 189/18 191/13
193/14 193/20 195/11
197/1 197/1 197/12
197/14 201/10 202/13
204/3 204/6 205/8
208/1 210/8 210/16
211/15 219/14 220/6
220/8 224/16 227/20
230/11 231/13 231/23
235/7 236/7 241/3
241/5 242/25 248/25
254/4 255/4 255/16
257/21 258/23 260/4
262/18 262/19 263/7
263/7

**whenever [1]** 155/1

**where [71]** 9/6 9/6
9/18 12/15 13/22
13/22 25/16 36/14
39/20 47/20 54/7 61/5
61/9 61/14 93/20
102/9 103/10 103/20
108/4 108/6 108/18
108/23 110/19 114/22
115/20 124/9 128/10
130/23 134/20 134/25
135/4 137/7 139/18
143/24 147/15 150/14
150/15 152/7 152/8
160/13 164/21 165/20

**W**

**where... [29]** 179/3
184/12 185/16 187/3
187/15 187/15 187/18
187/21 191/9 192/5
196/2 200/12 200/18
201/4 212/16 214/24
225/24 241/24 243/11
243/18 244/6 244/11
245/12 246/12 246/14
246/25 247/2 248/3
259/8
**wherever [1]** 148/20
**whether [34]** 13/12
18/6 23/6 24/6 33/10
33/10 37/18 37/23
39/8 40/25 47/24
48/25 49/25 50/1 50/2
52/1 62/17 68/5 68/23
89/12 93/5 140/8
152/2 176/16 180/7
225/12 225/13 230/2
230/5 230/7 232/15
254/5 255/14 260/15
**which [128]** 8/8
8/24 9/2 11/18 13/9
13/18 13/18 16/21
18/12 19/17 19/18
19/24 20/17 31/6
34/23 36/2 41/10
41/10 42/21 53/16
55/4 55/17 60/17
61/17 73/13 73/16
77/25 81/12 82/10
83/16 93/16 95/6 99/9
101/12 102/2 109/13
116/14 127/18 130/5
137/7 137/20 141/9
144/21 144/22 146/3
148/10 149/13 150/1
155/1 156/4 157/17
159/2 173/13 173/13
175/24 176/7 177/16
179/12 182/21 189/11
189/22 189/23 189/25
190/3 190/4 190/6
190/7 190/9 190/13
191/15 192/5 193/22
194/18 196/7 197/8
198/23 199/2 200/16
200/17 203/15 203/18
203/21 204/23 204/23
205/14 208/15 215/12
216/6 220/3 225/22
227/13 228/6 229/13
229/20 229/23 230/11
232/22 236/3 238/25
240/12 240/21 243/5
244/9 244/15 244/24
245/8 246/18 248/7
250/15 250/16 251/2

252/17 253/13 254/11
254/14 254/21 254/22
256/5 256/25 257/11
257/11 261/12 261/18
261/20 261/23 262/8
262/17 263/19
**whichever [1]**
227/22
**while [13]** 73/18
74/23 99/25 106/17
107/10 111/3 111/24
142/15 156/11 184/16
200/9 200/9 227/1
**White [1]** 19/8
**who [44]** 14/17 31/9
32/2 39/18 48/9 50/25
64/2 78/11 93/5 101/1
103/11 104/2 104/13
111/15 121/15 122/18
125/25 126/1 137/14
141/20 151/13 155/5
155/13 155/22 158/8
166/6 168/8 169/16
177/6 177/13 177/16
189/24 196/25 215/16
215/16 240/18 249/17
250/1 251/13 252/8
254/12 257/5 258/12
262/15
**who's [6]** 103/11
232/10 240/4 240/19
261/1 262/9
**whoever [1]** 46/22
**whole [8]** 54/14 71/9
76/9 77/3 155/19
155/21 235/7 243/13
**wholesale [13]**
131/5 131/10 131/12
131/14 131/18 132/4
132/12 132/19 132/22
133/1 133/7 133/10
140/4
**whom [3]** 197/1
234/25 234/25
**why [42]** 5/24 10/12
11/5 58/1 60/10 62/6
62/8 62/10 73/9 82/4
82/8 93/13 93/25
95/13 100/25 122/23
123/12 133/22 136/22
148/17 149/3 152/17
154/15 174/3 182/9
211/6 218/20 223/7
226/25 228/21 229/1
229/2 229/17 230/21
234/15 234/22 244/21
244/21 249/15 254/21
256/19 257/18
**WICHMANN [1]** 3/1
**wide [2]** 108/17
129/14
**widely [1]** 61/8

