```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       CASE NO. 08-md-01916

IN RE: CHIQUITA BRANDS,              West Palm Beach, Florida
INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND               June 6, 2024
SHAREHOLDERS DERIVATIVE
                                     8:18 a.m. - 5:50 p.m.

                                     Volume 28
                                     Pages 1 - 293
-----------------------------------------------------------

                      JURY TRIAL DAY 28
            BEFORE THE HONORABLE KENNETH A. MARRA
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE PLAINTIFF(S):  JOHN SCAROLA
                       VICTORIA MESA-ESTRADA
                       MARIANO GARCIA
                       Searcy Denney Scarola Barnhart & Shipley
                       2139 Palm Beach Lakes Boulevard
                       West Palm Beach, FL 33402-3626
                       _scarolateam@searcylaw.com
                       vmestrada@searcylaw.com

                       MARCO SIMONS
                       MARISSA VAHLSING
                       RICHARD L. HERZ
                       WYATT GJULLIN
                       MARYUM JORDAN
                       EarthRights International
                       1612 K. Street, NW
                       Suite 800
                       Washington, DC 20006
                       marco@earthrights.org
                       marissa@earthrights.org
                       rick@earthrights.org
                       wyatt@earthrights.org
                       maryum@earthrights.org
```

```
APPEARANCES: (Continued)
FOR THE PLAINTIFF(S):  JONATHAN C. REITER
                       Jonathan C. Reiter Law Firm, PLLC
                       350 Fifth Avenue
                       Suite 6400
                       New York, NY 10118
                       jcreiter@jcreitlerlaw.com

                       WILLIAM ROBERT SCHERER, III
                       Conrad & Scherer, LLP
                       633 S. Federal Highway
                       4th Floor
                       Fort Lauderdale, FL 33301
                       wrs3@conradscherer.com

                       ERIC JAMES HAGER
                       Conrad & Scherer LLP
                       Edificio Officenter, Oficina 304
                       Avenida Pampite S/N y Chimborazo -
                       Cumbay
                       Quito 170901
                       ehager@conradscherer.com

                       TERRENCE P. COLLINGSWORTH
                       Conrad & Scherer, LLP
                       1156 15th Street, NW, Suite 502
                       Washington, DC 20009
                       tc@iradvocates.org

                       NICHOLAS J. JACQUES
                       AGNIESZKA M. FRYSZMAN
                       Cohen Milstein
                       1100 Fifth Floor
                       Washington, DC 20005
                       njacques@cohenmilstein.com
                       afryszman@cohenmilstein.com

                       LESLIE KROEGER
                       Cohen Milstein Sellers & Toll PLLC
                       11780 US Highway 1, Suite 500N
                       Palm Beach Gardens, FL 33408-3042
                       lkroeger@cohenmilstein.com

                       JAMES KELLOGG GREEN
                       James K. Green
                       222 Lakeview Avenue
                       Suite 1650 Esperante
                       West Palm Beach, FL 33401
                       jkg@jameskgreenlaw.com
```

```
APPEARANCES: (Continued)

FOR THE PLAINTIFF(S):  WILLIAM J. WICHMANN
                       12 SE 7th Street
                       Suite 609
                       Fort Lauderdale, FL 33301
                       Email: wwichmann@me.com

                       GABRIELA PAOLA VALENTIN DIAZ
                       3460 14th St NW
                       Apt 443
                       Washington, DC, DC 20010
                       gpvalentind@gmail.com

FOR THE DEFENDANT(S):  MICHAEL L. CIOFFI
                       FRANK A. DANTE
                       MELISSA FUNDORA-MURPHY
                       SERENA GOPAL
                       MICHAEL STOOLMAN
                       Blank Rome Comisky & McCauley LLP
                       1700 PNC Center
                       201 E. Fifth Street
                       Cincinnati, OH 45202
                       cioffi@blankrome.com
                       dante@blankrome.com
                       mfmurphy@blankrome.com
                       serena.gopal@blankrome.com
                       michael.stoolman@blankrome.com




REPORTED BY:           ELLEN A. RASSIE, RMR, CRR
                       Official Court Reporter
                       299 E. Broward Blvd., Room 207-C
                       Fort Lauderdale, FL 33301
                       ellen_rassie@flsd.uscourts.gov
```

I N D E X

| DESCRIPTION | PAGE |
|---|---|
| CLOSING ARGUMENT BY MR. SCAROLA | 14 |
| CLOSING ARGUMENT BY MR. GARCIA | 37 |
| CLOSING ARGUMENT BY MR. WICHMANN | 52 |
| CLOSING ARGUMENT BY MS. JORDAN | 61 |
| CLOSING ARGUMENT BY MR. REITER | 69 |
| CLOSING ARGUMENT BY MR. SCHERER | 83 |
| CLOSING ARGUMENT BY MR. CIOFFI | 105 |
| FINAL CLOSING BY MR. SCAROLA | 213 |

```
 1   (Case called to order of the court at 8:18 a.m.)

 2             THE COURT:  Good morning.  Please be seated.

 3             MR. SCAROLA:  Good morning, your Honor.

 4             THE COURT:  Okay.  Sorry for the minor oversight in

 5   the jury instructions that I sent out last night.  We corrected

 6   the error and also corrected the number of plaintiffs on the

 7   verdict form.  We took care of that, I believe correctly, this

 8   time.  So, if we got it wrong, let me know.

 9             MS. FRYSZMAN:  Your Honor, just two small things on

10   the jury instructions.

11             THE COURT:  Yes.

12             MS. FRYSZMAN:  On the written answers part, where you

13   say "You must consider Chiquita's answers to," I think it

14   should say Interrogatory Questions.  Just a couple words.

15             THE COURT:  What page is it on?  What page, please?

16             MS. FRYSZMAN:  It's the new part that you added last

17   night.  I don't have the pagination the way we printed it out.

18             THE COURT:  You've heard written answers that --

19             MS. FRYSZMAN:  The sentence "You must consider

20   Chiquita's answers to."  It's missing a noun.  Which I think

21   you meant to say "Interrogatory questions as though Chiquita

22   gave the answers".

23             THE COURT:  Okay.  I'm sorry.  I'm not sure where you

24   are.  So can you --

25             MS. MESA-ESTRADA:  It's page 9, I believe.  This one.
```

```
 1              MS. FRYSZMAN:  Yes.

 2              THE COURT:  Where is it incorrect?

 3              MR. SCAROLA:  Your Honor, it has been corrected on

 4    the document that we just received.

 5              MS. MESA-ESTRADA:  "You have now heard written

 6    answers."  Did you want to add the word "Interrogatory"?

 7              MR. SCAROLA:  It's now there.  We don't have to worry

 8    about that correction.  Your Honor has made it.

 9              MS. FRYSZMAN:  And the second thing -- I'm going to

10    try your patience.

11              MR. SCAROLA:  It is not in the last paragraph.

12              MS. FRYSZMAN:  All right.  So it does need to be

13    added.  It's the second paragraph on that page.

14              THE COURT:  So you want me to add Interrogatories --

15    "answers to interrogatories;" is that right?

16              MS. FRYSZMAN:  Well --

17              MR. SCAROLA:  Yes.

18              MS. FRYSZMAN:  -- whatever you intended is fine.  But

19    right now it says "You must consider Chiquita's answers to," as

20    though Chiquita gave the answers on the witness stand.  And

21    there's no "to."  So I think what you meant to include is

22    "Interrogatory questions."  "You must consider Chiquita's

23    answers to Interrogatory questions" or "to interrogatories" or

24    to something.

25              THE COURT:  Okay.  You're correct.  Sorry for that
```

 1   oversight.  We'll correct it on the final form that's going to

 2   go to the jury.  I'm sure you're not going to show this one to

 3   the jury during closing argument.

 4           MS. FRYSZMAN:  No.  I think it is minor.  Thank you

 5   for your patience.

 6           And then the other thing -- and I don't mean to be

 7   pedantic about it, but the FTO designation was September 10th,

 8   2001, and the specially designated global terrorist designation

 9   was October 31, 2001.  So I just thought we should fix so that

10   it's factually accurate.  That's on old page 15.  But we can

11   also deal with this later.  I've flagged both of these things

12   for defense counsel this morning.

13           THE COURT:  Okay.  All right.

14           MS. FRYSZMAN:  But I can work with them to propose

15   language that we both agree on and provide it to your Honor.

16           THE COURT:  Thank you.

17           MS. MESA-ESTRADA:  Your Honor, I just -- there's a

18   correction that needs to be made on a name on the verdict form.

19   I don't know why the change was made.  It's the third decedent.

20   It's Miguel Angel Cardona Munoz.  For some reason it was

21   changed to Miguel Antonio.

22           There's another -- there's two more Antonios on that

23   list.  I don't know what happened in the change.

24           THE COURT:  I'm sorry.  Which?

25           MS. MESA-ESTRADA:  Miguel Angel Cardona Munoz.

```
 1    Miguel Angel Cardona.  It should be -- there's another Miguel
 2    Antonio, which is the last name.  The last decedent is Miguel
 3    Antonio Rodriguez Duarte.  The third decedent is Miguel Angel.
 4          Thank you very much.
 5          THE COURT:  Is that it?
 6          All right.  How much -- how do you want your time
 7    broken up and do you want warnings?
 8          How are you going to do opening and rebuttal,
 9    Mr. Scarola?
10          MR. SCAROLA:  Your Honor, I would like a warning at
11    45 minutes in my initial opening.  We are then going to reserve
12    15 minutes for each of the five individual decedents.  And the
13    balance of the time will be rebuttal.
14          THE COURT:  So, you want me to tell you when you're
15    at 45 minutes.
16          MR. SCAROLA:  I would like that.  Yes, sir.
17          THE COURT:  And then you're going to turn it over to
18    the other plaintiff counsel for their presentations.
19          MR. SCAROLA:  That is correct.
20          THE COURT:  How many of them are there again?  Six?
21          MR. SCAROLA:  Five at 15 minutes each.  No, five
22    speakers, 15 minutes each.
23          THE COURT:  All right.  And thank you.
24          MR. SCAROLA:  You're welcome, sir.  Thank you.
25          THE COURT:  Mr. Cioffi, you're going to want any
```

```
 1   warnings?  I wouldn't think so.  You probably aren't going to
 2   need a warning.
 3          MR. CIOFFI:  I'm sorry, your Honor.
 4          THE COURT:  You're not going to probably need a
 5   warning?
 6          MR. CIOFFI:  I wouldn't think so.  But remind me.
 7   The timeframe, the limit is three hours or three and a half?
 8          THE COURT:  Three and a half.
 9          MR. CIOFFI:  Three and a half.  Just so I'm clear,
10   the plaintiffs are reserving how much for rebuttal?
11          THE COURT:  I'm trying to figure that out.  I think
12   it's -- two hours is -- and 15 minutes.  15.  So I think it's
13   an hour 15 minutes that they're asking to reserve.
14          MR. SCAROLA:  Excuse me.  I'm sorry, your Honor.
15          THE COURT:  I was trying to calculate how much time
16   you were reserving for rebuttal.  It seems like an hour and 15
17   minutes, approximately.
18          MR. SCAROLA:  There's some uncertainty.  I'll -- if I
19   might have just one moment.
20          THE COURT:  Okay.
21          MR. SCAROLA:  I apologize for the confusion, your
22   Honor.  It will be 45 minutes, then five speakers at 20 minutes
23   each, with the balance reserved for rebuttal.
24          THE COURT:  So that -- my rough calculation is you
25   have like an hour and five minute rebuttal.  I'm just trying to
```

```
 1    do the numbers in my head here.  So it's five times 20 is 100.
 2    So 145 minutes on the front end.
 3              MR. SCAROLA:  Yes, sir.
 4              THE COURT:  And --
 5              MR. SCAROLA:  I think we have 210 minutes total.
 6              THE COURT:  Yes.
 7              MR. CIOFFI:  We may need Mr. Cioffi's grandchild's
 8    calculator.
 9              THE COURT:  Yes, I think it's an hour and five
10    minutes, I believe, for rebuttal.
11              MR. SCAROLA:  Yes, sir.  Thank you.
12              THE COURT:  Okay.  All right.
13              MR. CIOFFI:  Your Honor, we object to such a long
14    rebuttal period or request some type for surrebuttal, since
15    we're the defendant.
16              Their rebuttal case was about an hour and ten minutes.
17    The whole evidentiary part of it.  So we think it's
18    disproportionate to that.
19              THE COURT:  Well, it's they're rebutting your closing
20    argument, not your evidentiary case.  So at this point, I'm
21    going to leave it as-is.
22              One of the jurors is running late, so we may be
23    starting a few minks late.
24              MS. GOPAL:  Hi, your Honor.  I just had a couple of
25    quick questions on P617, the redactions.
```

```
 1            THE COURT:  Yes.

 2            MS. GOPAL:  On paragraph 5 --

 3            THE COURT:  Unfortunately, I don't have on my copy

 4    handy.

 5            MS. GOPAL:  No problem, your Honor.  I can give you

 6    my copy.

 7            THE COURT:  Thank you.

 8            MS. GOPAL:  I think I gave it to you with the page 3

 9    opened.

10            THE COURT:  Yes.

11            MS. GOPAL:  Your Honor, we just wanted to -- for

12    clarification, there is some portions in here discussing the

13    OAS report and what the OAS report says, and that was a

14    document that wasn't able to come into evidence.  And so we

15    wanted to just raise the objection that discussions about what

16    the OAS report says is hearsay without an exception.  I just

17    wanted to raise that one point for your Honor on that section.

18            And then in section 10, on page 5, starting on

19    page 5 --

20            THE COURT:  Yes.

21            MS. GOPAL:  I'm sorry.  Continuing on page 6, is

22    where we had another question.  Here, Mr. Taxay from the DOJ,

23    and Mr. Hills are going back and forth discussing the substance

24    of those emails.  And so we wanted to just raise the objection

25    to discussion of those emails.
```

```
 1              THE COURT:  Well, I thought I had said that the last

 2    sentence in that top bullet point on page 6 should come out.

 3              MR. GJULLIN:  Correct, your Honor.  That was an

 4    oversight.  We're correcting that right now.

 5              THE COURT:  So I was mindful of your concern about

 6    hearsay in that regard, and I -- that's why I took out that

 7    last sentence.

 8              MS. GOPAL:  Thank you, your Honor.

 9              THE COURT:  But otherwise I thought it was

10    appropriate.

11              MS. GOPAL:  Understood.

12              MR. GJULLIN:  Just to confirm, it's the last sentence

13    on the first bullet on page 6?

14              THE COURT:  Starts with "Mr. Hills" and ends with the

15    last word "thief."

16              MR. GJULLIN:  Thank you.

17              MS. GOPAL:  Understood.  Thank you for that

18    clarification.  We want to just, for the record, raise our

19    objection to the discussion of the OAS report just given how

20    that came in and how that issue was dealt with during the case.

21              THE COURT:  Thank you.  The jurors are all here.  Are

22    we ready to proceed?

23              MR. SCAROLA:  Plaintiffs are ready, your Honor.

24              MR. CIOFFI:  Yes, your Honor.

25              THE COURT:  Let's bring the jurors in.  Please rise
```

```
 1   for the jury.

 2        (Thereupon, the jury entered the courtroom.)

 3            THE COURT:  Good morning, everyone.  Please be

 4   seated, ladies and gentlemen.

 5            Welcome back everyone.  Thank you again for being back

 6   this morning and again for your service on this case.

 7            So, we're nearing the end of our work on this side and

 8   your work is soon to begin.

 9            So, we're here for final or closing arguments of the

10   parties.  During the closing arguments, you probably don't

11   remember this at the very beginning when I told you what the

12   lawyers say in opening statement or in closing arguments,

13   that's not evidence.  The evidence is what you heard from the

14   witness stand and all the documents that were presented during

15   the course of the trial, as well as the deposition testimony.

16   That's the evidence.

17            The lawyers are going to try to persuade you based

18   upon the evidence what conclusions you should reach from the

19   evidence based upon the evidence and the law that I'm going to

20   give to you tomorrow morning.

21            The lawyers may make reference to the legal

22   instructions that I'm going to give you during their closing

23   arguments, but I will give those instructions tomorrow and

24   you'll get a copy of those instructions to take back to the

25   jury room so you won't have to try and memorize or take notes
```

```
 1   on what's being said about the legal instructions.  You'll have
 2   a copy to take back to the jury room.
 3          Both sides will have an equal amount of time to
 4   present their closing arguments.  But the plaintiffs have the
 5   burden of proof, they get to go first and then have an
 6   opportunity to rebut or reply to the defendant's argument.  So
 7   you're going to hear first from the plaintiffs' lawyers and
 8   then from defense lawyer and then again from plaintiffs'
 9   counsel at the very end.
10          So it's going to take all day, as I told you.  We're
11   going to try and get it done today before you leave this
12   evening.  And we'll take some breaks along the way to make it
13   more convenient for everyone.
14          So we're going to first hear from Mr. Scarola on
15   behalf of plaintiffs' counsel -- on behalf of the plaintiffs.
16          Mr. Scarola.
17                 CLOSING ARGUMENT BY MR. SCAROLA
18          MR. SCAROLA:  Thank you very much, your Honor.  May
19   it please the court.
20          Good morning, ladies and gentlemen.
21          A long time ago, I told you that this story began in
22   the 1980s.
23          THE COURT:  Mr. Scarola, I hate to interrupt at the
24   very beginning.  Can you use a microphone, please?
25          MR. SCAROLA:  Yes.
```

```
1              THE COURT:  I'm sorry to interrupt.

2              MR. SCAROLA:  No.  Quite all right, sir.  Can you

3    pause the clock for just one moment?

4              I am definitely not used to not being heard.

5              I told you that this story began in the 1980s.  It's

6    1988, Cincinnati, Ohio, the corporate boardroom of Chiquita

7    Brands, Incorporated.  I imagine a large table.  And seated

8    around that table are a group of men that include folks with a

9    lot of business experience, lawyers and accountants.  There are

10   no terrorists in that room.  There is nobody there to threaten

11   Chiquita with any form of violence to its executives, to its

12   employees, to its facilities.

13             But the folks in that room know that there are

14   terrorists in Colombia.  They know that they are violent,

15   extremely violent terrorists engaged in a civil war.  And

16   Chiquita has a decision to make.  Because while that war is

17   raging in Colombia, not effecting Chiquita because Chiquita is

18   not conducting business in Colombia except to buy bananas from

19   others.  While that war is raging in Colombia, there are

20   business opportunities.  The spoils of war are available for

21   anyone willing to take the risks involved in harvesting the

22   spoils of war.

23             And that group of business executives in Cincinnati,

24   Ohio, decides to make a decision.  And the decision is to sell

25   Chiquita's corporate soul to a terrorist devil in exchange for
```

1    banana profits.  How do we know that they knowingly made that

2    decision?  We know because although, as we have heard time and

3    again, there are no Chiquita documents that say anything about

4    duress or extortion from 1988 to 2004, none, or you could be

5    sure we'd have seen them.

6            There is a document that tells us all about Colombian

7    expansion, September 20, 1988.  And what does that document

8    say?  It says the general feeling was that Chiquita would have

9    an even greater risk of such acts of violence and extortion

10   because it will be viewed as a company with greater resources

11   to extort and because it is the example taught to all Colombian

12   high school history classes as the company that acted as the

13   Yankee imperialist in creating adverse social conditions.

14   Those men knew that by entering into Colombia they were going

15   to become a greater target as a consequence of who they were

16   and what they were and their history, that they were going to,

17   by buying up those small family farms and consolidating them

18   into hundreds of football-size banana plantations with a

19   processing and packing plant in the middle, that they were

20   going to increase the danger to the people who were already

21   working those banana farms.

22           They weren't coming in and clearing jungle and

23   creating new jobs.  They were painting targets on the backs of

24   every one of those workers because it will be viewed as

25   a company with greater resources to extort and because of the

1   reputation that Chiquita already had.

2          That's what the folks in that room knew.  They weren't

3   forced to make the choice to attempt to reap the spoils of war

4   in Colombia, to fatten their Colombian cash cow, to fatten

5   their banana profits.  They made that choice freely,

6   voluntarily, knowingly.  And everything that followed as a

7   consequence of that was not only reasonably anticipated by

8   Chiquita.  It was known by Chiquita.  They knew what was going

9   to happen.  And they made the choice to place themselves in

10  harm's way, to put their employees in harm's way, to put their

11  physical facilities in harm's way.  They struck a deal with

12  terrorist devils right from 1988, that continued to have

13  consequences through 2004.

14          They knowingly, freely, and voluntarily put at risk

15  thousands of lives of Colombian men, women, and children.  They

16  knowingly put those people at risk.  Not only their own

17  employees, but the villagers surrounding their banana

18  plantations, which they knew were in the middle of a violent

19  civil war.

20          They knew they were going to have to pay extortion to

21  FARC.  They knew it, because they knew in advance that they

22  could not provide security for their own facilities.  The

23  plantations were too large.  They couldn't be fenced.  They

24  knew that the condition the Government was such that they

25  couldn't look to the Government for protection.  There was only

```
 1    one thing they could do, and that is to knowingly assume, as a
 2    cost of doing business, paying off the terrorists, fueling with
 3    financing the violence that they were going to be continuing to
 4    engage in at an ever increasing level.  They knew those things.
 5    They weren't forced to do that.  They chose to do it because
 6    they were looking to fatten their Colombian cash cow.  Human
 7    lives traded for banana profits.
 8              We know all about how Chiquita executives can choose
 9    to take off their human being hats and put on their corporate
10    profit hats.  Incredibly, out of their own mouths, we heard
11    that.
12              And these may at some point in time have been good
13    people who were genuinely motivated to join the Peace Corps out
14    of a desire to help humanity, or maybe at the height of the
15    Vietnam War joining the Peace Corps was a way in which to avoid
16    the draft.  But whatever the circumstances may be, we know that
17    in that boardroom at that time and continuing month after
18    month, year after year, for well more than a decade, there was
19    no concern about human rights, there was no concern about
20    humanity, there was no concern except the desire to continue to
21    generate increasing profits, to protect against higher tariffs
22    as a consequence of European Union changes in law and
23    procedure.  That's what was motivating Chiquita.  That's what
24    was going on underneath the corporate hat inside the corporate
25    head that prevented the corporate soul from exercising any
```

```
 1   compassion.  And those same decisions continued year after year
 2   after year for 16 years.
 3          And remember what Mr. Aguirre said when he testified.
 4   I took this job not knowing anything about extortion.  Nobody
 5   told me what was going on.  When I found out what was going on
 6   it was after I had already assumed the responsibilities as
 7   corporate president.  And the very first reaction I had is,
 8   what are we doing here?  Why haven't we gotten out of Colombia
 9   a long time ago?  And under his watch, Chiquita finally did
10   what Chiquita should have done:  Never conducted business in
11   Colombia under those circumstances.
12          And if somehow they really didn't understand what was
13   going on, what they were going to be facing as soon as it
14   became an undeniable reality, they should have left.
15          Remember what Jack Devine said?  He first said you
16   never pay or you pay only as long as necessary to extract
17   yourself from the situation.  And then he changed it a little
18   bit.  Because, remember, the first statement -- and we'll look
19   at it.  The first statement was stipulated to.  This is what he
20   said.  Then he said, no, I didn't say you pay until you extract
21   yourself from the situation.  You delay until you extract
22   yourself from the situation.  That doesn't take a year.  It
23   doesn't take a decade.  Chiquita had a choice, and it continued
24   to make choices, free, voluntary choices.
25          I have a very limited amount of time to speak to you
```

```
 1   and a lot that I would like to say, most of which I acknowledge

 2   you've probably don't need to hear from me.  You have been an

 3   extremely attentive jury.  You have taken notebooks full of

 4   notes.  Collectively there's no doubt in my mind whatsoever

 5   that you know this evidence better than I could ever begin to

 6   recount it for you, even if I had more than, the less than an

 7   hour, about 45 minutes, that I get to spend with you initially.

 8           And there's one thing, because I am going to run out

 9   of time.  There's one thing that I absolutely do not want to

10   fail to do.  And that is to thank each and every one of you for

11   the extraordinary sacrifice that you have made in being here to

12   help to resolve this extremely important case.

13           I've waited 17 years for this first opportunity to get

14   to present these claims to a Palm Beach County, Florida jury,

15   confident that you would do the right thing, and I must thank

16   you again in advance for the extraordinary sacrifice that you

17   have made to make certain that justice is done in this

18   courtroom here in Florida.  So I do thank you.

19           And I know that that thanks is extended not only from

20   me personally but on behalf of every one on this side of the

21   courtroom and every one on that side of the courtroom.  There's

22   been very little that we have agreed to during the course of

23   these proceedings, but our gratitude towards you is something

24   that I know there is no disagreement about.  So thank you very,

25   very much.
```

1          Now, I wanted to slightly divert for just a moment and

2    talk to you about an experience that I suspect each of you are

3    able to relate to in some way.

4          My mom was 98 years old when she died earlier this

5    year.  Right up until the end of her life, she was living

6    independently, and mentally she was extremely sharp, as sharp

7    as Cyrus Freidheim, who everybody had to be impressed with.

8    Mom was never a complainer.  But not being a complainer wasn't

9    always an advantage.  Because in the later years of her life,

10   mom, as could be expected for a 98-year-old woman, began to

11   suffer physical problems, needed the assistance of doctors.

12   And we knew that unless I or one of my brothers or one of my

13   sisters were in the examining room with mom, the doctor was

14   never going to get an accurate picture of what her health

15   condition was.  It wasn't going to happen.  She wasn't a

16   complainer.  She viewed reporting the problems that she was

17   having as a complaint.  Somebody had to be there to make sure

18   that the expert, who was being consulted, got an accurate and

19   complete picture.  Because we know that the advice and opinions

20   of experts are only as good as the quality and completeness of

21   the information the experts receive.

22          So what happened during the course of this proceeding

23   repeatedly?  Repeatedly we would hear that Chiquita consulted

24   somebody or another.  Chiquita witnesses would tell us that.

25   We wouldn't hear from the people who were directly consulted to

1    find out what Chiquita told them that formed the basis of

2    whatever it was they said.  What we would hear was, did you

3    consult?  Yes, I consulted.  Did you get advice?  Yes, I got

4    advice.  Did you follow that advice?  Yes, I got the advice and

5    I followed the advice.

6         And, in fact, some of the exhibits admitted into

7    evidence, you will recall, related to those kinds of

8    circumstances.  And the court expressly instructed you, and the

9    exhibits as to which this instruction pertains will be

10   specifically identified, these exhibits are being admitted only

11   for purposes of your consideration as to Chiquita's state of

12   mind but not to prove the truth of the facts asserted in the

13   documents.

14        In order to determine what the facts are, you need

15   firsthand knowledge.  One very significant exception.

16   Procedures applicable in proceedings like this require the

17   defendant to speak through a designated representative.  You've

18   heard about Barbara Howland having been designated as a

19   30(b)(6) witness.

20        Chiquita receives a complete list of every topic that

21   is going to be addressed.  Chiquita has the opportunity to

22   designate as many individuals as they choose to in order to

23   provide everything that Chiquita knows with regard to the

24   specific questions that have been asked.  It is not only an

25   open book test, it is an open book test with all the questions

1    revealed in advance.

2           And we know from Barbara Howland's deposition that

3    this deposition was taken after Chiquita had had well over a

4    decade, including circumstances surrounding its prosecution for

5    a federal criminal offense, to be able to conduct a thorough

6    and complete investigation with regard to all of the questions

7    that were posed to Chiquita.

8           THE COURT:  Yes, sir.

9           MR. CIOFFI:  Her 30(b)(6) designation and deposition

10   is not evidence in this case.  It was part of discovery, as

11   we've discussed, Judge.

12          THE COURT:  All right.  Overruled.

13          MR. SCAROLA:  Thank you very much.

14          You will remember that Barbara Howland was told at the

15   very beginning of her testimony in this case that the only

16   thing we were going to be talking about with Barbara Howland

17   was the information that she had gathered and related under

18   oath in her 30(b)(6) capacity.

19          Other people can talk about their individual

20   perspectives, what they thought, what their opinions were, what

21   information they had directly, but only one person and one

22   person only was authorized and responsible for speaking on

23   behalf of Chiquita, and that was Barbara Howland.  Barbara

24   Howland, who had had considerable experience as Chiquita's

25   30(b)(6) representative.  At the time she had already been

```
 1   deposed on four other occasions as a 30(b)(6) witness,

 2   according to what she told us.

 3         So, these are some of the things that Barbara Howland

 4   said.  And I'm going to spend a little bit of time focusing

 5   this because of the significance of the fact that she is the

 6   only authorized Chiquita spokesperson.

 7               MR. CIOFFI:  Judge --

 8               THE COURT:  Overruled.

 9               MR. CIOFFI:  Judge, could I have a continuing

10   objection and --

11               THE COURT:  Yes, sir.

12               MR. CIOFFI:  Yes.

13               MR. SCAROLA:  The final product, after having been

14   told in advance what the questions were going to be, after

15   having had the opportunity to talk to anybody that you wanted

16   to and to review any documents that you needed to and, in fact,

17   to consult at length with Mr. Cioffi, the final product is the

18   best answers Chiquita was able to give.

19         Answer:  They were the best answers I could give, yes.

20         The guilty plea only came after substantial legal

21   work.  Chiquita didn't walk into the courtroom in Washington DC

22   on March 19, 2007, without having done very serious legal work

23   in advance of entering its guilty plea, correct?

24         Answer:  We did.

25               THE COURT:  Mr. Scarola, you need to slow down when
```

1    you're reading.  That's from the testimony in the trial,
2    correct?
3            MR. SCAROLA:  Yes, this is trial testimony, your
4    Honor.
5            THE COURT:  Okay.
6            MR. SCAROLA:  Our legal team prepared extensively for
7    the activities that were associated with the final proffer and
8    plea agreement.  A lot of legal work continued to go on with
9    regard to these extremely significant matters during that
10   period of time, correct, Ms. Howland?
11           Answer:  That is correct.
12           Before June of 2018, which is when Ms. Howland's
13   deposition was taken, Chiquita had a decade plus of time,
14   involved for well over a decade, in investigating, researching,
15   evaluating, assessing, the facts and circumstances about which
16   Chiquita was being questioned in June of 2018?
17           Answer:  Yes, 11 years.
18           Question:  So if we measure from 2003 to 2018, we're
19   looking at more than 15 years, right?
20           Answer:  Yes.
21           During the period of time from the '80s through the
22   early 2000 years, Colombia was the scene of an increasingly
23   violent civil war?
24           Answer:  Yes, it grew increasingly through that
25   period.

1          Chiquita knew that it was paying illegal groups,

2    including the FARC and the AUC, and keeping those payments

3    secret by using the general manager's account, correct?

4          Answer:  Yes.

5          There was no reference anywhere in the books and

6    records of Chiquita from 1988 through the last payment that was

7    made in February 2004 to these payments having been made under

8    duress, right?

9          Answer:  It doesn't appear anywhere in Chiquita's

10   books.  I don't believe so.  That's correct.

11         Chiquita was informed by a member of its own

12   management that payments to guerilla groups were considered

13   illegal by the Colombian Government and could subject the

14   person making the payments to a 70-year jail term, right?

15         At one point in time I think that was the case in

16   Colombia.

17         Both the FARC and the AUC were illegal terrorist

18   organizations, correct?

19         Yes.

20         And when Chiquita began making payments to the illegal

21   AUC.  All of those payments were reported back

22   contemporaneously to Chiquita's home office in Cincinnati?

23         Yes, Cincinnati was being informed that these payments

24   were being made.

25         Going back to at least 1993, Chiquita's employees in

1   Cincinnati were being regularly informed of payments to the

2   FARC and other terrorist-related individuals and entities?

3        Answer:  Yes, Chiquita was supervising and controlling

4   the payments to illegal groups like the FARC going back to at

5   least 1993.

6   A.   Let's focus on what Chiquita knew after its 15 years of

7   investigation as of June 27, 2018, about the meeting that

8   occurred between Mr. Castanó and Mr. Keiser.  What Chiquita

9   knew as of June 2018 was that Mr. Castanó said he was sure

10  Escobar and Keiser agreed that the guerillas had to be driven

11  out of Urabá and they looked forward to supporting the convivir

12  in achieving that objective.

13       Yes.

14       Chiquita knew as of 2018 that there was a very clear

15  difference in ideology between the FARC and the AUC, correct?

16       Answer:  Between the FARC and the AUC, yes.

17       Now, let me pause there for just a moment.

18       Chiquita spent a lot of time attempting to convince you

19  that there was no ideology of either of these groups.  They

20  were only narco-terrorists.

21       Now, I suggest to you that there was only one reason for

22  them to do it.  Because, obviously, it made no difference to

23  Chiquita if it really was being extorted whether it was being

24  extorted by narco-terrorists or by just plain, ordinary

25  run-of-the-mill extremely violent terribly horrendously violent

1   non-narco-terrorists.  The only reason why Chiquita made an

2   effort, that I suggest failed miserably, because Barbara

3   Howland acknowledges the difference in ideology.

4        You remember we went through this with Ms. Howland, the

5   ideology of the FARC compared to the ideology of the AUC.  And

6   she acknowledged every one of those elements Chiquita knew.  So

7   what difference did it make?  The difference it made was

8   because if, indeed, the AUC was pro government, grew out of and

9   with big business support, including cattle ranchers and

10   plantation owners, that it sided with big business in

11   suppressing labor strikes and union activities, if that's what

12   this organization was indeed all about, then it makes sense

13   that Chiquita never needed to be extorted.  Chiquita shook

14   hands with the terrorist devils and entered into a deal with

15   them.

16        But you know what?  When you get a chance to hear the law

17   from the court and you hear about the elements of a duress

18   defense that Chiquita is obliged to prove, you will see there

19   is no duress defense if you voluntarily put yourself in harm's

20   way.  There is no duress defense, as Chiquita's own lawyers

21   told Chiquita.  If you don't exercise due diligences to get out

22   to extract yourself from the situation, to remove yourself from

23   the violent threats as soon as you can, there was no duress

24   defense.

25        But there never was any duress because Chiquita shook

hands with the terrorist devils and came to an agreement:
Together we are going to oppose the FARC.  We're going to help
you.  We're going to pay your war tax.  We're going to assist
you in bringing in weapons and shipping out drugs.

I digress again.  Can anybody really believe that a
shipment of thousands of AK-47s and millions of rounds of
ammunition coming in in containers labeled rubber balls on an
invoice, a bill of lading directed to Chiquita, is not going to
be recognized as not being rubber balls?

Does that really make common sense to anybody?  Can
Chiquita really believe that eight intelligent people are going
to buy that kind of story?  Oh, yeah, we just helped unload
this.  We had no idea what it was.  Our equipment was being
used.  We didn't charge anything for that service.  And then we
helped destroy all the videotapes, the surveillance tapes,
because our partners requested that.  And when our partners
paid us a $25,000 bribe to help export drugs and the deal
didn't go through, we paid the AUC back $25,000.  Does that
sound like the relationship between an extortionist and a
victim, or does it sound like a partnership?

There was an ideology says Barbara Howland.  They had a
very clearly professed ideology.  On the opposite side of the
FARC, engaged in a civil war against the FARC, was the extreme
right-wing paramilitary known as the AUC.  The AUC was involved
repeatedly in suppressing labor unrest.  Mr. Keiser and

1   Mr. Escobar both said Mr. Castanó did not make any direct

2   threats.  Barbara Howland says I stand by that.

3        What they went on to say, as Mr. Castanó told them, we are

4   not demanding payments in the way the guerillas were demanding

5   payments.  But if you don't pay, nobody will be able to protect

6   you.  Partner with us.  We will be your protection.

7        Is that the threat that you are referring to?

8        Ms. Howland:  Yes, that's the threat.

9        Chiquita really didn't care what the AUC did with the

10  money that the AUC was receiving from Chiquita, right?

11       Answer:  I said that in my deposition, yes.

12       Question:  It was Barbara Howland, spokesperson for

13  Chiquita, speaking after 15 years of investigation who said

14  under oath that Chiquita didn't care what the AUC did with the

15  money that it was getting from Chiquita, right?

16       Answer:  Yes, I said that.

17       Question:  And you said that even though Chiquita knew

18  that the AUC from 1997 on was the cause of the terror in the

19  banana zone, right?

20       Yes.  By 1997, they had driven out the FARC.  They kept

21  their end of the bargain.  They provided Chiquita the

22  protection that Chiquita partnered with the AUC to pay for.

23       Although Chiquita didn't care, Chiquita knew the

24  consequences of the funding that the AUC received?

25       Yes, I mean, they knew about the actions, the atrocious

1    actions that the AUC committed?

2         Yes.

3         Chiquita's own managerial-level employees informed

4    Chiquita that the money Chiquita was paying to the AUC was

5    being used to buy drugs and weapons.  Chiquita may not have

6    cared about that, but they knew it because their own managerial

7    employees told them that, right?

8         Answer:  They knew it.

9         Question:  Chiquita knew that the money it was paying the

10   AUC was funding the purchase of drugs and the acquisition of

11   weapons, and it knew it at the time it was make making the

12   payments, right?

13        Answer:  Yes.

14        After 15 years of investigation, including your

15   conversations with Mr. Cioffi, not only was there no evidence

16   of any physical harm to Chiquita's facilities, operations, or

17   employees in the Magdalena region, the Santa Marta region of

18   the banana zone, there was also no evidence of any physical

19   harm to Chiquita's facilities, operations, or employees in the

20   Turbo region, the Urabá region, correct?

21        Answer:  Yes, that's what my testimony was.

22        Question:  When Chiquita was told in advance that it was

23   going to have this open book test, was told in advance you need

24   to be able to name every individual who made a threat, when the

25   threat was made, to whom the threat was made, and what the

```
 1   threat was, and you appeared on Chiquita's behalf, your
 2   response was I don't have any of that information?
 3        Answer:  Yes.
 4        I do not recall specifically any person at Chiquita who
 5   received a specific threat or was harmed by the AUC.  Those are
 6   the things your deposition says?  Those are the things that you
 7   swore to under oath?  Those are the things that you had an
 8   opportunity to change through an errata sheet?  And those were
 9   the results of 15 years of investigation, correct?
10        Yes.
11        One of the specific topics provided to you in advance was
12   we want to know what's the evidence that there was any duress
13   or any force that led to Chiquita paying the AUC.  You
14   understood that at the time, yes?
15        Chiquita's answer after 15 years of investigation was:
16   No, can't give you anything about that.  Right.
17        Chiquita had, after 15 years of investigation, no
18   information that could identify a single person who was hurt by
19   the AUC or any item of property that was damaged in any way by
20   the AUC, fair?
21        Answer:  Yes.  Fair.
22        Do you remember being told in advance you were going to be
23   asked do any of these claims have no basis, they're not true,
24   they can be disproved, there is -- excuse me, here is the
25   evidence?
```

1      Answer:  Yes, she acknowledges that's exactly what she was

2  told in advance.

3      What you said was, you do not have any information that

4  indicates that any of the persons who have claimed to have been

5  harmed by the AUC either directly or indirectly as a

6  consequence of injuries or deaths suffered by their family

7  members, that any of those claims are not true, no information

8  that any of them are not true, correct?

9      Yes.

10      But of course, that was in 2018.  That was before Chiquita

11  hired Professor Restrepo to conduct his statistical analysis, a

12  statistical analysis that chose to ignore a substantial portion

13  of the documented violent deaths caused by the AUC.

14      One of the questions that you will be asked is did

15  Chiquita act as a reasonable business person?  I'm not going to

16  spend a whole lot of time on this, but the list is long with

17  respect to the unreasonable acts on Chiquita's part.

18      The first one we've talked about, making the choice back

19  in 1988 to enter into a deal with these terrorist devils,

20  paying violent combatants regularly over an extended period of

21  time, violating United States criminal lawsuit prohibiting

22  transactions with federally designated Foreign Terrorist

23  organizations, violating the laws in Colombia by paying violent

24  terrorist organizations.

25      You're going to see some of these things in the jury

```
 1   instructions that you will receive.  I'm just going through
 2   them very quickly.
 3        Failing to follow the advice of your own in-house
 4   counsel to stop paying terrorists, failing to follow the advice
 5   of highly respected outside lawyers to stop paying terrorists,
 6   choosing to ignore the express direction of the DOJ to stop
 7   paying terrorists, operating port facilities in an area
 8   controlled by narco-terrorists engaged in the regular
 9   exportation of cocaine without proper security measures.
10        The list goes on and on.  And some of these things
11   were expressly agreed to by the defendant's own witnesses.
12   Many of them absolutely cannot be, cannot be disputed, although
13   some Chiquita witnesses declined to agree.  But this is the
14   testimony of Manuel Rodriguez.  Those are his initials.
15        MR. CIOFFI:  Your Honor, that's not evidence.  It was
16   offered for identification purposes only.  It's never been
17   admitted.
18        THE COURT:  I agree, it's not been admitted.  But he
19   can show -- the witness signed off on it and indicated whether
20   he agreed or disagreed.  So I'll allow him to present it.
21        MR. SCAROLA:  You can see all of the unreasonable
22   conduct that Mr. Rodriguez acknowledged to be unreasonable.
23        There only needs to be one.  We don't need a whole
24   long list.  We have a long list, but there only needs to be
25   one.  And it's fairly obvious that Chiquita was not acting as a
```

```
 1   reasonable business person beginning in 1988 and making the
 2   choice that it made to attempt to reap the spoils of war, to
 3   enhance its banana profits, and persisting in that decision
 4   year after year after year.
 5          This is the document that you have seen before.  This
 6   was Mr. Devine.  The first statement is the statement that the
 7   parties stipulated, Mr. Devine had made on direct examination.
 8   And giving him the benefit of the doubt, maybe everybody,
 9   including our court reporter, misheard when he says "delay" and
10   took down "pay" by mistake.  But, quite frankly, you delay as
11   long as you have to to extract yourself from the situation, the
12   situation being dealing with threats of violence.  That's even
13   more damning for Chiquita.
14          You never pay.  You delay until you can get out.  But
15   whether you pay until you get out or you delay until you get
16   out, the one thing you don't do is you don't spend eight years
17   making regular payments to violent terrorists.  You don't do it
18   knowing that what they are doing in exchange for giving you
19   protection is taking your money and killing all of the
20   surrounding villagers indiscriminately.  You don't do that.
21          THE COURT:  You've used 45 minutes, Mr. Scarola.
22          MR. SCAROLA:  Thank you very much, your Honor.
23          Chiquita's own lawyers considered Chiquita's extortion
24   defense.  They rejected it.  The defense of duress wears thin.
25   It will not work.  Get out.
```

1          The Federal Government considered Chiquita's extortion

2   defense.  They rejected it.  They indicted Chiquita after

3   conducting a soup to nuts investigation.  Chiquita came in.

4   They told you we told the Federal Government everything we've

5   told you about how we didn't have a choice.  We had to make

6   these payments to protect lives.  And the Federal Government

7   said, well, we've heard what you've had to say.  We're going to

8   conduct a soup to nuts investigation, and we're going to decide

9   whether you were really forced to make these payments or not.

10  And the Federal Government rejected Chiquita's extortion

11  defense the same way any reasonable person must reject

12  Chiquita's claim to have been justified in sacrificing the

13  lives of thousands of innocent Colombian men, women, and

14  children in exchange for banana profits.

15          I suffer the frustration after 17 years of having

16  much, much more to say to you.  And I do have, I do have the

17  benefit of getting up and speaking to you once again.

18          But I ask please that you give my co-counsel the same

19  attention that you have given me, which we greatly appreciated,

20  the same attention that you have shown throughout this trial,

21  which we greatly appreciated, and I thank you once again for

22  the extraordinary sacrifice that you have made and that you

23  continue to make.  Thank you.

24          THE COURT:  Thank you, Mr. Scarola.

25

1                   **CLOSING ARGUMENT BY MR. GARCIA**

2          MR. GARCIA:  Good morning.  May it please the court.

3          Good morning, folks.  It took me 20 minutes to get

4   out of bed this morning, and now I have 20 minutes to talk to

5   you about four deaths.  I'm going to do my very best to

6   synthesize the information that I'm going to provide to you.

7          So as I was thinking about it, there are three things

8   that I want to talk to you about.

9          Number one, I need to remind you who our clients are.

10  I'm with the Searcy Denney Law Firm in West Balm Beach.  Along

11  with Victoria Mesa-Estrada and Mr. Scarola, we represent four

12  of the nine families in this lawsuit.

13         Number two, I'm going to review the evidence that

14  proves that each of the families' loved ones were killed by the

15  AUC.

16         And number three, I'm going to address the issue of

17  damages.  In our system of justice, the way that you right a

18  wrong is through monetary damages.

19         I'm going to explain the rules to you.  I'm going to

20  suggest an approach on how to calculate them.

21         THE COURT:  Mr. Garcia, I don't believe that

22  microphone is doing any good.

23         MR. GARCIA:  How about now?

24         THE COURT:  That's better.  Thank you.

25         MR. GARCIA:  Thank you.

 1          You're going to get a verdict form.  I'm just going to

 2   show you the first page so that you can see how the names

 3   appear just as reminder.

 4          I've highlighted the clients my firm represents.  The

 5   shorthand reminder is Cardona, Machado, Restrepo, and Villa.

 6   That's how they're laid out.

 7          This happens to be question number one which asks you

 8   whether the AUC killed each of these people.  We'll discuss

 9   this in a moment.  Suffice it to say we believe the answer to

10   all of those questions is yes.

11          Before I introduce you to each of the families, I want

12   to dispel a misconception, a common misconception with you

13   about damages, and that is in this case you are not being asked

14   to evaluate and place a value on the deaths of these

15   individuals.  What you are being asked to do is to evaluate the

16   loss experienced by each of their survivors, be it a surviving

17   child, a surviving parent, or a surviving spouse.

18          And when you get to the end of the verdict form, at

19   page 8, you will see that there are individual lines for each

20   of the individuals who testified in this case.

21          Chiquita's decisions had ripple effects beyond the

22   folks who testified here.  But for purposes of this trial, what

23   you are being asked to do is to consider the damages

24   experienced by each of the individuals who came here to

25   testify.  That was the judge's order.

1          Okay.  So, let's review and get reacquainted with each
2   of the families quickly.

3          You can go ahead -- put everything up.  Thanks.

4          So, the first family you heard about were the children
5   of Libardo Villa.  There's some key information contained in
6   this demonstrative exhibit that you should take note of,
7   because it will relate to how you could approach the
8   calculation of damages.

9          Here's what we know.  Here's what the evidence has
10  shown.  Libardo Villa died on November 4, 1998.  He was 72
11  years old.  It has been 25-and-a-half years since his death.
12  That's an important data point for you to jot down.

13         Next, for each of the children who came here to
14  testify, we've noted their ages at the time of Mr. Villa's
15  death.  They appear in parentheses.  They range from the
16  oldest, Luz Marina, age 42, to the youngest Norela, age 10.

17         Another data point for you to consider is their age
18  when they came here to testify.  Again, 25-and-a-half years
19  elapsed.  So when they came here to testify 17 years after this
20  lawsuit was filed, Luz Marina was 68, Norela was 36.

21         The reason why their ages at the time of their
22  father's death is important is that it has an impact upon how
23  they responded to his death, because they were at different
24  stages in their life.  So, the effect of a father's death is
25  going to have a different impact on a ten-year old daughter

```
 1    than it does on a 42-year-old daughter.  Does that make sense?

 2           Okay.  So, going back to the example that you're not

 3    here to evaluate the value of Mr. Villa's death, you heard

 4    testimony that his children were the product of three free

 5    unions.  Okay.  That's something that's recognized in Colombia.

 6           You heard his oldest daughter tell you that she loved

 7    her father, but she didn't condone that aspect of his

 8    lifestyle.

 9           You heard Chiquita's lawyers cross-examine each of the

10    children to remind them, oh, well, you're from this free union,

11    you're from that free union.  It's irrelevant, because you are

12    not making a decision based upon Mr. Villa's lifestyle choice.

13    You are making a decision based upon the loss that each of his

14    seven children experienced.  And what did you hear?  What did

15    you hear?  He was a good dad.  He was present.  He was

16    involved.  That's what you have to consider.

17           Moving right along, the next slide on the issue of did

18    the AUC kill Mr. Villa.  You heard that El Aleman, AUC

19    commander, confessed to his killing in the presence of four of

20    his children.  The evidence that the AUC killed Mr. Villa is

21    undisputed.  Nevertheless, you will probably hear Chiquita call

22    into question the reason why he was killed.  And if you hear

23    that, ask yourself, is it relevant?  Does it really have

24    anything to do with the fact that the AUC killed him, or is it

25    just rank speculation?
```

 1          Another reason why the undisputed killing by the AUC

 2     of Mr. Villa is important is that it supports the opinions that

 3     you heard from Professor Restrepo Oliver Kaplan.  You heard

 4     from Dr. Kaplan that he conducted an exhaustive analysis of

 5     data, he actually went to Colombia, he was boots on the ground,

 6     in order to evaluate both from a temporal standpoint, during

 7     the relevant time period, the areas where the deaths occurred,

 8     near the banana plantations, and the modus operandi of the AUC.

 9          With respect to Libardo he concluded that it was 89

10     percent likely.  We have to prove these issues by a

11     preponderance of the evidence, greater than a 50 percent.  The

12     overwhelming evidence, putting aside the confession, is that

13     the AUC killed him.  So I just put this up here to reinforce

14     the validity of Professor Kaplan's methodology, because

15     obviously with the confession, the proof is 100 percent that

16     the AUC killed Mr. Villa.

17          So let's get to damages.  So, in our system of

18     justice, you have to place a value on the losses.  And when we

19     say "losses," what are we referring to?  In order to understand

20     what each of these individuals lost as a consequence of the

21     tragic death of their father, you have to understand what they

22     had before.  We know from the evidence that they had a quality

23     of life.  They were happy.  They were loving.  This relates to

24     everyone, every victim in this room.  They had a happy life.

25          A tragedy occurs and the rug is pulled out from under

```
 1    them, their life is turned upside down, and now they're here.

 2    And so what you have to attempt to calculate and place a

 3    monetary value on is the difference between what was there

 4    before and what they had after the death occurred.

 5           And so I've provided you with some examples of the

 6    testimony in Mr. Villa's case that you heard from his children.

 7    And so as an example of what life was like before, you heard

 8    his eldest daughter Luz Marina say growing up with my father

 9    was the biggest blessing that God ever gave me.  What was her

10    life like afterwards?  I suffered morally, physically,

11    psychologically, and socially.

12           Her brother said I felt destroyed, affected in my own

13    health emotionally, socially.

14           The other brother, Luis:  It's the hardest thing that

15    anybody can go through to have their father killed.  This is

16    the most difficult thing that any human being would have to go

17    through.

18           His daughter, Arellys said I don't wish any human

19    being to go through all of this that we went through.  It's

20    very hard.  I am 46 years old, and I have yet to come over --

21    to overcome the death of my father.  Again, assessing the

22    quality of life before his death Arellys said, he would protect

23    us from the world.  It's like there were so many things out

24    there, and it was like a hen protecting his chicks.

25           The other sister, Diana, in terms of what her father
```

```
 1    represented to her before he was killed.  My dad was my engine.

 2    He's the one who would push me forward to get ahead.  He would

 3    support me, and he was the person who was always there to

 4    encourage me, to give me support.  He was always there during

 5    all of my most important moments, the happy moments, the sad

 6    moments.

 7            And Fabio testified he was my idol.  He was a

 8    protective father, he inspired security, and lots of

 9    protection.  He was the axis of our family.  He was a demanding

10    man, but also very caring.  He would give us guidance, counsel,

11    he would support us, and still to this day I often get

12    depressed.

13            So what are the elements that you can consider in

14    placing monetary value on?

15            For the loss of a parent, you can consider items like

16    parental companionship.  You heard testimony about the loss of

17    instruction, guidance, mental pain and suffering.  You'll see

18    mental anguish on the verdict form.  What I suggest to you is

19    that you can arrive at a value for each of these elements and

20    then multiply them out times the years of the losses that were

21    experienced.

22            As I said, in the case of Mr. Villa, it's been

23    25-and-a-half years since his death.  His children vary in ages

24    currently from 43 to 68.  They will continue to experience

25    these losses into the future.  You can use your life experience
```

1  and your common sense in order to evaluate how much longer they

2  will continue to experience these losses.  Come up with a total

3  and then multiply it out to get a result that you can fill in

4  on the verdict form.

5          I'll just show it to you.  You're going to see a line

6  in here for something called decedent's pre-death damages.  Let

7  me just cover that real quickly with you.

8          You heard testimony that some people did not die

9  immediately.  I submit to you that for our clients, that was

10  not the case.  The testimony was that they died immediately

11  from gunshot wounds.  They were killed instantaneously.  There

12  was no evidence that any of them suffered.  They died

13  instantly.

14          So for Cardona, Machado, Restrepo and Villa, you can

15  skip that line and just focus on the line for each of the

16  individual claimants.  So let's go on to the next family.

17          You heard from Gloria Eugenia Munoz.  Again, the

18  important data points here are for the death of Miguel Angel

19  Munoz.  He was 19 when he died.  It's been 23-and-a-half years

20  since his death.  His mother was 44.  She was 67 when she came

21  here to testify.

22          On the issue of whether the AUC killed him, you heard

23  from Onelsi Mejia who knew, because she was familiar with the

24  AUC who hung out in her neighborhood, that it was the AUC that

25  killed him.

1          Next slide.

2          You will have in evidence Exhibit No. P1783A, known as

3    ACTA 138 and/or the Hasbun indictment.  You heard testimony

4    from Professor Kaplan about what this document represents, how

5    it was arrived at.

6          Next slide.

7          He explained to you that the process, called the

8    Justice and Peace process, was the product of a law in Colombia

9    that consisted of a number of steps.  An initial investigation,

10   free version testimony where perpetuates come forward and offer

11   in exchange for a reduced sentence the ability to provide

12   testimony regarding the crimes that they committed.  There's a

13   verification process, which means that if it is discovered that

14   the information they are providing is not accurate, instead of

15   facing five to eight years in prison, we go back to 40 to 50

16   years.  So there was a very big incentive for them to provide

17   accurate information.

18         There's a charging hearing, and then there's an

19   acceptance of charges, the guilty plea.  And that's what --

20   it's a brick of a document.  You'll have it there.  It on looks

21   like a phone book.  That's what that represents.  If anyone

22   suggests to you that this was a piece of paper that was put in

23   front of these guys and they signed off on it, that's

24   misleading.  You have to reject that outright.

25         With regard to Miguel, when you get to that document,

1    you'll see that he's victim 490.  You'll see his name.  You'll

2    see his date of death.  And you'll see the name Raul Emilio

3    Hasbun Mendoza, who accepted responsibility for his death.

4         You also have the testimony of Professor Kaplan with

5    respect to Miguel Angel, who was killed in Turbo in 2001.

6    93 percent probability that he was killed by the AUC.  So as if

7    the Justice and Peace process document isn't enough, you've got

8    his opinion based upon his legwork, his very thorough legwork

9    in investigating the cause of death for each of these

10   individuals.

11        Next slide.

12        And so, in this case, you have a mother who lost a

13   child.  And you heard her trial testimony.  Again, in

14   evaluating what she had before versus what came after his

15   tragic death.  She testified he would support me.  With what he

16   would gain from his job, he would give me for my food.  He

17   would pay the rent.  He was always a very happy person.  He

18   would treat me very well.  He would care for me.  He was the

19   one that would do my makeup.  He was always a very happy guy, a

20   very happy person.

21        How did her life change?  I miss him very much.  I

22   used to live with my children.  Once the other children made

23   their own life, I lived with him only because he was never

24   married and didn't go on his own.  For 23-and-a-half years,

25   Gloria has suffered the loss of her son.  And it's not natural,

1    it's not natural for a child to predecease their parent.  And

2    so in her case, we're talking about the loss of a child, the

3    mental pain and suffering that she lost, that she experienced,

4    as a consequence of the premature death of her child.  Next

5    family.  You heard from Pastora Durango.  She's the one who

6    unfortunately lost two kids.  But as the judge explained to

7    you, the only one who was the subject of this lawsuit is her

8    son Waynestey.  And I think I mentioned to you at the beginning

9    of this trial, Wednesday is a good way to remember his name.

10          So, her other son is grayed out simply to point out --

11   this is a reminder that Pastora was the one who lost two kids.

12   Because when you get to the next exhibit, the Raul Hasbun

13   indictment, you'll see both of their names, disregard Jason.

14   This case is about the loss she experienced as a consequence of

15   Waynestey's death.  Does that make sentence?  Do I need to put

16   the other slide back up, with the data points?

17          All right.  Again, we have the testimony of

18   Professor Kaplan.  So, Waynestey was the first one in line in

19   the chronology of deaths that were presented to you.  It has

20   been suggested by Chiquita that the payments to the AUC did not

21   occur until after Waynestey was killed.  And so I want to

22   direct your attention, this is in evidence, to Exhibit P2096A,

23   which is a document that establishes that the payments began

24   before Waynestey was killed.  And you'll see them laid out in

25   that exhibit with the reference points to establish the

1    payments happened before he died.

2            Next slide, please.

3            You heard Pastora Durango's testimony.  My son was

4    very beloved and very caring.  He would come to me and say

5    mommy.  He would call her old lady in Spanish.  It's been even

6    27 -- even though 27 years have gone by, I'm still remembering

7    him.  So her data point is 27 years since the loss.  And again,

8    her case involves the loss of a child.

9            Next slide.

10           Ana Ofelia Torres lost her husband.  You'll remember

11   her.  She was the itty-bitty lady.  She could barely see over

12   the bar in the witness box.  She was so adorable and always

13   smiling.  She was 72 when she came here, but she was 45 when

14   she lost her then 50-year-old husband Ceferino Restrepo.  So

15   again, the data points here are her age at the time of his

16   death.  It's been 27 years since he's passed.

17           Mr. Restrepo's death was witnessed by her then minor

18   son Edilson.  You heard him testify.  I won't go over the gory

19   details but, his father was shot in front of him.

20           Once again, you will find Mr. Restrepo in the same

21   P1783A, the Hasbun indictment.  You will see that it was also

22   corroborated by Professor Kaplan with a 92 percent probability.

23           And you heard the testimony of Ana Ofelia.  She had

24   nine kids.  Two of them passed away.  And she told you about

25   that faithful day.  And her son, who was little, she told us

1    because her dad would give him spare coins when he would come

2    home at the end of the day, who's going to give me the coins

3    now after her father was gone.

4           So, for the loss of a spouse, you're asking to place a

5    monetary value on things like the loss of companionship, the

6    loss of protection, the mental pain and suffering, again, from

7    the date of death.

8           So, those are the elements.

9           In conclusion, there's a very tragic aspect of this

10   case, and it has to do with the manner of death.  And I told

11   you in openings that when a loved one dies under circumstances

12   that are sudden, unexpected, tragic, and unjust, it intensifies

13   the grief that the loved ones experienced.  And that was on

14   full display with the testimony of every single child, spouse,

15   or parent that you heard testify.  They recalled the day that

16   their loved one was murdered as if it happened yesterday.

17          What does that tell you as a human being?  These

18   people are still in pain.  The wounds have not healed.  This

19   experience is still raw, and they have not achieved closure.

20          What they experienced can be described in one word.

21   It was a horror.  It was an absolute horror.  And a horror is

22   an overwhelming and painful feeling caused by something

23   frightfully shocking, terrifying, or revolting.

24          In the end, what you are being tasked to do in this

25   case is to attempt to balance the scale and restore what these

1    families have lost and place a monetary value on it given the

2    horrors that these family members experienced.

3            In order to do justice in this case, I submit to you

4    that the overwhelming evidence supports a starting point of

5    $200,000 per year for each survivor.  And so what do you do?

6    You've already got the data points of what the past losses are.

7    On average, 25 years.  Times 200,000, that's a past loss of

8    $5 million for each of the surviving children, parent, or

9    spouse.

10           When you deliberate, you can take into account their

11   current age and arrive at a reasonable value for their future

12   losses.  And so that if you determine that the total amount is

13   30 years, then what you fill out in the verdict form is

14   $6 million.  And if it's 40 years, then it's $8 million.

15           In our system of government, you can elect officials

16   to speak on your behalf, even if indirectly.  Our system of

17   justice is a very direct form of decision-making.  You are

18   charged with evaluating all of the evidence and deciding

19   whether people or companies behave as they should, whether

20   they're responsible or not, and in the context of what I've

21   discussed, evaluate and place a value, a monetary value on the

22   losses.  That's what our system of civil justice requires you

23   to do.

24           You've got a challenging job ahead of you.  I commend

25   you on your service.  I apologize for the extent to which

```
1   you've had to tolerate us over the past six weeks and for

2   having to bring you in such a tragic case.

3            Our clients are back in Colombia.  They're obviously

4   not here to listen to how we sum up our cases, but what will be

5   important is that they hear your verdict so that they can have

6   closure as well.

7            They told you they trust in our system of justice.

8   And based on the close attention that you've been paying and

9   the copious notes that you've taken, we can all tell that you

10  trust in our system of justice as well.

11           Thank you for your time.

12           THE COURT:  Thank you, Mr. Garcia.

13           We're going to take a recess before we hear from the

14  next attorney for the plaintiffs.  So let's take a 15-minute

15  recess.  Don't discuss is the case or form any opinions yet.

16  Leave your notes.  And we'll see you in 15 minutes.  Thank you.

17           THE COURTROOM DEPUTY:  All rise.

18       (Thereupon, the jury exited the courtroom.)

19           THE COURT:  All right.  We'll see you in 15 minutes.

20  Thank you.

21                       (Short recess had.)

22           THE COURT:  Please be seated, everyone.  Are we ready

23  to proceed?

24           MR. SCAROLA:  Plaintiffs are ready, your Honor.

25           MR. CIOFFI:  Defense is ready, your Honor.
```

```
 1              THE COURT:  Mr. Wichmann, are you up next?

 2              MR. WICHMANN:  I hate to speak without the

 3    microphone, Judge.

 4              THE COURT:  You're up next?

 5              MR. WICHMANN:  Yes.

 6              THE COURTROOM DEPUTY:  Please rise for the jury.

 7         (Thereupon, the jury entered the courtroom.)

 8              THE COURT:  Welcome back, ladies and gentlemen.

 9    Please be seated, everyone.

10         Ladies and gentlemen, we're going to hear from

11    Mr. Wichmann.

12              MR. WICHMANN:  May I proceed, your Honor?

13              THE COURT:  Yes.

14              CLOSING ARGUMENT BY MR. WICHMANN

15              MR. WICHMANN:  Thank you.

16         One of the advantages to going after Mr. Scarola and

17    Mr. Garcia is that there are a lot of things I don't have to

18    cover now.  So I'm going to be as brief as I possibly can and

19    allow some more time for my colleagues.

20         After the AUC was designated as a Foreign Terrorist

21    Organization by the U.S. Government, after Chiquita's

22    independent lawyers told them do not pay the AUC, in August of

23    2003, an innocent farmer, Albeiro, was on his way back home

24    from market with his eight-year-old daughter Nini at his side,

25    holding his hand, when he was murdered at close range by an AUC
```

1    gunman.

2           How do we know that the gunman who killed Albeiro in

3    front of his daughter was an AUC member?

4           First slide, please.

5           Again, the same graph that Mr. Garcia showed you and

6    went over.  Professor Kaplan determined that Albeiro, which has

7    got the yellow line around it, was a 97 percent probability

8    that his death was caused by the AUC.  He cited a confession by

9    Mangones, who had the nickname of Scissors, as having confessed

10   to being responsible for this crime, as well as other

11   background information and other sources, one of which was the

12   CINEP database which is a human rights database run by the

13   Jesuits by the Catholic Church.  Albeiro was named as a victim

14   in that report, and I'll talk to that -- talk more about that

15   in a moment.

16          Chiquita brought you Professor Restrepo, who told

17   you -- who had said in his writings and testified here in court

18   that before he was retained by Chiquita as an expert witness,

19   he wrote killings are caused primarily by illegal right-wing

20   AUC paramilitaries in the Banana Zone.

21          Paramilitary killings, he wrote, are overwhelmingly

22   intentional at close range so that they accomplish their goal,

23   terrorize civilians.  Sounds just like Albeiro's murder.  He

24   even said, before Chiquita hired him at $500 an hour to come

25   and testify, that paramilitaries were a colossal menace to

```
1    human security in Colombia.
2            Now, also we have a verdict form, same verdict form as
3    Mr. Garcia pointed to you, and my client, husband and father,
4    is the second on the list, Albeiro Antonio Molina Roman.  The
5    evidence shows that the AUC was responsible for his murder at a
6    97 percent certainty.  We suggest you check yes for that.
7            Plaintiffs' 991, please, A.
8            And this is the family before, obviously, this
9    horrible act occurred.  On the far left is Janeth Rivera Vargas
10   who was unable to attend this trial but testified with her
11   daughter via videotape.  And we'll get into that in a moment.
12   And on the right was Albeiro, her husband Nini's father.
13           Talk about childhood sweethearts.  She testified they
14   met when she was 13 years old and married when she was 15.
15   Albeiro was older.  He had to leave home when he was 11 years
16   old to go work on the farms.  She did not complete school and
17   did not actually go to school until she was 31 years old.
18           Their dream was their farm in Magdalena called El
19   Cinizo.  She had a lot of children, and they lived a life where
20   they had plenty of food to eat and plenty of things to do on
21   the farm.
22           Nini -- 1991B, please -- had a special bond with her
23   father.  She considered herself the only child -- the only
24   daughter to Albeiro.  Although there were other brothers and
25   sisters, her mother testified she followed her father around
```

1  like Albeiro's shadow.  She used to look forward to

2  accompanying him to take his produce to the nearest city to

3  sell.  And the last thing Janeth saw of them together was on --

4  a couple of days before he was murdered with Nini sitting on a

5  donkey and Alberio walking with his daughter into the farm --

6  into the -- into the village to sell his produce.

7      On the way back, and this was Nini's testimony, she

8  described what she remembers as a person who suffered this

9  psychological trauma at age eight.  What she remembers was

10 there was a person standing up on the train tracks who was

11 wearing a white sweater.  He had long jeans and a cap, a ball

12 cap.  He had his hands behind him.  He asked my dad something,

13 and he started to shoot at him.

14     I asked her, did you remember -- do you remember if he

15 asked your father his name?  Yes.

16     Now, Professor Kaplan came in and said, yes, there's

17 an entry in the Jesuit database, and there's a misspelling on

18 the name.  It's Albeiro and it's Molina and it's Antonio.

19 They're all in there, but they're not in the proper order.

20 Same date, same location.  He said, but there's a different

21 description of how the death occurred.

22     Okay.  Bear in mind, she's eight years old when this

23 happens, and she's lived with this trauma for all these years.

24 And what she remembers happened after her father was murdered

25 at close range is I was trying to let go from my dad's hand.

1    Dad was stronger, and he would hold on.  And I could only see

2    every shot or each shot.

3         Then defense counsel, when he had a chance to examine

4    her, he asked, and you did not report your father's death to

5    the police because you believed the police could not help you,

6    correct?  And her response while she was weeping, I was eight

7    years old.

8         Not good enough for Dr. Restrepo.  Good enough for the

9    Jesuit database.  That together with Carlos Mangones'

10   confession.  Not good enough for Dr. Restrepo, Professor

11   Restrepo, but good enough, we submit, for this jury to amount

12   to a 97 percent probably probability that this man was murdered

13   with -- in front of his daughter by an AUC gunman.

14        So, Nini was traumatized.  Her mother, as you'll see

15   in a minute, was crazed with grief and fear.  They moved

16   immediately the whole family from the farm El Cinizo out of

17   terror to the big city Barranquilla where they had family.  It

18   was there that Nini attempted to readjust to life.  She was

19   asked, did you receive therapy from a therapist?  Yes.  And did

20   it help you?  This is what she said earlier this year.  A

21   little.  Up until today, it is still difficult to talk about

22   this subject.

23        And I'm going to read to you, to refresh you, the

24   testimony from her mother about Nini in a moment.  But I asked

25   Nini, while she was sobbing for nearly 40 minutes during her

testimony, what do you miss about him?  The testimony was

everything.  To see him arrive at the house, sweaty, dirty,

taking his food to him.  When he would arrive very tired, he

would lie face down.  He would tell me to climb upon him, walk

on his back because his back hurt him very much.  I miss when

he would remove his mustache.  He looked like another person.

Now, Janeth, who lost the man she married at age 15,

testified about the moment she heard her husband had been shot

to death by an AUC gunman.  She said, well, at the moment, I

thought it was a lie.  But having looked and considered the

threats and the person who went to tell me, hugged me and said

Janeth, I'm sorry, but Albeiro, they killed him, they killed

him this morning.

Now, Dr. Kaplan talked to you about one of the other

component parts to his analysis that was missing from Professor

Restrepo's analysis, and that is he went to the Banana Zone and

he was able to determine where the killings may have been by

unknown paramilitaries, that that was a zone, the Banana Zone

that was controlled by one group of paramilitaries, the AUC.

That was an added component that he had to his methodology that

Professor Restrepo found inconvenient.

That day Janeth said, my mom was there with me, and I

said to my mom right away, mom let's go.  What are we going to

do?  And we came into town, and I didn't know my daughter, how

my daughter was.  And when we got to town, we came into town,

1   me and my mom, we got to town, and I asked after my daughter

2   and a man had her.  My daughter was very nervous.  My daughter

3   was in very bad shape.

4          Now, she described how Nini was in the years after her

5   father died by saying Nini lived with lots of fear, she was a

6   girl who would have no relationships with anyone.  She didn't

7   like anyone coming into the house.  And she said, after they

8   killed Albeiro, we moved away.  She didn't want to leave the

9   house.  She didn't want me to leave.  And she would get ill

10  very frequently because of the changing climate over in

11  Barranquilla versus Magdalena, where they did live.

12         Next slide, please.

13         And she also said, well, there were times when they

14  would take Nini to give her food, referring to the foundation

15  that provided food support and psychological care for Nini, she

16  said.  And she was also treated psychologically at the

17  foundation because she was very affected, because she was

18  present at the death of her father.

19         Her mother said she was left with a psychological

20  trauma.  Her mother went on to say, well, the problems were

21  that she didn't want me to go outside and that no one should

22  come to the house because she would felt that we were -- that

23  they were going to kill us.  And she wouldn't sleep.  She had

24  nightmares.

25         Then, in the translation, from Turbo she said, have

nightmares.  She went on to say she would tell me that she

couldn't sleep, that she would remember her daddy, that she

missed him very much.  And then she started to go to school.

And then, when it was Father's Day, it would hit her, it would

really hit her hard.

So on Father's Day she didn't like to go to school.

That month was very hard for her, because the whole month the

kids would talk about -- the children would talk about their

fathers, and she didn't have one.  I asked her, how much time

did she miss from school because of this?  She lost about two

years.

Now, I submit to you, you saw her testimony by

videotape.  She wept the entire testimony.  She is a remarkable

young lady.

The defense counsel made a point that she worked at

one time as a cocktail waitress at the Aladdin Casino.  She

said to him, yes, and now I am the supervisor there.  I

supervise 15 people.  He went on to ask her, do you have a

boyfriend?  She said no.  Not stopping there, he also asked

her, what about your mom?  Does your mom have a husband?  Does

your mom have a boyfriend?  She said, no.  And she said, we all

still live together.

Now, I'm not going to go over the elements of damage,

because my colleague, Mr. Garcia, went over them I think better

than I could.

```
 1            I would like to show you the verdict form just so you

 2     can see, my client -- my clients are Jeanette Rivera Vargas,

 3     wife; Nini Johana Molina Rivera, daughter; the decedent is

 4     Albeiro Antonio Molina Roman.

 5            There is a line for decedent's predeath damages.  We

 6     suggest that that is not applicable to this case since the

 7     murder was at close range, just the way the AUC did it, and the

 8     death was instantaneous.  But there are two lines, one line for

 9     each of my clients damages above that.

10            Like Mr. Garcia, please, we suggest that the award of

11     damages is entirely in your discretion.  But we suggest you

12     take into account the 20 years that have elapsed at this

13     trial as no other.  This child has no father, no guidance to

14     help her through this life, her own traumatic mental anguish

15     and psychological pain and suffering.

16            We suggest you consider Janeth, who married Albeiro at

17     age 15 and has never remarried.  We suggest you consider her

18     mental anguish of what she had to go through dealing with her

19     husband's death, her daughter's psychological trauma.  Twenty

20     years.  She is now 51 years old.  She was 31 when this

21     happened.  Nini is now 28 years old.  She was eight years old

22     when this happened.

23            So we suggest you use the same formula or a similar

24     formula as to the formula suggested by Mr. Garcia to make an

25     award somewhere in the range of between 6 and $9 million.
```

1          Now, again, it is within your sole discretion.  What I

2    am suggesting is a formula in an attempt to take into account

3    what this family has been through and as Mr. Garcia's family.

4    There are other members of the family, but they have not chosen

5    to be part of this lawsuit, so they are not on the verdict

6    form.  It is those two members of the family, Janeth and Nini.

7          So again, I want to be brief, but I thank you for your

8    attention, and I'm sure you will provide the same level of

9    attention to my colleague who follows.  Thank you.

10         THE COURT:  Thank you, Mr. Wichmann.

11         MS. JORDAN:  Is the sound coming in okay?

12         THE COURT:  It sounds like it.

13         MS. JORDAN:  Great.  May it please the court.

14         THE COURT:  Yes.

15              **CLOSING ARGUMENT BY MS. JORDAN**

16         MS. JORDAN:  Good morning.  It's nice to see you

17    again.  I know it's been a while, but as a quick reminder my

18    name is Miriam, and I'm one of the lawyers for Victor Palencia

19    Gomez.

20         Now, when I first spoke to you six weeks ago, I told

21    you the story about two clients.  But today, you only need to

22    come up with a verdict for the murder of Carlos, Victor's son.

23         On behalf of my colleagues, from EarthRights

24    International and Cohen Milstein, we want to thank you for

25    giving the time to give our plaintiffs their day in court.

```
 1   Seeking justice in another country that is far away and where
 2   you do not speak the language requires bravery.  You have seen
 3   our plaintiffs put their trust in the U.S. legal system.  And
 4   this, I think, should signal to you the important role you're
 5   about to take on.
 6           May I have the slide, please?
 7           The Judge is going to instruct you that the law
 8   requires the plaintiffs to prove by a preponderance of the
 9   evidence that the AUC murdered their loved ones.  And we have
10   done that for all of the victims in this case, including
11   Carlos.
12           I want to briefly reintroduce you to Carlos.  Carlos
13   was a banana worker who was killed by the AUC on September 24,
14   2,000.  He was 18 years old.  And he died in the Turbo region
15   where Chiquita had farms and a banana port -- or in a port to
16   ship its bananas.
17           Carlos leaves behind his father, Victor, our
18   plaintiff, and three sisters, Ana Maria, Karina del Pilar, and
19   Gisel.
20           And just to clarify, our only client for this case is
21   Victor.  So you will only see his name on the verdict form and
22   not the names of Carlos' sisters.
23           So, during the opening statement, Chiquita claimed
24   that we can not prove who killed Carlos.  And I want to read an
25   excerpt.  Defense says, no one could attribute it to a
```

1     particular perpetrator.  No one told you the identity of the

2     killer.  No one told you that he confessed.

3          But this assertion is incorrect.  So let's go back to

4     September 24, 2000.  We are in Turbo and Carlos is living in

5     Nueva Colonia where Chiquita had its port, and he was walking

6     down a road with his friend Maria to catch a bus.  Maria

7     testified via video deposition that she saw a man coming

8     towards them on a large blue and white motorcycle.

9          Maria knows this man.  He's AUC commander Gilberto

10    Camacho.  Camacho stops the motorcycle by Carlos and Maria.  He

11    tells Carlos to get on the motorcycle, and Carlos does so

12    because he had no choice.  They leave, and Maria is left behind

13    scared for her friend because he just left with a dangerous

14    man.

15         And afterwards, Maria goes to the house of Carlos'

16    father Victor.  And you heard Victor tell you that Maria told

17    him that Carlos was abducted.  And when he found out that

18    Camacho was involved, Victor was also terrified.  He knew

19    Camacho.  They worked together for years at a banana farm that

20    was a supplier for Banadex.

21         And at the time of Carlos' death, Camacho was a

22    commander of the AUC.  Victor told you that he was forced to

23    attend meetings that Camacho had organized.

24         And Victor had another reason to be scared for his

25    son.  A few days before Carlos died, he had something to tell

1    Victor.  He was scared, anxious, nervous.  He told Victor that

2    he was falsely accused of stealing some supplies from the

3    banana farm where he worked.  And Carlos told Victor that he

4    was afraid of being targeted by Camacho.

5            After Maria told Victor that Carlos was taken by

6    Camacho, Victor learned that his son was dead.  Carlos was

7    killed by a gunshot and his body was dumped in a farm, and he

8    was only 18 years old.

9            Victor saw the body of his dead son.  After Carlos'

10   murder, Victor bravely confronted Camacho asking why he had

11   killed his son.  And Camacho confessed to the murder.  And he

12   said, and I quote, that he killed him because he was immersed

13   in drugs, and that's why he killed him.  Victor told you this

14   was a lie.  Carlos was never immersed in drugs.

15           And unfortunately, after Camacho's confession, Victor

16   received a death threat.  Someone from the AUC told him to stop

17   investigating his son's murder or else they would do something

18   to him.

19           And so it's important to keep in mind that for Carlos'

20   murder, we have told you who the perpetrator is and he

21   confessed.

22           And if that's not enough, we have also presented other

23   evidence proving that the AUC was responsible for Carlos'

24   murder.  I know you heard about this multiple times, but I'm

25   also going to refer to ACTA 138, also known as Raul Hasbun

1    indictment.  You also heard the expert testimony of

2    Professor Kaplan, and you also heard relevant testimony from

3    the AUC commander Antonio Hoyos.

4          ACTA 138 contains -- or the indictment of AUC leader

5    Raul Hasbun, and he was charged for various murders, including

6    the murder of Carlos.  You can see his name listed as

7    Victim 506.

8          Professor Kaplan provided some context for this

9    indictment.  This was the result of confession from Hasbun and

10   extensive investigation, corroboration, and verification from

11   the office of the Colombian attorney general.

12         And in addition, Professor Kaplan explained how

13   Carlos' murder fit the pattern of AUC killings.  You can see on

14   Professor Kaplan's slide, the AUC targeted individuals

15   perceived as socially undesirable, including suspected

16   criminals and drug addicts.

17         And Carlos' body was dumped in a farm.  And this is

18   another pattern of an AUC killing.

19         Professor Kaplan also provided this helpful graph

20   which shows that Carlos was killed in Turbo, a region with a

21   high amount of AUC violence.

22         And in addition to prosecutor's expert testimony, we

23   also have the testimony of AUC Commander Hoyos.  He confirmed

24   that the AUC targeted those who were suspected of having

25   something to do with a common crime.  In fact, the year before

```
 1   Carlos was killed, Hoyos received an explicit order from his
 2   hire-ups to terminate anyone that had something to do with a
 3   common crime.  And so I think this is another example of how it
 4   is clear that the AUC was responsible for Carlos' murder.
 5            And so, just a quick recap of the proof we have
 6   presented, you have the testimony of Maria who told that
 7   Camacho abducted Carlos.  You have the testimony of Victor who
 8   told you that Camacho confessed.  We have Hasbun's indictment
 9   which recognizes that the AUC was responsible for Carlos'
10   murder.  We have the testimony of Professor Kaplan which
11   provides helpful context and shows that his murder fit the
12   pattern of AUC killings, and we have that as well through
13   Commander Hoyos.
14            So this means that we have met our burden of proof.
15   The preponderance of the evidence shows that the AUC murdered
16   Carlos Palencia Sabaja.
17            I want to go back to a portion of defense's opening
18   statement where they said no one could tell you who the
19   perpetrators were because no one knows.  That is incorrect.
20            And once you find that Chiquita is liable for Carlos'
21   killing, which as my other colleagues explained is a result of
22   Chiquita aligning itself with the AUC to advance its business
23   operations in Colombia, we ask that you find that the
24   preponderance of the evidence also shows that Victor is
25   entitled to damages for his suffering and the suffering of
```

1   Carlos before he died.

2          Now, I'm not going to go into the methodology, but I

3   want to reaffirm what Mr. Garcia, the tall lawyer, and

4   Mr. Wichmann just said.  We want you to apply that same

5   methodology for determining fair and just compensation for

6   Victor and Carlos.

7          Losing a child is horrific.  It's unimaginable.

8   Victor bravely sat over there telling you about his son.  And

9   you probably noticed that he's a stoic man.  And when you're

10  thinking about how to compensate him for the loss of his son,

11  here are a few suggestions of things you can consider.

12         His physical and emotional pain and suffering,

13  emotional distress, mental anguish, loss of companionship.  And

14  I want you to think about what Victor has suffered and what he

15  will continue to suffer.  And he has been enduring this loss

16  for 23 years.

17         And I've included some portions of his testimony so

18  you can better understand how Carlos' death affected him.

19         Victor saw his dead son's body.  He told you I felt

20  anguish, pain, humiliation, torture.  Victor was, of course,

21  emotionally distressed when he received a death threat for

22  trying to find answers about who murdered his son.

23         Someone from the AUC told him we will bury you and

24  your small plot of land if you continue to investigate.  Victor

25  had to stop working on his farm because he was terrified.  And

1   Victor also told you that he never, ever thought he would have

2   to bury his first born.  His only son.  He told you that when

3   he thinks about his son's passing, he lacks his companionship,

4   his service, his support as he gets older.

5        And Victor feels the loss of his son more day by day.

6   The sense of loss has compounded over the years.

7        And Victor has also had to see the impact of Carlos'

8   murder on his family, his three daughters.  Carlos was close to

9   his sister, Ana Maria.  She was only a few years younger than

10  him, and they used to hang out together.

11       Carlos youngest sister, Carol Giselle, was born years

12  after her brother died, so she never got to meet him.  So that

13  means that Victor has the responsibility of making sure Carlos'

14  memory stays alive.  He told you how he would show Carol

15  Giselle a picture of Carlos and tell her stories, because

16  that's all he's able to do.

17       And you also heard more about what Carlos was like as

18  a person.  He was a good son, good sibling, good companion, and

19  also a good student.

20       Carlos had dreams for his life.  He died when he was

21  18.  He had a bright future ahead of him.  He wanted to finish

22  school, go to university and study computers.  And that was

23  taken away from him.  And Victor never got to see his son

24  accomplish his dreams.

25       I did also want to say that we ask that you consider

1    awarding Carlos predeath damages.  And you may consider the

2    physical and the emotional pain and suffering and mental

3    anguish that he experienced before the AUC murdered him.

4         A few things that came out in the testimony that you

5    may consider is the fact that Carlos was suffering mental

6    anguish in the days before he died because he was falsely

7    accused of stealing from a banana farm, and he was afraid that

8    Camacho was going to target him.

9         Maria told you how Carlos was abducted by Camacho

10   before he was shot to death.  I wanted to show you this picture

11   of Victor with a young Carlos and Ana Maria.  And thinking

12   about this picture and what I've just shared with you, we hope

13   that you award Victor fair compensation for what he has

14   suffered and what Carlos has suffered as well.

15        Carlos' family wants you to know the truth, and they

16   want you to hold Chiquita accountable for financing and

17   supporting the AUC at the expense of thousands of Colombians.

18        It is up to you to hold Chiquita accountable for

19   choosing profits over people, and it is up to you to give

20   Victor and the rest of his family closure for Carlos' untimely

21   murder.

22        Thank you for your time.

23        THE COURT:  Thank you.

24                 **CLOSING ARGUMENT BY MR. REITER**

25        MR. REITER:  Members of the jury, your Honor, counsel

1    for defense.

2           I also want to thank you for your service.  And I want

3    you to understand that giving my clients Nancy Mora Lemus and

4    her two daughters and Eugenia Camargo the opportunity to tell

5    their story to you in an environment in which they were

6    protected, where they did not fear reprisal, where they did not

7    fear corruption is worth everything to them.  Everything.

8    Forget the money.  Forget about it.

9           They came here to tell their story because it had

10   never been told before.  And I say to you in this case, of all

11   cases, your service permitted them to get out of their souls

12   something that had festered in them for years.

13          And I say thank you, and I say God bless the American

14   Justice System that gave them the opportunity to do that,

15   because sometimes people don't appreciate what we have in this

16   country.  I think you do now.  I think you do.

17          I want to start where I left off when we first met

18   when I said to you this case is not based on sympathy.

19   Remember when I said that to you, when I made my opening

20   statement to you?  And I meant it.

21          And I'm going to tell you, I am not going to burden

22   you now with the retelling of the story of Nancy Mora Lemus.

23   I'm not going to burden you with a retelling of the story of

24   Eugenia Camargo and his son, Franklin, except in the most

25   minimalistic terms, minimalist.  And I am not going to show you

```
 1    a photograph.  I'm not going to show you a demonstrative, none
 2    of it.  I'm going to rely upon what all of you saw and heard in
 3    this courtroom.  And that's what I want.  I don't need that.
 4    All I need is what you gave us throughout this entire trial.
 5              The subject of sympathy is very important in this case
 6    because, as you remember, every time a witness or a plaintiff
 7    came on the witness stand, defense said we are giving you our
 8    sympathy, Mr. So and So.  We're giving you our sympathy.  You
 9    have our deepest sympathy.  Remember all that?
10              I'm going to tell you something.  The time to have
11    sympathy and concern for our clients was in Colombia between
12    1997 and 2004, not now.  If they had had the slightest concern
13    for our clients, we wouldn't have had this case.  We wouldn't
14    be standing here before you talking about you have our sympathy
15    for these deaths.
16              Is that what this case is all about?  I think it is.
17    I think it is.  They didn't care.  All they cared about was
18    their properties and their employees.  And, you see, the thing
19    is, an employer has an absolute duty to care about the safety
20    of their employees.  Nobody is debating that.  Not a defense to
21    this case.  Not a defense to this case.  Because they also had
22    a responsibility to make sure that what they were doing was not
23    increasing the risk of death and destruction to other people.
24    It's just the old story of am I my brother's keeper.  That's
25    all this case is about.  That's all it ever was about.  That's
```

1    all it ever was about.

2         And Chiquita says, no, I'm not my brother's keeper.  I

3    don't care.  I am simply concerned with my property and my

4    employees.  That's fine.  That's what their corporate -- as

5    learned counsel, co-counsel says, when they put on their

6    corporate hat.  That's where they're at.  I don't think there's

7    a debate about that.  They didn't care about our clients.

8         Let me return to the last thing I said to you when I

9    opened, which is we were counting upon every one of you to

10   decide this case based upon the facts you find and the law that

11   His Honor gives you, and that is the most important thing, the

12   most important thing.  Why is that?  Because that's the

13   objective.  That's the dispassionate.  That's what the law is.

14   It's not sympathy.  It's logic.  It's logic.

15        And His Honor is going to explain to you the rules of

16   law that you must follow in this case, and each and every one

17   of you promised us that you would follow those instructions on

18   the law, and I have no doubt that you will do so.

19        In that connection, co-counsel has brought out the

20   Department of Justice.  And I say to you, ladies and gentlemen,

21   the job of the Department of Justice is to enforce the laws of

22   the United States.  Period, paragraph, end of story.  It is not

23   to give advice to banana companies what they should do or not

24   do.  It's very simple.  They enforce the law that Congress

25   passes, that the President approves, that the Secretary of

1   State administers, and the Department of Treasury administers.

2   Period, paragraph.

3          So with all this mishmash about these discussions back

4   and forth, this, that, and the other thing, where do we got get

5   to ultimately?  Where we get to is this from Mr. Olson when I

6   asked him.

7          And sir, it's true, is it not, that at none of these

8   meetings that you told the jury about did the Department of

9   Justice ever assure you that Chiquita could continue to make

10  payments to the AUC, true?

11          Answer:  True.

12          And it's also true, sir, that at no time during any of

13  these preliminary meetings that you testified to did the

14  Department of Justice ever give you any assurance that Chiquita

15  would not be prosecuted for the payments they had already made

16  to the AUC, true?

17          Answer:  True.

18          And what actually happened, as Mr. Scarola told you?

19  They got prosecuted.  All of this testimony, this one-sided

20  testimony, what they say some Department of Justice person said

21  to you, is utter, utter nonsense.

22          It's so clear what happened here.  So clear.  So, I'm

23  asking you just as the Department of Justice must follow the

24  law and enforce the law, I am asking you to follow the law His

25  Honor gives you and enforce that law that His Honor gives you

```
 1    in this case.  That is what we are asking you to do on behalf
 2    of all of our clients.
 3            I want to talk about my individual clients briefly.
 4    But I feel duty-bound at this point to talk a little bit about
 5    the witnesses that I presented in this case.
 6            Now, you saw that whenever this issue of the guns came
 7    up, it was always me talking about it.  Why is that?  Because
 8    that was my assignment.  We all acted as a group in this case,
 9    and everybody did something different.  Okay.
10            Now, I'm no legal generous, I can tell you.  I know
11    you understand that from what you've observed about me.  That's
12    not my forte.  Okay.  I'm a digger.  Okay.  I dig.  And my job
13    was to dig and find out what happened here.
14            And what happened?  Me and my investigative team found
15    a document.  The document was the statement that Mr. Bello, the
16    security guard at the wharf when those guns came in, had given
17    voluntarily to the Colombian prosecutors long before this case
18    was ever started, long before we ever met him.  And he gave a
19    statement talking about what happened with the Otterloo, what
20    happened with the other gun shipment.  And he also told the
21    Colombian prosecutors that Chiquita had given guns and grenades
22    and ammunition to the AUC, that the AUC was being used to
23    frighten Chiquita employees on the wharf so that they wouldn't
24    steel.  He told you all of these things, very critical
25    information.
```

1          Now, the statement itself cannot come into evidence

2     because it's hearsay.  You have to have a witness to talk about

3     it.  But if there had been anything in that statement that was

4     wrong, you would have heard it on cross.

5               MR. CIOFFI:  Your Honor.

6               THE COURT:  Sustained.  Don't talk about what's not

7     in evidence.  Okay, Mr. Reiter?

8               MR. REITER:  I said it's not evidence.  Thank you,

9     your Honor.

10              Okay.  The point is, you have his testimony.  Okay.

11              Now, defense counsel has been trying to make out that

12    there's something shady about Mr. Bello, that there's something

13    shady about my investigators, there's something shady about me.

14    In effect, did I have lunch with Mr. Bello?  All this mishmash

15    that you've heard about.  Okay.  Mr. Bello's statement was

16    given to Colombian prosecutors long before we ever met him.

17              And the point of this is Bello testified that they

18    knew there were guns, that the Chiquita people came and took

19    the tapes, took everything, and you've never heard of it again.

20    It disappeared.  Same thing that happened with the other one.

21              Now, there was one mistake he made in his statement.

22    He confused the two dates.  He confused what's called the

23    Easter incident, which was at the other port, with the

24    Otterloo.  He gave the dates backwards.  Okay.  Is that a big

25    deal?  I suggest to you it's not.  People make mistake on dates

1   all the time.  But as to the substance of the testimony that he

2   gave, solid as a rock, couldn't shake the man.  And you saw the

3   exit orders.  Every one of them says Banadex on it.

4          So, my point you is this.  We have that.  And from

5   Mr. Bello, we found out about Mr. Ovidio Nunez.  Because

6   Mr. Ovidio Nunez had incredibly detailed knowledge of both

7   Chiquita's actions and the AUC's actions, an amazing position

8   to be in.

9          He's a man who was a Chiquita security guard.  Who had

10  hired him?  Juan Manuel Alvarado and Hermes Hernandez.  Hermes

11  Hernandez, the person that they played on their screen as being

12  their star witness.  Hermes Hernandez was the one that

13  authorized giving grenades.  Hermes Hernandez was the one who

14  authorized giving gasoline.  Hermes Hernandez was the one who

15  pointed out two people to be kidnapped.  And Hermes Hernandez

16  was a person that grew up with Mr. Nunez.  They came from the

17  same town.  They knew each other their whole life.

18          Why was Mr. Nunez the point person when he became an

19  AUC?  Because they knew him.  He had been a security guard.

20  That whole testimony about how the AUC was performing services

21  for Chiquita, they were providing security services, watching

22  the executives when they came, going to the farms when the

23  Chiquita executives came all of that testimony.

24          And that's why this whole story about what was the

25  real relationship.  You see, you can listen to the corporate

1    party line that they gave you.  But when you get down to the

2    ground with your fingers in the dirt, they knew what the

3    relationship was, and they told it like it was.  They told it

4    like it was.  This is not an issue of duress.  This was as,

5    Mr. Scarola said, a partnership.  I would call it something a

6    little more sinister than a partnership, much more sinister

7    indeed.

8           Now, I just want to make a comment on Mr. Acevedo, who

9    I cross-examined.  Mr. Acevedo, his claim to fame was that he

10   was the central figure in an expense account scam, that they

11   used an expense account to pay the AUC.  That was his

12   testimony.  He gave this whole thing, like this is some

13   brilliant scream that they came up with.  It's a perfect

14   example of an expense account scheme where they gave him a big

15   expense account, he took that money, it was then cashed, they

16   gave it to the AUC.  That's his claim to fame.

17          And then he says, oh, I did an investigation of the

18   guns.  And he makes this statement, oh, well, this is just a

19   commercial transaction.  This boat showed up in the harbor and

20   said we need somebody to unload these containers.  And we

21   charged a fee for all this.  And then you heard, sorry, no fee.

22   It's a freebie.

23          Can you imagine?  This was a highly orchestrated, a

24   highly orchestrated operation to get these guns into Colombia.

25   This was not somebody shows up in the harbor and says, oh, can

1    you unload for me?  Do you believe this?  That's the most

2    ridiculous story I've ever heard in my life.  Think about it.

3    Think about it.  Okay.

4         And he says, oh, well, we did an investigation.  Where

5    is it?  Show me the tapes.  Show me the statements.  Show me

6    even a report.  Nothing.  Zero.

7         That's what you've got here.  Okay.  I don't know how

8    much time I've used up.  Probably too much.

9         THE COURT:  16 minutes.  You have used 16 minutes.

10        MR. REITER:  I have four minutes left.  Well --

11        THE COURT:  I'm not putting a four-minute limit on

12   you.  That's your choice among yourselves.

13        MR. REITER:  Will my co-counsel give me another few

14   minutes?

15        MR. SHEARER:  Take your time.  I'm last.  Don't take

16   it all.

17        MR. REITER:  All right.  Let me talk first about the

18   case of Eugenia Camargo, the father of Franklin, and the two

19   people.  When you look at the verdict sheet, it's kind of easy

20   to know which ones are mine because they're the last two.

21   Okay?  Franklin Fabio Fontalvo Salas and Miguel Antonio

22   Rodriguez Duarte, who was Nancy's husband.  Okay?  My two are

23   the last two.

24        We started out with the juvenile case, and you heard

25   three witnesses by deposition testimony.  The one witness who

saw the people driving by on the motorcycles go into the farm,
the second witness who saw Franklin being abducted from the
banana farm, tied up with banana string, put back on a
motorcycle, he's then taken out from the banana farm, and the
same witness sees them on the way out now with Franklin between
the two people.  And they all identified this one person,
El Ruso, who was the known murderer in that area from the AUC.

        And the one picture that I showed in this whole case
was this picture of El Ruso, who everybody identified so
easily.  So, the point is, they knew El Ruso.  El Ruso had
meetings at which he announced I'm the commander, you have to
listen to me, anybody who doesn't do so, we're going to kill
you.  And they knew who El Ruso was.

        THE COURT:  I'm sorry.  Is there an objection?

        MR. CIOFFI:  It's all hearsay.  Not in evidence, your
Honor.

        THE COURT:  Okay.  If it's not evidence --

        MR. REITER:  It is in evidence, your Honor.  Be that
as it may, I'll let --

        THE COURT:  All right.

        MR. REITER:  I just read the whole thing.

        So be that as it may, what happens when you have the
third witness who was the one who found the body and picked up
the body and brought it back to juvenile's home.  And that
witness had something very remarkable and interesting to say.

1   Because the body was left exposed with banana leaves on top of

2   it and two bullet holes in the head.

3          And he was confronted later on by El Tiaras, Carlos

4   Tiaras, whom you've heard about from everybody, who was the

5   leader of the AUC in that particular area.  And El Tiaras says

6   to him -- and this is on cross-examination.  I didn't even

7   bring this out -- why did you move the body that we left there?

8   That's the testimony.  Why did you move the body that we left

9   there?

10          And he says, he was my nephew, he was not a dog.

11   That's the testimony.  But the point is this, why did you move

12   the body we left there?

13          You remember Dr. Kaplan talked about this whole idea

14   of violent display; in other words, they didn't want these

15   people moved.  They wanted these people left there to be seen

16   by others.  It was classic AUC tactics.  It's called violent

17   display.  He explained what it's all about.  They didn't

18   want -- they didn't want him moved.  They wanted people to see

19   what they had done.  So, this is classic AUC tactics.

20          What's the other classic AUC tactic?  The classic AUC

21   tactic was called cleaning or cleansing.  You heard it from a

22   couple of different witnesses, one of them in the -- in this

23   case.  I think it was Sergio.  That they were conducting

24   cleaning operations.

25          Ovidio Nunez told you about cleaning operations.  He

1    said I was not a murderer.  I was doing cleaning operations.

2    That's what they called it when they would go into the

3    neighborhoods and the farms and pull people out and kill them,

4    abducted them and kill them.  That's what they were called,

5    cleaning operations.

6           In the case of Franklin, it's a classic cleaning

7    operation.  His father said, you know, we've heard that they

8    were conducting meetings in the area, the AUC was conducting

9    meetings.  Apparently, Franklin got on the kill list.  They

10   took him and killed him, and that's it.  And they identified

11   El Ruso, who wore a red scarf.

12          I appreciate co-counsel's indulgence.

13          I want you to just listen to the testimony on that.

14          Let me talk about Nancy.  The Nancy testimony of her

15   two daughters was that the individuals that came to the place

16   that day, both wearing Camino pants, they both had weapons,

17   they both had AUC armbands.  That's their testimony.

18          And here again, you have a classic cleaning operation.

19   What do I mean by that?  You remember that after this poor man

20   was killed, they took his body and they put him in the back of

21   a truck, and there were two other bodies in that truck that

22   those poor girls had to sit in the back of the truck with their

23   father's dead body and these two other bodies.

24          So this wasn't some kind of, you know, targeted

25   killing just for this individual.  This was a classic AUC

1   cleaning operation.

2          And as far as the issue, you know, there's an issue

3   that they raised that Nancy gave a statement to the coroner,

4   whatever you want to call it, that conflicted with the idea

5   that it was the AUC, that it was the power of the guerillas who

6   killed this individual.  And she told you why she said that.

7   Because they had threatened to kill her and her daughters if

8   she accused the AUC.  And can you imagine her state of mind at

9   the time that she had just gone through?

10         Okay.  That statement that she gave is why she is

11  alive to testify before you today.  If she had given a

12  statement that the AUC killed her husband, we wouldn't be here

13  with Nancy, we wouldn't be here with her daughters.  Okay.

14         Think about how many sins, how many sins Chiquita has

15  tried to wash away with this idea, oh, we were afraid, we were

16  afraid to report the drugs, we were afraid to report the guns,

17  we were afraid to do anything.  But when it comes to Nancy, who

18  had just had her husband killed in front of her and her

19  daughters, that was her lease on life, was what she said there,

20  instead of her death warrant.

21         Let me say one other thing.  And I apologize to

22  co-counsel.  I'm going to leave it to you to assess damages for

23  these people.  They said to you whatever the jury awards is

24  okay with us.  I think the range that was suggested to you in

25  the range of 5 to $9 million or 6 to $9 million is totally

1    appropriate in this case.

2            In the case of Nancy, there is an element of predeath

3    injury to Miguel being marched down and having his throat cut

4    in front of his children.  I think you should include that.  As

5    far as the other case, no.  Because we can't prove that he did

6    suffer.

7            Ladies and gentlemen, I thank co-counsel and I thank

8    all of you for your kind attention in this case.

9            Thank you, again.

10           THE COURT:  Thank you, Mr. Reiter.

11           Mr. Scherer.

12           MR. SCHERER:  Well, I'm trying to get this thing on

13   here, your Honor. I hope you haven't started my time yet.

14           Thank you.  May it please the court.

15           THE COURT:  Yes.

16                  **CLOSING ARGUMENT BY MR. SCHERER**

17           MR. SCHERER:  Ladies and gentlemen of the jury, I'm

18   William Scherer and I haven't spoken to you since opening

19   statement.  And my partner, Eric Hager, you've seen and heard.

20   He's done quite a bit.  And my co-counsel, Terry Collingsworth,

21   are pleased to represent the family of Francisco Tito, Jinete

22   Sierra.  And you'll see the pictures there.

23           And ordinary, a fellow would be nervous to follow last

24   with some of the best lawyers in the United States.  And in a

25   case that is, for an old lawyer like me, unprecedented, trying

```
 1    nine wrongful death cases at one time and having to have a jury

 2    understand the complexity of the case is really unprecedented.

 3    And for that I thank you.

 4          I am confident.  It's -- I'm not nervous.  Because --

 5    I after all the years, I understand that the collective wit,

 6    intelligence of a jury is off the scale of genius.  So if I

 7    leave something out, you'll remember it anyway.

 8          My only job here right now in the time I have left,

 9    and it's short, is to make sure you remember Francisco Tito.

10          And I'm going to -- I think I said that in opening

11    statement, that, you know, because of the size of this case and

12    where we are, you know, having everybody understand who the

13    claimants are, who the survivors are, is a Herculean task.  But

14    you're going to be able to accomplish it.  And the American

15    system of justice that really depends -- I'm so confident in it

16    because I guess I've been doing this for so long.  And American

17    justice will prevail here.  I'm a hundred percent sure of.

18          So let's -- let me take you a little bit down memory

19    lane as far as our testimony is concerned and try to get you to

20    remember Tito as we go forward here.

21          And he was killed almost 20 years ago.  His death

22    certificate is in evidence.  There's really not any question

23    about that.  It was September 14, 2004.  It was three months

24    after they sold their farm.  And you'll hear that because you

25    heard it on cross-examination.  So that made a difference, that
```

```
 1    the AUC could somehow stop and take the guns and bullets back.
 2    But you're going to hear that when I sit down, so I'm going to
 3    talk a little bit about that, when he died.
 4          I'm going to go back into his murder just a little bit
 5    to get you to understand and remember Mariela's testimony,
 6    that's mom, that's grandma, who was left with the kids, and
 7    Lina, the 19-year-old pregnant, one month pregnant wife.  And,
 8    you know, he was -- just to remind you, he was headed to work.
 9    You heard both mom and wife heard multiple gunshots, and then
10    ultimately the gunman went up and threatened mom in her face.
11    I'm going to talk to about that in a minute.  And, you know,
12    you heard that Lina fainted and was disoriented and came to
13    sometime later in her mom and dad's house, which was just down
14    the street.  You know, Mariela.  You heard the testimony of
15    Mariela when she saw Tito and they brought him back to the
16    house when he was all shot up.  And, as I said, the violent
17    death by firearm.
18          Next, please.
19          Lina -- this is a map of the Las Palmas neighborhood.
20    You might remember that.  The zero is where Tito lived with
21    Lina and her son, his stepson Oscar.  The check is where mom,
22    grandma, Mariela lived.  You'll remember her, I hope.  And the
23    "X" is where Tito was killed.  And, you know, couple blocks --
24    actually one block from his house.
25          Next, please.
```

1          You might remember the Google Earth photo of what it

2    looked like in Orichueca, the neighborhood in which they lived.

3    It was three blocks away.  I think you'll remember that.  I

4    know lawyers -- jurors say, gosh, they think we're stupid.

5    They just go over stuff over and over and over again.  And I

6    guess it's because we don't know when the bell is rung.  We

7    hope to ring the bell.  And we don't give you enough credit to

8    pick up things, and so we continue to repeat.  That's our

9    failing, not yours.  And I hope you'll forgive us for -- I hope

10   you'll forgive me if you think I'm being repetitive here and

11   saying things to you you already know, because I'll try not to.

12          And again, I don't think I can do a better job than

13   what you have already heard if I had two hours to argue the

14   facts of this case on behalf of Tito and his young wife, then

15   young wife, and mother.

16          Let me just sort of take you through the facts of the

17   killing, which is to help you to remember without making too

18   much of it, other than it is a horrible tragedy.

19          And you heard Mariela testify that on the morning

20   of -- at 5:00 a.m., Tito got up and came to her house for

21   breakfast, and he didn't have breakfast at home because Lina

22   was pregnant with -- one month pregnant and was not feeling

23   well, and she was still in bed.  And he came to mom.  And he

24   does that all the time for her, fixing breakfast for him.  And

25   he went back home to get something and then got on his bicycle

1    and made his way to work.  He was a Chiquita employee.  I'm

2    going to talk about that in just a minute.  Wearing his --

3    proudly wearing his Chiquita uniform and riding his bicycle

4    with his duffle bag with his Chiquita logo on it.

5          He is the -- I believe the only evidence we have of a

6    Chiquita worker that was killed.  And, you know, you may find

7    that to be important.

8          Mom testifies that she was sweeping the walk as Tito,

9    her number one son and provider, was riding off on his bicycle.

10   And she saw a guy sitting on a tire right in front of her house

11   on the other side of the street.  And he laughed at her because

12   she was using I think colorful language to try to get her other

13   son, the lazy one, up, who was still asleep.  And a co-worker

14   had come to go to work with the lazy one, Jorge, and she was

15   saying, Jorge, get your fanny out of bed, or something like

16   that, that the killer laughed at.  Thought was amusing.  Right

17   across the street.

18         Now, she saw him sitting there on that tire and didn't

19   think anything of it because it was early in the morning and

20   people were frequently going to work because they go to work

21   early in those plantation.  And then mom, as she's sweeping and

22   she's trying to get Jorge up and going to work like your

23   brother, who's a good example of your stepbrother who's a good

24   example.  She's sweeping and she hears shots.  Bang, bang,

25   bang, bang, bang.  And she's thinking who now, as she kind of

1    testified.

2           And we know that shortly after that she heard her

3    stepdaughter, Justina, saying they killed Tito, they killed

4    Tito.  And mom, whose standing there paralyzed with fear as the

5    gunman came up, put the gun to her face and said some vulgar

6    cuss words, you know, nothing.  I think it was translated as

7    you don't know damn shit.  But I'm not sure.  Some of you

8    Spanish speakers may know better what the words were.  But the

9    words don't matter.  It paralyzed her.  She was afraid that

10   Jorge, her son who was still sleeping in bed, would be killed.

11   And she and Jorge left the area until she could make a

12   determination that it was safe to come back home.

13          The co-worker that was going to get Jorge out of bed

14   took off running down the road because he was afraid that they

15   were going to kill him.  And Lina heard the shots.  They were

16   right outside her door.  And she gets up, walks out, and

17   realizes that Tito had been killed and fainted, passed out she

18   said.  Fainted right away.  Came to disoriented at her mom and

19   dad's house.

20          So mom and dad -- her mom and dad, his mother, his

21   family all lived right there in Orihueca, right in the heart of

22   the Banana Zone, right in the heart of an area that had been

23   pacified by the AUC for years.  So they knew of the AUC.  They

24   knew of these were paramilitaries.  They knew they were

25   right-wing paramilitaries.  They knew they weren't guerillas.

1  You know, they knew.

2          As Mariela said, we saw the white truck all the time.

3  And they called it the white widow because the people in that

4  truck and those AUC caused a lot of widows in that area.

5          And, of course, you know, we've been challenged here

6  to prove that the AUC killed Tito.  And I'm suggesting to you,

7  I'm going to show you in a minute, that that bell has been rung

8  and I probably don't even need to do it.  But out of abundance

9  of caution, because I've got this burden to represent and a

10  privilege to represent my clients here, we're going to go over

11  it.

12          The next, please.

13          The evidence of that the AUC, I suggest, killed Tito,

14  I suggest to you, is overwhelming.  The heavy presence.  You

15  heard Lina say that she lived in a village not far from there

16  that were given a 72-hour ultimatum to leave their houses

17  because they were pacifying that entire area.

18          You heard Professor Kaplan say they drained the seas

19  to kill the fish.  A pretty graphic way to describe the 72-hour

20  ultimatum to leave your house.  And they did leave their house.

21  And they went to Orihueca when she was about nine or ten years.

22  Remember, she was 19 at the time of her husband's death, a

23  husband she was proud of, married in the church.  She testified

24  that when they got married, she remembers how he looked

25  alternative her.  He was her star.  And I don't need to go over

1 much other than that, I think.

2        The AUC pick up white widow.  I've already talked

3 about that.  Conflict, the -- and I'm going to show you, as

4 though you need to see it again, Professor Kaplan's graph.  If

5 you look at the number of deaths in the Banana Zone and

6 Orihueca, it's a hundred percent based on his analysis.

7        The most important part for the proof for Tito's

8 family is that Lina wrote the Government and said I want to

9 know details of Francisco's death.  And she got back -- and

10 we're going to go over that.  And she got back a notice to come

11 and hear and confront and watch Carlos Mangones, the Scissors,

12 who they were terribly afraid of, testify at a time when she

13 was concerned that the AUC was still operating and she'd be

14 killed, but she went there anyway and watched him and heard him

15 confess.  And then we're going to go into his confession.

16        THE COURT:  I'm sorry.  Hold on.

17        MR. CIOFFI:  Your Honor, as the court knows, the

18 Mangones -- there is no Mangones document in evidence, and

19 there certainly is no evidence of conviction.

20        MR. SHEARER:  I'm going to show them in just one

21 second, your Honor, that there is a document in evidence where

22 he confessed.

23        THE COURT:  It's in evidence?

24        MR. SHEARER:  Yes, sir.  In the fiscalia, unless I'm

25 wrong.

```
 1            MR. CIOFFI:  There's no conviction of anything.

 2            MR. SHEARER:  I'll show you.  If you give me just a

 3   second, I'll pull it back up.

 4            THE COURT:  Show it to opposing counsel.

 5            MR. SHEARER:  Yes, for sure.

 6         By the way, it's Plaintiffs' 1764, 1764.  These will

 7   go back to the jury room with you.  It looks like this.

 8            MR. CIOFFI:  Our objection stands, your Honor.  I'm

 9   happy to address it in my closing argument.

10            THE COURT:  Okay.

11            MR. CIOFFI:  There is no conviction.

12            THE COURT:  Okay.

13            MR. CIOFFI:  That's hearsay.

14            THE COURT:  Your objecting to the characterization as

15   a conviction.

16            MR. CIOFFI:  Yes, sir.

17            THE COURT:  Okay.  Well, you can argue about that.

18            MR. SHEARER:  Let's pull it right up, please.

19         There you go.  Well, this is where -- Lina asked for

20   the evidence for Francisco.

21            Next, please.

22            Mangones confessed -- that's the word right there --

23   confessed to the events relative to the killing, ordering the

24   killing of Francisco.

25            Next, please.
```

```
 1              Mangones for the crimes of homicide of a protected

 2     person.  And this is in relation to Francisco.  So you'll have

 3     all of that.  I'm astounded that's being challenged, because

 4     it's clear that --

 5              The next please.

 6              Your ruling accepting the charges of Jose Mangones,

 7     The scissors.

 8              That's these.  You can look at these if you have any

 9     doubt.

10              Next.  Let me hurry through.  I understand I'm taking

11     some of the time out of rebuttal.

12              The time line, please.  I want the jury to see this,

13     because I'm quite sure that we're going to hear this on -- when

14     I sit down, when the defense gets up.

15              This time line -- and I don't need to go through '97

16     when it started and the FTOs, Foreign Terrorist designation.

17     The November guns and ammunition in '01.  2004, when Chiquita

18     makes its final payment.  They may tell you, well, we stopped

19     paying and, therefore, we sold our farms and so we shouldn't be

20     responsible because Tito was killed three months after the sale

21     of the farm.

22              And you can see where they sold to Banadex.  You heard

23     a whole lot of Chiquita saying, well, we didn't want to sell to

24     anybody unless they protected our workers, they protected our

25     workers.  That's what we want.  Over and over and over again.
```

 1          You know, that's not much comfort to Lina and Mariela

 2   whose loved one was killed.  And he was a Chiquita superstar,

 3   which I'm going to talk to you about.  As a matter of fact,

 4   even on cross-examination, went in and had her read some

 5   certificates that he had gotten, that Tito had gotten from

 6   Chiquita.  I don't know what that was all about, because I

 7   think it's great testimony.

 8          But I suggest to you that when he starts talking about

 9   that, please remember this AUC train going down the track at a

10   high speed.  It can't stop in three months.  They didn't get

11   the guns back.  They didn't get the AK-47s back.  They didn't

12   get the ammunition back.  They didn't get the grenades back.

13   The AUC had those for a whole nother year.

14          Let me show you the next slide.  This sort of

15   practically shows this big rock rolling down the hill.  I put

16   on there the time when they sold -- when they made the last --

17   sold the farm, when they made the last --

18          THE COURT:  Overruled.  This is just argument.

19          MR. SCHERER:  Thank you, sir.

20          MR. CIOFFI:  Not disclosed, your Honor but --

21          THE COURT:  Okay.  Well, it's just argument.

22          MR. SCHERER:  Thank you.  I believe it's argument.

23   Thanks, Judge.

24          And you see that the AUC -- they weren't safe until

25   the AUC demobilized?  When was that?  Almost a year later?  And

1   so that's the point of this graphic for you.

2        Next, please.

3        So, let me talk to you about what was left.  And I

4   think you already know it, but I'll do it.

5        Mom, and she was about 50.  I suggest to you, you met,

6   her, she was worn out from working in the banana plantations

7   and the hard life that they lived in the country rural area.  I

8   mentioned to you on opening statement that it was almost like

9   living in a rural area in American a hundred years ago where

10  the families lived near each other and it was almost communal

11  in terms of the nature of it.

12       And Tito and Mariela here, who had one son, Oscar, who

13  was two years old who was adopted informally by Tito and acted

14  as his father.  We have had Wendy, who was born eight months

15  after the murder.  And Mariela was left with that.  Tito had

16  three children:  Two, four, and five.  And grandma was left to

17  raise them.

18       And you'll remember the testimony.  I don't need to

19  talk much about that.  But, you know, the burden of having that

20  on her at an age when she was already, as I said, worn out, but

21  she made it.

22       And I can't really improve on the descriptions of how

23  you have to measure the loss.  It's infinite.  I don't think

24  any one person could suffer anymore than other people when they

25  are faced with this kind of tragedy.  Just remember Francisco.

 1    And let me give you a few things to help you remember him.

 2          I mean, what I put here.  Loving father, respected in

 3    the community, the soccer player, organized the kids playing

 4    soccer.  He was a hard-working banana worker for Chiquita.  He

 5    was the primary breadwinner certainly for mom and certainly for

 6    wife Lina.  Tito, who won either first or second place in the

 7    banana olympics that they would have, year after year after

 8    year.  I think he was the top banana here.  And, you know, to

 9    go on that, I'm going to think Tito was the top.  Look at all

10    these awards that he got.

11          He was a very good person and a good provider.  And

12    frankly, you should consider that and look at that as Tito.

13          And, you know, the irony of it is he did love his job

14    with Chiquita.  He was proud of it.  He was a really hard

15    worker and a good provider.  You even heard how he had a

16    pension with life insurance for his family.  Pretty

17    unprecedented for you Colombia during that time in the banana

18    region.

19          And in terms of his loss to be measured, his -- their

20    loss of him to be measured by the kind of person he was might

21    be important to you as you're trying to consider.

22          Again, my job is to get you to remember Tito and

23    remember Mariela and remember Lina.

24          The damages here are as I said.  The fact that Lina

25    sought counseling years and years later when she moved to

1    Bogota and did the memories in the box of a counseling, you

2    might recall, and then burned the box in order to move on.

3           And this case and your verdict will be the final

4    moving on for Lina and Mariela as we close this chapter of

5    their lives.  Thank you.

6           THE COURT:  Thank you, Mr. Scherer.

7           Does that conclude the plaintiffs' closings, initial

8    closings?

9           MR. SCAROLA:  It does, your Honor.  Thank you.  Yes.

10          THE COURT:  We're going to take our lunch break now,

11    rather than start with the defense closings.  So the jury's

12    lunch is here.  So why don't we get back together at 12:15.

13          MR. SCAROLA:  Yes, sir.

14          THE COURT:  Is that enough time for everyone?

15          MR. CIOFFI:  That's fine with the defense, your

16    Honor.

17          THE COURT:  Is that going to be enough time for you

18    to eat?  Yes.  Think so?

19          Okay.  Very good.  We'll see you at 12:15.  Don't

20    discuss the case yet.  Please don't form any opinions till

21    we've heard everything.  We'll see you at 12:15.  Enjoy your

22    lunch.

23          THE COURTROOM DEPUTY:  All rise.

24      (Thereupon, the jury exited the courtroom.)

25          THE COURT:  Mr. Dante?

1          You can all be seated.

2          MR. DANTE:  Your Honor, I realize we only have a half

3     hour and we did want to disrupt the opening argument with an

4     extended sidebar, but we have two issues to raise with respect

5     to the plaintiffs' opening argument that requires your Honor's

6     attention.

7          The first issue I'll address, and then the second

8     Ms. Fundora-Murphy will address.

9          During Mr. Scarola's presentation of the plaintiffs'

10    closing argument, in -- I think it was in the first few minutes

11    of his presentation, he made a reference to documents that were

12    not shown to the jury.  And specifically, at least from the

13    real-time that we have so far, he said how do we know that they

14    knowingly made that decision and that decision was to

15    voluntarily pay?  We know because although, as we have heard

16    time and again, there are no Chiquita documents that say

17    anything about duress or extortion from 1988 to 2004 or you

18    could be sure we'd have seen them.

19         He made that reference to the jury.  We think that was

20    a clear misrepresentation.  There have been at least seven

21    documents that we have moved to be admitted to the jury, which

22    plaintiffs have objected to on hearsay basis that have

23    referenced extortion or duress between the timeframe of 1988

24    and 2004.

25         Mr. Scarola was directly telling the jury and arguing

1   that this whole duress and extortion defense was made up after

2   the fact in 2004 with the DOJ.

3          And we ask your Honor to reconsider his rulings on

4   those seven documents so that we can at least show them to the

5   jury to directly rebut the contention that this story was made

6   up and that there are no documents from Chiquita that exist

7   between 1988 and 2004.

8          And I can list those document numbers so that counsel

9   can consider them during the lunch break.  Those are -- at

10  least for the record.  That's document D231, document D232,

11  D58, D190, D212, D193 and D213.  Those are all documents that

12  we moved to be admitted.  Plaintiffs have objected to them on a

13  number of grounds.  We're seeking reconsideration of those

14  rules just so that we can show the limited language and address

15  the jury and basically correct the misrepresentation that was

16  made to the jury.

17         THE COURT:  Thank you.

18         MR. SCAROLA:  Your Honor, my argument was expressly

19  tied to the testimony of Barbara Howland read to the jury where

20  Barbara Howland said there was no reference to duress or

21  extortion in any Chiquita document until 2004.

22         THE COURT:  Okay.  All right.  Next argument or next

23  point that you want to make?

24         MS. FUNDORA-MURPHY:  Good morning, your Honor.

25         During Mr. Reiter's closing remarks, he referenced,

```
 1    ones again, an investigation concerning the Otterloo.  He

 2    brought up Mr. Acevedo's testimony and said, where was the

 3    investigation?  And as Mr. Acevedo testified, he instructed

 4    Banadex employees to cooperate with the authorities in their

 5    investigation.  We have the results of that investigation,

 6    which concluded with no indictment against any Banadex

 7    employee.

 8         Chiquita has moved to get that document into evidence

 9    for a number of reasons, including that it shows that no formal

10    indictment was brought against any Banadex employee.  It shows

11    specifically that Jovanny Hurtado was cleared of any wrongdoing

12    in that investigation, which relates directly to the Bello

13    Arrieta testimony that Mr. Reiter also referenced, because he

14    specifically identifies Jovanny Hurtado as the person who knew

15    what was in the containers.

16         That document also shows that there was a payment that

17    was made, consistent with Mr. Acevedo's testimony, for the

18    services that were offered at the port that day.  And it

19    clearly says that there were deposits made into the bank

20    account of Banadex.  Which again, Mr. Reiter puts squarely at

21    issue.

22         So we reraise or remove the entry of that document or,

23    at a minimum, for us to be able to thoroughly discuss that

24    issue in our closing remarks.  Because again, there were a lot

25    of misstatements there given what we know exists.
```

```
 1          THE COURT:  Okay.  I'm going to deny your request
 2   because the arguments are based upon the evidence that's in the
 3   record, not necessarily what exists in the universe.
 4          So, the fact that there may be things that exist that
 5   weren't admitted doesn't mean that their arguments weren't
 6   based on the evidence in the record.  So I don't think that
 7   just because there may be in a document that supports what
 8   you're saying and refutes their argument based upon the
 9   existing evidence means that you get to put something that I
10   believed was not admissible into evidence.  So that's the
11   reason for my denying both of your requests.
12          MS. FUNDORA-MURPHY:  Our position, your Honor, is
13   there's no good faith basis for making those assertions when
14   there clearly is -- there clearly are documents that -- I mean,
15   of course, we believe are admissible.  We understand your
16   Honor's rulings.  But we don't think they should be able to
17   mischaracterize the facts by just saying that nothing exists
18   when clearly something does exist.
19          THE COURT:  Okay.  Again, I'm making the distinction
20   that their argument is based upon the record, not what exists
21   outside of the record.
22          MS. FUNDORA-MURPHY:  Understood, your Honor.
23          And I just want to raise one more objection.
24   Mr. Reiter squarely put at issue his relationship with
25   Mr. Bello Arrieta, the fact that they had lunch together.  He
```

```
 1   said we tried to make it sound shady.  There is something very

 2   shady that occurred in that deposition, and that's the fact

 3   that Mr. Reiter represents Jovanny Hurtado and that he elicited

 4   Mr. Bello Arrieta's deposition testimony, paid for his travel,

 5   paid for his hotel, paid for all his meals, and got that

 6   witness to directly criminally implicate his own client.

 7          So we ask the ability to be to say that.  There's no

 8   dispute that Mr. Reiter represents Mr. Hurtado.  He confirmed

 9   that in open court in front of your Honor, and we don't see the

10   issue.  And it does go directly to bias and to the credibility

11   of that witness' testimony.

12          THE COURT:  Well, I mean, if you wanted that fact to

13   be presented to the jury, you should have tried to get that

14   fact into evidence during the course of the trial.  And the

15   evidence is now closed, so I'm snot going to allow you to

16   reopen to have that fact presented at this time.

17          MS. FUNDORA-MURPHY:  Your Honor, just so the records

18   very clear, Chiquita did move to get that fact into evidence.

19   I moved to get in a letter on Mr. Reiter's own letterhead that

20   states very clearly that he represents Mr. Hurtado.  So we did

21   timely move into evidence.

22          THE COURT:  Then I retract my statement there.  I

23   apologize if you did try to get that in.

24          MS. FUNDORA-MURPHY:  So given that fact, your Honor,

25   will you reconsider our ability to make reference to this fact
```

1    that's not in dispute?

2              THE COURT:  Let me hear from the plaintiffs on that.

3              MS. FUNDORA-MURPHY:  Thank you, your Honor.

4              MR. SCAROLA:  These allegations are not part of the

5    record.  That would be entirely improper argument.  The Court

6    ruled correctly with regard to denying admission into evidence

7    of those entirely collateral matters.

8              I would like to call to the court's attention the

9    redacted Plaintiffs' Exhibit P0617.  That's the Kirkland &

10   Ellis memorandum from Mr. Roderick Hills.

11             And your Honor may recall that there were two copies

12   of that memorandum.  One with Mr. Hills acknowledged

13   handwritten notations on it.  And I'm asking whether it was the

14   court's intention not to permit the handwritten notations that

15   Mr. Hills admitted were his.  Because we would request that a

16   copy with the handwritten notations, the redacted copy with the

17   handwritten notations be admitted into evidence.  May I show

18   those to the court?

19             THE COURT:  That wasn't the one that I was given when

20   we discussed it.

21             MR. SCAROLA:  I'm sorry.  I said they were -- I said

22   they were Mr. Hills' notes.  It was Mr. Freidheim who

23   acknowledged that those were his handwritten notes on the

24   document.

25             THE COURT:  Well, when I made the ruling to allow the

1   admission, a portion of that document, the one that I was given

2   did not have the handwritten notes on it.

3           MR. SCAROLA:  The one that was referenced during

4   Mr. Freidheim's testimony is the one that has the handwritten

5   notes on it.

6           THE COURT:  I know.  I'm just saying that that's not

7   the one that was given to me when I made my ruling.  So I'm not

8   going to make a substitution at this point.

9           MR. SCAROLA:  Thank you, sir.

10          THE COURT:  And I'm going to deny the request to put

11  into the evidence the letter regarding Mr. Reiter's

12  representation of that gentleman.

13          MR. DANTE:  Objection noted, your Honor.

14          THE COURT:  Yes.

15          MS. FUNDORA-MURPHY:  We can't make any reference to

16  that?

17          THE COURT:  No, you can't make any reference to that.

18  It's not in evidence.  The relationship is not in evidence.

19  And again, I excluded all of that testimony about their

20  relationship for various reasons that we don't need to go back

21  into.

22          MR. SCAROLA:  May we have lunch?

23          THE COURT:  All right.  We've already used up about

24  ten minutes of our lunch hour, so our lunch half hour.

25      (Luncheon recess taken from 11:51 a.m. - 12:15 p.m.)

```
 1              THE COURT:  Please be seated, everyone.

 2              Are you ready, Mr. Cioffi?

 3              MR. CIOFFI:  I need a couple more things, just for a

 4   second, your Honor.

 5              THE COURT:  Let's bring the jurors in.

 6         Mr. Cioffi, I don't know how long you plan to take,

 7   but I guess maybe when you get on a point where you think would

 8   be good to break, let me know.

 9              MR. CIOFFI:  In about 90 minutes or so.

10              THE COURT:  Yeah, that makes sense to me.

11              MR. CIOFFI:  I'll try to be mindful, but if you need

12   to remind me.

13              THE COURT:  I'm going to leave it to you when you

14   think around 90 minutes is a good time within your argument to

15   break, but in that timeframe.

16              THE COURTROOM DEPUTY:  Please rise for the jury.

17        (Thereupon, the jury entered the courtroom.)

18              THE COURT:  Welcome back, everyone.  Please be

19   seated, ladies and gentlemen.

20         Hope you enjoyed your lunch and hope we didn't rush

21   you too much through it, but we're ready to proceed.

22         Now, Chiquita is going to present its closing

23   argument.

24              Mr. Cioffi.

25
```

1            **<u>CLOSING ARGUMENT ON BEHALF OF CHIQUITA</u>**

2        MR. CIOFFI:  Thank you, your Honor.  Good afternoon,

3   ladies and gentlemen.

4        We've come to the end of the trial.  And on behalf of

5   myself and our little band of lawyers, we can't thank you

6   enough.  You've been attentive, you've been thorough, you've

7   been diligent, you've arrived on time, you've stayed even

8   though we've inconvenienced you.  And it's all in pursuit of

9   justice which, hopefully, when you think back on this

10   sacrifice, you'll realize is more than worth it because without

11   justice, we don't have a civilization.  And you are really

12   model citizens.  So thank you.

13        At the beginning of trial, I told you a couple of

14   things.  The very first thing I told you is that our hearts go

15   out to the plaintiffs.  Their loved ones died in this horrible

16   war in Colombia that lasted from about 1990 to 2004, and they

17   suffered.  And we feel genuinely sorrowful for that because

18   we're human beings, even though Mr. Reiter ridiculed us for

19   that.  It's genuine.

20        And we'll always feel that way, just as you'll always

21   feel that way.  But that sympathy is different than the duty we

22   all have today, and that is to do justice.  And you have, as

23   jurors, to decide legal liability, who's legally liable under

24   the law.  And we'll pursue that throughout this closing

25   argument.  And the only way to decide that is to look at all

1   the evidence.

2          The other thing I told you right at the beginning, you

3   can only arrive at the truth, you can only do justice, if you

4   look at the whole picture, all of the evidence, the whole

5   elephant, and not just the tail and think it's a rope, and not

6   just the trunk and think it's a serpent.  The whole picture.

7   That's the only way to get at the truth.

8          We've completed the whole picture.  We've given you

9   all of the evidence, not snippets, not sound bites, not

10  cherrypicked little quotes from depositions, not witnesses who

11  were cut off in mid sentence.  We want you to see everything,

12  because the truth is important.

13         Right from the beginning, this morning, you saw a case

14  presented in sound bites and cherrypicked statements from

15  opposing counsel.  It began with this attack on Barbara Howland

16  based on a deposition that was read to her constantly at trial

17  in snippets with only portions of it read.

18         So, for example, you heard this morning a statement

19  like, well, Chiquita didn't care what the AUC did with the

20  money.  You know from the opening statement that the next

21  sentence is, we didn't have the luxury of caring, you couldn't

22  care, because we were being threatened.  We didn't have a

23  choice in the matter.  That was left out right from the get-go.

24         And throughout most of the opening by opposing

25  counsel, there were similar attacks on Ms. lowland, again

```
 1   taking little portions of a deposition taken six years ago,
 2   over 14 hours, before about 55 other depositions in this case
 3   were taken, before all the evidence was developed.  And that's
 4   how a case proceeds.  It proceeds through this long discovery
 5   phase.  And that's being presented to you somehow as the truth.
 6   It's not.  The truth was presented to you from the witness
 7   stand in this case.  And that's what you have to base your
 8   decision on.
 9           So, as we proceed this morning, I'm going to show you
10   that testimony.  I'm going to show you a lot of that testimony.
11   I'm going to review it with you.  We'll reason together through
12   it as to what it means.
13           But right at the very beginning, I want to begin
14   showing you what Barbara Howland actually said from the witness
15   stand.  So let me show you some of that so we have the whole
16   picture.
17           Could you pull up 107, please, slide 107?
18           So, this was the testimony from the witness stand.
19   You mentioned just now -- this is her testimony regarding
20   payments.  You mention just now that KPMG went to Colombia and
21   audited the books and records of Banadex?
22           Yes, they did.
23           Is that date reflected on this chart, which is the
24   exhibit of the KPMG chart?
25           Yes, it was.
```

1          Okay.  Were all the payments made to terrorist groups

2     like the FARC, the AUC, or I think specifically this is just

3     with respect to the AUC, were they all, first of all, in the

4     books and records of Banadex?

5          Yes, they were.  We are very careful about making --

6     we were very careful about making sure that all of those

7     payments were recorded and they were audited by our internal

8     team.

9          And as you know, not only the internal audit team, but

10    the independent auditors Ernst & Young also had access to and

11    audited these books and records.

12         Why is this important?  It goes to the reasonableness

13    of Chiquita's conduct.  There was never an attempt to hide

14    anything because Chiquita believed it was making not only

15    reasonable decisions, but the right decisions under these

16    difficult circumstances.  So this is something the plaintiffs

17    didn't want you to see.

18         Here's her testimony about confidentiality to protect

19    lives, in other words, the recording of the payments with the

20    color coding so that someone who might be sympathetic to the

21    FARC wouldn't learn it and tell it to the AUC, inside the

22    company, and vice versa.

23         So, it was important for us locally to protect the

24    people that were in Colombia to keep confidential the sensitive

25    payments.

 1           Again, this is important for the reasonableness of

 2    Chiquita, but also the fact that Chiquita was under the

 3    circumstances doing everything to protect not only its own

 4    workers but the whole community.  We'll look some more at that

 5    in a few minutes.

 6           The payments were legal.  So, she testified again, you

 7    heard this, the Law Department, when they discovered that, or

 8    as we were making the payments, we went through a great deal of

 9    research, legal research by the assistant general counsels in

10    the Law Department and by the general at the direction of the

11    general counsel in the Law Department to try to figure out

12    whether or not payments that we were making to the FARC were

13    legal, and subsequently whether or not the payments were made

14    to the AUC were legal.

15           And you can see the consultation with the outside law

16    firm of Baker & McKenzie in this answer.

17           Would Chiquita have made the payments if they weren't

18    legal?

19           Chiquita would not have made the payments if they were

20    not, if they were deemed to be illegal under Colombian law.

21           Again, goes to the reasonableness but also goes to the

22    issue of completeness.  It's important that you hear all of the

23    evidence, see all of the facts.

24           The drug shipments.  In your research, did you find

25    anything in your preparation for a 30(b)(6) deposition,

 1   anything within Chiquita's knowledge that Chiquita was involved

 2   in the drug shipment in any way?

 3        And, no.  And we're going to look a little bit more at

 4   Bob Olson's testimony, the general counsel, about this issue of

 5   investigating these allegations, making sure that Chiquita

 6   wasn't involved and then taking precautions.

 7        Gun smuggling under duress.  And again, plaintiffs

 8   gave you a distorted view of what happened.  But this is what

 9   happened.  Hasbun, who was a member of the AUC, he was the

10   leader of the AUC, he demanded the security tape from I believe

11   Victor Buitrago.

12        And was Mr. Valverde there?

13        Yes, I believe he was.

14        Okay.  I believe you testified yesterday that Hasbun

15   then, you know, threw it on the ground and crushed it.

16        Yes, he did.  Threatening Mr. Buitrago.  And the

17   investigation bore that out.

18        Again, no wrongdoing on the part of anyone from

19   Chiquita, and no one from Chiquita has been convicted of any

20   wrongdoing and the investigations bear that out.

21        Threats.  You heard a little snippet, just a part of

22   deposition testimony, in which it was suggested to you by

23   opposing counsel, oh, that these threats weren't real.  They

24   were made up.  They were excuses.  That's not what Barbara

25   Howland testified to.

1          All right.  Based on your research, were threats made

2    against Banadex and Chiquita from 1997 to 2004?

3          Yes, they were.  Threats were made every time we made

4    a payment, either indirectly or directly.  If we didn't make

5    the payment, there would be consequences, and it was an

6    indirect threat when Mr. Keiser met with Mr. Castanó that we

7    were -- we are the group in charge now.

8          We're going to look at more testimony about that, not

9    only from Mr. Keiser, but other people who were in the room at

10   the time.

11         Again, there's a suggestion that somehow -- and I

12   think Mr. Scarola used the term Chiquita made a deal with the

13   terrorist devils.  That kind of hyperbole exaggeration,

14   obviously directed toward you to insight you to make you angry,

15   et cetera.  That's offense enough.  But second of all, it's not

16   true.  And there's a mountain of evidence we're going to review

17   throughout the afternoon that shows you it was not true.

18         But let's start with what Barbara Howland actually

19   said.  So, Chiquita's position, to be clear, and I think you

20   testified to this yesterday -- and this is testimony from the

21   trial.  This isn't testimony from a deposition six years ago.

22   It's not a snippet.  It's what she said right before you from

23   the witness stand.

24         But I want to be sure about this.  Chiquita's position

25   is you were not paying for protection, you were making

```
 1   extortion payments with no expectation of receiving anything in

 2   return, correct?

 3          Yes.

 4          And I also want to show you the testimony from

 5   Mr. Freidheim, which goes to this point of trying to present

 6   only part of the story, not the complete story, not the whole

 7   truth.  Do you remember this exchange?

 8          You can, can you, site to one single specific example

 9   of AUC violence against any Chiquita facility or any Chiquita

10   employee, correct?

11          No.  No means I disagree.

12          So you can?

13          Yes.

14          Then he's cut off, and Mr. Freidheim says, would you

15   like to hear about the act?

16          Opposing counsel says, no, sir, I don't.

17          But, ladies and gentlemen, I'm going to present all

18   those facts to you, as we did throughout the trial, and review

19   them with you today, and you'll come to the conclusion that not

20   only were the threats real, but that in response to the

21   threats, Chiquita did what any reasonable business person would

22   do under the circumstance, that is, make the payments to save

23   lives.  But there was more to it than that, and we're going to

24   talk about it in just a few minutes.

25          But it does go to protecting the community, of
```

1  building an infrastructure, of creating stability in a war-torn

2  place plagued by terrorists.  And that's what Chiquita was

3  trying to do.

4          There was something else that opposing counsel showed

5  you.

6          If you could pull up 123, please?

7          Let's look at this first.  So, again, opposing counsel

8  showed you this document which he said was some sort of

9  admission by Manuel Rodriguez.  But if you zero in, ladies and

10  gentlemen, you'll recall on redirect I had Mr. Rodriguez review

11  this list.  And then, if you can see the language at the end,

12  the answer to these questions depends on context.  It depends

13  on whether your employees would be killed, the circumstances

14  matter.  And throughout the afternoon, I'll review with you all

15  the circumstances which prove, clearly prove that Chiquita

16  acted reasonably and correctly.

17          Let's go to 118, please.

18          You heard some testimony from Mr. Reiter this morning.

19  And he was testifying part of the time.  But you heard some

20  argument about Nunez Cabrales, and that he was the person who

21  said a couple of things.  The first thing is that Hermes

22  Hernandez gave him grenades and ammo to take to the AUC.  The

23  other thing he said is that when he left Chiquita, when Nunez

24  Cabrales left Chiquita and joined the AUC, he then, in 2001 and

25  2002, contacted Hernandez, and Hernandez gave him the schedules

1   of employees in Urabá at La Coqueta.  And then Nunez Cabrales

2   said, working for the AUC, he went and kidnapped them.  But he

3   clearly implicated Hermes Hernandez.

4         Ladies and gentlemen, Nunez Cabrales is a liar.  It's

5   up to you to make that determination.  But the evidence is

6   clear.  The first piece of evidence, of course, is that -- and

7   you heard him do this.  He admitted to murdering 60 or 70

8   people.  He served the very light sentence under Justice and

9   Peace, the reduced sentence of eight years, and we'll talk

10  about a little bit about what that means.  But he murdered 60

11  to 70 people.

12        Someone who violates the most important, the first,

13  the most sacred law of God, nature, man, thou shall not kill,

14  somebody who violates that 60 or 70 times certainly has no

15  problem lying.  And Nunez Cabrales had no problem lying.  But

16  there's much more to that story, which is the evidence we

17  presented to you right at the end of the case when I published

18  to you a couple of documents.

19        He accused Hernandez whom he knew was dead and can't

20  refute the accusations.  He says Hernandez gave him work

21  schedules of two Chiquita employees in Urabá.  But at the time,

22  you know from those documents we presented, Hernandez was

23  working in Santa Marta, which is 400 kilometers away.  The

24  other reason you should decide that Nunez Cabrales is lying.

25        And, in fact, they knew each other.  And Mr. Reiter

 1    told you that they had grown up together.  And so they're from

 2    the same town.  And he clearly knew, as the parties stipulated,

 3    that Hermes Hernandez died on September 13, 2022.  His

 4    deposition, in which he lied, was taken on February 28, 2024.

 5    So at his deposition, he's pointing the finger at a dead guy

 6    who he knows can't refute him.

 7         And here's the evidence that a year and a half earlier

 8    Hernandez was transferred from Urabá to Santa Marta

 9    400 kilometers away.  So it had nothing to do with the

10    schedules that were going on in Urabá at the time Nunez

11    Cabrales accused him.  It's a complete fabrication.

12         Now, there's one other fact that you heard in the

13    deposition which, again, proves beyond any doubt that Cabrales

14    is lying, and that is he never reported to any authority, to

15    anyone at Chiquita, to anyone in the Justice and Peace program,

16    even though he is in the Justice and Peace program, he didn't

17    report to any of them the fact that Hernandez was apparently an

18    accomplice in these kidnappings.  And the reason he didn't

19    report it is because it wasn't true.

20         The same thing is true of Bello Arrieta whose

21    deposition was taken the day before Nunez Cabrales.  And you

22    remember the cross-examination of Bello Arrieta and Cabrales.

23    They roomed together to the hotel.  They spent their time with

24    Mr. Reiter and with his investigative team throughout that

25    whole weekend.  So that their stories were aligned with one

1    another, and these lies would be put eventually do the

2    deposition and presented to you.  So both of them were

3    collaborating in these elaborate lies, and what they told you

4    in their depositions that you saw on that screen simply cannot

5    be believed.

6           So, ladies and gentlemen, it's very, very important

7    that you have the whole story, and we went to great lengths to

8    bring to you people from Colombia who know the whole story.

9    People like General Sanchez, General Rincon, DEA Agent Gaddis,

10   Professor Restrepo, people with boots on the ground who saw

11   what was going on in Colombia, who could come here and tell you

12   the whole story.

13          And when we look at all the evidence.  If we look at

14   the complete story, there are really five key facts that have

15   emerged.  The first key fact is that Colombia was a chaotic

16   country on the verge of collapse between 1990 and 2000.  It was

17   a war that killed nearly 400,000 Colombians.  It was a war

18   fueled by drugs, a war between four or five, six drug cartels,

19   including the AUC, the FARC, and so forth.  And I'm going to

20   show you some evidence of that in a few minutes.

21          But when you look at the whole picture, a second key

22   fact that emerges is that the decedents were not killed because

23   of anything Chiquita did.  Given the raging war in Colombia,

24   the circumstances on the ground, the fact that hundreds of

25   thousands of people were being killed -- and we're going to

1  look at a lot of testimony about all of those deaths -- it's

2  clear that the decedents would have been killed whether

3  Chiquita set a foot in Colombia or not, whether they -- whether

4  Chiquita even existed, the plaintiffs would have been killed.

5         There was nothing that Chiquita did that substantially

6  assisted the AUC.  In other words, there's no causal

7  connection, which is something the judge will instruct you

8  about, between Chiquita and the AUC or any of the other drug

9  cartels.

10        Would you pull up number 2, please?

11        The third important fact is that in this period of

12  time, 1990 to 2004, when the decedents were killed, Colombia

13  was controlled by the worst kinds of criminals:

14  Narco-terrorists, who had incredible wealth, incredible power,

15  and they controlled large regions of the country.

16        Narco-terrorists like the AUC, like the FARC, like the

17  ELN, like the EPL, fought primarily in the northern section of

18  Colombia, in this area, which was also known as the banana

19  growing regions.  And, of course, you have now learned this is

20  where the Turbo region.  This is the Santa Marta region.  But

21  both of them were critical areas for the narco-trafficking

22  business.  And that's because the proximity of this green area,

23  which was the coca producing land, where the coca leaf was

24  grown, the areas in between, primarily jungle where the

25  laboratories were hidden, and then the routes out of the

1   country.

2          In this area, as General Sanchez told you, there was

3   this intense confrontation.  And the intense confrontation was

4   over, again, the drug routes of the AUC, of the FARC, the

5   roads, the coca cultivation.  And you can see from where the

6   decedents were killed that it was in the middle of all this

7   conflict that they were killed.

8          The wealth of the AUC was enormous, as you've learned.

9   And we're going to look at the plea of Mancuso.  But between

10  1997 and 2002, from the Cordoba region alone, which is this

11  region right between Santa Marta and Turbo, they were exporting

12  to the U.S. 2000 kilos a month or 24,000 kilos a year.  They

13  fought over the territory to generate that enormous wealth.

14         And, as you can see from the map, the decedents were

15  caught in the middle of this crossfire.  And in the middle of

16  that crossfire they were killed.  No one knows for sure --

17  we're going to look into this evidence.  No one know for sure

18  whether it was the FARC, the AUC, the EPL, the ELN, some other

19  criminal enterprise, some other cartel, Medellin Cartel, or the

20  Cali Cartel or remnants of those cartels.  No one knows for

21  sure.

22         And, in fact, we'll look at the testimony of the

23  plaintiffs and many other witnesses who will say that the

24  perpetrator could never be identified.  And, in fact, this

25  morning you heard some testimony about Carlos Palencia and a

1  guy named Camacho.  We'll look at the actual testimony a little

2  bit later.  In that case, Camacho's identified as someone that

3  Carlos Palencia went off with on a motorcycle, but no one can

4  identify who killed Carlos, whether it was Camacho or someone

5  else.

6        And that holds true if you look at all the cases,

7  including the case that Mr. Scherer pointed out to you.  And he

8  cited you to this letter from a prosecutor, which was P1764.

9  You're going to have that back with you in the jury room.  But

10 when you look at that closely, you'll see that that letter says

11 that Mangones was charged with certain offenses, including that

12 one, and that's all that happened.  There was not a conviction.

13 There was not a plea.  There's not a confession.

14        Professor Restrepo told you.  And we'll look at his

15 testimony a little bit later as well.

16        So again, there's no evidence as to who actually

17 pulled the trigger or wielded the knives.

18        You need to really look at that and dig into that

19 evidence.  And that goes to the first issue, the threshold

20 issue in this case, as to whether the AUC actual actually

21 killed any of these plaintiffs.  And when you look at all the

22 evidence, you'll come to the conclusion, no, plaintiffs did not

23 prove that it's more likely than not that the AUC killed any of

24 their decedents.

25        The fourth key fact that emerges answers a lot of

1    questions.  A lot of questions that were raised this morning, a

2    lot of accusations that were raised this morning, including

3    part of the hyperbole you heard about not only Chiquita making

4    a deal with the terrorist devils, but that Chiquita and the

5    corporate executives sometime in the -- the date was given to

6    you as 1988, sold its soul.  Sold its soul.  And again, that

7    hyperbole is done to insight you, to make you act irrationally,

8    to make you make an emotional decision.  But the facts will

9    lead you otherwise.

10           But let's pull up the exhibit that you were shown,

11   597.  So when you go back to the jury room, you can look at

12   this exhibit.

13           And go to page 2, please.

14           So if you look at the paragraph that was read to

15   you --

16           Go to the next page, please.

17           And this was read to you as, again, this inflammatory

18   language.  The general feeling was that Chiquita would -- the

19   general feeling was that Chiquita would have an even greater

20   risk of such acts of violence and extortion because it will be

21   viewed as a company with greater resources to extort and

22   because it is the example taught to all Colombian high school

23   history classes and so on and so forth.

24           When you look at this document, you'll see that it's

25   dated September 1988.  That's several years after Chiquita made

1  the decision to go into Colombia.  At this point in time, and

2  you'll see this at the beginning of this particular exhibit,

3  Chiquita already owned farms.  And the reason for that, you'll

4  recall from the testimony of Mr. Kistinger, is that Chiquita's

5  decision, this decision in the boardroom of Chiquita was made

6  in the mid '80s, as Mr. Kistinger told you.  It was made

7  sometime in '84, '85.  And it was mated because of the

8  expectation that the European markets would open up, would go

9  from a restricted trade, to free trade as a result of the

10  formation of the European Union and the ECC.

11       The decision to expand and buy farms involved

12  Colombia, but by no means was centered on Colombia.  That

13  decision, that business decision involved all of Latin America.

14  Chiquita wasn't looking to buy up family farms.  And, in fact,

15  there's no evidence that that happened.  Chiquita bought farms

16  throughout Latin America in the hopes of developing these

17  banana farms and selling bananas to the European Union.

18  Colombia was part of that plan, but it was no means the center

19  piece of that plan.  But that decision preceded this knowledge

20  that you saw in 597 for the first time that Chiquita began to

21  learn after it had owned farms and was purchasing farms about

22  the violence.  So, the timeframe is wrong in addition to the

23  hyperbole and the offensive exaggeration.

24       When Chiquita went into Colombia, just like in every

25  other country in Latin America, its goal was to be banana

1    farmers, to raise bananas, to develop these farms, and to

2    export them to Europe.  But Chiquita also realized that in

3    order to do that successfully, you needed to have a great

4    relationship with a well-trained, developed workforce.  And

5    that workforce had to be in a stable environment with good

6    jobs, good benefits.  It's the classic doing well by doing

7    good.  So, what was good for Chiquita was also good for the

8    workers and for the environment and for the country of

9    Colombia.  So both things went hand in hand.

10           It wasn't a buyer's choice.  It wasn't, oh, we're

11   going to gobble up these family farms, which didn't happen.  It

12   was how can he go in and develop this underdeveloped country

13   and grow as that country gross?

14           Mr. Kistinger told you about that.  Mr. Ordman told

15   you about that.  Mr. Keiser told you about that.  Mr. Howland

16   told you about that.  All of them with this Peace Corps

17   background.  And I would submit to you that they went there

18   because they believed in the ideas, not to get out of the

19   Vietnam War.  And, in fact, Mr. Keiser told you he was in

20   Vietnam as a medic.  So, again, don't be distracted by all

21   these distortions.  And I know you won't be.  A jury as

22   diligent, intelligent, and focused as you won't be.  But I'll

23   make my best effort to point out to you when those distortions

24   occurred, and they've occurred often in this case.

25           So, let's look again, what the truth was, what

```
 1   actually was Chiquita doing on the ground, what was its

 2   relationship with the workers?  Was it abandoning the country?

 3   Was it insensitive to the needs of the workers?  Was it simply

 4   making this pact with the devil terrorists for -- you've heard,

 5   this.  You heard this already -- profits over people?

 6   Absolutely not.  And how do you know that?

 7           Don't take my word or for it.  It's because we

 8   presented to you the people themselves, the workers.  And let

 9   me show you what they said.

10           (Video portion played of Humberto Rendon.)

11            MR. CIOFFI:  Let's pause there for a minute.

12           These little videos I'm going to show you from the

13   testimony, which I know you'll recall, but I want to remind you

14   of it and to debunk this theory that somehow Chiquita went in

15   in a pact with a devil by selling its soul to take family

16   farms.  None of that's true.  Went in there with good

17   intentions that were executed and that the workers themselves

18   saw.  So this idea bringing prosperity to the region is very

19   important.

20           And I'm not going to exaggerate.  Part of it was

21   altruistic, because of people like Keiser and Ordman with a

22   Peace Corps background.  But again, it's this principle that

23   enlightened corporations have, which is you do well by doing

24   good.  You can't have a productive farm and a productive

25   business if you don't have a good relationship with your
```

1    people.  So it was very important to Chiquita to do exactly

2    what Humberto Rendon is talking about, and this is to bring

3    prosperity to the region and stability and good benefits.

4    That's what was going on.

5           And I'll submit to you, ladies and gentlemen, that's

6    the best way, perhaps the only way to defeat terrorism in a

7    country that's slipping into crime.  We'll talk more about that

8    and reason about that after I show you a couple more videos.

9     (Video portions of Elexy Martinez and Begnino Ramos played.)

10          MR. CIOFFI:  Let's step back for a minute, because

11   this is really important.  It goes really to the heart of the

12   plaintiffs attack on Chiquita.  So let's reason about something

13   together.

14          And may I?  I'm sorry.

15          One of the most important things in the case is for

16   all of us, especially for jurors too, is to apply your common

17   sense.  We know from our common sense that the way to fight

18   crime, whether it's in a troubled neighborhood in America or a

19   troubled region in the world, the way to fight crime is to

20   provide stability for people, to provide prosperity for people,

21   to provide an alternative to crime, and to take back.  Again

22   whether it's a crime-infested neighborhood in Miami or LA or a

23   region in Colombia, to take that back by giving the people in

24   that region something else to believe in, something to hope

25   for, something, as you heard, that allows them to cope with the

1   violent actors in the region, something that's stabilizing,

2   that's anchoring.  And you know that.  And you know that with

3   your common sense.  And you heard it from the workers.  That's

4   what Chiquita was doing with these workers, because that's the

5   way to build a community, to push back the terrorists, and to

6   have a future for everyone.  That stability is really

7   important.

8           And as you think about it, the flaw, the fatal flaw in

9   the plaintiffs' case is that somehow it would have been better

10  to cut and run, somehow it would have been better not to go in

11  to Colombia, somehow it would have been better not to bring

12  prosperity to the region, somehow it would have been better to

13  abandon those workers.  That's not true.  That flips common

14  sense on its head.

15          And again, you know, from your own common sense,

16  corporations are often criticized for doing what the plaintiffs

17  would have Chiquita do in this case, cutting and running.

18  Corporations are criticized, and justly so, for closing up

19  grocery stores, shops, in a crime-infested neighborhood in

20  America.

21          Because once that happens, the neighborhood gets

22  hollowed out and there isn't any future for the people in that

23  neighborhood.  The same thing was true in Colombia.  So, what

24  Chiquita was doing, and you heard from Chuck Didier and Buck

25  Keiser, that these farms were built to produce for a hundred

1    years.  And these are good jobs, high paying jobs.  Stability

2    over that long term.  That's why Chiquita didn't leave.  It was

3    committed to that vision of the future.  And it wasn't

4    hopeless.

5           I mean, you heard Manuel Rodriguez, you heard General

6    Rincon talk about this struggle that was going on between the

7    Government and the narco-terrorists for really the life and the

8    soul of Colombia.  And that ideas were being vetted, as you

9    would expect to be vetted, in these -- whether it's a troubled

10   neighborhood or it's Colombia.  And the ideas of how can we get

11   more protection, more police, more military, how can we stop

12   the narco-traffickers with coca eradication and drug

13   interdiction?

14          And in the late '90s, this Plan Colombia was formed,

15   and that was the hope for the future, that in fact there would

16   be eradication of coca, the narco-terrorists would be stopped.

17   And it took a big effort.  It took nearly $10 billion, about

18   6.9 from the U.S., about 3, 3.1 or 2 from Colombia, to really

19   do all that additional infrastructure building.  And Manuel

20   Rodriguez was involved in talking to the embassy and others

21   about that.

22          And so it wasn't that you had to pay these terrorists

23   forever, which is what the plaintiffs would believe.  That's

24   not the whole story.  That's not the complete story.  The

25   complete story is about building, about providing good jobs,

1   about providing good benefits, about winning this battle with

2   the terrorists, about going back, like Chuck Didier after

3   having been shot.  That's what this case is about.  That's why

4   Chiquita didn't leave.  Because there was not only something

5   being built that would stabilize the community day in and day

6   out, but there was this hope for the future that the police and

7   military, with more support, with more help, could take the

8   country back.  And, in fact, that's what happened.  Colombia

9   today is a much different country than it was between 1990 and

10  2004.  It was successful.  Chiquita's reason to hope and the

11  workers reason to hope was real.  That's the heart of this

12  case.  Cutting and running was not only unreasonable, it wasn't

13  right.  Chiquita did the reasonable and the right thing.

14          There's a fifth fact.  I told you that five facts

15  would emerge in this case.  The fifth fact is --

16          Could you pull up slide 10?

17          Really comes from the testimony of Raul Hasbun.  So

18  let's go through this carefully, because this testimony is

19  disturbing for many reasons.

20          So you remember hearing this.  This was read to you,

21  but I'm going to go through it with you.  And this it comes

22  from the deposition of Raul Hasbun in Medellin.

23          I'm handing you what's been marked as Exhibit No. 5.

24  Please turn to page 17.  You see a signature and a name on it,

25  correct?

```
1           Now I direct your attention to page 11 of that
2    document.
3           On page 17, what signature name appears?
4           Terry Collingsworth, who was the one of the
5    plaintiffs' lawyers in this case, as you know.
6           On page 11, in the first paragraph, it says:  On
7    several occasions at meetings with the undersigned counsel for
8    plaintiffs in the prison in Medellin on or around August 15,
9    2009, November 14, 2009, and September 11, 2010, Raul Hasbun
10   Mendoza inquired as to whether plaintiffs could pay for his
11   lawyers and other costs with providing testimony regarding
12   various multinational companies collaboration with the AUC.
13          Do you see that?
14          Yes, your Honor and counsel.  The fact of the matter
15   is that at some time, and I don't remember if an American
16   attorney appeared at the jail, at the cell, and a proposal was
17   made to my attorney at the time, he was offered some resources
18   so that he could provide a list of victims that were going to
19   be recognized by me within the Justice and Peace process.
20          That list of victims is what's in ACTA 138.  And I'm
21   going to show you that a little bit later.  But that's what
22   they're talking about here, a list of victims that would go
23   into Justice and Peace.
24          I cannot tell you if that is the attorney with the
25   name of maybe some other one.
```

1          Did your Colombian attorney Mr. Maya Sanchez request a

2    payment of $200,000 U.S. dollars to you to assist

3    Mr. Collingsworth in his case?

4          Answer:  I would not be able to tell you, counsel, if

5    money was ever offered to my attorney.  I never, neither myself

6    for my attorney.  And now I'll make an additional comment.  And

7    not $200,000, but $3 million, that supposedly they would give

8    me from 3 to 5 million, that if those people were to win that

9    case, but that was never made to me directly by an American

10   attorney.

11         Question:  Was it made to you indirectly through Maya

12   Sanchez or any other lawyer you had in Colombia?

13         Part of the information came through Attorney Maya.

14   It wasn't through these gentlemen.  A part of it came through

15   that attorney.  That's what I have to say about any financial

16   offering.

17         By the way, your Honor, and this was advised to the

18   prosecuting attorney of Justicia y Paz, Nubia Esteles Chavez

19   Nino, who was carrying my case.  But it wasn't $200,000.  It

20   was between 3 and $5 million.

21         Why?  Why offer that kind of money?

22         Well, Hasbun gives us the answer.  It's so they would

23   win their case.

24         So names will be provided for a list that Justice and

25   Peace, and the plaintiffs could win their case.  He tells you

1    that.

2          Besides being shocking, it not only is undermining

3    justice, but it's covering up the whole truth of what happened

4    in Colombia, what was going on.  Not only the violence, but the

5    effort to combat the violence by Chiquita and other Government

6    agencies and multinational corporations.

7          It's not right and an indication that you really have

8    to continue to look deep and at all the evidence to get to the

9    truth of what's happening.

10         In my time with you this afternoon, I'm going to go

11   forward and talk to you about the issues in the case, the

12   issues you have to decide, the facts that were proven, and the

13   evidence that supports those facts, and the contentions and

14   arguments of opposing counsel, which I've already addressed a

15   bit from what I heard this morning.  But we'll do it a little

16   bit more of it as we can go on.

17         So let's look at the issues.  There are three issues,

18   primary issues, and one secondary issue that I'll talk to you

19   about.

20         So, the first issue, sometimes we refer to as the

21   threshold issue in this case, is did plaintiffs prove that the

22   AUC killed any of the decedents?

23         The second issue is did plaintiffs prove that Chiquita

24   failed to act like a reasonable business person under the

25   circumstances?

 1          And the third issue is did plaintiffs prove that

 2    Chiquita's extortion payments provided knowing substantial

 3    assistance to the AUC?

 4          Because issue number one is a threshold issue, we

 5    believe that's the only issue you'll have to decide in this

 6    case.  Because once you decide that issue and if you find that

 7    plaintiffs did not prove that the AUC killed any of the

 8    decedents, then you'll enter -- and we'll go over this verdict

 9    form.  But you'll enter a general verdict in favor of Chiquita,

10    and that ends the deliberations.  You don't go on.  You do not

11    go to issues two and three.

12          And, as I said, we'll go through all the evidence at

13    some length today.  And when we do, you'll decide that

14    plaintiffs did not meet their burden with respect to issue

15    number one.

16          And remember, as you deliberate, the plaintiffs do

17    have a burden of proof.  And that burden of proof is a

18    preponderance of the evidence, which means plaintiffs have to

19    prove each of these issues is more true than not true.  In

20    other words, they have to prove by that preponderance of the

21    evidence, that it's more true as opposed to not true that the

22    AUC killed any of their decedents.

23          And for the reasons we've already discussed, we think

24    the answer is becoming clear and will be very clear by the time

25    you go in to the jury room and begin deliberating.

1          But, if you decide that they did prove some case or

2    cases, in those cases that the AUC killed any of their

3    decedents, then with respect to those cases only do you go

4    forward to the second issue.  Those cases in which you decide

5    that they did not prove that the AUC killed any decedent, you

6    should enter a verdict for Chiquita.  But we think you'll enter

7    the verdict for Chiquita on all the cases.

8          The second issue is did plaintiffs prove that Chiquita

9    failed to act like a reasonable business person under the

10   circumstances in Colombia?  And again, you only reach that if

11   you find that they met their burden on issue one.

12         If you find that Chiquita acted as a reasonable

13   business person, as I just discussed with you and reasoned with

14   you, that's where the evidence leads, if you decide that issue,

15   that Chiquita acted as a reasonable business person, then

16   again, the deliberation ends, and you enter a verdict for

17   Chiquita.

18         But only if you answer that question in the

19   affirmative that the plaintiffs did prove that Chiquita failed

20   to act like a reasonable business person, only then do you

21   consider the third issue.  So they proceed in that kind of

22   progression.

23         So, we believe, unlikely, you'll have to decide all

24   three.  But if you do, there's ample evidence.  And we're going

25   to discuss it this afternoon, that the answer to all three

 1  questions, the answer to all three questions is the plaintiffs

 2  did not meet their burden on any of these issues.

 3          So, how do we know that the AUC did not kill any of

 4  the decedents?  The starting point is to look at what the

 5  plaintiffs themselves knew, because they were the closest ones

 6  to the incident.  And here's the testimony from the plaintiffs

 7  themselves in each one of the cases.

 8          So in the Durango -- the decedent, Mr. Durango, and

 9  you don't know who shot Waynestey?  And this is Pastora.

10          No, we do not know who did it.

11          And in the Restrepo Tangarife case.

12          Ms. Torres:  You did not see the men who shot your

13  husband, correct?

14          No, I didn't see them.

15          Same thing is true of the Libardo de Jesus Villa Mora

16  case.  And Ms. Villa, you do not know the people who actually

17  killed your father, correct.

18          No.

19          And Leopoldo testified, you don't know who shot your

20  father?

21          I don't know.

22          And Luis Correa, and you don't know who actually

23  killed your father, correct?

24          No.

25          And as you know there are a lot of siblings there and

1    no one could really say who killed their father.

2           In the Molina Roman case, this is important, because

3    not only was the perpetrator unknown but generally speaking,

4    there were not reports to the police, no police investigations,

5    no police records, nothing.

6           And you did not report your father's death to the

7    police, correct?  This is in the Molina Roman case.

8           The person was standing up on the train tracks.  He

9    was wearing a white sweater.  He had long jeans and a cap.  He

10   had his hands behind him and he asked my dad something and

11   started to shoot.

12          But, again, no reporting of this particular case to

13   the police.

14          In the Palencia Sibaja case, you did not see Camacho

15   kill Carlos, correct?

16          I did not see him.  And again, no one did.  There's no

17   one who comes and says Camacho, I saw Camacho kill Carlos.

18   That evidence does not exist.

19          In the Fantalvo Salas case, you had no personal

20   knowledge that one of those four men killed Franklin, correct?

21          No, that's all I know.

22          I don't mean what anybody else told you happened.  I

23   mean with your own eyes, are you able to say who killed

24   Franklin?

25          For me to have seen that he was shot, no, I cannot.

1          And Cardona Munoz, no eyewitnesses to your son's

2    killing?

3          Yeah.

4          Same thing in the Rodriguez Duarte case, sitting here

5    today, you don't know the identities of the two men who came

6    to your house the day your father was killed, correct?

7          The testimony from Nancy Mora Lemus, you don't know

8    the names of the two men that were at your house the day that

9    your husband was killed?

10         No.

11         In the Jinete Sierra case, no, I heard the shots.

12         And you didn't see the shooter, correct?

13         No.

14         And the police never determined who the killer was?

15         The reason for that, ladies and gentlemen, is really

16   explained by these two maps.  So as we talked about a little

17   bit earlier, and this map is from General Sanchez.  This map is

18   from DEA Agent David Gaddis.

19         And as you assess the evidence, one of the things you

20   should look at is there corroboration of a particular

21   description of events, particular key pieces of evidence that

22   are corroborated with witnesses who have different

23   perspectives.

24         So General Sanchez, operating on military

25   intelligence, and actually being someone in the field might get

```
 1   the narco-terrorists, the AUC, the FARC, the ELN, the EPL.  He

 2   has this evidence that he presented to you.

 3          And DEA Agent Gaddis had this evidence, but they're

 4   both exactly consistent.  That it's not surprising that no one

 5   knows who actually pulled the trigger or wielded the knife

 6   because it was all part of the crossfire of this war that was

 7   going on.

 8       And it's not like the decedents lived far away from it.

 9   They were in the middle of it all.  And you heard General

10   Sanchez say not only were these narco-terrorists groups,

11   fighting each other, but they were splinter groups within each

12   group that were fighting, and they were all fighting over the

13   same thing, and that is narco-trafficking routes and shipping

14   points and ultimately huge amounts of cash.

15       We'll look at those huge amounts of cash.  You'll remember

16   the testimony from DEA Agent Gaddis, and then also on cross

17   from Professor Kaplan.  We're going to look at all that.

18       But when you look at these two maps, it's clear why it's

19   impossible to tell who killed these particular decedents just

20   like as General Sanchez and Rincon told you from the field it's

21   impossible to tell who killed most of the 400,000 Colombians

22   who were killed during this drug fueled war.

23       You recall on cross-examination, I asked Professor Kaplan

24   this question, and he, too, couldn't really answer it and that

25   is:  So the answer to my question is yes, no one can identify
```

1    the actual killer; isn't that true?

2         I believe that's correct.

3         Let's pause for a minute.  As you know -- you can take

4    that down for a minute.  Neither the plaintiffs, neither the

5    police, neither the military plaintiffs own expert, no one can

6    really identify who the perpetrator was.

7         The plaintiffs, therefore, hired Professor Kaplan to try

8    to help fill in the gap and try to create some explanatory

9    theory as to why it was the AUC.

10        That theory was that there was some correlation between

11   AUC paramilitary violence, and I emphasize AUC paramilitary

12   violence because as you know there were many different

13   paramilitary groups.  A few of them affiliated and identified

14   with the AUC, and ACCU, others with unknown groups.

15        So, statistically, Professor Kaplan was hired to create a

16   theory to explain in this temporal region.

17        If we could go back to slide 22, please.

18        Professor Kaplan was hired to try to explain that in this

19   region with this intense fighting between the FARC, the AUC,

20   the EPL, ELN, that somehow the paramilitaries predominated the

21   AUC related paramilitaries, and statistically because they

22   predominated, it must have been the AUC.

23        That's what he was hired to do.  And we'll look at his

24   testimony in just a few minutes with the graphs, the charts and

25   why it's not as he presented it and in which he had to concede

1   in fact that there's no correlation between AUC paramilitary

2   activity and these deaths.

3       Also with respect to this first issue we'll look closely

4   at this the ACTA 138.  First of all, the ACTA 138 cannot be

5   relied upon for the reasons we saw a little bit earlier and

6   that Hasbun was offered a lot of money to put names on that

7   particular list.  That's number one.

8       Number two, but as Professor Restrepo told you, it's only

9   a charging document.  There's no confession by Hasbun in that

10  ACTA 138 with respect to any particular killings, and so we'll

11  look at that evidence.

12      So when you put all of these things together with respect

13  to issue number one, and we'll look at more evidence as the

14  afternoon goes on, particularly where the decedents were killed

15  and what was being fought over, hundreds of millions of dollars

16  of cocaine trafficking.

17      When you put all of that together, it's clear that

18  plaintiffs have not and cannot meet their burden respect to

19  issue number one.

20      Your Honor?

21          THE COURT:  Do you want to take a recess?

22          MR. CIOFFI:  Would you like to?

23          THE COURT:  It's up to you.

24          MR. CIOFFI:  I'm going to go into different issues.

25          THE COURT:  So it's been an hour ten minutes.  Why

```
 1    don't we take a ten minute recess, all right, ladies and

 2    gentlemen?  Don't discuss the case, don't form any opinions

 3    yet, and we'll see you in about ten minutes.  Thank you.

 4              THE COURT SECURITY OFFICER:  All rise.

 5         (Thereupon, the jury exited the courtroom.)

 6              THE COURT:  Thank you.  We'll see you in ten minutes.

 7                        (Short recess had.)

 8              THE COURT:  Please be seated, everyone.  Are we ready

 9    to proceed?

10              MR. CIOFFI:  Yes, sir.  Let me get this on first.

11              THE COURT:  Okay.  Let's bring the jurors in, please.

12              THE COURTROOM DEPUTY:  Please rise for the jury.

13         (Thereupon, the jury entered the courtroom.)

14              THE COURT:  Welcome back, everyone.  Please be

15    seated, ladies and gentlemen.

16         Mr. Cioffi, you may continue.

17              MR. CIOFFI:  Yes.  Let's focus now on the second

18    issue in the case.  How do we know that Chiquita acted

19    reasonably under the circumstances in Colombia?

20         And let's start with the factual proffer in this

21    paragraph that the plaintiffs never wanted you to see, and this

22    is the beginning point.

23              MR. SCAROLA:  Excuse me, your Honor.  May we approach

24    sidebar?

25              THE COURT:  No.
```

1          MR. SCAROLA:  I do object to the repeated

2     disparagement of counsel, your Honor.  It is unprofessional and

3     inappropriate.

4          THE COURT:  This is argument.

5          MR. SCAROLA:  Thank you, sir.

6          MR. CIOFFI:  Let's look at paragraph 21 of this

7     particular document.  And it says here Castanó sent an unspoken

8     but clear message that failure to make the payments could

9     result in physical harm to Banadex personnel and property.

10          And the first sentence is really important because it

11    said following a meeting in or about 1997 between the then

12    leader of the AUC, Carlos Castanó, and Banadex's then general

13    manager -- so this first threat from the AUC right from the

14    beginning in 1997 happened as the Government agreed and

15    Chiquita agreed that this evidence will be proved beyond a

16    reasonable doubt and it's simply an acknowledged fact that this

17    first threat happened in 1997.

18          So, what you hear repeatedly that there's no evidence

19    and that the defense of extortion, the fact that there was

20    extortion was invented for the DOJ, absolutely not true.  It

21    happened right from the beginning, the very first meeting

22    between Chiquita and Castanó, leader of the AUC.  Threatened

23    right from the beginning.

24          So, again, don't be diverted by those kinds of

25    arguments and as we drill down into these issues in a little

1  bit, we're looking at more testimony about all of those

2  threats.

3          In this particular document, the Government also

4  acknowledged and agreed that the offense was the crime of

5  engaging in transactions with the AUC without having first

6  obtained a license or other authorization of OFAC.

7          Let's look at paragraph 8, please.  So, pursuant to

8  Executive Order 13224, the Secretary of State of the United

9  States, in consultation with the Secretary of the Treasury and

10  the Attorney General designated the AUC as a specially

11  designated global terrorist on October 31.  I think you heard

12  even earlier today that the FTO designation was in September of

13  2001.

14          This separate designation happened later, and since

15  then, it's been a crime for any United States person, among

16  other things, willfully to engage in transactions with the AUC

17  without having first obtained a license or other authorization.

18          No question, there's no issue in this case and it's

19  not an issue in this case Chiquita pled guilty to that offense,

20  and Chiquita did that because it missed the FTO designation on

21  September 10, 2001.  Chiquita missed it.  It was a mistake.

22          Chiquita paid a big fine, $25 million in this plea

23  bargain with the Government and the DOJ.  But the fact that

24  Chiquita made this mistake and paid the penalty is, first of

25  all, not relevant in this case.  You can't punish Chiquita in

1   this case.  No one can or should blame Chiquita in this case

2   because it's a different issue for that particular offense.  It

3   happened, Chiquita owned up to it, and paid the fine.

4        What's important for this case is how Chiquita dealt

5   with this particular issue.  And you know from the testimony of

6   Bob Olson, from Cyrus Freidheim, from Bob Kistinger, that from

7   the very beginning, as soon as Chiquita found out about the

8   designation, Chiquita did something no other company has done,

9   and self-reported; went to the DOJ and said we screwed up.  We

10  missed this, but we have this horrible problem.

11       We'll go into the discussions with the DOJ in a little

12  bit, but went to the Government, to the DOJ and said we made a

13  mistake.  Here's our situation.  Here are the circumstances.

14  Here's why we're doing what we're doing and in this particular

15  document, the Government acknowledged that what Bob Olson told

16  them on April 24, 2003 was true.  Chiquita was being extorted,

17  and if we look at paragraph 62, I believe.  You look at the

18  last sentence here, the Department of Justice officials told

19  Individual B that defendant's payments to the AUC were illegal

20  and could not continue.  The Department of Justice officials

21  acknowledged that the issue of continued payments was

22  complicated.

23       And, indeed, from the very beginning, when Chiquita

24  began being extorted by narco-terrorists first, the FARC, then

25  the AUC and then the others, it was, indeed, a very complicated

1    situation.  And Chiquita dealt with that complexity, dealt with

2    balancing the interests of the workers, the interests of the

3    country, its own interests with how to beat these terrorists by

4    providing prosperity and stabilizing environment.  All of these

5    factors, each step of the way Chiquita acted reasonably in a

6    very, very complicated situation.

7         And as Cyrus Freidheim told you, Chiquita throughout

8    this period of time was, in fact, caught in the crossfire.  It

9    was between a very, very hard rock and a very, very hard place.

10        And under those circumstances, it behaved reasonably.

11   It didn't take its own interests and put those interests first.

12   It considered the interests of the workers.  You heard the

13   testimony from the workers saying they wanted Chiquita to stay.

14   Chiquita could have left, could have got rid of the headaches.

15   Sold its interests.

16        Remember, as we talked about in the opening statement,

17   Chiquita was a global company.  It sourced fruit from all over

18   the world.  It sold it all over the world.  Colombia was a

19   small part of that.  It wasn't a central part of anything

20   Chiquita was doing, and including this expansion in the '80s.

21        Because they were purchases of farms throughout Latin

22   America as part of the expansion, so it could have done that,

23   it could have behaved the way corporations often behaved and

24   are criticized for.  It could have abandoned its workers.  It

25   could have left them to the terrorists.  It could have not

1    provided prosperity, good benefits and good jobs and just

2    walked away; wouldn't have made any difference to Chiquita's

3    bottom line, but it didn't do that.

4          It acted not only reasonably but rightly.  And that's

5    why on the second issue, you should find that Chiquita acted as

6    a reasonable person.

7          And Chiquita, each step of the way while it was in

8    Colombia based on the evidence, starting with the factual

9    proffer and the Government's recognition that Chiquita had been

10   extorted from the very first meeting with the AUC in 1997,

11   Chiquita consistently acted reasonably in order to protect its

12   workers, and to balance all of the complexities.

13         Even plaintiffs' counsel have told you repeatedly that

14   the AUC was this awful murdering, torturing, powerful army and

15   it was.  It was.

16         But they suggest to you a different solution to that

17   problem.  Instead of staying and fighting them with good jobs

18   and good benefits and prosperity, that Chiquita should have run

19   away and hidden.  The argument -- and that Chiquita was somehow

20   liable because it knew how horrible and murderous the AUC was

21   and how powerful.

22         Of course it did.  No one's denying that.  And it goes

23   back to that first meeting with Castanó as Mr. Keiser told you.

24   He knew that Carlos Castanó was an evil animal.  Only caring

25   about narco profits, only caught up in murder and power and

1    greed everything that narco-terrorists do.  He knew that which

2    is why he made the decision to pay.

3            So, another reason there's a fatal flaw in the

4    plaintiffs' case is that they say Chiquita knew about all these

5    things that the AUC was doing and shouldn't have paid.  But

6    it's exactly why Chiquita paid.  Because it was threatened like

7    everyone else, and we're going to look at a lot of evidence

8    about all the other businesses, all other people who were being

9    threatened.

10           But it's really that particular fact that doesn't

11   really make any sense about their case.  Chiquita paid because

12   it knew that this horrible army of narco-terrorists would, in

13   fact, kill its people.  It knew it from the very first meeting

14   because that's what Carlos Castanó told them.

15           So plaintiffs can't really have it both ways.  They

16   can't say, oh, you knew about all these horrible things the AUC

17   was doing, and you paid them anyway.

18           Yes, because there was no choice.  The only choice was

19   to let people die or cut and run.  And we talked about that.

20   We'll talk more about it.

21           Let's look at the third issue.  How do we know that

22   the extortion payments Chiquita was forced to make were not

23   knowing, substantial assistance?

24           Again, we don't think you're going to get to that

25   issue, but you decide this issue as Judge Marra will tell you

1    in his jury instructions by answering the question did

2    Chiquita's extortion payments substantially increase the risk

3    of terrorist acts by the AUC and the probability that

4    plaintiffs' relatives would be a victim?  The answer to that

5    question is no.  Absolutely not.

6          What put the decedents at risk existed not because of

7    anything Chiquita did, but it existed because this

8    narco-terrorist war was raging throughout the very region in

9    which the decedents lived.  That's what put the decedents at

10   risk.  There's nothing Chiquita did to put the decedents at

11   risk.

12         In addition to proving that Chiquita put the decedents

13   at risk and the population at risk, and again, it didn't do

14   that, the narco-terrorists did, the war did, the plaintiffs

15   have the burden of proving that the extortion payments, if you

16   should get to this third issue, provided substantial

17   assistance.

18         The extortion payments weren't substantial compared to

19   the hundreds of millions of dollars that the AUC was making in

20   drug trafficking money.

21         So you'll recall the testimony which we showed you

22   from Salvatore Mancuso's deposition who was a leader, one of

23   the top and, in fact, did become the top leader of the AUC.

24         And in that plea agreement in which he was convicted

25   as a drug kingpin in the United States, he admitted and it's

 1   beyond any dispute that between 1997 and 2002, he trafficked --

 2   the AUC trafficked in 2000 kilos of cocaine per month.

 3        And they did it as I showed you on the map a little

 4   bit earlier from only this one region of Colombia called

 5   Cordoba, and but from there, over a seven year period, they

 6   shipped more than a 138,000 kilos to the United States.

 7        It's that drug trafficking which we're going to look

 8   at the numbers, but you know from Agent Gaddis' figure of

 9   $22,000 per kilo, wholesale value, shipped to the United

10   States, that comes to well over $500 million per year.

11        Chiquita's forced extortion payments were less than

12   one 100th of one percent of that.  It was not substantial at

13   all; didn't increase the risk to anyone, the decedents, anyone

14   in the population for the simple reason the AUC had all the

15   money in the world, could do whatever it want, no one could

16   stop the AUC.  Not the police, not the military, until Plan

17   Colombia reinforced the military and the police and led to the

18   eradication and interdiction.  Had no impact.

19        There was this period of time where the AUC was all

20   powerful, and whatever Chiquita was forced to pay had no impact

21   at all, let alone substantial impact.

22        So, for those reasons, it's this second or third issue

23   that you, if you get that far in your deliberations, you should

24   decide that the plaintiffs have not met their burden; cannot

25   overcome the fact of these hundreds of millions of dollars of

1    narco trafficking cocaine income gave the AUC the power and

2    remember how powerful, Agent Gaddis told you.

3          They were so powerful, they could build their own

4    submarines to ship drugs to the United States and then scuttle

5    the submarines.

6          So, they could do whatever they wanted and they did do

7    whatever they wanted.  There was no substantial impact of

8    anything Chiquita did.

9          You're going to hear really for the first time in the

10   jury instructions about a term that's never been mentioned in

11   the case yet.  And that's the term called hazardous activity.

12         And you'll hear something from Judge Marra in the jury

13   instructions, and the jury instructions will say you have to

14   listen to his instructions.  If I'm paraphrasing it

15   incorrectly, he gives the instructions.  You should listen only

16   to those instructions, but essentially because he shared the

17   instructions with us before these arguments, that you will hear

18   a term hazardous activity and that it's the plaintiffs second

19   theory of liability after fault.

20         That is after the claim that Chiquita didn't act like

21   a reasonable business person and provided knowing substantial

22   assistance, their second theory of liability is this term

23   hazardous activity.

24         And the court will tell you that with respect to

25   hazardous activity, the plaintiffs have the same burden as they

 1   do with the first three issues.  They have the burden of

 2   proving that what Chiquita did in making these extortion

 3   payments was a hazardous activity.

 4           And the judge will tell you that hazardous activity

 5   means that similar to the third issue, that what Chiquita did

 6   in terms of the extortion payments substantially increased the

 7   risk of harm to the decedents and others in Colombia.

 8           And again, for the reasons I just mentioned to you,

 9   because of the lack of substantialness to what Chiquita did in

10   relationship to the total income of the AUC being well over

11   five hundred million per year, it had no substantial impact on

12   anyone in the community.

13           In other words, what Chiquita was forced to give to

14   the AUC didn't cause the AUC to do anything; didn't increase

15   the risk to anyone.

16           Whether Chiquita had left the country, didn't leave

17   the country, never went into the country, the result would have

18   been the same.  Absolutely the same.  And you know that based

19   on the evidence we've previewed.

20           We're going to look at a lot more before the day's

21   over.  But based on that evidence and your common sense, you

22   know that to be true.  It's a little bit like -- let me give

23   you an analogy.

24           It's a little bit like saying if a drug dealer at

25   Loomis Park in South Beach approaches a mother and daughter

1    with a gun, points the gun at them and the mother hands over a

2    hundred dollars and saves her life and the life of her

3    daughter, and two days later, the perpetrator with the gun robs

4    someone else, did that mother increase the risk to that other

5    person or to the community?  No, of course not.

6           That particular drug dealer, that robber would have

7    done the same thing regardless.  So keep that in mind when you

8    go to deliberate on this particular issue.

9           That result of saying the mother who paid to defend

10   herself and her daughter somehow increased the risk of others

11   who were victimized by the drug dealing robber makes no sense.

12   It defies common sense and in fact, it turns common sense on

13   its head.

14          In this next part, as I told you in the beginning I

15   really want to talk about the actual facts, all the testimony

16   in some detail, so bear with me, that proves all of these

17   issues, all of the things I just talked to you about about the

18   first three issues.  As I said, we're going to review the facts

19   that were proven and the evidence that supports those facts.

20          In a lawsuit like this, the facts only come from one

21   source and that's that witness stand or from exhibits that

22   witness has identified and that are admitted into evidence.

23          So when we talk about facts, that's the facts, not

24   depositions taken a long time ago.  Not snippets of

25   depositions.  Not people being cut off, but what you actually

1    heard from that witness stand.

2         So let's look at the key evidence.  What does the

3    evidence show us about the first issue?  It shows us that the

4    plaintiffs failed to prove that the AUC killed any of the

5    decedents.

6         It proves that this period of time, between 1990 and

7    2004 was the bloodiest, most horrible, most chaotic period in

8    Colombian history.  It was -- and ground zero of this

9    particular war was northern Colombia where the decedents

10   happened to live.

11        This is how General Rincon described the situation.  I

12   said, are you aware based on you knowledge and research about

13   the case that there were decedents in this case killed in

14   Antioquia, which is the department, the state.

15        That was a confrontation between all of the armed

16   groups in Colombia, the FARC, ELN, EPL and the illegal

17   self-defense forces.

18        Mm-hmm.

19        A lot of people were dying.

20        And this was -- you're talking about now the region of

21   Antioquia; is that correct?

22        Antioquia and the rest of the country.

23        General Sanchez who was there on the ground fighting

24   in this particular war, probably no one is more credible and

25   more knowledgeable about what was going on between 1990 and

1    2004 than General Sanchez.

2         Truly someone who had boots on the ground.  All of

3    those narco-terrorists would attack each other for the control

4    of the drug business.  Would they attack civilians?  Yes.  One

5    of their objectives was the attack, the fear, the terrorism

6    general civilian populations.  That's why we existed to be able

7    to defend them, but since they were scattered in every place in

8    the country, for the army, it was very difficult to arrive at

9    all these places to be able to defend them.

10        THE COURT:  Mr. Cioffi, the reporter is having some

11   trouble with her equipment.

12                    (Short pause had.)

13        THE COURT:  Mr. Cioffi, you may proceed.  I'm sorry

14   for the interruption.

15        MR. CIOFFI:  No problem at all, your Honor.  Hardest

16   working person in the courtroom is Ellen, and we acknowledge

17   she's got the toughest job any time.

18        Focusing back on General Sanchez's testimony, he's

19   talking about the number of people killed, and he says:

20        But they also received crime scene kits to support

21   investigations in order to find who the perpetrators were so

22   that people would not be getting away with it, because there

23   were many thousands of dead in Colombia.  And we never -- it

24   was never known who killed them or who attempted to kill them.

25        That's what happens in this theater of war that was

1    going on, especially in northern Colombia where the decedents

2    lived.

3           Because in those areas, he's talking about northern

4    Colombia, the narco-terrorists of FARC were operating, the AUC,

5    the ELN, the EPL, and organizations like the Medellin and Cali

6    Cartel.  So you remember his testimony about all of the

7    conflict spreading into northern Colombia because of the drug

8    routes out of the country and the shipping points out of the

9    country.

10          Because we didn't want you to have only part of the

11   story or three-quarters of the story or 90 percent of the

12   story, we didn't stop with presenting to you General Sanchez

13   and General Rincon.  We wanted to have you see a different

14   perspective, so we presented to you one of the leading scholars

15   about this period of history in Colombia, Professor Restrepo.

16   And his testimony is remarkably consistent with what the

17   Generals were reporting to you.

18          From '97 onwards, when the AUC was created or

19   announced, there was a continuous rise in violence.  And we

20   reached as well levels of violence that we reached when Pablo

21   Escobar was ruling the Medellin Cartel and fighting against the

22   state using terrorist acts in several cities in Colombia.

23          We reached same level of violence, but in this case,

24   it was mostly confined to the countryside, again, this area of

25   northern Colombia where the decedents lived.  The infighting

1   between the guerillas and the paramilitaries reached a peak

2   then.

3           Professor Restrepo also showed you this graph that

4   validates what he's saying and validates what both General

5   Sanchez and Rincon said so you can see from the lines of the

6   graph that as the hectares of coca production increase, so do

7   the number of armed forces both on the FARC and all sides,

8   increase and so does the violence.

9           So, there's evidence statistically and also from

10  firsthand observations by General Sanchez and scholarly

11  observations by Professor Restrepo that shows you what was

12  going on.

13          There's no question that this war was fueled by a

14  fight for the hundreds of millions of dollars of the cocaine

15  trade, and that was between a number of narco-terrorists and a

16  number of criminal cartels.

17          And here's the impact it had, presenting this to you:

18  The impact it had on the everyday life of an average everyday

19  worker, and this is the testimony of Humberto Forton, who just

20  happened to be the controller of Banadex, but his firsthand

21  observations shows you how this conflict really affected people

22  on a day-to-day basis, and it affected the decedents the same

23  way:

24          Can you tell us about the incidences of violence?

25          Of course.  During my stay, every person I talk to in

1    Colombia, driver, maid, cooking, at the grocery store,

2    everybody mentioned that they lost a relative, brother, sister,

3    parent, son, as a result of the violence.  It was very shocking

4    for my wife and myself to hear consistently from everybody that

5    these killings really impacted not just a sector but every

6    person we met anywhere.  And that really raised our awareness

7    of how dangerous it was, the environment, that we needed to be

8    very careful on what we were doing and where we were going.

9        We're going to look that a little bit at Agent Gaddis'

10   testimony, and this slide is particularly important for a

11   couple of reasons.

12       Number one, as you can see, this story you heard a

13   little bit earlier about the fight between the AUC and the FARC

14   was about ideology, Marxist and being rightists, people who

15   supported big businesses and people supported farmers, and

16   others.  None of that's true.  This was -- these are the

17   leaders of the AUC who were designated as narcotics traffickers

18   under the Kingpin Act and many of them found guilty, including

19   Salvatore Mancuso, and Ever Veloza.  So it's really about

20   drugs, as Sanchez and Rincon told you, not about ideology.

21       And Agent Gaddis talks a little bit more about this.

22   Particularly, this particular area being a war zone.

23       And Agent Gaddis, you mentioned just a few moments ago

24   that the AUC and the FARC were getting into battles.  What were

25   those battles about between the -- from the DEA's perspective?

1          Yeah, dominating the territory to grow coca and to

2     control perhaps some cocaine transportation routes.

3          And so were these essentially violent battles, gun

4     battles, between the two of them?

5          Yeah, it was a war zone.  It was a war zone and many

6     people were killed during these days.

7          Agent Gaddis went on to explain after this question,

8     And how were they able to continue on the drug trafficking

9     business after the fall of Pablo Escobar and the Medellin

10    Cartel?

11         Well, if you think about it, the advantages that they

12    had in terms of already being drug traffickers -- he's talking

13    about the AUC, as you can see -- already knowing customers

14    around the world, already having established transportation

15    routes and transportation methods, enjoying an ideal soil and

16    ambient conditions in Colombia, the altitude, many of the

17    cultivation areas was perfect to grow very good coca leaves

18    which could be harvested on one bush three or four times a

19    year.  I mean, all of the pieces came together for the ACCU and

20    the AUC to become the primary cocaine trafficking cartel in the

21    world.

22         As I said one, of the ways you determine in our

23    everyday life using common sense is if evidence -- if a story

24    is corroborated by a lot of different people.  So, in addition

25    to Professor Restrepo's views, in addition to Agent Gaddis'

1    views, we gave you the views of General Sanchez.  But the

2    center of gravity of everything was narco-terrorists

3    trafficking drugs, cocaine.  Every day we were in combat, a lot

4    of soldiers died.  And it hurts me today as a General, but we

5    did what we had to to defend the country.

6            With respect to drug trafficking, it's important to

7    note that evidence came from the plaintiffs themselves.  They

8    were knowledgeable about the AUC, the EPL, the FARC being

9    narco-terrorists.  Let's take a look at that testimony.

10           And this is the de Jesus Libardo family:  And you were

11   aware that the AUC were drug traffickers, correct?

12           Yes.

13           And you were aware that the AUC fought other illegal

14   groups over drug trade, correct?

15           Yes.

16           The AUC fought over the control of land for the drug

17   routes, correct?

18           Yes.

19           This is the land where the decedents lived.

20           Do you recall testifying that El Aleman was a

21   narco-terrorist, a drug dealer and terrorist?

22           Yes, I remember.

23           Mr. Villa, El Aleman, was a drug trafficker, correct?

24           Yes.

25           And the AUC were drug traffickers, right?

1          Yes.

2          It's one thing to say they were drug traffickers, but

3   that the fact they were drug traffickers fighting intensely in

4   the same area where the decedents lived and were killed is

5   what's dispositive about this first issue in terms of whether

6   or not the AUC killed the decedents because, as you heard now

7   from Agent Gaddis, General Sanchez, Professor Restrepo, this

8   fight between the narco-terrorists was so intense in these

9   particular areas where the plaintiffs lived because they were

10  the key drug routes out of the country and shipping the cocaine

11  into America, and it was in this crossfire that the decedents

12  were killed.

13         As I mentioned a little bit earlier, Professor Kaplan

14  was hired by the plaintiffs to produce some evidence to link

15  the AUC, in light of everything that was going on, and the fact

16  that this map explains what happened to the decedents,

17  Professor Kaplan was hired as an expert to fill the gap.  And

18  one of his theories, you'll recall, was that there was a

19  correlation between an increase in paramilitary activity in the

20  region and an increase in the decedents' death.  But his theory

21  failed because the statistically there is no correlation.

22         Let's take a look at that, because this is evidence

23  the plaintiffs produced to try and persuade you this reality

24  doesn't explain the deaths.

25         So first here's his testimony about the correlation.

1    And my reading of it was that there's some correlation.  It's

2    not a perfect correlation.  And, again, he's trying to

3    correlate in these regions that we were looking at in the map,

4    this northern part of Colombia, he's trying to correlate what

5    he claims to be increases in paramilitary violence and also the

6    increases or the incidences of the decedents' deaths.  So it's

7    a statistical analysis which he was trying to present as a

8    contrary theory or an explanatory theory of what was happening

9    as opposed to deaths in the crossfires of this narco-terrorist

10   war.

11          But let's explore again what he said about this.

12          Well, let's keep going, because from 1998 to 1999, as

13   we just said, there is no correlation.  The trends are

14   inconsistent, right?  They were going in different directions.

15          So in other words, this was no correlation between the

16   decedents' deaths and the paramilitary activity.

17          And Professor Kaplan admits this on cross-examination:

18   From 1999 to 2000, the paramilitary killings increased from 700

19   to 900, correct?

20          Approximately, but the bellwether killings decreased

21   from three to two.  So again, you have paramilitary killings

22   going up, bellwether killings going down.  The trend again is

23   inconsistent and no correlation, correct?

24          Well, for those -- if you look at those two years, the

25   trends are going in different directions.

1        And this is the -- remember, we reviewed this diagram,

2   which is Figure 7.1 that Professor Kaplan used in developing

3   his theory of this correlation.  And you can see from here the

4   bellwether victims rising even though the paramilitary killings

5   decrease.

6        We'll talk a little bit more about other flaws in this

7   particular statistical analysis in a minute, but this should

8   convince you that Professor Kaplan's statistical analysis about

9   a temporal connection between paramilitary violence and the

10  bellwether deaths cannot be relied upon as evidence that the

11  AUC was involved in any way in these killings.

12       Also, you remember this particular graph, and you saw

13  it a couple of times this morning, and this was a graph of

14  these very high percentages in municipalities.  And you recall

15  that Professor Kaplan presented this to you on direct

16  examination.  But on cross-examination, we developed a

17  different outcome.

18       So the question is:  But none of the nine remaining

19  bellwether decedents were involved in massacres or

20  disappearances, were they?

21       No, I don't believe so.  I believe they were selective

22  killings.

23       So the reason these numbers were so high, and you

24  remember this from the cross-examination, is that in putting

25  these statistics together, he included data from massacres and

1    disappearances even though the decedents weren't killed as part

2    of massacres or disappearances.  The other problem, and we'll

3    get to that when we look at Professor Restrepo, is that he

4    over-included in the statistics of the paramilitaries,

5    paramilitary groups that were not part of the AUC and the ACCU.

6           So, as Professor Restrepo explained to you, when you

7    did the analysis correctly -- and this is a chart from

8    Professor Restrepo's testimony -- you can see Honduras

9    different the percentages are.  They're not 98 percent or 100

10   percent, sometimes they're 1 percent.  In all cases, they're

11   below 50 percent.  Again, this is further evidence that

12   Professor Kaplan's statistical analysis does not and cannot

13   prove AUC involvement in these particular killings.

14          Also, Professor Kaplan testified that there were these

15   confessions by Raul Hasbun, in the ACTA 138 and also with

16   respect to Mangones.

17          And as Professor Restrepo pointed out, and as we

18   showed that this was a charging document and it was not a

19   conviction.  So that there is no conviction or confession, it's

20   simply that Hasbun was presented with the charges against him.

21   And it does not prove that he or anyone else affiliated with

22   the AUC was involved in these killings.

23          Now I want to show you something I alluded to a little

24   bit earlier, that the connection between the offer of money to

25   Hasbun and ACTA 138, so again, he says, you know, there's this

1   proposal made.  And what's important about this is that it was

2   a proposal so that he could provide a list of victims, and that

3   victims has to do with the ACTA 138 within the Justice and

4   Peace process.

5          Did your Colombian attorney, Mr. Maya Sanchez, request

6   a payment of 200,000 U.S. dollars to assist Mr. Collingsworth

7   in this case?

8          I would not be able to tell you.  I never -- neither

9   myself, nor my attorney, and now I'll make an additional

10  comment.  And not 200,000, but three million.  That supposedly

11  they would give me from three to five million if those people

12  were to win the case.  But that was never made to me directly

13  by an American attorney.

14         With respect to this particular attempt to pay Hasbun

15  to put people on this list, it was specifically in relation to

16  ACTA 138.  So, the question -- this is the question to Hasbun

17  in his deposition:

18         And is Exhibit B a true and correct copy of the

19  documents that you remember signing?

20         And you can see if you look over here, at this

21  particular exhibit that was introduced was Exhibit B in his

22  deposition.  And again, it was this preliminary hearing that he

23  was approached about to put names on a particular list.

24         He goes on to say, we were given the entire document.

25  We simply signed the record concerning the appearance at the

procedure.  So, this was, again as it says here, a preliminary

hearing of partial and additional charges.  It's by no means a

confession.  And it's not evidence that anyone with respect to

the AUC was involved in the killings of the four decedents

listed in ACTA 138.

     With respect to the case of Libardo de Jesus Villa

Mora, there's some alleged confession by El Aleman.  And let's

take a look at that.  There's the question:

     Is that El Aleman?

     He is El Aleman.  And he was shown the photograph.

     So once he introduced himself to you -- or let me ask,

let me phrase it this way.  Up to the moment in time, did you

know why he summoned you?

     No.

     After he introduced himself to you, did he explain to

you why he summoned you?

     Yes.

     What did he explain to you?

     He asked for our forgiveness.  He said that he was

sorry, but that he was the one who had given the orders that

had come from the Castanó house for the killing of my father.

     This particular self-serving testimony cannot be

relied upon because El Aleman, as you can see, not only was an

AUC murderer, but also a drug kingpin.  So you really have to

question the reliability and the veracity and the idea that

1  this kingpin, the person responsible for many murders and for

2  trafficking in cocaine, would come and ask for forgiveness

3  Because of a killing.

4      Again, evidence that so-called confessions or

5  admissions are not reliable evidence, certainly not proof by a

6  preponderance of the evidence.

7      Let's take a look at what the evidence shows about the

8  a second issue.  Shows that Chiquita acted reasonably as a

9  business person under the circumstances in Colombia.  And again

10 what's the hard evidence of that?  What could we point to in

11 the record that proves Chiquita acted reasonably?  And again,

12 as I talked about a little bit earlier, is the factual proffer,

13 the beginning point for all of this.

14     But there's much more.  The other; witnesses talk

15 about extortion throughout Colombia and the extortion of other

16 businesses.  This wasn't something made up by Chiquita.  It's

17 something that was real and existing.  And not only did

18 Chiquita pay extortion, but so did -- as you'll see in the

19 testimony, everyone else did.

20     So, as General Rincon said, I did not mention any

21 specific companies, but they were all being extorted.  The

22 entire Colombian population was being extorted.

23     Would they also attack businesses?

24     This is General Sanchez.  Yes, they would attack

25 businesses because they were extorting from them.  They had

1   them under threat.  A lot of people were getting -- they were

2   extorted, a lot of businesses, and a lot of people.

3          Even the plaintiffs testified that there was extortion

4   of businesses.  So Ms. Mora testified, you were aware that the

5   AUC extorted local businesses in Colombia, correct?

6          Yes.

7          And Lina Maria Berdugo Lechuga testified, You knew

8   that the AUC extorted owners of stores.

9          Comments would have it that, yes, indeed they did, in

10  order to protect the stores.  They would ask for it to protect

11  the stores.  And Ms. Berdugo, a vacuna is something voluntarily

12  paid -- involuntarily paid, correct?

13         It's something that's paid for protection, so in order

14  to avoid stealing or having something done to the store --

15  clearly a threat.

16         Also, Professor Kaplan testified directly based on a

17  radio interview that he cited in his report about extortion

18  from Mangones.  The question was:  How many extortions does

19  Mangones admit to here?

20         I don't have it on my reason.  Yeah, there it is.  I'm

21  assuming that the top line is what he's referring to, up to

22  1,000.

23         And he identifies two companies specifically.  Who are

24  those?

25         He says Chiquita and Dole.

1           There's no question there's evidence directly from the

2    General's people on the ground, directly from the plaintiffs

3    themselves, and now directly from the AUC itself about the

4    extortion of businesses and Chiquita.  This is not something

5    Chiquita made up.  It's something that was happening day in and

6    day out in Colombia.

7           Mancuso admits and really almost boasts about

8    extortion.

9           And with that power, the AUC could and did impose

10   taxes on businesses and people, correct?

11          Yes, the AUC would impose taxes.  It had territorial

12   control and it would go ahead and make laws, standards.  It

13   would fix the roadways, it would solve problems.  It behaved as

14   a de facto state.  It -- it would exercise justice.

15          I want to focus particularly on the taxes that the AUC

16   imposed.  It's true, is it not, that anyone who did not pay

17   taxes imposed by the AUC would face enormous consequences,

18   correct?

19          Yes.

20          Those consequences would include violence to people

21   and to property, correct?

22          Yes.

23          This is the deposition that was read to you from

24   Otoniel Hoyos Perez, another AUC commander.  This will be the

25   fourth time I've asked you this question.  There was times --

1    there were times that the AUC used violence and threats of

2    violence to collect taxes from merchants, businesses, and other

3    people in the region.  Isn't that correct?

4            Answer, after being admonished by the court:  Yes,

5    yes.  And then again, yes, yes.

6            This testimony comes from Hasbun in his deposition

7    which was read to you on May 16.  In this he's corroborating

8    what Keiser says and what's in the factual proffer about that

9    first meeting with Castanó and Keiser.

10           So again, in deliberating and reaching your decision,

11   corroboration is important.  And you have it throughout the

12   case we've presented.  So this is what Hasbun says:

13           At the very first meeting that you and Castanó

14   summoned banana growers to, Castanó told you, Mr. Keiser, and

15   Mr. Bernal, that if they did not pay the AUC they would become

16   military targets of the AUC, correct?

17           Yes.  If they continued to contribute resources to the

18   guerillas.

19           It's true that Castanó told Mr. Keiser and Mr. Bernal

20   to pay the AUC what they were paying to the guerillas, correct?

21           Yes.

22           And if Mr. Keiser or Mr. Bernal did not make those

23   payments to the AUC, the banana growers would become military

24   targets of the AUC, correct?

25           Mindful of the way I'm supposed to answer, yes.

1          This is after being admonished by the court.

2          Follow-up question:  And in fact, you testified before

3    Justice and Peace as to the consequences people and businesses

4    would face if they did not make payments to the AUC, didn't

5    you?  Correct?

6          Yes, Mr. Attorney.

7          Bernal, who was also at the meeting, corroborates what

8    happened and what was in the factual proffer, what Keiser

9    testified to, and what Hasbun just testified to.  So the

10   question, we'll just zero in on it.  Is it correct that the

11   guerillas had taken violent reprisals against you?

12         They had already taken reprisals against me and also

13   against the company.

14         So is it fair to say that you believed Mr. Castanó

15   would take those same violent reprisals against you if you did

16   not pay the AUC?

17         That's affirmative.

18         Faced with these kinds of threats from this nearly all

19   powerful, brutal murderous army of narco-traffickers, Chiquita

20   paid like a number of other businesses.

21         You remember John Stabler, who talks about an earlier

22   period of narco-terrorist threats with respect to the FARC.

23   But John Stabler, as you know, was a Purple Heart recipient in

24   Vietnam, and he said that he worked for Hanna Mining and Shell

25   and American Airlines.  And he's questioned about, To your

1   knowledge, were any of these companies ever prosecuted for

2   making payments to armed groups?

3         I really don't know the answer to that.  It's been a

4   long time, counselor.

5         And then moving down here, I know nothing about them

6   being prosecuted, but I can assure you that everybody that was

7   in guerilla territory was paying.

8         General Sanchez told you the same thing.  And let's

9   focus in here.  So we can move through all of the evidence.

10  They have to combat against the bad ones and to take care of

11  the civilian population.  Companies of livestock, of farmers,

12  of the people in the oil industry, transport companies, that

13  many times, they themselves were threatened and they were

14  extorted by these bandits.

15        I'm going to show you a long statement by General

16  Sanchez, but this is important because you've heard the

17  plaintiffs say, well, there weren't always these explicit

18  threats.  But with terrorists, it's the terror that they

19  instill in the entire population that makes them so effective.

20  While they don't have to put a gun to someone's head every

21  time, there's a threat because people understand what's going

22  to happen if they don't comply with the terrorists.

23        There were plenty of explicit threats, but this

24  description by General Sanchez is important and something you

25  should think about, about how the AUC went about terrorizing

1    people.

2         So terrorism is based on fear.  So when people are

3    afraid that they're going to be killed, it's a form of

4    extorting them.  So the AUC, along with the other groups, used

5    extortion by way of terrorism, threats, death threats, to burn

6    down their houses, to burn their businesses, to kill their

7    people, kill their employees.  They went and burned down buses,

8    and they also went out to murder people.  Whoever did not pay

9    them, they would kill.  If you did not pay them, they would

10   destroy your lands.  They would kill your livestock, they would

11   harm all of your harvest.

12        This is a form of terrorism and a form of fear that

13   they would instill in the civilian population.  And they were

14   afraid to go and report it.  Because the first thing they said

15   to them, if you go and report this, we'll kill you.  If they

16   went -- if they went to the Army, if they went to the police or

17   other authorities, that they had people in those groups and

18   they would find out and that they would kill them.

19        So these narco-terrorists used every means of fighting

20   and to scare the civilian population, to scare businesses,

21   their livestock, the farmers.  It was a very complicated and

22   difficult situation.

23        Bob Olson, the general counsel of Chiquita, reflects

24   what he learned, which is very, very similar to what General

25   Sanchez was just describing in terms of the effectiveness of

1   terrorism.

2          Going back to your earlier testimony about

3   understanding the facts and the law, what was your

4   understanding about what was done to determine whether the

5   payments to now the AUC were necessary to save lives and were

6   extorted?

7          Well, this investigation is what caused me to believe

8   that these payments were being extorted by the AUC and were

9   necessary to save lives.  And the sole purpose for making them

10  was to save the lives of employees.

11         It's not just Bob Olson who told you that about

12  Chiquita's knowledge.  It wasn't confined to only Barbara

13  Howland, but it was throughout the organization.  John Ordman,

14  you'll recall, was in charge of all of the tropics.  And this

15  is what he learned about terrorism and extortion.  Again, they

16  would go out and get feedback from external security companies

17  to give us advice as to, okay, what do we know about this group

18  and is this real and stuff like that.  And we always came to

19  the same conclusion.  At the end of the day, this was just

20  outright extortion.  And if we didn't make these extortion

21  payments, we were putting people's lives at risk.

22         As we've talked about, if you're a reasonable business

23  person, when a human life is on the line, is at risk, it's both

24  reasonable and right to make those payments.  And we're going

25  to look a little bit later about the DOJ, but you'll recall

1    that incident I talked to you about in opening statement in

2    2003, in which an employee of Banadex was kidnapped.  This was

3    the time where Chiquita was discussing the situation and the

4    complexity of the situation with the DOJ, told the DOJ it was

5    going to make the extortion payment, and the DOJ didn't object

6    because there's no reasonable answer when someone who has the

7    power of a terrorist says to you, you need to pay me or your

8    people are going to be killed, your property is going to be

9    burned and bombed and so forth.

10          So, the question, it's very similar to what we were

11   talking about a little bit earlier, and that is the

12   reasonableness of Chiquita to enter Colombia, to stay in

13   Colombia, and now let's raise the question of whether it's

14   reasonable to pay the extortion.

15          I just presented to you all of this testimony about

16   everyone who was being extorted, everyone was paying.  That's

17   evidence and ample proof that it was reasonable to pay the

18   extortion because it's happening throughout Colombia.  The only

19   reason we're here is that Chiquita is the only company that

20   self-reported.  And that's -- it's a pretty good illustration

21   of no good deed goes unpunished.

22          But regardless, put that aside, as I said, it's not

23   relevant.  Chiquita owned up to missing the designation, paid

24   the fine.  But let's just look at the question of, is it

25   reasonable to pay extortion?  And let's reason together, and

```
 1   may I again one more time?

 2           My way of getting a little -- getting off my feet for

 3   a second, but so think about that.  Is it reasonable when

 4   extorted for a business to pay?  Of course it is.  Because just

 5   like the DOJ in the example I gave you before of the captured

 6   person and the ransom, DOJ didn't step up and say, no, don't

 7   make the payment.  Why?  Because no one wants to have that kind

 8   of blood on their hands, that's not reasonable.  It's not

 9   right.

10           One of the things that happens in a case is sometimes

11   there's evidence that's not presented that makes it clear what

12   the truth is in a particular case.  That exists here.  So, we

13   presented to you --

14           MR. SCAROLA:  Excuse me, your Honor, pardon me.  That

15   is an entirely improper argument suggesting that there's --

16           THE COURT:  Sustained.  Don't talk about there's

17   evidence that hasn't been presented.

18           MR. SCAROLA:  Thank you, sir.

19           MR. CIOFFI:  Judge, I don't -- I don't quite

20   understand.

21           THE COURT:  Suggesting that there's other evidence

22   that hasn't been presented.

23           MR. CIOFFI:  No, that's totally a hypothetical.  I

24   don't mean that.  Not at all.  I'm not saying that this could

25   have been.
```

1          But there's not a business person who would come in

2     here and tell you it's unreasonable when the business is

3     threatened by an organization like the AUC, bloody -- blood

4     thirsty, horrible terrorists who kill people all the time in

5     the pursuit of drugs -- drug money, I should say -- and power

6     and greed, it's unreasonable to refuse to pay.

7          And I would reason with you, ladies and gentlemen, and

8     ask you to think about is there a business person who would

9     come in and say those things?  I would submit to you in this

10    reason exercise we're having is, no, because no one could live

11    with themselves.  No one could live with that blood on their

12    hands when a human life is genuinely at stake.

13         And there's no question it was with respect to the

14    AUC.  The payments had to be made or people would die.  And you

15    can't -- one could argue it's reasonable to let them die.  No

16    one could argue that it's reasonable to say no, we're just

17    going to keep the money and let our employees die.  That's not

18    right.  And it's not reasonable.

19              THE COURT:  Do you want to take a break Mr. Cioffi?

20              MR. CIOFFI:  If it's good for you and the jurors.

21              THE COURT:  I'm asking if you feel the need for a

22    break.

23              MR. CIOFFI:  No.  How much longer do I have left,

24    your Honor?

25              THE COURT:  Okay.  Thought maybe you weren't feeling

 1   well.

 2            MR. CIOFFI:  No, I'm --

 3            THE COURT:  Then fine, go ahead.  I don't mean to

 4   interfere in any way.

 5            MR. CIOFFI:  I appreciate it.

 6        As we talked about a little bit earlier, there was no

 7   reasonable option that Chiquita had other than to make the

 8   payments.  And there's reasonable -- it was reasonable not only

 9   because it didn't have an option, but because the workers

10   themselves asked Chiquita to stay, wanted Chiquita to stay,

11   because Chiquita was the stabilizing influence.

12            And we saw that testimony with Mr. Martinez, and

13   Mr. Ramos.  And I just want to emphasize it again.

14            (Video portion of Humberto Rendon played.)

15            MR. CIOFFI:  It's a different part of Rendon's

16   testimony.  Also, recall the testimony of Chuck Didier, who as

17   you know was attacked in October of 1997, nearly killed, and

18   then made the decision to come back because of this

19   relationship with the workers, with the fact that the workers

20   not only wanted to be protected, wanted to have the prosperity

21   and the benefits and the good jobs, but deserved that kind of

22   loyalty.  And that's why Chuck Didier, even though he almost

23   died in the farms, went back.  So let's look at his testimony:

24            Tell us about your recovery and how long it took and

25   what happened after you recovered.

1          Yeah, on Friday, I was taken, air transported back to

2   San Jose where I could recover.  Took me about two weeks to get

3   out of bed, a lot of antibiotics.  I was just too tired.  And

4   it took me about six weeks to recover.  But even during that

5   time, I would still participate.  Because I always had the --

6   it never occurred to me not to go back to Colombia, for two

7   reasons.  One, I really enjoyed working there.  The people

8   were -- they were -- they're very hard working, friendly.  They

9   want to do the right thing.  They don't want to get involved --

10  didn't want to get involved with terrorists, narco-terrorists,

11  that were there.

12         And second thing, I wanted to kind of get the message

13  out, hey, I'm not dead.  I'm going back.  It's going to a take

14  more than that to get me.

15         Arboleda Velez, another banana farm worker, testified,

16  in your testimony -- in your testimony this morning, you said

17  that Chiquita had a good name.  Do you remember that testimony?

18         Chiquita, throughout the entire banana region, was

19  a company with a very big name.  First of all, because it had

20  hired many people; and second, because it paid very well.  And

21  the employees enjoyed great stability and they earned very

22  well.

23         And isn't it true that addition to paying the workers

24  very well, they provided many benefits, like medical benefits

25  and educational benefits, both for the workers and their

1  children?

2      That is also true.  They also made gifts of home

3  electronic appliances.  They also took their employees to other

4  countries to see the banana process in full.  They would take

5  them to other countries and they would certify them as full

6  banana processing employees, and they were the very first one

7  to ever do that.

8      Manuel Rodriguez, who you recall was the corporate

9  responsibility officer and also head of labor and government

10  relations, testified, well, Chiquita offered the best salaries

11  of any other company, banana company, and also the best

12  conditions.  Workers wanted to work for Chiquita.  And the fact

13  is that we had an incredibly low attrition rate.  Those jobs

14  were highly solicited, so we worked very hard to make sure that

15  we had a motivated work force.

16      Yes, we tried as much as we could to provide housing

17  and we did so for most of the operations where we operated.

18      When you say provide housing, was it free?

19      It was free.  Not only did we provide housing, but it

20  was also entailed potable water, garbage collection, and a few

21  other benefits.  No, the employees did not pay for the housing.

22      So again, the workers depended on Chiquita, depended

23  on Chiquita being there, expected Chiquita to be there, and

24  also to protect them with the stability of jobs, benefits,

25  salary, but also the payments to prevent them from being

1    killed.

2          It was part of the complicated circumstances of

3    Colombia, and Chiquita was responsible and reasonable in doing

4    so.

5          Another fact to consider is that Chiquita behaved like

6    a reasonable business person because it always recorded the

7    payments.  There's nothing off the books, nothing shady.

8    Chiquita wanted these payments recorded and insisted that they

9    be recorded.  That's what a reasonable business person would

10   do.  So this is another of evidence.  Putting aside the

11   extortion and what was necessary to save lives, Chiquita

12   recognized that it was going to operate reasonably as an

13   appropriate business, that these ought to be recorded and they

14   ought to be available to the auditors, et cetera, and that's

15   exactly what Chiquita did.  It's another piece of evidence you

16   should rely on when you decide, if you reach that question,

17   that Chiquita behaved like a reasonable business person.

18         The first witness who talked about this really is a

19   witness called by the plaintiffs.  It's a person named Mike

20   Evans, who operates something called the National Security

21   Archives.  And he was retained by the plaintiffs to put

22   together a document of payments that Chiquita made over the

23   years.

24         And in his cross-examination, you'll recall these

25   questions.  These internal documents recorded all of the

 1   payments listed on your chart, isn't that right?

 2          This is the chart he compiled.  The chart is based on

 3   internal documents that Chiquita produced for this case.

 4          Well, specifically, they're based on the documents

 5   you've listed in the right-hand column, aren't they?

 6          That's right.

 7          And those are all internal Chiquita documents,

 8   correct?

 9          That's right.

10          Well, what is it that you don't understand?  You

11   derived all of the data in your chart from those documents in

12   the right-hand column, didn't you?

13          Yes, each payment indicates in the right-hand column

14   which specific documents underlie that payment.

15          Right, and those documents are internal documents of

16   Chiquita that recorded those payments, isn't that right?

17          Yes.

18          And, in fact, it recorded all of the data on your

19   chart, isn't that right?  The question is all of the data on

20   the chart is recorded in these documents listed in the right

21   column.

22          Yes.  Yes.

23          And here's -- maybe we can blow that up just a little

24   bit.  So this is a document that the plaintiffs themselves

25   created, and you can see all the documentation that I just was

1    questioning him about on the far right-hand column.  So you

2    have all these documents, recording the payments as not only a

3    reasonable business person would do, but a diligent business

4    person.

5            And this comes from the plaintiffs' own witness.  And

6    you can see all of the data across the top in terms of the

7    recipient group, the authorizer, the payee or intermediary,

8    form of payment, amount, and so forth, and the date.  So all of

9    this data was not only recorded, but it was kept by Chiquita.

10           You should rely on that in determining that Chiquita

11   was reasonable.  Barbara Howland also testified to this here in

12   her trial testimony.

13           Do you recognize this documents?  Now she's talking

14   about a different set of accounting records, the KPMG records.

15           Yes, I have seen this document before.

16           Okay.  This was a document that was compiled on behalf

17   of Chiquita to identify specific payments that were recorded to

18   Chiquita's books between 1997 and 2004 as sensitive payments,

19   right?

20           Yes, that's correct.

21           And who actually did that work, who physically

22   compiled the list?

23           Yes.  The list was compiled I think as a derivative of

24   the audit that KPMG did of the books and records of the farm

25   division in Colombia.

1          Were the payments to terrorists like the AUC recorded

2     on forms?

3          Yes, they were.

4          Were there any exceptions?

5          No, there weren't.

6          And this is the form.  Were the 1016 forms, the

7     records of payment to the AUC available at all times to the

8     internal auditors?

9          Yes, yes.

10          Were they available to the audit committee of

11     Chiquita?

12          Yes, they were.

13          Were they available to the independent auditors of

14     Chiquita during this timeframe?

15          Yes, they were.

16          Again, this is the elaborate chart that KPMG created,

17     and you can see all the columns of data across the flow chart

18     that records every bit of information about these payments.

19          Again, this is clear evidence that Chiquita was not

20     only acting reasonably in making these payments, but in

21     recording them.  Not only in recording them, but making them

22     available to the internal auditors and the outside accountants,

23     KPMG.  And in fact, KPMG was able to go back and recreate all

24     these payments because Chiquita recorded them and in fact

25     preserved all of them.

1           Then, again, Mr. Acevedo, who was the general manager,

2   said he was part of this.  So this assurance flowed throughout

3   the whole company.  Mr. Acevedo was the general manager in

4   Colombia at Banadex.

5           Thank you.  Were the payments to the AUC recorded in

6   Banadex's books and records?

7           Yes, they were.

8           Was one of your responsibilities to ensure that these

9   payments were recorded?

10           It was my responsibility that they were recorded and

11   reported.

12           Mr. Tsacalis, who's the controller of Chiquita, told

13   you, was the audit committee informed of this new payment

14   method in Santa Marta?

15           Yes, they were.

16           Was Ernst & Young present at the meeting?

17           Yes, they were.

18           Were these cash payments to the general manager, in

19   fact, recorded?

20           Yes, they were.

21           Recorded, audited internally, audited by outside

22   auditors.  Responsible, diligent.

23           Your Honor, I think I've been going maybe about 90

24   minutes.  Should we take a short break and then --

25           THE COURT:  Ten minutes.  We'll take a ten-minute

1     recess.

2               MR. CIOFFI:  No, that's fine.

3               THE COURT:  Let's take another ten-minute recess,

4     ladies and gentlemen.  Again, don't discuss the case and we'll

5     see you shortly.  Thank you.

6               THE COURTROOM DEPUTY:  All rise.

7      (Thereupon, the jury exited the courtroom and a short recess

8                          was taken.)

9               THE COURT:  Please be seated.  Let's bring the jurors

10    in.

11              THE COURTROOM DEPUTY:  Please rise for the jury.

12        (Thereupon, the jury entered the courtroom.)

13              THE COURT:  Welcome back, ladies and gentlemen.

14    Please be seated, everyone.

15              Mr. Cioffi, you may continue.

16              MR. CIOFFI:  Thank you, your Honor.

17              Ladies and gentlemen, there's even more evidence about

18    Chiquita's reasonableness in addition to recording the

19    payments, making sure they were available to internal auditors,

20    to the independent auditors, KPMG and Ernst & Young, and that

21    is Bob Olson and the Law Department repeatedly conducted

22    research, hired top law firms in the world to do the legal

23    research to determine that the payments being made in Colombia

24    were legal.

25              And now let's look at that testimony.  And around this

1  point in time, did you as general counsel and as head of the

2  Law Department ask anyone to again refresh and validate and

3  verify this particular issue and look at the issue again of

4  involuntary payments to terrorist groups?

5           Yes, I did.  Later in the year, I asked the law firm

6  of Baker & McKenzie with an office in Bogota, Colombia, be

7  retained to analyze the legal ramifications of extortion

8  payments to the FARC.

9           I'm going to hand you another exhibit, Exhibit 58.  Is

10 that -- first of all, what is it?

11          It's a letter on the letterhead of Baker & McKenzie in

12 Bogota, Colombia dated September 9, 1997 addressed to David

13 Hills, senior counsel at Chiquita, regarding payments to

14 guerilla groups.

15          Did you specifically request that now an outside law

16 firm give advice to Chiquita and to you about this particular

17 issue?

18          I did.

19          And this is the third piece of legal advice on the

20 issue; is that correct?  You remember you turned to an outside

21 law firm to validate and verify the advice that they were

22 getting in-house from in-house counsel.

23          Again, being careful and reasonable and I think you

24 could assess that about Bob Olson's character.  Careful and

25 reasonable, and he went a step further because he had doubts

1   about Escobar.

2           I won't be able to speak to you again.  The

3   plaintiffs' counsel may get up and criticize Escobar who made a

4   mistake in order to get a license and was involved in a bribe.

5           You heard Manuel Rodriguez explain it.  That Escobar

6   thought he was doing the right thing and that he was justified.

7   Olson disagreed, fired him, and for that reason, no longer had

8   confidence in what he was saying legally so he went to Baker &

9   McKenzie to validate it.  Again, another piece of evidence

10  about Chiquita being reasonable.

11          And this is the third piece of legal advice on the

12  issue; is that correct?

13          Yes, it is.

14          And did you rely upon this document and did it have an

15  affect on the course of action you took in providing legal

16  advice to the company?

17          I did.

18          Now, he goes back to Baker & McKenzie.  This is

19  actually -- I want to finish up on this September 9, 1997

20  letter before we go with to 2000.  This was another time he

21  validated the legal advises they were getting and verified it.

22          Mr. Olson read -- this is a couple of pages long, but

23  read the paragraphs numbered 4, 5 and 6, if you would please,

24  and again, to yourself.  Don't read them out loud.

25          I've read it.

```
 1            Did this letter, Exhibit 58, again which is a

 2   September 9 memo from the outside firm of Baker McKenzie have

 3   an impact on your understanding and your course of action in

 4   advising the company?

 5            It did.

 6            Based on this document from Baker & McLaughlin, what

 7   advice did you provide to the company?

 8            Okay, I advised the company that it would be legal for

 9   them continue to make payments to the FARC.

10            Now we move to 2000, you remember the discussion with

11   Bob Olson about learning of the AUC threats and the payments to

12   the AUC.  And again, very complicated, difficult situation in

13   Colombia.  He, again, turns and verifies, validates that the

14   payments to the AUC now were legal under Colombian law and

15   here's his testimony on that point.

16            At this point in time in 2000, was Baker & McKenzie

17   the largest, or at least one of the top two or three largest

18   firms in the world?

19            It was my belief that at this time, it was the largest

20   law firm in the world.

21            And how would you describe the quality of Baker &

22   McKenzie?

23            First rate.

24            Turns not to just any law firm but one of the best in

25   the world.  Is that why you turned to Baker & McKenzie for this
```

1   legal advice about the legality of the payments to the AUC?

2          Yes, and also because they had an office and a

3   presence and expertise in Bogota.

4          And here's the advice that Baker McKenzie provided

5   which you saw, and it's in this document, 73, which you'll have

6   back in the jury room.

7          In our view, the acts carried out by the members of

8   the paramilitary group correspond to the crime of extortion

9   committed against the company and its officers and not illegal

10  coercion.

11         Based on the foregoing analysis, the crime of

12  extortion was committed against the company and its officers

13  because they were forced with implicit threats of force by the

14  paramilitary group to make a payment against their will for the

15  benefit of that group.

16         Based on the foregoing analysis and given the

17  circumstances existing in Colombia today, reporting the

18  described conduct to the authorities would have created a

19  present or imminent danger to the company and its officers that

20  would warrant application of paragraph 5 of Article 29 of the

21  Criminal Code and would relieve them from the application of

22  the extortion statute for not reporting the crime committed

23  against them.

24         Question to Mr. Olson:  Based on your receipt of this

25  advice from Baker & and McKenzie and your state of mind at the

1    time about the extortion threats from the AUC, did you

2    formulate a course of action in advising Chiquita about the

3    legality of the payments?

4          Yes.

5          What was that advice?

6          My advice was that the payments extorted from Chiquita

7    by the AUC were not illegal under Colombian law and that the

8    company had no duty to report the extortion to the Colombian

9    Government.

10          Again, a legal opinion based on one of the best,

11    largest law firms in the world.  Reasonable, careful, prudent.

12          Now, I want to talk to you about the DOJ.  We've

13    discussed it a little bit.  You've seen the factual proffer

14    many times which was the end point, but I want to review this

15    because this is another example which demonstrates that

16    Chiquita acted reasonably.  And acted reasonably without

17    hesitation; didn't have to be forced to do anything.

18          So, you recall that on September 10, 2001, the State

19    Department announces its designation of the AUC as an FTO;

20    happened Chiquita missed it, made a mistake.  First learned of

21    the designation in the February, 2021 timeframe.

22          And Bob Olson, you remember he told you he did two

23    things that day.  One was to contact another large prestigious

24    firm in America, Kirkland & Ellis, to advise Chiquita, but also

25    halts the payments, suspends the payments until they can figure

```
 1   out, as he told you, what the situation was and what the course

 2   of action should be.

 3         On February 26, there's that initial advice from

 4   Kirkland which says cannot make the payments.  You've heard

 5   that, you saw it in demonstratives from the plaintiffs.

 6         They keep citing it as evidence of some wrongdoing by

 7   Chiquita but it's not.  Chiquita actually stopped, suspended

 8   the payments several days earlier because Bob Olson was careful

 9   and prudent.

10         And that testimony is just not in controversy.  But

11   there's more advice from Kirkland & Ellis as Mr. Olson told

12   you.  There was a second memorandum from Kirkland & Ellis.

13         But let me go back to something which Bob Olson didn't

14   cite this and didn't want to make excuses about missing the FTO

15   designation, but when he contacted Kirkland & Ellis, they

16   didn't know about the FTO designation either and didn't know

17   what it meant.

18         So, although Chiquita made a mistake and owned up to

19   it, it's one that some of the best lawyers in the country

20   missed.

21         But regardless, that's not an issue here.  It's just

22   another indicia of reasonableness.  But there was a second

23   Kirkland memo which said stop the payments or approach the DOJ.

24   And Chiquita did that.  It decided to self-report.  Again

25   another piece of evidence about the reasonableness of
```

1   Chiquita's position.

2          Mr. Olson who made the presentation at this April 24,

3   2003 meeting told you that Chiquita met with the head of DOJ

4   criminal division to seek guidance from the DOJ.  And explained

5   to the DOJ the company was in an impossible situation.  And he

6   explained the danger and threats from the AUC.  And they did

7   have this discussion of cooperating together about an

8   undercover investigation which Mr. Olson said would necessitate

9   the continuing of the payments.

10          They also discussed the foreign policy considerations,

11  which was something we talked about at the very beginning of my

12  discussion with you today which was it was a real problem from

13  the foreign policy point of view if companies started pulling

14  out of Colombia, or really other troubled regions of the world,

15  that it's one sure way to give terrorists control.

16          Is if there's not an alternative, an alternative way

17  of living, an alternative civilization, an alternative that

18  based on law and good jobs and stability as opposed to narco

19  trafficking and cocaine.

20          So these policy decisions were discussed and the DOJ,

21  as you heard, said, you know, this involves other branches of

22  government so we have to talk to the State Department, we have

23  to talk to the military, we have to talk to other agencies

24  within the United States because of these considerations.

25          There's a discussion about the payments by other

1    banana companies which Mr. Olson told you about including, not

2    a banana company but Occidental Petroleum was also making the

3    payments and again, none of those companies' self-reported.

4    But Chiquita did.

5        The DOJ did not authorize -- neither authorized or

6    said stop making the payments.  And as Bob Olson told you, he

7    was encouraged by that meeting, but it sounded like -- and you

8    saw that paragraph I showed you in the factual proffer -- it

9    sounded like the DOJ understood the situation and it's

10   reflected in the factual proffer that at the meeting, the DOJ

11   said yeah, this is a complicated difficult situation.  You are

12   between a rock and a hard place.

13       These discussions continued.  And as a result of that

14   April 24th meeting and Bob Olson's takeaways which he explained

15   to you, Chiquita resumed the payments on August 8th.

16       On August 26th, Chiquita meets back up with the DOJ

17   asking again for further direction.  Again, the DOJ did not

18   authorize nor importantly say to stop making the payments.  The

19   DOJ was complimentary of Chiquita's disclosure and the fact

20   that it self-reported.

21       There's another meeting on September 4 in which

22   Chiquita meets with DOJ and informs them of the continued

23   payments.  This is a meeting in which Chiquita explicitly says

24   look, the payments are continuing.  Tell us one way or another,

25   give us some guidance and the DOJ again did not authorize nor

```
 1   say stop making the payments.

 2           And you heard this from Mr. Reiter in his

 3   cross-examination.  Then they began talking about and then

 4   conducting a soup to nuts investigation.  There was further

 5   discussion about the undercover investigation, but let's focus

 6   a minute on the soup to nuts investigation.

 7           It did, in fact, happen.  It did result in millions of

 8   documents, some of them you've seen here today.  Additional

 9   accounting work like by KPMG, et cetera.  All of that happened

10   and it did culminate as we talked about during the Bob Olson

11   testimony in an agreement which Chiquita paid the fine, and

12   agreed to the $25 million and they entered into the factual

13   proffer which confirms what Bob Olson told the DOJ on August

14   24, 2003.  It confirms that Chiquita was, indeed, threatened

15   from that very first meeting in 1997 between Castanó and

16   Keiser.

17           So the soup to nuts investigation confirmed that.  It

18   resulted in a penalty to Chiquita but it confirmed the

19   voracity, the complicated situation that Chiquita was in as a

20   result of the situation in Colombia.

21           It also confirmed that Chiquita was acting reasonably.

22   It was responding to these extortion threats as a reasonable

23   person would do; to protect human life, to record them, to then

24   report them to the DOJ.

25           We talked a little bit earlier about the December,
```

1  2003 FARC kidnapping.  The financial manager of the Banadex

2  port.  This is interesting for a couple of reasons.

3       Number one, you've heard some argument and testimony

4  that the AUC came in and drove out the FARC and that's why

5  Chiquita sort of liked the AUC; wanted to help support it, so

6  on and so forth.

7       None of that's true.  The FARC wasn't driven out

8  because you know from Chuck Didier, he was shot in October of

9  1997.  And you know from the General's testimony, this intense

10  fighting was all along the northern part of Colombia and these

11  drug routes, and the FARC didn't stop being narco-terrorists,

12  the AUC didn't stop being narco-terrorists.  They continued to

13  fight.  And, in fact, here in 2003, it's the FARC, not the AUC

14  who kidnaps someone from one of the Banadex's port operations.

15       So, Chiquita -- so it's not true, this theory that

16  somehow the FARC was driven out by the AUC; didn't happen.

17  What happened is what General Sanchez told you and General

18  Rincon and Agent Gaddis is that this drug war continued up

19  until 2004 when the AUC started to demobilize after Plan

20  Colombia became successful.

21       Chiquita, on January 20 -- let me go back.  So in

22  December, you know the story.  Chiquita turned to the DOJ, and

23  asked for permission to pay the ransom.  The DOJ said it was

24  going to pay the ransom and DOJ said did not authorize nor say

25  stop paying the ransom.  And again, wouldn't have been

 1   reasonable to let someone die over paying the ransom.

 2          January 20, 2004, Chiquita meets with the DOJ to

 3   provide the details of the sale of Banadex to Banacol.  DOJ

 4   still did not authorize nor say to stop the payments.  Chiquita

 5   makes the final payment to the AUC in January, 2004 and

 6   Chiquita issues the press release announcing the sale of

 7   Banadex to Banacol.

 8          One of the arguments you may hear after my

 9   presentation and the plaintiffs' rebuttal for I think 50

10   minutes or so is that, oh, well, Chiquita sold it in 2004.  You

11   know, they could have sold it in '95 or '98, or in '94.  Why

12   not?

13          John Ordman, Cyrus Freidheim, Bob Olson, they all told

14   you the reason, and that is Freidheim, who was the C.E.O. at

15   the time said that Chiquita wanted to be sure that the

16   workforce was going to be taken care of; that they were going

17   to have jobs provided for them, that the level of benefits

18   would continue, and so forth.

19          So happened at this point in time, the AUC was

20   beginning to demobilize as a result of the affects of Plan

21   Colombia.  So the workers were safe.  Chiquita departed when it

22   could be sure that the workers were going to be taken care of,

23   their jobs maintained.

24          As Ordman and Kistinger explained to you, the deal

25   with Banadex included a provision which required Banacol -- I'm

1    sorry, the deal between Banadex and Banacol required Banacol,

2    the buyer, to provide jobs at the same benefit and this was

3    something Rodriguez talked about, something Ordman talked

4    about, something Kistinger talked about.  And you'll recall

5    that testimony.

6           This is Bob Olson again, about the April 24th meeting.

7           And we came asking, and that the company wanted to be

8    in compliance with U.S. law and we didn't know what the

9    ultimate outcome of the company's conduct would be, adjudged to

10   be at the end of the day, but we wanted to be sure that the

11   company was in compliance with the U.S. law but our dilemma was

12   if Colombia, if compliance with U.S. law meant we had to allow

13   people to be killed because we had to stop the payments to

14   comply, we were in an impossible situation and please help us

15   here.  That was my plea.

16          And the Government understood that and that's

17   reflected in the factual proffer.

18          And this is -- validates what I was just telling you

19   about the timeline.  There was discussions about the need to

20   consult with other agencies.  The Department of State, the

21   National Security Agency.

22          Was it your understanding that the DOJ was going to

23   follow up and have a discussion with those agencies?

24          Yes, and it was my understanding that the DOJ would

25   follow up and get back to us, to Chiquita with guidance on

1  this.  And I was encouraged by this because it indicated to me

2  that the DOJ understood the dilemma we had, and the problem we

3  had, and was going to work with us to figure out how to resolve

4  it.

5          Now I want to talk to you about the third issue.  And

6  that is, what does the evidence show us about the third issue.

7  That is, did Chiquita provide knowing substantial assistance to

8  the AUC?

9          And the starting point is this plea agreement that AUC

10  commander and drug kingpin Salvatore Mancuso entered into, and

11  this is from the statement of facts which Mancuso signed and

12  agreed were true as did the Government.

13          But this has the provision that cocaine was produced

14  from only the Cordoba region at a rate of approximately 2000

15  kilograms per month over the course of the conspiracy for a

16  total of 138,000 kilograms of cocaine.

17          And here's something that goes back to what I was

18  mentioning earlier in terms of substantial assistance and the

19  fact that what Chiquita was providing was meaningless.  And in

20  fact, Mancuso here makes it clear that the violence, the war

21  that the AUC was waging was waged with financing from narco

22  trafficking.

23          But you used the cocaine proceeds to finance the war;

24  isn't that correct?

25          Yes, absolutely.

1          When you deliberate about substantial assistance, look

2     at this testimony.  It's clear evidence, independent evidence,

3     and this is not Chiquita saying this, it's not some witness

4     called by the plaintiffs.  It's the AUC itself, Mancuso

5     admitting that it was the cocaine proceeds that caused the

6     violence, that financed the violence, that financed the

7     killing, that financed the terror in Colombia.  It wasn't

8     extortion.  It wasn't anything from Chiquita.  It was the

9     cocaine proceeds, and we're going to see why in a minute.

10          The statement of facts.  Also in your statement before

11    the court that you agreed to, it said you were a high ranking

12    member of the AUC and used your position to manage the AUC's

13    drug trafficking operations, including production,

14    distribution, and transportation; isn't that correct?

15          Yes.

16          Now, let's dig a little bit deeper and look at not

17    just the amount of cocaine that was being trafficked but where

18    it was going and this is in the last sentence.  This is an

19    important fact here.

20          So the vast majority of cocaine produced in the

21    Cordoba area was transported to the coast areas of Colombia and

22    ultimately smuggled into the United States.

23          So, this fact admitted by Mancuso, in his plea as a

24    drug kingpin, also indicates the value of this because you

25    remember Agent Gaddis talking about the value if it was being

1    smuggled into the United States, is about $22,000 per kilo.

2            And that's -- here's his testimony.

3            And so how many kilograms was Mancuso alone moving?

4    Alone?  How many kilograms of cocaine was Mancuso moving alone

5    per month?

6            2000 kilos per month.

7            And so that would be how many kilos per year?

8            24,000.

9            And so, Agent Gaddis, is this -- is this how much

10   cocaine the AUC was moving in the entire country of Colombia?

11           No, this is only for the Cordoba region.

12           So this is just one specific area that the AUC was

13   operating?

14           That's correct.  There were many other areas that were

15   producing cocaine by the AUC in Colombia.

16           So, this is just a small amount, but let's look at the

17   value of that.  So, if you do the math with David Gaddis of

18   $22,000 times the 24,000, you have the wholesale value, street

19   value, wholesale value -- should say not street value of AUC

20   cocaine trafficking is roughly 578 million per year over the

21   course of through 2004.

22           But that's the lowest amount.  You recall my

23   conversation and examination of Professor Kaplan, and let's

24   look at those values because they were different and much

25   higher.

1          Counsel crossed them out for whatever reason.

2    Starting in 1997, the 24,000 kilos with the values from -- you

3    remember Professor Kaplan was asked to look at a document he

4    relied on which is the UN Office of Drug and Crime which is a

5    document he relied on and recognizes as reliable for the

6    wholesale and street value of narcotics throughout the world.

7          And in the U.S., using that value, which the court

8    wouldn't allow him to say on hearsay grounds, but the court

9    permitted the number to come in.  So in 1997, the range was

10   between 578 million and 823 million in '97.

11         And again, in '98, between 578 million and 767

12   million.  '99, 578 to 740 million.  2000, the price fluctuates

13   between 578 million and 709 million.

14         Here they get to be pretty even, 578 and 516 million.

15   552 and 578.  Again, 516, 578.  So it was an enormous amount of

16   money if you do the math over this period of time.  Something

17   close to 3.7 billion dollars.

18         That's another fact that validates what Sanchez was

19   saying, what everyone was saying about the level of violence

20   because they weren't fighting over ideology.  They weren't

21   fighting about whether Castro was right, or Marx was right or

22   Mal was right.  They were fighting over hundreds of millions of

23   dollars.  And it's that greed that made them blood thirsty,

24   violent narco-terrorists.

25         And it was that greed, that war between the FARC

1    wanting their share of that income and again much higher

2    because the FARC was making every bit as much, the ELN, the

3    EPL, it was that fight over huge amounts of money that fueled

4    this turmoil, this chaos.

5          And you saw that from Professor Restrepo's charts and

6    the chart I showed you about the cultivation of cocaine giving

7    rise to the number of soldiers in the fight and the violence.

8          But I wanted to raise this for another purpose and

9    that is when you're considering whether -- if you get to this

10   third issue, whether there was substantial assistance provided

11   by Chiquita and remember, the judge will define that as

12   substantial assistance meaning something that increased the

13   risk that the decedents would be harmed or others under the

14   hazardous activity instruction he'll give you.  It didn't

15   increase the risk at all.

16         The FARC would have been violent, vicious, greedy

17   killers if Chiquita never existed.  Chiquita never set foot in

18   Colombia and you look at the percentages.  It's -- this is of

19   one percent, .03, three tenths of one percent, 2000 -- two

20   thousands of one percent.  Totally insubstantial.

21         Again, using your common sense, it's impossible to

22   argue that what Chiquita was forced to pay which is, as you can

23   see in the bottom line each year, it's impossible to argue

24   reasonably and rationally that somehow those amounts amounted

25   to substantial assistance, amounts to being increasing the

 1   risk.

 2         If you wipe those off the board, the FARC would have

 3   killed every person they killed, the AUC would have killed

 4   every person they killed, the EPL, ELN, it's totally

 5   insubstantial.  It's as if I took what's remaining in this

 6   bottle of water, walked down to the Atlantic ocean and poured

 7   it.  Absolutely no impact at all.

 8         So the answer to the judge's question that he's going

 9   to pose you in the jury instructions about substantial

10   assistance under either the second theory of hazardous activity

11   or under the third causation standard, and that is whether if

12   you find Chiquita at fault, that Chiquita's payments amounted

13   to knowing substantial assistance, the answer is the same.

14   It's not substantial law; cannot be argued to be substantial

15   given the whole picture.  What the AUC was about, what the ELN

16   was about, what the FARC was about, and not substantial in the

17   least.

18         We've reviewed this testimony from Barbara Howland,

19   and I want to move ahead and talk for a couple of minutes about

20   the individual defendants.  I'm sorry, the individual

21   plaintiffs.

22         And if we look at the Molina Roman case, so, counsel

23   spoke to you a little bit about the discrepancy between what's

24   in the database as opposed to what happened and the testimony.

25   And maybe it's attributable to being eight years old but

1   they're so dramatically different, that it goes to the lack of

2   evidence about what really happened during these murders, these

3   killings of the decedents.

4         That there's this description of the white sweater and

5   long jeans and a cap, and then the description in the database

6   about paramilitaries who covered their faces, aboard a high

7   displacement motorcycle and so on so; radically different.

8         What that goes to is a problem that Professor Restrepo

9   talked to you about.  That in these databases, because they're

10  created as a result of this, of people who were disappeared and

11  killed in this horrible narco-terrorist war that the reporting,

12  the attribution of what happened is not very good which is why

13  no one really knows.

14        And, in fact, you have one eyewitness and data from

15  another source and the database, and they don't match.  And as

16  Professor Restrepo told you, one of the problems with

17  researchers is this lack of reliable reporting and attribution

18  which is understandable given the circumstances in Colombia at

19  the time.

20        You had this testimony, Ms. Villa:  A person named

21  John Freddie was with your father when he was killed, correct?

22        Yes.

23        And no one else witnessed your father's death,

24  correct?

25        Yes.

```
 1              No one was able to speak with Mr. Freddie after your

 2    father was shot, correct?

 3              No, he was left in a vegetative state.

 4              The destruction, the violence was thorough and it's

 5    very, very difficult to figure out who did the killings.  And

 6    there's some information in the deposition of Otoniel Hoyos

 7    Perez.

 8              The reason he gave the order is because Villa Mora's

 9    son was an informant; is that correct?

10              You can say that at the time he became the informant

11    for the public forces.

12              So again, there's all this confusing testimony as to

13    why it happened and who was involved in making it happen.  We

14    already discussed the so-called El Aleman.  Ask for

15    forgiveness, as I mentioned to you earlier, is simply not

16    believable that a drug kingpin and AUC commander would ask for

17    forgiveness.

18              From the trial testimony of Arellys Villa:  You

19    inherited several parcels of land, correct?

20              Yes.

21              Your father owned thousands of hectares of land,

22    right?

23              Yes.

24              And he was the largest employer and San Juan de Uraba,

25    correct?
```

```
1              Yes.

2              And even though your father was a man of a lot of

3    financial power and he owned thousands of hectares of land and

4    he was the largest employer in the region and very well known,

5    the police couldn't protect your father either, right?

6              That's correct.

7              And again, this violence, this chaos was pervasive and

8    many, many people, as General Sanchez and Rincon and Restrepo

9    told you, were killed in this crossfire.

10             The Cardona Munoz case.  Again, this case obviously

11   you will is noteworthy and you should think about this because

12   an admission that the AUC wasn't involved.

13             And he was killed in the same town that your son was

14   killed, correct?

15             Yes.

16             The guerillas killed your husband?

17             Yes.

18             In Eugenia Munoz's testimony:  You don't know the

19   identity of El Muelon, correct?

20             No.

21             And you don't know the identity of El Tripilla

22   neither, and as Ms. Munoz, you don't know the identify of El

23   Leon, correct?

24             No.

25             You don't know the identify of El Pecueca.
```

```
 1              Neither.

 2              Onelsi Maya's testimony:  What were the nicknames?

 3    Leon and Pecueca.

 4              You mean, Leon and Pecueca.

 5              Again, because of the nature of the violence, the

 6    conflict, the use of these hidden identities which were done

 7    for a purpose, the story is absolutely confused.

 8              Let's look at the case of Machado Durango.  So this

 9    testimony is important because there's been some arguments,

10    some testimony that, okay, the AUC used motorcycles for

11    killing.

12              But in this particular case, it shows that motorcycles

13    were a common means of transportation which we all know.  So

14    it's not evidence of AUC attribution.

15              Looking at Machado Durango.  So here, again, it shows

16    that a very low likelihood of AUC involvement because the son

17    was killed in a bar fight, not connected to the AUC.  Not

18    connected to really any other narco-terrorist group.

19              So you can see the testimony.  And that's when your

20    son Waynesty was shot, when he was dancing with the two girls?

21              Yes, counsel.

22              You don't know who those girls were?

23              No.

24              And you don't know who shot Waynesty?

25              No.  We do not know who did it.
```

1          You remember at the very beginning, I was mentioning

2    to you that Colombia was indeed violent, chaotic, with a lot of

3    criminal elements and a lot of fighting over a lot of things in

4    addition to the narco trafficking and life was cheap.  And this

5    is a bar fight that was never investigated by the police.

6    Certainly not tied to the AUC in any way.

7          Was your son killed on April 27, 1997?  And again,

8    this is another evidence of no connection between the AUC

9    payments to the AUC by Chiquita because this is before the

10   meeting with Castanó and the payments began.

11         Let's look at Fantalvo Salas.  You have no reason to

12   believe that your son would have been a target of the AUC,

13   right?

14         For no reason, no.

15         You were shown a picture of the gentleman who

16   Mr. Reiter identified as El Ruso earlier, remember that?

17         Yes.

18         And I believe you testified that in the picture he

19   looked different; is that correct?

20         Because he seemed to have less hair.  He looked to

21   have less hair.

22         And, again, in this crossfire of the war and this

23   crossfire of a violent society, it was very difficult if not

24   impossible to identify the perpetrator and that gap in evidence

25   exists throughout all of the plaintiffs' cases.  That's why

 1   they hired Dr. Kaplan to try to fill that gap which was

 2   unsuccessful because of the lack of correlation.

 3          So this is de Jesus Jinete Sierra.

 4          What was the day that he was killed?

 5          September 14.

 6          What year?

 7          2004.

 8          Mr. Scherer showed you this document, but let's look

 9   at Carlos Arturo Palencia Sibaja.

10          Mr. Palencia, do you recall during your deposition

11   that you were asked, what did your son tell you about this

12   theft?

13          Yes.

14          And you recall the response that some armed guys

15   obligated him to go through the window.  They put him in

16   through the window, they opened the plate and they stole, they

17   stole everything.

18          The likely explanation of this is that it was in

19   retribution for the theft, not tied to the AUC or any other

20   narco-terrorist group.

21          Let's look at Restrepo Tangarife.  They had already

22   fled.  They had left.  The one that did see him, see them was

23   the boy because the boy was right next to him?

24          And by boy, you are referring to your son Edilson; is

25   that right?

1          Edilson is the one that showed you on the video

2     earlier.  He is the one that witnessed it and saw it, but since

3     he was so small, I don't even know if he remembers.

4          And he was the only one who saw the two men, correct?

5          He was the only one.  The only one that was able to

6     see them.

7          And he was four years old?  And Edilson told us that

8     there were two men.

9          One was a dark skinned man and one was a white man,

10    correct?

11         Mm-hmm, yes.

12         Now you indicated that the men -- the two men had dark

13    skin.  The police never investigated your husband's death?

14         No.

15         All of this testimony in the individual cases when you

16    drill down to all of the facts, you have some of them but if

17    you reach into all the testimony, you'll see the conflicting

18    testimony, the lack of the ability to identify who the

19    perpetrator was, the inability of the police to investigate,

20    the fact that in all of these cases, there are no police

21    reports, there are no solved crimes, there are no reports which

22    you can look at as we would here or in any place to determine

23    who the perpetrators were.

24         There is, however, speculation, there is uncertainty,

25    there is alleged confessions which we went through in terms of

1    Mangones and Hasbun that didn't exist that aren't confessions.

2            None of it proves by a preponderance of the evidence

3    that the AUC, not some other paramilitary group, not the FARC,

4    not the ELN, not the EPL, not some cartel, not some criminal

5    like in the Durango case, killed the decedent.

6            The only evidence is speculation and not evidence that

7    meets the burden of by a preponderance of the evidence.

8            THE COURT:  You have about ten more minutes,

9    Mr. Cioffi.

10           MR. CIOFFI:  Thank you, your Honor.  You're about

11   ready to begin your deliberations sometime tomorrow.  When you

12   do, look at the complete picture.  Look at all the evidence.

13   The evidence about whether the AUC was involved in any of these

14   killings.  All of the evidence about the reasonableness of

15   Chiquita, and making the payments and recording the payments,

16   and checking to see if they're legal and in protecting and

17   caring for its workers.

18           Look at the evidence which we just went through about

19   knowing substantial assistance, and the huge amount of income

20   that the AUC generated from narco trafficking as did the other

21   narco-traffickers.

22           When you consider all of that evidence, you will do as

23   I asked you to do, and that's the only thing I'm going to ask

24   you to do now which is find the truth based on the full

25   picture, based on all the evidence.  Don't skip any of it.

 1    Look at it all.  Find the truth and do justice.

 2         When you do, with issue number one and the verdict

 3    form, it's did the plaintiffs prove by a preponderance of the

 4    evidence that the AUC in fact killed the persons listed below?

 5         And it has all the decedents and the issue should be

 6    decided no for all of them for the reason we've just discussed.

 7         And you can see here at the end of this first page of

 8    the verdict form, if you answer no for all of the foregoing

 9    persons, your deliberations are complete and you shall proceed

10    to the signature page at the bottom of this verdict form.

11         I respectfully suggest to you that's the proper

12    outcome.  Once you consider the first issue, you'll move to the

13    bottom of the verdict form and decide no liability for Chiquita

14    based on the failure to prove issue number one.

15         If we can go back to the second page.  Issue number

16    two, if you reach this issue, did plaintiffs prove by a

17    preponderance of the evidence that Chiquita failed to act as a

18    reasonable business person would have acted under the

19    circumstances of this case?

20         And again, the answer should be no.  And if you answer

21    no to question number two, your verdict is for Chiquita on the

22    general tort liability claim.

23         And it says now proceed to question #5.  Question #5

24    is what I talked to you about before which is the hazardous

25    activity second theory of liability so to speak.

1          If we can go to that page of the verdict form.  To
2   complete the verdict form, this is what we were talking about
3   40 minutes ago or so.  Did Chiquita's assistance to the AUC
4   constitute a hazardous activity which increased the risk to
5   members of the community beyond those to which members of the
6   community were normally exposed?

7          And, again, you decide this as we talked about and the
8   judge will tell you as to whether Chiquita provided substantial
9   assistance that increased that risk.

10          And for the reasons we discussed, when you look at the
11  forced payments that Chiquita made compared to the narco
12  trafficking, no one rationally can say that it increased the
13  risk of anyone being harmed.

14          If you reach the third issue, here's the question.
15  Did the plaintiffs prove by a preponderance of the evidence
16  that Chiquita knowingly provided substantial assistance to the
17  AUC in the form of cash payments or other means of support to a
18  degree sufficient to create a foreseeable risk of harm to
19  others, including that plaintiffs' relative?

20          And the answer, based on all the evidence, the
21  complete picture, the complete story has to be no.

22          Ladies and gentlemen, as I said when I first began
23  this, you've been an attentive, a thorough, a diligent jury.
24  You'll continue that for just a little bit longer in the
25  deliberations.  And again, I'll say to you find the truth based

```
 1    on all the evidence and do justice.  Thank you.

 2              THE COURT:  Thank you, Mr. Cioffi.

 3              Ladies and gentlemen, it's going to be about another

 4    50 minutes of argument.  Do you want to take a short recess

 5    before we hear it or what's your situation as far as the train?

 6              A JUROR:  Whatever.

 7              THE COURT:  You can stay?  You can stay,

 8    Ms. Gonzalez?  Why don't we take another short break before we

 9    hear the final arguments from Mr. Scarola.  So let's take

10    another ten minute break.  Thank you.

11              THE COURTROOM DEPUTY:  All rise.

12         (Thereupon, the jury exited the courtroom.)

13              THE COURT:  Apparently there was a change on the

14    verdict form.  Question number 8, when we were discussing the

15    name wasn't accurate.  It was Miguel Angel, and we made that

16    change but his name appears in another location I think after

17    question 6 and 3.  I presume everyone wants us to make that

18    change in all the locations there; is that correct?

19              MR. SCAROLA:  Yes, your Honor.

20              MR. DANTE:  That's fine with us, your Honor.

21              THE COURT:  Yes.  We're in recess.

22                        (Short recess had.)

23              THE COURT:  Please be seated.  You can be seated,

24    Mr. Reiter, did you want to say something to me?

25              MR. REITER:  No, your Honor.
```

```
1              THE COURT:  Okay.  You can all be seated.  You don't
2   have to be standing.  Are we ready?  Everybody ready?  We can
3   bring the jury in?
4              MR. DANTE:  Yes, your Honor.
5              THE COURT:  Mr. Scarola, are you ready?
6              MR. SCAROLA:  If I might have just one more moment,
7   your Honor.  We're ready, your Honor.  Thank you.
8              THE COURT:  Let's bring the jurors in, please.
9              THE COURT SECURITY OFFICER:  All rise.
10       (Thereupon, the jury entered the courtroom.)
11             THE COURT:  Welcome back, ladies and gentlemen.
12  Please be seated, everyone.  We're going to now hear the
13  rebuttal argument from the plaintiffs.  Mr. Scarola.
14             MR. SCAROLA:  Thank you very much, your Honor.  May
15  it please the court.
16             THE COURT:  Can you put the microphone on,
17  Mr. Scarola?
18             **FINAL CLOSING BY MR. SCAROLA**
19             MR. SCAROLA:  Indeed.  Yes, sir.  Ladies and
20  gentlemen, I have 50 minutes.  At the conclusion of that time,
21  there will be no one other than his Honor, Judge Marra, who
22  will have anything else to say to you by way of guidance as to
23  how you are to perform your responsibilities.
24             And obviously, of all of the guidance that you will be
25  given, the most important guidance is going to come from the
```

1   court.

2          And fortunately, it will be provided to you in

3   writing.  I'm sure that Mr. Cioffi shares the frustration that

4   I have.  We'd like to give you a written brief to sum up what

5   we consider to be the most important evidence, giving the

6   citations to each individual exhibit and the testimony of each

7   witness so that you could be pouring through that as well, but

8   the system doesn't work that way.

9          We trust your collective wisdom, your note taking

10  abilities.  I'm sure some of you have taken more extensive

11  notes than others, although it's been our observation that all

12  of you have been extremely diligent in terms of the attention

13  that you have paid to these matters.  And so we are confident

14  that you're collective wisdom will allow to you separate out

15  what cannot be relied upon and what is, in fact, reliable.

16         I want to use these last few minutes that I have with

17  you in an effort to try to assist and again, another one of my

18  wishes, I wish this were a dialogue.  I wish you got to ask me

19  questions so that I could talk about those things that you want

20  to hear.  Not those things I guess you would like to hear, but

21  to answer the questions that you have.

22         I'm going to do my best to anticipate what those

23  questions are and to address the questions that I suspect may

24  be of some concern to you after listening to the argument of

25  opposing counsel and certainly one of the things is the

```
 1   question I have right here.  Was this just a bottle of water
 2   thrown into the sea or did these payments make a difference?
 3          And I strongly suggest to you that if we just look at
 4   the payments themselves, if we close our eyes and put blinders
 5   on, blinders to all of the other support that Chiquita was
 6   giving to the AUC, this might be a more difficult question to
 7   answer.
 8          But if we open our eyes to everything that evolved in
 9   that partnership relationship between the AUC and Chiquita, the
10   answer becomes a whole lot easier.  A whole lot easier.
11          We spoke about the extortion, duress, the devil made
12   me do it defense, but in closing argument, far more attention
13   has been paid to what I will describe as the fog of war
14   defense.
15          These folks were just caught in the middle of a
16   battle, and the fact that Chiquita happened to be there
17   alongside them and making payments to the AUC really didn't
18   make a difference.
19          But when you have the opportunity to hear and read and
20   understand the law, you will appreciate the fact that
21   Chiquita's fog of war defense doesn't exist under the law.
22          Chiquita will tell you that there was -- there was
23   violence all around.  Colombia was a violent place.  The banana
24   zone was particularly violent.  They will tell you that what
25   they did made no difference.  These people would have been
```

1   killed anyway.  Chiquita didn't want them killed.  Chiquita

2   didn't know they were going to be killed.  And Chiquita didn't

3   even know after they were killed that they had been killed.

4   Their money was a cup of water in the sea.

5         But the law doesn't care.  The law doesn't care that

6   Chiquita didn't know the AUC victims.  The law doesn't care

7   that Chiquita didn't intend these particular murders.  The law

8   doesn't care whether Chiquita knew in advance or knew

9   afterwards.  That's not the legal standard.

10        And it's the legal standard to which you have sworn an

11   oath to adhere in your deliberations.  Chiquita will say we

12   just wanted to grow bananas.

13        No, Chiquita wanted to profit from growing and selling

14   bananas, and Chiquita, from the outset, knew that the price of

15   profits for the banana business conducted in the banana zone in

16   Colombia was human lives.  They knew it.

17        It's been suggested to you during closing argument

18   that there was no connection between the AUC's payments and the

19   violence that was going on in the banana zone.

20        I want to remind you of the testimony of Mr. Blackham.

21   Mr. Blackham, he was the internal auditor for Chiquita from

22   1993 to 1995.

23        And when he found out in the process of performing his

24   responsibilities in Colombia that Chiquita was paying the AUC

25   while the AUC was committing massive acts of terrorism and

1    violence, when he found out that those payments in Colombia

2    violated Colombian law, he went to Buck Keiser and he spoke to

3    him about that.  And this is what he testified to.

4          He said he didn't get the impression from Buck Keiser

5    that he was concerned about making the payments.  His reaction

6    was it was part of what they had to do and that in order to do

7    business there, that's what they had to do.  He tried to press

8    Mr. Keiser, he testifies under oath, on why the company was

9    making the payments.  I mean, there had just been a massacre in

10   the banana area.  You know, exactly close to where Chiquita

11   was.

12         I asked him, you know, if he felt like Chiquita had

13   any role in what was going on there with making these payments?

14   And he was very upset with me about that.  He said this

15   conversation is over.  And, you know, he was pretty upset that

16   I would insinuate that there was a connection.  This is

17   Chiquita's own internal auditor.  He recognized the reality of

18   the fact.

19         And all he knew was just that the payments were being

20   made.  So, defense counsel told you there was no connection

21   between Chiquita and the AUC's violence and he raises the

22   question, would it be better for us to have just cut and run?

23   There was no witness he told you who said it would be better

24   for us to have just cut and run.

25         I suggest to you that there were multiple pieces of

1    evidence that it was better for Chiquita never to have gone to

2    Colombia.

3            The 1988 memorandum about the Chiquita expansion

4    meeting.  It was suggested to you that Chiquita had already

5    made the decision that it was expanding into Colombia before

6    1988, but that's what the memorandum says.  The memorandum says

7    this was a meeting about Chiquita's expansion into Colombia and

8    the general group consensus was we're going to make the

9    situation worse.

10           Chiquita is the lesson taught to Colombian high school

11   students about the abuses of imperialist foreign companies

12   coming into Colombia and making the situation worse.  We'll be

13   painting a target on our employees' backs.

14           Chiquita did not clear cut areas of jungle and turn

15   them into banana plantations.  They bought existing banana

16   plantations.  You heard how there's a given formula as to the

17   number of workers per banana plant that are necessary in order

18   to cultivate the crops.  Those workers were employed already.

19   Many of them were employed on small family owned farms.

20   Chiquita bought up those family owned farms when the owners

21   dropped prices because they needed to escape violence.

22           Chiquita came in, took advantage of the low prices,

23   consolidated these farms, knowing, knowing that the price of

24   doing business was going to be to finance terrorism.

25           So, somehow, it would be better to cut and run?  Did

1    anybody tell you that?  Yes, Mr. Aguirre told you that.

2    Mr. Aguirre told you.  As soon as I arrived and I found out

3    these payments were being made, I conducted an investigation.

4    I wanted to know why we were doing business in Colombia?  And I

5    could never find that there was ever a good reason for us to be

6    there.  Mr. Aguirre wasn't told we have to be there to preserve

7    the economy of Colombia.  We have to be there in order to

8    protect our workers.  And indeed what happened is when they

9    sold to Banacol, not one single act of violence, none.  That's

10   what the evidence is.  Nothing destroyed when the payments

11   stopped, when Chiquita moved out.  No employee hurt.  No

12   further threats.  Chiquita left.  The payments dried up.

13        And, you know, this is a case where Chiquita has

14   decided that it was going to put itself above the law because

15   the Colombian Government said you may not pay the AUC.  The

16   penalty is up to 70 years imprisonment.  You may not pay the

17   AUC.  The U.S. Federal Government said you may not pay the AUC.

18        And Chiquita says there's no witness that appeared in

19   this case that said they shouldn't have been paying?  Jack

20   Devine.  Signed by him, dated by him.  You pay as long as you

21   have to to extract yourself from the situation.  And then he

22   said no, I didn't mean to say that.  You delay.  You never pay.

23   You delay until you can avoid the threat.  And in this case,

24   avoiding the threat meant leaving Colombia.  And eventually

25   that's what happened.

1           You are told that Chiquita's payments were less than

2     one percent of the annual drug revenues derived by the AUC in

3     Colombia.

4           You are also told that you can rely upon the testimony

5     of Mr. Mancuso.  What does Mr. Mancuso say.  He joined the AUC

6     in 1997.  He joined the AUC in 1997 when it was formed.  He was

7     a rancher and a farmer before joining the paramilitaries.  The

8     Cordoba bloc operated in Urabá.  The Bloc Norte operated in

9     Magdalena.  He was the commander of both of those blocs.  The

10    blocs within the AUC were independent of each other.  The AUC

11    we heard was just an umbrella organization.

12          These blocs were independent, separate sources of

13    income.  Separate financial operations.  The AUC, he says

14    expressly did not have centralized finances.  So what are you

15    comparing in order to get this one percent number?

16          You're not looking at what the revenue was of the AUC

17    entities that were operating in the banana zone where we know

18    from the other testimony that at least 30 to 40 percent of the

19    revenue of those blocs was coming from Chiquita payments.  A

20    regular, established, reliable source of funding for a new

21    organization.  And what was the money being used for?

22          Chiquita said we knew the money was being used to buy

23    drugs to be resold at enormous profits, to finance the AUC.  To

24    buy AK-47s and millions of rounds of ammunition.  That's what

25    Chiquita's money was being used for.

1          Did that increase the danger to the people in the

2    surrounding area?  How could you think otherwise when you're

3    providing a reliable consistent source of revenue to

4    terrorists, knowing that the money is being used to buy drugs

5    and to buy weapons and that those terrorists are engaging in

6    horrendous acts of violence aimed at the immediately

7    surrounding population?  You have increased the danger to

8    everybody within that circle of terror.

9          Mr. Mancuso says in 1996 or 1997, banana growers from

10   Urabá asked for protection from guerillas at a meeting hosted

11   by Mr. Castanó.  They went to the meeting and they asked the

12   AUC for protection from the left-wing communist antibusiness

13   agrarian reform, FARC.

14         The AUC, Mr. Mancuso who they tell you to rely on, the

15   AUC didn't extort farmers.  Farmers came to them to ask for

16   protection and were willing to pay.  They were willing to pay a

17   regular tax for the service that they would receive from the

18   AUC to protect them from the violence of the FARC.

19         Mr. Mancuso, the witness that they tell you to rely

20   on, says Chiquita got security in return for its payments to

21   the AUC.  This was a contract.  This was a bargain.  This was a

22   deal with the devil.  A deal they knew they were going to have

23   to enter into because they knew they couldn't protect these big

24   Miami Dolphin, plus Miami Dolphin, plus Miami Dolphin football

25   field sized banana plantations.  They couldn't do it.  They

1   didn't have the resources to do it; couldn't fence the farms.

2   Things were too violent there.  When we go, we're going to have

3   to pay and they did.

4          They knew they were going to have to pay and they did.

5   He tells us the banana growers complained about guerilla led

6   strikes and the AUC assisted in lessening the labor unrest.

7   That's the witness that Chiquita has just stood here and told

8   you you need to rely on.

9          Your Honor, I didn't request it but may I have a ten

10  minute warning?

11              THE COURT:  Sure.

12              MR. SCAROLA:  Whenever that may be.

13              THE COURT:  Yes.

14              MR. SCAROLA:  Thank you, sir.  I appreciate that.

15          We are told that the only reason we are here is

16  because Chiquita is the only company that self-reported to the

17  Federal Government.

18          I know that there is a fair amount of skepticism among

19  a fair segment of the community about the Federal Government.

20  But does anybody really believe that Chiquita was singled out

21  for punishment because Chiquita self-reported its payments to

22  the AUC?  Or does it make more sense that the reason why

23  Chiquita was prosecuted for a federal criminal felony is

24  because after the Federal Government looked behind Chiquita's

25  claims that they were the victim of extortion and had no

alternative but to pay, when they looked behind those claims,

what they found was that Chiquita was the only company that

made the voluntary choice to put itself and its employees and

its facilities in harm's way by taking advantage of low land

prices to increase its profits.

Was it because Chiquita self-reported or because

Chiquita chose to attempt to reap the spoils of war?  That it

was the only company that facilitated drug smuggling through

its port or its loading docks or whatever it was somebody else

tried to call it as part of this name changing arrangement, and

I don't understand what that was all about, but everybody else

called it a port.  I'm going to keep calling it a port.

And we know that it was essential to the

narco-terrorists' continued operation that they had the ability

to be able to use those facilities to export cocaine, or they

couldn't take advantage of the price difference between what

raw coca cost on the ground and what lethal cocaine cost on the

streets of Miami, of Fort Lauderdale, of West Palm Beach, and

every other community in South Florida and North Florida and

Central Florida, and all the way up the eastern seaboard and

across the country as this plague of cocaine spread from coast

to coast.

They needed Chiquita.  And Chiquita knew, you remember

the evidence, Chiquita knew it had inadequate security

facilities to protect the use of its facilities and indeed,

1    Chiquita's own employees were willing to accept a bribe from

2    the AUC in order to permit the use of its facilities for the

3    smuggling of cocaine.

4        And did Chiquita turn around and clean them all out?

5    No.  No, they didn't.  What they said was you need to return

6    the $25,000 bribe to our extortionist.  Give them the money

7    back.  We didn't give them what they paid for, give them the

8    money back.  I mean, I don't know how to comprehend that if, in

9    fact, this is a relationship between a victim and an

10   extortionists.

11       And then -- then the weapons, and I spoke to you about

12   that when I talked to you earlier.  Remember there wasn't just

13   one shipment.  One massive shipment of lethal weapons.  There

14   were two.  There were two.  And the AK-47s come shipped to

15   Chiquita on a bill of lading addressed to Chiquita.  They're

16   offloaded for free.  Somehow, somebody didn't pick up on the

17   fact that these aren't rubber balls.  These are AK-47s, and

18   they just let them drive out of the port and then destroyed all

19   of the documents and the tape by stomping on it.

20       And maybe, maybe it was the Federal Government

21   learning about and understanding the AUC's involvement in that

22   aspect of -- or Chiquita's involvement in that aspect of its

23   partnership with the AUC that caused Chiquita to be prosecuted

24   for a federal crime.

25       And we know Mr. Nunez and Mr. Bello gave detailed

1    statements long before, long before any deposition was taken in

2    this litigation.

3            And maybe it's because the Federal Government found

4    out about the fact that Chiquita was supplying hand grenades,

5    weapons, fuel, communications communication facilities,

6    information to assist the AUC in kidnapping.  Maybe that's why

7    Chiquita got prosecuted for a federal criminal felony.  Maybe

8    that's why they got singled out because they had singled

9    themselves out through their own atrocious conduct.  Their own

10   total disregard for the welfare and safety of the communities

11   in which they were conducting business.  Maybe that's why.  But

12   it sure wasn't because Chiquita self-reported.

13           So I told you that the jury instructions are going to

14   be significant to you.  And before I get to that, and I was

15   looking for it and couldn't find it, this is a demonstrative

16   that I showed you before.  Plaintiff's Exhibit P0597, and this

17   is the document that you were told in closing argument by

18   opposing counsel really didn't have anything to do with

19   Chiquita's decision to expand into Colombia because that

20   decision had already been made.

21           Well, what this document is called is Colombian

22   Expansion Meeting.  You'll have it back there.  The printing is

23   very small here, and you really can't read it but I wrote it a

24   little bit larger for you.  That's what it says.  Colombian

25   Expansion Meeting, September 20, 1988.  Chiquita would have an

1    even greater risk of such acts of violence and extortion and it

2    goes on to explain why this Yankee imperialist company creating

3    adverse social conditions is going to worsen the likelihood of

4    violence in the area.

5         So, some important things that you are going to see

6    when you have the opportunity first here when the instructions

7    are read to you and then see when you have an opportunity to

8    read these instructions yourselves.

9         You're going to be told that Chiquita asserts the

10   affirmative defense of duress or coercion.  What I call the

11   devil made me do it defense.

12        You remember in opening statement I began to tell you

13   about the law calls this extortion or duress.  My name for it

14   is the devil made me do it defense.  I didn't get a chance to

15   finish talking to you about then, but this is it.  This is what

16   the law is on extortion.

17        And what you are going to find is that while the

18   plaintiff has the burden of proving the elements of its --

19   their claims, it is the defense, Chiquita, that must prove the

20   defense of extortion or duress if it is going to avoid the

21   consequences of the actions that it took in Colombia.

22        You will learn that Chiquita may be legally liable for

23   deaths even if Chiquita or a Chiquita employee did not

24   personally commit the murder.  There is no necessity for any

25   direct involvement by Chiquita in any of the murders.

1          And here are the elements of the two separate claims

2     or description of the two separate claims that are brought in

3     this case on behalf of each of the plaintiffs.

4          There's a general tort liability claim which is when a

5     person has committed a crime or fault which causes damage to

6     another, he may be held liable for the damage.  A crime like

7     financially supporting the AUC under Colombian law or

8     financially supporting the AUC under U.S. law.  You commit a

9     crime, you're responsible for the consequences of the

10    commission of the crime.

11         The second is hazardous activity which is when a

12    person carries out or benefits from a hazardous activity, he

13    may be held liable for the damages caused by that activity.

14    We're not talking about growing bananas as a hazardous

15    activity, and it can be.  You can cut off a finger swinging a

16    machete.

17         We're talking about the hazardous activity of funding

18    terrorism knowing that you are making payments to an entity

19    that is engaged in a horrendous campaign of violence.

20         So, the general liability claim, the first one.  That

21    has two elements.  Whether Chiquita was at fault and if you

22    find Chiquita was at fault, whether fault caused the

23    plaintiffs' damages.  Fault is determined by a reasonable

24    business person standard.

25         I showed you a long list of all the unreasonable

1    things that Chiquita did when I spoke to you earlier.  They

2    only need to have been found to have done one of those

3    unreasonable things, and then they are responsible for all of

4    the consequences of that unreasonable choice.

5          And I suggest to you that there is no way to avoid the

6    conclusion that choosing to do business in the middle of a

7    horrendously violent civil war, to take advantage of cheap land

8    prices in order to increase your banana profits, by moving into

9    that zone of danger, by stepping into harm's way, knowing that

10   the result is going to be we can't protect ourselves, our

11   employees, our facilities in any other way than paying

12   terrorists, that's not reasonable.  And everything that flows

13   from that is Chiquita's responsibility.

14         And the court expressly tells you that a reasonable

15   business person standard includes as the -- as among its

16   factors, whether Chiquita's actions were in violation of a law

17   or a regulation.  During the relevant time, it was a violation

18   of Colombian law.  This is the legal instruction.  There's no

19   doubt about this.  It was a violation of Colombian law to

20   directly or indirectly provide, deliver, contribute assets or

21   resources or carry out any act that promotes, supports,

22   maintains, finances or economically sustains organized crime

23   groups or armed groups outside of the law or their members,

24   unless excused by a legally available defense, duress or

25   extortion.  For example, duress or extortion.

1          In order to prove whether Chiquita's fault caused any

2     plaintiff injury, the plaintiff must prove Chiquita knowingly

3     provided substantial assistance to the AUC sufficient to create

4     a foreseeable risk of harm to others.

5          Chiquita knew from its first payment how the money was

6     being used.  No doubt about that.  We know that beyond any

7     doubt because Chiquita's designated representative told us

8     exactly that under oath.  We knew from the first payment we

9     made, we were supporting terrorists who were using the money to

10    buy arms and drugs.

11         You're going to be told that nor is any plaintiff

12    required to prove that Chiquita's assistance directly aided any

13    specific murder.

14         Plaintiffs do not have to prove that Chiquita intended

15    to cause any plaintiffs specific injury, or that Chiquita even

16    knew of a specific injury.

17         I told you just a little while ago but now it's not my

18    words.  These are the instructions that you are obliged to

19    follow.  This is the law.

20         If you find that Chiquita knowingly substantially

21    assisted the AUC to a sufficient degree to create a foreseeable

22    risk of harm to any plaintiffs' decedent, then you will have

23    found Chiquita caused that plaintiffs' injury.

24         So, here we go.  Here's duress.  This is what the law

25    says about duress.  And remember, this is Chiquita's burden.

```
1    If you find that they are liable unless Chiquita proves duress,
2    this is what Chiquita must prove.
3         First, that there was an unlawful and present
4    immediate and impending threat of death or serious harm.  I was
5    uncomfortable going to this meeting and there were people with
6    guns there and, you know, there was -- there was an implied
7    threat that if we didn't go along with them, then things might
8    not be good for us.  When Mr. Keiser is asked about the
9    details, what does he say?  And it's nothing that's
10   inconsistent in any respect at all with the factual proffer
11   when you read what the factual proffer says.  Read the words.
12        What Mr. Keiser says is there were no direct threats
13   made to us.  We were told we're not going to do business the
14   way the FARC was doing business and force you to make these
15   payments.  We're just telling you that we need your help to get
16   rid of the FARC and if we don't get that help, you're still
17   going to be facing the same dangers you're already facing.
18        He also, according to somebody else's account, added
19   if you continue to pay our enemy, the FARC, that's a different
20   story.  Then you're going to become our enemy.  There was no
21   unlawful, present, immediate and impending threat of death or
22   serious harm but even if there was, that's not enough.
23        Chiquita must also prove -- and the conjunctions are
24   circled.  They must prove that second, Chiquita's own negligent
25   or reckless conduct did not create a situation where Chiquita
```

1    would be forced to provide assistance to the AUC.  They didn't

2    voluntarily put themselves in harm's way.  You can't complain

3    if your hand gets burned when you're reaching into the fire to

4    shake hands with the devil.

5              THE COURT:  Ten minutes, Mr. Scarola.

6              MR. SCAROLA:  Thank you very much, your Honor.  They

7    must prove that they did not voluntarily put themselves in

8    harm's way, and when they tell you in writing that they knew

9    they couldn't protect themselves, we're entering into a bad

10   situation, we're making the bad situation worse, there's no way

11   they can satisfy that second element.

12             And the third element -- the third element is Chiquita

13   had no reasonable legal alternative to providing assistance to

14   the AUC.

15             What I wrote there is what Jack Devine told us.  The

16   law says you are obliged to cut and run.  You can only pay as

17   long as it is absolutely necessary to avoid the threat.  Threat

18   to escape the threat.  And when you start making payments in

19   1988, and '89 and '90 and '91 and '92 and for a decade and on

20   into 2004, Chiquita's own lawyers say the duress defense wears

21   out.  Doesn't work anymore.  It's no good.

22             There's a second instruction on hazardous activity.

23   I'm not going to have time to go through this with you.  The

24   duress defense applies in the same way to a hazardous activity.

25   If you find that there was, in fact, a hazardous activity, and

1   this instruction expressly tells you that proof that the person

2   alleged to have engaged in a hazardous activity was negligent

3   or with fault is not required.

4        There is absolute liability if you engage in a

5   hazardous activity and it results in injury to someone else,

6   and the only defense, again, is duress where it's Chiquita's

7   burden to prove the duress.

8        I want to speak very briefly about the games that were

9   played with statistics.  When the AUC was designated as a

10  Federal Terrorist Organization, there were express findings

11  that were made in support of that designation.

12       And among those were the fact that the AUC committed

13  at least 75 massacres that resulted in the deaths of hundreds

14  of civilians.  Many of these massacres were designed to

15  terrorize and intimidate the local population so the AUC could

16  gain control of those areas.

17       Defense counsel stood up here and very early in his

18  argument, he told you that the AUC was responsible for 400,000

19  deaths.  Remember what Mr. Restrepo said?

20       Mr. Restrepo's number that he used to get the

21  percentages down where they were, I don't remember the exact

22  number, but I think it was under 4,000 deaths.  And what he did

23  in order to get to his number was he eliminated all the

24  massacres.  He eliminated all the disappearances.  Those don't

25  matter anymore even though we know that they were found to have

 1   been AUC responsibilities.  That testimony, that testimony is

 2   not credible.

 3        I suffer the frustration that I knew that I would.

 4   These are all the things that I wanted to say to you that I'm

 5   not going to have an opportunity to say to you.  I hope that

 6   somewhere within the 50 minutes of your extremely valuable time

 7   that I have just taken, I have addressed a question that was on

 8   your mind that made a difference to you.  I hope that I have

 9   done that.  I hope that this hasn't been a waste of time.

10        But I join with all of the other lawyers and again

11   repeat the gratitude that we have for the service that you have

12   already provided, and tell you that we are confident that you

13   will continue to do the hard work necessary in order to return

14   a fair and just decision in this case.

15        Numbers were suggested to you as to what an

16   appropriate range of damages would be.  There's been no

17   response to that whatsoever and I don't need to comment on it

18   further in light of that fact.

19        But I do want to join in telling you that we are not

20   here for sympathy.  Any verdict that is tainted by even just a

21   little bit of sympathy is an unjust verdict.

22        But what we are here is to ask you for a verdict that

23   reflects empathy.  Sympathy means you hurt and I hurt with you.

24   And a verdict rendered out of a shared hurt is an unjust

25   verdict.

 1          Empathy means you hurt and I understand.  I have taken
 2     the time, I have made the effort to understand.  A verdict
 3     infected by sympathy is an unjust verdict.  A verdict that does
 4     not reflect empathy and a full measure of justice is an unjust
 5     verdict.
 6          If you use your common sense, if you follow the law,
 7     if you recognize the fact that there are some things that just
 8     don't make sense, if each of you exercises your individual
 9     personal responsibility to weigh the evidence, to apply the
10     facts as you find them, together with the law as the court
11     gives it to you, we are confident that you will do what is
12     right.  And on behalf of every family that has been the victim
13     of this Chiquita sponsored violence, we thank you.  Thank you.
14          THE COURT:  Thank you, Mr. Scarola.  All right.
15     Ladies and gentlemen, you've heard all the closing arguments.
16     All the evidence has been received.
17          So as I told you earlier, the only thing that remains
18     is for me to instruct you on the law and then you can begin
19     your deliberations.
20          So as I mentioned, after I instruct you, you'll get a
21     copy of those instructions so when I give them to you tomorrow
22     morning, you don't need to try and take notes of those.  You'll
23     have them.
24          All the exhibits will be submitted as well, and you'll
25     be able to begin your deliberations after that.  So if you can

 1   be here tomorrow at 9:00 and we'll proceed as I just indicated.

 2          Have a nice evening.  Don't discuss the case.  Avoid

 3   any reports about the case, and we'll see you tomorrow morning

 4   at 9:00.  Thank you very much.

 5          THE COURTROOM DEPUTY:  All rise for the jury.

 6      (Thereupon, the jury exited the courtroom.)

 7          THE COURT:  Please be seated, everyone.  Have the

 8   parties gone through the exhibits to confirm whether the

 9   evidence is in order, and we don't have to spend any time

10   tomorrow arguing about whether this is in or this isn't?

11          MR. SCAROLA:  I understand that has been done, your

12   Honor.  I'm sorry.  I understand it's almost been done, your

13   Honor.

14          THE COURT:  Okay.  But it should be done by tomorrow,

15   I presume?  I just want to make sure it's done before we send

16   the jury back to begin the deliberations.

17          MS. KROEGER:  I think the exhibits have all been

18   confirmed.  It's just a matter of the five that were presented

19   with a limited admissibility of how the label on the index

20   should be or do you want -- I'm not sure what your practice is

21   or whether you want the label on the front of each exhibit or

22   just a statement on the index.  That's -- I think that's the

23   only issue.

24          THE COURT:  All right.  Well, have you -- are you

25   trying to work it out or is it not --

 1          MS. KROEGER:  I think we were first trying to see

 2    what your practice would be.

 3          THE COURT:  I really don't think I've ever had to

 4    deal with that issue before.  It's a first impression.

 5          MR. CIOFFI:  They use the language that was used when

 6    you instructed the jury.

 7          MS. KROEGER:  I mean, that's what you provided.

 8    Okay, then I don't think we have an issue.

 9          THE COURT:  Okay.  Great.  All right.  Oh, there's

10    one issue on the jury instructions that I thought there was a

11    suggestion that we should put the date of the -- not the

12    Foreign Terrorist Organization, but the other, global sponsored

13    terrorist, should we put that date in there as well?  There was

14    some discussion about that.  I don't know.

15          MR. SCAROLA:  Yes, sir.

16          MS. FRYSZMAN:  Yes, we have some proposed language.

17          MR. DANTE:  We'd just ask that it be sent to us so we

18    can take a look at it real quick.  We'll go ahead and either

19    approve or offer some suggestion.

20          THE COURT:  Can you do that before tomorrow morning?

21          MR. DANTE:  Yeah.

22          THE COURT:  I mean, I'm willing to stick around for a

23    few minutes if you can try to resolve it now.

24          MR. DANTE:  Shouldn't be more than a few minutes,

25    your Honor.

1              THE COURT:  I'll wait.  Are we going to need to get

2    together early tomorrow?  I can't imagine there's going to be

3    anything else to argue?

4              MR. CIOFFI:  No.

5              MR. SCAROLA:  Your Honor, I'm sure that I am speaking

6    on behalf of everybody in the courtroom that we are

7    extraordinarily grateful for the enormous effort that your

8    Honor put in and the quality of the work the court has done.

9    Thank you so much.  You've been very, very patient with us and

10   we are grateful for it.

11             THE COURT:  Well, thank you.

12             MR. CIOFFI:  Yes, thank you.

13             THE COURT:  I'm not sure either side agrees on the

14   quality of the work, but certainly put in those effort.

15             We made the interrogatory change.  We made that

16   change.  We just haven't sent it out yet.

17             MR. DANTE:  Your Honor, just to preserve the record

18   on our objections to the jury instructions.  We'll have to make

19   an objection on the record.  We don't anticipate it to take

20   more than two or three minutes.  Can we just do it in the

21   morning after we have the final instructions?

22             THE COURT:  Sure.

23             MR. SCAROLA:  We have no problem with that, sir.

24             MS. FRYSZMAN:  So, your Honor, what I was proposing

25   is just to say the AUC was designated a Foreign Terrorist

1   Organization, (FTO) on September 10, 2001.  And Specially

2   Designated Global Terrorist Organization (SDGT) on October 31,

3   2001, period.  It would replace the language that's there now

4   with just the designation and the dates which would seem to be

5   relatively uncontroversial.

6          MS. FUNDORA-MURPHY:  Your Honor, I think that the

7   problem is that the sentence that's in here says it was a

8   violation of United States Federal law to engage in

9   transactions with a Specially Designated Global Terrorist

10  Organization without a license.  That's an accurate statement.

11         What the plaintiffs want to do is delete that

12  statement because they don't like that it says without a

13  license.  We just don't think that's necessary.

14         The only problem with this paragraph is that it says

15  on September 10, 2001, the AUC was a Specially Designated

16  Global Terrorist Organization.  That date, September 10, 2001

17  was the date that the AUC was designated as a Foreign Terrorist

18  Organization.

19         So, if there's any clarification that needs to happen,

20  that's all that needs to be happen and if anything, if you want

21  to add the designation of the SDGT, we can add another sentence

22  that says on October 31, 2001, the AUC was designated a

23  Specially Designated Global Terrorist Organization.

24         MS. FRYSZMAN:  I just want to be clear that you can't

25  get a license with an FTO.  Whatever we say just should be

 1   accurate and clear.  I had initially proposed the language from

 2   the proffer which they rejected.  That's the issue.

 3            THE COURT:  I'm kind lost as to what the issue.  What

 4   the controversy is.  What's the -- I don't understand the

 5   controversy.  I still don't.  I'm still not understanding what

 6   the problem is.

 7            MS. FUNDORA-MURPHY:  Your Honor, I don't really think

 8   there is a problem other than that second sentence has a date

 9   and a designation that don't match.

10            So September 10, 2001 should say the AUC was

11   designated as a Foreign Terrorist Organization.  That's

12   literally the only thing that needs to be changed.  Everything

13   else is fine.

14            MS. FRYSZMAN:  I can just read out my proposed

15   language again slowly, if that would help.  What I propose is

16   just to say the AUC --

17            THE COURT:  Hold on.  Can I see what I had which you

18   want to change?  I'm trying to understand.  Tell me what it is

19   that you want -- you're proposing.  I'm still having trouble

20   understanding what the problem is.  What is the issue?  I

21   understand that I had the wrong date or the date for the wrong

22   organization.  I understand September 10 is when it was

23   designated a Foreign Terrorist Organization, and October 31st

24   when it's a Global Terrorist Organization.

25            MS. FRYSZMAN:  That would be it.  That's fine with us

 1    if that's what went in.

 2            THE COURT:  Where is the controversy?  Why can't we

 3    just do that?  I don't understand what the controversy is.  Why

 4    can't we just change the dates and the names so they match to

 5    the right designation?

 6            MS. FRYSZMAN:  That's what I proposed, your Honor.

 7            MS. FUNDORA-MURPHY:  That's what we proposed.  You

 8    want to take out all the other language.

 9            MS. FRYSZMAN:  I just wanted to have the dates and

10    the designations.  You want to add in a short description.

11            MS. FUNDORA-MURPHY:  All I said is the only problem

12    is the second clause of the second sentence where it says

13    Specially Designated Global Terrorist Organization.  It should

14    read as a Foreign Terrorist Organization, right?  Are we in

15    agreement that's the only edit that needs to be made?

16            MS. FRYSZMAN:  Then we'd have to move this down,

17    because you can't get a license to trade with an FTO in the way

18    you've edited is misleading, I think.

19            MS. FUNDORA-MURPHY:  I don't understand how it's

20    misleading but --

21            THE COURT:  Hold on.  Is this in the proffer, these

22    statements are in the proffer?  So if you look at the proffer

23    on page paragraph 8, it says that as since October 31, it has

24    been a crime for any United States person, among other things,

25    to willfully to engage in transactions with the AUC without

 1     having first obtained a license or other authorization from the

 2     OFAC.

 3              And here's another section that talks about the

 4     Federal Terrorist Organization provision.  Where is that?

 5     Trying to find it.

 6              On paragraph 27, the United States Government

 7     designated the AUC as a Foreign Terrorist Organization on

 8     September 10, 2001.  Why can't we just put those two sentences

 9     in there?

10          MS. FRYSZMAN:  We can.  I've written them out.  I'm

11     happy to pass them up.

12          THE COURT:  Is there any problem with just putting --

13     taking those two sentences out of the factual proffer and

14     putting them in there?

15          MS. FUNDORA-MURPHY:  I think -- I mean, I think the

16     only thing that needs to be -- I think your instruction is fine

17     as it is.  It's just the only thing that needed to be changed

18     was that this needs to say FTO instead of SDGT so we can add

19     the date for the SDGT.

20          MR. DANTE:  Could you just read the two sentences one

21     more time for us?  I apologize.

22          THE COURT:  This is, again, right out of the proffer.

23     The two sentences are since October 31, 2001, it has been a

24     crime for any United States person, among other things,

25     willfully to engage in transactions with the AUC without having

1    first obtained a license or other authorization from OFAC.  And

2    then the other sentence was -- paragraph 27 of the proffer, the

3    United States Government designated the AUC as an FTO on

4    September 10, 2001.

5            MS. FRYSZMAN:  We'd proposed adding it has been a

6    crime for any United States person, among other things,

7    knowingly to provide material support and resources

8    including --

9            THE COURT:  You're speaking so fact, and I can't

10   understand you, and I know the court reporter can't understand

11   you.

12           MS. FRYSZMAN:  I am so sorry.  I was proposing the

13   language in paragraph 5 of the proffer.

14           THE COURT:  Paragraph 5 of the proffer.  I thought

15   the issue here was you wanted to add the date that it was

16   globally, whatever the term, that was missing and you wanted to

17   add that?

18           MS. FRYSZMAN:  The language you read is fine, your

19   Honor. we can absolutely go with what you've read.

20           THE COURT:  Do you have a problem with the language?

21           MS. FUNDORA-MURPHY:  I think the language that you

22   have in your jury instruction is simple.  It's easy to

23   understand.  I think all we need to do is add a date.  If

24   anything, we can add the October 31st date.  I don't think all

25   of that legalese from the factual proffer is necessary.

```
 1              THE COURT:  I agree.  I just -- can it be simplified?

 2              MS. FUNDORA-MURPHY:  Yes.  So I think why don't we

 3   just say as of -- as of October 31, 2001, it was a violation of

 4   United States Federal law to engage in transactions with a

 5   Specially Designated Global Terrorist Organization without a

 6   license.

 7              And then we can say on September 10, 2001, the AUC was

 8   designated as a Foreign Terrorist Organization.  If we want

 9   those two sentences can be flipped so they're in chronological

10   order, but I think that solves the problem in a simple easy to

11   understand language.

12              THE COURT:  What's wrong with that?

13              MS. FRYSZMAN:  That's fine.  I would just flip them

14   because I wanted it to be clear that you can't get a license to

15   do transactions with an FTO, so I didn't want it to be

16   misleading and have it be in one sentence.  That's all.

17              THE COURT:  But her suggestion not to include the

18   license portion with the FTO, it was to include the license

19   with the Global Specially Designated Global organization.

20              MS. FRYSZMAN:  I've agreed to that.  I think that

21   makes sense so the sentences are in chronological order.

22              THE COURT:  Let me look at what you wrote.  We'll

23   work it out and we'll send it to you; okay?

24              MS. FRYSZMAN:  I'm sure you have done a great job.

25   Thank you for your patience.
```

```
 1              MS. FUNDORA-MURPHY:  If it helps, your Honor, we can
 2   email it to you.  I can repeat it on the record, whatever, but
 3   it's pretty -- we can say it pretty simply.
 4              MS. FRYSZMAN:  I think they've got it.
 5              THE COURT:  Go ahead.
 6              MS. FUNDORA-MURPHY:  Sure.  So, that paragraph, you
 7   want me to say it, right?
 8              THE COURT:  Yes.  Go ahead.  Say it.
 9              MS. FUNDORA-MURPHY:  So that paragraph should read:
10   On September 10, 2001, the AUC was designated as a Foreign
11   Terrorist Organization, period.
12              On October 31, 2001, it became -- or I think we should
13   say, as of October 31, 2001, it was a violation of United
14   States Federal law to engage in transactions with a Specially
15   Designated Global Terrorist Organization without a license.
16   Does that work?
17              THE COURT:  That works for me.  Does that not work
18   for you?
19              MS. FRYSZMAN:  Don't we need to say that it was
20   designated?  I think I would keep it the way you had it.  But I
21   think Zoe probably got it exactly right.
22              THE COURT:  I don't know what difference it makes.
23   As of that date, it was a violation of law to engage in
24   transactions without a license.
25              MS. FRYSZMAN:  I just want to be clear what the dates
```

1    are and what the consequences are.

2            THE COURT:  Did you get that?  I want to go with what

3    she just said.  I want to go with her language.

4            LAW CLERK:  I can't write it all down that quickly.

5            THE COURT:  So, email it to us, please, your language

6    to us.

7            MS. FUNDORA-MURPHY:  Will do, Judge.  Sure.  Will do.

8    Thank you.  I think we are in agreement right now.

9                (Court was adjourned at 5:50 p.m.)

10

11                    C-E-R-T-I-F-I-C-A-T-E

12

13        I hereby certify that the foregoing is an accurate

14   transcription of the proceedings in the above-entitled matter.

15

16   JUNE 6, 2024        Ellen A. Rassie_____
                         ELLEN A. RASSIE, RMR-CRR
17                       Official Court Reporter
                         To the Honorable Rodney Smith
18                       299 East Broward Blvd., Room 207-C
                         Fort Lauderdale, Florida  33301
19                       (954)769-5448

20

21

22

23

24

25

**A JUROR: [1]** 212/6
**LAW CLERK: [1]** 245/4
**MR. CIOFFI: [47]** 9/3 9/6 9/9 10/7 10/13 12/24 23/9 24/7 24/9 24/12 34/15 51/25 75/5 79/15 90/17 91/1 91/8 91/11 91/13 91/16 93/20 96/15 104/3 104/9 104/11 105/2 123/11 124/10 138/22 138/24 139/10 139/17 140/6 152/15 173/19 173/23 174/20 174/23 175/2 175/5 175/15 183/2 183/16 209/10 236/5 237/4 237/12
**MR. DANTE: [9]** 97/2 103/13 212/20 213/4 236/17 236/21 236/24 237/17 241/20
**MR. GARCIA: [3]** 37/2 37/23 37/25
**MR. GJULLIN: [3]** 12/3 12/12 12/16
**MR. REITER: [8]** 69/25 75/8 78/10 78/13 78/17 79/18 79/21 212/25
**MR. SCAROLA: [51]** 5/3 6/3 6/7 6/11 6/17 8/10 8/16 8/19 8/21 8/24 9/14 9/18 9/21 10/3 10/5 10/11 12/23 14/18 14/25 15/2 23/13 24/13 25/3 25/6 34/21 35/22 51/24 96/9 96/13 98/18 102/4 102/21 103/3 103/9 103/22 139/23 140/1 140/5 173/14 173/18 212/19 213/6 213/14 213/19 222/12 222/14 231/6 235/11 236/15 237/5 237/23
**MR. SCHERER: [4]** 83/12 83/17 93/19 93/22
**MR. SHEARER: [6]** 78/15 90/20 90/24 91/2 91/5 91/18
**MR. WICHMANN: [4]** 52/2 52/5 52/12 52/15
**MS. FRYSZMAN: [29]** 5/9 5/12 5/16 5/19 6/1 6/9 6/12 6/16 6/18 7/4 7/14

236/16 237/24 238/24 239/14 239/25 240/6 240/9 240/16 241/10 242/5 242/12 242/18 243/13 243/20 243/24 244/4 244/19 244/25
**MS. FUNDORA-MURPHY : [19]** 98/24 100/12 100/22 101/17 101/24 102/3 103/15 238/6 239/7 240/7 240/11 240/19 241/15 242/21 243/2 244/1 244/6 244/9 245/7
**MS. GOPAL: [9]** 10/24 11/2 11/5 11/8 11/11 11/21 12/8 12/11 12/17
**MS. JORDAN: [3]** 61/11 61/13 61/16
**MS. KROEGER: [3]** 235/17 236/1 236/7
**MS. MESA-ESTRADA: [4]** 5/25 6/5 7/17 7/25
**THE COURT SECURITY OFFICER: [2]** 139/4 213/9
**THE COURT: [172]** 5/2 5/4 5/11 5/15 5/18 5/23 6/2 6/14 6/25 7/13 7/16 7/24 8/5 8/14 8/17 8/20 8/23 8/25 9/4 9/8 9/11 9/15 9/20 9/24 10/4 10/6 10/9 10/12 10/19 11/1 11/3 11/7 11/10 11/20 12/1 12/5 12/9 12/14 12/21 12/25 13/3 14/23 15/1 23/8 23/12 24/8 24/11 24/25 25/5 34/18 35/21 36/24 37/21 37/24 51/12 51/19 51/22 52/1 52/4 52/8 52/13 61/10 61/12 61/14 69/23 75/6 78/9 78/11 79/14 79/17 79/20 83/10 83/15 90/16 90/23 91/4 91/10 91/12 91/14 91/17 93/18 93/21 96/6 96/10 96/14 96/17 96/25 98/17 98/22 100/1 100/19 101/12 101/22 102/2 102/19 102/25 103/6 103/10 103/14 103/17 103/23 104/1 104/5 104/10 104/13 104/18

138/22 138/23 138/25 139/6 139/8 139/11 139/14 139/25 140/4 152/10 152/13 173/16 173/21 174/19 174/21 174/25 175/3 182/25 183/3 183/9 183/13 209/8 212/2 212/7 212/13 212/21 212/23 213/1 213/5 213/8 213/11 213/16 222/11 222/13 231/5 234/14 235/7 235/14 235/24 236/3 236/9 236/20 236/22 237/1 237/11 237/13 237/22 239/3 239/17 240/2 240/21 241/12 241/22 242/9 242/14 242/20 243/1 243/12 243/17 243/22 244/5 244/8 244/17 244/22 245/2 245/5
**THE COURTROOM DEPUTY: [9]** 51/17 52/6 96/23 104/16 139/12 183/6 183/11 212/11 235/5

**$**

**$10 [1]** 126/17
**$200,000 [4]** 50/5 129/2 129/7 129/19
**$22,000 [3]** 147/9 198/1 198/18
**$25 [2]** 141/22 192/12
**$25 million [2]** 141/22 192/12
**$25,000 [3]** 29/17 29/18 224/6
**$3 [1]** 129/7
**$3 million [1]** 129/7
**$5 [2]** 50/8 129/20
**$5 million [1]** 50/8
**$500 [2]** 53/24 147/10
**$6 [1]** 50/14
**$6 million [1]** 50/14
**$8 [1]** 50/14
**$8 million [1]** 50/14
**$9 [3]** 60/25 82/25 82/25
**$9 million [2]** 60/25 82/25

**'**

**'01 [1]** 92/17
**'80s [3]** 25/21 121/6 143/20
**'84 [1]** 121/7
**'85 [1]** 121/7
**'89 [1]** 231/19

**'90 [1]** 231/19
**'90s [1]** 126/14
**'91 [1]** 231/19
**'92 [1]** 231/19
**'94 [1]** 194/11
**'95 [1]** 194/11
**'97 [3]** 92/15 153/18 199/10
**'98 [2]** 194/11 199/11
**'99 [1]** 199/12

**.**

**.03 [1]** 200/19

**0**

**01916 [1]** 1/2
**08-md-01916 [1]** 1/2

**1**

**1,000 [1]** 165/22
**10 [14]** 11/18 39/16 127/16 141/21 188/18 238/1 238/15 238/16 239/10 239/22 241/8 242/4 243/7 244/10
**100 [2]** 10/1 161/9
**100 percent [1]** 41/15
**100th [1]** 147/12
**10118 [1]** 2/3
**1016 [1]** 181/6
**105 [1]** 4/9
**107 [2]** 107/17 107/17
**10th [1]** 7/7
**11 [5]** 25/17 54/15 128/1 128/6 128/9
**1100 [1]** 2/17
**1156 [1]** 2/13
**11780 [1]** 2/20
**118 [1]** 113/17
**11:51 [1]** 103/25
**12 [1]** 3/2
**123 [1]** 113/6
**12:15 [4]** 96/12 96/19 96/21 103/25
**13 [2]** 54/14 115/3
**13224 [1]** 141/8
**138 [12]** 45/3 64/25 65/4 128/20 138/4 138/4 138/10 161/15 161/25 162/3 162/16 163/5
**138,000 [2]** 147/6 196/16
**14 [5]** 4/3 84/23 107/2 128/9 207/5
**145 [1]** 10/2
**14th [1]** 3/5
**15 [22]** 7/10 8/12

**8/21 8/22 9/12 9/12 9/13 9/16 25/19 27/6 30/13 31/14 32/9 32/15 32/17 51/16 51/19 54/14 57/7 59/18 60/17 128/8**
**15-minute [1]** 51/14
**15th [1]** 2/13
**16 [4]** 19/2 78/9 78/9 167/7
**1612 [1]** 1/18
**1650 [1]** 2/24
**17 [5]** 20/13 36/15 39/19 127/24 128/3
**1700 [1]** 3/11
**170901 [1]** 2/11
**1764 [2]** 91/6 91/6
**18 [3]** 62/14 64/8 68/21
**19 [3]** 24/22 44/19 89/22
**19-year-old [1]** 85/7
**1980s [2]** 14/22 15/5
**1988 [16]** 15/6 16/4 16/7 17/12 26/6 33/19 35/1 97/17 97/23 98/7 120/6 120/25 218/3 218/6 225/25 231/19
**1990 [6]** 105/16 116/16 117/12 127/9 151/6 151/25
**1991B [1]** 54/22
**1993 [3]** 26/25 27/5 216/22
**1995 [1]** 216/22
**1996 [1]** 221/9
**1997 [22]** 30/18 30/20 71/12 111/2 118/10 140/11 140/14 140/17 144/10 147/1 175/17 180/18 184/12 185/19 192/15 193/9 199/2 199/9 206/7 220/6 220/6 221/9
**1998 [2]** 39/10 159/12
**1999 [2]** 159/12 159/18

**2**

**2,000 [1]** 62/14
**20 [10]** 9/22 10/1 16/7 37/3 37/4 60/12 84/21 193/21 194/2 225/25
**200,000 [3]** 50/7 162/6 162/10
**2000 [11]** 25/22 63/4 116/16 118/12 159/18 185/20 186/10 186/16 196/14 199/12 200/19

**2**

**2000 kilos [2]** 147/2
198/6
**20005 [1]** 2/17
**20006 [1]** 1/19
**20009 [1]** 2/14
**2001 [21]** 7/8 7/9
46/5 113/24 141/13
141/21 188/18 238/1
238/3 238/15 238/16
238/22 239/10 241/8
241/23 242/4 243/3
243/7 244/10 244/12
244/13
**20010 [1]** 3/6
**2002 [3]** 113/25
118/10 147/1
**2003 [8]** 25/18 52/23
142/16 172/2 190/3
192/14 193/1 193/13
**2004 [25]** 16/4
17/13 26/7 71/12
84/23 92/17 97/17
97/24 98/2 98/7 98/21
105/16 111/2 117/12
127/10 151/7 152/1
180/18 193/19 194/2
194/5 194/10 198/21
207/7 231/20
**2007 [1]** 24/22
**2009 [2]** 128/9 128/9
**201 [1]** 3/11
**2010 [1]** 128/9
**2018 [7]** 25/12 25/16
25/18 27/7 27/9 27/14
33/10
**2021 [1]** 188/21
**2022 [1]** 115/3
**2024 [3]** 1/4 115/4
245/16
**207-C [2]** 3/20
245/18
**21 [1]** 140/6
**210 [1]** 10/5
**213 [1]** 4/10
**2139 [1]** 1/12
**22 [1]** 137/17
**222 [1]** 2/23
**23 [1]** 67/16
**24 [5]** 62/13 63/4
142/16 190/2 192/14
**24,000 [4]** 118/12
198/8 198/18 199/2
**24th [2]** 191/14
195/6
**25 [1]** 50/7
**26 [1]** 189/3
**26th [1]** 191/16
**27 [8]** 27/7 48/6 48/6
48/7 48/16 206/7
241/6 242/2

**28 [4]** 1/6 1/8 60/21
115/4
**29 [1]** 187/20
**293 [1]** 1/6
**299 [2]** 3/20 245/18

**3**

**3.1 [1]** 126/18
**3.7 [1]** 199/17
**30 [8]** 22/19 23/9
23/18 23/25 24/1
50/13 109/25 220/18
**304 [1]** 2/9
**3042 [1]** 2/21
**31 [11]** 7/9 54/17
60/20 141/11 238/2
238/22 240/23 241/23
243/3 244/12 244/13
**31st [2]** 239/23
242/24
**33301 [4]** 2/7 3/3
3/20 245/18
**33401 [1]** 2/24
**33402-3626 [1]**
1/13
**33408-3042 [1]**
2/21
**3460 [1]** 3/5
**350 [1]** 2/2
**36 [1]** 39/20
**3626 [1]** 1/13
**37 [1]** 4/4

**4**

**4,000 [1]** 232/22
**40 [4]** 45/15 50/14
56/25 211/3
**40 percent [1]**
220/18
**400 kilometers [2]**
114/23 115/9
**400,000 [3]** 116/17
136/21 232/18
**42 [1]** 39/16
**42-year-old [1]** 40/1
**43 [1]** 43/24
**44 [1]** 44/20
**443 [1]** 3/6
**45 [6]** 8/11 8/15 9/22
20/7 35/21 48/13
**45202 [1]** 3/12
**46 [1]** 42/20
**47s [5]** 29/6 93/11
220/24 224/14 224/17
**490 [1]** 46/1
**4th [1]** 2/6

**5**

**50 [8]** 41/11 45/15
94/5 161/11 194/9
212/4 213/20 233/6
**50-year-old [1]**

**48/14**
**500N [1]** 2/20
**502 [1]** 2/13
**506 [1]** 65/7
**51 [1]** 60/20
**516 [1]** 199/15
**516 million [1]**
199/14
**52 [1]** 4/5
**5448 [1]** 245/19
**55 [1]** 107/2
**552 [1]** 199/15
**578 [4]** 199/12
199/14 199/15 199/15
**578 million [4]**
198/20 199/10 199/11
199/13
**58 [2]** 184/9 186/1
**597 [2]** 120/11
121/20
**5:00 [1]** 86/20
**5:50 [2]** 1/5 245/9

**6**

**6.9 [1]** 126/18
**60 [3]** 114/7 114/10
114/14
**609 [1]** 3/3
**61 [1]** 4/6
**62 [1]** 142/17
**633 [1]** 2/6
**6400 [1]** 2/3
**67 [1]** 44/20
**68 [2]** 39/20 43/24
**69 [1]** 4/7

**7**

**7.1 [1]** 160/2
**70 [4]** 114/7 114/11
114/14 219/16
**70-year [1]** 26/14
**700 [1]** 159/18
**709 million [1]**
199/13
**72 [2]** 39/10 48/13
**72-hour [2]** 89/16
89/19
**73 [1]** 187/5
**740 [1]** 199/12
**75 [1]** 232/13
**767 [1]** 199/11
**769-5448 [1]** 245/19
**7th [1]** 3/2

**8**

**800 [1]** 1/18
**823 million [1]**
199/10
**83 [1]** 4/8
**89 [1]** 41/9
**8:18 [2]** 1/5 5/1
**8th [1]** 191/15

**9**

**90 [3]** 104/9 104/14
182/23
**90 percent [1]**
153/11
**900 [1]** 159/19
**92 [1]** 48/22
**93 percent [1]** 46/6
**954 [1]** 245/19
**97 percent [3]** 53/7
54/6 56/12
**98 [1]** 21/4
**98 percent [1]** 161/9
**98-year-old [1]**
21/10
**991 [1]** 54/7
**9:00 [2]** 235/1 235/4

**A**

**a.m [4]** 1/5 5/1 86/20
103/25
**abandon [1]** 125/13
**abandoned [1]**
143/24
**abandoning [1]**
123/2
**abducted [5]** 63/17
66/7 69/9 79/2 81/4
**abilities [1]** 214/10
**ability [5]** 45/11
101/7 101/25 208/18
223/14
**able [23]** 11/14 21/3
23/5 24/18 30/5 31/24
57/17 68/16 84/14
99/23 100/16 129/4
134/23 152/6 152/9
156/8 162/8 181/23
185/2 203/1 208/5
223/15 234/25
**aboard [1]** 202/6
**about [312]**
**above [3]** 60/9
219/14 245/14
**above-entitled [1]**
245/14
**absolute [3]** 49/21
71/19 232/4
**absolutely [11]** 20/9
34/12 123/6 140/20
146/5 149/18 196/25
201/7 205/7 231/17
242/19
**abundance [1]** 89/8
**abuses [1]** 218/11
**accept [1]** 224/1
**acceptance [1]**
45/19
**accepted [1]** 46/3
**accepting [1]** 92/6
**access [1]** 108/10
**accompanying [1]**

**55/2**
**accomplice [1]**
115/18
**accomplish [3]**
53/22 68/24 84/14
**according [2]** 24/2
230/18
**account [10]** 26/3
50/10 60/12 61/2
77/10 77/11 77/14
77/15 99/20 230/18
**accountable [2]**
69/16 69/18
**accountants [2]**
15/9 181/22
**accounting [2]**
180/14 192/9
**ACCU [3]** 137/14
156/19 161/5
**accurate [9]** 7/10
21/14 21/18 45/14
45/17 212/15 238/10
239/1 245/13
**accusations [2]**
114/20 120/2
**accused [5]** 64/2
69/7 82/8 114/19
115/11
**Acevedo [5]** 77/8
77/9 99/3 182/1 182/3
**Acevedo's [2]** 99/2
99/17
**achieved [1]** 49/19
**achieving [1]** 27/12
**acknowledge [2]**
20/1 152/16
**acknowledged [8]**
28/6 34/22 102/12
102/23 140/16 141/4
142/15 142/21
**acknowledges [2]**
28/3 33/1
**acquisition [1]**
31/10
**across [4]** 87/17
180/6 181/17 223/21
**act [12]** 33/15 54/9
112/15 120/7 130/24
132/9 132/20 148/20
155/18 210/17 219/9
228/21
**ACTA [12]** 45/3
64/25 65/4 128/20
138/4 138/4 138/10
161/15 161/25 162/3
162/16 163/5
**acted [10]** 16/12
74/8 94/13 113/16
132/12 132/15 139/18
143/5 144/4 144/5
144/11 164/8 164/11
188/16 188/16 210/18

**A**

**acting [3]** 34/25
181/20 192/21
**action [4]** 185/15
186/3 188/2 189/2
**actions [6]** 30/25
31/1 76/7 76/7 226/21
228/16
**activities [2]** 25/7
28/11
**activity [23]** 138/2
148/11 148/18 148/23
148/25 149/3 149/4
158/19 159/16 200/14
201/10 210/25 211/4
227/11 227/12 227/13
227/15 227/17 231/22
231/24 231/25 232/2
232/5
**actors [1]** 125/1
**acts [9]** 16/9 33/17
120/20 146/3 153/22
187/7 216/25 221/6
226/1
**actual [4]** 119/1
119/20 137/1 150/15
**actually [17]** 41/5
54/17 73/18 85/24
107/14 111/18 119/16
119/20 123/1 133/16
133/22 135/25 136/5
150/25 180/21 185/19
189/7
**add [10]** 6/6 6/14
238/21 238/21 240/10
241/18 242/15 242/17
242/23 242/24
**added [4]** 5/16 6/13
57/20 230/18
**addicts [1]** 65/16
**adding [1]** 242/5
**addition [9]** 65/12
65/22 121/22 146/12
156/24 156/25 176/23
183/18 206/4
**additional [5]**
126/19 129/6 162/9
163/2 192/8
**address [6]** 37/16
91/9 97/7 97/8 98/14
214/23
**addressed [5]** 22/21
130/14 184/12 224/15
233/7
**adhere [1]** 216/11
**adjourned [1]** 245/9
**adjudged [1]** 195/9
**administers [2]** 73/1
73/1
**admissibility [1]**
235/19

**admissible [2]**
100/10 100/15
**admission [4]** 102/6
103/1 113/9 204/12
**admissions [1]**
164/5
**admit [1]** 165/19
**admits [2]** 159/17
166/7
**admitted [13]** 22/6
22/10 34/17 34/18
97/21 98/12 100/5
102/15 102/17 114/7
146/25 150/22 197/23
**admitting [1]** 197/5
**admonished [2]**
167/4 168/1
**adopted [1]** 94/13
**adorable [1]** 48/12
**advance [12]** 17/21
20/16 23/1 24/14
24/23 31/22 31/23
32/11 32/22 33/2
66/22 216/8
**advantage [5]** 21/9
218/22 223/4 223/16
228/7
**advantages [2]**
52/16 156/11
**adverse [2]** 16/13
226/3
**advice [23]** 21/19
22/3 22/4 22/4 22/4
22/5 34/3 34/4 72/23
171/17 184/16 184/19
184/21 185/11 185/16
186/7 187/1 187/4
187/25 188/5 188/6
189/3 189/11
**advise [1]** 188/24
**advised [2]** 129/17
186/8
**advises [1]** 185/21
**advising [2]** 186/4
188/2
**affect [1]** 185/15
**affected [5]** 42/12
58/17 67/18 154/21
154/22
**affects [1]** 194/20
**affiliated [2]** 137/13
161/21
**affirmative [3]**
132/19 168/17 226/10
**afraid [11]** 64/4 69/7
82/15 82/16 82/16
82/17 88/9 88/14
90/12 170/3 170/14
**afryszman [1]** 2/18
**after [65]** 18/17
18/18 19/1 19/2 19/6
23/3 24/13 24/14

24/23 27/6 30/13
31/14 32/15 32/17
35/4 35/4 36/2 36/15
39/19 42/4 46/14
47/21 49/3 52/16
52/20 52/21 55/24
58/1 58/4 58/7 64/5
64/9 64/15 68/12
81/19 84/5 84/24 88/2
92/20 94/15 95/7 95/7
98/1 120/25 121/21
124/8 127/2 148/19
148/20 156/7 156/9
163/15 167/4 168/1
175/25 193/19 194/8
203/1 212/16 214/24
216/3 222/24 234/20
234/25 237/21
**afternoon [6]** 105/2
111/17 113/14 130/10
132/25 138/14
**afterwards [3]**
42/10 63/15 216/9
**again [120]** 8/20
13/5 13/6 14/8 16/3
20/16 29/5 36/17
36/21 39/18 42/21
44/17 46/13 47/17
48/7 48/15 48/20 49/6
53/5 61/1 61/7 61/17
75/19 81/18 83/9 86/5
86/12 90/4 92/25
95/22 97/16 99/1
99/20 99/24 100/19
103/19 106/25 109/1
109/6 109/21 110/7
110/18 111/11 113/7
115/13 118/4 119/16
120/6 120/17 122/20
122/25 123/22 124/21
125/15 132/10 132/16
134/12 134/16 140/24
145/24 146/13 149/8
153/24 159/2 159/11
159/21 159/22 161/11
161/25 162/22 163/1
164/4 164/9 164/11
167/5 167/10 171/15
173/1 175/13 177/22
181/16 181/19 182/1
183/4 184/2 184/3
184/23 185/2 185/9
185/24 186/1 186/12
186/13 188/10 189/24
191/3 191/17 191/17
191/25 193/25 195/6
199/11 199/15 200/1
200/21 203/12 204/7
204/10 205/5 205/15
206/7 206/22 210/20
211/7 211/25 214/17
232/6 233/10 239/15

241/22
**against [17]** 18/21
29/23 99/6 99/10
111/2 112/9 153/21
161/20 168/11 168/12
168/13 168/15 169/10
187/9 187/12 187/14
187/23
**age [9]** 39/16 39/16
39/17 48/15 50/11
55/9 57/7 60/17 94/20
**agencies [4]** 130/6
190/23 195/20 195/23
**Agency [1]** 195/21
**Agent [15]** 116/9
135/18 136/3 136/16
147/8 148/2 155/9
155/21 155/23 156/7
156/25 158/7 193/18
197/25 198/9
**ages [3]** 39/14 39/21
43/23
**AGNIESZKA [1]** 2/16
**ago [11]** 14/21 19/9
61/20 84/21 94/9
107/1 111/21 150/24
155/23 211/3 229/17
**agrarian [1]** 221/13
**agree [4]** 7/15 34/13
34/18 243/1
**agreed [11]** 20/22
27/10 34/11 34/20
140/14 140/15 141/4
192/12 196/12 197/11
243/20
**agreement [7]** 25/8
29/1 146/24 192/11
196/9 240/15 245/8
**agrees [1]** 237/13
**Aguirre [4]** 19/3
219/1 219/2 219/6
**ahead [10]** 39/3
43/2 50/24 68/21
166/12 175/3 201/19
236/18 244/5 244/8
**aided [1]** 229/12
**aimed [1]** 221/6
**air [1]** 176/1
**Airlines [1]** 168/25
**AK [5]** 29/6 93/11
220/24 224/14 224/17
**AK-47s [5]** 29/6
93/11 220/24 224/14
224/17
**Aladdin [1]** 59/16
**Albeiro [13]** 52/23
53/2 53/6 53/13 54/4
54/12 54/15 54/24
55/18 57/12 58/8 60/4
60/16
**Albeiro's [2]** 53/23
55/1

**Alberio [1]** 55/5
**Aleman [8]** 40/18
157/20 157/23 163/7
163/9 163/10 163/23
203/14
**ALIEN [1]** 1/4
**aligned [1]** 115/25
**aligning [1]** 66/22
**alive [2]** 68/14 82/11
**all [224]** 6/12 7/13
8/6 8/23 10/12 12/21
13/14 14/10 15/2 16/6
16/11 18/8 22/25 23/6
23/12 26/21 28/12
29/15 34/21 35/19
38/10 42/19 43/5
47/17 50/18 51/9
51/17 51/19 55/19
55/23 59/21 62/10
68/16 70/10 71/2 71/4
71/9 71/16 71/17
71/25 71/25 72/1 73/3
73/19 74/2 74/8 74/24
75/14 76/1 76/23
77/21 78/16 78/17
79/6 79/15 79/20
80/17 83/8 84/5 85/16
86/24 88/21 89/2 92/3
93/6 95/9 96/23 97/1
98/11 98/22 101/5
103/19 103/23 105/8
105/22 105/25 106/4
106/9 107/3 108/1
108/3 108/3 108/6
109/22 109/23 111/1
111/15 112/17 113/14
116/13 117/1 118/6
119/6 119/12 119/21
120/22 121/13 122/16
122/20 124/16 126/19
130/8 131/12 132/7
132/23 132/25 133/1
134/21 136/6 136/9
136/12 136/17 138/4
138/12 138/17 139/1
139/4 141/1 141/25
143/4 143/17 143/18
144/12 145/4 145/8
145/8 145/16 147/13
147/14 147/19 147/21
150/15 150/16 150/17
151/15 152/2 152/9
152/15 153/6 154/7
156/19 161/10 164/13
164/21 168/18 169/9
170/11 171/14 172/15
173/24 174/4 176/19
178/25 179/7 179/11
179/18 179/19 179/25
180/2 180/6 180/8
181/7 181/17 181/23
181/25 183/6 184/10

**A**

**all... [57]** 192/9
193/10 194/13 200/15
201/7 203/12 205/13
206/25 208/15 208/16
208/17 208/20 209/12
209/14 209/22 209/25
210/1 210/5 210/6
210/8 211/20 212/1
212/11 212/18 213/1
213/9 213/24 214/11
215/5 215/23 217/19
223/11 223/20 224/4
224/18 227/25 228/3
230/10 232/23 232/24
233/4 233/10 234/14
234/15 234/16 234/24
235/5 235/17 235/24
236/9 238/20 240/8
240/11 242/23 242/24
243/16 245/4
**allegations [2]**
102/4 110/5
**alleged [3]** 163/7
208/25 232/2
**allow [7]** 34/20
52/19 101/15 102/25
195/12 199/8 214/14
**allows [1]** 124/25
**alluded [1]** 161/23
**almost [7]** 84/21
93/25 94/8 94/10
166/7 175/22 235/12
**alone [5]** 118/10
147/21 198/3 198/4
198/4
**along [6]** 14/12
37/10 40/17 170/4
193/10 230/7
**alongside [1]** 215/17
**already [27]** 16/20
17/1 19/6 23/25 50/6
73/15 86/11 86/13
90/2 94/4 94/20
103/23 121/3 123/5
130/14 131/23 156/12
156/13 156/14 168/12
203/14 207/21 218/4
218/18 225/20 230/17
233/12
**also [73]** 5/6 7/11
31/18 43/10 46/4
48/21 54/2 58/13
58/16 59/19 63/18
64/22 64/25 64/25
65/1 65/2 65/19 65/23
66/24 68/1 68/7 68/17
68/19 68/25 70/2
71/21 73/12 74/20
99/13 99/16 108/10
109/2 109/21 112/4

117/18 122/2 122/7
136/16 138/3 141/3
152/20 154/3 154/9
159/5 160/12 161/14
161/15 163/24 164/23
165/16 168/7 168/12
170/8 175/16 177/2
177/2 177/3 177/9
177/11 177/20 177/24
177/25 180/11 187/2
188/24 190/10 191/2
192/21 197/10 197/24
220/4 230/18 230/23
**alternative [8]** 89/25
124/21 190/16 190/16
190/17 190/17 223/1
231/13
**although [7]** 16/2
30/23 34/12 54/24
97/15 189/18 214/11
**altitude [1]** 156/16
**altruistic [1]** 123/21
**Alvarado [1]** 76/10
**always [13]** 21/9
43/3 43/4 46/17 46/19
48/12 74/7 105/20
105/20 169/17 171/18
176/5 178/6
**am [13]** 15/4 20/8
42/20 59/17 61/2
70/21 70/25 71/24
72/3 73/24 84/4 237/5
242/12
**amazing [1]** 76/7
**ambient [1]** 156/16
**America [8]** 121/13
121/16 121/25 124/18
125/20 143/22 158/11
188/24
**American [8]** 70/13
84/14 84/16 94/9
128/15 129/9 162/13
168/25
**ammo [1]** 113/22
**ammunition [5]**
29/7 74/22 92/17
93/12 220/24
**among [8]** 78/12
141/15 222/18 228/15
232/12 240/24 241/24
242/6
**amount [12]** 14/3
19/25 50/12 56/11
65/21 180/8 197/17
198/16 198/22 199/15
209/19 222/18
**amounted [2]**
200/24 201/12
**amounts [5]** 136/14
136/15 200/3 200/24
200/25
**ample [2]** 132/24

172/17
**amusing [1]** 87/16
**Ana [5]** 48/10 48/23
62/18 68/9 69/11
**analogy [1]** 149/23
**analysis [13]** 33/11
33/12 41/4 57/15
57/16 90/6 159/7
160/7 160/8 161/7
161/12 187/11 187/16
**analyze [1]** 184/7
**anchoring [1]** 125/2
**Angel [7]** 7/20 7/25
8/1 8/3 44/18 46/5
212/15
**angry [1]** 111/14
**anguish [7]** 43/18
60/14 60/18 67/13
67/20 69/3 69/6
**animal [1]** 144/24
**announced [2]**
79/11 153/19
**announces [1]**
188/19
**announcing [1]**
194/6
**annual [1]** 220/2
**another [41]** 7/22
8/1 11/22 21/24 39/17
41/1 57/6 62/1 63/24
65/18 66/3 78/13
116/1 145/3 166/24
176/15 178/5 178/10
178/15 183/3 184/9
185/9 185/20 188/15
188/23 189/22 189/25
191/21 191/24 199/18
200/8 202/15 206/8
212/3 212/8 212/10
212/16 214/17 227/6
238/21 241/3
**answer [46]** 24/19
24/24 25/11 25/17
25/20 25/24 26/4 26/9
27/3 27/16 30/11
30/16 31/8 31/13
31/21 32/3 32/15
32/21 33/1 38/9 73/11
73/17 109/16 113/12
129/4 129/22 131/24
132/18 132/25 133/1
136/24 136/25 146/4
167/4 167/25 169/3
172/6 201/8 201/13
210/8 210/20 210/20
211/20 214/21 215/7
215/10
**answering [1]** 146/1
**answers [14]** 5/12
5/13 5/18 5/20 5/22
6/6 6/15 6/19 6/20
6/23 24/18 24/19

67/22 119/25
**antibiotics [1]** 176/3
**antibusiness [1]**
221/12
**anticipate [2]**
214/22 237/19
**anticipated [1]** 17/7
**Antioquia [3]** 151/14
151/21 151/22
**Antonio [8]** 7/21 8/2
8/3 54/4 55/18 60/4
65/3 78/21
**Antonios [1]** 7/22
**anxious [1]** 64/1
**any [100]** 8/25 15/11
18/25 24/16 28/25
30/1 31/16 31/18 32/2
32/4 32/12 32/13
32/19 32/19 32/23
33/3 33/4 33/7 33/8
36/11 37/22 42/16
42/18 44/12 51/15
73/12 73/14 84/22
92/8 94/24 96/20
98/21 99/6 99/10
99/11 103/15 103/17
110/2 110/19 112/9
112/9 112/21 115/13
115/14 115/17 117/8
119/21 119/23 125/22
129/12 129/15 130/22
131/7 131/22 132/2
132/5 133/2 133/3
138/10 139/2 141/15
144/2 145/11 147/1
151/4 152/17 160/11
164/20 169/1 175/4
177/11 181/4 186/24
205/18 206/6 207/19
208/22 209/13 209/25
217/13 225/1 226/24
226/25 228/11 228/21
229/1 229/6 229/11
229/12 229/15 229/22
230/10 233/20 235/3
235/9 238/19 240/24
241/12 241/24 242/6
**anybody [9]** 24/15
29/5 29/10 42/15
79/12 92/24 134/22
219/1 222/20
**anymore [3]** 94/24
231/21 232/25
**anyone [17]** 15/21
45/21 58/6 58/7 66/2
110/18 115/15 115/15
147/13 147/13 149/12
149/15 161/21 163/3
166/16 184/2 211/13
**anything [26]** 16/3
19/4 29/14 32/16
40/24 75/3 82/17

87/19 91/1 97/17
108/14 109/25 110/1
112/1 116/23 143/19
146/7 148/8 149/14
188/17 197/8 213/22
225/18 237/3 238/20
242/24
**anyway [4]** 84/7
90/14 145/17 216/1
**anywhere [3]** 26/5
26/9 155/6
**apologize [5]** 9/21
50/25 82/21 101/23
241/21
**apparently [3]** 81/9
115/17 212/13
**appear [3]** 26/9 38/3
39/15
**appearance [1]**
162/25
**APPEARANCES [3]**
1/10 1/24 2/25
**appeared [3]** 32/1
128/16 219/18
**appears [2]** 128/3
212/16
**appliances [1]** 177/3
**applicable [2]** 22/16
60/6
**application [2]**
187/20 187/21
**applies [1]** 231/24
**apply [3]** 67/4
124/16 234/9
**appreciate [5]** 70/15
81/12 175/5 215/20
222/14
**appreciated [2]**
36/19 36/21
**approach [4]** 37/20
39/7 139/23 189/23
**approached [1]**
162/23
**approaches [1]**
149/25
**appropriate [4]**
12/10 83/1 178/13
233/16
**approve [1]** 236/19
**approves [1]** 72/25
**approximately [3]**
9/17 159/20 196/14
**April [5]** 142/16
190/2 191/14 195/6
206/7
**April 24 [1]** 142/16
**April 24th [2]**
191/14 195/6
**Apt [1]** 3/6
**Arboleda [1]** 176/15
**Archives [1]** 178/21
**are [162]** 5/24 8/8

**A**

**are... [160]** 8/11
8/20 9/10 11/23 12/21
12/21 12/23 13/17
15/8 15/9 15/13 15/14
15/19 15/20 16/3 19/8
21/2 21/20 22/10
22/14 24/3 29/2 29/11
30/3 30/7 32/5 32/6
32/7 33/7 33/8 34/14
35/18 37/7 37/9 38/13
38/15 38/19 38/23
40/11 40/13 41/19
43/13 44/18 45/14
48/15 49/8 49/12
49/18 49/24 50/6
50/17 51/3 51/22
51/24 52/1 52/17
53/19 53/21 57/23
60/2 60/8 61/4 61/5
63/4 67/11 71/7 74/1
78/20 78/22 83/21
84/12 84/13 84/13
94/25 95/24 97/16
98/6 98/9 98/11 100/2
100/14 100/15 102/4
104/2 105/11 108/5
111/7 116/14 125/16
125/18 126/1 130/17
133/25 134/23 135/22
139/8 142/13 143/24
150/22 151/12 155/16
159/13 159/25 161/9
164/5 165/23 170/2
172/8 179/7 179/15
191/11 191/24 207/24
208/20 208/21 208/21
210/9 213/2 213/5
213/23 214/13 214/23
218/17 220/1 220/4
220/14 221/5 222/15
222/15 224/17 225/13
226/5 226/7 226/17
227/1 227/2 227/18
228/3 229/18 229/18
230/1 230/23 231/16
233/4 233/12 233/19
233/22 234/7 234/11
235/24 237/1 237/6
237/10 240/14 240/22
241/23 243/21 245/1
245/1 245/8
**are you [1]** 220/14
**area [21]** 34/7 79/7
80/5 81/8 88/11 88/22
89/4 89/17 94/7 94/9
117/18 117/22 118/2
153/24 155/22 158/4
197/21 198/12 217/10
221/2 226/4
**areas [10]** 41/7

117/21 117/24 153/3
156/17 158/9 197/21
198/14 218/14 232/16
**Arellys [3]** 42/18
42/22 203/18
**aren't [4]** 9/1 179/5
209/1 224/17
**argue [7]** 86/13
91/17 174/15 174/16
200/22 200/23 237/3
**argued [1]** 201/14
**arguing [2]** 97/25
235/10
**argument [44]** 4/3
4/4 4/5 4/6 4/7 4/8
4/9 7/3 10/20 14/6
14/17 37/1 52/14
61/15 69/24 83/16
91/9 93/18 93/21
93/22 97/3 97/5 97/10
98/18 98/22 100/8
100/20 102/5 104/14
104/23 105/1 105/25
113/20 140/4 144/19
173/15 193/3 212/4
213/13 214/24 215/12
216/17 225/17 232/18
**arguments [14]**
13/9 13/10 13/12
13/23 14/4 100/2
100/5 130/14 140/25
148/17 194/8 205/9
212/9 234/15
**armbands [1]** 81/17
**armed [5]** 151/15
154/7 169/2 207/14
228/23
**arms [1]** 229/10
**army [5]** 144/14
145/12 152/8 168/19
170/16
**around [10]** 15/8
53/7 54/25 104/14
128/8 156/14 183/25
215/23 224/4 236/22
**arrangement [1]**
223/10
**Arrieta [4]** 99/13
100/25 115/20 115/22
**Arrieta's [1]** 101/4
**arrive [6]** 43/19
50/11 57/2 57/3 106/3
152/8
**arrived [3]** 45/5
105/7 219/2
**Article [1]** 187/20
**Arturo [1]** 207/9
**as [309]**
**as-is [1]** 10/21
**aside [3]** 41/12
172/22 178/10
**ask [19]** 36/18 40/23

59/18 68/23 68/25
98/3 101/7 163/11
164/2 165/10 174/8
184/2 203/14 203/16
209/23 214/18 221/15
233/22 236/17
**asked [31]** 22/24
32/23 33/14 38/13
38/15 38/23 55/12
55/14 55/15 56/4
56/19 56/24 58/1 59/9
59/19 73/6 91/19
134/10 136/23 163/19
166/25 175/10 184/5
193/23 199/3 207/11
209/23 217/12 221/10
221/11 230/8
**asking [10]** 9/13
49/4 64/10 73/23
73/24 74/1 102/13
174/21 191/17 195/7
**asks [1]** 38/7
**asleep [1]** 87/13
**aspect [4]** 40/7 49/9
224/22 224/22
**asserted [1]** 22/12
**assertion [1]** 63/3
**assertions [1]**
100/13
**asserts [1]** 226/9
**assess [3]** 82/22
135/19 184/24
**assessing [2]** 25/15
42/21
**assets [1]** 228/20
**assignment [1]** 74/8
**assist [5]** 29/3 129/2
162/6 214/17 225/6
**assistance [21]**
21/11 131/3 145/23
146/17 148/22 196/7
196/18 197/1 200/10
200/12 200/25 201/10
201/13 209/19 211/3
211/9 211/16 229/3
229/12 231/1 231/13
**assistant [1]** 109/9
**assisted [3]** 117/6
222/6 229/21
**associated [1]** 25/7
**assume [1]** 18/1
**assumed [1]** 19/6
**assuming [1]** 165/21
**assurance [2]** 73/14
182/2
**assure [2]** 73/9
169/6
**astounded [1]** 92/3
**at [252]**
**Atlantic [1]** 201/6
**atrocious [2]** 30/25
225/9

**attack [7]** 106/15
124/12 152/3 152/4
152/5 164/23 164/24
**attacked [1]** 175/17
**attacks [1]** 106/25
**attempt [8]** 17/3
35/2 42/2 49/25 61/2
108/13 162/14 223/7
**attempted [2]** 56/18
152/24
**attempting [1]**
27/18
**attend [2]** 54/10
63/23
**attention [12]** 36/19
36/20 47/22 51/8 61/8
61/9 83/8 97/6 102/8
128/1 214/12 215/12
**attentive [3]** 20/3
105/6 211/23
**attorney [17]** 51/14
65/11 128/16 128/17
128/24 129/1 129/5
129/6 129/10 129/13
129/15 129/18 141/10
162/5 162/9 162/13
168/6
**attributable [1]**
201/25
**attribute [1]** 62/25
**attribution [3]**
202/12 202/17 205/14
**attrition [1]** 177/13
**AUC [306]**
**AUC's [5]** 76/7
197/12 216/18 217/21
224/21
**audit [4]** 108/9
180/24 181/10 182/13
**audited [5]** 107/21
108/7 108/11 182/21
182/21
**auditor [2]** 216/21
217/17
**auditors [8]** 108/10
178/14 181/8 181/13
181/22 182/22 183/19
183/20
**August [5]** 52/22
128/8 191/15 191/16
192/13
**August 26th [1]**
191/16
**authorities [3]** 99/4
170/17 187/18
**authority [1]** 115/14
**authorization [4]**
141/6 141/17 241/1
242/1
**authorize [5]** 191/5
191/18 191/25 193/24
194/4

**authorized [1]** 23/22
24/6 76/13 76/14
191/5
**authorizer [1]** 180/7
**available [8]** 15/20
178/14 181/7 181/10
181/13 181/22 183/19
228/24
**Avenida [1]** 2/10
**Avenue [2]** 2/2 2/23
**average [2]** 50/7
154/18
**avoid [7]** 18/15
165/14 219/23 226/20
228/5 231/17 235/2
**avoiding [1]** 219/24
**award [3]** 60/10
60/25 69/13
**awarding [1]** 69/1
**awards [2]** 82/23
95/10
**aware [4]** 151/12
157/11 157/13 165/4
**awareness [1]** 155/6
**away [14]** 48/24
57/23 58/8 62/1 68/23
82/15 86/3 88/18
114/23 115/9 136/8
144/2 144/19 152/22
**awful [1]** 144/14
**axis [1]** 43/9

**B**

**back [76]** 11/23 13/5
13/5 13/24 14/2 26/21
26/25 27/4 29/18
33/18 40/2 45/15
47/16 51/3 52/8 52/23
55/7 57/5 57/5 63/3
66/17 73/3 79/3 79/24
81/20 81/22 85/1 85/4
85/15 86/25 88/12
90/9 90/10 91/3 91/7
93/11 93/11 93/12
93/12 96/12 103/20
104/18 105/9 119/9
120/11 124/10 124/21
124/23 125/5 127/2
127/8 137/17 139/14
144/23 152/18 171/2
175/18 175/23 176/1
176/6 176/13 181/23
183/13 185/18 187/6
189/13 191/16 193/21
195/25 196/17 210/15
213/11 224/7 224/8
225/22 235/16
**background [3]**
53/11 122/17 123/22
**backs [2]** 16/23
218/13
**backwards [1]** 75/24

**B**

**bad [4]** 58/3 169/10 231/9 231/10
**bag [1]** 87/4
**Baker [12]** 109/16 184/6 184/11 185/8 185/18 186/2 186/6 186/16 186/21 186/25 187/4 187/25
**balance [4]** 8/13 9/23 49/25 144/12
**balancing [1]** 143/2
**ball [1]** 55/11
**balls [3]** 29/7 29/9 224/17
**Balm [1]** 37/10
**Banacol [6]** 194/3 194/7 194/25 195/1 195/1 219/9
**Banadex [19]** 63/20 76/3 92/22 99/4 99/6 99/10 99/20 107/21 108/4 111/2 140/9 154/20 172/2 182/4 193/1 194/3 194/7 194/25 195/1
**Banadex's [3]** 140/12 182/6 193/14
**banana [56]** 16/1 16/18 16/21 17/5 17/17 18/7 30/19 31/18 35/3 36/14 41/8 53/20 57/16 57/18 62/13 62/15 63/19 64/3 69/7 72/23 79/3 79/3 79/4 80/1 88/22 90/5 94/6 95/4 95/7 95/8 95/17 117/18 121/17 121/25 167/14 167/23 176/15 176/18 177/4 177/6 177/11 191/1 191/2 215/23 216/15 216/15 216/19 217/10 218/15 218/15 218/17 220/17 221/9 221/25 222/5 228/8
**bananas [7]** 15/18 62/16 121/17 122/1 216/12 216/14 227/14
**band [1]** 105/5
**bandits [1]** 169/14
**bang [5]** 87/24 87/24 87/25 87/25 87/25
**bank [1]** 99/19
**bar [3]** 48/12 205/17 206/5
**Barbara [20]** 22/18 23/2 23/14 23/16 23/23 23/23 24/3 28/2 29/21 30/2 30/12 98/19 98/20 106/15

107/14 110/24 111/18 171/12 180/11 201/18
**barely [1]** 48/11
**bargain [3]** 30/21 141/23 221/21
**Barnhart [1]** 1/12
**Barranquilla [2]** 56/17 58/11
**base [1]** 107/7
**based [34]** 13/17 13/19 40/12 40/13 46/8 51/8 70/18 72/10 90/6 100/2 100/6 100/8 100/20 106/16 111/1 144/8 149/18 149/21 151/12 165/16 170/2 179/2 179/4 186/6 187/11 187/16 187/24 188/10 190/18 209/24 209/25 210/14 211/20 211/25
**basically [1]** 98/15
**basis [5]** 22/1 32/23 97/22 100/13 154/22
**battle [2]** 127/1 215/16
**battles [4]** 155/24 155/25 156/3 156/4
**be [222]** 5/2 6/12 7/6 7/18 8/1 8/13 9/22 10/22 13/3 16/4 16/10 16/24 17/23 18/3 18/16 19/13 21/7 21/10 21/17 22/9 22/21 23/5 23/16 24/14 27/10 28/13 29/9 30/5 30/6 31/24 32/22 32/24 33/14 34/12 34/12 34/22 34/23 34/24 38/7 38/16 49/20 51/4 51/22 52/9 52/18 61/5 61/7 63/24 71/14 73/15 76/8 76/15 79/18 79/22 80/15 82/12 82/13 83/23 84/14 87/7 88/10 90/13 92/19 95/19 95/20 95/21 96/3 96/17 97/1 97/18 97/21 98/12 99/23 100/4 100/7 100/16 101/7 101/13 102/5 102/17 104/1 104/8 104/11 104/18 108/20 109/20 111/5 111/19 111/24 113/13 116/1 116/5 118/24 120/20 121/25 122/5 122/20 122/21 122/22 126/9 126/16 126/16 128/19 129/4 129/24 131/24

138/11 139/8 139/14 140/15 140/24 146/4 149/22 152/6 152/9 152/22 154/20 155/7 156/18 159/5 160/10 162/8 163/22 166/24 170/3 172/8 172/8 174/14 175/20 177/23 178/9 178/13 178/14 183/9 183/14 184/6 185/2 186/8 188/17 189/2 194/15 194/16 194/22 194/22 195/7 195/9 195/10 195/10 195/13 198/7 199/14 200/13 201/14 201/14 210/5 210/20 211/21 212/3 212/23 212/23 213/1 213/2 213/12 213/21 213/24 214/2 214/5 214/7 214/15 214/24 215/6 215/16 216/2 217/22 217/23 218/12 218/24 218/25 219/5 219/6 219/7 220/23 222/12 223/15 224/23 225/14 226/9 226/22 227/6 227/13 227/15 228/10 229/11 230/8 230/17 231/1 233/16 234/24 234/25 235/1 235/7 235/14 235/20 236/2 236/17 236/24 237/2 238/4 238/20 238/24 238/25 239/12 239/25 240/15 241/16 241/17 243/1 243/9 243/14 243/15 243/16 244/25
**Beach [9]** 1/3 1/12 1/13 2/21 2/24 20/14 37/10 149/25 223/18
**bear [3]** 55/22 110/20 150/16
**beat [1]** 143/3
**became [5]** 19/14 76/18 193/20 203/10 244/12
**because [188]** 15/16 15/17 16/2 16/10 16/11 16/24 16/25 17/21 18/5 19/18 20/8 21/9 21/19 24/5 27/22 28/2 28/8 28/25 29/16 31/6 39/7 39/23 40/11 41/14 44/23 46/23 47/12 49/1 56/5 57/5 58/10 58/17 58/17 58/22 59/7 59/10 59/24 63/12 63/13 64/12 66/19 67/25 68/15 69/6 70/9 70/15

71/6 71/21 72/12 74/7 75/2 76/5 76/19 78/20 80/1 82/7 83/5 84/4 84/11 84/16 84/24 86/6 86/11 86/21 87/11 87/19 87/20 88/14 89/3 89/9 89/17 92/3 92/13 92/20 93/6 97/15 99/13 99/24 100/2 100/7 102/15 105/10 105/17 106/12 106/22 108/14 115/19 116/22 117/22 120/20 120/22 121/7 122/18 123/7 123/21 124/10 125/4 125/21 127/4 127/18 131/4 131/6 133/5 134/2 136/6 137/12 137/21 140/10 141/20 142/2 143/21 144/20 145/6 145/11 145/14 145/18 146/6 146/7 148/16 149/9 152/22 153/3 153/7 153/10 158/6 158/9 158/21 158/22 159/12 163/23 164/3 164/25 169/16 169/21 170/14 172/6 172/18 173/4 173/7 174/10 175/9 175/9 175/11 175/18 176/5 176/19 176/20 178/6 181/24 184/25 187/2 187/13 188/15 189/8 190/24 193/8 195/13 196/1 197/24 198/24 199/20 200/2 202/9 203/8 204/11 205/5 205/9 205/16 206/9 206/20 207/2 207/23 218/21 219/14 221/23 222/16 222/21 222/24 223/6 223/6 225/3 225/8 225/12 225/19 229/7 238/12 240/17 243/14
**become [6]** 16/15 146/23 156/20 167/15 167/23 230/20
**becomes [1]** 215/10
**becoming [1]** 131/24
**bed [6]** 37/4 86/23 87/15 88/10 88/13 176/3
**been [85]** 6/3 18/12 20/2 20/22 22/18 22/24 23/25 24/13 26/7 33/4 34/16 34/18 36/12 39/11 43/22 44/19 47/20 48/5 48/16 51/8 57/8 57/17 61/3 61/17 67/15

70/10 75/3 75/11 76/19 84/16 88/17 88/22 89/5 89/7 97/20 105/6 105/6 105/7 110/19 117/2 117/4 125/9 125/10 125/11 125/12 127/3 127/23 137/22 138/25 141/15 144/9 148/10 149/18 169/3 173/17 173/22 173/25 182/23 193/25 200/16 205/9 206/12 211/23 214/11 214/12 215/13 215/25 216/3 216/17 217/9 219/19 225/20 228/2 233/1 233/9 233/16 234/12 234/16 235/11 235/12 235/17 237/9 240/24 241/23 242/5
**before [55]** 1/8 14/11 25/12 33/10 35/5 38/11 41/22 42/4 42/7 42/22 43/1 46/14 47/24 48/1 51/13 53/18 53/24 54/8 55/4 63/25 65/25 67/1 69/3 69/6 69/10 70/10 71/14 74/17 74/18 75/16 82/11 107/2 107/3 111/22 115/21 148/17 149/20 168/2 173/5 180/15 185/20 197/10 206/9 210/24 212/5 212/8 218/5 220/7 225/1 225/1 225/14 225/16 235/15 235/4 236/20
**began [12]** 14/21 15/5 21/10 26/20 47/23 106/15 121/20 142/24 192/3 206/10 211/22 226/12
**begin [8]** 13/8 20/5 107/13 131/25 209/11 234/18 234/25 235/16
**beginning [21]** 13/11 14/24 23/15 35/1 47/8 105/13 106/2 106/13 107/13 121/2 139/22 140/14 140/21 140/23 142/7 142/23 150/14 164/13 190/11 194/20 206/1
**Begnino [1]** 124/9
**behalf [15]** 14/15 14/15 20/20 23/23 32/1 50/16 61/23 74/1 86/14 105/1 105/4 180/16 227/3 234/12 237/6
**behave [1]** 50/19

**B**

**behaved [6]** 143/10 143/23 143/23 166/13 178/5 178/17

**behind [6]** 55/12 62/17 63/12 134/10 222/24 223/1

**being [77]** 13/5 14/1 15/4 18/9 20/11 21/8 21/18 22/10 25/16 26/23 26/24 27/1 27/23 27/23 29/9 29/13 31/5 32/22 35/12 38/13 38/15 38/23 42/16 42/19 49/17 49/24 53/10 64/4 74/22 76/11 79/2 83/3 86/10 92/3 106/22 107/5 116/25 126/8 127/5 130/2 135/25 138/15 142/16 142/24 145/8 149/10 150/25 155/14 155/22 156/12 157/8 164/21 164/22 167/4 168/1 169/6 171/8 172/16 177/23 177/25 183/23 184/23 185/10 193/11 193/12 197/17 197/25 200/25 201/25 211/13 217/19 219/3 220/21 220/22 220/25 221/4 229/6

**beings [1]** 105/18

**belief [1]** 186/19

**believable [1]** 203/16

**believe [27]** 5/7 5/25 10/10 26/10 29/5 29/11 37/21 38/9 78/1 87/5 93/22 100/15 110/10 110/13 110/14 124/24 126/23 131/5 132/23 137/2 142/17 160/21 160/21 171/7 206/12 206/18 222/20

**believed [6]** 56/5 100/10 108/14 116/5 122/18 168/14

**bell [3]** 86/6 86/7 89/7

**Bello [11]** 74/15 75/12 75/14 75/17 76/5 99/12 100/25 101/4 115/20 115/22 224/25

**Bello's [1]** 75/15

**bellwether [5]** 159/20 159/22 160/4 160/10 160/19

**beloved [1]** 48/4

---

**below [2]** 161/11 210/4

**benefit [4]** 35/8 36/17 187/15 195/2

**benefits [13]** 122/6 124/3 127/1 144/1 144/18 175/21 176/24 176/24 176/25 177/21 177/24 194/17 227/12

**Berdugo [2]** 165/7 165/11

**Bernal [4]** 167/15 167/19 167/22 168/7

**Besides [1]** 130/2

**best [12]** 24/18 24/19 37/5 83/24 122/23 124/6 177/10 177/11 186/24 188/10 189/19 214/22

**better [14]** 20/5 37/24 59/24 67/18 86/12 88/8 125/9 125/10 125/11 125/12 217/22 217/23 218/1 218/25

**between [54]** 27/8 27/15 27/16 29/19 42/3 60/25 71/11 79/5 97/23 98/7 116/16 116/18 117/8 117/24 118/9 118/11 126/6 127/9 129/20 137/10 137/19 138/1 140/11 140/22 143/9 147/1 151/6 151/15 151/25 154/1 154/15 155/13 155/25 156/4 158/8 158/19 159/15 160/9 161/24 180/18 191/12 192/15 195/1 199/10 199/11 199/13 199/25 201/23 206/8 215/9 216/18 217/21 223/16 224/9

**beyond [6]** 38/21 115/13 140/15 147/1 211/5 229/6

**bias [1]** 101/10

**bicycle [3]** 86/25 87/3 87/9

**big [12]** 28/9 28/10 45/16 56/17 75/24 77/14 93/15 126/17 141/22 155/15 176/19 221/23

**biggest [1]** 42/9

**bill [2]** 29/8 224/15

**billion [2]** 126/17 199/17

**bit [41]** 19/18 24/4 74/4 83/20 84/18 85/3 85/4 110/3 114/10

---

119/23 119/15 128/21 130/15 130/16 135/17 138/5 141/1 142/12 147/4 149/22 149/24 155/9 155/13 155/21 158/13 160/6 161/24 164/12 171/25 172/11 175/6 179/24 181/18 188/13 192/25 197/16 200/2 201/23 211/24 225/24 233/21

**bites [2]** 106/9 106/14

**bitty [1]** 48/11

**Blackham [2]** 216/20 216/21

**blame [1]** 142/1

**Blank [1]** 3/10

**blankrome.com [5]** 3/12 3/13 3/13 3/14 3/14

**bless [1]** 70/13

**blessing [1]** 42/9

**blinders [2]** 215/4 215/5

**bloc [2]** 220/8 220/8

**block [1]** 85/24

**blocks [2]** 85/23 86/3

**blocs [4]** 220/9 220/10 220/12 220/19

**blood [4]** 173/8 174/3 174/11 199/23

**bloodiest [1]** 151/7

**bloody [1]** 174/3

**blow [1]** 179/23

**blue [1]** 63/8

**Blvd [2]** 3/20 245/18

**board [1]** 201/2

**boardroom [3]** 15/6 18/17 121/5

**boasts [1]** 166/7

**boat [1]** 77/19

**Bob [18]** 110/4 142/6 142/6 142/15 170/23 171/11 183/21 184/24 186/11 188/22 189/8 189/13 191/6 191/14 192/10 192/13 194/13 195/6

**bodies [2]** 81/21 81/23

**body [12]** 64/7 64/9 65/17 67/19 79/23 79/24 80/1 80/7 80/8 80/12 81/20 81/23

**Bogota [4]** 96/1 184/6 184/12 187/3

**bombed [1]** 172/9

**bond [1]** 54/22

**book [4]** 22/25 22/25 31/23 45/21

---

**books [9]** 26/5 26/10 107/21 108/4 108/11 178/7 180/18 180/24 182/6

**boots [3]** 41/5 116/10 152/2

**bore [1]** 110/17

**born [3]** 68/2 68/11 94/14

**both [23]** 7/11 7/15 14/3 26/17 30/1 41/6 47/13 76/6 81/16 81/16 81/17 85/9 100/11 116/2 117/21 122/9 136/4 145/15 154/4 154/7 171/23 176/25 220/9

**bottle [2]** 201/6 215/1

**bottom [4]** 144/3 200/23 210/10 210/13

**bought [3]** 121/15 218/15 218/20

**Boulevard [1]** 1/12

**bound [1]** 74/4

**box [3]** 48/12 96/1 96/2

**boy [3]** 207/23 207/23 207/24

**boyfriend [2]** 59/19 59/21

**branches [1]** 190/21

**BRANDS [2]** 1/3 15/7

**bravely [2]** 64/10 67/8

**bravery [1]** 62/2

**breadwinner [1]** 95/5

**break [9]** 96/10 98/9 104/8 104/15 174/19 174/22 182/24 212/8 212/10

**breakfast [3]** 86/21 86/21 86/24

**breaks [1]** 14/12

**bribe [4]** 29/17 185/4 224/1 224/6

**brick [1]** 45/20

**brief [3]** 52/18 61/7 214/4

**briefly [3]** 62/12 74/3 232/8

**bright [1]** 68/21

**brilliant [1]** 77/13

**bring [11]** 12/25 51/2 80/7 104/5 116/8 124/2 125/11 139/11 183/9 213/3 213/8

**bringing [2]** 29/4 123/18

**broken [1]** 8/7

---

**brother [5]** 42/12 42/14 68/12 87/23 155/2

**brother's [2]** 71/24 72/2

**brothers [2]** 21/12 54/24

**brought [7]** 53/16 72/19 79/24 85/15 99/2 99/10 227/2

**Broward [2]** 3/20 245/18

**brutal [1]** 168/19

**Buck [3]** 125/24 217/2 217/4

**build [2]** 125/5 148/3

**building [3]** 113/1 126/19 126/25

**built [2]** 125/25 127/5

**Buitrago [2]** 110/11 110/16

**bullet [3]** 12/2 12/13 80/2

**bullets [1]** 85/1

**burden [20]** 14/5 66/14 70/21 70/23 89/9 94/19 131/14 131/17 131/17 132/11 133/2 138/18 146/15 147/24 148/25 149/1 209/7 226/18 229/25 232/7

**burn [2]** 170/5 170/6

**burned [4]** 96/2 170/7 172/9 231/3

**bury [2]** 67/23 68/2

**bus [1]** 63/6

**buses [1]** 170/7

**bush [1]** 156/18

**business [46]** 15/9 15/18 15/20 15/23 18/2 19/10 28/9 28/10 33/15 35/1 66/22 112/21 117/22 121/13 123/25 130/24 132/9 132/13 132/15 132/20 148/21 152/4 156/9 164/9 171/22 173/4 174/1 174/2 174/8 178/6 178/9 178/13 178/17 180/3 180/3 210/18 216/15 217/7 218/24 219/4 225/11 227/24 228/6 228/15 230/13 230/14

**businesses [15]** 145/8 155/15 164/16 164/23 164/25 165/2 165/4 165/5 166/4 166/10 167/2 168/3 168/20 170/6 170/20

**B**

**but [247]**
**buy [10]** 15/18 29/12
31/5 121/11 121/14
220/22 220/24 221/4
221/5 229/10
**buyer [1]** 195/2
**buyer's [1]** 122/10
**buying [1]** 16/17

**C**

**C-E-R-T-I-F-I-C-A-T
-E [1]** 245/11
**C.E.O [1]** 194/14
**Cabrales [10]**
113/20 113/24 114/1
114/4 114/15 114/24
115/11 115/13 115/21
115/22
**calculate [3]** 9/15
37/20 42/2
**calculation [2]** 9/24
39/8
**calculator [1]** 10/8
**Cali [2]** 118/20 153/5
**call [7]** 40/21 48/5
77/5 82/4 102/8
223/10 226/10
**called [19]** 5/1 44/6
45/7 54/18 75/22
80/16 80/21 81/2 81/4
89/3 147/4 148/11
164/4 178/19 178/20
197/4 203/14 223/12
225/21
**calling [1]** 223/12
**calls [1]** 226/13
**Camacho [19]** 63/10
63/10 63/18 63/19
63/21 63/23 64/4 64/6
64/10 64/11 66/7 66/8
69/8 69/9 119/1 119/4
134/14 134/17 134/17
**Camacho's [2]** 64/15
119/2
**Camargo [3]** 70/4
70/24 78/18
**came [40]** 12/20
24/20 29/1 36/3 38/24
39/13 39/18 39/19
44/20 46/14 48/13
55/16 57/24 57/25
69/4 70/9 71/7 74/6
74/16 75/18 76/16
76/22 76/23 77/13
81/15 85/12 86/20
86/23 88/5 88/18
129/13 129/14 135/5
156/19 157/7 171/18
193/4 195/7 218/22
221/15
**Camino [1]** 81/16

**campaign [1]** 227/19
**can [123]** 5/24 7/10
7/14 11/5 14/24 15/2
18/8 23/19 28/23 29/5
29/10 32/24 34/19
34/21 35/14 38/2 39/3
42/15 43/13 43/15
43/19 43/25 44/3
44/14 49/20 50/10
50/15 51/5 51/9 52/18
60/2 62/24 65/6 65/13
67/11 67/18 74/10
76/25 77/23 77/25
82/8 86/12 91/17 92/8
92/22 97/1 98/4 98/8
98/9 98/14 106/3
106/3 109/15 112/8
112/8 112/12 113/11
118/5 118/14 119/3
120/11 122/12 126/10
126/11 130/16 136/25
137/3 137/5 142/1
154/5 154/24 155/12
156/13 160/3 161/8
162/20 163/23 169/6
169/9 179/23 179/25
180/6 181/17 188/25
200/22 203/10 205/19
208/22 210/7 210/15
211/1 211/12 212/7
212/7 212/23 213/1
213/2 213/16 219/23
220/4 227/15 227/15
231/11 231/16 234/18
234/25 236/18 236/20
236/23 237/20 238/21
239/14 239/17 241/10
241/18 242/19 242/24
243/1 243/7 243/9
244/1 244/2 244/3
**can't [27]** 32/16 83/5
93/10 94/22 103/15
103/17 105/5 114/19
115/6 123/24 141/25
145/15 145/16 174/15
225/23 228/10 231/2
237/2 238/24 240/2
240/4 240/17 241/8
242/9 242/10 243/14
245/4
**cannot [15]** 34/12
34/12 75/1 116/4
128/24 134/25 138/4
138/18 147/24 160/10
161/12 163/22 189/4
201/14 214/15
**cap [4]** 55/11 55/12
134/9 202/5
**capacity [1]** 23/18
**captured [1]** 173/5
**Cardona [7]** 7/20
7/25 8/1 38/5 44/14

135/4 204/10

**care [19]** 5/7 30/9
30/14 30/23 46/18
58/15 71/17 71/19
72/3 72/7 106/19
106/22 169/10 194/16
194/22 216/5 216/5
216/6 216/8
**cared [2]** 31/6 71/17
**careful [7]** 108/5
108/6 155/8 184/23
184/24 188/11 189/8
**carefully [1]** 127/18
**caring [5]** 43/10
48/4 106/21 144/24
209/17
**Carlos [45]** 56/9
61/22 62/11 62/12
62/12 62/17 62/24
63/4 63/10 63/11
63/11 63/17 63/25
64/3 64/5 64/6 64/14
65/6 65/20 66/1 66/7
66/16 67/1 67/6 68/8
68/11 68/15 68/17
68/20 69/1 69/5 69/9
69/11 69/14 80/3
90/11 118/25 119/3
119/4 134/15 134/17
140/12 144/24 145/14
207/9
**Carlos' [16]** 62/22
63/15 63/21 64/9
64/19 64/23 65/13
65/17 66/4 66/9 66/20
67/18 68/7 68/13
69/15 69/20
**Carol [2]** 68/11
68/14
**carried [1]** 187/7
**carries [1]** 227/12
**carry [1]** 228/21
**carrying [1]** 129/19
**cartel [8]** 118/19
118/19 118/20 153/6
153/21 156/10 156/20
209/4
**cartels [4]** 116/18
117/9 118/20 154/16
**case [126]** 1/2 5/1
10/16 10/20 12/20
13/6 20/12 23/10
23/15 26/15 38/13
38/20 42/6 43/22
44/10 46/12 47/2
47/14 48/8 49/10
49/25 50/3 51/2 51/15
60/6 62/10 62/20
70/10 70/18 71/5
71/13 71/16 71/21
71/21 71/25 72/10
72/16 74/1 74/5 74/8

74/17 78/18 78/24
79/8 80/23 81/6 83/1
83/2 83/5 83/8 83/25
84/2 84/11 86/14 96/3
96/20 106/13 107/2
107/4 107/7 114/17
119/2 119/7 119/20
122/24 124/15 125/9
125/17 127/3 127/12
127/15 128/5 129/3
129/9 129/19 129/23
129/25 130/11 130/21
131/6 132/1 133/11
133/16 134/2 134/7
134/12 134/14 134/19
135/4 135/11 139/2
139/18 141/18 141/19
141/25 142/1 142/1
142/4 145/4 145/11
148/11 151/13 151/13
153/23 162/7 162/12
163/6 167/12 173/10
173/12 179/3 183/4
201/22 204/10 204/10
205/8 205/12 209/5
210/19 219/13 219/19
219/23 227/3 233/14
235/2 235/3
**cases [14]** 51/4
70/11 84/1 119/6
132/2 132/2 132/3
132/4 132/7 133/7
161/10 206/25 208/15
208/20
**cash [6]** 17/4 18/6
136/14 136/15 182/18
211/17
**cashed [1]** 77/15
**Casino [1]** 59/16
**Castañó [20]** 27/8
27/9 30/1 30/3 111/6
140/7 140/12 140/22
144/23 144/24 145/14
163/21 167/9 167/13
167/14 167/19 168/14
192/15 206/10 221/11
**Castro [1]** 199/21
**catch [1]** 63/6
**Catholic [1]** 53/13
**cattle [1]** 28/9
**caught [4]** 118/15
143/8 144/25 215/15
**causal [1]** 117/6
**causation [1]** 201/11
**cause [4]** 30/18 46/9
149/14 229/15
**caused [12]** 33/13
49/22 53/8 53/19 89/4
171/7 197/5 224/23
227/13 227/22 229/1
229/23
**causes [1]** 227/5

**caution [1]** 89/9
**Ceferino [1]** 48/14
**cell [1]** 128/16
**center [3]** 3/11
121/18 157/2
**centered [1]** 121/12
**central [3]** 77/10
143/19 223/20
**centralized [1]**
220/14
**certain [2]** 20/17
119/11
**certainly [8]** 90/19
95/5 95/5 114/14
164/5 206/6 214/25
237/14
**certainty [1]** 54/6
**certificate [1]** 84/22
**certificates [1]** 93/5
**certify [2]** 177/5
245/13
**cetera [3]** 111/15
178/14 192/9
**challenged [2]** 89/5
92/3
**challenging [1]**
50/24
**chance [3]** 28/16
56/3 226/14
**change [11]** 7/19
7/23 32/8 46/21
212/13 212/16 212/18
237/15 237/16 239/18
240/4
**changed [4]** 7/21
19/17 239/12 241/17
**changes [1]** 18/22
**changing [2]** 58/10
223/10
**chaos [2]** 200/4
204/7
**chaotic [3]** 116/15
151/7 206/2
**chapter [1]** 96/4
**character [1]** 184/24
**characterization [1]**
91/14
**charge [3]** 29/14
111/7 171/14
**charged [4]** 50/18
65/5 77/21 119/11
**charges [4]** 45/19
92/6 161/20 163/2
**charging [3]** 45/18
138/9 161/18
**chart [12]** 107/23
107/24 161/7 179/1
179/2 179/2 179/11
179/19 179/20 181/16
181/17 200/6
**charts [2]** 137/24
200/5

**C**

**Chavez [1]** 129/18
**cheap [2]** 206/4
228/7
**check [2]** 54/6 85/21
**checking [1]** 209/16
**cherrypicked [2]**
106/10 106/14
**chicks [1]** 42/24
**child [10]** 38/17
46/13 47/1 47/2 47/4
48/8 49/14 54/23
60/13 67/7
**childhood [1]** 54/13
**children [18]** 17/15
36/14 39/4 39/13 40/4
40/10 40/14 40/20
42/6 43/23 46/22
46/22 50/8 54/19 59/8
83/4 94/16 177/1
**Chimborazo [1]** 2/10
**CHIQUITA [383]**
**Chiquita's [61]** 5/13
5/20 6/19 6/22 15/25
22/11 23/24 26/9
26/22 26/25 28/20
31/3 31/16 31/19 32/1
32/15 33/17 35/23
35/23 36/1 36/10
36/12 38/21 40/9
52/21 76/7 108/13
110/1 111/19 111/24
121/4 127/10 131/2
144/2 146/2 147/11
171/12 180/18 183/18
190/1 191/19 201/12
211/3 215/21 217/17
218/7 220/1 220/25
222/24 224/1 224/22
225/19 228/13 228/16
229/1 229/7 229/12
229/25 230/24 231/20
232/6
**choice [16]** 17/3
17/5 17/9 19/23 33/18
35/2 36/5 40/12 63/12
78/12 106/23 122/10
145/18 145/18 223/3
228/4
**choices [2]** 19/24
19/24
**choose [2]** 18/8
22/22
**choosing [3]** 34/6
69/19 228/6
**chose [3]** 18/5 33/12
223/7
**chosen [1]** 61/4
**chronological [2]**
243/9 243/21
**chronology [1]**

47/19
**Chuck [5]** 125/24
127/2 175/16 175/22
193/8
**church [2]** 53/13
89/23
**Cincinnati [6]** 3/12
15/6 15/23 26/22
26/23 27/1
**CINEP [1]** 53/12
**Cinizo [2]** 54/19
56/16
**cioffi [17]** 3/8 3/12
4/9 8/25 24/17 31/15
104/2 104/6 104/24
139/16 152/10 152/13
174/19 183/15 209/9
212/2 214/3
**Cioffi's [1]** 10/7
**circle [1]** 221/8
**circled [1]** 230/24
**circumstance [1]**
112/22
**circumstances [21]**
18/16 19/11 22/8 23/4
25/15 49/11 108/16
109/3 113/13 113/15
116/24 130/25 132/10
139/19 142/13 143/10
164/9 178/2 187/17
202/18 210/19
**citations [1]** 214/6
**cite [1]** 189/14
**cited [3]** 53/8 119/8
165/17
**cities [1]** 153/22
**citing [1]** 189/6
**citizens [1]** 105/12
**city [2]** 55/2 56/17
**civil [6]** 15/15 17/19
25/23 29/23 50/22
228/7
**civilian [4]** 152/6
169/11 170/13 170/20
**civilians [3]** 53/23
152/4 232/14
**civilization [2]**
105/11 190/17
**claim [7]** 36/12 77/9
77/16 148/20 210/22
227/4 227/20
**claimants [2]** 44/16
84/13
**claimed [2]** 33/4
62/23
**claims [9]** 20/14
32/23 33/7 159/5
222/25 223/1 226/19
227/1 227/2
**clarification [3]**
11/12 12/18 238/19
**clarify [1]** 62/20

**classes [2]** 16/12
120/23
**classic [8]** 80/16
80/19 80/20 80/20
81/6 81/18 81/25
122/6
**clause [1]** 240/12
**clean [1]** 224/4
**cleaning [8]** 80/21
80/24 80/25 81/1 81/5
81/6 81/18 82/1
**cleansing [1]** 80/21
**clear [25]** 9/9 27/14
66/4 73/22 73/22 92/4
97/20 101/18 111/19
114/6 117/2 131/24
131/24 136/18 138/17
140/8 173/11 181/19
196/20 197/2 218/14
238/24 239/1 243/14
244/25
**cleared [1]** 99/11
**clearing [1]** 16/22
**clearly [10]** 29/22
99/19 100/14 100/14
100/18 101/20 113/15
114/3 115/2 165/15
**client [4]** 54/3 60/2
62/20 101/6
**clients [14]** 37/9
38/4 44/9 51/3 60/2
60/9 61/21 70/3 71/11
71/13 72/7 74/2 74/3
89/10
**climate [1]** 58/10
**climb [1]** 57/4
**clock [1]** 15/3
**close [10]** 51/8
52/25 53/22 55/25
60/7 68/8 96/4 199/17
215/4 217/10
**closed [1]** 101/15
**closely [1]** 119/10
138/3
**closest [1]** 133/5
**closing [34]** 4/3 4/4
4/5 4/6 4/7 4/8 4/9
4/10 7/3 10/19 13/9
13/10 13/12 13/22
14/4 14/17 37/1 52/14
61/15 69/24 83/16
91/9 97/10 98/25
99/24 104/22 105/1
105/24 125/18 213/18
215/12 216/17 225/17
234/15
**closings [3]** 96/7
96/8 96/11
**closure [3]** 49/19
51/6 69/20
**co [10]** 36/18 72/5
72/19 78/13 81/12

82/22 83/7 83/20
87/13 88/13
**co-counsel [7]** 36/18
72/5 72/19 78/13
82/22 83/7 83/20
**co-counsel's [1]**
81/12
**co-worker [2]** 87/13
88/13
**coast [3]** 197/21
223/21 223/22
**coca [9]** 117/23
117/23 118/5 126/12
126/16 154/6 156/1
156/17 223/17
**cocaine [27]** 34/9
138/16 147/2 148/1
154/14 156/2 156/20
157/3 158/10 164/2
190/19 196/13 196/16
196/23 197/5 197/9
197/17 197/20 198/4
198/10 198/15 198/20
200/6 223/15 223/17
223/21 224/3
**cocktail [1]** 59/16
**Code [1]** 187/21
**coding [1]** 108/20
**coercion [2]** 187/10
226/10
**Cohen [3]** 2/16 2/20
61/24
**cohenmilstein.com**
**[3]** 2/18 2/18 2/21
**coins [2]** 49/1 49/2
**collaborating [1]**
116/3
**collaboration [1]**
128/12
**collapse [1]** 116/16
**collateral [1]** 102/7
**colleague [2]** 59/24
61/9
**colleagues [3]** 52/19
61/23 66/21
**collect [1]** 167/2
**collection [1]** 177/20
**collective [3]** 84/5
214/9 214/14
**Collectively [1]** 20/4
**COLLINGSWORTH**
**[5]** 2/12 83/20 128/4
129/3 162/6
**Colombia [108]**
15/14 15/17 15/18
15/19 16/14 17/4 19/8
19/11 25/22 26/16
33/23 40/5 41/5 45/8
51/3 54/1 66/23 71/11
77/24 95/17 105/16
107/20 108/24 116/8
116/11 116/15 116/23

117/3 117/12 117/18
121/1 121/12 121/12
121/18 121/24 122/9
124/23 125/11 125/23
126/8 126/10 126/14
126/18 127/8 129/12
130/4 132/10 139/19
143/18 144/8 147/4
147/17 149/7 151/9
151/16 152/23 153/1
153/4 153/7 153/15
153/22 153/25 155/1
156/16 159/4 164/9
164/15 165/5 166/6
172/12 172/13 172/18
176/6 178/3 180/25
182/4 183/23 184/6
184/12 186/13 187/17
190/14 192/20 193/10
193/20 194/21 195/12
197/7 197/21 198/10
198/15 200/18 202/18
206/2 215/23 216/16
216/24 217/1 218/2
218/5 218/7 218/12
219/4 219/7 219/24
220/3 225/19 226/21
**Colombian [28]** 16/6
16/11 17/4 17/15 18/6
26/13 36/13 65/11
74/17 74/21 75/16
109/20 120/22 129/1
151/8 162/5 164/22
186/14 188/7 188/8
217/2 218/10 219/15
225/21 225/24 227/7
228/18 228/19
**Colombians [3]**
69/17 116/17 136/21
**Colonia [1]** 63/5
**color [1]** 108/20
**colorful [1]** 87/12
**colossal [1]** 53/25
**column [5]** 179/5
179/12 179/13 179/21
180/1
**columns [1]** 181/17
**combat [3]** 130/5
157/3 169/10
**combatants [1]**
33/20
**come [27]** 11/14
12/2 42/20 44/2 45/10
48/4 49/1 53/24 58/22
61/22 75/1 87/14
88/12 90/10 105/4
112/19 116/11 119/22
150/20 163/21 164/2
174/1 174/9 175/18
199/9 213/25 224/14
**comes [7]** 82/17
127/17 127/21 134/17

**C**

**comes... [3]** 147/10
167/6 180/5
**comfort [1]** 93/1
**coming [7]** 16/22
29/7 58/7 61/11 63/7
218/12 220/19
**Comisky [1]** 3/10
**commander [11]**
40/19 63/9 63/22 65/3
65/23 66/13 79/11
166/24 196/10 203/16
220/9
**commend [1]** 50/24
**comment [4]** 77/8
129/6 162/10 233/17
**Comments [1]** 165/9
**commercial [1]**
77/19
**commission [1]**
227/10
**commit [2]** 226/24
227/8
**committed [8]** 31/1
45/12 126/3 187/9
187/12 187/22 227/5
232/12
**committee [2]**
181/10 182/13
**committing [1]**
216/25
**common [17]** 29/10
38/12 44/1 65/25 66/3
124/16 124/17 125/3
125/13 125/15 149/21
150/12 150/12 156/23
200/21 205/13 234/6
**communal [1]** 94/10
**communication [1]**
225/5
**communications [1]**
225/5
**communist [1]**
221/12
**communities [1]**
225/10
**community [11]**
95/3 109/4 112/25
125/5 127/5 149/12
150/5 211/5 211/6
222/19 223/19
**companies [12]**
50/19 72/23 128/12
164/21 165/23 169/1
169/11 169/12 171/16
190/13 191/1 218/11
**companies' [1]**
191/3
**companion [1]**
68/18
**companionship [4]**

43/16 49/5 67/13 68/3
**company [30]** 16/10
16/12 16/25 108/22
120/21 142/8 143/17
168/13 172/19 176/19
177/11 177/11 182/3
185/16 186/4 186/7
186/8 187/9 187/12
187/19 188/8 190/5
191/2 195/7 195/11
217/8 222/16 223/2
223/8 226/2
**company's [1]** 195/9
**compared [3]** 28/5
146/18 211/11
**comparing [1]**
220/15
**compassion [1]** 19/1
**compensate [1]**
67/10
**compensation [2]**
67/5 69/13
**compiled [4]** 179/2
180/16 180/22 180/23
**complain [1]** 231/2
**complained [1]**
222/5
**complainer [3]** 21/8
21/8 21/16
**complaint [1]** 21/17
**complete [14]** 21/19
22/20 23/6 54/16
112/6 115/11 116/14
126/24 126/25 209/12
210/9 211/2 211/21
211/21
**completed [1]** 106/8
**completeness [2]**
21/20 109/22
**complexities [1]**
144/12
**complexity [3]** 84/2
143/1 172/4
**compliance [3]**
195/8 195/11 195/12
**complicated [8]**
142/22 142/25 143/6
170/21 178/2 186/12
191/11 192/19
**complimentary [1]**
191/19
**comply [2]** 169/22
195/14
**component [2]**
57/15 57/20
**compounded [1]**
68/6
**comprehend [1]**
224/8
**computers [1]** 68/22
**concede [1]** 137/25
**concern [7]** 12/5

18/19 18/19 18/20
71/11 71/12 214/24
**concerned [4]** 72/3
84/19 90/13 217/5
**concerning [2]** 99/1
162/25
**conclude [1]** 96/7
**concluded [2]** 41/9
99/6
**conclusion [6]** 49/9
112/19 119/22 171/19
213/20 228/6
**conclusions [1]**
13/18
**condition [2]** 17/24
21/15
**conditions [4]** 16/13
156/16 177/12 226/3
**condone [1]** 40/7
**conduct [9]** 23/5
33/11 34/22 36/8
108/13 187/18 195/9
225/9 230/25
**conducted [5]** 19/10
41/4 183/21 216/15
219/3
**conducting [7]**
15/18 36/3 80/23 81/8
81/8 192/4 225/11
**confess [1]** 90/15
**confessed [9]** 40/19
53/9 63/2 64/11 64/21
66/8 90/22 91/22
91/23
**confession [12]**
41/12 41/15 53/8
56/10 64/15 65/9
90/15 119/13 138/9
161/19 163/3 163/7
**confessions [4]**
161/15 164/4 208/25
209/1
**confidence [1]** 185/8
**confident [6]** 20/15
84/4 84/15 214/13
233/12 234/11
**confidential [1]**
108/24
**confidentiality [1]**
108/18
**confined [2]** 153/24
171/12
**confirm [2]** 12/12
235/8
**confirmed [6]** 65/23
101/8 192/17 192/18
192/21 235/18
**confirms [2]** 192/13
192/14
**conflict [5]** 90/3
118/7 153/7 154/21
205/6

**conflicted [1]** 82/4
**conflicting [1]**
208/17
**confront [1]** 90/11
**confrontation [3]**
118/3 118/3 151/15
**confronted [2]**
64/10 80/3
**confused [3]** 75/22
75/22 205/7
**confusing [1]** 203/12
**confusion [1]** 9/21
**Congress [1]** 72/24
**conjunctions [1]**
230/23
**connected [2]**
205/17 205/18
**connection [8]**
72/19 117/7 160/9
161/24 206/8 216/18
217/16 217/20
**Conrad [3]** 2/5 2/9
2/13
**conradscherer.com
[2]** 2/7 2/11
**consensus [1]** 218/8
**consequence [7]**
16/15 17/7 18/22 33/6
41/20 47/4 47/14
**consequences [10]**
17/13 30/24 111/5
166/17 166/20 168/3
226/21 227/9 228/4
245/1
**consider [23]** 5/13
5/19 6/19 6/22 38/23
39/17 40/16 43/13
43/15 60/16 60/17
67/11 68/25 69/1 69/5
95/12 95/21 98/9
132/21 178/5 209/22
210/12 214/5
**considerable [1]**
23/24
**consideration [1]**
22/11
**considerations [2]**
190/10 190/24
**considered [6]** 26/12
35/23 36/1 54/23
57/10 143/12
**considering [1]**
200/9
**consisted [1]** 45/9
**consistent [4]** 99/17
136/4 153/16 221/3
**consistently [2]**
144/11 155/4
**consolidated [1]**
218/23
**consolidating [1]**
16/17

**conspiracy [1]**
196/15
**constantly [1]**
106/16
**constitute [1]** 211/4
**consult [3]** 22/3
24/17 195/20
**consultation [2]**
109/15 141/9
**consulted [4]** 21/18
21/23 21/25 22/3
**contact [1]** 188/23
**contacted [2]**
113/25 189/15
**contained [1]** 39/5
**containers [3]** 29/7
77/20 99/15
**contains [1]** 65/4
**contemporaneously
[1]** 26/22
**contention [1]** 98/5
**contentions [1]**
130/13
**context [4]** 50/20
65/8 66/11 113/12
**continue [18]** 18/20
36/23 43/24 44/2
67/15 67/24 73/9 86/8
130/8 139/16 142/20
156/8 183/15 186/9
194/18 211/24 230/19
233/13
**continued [13]** 2/1
3/1 17/12 19/1 19/23
25/8 142/21 167/17
191/13 191/22 193/12
193/18 223/14
**continuing [6]** 11/21
18/3 18/17 24/9 190/9
191/24
**continuous [1]**
153/19
**contract [1]** 221/21
**contrary [1]** 159/8
**contribute [2]**
167/17 228/20
**control [6]** 152/3
156/2 157/16 166/12
190/15 232/16
**controlled [4]** 34/8
57/19 117/13 117/15
**controller [2]** 154/20
182/12
**controlling [1]** 27/3
**controversy [5]**
189/10 239/4 239/5
240/2 240/3
**convenient [1]**
14/13
**conversation [2]**
198/23 217/15
**conversations [1]**

**C**

**conversations... [1]**
31/15
**convicted [2]** 110/19
146/24
**conviction [7]** 90/19
91/1 91/11 91/15
119/12 161/19 161/19
**convince [2]** 27/18
160/8
**convivir [1]** 27/11
**cooking [1]** 155/1
**cooperate [1]** 99/4
**cooperating [1]**
190/7
**cope [1]** 124/25
**copies [1]** 102/11
**copious [1]** 51/9
**copy [8]** 11/3 11/6
13/24 14/2 102/16
102/16 162/18 234/21
**Coqueta [1]** 114/1
**Cordoba [6]** 118/10
147/5 196/14 197/21
198/11 220/8
**coroner [1]** 82/3
**corporate [12]** 15/6
15/25 18/9 18/24
18/24 18/25 19/7 72/4
72/6 76/25 120/5
177/8
**corporations [5]**
123/23 125/16 125/18
130/6 143/23
**Corps [4]** 18/13
18/15 122/16 123/22
**Correa [1]** 133/22
**correct [69]** 6/25 7/1
8/19 12/3 24/23 25/2
25/10 25/11 26/3
26/10 26/18 27/15
31/20 32/9 33/8 56/6
98/15 112/2 112/10
127/25 133/13 133/17
133/23 134/7 134/15
134/20 135/6 135/12
137/2 151/21 157/11
157/14 157/17 157/23
159/19 159/23 162/18
165/5 165/12 166/10
166/18 166/21 167/3
167/16 167/20 167/24
168/5 168/10 179/8
180/20 184/20 185/12
196/24 197/14 198/14
202/21 202/24 203/2
203/9 203/19 203/25
204/6 204/14 204/19
204/23 206/19 208/4
208/10 212/18
**corrected [3]** 5/5 5/6

6/3
**correcting [1]** 12/4
**correction [2]** 6/8
7/18
**correctly [4]** 5/7
102/6 113/16 161/7
**correlate [2]** 159/3
159/4
**correlation [12]**
137/10 138/1 158/19
158/21 158/25 159/1
159/2 159/13 159/15
159/23 160/3 207/2
**correspond [1]**
187/8
**corroborated [3]**
48/22 135/22 156/24
**corroborates [1]**
168/7
**corroborating [1]**
167/7
**corroboration [3]**
65/10 135/20 167/11
**corruption [1]** 70/7
**cost [3]** 18/2 223/17
223/17
**costs [1]** 128/11
**could [65]** 16/4
17/22 18/1 20/5 21/10
24/9 24/19 26/13
32/18 39/7 48/11 56/1
56/5 59/25 62/25
66/18 73/9 85/1 88/11
94/24 97/18 107/17
113/6 116/11 118/24
127/7 127/16 128/10
128/18 129/25 134/1
137/17 140/8 142/20
143/14 143/14 143/22
143/23 143/24 143/25
143/25 147/15 147/15
148/3 148/6 156/18
162/2 164/10 166/9
173/24 174/10 174/11
174/15 174/16 176/2
177/16 184/24 194/11
194/22 214/7 214/19
219/5 221/2 232/15
241/20
**couldn't [13]** 17/23
17/25 59/2 76/2
106/21 136/24 204/5
221/23 221/25 222/1
223/16 225/15 231/9
**counsel [46]** 7/12
8/18 14/9 14/15 34/4
36/18 43/10 56/3
59/15 69/25 72/5 72/5
72/19 75/11 78/13
82/22 83/7 83/20 91/4
98/8 106/15 106/25
109/11 110/4 110/23

112/21 113/4 113/7
128/7 128/14 129/4
130/14 140/2 144/13
170/23 184/1 184/13
184/22 185/3 199/1
201/22 205/21 214/25
217/20 225/18 232/17
**counsel's [1]** 81/12
**counseling [2]** 95/25
96/1
**counselor [1]** 169/4
**counsels [1]** 109/9
**counting [1]** 72/9
**countries [2]** 177/4
177/5
**country [27]** 62/1
70/16 94/7 116/16
117/15 118/1 121/25
122/8 122/12 122/13
123/2 124/7 127/8
127/9 143/3 149/16
149/17 149/17 151/22
152/8 153/8 153/9
157/5 158/10 189/19
198/10 223/21
**countryside [1]**
153/24
**County [1]** 20/14
**couple [15]** 5/14
10/24 55/4 80/22
85/23 104/3 105/13
113/21 114/18 124/8
155/11 160/13 185/22
193/2 201/19
**course [20]** 13/15
20/22 21/22 33/10
67/20 89/5 100/15
101/14 114/6 117/19
144/22 150/5 154/25
173/4 185/15 186/3
188/2 189/1 196/15
198/21
**court [30]** 1/1 3/19
5/1 14/19 22/8 28/17
35/9 37/2 53/17 61/13
61/25 83/14 90/17
101/9 102/5 102/18
148/24 167/4 168/1
197/11 199/7 199/8
213/15 214/1 228/14
234/10 237/8 242/10
245/9 245/17
**court's [2]** 102/8
102/14
**courtroom [19]** 13/2
20/18 20/21 20/21
24/21 51/18 52/7 71/3
96/24 104/17 139/5
139/13 152/16 183/7
183/12 212/12 213/10
235/6 237/6
**cover [2]** 44/7 52/18

**covered [1]** 202/6
**covering [1]** 130/3
**cow [2]** 17/4 18/6
**crazed [1]** 56/15
**create [6]** 137/8
137/15 211/18 229/3
229/21 230/25
**created [5]** 153/18
179/25 181/16 187/18
202/10
**creating [4]** 16/13
16/23 113/1 226/2
**credibility [1]**
101/10
**credible [2]** 151/24
233/2
**credit [1]** 86/7
**crime [25]** 53/10
65/25 66/3 124/7
124/18 124/19 124/21
124/22 125/19 141/4
141/15 152/20 187/8
187/11 187/22 199/4
224/24 227/5 227/6
227/9 227/10 228/22
240/24 241/24 242/6
**crime-infested [2]**
124/22 125/19
**crimes [3]** 45/12
92/1 208/21
**criminal [10]** 23/5
33/21 118/19 154/16
187/21 190/4 206/3
209/4 222/23 225/7
**criminally [1]** 101/6
**criminals [2]** 65/16
117/13
**critical [2]** 74/24
117/21
**criticize [1]** 185/3
**criticized [2]** 125/16
125/18 143/24
**crops [1]** 218/18
**cross [14]** 40/9 75/4
77/9 80/6 84/25 93/4
115/22 136/16 136/23
159/17 160/16 160/24
178/24 192/3
**cross-examination
[10]** 80/6 84/25 93/4
115/22 136/23 159/17
160/16 160/24 178/24
192/3
**cross-examine [1]**
40/9
**cross-examined [1]**
79/9
**crossed [1]** 199/1
**crossfire [8]** 118/15
118/16 136/6 143/8
158/11 204/9 206/22
206/23

**crossfires [1]** 159/9
**CRR [2]** 3/19 245/16
**crushed [1]** 110/15
**culminate [1]**
192/10
**cultivate [1]** 218/18
**cultivation [3]** 118/5
156/17 200/6
**Cumbay [1]** 2/10
**cup [1]** 216/4
**current [1]** 50/11
**currently [1]** 43/24
**cuss [1]** 88/6
**customers [1]**
156/13
**cut [12]** 83/3 106/11
112/14 125/10 145/19
150/25 217/22 217/24
218/14 218/25 227/15
231/16
**cutting [2]** 125/17
127/12
**Cyrus [4]** 21/7 142/6
143/7 194/13

**D**

**D190 [1]** 98/11
**D193 [1]** 98/11
**D212 [1]** 98/11
**D213 [1]** 98/11
**D231 [1]** 98/10
**D232 [1]** 98/10
**D58 [1]** 98/11
**dad [8]** 40/15 43/1
49/1 55/12 56/1 88/20
88/20 134/10
**dad's [3]** 55/25
85/13 88/19
**daddy [1]** 59/2
**damage [3]** 59/23
227/5 227/6
**damaged [1]** 32/19
**damages [17]** 37/17
37/18 38/13 38/23
39/8 41/17 44/6 60/5
60/9 60/11 66/25 69/1
82/22 95/24 227/13
227/23 231/16
**damn [1]** 88/7
**damning [1]** 35/13
**dancing [1]** 205/20
**danger [6]** 16/20
187/19 190/6 221/1
221/7 228/9
**dangerous [2]** 63/13
155/7
**dangers [1]** 230/17
**dante [3]** 3/8 3/13
96/25
**dark [2]** 208/9
208/12
**data [16]** 39/12

**D**

**data... [15]** 39/17
41/5 44/18 47/16 48/7
48/15 50/6 160/25
179/11 179/18 179/19
180/6 180/9 181/17
202/14
**database [7]** 53/12
53/12 55/17 56/9
201/24 202/5 202/15
**databases [1]** 202/9
**date [18]** 46/2 49/7
55/20 107/23 120/5
180/8 236/11 236/13
238/16 238/17 239/8
239/21 239/21 241/19
242/15 242/23 242/24
244/23
**dated [3]** 120/25
184/12 219/20
**dates [7]** 75/22
75/24 75/25 238/4
240/4 240/9 244/25
**daughter [20]** 39/25
40/1 40/6 42/8 42/18
52/24 53/3 54/11
54/24 55/5 56/13
57/24 57/25 58/1 58/2
58/2 60/3 149/25
150/3 150/10
**daughter's [1]** 60/19
**daughters [6]** 68/8
70/4 81/15 82/7 82/13
82/19
**David [3]** 135/18
184/12 198/17
**day [28]** 1/8 14/10
43/11 48/25 49/2
49/15 57/22 59/4 59/6
61/25 68/5 68/5 81/16
99/18 115/21 127/5
127/5 135/6 135/8
154/22 154/22 157/3
166/5 166/6 171/19
188/23 195/10 207/4
**day's [1]** 149/20
**days [6]** 55/4 63/25
69/6 150/3 156/6
189/8
**DC [6]** 1/19 2/14
2/17 3/6 3/6 24/21
**de [6]** 133/15 157/10
163/6 166/14 203/24
207/3
**DEA [4]** 116/9
135/18 136/3 136/16
**DEA's [1]** 155/25
**dead [8]** 64/6 64/9
67/19 81/23 114/19
115/5 152/23 176/13
**deal [14]** 7/11 17/11

28/14 29/17 33/19
75/25 109/8 111/12
120/4 194/24 195/1
221/22 221/22 236/4
**dealer [3]** 149/24
150/6 157/21
**dealing [3]** 35/12
60/18 150/11
**dealt [4]** 12/20 142/4
143/1 143/1
**death [50]** 39/11
39/15 39/22 39/23
39/24 40/3 41/21 42/4
42/21 42/22 43/23
44/6 44/18 44/20 46/2
46/3 46/9 46/15 47/4
47/15 48/16 48/17
49/7 49/10 53/8 55/21
56/4 57/9 58/18 60/8
60/19 63/21 64/16
67/18 67/21 69/10
71/23 82/20 84/1
84/21 85/17 89/22
90/9 134/6 158/20
170/5 202/23 208/13
230/4 230/21
**deaths [19]** 33/6
33/13 37/5 38/14 41/7
47/19 71/15 90/5
117/1 138/2 158/24
159/6 159/9 159/16
160/10 226/23 232/13
232/19 232/22
**debate [1]** 72/7
**debating [1]** 71/20
**debunk [1]** 123/14
**decade [6]** 18/18
19/23 23/4 25/13
25/14 231/19
**decedent [8]** 7/19
8/2 8/3 60/3 132/5
133/8 209/5 229/22
**decedent's [2]** 44/6
60/5
**decedents [39]** 8/12
116/22 117/2 117/12
118/6 118/14 119/24
130/22 131/8 131/22
132/3 133/4 136/8
136/19 138/14 146/6
146/9 146/9 146/10
146/12 147/13 149/7
151/5 151/9 151/13
153/1 153/25 154/22
157/19 158/4 158/6
158/11 158/16 160/19
161/1 163/4 200/13
202/3 210/5
**decedents' [3]**
158/20 159/6 159/16
**December [2]**
192/25 193/22

**decide [18]** 36/8
72/10 105/23 105/25
114/24 130/12 131/5
131/6 131/13 132/1
132/4 132/14 132/23
145/25 147/24 178/16
210/13 211/7
**decided [3]** 189/24
210/6 219/14
**decides [1]** 15/24
**deciding [1]** 50/18
**decision [26]** 15/16
15/24 15/24 16/2 35/3
40/12 40/13 50/17
97/14 97/14 107/8
120/8 121/1 121/5
121/5 121/11 121/13
121/13 121/19 145/2
167/10 175/18 218/5
225/19 225/20 233/14
**decision-making [1]**
50/17
**decisions [5]** 19/1
38/21 108/15 108/15
190/20
**declined [1]** 34/13
**decrease [1]** 160/5
**decreased [1]**
159/20
**deed [1]** 172/21
**deemed [1]** 109/20
**deep [1]** 130/8
**deeper [1]** 197/16
**deepest [1]** 71/9
**defeat [1]** 124/6
**defend [4]** 150/9
152/7 152/9 157/5
**defendant [3]** 3/8
10/15 22/17
**defendant's [3]** 14/6
34/11 142/19
**defendants [1]**
201/20
**defense [39]** 7/12
14/8 28/18 28/19
28/20 28/24 35/24
35/24 36/2 36/11
51/25 56/3 59/15
62/25 70/1 71/7 71/20
71/21 75/11 92/14
96/11 96/15 98/1
140/19 151/17 215/12
215/14 215/21 217/20
226/10 226/11 226/14
226/19 226/20 228/24
231/20 231/24 232/6
232/17
**defense's [1]** 66/17
**defies [1]** 150/12
**define [1]** 200/11
**definitely [1]** 15/4
**degree [2]** 211/18

229/21
**del [1]** 62/18
**delay [7]** 19/21 35/9
35/10 35/14 35/15
219/22 219/23
**delete [1]** 238/11
**deliberate [4]** 50/10
131/16 150/8 197/1
**deliberating [2]**
131/25 167/10
**deliberation [1]**
132/16
**deliberations [9]**
131/10 147/23 209/11
210/9 211/25 216/11
234/19 234/25 235/16
**deliver [1]** 228/20
**demanded [1]**
110/10
**demanding [3]** 30/4
30/4 43/9
**demobilize [2]**
193/19 194/20
**demobilized [1]**
93/25
**demonstrates [1]**
188/15
**demonstrative [3]**
39/6 71/1 225/15
**demonstratives [1]**
189/5
**Denney [2]** 1/12
37/10
**deny [2]** 100/1
103/10
**denying [3]** 100/11
102/6 144/22
**departed [1]** 194/21
**department [18]**
72/20 72/21 73/1 73/8
73/14 73/20 73/23
109/7 109/10 109/11
142/18 142/20 151/14
183/21 184/2 188/19
190/22 195/20
**depended [2]** 177/22
177/22
**depends [3]** 84/15
113/12 113/12
**deposed [1]** 24/1
**deposition [30]**
13/15 23/2 23/3 23/9
25/13 30/11 32/6 63/7
78/25 101/2 101/4
106/16 107/1 109/25
110/22 111/21 115/4
115/5 115/13 115/21
116/2 127/22 146/22
162/17 162/22 166/23
167/6 203/6 207/10
225/1
**depositions [5]**

106/10 107/2 116/4
150/24 150/25
**deposits [1]** 99/19
**depressed [1]** 43/12
**derivative [2]** 1/4
180/23
**derived [2]** 179/11
220/2
**describe [3]** 89/19
186/21 215/13
**described [5]** 49/20
55/8 58/4 151/11
187/18
**describing [1]**
170/25
**description [8]** 4/2
55/21 135/21 169/24
202/4 202/5 227/2
240/10
**descriptions [1]**
94/22
**deserved [1]** 175/21
**designate [1]** 22/22
**designated [28]** 7/8
22/17 22/18 33/22
52/20 141/10 141/11
155/17 229/7 232/9
237/25 238/2 238/9
238/15 238/17 238/22
238/23 239/11 239/23
240/13 241/7 242/3
243/5 243/8 243/19
244/10 244/15 244/20
**designation [18]** 7/7
7/8 23/9 92/16 141/12
141/14 141/20 142/8
172/23 188/19 188/21
189/15 189/16 232/11
238/4 238/21 239/9
240/5
**designations [1]**
240/10
**designed [1]** 232/14
**desire [2]** 18/14
18/20
**destroy [2]** 29/15
170/10
**destroyed [3]** 42/12
219/10 224/18
**destruction [2]**
71/23 203/4
**detail [1]** 150/16
**detailed [2]** 76/6
224/25
**details [4]** 48/19
90/9 194/3 230/9
**determination [2]**
88/12 114/5
**determine [7]** 22/14
50/12 57/17 156/22
171/4 183/23 208/22
**determined [3]** 53/6

**D**

determined... [2]
135/14 227/23
determining [2]
67/5 180/10
develop [2]  122/1
122/12
developed [3]  107/3
122/4 160/16
developing [2]
121/16 160/2
devil [8]  15/25 123/4
123/15 215/11 221/22
226/11 226/14 231/4
devils [6]  17/12
28/14 29/1 33/19
111/13 120/4
Devine [5]  19/15
35/6 35/7 219/20
231/15
diagram [1]  160/1
dialogue [1]  214/18
Diana [1]  42/25
DIAZ [1]  3/5
did [166]  6/6 19/9
22/2 22/3 22/4 24/24
28/7 30/1 30/9 30/14
33/14 40/14 40/14
40/17 44/8 46/21
47/20 54/16 54/17
55/14 56/4 56/19
56/19 58/11 59/10
60/7 68/25 70/6 70/6
73/8 73/13 74/9 75/14
77/17 78/4 80/7 80/8
80/11 83/5 89/20
95/13 96/1 97/3
101/18 101/20 101/23
103/2 106/19 107/22
109/24 110/16 112/18
112/21 116/23 117/5
119/22 127/13 129/1
130/21 130/23 131/1
131/7 131/14 132/1
132/5 132/8 132/19
133/2 133/3 133/10
133/12 134/6 134/14
134/16 134/16 141/20
142/8 144/22 146/1
146/7 146/10 146/14
146/14 146/23 147/3
148/6 148/8 149/2
149/5 149/9 150/4
157/5 161/7 162/5
163/12 163/15 163/18
164/17 164/18 164/19
164/20 165/9 166/9
166/16 167/15 167/22
168/4 168/15 170/8
170/9 177/17 177/19
177/21 178/15 180/21

180/24 184/1 184/5
184/15 184/18 185/14
185/14 185/17 186/1
186/5 186/7 188/1
188/22 189/24 190/6
191/4 191/5 191/17
191/25 192/7 192/7
192/10 193/24 194/4
196/7 196/12 203/5
205/25 207/11 207/22
209/20 210/3 210/16
211/3 211/15 212/24
215/2 215/25 218/14
218/25 220/14 221/1
222/3 222/4 224/4
226/23 228/1 230/25
231/7 232/22 245/2
Didier [5]  125/24
127/2 175/16 175/22
193/8
didn't [91]  19/12
19/20 24/21 29/14
29/18 30/9 30/14
30/23 36/5 40/7 46/24
57/24 58/6 58/8 58/9
58/21 59/6 59/9 71/17
72/7 80/6 80/14 80/17
80/18 86/21 87/18
92/23 93/10 93/11
93/11 93/12 104/20
106/19 106/21 106/22
108/17 111/4 115/16
115/18 122/11 126/2
127/4 133/14 135/12
143/11 144/3 146/13
147/13 148/20 149/14
149/14 149/16 153/10
153/12 168/4 171/20
172/5 173/6 175/9
176/10 179/12 188/17
189/13 189/14 189/16
189/16 193/11 193/12
193/16 195/8 200/14
209/1 215/17 216/1
216/2 216/2 216/6
216/7 217/4 219/22
221/15 222/1 222/9
224/5 224/7 224/16
225/18 226/14 230/7
231/1 243/15
die [6]  44/8 145/19
174/14 174/15 174/17
194/1
died [18]  21/4 39/10
44/10 44/12 44/19
48/1 58/5 62/14 63/25
67/1 68/12 68/20 69/6
85/3 105/15 115/3
157/4 175/23
dies [1]  49/11
difference [14]
27/15 27/22 28/3 28/7

28/7 42/3 84/25 144/2
215/2 215/18 215/25
223/16 233/8 244/22
different [25]  39/23
39/25 55/20 74/9
80/22 105/21 127/9
135/22 137/12 138/24
142/2 144/16 153/13
156/24 159/14 159/25
160/17 161/9 175/15
180/14 198/24 202/1
202/7 206/19 230/19
difficult [10]  42/16
56/21 108/16 152/8
170/22 186/12 191/11
203/5 206/23 215/6
dig [4]  74/12 74/13
119/18 197/16
digger [1]  74/12
digress [1]  29/5
dilemma [2]  195/11
196/2
diligences [1]  28/21
diligent [6]  105/7
122/22 180/3 182/22
211/23 214/12
direct [8]  30/1 35/7
47/22 50/17 128/1
160/15 226/25 230/12
directed [2]  29/8
111/14
direction [3]  34/6
109/10 191/17
directions [2]
159/14 159/25
directly [17]  21/25
23/21 33/5 97/25 98/5
99/12 101/6 101/10
111/4 129/9 162/12
165/16 166/1 166/2
166/3 228/20 229/12
dirt [1]  77/2
dirty [1]  57/2
disagree [1]  112/11
disagreed [2]  34/20
185/7
disagreement [1]
20/24
disappearances [4]
160/20 161/1 161/2
232/24
disappeared [2]
75/20 202/10
disclosed [1]  93/20
disclosure [1]
191/19
discovered [2]  45/13
109/7
discovery [2]  23/10
107/4
discrepancy [1]
201/23

discretion [2]  60/11
61/1
discuss [8]  38/8
51/15 96/20 99/23
132/25 139/2 183/4
235/2
discussed [11]
23/11 50/21 102/20
131/23 132/13 188/13
190/10 190/20 203/14
210/6 211/10
discussing [4]  11/12
11/23 172/3 212/14
discussion [9]  11/25
12/19 186/10 190/7
190/12 190/25 192/5
195/23 236/14
discussions [5]
11/15 73/3 142/11
191/13 195/19
disoriented [2]
85/12 88/18
disparagement [1]
140/2
dispassionate [1]
72/13
dispel [1]  38/12
displacement [1]
202/7
display [3]  49/14
80/14 80/17
dispositive [1]  158/5
disproportionate [1]
10/18
disproved [1]  32/24
dispute [3]  101/8
102/1 147/1
disputed [1]  34/12
disregard [2]  47/13
225/10
disrupt [1]  97/3
distinction [1]
100/19
distorted [1]  110/8
distortions [2]
122/21 122/23
distracted [1]
122/20
distress [1]  67/13
distressed [1]  67/21
distribution [1]
197/14
DISTRICT [3]  1/1
1/1 1/9
disturbing [1]
127/19
divert [1]  21/1
diverted [1]  140/24
division [2]  180/25
190/4
do [153]  8/6 8/7 8/8
10/1 16/1 18/1 18/5

18/5 20/9 20/10 20/15
20/18 27/22 32/4
32/22 32/23 33/3
35/16 35/17 35/20
36/16 36/16 37/5
38/15 38/23 40/24
46/19 47/15 49/10
49/24 50/3 50/5 50/5
50/23 52/22 53/2
54/20 55/14 57/1
57/24 59/18 62/2
64/17 65/25 66/2
68/16 70/14 70/16
70/16 72/18 72/23
72/24 73/4 74/1 78/1
79/12 81/19 82/17
86/12 89/8 94/4 97/13
105/22 106/3 112/7
112/22 113/3 114/7
115/9 116/1 122/3
123/6 123/23 124/1
125/17 126/19 128/13
130/15 131/10 131/13
131/16 132/3 132/20
132/24 133/3 133/10
133/16 137/23 138/21
139/18 140/1 144/3
145/1 145/21 146/13
147/15 148/6 148/6
149/1 149/14 154/6
157/20 162/3 171/17
174/19 174/23 176/9
176/17 177/7 178/10
180/3 180/13 183/22
188/17 192/23 198/17
199/16 205/25 207/10
209/12 209/22 209/23
209/24 210/1 210/2
212/1 212/4 214/22
215/12 217/6 217/6
217/7 221/25 222/1
225/18 226/11 226/14
228/6 229/14 230/13
233/13 233/19 234/11
235/20 236/20 237/20
238/11 240/3 242/20
242/23 243/15 245/7
245/7
do you [4]  50/5 57/1
132/20 180/13
Do you see [1]
128/13
docks [1]  223/9
doctor [1]  21/13
doctors [1]  21/11
document [45]  6/4
11/14 16/6 16/7 35/5
45/4 45/20 45/25 46/7
47/23 74/15 74/15
90/18 90/21 98/8
98/10 98/10 98/21
99/8 99/16 99/22

**D**

**document... [24]**
100/7 102/24 103/1
113/8 120/24 128/2
138/9 140/7 141/3
142/15 161/18 162/24
178/22 179/24 180/15
180/16 185/14 186/6
187/5 199/3 199/5
207/8 225/17 225/21
**documentation [1]**
179/25
**documented [1]**
33/13
**documents [27]**
13/14 16/3 22/13
24/16 97/11 97/16
97/21 98/4 98/6 98/11
100/14 114/18 114/22
162/19 178/25 179/3
179/4 179/7 179/11
179/14 179/15 179/15
179/20 180/2 180/13
192/8 224/19
**does [33]** 6/12 16/7
29/10 29/18 29/20
40/1 40/1 40/23 47/15
49/17 59/20 59/20
63/11 86/24 96/7 96/9
100/18 101/10 112/25
134/18 151/2 154/8
161/12 161/21 165/18
196/6 220/5 222/20
222/22 230/9 234/3
244/16 244/17
**doesn't [14]** 19/22
19/23 26/9 79/12
100/5 145/10 158/24
214/8 215/21 216/5
216/5 216/6 216/8
231/21
**dog [1]** 80/10
**doing [26]** 18/2 19/8
35/18 37/22 71/22
81/1 84/16 109/3
122/6 122/6 123/1
123/23 125/4 125/16
125/24 142/14 142/14
143/20 145/5 145/17
155/8 178/3 185/6
218/24 219/4 230/14
**DOJ [38]** 11/22 34/6
98/2 140/20 141/23
142/9 142/11 142/12
171/25 172/4 172/4
172/5 173/5 173/6
188/12 189/23 190/3
190/4 190/5 190/20
191/5 191/9 191/10
191/16 191/17 191/19
191/22 191/25 192/13

192/24 193/22 193/23
193/24 194/2 194/3
195/22 195/24 196/2
**Dole [1]** 165/25
**dollars [9]** 129/2
138/15 146/19 147/25
150/2 154/14 162/6
199/17 199/23
**Dolphin [3]** 221/24
221/24 221/24
**dominating [1]**
156/1
**don't [118]** 5/17 6/7
7/6 7/19 7/23 11/3
13/10 20/2 26/10
28/21 30/5 32/2 34/23
35/16 35/16 35/17
35/20 37/21 42/18
51/15 52/17 70/15
71/3 72/3 72/6 75/6
78/7 78/15 86/6 86/7
86/12 88/7 88/9 89/8
89/25 92/15 93/6
94/18 94/23 96/12
96/19 96/20 100/6
100/16 101/9 103/20
104/6 105/11 112/16
122/20 123/7 123/25
128/15 131/10 133/9
133/19 133/21 133/22
134/22 135/5 135/7
139/1 139/2 139/2
140/24 145/24 160/21
165/20 169/3 169/20
169/22 173/6 173/16
173/19 173/19 173/24
175/3 176/9 179/10
183/4 185/24 202/15
204/18 204/21 204/22
204/25 205/22 205/24
208/3 209/25 212/8
213/1 223/11 224/8
230/16 232/21 232/24
233/17 234/8 234/22
235/2 235/9 236/3
236/8 236/14 237/19
238/12 238/13 239/4
239/5 239/7 239/9
240/3 240/19 242/24
243/2 244/19 244/22
**done [22]** 14/11
19/10 20/17 24/22
62/10 80/19 83/20
120/7 142/8 143/22
150/7 165/14 171/4
205/6 228/2 233/9
235/11 235/12 235/14
235/15 237/8 243/24
**donkey [1]** 55/5
**door [1]** 88/16
**doubt [9]** 20/4 35/8
72/18 92/9 115/13

140/19 228/19 229/6
229/7
**doubts [1]** 184/25
**down [26]** 24/25
35/10 39/12 42/1 57/4
63/6 77/1 83/3 84/18
85/2 85/13 88/14
92/14 93/9 93/15
137/4 140/25 159/22
169/5 170/6 170/7
201/6 208/16 232/21
240/16 245/4
**Dr [1]** 41/4
**Dr. [5]** 56/8 56/10
57/14 80/13 207/1
**Dr. Kaplan [3]** 57/14
80/13 207/1
**Dr. Restrepo [2]**
56/8 56/10
**draft [1]** 18/16
**drained [1]** 89/18
**dramatically [1]**
202/1
**dream [1]** 54/18
**dreams [2]** 68/20
68/24
**dried [1]** 219/12
**drill [2]** 140/25
208/16
**drive [1]** 224/18
**driven [4]** 27/10
30/20 193/7 193/16
**driver [1]** 155/1
**driving [1]** 79/1
**dropped [1]** 218/21
**drove [1]** 193/4
**drug [39]** 65/16
109/24 110/2 116/18
117/8 118/4 126/12
136/22 146/20 146/25
147/7 149/24 150/6
150/11 152/4 153/7
156/8 156/12 157/6
157/11 157/14 157/16
157/21 157/23 157/25
158/2 158/3 158/10
163/24 174/5 193/11
193/18 196/10 197/13
197/24 199/4 203/16
220/2 223/8
**drugs [15]** 29/4
29/17 31/5 31/10
64/13 64/14 82/16
116/18 148/4 155/20
157/3 174/5 220/23
221/4 229/10
**Duarte [3]** 8/3 78/22
135/4
**due [1]** 28/21
**duffle [1]** 87/4
**dumped [1]** 64/7
65/17

140/18 228/19 229/6
229/7
**Durango [6]** 47/5
133/8 133/8 205/8
205/15 209/5
**Durango's [1]** 48/3
**duress [28]** 16/4
26/8 28/17 28/19
28/20 28/23 28/25
32/12 35/24 77/4
97/17 97/23 98/1
98/20 110/7 215/11
226/10 226/13 226/20
228/24 228/25 229/24
229/25 230/1 231/20
231/24 232/6 232/7
**during [30]** 7/3
12/20 13/10 13/14
13/22 20/22 21/22
25/9 25/21 41/6 43/4
56/25 62/23 73/12
95/17 97/9 98/9 98/25
101/14 103/3 136/22
154/25 156/6 176/4
181/14 192/10 202/2
207/10 216/17 228/17
**duty [4]** 71/19 74/4
105/21 188/8
**duty-bound [1]** 74/4
**dying [1]** 151/19

**E**

**each [43]** 8/12 8/21
8/22 9/23 20/10 21/2
37/14 38/8 38/11
38/16 38/19 38/24
39/1 39/13 40/9 40/13
41/20 43/19 44/15
46/9 50/5 50/8 56/2
60/9 72/16 76/17
94/10 114/25 131/19
133/7 136/11 136/11
143/5 144/7 152/3
179/13 200/23 214/6
214/6 220/10 227/3
234/8 235/21
**earlier [24]** 21/4
56/20 115/7 135/17
138/5 141/12 147/4
155/13 158/13 161/24
164/12 168/21 171/2
172/11 175/6 189/8
192/25 196/18 203/15
206/16 208/2 224/12
228/1 234/17
**early [5]** 25/22 87/19
87/21 232/17 237/2
**earned [1]** 176/21
**Earth [1]** 86/1
**EarthRights [2]** 1/17
61/23
**earthrights.org [5]**
1/19 1/20 1/20 1/21
1/21

**easier [2]** 215/10
215/10
**easily [1]** 79/10
**East [1]** 245/18
**Easter [1]** 75/23
**eastern [1]** 223/20
**easy [3]** 78/19
242/22 243/10
**eat [2]** 54/20 96/18
**ECC [1]** 121/10
**economically [1]**
228/22
**economy [1]** 219/7
**Edificio [1]** 231/10
**Edilson [4]** 48/18
207/24 208/1 208/7
**edit [1]** 240/15
**edited [1]** 240/18
**educational [1]**
176/25
**effect [2]** 39/24
75/14
**effecting [1]** 15/17
**effective [1]** 169/19
**effectiveness [1]**
170/25
**effects [1]** 38/21
**effort [8]** 28/2
122/23 126/17 130/5
214/17 234/2 237/7
237/14
**ehager [1]** 2/11
**eight [11]** 29/11
35/16 45/15 52/24
55/9 55/22 56/6 60/21
94/14 114/9 201/25
**eight-year-old [1]**
52/24
**either [9]** 27/19 33/5
95/6 111/4 189/16
201/10 204/5 236/18
237/13
**El [23]** 40/18 54/18
56/16 79/7 79/9 79/10
79/10 79/13 80/3 80/5
81/11 157/20 157/23
163/7 163/9 163/10
163/23 203/14 204/19
204/21 204/22 204/25
206/16
**El Ruso [2]** 79/7
81/11
**elaborate [2]** 116/3
181/16
**elapsed [2]** 39/19
60/12
**eldest [1]** 42/8
**elect [1]** 50/15
**electronic [1]** 177/3
**element [4]** 83/2
231/11 231/12 231/12
**elements [10]** 28/6

**E**

**elements... [9]**
28/17 43/13 43/19
49/8 59/23 206/3
226/18 227/1 227/21
**elephant [1]** 106/5
**Elexy [1]** 124/9
**elicited [1]** 101/3
**eliminated [2]**
232/23 232/24
**ellen [5]** 3/19 3/21
152/16 245/16 245/16
**Ellis [5]** 102/10
188/24 189/11 189/12
189/15
**ELN [10]** 117/17
118/18 136/1 137/20
151/16 153/5 200/2
201/4 201/15 209/4
**else [16]** 64/17
113/4 119/5 124/24
134/22 145/7 150/4
161/21 164/19 202/23
213/22 223/9 223/11
232/5 237/3 239/13
**else's [1]** 230/18
**email [3]** 3/4 244/2
245/5
**emails [2]** 11/24
11/25
**embassy [1]** 126/20
**emerge [1]** 127/15
**emerged [1]** 116/15
**emerges [2]** 116/22
119/25
**Emilio [1]** 46/2
**emotional [4]** 67/12
67/13 69/2 120/8
**emotionally [2]**
42/13 67/21
**empathy [3]** 233/23
234/1 234/4
**emphasize [2]**
137/11 175/13
**employed [2]** 218/18
218/19
**employee [7]** 87/1
99/7 99/10 112/10
172/2 219/11 226/23
**employees [26]**
15/12 17/10 17/17
26/25 31/3 31/7 31/17
31/19 71/18 71/20
72/4 74/23 99/4
113/13 114/1 114/21
170/7 171/10 174/17
176/21 177/3 177/6
177/21 223/3 224/1
228/11
**employees' [1]**
218/13

**employer [3]** 71/19
203/24 204/4
**encourage [1]** 43/4
**encouraged [2]**
191/7 196/1
**end [16]** 10/2 13/7
14/9 21/5 30/21 38/18
49/2 49/24 72/22
105/4 113/11 114/17
171/19 188/14 195/10
210/7
**ends [3]** 12/14
131/10 132/16
**enduring [1]** 67/15
**enemy [2]** 230/19
230/20
**enforce [4]** 72/21
72/24 73/24 73/25
**engage [9]** 18/4
141/16 232/4 238/8
240/25 241/25 243/4
244/14 244/23
**engaged [5]** 15/15
29/23 34/8 227/19
232/2
**engaging [2]** 141/5
221/5
**engine [1]** 43/1
**enhance [1]** 35/3
**Enjoy [1]** 96/21
**enjoyed [3]** 104/20
176/7 176/21
**enjoying [1]** 156/15
**enlightened [1]**
123/23
**enormous [6]** 118/8
118/13 166/17 199/15
220/23 237/7
**enough [12]** 46/7
56/8 56/8 56/10 56/11
64/22 86/7 96/14
96/17 105/6 111/15
230/22
**ensure [1]** 182/8
**entailed [1]** 177/20
**enter [8]** 33/19
131/8 131/9 132/6
132/6 132/16 172/12
221/23
**entered [9]** 13/2
28/14 52/7 104/17
139/13 183/12 192/12
196/10 213/10
**entering [3]** 16/14
24/23 231/9
**enterprise [1]**
118/19
**entire [8]** 59/13 71/4
89/17 162/24 164/22
169/19 176/18 198/10
**entirely [4]** 60/11
102/5 102/7 173/15

**entities [2]** 27/2
220/17
**entitled [2]** 66/25
245/14
**entity [1]** 227/18
**entry [2]** 55/17
99/22
**environment [5]**
70/5 122/5 122/8
143/4 155/7
**EPL [10]** 117/17
118/18 136/1 137/20
151/16 153/5 157/8
200/3 201/4 209/4
**equal [1]** 14/3
**equipment [2]** 29/13
152/11
**eradication [3]**
126/12 126/16 147/18
**ERIC [2]** 2/8 83/19
**Ernst [3]** 108/10
182/16 183/20
**errata [1]** 32/8
**error [1]** 5/6
**escape [2]** 218/21
231/18
**Escobar [7]** 27/10
30/1 153/21 156/9
185/1 185/3 185/5
**especially [2]**
124/16 153/1
**Esperante [1]** 2/24
**essential [1]** 223/13
**essentially [2]**
148/16 156/3
**establish [1]** 47/25
**established [2]**
156/14 220/20
**establishes [1]**
47/23
**Esteles [1]** 129/18
**ESTRADA [2]** 1/11
37/11
**et [3]** 111/15 178/14
192/9
**Eugenia [5]** 44/17
70/4 70/24 78/18
204/18
**Europe [1]** 122/2
**European [4]** 18/22
121/8 121/10 121/17
**evaluate [6]** 38/14
38/15 40/3 41/6 44/1
50/21
**evaluating [3]** 25/15
46/14 50/18
**Evans [1]** 178/20
**even [36]** 16/9 20/6
30/17 35/12 48/5 48/6
50/16 53/24 78/6 80/6
89/8 93/4 95/15 105/7
105/18 115/16 117/4

120/19 141/12 144/13
160/4 161/1 165/3
175/22 176/4 183/17
199/14 204/2 208/3
216/3 226/1 226/23
229/15 230/22 232/25
233/20
**evening [2]** 14/12
235/2
**events [2]** 91/23
135/21
**eventually [2]** 116/1
219/24
**ever [18]** 18/4 20/5
42/9 68/1 71/25 72/1
73/9 73/14 74/18
74/18 75/16 78/2
129/5 155/19 169/1
177/7 219/5 236/3
**every [28]** 16/24
20/10 20/20 20/21
22/20 28/6 31/24
41/24 49/14 56/2 71/6
72/9 72/16 76/3 111/3
121/24 152/7 154/25
155/5 157/3 169/20
170/19 181/18 200/2
201/3 201/4 223/19
234/12
**everybody [13]** 21/7
35/8 74/9 79/9 80/4
84/12 155/2 155/4
169/6 213/2 221/8
223/11 237/6
**everyday [5]** 154/18
154/18 156/23
**everyone [21]** 13/3
13/5 14/13 41/24
51/22 52/9 96/14
104/1 104/18 125/6
139/8 139/14 145/7
164/19 172/16 172/16
183/14 199/19 212/17
213/12 235/7
**everything [18]**
17/6 22/23 36/4 39/3
57/2 70/7 70/7 75/19
96/21 106/11 109/3
145/1 157/2 158/15
207/17 215/8 228/12
239/12
**evidence [155]**
11/14 13/13 13/13
13/16 13/18 13/19
13/19 20/5 22/7 23/10
31/15 31/18 32/12
32/25 34/15 37/13
39/9 40/20 41/11
41/12 41/22 44/12
45/2 47/22 50/4 50/18
54/5 62/9 64/23 66/15
66/24 75/1 75/7 75/8

79/15 79/17 79/18
84/22 87/5 89/13
90/18 90/19 90/21
90/23 91/20 99/8
100/2 100/6 100/9
100/10 101/14 101/15
101/18 101/21 102/6
102/17 103/11 103/18
103/18 106/1 106/4
106/9 107/3 109/23
111/16 114/5 114/6
114/16 115/7 116/13
116/20 118/17 119/16
119/19 119/22 121/15
130/8 130/13 131/12
131/18 131/21 132/14
132/24 134/18 135/19
135/21 136/2 136/3
138/11 138/13 140/15
140/18 144/8 145/7
149/19 149/21 150/19
150/22 151/2 151/3
154/9 156/23 157/7
158/14 158/22 160/10
161/11 163/3 164/4
164/5 164/6 164/7
164/10 166/1 169/9
172/17 173/11 173/17
173/21 178/10 178/15
181/19 183/17 185/9
189/6 189/25 196/6
197/2 197/2 202/2
205/14 206/8 206/24
209/2 209/6 209/6
209/7 209/12 209/13
209/14 209/18 209/22
209/25 210/4 210/17
211/15 211/20 212/1
214/5 218/1 219/10
223/24 234/9 234/16
235/9
**evidentiary [2]**
10/17 10/20
**evil [1]** 144/24
**evolved [1]** 215/8
**exact [1]** 232/21
**exactly [8]** 33/1
124/1 136/4 145/6
178/15 217/10 229/8
244/21
**exaggerate [1]**
123/20
**exaggeration [2]**
111/13 121/23
**examination [13]**
35/7 80/6 84/25 93/4
115/22 136/23 159/17
160/16 160/16 160/24
178/24 192/3 198/23
**examine [2]** 40/9
56/3
**examined [1]** 77/9

# E

**examining [1]** 21/13
**example [13]** 16/11
40/2 42/7 66/3 77/14
87/23 87/24 106/18
112/8 120/22 173/5
188/15 228/25
**examples [1]** 42/5
**except [3]** 15/18
18/20 70/24
**exception [2]** 11/16
22/15
**exceptions [1]** 181/4
**excerpt [1]** 62/25
**exchange [5]** 15/25
35/18 36/14 45/11
112/7
**excluded [1]** 103/19
**excuse [4]** 9/14
32/24 139/23 173/14
**excused [1]** 228/24
**excuses [2]** 110/24
189/14
**executed [1]** 123/17
**Executive [1]** 141/8
**executives [6]** 15/11
15/23 18/8 76/22
76/23 120/5
**exercise [3]** 28/21
166/14 174/10
**exercises [1]** 234/8
**exercising [1]** 18/25
**exhaustive [1]** 41/4
**exhibit [20]** 39/6
45/2 47/12 47/22
47/25 102/9 107/24
120/10 120/12 121/2
127/23 162/18 162/21
162/21 184/9 184/9
186/1 214/6 225/16
235/21
**exhibits [7]** 22/6
22/9 22/10 150/21
234/24 235/8 235/17
**exist [6]** 98/6 100/4
100/18 134/18 209/1
215/21
**existed [5]** 117/4
146/6 146/7 152/6
200/17
**existing [4]** 100/9
164/17 187/17 218/15
**exists [6]** 99/25
100/3 100/17 100/20
173/12 206/25
**exit [1]** 76/3
**exited [6]** 51/18
96/24 139/5 183/7
212/12 235/6
**expand [2]** 121/11
225/19

**expanding [1]** 218/5
**expansion [7]** 16/7
143/20 143/22 218/3
218/7 225/22 225/25
**expect [1]** 126/9
**expectation [2]**
112/1 121/8
**expected [2]** 21/10
177/23
**expense [5]** 69/17
77/10 77/11 77/14
77/15
**experience [7]** 15/9
21/2 23/24 43/24
43/25 44/2 49/19
**experienced [10]**
38/16 38/24 40/14
43/21 47/3 47/14
49/13 49/20 50/2 69/3
**expert [6]** 21/18
53/18 65/1 65/22
137/5 158/17
**expertise [1]** 187/3
**experts [2]** 21/20
21/21
**explain [10]** 37/19
72/15 137/16 137/18
156/7 158/24 163/15
163/18 185/5 226/2
**explained [11]** 45/7
47/6 65/12 66/21
80/17 135/16 161/6
190/4 190/6 191/14
194/24
**explains [1]** 158/16
**explanation [1]**
207/18
**explanatory [2]**
137/8 159/8
**explicit [3]** 66/1
169/17 169/23
**explicitly [1]** 191/23
**explore [1]** 159/11
**export [3]** 29/17
122/2 223/15
**exportation [1]** 34/9
**exporting [1]** 118/11
**exposed [2]** 80/1
211/6
**express [2]** 34/6
232/10
**expressly [6]** 22/8
34/11 98/18 220/14
228/14 232/1
**extended [3]** 20/19
33/20 97/4
**extensive [2]** 65/10
214/10
**extensively [1]** 25/6
**extent [1]** 50/25
**external [1]** 171/16
**extort [4]** 16/11

16/25 120/21 221/15
**extorted [17]** 27/23
27/24 28/13 142/16
142/24 144/10 164/21
164/22 165/2 165/5
165/8 169/14 171/6
171/8 172/16 173/4
188/6
**extorting [2]** 164/25
170/4
**extortion [55]** 16/4
16/9 17/20 19/4 35/23
36/1 36/10 97/17
97/23 98/1 98/21
112/1 120/20 131/2
140/19 140/20 145/22
146/2 146/15 146/18
147/11 149/2 149/6
164/15 164/15 164/18
165/3 165/17 166/4
166/8 170/5 171/15
171/20 171/20 172/5
172/14 172/18 172/25
178/11 184/7 187/8
187/12 187/22 188/1
188/8 192/22 197/8
215/11 222/25 226/1
226/13 226/16 226/20
228/25 228/25
**extortionist [2]**
29/19 224/6
**extortionists [1]**
224/10
**extortions [1]**
165/18
**extract [6]** 19/16
19/20 19/21 28/22
35/11 219/21
**extraordinarily [1]**
237/7
**extraordinary [3]**
20/11 20/16 36/22
**extreme [1]** 29/23
**extremely [8]** 15/15
20/3 20/12 21/6 25/9
27/25 214/12 233/6
**eyes [3]** 134/23
215/4 215/8
**eyewitness [1]**
202/14
**eyewitnesses [1]**
135/1

# F

**Fabio [2]** 43/7 78/21
**fabrication [1]**
115/11
**face [5]** 57/4 85/10
88/5 166/17 168/4
**faced [2]** 94/25
168/18
**faces [1]** 202/6

**facilitated [1]** 223/8
**facilities [13]** 15/12
17/11 17/22 31/16
31/19 34/7 223/4
223/15 223/25 223/25
224/2 225/5 228/11
**facility [1]** 112/9
**facing [4]** 19/13
45/15 230/17 230/17
**fact [79]** 22/6 24/5
24/16 40/24 65/25
69/5 93/3 95/24 98/2
100/4 100/25 101/2
101/12 101/14 101/16
101/18 101/24 101/25
109/2 114/25 115/12
115/17 116/15 116/22
116/24 117/11 118/22
118/24 119/25 121/14
122/19 126/15 127/8
127/14 127/15 128/14
138/1 140/16 140/19
141/23 143/8 145/10
145/13 146/23 147/25
150/12 158/3 158/15
168/2 175/19 177/12
178/5 179/18 181/23
181/24 182/19 191/19
192/7 193/13 196/19
196/20 197/19 197/23
199/18 202/14 208/20
210/4 214/15 215/16
215/20 217/18 224/9
224/17 225/4 231/25
232/12 233/18 234/7
242/9
**facto [1]** 166/14
**factors [2]** 143/5
228/16
**facts [25]** 22/12
22/14 25/15 72/10
86/14 86/16 100/17
109/23 112/18 116/14
120/8 127/14 130/12
130/13 150/15 150/18
150/19 150/20 150/23
150/23 171/3 196/11
197/10 208/16 234/10
**factual [14]** 139/20
144/8 164/12 167/8
168/8 188/13 191/8
191/10 192/12 195/17
230/10 230/11 241/13
242/25
**factually [1]** 7/10
**fail [1]** 20/10
**failed [7]** 28/2
130/24 132/9 132/19
151/4 158/21 210/17
**failing [3]** 34/3 34/4
86/9
**failure [2]** 140/8

210/14
**fainted [3]** 85/12
88/17 88/18
**fair [8]** 32/20 32/21
67/5 69/13 168/14
222/18 222/19 233/14
**fairly [1]** 34/25
**faith [1]** 100/13
**faithful [1]** 48/25
**fall [1]** 156/9
**falsely [2]** 64/2 69/6
**fame [2]** 77/9 77/16
**familiar [1]** 44/23
**families [5]** 37/12
38/11 39/2 50/1 94/10
**families' [1]** 37/14
**family [28]** 16/17
33/6 39/4 43/9 44/16
47/5 50/2 54/8 56/16
56/17 61/3 61/3 61/4
61/6 68/8 69/15 69/20
83/21 88/21 90/8
95/16 121/14 122/11
123/15 157/10 218/19
218/20 234/12
**fanny [1]** 87/15
**Fantalvo [2]** 134/19
206/11
**far [12]** 54/9 62/1
82/2 83/5 84/19 89/15
97/13 136/8 147/23
180/1 212/5 215/12
**FARC [48]** 17/21
26/2 26/17 27/2 27/4
27/15 27/16 28/5 29/2
29/23 29/23 30/20
108/2 108/21 109/12
116/19 117/16 118/4
118/18 136/1 137/19
142/24 151/16 153/4
154/7 155/13 155/24
157/8 168/22 184/8
186/9 193/1 193/4
193/7 193/11 193/13
193/16 199/25 200/2
200/16 201/2 201/16
209/3 221/13 221/18
230/14 230/16 230/19
**farm [19]** 54/18
54/21 55/5 56/16
63/19 64/3 64/7 65/17
67/25 69/7 79/1 79/3
79/4 84/24 92/21
93/17 123/24 176/15
180/24
**farmer [2]** 52/23
220/7
**farmers [6]** 122/1
155/15 169/11 170/21
221/15 221/15
**farms [24]** 16/17
16/21 54/16 62/15

**F**

**farms... [20]** 76/22
81/3 92/19 121/3
121/11 121/14 121/15
121/17 121/21 121/21
122/1 122/11 123/16
125/25 143/21 175/23
218/19 218/20 218/23
222/1
**fatal [2]** 125/8 145/3
**father [35]** 40/7
41/21 42/8 42/15
42/21 42/25 43/8
48/19 49/3 54/3 54/12
54/23 54/25 55/15
55/24 58/5 58/18
60/13 62/17 63/16
78/18 81/7 94/14 95/2
133/17 133/20 133/23
134/1 135/6 163/21
202/21 203/2 203/21
204/2 204/5
**father's [8]** 39/22
39/24 56/4 59/4 59/6
81/23 134/6 202/23
**fathers [1]** 59/9
**fatten [3]** 17/4 17/4
18/6
**fault [9]** 148/19
201/12 227/5 227/21
227/22 227/22 227/23
229/1 232/3
**favor [1]** 131/9
**fear [8]** 56/15 58/5
70/6 70/7 88/4 152/5
170/2 170/12
**February [4]** 26/7
115/4 188/21 189/3
**February 28 [1]**
115/4
**federal [20]** 2/6 23/5
36/1 36/4 36/6 36/10
219/17 222/17 222/19
222/23 222/24 224/20
224/24 225/3 225/7
232/10 238/8 241/4
243/4 244/14
**federally [1]** 33/22
**fee [2]** 77/21 77/21
**feedback [1]** 171/16
**feel [5]** 74/4 105/17
105/20 105/21 174/21
**feeling [6]** 16/8
49/22 86/22 120/18
120/19 174/25
**feels [1]** 68/5
**feet [1]** 173/2
**fellow [1]** 83/23
**felony [2]** 222/23
225/7
**felt [4]** 42/12 58/22

**fence [1]** 222/1
**fenced [1]** 17/23
**festered [1]** 70/12
**few [18]** 10/23 63/25
67/11 68/9 69/4 78/13
95/1 97/10 109/5
112/24 116/20 137/13
137/24 155/23 177/20
214/16 236/23 236/24
**field [3]** 135/25
136/20 221/25
**fifth [5]** 2/2 2/17
3/11 127/14 127/15
**fight [10]** 124/17
124/19 154/14 155/13
158/8 193/13 200/3
200/7 205/17 206/5
**fighting [14]** 136/11
136/12 136/12 137/19
144/17 151/23 153/21
158/3 170/19 193/10
199/20 199/21 199/22
206/3
**figure [8]** 9/11 77/10
109/11 147/8 160/2
188/25 196/3 203/5
**filed [1]** 39/20
**fill [5]** 44/3 50/13
137/8 158/17 207/1
**final [12]** 4/10 7/1
13/9 24/13 24/17 25/7
92/18 96/3 194/5
212/9 213/18 237/21
**finally [1]** 19/9
**finance [3]** 196/23
218/24 220/23
**financed [3]** 197/6
197/6 197/7
**finances [2]** 220/14
228/22
**financial [4]** 129/15
193/1 204/3 220/13
**financially [2]** 227/7
227/8
**financing [3]** 18/3
69/16 196/21
**find [28]** 22/1 48/20
66/20 66/23 67/22
72/10 74/13 87/6
109/24 131/6 132/11
132/12 144/5 152/21
170/18 201/12 209/24
210/1 211/25 219/5
225/15 226/17 227/22
229/20 230/1 231/25
234/10 241/5
**findings [1]** 232/10
**fine [15]** 6/18 72/4
96/15 141/22 142/3
172/24 175/3 183/2
192/11 212/20 239/13

239/23 241/16 242/18
243/13
**finger [2]** 115/5
227/15
**fingers [1]** 77/2
**finish [3]** 68/21
185/19 226/15
**fire [1]** 231/3
**firearm [1]** 85/17
**fired [1]** 185/7
**firm [11]** 2/2 37/10
38/4 109/16 184/5
184/16 184/21 186/2
186/20 186/24 188/24
**firms [3]** 183/22
186/18 188/11
**first [76]** 12/13 14/5
14/7 14/14 19/7 19/15
19/18 19/19 20/13
33/18 35/6 38/2 39/4
47/18 53/4 61/20 68/2
70/17 78/17 95/6 97/7
97/10 105/14 108/3
113/7 113/21 114/6
114/12 116/15 119/19
121/20 128/6 130/20
138/3 138/4 139/10
140/10 140/13 140/17
140/21 141/5 141/17
141/24 142/24 143/11
144/10 144/23 145/13
148/9 149/1 150/18
151/3 158/5 158/25
167/9 167/13 170/14
176/19 177/6 178/18
184/10 186/23 188/20
192/15 210/7 210/12
211/22 226/6 227/20
229/5 229/8 230/3
236/1 236/4 241/1
242/1
**firsthand [3]** 22/15
154/10 154/20
**fiscalia [1]** 90/24
**fish [1]** 89/19
**fit [2]** 65/13 66/11
**five [15]** 8/12 8/21
8/21 9/22 9/25 10/1
10/9 45/15 94/16
116/14 116/18 127/14
149/11 162/11 235/18
**fix [2]** 7/9 166/13
**fixing [1]** 86/24
**FL [6]** 1/13 2/7 2/21
2/24 3/3 3/20
**flagged [1]** 7/11
**flaw [3]** 125/8 125/8
145/3
**flaws [1]** 160/6
**fled [1]** 207/22
**flip [1]** 243/13
**flipped [1]** 243/9

**flips [1]** 125/13
**Floor [2]** 2/6 2/17
**FLORIDA [8]** 1/1 1/3
20/14 20/18 223/19
223/19 223/20 245/18
**flow [1]** 181/17
**flowed [1]** 182/2
**flows [1]** 228/12
**flsd.uscourts.gov [1]**
3/21
**fluctuates [1]**
199/12
**focus [6]** 27/6 44/15
139/17 166/15 169/9
192/5
**focused [1]** 122/22
**focusing [2]** 24/4
152/18
**fog [2]** 215/13
215/21
**folks [6]** 15/8 15/13
17/2 37/3 38/22
215/15
**follow [13]** 22/4
34/3 34/4 72/16 72/17
73/23 73/24 83/23
168/2 195/23 195/25
229/19 234/6
**Follow-up [1]** 168/2
**followed [3]** 17/6
22/5 54/25
**following [1]** 140/11
**follows [1]** 61/9
**Fontalvo [1]** 78/21
**food [5]** 46/16 54/20
57/3 58/14 58/15
**foot [2]** 117/3 200/17
**football [2]** 16/18
221/24
**football-size [1]**
16/18
**force [4]** 32/13
177/15 187/13 230/14
**forced [13]** 17/3
18/5 36/9 63/22
145/22 147/11 147/20
149/13 187/13 188/17
200/22 211/11 231/1
**forces [3]** 151/17
154/7 203/11
**foregoing [4]** 187/11
187/16 210/8 245/13
**foreign [15]** 33/22
52/20 92/16 190/10
190/13 218/11 236/12
237/25 238/17 239/11
239/23 240/14 241/7
243/8 244/10
**foreseeable [3]**
211/18 229/4 229/21
**forever [1]** 126/23
**Forget [2]** 70/8 70/8

**forgive [2]** 86/9
86/10
**forgiveness [4]**
163/19 164/2 203/15
203/17
**form [32]** 5/7 7/1
7/18 15/11 38/1 38/18
43/18 44/4 50/13
50/17 51/15 54/2 54/2
60/1 61/6 62/21 96/20
131/9 139/2 170/3
170/12 170/12 180/8
181/6 210/3 210/8
210/10 210/13 211/1
211/2 211/17 212/14
**formal [1]** 99/9
**formation [1]**
121/10
**formed [3]** 22/1
126/14 220/6
**forms [2]** 181/2
181/6
**formula [5]** 60/23
60/24 60/24 61/2
218/16
**formulate [1]** 188/2
**Fort [5]** 2/7 3/3 3/20
223/18 245/18
**forte [1]** 74/12
**forth [8]** 11/23 73/4
116/19 120/23 172/9
180/8 193/6 194/18
**Forton [1]** 154/19
**fortunately [1]**
214/2
**forward [7]** 27/11
43/2 45/10 55/1 84/20
130/11 132/4
**fought [5]** 117/17
118/13 138/15 157/13
157/16
**found [16]** 19/5
57/21 63/17 74/14
76/5 79/23 142/7
155/18 216/23 217/1
219/2 223/2 225/3
228/2 229/23 232/25
**foundation [2]**
58/14 58/17
**four [12]** 24/1 37/5
37/11 40/19 78/10
78/11 94/16 116/18
134/20 156/18 163/4
208/7
**four-minute [1]**
78/11
**fourth [2]** 119/25
166/25
**Francisco [6]** 83/21
84/9 91/20 91/24 92/2
94/25
**Francisco's [1]** 90/9

**F**

**FRANK [1]** 3/8
**Franklin [9]** 70/24
78/18 78/21 79/2 79/5
81/6 81/9 134/20
134/24
**frankly [2]** 35/10
95/12
**Freddie [2]** 202/21
203/1
**free [9]** 19/24 40/4
40/10 40/11 45/10
121/9 177/18 177/19
224/16
**freebie [1]** 77/22
**freely [2]** 17/5 17/14
**Freidheim [8]** 21/7
102/22 112/5 112/14
142/6 143/7 194/13
194/14
**Freidheim's [1]**
103/4
**frequently [2]** 58/10
87/20
**Friday [1]** 176/1
**friend [2]** 63/6 63/13
**friendly [1]** 176/8
**frighten [1]** 74/23
**frightfully [1]** 49/23
**front [10]** 10/2 45/23
48/19 53/3 56/13
82/18 83/4 87/10
101/9 235/21
**fruit [1]** 143/17
**frustration [3]** 36/15
214/3 233/3
**FRYSZMAN [1]** 2/16
**FTO [13]** 7/7 141/12
141/20 188/19 189/14
189/16 238/1 238/25
240/17 241/18 242/3
243/15 243/18
**FTOs [1]** 92/16
**fuel [1]** 225/5
**fueled [4]** 116/18
136/22 154/13 200/3
**fueling [1]** 18/2
**full [6]** 20/3 49/14
177/4 177/5 209/24
234/4
**funding [4]** 30/24
31/10 220/20 227/17
**FUNDORA [2]** 3/9
97/8
**FUNDORA-MURPHY
[1]** 3/9
**further [6]** 161/11
184/25 191/17 192/4
219/12 233/18
**future [8]** 43/25
50/11 68/21 125/6

125/22 126/3 126/15
127/6

**G**

**GABRIELA [1]** 3/5
**Gaddis [13]** 116/9
135/18 136/3 136/16
148/2 155/21 155/23
156/7 158/7 193/18
197/25 198/9 198/17
**Gaddis' [3]** 147/8
155/9 156/25
**gain [2]** 46/16
232/16
**games [1]** 232/8
**gap [4]** 137/8 158/17
206/24 207/1
**garbage [1]** 177/20
**GARCIA [12]** 1/11
4/4 37/1 37/21 51/12
52/17 53/5 54/3 59/24
60/10 60/24 67/3
**Garcia's [1]** 61/3
**Gardens [1]** 2/21
**gasoline [1]** 76/14
**gathered [1]** 23/17
**gave [24]** 5/22 6/20
11/8 42/9 70/14 71/4
74/18 75/24 76/2 77/1
77/12 77/14 77/16
82/3 82/10 110/8
113/22 113/25 114/20
148/1 157/1 173/5
203/8 224/25
**general [50]** 16/8
26/3 65/11 109/9
109/10 109/11 110/4
116/9 116/9 118/2
120/18 120/19 126/5
131/9 135/17 135/24
136/9 136/20 140/12
141/10 151/11 151/23
152/1 152/6 152/18
153/12 153/13 154/4
154/10 157/1 157/4
158/7 164/20 164/24
169/8 169/15 169/24
170/23 170/24 182/1
182/3 182/18 184/1
193/17 193/17 204/8
210/22 218/8 227/4
227/20
**General's [2]** 166/2
193/9
**generally [1]** 134/3
**Generals [1]** 153/17
**generate [2]** 18/21
118/13
**generated [1]**
209/20
**generous [1]** 74/10
**genius [1]** 84/6

**gentleman [2]**
103/12 206/15
**gentleman who [1]**
206/15
**gentlemen [27]** 13/4
14/20 52/8 52/10
72/20 83/7 83/17
104/19 105/3 112/17
113/10 114/4 116/6
124/5 129/14 135/15
139/2 139/15 174/7
183/4 183/13 183/17
211/22 212/3 213/11
213/20 234/15
**genuine [1]** 105/19
**genuinely [3]** 18/13
105/17 174/12
**get [88]** 13/24 14/5
14/11 20/7 20/13
21/14 22/3 28/16
28/21 35/14 35/15
35/15 35/25 37/3 38/1
38/18 39/1 41/17 43/2
43/11 44/3 45/25
47/12 54/1 58/9
63/11 70/11 73/4 73/5
77/1 77/24 83/12
84/19 85/5 86/25
87/12 87/15 87/22
88/13 93/10 93/11
93/12 93/12 95/22
96/12 99/8 100/9
101/13 101/18 101/19
101/23 104/7 106/7
106/23 122/18 126/10
130/8 135/25 139/10
145/24 146/16 147/23
161/3 171/16 176/2
176/9 176/10 176/12
176/14 185/3 185/4
195/25 199/14 200/9
217/4 220/15 225/14
226/14 230/15 230/16
232/20 232/23 234/20
237/1 238/25 240/17
243/14 245/2
**get-go [1]** 106/23
**gets [5]** 68/4 88/16
92/14 125/21 231/3
**getting [9]** 30/15
36/17 152/22 155/24
165/1 173/2 173/2
184/22 185/21
**gifts [1]** 177/2
**Gilberto [1]** 63/9
**girl [1]** 58/6
**girls [3]** 81/22
205/20 205/22
**Gisel [1]** 62/19
**Giselle [2]** 68/11
68/15
**give [36]** 11/5 13/20

13/22 11/23 24/18
24/19 32/16 36/18
43/4 43/10 46/16 49/1
49/2 58/14 61/25
69/19 72/23 73/14
78/13 86/7 91/2 95/1
129/7 149/13 149/22
162/11 171/17 184/16
190/15 191/25 200/14
214/4 224/6 224/7
224/7 234/21
**given [23]** 12/19
36/19 50/1 74/16
74/21 75/16 82/11
89/16 99/25 101/24
102/19 103/1 103/7
106/8 116/23 120/5
162/24 163/20 187/16
201/15 202/18 213/25
218/16
**gives [6]** 72/11
73/25 73/25 129/22
148/15 234/11
**giving [12]** 35/8
35/18 61/25 70/3 71/7
71/8 76/13 76/14
124/23 200/6 214/5
215/6
**GJULLIN [1]** 1/16
**global [14]** 7/8
141/11 143/17 236/12
238/2 238/9 238/16
238/23 239/24 240/13
243/5 243/19 243/19
244/15
**globally [1]** 242/16
**Gloria [2]** 44/17
46/25
**gmail.com [1]** 3/7
**go [91]** 7/2 14/5 25/8
29/18 39/3 42/15
42/16 42/19 44/16
45/15 46/24 48/18
54/16 54/17 55/25
57/23 58/21 59/3 59/6
59/23 60/18 63/3
66/17 67/2 68/22 79/1
81/2 84/20 85/4 86/5
87/14 87/20 89/10
89/25 90/10 90/15
91/7 91/19 92/15 95/9
101/10 103/20 105/14
106/23 112/25 113/17
120/11 120/13 120/16
121/1 121/8 122/12
125/10 127/18 127/21
128/22 130/10 130/16
131/8 131/10 131/11
131/12 131/25 132/3
137/17 138/24 142/11
150/8 166/12 170/14
170/15 171/16 175/3

176/6 181/23 185/20
189/13 193/21 207/15
210/15 211/1 222/2
229/24 230/7 231/23
236/18 242/19 244/5
244/8 245/2 245/3
**goal [2]** 53/22
121/25
**gobble [1]** 122/11
**God [3]** 42/9 70/13
114/13
**goes [17]** 34/10
63/15 108/12 109/21
109/21 112/5 119/19
124/11 138/14 144/22
162/24 172/21 185/18
196/17 202/1 202/8
226/2
**going [216]** 6/9 7/1
7/2 8/8 8/11 8/17
8/25 9/1 9/4 10/21
11/23 13/17 13/19
13/22 14/7 14/10
14/11 14/14 16/14
16/16 16/20 17/8
17/20 18/3 18/24 19/5
19/5 19/13 19/13 20/8
21/14 21/15 22/21
23/16 24/4 24/14
26/25 27/4 29/2 29/2
29/3 29/3 29/8 29/11
31/23 32/22 33/15
33/25 34/1 36/7 36/8
37/5 37/6 37/13 37/16
37/19 37/19 38/1 38/1
39/25 40/2 44/5 49/2
51/13 52/10 52/16
52/18 56/23 57/23
58/23 59/23 62/7
64/25 67/2 69/8 70/21
70/21 70/23 70/25
71/1 71/2 71/10 72/15
76/22 79/12 82/22
84/10 84/14 85/2 85/2
85/4 85/11 87/2 87/20
87/22 88/13 88/15
89/7 89/10 90/3 90/10
90/15 90/20 92/13
93/3 93/9 95/9 96/10
96/17 100/1 101/15
103/8 103/10 104/13
104/22 107/9 107/10
107/11 110/3 111/8
111/16 112/17 112/23
115/10 116/11 116/19
116/25 118/9 118/17
119/9 122/11 123/12
123/20 124/4 126/6
127/2 127/21 128/18
128/21 130/4 130/10
132/24 136/7 136/17
138/24 145/7 145/24

**G**

**going... [69]** 147/7
148/9 149/20 150/18
151/25 153/1 154/12
155/8 155/9 158/15
159/12 159/14 159/22
159/22 159/25 169/15
169/21 170/3 171/2
171/24 172/5 172/8
172/8 174/17 176/13
176/13 178/12 182/23
184/9 193/24 194/16
194/16 194/22 195/22
196/3 197/9 197/18
201/8 209/23 212/3
213/12 213/25 214/22
216/2 216/19 217/13
218/8 218/24 219/14
221/22 222/2 222/4
223/12 225/13 226/3
226/5 226/9 226/17
226/20 228/10 229/11
230/5 230/13 230/17
230/20 231/23 233/5
237/1 237/2

**Gomez [1]** 61/19

**gone [5]** 48/6 49/3
82/9 218/1 235/8

**Gonzalez [1]** 212/8

**good [58]** 5/2 5/3
13/3 14/20 18/12
21/20 37/2 37/3 37/22
40/15 47/9 56/8 56/8
56/10 56/11 61/16
68/18 68/18 68/18
68/19 87/23 87/23
95/11 95/11 95/15
96/19 98/24 100/13
104/8 104/14 105/2
122/5 122/6 122/7
122/7 122/7 123/16
123/24 123/25 124/3
126/1 126/25 127/1
144/1 144/1 144/17
144/18 156/17 172/20
172/21 174/20 175/21
176/17 190/18 202/12
219/5 230/8 231/21

**Google [1]** 86/1

**GOPAL [1]** 3/9

**gory [1]** 48/18

**gosh [1]** 86/4

**got [32]** 5/8 21/18
22/3 22/4 46/7 50/6
50/24 53/7 57/25 58/1
68/12 68/23 73/4
73/19 78/7 81/9 86/20
86/25 89/9 89/24 90/5
90/10 95/10 101/5
143/14 152/17 214/18
221/20 225/7 225/8

244/4 244/21

**gotten [3]** 19/8 93/5
93/5

**government [32]**
17/24 17/25 26/13
28/8 36/1 36/4 36/6
36/10 50/15 52/21
90/8 126/7 130/5
140/14 141/3 141/23
142/12 142/15 177/9
188/9 190/22 195/16
196/12 219/15 219/17
222/17 222/19 222/24
224/20 225/3 241/6
242/3

**Government's [1]**
144/9

**gpvalentind [1]** 3/7

**grandchild's [1]**
10/7

**grandma [3]** 85/6
85/22 94/16

**graph [7]** 53/5 65/19
90/4 154/3 154/6
160/12 160/13

**graphic [2]** 89/19
94/1

**graphs [1]** 137/24

**grateful [2]** 237/7
237/10

**gratitude [2]** 20/23
233/11

**gravity [1]** 157/2

**grayed [1]** 47/10

**great [8]** 61/13 93/7
109/8 116/7 122/3
176/21 236/9 243/24

**greater [8]** 16/9
16/10 16/15 16/25
41/11 120/19 120/21
226/1

**greatly [2]** 36/19
36/21

**greed [4]** 145/1
174/6 199/23 199/25

**greedy [1]** 200/16

**green [3]** 2/22 2/23
117/22

**grenades [5]** 74/21
76/13 93/12 113/22
225/4

**grew [3]** 25/24 28/8
76/16

**grief [2]** 49/13 56/15

**grocery [2]** 125/19
155/1

**gross [1]** 122/13

**ground [11]** 41/5
77/2 110/15 116/10
116/24 123/1 151/8
151/23 152/2 166/2
223/17

**grounds [2]** 98/13
199/8

**group [15]** 15/8
15/23 57/19 74/8
111/7 136/12 171/17
180/7 187/8 187/14
187/15 205/18 207/20
209/3 218/8

**groups [19]** 26/1
26/12 27/4 27/19
108/1 136/10 136/11
137/13 137/14 151/16
157/14 161/5 169/2
170/4 170/17 184/4
184/14 228/23 228/23

**grow [4]** 122/13
156/1 156/17 216/12

**growers [4]** 167/14
167/23 221/9 222/5

**growing [4]** 42/8
117/19 216/13 227/14

**grown [2]** 115/1
117/24

**guard [3]** 74/16 76/9
76/19

**guerilla [4]** 26/12
169/7 184/14 222/5

**guerillas [10]** 27/10
30/4 82/5 88/25 154/1
167/18 167/20 168/11
204/16 221/10

**guess [4]** 84/16 86/6
104/7 214/20

**guidance [9]** 43/10
43/17 60/13 190/4
191/25 195/25 213/22
213/24 213/25

**guilty [5]** 24/20
24/23 45/19 141/19
155/18

**gun [8]** 74/20 88/5
110/7 150/1 150/1
150/3 156/3 169/20

**gunman [6]** 53/1
53/2 56/13 57/9 85/10
88/5

**guns [11]** 74/6 74/16
74/21 75/18 77/18
77/24 82/16 85/1
92/17 93/11 230/6

**gunshot [2]** 44/11
64/7

**gunshots [1]** 85/9

**guy [4]** 46/19 87/10
115/5 119/1

**guys [2]** 45/23
207/14

**H**

**had [173]** 10/24
11/22 12/1 17/1 19/6
19/7 19/23 20/6 21/7

21/17 23/3 23/3 23/17
23/21 23/24 23/24
23/25 24/15 25/13
27/10 29/13 29/21
30/20 32/7 32/17 35/7
36/5 36/7 38/21 41/22
41/22 41/24 42/4
46/14 48/23 51/1
51/21 53/9 53/17
54/15 54/19 54/20
54/22 55/11 55/12
56/3 56/17 57/8 57/20
58/2 58/23 60/18
62/15 63/5 63/12
63/23 63/24 63/25
64/10 66/2 67/25 68/7
68/20 68/21 70/9
70/12 71/12 71/12
71/13 71/21 73/15
74/16 74/21 75/3 76/6
76/9 76/19 79/10
79/25 80/19 81/16
81/17 81/22 82/7 82/9
82/11 82/18 82/18
86/13 87/14 88/17
88/22 93/4 93/5 93/5
93/13 94/12 94/14
94/15 95/15 100/25
108/10 113/10 114/15
115/1 115/9 117/14
121/21 122/5 126/22
129/12 134/9 134/10
134/19 136/3 137/25
139/7 144/9 147/14
147/18 147/20 149/11
149/16 152/2 152/12
154/17 154/18 156/12
157/5 163/20 163/21
164/25 166/11 168/11
168/12 170/17 174/14
175/7 176/5 176/17
176/19 177/13 177/15
184/25 185/7 187/2
188/8 195/12 195/13
196/2 196/3 202/20
207/21 207/22 208/12
212/22 216/3 217/6
217/7 217/9 217/12
218/4 222/25 223/14
223/24 225/8 225/20
231/13 236/3 239/1
239/17 239/21 244/20

**HAGER [2]** 2/8 83/19

**hair [2]** 206/20
206/21

**half [11]** 9/7 9/8 9/9
39/11 39/18 43/23
44/19 46/24 97/2
103/24 115/7

**halts [1]** 188/25

**hand [11]** 52/25
55/25 122/9 122/9

179/5 179/12 179/13
180/1 184/9 225/4
231/3

**handing [1]** 127/23

**hands [8]** 28/14 29/1
55/12 134/10 150/1
173/8 174/12 231/4

**handwritten [7]**
102/13 102/14 102/16
102/17 102/23 103/2
103/4

**handy [1]** 11/4

**hang [1]** 68/10

**Hanna [1]** 168/24

**happen [9]** 17/9
21/15 122/11 169/22
192/7 193/16 203/13
238/19 238/20

**happened [42]** 7/23
21/22 48/1 49/16
55/24 60/21 60/22
73/18 73/22 74/13
74/14 74/19 74/20
75/20 110/8 110/9
119/12 121/15 127/8
130/3 134/22 140/14
140/17 140/21 141/14
142/3 151/10 154/20
158/16 168/8 175/25
188/20 192/9 193/17
194/19 201/24 202/2
202/12 203/13 215/16
219/8 219/25

**happening [4]** 130/9
159/8 166/5 172/18

**happens [6]** 38/7
55/23 79/22 125/21
152/25 173/10

**happy [8]** 41/23
41/24 43/5 46/17
46/19 46/20 91/9
241/11

**harbor [2]** 77/19
77/25

**hard [13]** 42/20 59/5
59/7 94/7 95/4 95/14
143/9 143/9 164/10
176/8 177/14 191/12
233/13

**hard-working [1]**
95/4

**hardest [2]** 42/14
152/15

**harm [10]** 31/16
31/19 140/9 149/7
170/11 211/18 229/4
229/22 230/4 230/22

**harm's [8]** 17/10
17/10 17/11 28/19
223/4 228/9 231/2
231/8

**harmed [4]** 32/5

## H

**harmed... [3]** 33/5 200/13 211/13
**harvest [1]** 170/11
**harvested [1]** 156/18
**harvesting [1]** 15/21
**has [52]** 6/3 6/8 15/16 22/21 39/9 39/11 39/22 46/25 47/19 49/10 53/6 60/13 60/17 61/3 67/14 67/15 68/6 68/7 68/13 69/13 69/14 71/19 72/19 75/11 82/14 89/7 99/8 103/4 110/19 114/14 136/2 142/8 150/22 162/3 172/6 196/13 210/5 211/21 215/13 219/13 222/7 226/18 227/5 227/21 234/12 234/16 235/11 237/8 239/8 240/23 241/23 242/5
**Hasbun [24]** 45/3 46/3 47/12 48/21 64/25 65/5 65/9 110/9 110/14 127/17 127/22 128/9 129/22 138/6 138/9 161/15 161/20 161/25 162/14 162/16 167/6 167/12 168/9 209/1
**Hasbun's [1]** 66/8
**hasn't [3]** 173/17 173/22 233/9
**hat [2]** 18/24 72/6
**hate [2]** 14/23 52/2
**hats [2]** 18/9 18/10
**have [298]**
**haven't [4]** 19/8 83/13 83/18 237/16
**having [25]** 21/17 22/18 24/13 24/15 24/22 26/7 36/15 51/2 53/9 57/10 65/24 83/3 84/1 84/12 94/19 127/3 141/5 141/17 152/10 156/14 165/14 174/10 239/19 241/1 241/25
**hazardous [19]** 148/11 148/18 148/23 148/25 149/3 149/4 200/14 201/10 210/24 211/4 227/11 227/12 227/14 227/17 231/22 231/24 231/25 232/2 232/5
**he [347]**
**he'll [1]** 200/14

**he's [21]** 43/2 46/1 48/16 63/9 67/9 68/16 76/9 79/4 83/20 112/14 115/5 152/18 153/3 154/4 156/12 159/2 159/4 165/21 167/7 168/25 201/8
**head [9]** 10/1 18/25 80/2 125/14 150/13 169/20 177/9 184/1 190/3
**headaches [1]** 143/14
**headed [1]** 85/8
**healed [1]** 49/18
**health [2]** 21/14 42/13
**hear [34]** 14/7 14/14 20/2 21/23 21/25 22/2 28/16 28/17 40/14 40/15 40/21 40/22 51/5 51/13 52/10 84/24 85/2 90/11 92/13 102/2 109/22 112/15 140/18 148/9 148/12 148/17 155/4 194/8 212/5 212/9 213/12 214/20 214/20 215/19
**heard [94]** 5/18 6/5 13/13 15/4 16/2 18/10 22/18 36/7 39/4 40/3 40/6 40/9 40/18 41/3 41/3 42/6 42/7 43/16 44/8 44/17 44/22 45/3 46/13 47/5 48/3 48/18 48/23 49/15 57/8 63/16 64/24 65/1 65/2 68/17 71/2 75/4 75/15 75/19 77/21 78/2 78/24 80/4 80/21 81/7 83/19 84/25 85/9 85/9 85/12 85/14 86/13 86/19 88/2 88/15 89/15 89/18 90/14 92/22 95/15 96/21 97/15 106/18 109/7 110/21 113/18 113/19 114/7 115/12 118/25 120/3 123/4 123/5 124/25 125/3 125/24 126/5 126/5 130/15 135/11 136/9 141/11 143/12 151/1 155/12 158/6 169/16 185/5 189/4 190/21 192/2 193/3 218/16 220/11 234/15
**hearing [4]** 45/18 127/20 162/22 163/2
**hears [1]** 87/24
**hearsay [7]** 11/16

**12/6 75/2** 79/15 91/13 97/22 199/8
**heart [5]** 88/21 88/22 124/11 127/11 168/23
**hearts [1]** 105/14
**heavy [1]** 89/14
**hectares [3]** 154/6 203/21 204/3
**height [1]** 18/14
**held [2]** 227/6 227/13
**help [16]** 18/14 20/12 29/2 29/17 56/5 56/20 60/14 86/17 95/1 127/7 137/8 193/5 195/14 230/15 230/16 239/15
**helped [2]** 29/12 29/15
**helpful [2]** 65/19 66/11
**helps [1]** 244/1
**hen [1]** 42/24
**her [110]** 21/5 21/9 21/14 23/9 23/15 23/18 40/7 42/9 42/12 42/25 43/1 44/24 46/13 46/21 46/25 47/2 47/4 47/7 47/10 48/5 48/7 48/8 48/10 48/11 48/14 48/15 48/17 48/25 49/1 49/3 54/10 54/12 54/22 54/25 54/25 55/14 55/24 56/4 56/6 56/14 56/24 56/25 57/8 58/2 58/4 58/14 58/18 58/19 58/20 59/2 59/4 59/5 59/7 59/9 59/12 59/18 59/20 60/14 60/14 60/17 60/18 60/19 63/13 68/12 68/15 70/4 81/14 82/7 82/7 82/8 82/12 82/13 82/18 82/18 82/18 82/19 82/20 85/10 85/13 85/21 85/22 86/20 86/24 87/9 87/10 87/11 87/12 88/2 88/5 88/9 88/10 88/16 88/18 88/20 89/22 89/25 89/25 93/4 94/6 94/20 106/16 107/19 108/18 150/2 150/2 150/10 152/11 180/12 243/17 245/3
**Herculean [1]** 84/13
**here [84]** 10/1 11/12 11/22 12/21 13/9 19/8 20/11 20/18 32/24

**38/22** 38/24 39/13 39/18 39/19 40/3 41/13 42/1 44/6 44/18 44/21 48/13 48/15 51/4 53/17 67/11 70/9 71/14 73/22 74/13 78/7 81/18 82/12 82/13 83/13 84/8 84/17 84/20 86/10 89/5 89/10 94/12 95/2 95/8 95/24 96/12 116/11 128/22 135/4 140/7 142/13 142/18 160/3 162/20 163/1 165/19 169/5 169/9 172/19 173/12 174/2 180/11 189/21 192/8 193/13 195/15 196/20 197/19 199/14 205/15 208/22 210/7 215/1 222/7 222/15 225/23 226/6 227/1 229/24 232/17 233/20 233/22 235/1 238/7 242/15
**here's [17]** 39/9 39/9 108/18 115/7 133/6 142/13 142/14 154/17 158/25 179/23 186/15 187/4 196/17 198/2 211/14 229/24 241/3
**hereby [1]** 245/13
**Hermes [9]** 76/10 76/10 76/12 76/13 76/14 76/15 113/21 114/3 115/3
**Hernandez [16]** 76/10 76/11 76/12 76/13 76/14 76/15 113/22 113/25 113/25 114/3 114/19 114/20 114/22 115/3 115/8 115/17
**herself [2]** 54/23 150/10
**HERZ [1]** 1/16
**hesitation [1]** 188/17
**hey [1]** 176/13
**Hi [1]** 10/24
**hidden [3]** 117/25 144/19 205/6
**hide [1]** 108/13
**high [10]** 16/12 65/21 93/10 120/22 126/1 160/14 160/23 197/11 202/6 218/10
**higher [3]** 18/21 198/25 200/1
**highlighted [1]** 38/4
**highly [4]** 34/5 77/23 77/24 177/14
**Highway [2]** 2/6

**2/20**
**hill [1]** 93/15
**Hills [6]** 11/23 12/14 102/10 102/12 102/15 184/13
**Hills' [1]** 102/22
**him [78]** 34/20 35/8 40/24 41/13 44/22 44/25 46/21 46/23 48/7 48/18 48/19 49/1 53/24 55/2 55/12 55/13 57/1 57/2 57/3 57/4 57/5 57/12 57/13 59/3 59/17 63/17 64/12 64/13 64/16 64/18 67/10 67/18 67/23 68/10 68/12 68/21 68/23 69/3 69/8 73/6 74/18 75/16 76/10 76/19 77/14 80/6 80/18 81/10 81/10 81/20 85/15 86/24 87/18 88/15 90/14 90/14 95/1 95/20 113/22 113/25 114/7 114/20 115/6 115/11 134/10 134/16 161/20 180/1 185/7 199/8 207/15 207/15 207/22 207/23 217/3 217/12 219/20 219/20
**himself [2]** 163/11 163/15
**hire [1]** 66/2
**hire-ups [1]** 66/2
**hired [12]** 33/11 53/24 76/10 137/7 137/15 137/18 137/23 158/14 158/17 176/20 183/22 207/1
**his [164]** 19/9 33/11 34/14 39/11 39/23 40/4 40/6 40/7 40/13 40/19 40/20 42/6 42/8 42/18 42/22 42/24 43/23 43/23 44/20 44/20 46/1 46/2 46/3 46/8 46/8 46/8 46/14 46/16 46/24 47/9 48/15 48/19 52/23 52/24 52/24 52/25 53/3 53/8 53/17 54/5 55/2 55/5 55/6 55/12 55/15 56/13 57/3 57/5 57/5 57/6 57/15 57/20 62/17 62/21 63/6 63/24 64/6 64/7 64/9 64/11 64/17 65/6 66/1 66/11 66/25 67/8 67/10 67/12 67/17 67/19 67/22 67/25 68/2 68/2 68/3 68/3

**H**

**his... [88]** 68/4 68/4
68/5 68/8 68/8 68/9
68/20 68/23 68/24
69/20 70/24 72/11
72/15 73/24 73/25
75/10 75/21 77/9
77/11 77/16 81/7
81/20 83/3 83/4 84/21
85/4 85/21 85/24
86/14 86/25 87/1 87/2
87/3 87/3 87/4 87/4
87/9 88/20 88/20 90/6
90/15 94/14 95/13
95/16 95/19 95/19
97/11 98/3 100/24
101/4 101/5 101/5
101/6 102/15 102/23
115/3 115/5 115/24
119/14 128/10 129/3
134/10 137/23 146/1
148/14 153/6 153/16
154/20 158/18 158/20
158/25 160/3 162/17
162/21 165/17 167/6
175/23 178/24 186/15
192/2 197/23 198/2
212/16 213/21 216/23
217/5 232/17 232/23
**history [5]** 16/12
16/16 120/23 151/8
153/15
**hit [2]** 59/4 59/5
**hmm [2]** 151/18
208/11
**hold [6]** 56/1 69/16
69/18 90/16 239/17
240/21
**holding [1]** 52/25
**holds [1]** 119/6
**holes [1]** 80/2
**hollowed [1]** 125/22
**home [9]** 26/22 49/2
52/23 54/15 79/24
86/21 86/25 88/12
177/2
**homicide [1]** 92/1
**Honduras [1]** 161/8
**Honor [89]** 5/3 5/9
6/3 6/8 7/15 7/17
8/10 9/3 9/14 9/22
10/13 10/24 11/5
11/11 11/17 12/3 12/8
12/23 12/24 14/18
25/4 34/15 35/22
51/24 51/25 52/12
69/25 72/11 72/15
73/25 73/25 75/5 75/9
79/16 79/18 83/13
90/17 90/21 91/8
93/20 96/9 96/16 97/2

98/3 98/18 98/24
100/12 100/22 101/9
101/17 101/24 102/3
102/11 103/13 104/4
105/2 128/14 129/17
138/20 139/23 140/2
152/15 173/14 174/24
182/23 183/16 209/10
212/19 212/20 212/25
213/4 213/7 213/7
213/14 213/21 222/9
231/6 235/12 235/13
236/25 237/5 237/8
237/17 237/24 238/6
239/7 240/6 242/19
244/1
**Honor's [2]** 97/5
100/16
**HONORABLE [2]** 1/8
245/17
**hope [16]** 69/12
83/13 85/22 86/7 86/9
86/9 104/20 104/20
124/24 126/15 127/6
127/10 127/11 233/5
233/8 233/9
**hopefully [1]** 105/9
**hopeless [1]** 126/4
**hopes [1]** 121/16
**horrendous [2]**
221/6 227/19
**horrendously [2]**
27/25 228/7
**horrible [10]** 54/9
86/18 105/15 142/10
144/20 145/12 145/16
151/7 174/4 202/11
**horrific [1]** 67/7
**horror [3]** 49/21
49/21 49/21
**horrors [1]** 50/2
**hosted [1]** 221/10
**hotel [2]** 101/5
115/23
**hour [13]** 9/13 9/16
9/25 10/9 10/16 20/7
53/24 89/16 89/19
97/3 103/24 103/24
138/25
**hours [4]** 9/7 9/12
86/13 107/2
**house [19]** 34/3 57/2
58/7 58/9 58/22 63/15
85/13 85/16 85/24
86/20 87/10 88/19
89/20 89/20 135/6
135/8 163/21 184/22
184/22
**houses [2]** 89/16
170/6
**housing [4]** 177/16
177/18 177/19 177/21

how **[75]** 8/6 8/6 8/8
8/20 9/10 9/15 12/19
12/20 16/1 18/8 36/5
37/20 37/23 38/2 38/6
39/7 39/22 44/1 45/4
46/21 51/4 53/2 55/21
57/24 58/4 59/9 65/12
66/3 67/10 67/18
68/14 69/9 76/20 78/7
82/14 82/14 89/24
94/22 95/15 97/13
104/6 107/4 122/12
123/6 126/10 126/11
133/3 139/18 142/4
143/3 144/20 144/21
145/21 148/2 151/11
154/21 155/7 156/8
165/18 169/25 174/23
175/24 186/21 196/3
198/3 198/4 198/7
198/9 213/23 218/16
221/2 224/8 229/5
235/19 240/19
**however [1]** 208/24
**Howland [23]** 22/18
23/14 23/16 23/23
23/24 24/3 25/10 28/3
28/4 29/21 30/2 30/8
30/12 98/19 98/20
106/15 107/14 110/25
111/18 122/15 171/13
180/11 201/18
**Howland's [2]** 23/2
25/12
**Hoyos [6]** 65/3 65/23
66/1 66/13 166/24
203/6
**huge [4]** 136/14
136/15 200/3 209/19
**hugged [1]** 57/11
**human [13]** 18/6
18/9 18/19 42/16
42/18 49/17 53/12
54/1 105/18 171/23
174/12 192/23 216/16
**humanity [2]** 18/14
18/20
**Humberto [4]**
123/10 124/2 154/19
175/14
**humiliation [1]**
67/20
**hundred [6]** 84/17
90/6 94/9 125/25
149/11 150/2
**hundreds [8]** 16/18
116/24 138/15 146/19
147/25 154/14 199/22
232/13
**hung [1]** 44/24
**hurry [1]** 92/10
**hurt [7]** 32/18 57/5

219/11 233/23 233/23
233/24 234/1
**Hurtado [5]** 99/11
99/14 101/3 101/8
101/20
**hurts [1]** 157/4
**husband [13]** 48/10
48/14 54/3 54/12 57/8
59/20 78/22 82/12
82/18 89/23 133/13
135/9 204/16
**husband's [3]** 60/19
89/22 208/13
**hyperbole [4]**
111/13 120/3 120/7
121/23
**hypothetical [1]**
173/23

**I**

**I will [2]** 13/23
215/13
**I'll [19]** 9/18 34/20
44/5 53/14 79/19
86/11 91/2 91/3 94/4
97/7 104/11 113/14
122/22 124/5 129/6
130/18 162/9 211/25
237/1
**I'm [126]** 5/23 5/23
6/9 7/2 7/24 9/3 9/9
9/11 9/14 9/25 10/20
11/21 13/19 13/22
15/1 24/4 33/15 34/1
37/5 37/6 37/10 37/13
37/16 37/19 37/19
38/1 48/6 52/18 56/23
57/12 59/23 61/8
61/18 64/24 67/2
70/21 70/23 71/1 71/2
71/10 72/2 73/22
74/10 74/12 78/11
78/15 79/11 79/14
82/22 83/12 83/17
84/4 84/10 84/15
84/17 85/2 85/4 85/11
86/10 87/1 88/7 89/6
89/7 90/3 90/16 90/20
90/24 91/8 92/3 92/10
92/13 93/3 95/9 100/1
100/19 101/15 102/13
102/21 103/6 103/7
103/10 104/13 107/9
107/10 107/11 112/17
116/19 123/12 123/20
124/14 127/21 127/23
128/20 130/10 138/24
148/14 152/13 165/20
167/25 169/15 173/24
174/21 175/2 176/13
176/13 184/9 194/25
201/20 209/23 214/3

214/10 214/22 223/12
231/23 233/4 235/12
235/20 236/22 237/5
237/13 239/3 239/5
239/18 239/19 241/10
243/24
**I've [19]** 7/11 20/13
38/4 42/5 50/20 67/17
69/12 78/2 78/8 84/16
89/9 90/2 130/14
166/25 182/23 185/25
236/3 241/10 243/20
**idea [6]** 29/13 80/13
82/4 82/15 123/18
163/25
**ideal [1]** 156/15
**ideas [3]** 122/18
126/8 126/10
**identification [1]**
34/16
**identified [9]** 22/10
79/6 79/9 81/10
118/24 119/2 137/13
150/22 206/16
**identifies [2]** 99/14
165/23
**identify [9]** 32/18
119/4 136/25 137/6
180/17 204/22 204/25
206/24 208/18
**identities [2]** 135/5
205/6
**identity [3]** 63/1
204/19 204/21
**ideology [10]** 27/15
27/19 28/3 28/5 28/5
29/21 29/22 155/14
155/20 199/20
**idol [1]** 43/7
**if [144]** 5/8 9/18
19/12 20/6 25/18
27/23 28/8 28/11
28/19 28/21 30/5
40/22 45/13 45/21
50/14 50/16 55/14
64/22 67/24 71/12
75/3 79/17 82/7 82/11
84/6 86/10 86/13 90/4
91/2 92/8 101/12
101/23 104/11 106/3
109/17 109/19 109/20
111/4 113/6 113/9
113/11 116/13 119/6
120/14 123/25 128/15
128/24 129/4 129/8
131/6 132/1 132/10
132/12 132/14 132/18
132/24 137/17 142/17
146/15 147/23 148/14
149/24 156/11 156/23
156/23 159/24 162/11

**I**

**if... [74]** 162/20 167/15 167/17 167/22 168/4 168/15 169/22 170/9 170/15 170/15 170/16 170/16 171/20 171/22 174/20 174/21 178/16 185/23 190/13 190/16 195/12 195/12 197/25 198/17 199/16 200/9 200/17 201/2 201/5 201/11 201/22 206/23 208/3 208/16 209/16 210/8 210/15 210/16 210/20 211/1 211/14 213/6 215/3 215/4 215/8 217/12 224/8 226/20 226/23 227/21 229/20 230/1 230/7 230/16 230/19 230/22 231/3 231/25 232/4 234/6 234/6 234/7 234/8 234/25 236/23 238/19 238/20 238/20 239/15 240/1 240/22 242/23 243/8 244/1

**if you can [3]** 113/11 234/25 236/23

**ignore [2]** 33/12 34/6

**III [1]** 2/5

**ill [1]** 58/9

**illegal [12]** 26/1 26/13 26/17 26/20 27/4 53/19 109/20 142/19 151/16 157/13 187/9 188/7

**illustration [1]** 172/20

**imagine [4]** 15/7 77/23 82/8 237/2

**immediate [2]** 230/4 230/21

**immediately [4]** 44/9 44/10 56/16 221/6

**immersed [2]** 64/12 64/14

**imminent [1]** 187/19

**impact [12]** 39/22 39/25 68/7 147/18 147/20 147/21 148/7 149/11 154/17 154/18 186/3 201/7

**impacted [1]** 155/5

**impending [2]** 230/4 230/21

**imperialist [3]** 16/13 218/11 226/2

**implicate [1]** 101/6

**implicated [1]** 114/3

**implicit [1]** 187/13

**implied [1]** 230/6

**important [42]** 20/12 39/12 39/22 41/2 43/5 44/18 51/5 62/4 64/19 71/5 72/11 72/12 87/7 90/7 95/21 106/12 108/12 108/23 109/1 109/22 114/12 116/6 117/11 123/19 124/1 124/11 124/15 125/7 134/2 140/10 142/4 155/10 157/6 162/1 167/11 169/16 169/24 197/19 205/9 213/25 214/5 226/5

**importantly [1]** 191/18

**impose [2]** 166/9 166/11

**imposed [2]** 166/16 166/17

**impossible [7]** 136/19 136/21 190/5 195/14 200/21 200/23 206/24

**impressed [1]** 21/7

**impression [2]** 217/4 236/4

**imprisonment [1]** 219/16

**improper [2]** 102/5 173/15

**improve [1]** 94/22

**in [889]**

**in-house [3]** 34/3 184/22 184/22

**inability [1]** 208/19

**inadequate [1]** 223/24

**inappropriate [1]** 140/3

**INC [1]** 1/3

**incentive [1]** 45/16

**incidences [2]** 154/24 159/6

**incident [3]** 75/23 133/6 172/1

**include [6]** 6/21 15/8 83/4 166/20 243/17 243/18

**included [4]** 67/17 160/25 161/4 194/25

**includes [1]** 228/15

**including [19]** 23/4 26/2 28/9 31/14 35/9 62/10 65/5 65/15 99/9 116/19 119/7 119/11 120/2 143/20 155/18 191/1 197/13 211/19 242/8

**income [5]** 148/1 149/10 200/1 209/19 220/13

**inconsistent [3]** 159/14 159/23 230/10

**inconvenienced [1]** 105/8

**inconvenient [1]** 57/21

**Incorporated [1]** 15/7

**incorrect [3]** 6/2 63/3 66/19

**incorrectly [1]** 148/15

**increase [13]** 16/20 146/2 147/13 149/14 150/4 154/6 154/8 158/19 158/20 200/15 221/1 223/5 228/8

**increased [8]** 149/6 150/10 159/18 200/12 211/4 211/9 211/12 221/7

**increases [2]** 159/5 159/6

**increasing [4]** 18/4 18/21 71/23 200/25

**increasingly [1]** 25/22 25/24

**incredible [2]** 117/14 117/14

**incredibly [3]** 18/10 76/6 177/13

**indeed [11]** 28/8 28/12 77/7 142/23 142/25 165/9 192/14 206/2 213/19 219/8 223/25

**independent [7]** 52/22 108/10 181/13 183/20 197/2 220/10 220/12

**independently [1]** 21/6

**index [2]** 235/19 235/22

**indicated [4]** 34/19 196/1 208/12 235/1

**indicates [3]** 33/4 179/13 197/24

**indication [1]** 130/7

**indicia [1]** 189/22

**indicted [1]** 36/2

**indictment [9]** 45/3 47/13 48/21 65/1 65/4 65/9 66/8 99/6 99/10

**indirect [1]** 111/6

**indirectly [5]** 33/5 50/16 111/4 129/11 228/20

**indiscriminately [1]**

35/20

**individual [14]** 8/12 23/19 31/24 38/19 44/16 74/3 81/25 82/6 142/19 201/20 201/20 208/15 214/6 234/8

**individuals [9]** 22/22 27/2 38/15 38/20 38/24 41/20 46/10 65/14 81/15

**indulgence [1]** 81/12

**industry [1]** 169/12

**infected [1]** 234/3

**infested [2]** 124/22 125/19

**infighting [1]** 153/25

**infinite [1]** 94/23

**inflammatory [1]** 120/17

**influence [1]** 175/11

**informally [1]** 94/13

**informant [2]** 203/9 203/10

**information [17]** 21/21 23/17 23/21 32/2 32/18 33/3 33/7 37/6 39/5 45/14 45/17 53/11 74/25 129/13 181/18 203/6 225/6

**informed [5]** 26/11 26/23 27/1 31/3 182/13

**informs [1]** 191/22

**infrastructure [2]** 113/1 126/19

**inherited [1]** 203/19

**initial [4]** 8/11 45/9 96/7 189/3

**initially [2]** 20/7 239/1

**initials [1]** 34/14

**injuries [1]** 33/6

**injury [6]** 83/3 229/2 229/15 229/16 229/23 232/5

**innocent [2]** 36/13 52/23

**inquired [1]** 128/10

**insensitive [1]** 123/3

**inside [2]** 18/24 108/21

**insight [2]** 111/14 120/7

**insinuate [1]** 217/16

**insisted [1]** 178/8

**inspired [1]** 43/8

**instantaneous [1]** 60/8

**instantaneously [1]** 44/11

**instantly [1]** 44/13

**instead [4]** 45/14 82/20 144/17 241/18

**instill [2]** 169/19 170/13

**instruct [4]** 62/7 117/7 234/18 234/20

**instructed [3]** 22/8 99/3 236/6

**instruction [8]** 22/9 43/17 200/14 228/18 231/22 232/1 241/16 242/22

**instructions [25]** 5/5 5/10 13/22 13/23 13/24 14/1 34/1 72/17 146/1 148/10 148/13 148/13 148/14 148/15 148/16 148/17 201/9 225/13 226/6 226/8 229/18 234/21 236/10 237/18 237/21

**insubstantial [2]** 200/20 201/5

**insurance [1]** 95/16

**intelligence [2]** 84/6 135/25

**intelligent [2]** 29/11 122/22

**intend [1]** 216/7

**intended [2]** 6/18 229/14

**intense [5]** 118/3 118/3 137/19 158/8 193/9

**intensely [1]** 158/3

**intensifies [1]** 49/12

**intention [1]** 102/14

**intentional [1]** 53/22

**intentions [1]** 123/17

**interdiction [2]** 126/13 147/18

**interesting [2]** 79/25 193/2

**interests [7]** 143/2 143/2 143/3 143/11 143/11 143/12 143/15

**interfere [1]** 175/4

**intermediary [1]** 180/7

**internal [11]** 108/7 108/9 178/25 179/3 179/7 179/15 181/8 181/22 183/19 216/21 217/17

**internally [1]** 182/21

**INTERNATIONAL [3]** 1/3 1/17 61/24

**interrogatories [3]** 6/14 6/15 6/23

**interrogatory [6]** 5/14 5/21 6/6 6/22

**I**

**interrogatory... [2]**
6/23 237/15
**interrupt [2]** 14/23
15/1
**interruption [1]**
152/14
**interview [1]** 165/17
**intimidate [1]**
232/15
**into [67]** 11/14
16/14 16/18 22/6
24/21 28/14 33/19
40/22 43/25 50/10
54/11 55/5 55/6 55/6
57/24 57/25 58/7
60/12 61/2 67/2 75/1
77/24 79/1 81/2 85/4
90/15 99/8 99/19
100/10 101/14 101/18
101/21 102/6 102/17
103/11 103/21 118/17
119/18 121/1 121/24
124/7 128/23 138/24
140/25 142/11 149/17
150/22 153/7 155/24
158/11 192/12 196/10
197/22 198/1 208/17
215/2 218/5 218/7
218/12 218/15 221/23
225/19 228/8 228/9
231/3 231/9 231/20
**introduce [1]** 38/11
**introduced [3]**
162/21 163/11 163/15
**invented [1]** 140/20
**investigate [2]**
67/24 208/19
**investigated [2]**
206/5 208/13
**investigating [4]**
25/14 46/9 64/17
110/5
**investigation [26]**
23/6 27/7 30/13 31/14
32/9 32/15 32/17 36/3
36/8 45/9 65/10 77/17
78/4 99/1 99/3 99/5
99/5 99/12 110/17
171/7 190/8 192/4
192/5 192/6 192/17
219/3
**investigations [3]**
110/20 134/4 152/21
**investigative [2]**
74/14 115/24
**investigators [1]**
75/13
**invoice [1]** 29/8
**involuntarily [1]**
165/12

**involuntary [1]**
184/4
**involved [20]** 15/21
25/14 29/24 40/16
63/18 110/1 110/6
121/11 121/13 126/20
160/11 160/19 161/22
163/4 176/9 176/10
185/4 203/13 204/12
209/13
**involvement [5]**
161/13 205/16 224/21
224/22 226/25
**involves [2]** 48/8
190/21
**iradvocates.org [1]**
2/14
**irony [1]** 95/13
**irrationally [1]**
120/7
**irrelevant [1]** 40/11
**is [568]**
**isn't [12]** 46/7
111/21 125/22 137/1
167/3 176/23 179/1
179/16 179/19 196/24
197/14 235/10
**issue [76]** 12/20
37/16 40/17 44/22
74/6 77/4 82/2 82/2
97/7 99/21 99/24
100/24 101/10 109/22
110/4 119/19 119/20
130/18 130/20 130/21
130/23 131/1 131/4
131/4 131/5 131/6
131/14 132/4 132/8
132/11 132/14 132/21
138/3 138/13 138/19
139/18 141/18 141/19
142/2 142/5 142/21
144/5 145/21 145/25
145/25 146/16 147/22
149/5 150/8 151/3
158/5 164/8 184/3
184/3 184/17 184/20
185/12 189/21 196/5
196/6 200/10 210/2
210/5 210/12 210/14
210/15 210/16 211/14
235/23 236/4 236/8
236/10 239/2 239/3
239/20 242/15
**issues [16]** 41/10
97/4 130/11 130/12
130/17 130/17 130/18
131/11 131/19 133/2
138/24 140/25 149/1
150/17 150/18 194/6
**it [591]**
**it's [194]** 5/16 5/20
5/25 6/7 6/13 7/10

7/19 7/20 9/12 9/12
10/1 10/9 10/17 10/19
12/12 14/10 15/5
34/16 34/18 34/25
40/11 42/14 42/19
42/23 43/22 44/19
45/20 46/25 47/1 48/5
48/16 50/14 50/14
55/18 55/18 55/18
61/16 61/17 64/19
67/7 71/24 72/14
72/14 72/14 72/24
73/7 73/12 73/22 75/2
75/8 75/25 77/13
77/22 78/19 79/15
79/17 80/16 80/17
81/6 84/4 84/9 86/6
90/6 90/23 91/6 92/4
93/7 93/21 93/22
94/23 103/18 105/8
105/19 106/5 106/6
107/6 109/22 111/15
111/22 111/22 114/4
115/11 116/6 117/1
119/23 120/24 122/6
123/7 123/22 124/18
124/22 126/9 126/10
129/22 130/3 130/7
131/21 136/4 136/8
136/18 136/18 136/20
137/25 138/8 138/17
138/23 138/25 140/16
141/15 141/18 142/2
145/6 145/10 146/25
147/7 147/22 148/18
149/22 149/24 155/19
157/6 158/2 159/1
159/6 161/19 163/2
163/3 164/16 165/13
166/5 166/16 167/19
169/3 169/18 170/3
171/11 171/23 172/10
172/13 172/18 172/20
172/22 173/8 174/2
174/6 174/15 174/16
174/18 174/20 175/15
176/13 178/15 178/19
184/11 187/5 189/7
189/19 189/21 190/15
191/9 193/13 193/15
197/2 197/3 197/4
199/23 200/18 200/21
200/23 201/4 201/5
201/14 201/25 203/4
205/14 210/3 212/3
214/11 216/10 216/17
225/3 229/17 230/9
231/21 232/6 235/12
235/15 235/18 236/4
239/24 240/19 241/17
242/22 244/3
**item [1]** 32/19

**items [1]** 43/15
**its [45]** 15/11 15/11
15/12 23/4 24/23
26/11 27/6 35/3 62/16
63/5 66/22 92/18
104/22 109/3 120/6
120/6 121/25 123/1
123/15 125/14 143/3
143/11 143/15 143/24
144/11 145/13 150/13
187/9 187/12 187/19
188/19 209/17 221/20
222/21 223/3 223/4
223/5 223/9 223/9
223/25 224/2 224/22
226/18 228/15 229/5
**itself [6]** 66/22 75/1
166/3 197/4 219/14
223/3
**itty [1]** 48/11
**itty-bitty [1]** 48/11

**J**

**Jack [3]** 19/15
219/19 231/15
**JACQUES [1]** 2/15
**jail [2]** 26/14 128/16
**JAMES [3]** 2/8 2/22
2/23
**jameskgreenlaw.co
m [1]** 2/25
**Janeth [7]** 54/9 55/3
57/7 57/12 57/22
60/16 61/6
**January [3]** 193/21
194/2 194/5
**Jason [1]** 47/13
**jcreiter [1]** 2/4
**jcreitlerlaw.com [1]**
2/4
**Jeanette [1]** 60/2
**jeans [3]** 55/11
134/9 202/5
**Jesuit [2]** 55/17 56/9
**Jesuits [1]** 53/13
**Jesus [4]** 133/15
157/10 163/6 207/3
**Jinete [3]** 83/21
135/11 207/3
**jkg [1]** 2/25
**job [11]** 19/4 46/16
50/24 72/21 74/12
84/8 86/12 95/13
95/22 152/17 243/24
**jobs [14]** 16/23
122/6 126/1 126/1
126/25 144/1 144/17
175/21 177/13 177/24
190/18 194/17 194/23
195/2
**Johana [1]** 60/3
**JOHN [6]** 1/10

168/21 168/23 171/13
194/13 202/21
**join [3]** 18/13 233/10
233/19
**joined [2]** 113/24
220/5 220/6
**joining [2]** 18/15
220/7
**JONATHAN [2]** 2/1
2/2
**JORDAN [3]** 1/17 4/6
61/15
**Jorge [6]** 87/14
87/15 87/22 88/10
88/11 88/13
**Jose [2]** 92/6 176/2
**jot [1]** 39/12
**Jovanny [3]** 99/11
99/14 101/3
**Juan [2]** 76/10
203/24
**judge [17]** 1/9 23/11
24/7 24/9 47/6 52/3
62/7 93/23 117/7
145/25 148/12 149/4
173/19 200/11 211/8
213/21 245/7
**judge's [2]** 38/25
201/8
**June [6]** 1/4 25/12
25/16 27/7 27/9
245/16
**June 2018 [1]** 27/9
**jungle [3]** 16/22
117/24 218/14
**jurors [11]** 10/22
12/21 12/25 86/4
104/5 105/23 124/16
139/11 174/20 183/9
213/8
**jury [64]** 1/8 5/5
5/10 7/2 7/3 13/1
13/2 13/25 14/2 20/3
20/14 33/25 51/18
52/6 52/7 56/11 69/25
73/8 82/23 83/17 84/1
84/6 91/7 92/12 96/24
97/12 97/19 97/21
97/25 98/5 98/15
98/16 98/19 101/13
104/16 104/17 119/9
120/11 122/21 131/25
139/5 139/12 139/13
146/1 148/10 148/12
148/13 183/7 183/11
183/12 187/6 201/9
211/23 212/12 213/3
213/10 225/13 235/5
235/6 235/16 236/6
236/10 237/18 242/22
**jury's [1]** 96/11
**just [153]** 5/9 5/14

**J**

**just... [151]** 6/4 7/9
7/17 9/9 9/19 9/25
10/24 11/11 11/15
11/16 11/24 12/12
12/18 12/19 15/3 21/1
27/17 27/24 29/12
34/1 38/1 38/3 40/25
41/13 44/5 44/7 44/15
53/23 60/1 60/7 62/20
63/13 66/5 67/4 67/5
69/12 71/24 73/23
77/8 77/18 79/21
81/13 81/25 82/9
82/18 85/4 85/8 85/13
86/5 86/16 87/2 90/20
91/2 93/18 93/21
94/25 98/14 100/7
100/17 100/23 101/17
103/6 104/3 105/20
106/5 106/6 107/19
107/20 108/2 110/21
112/24 121/24 132/13
136/19 137/24 144/1
149/8 150/17 154/19
155/5 155/23 159/13
168/9 168/10 170/25
171/11 171/19 172/15
172/24 173/4 174/16
175/13 176/3 179/23
179/25 186/24 189/10
189/21 195/18 197/17
198/12 198/16 209/18
210/6 211/24 213/6
215/1 215/3 215/15
216/12 217/9 217/19
217/22 217/24 220/11
222/7 224/12 224/18
229/17 230/15 233/7
233/14 233/20 234/7
235/1 235/15 235/18
235/22 236/17 237/16
237/17 237/20 237/25
238/4 238/13 238/24
238/25 239/14 239/16
240/3 240/4 240/9
241/8 241/12 241/17
241/20 243/1 243/3
243/13 244/25 245/3
**justice [39]** 20/17
37/17 41/18 45/8 46/7
50/3 50/17 50/22 51/17
51/10 62/1 70/14
72/20 72/21 73/9
73/14 73/20 73/23
84/15 84/17 105/9
105/11 105/22 106/3
114/8 115/15 115/16
128/19 128/23 129/24
130/3 142/18 142/20
162/3 166/14 168/3

210/1 212/1 234/4
**Justicia [1]** 129/18
**justified [2]** 36/12
185/6
**Justina [1]** 88/3
**justly [1]** 125/18
**juvenile [1]** 78/24
**juvenile's [1]** 79/24

**K**

**Kaplan [31]** 41/3
41/4 45/4 46/4 47/18
48/22 53/6 55/16
57/14 65/2 65/8 65/12
65/19 66/10 80/13
89/18 136/17 136/23
137/7 137/15 137/18
158/13 158/17 159/17
160/2 160/15 161/14
165/16 198/23 199/3
207/1
**Kaplan's [5]** 41/14
65/14 90/4 160/8
161/12
**Karina [1]** 62/18
**keep [8]** 64/19
108/24 150/7 159/12
174/17 189/6 223/12
244/20
**keeper [2]** 71/24
72/2
**keeping [1]** 26/2
**Keiser [22]** 27/8
27/10 29/25 111/6
111/9 122/15 122/19
123/21 125/25 144/23
167/8 167/9 167/14
167/19 167/22 168/8
192/16 217/2 217/4
217/8 230/8 230/12
**KELLOGG [1]** 2/22
**KENNETH [1]** 1/8
**kept [2]** 30/20 180/9
**key [8]** 39/5 116/14
116/15 116/21 119/25
135/21 151/2 158/10
**kidnapped [3]** 76/15
114/2 172/2
**kidnapping [2]**
193/1 225/6
**kidnappings [1]**
115/18
**kidnaps [1]** 193/14
**kids [6]** 47/6 47/11
48/24 59/8 85/6 95/3
**kill [22]** 40/18 58/23
79/12 81/3 81/4 81/9
82/7 88/15 89/19
114/13 133/3 134/15
134/17 145/13 152/24
170/6 170/7 170/9
170/10 170/15 170/18

174/17 293
**killed [108]** 37/14
38/8 40/20 40/22
40/24 41/13 41/16
42/15 43/1 44/11
44/22 44/25 46/5 46/6
47/21 47/24 53/2
57/12 57/12 58/8
62/13 62/24 64/7
64/11 64/12 64/13
65/20 66/1 81/10
81/20 82/6 82/12
82/18 84/21 85/23
87/6 88/3 88/3 88/10
88/17 89/6 89/13
90/14 92/20 93/2
113/13 116/17 116/22
116/25 117/2 117/4
117/12 118/6 118/7
118/16 119/4 119/21
119/23 130/22 131/7
131/22 132/2 132/5
133/17 133/23 134/1
134/20 134/23 135/6
135/9 136/19 136/21
136/22 138/14 151/4
151/13 152/19 152/24
156/6 158/4 158/6
158/12 161/1 170/3
172/8 175/17 178/1
195/13 201/3 201/3
201/3 201/4 202/11
202/21 204/9 204/13
204/14 204/16 205/17
206/7 207/4 209/5
210/4 216/1 216/1
216/2 216/3 216/3
**killer [4]** 63/2 87/16
135/14 137/1
**killers [1]** 200/17
**killing [14]** 35/19
40/19 41/1 65/18
66/21 81/25 86/17
91/23 91/24 135/2
163/21 164/3 197/7
205/11
**killings [20]** 53/19
53/21 57/17 65/13
66/12 138/10 155/5
159/18 159/20 159/21
159/22 160/4 160/11
160/22 161/13 161/22
163/4 202/3 203/5
209/14
**kilo [2]** 147/9 198/1
**kilograms [4]**
196/15 196/16 198/3
198/4
**kilometers [2]**
114/23 115/9
**kilos [7]** 118/12
118/12 147/2 147/6

198/6 198/7 199/2
**kind [14]** 29/12
78/19 81/24 83/8
87/25 94/25 95/20
111/13 129/21 132/21
173/7 175/21 176/12
239/3
**kinds [4]** 22/7
117/13 140/24 168/18
**kingpin [7]** 146/25
155/18 163/24 164/1
196/10 197/24 203/16
**Kirkland [7]** 102/9
188/24 189/4 189/11
189/12 189/15 189/23
**Kistinger [6]** 121/4
121/6 122/14 142/6
194/24 195/4
**kits [1]** 152/20
**knew [64]** 16/14
17/2 17/8 17/18 17/20
17/21 17/21 17/24
18/4 21/12 26/1 27/6
27/9 27/14 28/6 30/17
30/23 30/25 31/6 31/8
31/9 31/11 44/23
63/18 75/18 76/17
76/19 77/2 79/10
79/13 88/23 88/24
88/24 88/25 89/1
99/14 114/19 114/25
115/2 133/5 144/20
144/24 145/1 145/4
145/12 145/13 145/16
165/7 216/8 216/8
216/14 216/16 217/19
220/22 221/22 221/23
222/4 223/23 223/24
229/5 229/8 229/16
231/8 233/3
**knife [1]** 136/5
**knives [1]** 119/17
**know [134]** 5/8 7/19
7/23 15/13 15/14 16/1
16/2 18/8 18/16 20/5
20/19 20/24 21/19
23/2 28/16 32/12 39/9
41/22 53/2 57/24
61/17 64/24 69/15
74/10 78/7 78/20 81/7
81/24 82/2 84/11
84/12 85/8 85/11
85/14 85/23 86/4 86/6
86/11 87/6 88/2 88/6
88/7 88/8 89/1 89/5
90/9 93/1 93/6 94/4
94/19 95/8 95/13
97/13 97/15 99/25
103/6 104/6 104/8
106/20 108/9 110/15
114/22 116/8 118/17
122/21 123/6 123/13

124/17 125/2 125/2
125/15 128/5 133/3
133/9 133/10 133/16
133/19 133/21 133/22
133/25 134/21 135/5
135/7 137/3 137/12
139/18 142/5 145/21
147/8 149/18 149/22
161/25 163/13 168/23
169/3 169/5 171/17
175/17 189/16 189/16
190/21 193/8 193/9
193/22 194/11 195/8
204/18 204/21 204/22
204/25 205/13 205/22
205/24 205/25 208/3
216/2 216/3 216/6
217/10 217/12 217/15
219/4 219/13 220/17
222/18 223/13 224/8
224/25 229/6 230/6
232/25 236/14 242/10
244/22
**knowing [14]** 19/4
35/18 131/2 145/23
148/21 156/13 196/7
201/13 209/19 218/23
218/23 221/4 227/18
228/9
**knowingly [10]** 16/1
17/6 17/14 17/16 18/1
97/14 211/16 229/2
229/20 242/7
**knowledge [8]**
22/15 76/6 110/1
121/19 134/20 151/12
169/1 171/12
**knowledgeable [2]**
151/25 157/8
**known [8]** 17/8
29/24 45/2 64/25 79/7
117/18 152/24 204/4
**knows [9]** 22/23
63/9 66/19 90/17
115/6 118/16 118/20
136/5 202/13
**KPMG [9]** 107/20
107/24 180/14 180/24
181/16 181/23 181/23
183/20 192/9
**KROEGER [1]** 2/19

**L**

**La [2]** 114/1 124/22
**label [2]** 235/19
235/21
**labeled [1]** 29/7
**labor [4]** 28/11
29/25 177/9 222/6
**laboratories [1]**
117/25
**lack [5]** 149/9 202/1

**L**

**lack... [3]** 202/17
207/2 208/18
**lacks [1]** 68/3
**ladies [26]** 13/4
14/20 52/8 52/10
72/20 83/7 83/17
104/19 105/3 112/17
113/9 114/4 116/6
124/5 135/15 139/1
139/15 174/7 183/4
183/13 183/17 211/22
212/3 213/11 213/19
234/15
**lading [2]** 29/8
224/15
**lady [3]** 48/5 48/11
59/14
**laid [2]** 38/6 47/24
**Lakes [1]** 1/12
**Lakeview [1]** 2/23
**land [9]** 67/24
117/23 157/16 157/19
203/19 203/21 204/3
223/4 228/7
**lands [1]** 170/10
**lane [1]** 84/19
**language [19]** 7/15
62/2 87/12 98/14
113/11 120/18 236/5
236/16 238/3 239/1
239/15 240/8 242/13
242/18 242/20 242/21
243/11 245/3 245/5
**large [5]** 15/7 17/23
63/8 117/15 188/23
**larger [1]** 225/24
**largest [6]** 186/17
186/17 186/19 188/11
203/24 204/4
**Las [1]** 85/19
**last [21]** 5/5 5/16
6/11 8/2 8/2 12/1
12/7 12/12 12/15 26/6
55/3 72/8 78/15 78/20
78/23 83/23 93/16
93/17 142/18 197/18
214/16
**lasted [1]** 105/16
**late [3]** 10/22 10/23
126/14
**later [13]** 7/11 21/9
80/3 85/13 93/25
95/25 119/2 119/15
128/21 141/14 150/3
171/25 184/5
**Latin [4]** 121/13
121/16 121/25 143/21
**Lauderdale [5]** 2/7
3/3 3/20 223/18
245/18

**laughed [2]** 87/11
87/16
**law [66]** 2/2 13/19
18/22 28/16 37/10
45/8 62/7 72/10 72/13
72/16 72/18 72/24
73/24 73/24 73/24
73/25 105/24 109/7
109/10 109/11 109/15
109/20 114/13 171/3
183/21 183/22 184/2
184/5 184/15 184/21
186/14 186/20 186/24
188/7 188/11 190/18
195/8 195/11 195/12
201/14 215/20 215/21
216/5 216/5 216/6
216/7 217/2 219/14
226/13 226/16 227/7
227/8 228/16 228/18
228/19 228/23 229/19
229/24 231/16 234/6
234/10 234/18 238/8
243/4 244/14 244/23
**laws [3]** 33/23 72/21
166/12
**lawsuit [6]** 33/21
37/12 39/20 47/7 61/5
150/20
**lawyer [4]** 14/8 67/3
83/25 129/12
**lawyers [19]** 13/12
13/17 13/21 14/7 15/9
28/20 34/5 35/23 40/9
52/22 61/18 83/24
86/4 105/5 128/5
128/11 189/19 231/20
233/10
**lazy [2]** 87/13 87/14
**lead [1]** 120/9
**leader [7]** 65/4 80/5
110/10 140/12 140/22
146/22 146/23
**leaders [1]** 155/17
**leading [1]** 153/14
**leads [1]** 132/14
**leaf [1]** 117/23
**learn [3]** 108/21
121/21 226/22
**learned [7]** 64/6
72/5 117/19 118/8
170/24 171/15 188/20
**learning [2]** 186/11
224/21
**lease [1]** 82/19
**least [10]** 26/25 27/5
97/12 97/20 98/4
98/10 186/17 201/17
220/18 232/13
**leave [16]** 10/21
14/11 51/16 54/15
58/8 58/9 63/12 82/22

84/7 89/16 89/20
89/20 104/13 126/2
127/4 149/16
**leaves [3]** 62/17
80/1 156/17
**leaving [1]** 219/24
**Lechuga [1]** 165/7
**led [3]** 32/13 147/17
222/5
**left [29]** 19/14 54/9
58/19 63/12 63/13
70/17 78/10 80/1 80/7
80/8 80/12 80/15 84/8
85/6 88/11 94/3 94/15
94/16 106/23 113/23
113/24 143/14 143/25
149/16 174/23 203/3
207/22 219/12 221/12
**left-wing [1]** 221/12
**legal [30]** 13/21 14/1
24/20 24/22 25/6 25/8
62/3 74/10 105/23
109/6 109/9 109/13
109/14 109/18 183/22
183/24 184/7 184/19
185/11 185/15 185/21
186/8 186/14 187/1
188/10 209/16 216/9
216/10 228/18 231/13
**legalese [1]** 242/25
**legality [2]** 187/1
188/3
**legally [4]** 105/23
185/8 226/22 228/24
**legwork [2]** 46/8
46/8
**Lemus [3]** 70/3
70/22 135/7
**length [2]** 24/17
131/13
**lengths [1]** 116/7
**Leon [3]** 204/23
205/3 205/4
**Leopoldo [1]** 133/19
**LESLIE [1]** 2/19
**less [5]** 20/6 147/11
206/20 206/21 220/1
**lessening [1]** 222/6
**lesson [1]** 218/10
**let [32]** 5/8 27/17
44/6 55/25 72/8 78/17
79/19 81/14 82/21
84/18 86/16 92/10
93/14 94/3 95/1 102/2
104/8 107/15 123/8
139/10 145/19 147/21
149/22 163/11 163/12
174/15 174/17 189/13
193/21 194/1 224/18
243/22
**let's [53]** 12/25 27/6
39/1 41/17 44/16

51/14 57/23 63/3
84/18 91/18 104/5
111/18 113/17 113/17
120/10 122/25 123/11
124/10 124/12 127/18
130/17 137/3 139/11
139/17 139/20 140/6
141/7 145/21 151/2
157/9 158/22 159/11
159/12 163/7 164/7
169/8 172/13 172/24
172/25 175/23 183/3
183/9 183/25 192/5
197/16 198/16 198/23
205/8 206/11 207/8
207/21 212/9 213/8
**lethal [2]** 223/17
224/13
**letter [7]** 101/19
101/11 119/8 119/10
184/11 185/20 186/1
**letterhead [2]**
101/19 184/11
**level [6]** 18/4 31/3
61/8 153/23 194/17
199/19
**levels [1]** 153/20
**liability [9]** 105/23
148/19 148/22 210/13
210/22 210/25 227/4
227/20 232/4
**liable [7]** 66/20
105/23 144/20 226/22
227/6 227/13 230/1
**liar [1]** 114/4
**Libardo [6]** 39/5
39/10 41/9 133/15
157/10 163/6
**license [15]** 141/6
141/17 185/4 238/10
238/13 238/25 240/17
241/1 242/1 243/6
243/14 243/18 243/18
244/15 244/24
**lie [3]** 57/4 57/10
64/14
**lied [1]** 115/4
**lies [2]** 116/1 116/3
**life [30]** 21/5 21/9
39/24 41/23 41/24
42/1 42/7 42/10 42/22
43/25 46/21 46/23
54/19 56/18 60/14
68/20 76/17 78/2
82/19 94/7 95/16
126/7 150/2 150/2
154/18 156/23 171/23
174/12 192/23 206/4
**lifestyle [2]** 40/8
40/12
**light [3]** 114/8
158/15 233/18

**like [75]** 8/10 8/16
9/16 9/25 20/1 22/16
27/4 29/19 29/20 42/7
42/10 42/23 42/24
43/15 45/21 49/5
53/23 55/1 57/6 58/7
59/6 60/1 60/10 61/12
68/17 77/3 77/4 77/12
83/25 86/2 87/15
87/22 91/7 94/8 102/8
106/19 108/2 112/15
116/9 117/16 117/16
117/16 117/17 121/24
123/21 127/2 130/24
132/9 132/20 136/8
136/20 138/22 145/6
148/20 149/22 149/24
150/20 153/5 168/20
171/18 173/5 174/3
176/24 178/5 178/17
181/1 191/7 191/9
192/9 209/5 214/4
214/20 217/12 227/6
238/12
**liked [1]** 193/5
**likelihood [2]** 205/16
226/3
**likely [3]** 41/10
119/23 207/18
**limit [2]** 9/7 78/11
**limited [3]** 19/25
98/14 235/19
**Lina [15]** 85/7 85/12
85/19 85/21 86/21
88/15 89/15 90/8
91/19 93/1 95/6 95/23
95/24 96/4 165/7
**line [14]** 44/5 44/15
44/15 47/18 53/7 60/5
60/8 77/1 92/12 92/15
144/3 165/21 171/23
200/23
**lines [3]** 38/19 60/8
154/5
**link [1]** 158/14
**list [21]** 7/23 22/20
33/16 34/10 34/24
34/24 54/4 81/9 98/8
113/11 128/18 128/20
128/22 129/24 138/7
162/2 162/15 162/23
180/22 180/23 227/25
**listed [6]** 65/6 163/5
179/1 179/5 179/20
210/4
**listen [6]** 51/4 76/25
79/12 81/13 148/14
148/15
**listening [1]** 214/24
**literally [1]** 239/12
**litigation [1]** 225/2
**little [48]** 19/17

**L**

**little...** **[47]** 20/22
24/4 48/25 56/21 74/4
77/6 84/18 85/3 85/4
105/5 106/10 107/1
110/3 110/21 114/10
119/1 119/15 123/12
128/21 130/15 135/16
138/5 140/25 142/11
147/3 149/22 149/24
155/9 155/13 155/21
158/13 160/6 161/23
164/12 171/25 172/11
173/2 175/6 179/23
188/13 192/25 197/16
201/23 211/24 225/24
229/17 233/21
**live** **[6]** 46/22 58/11
59/22 151/10 174/10
174/11
**lived** **[18]** 46/23
54/19 55/23 58/5
85/20 85/22 86/2
88/21 89/15 94/7
94/10 136/8 146/9
153/2 153/25 157/19
158/4 158/9
**lives** **[13]** 17/15 18/7
36/6 36/13 96/5
108/19 112/23 171/5
171/9 171/10 171/21
178/11 216/16
**livestock** **[3]** 169/11
170/10 170/21
**living** **[4]** 21/5 63/4
94/9 190/17
**lkroeger** **[1]** 2/21
**LLP** **[4]** 2/5 2/9 2/13
3/10
**loading** **[1]** 223/9
**local** **[2]** 165/5
232/15
**locally** **[1]** 108/23
**location** **[2]** 55/20
212/16
**locations** **[1]** 212/18
**logic** **[2]** 72/14 72/14
**logo** **[1]** 87/4
**long** **[28]** 10/13
14/21 19/9 19/16
33/16 34/24 34/24
35/11 55/11 74/17
74/18 75/16 84/16
104/6 107/4 126/2
134/9 150/24 169/4
169/15 175/24 185/22
202/5 219/20 225/1
225/1 227/25 231/17
**longer** **[4]** 44/1
174/23 185/7 211/24
**look** **[86]** 17/25

19/18 55/1 78/19 90/5
92/8 95/9 95/12
105/25 106/4 109/4
110/3 111/8 113/7
116/13 116/13 116/21
117/1 118/9 118/17
118/22 119/1 119/6
119/10 119/14 119/18
119/21 120/11 120/14
120/24 122/25 130/8
130/17 133/4 135/20
136/15 136/17 136/18
137/23 138/3 138/11
138/13 140/6 141/7
142/17 142/17 145/7
145/21 147/7 149/20
151/2 155/9 157/9
158/22 159/24 161/3
162/20 163/8 164/7
171/25 172/24 175/23
183/25 184/3 191/24
197/1 197/16 198/16
198/24 199/3 200/18
201/22 205/8 206/11
207/8 207/21 208/22
209/12 209/12 209/18
210/1 211/10 215/3
236/18 240/22 243/22
**looked** **[9]** 27/11
57/6 57/10 86/2 89/24
206/19 206/20 222/24
223/1
**looking** **[8]** 18/6
25/19 121/14 141/1
159/3 205/15 220/16
225/15
**looks** **[2]** 45/20 91/7
**Loomis** **[1]** 149/25
**Losing** **[1]** 67/7
**loss** **[21]** 38/16
40/13 43/15 43/16
46/25 47/2 47/14 48/7
48/8 49/4 49/5 49/6
50/7 67/10 67/13
67/15 68/5 68/6 94/23
95/19 95/20
**losses** **[8]** 41/18
41/19 43/20 43/25
44/2 50/6 50/12 50/22
**lost** **[12]** 41/20 46/12
47/3 47/6 47/11 48/10
48/14 50/1 57/7 59/10
155/2 239/3
**lot** **[32]** 15/9 20/1
25/8 27/18 33/16
52/17 54/19 89/4
92/23 99/24 107/10
117/1 119/25 120/1
120/2 133/25 138/6
145/7 149/20 151/19
156/24 157/3 165/1
165/2 165/2 176/3

204/2 206/2 206/3
206/3 215/10 215/10
**lots** **[2]** 43/8 58/5
**loud** **[1]** 185/24
**love** **[1]** 95/13
**loved** **[8]** 37/14 40/6
49/11 49/13 49/16
62/9 93/2 105/15
**loving** **[2]** 41/23 95/2
**low** **[4]** 177/13
205/16 218/22 223/4
**lowest** **[1]** 198/22
**lowland** **[1]** 106/25
**loyalty** **[1]** 175/22
**Luis** **[2]** 42/14
133/22
**lunch** **[10]** 75/14
96/10 96/12 96/22
98/9 100/25 103/22
103/24 103/24 104/20
**Luncheon** **[1]** 103/25
**luxury** **[1]** 162/11
**Luz** **[3]** 39/16 39/20
42/8
**lying** **[4]** 114/15
114/15 114/24 115/14

**M**

**Machado** **[4]** 38/5
44/14 205/8 205/15
**machete** **[1]** 227/16
**made** **[92]** 6/8 7/18
7/19 16/1 17/5 17/9
20/11 20/17 26/7 26/7
26/24 27/22 28/1 28/7
31/24 31/25 31/25
35/2 35/7 36/22 46/22
59/15 70/19 73/15
75/21 84/25 87/1
93/16 93/17 94/21
97/11 97/14 97/19
98/1 98/5 98/16 99/17
99/19 102/25 103/7
108/1 109/13 109/17
109/19 110/24 111/1
111/3 111/3 111/12
120/25 121/5 121/6
128/17 129/9 129/11
141/24 142/12 144/2
145/2 162/1 162/12
164/16 166/5 174/14
175/18 177/2 178/22
183/23 185/3 188/20
189/18 190/2 199/23
211/11 212/15 215/11
215/25 217/20 218/5
219/3 223/3 225/20
226/11 226/14 229/9
230/13 232/11 233/8
234/2 237/15 237/15
240/15
**Magdalena** **[4]**

31/17 54/18 58/11
220/9
**maid** **[1]** 155/1
**maintained** **[1]**
194/23
**maintains** **[1]**
228/22
**majority** **[1]** 197/20
**make** **[66]** 13/21
14/12 15/16 15/24
17/3 19/24 20/17
21/17 28/7 29/10 30/1
31/11 36/5 36/9 36/23
40/1 47/15 60/24
71/22 73/9 75/11
75/25 77/8 84/9 88/11
98/23 101/1 101/25
103/8 103/15 103/17
111/4 111/14 112/22
114/5 120/7 120/8
120/8 122/23 129/6
140/8 145/11 145/22
162/9 166/12 167/22
168/4 171/20 171/24
172/5 173/7 175/7
177/14 186/9 187/14
189/4 189/14 212/17
215/2 215/18 218/8
222/22 230/14 234/8
235/15 237/18
**makes** **[11]** 28/12
77/18 92/18 104/10
150/11 169/19 173/11
194/5 196/20 243/21
244/22
**makeup** **[1]** 46/19
**making** **[44]** 26/14
26/20 31/11 33/18
35/1 35/17 40/12
40/13 50/17 68/13
86/17 100/13 100/19
108/5 108/6 108/14
109/8 109/12 110/5
111/25 120/3 123/4
146/19 149/2 169/2
171/9 181/20 181/21
183/19 191/2 191/6
191/18 192/1 200/2
203/13 209/15 215/17
217/5 217/9 217/13
218/12 227/18 231/10
231/18
**Mal** **[1]** 199/22
**man** **[15]** 43/10
56/12 57/7 58/2 63/7
63/9 63/14 67/9 76/2
76/9 81/19 114/13
204/2 208/9 208/9
**manage** **[1]** 197/12
**management** **[1]**
26/12
**manager** **[5]** 140/13

182/1 182/3 182/18
193/1
**manager's** **[1]** 26/3
**managerial** **[2]** 31/3
31/6
**managerial-level** **[1]**
31/3
**Mancuso** **[15]** 118/9
155/19 166/7 196/10
196/11 196/20 197/4
197/23 198/3 198/4
220/5 220/5 221/9
221/14 221/19
**Mancuso's** **[1]**
146/22
**Mangones** **[12]** 53/9
90/11 90/18 90/18
91/22 92/1 92/6
119/11 161/16 165/18
165/19 209/1
**Mangones'** **[1]** 56/9
**manner** **[1]** 49/10
**Manuel** **[7]** 34/14
76/10 113/9 126/5
126/19 177/8 185/5
**many** **[27]** 8/20
22/22 34/12 42/23
82/14 82/14 118/23
127/19 137/12 152/23
155/18 156/5 156/16
164/1 165/18 169/13
176/20 176/24 188/14
198/3 198/4 198/7
198/14 204/8 204/8
218/19 232/14
**map** **[7]** 85/19
118/14 135/17 135/17
147/3 158/16 159/3
**maps** **[2]** 135/16
136/18
**March** **[1]** 24/22
**marched** **[1]** 83/3
**marco** **[2]** 1/15 1/19
**Maria** **[14]** 62/18
63/6 63/6 63/9 63/10
63/12 63/15 63/16
64/5 66/6 68/9 69/9
69/11 165/7
**MARIANO** **[1]** 1/11
**Mariela** **[10]** 85/14
85/15 85/22 86/19
89/2 93/1 94/12 94/15
95/23 96/4
**Mariela's** **[1]** 85/5
**Marina** **[3]** 39/16
39/20 42/8
**marissa** **[2]** 1/15
1/20
**marked** **[1]** 127/23
**market** **[1]** 52/24
**markets** **[1]** 121/8
**MARRA** **[4]** 1/8

**M**

**MARRA... [3]** 145/25 148/12 213/21
**married [4]** 46/24 54/14 57/7 60/16 89/23 89/24
**Marta [6]** 31/17 114/23 115/8 117/20 118/11 182/14
**Martinez [2]** 124/9 175/12
**Marx [1]** 199/21
**Marxist [1]** 155/14
**maryum [2]** 1/17 1/21
**massacre [1]** 217/9
**massacres [6]** 160/19 160/25 161/2 232/13 232/14 232/24
**massive [2]** 216/25 224/13
**match [3]** 202/15 239/9 240/4
**mated [1]** 121/7
**material [1]** 242/7
**math [2]** 198/17 199/16
**matter [8]** 88/9 93/3 106/23 113/14 128/14 232/25 235/18 245/14
**matters [3]** 25/9 102/7 214/13
**may [44]** 10/7 10/22 13/21 14/18 18/12 18/16 31/5 37/2 52/12 57/17 61/13 62/6 69/1 69/5 79/19 79/22 83/14 87/6 88/8 92/18 100/4 100/7 102/11 102/17 103/22 124/14 139/16 139/23 152/13 167/7 173/1 183/15 185/3 194/8 213/14 214/23 219/15 219/16 219/17 222/9 222/12 226/22 227/6 227/13
**may be [4]** 10/22 100/4 222/12 227/13
**Maya [4]** 129/1 129/11 129/13 162/5
**Maya's [1]** 205/2
**maybe [14]** 18/14 35/8 104/7 128/25 174/25 179/23 182/23 201/25 224/20 224/20 225/3 225/6 225/7 225/11
**McCauley [1]** 3/10
**McKenzie [11]** 109/16 184/6 184/11 185/9 185/18 186/2

**McLaughlin [1]** 186/22 186/25 187/4 187/25
**McLaughlin [1]** 186/6
**md [1]** 1/2
**me [98]** 5/8 6/14 8/14 9/6 9/14 19/5 20/2 20/20 27/17 32/24 36/19 37/3 42/9 43/2 43/3 43/4 43/4 44/7 46/15 46/16 46/18 46/18 48/4 49/2 57/4 57/11 57/11 57/22 58/1 58/9 58/21 59/1 72/8 74/7 74/11 74/14 75/13 78/1 78/5 78/5 78/5 78/13 78/17 79/12 81/14 82/21 83/25 84/18 86/10 86/16 91/2 92/10 93/14 94/3 95/1 102/2 103/7 104/8 104/10 104/12 107/15 123/9 128/19 129/8 129/9 134/25 139/10 139/23 149/22 150/16 157/4 162/11 162/12 163/11 163/12 168/12 171/7 172/7 173/14 173/14 176/2 176/4 176/6 176/14 189/13 193/21 196/1 212/24 214/18 215/12 217/14 226/11 226/14 234/18 239/18 243/22 244/7 244/17
**me.com [1]** 3/4
**meals [1]** 101/5
**mean [20]** 7/6 30/25 81/19 95/2 100/5 100/14 101/12 126/5 134/22 134/23 156/19 173/24 175/3 205/4 217/9 219/22 224/8 236/7 236/22 241/15
**meaning [1]** 200/12
**meaningless [1]** 196/19
**means [17]** 45/13 66/14 68/13 100/9 107/12 112/11 114/10 121/12 121/18 131/18 149/5 163/2 170/19 205/13 211/17 233/23 234/1
**meant [6]** 5/21 6/21 70/20 189/17 195/12 219/24
**measure [3]** 25/18 94/23 234/4
**measured [2]** 95/19 95/20
**measures [1]** 34/9

**Medellín [6]** 118/19 127/22 128/8 153/5 153/21 156/9
**medic [1]** 122/20
**medical [1]** 176/24
**meet [4]** 68/12 131/14 133/2 138/18
**meeting [26]** 27/7 140/11 140/21 144/10 144/23 145/13 167/9 167/13 168/7 182/16 190/3 191/7 191/10 191/14 191/21 191/23 192/15 195/6 206/10 218/4 218/7 221/10 221/11 225/22 225/25 230/5
**meetings [7]** 63/23 73/8 73/13 79/11 81/8 81/9 128/7
**meets [4]** 191/16 191/22 194/2 209/7
**Mejia [1]** 44/23
**MELISSA [1]** 3/9
**member [4]** 26/11 53/3 110/9 197/12
**members [9]** 37/5 50/2 61/4 61/6 69/25 187/7 211/5 211/5 228/23
**memo [2]** 186/2 189/23
**memorandum [6]** 102/10 102/12 189/12 218/3 218/6 218/6
**memories [1]** 96/1
**memorize [1]** 13/25
**memory [2]** 68/14 84/18
**men [12]** 15/8 16/14 17/15 36/13 133/12 134/20 135/5 135/8 208/4 208/8 208/12 208/12
**menace [1]** 53/25
**Mendoza [2]** 46/3 128/10
**mental [9]** 43/17 43/18 47/3 49/6 60/14 60/18 67/13 69/2 69/5
**mentally [1]** 21/6
**mention [2]** 107/20 164/20
**mentioned [10]** 47/8 94/8 107/19 148/10 149/8 155/2 155/23 158/13 203/15 234/20
**mentioning [2]** 196/18 206/1
**merchants [1]** 167/2
**MESA [2]** 1/11 37/11
**MESA-ESTRADA [2]**

**1/11 37/11**
**message [2]** 140/8 176/12
**met [11]** 54/14 66/14 70/17 74/18 75/16 94/5 111/6 132/11 147/24 155/6 190/3
**method [1]** 182/14
**methodology [4]** 41/14 57/20 67/2 67/5
**methods [1]** 156/15
**mfmurphy [1]** 3/13
**Miami [5]** 124/22 221/24 221/24 221/24 223/18
**MICHAEL [2]** 3/8 3/10
**michael.stoolman [1]** 3/14
**microphone [4]** 14/24 37/22 52/3 213/16
**mid [2]** 106/11 121/6
**middle [6]** 16/19 17/18 118/6 118/15 118/15 136/9 215/15 228/6
**might [10]** 9/19 85/20 86/1 95/20 96/2 108/20 135/25 213/6 215/6 230/7
**Miguel [13]** 7/20 7/21 7/25 8/1 8/1 8/2 8/3 44/18 45/25 46/5 78/21 83/3 212/15
**Mike [1]** 178/19
**military [9]** 126/11 127/7 135/24 137/5 147/16 147/17 167/16 167/23 190/23
**mill [1]** 27/25
**million [24]** 50/8 50/14 50/14 60/25 82/25 82/25 129/7 129/8 129/20 141/22 147/10 149/11 162/10 162/11 192/12 198/20 199/10 199/10 199/11 199/12 199/12 199/13 199/13 199/14
**millions [8]** 29/6 138/15 146/19 147/25 154/14 192/7 199/22 220/24
**Milstein [3]** 2/16 2/20 61/24
**mind [8]** 20/4 22/12 55/22 64/19 82/8 150/7 187/25 233/8
**mindful [3]** 12/5 104/11 167/25

**mine [1]** 78/20
**minimalist [1]** 70/25
**minimalistic [1]** 70/25
**minimum [1]** 99/23
**Mining [1]** 168/24
**minks [1]** 10/23
**minor [3]** 5/4 7/4 48/17
**minute [19]** 9/25 51/14 56/15 78/11 85/11 87/2 89/7 123/11 124/10 137/3 137/4 139/1 160/7 182/25 183/3 192/6 197/9 212/10 222/10 223/18
**minutes [50]** 8/11 8/12 8/15 8/21 8/22 9/12 9/13 9/17 9/22 9/22 10/2 10/5 10/10 10/16 20/7 35/21 37/3 37/4 51/16 51/19 56/25 78/9 78/9 78/10 78/14 97/10 103/24 104/9 104/14 109/5 112/24 116/20 137/24 138/25 139/3 139/6 182/24 182/25 194/10 201/19 209/8 211/3 212/4 213/20 214/16 231/5 233/6 236/23 236/24 237/20
**Miriam [1]** 61/18
**mischaracterize [1]** 100/17
**misconception [2]** 38/12 38/12
**miserably [1]** 28/2
**misheard [1]** 35/9
**mishmash [2]** 73/3 75/14
**misleading [4]** 45/24 240/18 240/20 243/16
**misrepresentation [2]** 97/20 98/15
**miss [4]** 46/21 57/1 57/5 59/10
**missed [6]** 59/3 141/20 141/21 142/10 188/20 189/20
**missing [5]** 5/20 57/15 172/23 189/14 242/16
**misspelling [1]** 55/17
**misstatements [1]** 99/25
**mistake [9]** 35/10 75/21 75/25 141/21 141/24 142/13 185/4 188/20 189/18
**Mm [2]** 151/18

**M**

**Mm... [1]** 208/11
**Mm-hmm [2]** 151/18 208/11
**model [1]** 105/12
**modus [1]** 41/8
**Molina [7]** 54/4 55/18 60/3 60/4 134/2 134/7 201/22
**mom [25]** 21/4 21/8 21/10 21/13 57/22 57/23 57/23 58/1 59/20 59/20 59/21 85/6 85/9 85/10 85/13 85/21 86/23 87/8 87/21 88/4 88/18 88/20 88/20 94/5 95/5
**moment [12]** 9/19 15/3 21/1 27/17 38/9 53/15 54/11 56/24 57/8 57/9 163/12 213/6
**moments [4]** 43/5 43/5 43/6 155/23
**mommy [1]** 48/5
**monetary [6]** 37/18 42/3 43/14 49/5 50/1 50/21
**money [27]** 30/10 30/15 31/4 31/9 35/19 70/8 77/15 106/20 129/5 129/21 138/6 146/20 147/15 161/24 174/5 174/17 199/16 200/3 216/4 220/21 220/22 220/25 221/4 224/6 224/8 229/5 229/9
**month [11]** 18/17 18/18 59/7 59/7 85/7 86/22 118/12 147/2 196/15 198/5 198/6
**months [4]** 84/23 92/20 93/10 94/14
**Mora [6]** 70/3 70/22 133/15 135/7 163/7 165/4
**Mora's [1]** 203/8
**morally [1]** 42/10
**more [55]** 7/22 14/13 18/18 20/6 25/19 35/13 36/16 52/19 53/14 68/5 68/17 77/6 77/6 100/23 104/3 105/10 109/4 110/3 111/8 112/23 114/16 119/23 124/7 124/8 126/11 126/11 126/11 127/7 127/7 130/16 131/19 131/21 138/13 141/1

145/20 147/6 149/20 151/24 151/25 155/21 160/6 164/14 173/1 176/14 183/17 189/11 209/8 213/6 214/10 215/6 215/12 222/22 236/24 237/20 241/21
**morning [29]** 5/2 5/3 7/12 13/3 13/6 13/20 14/20 37/2 37/3 37/4 57/13 61/16 86/19 87/19 98/24 106/13 106/18 107/9 113/18 118/25 120/1 120/2 130/15 160/13 176/16 234/22 235/3 236/20 237/21
**most [18]** 20/1 42/16 43/5 70/24 72/11 72/12 78/1 90/7 106/24 114/12 114/13 124/15 136/21 151/7 151/7 177/17 213/25 214/5
**mostly [1]** 153/24
**mother [13]** 44/20 46/12 54/25 56/14 56/24 58/19 58/20 86/15 88/20 149/25 150/1 150/4 150/9
**motivated [2]** 18/13 177/15
**motivating [1]** 18/23
**motorcycle [6]** 63/8 63/10 63/11 79/4 119/3 202/7
**motorcycles [3]** 79/1 205/10 205/12
**mountain [1]** 111/16
**mouths [1]** 18/10
**move [11]** 80/7 80/8 80/11 96/2 101/18 101/21 169/9 186/10 201/19 210/12 240/16
**moved [10]** 56/15 58/8 80/15 80/18 95/25 97/21 98/12 99/8 101/19 219/11
**moving [7]** 40/17 96/4 169/5 198/3 198/4 198/10 228/8
**MR [55]** 4/3 4/4 4/5 4/7 4/8 4/9 4/10 8/25 10/7 12/14 14/14 14/16 14/17 14/23 24/17 24/25 31/15 35/21 36/24 37/1 37/11 52/14 52/16 69/24 73/18 75/14 76/16 83/16 97/9 97/25 99/17 101/8 102/12 104/2 104/6

104/22 111/6 111/12 115/24 129/1 139/16 152/10 152/13 162/5 174/19 183/15 203/1 212/2 212/9 213/5 213/13 213/18 214/3 231/5 234/14
**Mr. [141]** 8/9 11/22 11/23 19/3 27/8 27/8 27/9 29/25 30/1 30/1 30/3 34/22 35/6 35/7 37/21 39/14 40/3 40/12 40/18 40/20 41/2 41/16 42/6 43/22 48/17 48/20 51/12 52/1 52/11 52/17 53/5 54/3 59/24 60/10 60/24 61/3 61/10 67/3 67/4 71/8 73/5 74/15 75/7 75/12 75/15 76/5 76/5 76/6 76/18 77/5 77/8 77/9 83/10 83/11 96/6 96/25 98/25 99/2 99/3 99/13 99/20 100/24 100/25 101/3 101/4 101/8 101/19 101/20 102/10 102/15 102/22 102/22 103/4 103/11 105/18 110/12 110/16 111/6 111/9 112/5 112/14 113/10 113/18 114/25 119/7 121/4 121/6 122/14 122/14 122/15 122/15 122/19 129/3 133/8 144/23 157/23 162/6 167/14 167/15 167/19 167/19 167/22 167/22 168/6 168/14 175/12 175/13 182/1 182/3 182/12 185/22 187/24 189/11 190/2 190/8 191/1 192/2 206/16 207/8 207/10 209/9 212/24 213/17 216/20 216/21 217/8 219/1 219/2 219/6 220/5 220/5 221/9 221/11 221/19 224/25 224/25 230/8 230/12 232/19 232/20
**Mr. Acevedo [5]** 77/8 77/9 99/3 182/1 182/3
**Mr. Acevedo's [1]** 99/2
**Mr. Aguirre [4]** 19/3 219/1 219/2 219/6
**Mr. Attorney [1]** 168/6
**Mr. Bello [6]** 74/15 75/12 76/5 100/25

101/4 224/25
**Mr. Bello's [1]** 75/15
**Mr. Bernal [3]** 167/15 167/19 167/22
**Mr. Blackham [2]** 216/20 216/21
**Mr. Buitrago [1]** 110/16
**Mr. Castanó [6]** 27/8 27/9 30/1 30/3 168/14 221/11
**Mr. Cioffi [1]** 209/9
**Mr. Collingsworth [2]** 129/3 162/6
**Mr. Dante [1]** 96/25
**Mr. Devine [2]** 35/6 35/7
**Mr. Durango [1]** 133/8
**Mr. Escobar [1]** 30/1
**Mr. Freidheim [3]** 102/22 112/5 112/14
**Mr. Freidheim's [1]** 103/4
**Mr. Garcia [9]** 37/21 51/12 52/17 53/5 54/3 59/24 60/10 60/24 67/3
**Mr. Garcia's [1]** 61/3
**Mr. Hills [2]** 11/23 102/15
**Mr. Hills' [1]** 102/22
**Mr. Howland [1]** 122/15
**Mr. Hurtado [1]** 101/20
**Mr. Keiser [13]** 27/8 29/25 111/6 111/9 122/15 122/19 144/23 167/14 167/19 167/22 217/8 230/8 230/12
**Mr. Kistinger [3]** 121/4 121/6 122/14
**Mr. Mancuso [5]** 220/5 220/5 221/9 221/14 221/19
**Mr. Martinez [1]** 175/12
**Mr. Nunez [2]** 76/18 224/25
**Mr. Olson [7]** 73/5 185/22 187/24 189/11 190/2 190/8 191/1
**Mr. Ordman [1]** 122/14
**Mr. Ovidio [2]** 76/5 76/6
**Mr. Palencia [1]** 207/10
**Mr. Ramos [1]** 175/13
**Mr. Reiter [13]** 75/7

83/10 99/13 99/20 100/24 101/3 101/8 105/18 113/18 114/25 192/2 206/16 212/24
**Mr. Reiter's [3]** 98/25 101/19 103/11
**Mr. Restrepo [2]** 48/20 232/19
**Mr. Restrepo's [2]** 48/17 232/20
**Mr. Roderick [1]** 102/10
**Mr. Rodriguez [2]** 34/22 113/10
**Mr. Scarola [3]** 8/9 77/5 213/17
**Mr. Scherer [4]** 83/11 96/6 119/7 207/8
**Mr. So [1]** 71/8
**Mr. Taxay [1]** 11/22
**Mr. Tsacalis [1]** 182/12
**Mr. Valverde [1]** 110/12
**Mr. Villa [6]** 40/18 40/20 41/2 41/16 43/22 157/23
**Mr. Villa's [4]** 39/14 40/3 40/12 42/6
**Mr. Wichmann [4]** 52/1 52/11 61/10 67/4
**MS [2]** 4/6 61/15
**Ms. [13]** 25/10 25/12 28/4 30/8 97/8 106/25 133/12 133/16 165/4 165/11 202/20 204/22 212/8
**Ms. Berdugo [1]** 165/11
**Ms. Fundora-Murphy [1]** 97/8
**Ms. Gonzalez [1]** 212/8
**Ms. Howland [3]** 25/10 28/4 30/8
**Ms. Howland's [1]** 25/12
**Ms. lowland [1]** 106/25
**Ms. Mora [1]** 165/4
**Ms. Munoz [1]** 204/22
**Ms. Torres [1]** 133/12
**Ms. Villa [2]** 133/16 202/20
**much [36]** 8/4 8/6 9/10 9/15 14/18 20/25 23/13 35/22 36/16 36/16 44/1 46/21 57/5 59/3 59/9 77/6 78/8

**M**

**much... [19]** 78/8
86/18 90/1 93/1 94/19
104/21 114/16 127/9
164/14 174/23 177/16
198/9 198/24 200/1
200/2 213/14 231/6
235/4 237/9
**Muelon [1]** 204/19
**multinational [2]**
128/12 130/6
**multiple [3]** 64/24
85/9 217/25
**multiply [2]** 43/20
44/3
**municipalities [1]**
160/14
**Munoz [7]** 7/20 7/25
44/17 44/19 135/1
204/10 204/22
**Munoz's [1]** 204/18
**murder [22]** 53/23
54/5 60/7 61/22 64/10
64/11 64/17 64/20
64/24 65/6 65/13 66/4
66/10 66/11 68/8
69/21 85/4 94/15
144/25 170/8 226/24
229/13
**murdered [10]**
49/16 52/25 55/4
55/24 56/12 62/9
66/15 67/22 69/3
114/10
**murderer [3]** 79/7
81/1 163/24
**murdering [2]** 114/7
144/14
**murderous [2]**
144/20 168/19
**murders [5]** 65/5
164/1 202/2 216/7
226/25
**MURPHY [2]** 3/9
97/8
**must [15]** 5/13 5/19
6/19 6/22 20/15 36/11
72/16 73/23 137/22
226/19 229/2 230/2
230/23 230/24 231/7
**mustache [1]** 57/6
**my [103]** 8/11 9/24
10/1 11/3 11/6 20/4
21/4 21/12 21/12
30/11 31/21 36/18
37/5 38/4 42/8 42/12
42/21 43/1 43/1 43/5
43/7 46/16 46/19
46/22 48/3 52/19 54/3
55/12 55/25 57/22
57/23 57/24 57/25

58/1 58/1 58/2 58/2
59/24 60/2 60/2 60/9
61/9 61/17 61/23
66/21 70/3 70/19
71/24 72/2 72/3 72/3
74/3 74/8 74/12 74/12
74/14 75/13 76/4 78/2
78/13 78/22 80/10
83/13 83/19 83/20
84/8 89/10 91/9 95/22
98/18 100/11 101/22
103/7 122/23 123/7
128/17 129/5 129/6
129/19 130/10 134/10
136/25 154/25 155/4
159/1 162/9 163/21
165/20 173/2 173/2
182/10 186/19 188/6
190/11 194/8 195/15
195/24 198/22 214/17
214/22 226/13 229/17
239/14
**myself [4]** 105/5
129/5 155/4 162/9

**N**

**name [20]** 7/18 8/2
31/24 46/1 46/2 47/9
55/15 55/18 61/18
62/21 65/6 127/24
128/3 128/25 176/17
176/19 212/15 212/16
223/10 226/13
**named [4]** 53/13
119/1 178/19 202/20
**names [8]** 38/2
47/13 62/22 129/24
135/8 138/6 162/23
240/4
**Nancy [9]** 70/3 70/22
81/14 81/14 82/3
82/13 82/17 83/21
135/7
**Nancy's [1]** 78/22
**narco [45]** 27/20
27/24 28/1 34/8
117/14 117/16 117/21
126/7 126/12 126/16
136/1 136/10 136/13
142/24 144/25 145/1
145/12 146/8 146/14
148/1 152/3 153/4
154/15 157/2 157/9
157/21 158/8 159/9
168/19 168/22 170/19
176/10 190/18 193/11
193/12 196/21 199/24
202/11 205/18 206/4
207/20 209/20 209/21
211/11 223/14
**narco-terrorist [7]**
146/8 157/21 159/9

168/22 202/11 205/18
207/20
**narco-terrorists [24]**
27/20 27/24 34/8
117/14 117/16 126/7
126/16 136/1 136/10
142/24 145/1 145/12
146/14 152/3 153/4
154/15 157/2 157/9
158/8 170/19 176/10
193/11 193/12 199/24
**narco-terrorists' [1]**
223/14
**narco-traffickers [3]**
126/12 168/19 209/21
**narco-trafficking [2]**
117/21 136/13
**narcotics [2]** 155/17
199/6
**National [2]** 178/20
195/21
**natural [2]** 46/25
47/1
**nature [3]** 94/11
114/13 205/5
**near [2]** 41/8 94/10
**nearest [1]** 55/2
**nearing [1]** 13/7
**nearly [5]** 56/25
116/17 126/17 168/18
175/17
**necessarily [1]**
100/3
**necessary [9]** 19/16
171/5 171/9 178/11
218/17 231/17 233/13
238/13 242/25
**necessitate [1]**
190/8
**necessity [1]** 226/24
**need [36]** 6/12 9/2
9/4 10/7 20/2 22/14
24/25 31/23 34/23
37/9 47/15 61/21 71/3
71/4 77/20 89/8 89/25
90/4 92/15 94/18
103/20 104/3 104/11
119/18 172/7 174/21
195/19 222/8 224/5
228/2 230/15 233/17
234/22 237/1 242/23
244/19
**needed [8]** 21/11
24/16 28/13 122/3
155/7 218/21 223/23
241/17
**needs [10]** 7/18
34/23 34/24 123/3
238/19 238/20 239/12
240/15 241/16 241/18
**negligent [2]** 230/24
232/2

168/22 202/11 205/18
207/20
**neighborhood [9]**
44/24 85/19 86/2
124/18 124/22 125/19
125/21 125/23 126/10
**neighborhoods [1]**
81/3
**neither [8]** 129/5
137/4 137/4 137/5
162/8 191/5 204/22
205/1
**nephew [1]** 80/10
**nervous [4]** 58/2
64/1 83/23 84/4
**never [37]** 19/10
19/16 21/8 21/14
28/13 28/25 34/16
35/14 46/23 60/17
64/14 68/1 68/12
68/23 70/10 75/19
108/13 115/14 118/24
129/5 129/19 135/14
139/21 148/10 149/17
152/23 152/24 162/8
162/12 176/6 200/17
200/17 206/5 208/13
218/1 219/5 219/22
**Nevertheless [1]**
40/21
**new [5]** 2/3 5/16
16/23 182/13 220/20
**next [29]** 39/13
40/17 44/16 45/15 45/6
46/11 47/4 47/12 48/2
48/9 51/14 52/1 52/4
58/12 85/18 85/25
89/12 91/21 91/25
92/5 92/10 93/14 94/2
98/22 98/22 106/20
120/16 150/14 207/23
**nice [2]** 61/16 235/2
**NICHOLAS [1]** 2/15
**nickname [1]** 53/9
**nicknames [1]** 205/2
**night [2]** 5/5 5/17
**nightmares [2]**
58/24 59/1
**nine [5]** 37/12 48/24
84/1 89/21 160/18
**Nini [14]** 52/24
54/22 55/4 56/14
56/18 56/24 56/25
58/4 58/5 58/14 58/15
60/3 60/21 61/6
**Nini's [2]** 54/12 55/7
**Nino [1]** 129/19
**njacques [1]** 2/18
**no [200]** 1/2 6/21
7/4 8/21 11/5 15/2
15/10 16/3 18/19
18/19 18/20 19/20
20/4 20/24 26/5 27/19
27/22 28/19 28/20

28/23 29/13 31/15
31/18 32/16 32/17
32/23 33/7 44/12 45/2
58/6 58/21 59/19
59/21 60/13 60/13
60/13 62/25 63/1 63/2
63/12 66/18 66/19
72/2 72/18 73/12
74/10 77/21 83/5
90/18 90/19 91/1
91/11 97/16 98/6
98/20 99/6 99/9
100/13 101/7 103/17
110/3 110/18 110/19
112/1 112/11 112/11
112/16 114/14 114/15
117/6 118/16 118/17
118/20 119/3 119/16
119/22 121/12 121/15
121/18 127/23 133/10
133/14 133/18 133/24
134/1 134/4 134/5
134/12 134/16 134/16
134/19 134/21 134/25
135/1 135/10 135/11
135/13 136/4 136/25
137/5 138/1 138/9
139/25 140/18 141/18
141/18 142/1 142/8
144/22 145/18 146/5
147/15 147/18 147/20
148/7 149/11 150/5
150/11 151/24 152/15
154/13 158/21 159/13
159/15 159/23 160/21
161/19 163/2 163/14
166/1 172/6 172/21
173/6 173/7 173/23
174/10 174/10 174/11
174/13 174/15 174/16
174/23 175/2 175/6
177/21 181/5 183/2
185/7 188/8 198/11
201/7 202/13 202/23
203/1 203/3 204/20
204/24 205/23 205/25
206/8 206/11 206/14
206/14 208/14 208/20
208/21 208/21 210/6
210/8 210/13 210/20
210/21 211/12 211/21
212/25 213/21 215/25
216/13 216/18 217/20
217/23 219/11 219/11
219/18 219/22 222/25
224/5 224/5 226/24
228/5 228/18 229/6
230/12 230/20 231/10
231/13 231/21 233/16
237/4 237/23
**nobody [4]** 15/10
19/4 30/5 71/20

**N**

**non [1]** 28/1
**non-narco-terrorists [1]** 28/1
**none [10]** 16/4 71/1 73/7 123/16 155/16 160/18 191/3 193/7 209/2 219/9
**nonsense [1]** 73/21
**nor [6]** 162/9 191/18 191/25 193/24 194/4 229/11
**Norela [2]** 39/16 39/20
**normally [1]** 211/6
**Norte [1]** 220/8
**North [1]** 223/19
**northern [8]** 117/17 151/9 153/1 153/3 153/7 153/25 159/4 193/10
**not [321]**
**notations [4]** 102/13 102/14 102/16 102/17
**note [3]** 39/6 157/7 214/9
**notebooks [1]** 20/3
**noted [2]** 39/14 103/13
**notes [10]** 13/25 20/4 51/9 51/16 102/22 102/23 103/2 103/5 214/11 234/22
**noteworthy [1]** 204/11
**nother [1]** 93/13
**nothing [12]** 78/6 88/6 100/17 115/9 117/5 134/5 146/10 169/5 178/7 178/7 219/10 230/9
**notice [1]** 90/10
**noticed [1]** 67/9
**noun [1]** 5/20
**November [3]** 39/10 92/17 128/9
**now [73]** 6/5 6/7 6/19 12/4 21/1 27/17 27/21 37/4 37/23 42/1 49/3 52/18 54/2 55/16 57/7 57/14 58/4 59/12 59/17 59/23 60/20 60/21 61/1 61/20 67/2 70/16 70/22 71/12 74/6 74/10 75/1 75/11 75/21 77/8 79/5 84/8 87/18 87/25 96/10 101/15 104/22 107/19 107/20 111/7 115/12 117/19 128/1 129/6 139/17 151/20 158/6

161/23 162/9 166/3 171/5 172/13 180/13 183/25 184/15 185/18 186/10 186/14 188/12 196/5 197/16 208/12 209/24 210/23 213/12 229/17 236/23 238/3 245/8
**Nubia [1]** 129/18
**Nueva [1]** 63/5
**number [36]** 5/6 37/9 37/13 37/16 38/7 45/9 87/9 90/5 98/13 99/9 117/10 131/4 131/15 138/7 138/8 138/13 138/19 152/19 154/7 154/15 154/16 155/12 168/20 193/3 199/9 200/7 210/2 210/14 210/15 210/21 212/14 218/17 220/15 232/20 232/22 232/23
**numbered [1]** 185/23
**numbers [5]** 10/1 98/8 147/8 160/23 233/15
**Nunez [14]** 76/5 76/6 76/16 76/18 80/25 113/20 113/23 114/1 114/4 114/15 114/24 115/10 115/21 224/25
**nuts [5]** 36/3 36/8 192/4 192/6 192/17
**NW [3]** 1/18 2/13 3/5
**NY [1]** 2/3

**O**

**OAS [4]** 11/13 11/13 11/16 12/19
**oath [6]** 23/18 30/14 32/7 216/11 217/8 229/8
**object [3]** 10/13 140/1 172/5
**objected [2]** 97/22 98/12
**objecting [1]** 91/14
**objection [9]** 11/15 11/24 12/19 24/10 79/14 91/8 100/23 103/13 237/19
**objections [1]** 237/18
**objective [2]** 27/12 72/13
**objectives [1]** 152/5
**obligated [1]** 207/15
**obliged [3]** 28/18 229/18 231/16
**observation [1]**

214/11
**observations [3]** 154/10 154/11 154/21
**observed [1]** 74/11
**obtained [4]** 141/6 141/17 241/1 242/1
**obvious [1]** 34/25
**obviously [7]** 27/22 41/15 51/3 54/8 111/14 204/10 213/24
**occasions [2]** 24/1 128/7
**Occidental [1]** 191/2
**occur [1]** 47/21
**occurred [9]** 27/8 41/7 42/4 54/9 55/21 101/2 122/24 122/24 176/6
**occurs [1]** 41/25
**ocean [1]** 201/6
**October [13]** 7/9 141/11 175/17 193/8 238/2 238/22 239/23 240/23 241/23 242/24 243/3 244/12 244/13
**October 31 [4]** 238/2 238/22 244/12 244/13
**October 31st [2]** 239/23 242/24
**OFAC [3]** 141/6 241/2 242/1
**Ofelia [2]** 48/10 48/23
**off [16]** 18/2 18/9 34/19 45/23 70/17 84/6 87/9 88/14 106/11 112/14 119/3 150/25 173/2 178/7 201/2 227/15
**offense [5]** 23/5 111/15 141/4 141/19 142/2
**offenses [1]** 119/11
**offensive [1]** 121/23
**offer [4]** 45/10 129/21 161/24 236/19
**offered [6]** 34/16 99/18 128/17 129/5 138/6 177/10
**offering [1]** 129/16
**office [5]** 26/22 65/11 184/6 187/2 199/4
**Officenter [1]** 2/9
**officer [1]** 177/9
**officers [3]** 187/9 187/12 187/19
**Official [2]** 3/19 245/17
**officials [3]** 50/15 142/18 142/20

**offloaded [1]** 224/16
**Oficina [1]** 2/9
**often [4]** 43/11 122/24 125/16 143/23
**oh [13]** 3/12 29/12 40/10 77/17 77/18 77/25 78/4 82/15 110/23 122/10 145/16 194/10 236/9
**Ohio [2]** 15/6 15/24
**oil [1]** 169/12
**okay [49]** 5/4 5/23 6/25 7/13 9/20 10/12 25/5 39/1 40/2 40/5 55/22 61/11 74/9 74/12 74/12 75/7 75/10 75/10 75/15 75/24 78/3 78/7 78/21 78/22 79/17 82/10 82/13 82/24 91/10 91/12 91/17 93/21 96/19 98/22 100/1 100/19 108/1 110/14 139/11 171/17 174/25 180/16 186/8 205/10 213/1 235/14 236/8 236/9 243/23
**old [26]** 7/10 21/4 21/10 39/11 39/25 40/1 42/20 48/5 48/14 52/24 54/14 54/16 54/17 55/22 56/7 60/20 60/21 62/14 64/8 71/24 83/25 85/7 94/13 201/25 208/7
**older [2]** 54/15 68/4
**oldest [2]** 39/16 40/6
**Oliver [1]** 41/3
**Olson [22]** 73/5 142/6 142/15 170/23 171/11 183/21 185/7 185/22 186/11 187/24 188/22 189/8 189/11 189/13 190/2 190/8 191/1 191/6 192/10 192/13 194/13 195/6
**Olson's [3]** 110/4 184/24 191/14
**olympics [1]** 95/7
**on [349]**
**on your [1]** 187/24
**once [9]** 36/17 36/21 46/22 48/20 66/20 125/21 131/6 163/11 210/12
**one [183]** 5/25 7/2 9/19 10/22 11/17 15/3 16/24 18/1 20/8 20/9 20/10 20/20 20/21 21/12 21/12 22/15 23/21 23/21 26/15

27/21 28/6 32/11 33/14 33/18 34/23 34/25 35/16 37/9 38/7 43/2 46/19 47/5 47/7 47/11 47/18 49/11 49/16 49/20 52/16 53/11 57/14 57/19 58/21 59/9 59/16 60/8 61/18 62/25 63/1 63/2 66/18 66/19 72/9 72/16 73/19 75/20 75/21 76/3 76/12 76/13 76/14 78/25 79/6 79/8 79/23 80/22 82/21 84/1 85/7 85/24 86/22 87/9 87/13 87/14 90/20 93/2 94/12 94/24 100/23 102/12 102/19 103/1 103/3 103/4 103/7 110/19 112/8 115/12 115/25 118/16 118/17 118/20 119/3 119/12 124/15 128/4 128/25 130/18 131/4 131/15 132/11 133/7 134/1 134/16 134/17 134/20 135/19 136/4 136/25 137/5 138/7 138/13 138/19 142/1 146/22 147/4 147/12 147/12 147/15 150/20 151/24 152/4 153/14 155/12 156/18 156/22 158/2 158/18 163/20 173/1 173/7 173/10 174/10 174/11 174/15 174/16 176/7 177/6 182/8 186/17 186/24 188/10 188/23 189/19 190/15 191/24 193/3 193/14 194/8 198/12 200/19 200/19 200/20 202/13 202/14 202/16 202/23 203/1 207/22 208/1 208/2 208/4 208/5 208/5 208/9 208/9 210/2 210/14 211/12 213/6 213/21 214/17 214/25 219/9 220/2 220/15 224/13 224/13 227/20 228/2 236/10 241/20 243/16
**one's [1]** 144/22
**one-sided [1]** 73/19
**Onelsi [2]** 44/23 205/2
**ones [8]** 37/14 49/13 62/9 78/20 99/1 105/15 133/5 169/10
**only [101]** 17/7 17/16 17/25 19/16

**O**

**only...** [97] 20/19
21/20 22/10 22/24
23/15 23/21 23/22
24/6 24/20 27/20
27/21 28/1 31/15
34/16 34/23 34/24
46/23 47/7 54/23
54/23 56/1 61/21
62/20 62/21 64/8 68/2
68/9 84/8 87/5 97/2
105/25 106/3 106/3
106/7 106/17 108/9
108/14 109/3 111/9
112/6 112/20 120/3
124/6 127/4 127/12
130/2 130/4 131/5
132/3 132/10 132/18
132/20 134/3 136/10
138/8 144/4 144/24
144/25 145/18 147/4
148/15 150/20 153/10
163/23 164/17 171/12
172/18 172/19 175/8
175/20 177/19 180/2
180/9 181/20 181/21
196/14 198/11 208/4
208/5 208/5 209/6
209/23 222/15 222/16
223/2 223/8 228/2
231/16 232/6 234/17
235/23 238/14 239/12
240/11 240/15 241/16
241/17

**onwards** [1] 153/18

**open** [6] 22/25 22/25
31/23 101/9 121/8
215/8

**opened** [3] 11/9
72/9 207/16

**opening** [16] 8/8
8/11 13/12 62/23
66/17 70/19 83/18
84/10 94/8 97/3 97/5
106/20 106/24 143/16
172/1 226/12

**openings** [1] 49/11

**operandi** [1] 41/8

**operate** [1] 178/12

**operated** [3] 177/17
220/8 220/8

**operates** [1] 178/20

**operating** [6] 34/7
90/13 135/24 153/4
198/13 220/17

**operation** [5] 77/24
81/7 81/18 82/1
223/14

**operations** [11]
31/16 31/19 66/23
80/24 80/25 81/1 81/5

177/17 193/14 197/13
220/13

**opinion** [2] 46/8
188/10

**opinions** [6] 21/19
23/20 41/2 51/15
96/20 139/2

**opportunities** [1]
15/20

**opportunity** [11]
14/6 20/13 22/21
24/15 32/8 70/4 70/14
215/19 226/6 226/7
233/5

**oppose** [1] 29/2

**opposed** [4] 131/21
159/9 190/18 201/24

**opposing** [10] 91/4
106/15 106/24 110/23
112/16 113/4 113/7
130/14 214/25 225/18

**opposite** [1] 29/22

**option** [2] 175/7
175/9

**or** [172] 6/23 6/23
9/7 10/14 13/9 13/12
13/25 14/6 16/4 16/4
18/14 19/16 21/12
21/12 21/24 27/24
29/20 31/16 31/19
32/5 32/13 32/19 33/5
33/6 34/20 35/15 36/9
38/17 40/24 45/3
49/15 49/23 50/8
50/19 50/20 51/15
56/2 60/23 62/15
64/17 65/4 71/6 72/23
80/21 82/25 87/15
89/21 95/6 97/17
97/17 97/23 98/20
98/22 99/22 99/22
104/9 108/2 109/7
109/12 109/13 111/4
112/9 114/7 114/14
116/18 117/3 117/8
118/12 118/19 118/20
119/4 119/17 123/7
124/18 124/22 124/22
126/10 126/18 128/8
129/12 132/1 136/5
140/11 141/6 141/17
142/1 145/19 147/22
150/5 150/21 152/24
153/11 153/11 153/18
156/18 158/6 159/6
159/8 160/19 161/2
161/9 161/19 161/21
163/11 164/4 165/14
167/22 170/16 172/7
174/14 180/7 186/17
186/17 187/19 189/23
190/14 191/5 191/24

194/4 194/11 194/11
199/21 199/21 200/13
201/11 207/19 208/22
211/3 211/17 212/5
215/2 216/8 221/9
222/22 223/6 223/9
223/9 223/15 224/22
226/10 226/13 226/20
226/23 227/2 227/5
227/7 227/12 228/17
228/20 228/20 228/21
228/22 228/23 228/23
228/24 228/25 229/15
230/4 230/21 230/25
232/3 235/10 235/20
235/21 235/21 235/25
236/19 237/20 239/21
241/1 242/1 244/12

**orchestrated** [2]
77/23 77/24

**order** [31] 5/1 22/14
22/22 38/25 41/6
41/19 44/1 50/3 55/19
66/1 96/2 122/3 141/8
144/11 152/21 165/10
165/13 185/4 203/8
217/6 218/17 219/7
220/15 224/2 228/8
229/1 232/23 233/13
235/9 243/10 243/21

**ordering** [1] 91/23

**orders** [2] 76/3
163/20

**ordinary** [2] 27/24
83/23

**Ordman** [6] 122/14
123/21 171/13 194/13
194/24 195/3

**organization** [27]
28/12 52/21 171/13
174/3 220/11 220/21
232/10 236/12 238/1
238/2 238/10 238/16
238/18 238/23 239/11
239/22 239/23 239/24
240/13 240/14 241/4
241/7 243/5 243/8
243/19 244/11 244/15

**organizations** [4]
26/18 33/23 33/24
153/5

**organized** [3] 63/23
95/3 228/22

**Orichueca** [1] 86/2

**Orihuela** [3] 88/21
89/21 90/6

**Oscar** [2] 85/21
94/12

**other** [108] 7/6 8/18
23/19 24/1 27/2 42/14
42/25 46/22 47/10
47/16 53/10 53/11

54/24 57/14 60/13
61/4 64/22 66/21
71/23 73/4 74/20
75/20 75/23 76/17
80/14 80/20 81/21
81/23 82/21 83/5
86/18 87/11 87/12
90/1 94/10 94/24
106/2 107/2 108/19
111/9 113/23 114/24
114/25 115/12 117/6
117/8 118/18 118/19
118/23 121/25 128/11
128/25 129/12 130/5
131/20 136/11 141/6
141/16 141/17 142/8
145/8 145/8 149/13
150/4 152/3 157/13
159/15 160/6 161/2
164/14 164/15 167/2
168/20 170/4 170/17
173/21 175/7 177/3
177/5 177/11 177/21
190/14 190/21 190/23
190/25 195/20 198/14
205/18 207/19 209/3
209/20 211/17 213/21
215/5 220/10 220/18
223/19 228/11 233/10
236/12 239/8 240/8
240/24 241/1 241/24
242/1 242/2 242/6

**others** [12] 15/19
80/16 126/20 137/14
142/25 149/7 150/10
155/16 200/13 211/19
214/11 229/4

**otherwise** [3] 12/9
120/9 221/2

**Otoniel** [2] 166/24
203/6

**Otterloo** [3] 74/19
75/24 99/1

**ought** [2] 178/13
178/14

**our** [67] 12/18 13/7
20/23 25/6 29/13
29/16 29/16 35/9 37/9
37/17 41/17 43/9 44/9
50/15 50/16 50/22
51/3 51/4 51/7 51/10
61/25 62/3 62/17
62/20 66/14 71/7 71/8
71/9 71/11 71/13
71/14 72/7 74/2 84/19
86/8 91/8 92/19 92/24
92/24 96/10 99/24
100/12 101/25 103/24
103/24 105/5 105/14
108/7 124/17 142/13
155/6 156/22 163/19
174/17 187/7 195/11

214/11 215/4 215/8
218/13 219/8 224/6
228/10 228/11 230/19
230/20 237/18

**ourselves** [1] 228/10

**out** [110] 5/5 5/17
9/11 12/2 12/6 18/10
18/13 19/5 19/8 20/8
22/1 27/11 28/8 28/21
29/4 30/20 35/14
35/15 35/16 35/25
37/4 38/6 41/25 42/23
43/20 44/3 44/24
47/10 47/10 47/24
50/13 56/6 63/17
68/10 69/4 70/11
72/19 74/13 75/11
76/5 76/15 78/24 79/4
79/5 80/7 81/3 84/7
87/15 88/13 88/16
88/17 89/8 92/11 94/6
94/20 105/15 106/23
109/11 110/17 110/20
117/25 119/7 122/18
122/23 125/22 127/6
142/7 153/8 153/8
158/10 161/17 166/6
170/8 170/18 171/16
176/3 176/13 185/24
187/7 189/1 190/14
193/4 193/7 193/16
196/3 199/1 203/5
214/14 216/23 217/1
219/2 219/11 222/20
224/4 224/18 225/4
225/8 225/9 227/12
235/25 237/16 239/14
240/8 241/10 241/13
241/22 243/23

**outcome** [3] 160/17
195/9 210/12

**outright** [2] 45/24
171/20

**outset** [1] 216/14

**outside** [11] 34/5
58/21 88/16 100/21
109/15 181/22 182/21
184/15 184/20 186/2
228/23

**over** [54] 8/17 23/3
25/14 33/20 42/20
48/11 48/18 51/1 53/6
58/10 59/23 59/24
67/8 68/6 69/19 86/5
86/5 86/5 86/5 89/10
89/25 90/10 92/25
92/25 92/25 107/2
118/4 118/13 123/5
126/2 131/8 136/12
138/15 143/17 143/18
147/5 147/10 149/10

**O**

**over... [16]** 149/21
150/1 157/14 157/16
161/4 162/20 178/22
194/1 196/15 198/20
199/16 199/20 199/22
200/3 206/3 217/15
**over-included [1]**
161/4
**overcome [2]** 42/21
147/25
**Overruled [3]** 23/12
24/8 93/18
**oversight [3]** 5/4 7/1
12/4
**overwhelming [4]**
41/12 49/22 50/4
89/14
**overwhelmingly [1]**
53/21
**Ovidio [3]** 76/5 76/6
80/25
**own [30]** 17/16
17/22 18/10 26/11
28/20 31/3 31/6 34/3
34/11 35/23 42/12
46/23 46/24 60/14
101/6 101/19 109/3
125/15 134/23 137/5
143/3 143/11 148/3
180/5 217/17 224/1
225/9 225/9 230/24
231/20
**owned [9]** 121/3
121/21 142/3 172/23
189/18 203/21 204/3
218/19 218/20
**owners [3]** 28/10
165/8 218/20

**P**

**p.m [3]** 1/5 103/25
245/9
**P0597 [1]** 225/16
**P0617 [1]** 102/9
**P1764 [1]** 119/8
**P1783A [2]** 45/2
48/21
**P2096A [1]** 47/22
**P617 [1]** 10/25
**Pablo [2]** 153/20
156/9
**pacified [1]** 88/23
**pacifying [1]** 89/17
**packing [1]** 16/19
**pact [2]** 123/4
123/15
**page [25]** 4/2 5/15
5/15 5/25 6/13 7/10
11/8 11/18 11/19
11/21 12/2 12/13 38/2
38/19 120/13 120/16

127/24 128/1 128/3
128/6 210/7 210/10
210/15 211/1 240/23
**page 5 [1]** 11/19
**pages [2]** 1/6 185/22
**pagination [1]** 5/17
**paid [23]** 29/17
29/18 101/4 101/5
101/5 141/22 141/24
142/3 145/5 145/6
145/11 145/17 150/9
165/12 165/12 165/13
168/20 172/23 176/20
192/11 214/13 215/13
224/7
**pain [8]** 43/17 47/3
49/6 49/18 60/15
67/12 67/20 69/2
**painful [1]** 49/22
**painting [2]** 16/23
218/13
**Palencia [7]** 61/18
66/16 118/25 119/3
134/14 207/9 207/10
**Palm [7]** 1/3 1/12
1/13 2/21 2/24 20/14
223/18
**Palmas [1]** 85/19
**Pampite [1]** 2/10
**pants [1]** 81/16
**PAOLA [1]** 3/5
**paper [1]** 45/22
**paragraph [21]** 6/11
6/13 11/2 72/22 73/2
120/14 128/6 139/21
140/6 141/7 142/17
187/20 191/8 238/14
240/23 241/6 242/2
242/13 242/14 244/6
244/9
**paragraphs [1]**
185/23
**paralyzed [2]** 88/4
88/9
**paramilitaries [12]**
53/20 53/25 57/18
57/19 88/24 88/25
137/20 137/21 154/1
161/4 202/6 220/7
**paramilitary [17]**
29/24 53/21 137/11
137/11 137/13 138/1
158/19 159/5 159/16
159/18 159/21 160/4
160/9 161/5 187/8
187/14 209/3
**paraphrasing [1]**
148/14
**parcels [1]** 203/19
**pardon [1]** 173/14
**parent [6]** 38/17
43/15 47/1 49/15 50/8

155/7
393
**parental [1]** 43/16
**parentheses [1]**
39/15
**Park [1]** 149/25
**part [32]** 5/12 5/16
10/17 23/10 33/17
61/5 90/7 102/4
110/18 110/21 112/6
113/19 120/3 121/18
123/20 129/13 129/14
136/6 143/19 143/19
143/22 150/14 153/10
159/4 161/1 161/5
175/15 178/2 182/2
193/10 217/6 223/9
**partial [1]** 163/2
**participate [1]** 176/5
**particular [33]** 63/1
80/5 121/2 134/12
135/20 135/21 136/19
138/7 138/10 140/7
141/3 142/2 142/5
142/14 145/10 150/6
150/8 151/9 151/24
155/22 158/9 160/7
160/12 161/13 162/14
162/21 162/23 163/22
173/12 184/3 184/16
205/12 216/7
**particularly [5]**
138/14 155/10 155/22
166/15 215/24
**parties [4]** 13/10
35/7 115/2 235/8
**partner [2]** 30/6
83/19
**partnered [1]** 30/22
**partners [2]** 29/16
29/16
**partnership [5]**
29/20 77/5 77/6 215/9
224/23
**parts [1]** 57/15
**party [1]** 77/1
**pass [1]** 241/11
**passed [3]** 48/16
48/24 88/17
**passes [1]** 72/25
**passing [1]** 68/3
**past [3]** 50/6 50/7
51/1
**Pastora [4]** 47/5
47/11 48/3 133/9
**patience [3]** 6/10
7/5 243/25
**patient [1]** 237/9
**pattern [3]** 65/13
65/18 66/12
**pause [5]** 15/3 27/17
123/11 137/3 152/12
**pay [48]** 17/20 19/16

19/16 19/20 29/3 30/5
30/22 35/10 35/14
35/15 46/17 52/22
77/11 97/15 126/22
128/10 145/2 147/20
162/14 164/18 166/16
167/15 167/20 168/16
170/8 170/9 172/7
172/14 172/17 172/25
173/4 174/6 177/21
193/23 193/24 200/22
219/15 219/16 219/17
219/20 219/22 221/16
221/16 222/3 222/4
223/1 230/19 231/16
**payee [1]** 180/7
**paying [23]** 18/2
26/1 31/4 31/9 32/13
32/20 33/23 34/4 34/5
34/7 51/8 92/19
111/25 126/1 167/20
169/7 172/16 176/23
193/25 194/1 216/24
219/19 228/11
**payment [18]** 26/6
92/18 99/16 111/4
111/5 129/2 162/6
172/5 173/7 179/13
179/14 180/8 181/7
182/13 187/14 194/5
229/5 229/8
**payments [122]**
26/2 26/7 26/12 26/14
26/20 26/21 26/23
27/1 27/4 30/4 30/5
31/12 35/17 36/6 36/9
47/20 47/23 48/1
73/10 73/15 107/20
108/1 108/7 108/19
108/25 109/6 109/8
109/12 109/13 109/17
109/19 112/1 112/22
131/2 140/8 142/19
142/21 145/22 146/2
146/15 146/18 147/11
149/3 149/6 167/23
168/4 169/2 171/5
171/8 171/21 171/24
174/14 175/8 177/25
178/7 178/8 178/22
179/1 179/16 180/2
180/17 180/18 181/1
181/18 181/20 181/24
182/5 182/9 182/18
183/19 183/23 184/4
184/8 184/13 186/9
186/11 186/14 187/1
188/3 188/6 188/25
188/25 189/4 189/8
189/23 190/9 190/25
191/3 191/6 191/15
191/18 191/23 191/24

192/1 194/4 195/13
201/12 206/9 206/10
209/15 209/15 211/11
211/17 215/2 215/4
215/17 216/18 217/1
217/5 217/9 217/13
217/19 219/3 219/10
219/12 220/1 220/19
221/20 222/21 227/18
230/15 231/18
**Paz [1]** 129/18
**Peace [14]** 18/13
18/15 45/8 46/7 114/9
115/15 115/16 122/16
123/22 128/19 128/23
129/25 162/4 168/3
**peak [1]** 154/1
**Pecueca [3]** 204/25
205/3 205/4
**pedantic [1]** 7/7
**penalty [3]** 141/24
192/18 219/16
**pension [1]** 95/16
**people [85]** 16/20
17/16 18/13 21/25
23/19 29/11 38/8 44/8
49/18 50/19 59/18
69/19 70/15 71/23
75/18 75/25 76/15
78/19 79/1 79/6 80/15
80/15 80/18 81/3
82/23 87/20 89/3
94/24 108/24 111/9
114/8 114/11 116/8
116/9 116/10 116/25
123/5 123/8 123/21
124/1 124/20 124/20
124/23 125/22 129/8
133/16 145/8 145/13
145/19 150/25 151/19
152/19 152/22 154/21
155/14 155/15 156/6
156/24 162/11 162/15
165/1 165/2 166/2
166/10 166/20 167/3
168/3 169/12 169/21
170/1 170/2 170/7
170/8 170/17 172/8
174/4 174/14 176/7
176/20 195/13 202/10
204/8 215/25 221/1
230/5
**people's [1]** 171/21
**per [12]** 50/5 147/2
147/9 147/10 149/11
196/15 198/1 198/5
198/6 198/7 198/20
218/17
**perceived [1]** 65/15
**percent [22]** 41/10
41/11 41/15 46/6
48/22 53/7 54/6 56/12

**P**

**percent... [14]** 84/17 90/6 147/12 153/11 161/9 161/10 161/10 161/11 200/19 200/19 200/20 220/2 220/15 220/18

**percentages [4]** 160/14 161/9 200/18 232/21

**Perez [2]** 166/24 203/7

**perfect [3]** 77/13 156/17 159/2

**perform [1]** 213/23

**performing [2]** 76/20 216/23

**perhaps [2]** 124/6 156/2

**period [19]** 10/14 25/10 25/21 25/25 33/20 41/7 72/22 73/2 117/11 143/8 147/5 147/19 151/6 151/7 153/15 168/22 199/16 238/3 244/11

**permission [1]** 193/23

**permit [2]** 102/14 224/2

**permitted [2]** 70/11 199/9

**perpetrator [8]** 63/1 64/20 118/24 134/3 137/6 150/3 206/24 208/19

**perpetrators [3]** 66/19 152/21 208/23

**perpetuates [1]** 45/10

**persisting [1]** 35/3

**person [66]** 23/21 23/22 26/14 32/4 32/18 33/15 35/1 36/11 43/3 46/17 46/20 55/8 55/10 57/6 57/11 68/18 73/20 76/11 76/16 76/18 79/6 92/2 94/24 95/11 95/20 99/14 112/21 113/20 130/24 132/9 132/13 132/15 132/20 134/8 141/15 144/6 148/21 150/5 152/16 154/25 155/6 164/1 164/9 171/23 173/6 174/1 174/8 178/6 178/9 178/17 178/19 180/3 180/4 192/23 201/3 201/4 202/20 210/18 227/5 227/12

227/24 228/15 232/1 240/24 241/24 242/6

**personal [2]** 134/19 234/9

**personally [2]** 20/20 226/24

**personnel [1]** 140/9

**persons [3]** 33/4 210/4 210/9

**perspective [2]** 153/14 155/25

**perspectives [2]** 23/20 135/23

**persuade [2]** 13/17 158/23

**pertains [1]** 22/9

**pervasive [1]** 204/7

**Petroleum [1]** 191/2

**phase [1]** 107/5

**phone [1]** 45/21

**photo [1]** 86/1

**photograph [2]** 71/1 163/10

**phrase [1]** 163/12

**physical [7]** 17/11 21/11 31/16 31/18 67/12 69/2 140/9

**physically [2]** 42/10 180/21

**pick [3]** 86/8 90/2 224/16

**picked [1]** 79/23

**picture [18]** 21/14 21/19 68/15 69/10 69/12 79/8 79/9 106/4 106/6 106/8 107/16 116/21 201/15 206/15 206/18 209/12 209/25 211/21

**pictures [1]** 83/22

**piece [8]** 45/22 114/6 121/19 178/15 184/19 185/9 185/11 189/25

**pieces [3]** 135/21 156/19 217/25

**Pilar [1]** 62/18

**place [15]** 17/9 38/14 41/18 42/2 49/4 50/1 50/21 81/15 95/6 113/2 143/9 152/7 191/12 208/22 215/23

**places [1]** 152/9

**placing [1]** 43/14

**plague [1]** 223/21

**plagued [1]** 113/2

**plain [1]** 27/24

**plaintiff [10]** 1/10 2/1 3/2 8/18 62/18 71/6 226/18 229/2 229/2 229/11

**Plaintiff's [1]** 225/16

**plaintiffs [70]** 5/6 9/10 12/23 14/4 14/15 51/14 51/24 61/25 62/3 62/8 97/22 98/12 102/2 105/15 108/16 110/7 117/4 118/23 119/21 119/22 124/12 125/16 126/23 128/8 128/10 129/25 130/21 130/23 131/1 131/7 131/14 131/16 131/18 132/8 132/19 133/1 133/5 133/6 137/4 137/5 137/7 138/18 139/21 145/15 146/14 147/24 148/18 148/25 151/4 157/7 158/9 158/14 158/23 165/3 166/2 169/17 178/19 178/21 179/24 189/5 197/4 201/21 210/3 210/16 211/15 213/13 227/3 229/14 229/15 238/11

**plaintiffs' [22]** 14/7 14/8 14/15 54/7 91/6 96/7 97/5 97/9 102/9 125/9 128/5 144/13 145/4 146/4 180/5 185/3 194/9 206/25 211/19 227/23 229/22 229/23

**plan [7]** 104/6 121/18 121/19 126/14 147/16 193/19 194/20

**plant [2]** 16/19 218/17

**plantation [2]** 28/10 87/21

**plantations [8]** 16/18 17/18 17/23 41/8 94/6 218/15 218/16 221/25

**plate [1]** 207/16

**played [5]** 76/11 123/10 124/9 175/14 232/9

**player [1]** 95/3

**playing [1]** 95/3

**plea [11]** 24/20 24/23 25/8 45/19 118/9 119/13 141/22 146/24 195/15 196/9 197/23

**please [58]** 5/2 5/15 12/25 13/3 14/19 14/24 36/18 37/2 48/2 51/22 52/6 52/9 53/4 54/7 54/22 58/12 60/10 61/13 62/6 83/14 85/18 85/25 89/12 91/18 91/21

91/25 92/5 92/12 93/9 94/2 96/20 104/1 104/16 104/18 107/17 113/6 113/17 117/10 120/13 120/16 127/24 137/17 139/8 139/11 139/12 139/14 141/7 183/9 183/11 183/14 185/23 195/14 212/23 213/8 213/12 213/15 235/7 245/5

**pleased [1]** 83/21

**pled [1]** 141/19

**plenty [3]** 54/20 54/20 169/23

**PLLC [2]** 2/2 2/20

**plot [1]** 67/24

**plus [3]** 25/13 221/24 221/24

**PNC [1]** 3/11

**point [36]** 10/20 11/17 12/2 18/12 26/15 39/12 39/17 47/10 48/7 50/4 59/25 74/4 75/10 75/17 76/4 76/18 79/10 80/11 94/1 98/23 103/8 104/7 112/5 121/1 122/23 133/4 139/22 164/10 164/13 184/1 186/15 186/16 188/14 190/13 194/19 196/9

**pointed [4]** 54/3 76/15 119/7 161/17

**pointing [1]** 115/5

**points [8]** 44/18 47/16 47/25 48/15 50/6 136/14 150/1 153/8

**police [19]** 56/5 56/5 126/11 127/6 134/4 134/4 134/5 134/7 134/13 135/14 137/5 147/16 147/17 170/16 204/5 206/5 208/13 208/19 208/20

**policy [3]** 190/10 190/13 190/20

**poor [2]** 81/19 81/22

**population [9]** 146/13 147/14 164/22 169/11 169/19 170/13 170/20 221/7 232/15

**populations [1]** 152/6

**port [12]** 34/7 62/15 62/15 63/5 75/23 99/18 193/2 193/14 223/9 223/12 223/12 224/18

**portion [6]** 33/12 66/17 103/1 123/10

175/14 243/18

**portions [5]** 11/12 67/17 106/17 107/1 124/9

**pose [1]** 201/9

**posed [1]** 23/7

**position [6]** 76/7 100/12 111/19 111/24 190/1 197/12

**possibly [1]** 52/18

**potable [1]** 177/20

**poured [1]** 201/6

**pouring [1]** 214/7

**power [8]** 82/5 117/14 144/25 148/1 166/9 172/7 174/5 204/3

**powerful [6]** 144/14 144/21 147/20 148/2 148/3 168/19

**practically [1]** 93/15

**practice [2]** 235/20 236/2

**pre [1]** 44/6

**pre-death [1]** 44/6

**precautions [1]** 110/6

**preceded [1]** 121/19

**predeath [3]** 60/5 69/1 83/2

**predecease [1]** 47/1

**predominated [2]** 137/20 137/22

**pregnant [4]** 85/7 85/7 86/22 86/22

**preliminary [3]** 73/13 162/22 163/1

**premature [1]** 47/4

**preparation [1]** 109/25

**prepared [1]** 25/6

**preponderance [12]** 41/11 62/8 66/15 66/24 131/18 131/20 164/6 209/2 209/7 210/3 210/17 211/15

**presence [3]** 40/19 89/14 187/3

**present [13]** 14/4 20/14 34/20 40/15 58/18 104/22 112/5 112/17 159/7 182/16 187/19 230/3 230/21

**presentation [4]** 97/9 97/11 190/2 194/9

**presentations [1]** 8/18

**presented [26]** 13/14 47/19 64/22 66/6 74/5 101/13 101/16 106/14 107/5

**P**

**presented... [17]**
107/6 114/17 114/22
116/2 123/8 136/2
137/25 153/14 160/15
161/20 167/12 172/15
173/11 173/13 173/17
173/22 235/18
**presenting [2]**
153/12 154/17
**preserve [2]** 219/6
237/17
**preserved [1]**
181/25
**president [2]** 19/7
72/25
**press [2]** 194/6
217/7
**prestigious [1]**
188/23
**presume [2]** 212/17
235/15
**pretty [7]** 89/19
95/16 172/20 199/14
217/15 244/3 244/3
**prevail [1]** 84/17
**prevent [1]** 177/25
**prevented [1]** 18/25
**previewed [1]**
149/19
**price [4]** 199/12
216/14 218/23 223/16
**prices [4]** 218/21
218/22 223/5 228/8
**primarily [3]** 53/19
117/17 117/24
**primary [3]** 95/5
130/18 156/20
**principle [1]** 123/22
**printed [1]** 5/17
**printing [1]** 225/22
**prison [2]** 45/15
128/8
**privilege [1]** 89/10
**pro [1]** 28/8
**probability [5]** 46/6
48/22 53/7 56/12
146/3
**probably [11]** 9/1
9/4 13/10 20/2 40/21
56/12 67/9 78/8 89/8
151/24 244/21
**problem [20]** 11/5
114/15 114/15 142/10
144/17 152/15 161/2
190/12 196/2 202/8
237/23 238/7 238/14
239/6 239/8 239/20
240/11 241/12 242/20
243/10
**problems [5]** 21/11

21/16 58/20 166/13
202/16
**procedure [2]** 18/23
163/1
**Procedures [1]**
22/16
**proceed [11]** 12/22
51/23 52/12 104/21
107/9 132/21 139/9
152/13 210/9 210/23
235/1
**proceeding [1]**
21/22
**proceedings [3]**
20/23 22/16 245/14
**proceeds [5]** 107/4
107/4 196/23 197/5
197/9
**process [8]** 45/7
45/8 45/13 46/7
128/19 162/4 177/4
216/23
**processing [2]** 16/19
177/6
**produce [4]** 55/2
55/6 125/25 158/14
**produced [4]** 158/23
179/3 196/13 197/20
**producing [2]**
117/23 198/15
**product [4]** 24/13
24/17 40/4 45/8
**production [2]** 154/6
197/13
**productive [2]**
123/24 123/24
**professed [1]** 29/22
**Professor [52]** 33/11
41/3 41/14 45/4 46/4
47/18 48/22 53/6
53/16 55/16 56/10
57/15 57/21 65/2 65/8
65/12 65/14 65/19
66/10 89/18 90/4
116/10 119/14 136/17
136/23 137/7 137/15
137/18 138/8 153/15
154/3 154/11 156/25
158/7 158/13 158/17
159/17 160/2 160/8
160/15 161/3 161/6
161/8 161/12 161/14
161/17 165/16 198/23
199/3 200/5 202/8
202/16
**Professor Kaplan [2]**
47/18 65/2
**proffer [23]** 25/7
139/20 144/9 164/12
167/8 168/8 188/13
191/8 191/10 192/13
195/17 230/10 230/11

239/7 240/21 240/22
240/22 241/13 241/22
242/2 242/13 242/14
242/25
**profit [2]** 18/10
216/13
**profits [13]** 16/1
17/5 18/7 18/21 35/3
36/14 69/19 123/5
144/25 216/15 220/23
223/5 228/8
**program [2]** 115/15
115/16
**progression [1]**
132/22
**prohibiting [1]**
33/21
**promised [1]** 72/17
**promotes [1]** 228/21
**proof [10]** 14/5
41/15 66/5 66/14 90/7
131/17 131/17 164/5
172/17 232/1
**proper [3]** 34/9
55/19 210/11
**properties [1]** 71/18
**property [5]** 32/19
72/3 140/9 166/21
172/8
**proposal [3]** 128/16
162/1 162/2
**propose [2]** 7/14
239/15
**proposed [6]** 236/16
239/1 239/14 240/6
240/7 242/5
**proposing [3]**
237/24 239/19 242/12
**prosecuted [7]**
73/15 73/19 169/1
169/6 222/23 224/23
225/7
**prosecuting [1]**
129/18
**prosecution [1]** 23/4
**prosecutor [1]** 119/8
**prosecutor's [1]**
65/22
**prosecutors [3]**
74/17 74/21 75/16
**prosperity [8]**
123/18 124/3 124/20
125/12 143/4 144/1
144/18 175/20
**protect [19]** 18/21
30/5 36/6 42/22
108/18 108/23 109/3
144/11 165/10 165/10
177/24 192/23 204/5
219/8 221/18 221/23
223/25 228/10 231/9
**protected [5]** 70/6

92/1 92/24 92/24
175/20
**protecting [3]** 42/24
112/25 209/16
**protection [12]**
17/25 30/6 30/22
35/19 43/9 49/6
111/25 126/11 165/13
221/10 221/12 221/16
**protective [1]** 43/8
**proud [2]** 89/23
95/14
**proudly [1]** 87/3
**prove [37]** 22/12
28/18 41/10 62/8
62/24 83/5 89/6
113/15 113/15 119/23
130/21 130/23 131/1
131/7 131/19 131/20
132/1 132/5 132/8
132/19 151/4 161/13
161/21 210/3 210/14
210/16 211/15 226/19
229/1 229/2 229/12
229/14 230/2 230/23
230/24 231/7 232/7
**proved [1]** 140/15
**proven [2]** 130/12
150/19
**proves [7]** 37/14
115/13 150/16 151/6
164/11 209/2 230/1
**provide [22]** 7/15
17/22 22/23 37/6
45/11 45/16 61/8
124/20 124/20 124/21
128/18 162/2 177/16
177/18 177/19 186/7
194/3 195/2 196/7
228/20 231/1 242/7
**provided [21]** 30/21
32/11 42/5 58/15 65/8
65/19 129/24 131/2
144/1 146/16 148/21
176/24 187/4 194/17
200/10 211/8 211/16
214/2 229/3 233/12
236/7
**provider [3]** 87/9
95/11 95/15
**provides [1]** 66/11
**providing [10]** 45/14
76/21 126/25 127/1
128/11 143/4 185/15
196/19 221/3 231/13
**proving [5]** 64/23
146/12 146/15 149/2
226/18
**provision [3]** 194/25
196/13 241/4
**proximity [1]** 117/22
**prudent [2]** 188/11

189/9
**psychological [5]**
55/9 58/15 58/19
60/15 60/19
**psychologically [2]**
42/11 58/16
**public [1]** 203/11
**published [1]** 114/17
**pull [8]** 81/3 91/3
91/18 107/17 113/6
117/10 120/10 127/16
**pulled [3]** 41/25
119/17 136/5
**pulling [1]** 190/13
**punish [1]** 141/25
**punishment [1]**
222/21
**purchase [1]** 31/10
**purchases [1]**
143/21
**purchasing [1]**
121/21
**Purple [1]** 168/23
**purpose [3]** 171/9
200/8 205/7
**purposes [3]** 22/11
34/16 38/22
**pursuant [1]** 141/7
**pursue [1]** 105/24
**pursuit [2]** 105/8
174/5
**push [2]** 43/2 125/5
**put [46]** 17/10 17/10
17/14 17/16 18/9
28/19 39/3 41/13
45/22 47/15 62/3 72/5
79/3 81/20 88/5 93/15
95/2 100/9 100/24
103/10 116/1 138/6
138/12 138/17 143/11
146/6 146/9 146/10
146/12 162/15 162/23
169/20 172/22 178/21
207/15 213/16 215/4
219/14 223/3 231/2
231/7 236/11 236/13
237/8 237/14 241/8
**puts [1]** 99/20
**putting [7]** 41/12
78/11 160/24 171/21
178/10 241/12 241/14

**Q**

**quality [6]** 21/20
41/22 42/22 186/21
237/8 237/14
**quarters [1]** 153/11
**question [46]** 11/22
25/18 30/12 30/17
31/9 31/22 38/7 40/22
84/22 129/11 132/18
136/24 136/25 141/18

**Q**

**question... [32]**
146/1 146/5 154/13
156/7 160/18 162/16
162/16 163/8 163/25
165/18 166/1 166/25
168/2 168/10 172/10
172/13 172/24 174/13
178/16 179/19 187/24
201/8 210/21 210/23
210/23 211/14 212/14
212/17 215/1 215/6
217/22 233/7
**questioned [2]**
25/16 168/25
**questioning [1]**
180/1
**questions [21]** 5/14
5/21 6/22 6/23 10/25
22/24 22/25 23/6
24/14 33/14 38/10
113/12 120/1 120/1
133/1 133/1 178/25
214/19 214/21 214/23
214/23
**quick [4]** 10/25
61/17 66/5 236/18
**quickly [4]** 34/2 39/2
44/7 245/4
**quite [5]** 15/2 35/10
83/20 92/13 173/19
**Quito [1]** 2/11
**quote [1]** 64/12
**quotes [1]** 106/10

**R**

**radically [1]** 202/7
**radio [1]** 165/17
**raging [4]** 15/17
15/19 116/23 146/8
**raise [10]** 11/15
11/17 11/24 12/18
94/17 97/4 100/23
122/1 172/13 200/8
**raised [4]** 82/3 120/1
120/2 155/6
**raises [1]** 217/21
**ramifications [1]**
184/7
**Ramos [2]** 124/9
175/13
**rancher [1]** 220/7
**ranchers [1]** 28/9
**range [10]** 39/15
52/25 53/22 55/25
60/7 60/25 82/24
82/25 199/9 233/16
**rank [1]** 40/25
**ranking [1]** 197/11
**ransom [5]** 173/6
193/23 193/24 193/25
194/1

**rassie [4]** 3/19 3/21
245/16 245/16
**rate [3]** 177/13
186/23 196/14
**rather [1]** 96/11
**rationally [2]** 200/24
211/12
**Raul [8]** 46/2 47/12
64/25 65/5 127/17
127/22 128/9 161/15
**raw [2]** 49/19 223/17
**RE [1]** 1/3
**reach [6]** 13/18
132/10 178/16 208/17
210/16 211/14
**reached [4]** 153/20
153/20 153/23 154/1
**reaching [2]** 167/10
231/3
**reacquainted [1]**
39/1
**reaction [2]** 19/7
217/5
**read [28]** 56/23
62/24 79/21 93/4
98/19 106/16 106/17
120/14 120/17 127/20
166/23 167/7 185/22
185/23 185/24 185/25
215/19 225/23 226/7
226/8 230/11 230/11
239/14 240/14 241/20
242/18 242/19 244/9
**reading [2]** 25/1
159/1
**readjust [1]** 56/18
**ready [13]** 12/22
12/23 51/22 51/24
51/25 104/2 104/21
139/8 209/11 213/2
213/2 213/5 213/7
**reaffirm [1]** 67/3
**real [10]** 44/7 76/25
97/13 110/23 112/20
127/11 164/17 171/18
190/12 236/18
**real-time [1]** 97/13
**reality [3]** 19/14
158/23 217/17
**realize [2]** 97/2
105/10
**realized [1]** 122/2
**realizes [1]** 88/17
**really [53]** 19/12
27/23 29/5 29/10
29/11 30/9 36/9 40/23
59/5 84/2 84/15 84/22
94/22 95/14 105/11
116/14 119/18 124/11
124/11 125/6 126/7
126/18 127/17 130/7
134/1 135/15 136/24

137/6 140/10 145/10
145/11 145/15 148/9
150/15 154/21 155/5
155/6 155/19 163/24
166/7 169/3 176/7
178/18 190/14 202/2
202/13 205/18 215/17
222/20 225/18 225/23
236/3 239/7
**reap [3]** 17/3 35/2
223/7
**reason [35]** 7/20
27/21 28/1 39/21
40/22 41/1 63/24
100/11 107/11 114/24
115/18 121/3 124/8
124/12 127/10 127/11
135/15 145/3 147/14
160/23 165/20 172/19
172/25 174/7 174/10
185/7 194/14 199/1
203/8 206/11 206/14
210/6 219/5 222/15
222/22
**reasonable [46]**
33/15 35/1 36/11
50/11 108/15 112/21
127/13 130/24 132/9
132/12 132/15 132/20
140/16 144/6 148/21
171/22 171/24 172/6
172/14 172/17 172/25
173/3 173/8 174/15
174/16 174/18 175/7
175/8 175/8 178/3
178/6 178/9 178/17
180/3 180/11 184/23
184/25 185/10 188/11
192/22 194/1 210/18
227/23 228/12 228/14
231/13
**reasonableness [8]**
108/12 109/1 109/21
172/12 183/18 189/22
189/25 209/14
**reasonably [15]**
17/7 113/16 139/19
143/5 143/10 144/4
144/11 164/8 164/11
178/12 181/20 188/16
188/16 192/21 200/24
**reasoned [1]** 132/13
**reasons [11]** 99/9
103/20 127/19 131/23
138/5 147/22 149/8
155/11 176/7 193/2
211/10
**rebut [2]** 14/6 98/5
**rebuttal [12]** 8/8
8/13 9/10 9/16 9/23
9/25 10/10 10/14
10/16 92/11 194/9

213/13
**rebutting [1]** 10/19
**recall [22]** 22/7 32/4
96/2 102/11 113/10
121/4 123/13 136/23
146/21 157/20 158/18
160/14 171/14 171/25
175/16 177/8 178/24
188/18 195/4 198/22
207/10 207/14
**recalled [1]** 49/15
**recap [1]** 66/5
**receipt [1]** 187/24
**receive [4]** 21/21
34/1 56/19 221/17
**received [8]** 6/4
30/24 32/5 64/16 66/1
67/21 152/20 234/16
**receives [1]** 22/20
**receiving [2]** 30/10
112/1
**recess [13]** 51/13
51/15 51/21 103/25
138/21 139/1 139/7
183/1 183/3 183/7
212/4 212/21 212/22
**recipient [2]** 168/23
180/7
**reckless [1]** 230/25
**recognition [1]**
144/9
**recognize [2]** 180/13
234/7
**recognized [5]** 29/9
40/5 128/19 178/12
217/17
**recognizes [2]** 66/9
199/5
**reconsider [2]** 98/3
101/25
**reconsideration [1]**
98/13
**record [13]** 12/18
98/10 100/3 100/6
100/20 100/21 102/5
162/25 164/11 192/23
237/17 237/19 244/2
**recorded [18]** 108/7
178/6 178/8 178/9
178/13 178/25 179/16
179/18 179/20 180/9
180/17 181/1 181/24
182/5 182/9 182/10
182/19 182/21
**recording [6]** 108/19
180/2 181/21 181/21
183/18 209/15
**records [12]** 26/6
101/17 107/21 108/4
108/11 134/5 180/14
180/14 180/24 181/7
181/18 182/6

**recount [1]** 20/6
**recover [2]** 176/2
176/4
**recovered [1]**
175/25
**recovery [1]** 175/24
**recreate [1]** 181/23
**red [1]** 81/11
**redacted [2]** 102/9
102/16
**redactions [1]** 10/25
**redirect [1]** 113/10
**reduced [2]** 45/11
114/9
**refer [2]** 64/25
130/20
**reference [9]** 13/21
26/5 47/25 97/11
97/19 98/20 101/25
103/15 103/17
**referenced [4]** 97/23
98/25 99/13 103/3
**referring [5]** 30/7
41/19 58/14 165/21
207/24
**reflect [1]** 234/4
**reflected [3]** 107/23
191/10 195/17
**reflects [2]** 170/23
233/23
**reform [1]** 221/13
**refresh [2]** 56/23
184/2
**refuse [1]** 174/6
**refute [2]** 114/20
115/6
**refutes [1]** 100/8
**regard [6]** 12/6
22/23 23/6 25/9 45/25
102/6
**regarding [5]** 45/12
103/11 107/19 128/11
184/13
**regardless [3]** 150/7
172/22 189/21
**region [29]** 31/17
31/17 31/20 31/20
62/14 65/20 95/18
117/20 117/20 118/10
118/11 123/18 124/3
124/19 124/23 124/24
125/1 125/12 137/16
137/19 146/8 147/4
151/20 158/20 167/3
176/18 196/14 198/11
204/4
**regions [4]** 117/15
117/19 159/3 190/14
**regular [4]** 34/8
35/17 220/20 221/17
**regularly [2]** 27/1
33/20

**R**

**regulation [1]** 228/17
**reinforce [1]** 41/13
**reinforced [1]** 147/17
**reintroduce [1]** 62/12
**REITER [18]** 2/1 2/2 4/7 69/24 75/7 83/10 99/13 99/20 100/24 101/3 101/8 105/18 113/18 114/25 115/24 192/2 206/16 212/24
**Reiter's [3]** 98/25 101/19 103/11
**reject [2]** 36/11 45/24
**rejected [4]** 35/24 36/2 36/10 239/2
**relate [2]** 21/3 39/7
**related [4]** 22/7 23/17 27/2 137/21
**relates [2]** 41/23 99/12
**relation [2]** 92/2 162/15
**relations [1]** 177/10
**relationship [13]** 29/19 76/25 77/3 100/24 103/18 103/20 122/4 123/2 123/25 149/10 175/19 215/9 224/9
**relationships [1]** 58/6
**relative [3]** 91/23 155/2 211/19
**relatively [1]** 238/5
**relatives [1]** 146/4
**release [1]** 194/6
**relevant [6]** 40/23 41/7 65/2 141/25 172/23 228/17
**reliability [1]** 163/25
**reliable [6]** 164/5 199/5 202/17 214/15 220/20 221/3
**relied [6]** 138/5 160/10 163/23 199/4 199/5 214/15
**relieve [1]** 187/21
**rely [8]** 71/2 178/16 180/10 185/14 220/4 221/14 221/19 222/8
**remaining [2]** 160/18 201/5
**remains [1]** 234/17
**remarkable [2]** 59/13 79/25
**remarkably [1]** 153/16
**remarks [2]** 98/25 99/24
**remarried [1]** 60/17
**remember [64]** 13/11 19/3 19/15 19/18 23/14 28/4 32/22 47/9 48/10 55/14 55/14 59/2 70/19 71/6 71/9 80/13 81/19 84/7 84/9 84/20 85/5 85/20 85/22 86/1 86/3 86/17 89/22 93/9 94/18 94/25 95/1 95/22 95/23 95/23 112/7 115/22 127/20 128/15 131/16 136/15 143/16 148/2 153/6 157/22 160/1 160/12 160/24 162/19 168/21 176/17 184/20 186/10 188/22 197/25 199/3 200/11 206/1 206/16 223/23 224/12 226/12 229/25 232/19 232/21
**remembering [1]** 48/6
**remembers [5]** 55/8 55/9 55/24 89/24 208/3
**remind [7]** 9/6 37/9 40/10 85/8 104/12 123/13 216/20
**reminder [4]** 38/3 38/5 47/11 61/17
**remnants [1]** 118/20
**remove [3]** 28/22 57/6 99/22
**rendered [1]** 233/24
**Rendon [3]** 123/10 124/2 175/14
**Rendon's [1]** 175/15
**rent [1]** 46/17
**reopen [1]** 101/16
**repeat [3]** 86/8 233/11 244/2
**repeated [1]** 140/1
**repeatedly [6]** 21/23 21/23 29/25 140/18 144/13 183/21
**repetitive [1]** 86/10
**replace [1]** 238/3
**reply [1]** 14/6
**report [18]** 11/13 11/13 11/16 12/19 53/14 56/4 78/6 82/16 82/16 115/17 115/19 134/6 165/17 170/14 170/15 188/8 189/24 192/24
**reported [12]** 3/19 26/21 115/14 142/9 153/16

172/2 182/11 191/3 191/20 222/16 222/21 223/6 225/12
**reporter [5]** 3/19 35/9 152/10 242/10 245/17
**reporting [7]** 21/16 134/12 153/17 187/17 187/22 202/11 202/17
**reports [4]** 134/4 208/21 208/21 235/3
**represent [4]** 37/11 83/21 89/9 89/10
**representation [1]** 103/12
**representative [3]** 22/17 23/25 229/7
**represented [1]** 43/1
**represents [6]** 38/4 45/4 45/21 101/3 101/8 101/20
**reprisal [1]** 70/6
**reprisals [3]** 168/11 168/12 168/15
**reputation [1]** 17/1
**request [8]** 10/14 100/1 102/15 103/10 129/1 162/5 184/15 222/9
**requested [1]** 29/16
**requests [1]** 100/11
**require [1]** 22/16
**required [4]** 194/25 195/1 229/12 232/3
**requires [4]** 50/22 62/2 62/8 97/5
**reraise [1]** 99/22
**research [7]** 109/9 109/9 109/24 111/1 151/12 183/22 183/23
**researchers [1]** 202/17
**researching [1]** 25/14
**reserve [2]** 8/11 9/13
**reserved [1]** 9/23
**reserving [2]** 9/10 9/16
**resold [1]** 220/23
**resolve [3]** 20/12 196/3 236/23
**resources [8]** 16/10 16/25 120/21 128/17 167/17 222/1 228/21 242/7
**respect [20]** 33/17 41/9 46/5 97/4 108/3 131/14 132/3 138/3 138/10 138/12 138/18 148/24 157/6 161/16

162/14 163/3 163/6 168/22 174/13 230/10
**respected [2]** 34/5 95/2
**respectfully [1]** 210/11
**responded [1]** 39/23
**responding [1]** 192/22
**response [5]** 32/2 56/6 112/20 207/14 233/17
**responsibilities [5]** 19/6 182/8 213/23 216/24 233/1
**responsibility [7]** 46/3 68/13 71/22 177/9 182/10 228/13 234/9
**responsible [14]** 23/22 50/20 53/10 54/5 64/23 66/4 66/9 92/20 164/1 178/3 182/22 227/9 228/3 232/18
**rest [2]** 69/20 151/22
**restore [1]** 49/25
**Restrepo [27]** 33/11 38/5 41/3 44/14 48/14 48/20 53/16 56/8 56/10 56/11 57/21 116/10 119/14 133/11 138/8 153/15 154/3 154/11 158/7 161/3 161/6 161/17 202/8 202/16 204/8 207/21 232/19
**Restrepo's [6]** 48/17 57/16 156/25 161/8 200/5 232/20
**restricted [1]** 121/9
**result [14]** 44/3 65/9 66/21 121/9 140/9 149/17 150/9 155/3 191/13 192/7 192/20 194/20 202/10 228/10
**resulted [2]** 192/18 232/13
**results [3]** 32/9 99/5 232/5
**resumed [1]** 191/15
**retained [3]** 53/18 178/21 184/7
**retelling [2]** 70/22 70/23
**retract [1]** 101/22
**retribution [1]** 207/19
**return [5]** 72/8 112/2 221/20 224/5 233/13
**revealed [1]** 23/1

**revenue [3]** 220/16 220/19 221/3
**revenues [1]** 220/2
**review [10]** 24/16 37/13 39/1 107/11 111/16 112/18 113/10 113/14 150/18 188/14
**reviewed [2]** 160/1 201/18
**revolting [1]** 49/23
**RICHARD [1]** 1/16
**rick [1]** 1/20
**rid [2]** 143/14 230/16
**ridiculed [1]** 105/18
**ridiculous [1]** 78/2
**riding [2]** 87/3 87/9
**right [99]** 6/12 6/15 6/19 7/13 8/6 8/23 10/12 12/4 15/2 17/12 20/15 21/5 23/12 25/19 26/8 26/14 29/24 30/10 30/15 30/19 31/7 31/12 32/16 37/17 40/17 47/17 51/19 53/19 54/12 57/23 78/17 79/20 84/8 87/10 87/16 88/16 88/18 88/21 88/21 88/22 88/25 91/18 91/22 98/22 103/23 106/2 106/13 106/23 107/13 108/15 111/1 111/22 114/17 118/11 127/13 127/13 130/7 139/1 140/13 140/21 140/23 157/25 159/14 171/24 173/9 174/18 176/9 179/1 179/5 179/6 179/9 179/12 179/13 179/15 179/16 179/19 179/20 180/1 180/19 185/6 199/21 199/21 199/22 203/22 204/5 206/23 207/23 207/25 215/1 234/12 234/14 235/24 236/9 240/5 240/14 241/22 244/7 244/21 245/8
**right-hand [4]** 179/5 179/12 179/13 180/1
**right-wing [3]** 29/24 53/19 88/25
**rightists [1]** 155/14
**rightly [1]** 144/4
**rights [2]** 18/19 53/12
**Rincon [10]** 116/9 126/6 136/20 151/11 153/13 154/5 155/20 164/20 193/18 204/8
**ring [1]** 86/7

**R**

**ripple [1]** 38/21
**rise [14]** 12/25 51/17 52/6 96/23 104/16 139/4 139/12 153/19 183/6 183/11 200/7 212/11 213/9 235/5
**rising [1]** 160/4
**risk [28]** 16/9 17/14 17/16 71/23 120/20 146/2 146/6 146/10 146/11 146/13 146/13 147/13 149/7 149/15 150/4 150/10 171/21 171/23 200/13 200/15 201/1 211/4 211/9 211/13 211/18 226/1 229/4 229/22
**risks [1]** 15/21
**Rivera [3]** 54/9 60/2 60/3
**RMR [2]** 3/19 245/16
**RMR-CRR [1]** 245/16
**road [2]** 63/6 88/14
**roads [1]** 118/5
**roadways [1]** 166/13
**robber [2]** 150/6 150/11
**ROBERT [1]** 2/5
**robs [1]** 150/3
**rock [4]** 76/2 93/15 143/9 191/12
**Roderick [1]** 102/10
**Rodney [1]** 245/17
**Rodriguez [12]** 8/3 34/14 34/22 78/22 113/9 113/10 126/5 126/20 135/4 177/8 185/5 195/3
**role [2]** 62/4 217/13
**rolling [1]** 93/15
**Roman [5]** 54/4 60/4 134/2 134/7 201/22
**Rome [1]** 3/10
**room [15]** 3/20 13/25 14/2 15/10 15/13 17/2 21/13 41/24 91/7 111/9 119/9 120/11 131/25 187/6 245/18
**roomed [1]** 115/23
**rope [1]** 106/5
**rough [1]** 9/24
**roughly [1]** 198/20
**rounds [2]** 29/6 220/24
**routes [9]** 117/25 118/4 136/13 153/8 156/2 156/15 157/17 158/10 193/11
**rubber [3]** 29/7 29/9

224/17
**rug [1]** 41/25
**ruled [1]** 102/6
**rules [3]** 37/19 72/15 98/14
**ruling [4]** 92/6 102/25 103/7 153/21
**rulings [2]** 98/3 100/16
**run [10]** 20/8 27/25 53/12 125/10 144/18 145/19 217/22 217/24 218/25 231/16
**rung [2]** 86/6 89/7
**running [4]** 10/22 88/14 125/17 127/12
**rural [2]** 94/7 94/9
**rush [1]** 104/20
**Ruso [7]** 79/7 79/9 79/10 79/10 79/13 81/11 206/16

**S**

**S/N [1]** 2/10
**Sabaja [1]** 66/16
**sacred [1]** 114/13
**sacrifice [4]** 20/11 20/16 36/22 105/10
**sacrificing [1]** 36/12
**sad [1]** 43/5
**safe [3]** 88/12 93/24 194/21
**safety [2]** 71/19 225/10
**said [116]** 12/1 14/1 19/3 19/15 19/15 19/20 19/20 22/2 24/4 27/9 30/1 30/11 30/13 30/16 30/17 33/3 36/7 42/12 42/18 42/22 43/22 53/17 53/24 55/16 55/20 56/20 57/9 57/11 57/22 57/23 58/7 58/13 58/16 58/19 58/25 59/17 59/19 59/21 59/21 64/12 66/18 67/4 70/18 70/19 71/7 72/8 73/20 75/8 77/5 77/20 81/1 81/7 82/6 82/19 82/23 84/10 85/16 88/5 88/18 89/2 90/8 94/20 95/24 97/13 98/20 99/2 101/1 102/21 102/21 107/14 111/19 111/22 113/8 113/21 113/23 114/2 123/9 131/12 140/11 142/9 142/12 150/18 151/12 154/5 156/22 159/11 159/13 163/19 164/20 168/24

170/24 172/22 176/16 182/2 189/23 190/8 190/21 191/6 191/11 193/23 193/24 194/15 197/11 211/22 217/4 217/14 217/23 219/15 219/17 219/19 219/22 220/22 224/5 232/19 240/11 245/3
**salaries [1]** 177/10
**salary [1]** 177/25
**Salas [3]** 78/21 134/19 206/11
**sale [3]** 92/20 194/3 194/6
**Salvatore [3]** 146/22 155/19 196/10
**same [36]** 19/1 36/11 36/18 36/20 48/20 53/5 54/2 55/20 55/20 60/23 61/8 67/4 75/20 76/17 79/5 115/2 115/20 125/23 133/15 135/4 136/13 148/25 149/18 149/18 150/7 153/23 154/22 158/4 168/15 169/8 171/19 195/2 201/13 204/13 230/17 231/24
**San [2]** 176/2 203/24
**Sanchez [25]** 116/9 118/2 129/1 129/12 135/17 135/24 136/10 136/20 151/23 152/1 153/12 154/5 154/10 155/20 157/1 158/7 162/5 164/24 169/8 169/16 169/24 170/25 193/17 199/18 204/8
**Sanchez's [1]** 152/18
**Santa [6]** 31/17 114/23 115/8 117/20 118/11 182/14
**sat [1]** 67/8
**satisfy [1]** 231/11
**save [5]** 112/22 171/5 171/9 171/10 178/11
**saves [1]** 150/2
**saw [29]** 55/3 59/12 63/7 64/9 67/19 71/2 74/6 76/2 79/1 79/2 85/15 87/10 87/18 89/2 106/13 116/4 116/10 121/20 123/18 134/17 138/5 160/12 175/12 187/5 189/5 191/8 200/5 208/2 208/4
**say [77]** 5/13 5/14 5/21 13/12 16/3 16/8

19/20 20/1 30/3 36/7 36/16 38/9 41/19 42/8 48/4 58/20 59/1 68/25 70/10 70/13 70/13 72/20 73/20 79/25 82/21 86/4 89/15 89/18 97/16 101/7 118/23 129/15 134/1 134/23 136/10 145/4 145/16 148/13 158/2 162/24 168/14 169/17 173/6 174/5 174/9 174/16 177/18 191/18 192/1 193/24 194/4 198/19 199/8 203/10 211/12 211/25 212/24 213/22 216/11 219/22 220/5 230/9 231/20 233/4 233/5 237/25 238/25 239/10 239/16 241/18 243/3 243/7 244/3 244/7 244/8 244/13 244/19
**saying [17]** 58/5 86/11 87/15 88/3 92/23 100/8 100/17 103/6 143/13 149/24 150/9 154/4 173/24 185/8 197/3 199/19 199/19
**says [52]** 6/19 11/13 11/16 16/8 29/21 30/2 32/6 35/9 62/25 72/2 72/5 76/3 77/17 77/25 78/4 80/5 80/10 99/19 112/14 112/16 114/20 119/10 128/6 134/17 140/7 152/19 161/25 163/1 165/25 167/8 167/12 172/7 189/4 191/23 210/23 218/6 218/6 219/18 220/13 221/9 221/20 225/24 229/25 230/11 230/12 231/16 238/7 238/12 238/14 238/22 240/12 240/23
**scale [2]** 49/25 84/6
**scam [1]** 77/10
**scare [2]** 170/20 170/20
**scared [3]** 63/13 63/24 64/1
**scarf [1]** 81/11
**SCAROLA [25]** 1/10 1/12 4/3 4/10 8/9 14/14 14/16 14/17 14/23 24/25 35/21 36/24 37/11 52/16 73/18 77/5 97/25 111/12 212/9 213/5 213/13 213/17 213/18

231/5 234/14
**Scarola's [1]** 97/9
**scarolateam [1]** 1/13
**scattered [1]** 152/7
**scene [2]** 25/22 152/20
**schedules [3]** 113/25 114/21 115/10
**scheme [1]** 77/14
**SCHERER [11]** 2/5 2/5 2/9 2/13 4/8 83/11 83/16 83/18 96/6 119/7 207/8
**scholarly [1]** 154/10
**scholars [1]** 153/14
**school [9]** 16/12 54/16 54/17 59/3 59/6 59/10 68/22 120/22 218/10
**scissors [3]** 53/9 90/11 92/7
**scream [1]** 77/13
**screen [2]** 76/11 116/4
**screwed [1]** 142/9
**scuttle [1]** 148/4
**SDGT [4]** 238/2 238/21 241/18 241/19
**SE [1]** 3/2
**sea [2]** 215/2 216/4
**seaboard [1]** 223/20
**Searcy [2]** 1/12 37/10
**searcylaw.com [2]** 1/13 1/14
**seas [1]** 89/18
**seated [17]** 5/2 13/4 15/7 51/22 52/9 97/1 104/1 104/19 139/8 139/15 183/9 183/14 212/23 212/23 213/1 213/12 235/7
**second [35]** 6/9 6/13 54/4 79/2 90/21 91/3 95/6 97/7 104/4 111/15 116/21 130/23 132/4 132/8 139/17 144/5 147/22 148/18 148/22 164/8 173/3 176/12 176/20 189/12 189/22 201/10 210/15 210/25 227/11 230/24 231/11 231/22 239/8 240/12 240/12
**secondary [1]** 130/18
**secret [1]** 26/3
**Secretary [3]** 72/25 141/8 141/9
**section [4]** 11/17 11/18 117/17 241/3

**S**

**sector [1]** 155/5
**security [14]** 17/22 34/9 43/8 54/1 74/16 76/9 76/19 76/21 110/10 171/16 178/20 195/21 221/20 223/24
**see [86]** 28/18 33/25 34/21 38/2 38/19 43/17 44/5 46/1 46/1 46/2 46/2 47/13 47/24 48/11 48/21 51/16 51/19 56/1 56/14 57/2 60/2 61/16 62/21 65/6 65/13 68/7 68/23 71/18 76/25 80/18 83/22 90/4 92/12 92/22 93/24 96/19 96/21 101/9 106/11 108/17 109/15 109/23 113/11 118/5 118/14 119/10 120/24 121/2 127/24 128/13 133/12 133/14 134/14 134/16 135/12 139/3 139/6 139/21 153/13 154/5 155/12 156/13 160/3 161/8 162/20 163/23 164/18 177/4 179/25 180/6 181/17 183/5 197/9 200/23 205/19 207/22 207/22 208/6 208/17 209/16 210/7 226/5 226/7 235/3 236/1 239/17
**seek [1]** 190/4
**seeking [2]** 62/1 98/13
**seem [1]** 238/4
**seemed [1]** 206/20
**seems [1]** 9/16
**seen [10]** 16/5 35/5 62/2 80/15 83/19 97/18 134/25 180/15 188/13 192/8
**sees [1]** 79/5
**segment [1]** 222/19
**selective [1]** 160/21
**self [11]** 142/9 151/17 163/22 172/20 189/24 191/3 191/20 222/16 222/21 223/6 225/12
**self-defense [1]** 151/17
**self-report [1]** 189/24
**self-reported [8]** 142/9 172/20 191/3 191/20 222/16 222/21 223/6 225/12

**self-serving [1]** 163/22
**sell [4]** 15/24 55/3 55/6 92/23
**Sellers [1]** 2/20
**selling [3]** 121/17 123/15 216/13
**send [2]** 235/15 243/23
**senior [1]** 184/13
**sense [22]** 28/12 29/10 40/1 44/1 68/6 104/10 124/17 124/17 125/3 125/14 125/15 145/11 149/21 150/11 150/12 150/12 156/23 200/21 222/22 234/6 234/8 243/21
**sensitive [2]** 108/24 180/18
**sent [4]** 5/5 140/7 236/17 237/16
**sentence [19]** 5/19 12/2 12/7 12/12 45/11 47/15 106/11 106/21 114/8 114/9 140/10 142/18 197/18 238/7 238/21 239/8 240/12 242/2 243/16
**sentences [6]** 241/8 241/13 241/20 241/23 243/9 243/21
**separate [6]** 141/14 214/14 220/12 220/13 227/1 227/2
**September [26]** 7/7 16/7 62/13 63/4 84/23 115/3 120/25 128/9 141/12 141/21 184/12 185/19 186/2 188/18 191/21 207/5 225/25 238/1 238/15 238/16 239/10 239/22 241/8 242/4 243/7 244/10
**September 10 [4]** 141/21 188/18 239/10 239/22
**September 11 [1]** 128/9
**SERENA [1]** 3/9
**serena.gopal [1]** 3/14
**Sergio [1]** 80/23
**serious [3]** 24/22 230/4 230/22
**serpent [1]** 106/6
**served [1]** 114/8
**service [8]** 13/6 29/14 50/25 68/4 70/2 70/11 221/17 233/11
**services [3]** 76/20 76/21 99/18

**serving [1]** 163/22
**set [3]** 117/3 180/14 200/17
**seven [4]** 40/14 97/20 98/4 147/5
**several [5]** 120/25 128/7 153/22 189/8 203/19
**shadow [1]** 55/1
**shady [6]** 75/12 75/13 75/13 101/1 101/2 178/7
**shake [2]** 76/2 231/4
**shall [2]** 114/13 210/9
**shape [1]** 58/3
**share [1]** 200/1
**shared [3]** 69/12 148/16 233/24
**SHAREHOLDERS [1]** 1/4
**shares [1]** 214/3
**sharp [2]** 21/6 21/6
**she [136]** 21/4 21/5 21/6 21/15 21/16 21/16 23/17 23/25 24/2 24/5 28/6 33/1 33/1 40/6 40/7 44/20 44/20 44/23 46/14 46/15 47/3 47/3 47/14 48/11 48/11 48/12 48/13 48/13 48/13 48/14 48/23 48/24 48/25 54/13 54/14 54/14 54/16 54/17 54/19 54/23 54/25 55/1 55/7 55/8 55/9 55/24 56/6 56/18 56/20 56/25 57/7 57/8 57/9 58/4 58/5 58/6 58/7 58/8 58/9 58/9 58/13 58/15 58/16 58/17 58/17 58/19 58/21 58/22 58/23 58/23 58/25 59/1 59/1 59/1 59/2 59/2 59/3 59/6 59/9 59/10 59/10 59/13 59/13 59/15 59/16 59/19 59/21 59/21 60/18 60/20 60/20 60/21 63/7 68/9 68/12 82/6 82/6 82/8 82/9 82/10 82/10 82/11 82/19 85/15 86/23 87/8 87/10 87/12 87/14 87/18 87/24 87/25 88/2 88/9 88/11 88/11 88/16 88/17 89/15 89/21 89/22 89/23 89/23 89/24 90/9 90/10 90/12 90/14 94/5 94/6

94/20 94/21 95/25 109/6 111/22 245/3
**she had [8]** 23/17 46/14 48/23 54/19 58/23 60/18 82/9 82/11
**she'd [1]** 90/13
**she's [9]** 47/5 55/22 55/23 87/21 87/22 87/24 87/25 152/17 180/13
**sheet [2]** 32/8 78/19
**Shell [1]** 168/24
**ship [2]** 62/16 148/4
**Shipley [1]** 1/12
**shipment [5]** 29/6 74/20 110/2 224/13 224/13
**shipments [1]** 109/24
**shipped [3]** 147/6 147/9 224/14
**shipping [4]** 29/4 136/13 153/8 158/10
**shit [1]** 88/7
**shocking [3]** 49/23 130/2 155/3
**shook [2]** 28/13 28/25
**shoot [2]** 55/13 134/11
**shooter [1]** 135/12
**shops [1]** 125/19
**short [10]** 51/21 84/9 139/7 152/12 182/24 183/7 212/4 212/8 212/22 240/10
**shorthand [1]** 38/5
**shortly [2]** 88/2 183/5
**shot [15]** 48/19 56/2 56/2 57/8 69/10 85/16 127/3 133/9 133/12 133/19 134/25 193/8 203/2 205/20 205/24
**shots [3]** 87/24 88/15 135/11
**should [45]** 5/14 7/9 8/1 12/2 13/18 19/10 19/14 39/6 50/19 95/12 100/16 101/13 114/24 132/6 135/20 142/1 144/5 144/18 146/16 147/23 148/15 160/7 169/25 174/5 178/16 180/10 182/24 189/2 198/19 204/11 210/5 210/20 235/14 235/20 236/11 236/13 238/25 239/19 240/13 244/9 244/12

**shouldn't [4]** 92/19 145/19 219/19 236/24
**show [34]** 7/2 34/19 38/2 44/5 60/1 68/14 69/10 70/25 71/1 78/5 78/5 78/5 89/7 90/3 90/20 91/2 91/4 93/14 98/4 98/14 102/17 107/9 107/10 107/15 112/4 116/20 123/9 123/12 124/8 128/21 151/3 161/23 169/15 196/6
**showed [15]** 53/5 77/19 79/8 113/4 113/8 146/21 147/3 154/3 161/18 191/8 200/6 207/8 208/1 225/16 227/25
**showing [1]** 107/14
**shown [6]** 36/20 39/10 97/12 120/10 163/10 206/15
**shows [18]** 54/5 65/20 66/11 66/15 99/9 99/10 99/16 111/17 151/3 154/11 154/21 164/7 164/8 205/12 205/15
**Sibaja [2]** 134/14 207/9
**sibling [1]** 68/18
**siblings [1]** 133/25
**side [7]** 13/7 20/20 20/21 29/22 52/24 87/11 237/13
**sidebar [2]** 97/4 139/24
**sided [2]** 28/10 73/19
**sides [2]** 14/3 154/7
**Sierra [3]** 83/22 135/11 207/3
**signal [1]** 62/4
**signature [3]** 127/24 128/3 210/10
**signed [5]** 34/19 45/23 162/25 196/11 219/20
**significance [1]** 24/5
**significant [3]** 22/15 25/9 225/14
**signing [1]** 162/19
**similar [5]** 60/23 106/25 149/5 170/24 172/10
**SIMONS [1]** 1/15
**simple [4]** 72/24 147/14 242/22 243/10
**simplified [1]** 243/1
**simply [9]** 47/10

**S**

**simply... [8]** 72/3
116/4 123/3 140/16
161/20 162/25 203/15
244/3
**since [13]** 10/14
39/11 43/23 44/20
48/7 48/16 60/6 83/18
141/14 152/7 208/2
240/23 241/23
**single [4]** 32/18
49/14 112/8 219/9
**singled [3]** 222/20
225/8 225/8
**sinister [2]** 77/6
77/6
**sins [2]** 82/14 82/14
**sir [22]** 8/16 8/24
10/3 10/11 15/2 23/8
24/11 73/7 73/12
90/24 91/16 93/19
96/13 103/9 112/16
139/10 140/5 173/18
213/19 222/14 236/15
237/23
**sister [4]** 42/25 68/9
68/11 155/2
**sisters [4]** 21/13
54/25 62/18 62/22
**sit [3]** 81/22 85/2
92/14
**site [1]** 112/8
**sitting [4]** 55/4
87/10 87/18 135/4
**situation [28]** 19/17
19/21 19/22 28/22
35/11 35/12 142/13
143/1 143/6 151/11
170/22 172/3 172/4
186/12 189/1 190/5
191/9 191/11 192/19
192/20 195/14 212/5
218/9 218/12 219/21
230/25 231/10 231/10
**six [7]** 8/20 51/1
61/20 107/1 111/21
116/18 176/4
**size [2]** 16/18 84/11
**sized [1]** 221/25
**skepticism [1]**
222/18
**skin [1]** 208/13
**skinned [1]** 208/9
**skip [2]** 44/15
209/25
**sleep [2]** 58/23 59/2
**sleeping [1]** 88/10
**slide [16]** 40/17 45/1
45/6 46/11 47/16 48/2
48/9 53/4 58/12 62/6
65/14 93/14 107/17

**slightest [1]** 71/12
**slightly [1]** 21/1
**slipping [1]** 124/7
**slow [1]** 24/25
**slowly [1]** 239/15
**small [8]** 5/9 16/17
67/24 143/19 198/16
208/3 218/19 225/23
**smiling [1]** 48/13
**Smith [1]** 245/17
**smuggled [2]** 197/22
198/1
**smuggling [3]** 110/7
223/8 224/3
**snippet [2]** 110/21
111/22
**snippets [3]** 106/9
106/17 150/24
**snot [1]** 101/15
**so [333]**
**so-called [2]** 164/4
203/14
**sobbing [1]** 56/25
**soccer [2]** 95/3 95/4
**social [2]** 16/13
226/3
**socially [3]** 42/11
42/13 65/15
**society [1]** 206/23
**soil [1]** 156/15
**sold [12]** 84/24
92/19 92/22 93/16
93/17 120/6 120/6
143/15 143/18 194/10
194/11 219/9
**soldiers [2]** 157/4
200/7
**sole [2]** 61/1 171/9
**solicited [1]** 177/14
**solid [1]** 76/2
**solution [1]** 144/16
**solve [1]** 166/13
**solved [1]** 208/21
**solves [1]** 243/10
**some [70]** 7/20 9/18
10/14 11/12 14/12
18/12 21/3 22/6 24/3
33/25 34/10 34/13
39/5 42/5 44/8 52/19
64/2 65/8 67/17 73/20
77/12 81/24 83/24
88/5 88/7 92/11 93/4
107/15 109/4 113/8
113/18 113/19 116/20
118/18 118/19 118/25
128/15 128/17 128/25
131/13 132/1 137/8
137/10 150/16 152/10
156/2 158/14 159/1
163/7 189/6 189/19
195/25 192/8 193/3

197/3 203/6 205/9
205/10 207/14 208/16
209/3 209/4 209/4
214/10 214/24 226/5
234/7 236/14 236/16
236/19
**somebody [8]** 21/17
21/24 77/20 77/25
114/14 223/9 224/16
230/18
**somehow [16]** 19/12
85/1 107/5 111/11
123/14 125/9 125/10
125/11 125/12 137/20
144/19 150/10 193/16
200/24 218/25 224/16
**someone [13]** 64/16
67/23 108/20 114/12
119/2 119/4 135/25
150/4 152/2 172/6
193/14 194/1 232/5
**someone's [1]**
169/20
**something [55]** 6/24
20/23 40/5 44/6 49/22
55/12 63/25 64/17
65/25 66/2 70/12
71/10 74/9 75/12
75/12 75/13 77/5
79/25 84/7 86/25
87/15 100/9 100/18
101/1 108/16 113/4
117/7 124/12 124/24
124/24 124/25 125/1
127/4 134/10 142/8
148/12 161/23 164/16
164/17 165/11 165/13
165/14 166/4 166/5
169/24 178/20 189/13
190/11 195/3 195/3
195/4 196/17 199/16
200/12 212/24
**sometime [4]** 85/13
120/5 121/7 209/11
**sometimes [4]** 70/15
130/20 161/10 173/10
**somewhere [2]**
60/25 233/6
**son [33]** 46/25 47/8
47/10 48/3 48/18
48/25 61/22 63/25
64/6 64/9 64/11 67/8
67/10 67/22 68/2 68/5
68/18 68/23 70/24
85/21 87/9 87/13
88/10 94/12 155/3
203/9 204/13 205/16
205/20 206/7 206/12
207/11 207/24
**son's [4]** 64/17 67/19
68/3 135/1
**soon [5]** 13/8 19/13

28/23 142/7 219/2
**sorrowful [1]** 105/17
**sorry [20]** 5/4 5/23
6/25 7/24 9/3 9/14
11/21 15/1 57/12
77/21 79/14 90/16
102/21 124/14 152/13
163/20 195/1 201/20
235/12 242/12
**sort [4]** 86/16 93/14
113/8 193/5
**sought [1]** 95/25
**soul [6]** 15/25 18/25
120/6 120/6 123/15
126/8
**souls [1]** 70/11
**sound [6]** 29/19
29/20 61/11 101/1
106/9 106/14
**sounded [2]** 191/7
191/9
**sounds [2]** 53/23
61/12
**soup [5]** 36/3 36/8
192/4 192/6 192/17
**source [4]** 150/21
202/15 220/20 221/3
**sourced [1]** 143/17
**sources [2]** 53/11
220/12
**South [2]** 149/25
223/19
**SOUTHERN [1]** 1/1
**Spanish [2]** 48/5
88/8
**spare [1]** 49/1
**speak [9]** 19/25
22/17 50/16 52/2 62/2
185/2 203/1 210/25
232/8
**speakers [3]** 8/22
9/22 88/8
**speaking [6]** 23/22
30/13 36/17 134/3
237/5 242/9
**special [1]** 54/22
**specially [10]** 7/8
141/10 238/1 238/9
238/15 238/23 240/13
243/5 243/19 244/14
**specific [11]** 22/24
32/5 32/11 112/8
164/21 179/14 180/17
198/12 229/13 229/15
229/16
**specifically [10]**
22/10 32/4 97/12
99/11 99/14 108/2
162/15 165/23 179/4
184/15
**speculation [3]**
40/25 208/24 209/6

**speed [1]** 93/10
**spend [5]** 20/7 24/4
33/16 35/16 235/9
**spent [2]** 27/18
115/23
**splinter [1]** 136/11
**spoils [5]** 15/20
15/22 17/3 35/2 223/7
**spoke [6]** 61/20
201/23 215/11 217/2
224/11 228/1
**spoken [1]** 83/18
**spokesperson [2]**
24/6 30/12
**sponsored [2]**
234/13 236/12
**spouse [4]** 38/17
49/4 49/14 50/9
**spread [1]** 223/21
**spreading [1]** 153/7
**squarely [2]** 99/20
100/24
**St [1]** 3/5
**stability [8]** 113/1
124/3 124/20 125/6
126/1 176/21 177/24
190/18
**stabilize [1]** 127/5
**stabilizing [3]** 125/1
143/4 175/11
**stable [1]** 122/5
**Stabler [2]** 168/21
168/23
**stages [1]** 39/24
**stake [1]** 174/12
**stand [10]** 6/20
13/14 30/2 71/7 107/7
107/15 107/18 111/23
150/21 151/1
**standard [5]** 201/11
216/9 216/10 227/24
228/15
**standards [1]**
166/12
**standing [5]** 55/10
71/14 88/4 134/8
213/2
**standpoint [1]** 41/6
**stands [1]** 91/8
**star [2]** 76/12 89/25
**start [5]** 70/17 96/11
111/18 139/20 231/18
**started [9]** 55/13
59/3 74/18 78/24
83/13 92/16 134/11
190/13 193/19
**starting [7]** 10/23
11/18 50/4 133/4
144/8 196/9 199/2
**starts [2]** 12/14 93/8
**state [12]** 22/11
73/1 82/8 141/8

**S**

**state... [8]** 151/14
153/22 166/14 187/25
188/18 190/22 195/20
203/3

**statement [34]**
13/12 19/18 19/19
35/6 35/6 62/23 66/18
70/20 74/15 74/19
75/1 75/3 75/15 75/21
77/18 82/3 82/10
82/12 83/19 84/11
94/8 101/22 106/18
106/20 143/16 169/15
172/1 196/11 197/10
197/10 226/12 235/22
238/10 238/12

**statements [4]** 78/5
106/14 225/1 240/22

**states [23]** 1/1 1/9
33/21 72/22 83/24
101/20 141/9 141/15
146/25 147/6 147/10
148/4 190/24 197/22
198/1 238/8 240/24
241/6 241/24 242/3
242/6 243/4 244/14

**statistical [6]** 33/11
33/12 159/7 160/7
160/8 161/12

**statistically [4]**
137/15 137/21 154/9
158/21

**statistics [3]** 160/25
161/4 232/9

**statute [2]** 1/4
187/22

**stay [7]** 143/13
154/25 172/12 175/10
175/10 212/7 212/7

**stayed [1]** 105/7

**staying [1]** 144/17

**stays [1]** 68/14

**stealing [3]** 64/2
69/7 165/14

**steel [1]** 74/24

**step [5]** 124/10
143/5 144/7 173/6
184/25

**stepbrother [1]**
87/23

**stepdaughter [1]**
88/3

**stepping [1]** 228/9

**steps [1]** 45/9

**stepson [1]** 85/21

**stick [1]** 236/22

**still [16]** 43/11 48/6
49/18 49/19 56/21
59/22 86/23 87/13
88/10 90/13 176/5

194/4 230/16 239/5
239/5 239/19

**stipulated [3]** 19/19
35/7 115/2

**stoic [1]** 67/9

**stole [2]** 207/16
207/17

**stomping [1]** 224/19

**stood [2]** 222/7
232/17

**STOOLMAN [1]** 3/10

**stop [19]** 34/4 34/5
34/6 64/16 67/25 85/1
93/10 126/11 147/16
153/12 189/23 191/6
191/18 192/1 193/11
193/12 193/25 194/4
195/13

**stopped [4]** 92/18
126/16 189/7 219/11

**stopping [1]** 59/19

**stops [1]** 63/10

**store [2]** 155/1
165/14

**stores [4]** 125/19
165/8 165/10 165/11

**stories [2]** 68/15
115/25

**story [32]** 14/21
15/5 29/12 61/21 70/5
70/9 70/22 70/23
71/24 72/22 76/24
78/2 98/5 112/6 112/6
114/16 116/7 116/8
116/12 116/14 126/24
126/24 126/25 153/11
153/11 153/12 155/12
156/23 193/22 205/7
211/21 230/20

**street [10]** 1/18 2/13
3/2 3/11 85/14 87/11
87/17 198/18 198/19
199/6

**streets [1]** 223/18

**strikes [2]** 28/11
222/6

**string [1]** 79/3

**stronger [1]** 56/1

**strongly [1]** 215/3

**struck [1]** 17/11

**struggle [1]** 126/6

**student [1]** 68/19

**students [1]** 218/11

**study [1]** 68/22

**stuff [2]** 86/5 171/18

**stupid [1]** 86/4

**subject [4]** 26/13
47/7 56/22 71/5

**submarines [2]**
148/4 148/5

**submit [7]** 44/9 50/3
56/11 59/12 122/17

124/6 174/9

**submitted [1]**
234/24

**subsequently [1]**
109/13

**substance [2]** 11/23
76/1

**substantial [26]**
24/20 33/12 131/2
145/23 146/16 146/18
147/12 147/21 148/7
148/21 149/11 196/7
196/18 197/1 200/10
200/12 200/25 201/9
201/13 201/14 201/14
201/16 209/19 211/8
211/16 229/3

**substantially [4]**
117/5 146/2 149/6
229/20

**substantialness [1]**
149/9

**substitution [1]**
103/8

**successful [2]**
127/10 193/20

**successfully [1]**
122/3

**such [6]** 10/13 16/9
17/24 51/2 120/20
226/1

**sudden [1]** 49/12

**suffer [6]** 21/11
36/15 67/15 83/6
94/24 233/3

**suffered [9]** 33/6
42/10 44/12 46/25
55/8 67/14 69/14
69/14 105/17

**suffering [9]** 43/17
47/3 49/6 60/15 66/25
66/25 67/12 69/2 69/5

**Suffice [1]** 38/9

**sufficient [3]** 211/18
229/3 229/21

**suggest [21]** 27/21
28/2 37/20 43/18 54/6
60/6 60/10 60/11
60/16 60/17 60/23
75/25 89/13 89/14
93/8 94/5 144/16
210/11 215/3 217/25
228/5

**suggested [7]** 47/20
60/24 82/24 110/22
216/17 218/4 233/15

**suggesting [4]** 61/2
89/6 173/15 173/21

**suggestion [4]**
111/11 236/11 236/19
243/17

**suggestions [1]**

67/11

**suggests [1]** 45/22

**Suite [6]** 1/18 2/3
2/13 2/20 2/24 3/3

**sum [2]** 51/4 214/4

**summoned [3]**
163/13 163/16 167/14

**superstar [1]** 93/2

**supervise [1]** 59/18

**supervising [1]** 27/3

**supervisor [1]** 59/17

**supplier [1]** 63/20

**supplies [1]** 64/2

**supplying [1]** 225/4

**support [14]** 28/9
43/3 43/4 43/11 46/15
58/15 68/4 127/7
152/20 193/5 211/17
215/5 232/11 242/7

**supported [2]**
155/15 155/15

**supporting [5]** 27/11
69/17 227/7 227/8
229/9

**supports [6]** 41/2
50/4 100/7 130/13
150/19 228/21

**supposed [1]** 167/25

**supposedly [2]**
129/7 162/10

**suppressing [2]**
28/11 29/25

**sure [38]** 5/23 7/2
16/5 21/17 27/9 61/8
68/13 71/22 84/9
84/17 88/7 91/5 92/13
97/18 108/6 110/5
111/24 118/16 118/17
118/21 177/14 183/19
190/15 194/15 194/22
195/10 214/3 214/10
222/11 225/12 235/15
235/20 237/5 237/13
237/22 243/24 244/6
245/7

**surprising [1]** 136/4

**surrebuttal [1]**
10/14

**surrounding [5]**
17/17 23/4 35/20
221/2 221/7

**surveillance [1]**
29/15

**surviving [4]** 38/16
38/17 38/17 50/8

**survivor [1]** 50/5

**survivors [2]** 38/16
84/13

**suspect [2]** 21/2
214/23

**suspected [2]** 65/15
65/24

**suspended [1]** 189/7

**suspends [1]** 188/25

**Sustained [2]** 75/6
173/16

**sustains [1]** 228/22

**sweater [3]** 55/11
134/9 202/4

**sweaty [1]** 57/2

**sweeping [3]** 87/8
87/21 87/24

**sweethearts [1]**
54/13

**swinging [1]** 227/15

**swore [1]** 32/7

**sworn [1]** 216/10

**sympathetic [1]**
108/20

**sympathy [13]**
70/18 71/5 71/8 71/8
71/9 71/11 71/14
72/14 105/21 233/20
233/21 233/23 234/3

**synthesize [1]** 37/6

**system [11]** 37/17
41/17 50/15 50/16
50/22 51/7 51/10 62/3
70/14 84/15 214/8

**T**

**table [2]** 15/7 15/8

**tactic [2]** 80/20
80/21

**tactics [2]** 80/16
80/19

**tail [1]** 106/5

**tainted [1]** 233/20

**take [56]** 13/24
13/25 14/2 14/10
14/12 15/21 18/9
19/22 19/23 39/6
50/10 51/13 51/14
55/2 58/14 60/12 61/2
62/5 78/15 78/15
84/18 85/1 86/16
96/10 104/6 113/22
123/7 123/15 124/21
124/23 127/7 137/3
138/21 139/1 143/11
157/9 158/22 163/8
164/7 168/15 169/10
174/19 176/13 177/4
182/24 182/25 183/3
212/4 212/8 212/9
223/16 228/7 234/22
236/18 237/19 240/8

**takeaways [1]**
191/14

**taken [23]** 20/3 23/3
25/13 51/9 64/5 68/23
79/4 103/25 107/1
107/3 115/4 115/21
150/24 168/11 168/12

**T**

**taken... [8]** 176/1 183/8 194/16 194/22 214/10 225/1 233/7 234/1

**taking [8]** 35/19 57/3 92/10 107/1 110/6 214/9 223/4 241/13

**talk [43]** 21/2 23/19 24/15 37/4 37/8 53/14 53/14 54/13 56/21 59/8 59/8 74/3 74/4 75/2 75/6 78/17 81/14 85/3 85/11 87/2 93/3 94/3 94/19 112/24 114/9 124/7 126/6 130/11 130/18 145/20 150/15 150/23 154/25 160/6 164/14 173/16 188/12 190/22 190/23 190/23 196/5 201/19 214/19

**talked [23]** 33/18 57/14 80/13 90/2 135/16 143/16 145/19 150/17 164/12 171/22 172/1 175/6 178/18 190/11 192/10 192/25 195/3 195/3 195/4 202/9 210/24 211/7 224/12

**talking [21]** 23/16 47/2 71/14 74/7 74/19 93/8 124/2 126/20 128/22 151/20 152/19 153/3 156/12 172/11 180/13 192/3 197/25 211/2 226/15 227/14 227/17

**talks [3]** 155/21 168/21 241/3

**tall [1]** 67/3

**Tangarife [2]** 133/11 207/21

**tape [2]** 110/10 224/19

**tapes [3]** 29/15 75/19 78/5

**target [4]** 16/15 69/8 206/12 218/13

**targeted [4]** 64/4 65/14 65/24 81/24

**targets [3]** 16/23 167/16 167/24

**tariffs [1]** 18/21

**task [1]** 84/13

**tasked [1]** 49/24

**taught [3]** 16/11 120/22 218/10

**tax [2]** 29/3 221/17

**Taxay [1]** 11/22

**taxes [5]** 166/10 166/11 166/15 166/17 167/2

**tc [1]** 2/14

**team [5]** 25/6 74/14 108/8 108/9 115/24

**tell [43]** 8/14 21/24 40/6 49/17 51/9 57/4 57/11 59/1 63/16 63/25 66/18 68/15 70/4 70/9 70/21 71/10 74/10 92/18 108/21 116/11 128/24 129/4 136/19 136/21 145/25 148/24 149/4 154/24 162/8 174/2 175/24 191/24 207/11 211/8 215/22 215/24 219/1 221/14 221/19 226/12 231/8 233/12 239/18

**telling [5]** 67/8 97/25 195/18 230/15 233/19

**tells [6]** 16/6 63/11 129/25 222/5 228/14 232/1

**temporal [3]** 41/6 137/16 160/9

**ten [15]** 10/16 39/25 89/21 103/24 138/25 139/1 139/3 139/6 182/25 182/25 183/3 209/8 212/10 222/9 231/5

**ten-minute [2]** 182/25 183/3

**ten-year [1]** 39/25

**tenths [1]** 200/19

**term [8]** 26/14 111/12 126/2 148/10 148/11 148/18 148/22 242/16

**terminate [1]** 66/2

**terms [12]** 42/25 70/25 94/11 95/19 149/6 156/12 158/5 170/25 180/6 196/18 208/25 214/12

**TERRENCE [1]** 2/12

**terribly [2]** 27/25 90/12

**terrified [2]** 63/18 67/25

**terrifying [1]** 49/23

**territorial [1]** 166/11

**territory [3]** 118/13 156/1 169/7

**terror [5]** 30/18 56/17 169/18 197/7 221/8

**terrorism [10]** 124/6

**152/5 170/2 170/5 170/12 171/1 171/15 216/25 218/24 227/18

**terrorist [48]** 7/8 15/25 17/12 26/17 27/2 28/14 29/1 33/19 33/22 33/24 52/20 92/16 108/1 111/13 120/4 141/11 146/3 146/8 153/22 157/21 157/21 159/9 168/22 172/7 184/4 202/11 205/18 207/20 232/10 236/12 236/13 237/25 238/2 238/9 238/16 238/17 238/23 239/11 239/23 239/24 240/13 240/14 241/4 241/7 243/5 243/8 244/11 244/15

**terrorist-related [1]** 27/2

**terrorists [50]** 15/10 15/14 15/15 18/2 27/20 27/24 28/1 34/4 34/5 34/7 34/8 35/17 113/2 117/14 117/16 123/4 125/5 126/7 136/1 136/10 142/24 143/3 143/25 145/1 145/12 146/14 152/3 153/4 154/15 157/2 157/9 158/8 169/18 169/22 170/19 174/4 176/10 176/10 181/1 190/15 193/11 193/12 199/24 221/4 221/5 228/12 229/9

**terrorists' [1]** 223/14

**terrorize [2]** 53/23 232/15

**terrorizing [1]** 169/25

**Terry [2]** 83/20 128/4

**test [3]** 22/25 22/25 31/23

**testified [34]** 19/3 38/20 38/22 43/7 46/15 53/17 54/10 54/13 54/25 57/8 63/7 73/13 75/17 88/1 89/23 99/3 109/6 110/14 110/25 111/20 133/19 161/14 165/3 165/4 165/7 165/16 168/2 168/9 168/9 176/15 177/10 180/11 206/18 217/3

**testifies [2]** 87/8

217/8

**testify [11]** 38/25 39/14 39/18 39/19 44/21 48/18 49/15 53/25 82/11 86/19 90/12

**testifying [2]** 113/19 157/20

**testimony [141]** 13/15 23/15 25/1 25/3 31/21 34/14 40/4 42/6 43/16 44/8 44/10 45/3 45/10 45/12 46/4 46/13 47/17 48/3 48/23 49/14 55/7 56/24 57/1 57/1 59/12 59/13 65/1 65/2 65/22 65/23 66/6 66/7 66/10 67/17 69/4 73/19 73/20 75/10 76/1 76/20 76/23 77/12 78/25 80/8 80/11 81/13 81/14 81/17 84/19 85/5 85/14 93/7 94/18 98/19 99/2 99/13 99/17 101/4 101/11 103/4 103/19 107/10 107/10 107/18 107/19 108/18 110/4 110/22 111/8 111/20 111/21 112/4 113/18 117/1 118/22 118/25 119/1 119/15 121/4 123/13 127/17 127/18 128/11 133/6 135/7 136/16 137/24 141/1 142/5 143/13 146/21 150/15 152/18 153/6 153/16 154/19 155/10 157/9 158/25 161/8 163/22 164/19 167/6 171/2 172/15 175/12 175/16 175/16 175/23 176/16 176/16 176/17 180/12 183/25 186/15 189/10 192/11 193/3 193/9 195/5 197/2 198/2 201/18 201/24 202/20 203/12 203/18 204/18 205/2 205/9 205/10 205/19 208/15 208/17 208/18 214/6 216/20 220/4 220/18 233/1 233/1

**than [33]** 18/18 20/5 20/6 20/6 25/19 40/1 41/11 59/25 68/9 77/6 86/12 86/18 90/1 94/24 96/11 105/10 105/21 112/23 119/23 127/9 131/19 146/6 147/11 152/1 175/7

176/14 213/21 214/11 220/1 228/11 236/24 237/20 239/8

**thank [79]** 7/4 7/16 8/4 8/23 8/24 10/11 11/7 12/8 12/16 12/17 12/21 13/5 14/18 20/10 20/15 20/18 20/24 23/13 35/22 36/21 36/23 36/24 37/24 37/25 51/11 51/12 51/16 51/20 61/24 69/22 69/23 70/2 70/13 75/8 83/7 83/7 83/9 83/10 83/14 84/3 93/19 93/22 96/5 96/6 96/9 98/17 102/3 103/9 105/2 105/5 105/12 139/3 139/6 140/5 173/18 182/5 183/5 183/16 209/10 212/1 212/2 212/10 213/7 213/14 222/14 231/6 234/13 234/13 234/14 235/4 237/9 237/11 237/12 243/25 245/8

**thanks [3]** 20/19 39/3 93/23

**that [1490]**

**that's [175]** 7/1 7/10 12/6 13/13 13/16 17/2 18/23 18/23 25/1 26/10 28/11 30/8 31/21 33/1 34/15 35/12 37/24 38/6 39/12 40/5 40/5 40/16 45/19 45/21 45/23 50/7 50/22 64/13 64/22 68/16 71/3 71/24 71/25 71/25 72/4 72/4 72/6 72/12 72/13 72/13 74/11 76/24 77/16 78/1 78/7 78/12 80/8 80/11 81/2 81/4 81/10 81/17 85/6 85/6 86/8 91/13 91/22 92/3 92/8 92/25 93/1 94/1 96/15 98/10 100/2 100/10 101/2 102/1 102/9 103/6 106/7 107/3 107/5 107/7 110/24 111/15 113/2 117/22 119/12 120/25 123/16 124/4 124/5 124/7 125/1 125/2 125/3 125/4 125/13 126/2 126/23 126/24 127/3 127/3 127/8 127/11 128/21 129/15 131/5 132/14

**T**

**that's... [75]** 134/21 137/2 137/23 138/7 144/4 145/14 146/9 148/10 148/11 150/21 150/23 152/6 152/25 155/16 165/13 168/17 172/16 172/20 173/8 173/11 173/23 174/17 175/22 178/9 178/14 179/6 179/9 180/20 183/2 189/21 193/4 193/7 195/16 198/2 198/14 198/22 199/18 204/6 205/19 206/25 209/23 210/11 212/20 216/9 217/7 218/6 219/9 219/25 220/24 222/7 225/6 225/8 225/11 225/24 228/12 230/9 230/19 230/22 235/22 235/22 236/7 238/3 238/7 238/10 238/13 238/20 239/2 239/11 239/25 240/1 240/6 240/7 240/15 243/13 243/16
**theater [1]** 152/25
**theft [2]** 207/12 207/19
**their [103]** 8/18 10/16 13/22 14/4 16/16 17/4 17/5 17/10 17/10 17/16 17/17 17/22 18/6 18/9 18/9 18/10 23/19 23/20 30/21 31/6 33/6 38/16 39/14 39/17 39/21 39/21 39/24 41/21 42/1 42/15 46/23 47/1 47/13 49/16 50/10 50/11 53/22 54/18 54/18 59/8 61/25 62/3 62/9 70/5 70/9 70/11 71/18 71/18 71/20 72/4 72/5 76/11 76/12 76/17 81/17 81/22 84/24 89/16 89/20 95/19 96/5 99/4 100/5 100/8 100/20 103/19 105/15 115/23 115/25 116/4 119/24 129/23 129/25 131/14 131/22 132/2 132/11 133/2 134/1 138/18 145/11 147/24 148/3 148/22 152/5 170/6 170/6 170/6 170/7 170/21 173/8 174/11 176/25 177/3 187/14 194/23 200/1 202/6 216/4

225/9 225/9 226/19 228/23
**them [116]** 7/14 8/20 16/5 16/17 22/1 27/22 28/15 30/3 31/7 33/8 34/2 34/12 37/20 40/10 42/1 43/20 44/12 45/16 47/24 48/24 52/22 55/3 59/24 63/8 70/7 70/11 70/12 70/14 76/3 79/5 80/22 81/3 81/4 81/4 90/20 94/17 97/18 98/4 98/9 98/12 112/19 114/2 115/17 116/2 117/21 122/2 122/16 124/25 133/14 137/13 142/16 143/25 144/17 145/14 145/17 150/1 152/7 152/9 152/24 152/24 155/18 156/4 164/25 165/1 169/5 169/19 170/4 170/9 170/9 170/15 170/18 171/9 174/15 177/5 177/5 177/24 177/25 181/21 181/21 181/21 181/24 181/25 185/24 186/9 187/21 187/23 191/22 192/8 192/23 192/24 194/17 199/1 199/23 207/22 208/6 208/16 210/6 215/17 216/1 218/15 218/19 221/15 221/18 224/4 224/6 224/7 224/7 224/18 230/7 234/10 234/21 234/23 241/10 241/11 241/14 243/13
**themselves [16]** 17/9 123/8 123/17 133/5 133/7 157/7 166/3 169/13 174/11 175/10 179/24 215/4 225/9 231/2 231/7 231/9
**then [79]** 7/6 8/11 8/17 9/22 11/18 14/5 14/8 14/8 19/17 19/20 28/12 29/14 43/20 44/3 45/18 48/14 48/17 50/13 50/14 56/3 58/25 59/3 59/4 77/15 77/17 77/21 79/4 85/9 86/14 86/25 87/21 90/15 96/2 97/7 101/22 110/6 110/15 112/14 113/11 113/24 114/1 117/25 131/8 132/3 132/15 132/20 136/16 140/11 140/12

141/21 142/24 142/25 148/4 154/2 167/5 169/5 175/3 175/18 182/1 182/24 192/3 192/3 192/23 202/5 219/21 224/11 224/11 224/18 226/7 226/15 228/3 229/22 230/7 230/20 234/18 236/8 240/16 242/2 243/7
**theories [1]** 158/18
**theory [13]** 123/14 137/9 137/10 137/16 148/19 148/22 158/20 159/8 159/8 160/3 193/15 201/10 210/25
**therapist [1]** 56/19
**therapy [1]** 56/19
**there [207]** 6/7 8/20 11/12 15/9 15/10 15/10 15/13 15/19 16/3 16/6 17/25 18/18 18/19 18/20 20/24 21/17 26/5 27/14 27/17 27/19 27/21 28/18 28/20 28/23 28/25 29/21 31/15 31/18 32/12 32/24 34/23 34/24 37/7 38/19 42/3 42/23 42/24 43/3 43/4 44/11 45/16 45/20 52/17 54/24 55/10 55/19 56/18 57/22 58/13 59/17 59/19 60/5 60/8 61/4 67/8 75/3 75/18 75/21 79/14 80/7 80/9 80/12 80/15 81/21 82/19 83/2 83/22 87/18 88/4 88/21 89/15 90/14 90/18 90/19 90/21 91/11 91/19 91/22 93/16 97/16 97/20 98/6 98/20 99/16 99/19 99/24 99/25 100/4 100/7 100/14 100/14 101/1 101/22 102/11 106/25 108/13 110/12 111/5 112/23 113/4 116/14 117/5 118/2 119/12 119/13 122/17 123/11 123/16 125/22 126/15 127/4 127/6 130/17 133/25 133/25 134/4 135/20 137/10 137/12 140/19 145/18 147/5 147/19 148/7 151/13 151/23 152/22 153/19 158/18 158/21 159/13 161/14 161/19 165/3 165/20 166/25

167/1 169/17 169/23 174/8 175/6 176/7 176/11 177/23 177/23 181/4 181/5 189/12 189/22 192/4 195/19 198/14 200/10 208/8 208/20 208/21 208/21 208/24 208/24 208/25 212/13 212/18 213/21 215/16 215/22 215/22 216/18 217/7 217/9 217/13 217/16 217/20 217/23 217/25 219/5 219/6 219/6 219/7 222/2 222/18 224/12 224/13 224/14 225/22 226/24 228/5 230/3 230/5 230/6 230/6 230/6 230/12 230/20 230/20 230/22 231/15 231/25 232/4 232/10 234/7 236/10 236/13 236/13 238/3 239/8 241/9 241/12 241/14
**there's [83]** 6/21 7/17 7/22 7/22 8/1 9/18 20/4 20/8 20/9 20/21 39/5 45/12 45/18 45/18 49/9 55/16 55/17 55/20 72/6 75/12 75/12 75/13 82/2 84/22 91/1 100/13 101/7 111/11 111/16 114/16 115/12 117/6 119/13 119/16 121/15 127/14 132/24 134/16 138/1 138/9 140/18 141/18 145/3 146/10 154/9 154/13 159/1 161/25 163/7 163/8 164/14 166/1 166/1 169/21 172/6 173/11 173/15 173/16 173/21 174/1 174/13 175/8 178/7 183/17 189/3 189/11 190/16 190/25 191/21 202/4 203/6 203/12 205/9 218/16 219/18 227/4 228/18 231/10 231/22 233/16 236/9 237/2 238/19
**therefore [2]** 92/19 137/7
**Thereupon [12]** 13/2 51/18 52/7 96/24 104/17 139/5 139/13 183/7 183/12 212/12 213/10 235/6
**these [145]** 7/11 18/12 20/14 20/23 22/10 24/3 25/9 26/7

26/23 27/19 32/23 33/19 33/25 34/10 36/6 36/9 38/8 38/14 41/10 41/20 43/19 43/25 44/2 45/23 46/9 49/17 49/25 50/2 55/23 71/15 73/3 73/7 73/13 74/24 77/20 77/24 80/14 80/15 81/23 82/23 88/24 91/6 92/8 92/8 95/10 102/4 108/11 108/15 110/5 110/23 113/12 115/18 116/1 116/3 119/21 121/16 122/1 122/11 122/21 123/12 125/4 125/25 126/1 126/9 126/22 129/14 131/19 133/2 135/16 136/10 136/18 136/19 138/2 138/12 140/25 143/3 143/4 145/4 145/16 147/25 148/17 149/2 150/16 152/9 155/5 155/16 156/3 160/11 160/14 160/23 160/25 161/13 161/14 161/22 168/18 169/1 169/14 169/17 170/19 171/8 171/20 178/8 178/13 178/24 178/25 179/20 180/2 181/18 181/20 181/24 182/8 182/18 190/20 190/24 191/13 192/22 193/10 202/2 202/2 202/9 205/6 208/20 209/13 214/13 214/16 215/2 215/15 215/25 216/7 217/13 218/23 219/3 220/12 221/23 224/17 224/17 226/8 229/18 230/14 232/14 233/4 240/21
**they [419]**
**they're [25]** 9/13 10/19 32/23 38/6 42/1 50/20 51/3 55/19 55/19 72/6 78/20 115/1 128/22 136/3 161/9 161/10 161/10 170/3 176/8 179/4 202/1 202/9 209/16 224/15 243/9
**they've [2]** 122/24 244/4
**thief [1]** 12/15
**thin [1]** 35/24
**thing [43]** 6/9 7/6 18/1 20/8 20/9 20/15 23/16 35/16 42/14

**T**

**thing... [34]** 42/16
55/3 71/18 72/8 72/11
72/12 73/4 75/20
77/12 79/21 82/21
83/12 105/14 106/2
113/21 113/23 115/20
125/23 127/13 133/15
135/4 136/13 150/7
158/2 169/8 170/14
176/9 176/12 185/6
209/23 234/17 239/12
241/16 241/17
**things [49]** 5/9 7/11
18/4 24/3 32/6 32/6
32/7 33/25 34/10 37/7
42/23 49/5 52/17
54/20 67/11 69/4
74/24 86/8 86/11 95/1
100/4 104/3 105/14
113/21 122/9 124/15
135/19 138/12 141/16
145/5 145/16 150/17
173/10 174/9 188/23
206/3 214/19 214/20
214/25 222/2 226/5
228/1 228/3 230/7
233/4 234/7 240/24
241/24 242/6
**think [96]** 5/13 5/20
6/21 7/4 9/1 9/6 9/11
9/12 10/5 10/9 10/17
11/8 26/15 47/8 59/24
62/4 66/3 67/14 70/16
70/16 71/16 71/17
72/6 78/2 78/3 80/23
82/14 82/24 83/4
84/10 86/3 86/4 86/10
86/12 87/12 87/19
88/6 90/1 93/7 94/4
94/23 95/8 95/9 96/18
97/10 97/19 100/6
100/16 104/7 104/14
105/9 106/5 106/6
108/2 111/12 111/19
125/8 131/23 132/6
141/11 145/24 156/11
169/25 173/3 174/8
180/23 182/23 184/23
194/9 204/11 212/16
221/2 232/22 235/17
235/22 236/1 236/3
236/8 238/6 238/13
239/7 240/18 241/15
241/15 241/16 242/21
242/23 242/24 243/2
243/10 243/20 244/4
244/12 244/20 244/21
245/8
**thinking [4]** 37/7
67/10 69/11 87/25

**thinks [1]** 68/3
**third [19]** 7/19 8/3
79/23 117/11 131/1
132/21 145/21 146/16
147/22 149/5 184/19
185/11 196/5 196/6
200/10 201/11 211/14
231/12 231/12
**thirsty [2]** 174/4
199/23
**this [565]**
**thorough [5]** 23/5
46/8 105/6 203/4
211/23
**thoroughly [1]**
99/23
**those [108]** 11/24
11/25 13/23 13/24
16/14 16/17 16/21
16/24 17/16 18/4 19/1
19/11 22/7 26/2 26/21
28/6 32/5 32/6 32/7
32/8 33/7 34/14 38/10
49/8 61/6 65/24 72/17
74/16 81/22 87/21
89/4 93/13 98/4 98/8
98/9 98/11 98/13
100/13 102/7 102/18
102/23 108/6 112/18
114/22 117/1 118/20
122/23 125/13 129/8
130/13 132/2 132/3
132/4 134/20 136/15
140/24 141/1 143/10
143/11 147/22 148/16
150/19 152/3 153/3
155/25 159/24 159/24
162/11 165/24 166/20
167/22 168/15 170/17
171/24 174/9 177/13
179/7 179/11 179/15
179/16 191/3 195/23
198/24 200/24 201/2
205/22 211/5 214/19
214/20 214/22 217/1
218/18 218/20 220/9
220/19 221/5 223/1
223/15 228/2 232/12
232/16 232/24 234/21
234/22 237/14 241/8
241/13 243/9
**thou [1]** 114/13
**though [13]** 5/21
6/20 30/17 48/6 90/4
105/8 105/18 115/16
160/4 161/1 175/22
204/2 232/25
**thought [11]** 7/9
12/1 12/9 23/20 57/10
68/1 87/16 174/25
185/6 236/10 242/14
**thousands [9]** 17/15

29/6 30/13 69/17
116/25 152/23 200/20
203/21 204/3
**threat [23]** 30/7
30/8 31/24 31/25
31/25 32/1 32/5 64/16
67/21 111/6 140/13
140/17 165/1 165/15
169/21 219/23 219/24
230/4 230/7 230/21
231/17 231/17 231/18
**threaten [1]** 15/10
**threatened [9]** 82/7
85/10 106/22 140/22
145/6 145/9 169/13
174/3 192/14
**Threatening [1]**
110/16
**threats [25]** 28/23
30/2 35/12 57/11
110/21 110/23 111/1
111/3 112/20 112/21
141/2 167/1 168/18
168/22 169/18 169/23
170/5 170/5 186/11
187/13 188/1 190/6
192/22 219/12 230/12
**three [30]** 9/7 9/7
9/8 9/9 37/7 37/16
40/4 62/18 68/8 78/25
84/23 86/3 92/20
93/10 94/16 130/17
131/11 132/24 132/25
133/1 149/1 150/18
153/11 156/18 159/21
162/10 162/11 186/17
200/19 237/20
**three million [1]**
162/10
**three-quarters [1]**
153/11
**threshold [3]** 119/19
130/21 131/4
**threw [1]** 110/15
**throat [1]** 83/3
**through [44]** 17/13
22/17 25/21 25/24
26/6 28/4 29/18 32/8
34/1 37/18 42/15
42/17 42/19 42/19
60/14 60/18 61/3
66/12 82/9 86/16
92/10 92/15 104/21
107/4 107/11 109/8
127/18 127/21 129/11
129/13 129/14 129/14
131/12 169/9 198/21
207/15 207/16 208/25
209/18 214/7 223/8
225/9 231/23 235/8
**throughout [20]**
36/20 71/4 105/24

106/24 111/17 112/18
113/14 115/24 121/16
143/7 143/21 146/8
164/15 167/11 171/13
172/18 176/18 182/2
199/6 206/25
**thrown [1]** 215/2
**Tiaras [3]** 80/3 80/4
80/5
**tied [4]** 79/3 98/19
100/6 207/19
**till [1]** 96/20
**time [105]** 5/8 8/6
8/13 9/15 14/3 14/21
16/2 18/12 18/17 19/9
19/25 20/9 23/25 24/4
25/10 25/13 25/21
26/15 27/18 31/11
32/14 33/16 33/21
39/14 39/21 41/7
48/15 51/11 52/19
59/9 59/16 61/25
63/21 69/22 71/6
71/10 73/12 76/1 78/8
78/15 82/9 83/13 84/1
84/8 86/24 89/2 89/22
90/12 92/11 92/12
92/15 93/16 95/17
96/14 96/17 97/13
97/16 101/16 104/14
105/7 111/3 111/10
113/19 114/21 115/10
115/23 117/12 121/1
121/20 128/15 128/17
130/10 131/24 143/8
147/19 148/9 150/24
151/6 152/17 163/12
166/25 169/4 169/21
172/3 173/1 174/4
176/5 184/1 185/20
186/16 186/19 188/1
194/15 194/19 199/16
202/19 203/10 213/20
228/17 231/23 233/6
233/9 234/2 235/9
241/21
**timeframe [6]** 9/7
97/23 104/15 121/22
181/14 188/21
**timeline [1]** 195/19
**timely [1]** 101/21
**times [14]** 10/1
43/20 50/7 58/13
64/24 114/14 156/18
160/13 166/25 167/1
169/13 181/7 188/14
198/18
**tire [2]** 87/10 87/18
**tired [2]** 57/3 176/3
**Tito [23]** 83/21 84/9
84/20 85/15 85/20
85/23 86/14 86/20

87/8 88/3 88/4 88/17
89/6 89/13 92/20 93/5
94/12 94/13 94/15
95/6 95/9 95/12 95/22
**Tito's [1]** 90/7
**today [14]** 14/11
56/21 61/21 82/11
105/22 112/19 127/9
131/13 135/5 141/12
157/4 187/17 190/12
192/8
**together [21]** 29/2
55/3 56/9 59/22 63/19
68/10 96/12 100/25
107/11 115/1 115/23
124/13 138/12 138/17
156/19 160/25 172/25
178/22 190/7 234/10
237/2
**told [116]** 13/11
14/10 14/21 15/5 19/5
22/1 23/14 24/2 24/14
28/21 30/3 31/7 31/22
31/23 32/22 33/2 36/4
36/4 36/5 48/24 48/25
49/10 51/7 52/22
53/16 61/20 63/1 63/2
63/16 63/22 64/1 64/3
64/5 64/13 64/16
64/20 66/6 66/8 67/19
67/23 68/1 68/2 68/14
69/9 70/10 73/8 73/18
74/20 74/24 77/3 77/3
80/25 82/6 105/13
105/14 106/2 115/1
116/3 118/2 119/14
121/6 122/14 122/14
122/15 122/16 122/19
127/14 134/22 136/20
138/8 142/15 142/18
143/7 144/13 144/23
145/14 148/2 150/14
155/20 167/14 167/19
169/8 171/11 172/4
182/12 188/22 189/1
189/11 190/3 191/1
191/6 192/13 193/17
194/13 202/16 204/9
208/7 217/20 217/23
219/1 219/2 219/6
220/1 220/4 222/7
222/15 225/13 225/17
226/9 229/7 229/11
229/17 230/13 231/15
232/18 234/17
**tolerate [1]** 51/1
**Toll [1]** 2/20
**tomorrow [10]**
13/20 13/23 209/11
234/21 235/1 235/3
235/10 235/14 236/20
237/2

**T**

**too [8]** 17/23 78/8
86/17 104/21 124/6
136/24 176/3 222/2
**took [21]** 5/7 12/6
19/4 35/10 37/3 75/18
75/19 77/15 81/10
81/20 88/14 126/17
126/17 175/24 176/2
176/4 177/3 185/15
201/5 218/22 226/21
**top [10]** 12/2 80/1
95/8 95/9 146/23
146/23 165/21 180/6
183/22 186/17
**topic [1]** 22/20
**topics [1]** 32/11
**torn [1]** 113/1
**Torres [2]** 48/10
133/12
**tort [3]** 1/4 210/22
227/4
**torture [1]** 67/20
**torturing [1]** 144/14
**total [6]** 10/5 44/2
50/12 149/10 196/16
225/10
**totally [4]** 82/25
173/23 200/20 201/4
**toughest [1]** 152/17
**toward [1]** 111/14
**towards [2]** 20/23
63/8
**town [7]** 57/24 57/25
57/25 58/1 76/17
115/2 204/13
**track [1]** 93/9
**tracks [2]** 55/10
134/8
**trade [5]** 121/9
121/9 154/15 157/14
240/17
**traded [1]** 18/7
**trafficked [3]** 147/1
147/2 197/17
**trafficker [1]** 157/23
**traffickers [9]**
126/12 155/17 156/12
157/11 157/25 158/2
158/3 168/19 209/21
**trafficking [18]**
117/21 136/13 138/16
146/20 147/7 148/1
156/8 156/20 157/3
157/6 164/2 190/19
196/22 197/13 198/20
206/4 209/20 211/12
**tragedy [3]** 41/25
86/18 94/25
**tragic [5]** 41/21
46/15 49/9 49/12 51/2

**train [4]** 55/10 93/9
134/8 212/5
**trained [1]** 122/4
**transaction [1]**
77/19
**transactions [10]**
33/22 141/5 141/16
238/9 240/25 241/25
243/4 243/15 244/14
244/24
**transcription [1]**
245/14
**transferred [1]**
115/8
**translated [1]** 88/6
**translation [1]**
58/25
**transport [1]** 169/12
**transportation [5]**
156/2 156/14 156/15
197/14 205/13
**transported [2]**
176/1 197/21
**trauma [4]** 55/9
55/23 58/20 60/19
**traumatic [1]** 60/14
**traumatized [1]**
56/14
**travel [1]** 101/4
**Treasury [2]** 73/1
141/9
**treat [1]** 46/18
**treated [1]** 58/16
**trend [1]** 159/22
**trends [2]** 159/13
159/25
**trial [19]** 1/8 13/15
25/1 25/3 36/20 38/22
46/13 47/9 54/10
60/13 71/4 101/14
105/4 105/13 106/16
111/21 112/18 180/12
203/18
**trial as [1]** 60/13
**tried [6]** 82/15 101/1
101/13 177/16 217/7
223/10
**trigger [2]** 119/17
136/5
**Tripilla [1]** 204/21
**tropics [1]** 171/14
**trouble [2]** 152/11
239/19
**troubled [4]** 124/18
124/19 126/9 190/14
**truck [5]** 81/21
81/21 81/22 89/2 89/4
**true [35]** 32/23 33/7
33/8 73/7 73/10 73/11
73/12 73/16 73/17
111/16 111/17 115/19
115/20 119/6 123/16

125/17 125/23 131/19
131/19 131/21 131/21
133/15 137/1 140/20
142/16 149/22 155/16
162/18 166/16 167/19
176/23 177/2 193/7
193/15 196/12
**Truly [1]** 152/2
**trunk [1]** 106/6
**trust [4]** 51/7 51/10
62/3 214/9
**truth [15]** 22/12
69/15 106/3 106/7
106/12 107/5 107/6
112/7 122/25 130/3
130/9 173/12 209/24
210/1 211/25
**try [18]** 6/10 13/17
13/25 14/11 84/19
86/11 87/12 101/23
104/11 109/11 137/7
137/8 137/18 158/23
207/1 214/17 234/22
236/23
**trying [19]** 9/11 9/15
9/25 55/25 67/22
75/11 83/12 83/25
87/22 95/21 112/5
113/3 159/2 159/4
159/7 235/25 236/1
239/18 241/5
**Tsacalis [1]** 182/12
**Turbo [8]** 31/20 46/5
58/25 62/14 63/4
65/20 117/20 118/11
**turmoil [1]** 200/4
**turn [4]** 8/17 127/24
218/14 224/4
**turned [4]** 42/1
184/20 186/25 193/22
**turns [3]** 150/12
186/13 186/24
**Twenty [1]** 60/19
**two [62]** 5/9 7/22
9/12 37/13 47/6 47/11
48/24 59/10 60/8 61/6
61/21 70/4 75/22
76/15 78/18 78/20
78/22 78/23 79/6 80/2
81/15 81/21 81/23
86/13 94/13 94/16
97/4 102/11 114/21
131/11 135/5 135/8
135/16 136/18 138/8
150/3 156/4 159/21
159/24 165/23 176/2
176/6 186/17 188/22
200/19 205/20 208/4
208/8 208/12 210/16
210/21 224/14 224/14
227/1 227/2 227/21
237/20 241/8 241/13

241/20 241/23 243/9
**type [1]** 10/14

**U**

**U.S [12]** 52/21 62/3
118/12 126/18 129/2
162/6 195/8 195/11
195/12 199/7 219/17
227/8
**ultimate [1]** 195/9
**ultimately [4]** 73/5
85/10 136/14 197/22
**ultimatum [2]** 89/16
89/20
**umbrella [1]** 220/11
**UN [1]** 199/4
**unable [1]** 54/10
**uncertainty [2]** 9/18
208/24
**uncomfortable [1]**
230/5
**uncontroversial [1]**
238/5
**undeniable [1]**
19/14
**under [34]** 19/9
19/11 23/17 26/7
30/14 32/7 41/25
49/11 105/23 108/15
109/2 109/20 110/7
112/22 114/8 130/24
132/9 139/19 143/10
155/18 164/9 165/1
186/14 188/7 200/13
201/10 201/11 210/18
215/21 217/8 227/7
227/8 229/8 232/22
**undercover [2]**
190/8 192/5
**underdeveloped [1]**
122/12
**underlie [1]** 179/14
**undermining [1]**
130/2
**underneath [1]**
18/24
**undersigned [1]**
128/7
**understand [31]**
19/12 41/19 41/21
67/18 70/3 74/11 84/2
84/5 84/12 85/5 92/10
100/15 169/21 173/20
179/10 215/20 223/11
234/1 234/2 235/11
235/12 239/4 239/18
239/21 239/22 240/3
240/19 242/10 242/10
242/23 243/11
**understandable [1]**
202/18
**understanding [8]**

171/3 171/4 186/3
195/22 195/24 224/21
239/5 239/20
**understood [7]**
12/11 12/17 32/14
100/22 191/9 195/16
196/2
**undesirable [1]**
65/15
**undisputed [2]**
40/21 41/1
**unexpected [1]**
49/12
**unfortunately [3]**
11/3 47/6 64/15
**uniform [1]** 87/3
**unimaginable [1]**
67/7
**union [6]** 18/22
28/11 40/10 40/11
121/10 121/17
**unions [1]** 40/5
**UNITED [22]** 1/1 1/9
33/21 72/22 83/24
141/8 141/15 146/25
147/6 147/9 148/4
190/24 197/22 198/1
238/8 240/24 241/6
241/24 242/3 242/6
243/4 244/13
**universe [1]** 100/3
**university [1]** 68/22
**unjust [5]** 49/12
233/21 233/24 234/3
234/4
**unknown [3]** 57/18
134/3 137/14
**unlawful [2]** 230/3
230/21
**unless [5]** 21/12
90/24 92/24 228/24
230/1
**unlikely [1]** 132/23
**unload [3]** 29/12
77/20 78/1
**unprecedented [3]**
83/25 84/2 95/17
**unprofessional [1]**
140/2
**unpunished [1]**
172/21
**unreasonable [9]**
33/17 34/21 34/22
127/12 174/2 174/6
227/25 228/3 228/4
**unrest [2]** 29/25
222/6
**unspoken [1]** 140/7
**unsuccessful [1]**
207/2
**until [16]** 19/20
19/21 21/5 35/14

**U**

**until... [12]** 35/15
35/15 47/21 54/17
56/21 88/11 93/24
98/21 147/16 188/25
193/19 219/23
**untimely [1]** 69/20
**up [83]** 8/7 16/17
21/5 36/17 39/3 41/13
42/8 44/2 47/16 51/4
52/1 52/4 55/10 56/21
61/22 69/18 69/19
74/7 76/16 77/13
77/19 77/25 78/8 79/3
79/23 85/10 85/16
86/8 86/20 87/13
87/22 88/5 88/16 90/2
91/3 91/18 92/14 98/1
98/6 99/2 103/23
107/17 110/24 113/6
114/5 115/1 117/10
120/10 121/8 121/14
122/11 125/18 127/16
130/3 134/8 138/23
142/3 142/9 144/25
159/22 163/12 164/16
165/21 166/5 168/2
172/23 173/6 179/23
185/3 185/19 189/18
191/16 193/18 195/23
195/25 214/4 218/20
219/12 219/16 223/20
224/16 232/17 241/11
**upon [19]** 13/18
13/19 39/22 40/12
40/13 46/8 57/4 71/2
72/9 72/10 100/2
100/8 100/20 138/5
160/10 163/23 185/14
214/15 220/4
**ups [1]** 66/2
**upset [2]** 217/14
217/15
**upside [1]** 42/1
**Uraba [1]** 203/24
**Urabá [8]** 27/11
31/20 114/1 114/21
115/8 115/10 220/8
221/10
**us [50]** 2/20 16/6
21/24 24/2 29/17 30/6
42/23 43/10 43/11
48/25 51/1 58/23 71/4
72/17 82/24 86/9
99/23 105/18 108/23
124/16 129/22 148/17
151/3 151/3 154/24
171/17 175/24 191/24
191/25 195/14 195/25
196/3 196/6 208/7
212/17 212/20 217/22

217/24 219/5 222/5
229/7 230/8 230/13
231/15 236/17 237/9
239/25 241/21 245/5
245/6
**use [10]** 14/24 43/25
60/23 205/6 214/16
223/15 223/25 224/2
234/6 236/5
**used [27]** 15/4 29/14
31/5 35/21 46/22 55/1
68/10 74/22 77/11
78/8 78/9 103/23
111/12 160/2 167/1
170/4 170/19 196/23
197/12 205/10 220/21
220/22 220/25 221/4
229/6 232/20 236/5
**using [7]** 26/3 87/12
153/22 156/23 199/7
200/21 229/9
**utter [2]** 73/21 73/21

**V**

**vacuna [1]** 165/11
**VAHLSING [1]** 1/15
**VALENTIN [1]** 3/5
**validate [3]** 184/2
184/21 185/9
**validated [1]** 185/21
**validates [5]** 154/4
154/4 186/13 195/18
199/18
**validity [1]** 41/14
**valuable [1]** 233/6
**value [21]** 38/14
40/3 41/18 42/3 43/14
43/19 49/5 50/1 50/11
50/21 50/21 147/9
197/24 197/25 198/17
198/18 198/19 198/19
198/19 199/6 199/7
**values [2]** 198/24
199/2
**Valverde [1]** 110/12
**Vargas [2]** 54/9 60/2
**various [3]** 65/5
103/20 128/12
**vary [1]** 43/23
**vast [1]** 197/20
**vegetative [1]** 203/3
**Velez [1]** 176/15
**Veloza [1]** 155/19
**veracity [1]** 163/25
**verdict [38]** 5/7 7/18
38/1 38/18 43/18 44/4
50/13 51/5 54/2 54/2
60/1 61/5 61/22 62/21
78/19 96/3 131/8
131/9 132/6 132/7
132/16 210/2 210/8
210/10 210/13 210/21

211/4 211/2 212/14
233/20 233/21 233/22
233/24 233/25 234/2
234/3 234/3 234/5
**verge [1]** 116/16
**verification [2]**
45/13 65/10
**verified [1]** 185/21
**verifies [1]** 186/13
**verify [2]** 184/3
184/21
**versa [1]** 108/22
**version [1]** 45/10
**versus [2]** 46/14
58/11
**very [108]** 8/4 13/11
14/9 14/18 14/24 19/7
19/25 20/22 20/24
20/25 22/15 23/13
23/15 24/22 27/14
29/22 34/2 35/22 37/5
42/20 43/10 45/16
46/8 46/17 46/18
46/19 46/20 46/21
48/4 48/4 49/9 50/17
57/3 57/5 58/2 58/3
58/10 58/17 59/3 59/7
71/5 72/24 74/24
79/25 95/11 96/19
101/1 101/18 101/20
105/14 107/13 108/5
108/6 114/8 116/6
116/6 123/18 124/1
131/24 140/21 142/7
142/23 142/25 143/6
143/6 143/9 143/9
143/9 143/9 144/10
145/13 146/8 152/8
155/3 155/8 156/17
160/14 167/13 170/21
170/24 170/24 172/10
176/8 176/19 176/20
176/21 176/24 177/6
177/14 186/12 190/11
192/15 202/12 203/5
203/5 204/4 205/16
206/1 206/23 213/14
217/14 225/23 231/6
232/8 232/17 235/4
237/9 237/9
**vetted [2]** 126/8
126/9
**via [2]** 54/11 63/7
**vice [1]** 108/22
**vicious [1]** 200/16
**victim [9]** 29/20
41/24 46/1 53/13 65/7
146/4 222/25 224/9
234/12
**Victim 506 [1]** 65/7
**victimized [1]**
150/11

**victims [8]** 62/10
128/18 128/20 128/22
160/4 162/2 162/3
216/6
**Victor [34]** 61/18
62/17 62/21 63/16
63/16 63/18 63/22
63/24 64/1 64/1 64/3
64/5 64/6 64/9 64/10
64/13 64/15 66/7
66/24 67/6 67/8 67/14
67/19 67/20 67/24
68/1 68/5 68/7 68/13
68/23 69/11 69/13
69/20 110/11
**Victor's [1]** 61/22
**VICTORIA [2]** 1/11
37/11
**video [5]** 63/7
123/10 124/9 175/14
208/1
**videos [2]** 123/12
124/8
**videotape [2]** 54/11
59/13
**videotapes [1]** 29/15
122/19 122/20 168/24
**view [3]** 110/8 187/7
190/13
**viewed [4]** 16/10
16/24 21/16 120/21
**views [3]** 156/25
157/1 157/1
**Villa [16]** 38/5 39/5
39/10 40/18 40/20
41/2 41/16 43/22
44/14 133/15 133/16
157/23 163/6 202/20
203/8 203/18
**Villa's [4]** 39/14 40/3
40/12 42/6
**village [2]** 55/6
89/15
**villagers [2]** 17/17
35/20
**violated [1]** 217/2
**violates [2]** 114/12
114/14
**violating [2]** 33/21
33/23
**violation [7]** 228/16
228/17 228/19 238/8
243/3 244/13 244/23
**violence [43]** 15/11
16/9 18/3 35/12 65/21
112/9 120/20 121/22
130/4 130/5 137/11
137/12 153/19 153/20
153/23 154/8 154/24
155/3 159/5 160/9
166/20 167/1 167/2

196/20 197/6 197/6
199/19 200/7 203/4
204/7 205/5 215/23
216/19 217/1 217/21
218/21 219/9 221/6
221/18 226/1 226/4
227/19 234/13
**violent [26]** 15/14
15/15 17/18 25/23
27/25 27/25 28/23
33/13 33/20 33/23
35/17 80/14 80/16
85/16 125/1 156/3
168/11 168/15 199/24
200/16 206/2 206/23
215/23 215/24 222/2
228/7
**vision [1]** 126/3
**vmestrada [1]** 1/14
**Volume [1]** 1/6
**voluntarily [8]** 17/6
17/14 28/19 74/17
97/15 165/11 231/2
231/7
**voluntary [2]** 19/24
223/3
**voracity [1]** 192/19
**vulgar [1]** 88/5

**W**

**waged [1]** 196/21
**waging [1]** 196/21
**wait [1]** 237/1
**waited [1]** 20/13
**waitress [1]** 59/16
**walk [3]** 24/21 57/4
87/8
**walked [2]** 144/2
201/6
**walking [2]** 55/5
63/5
**walks [1]** 88/16
**want [90]** 6/6 6/14
8/6 8/7 8/14 8/25
12/18 20/9 32/12 37/8
38/11 47/21 58/8 58/9
58/21 61/7 61/24
62/12 62/24 66/17
67/3 67/4 67/14 68/25
69/16 70/2 70/2 70/17
71/3 74/3 77/8 80/14
80/18 80/18 81/13
82/4 90/8 92/12 92/23
92/25 97/3 98/23
100/23 106/11 107/13
108/17 111/24 112/4
123/13 138/21 147/15
150/15 153/10 161/23
166/15 174/19 175/13
176/9 176/9 176/10
185/19 188/12 188/14
189/14 196/5 201/19

**W**

**want... [24]** 212/4
212/24 214/16 214/19
216/1 216/20 232/8
233/19 235/15 235/20
235/21 238/11 238/20
238/24 239/18 239/19
240/8 240/10 243/8
243/15 244/7 244/25
245/2 245/3
**wanted [35]** 11/11
11/15 11/17 11/24
21/1 24/15 68/21
69/10 80/15 80/18
101/12 139/21 143/13
148/6 148/7 153/13
175/10 175/20 175/20
176/12 177/12 178/8
193/5 194/15 195/7
195/10 200/8 216/12
216/13 219/4 233/4
240/9 242/15 242/16
243/14
**wanting [1]** 200/1
**wants [3]** 69/15
173/7 212/17
**war [41]** 15/15 15/16
15/19 15/20 15/22
17/3 17/19 18/15
25/23 29/3 29/23 35/2
105/16 113/1 116/17
116/17 116/18 116/23
122/19 136/6 136/22
146/8 146/14 151/9
151/24 152/25 154/13
155/22 156/5 156/5
159/10 193/18 196/20
196/23 199/25 202/11
206/22 215/13 215/21
223/7 228/7
**war-torn [1]** 113/1
**warning [4]** 8/10 9/2
9/5 222/10
**warnings [2]** 8/7 9/1
**warrant [2]** 82/20
187/20
**was [907]**
**wash [1]** 82/15
**Washington [5]** 1/19
2/14 2/17 3/6 24/21
**wasn't [27]** 11/14
21/8 21/15 21/15
81/24 102/19 110/6
115/19 121/14 122/10
122/10 126/3 126/22
127/12 129/14 129/19
143/19 164/16 171/12
193/7 197/7 197/8
204/12 212/15 219/6
224/12 225/12
**waste [1]** 233/9

**watch [2]** 19/9 90/11
**watched [1]** 90/14
**watching [1]** 76/21
**water [4]** 177/20
201/6 215/1 216/4
**way [59]** 5/17 14/12
17/10 17/10 17/11
18/15 21/3 28/20 30/4
32/19 36/11 37/17
47/9 52/23 55/7 60/7
79/5 87/1 89/19 91/6
105/20 105/21 105/25
106/7 110/2 124/6
124/6 124/17 124/19
125/5 129/17 143/5
143/23 144/7 154/23
160/11 163/12 167/25
170/5 173/2 175/4
190/15 190/16 191/24
206/6 213/22 214/8
223/4 223/20 228/5
228/9 228/11 230/14
231/2 231/8 231/10
231/24 240/17 244/20
**Waynestey [5]** 47/8
47/18 47/21 47/24
133/9
**Waynestey's [1]**
47/15
**Waynesty [2]**
205/20 205/24
**ways [2]** 145/15
156/22
**we [393]**
**we'd [6]** 16/5 97/18
214/4 236/17 240/16
242/5
**we'll [43]** 7/1 14/12
19/18 38/8 51/16
51/19 54/11 96/19
96/21 105/20 105/24
107/11 109/4 114/9
118/22 119/1 119/14
124/7 130/15 131/8
131/12 136/15 137/23
138/3 138/10 138/13
139/3 139/6 142/11
145/20 160/6 161/2
168/10 170/15 182/25
183/4 218/12 235/1
235/3 236/18 237/18
243/22 243/23
**we're [60]** 10/15
12/4 13/7 13/9 14/10
14/14 25/18 29/2 29/3
29/3 36/7 36/8 47/2
51/13 52/10 71/8
79/12 86/4 89/10
90/10 90/15 92/13
96/10 98/13 104/21
105/18 110/3 111/8
111/16 112/23 116/25

118/9 118/17 122/10
132/24 136/17 141/1
142/14 142/14 145/7
147/7 149/20 150/18
155/9 171/24 172/19
174/10 174/16 197/9
212/21 213/7 213/12
218/8 222/2 227/14
227/17 230/13 230/15
231/9 231/10
**we've [20]** 23/11
33/18 36/4 36/7 39/14
81/7 89/5 96/21
103/23 105/4 105/8
106/8 106/8 131/23
149/19 167/12 171/22
188/12 201/18 210/6
**wealth [3]** 117/14
118/8 118/13
**weapons [8]** 29/4
31/5 31/11 81/16
221/5 224/11 224/13
225/5
**wearing [5]** 55/11
81/16 87/2 87/3 134/9
**wears [2]** 35/24
231/20
**Wednesday [1]** 47/9
**weekend [1]** 115/25
**weeks [4]** 51/1
61/20 176/2 176/4
**weeping [1]** 56/6
**weigh [1]** 234/9
**welcome [7]** 8/24
13/5 52/8 104/18
139/14 183/13 213/11
**welfare [1]** 225/10
**well [59]** 6/16 10/19
12/1 13/15 18/18 23/3
25/14 36/7 40/10
46/18 51/6 51/10
53/10 57/9 58/13
58/20 66/12 69/14
77/18 78/4 78/10
83/12 86/23 91/17
91/19 92/18 92/23
93/21 101/12 102/25
106/19 119/15 122/4
122/6 123/23 129/22
147/10 149/10 153/20
156/11 159/12 159/24
169/17 171/7 175/1
176/20 176/22 176/24
177/10 179/4 179/10
194/10 204/4 214/7
225/21 234/24 235/24
236/13 237/11
**well-trained [1]**
122/4
**Wendy [1]** 94/14
**went [44]** 28/4 30/3
41/5 42/19 53/6 57/11

57/16 58/20 59/1
59/18 59/24 85/10
86/25 89/21 90/14
93/4 107/20 109/8
114/2 116/7 119/3
121/24 122/9 122/17
123/14 123/16 142/9
142/12 149/17 156/7
169/25 170/7 170/8
170/16 170/16 170/16
175/23 184/25 185/8
208/25 209/18 217/2
221/11 240/1
**wept [1]** 59/13
**were [302]**
**weren't [16]** 16/22
17/2 18/5 88/25 93/24
100/5 100/5 109/17
110/23 146/18 161/1
169/17 174/25 181/5
199/20 199/20
**West [5]** 1/3 1/13
2/24 37/10 223/18
**wharf [2]** 74/16
74/23
**what [323]**
**what's [19]** 14/1
32/12 75/6 75/22
80/20 127/23 128/20
130/9 142/4 158/5
162/1 164/10 167/8
169/21 201/5 201/23
212/5 239/4 243/12
**whatever [15]** 6/18
18/16 22/2 82/4 82/23
147/15 147/20 148/6
148/7 199/1 212/6
223/9 238/25 242/16
244/2
**whatsoever [2]** 20/4
233/17
**when [165]** 8/14
13/11 19/3 19/5 21/4
24/25 25/12 26/20
28/16 29/16 31/22
31/24 35/9 38/18
39/18 39/19 41/18
44/19 44/20 45/25
47/12 48/13 48/13
49/1 49/11 50/10
52/25 54/14 54/14
54/15 55/22 56/3 57/3
57/5 57/25 58/13 59/4
60/20 60/22 61/20
63/17 67/9 67/21 68/2
68/20 70/17 70/18
70/19 70/19 72/5 72/8
73/5 74/16 76/18
76/22 76/22 77/1
78/19 79/22 81/2
82/17 85/2 85/3 85/15
85/16 86/6 89/21

89/24 90/12 92/13
92/14 92/16 92/17
93/8 93/16 93/16
93/17 93/25 94/20
94/24 95/25 100/13
100/18 102/19 102/25
103/7 104/7 104/13
105/9 109/7 111/6
113/23 113/23 114/17
116/13 116/21 117/12
119/10 119/21 120/11
120/24 121/24 122/23
131/13 136/18 138/12
138/17 142/23 150/7
150/23 153/18 153/20
161/3 161/6 170/2
171/23 172/6 173/3
174/2 174/12 177/18
178/16 189/15 193/19
194/21 197/1 200/9
202/21 205/19 205/20
208/15 209/11 209/22
210/2 211/10 211/22
212/14 215/19 216/23
217/1 218/20 219/8
219/10 219/11 220/6
221/2 222/2 223/1
224/12 226/6 226/6
226/7 227/4 227/11
228/1 230/8 230/11
231/3 231/8 231/18
232/9 234/21 236/5
239/22 239/24
**whenever [2]** 74/6
222/12
**where [61]** 5/12
5/23 6/2 11/22 41/7
45/10 54/19 56/17
57/17 58/11 62/1
62/15 63/5 64/3 66/18
70/6 70/6 70/17 72/6
73/4 73/5 77/14 78/4
84/12 85/20 85/21
85/23 90/21 91/19
92/22 94/9 98/19 99/2
104/7 117/20 117/23
117/24 118/5 132/14
138/14 147/19 151/9
153/1 153/25 155/8
157/19 158/4 158/9
172/3 176/2 177/17
197/17 217/10 219/13
220/17 230/25 232/6
232/21 240/2 240/12
241/4
**whether [40]** 27/23
34/19 35/15 36/9 38/8
44/22 50/19 50/19
102/13 109/12 109/13
113/13 117/2 117/3
117/3 118/18 119/4
119/20 124/18 124/22

**W**

**whether... [20]**
126/9 128/10 149/16
158/5 171/4 172/13
199/21 200/9 200/10
201/11 209/13 211/8
216/8 227/21 227/22
228/16 229/1 235/8
235/10 235/21
**which [114]** 5/20
7/24 8/2 17/18 18/15
20/1 22/9 25/12 25/15
36/19 36/21 38/7
45/13 47/23 50/25
53/6 53/11 53/12
65/20 66/9 66/10
66/21 70/5 72/9 75/23
78/20 79/11 85/13
86/2 86/17 93/3 97/21
99/6 99/12 99/20
105/9 107/23 110/22
112/5 113/8 113/15
114/16 114/23 115/4
115/13 117/7 117/18
117/23 118/10 119/8
122/11 123/13 123/23
126/23 130/14 131/18
132/4 137/25 145/1
146/9 146/21 146/24
147/7 151/14 156/18
159/7 160/2 167/7
170/24 172/2 179/14
186/1 187/5 187/5
188/14 188/15 189/4
189/13 189/23 190/8
190/11 190/12 191/1
191/14 191/21 191/23
192/11 192/13 194/25
196/11 199/4 199/4
199/7 200/22 202/12
202/18 205/6 205/13
207/1 208/21 208/25
209/18 209/24 210/24
211/4 211/5 216/10
225/11 227/4 227/5
227/11 238/4 239/2
239/17
**while [10]** 15/16
15/19 56/6 56/25
61/17 144/7 169/20
216/25 226/17 229/17
**white [8]** 55/11 63/8
89/2 89/3 90/2 134/9
202/4 208/9
**who [163]** 16/15
16/20 18/13 21/7
21/18 21/25 23/24
30/13 31/24 32/4
32/18 33/4 37/9 38/20
38/22 38/24 39/13
43/2 43/3 44/23 44/24

46/3 46/5 46/12 47/5
47/7 47/11 48/25 53/2
53/9 53/16 53/17
54/10 55/8 55/10 57/7
57/11 58/6 60/16 61/9
62/13 62/24 64/20
65/24 66/6 66/7 66/18
67/22 76/9 76/9 76/13
76/14 77/8 78/22
78/25 79/2 79/7 79/9
79/12 79/13 79/23
79/23 80/4 81/11 82/5
82/17 84/12 84/13
85/6 87/13 87/25
88/10 90/12 94/12
94/12 94/13 94/14
95/6 99/14 102/22
106/10 108/20 110/9
111/9 113/20 114/12
114/14 115/6 116/8
116/10 116/11 117/14
118/23 119/4 119/16
128/4 129/19 133/9
133/10 133/12 133/16
133/19 133/22 134/1
134/17 134/23 135/5
135/14 135/22 136/5
136/19 136/21 136/22
137/6 145/8 146/22
150/9 150/11 151/23
152/2 152/21 152/24
152/24 154/19 155/14
155/17 163/20 165/23
166/16 168/7 168/21
171/11 172/6 172/16
174/1 174/4 174/8
175/16 177/8 178/18
178/20 180/21 180/21
182/1 185/3 190/2
193/14 194/14 202/6
202/10 203/5 203/13
205/22 205/24 205/25
206/15 208/4 208/18
208/23 213/21 217/23
221/14 229/9
**who's [5]** 49/2 87/23
87/23 105/23 182/12
**Whoever [1]** 170/8
**whole [33]** 10/17
33/16 34/23 56/16
59/7 76/17 76/20
76/24 77/12 79/8
79/21 80/13 92/23
93/13 98/1 106/4
106/4 106/6 106/8
107/15 109/4 112/6
115/25 116/7 116/8
116/12 116/21 126/24
130/3 182/3 201/15
215/10 215/10
**wholesale [4]** 147/9
198/18 198/19 199/6

**whom [13]** 31/25 80/4
114/19
**whose [3]** 88/4 93/2
115/20
**why [56]** 7/19 12/6
19/8 28/1 39/21 40/22
41/1 64/10 64/13
72/12 74/7 76/18
76/24 80/7 80/8 80/11
82/6 82/10 96/12
108/12 126/2 127/3
129/21 129/21 136/18
137/9 137/25 138/25
142/14 144/5 145/2
145/6 152/6 163/13
163/16 173/7 175/22
186/25 193/4 194/11
197/9 202/12 203/13
206/25 212/8 217/8
219/4 222/22 225/6
225/8 225/11 226/2
240/2 240/3 241/8
243/2
**WICHMANN [7]** 3/2
4/5 52/1 52/11 52/14
61/10 67/4
**widow [2]** 89/3 90/2
**widows [1]** 89/4
**wielded [2]** 119/17
136/5
**wife [7]** 60/3 85/7
85/9 86/14 86/15 95/6
155/4
**will [70]** 8/13 9/22
13/23 14/3 16/10
16/24 22/7 22/9 23/14
28/18 30/5 30/6 33/14
34/1 35/25 38/19 39/7
40/21 43/24 44/2 45/2
48/20 48/21 51/4 61/8
62/21 67/15 67/23
72/18 78/13 84/17
91/6 96/3 97/8 101/25
117/7 118/23 120/8
120/20 129/24 131/24
140/15 145/25 148/13
148/17 148/24 149/4
166/24 187/14 200/11
204/11 209/22 211/8
213/21 213/22 213/24
214/2 214/14 215/13
215/20 215/22 215/24
216/11 226/22 229/22
233/13 234/11 234/24
245/7 245/7
**willfully [3]** 141/16
240/25 241/25
**WILLIAM [3]** 2/5 3/2
83/18
**willing [5]** 15/21
221/16 221/16 224/1
236/22

**win [4]** 129/8 129/23
129/25 162/12
**window [2]** 207/15
207/16
**wing [4]** 29/24 53/19
88/25 221/12
**winning [1]** 127/1
**wipe [1]** 201/2
**wisdom [2]** 214/9
214/14
**wish [3]** 42/18
214/18 214/18
**wishes [1]** 214/18
**wit [1]** 84/5
**within [10]** 61/1
104/14 110/1 128/19
136/11 162/3 190/24
220/10 221/8 233/6
**without [16]** 11/16
24/22 34/9 52/2 86/17
105/10 141/5 141/17
188/16 238/10 238/12
240/25 241/25 243/5
244/15 244/24
**witness [33]** 6/20
13/14 22/19 24/1
34/19 48/12 53/18
71/6 71/7 75/2 76/12
78/25 79/2 79/5 79/23
79/25 101/6 107/6
107/14 107/18 111/23
150/21 150/22 151/1
178/18 178/19 180/5
197/3 214/7 217/23
219/18 221/19 222/7
**witness' [1]** 101/11
**witnessed [3]** 48/17
202/23 208/2
**witnesses [10]**
21/24 34/11 34/13
74/5 78/25 80/22
106/10 118/23 135/22
164/14
**woman [1]** 21/10
**women [2]** 17/15
36/13
**won [1]** 95/6
**won't [5]** 13/25
48/18 122/21 122/22
185/2
**word [5]** 6/6 12/15
49/20 91/22 123/7
**words [12]** 5/14
80/14 88/6 88/8 88/9
108/19 117/6 131/20
149/13 159/15 229/18
230/11
**wore [1]** 81/11
**work [29]** 7/14 13/7
13/8 24/21 24/22 25/8
35/25 54/16 85/8 87/1
87/14 87/20 87/20

87/22 114/20 177/12
177/15 180/21 192/9
196/3 214/8 231/21
233/13 235/25 237/8
237/14 243/23 244/16
244/17
**worked [5]** 59/15
63/19 64/3 168/24
177/14
**worker [8]** 62/13
87/6 87/13 88/13 95/4
95/15 154/19 176/15
**workers [31]** 16/24
92/24 92/25 109/4
122/8 123/2 123/3
123/8 123/17 125/3
125/4 125/13 127/11
143/2 143/12 143/13
143/24 144/12 175/9
175/19 175/19 176/23
176/25 177/12 177/22
194/21 194/22 209/17
218/17 218/18 219/8
**workforce [3]** 122/4
122/5 194/16
**working [9]** 16/21
67/25 94/6 95/4 114/2
114/23 152/16 176/7
176/8
**works [1]** 244/17
**world [14]** 42/23
124/19 143/18 143/18
147/15 156/14 156/21
183/22 186/18 186/20
186/25 188/11 190/14
199/6
**worn [2]** 94/6 94/20
**worry [1]** 6/7
**worse [3]** 218/9
218/12 231/10
**worsen [1]** 226/3
**worst [1]** 117/13
**worth [2]** 70/7
105/10
**would [168]** 8/10
8/16 16/8 20/1 20/15
21/23 21/24 22/2
42/16 42/22 43/2 43/2
43/10 43/11 46/15
46/16 46/16 46/17
46/18 46/18 46/19
48/4 48/5 49/1 49/1
56/1 57/3 57/4 57/4
57/6 58/6 58/9 58/14
58/22 59/1 59/2 59/4
59/4 59/8 59/8 60/1
64/17 68/1 68/14
72/17 73/15 75/4 77/5
81/2 83/23 88/10 95/7
102/5 102/8 102/15
104/7 109/17 109/19
111/5 112/14 112/21

**W**

**would... [107]**
113/13 116/1 117/2
117/4 117/10 120/18
120/19 121/8 121/8
122/17 125/9 125/10
125/11 125/12 125/17
126/9 126/15 126/16
126/23 127/5 127/15
128/22 129/4 129/7
129/22 138/22 145/12
146/4 149/17 150/6
152/3 152/4 152/22
162/8 162/11 164/2
164/23 164/24 165/9
165/10 166/11 166/12
166/13 166/13 166/14
166/17 166/20 167/15
167/23 168/4 168/15
170/9 170/9 170/10
170/10 170/13 170/18
170/18 171/16 174/1
174/7 174/8 174/9
174/14 176/5 177/4
177/5 178/9 180/3
185/23 186/8 186/21
187/18 187/20 187/21
190/8 192/23 194/18
195/9 195/24 198/7
200/13 200/16 201/2
201/3 203/16 206/12
208/22 210/18 214/20
215/25 217/16 217/22
217/23 218/25 221/17
225/25 231/1 233/3
233/16 236/2 238/3
238/4 239/15 239/25
243/13 244/20

**wouldn't [13]** 9/1
9/6 21/25 58/23 71/13
71/13 74/23 82/12
82/13 108/21 144/2
193/25 199/8

**wounds [2]** 44/11
49/18

**write [1]** 245/4

**writing [2]** 214/3
231/8

**writings [1]** 53/17

**written [5]** 5/12 5/18
6/5 214/4 241/10

**wrong [8]** 5/8 37/18
75/4 90/25 121/22
239/21 239/21 243/12

**wrongdoing [4]**
99/11 110/18 110/20
189/6

**wrongful [1]** 84/1

**wrote [6]** 53/19
53/21 90/8 225/23
231/15 243/22

**wrs3 [1]** 2/7

**wwichmann [1]** 3/4

**wyatt [2]** 1/16 1/21

**Y**

**Yankee [2]** 16/13
226/2

**yeah [9]** 29/12
104/10 135/3 156/1
156/5 165/20 176/1
191/11 236/21

**year [36]** 18/18
18/18 19/1 19/1 19/2
19/22 21/5 21/10
26/14 35/4 35/4 35/4
39/25 40/1 48/14 50/5
52/24 56/20 65/25
85/7 93/13 93/25 95/7
95/7 95/8 115/7
118/12 147/5 147/10
149/11 156/19 184/5
198/7 198/20 200/23
207/6

**years [71]** 19/2
20/13 21/4 21/9 25/17
25/19 25/22 27/6
30/13 31/14 32/9
32/15 32/17 35/16
36/15 39/11 39/11
39/18 39/19 42/20
43/20 43/23 44/19
45/15 45/16 46/24
48/6 48/7 48/16 50/7
50/13 50/14 54/14
54/15 54/17 55/22
55/23 56/7 58/4 59/11
60/12 60/20 60/20
60/21 60/21 62/14
63/19 64/8 67/16 68/6
68/9 68/11 70/12 84/5
84/21 88/23 89/21
94/9 94/13 95/25
95/25 107/1 111/21
114/9 120/25 126/1
159/24 178/23 201/25
208/7 219/16

**yellow [1]** 53/7

**yes [142]** 5/11 6/1
6/17 8/16 10/3 10/6
10/9 10/11 11/1 11/10
11/20 12/24 14/25
22/3 22/3 22/4 23/8
24/11 24/12 24/19
25/3 25/17 25/20
25/24 26/4 26/19
26/23 27/3 27/13
27/16 30/8 30/11
30/16 30/20 30/25
31/2 31/13 31/21 32/3
32/10 32/14 32/21
33/1 33/9 38/10 52/5
52/13 54/6 55/15

55/16 58/19 59/17
61/14 83/15 90/24
91/5 91/16 96/9 96/13
96/18 103/14 107/22
107/25 108/5 110/13
110/16 111/3 112/3
112/13 128/14 136/25
139/10 139/17 145/18
152/4 157/12 157/15
157/18 157/22 157/24
158/1 163/17 164/24
165/6 165/9 166/11
166/19 166/22 167/4
167/5 167/5 167/5
167/17 167/21 167/25
168/6 177/16 179/13
179/17 179/22 179/22
180/15 180/20 180/23
181/3 181/9 181/9
181/12 181/15 182/7
182/15 182/17 182/20
184/5 185/13 187/2
188/4 195/24 196/25
197/15 202/22 202/25
203/20 203/23 204/1
204/15 204/17 205/21
206/17 207/13 208/11
212/19 212/21 213/4
213/19 219/1 222/13
236/15 236/16 237/12
243/2 244/8

**yesterday [3]** 49/16
110/14 111/20

**yet [7]** 42/20 51/15
83/13 96/20 139/3
148/11 237/16

**York [1]** 2/3

**you [1220]**

**you were [13]** 9/16
32/22 36/9 111/25
111/25 120/10 157/10
157/13 165/4 197/11
206/15 207/11 225/17

**you'll [54]** 13/24
14/1 43/17 45/20 46/1
46/1 46/1 46/2 47/13
47/24 48/10 56/14
83/22 84/7 84/24
85/22 86/3 86/9 86/10
92/2 94/18 105/10
105/20 112/19 113/10
119/10 119/22 120/24
121/2 121/3 123/13
123/15 131/8 131/9
131/13 132/6 132/23
136/15 146/21 148/12
158/18 164/18 171/14
171/25 178/24 187/5
195/4 208/17 210/12
211/24 225/22 234/20
234/22 234/24

**you're [42]** 6/25 7/2

8/14 8/17 8/24 8/25
9/4 14/7 25/1 33/25
38/1 40/2 40/10 40/11
44/5 49/4 52/4 62/4
67/9 84/14 85/2 95/21
100/8 119/9 145/24
148/9 151/20 171/22
200/9 209/10 214/14
220/16 221/2 226/9
227/9 229/11 230/16
230/17 230/20 231/3
239/19 242/9

**you've [35]** 5/18
20/2 22/17 35/21 36/7
46/7 50/6 50/24 51/1
51/8 51/9 74/11 75/15
75/19 78/7 80/4 83/19
105/6 105/6 105/6
105/7 105/7 118/8
123/4 169/16 179/5
188/13 189/4 192/8
193/3 211/23 234/15
237/9 240/18 242/19

**young [7]** 59/14
69/11 86/14 86/15
108/10 182/16 183/20

**younger [1]** 68/9

**youngest [2]** 39/16
68/11

**your [225]** 5/3 5/9
6/3 6/8 6/10 7/5 7/15
7/17 8/6 8/10 9/3
9/14 9/21 10/13 10/19
10/20 10/24 11/5
11/11 11/17 12/3 12/5
12/8 12/23 12/24 13/6
13/8 14/18 22/11 25/3
29/3 30/6 31/14 32/1
32/6 34/3 34/15 35/19
35/22 43/25 44/1
47/22 50/16 50/25
51/5 51/11 51/16
51/24 51/25 52/12
55/15 56/4 59/20
59/20 59/21 60/11
61/1 61/7 67/24 69/22
69/25 70/2 70/11 75/5
75/9 77/2 78/12 78/15
79/15 79/18 83/8
83/13 87/15 87/22
87/23 89/20 90/17
90/21 91/8 91/14 92/6
93/20 96/3 96/9 96/15
96/21 97/2 97/5 98/3
98/18 98/24 100/1
100/11 100/12 100/15
100/22 101/9 101/17
101/24 102/3 102/11
103/13 104/4 104/14
104/20 105/2 107/7
109/24 109/25 111/1
113/13 123/25 124/16

125/3 125/15 128/1
128/14 129/1 129/17
133/12 133/17 133/19
133/23 134/6 134/23
135/1 135/6 135/6
135/8 135/9 138/20
139/23 140/2 147/23
149/21 152/15 162/5
167/10 168/25 170/10
170/10 170/11 171/2
171/3 172/7 172/8
173/14 174/24 175/24
176/16 176/16 179/1
179/11 179/18 182/8
182/23 183/16 186/3
186/3 187/24 187/25
195/22 197/10 197/12
200/21 202/21 202/23
203/1 203/21 204/2
204/5 204/13 204/16
205/19 206/7 206/12
207/10 207/11 207/24
208/13 209/10 209/11
210/9 210/21 212/5
212/19 212/20 212/25
213/4 213/7 213/7
213/14 213/23 214/9
214/9 216/11 222/9
228/8 230/15 231/3
231/6 233/6 233/8
234/6 234/8 234/19
234/25 235/11 235/12
235/20 236/2 236/25
237/5 237/7 237/17
237/24 238/6 239/7
240/6 241/16 242/18
242/22 243/25 244/1
245/5

**yours [1]** 86/9

**yourself [10]** 19/17
19/21 19/22 28/19
28/22 28/22 35/11
40/23 185/24 219/21

**yourselves [2]** 78/12
226/8

**Z**

**zero [5]** 78/6 85/20
113/9 151/8 168/10

**Zoe [1]** 244/21

**zone [16]** 30/19
31/18 53/20 57/16
57/18 57/18 88/22
90/5 155/22 156/5
156/5 215/24 216/15
216/19 220/17 228/9