UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

_____/

This Document Relates to:
_____/

ATS ACTIONS

08-80465-CIV-MARRA (D.C. Action) (Does 1-144)
10-80652-CIV-MARRA (D.C. Action) (Does 1-976)
11-80404-CIV-MARRA (D.C. Action) (Does 1-677)
11-80405-CIV-MARRA (D.C. Action) (Does 1-254)
17-80475-CIV-MARRA (OH Action) (Does 1-2146)
_____/

**Wolf Plaintiffs' Notice of Compliance with [Doc. 3828]**

Per the Court's Order [Doc. 3828], undersigned counsel removed the Verdict [Doc. 3811] from the first bellwether trial from the Scribd website. See Exhibit 1 attached hereto. Counsel didn't post it anywhere else. Counsel regrets any misunderstanding, and has no reason to publish the Plaintiffs' names. However, the document is a public filing on the docket, and the Court previously ordered that the Plaintiffs may not proceed under pseudonymous. This was affirmed on appeal, and is the law of the case. See Carrizosa v. CBI, 965 F.3d 1238, 1251-1252 (11th Cir. 2020) ("And without a distinct concrete harm justifying good cause, the appellants were no more entitled to protection from disclosure of their identities than they were to file pleadings under pseudonyms.")

Respectfullly submitted,

/s/ Paul Wolf

_____
Paul Wolf, CO Bar #42107
*Attorney for "Wolf Plaintiffs"*
P.O. Box 60584
Colorado Springs, CO 80960
(202) 431-6986
paulwolf@yahoo.com

June 18, 2024

**Certificate of Service**

      I hereby certify that on June 18, 2024, I filed the foregoing document with the Clerk of the Court using the Court's Electronic Case Filing (ECF) system, which will serve notices on all persons entitled to receive them.

/s/ Paul Wolf

_____
Paul Wolf