PLAINTIFFS' EXHIBIT

**P0729**

CASE NO: 08-MD-01916



CONFIDENTIAL

### Chiquita Brands International, Inc.
### 1997-2004 Sensitive Payment Schedule

| Date | Amount | Form of Payment | Persons Involved |
|------|--------|-----------------|------------------|
| 6/23/1997 | $32,124 | Check | Charles Keiser, Juan Manuel Alvarado |
| 7/21/1997 | $22,885 | Cash | Charles Keiser, Reinaldo Escobar, Juan Manuel Alvarado |
| 9/22/1997 | $22,719 | Cash | Charles Keiser, Juan Manuel Alvarado, Ivan Rodriguez |
| 10/20/1997 | n/a | Cash | Charles Keiser, Juan Manuel Alvarado, Ivan Rodriguez |
| 10/20/1997 | $22,907 | Cash | Charles Keiser, Juan Manuel Alvarado, Ivan Rodriguez |
| 11/24/1997 | n/a | Cash | Charles Keiser, Juan Manuel Alvarado |
| 11/24/1997 | n/a | Cash | Charles Keiser, Juan Manuel Alvarado |
| 12/22/1997 | $19,752 | Cash | John Olivo, Jose Luis Valverda, Juan Manuel Alvarado |
| 2/9/1998 | $23,725 | Check | Charles Keiser, Juan Manuel Alvarado, Ivan Rodriguez |
| 4/2/1998 | $19,377 | Check | Charles Keiser, Juan Manuel Alvarado |
| 5/3/1998 | $23,054 | Check | Charles Keiser, Juan Manuel Alvarado, Ivan Rodriguez |
| 6/18/1998 | $21,257 | Check | Jose Luis Valverda, Juan Manuel Alvarado |
| 7/27/1998 | $9,841 | Check | Charles Keiser, Juan Manuel Alvarado, Ivan Rodriguez |
| 8/10/1998 | $3,679 | Check | Charles Keiser, Juan Manuel Alvarado, Ivan Rodriguez |
| 9/21/1998 | $11,826 | Check | Charles Keiser, Juan Manuel Alvarado, Ivan Rodriguez |
| 9/21/1998 | $3,228 | Check | Charles Keiser, Juan Manuel Alvarado, Ivan Rodriguez |
| 11/9/1998 | $10,654 | Check | Charles Keiser, Juan Manuel Alvarado |
| 12/7/1998 | $14,362 | Check | Charles Keiser, Juan Manuel Alvarado |
| 4/19/1999 | $21,397 | Check | Charles Keiser, Juan Manuel Alvarado |
| 6/1/1999 | $14,437 | Check | Charles Keiser, Juan Manuel Alvarado |
| 7/1/1999 | $6,772 | Check | Charles Keiser, Juan Manuel Alvarado |
| 8/13/1999 | $8,205 | Check | Charles Keiser, Juan Manuel Alvarado |
| 10/14/1999 | $20,190 | Check | Charles Keiser, Juan Manuel Alvarado |
| 11/19/1999 | $39,802 | Check | Charles Keiser, Victor Buitrago |
| 12/20/1999 | $26,052 | Check | Charles Keiser, Victor Buitrago |
| 2/28/2000 | $6,124 | Check | Charles Keiser, Victor Buitrago |
| 2/28/2000 | $16,236 | Check | Charles Keiser, Victor Buitrago |
| 5/15/2000 | $35,899 | vh | Charles Keiser, Victor Buitrago |
| 6/10/2000 | $27,141 | Check | Victor Buitrago, Jose Luis Valverde |
| 6/10/2000 | $38,505 | Check | Victor Buitrago, Jose Luis Valverde |
| 9/15/2000 | $37,574 | Check | Victor Buitrago, Jose Luis Valverde |
| 11/16/2000 | $50,291 | Check | Victor Buitrago, Jose Luis Valverde |
| 12/7/2000 | $44,304 | Check | Victor Buitrago, Jose Luis Valverde |
| 1/12/2001 | $23,870 | Check | Victor Buitrago, Jose Luis Valverde |
| 3/16/2001 | $37,051 | Check | Victor Buitrago, Jose Luis Valverde |
| 5/18/2001 | $46,822 | Check | Victor Buitrago, Jose Luis Valverde |
| 7/6/2001 | $37,505 | Check | Victor Buitrago, Jose Luis Valverde |
| 9/10/2001 | $32,136 | Check | Victor Buitrago, Jose Luis Valverde |
| 11/9/2001 | $56,411 | Check | Victor Buitrago, Jose Luis Valverde |
| 12/10/2001 | $26,514 | Check | Victor Buitrago, Jose Luis Valverde |
| 2/27/2002 | $25,689 | Check | Victor Buitrago, Alvaro Acevedo |
| 2/28/2002 | $30,521 | Check | Victor Buitrago, Alvaro Acevedo |
| 3/31/2002 | $3,685 | Cash | Victor Buitrago, Charles Keiser, Claudia Wandurraga |



