PLAINTIFF'S EXHIBIT
P0642
CASE NO 08-MD-01916

ChiquitaATS0002423755

CONFIDENTIAL

# KIRKLAND & ELLIS
## MEMORANDUM

Attorney Work Product &
Attyn/Client Communication
Privileged and Confidential

**TO:** Chiquita File    **CC:** Laurence Urgenson

**FROM:** Audrey L. Harris

**DATE:** March 11, 2003

**RE:** March 10, 2003 Conference Call w/ J. Raymer and B. Olson Re: Colombia Guerilla Payments.

### Summary

The client was counseled that under current law, the company should not continue to make the Santa Marta payments, given AUC's designation as a foreign terrorist organization under § 1189 and the prohibition on providing "material support" under § 2339, the risk is too high. This is the same advice provided to the client during previous conference calls.





EXHIBIT 24

CBI-S4-002-KE-009737

ChiquitaATS0002423755

ChiquitaATS0002423755

CONFIDENTIAL



2

CBI-S4-002-KE-009738

ChiquitaATS0002423756



3

CBI-S4-002-KE-009739
ChiquitaATS0002423757