PLAINTIFFS' EXHIBIT
**P0687**
CASE NO 08-MD-01916

ChiquitaATS0002435437

CONFIDENTIAL

## KIRKLAND & ELLIS
### MEMORANDUM

Attorney Work Product
Privileged and Confidential
DRAFT

**TO:**   Chiquita File

**FROM:**   Audrey L. Harris

**DATE:**   February 26, 2003

**RE:**   Advice to J. Raymer: 18 USC 2339 & AUC Payments

---

### Call to Advise Client: February 25, 2003 (w/ J. Raymer)

Bottom Line: CANNOT MAKE THE PAYMENT

1.    Payment Meets the Elements of 18 USC § 2339B (based on current information/research)



EXHIBIT
23
PENGAD 800-631-6989

CBI-S4-010-KE-048275

ChiquitaATS0002435437

ChiquitaATS0002435437

CONFIDENTIAL

2.



2

CBI-S4-010-KE-048276

ChiquitaATS0002435438