

Plaintiff's Exhibit 2096a 08-MD-01916

## Plaintiffs' Contention as to Schedule of Chiquita Payments to Paramilitaries and Associated Groups in Colombia

| Date | Amount (USD) | Amount (Col Pesos) | Form of Payment | Payee or Intermediary | Authorizer | Recipient Group | Documentation |
|---|---|---|---|---|---|---|---|
| 00/00/1995 | | 19,150,000 | | Luis Alberto Agudelo | | Convivir | P0816 |
| 00/00/1996 | | 95,690,000[1] | | Luis Alberto Agudelo | | Convivir | P0816 |
| 10/9/1996 | 2,474.46 | 2,500,000 | | Luis Alberto Agudelo, Alvarado | Alvarado, Ivan Rodriguez, et al. | Convivir | P0020, P0300, P0301, P0862 |
| 11/5/1996 | 5,302.70 | 5,300,000 | | Maria Eugenia Correa | | Convivir | P0020, P0300, P0865, P1560, P1588 |
| 11/5/1996 | 5,002.55 | 5,000,000 | | Luis Alberto Agudelo | Alvarado, Unknown | Convivir | P0020, P0300, P0865, P1559, P1590 |
| 12/16/1996 | 8,985.80 | 9,000,000[2] | | Luis Alberto Agudelo | Alvarado, Rodriguez | Convivir | P0020, P0024 (484), P0300, P1435, P0865, P0876, P1549 |
| 00/00/1997 | | 23,964,800 | | Luis Alberto Agudelo | | Convivir | P0816 |
| 6/23/1997 | 32,124 | 34,956,012 | Check | Punta de Piedra | Keiser, Alvarado | AUC | P0099, P0105, P0186, P0729, P0580, P0114, P0579, P0850, P0821 (975, 1005), P0213, P0214, P0568, P0791, P0826 |
| 7/21/1997 | 22,885 | 25,074,028 | Cash | Punta de Piedra | Keiser, Escobar, Alvarado | AUC | P0239, P0729, P0580, P0114, P0821 (1001-1004), P0825, P0187, P0787 |
| 9/22/1997 | 22,719 | 28,133,096 | Cash | Punta de Piedra | Keiser, Alvarado, Rodriguez | AUC | P0729, P0580, P0114, P0187, P0821 (1001) |
| 10/20/1997 | 7,576 | 10,000,000 | Cash | Luis Alberto Agudelo / Punta de Piedra | Alvarado, Rodriguez, Keiser | AUC | P0729, P0580, P0114, P1533 |
| 10/20/1997 | 22,907 | 28,968,416 | Cash | Punta de Piedra | Alvarado, Rodriguez, Keiser | AUC | P0729, P0580, P0114, P0821 (975), P0105, P0188 |
| 11/24/1997 | 4,368 | 5,535,200 | Cash | Punta de Piedra | Keiser, Alvarado | AUC | P0729, P0580, P0114, P0105, P0188, P1537, P0443 |

---

[1] This amount was determined by subtracting all documented 1996 Convivir payments to Luis Agudelo (listed in P0020 and P0300) from the amount reported as the total of all Convivir payments through Luis Agudelo for 1996 (listed in P0816).

[2] This amount was determined by subtracting all documented 1997 Convivir payments to Luis Agudelo (listed in P0114) from the amount reported as the total of all Convivir payments through Luis Agudelo for 1997 (listed in P0816).

