Plaintiff's Exhibit

P2106

08-MD-01916

## Summary of farms disclosed in June 2004 agreement in which Chiquita sold its Colombian operations to Banacol

| Individual Parcel | Municipality | Acquisition Date | Size in Hectares | Region | Farm |
|---|---|---|---|---|---|
| Julia Sofia. Bananera 2/4 | Turbó | 30-Sep-88 | 22 | Urabá | Cafetal Giga Palos Blancos |
| La Chacara. Bananera 1/4 | Turbó | 30-Sep-88 | 35 | Urabá | Cafetal Giga Palos Blancos |
| La Sarita Bananera 4/4 | Turbó | 30-Sep-88 | 216.95 | Urabá | Cafetal Giga Palos Blancos |
| Lote Terreno Bananera 3/4. Amalfia. Eulalia. | Turbó | 30-Sep-88 | 30.92 | Urabá | Cafetal Giga Palos Blancos |
| Durazno Papaya | Turbó | 10-Oct-88 | | Urabá | Durazno Giga Sn Jorge |
| Durazno 1/6. Negra 3 | Turbó | 21-Oct-88 | 50 | Urabá | Durazno Giga Sn Jorge |
| Durazno 2/6. Unión | Turbó | 21-Oct-88 | 10.64 | Urabá | Durazno Giga Sn Jorge |
| Durazno 3/6. Algo es Algo | Turbó | 21-Oct-88 | 7.25 | Urabá | Durazno Giga Sn Jorge |
| Durazno 4/6. Negra 4 | Turbó | 21-Oct-88 | 10.64 | Urabá | Durazno Giga Sn Jorge |
| Durazno 5/6. Negra 2 | Turbó | 21-Oct-88 | 31 | Urabá | Durazno Giga Sn Jorge |
| Durazno 6/6. Algún Día | Turbó | 21-Oct-88 | 9.974 | Urabá | Durazno Giga Sn Jorge |
| Fresa Negra 1. | Turbó | 21-Oct-88 | 50.7077 | Urabá | Durazno o Mag Giga Sn Jorge |
| San Judas. Salpicon. Oroverde | Turbó | 21-Oct-88 | 54.85 | Urabá | Salpicon Giga Sn Jorge |
| La Estrella o Mally. Huerta. | Turbó | 24-Oct-88 | 76.64 | Urabá | Cafetal Giga Palos Blancos |
| El Bosque. La Mora 7/9 | Turbó | 24-Oct-88 | 37 | Urabá | Manzana Giga Palos Blancos |
| El Mandarino. La Mora 5/9 | Turbó | 24-Oct-88 | 19.26 | Urabá | Manzana Giga Palos Blancos |
| La Fortuna. La Mora 9/9. La Cucaracha. | Turbó | 24-Oct-88 | 137 | Urabá | Manzana Giga Palos Blancos |
| La García. La Mora 2/9 | Turbó | 24-Oct-88 | 48.5 | Urabá | Manzana Giga Palos Blancos |

| La Mora 3/9. La Linda | Turbó | 24-Oct-88 | 41.75 | Urabá | Manzana Giga Palos Blancos |
|---|---|---|---|---|---|
| La Mora. La Bonita. | Turbó | 24-Oct-88 | 36.179 | Urabá | Manzana Giga Palos Blancos |
| Las Palmas. La Mora 8/9 | Turbó | 24-Oct-88 | 5.18 | Urabá | Manzana Giga Palos Blancos |
| Lote Terreno. La Mora 4/9. | Turbó | 24-Oct-88 | 3 | Urabá | Manzana Giga Palos Blancos |
| Villa Fabiola. La Mora 6/9 | Turbó | 24-Oct-88 | 7.5 | Urabá | Manzana Giga Palos Blancos |
| Limonar. Monteverde | Turbó | 25-Oct-88 | 75.46 | Urabá | Rita Maria Giga Sn Jorge |
| Guayaba. Emilios Lote A. | Turbó | 14-Dec-88 | 106 | Urabá | Rita Maria Giga Sn Jorge |
| Berenjenal | Chigorodó | 10-Feb-89 | 107 | Urabá | Lejania Giga Zungo |
| Manzana. Villa Nueva | Turbó | 27-Mar-89 | 180.94 | Urabá | Manzana Giga Palos Blancos |
| El Diamante | Chigorodó | 11-May-89 | 62 | Urabá | Diamante Giga Zungo |
| La Magdalena | Turbó | 11-May-89 | 100 | Urabá | La Magdalena Giga Sn Jorge |
| San Jacinto | Apartadó | 11-May-89 | 100 | Urabá | San Jacinto Giga Palos Blancos |
| Alameda. Lote de Terreno | Chigorodó | 31-May-89 | 59.8 | Urabá | Alameda Giga Zungo |
| Sonsoles Uva 1/2 | Turbó | 1-Jun-89 | 6.88 | Urabá | Taparto Giga Sn Jorge |
| Guanabana Santa Rita (AKA "Santa Rita") | Turbó | 15-Jun-89 | 121 | Urabá | La Magdalena Giga Sn Jorge |
| Papaya 2/2. Lote Terreno | Turbó | 25-Sep-89 | 82.3117 | Urabá | Durazno Giga Sn Jorge |
| Papaya Villa Luz | Turbó | 25-Sep-89 | 27.1 | Urabá | Durazno Giga Sn Jorge |
| Cafetal. La Manada. | Turbó | 18-Oct-89 | 83 | Urabá | Cafetal Giga Palos Blancos |
| Amelia. Naranjal 2/2 | Chigorodó | 21-Dec-89 | 15.24 | Urabá | Finca Giga Zungo |
| Naranjal 1/2. Eugenia. | Chigorodó | 21-Dec-89 | 35.72 | Urabá | Finca Giga Zungo |
| La Finca | Chigorodó | 28-Dec-89 | 312 | Urabá | La Finca Giga Zungo |
| El Retiro | Chigorodó | 28-Dec-89 | 400.2 | Urabá | Lejania Giga Zungo |