**wild [1]** 148/15
**will [57]** 7/24 8/25
15/25 17/5 19/17
19/25 55/22 57/24
58/12 58/12 66/15
69/18 74/23 75/9 75/9
98/3 154/9 155/7
164/11 179/22 179/24
182/12 182/19 186/17
187/11 187/13 187/14
189/7 190/23 192/22
196/21 196/21 197/24
199/21 199/23 202/20
204/1 205/3 210/19
215/13 217/18 218/1
219/16 228/4 230/18
232/20 232/21 232/22
234/10 234/11 235/12
244/5 245/11 248/15
257/9 264/14 264/16
**willfully [1]** 87/2
**WILLIAM [2]** 2/5 3/1
**willing [5]** 27/21
28/3 105/20 155/14
219/10
**willingly [1]** 158/1
**win [2]** 156/4 156/4
**win/win [1]** 156/4
**wing [10]** 31/8 32/17
33/5 33/21 34/7 34/14
36/14 38/9 162/9
163/11
**wins [1]** 210/8
**Winward [1]** 106/15
**wiretap [3]** 104/20
117/5 122/6
**wiretapping [1]**
101/14
**wiretaps [1]** 101/15
**wise [1]** 164/5
**wish [2]** 52/18
218/20
**withdraw [4]** 36/21
39/17 53/25 73/17
**within [9]** 9/13
14/12 19/22 99/7
134/1 182/22 197/5
227/13 250/3
**without [15]** 8/24
15/23 31/2 51/13
75/10 87/3 87/6 93/24
149/1 158/2 175/6
209/24 209/25 239/8
249/14
**witness [38]** 51/7
52/23 56/12 56/19
57/2 95/15 96/22
96/24 97/6 153/15
153/18 154/3 154/12
181/12 181/16 181/21
182/2 182/5 182/11
183/2 183/7 185/2

207/14 231/16 232/7
232/8 232/17 234/9
234/9 247/7 250/4
253/24 256/6 256/7
256/8 257/5 257/12
257/18
**witnesses [14]**
20/19 21/11 153/14
183/11 224/12 231/14
231/19 232/5 233/9
233/15 233/19 233/25
234/7 258/2
**wondering [1]**
109/17
**word [17]** 13/8
43/14 55/22 65/20
166/13 171/4 196/21
210/15 210/16 212/18
216/13 216/15 237/14
238/18 239/11 239/15
239/18
**words [8]** 60/3 70/1
70/21 78/10 153/3
170/21 208/7 238/24
**work [29]** 24/7
24/12 24/21 26/12
27/21 28/4 99/18
101/11 101/20 102/11
104/16 104/22 105/15
107/22 108/5 119/24
120/6 120/7 120/19
129/24 142/13 142/17
168/8 183/18 184/20
196/4 196/5 199/15
200/18
**worked [24]** 24/14
25/11 30/4 99/16
103/25 110/19 111/14
111/16 121/1 127/25
143/4 143/6 143/7
146/13 146/14 147/13
147/19 168/8 169/16
169/17 184/15 187/17
193/24 193/25
**working [11]** 28/4
31/9 98/22 101/24
103/12 105/5 113/12
115/6 124/14 124/14
192/10
**workout [1]** 156/6
**works [3]** 144/21
183/15 235/19
**world [18]** 23/5
27/15 80/23 81/9
82/11 116/25 127/14
127/21 146/25 173/21
189/23 189/24 194/12
196/4 196/9 205/2
205/11 205/14
**world's [4]** 159/17
159/19 161/4 161/10
**worldwide [5]**

119/12 119/16 130/2
160/21 161/3
**worms [1]** 240/22
**worth [3]** 42/17
106/4 179/25
**would [176]** 5/24
12/9 13/21 15/23
19/21 19/24 24/24
25/8 25/12 25/17 26/1
26/4 26/15 26/18
26/20 27/1 27/18
27/21 28/13 28/15
28/23 29/13 30/17
30/20 31/2 31/9 31/13
31/18 31/25 32/2 32/3
35/2 35/7 35/7 36/7
36/23 38/15 38/17
38/20 40/15 41/6
41/11 41/17 41/19
41/21 44/9 44/13
45/11 46/8 46/17
46/20 46/25 50/24
51/4 51/10 51/18 52/8
52/12 52/16 52/19
52/21 52/25 53/6 56/2
65/20 65/20 66/14
71/4 72/6 72/10 72/15
73/24 76/8 76/10 78/1
78/3 78/3 78/5 79/5
79/17 80/7 84/8 86/18
88/4 88/16 97/5 105/9
105/11 106/12 106/14
106/20 108/4 108/4
108/5 108/6 108/7
108/7 108/8 108/11
108/15 108/19 108/21
113/4 113/23 118/23
119/8 121/3 130/20
132/12 132/14 132/16
132/19 132/21 132/23
133/17 133/18 139/4
140/4 140/5 140/8
141/7 141/13 147/6
150/10 150/17 150/20
151/2 151/13 151/15
151/24 152/6 153/11
153/15 153/23 154/10
156/12 158/5 159/3
159/3 159/9 164/5
164/5 166/18 168/12
169/1 171/13 172/5
172/11 172/21 172/23
181/20 182/1 184/4
185/17 186/8 192/3
192/14 201/8 209/24
212/18 226/2 226/24
226/25 227/3 227/7
228/7 229/17 233/10
236/2 240/10 246/8
251/18 263/20
**wouldn't [9]** 31/13