EXHIBIT
9
Keiser

ChiquitaATS0002912479

CONFIDENTIAL

| 3/31/2002 | $3,685 | Cash | Victor Buitrago, Charles Keiser, Claudia Wandurraga |
|---|---|---|---|
| 4/11/2002 | $35,688 | Check | Victor Buitrago, Alvaro Acevedo |
| 5/7/2002 | $10,968 | Check | Victor Buitrago, Alvaro Acevedo |
| 5/2/2002 | $3,685 | Cash | Not Presently Known |
| 5/2/2002 | $3,685 | Cash | Not Presently Known |
| 6/7/2002 | $6,693 | Check | Fuad Giacoman |
| 6/7/2002 | $4,781 | Check | Fuad Giacoman |
| 6/7/2002 | $6,291 | Check | Fuad Giacoman |
| 6/7/2002 | $31,618 | Check | Victor Buitrago, Alvaro Acevedo, Stella Herrara |
| 6/14/2002 | $11,879 | Check | Victor Buitrago, Alvaro Acevedo |
| 7/8/2002 | $5,998 | Check | Fuad Giacoman |
| 8/2/2002 | $4,705 | Check | Fuad Giacoman |
| 8/2/2002 | $28,735 | Check | Victor Buitrago, Alvaro Acevedo, Daniel Hernandez |
| 8/30/2002 | $4,550 | Check | Fuad Giacoman |
| 10/4/2002 | $7,977 | Check | Fuad Giacoman |
| 10/4/2002 | $40,475 | Check | Victor Buitrago, Alvaro Acevedo, Stella Herrara |
| 11/6/2002 | $8,081 | Check | Fuad Giacoman |
| 11/27/2002 | $5,809 | Check | Fuad Giacoman |
| 12/9/2002 | $47,948 | Check | Victor Buitrago, Alvaro Acevedo |
| 12/31/2002 | $8,152 | Check | Fuad Giacoman |
| 1/2/2003 | $23,235 | Check | Victor Buitrago, Fued Giacoman |
| 1/24/2003 | $7,374 | Check | Fuad Giacoman |
| 2/25/2003 | $17,541 | Check | Victor Buitrago, Alvaro Acevedo |
| 3/10/2003 | $19,413 | Check | Victor Buitrago, Alvaro Acevedo |
| 5/8/2003 | $5,885 | Check | Fuad Giacoman, Claudia Wandurraga |
| 5/12/2003 | $48,549 | Check | Victor Buitrago, Alvaro Acevedo |
| 5/29/2003 | $7,552 | Check | Fuad Giacoman |
| 6/4/2003 | $6,171 | Check | Fuad Giacoman |
| 6/6/2003 | $5,739 | Check | Fuad Giacoman, Daniel Hernandez |
| 6/28/2003 | $7,276 | Check | Fuad Giacoman, Stella Herrera |
| 7/21/2003 | $35,251 | Check | Victor Buitrago, Alvaro Acevedo, Stella Herrara |
| 7/31/2003 | $5,789 | Check | Fuad Giacoman |
| 8/19/2003 | $12,769 | Check | Victor Buitrago, Alvaro Acevedo, Stella Herrara |
| 8/28/2003 | $6,937 | Check | Fuad Giacoman |
| 9/26/2003 | $18,217 | Check | Victor Buitrago, Alvaro Acevedo |
| 10/2/2003 | $9,423 | Check | Fuad Giacoman |
| 10/24/2003 | $30,378 | Check | Victor Buitrago, Alvaro Acevedo, Stella Herrara |
| 10/25/2003 | $6,939 | Check | Fuad Giacoman |
| 11/22/2003 | $6,313 | Check | Fuad Giacoman |
| 11/28/2003 | $29,947 | Check | Victor Buitrago, Alvaro Acevedo |
| 12/11/2003 | $24,392 | Check | Victor Buitrago, Alvaro Acevedo |
| 12/31/2003 | $10,589 | Check | Fuad Giacoman |
| 12/31/2003 | $27,674 | Check | Victor Buitrago, Alvaro Acevedo |
| 1/19/2004 | $18,324 | Check | Fuad Giacoman |
| 1/24/2004 | $4,797 | Check | Fuad Giacoman |

ChiquitaATS0002912480