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/24/1997 | 33,936 | 43,000,000 | Cash | Punta de Piedra | Keiser, Alvarado | AUC | P0729, P0580, P0114, P0821 (975), P0105, P0188, P0443 |
| 12/22/1997 | 19,752 | 25,446,512 | Cash | Punta de Piedra | John Olivo, Jose Luis Valverde, Alvarado | AUC | P0729, P0580, P0114, P0821 (975), P0241, P0795, P0105, P0188, P0792 |
| 2/9/1998 | 23,725 | 33,307,300 | Check | Punta de Piedra | Keiser, Alvarado, Rodriguez | AUC | P0729, P0494, P0580, P0114, P1418, P0821 (281, 975), P0778, P0266, P1623 |
| 4/2/1998 | 19,377 | 27,405,000 | Check | Punta de Piedra | Keiser, Alvarado | AUC | P0729, P0494, P0580, P0114, P1394, P1416, P0821 (281), P0146, P0147, P0266, P1564, P1623 |
| 5/3/1998 | 23,054 | 32,883,000 | Check | Punta de Piedra | Keiser, Alvarado, Rodriguez | AUC | P0729, P0494, P0580, P0114, P1394, P1421, P0821 (281), P0266, P1564, P1623 |
| 6/18/1998 | 21,257 | 30,875,900 | Check | Punta de Piedra | Alvarado, Valverde | AUC | P0729, P0494, P0580, P0114, P1394, P1420, P0821 (281, 963), P0163, P0164, P1564, P1623 |
| 6/19/1998 | 885.71 | 1,235,036 | | Punta de Piedra | | AUC | P0821 (281), P0266 |
| 6/19/1998 | 885.72 | 1,235,036 | | Punta de Piedra | | AUC | P0821 (281), P0266 |
| 7/27/1998 | 9,841 | 14,106,400 | Check | Punta de Piedra | Keiser, Alvarado, Rodriguez | AUC | P0729, P0494, P0580, P0114, P1419, P1428, P0821 (270-271), P0161, P1623 |
| 8/10/1998 | 3,679 | 5,000,000 | Check | Carlos Alberto Loaiza / Punta de Piedra | Keiser, Alvarado, Rodriguez | AUC | P0729, P0580, P0114, P1395, P1403, P0821 (271), P0286, P0496, P0803, P1726 |
| 9/21/1998 | 17,140.42 | 23,996,588 | | Punta de Piedra | Keiser, Alvarado | AUC | P0821 (276), P0172 |
| 9/21/1998 | 11,826 | 18,854,461 | Check | La Tagua del Darien | Keiser, Alvarado, Rodriguez | AUC | P0729, P0494, P0580, P0114, P1395, P1423, P1428, P0815, P0821 (270-271, 748), P1605 |
| 9/21/1998 | 3,228 | 4,936,441 | | Alonso Mejia, La Tagua del Darien | Keiser, Alvarado, Rodriguez | AUC | P0114, P0580, P0729, P0821 (270-271), P1395, P1415, P1428, P1654 |
| 11/9/1998 | 10,654 | 17,444,000 | Check | La Tagua del Darien | Keiser, Alvarado | AUC | P0729, P0494, P0580, P0114, P1422, P0821 (249, 259), P0168 |