| | | | | | |
|---|---|---|---|---|---|
| **Villa Beatriz** | Turbó | 9-Feb-90 | 25 | Urabá | Taparto Giga Sn Jorge |
| **Balboa 2/2** | Turbó | 17-Sep-90 | 95.7 | Urabá | Manzana Giga Palos Blancos |
| **Balboa 3/3** | Turbó | 17-Sep-90 | 12 | Urabá | Manzana Giga Palos Blancos |
| **Europol. Balboa 1/3** | Turbó | 17-Sep-90 | 28 | Urabá | Manzana Giga Palos Blancos |
| **Buenavista Lote de Terreno** | Pivijay | 26-Sep-90 | 76 | Santa Marta | Buenavista |
| **Canoas** | Turbó | 17-Oct-90 | 127 | Urabá | Tarena Giga Sn Jorge |
| **Plantacion, San Marcos** | Ciénaga | 13-Aug-91 | 122 | Santa Marta | Plantacion |
| **La Liliana** | Apartadó | 30-Nov-92 | 35 | Urabá | Doña Angela Giga Palos Blancos |
| **La Liliana 2** | Apartadó | 30-Nov-92 | 7.25 | Urabá | Doña Angela Giga Palos Blancos |
| **La Liliana 2A** | Apartadó | 30-Nov-92 | 18.37 | Urabá | Doña Angela Giga Palos Blancos |
| **Samarkanda** | Apartadó | 30-Nov-92 | 50 | Urabá | Doña Angela Giga Palos Blancos |
| **Guaro 1. La Adela** | Turbó | 30-Nov-92 | 107.46 | Urabá | Guaro Giga Palos Blancos |
| **Guaro 2. La Samaria** | Apartadó | 30-Nov-92 | 92.54 | Urabá | Guaro Giga Palos Blancos |
| **La 616** | Turbó | 30-Nov-92 | 23 | Urabá | Guaro Giga Palos Blancos |
| **La Francina** | Turbó | 30-Nov-92 | 43 | Urabá | Guaro Giga Palos Blancos |
| **Rita María 2. Lote B.** | Turbó | 30-Nov-92 | 66.24 | Urabá | Rita Maria Giga Sn Jorge |
| **Rita María. Lote A.** | Turbó | 30-Nov-92 | 60 | Uraba | Rita Maria Giga Sn Jorge |
| **Taparto** | Turbó | 30-Nov-92 | 39 | Urabá | Taparto Giga Sn Jorge |
| **Tarena 1** | Apartadó | 30-Nov-92 | 76 | Urabá | Tarena Giga Sn Jorge |
| **Tarena 2** | Apartadó | 30-Nov-92 | 51.58 | Urabá | Tarena Giga Sn Jorge |
| **Rancho Amelia No. 2** | Turbó | 14-Dec-92 | 132 | Urabá | Rancho Amelia Giga Sn Jorge |
| **Sonsoles Uva 2/2** | Turbó | 14-Dec-92 | 100 | Urabá | Taparto Giga Sn Jorge |
| **Alexandra Pia** | Apartadó | 28-Dec-92 | 30.75 | Urabá | Alexandra Pia |