## W

**wouldn't... [8]**  38/10
39/22 40/16 59/16
152/4 210/1 233/3
240/7
**write [1]**  132/7
**writing [2]**  80/23
81/9
**written [1]**  55/4
**wrong [14]**  5/4 12/9
78/8 78/12 143/23
225/4 225/7 225/15
226/6 226/13 226/16
228/20 255/9 258/18
**wrongdoing [11]**
52/17 52/20 53/5 53/7
53/17 92/3 92/7 93/16
93/21 94/2 264/4
**wrongfully [1]**  92/11
**wrs3 [1]**  2/7
**wwichmann [1]**  3/3
**wyatt [2]**  1/17 1/21

## Y

**yeah [23]**  36/11
86/13 130/9 130/13
133/13 143/8 149/1
150/14 160/19 165/16
183/15 183/17 191/3
201/1 201/20 216/15
222/4 226/1 228/24
237/6 238/24 242/2
248/5
**year [20]**  15/5 32/12
49/1 49/4 50/10
113/25 121/5 127/19
131/3 139/4 139/5
143/23 148/17 174/1
177/5 184/15 211/15
249/14 251/22 252/4
**years [27]**  30/4 72/1
80/20 81/6 85/23
98/23 98/24 99/3
99/24 101/23 114/8
114/25 115/16 138/25
147/18 171/15 174/20
174/23 175/11 179/9
187/18 188/11 201/3
202/7 202/17 250/2
260/10
**yes [378]**
**yesterday [12]**
12/14 14/3 14/20
14/21 15/9 16/22 22/9
83/17 90/2 90/21
91/15 182/3
**yesterday's [1]**
13/17
**yet [8]**  20/11 67/17
146/6 168/14 199/20
224/1 232/19 241/12
**yield [1]**  110/6

**York [6]**  2/3 61/3
160/6 160/18 162/2
246/16
**you [1162]**
**You can [1]**  173/14
**you were [49]**  24/21
24/25 25/25 27/11
37/10 37/13 46/9
47/23 49/11 49/19
49/19 49/22 53/19
63/7 65/9 66/9 73/18
74/24 87/16 89/8
90/11 102/9 103/16
103/21 105/3 105/14
106/17 106/18 107/11
110/22 111/3 112/23
114/10 114/17 115/24
116/8 121/2 123/5
123/6 123/18 123/18
163/3 163/18 164/18
175/12 184/12 200/22
224/3 233/24
**you'd [1]**  25/2
**you'll [3]**  72/5
154/11 255/10
**you're [78]**  5/21
8/16 11/22 20/5 21/16
26/24 27/20 28/19
33/9 40/2 40/3 44/23
47/20 60/4 79/9 80/11
104/15 104/24 108/18
112/19 113/16 133/25
134/1 134/7 134/10
134/12 134/13 144/6
149/17 153/7 155/13
157/7 164/10 166/5
168/7 169/2 169/23
170/2 170/13 170/17
170/25 171/23 187/1
189/18 189/19 192/18
193/14 195/8 198/5
200/20 210/17 228/8
230/1 230/14 234/6
234/16 234/23 239/3
239/4 241/10 241/17
242/3 242/8 249/2
255/9 258/3 258/13
258/18 258/19 260/13
260/15 262/15 262/15
262/20 263/2 263/3
264/19 264/24
**you've [27]**  20/10
20/24 31/13 34/11
34/18 41/13 46/5
63/13 64/7 66/2 70/13
123/17 148/3 149/11
157/8 160/2 161/16
166/24 167/3 195/8
197/20 199/4 199/19
201/6 202/22 217/20
233/24
**young [1]**  113/21

**younger [1]**  178/1
**your [413]**
**yours [2]**  71/15
227/17
**yourself [4]**  26/11
65/8 176/13 184/5

## Z

**zero [2]**  64/8 103/1
**Zona [2]**  129/6 129/9
**zone [3]**  106/12
130/13 130/13
**zoom [1]**  140/19