2

| Date | Check # | Amount | Type | Payee | Signers | Group | References |
|---|---|---|---|---|---|---|---|
| 12/7/1998 | 14,362 | 22,736,000 | Check | La Tagua del Darien | Keiser, Alvarado | AUC | P0729, P0494, P0580, P0114, P1417, P0821 (254, 259), P0155, P1605 |
| 4/19/1999 | 21,397 | 35,000,000 | Check | La Tagua del Darien | Keiser, Alvarado | AUC | P0729, P0494, P0580, P0114, P0821 (865, 868, 871), P0148, P0810, P1606, P1630 |
| 6/1/1999 | 14,437 | 25,083,000 | Check | La Tagua del Darien | Keiser, Alvarado | AUC | P0729, P0494, P0580, P0114, P0922, P0821 (868), P0779, P0810, P1606, P1630 |
| 7/19/1999 | 6,772 | 12,832,000 | Check | La Tagua del Darien | Keiser, Alvarado | AUC | P0494, P0580, P0114, P0162, P0285, P0803, P0812, P0821 (847, 849-850) P1606, P1630 |
| 8/13/1999 | 8,205 | 15,928,499 | Check | La Tagua del Darien | Keiser, Alvarado | AUC | P0729, P0494, P0580, P0114, P0151, P0812, P0821 (847, 855-856), P1606 |
| 10/14/1999 | 20,190 | 40,000,000 | Check | Inversiones Manglar | Keiser, Victor Buitrago, per P0580 and P0729; Keiser, Alvarado, per P0114 | AUC | P0729, P0570, P0580, P0114, P0851, P0821 (1121), P0142, P0538, P0539, P0288, P0569, P1656 |
| 11/19/1999 | 39,802 | 76,623,301 | Check | La Tagua del Darien | Keiser, Buitrago | AUC | P0729, P0494, P0580, P0114, P0821 (1119, 1122, 1131), P0169, P1606 |
| 12/20/1999 | 26,052 | 48,639,728 | Check | La Tagua del Darien | Keiser, Buitrago | AUC | P0729, P0494, P0580, P0114, P0821 (1118), P0156, P0776, P1606 |
| 2/28/2000 | 6,124 | 11,925,375 | Check | Inversiones Manglar | Keiser, Buitrago | AUC | P0729, P0580, P0114, P0139, P0458, P0457, P0538, P0190, P0288 |
| 2/28/2000 | 16,236 | 31,615,386 | Check | La Tagua del Darien | Keiser, Buitrago | AUC | P0729, P0114, P0157, P0190, P0494, P0777, P0926, P1613 |
| 5/15/2000 | 35,899 | 73,073,682 | "vh" | La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0494, P0580, P0114, P0455, P0456, P1613 |
| 6/10/2000 | 27,141 | 57,426,000 | Check | La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0580, P0114, P0538, P0812, P0271, P0288, P0926, P1613 |
| 8/10/2000 | 38,505 | 83,925,640 | Check | La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0494, P0114, P0149, P0781, P0191, P0774, P1613 |

3

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/15/2000 | 37,574 | 83,545,028 | Check | La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0114, P0191, P0272, P0494, P1613 |
| 11/16/2000 | 50,291 | 106,699,140 | Check | La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0114, P0494, P0453, P0454, P0780, P1613 |
| 12/7/2000 | 44,304 | 96,419,074 | Check | La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0114, P0152, P0494, P0775, P0926, P1613 |
| 1/12/2001 | 23,870 | 53,750,000 | Check | La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0114, P0192, P0494, P0516, P0926, P1604 |
| 3/16/2001 | 37,051 | 84,327,925 | Check | Jesus Alberto Osorio Mejia / La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0114, P0540, P0494, P0516, P0817, P1604 |
| 5/18/2001 | 46,822 | 109,980,122 | Check | La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0114, P0193, P0494, P0516, P0926, P1604 |
| 7/6/2001 | 37,505 | 86,551,346 | Check | La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0114, P0449, P0494, P0516, P1604 |
| 9/10/2001 | 32,136 | 74,562,480 | Check | La Tagua del Darien | Buitrago, Valverde | AUC | P0729, P0114, P0171, P0194, P0449, P0494, P0516, P0652, P0926, P1604 |
| 9/22/2001 | | Two bulldozers | | Papagayo (Arnulfo Penuela Marin) | Luis German Cuartas | AUC | P0404, P0405, P0406, P0408 |
| 11/9/2001 | 56,411 | 129,952,829 | Check | Asociacion Papagayo | Buitrago, Valverde | AUC | P0729, P0114, P0166, P0167, P0494, P0516, P1603, P1604 |
| 12/10/2001 | 26,514 | 61,501,492 | Check | Asociacion Papagayo | Buitrago, Valverde | AUC | P0729, P0114, P0153, P0494, P0516, P0926, P1603, P1604 |
| 1/28/2002 | 30,521 | 68,120,928 | Check | Asociacion Papagayo | Buitrago, Acevedo | AUC | P0181, P0494, P0695, P0159, P0729, P0114, P0516, P0696, P1602, P1608 |
| 2/27/2002 | 25,689 | 59,337,720 | Check | Asociacion Papagayo | Buitrago, Acevedo | AUC | P0729, P0114, P0181, P0446, P0494, P0736, P0494, P0516, P1602, P1608 |
| 3/31/2002 | 3,685 | 8,333,333 | Cash | Blindajes de la Costa Ltda | Buitrago, Keiser, Claudia Wandurraga | AUC | P0729, P0114, P0538, P0693 |
| 3/31/2002* | 3,685 | 8,333,333 | Cash | Blindajes de la Costa Ltda | Buitrago, Keiser, Wandurraga | AUC | P0729, P0114, P0538, P0785, P0693 |
| 4/11/2002 | 35,688 | 80,714,834 | Check | Asociacion Papagayo | Buitrago, Acevedo | AUC | P0729, P0114, P0145, P0182, P0494, P0516, P1602, P1608 |
| 5/2/2002 | 3,685 | 8,333,333 | Cash | Blindajes de la Costa Ltda | | AUC | P0729, P0114, P0538, P0693 |