| | | | | | |
|---|---|---|---|---|---|
| **Francia Elena 1** | Apartadó | 28-Dec-92 | 42 | Urabá | Alexandra Pia |
| **Francia Elena 2** | Apartadó | 28-Dec-92 | 60 | Urabá | El Porvenir |
| **María del Rosario** | Apartadó | 28-Dec-92 | 116.25 | Urabá | Ma. Del Rosario Giga Palos Blancos |
| **San Judas Tadeo** | Apartadó | 28-Dec-92 | 50 | Urabá | Ma. Del Rosario Giga Palos Blancos |
| **San Judas Tadeo No. 2** | Apartadó | 28-Dec-92 | 47.5 | Urabá | Ma. Del Rosario Giga Palos Blancos |
| **María Eugenia** | Apartadó | 28-Dec-92 | 30 | Urabá | María Eugenia |
| **El Carmelo** | Apartadó | 28-Dec-92 | 21 | Urabá | San Jacinto Giga Palos Blancos |
| **Lagunilla, Villa Alicia 2** | Apartadó | 28-Dec-92 | 70.4 | Urabá | Villa Alicia Giga Palos Blancos |
| **Villa Alicia** | Apartadó | 28-Dec-92 | 70.279 | Urabá | Villa Alicia Giga Palos Blancos |
| **La Calmita** | Ciénaga | 29-Jun-93 | PARTLY SOLD | Santa Marta | Angeles |
| **Los Angeles** | Ciénaga | 29-Jun-93 | PARTLY SOLD | Santa Marta | Angeles |
| **Arenal** | Ciénaga | 29-Jun-93 | 72 | Santa Marta | Arenal |
| **La Belleza** | Ciénaga | 29-Jun-93 | 6 | Santa Marta | Arenal |
| **La union** | Ciénaga | 29-Jun-93 | 8 | Santa Marta | Arenal |
| **Ls Apa** | Ciénaga | 29-Jun-93 | 2 | Santa Marta | Arenal |
| **Dorliska No. 1** | Ciénaga | 29-Jun-93 | 13 | Santa Marta | Fabliska |
| **Dorliska No. 2** | Ciénaga | 29-Jun-93 | 18 | Santa Marta | Fabliska |
| **Dorliska No. 3** | Ciénaga | 29-Jun-93 | 14 | Santa Marta | Fabliska |
| **Dorliska No. 4** | Ciénaga | 29-Jun-93 | 30 | Santa Marta | Fabliska |
| **Fabiola No. 1** | Ciénaga | 29-Jun-93 | | Santa Marta | Fabliska |
| **Fabiola No. 2** | Ciénaga | 29-Jun-93 | | Santa Marta | Fabliska |
| **Lote 1** | Ciénaga | 29-Jun-93 | 7.34 | Santa Marta | Fabliska |
| **Lote 2** | Ciénaga | 29-Jun-93 | 7.34 | Santa Marta | Fabliska |
| **Lote 5** | Ciénaga | 29-Jun-93 | 1 | Santa Marta | Fabliska |
| **Lote de Terreno** | Ciénaga | 29-Jun-93 | 3 | Santa Marta | Fabliska |
| **Lote de Terreno . Zolaida** | Ciénaga | 29-Jun-93 | 4.3 | Santa Marta | Fabliska |
| **Lote de Terreno No. 4** | Ciénaga | 29-Jun-93 | 1 | Santa Marta | Fabliska |
| **Alicia. Giselle Beatriz** | Ciénaga | 29-Jun-93 | 67 | Santa Marta | Giselle Beatriz |
| **La Despensa** | Ciénaga | 29-Jun-93 | 206 | Santa Marta | Mandesa |
| **Maria Cecilia. Adelaida** | Ciénaga | 29-Jun-93 | 50 | Santa Marta | Mandesa |

| | | | | | |
|---|---|---|---|---|---|
| **Vijagual** | Ciénaga | 29-Jun-93 | 171 | Santa Marta | Vijagual |
| **Futuro 2** | Ciénaga | 29-Jun-93 | 3.53 | Santa Marta | |
| **San Juan Futuro** | Ciénaga | 29-Jun-93 | 28 | Santa Marta | |
| **El Porvenir** | Turbó | 22-Jul-96 | 120 | Urabá | El Porvenir |
| **Manantial** | Ciénaga | 21-Aug-96 | 142.74 | Santa Marta | Mandesa |
| **Villa Carmen** | Chigorodó | 11-May-00 | 94 | Urabá | Malagon Giga Zungo |
| **Paraiso** | Chigorodó | 11-May-00 | 100 | Urabá | Paraiso Gigo Zungo |
| **El Sol** | Chigorodó | 11-May-00 | 66.75 | Urabá | Solluna Giga Zungo |
| **Negritos** | Chigorodó | 15-Oct-02 | 50 | Urabá | Malagon Giga Zungo |
| **Romeral** | Chigorodó | 15-Oct-02 | 94 | Urabá | Malagon Giga Zungo |
| **La Luna** | Chigorodó | 15-Oct-02 | 67 | Urabá | Solluna Giga Zungo |
| **Source: P0559** | | **Number of Distinct Farms: 34** | | | |