4

| Date | | | Type | Payee | Names | Group | References |
|---|---|---|---|---|---|---|---|
| 5/2/2002 | 3,685 | 8,333,333 | Cash | Blindajes de la Costa Ltda | | AUC | P0729, P0114, P0538, P0693 |
| 5/7/2002 | 10,968 | 25,080,000 | Check | Asociacion Papagayo | Buitrago, Acevedo | AUC | P0729, P0114, P0165, P0182, P0494, P0516, P1602, P1608 |
| 6/7/2002 | 6,693 | 20,702,636 | Check | Alvaro Acevedo | Fuad Giacoman | AUC | P0729, P0114, P0516, P1681 |
| 6/7/2002 | 4,781 | 14,788,245 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1681 |
| 6/7/2002 | 6,291 | 19,459,364 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1681 |
| 6/7/2002 | 31,618 | 73,998,485 | Check | Asociacion Papagayo | Buitrago, Acevedo, Stella Herrera | AUC | P0729, P0114, P0160, P0182, P0494, P0516, P1602, P1608 |
| 6/14/2002 | 11,879 | 28,000,000 | Check | La Tagua del Darien | Buitrago, Acevedo | AUC | P0729, P0114, P0173, P0494, P0516, P0784, P1602 |
| 7/8/2002 | 5,998 | 19,339,823 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1681 |
| 8/2/2002 | 4,705 | 16,430,499 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P1681 |
| 8/2/2002 | 28,735 | 73,814,400 | Check | Asociacion Papagayo | Buitrago, Acevedo, Daniel Hernandez | AUC | P0729, P0114, P0150, P0183, P0447, P0195, P0494, P0516, P1602 |
| 8/30/2002 | 4,550 | 16,347,433 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1681 |
| 10/4/2002 | 7,977 | 30,447,019 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1681 |
| 10/4/2002 | 40,475 | 115,516,576 | Check | Asociacion Papagayo | Buitrago, Acevedo, "Stella Herrara" | AUC | P0729, P0114, P0184, P0196, P0170, P0494, P0516, P1602, P1608 |
| 11/6/2002 | 8,081 or 6081 | 16,871,468 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516 |
| 11/27/2002 | 5,809 | 21,044,015 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1681 |
| 12/9/2002 | 47,948 | 133,498,085 | Check | Asociacion Papagayo | Acevedo, Buitrago | AUC | P0729, P0114, P0154, P0196, P0494, P0516, P1602, P1608 |
| 12/31/2002 | 8,152 | 30,931,200 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1681 |
| 1/2/2003 | 23,235 | 66,562,224 | Check | Asociacion Papagayo | Buitrago, Giacoman | AUC | P0729, P0114, P0184, P0196, P0495, P1602, P1608 |
| 1/24/2003 | 7,374 | 35,068,982 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P1682, P1721 |
| 2/25/2003 | 17,541 | 51,538,438 | Check | Asociacion Papagayo | Buitrago, Acevedo | AUC | P0729, P0114, P0158, P0471, P0495, P0516, P1615 |
| 3/10/2003 | 19,413 | 57,499,288 | Check | Asociacion Papagayo | Acevedo, Buitrago | AUC | P0729, P0114, P0472, P0541, P0495, P0503, P0516, P1615 |
| 5/8/2003 | 5,885 | 28,130,081 | Check | Alvaro Acevedo | Giacoman, Wandurraga | AUC | P0729, P0114, P0516, P1682, P1721 |
| 5/12/2003 | 48,549 | 137,580,960 | Check | Asociacion Papagayo | Acevedo, Buitrago | AUC | P0729, P0114, P0542, P0495, P0516, P1615 |

5

| Date | | Amount | Type | Payer | Signatory | Recipient | References |
|---|---|---|---|---|---|---|---|
| 5/22/2003 | | 7,500,000 | | Asociacion Papagayo | | AUC | P0470, P0488, P0503 |
| 5/29/2003 | 7,552 | 35,222,771 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1682, P1721 |
| 6/4/2003 | 6,171 | 28,628,702 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1682, P1721 |
| 6/6/2003 | 5,739 | 26,492,859 | Check | Alvaro Acevedo | Giacoman, Hernandez | AUC | P0729, P0114, P0516, P1682, P1721 |
| 6/28/2003 | 7,276 | 33,332,210 | Check | Alvaro Acevedo | Giacoman, Herrara | AUC | P0729, P0114, P0516, P1682, P1721 |
| 7/21/2003 | 35,251 | 101,618,015 | Check | Asociacion Papagayo | Acevedo, Buitrago, Herrara | AUC | P0729, P0114, P0495, P0516, P1615 |
| 7/31/2003 | 5,789 | 27,189,463 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1682, P1721 |
| 8/19/2003 | 12,769 | 36,637,966 | Check | Asociacion Papagayo | Acevedo, Buitrago, Herrara | AUC | P0729, P0114, P0829, P0495, P0516, P1615 |
| 8/28/2003 | 6,937 | 32,050,176 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P0516, P1682, P1721 |
| 9/26/2003 | 18,217 | 52,308,620 | Check | Asociacion Papagayo | Acevedo, Buitrago | AUC | P0729, P0114, P0487, P0495, P0503, P0516, P1615 |
| 10/2/2003 | 9,423 | 43,994,865 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114, P1682, P1721 |
| 10/24/2003 | 30,378 | 87,262,848 | Check | Asociacion Papagayo | Acevedo, Buitrago, Herrara | AUC | P0729, P0114, P0530 |
| 10/25/2003 | 6,939 | 32,246,605 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114 |
| 11/22/2003 | 6,313 | 29,116,267 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114 |
| 11/28/2003 | 29,947 | 85,009,268 | Check | Asociacion Papagayo | Acevedo, Buitrago | AUC | P0729, P0114, P0530 |
| 12/11/2003 | 24,392 | 68,674,740 | Check | Asociacion Papagayo | Acevedo, Buitrago | AUC | P0729, P0114, P0474, P0530 |
| 12/31/2003 | 10,589 | 47,835,805 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114 |
| 12/31/2003 | 27,674 | 76,883,928 | Check | Asociacion Papagayo | Buitrago, Acevedo | AUC | P0729, P0114, P0530 |
| 1/19/2004 | 18,324 | 81,300,813 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114 |
| 1/24/2004 | 4,797 | 21,432,216 | Check | Alvaro Acevedo | Giacoman | AUC | P0729, P0114 |

*This summary is not exhaustive. The underlying documents cited here sometimes record slightly different amounts and dates because they are capturing different moments in the payment process and because of variability in exchange rate calculations.*

6