# Curriculum Vitae

## Oliver Kaplan, Ph.D.

Oliver.Kaplan@du.edu
Ben M. Cherrington Hall
University of Denver
Josef Korbel School of International Studies
2201 South Gaylord Street
Denver, Colorado 80208
https://korbel.du.edu/about/directory/oliver-kaplan


Plaintiff's Exhibit
P2107a
08-MD-01916

**Current Position**

Associate Professor
University of Denver, Denver, CO
Josef Korbel School of International Studies
September 2018-present

Assistant Professor
University of Denver, Denver, CO
Josef Korbel School of International Studies
September 2013-2018 (Lecturer, 2012-2013)

Director, Latin America Center, Josef Korbel School (2019-2023)

**Previous Positions**

Post Doctoral Research Associate in Conflict Studies, 2011-2012
Empirical Studies of Conflict (ESOC; Minerva Department of Defense project)
Princeton School of Public and International Affairs
Princeton University, Princeton, New Jersey

Post Doctoral Fellow, 2010-2011
Empirical Studies of Conflict (ESOC; Minerva Department of Defense project)
Department of Political Science
Stanford University

**Education**

Stanford University, Stanford, California
Ph.D. in Political Science, 2010
Emphases: International Relations, Comparative Politics
Minor fields: Political Methodology, American Politics
Dissertation project: "Civilian Autonomy in Civil War"
* 2012 Latin American Studies Association Diskin Dissertation Award (honorable mention)

University of California, San Diego (UCSD)
Bachelor of Arts Degree June 2001 *with Highest Distinction*; *Magna Cum Laude*
Major: Political Science—Public Policy
Minors: Economics; Spanish Studies

University of Costa Rica, San José, Costa Rica
University of California Education Abroad Program, 2000

**Honors and Awards**

2019 J. David Singer Book Award (ISA Midwest Region)
2019 ISA Human Rights Section's Best Book award (Finalist/ Runner-up)

1

2018 Conflict Research Society (CRS) Book of the Year Prize (Short list)
2018 Blog Finalist, Duck of Minerva ("Can Civilian Nonviolent Action Deter Massacres?")
2016-17 Jennings Randolph Senior Fellowship, US Institute of Peace
2018, 2015 Blog Finalist, Duck of Minerva, Human Trafficking Center Blog
2015 Blog Finalist, Duck of Minerva ("García Márquez' Magical Realism: It's Real")
2012 Latin American Studies Association (LASA) Diskin Dissertation Award (honorable mention)
2008 Stanford Goldsmith Writing Award in Dispute Resolution
Dept. of Political Science, Stanford Univ., Graduate Fellowship
Honorable Mention, NSF Graduate Fellowship Program
Lakoff Award, Best Undergraduate Thesis, UCSD Department of Political Science
Department Honors in Political Science with *Highest Distinction,* UCSD
Research Scholar Award, UCSD Undergraduate Research Conference
Phi Beta Kappa, Sigma Chapter (UCSD)
Golden Key National Honor Society
John Muir College Caledonian Honor Society
Provost Honors List, John Muir College, UCSD

**Grants**

2023 Carnegie Corporation of New York, Co-Investigator, "Rigor, Relevance, and Responsibility: Promoting Ethical Approaches to Policy Engagement" ($500,000)
2022 DU CIPR Semillas grant (Co-PI), "From Clients to Partners: How Can IRC Denver Better Meet the Needs of Refugees and Asylum-Seekers with Multiply Marginalized Identities" ($9,998)
2022 DT Institute, Principal Investigator, "Employing Ex-combatants: A Resume Experiment in Colombia," ($46,285)
2021 Carnegie Corporation of New York, Co-Investigator, "Rigor, Relevance, and Responsibility: Promoting Ethical Approaches to Policy Engagement" ($500,000)
2020 DFID-World Bank-UNHCR, "Preventing social conflict and promoting social cohesion in forced displacement contexts." "Superstitions and Civilian Displacement: Evidence from the Colombian Conflict" Building the Evidence on Protracted Forced Displacement ($25,000)
2019 Carnegie Corporation of New York, Co-Investigator, "Rigor, Relevance, and Responsibility: Promoting Ethical Approaches to Policy Engagement" ($500,000)
2018-2022 Folke Bernadotte Academy, "Cross-national Data Collection and Analysis of DDR Programs" ($30,000, $20,000)
2018 Center for Civilians in Conflict, Research consultancy
2017-2018 Carnegie Corporation of New York, Co-Investigator, "Inclusive Approaches to Violence Reduction, Peacebuilding, and Governance" ($1 million)
2016-2017 "Roots of Restraint in War," International Committee of the Red Cross ($35,562)
2016 University of Denver Public Goods Fund award, "Korbel Asylum Project," ($17,816.44)
2015 University of Denver Faculty Research Fund award, "Human Trafficking Data Workshop" ($2,742)
2015 Carnegie Corporation of New York, Co-Principal Investigator for Colombia and the Americas, "Renewing Rights-based Approaches to Peacebuilding: Global Norms, Local Dynamics" ($1 million)
2015 Korbel Social Science Foundation Grant (Human Trafficking Speakers, $18,250)
2014-2016 Carnegie Corporation of New York, Rigor and Relevance grant Co-Investigator, "Nonviolent Action in Violent Settings: Practices and Implications for Policy" ($1 million)
2014-2019 Department of Defense Minerva Program, Co-Investigator, "Taking Development (Im)balance Seriously: Using New Approaches to Measure and Model State Fragility" ($1.07 million)
2014 University of Denver Professional Research Opportunities for Faculty (PROF) grant ("Measuring and Analyzing Links Between Human Trafficking and Security", $17,779)
2014-2015 Korbel Social Science Foundation Grant – Center for Latin American Studies (with Aaron Schneider, $42,000)
2014 Korbel Social Science Foundation Grant – DDR ($9,000)
2014 Korbel Research Grant – Human Trafficking and Security ($7,500)
2013 International Center on Nonviolent Conflict conference grant ($2,500)
2011 Bradley Foundation Research Fellowship, Princeton University ($3,500)
2008-2009 Dwight D. Eisenhower/Clifford Roberts Fellowship ($10,000)
2008 Smith Richardson Found. World Politics & Statecraft Fellowship ($7,500)
Stanford Community Engagement Grant (2010, $500)
Stanford Diversity Dissertation Research Opportunity grant (2009, $1,500)
Stanford CICN Research Grant (2009, $3,200)

2

Stanford Center on International Conflict and Negotiation (SCICN) Fellow, 2009
American Political Science Association Travel Grant, Annual Meeting ($300)
Stanford Graduate Research Opportunity award (2008, $5,000)
O'Bie Schultz Dissertation Travel Fellowship, Stanford University, 2007 ($5,000)

**Research Activities**

**Books and Volumes**

Kaplan, Oliver. 2017. *Resisting War: How Communities Protect Themselves*. Cambridge: Cambridge University Press.
*Spanish language translation:*
Kaplan, Oliver. 2020. *Resistir la Guerra: O Como Se Protegen a Sí Mismas las Comunidades*. Bogotá: Fondo de Cultura Económica.
- 2019 J. David Singer Book Award (ISA Midwest Region)
- ISA Human Rights Section's Best Book award 2019 (Finalist/ Runner-up)
- Conflict Research Society (CRS) Book of the Year Prize 2018 (Short list)
- "Must Read Scholarship on Political Violence from 2017," *Political Violence @ a Glance*.
- Reviewed in: *Foreign Affairs, Perspectives on Politics, Journal of Politics, Journal of Peace Research, International Studies Review, Political Research Quarterly, Peacebuilding, Mobilization, Latin American Research Review, Bulletin of Latin American Research (SLAS), Colombia Internacional*

Kaplan, Oliver, ed. 2021. *Promoting Restraint in War*. Special Issue/Symposium, *International Interactions* Volume 47, Issue 5: 795-954.

Avant, Deborah, Marie Berry, Erica Chenoweth, Rachel Epstein, Cullen Hendrix, Oliver Kaplan, and Timothy Sisk, eds. *Civil Action and the Dynamics of Violence in Conflicts*. 2019. Oxford: Oxford University Press.

**Peer-reviewed Publications**

Kaplan, Oliver. 2021. "The International Committee of the Red Cross and Support for Civilian Self-Protection in Colombia." *International Interactions* 47(5): 898-927.

McQuinn, Brian, Fiona Terry, Oliver Kaplan, and Francisco Gutiérrez Sanín. 2021. "Promoting Restraint in War." *International Interactions* 47(5): 795-824. *reviewed by editors

Kaplan, Oliver. 2021. "Balancing Rigor and Relationships in Collaborative Research." *PS: Political Science & Politics* 54(3): 544-548.

Kaplan, Oliver and Enzo Nussio. 2018. "Explaining Recidivism of Ex-combatants in Colombia." *Journal of Conflict Resolution* 62(1): 64–93.
   * Top 3 cited article in past 3 years in *Journal of Conflict Resolution* (2020)

Kaplan, Oliver and Enzo Nussio. 2018. "Community Counts: The Social Reintegration of Ex-combatants in Colombia." *Conflict Management and Peace Science*, 35(2): 132-153.
   * Top cited article in past 3 years in *Conflict Management and Peace Science* (2020)

Kaplan, Oliver. 2017. "The Art of Rhetorical Traps in Civilian Self-Protection." *Journal of Peace and Development* 12(3): 111-116.

Kaplan, Oliver. 2013. "Nudging Armed Groups: How Civilians Transmit Norms of Protection." *Stability: International Journal of Security and Development* 2(3): 62.

Kaplan, Oliver. 2013. "Protecting Civilians in Civil War: The Institution of the ATCC in Colombia." *Journal of Peace Research* 50(3): 351–367.

Albertus, Michael and Oliver Kaplan. 2013. "Land Reform as a Counterinsurgency Policy: Evidence from Colombia." *Journal of Conflict Resolution* 57(2): 198–231.

**Book Chapters and Other Scholarly Writing**

Kaplan, Oliver. 2022. "War Crimes, Atrocities, and Resistance in Colombia," in *The Oxford Handbook on Atrocity Crimes*, Barbora Hola, Hollie Nyseth Brehm, and Maartje Weerdesteijn, eds. Oxford: Oxford University Press.

Kaplan, Oliver, Michael Albertus, Diana Senior Angulo, Henrique Delgado, Gustavo Flores-Macías, Rafael R. Ioris, Melissa Martinez, and Amy Erica Smith. 2022. "Democracy and Governance in Latin America and the Caribbean After COVID-19," *Report of the Latin America Sub-Group*, Expert Working Group on COVID-19 and Democracy, Institute for Comparative and Regional Studies, Josef Korbel School of International Studies, University of Denver, February 25, 2022.

Kaplan, Oliver and Joseph Young. 2019. "From Counterinsurgency to Peacebuilding: Addressing Barriers to Lasting Peace in Colombia," in *As War Ends: What Colombia Can Tell Us About the Sustainability of Peace and Transitional Justice*, Meernik, James, Jacqueline DeMerritt, and Mauricio Uribe-Lopez, eds. Cambridge: Cambridge University Press.

Kaplan, Oliver. 2018. "Prologue." Hernández Delgado, Esperanza, et al. *Resistencias noviolentas en contextos de alta conflictividad en América Latina. Experiencias en México, Brasil, Colombia y fronteras*. Bogotá and Quito: Editorial Universidad de La Salle, Editorial Facultad Latinoamericana de Ciencias Sociales de Ecuador.

**Commentary and Analysis**

Regular blogger:
- Political Violence @ a Glance
  *40 blog posts published since 2012*
  (http://politicalviolenceataglance.org/authors/oliver-kaplan/)
- Human Trafficking Center Blog (founder/ faculty editor)
  (http://humantraffickingcenter.org/blog/)

"Will Talks with the ELN Lead to 'Total Peace' in Colombia?" *Latin America Advisor,* Inter-American Dialogue, August 31, 2022.

"Partnered Engagement: A New Form of Ethical Policy Engagement." *Duck of Minerva*, April 18, 2022.

Moyer, Jonathan D. and Oliver Kaplan. 2020. "Will the Coronavirus Fuel Conflict?" *Foreign Policy*, July 6, 2020.

"Has Duque Gotten Off to a Good Start in Colombia?," *Latin America Advisor* (Inter-American Dialogue newsletter), November 29, 2018.

"Will Colombia's Peace Agreement Remain Intact?," *Latin America Advisor* (Inter-American Dialogue newsletter), October 4, 2018.

"How to Keep the FARC Guerrillas Out of the Fight" with Enzo Nussio. *The New York Times*, August 3, 2017.

"DU Expert Weighs in on Peace Talks Between Colombia and the FARC Rebels," DU NewsRoom, June 27, 2016.

"Bridging Oceans: The Panama Canal" (9News TV documentary appearance), June 26, 2016.

"Exposing America's Largest Trafficking Crisis," with Claude d'Estrée, MediaPlanet's Impacting our Future series, January 30, 2016.

"'To end forced marriage, we must work with the whole community'," with Kate Castenson, *CNN.com* (The CNN Freedom Project), November 2, 2015.

"The Key To Peace In Colombia Is In Its Countryside" with Michael Albertus, *Forbes.com*, October 29, 2015.

"Another Step Toward Peace in Colombia." *Foreign Policy*, July 13, 2015.

"International Cooperation Needed for Niger Anti-Trafficking Law to Work" Interview, *World Politics Review*, July 6, 2015.

"This is the best effort we ever had at peace" (American researcher and academic Oliver Kaplan tells The Post's Mark Kennedy he's optimistic about the prospects for peace, despite the recent surge in violence). *The Bogotá Post*, June 17, 2015 (published interview with Mark Kennedy).

"Peace is Coming to Colombia" (Despite recent setbacks, the negotiation process between FARC and the government remains on track). *Foreign Policy* (Democracy Lab), May 14, 2015.

"Can Snowball Sampling Estimate Human Trafficking?" with Ashley Greve, *openDemocracy* (Beyond Trafficking and Slavery; peer reviewed), February 12, 2015.

"Colombia Calls a Draw in the War on Drugs" (After years of bloodshed, Colombia's government is teaming up with its former rebel enemies to beat the drug problem). *Foreign Policy* (Democracy Lab), June 13, 2014.

"Beyond Boko Haram: Nigeria's Human-Trafficking Crisis" with Lauren Jekowsky, *National Interest*, May 19, 2014.

"Grassroots political participation key to ensure peace in Colombia: Conflict expert" *Colombia Reports*, interview by Taran Volckhausen, November 21, 2013.

"Can Colombia build on its democratic opening?" *CNN.com Global Public Square*, November 19, 2013.

"Land for Peace in Colombia" (The Key to Ending Bogotá's War With the FARC) with Michael Albertus. 2013. *Foreign Affairs*, April 15, 2013.

"Colombia's Rebels and Land Reform" with Michael Albertus. *The New York Times*, October 9, 2012.

"A New Approach to the Drug War" (A novel model offers hope for communities battling narcos and militants). *National Interest*, July 26, 2012.

"Needles into Ploughshares (Want to fight Latin America's drug problem? Try land reform)" with Michael Albertus. *Foreign Policy* (Democracy Lab), April 12, 2012.

5

**Policy Publications**

Kaplan, Oliver. 2022. "Superstitions and Civilian Displacement: Evidence from Colombia," World Bank/ UNHCR Working Paper, March 28, 2022.

"Colombia Transforma: Baseline Evaluation Report," USAID Office of Transitional Initiatives, August 15, 2022 (Evaluation team leader).

Findley, Michael, Oliver Kaplan, Ana Marrugo, Alejandro Ponce de Leon, and Joseph Young. 2021. "USAID Regional Governance Activity (RGA) in Colombia, 2015-2020: Endline Report." April 30, 2021.

"Peacekeeping and Civilian Self-Protection" (With Emily Paddon Rhoads), United Nations academic review team (McGill University) for the Review of Peacekeeping Responses in Four Critical Missions, June 23, 2020.

Kaplan, Oliver, Julia MacDonald, Andrew Bell, Marie Berry, and Gavin Kiger. 2019. *Research Manual*. Center for Civilians in Conflict (CIVIC).

Contributing author, "The Roots of Restraint in War," The International Committee of the Red Cross, June 18, 2018.
https://www.icrc.org/en/publication/4352-roots-restraint-war

"Local strategies in atrocity prevention: Self-protection strategies are key to atrocity prevention," with Cristina Serna, in *Atrocity prevention and peace building: Key insights and lessons from a global consultation convened by Peace Direct,* April 5, 2018.
https://www.peacedirect.org/publications/atrocity-prevention-consultation/

Findley, Michael, Oliver Kaplan, Ana Marrugo, Alejandro Ponce de Leon, and Joseph Young. 2018. "USAID Regional Governance Activity (RGA) in Colombia, 2015-2019: Midline Report." April 15, 2018.

"Data4Peace Hackathon Report." 2017. Viviana Arias, César Caballero, Mike Findley, Oliver Kaplan, Ana Marrugo, Billy Matthias, Alejandro Ponce de León, María Paula Rojas, Angelika Rettberg, Michael Weintraub, Joe Young. Universidad de Los Andes, Escuela de Gobierno, Documentos de Trabajo No. 47, July 2017.

Findley, Michael, Oliver Kaplan, Alejandro Ponce de Leon, and Joseph Young. 2016. "USAID Regional Governance Activity (RGA) in Colombia, 2015-2019: Baseline Report." July 25, 2016.

Kaplan, Oliver and Natalie Southwick. 2015. "Walls as a Nonviolent Strategy in Armed Conflict," *Sie Center Policy Brief* (Sie Center Carnegie "Bridging the Gap" series, Korbel School, University of Denver), October 2015.
http://www.du.edu/korbel/sie/publications/policy_papers.html

*Bi-national Border Transportation Infrastructure Needs Assessment Study*. SourcePoint/ SANDAG, January 2004. Especially, "Financing Options for Border Transportation Infrastructure: Comparing the Transportation Planning Processes in Mexico and the U.S." Prepared for the U.S. – Mexico Joint Working Committee.

"A Path to Prosperity: Preparing Our Workforce." SourcePoint/ The San Diego Workforce Partnership, December 2002. www.workforce.org.

"San Diego's Defense and Transportation Manufacturing Industry Cluster: A Strategic Workforce Development Plan." SourcePoint/ The San Diego Workforce Partnership, July 2002.

"San Diego's Business Services Industry Cluster: A Strategic Workforce Development Plan." SourcePoint/ The San Diego Workforce Partnership, July 2002.

**Presentations**

"Conversatiorio sobre Cómo se protegen a sí mismas las comunidades y la Paz Total (Resisting War book discussion related to Total Peace policy), Cifras y Conceptos, Club de Banqueros, Bogotá, Colombia, December 5, 2022.

"Rituals, Superstitions, and Beliefs in Colombia, virtual panel on "How Rituals, Rites and Ceremonies Can Help with Social Healing After Violence," U.S. Institute of Peace, October 26, 2022.

"Resisting War: How Communities Protect Themselves," Bolívar House CLAS, Stanford University, Stanford, CA, October 14, 2022.

"Responsible Engagement," New Era/ Bridging the Gap, University of Denver, Denver, CO, October 7, 2022.

"Technology for Civilian Self-Protection," American Political Science Association Annual Meeting Montreal, Canada, September 17, 2022.

"Responsible Engagement" (panelist), Bridging the Gap, American University, Washington, D.C., June 15, 2022.

"Reintegración Social en Colombia: Ayer y Hoy," panelist in Social Reintegration of Ex-combatants, FLACSO Ecuador and ARN Colombia, Bogotá, Colombia (virtual), July 26, 2022.
"Hybrid Security & Community-Based Armed Groups in Sub-Saharan Africa" (moderator/ introduction), 2022 RESOLVE Network-USIP Roundtable (virtual), May 18, 2022.

"Superstitions and Civilian Displacement: Evidence from Colombia," Latin American Studies Association Annual Meeting (virtual), May 8, 2022.

"The ICRC and Community Protection in Colombia," International Committee of the Red Cross, Bogotá, Colombia, May 3, 2022.

"Resistir la guerra," Fondo de Cultura Económica/ la Fería internacional del libro de Bogotá, Bogotá, Colombia, May 1, 2022.

"Community Nonviolent Protection Strategies," to activists from Afghanistan, Colombia, Myanmar, Norwegian Refugee Committee (NRC) Civilian Self-Protection Workshop, Bogotá, Colombia (virtual), April 25, 2022.

"Superstitions and Civilian Displacement: Evidence from Colombia," Annual Marrett Lecture on Terrorism and Political Violence, Centre for International Peace and Security Studies (CIPSS), McGill University, Montreal, Canada, April 8, 2022.

"Ex-combatant Demobilization and Support for Peace: A Reconciliation Quasi-Experiment in Colombia," presented at the *International Studies Association Annual Meeting*, Nashville, TN, March 31, 2022.

"Superstitions and Civilian Displacement: Evidence from Colombia," presented at the *International Studies Association Annual Meeting*, Nashville, TN, April 1, 2022.

"Responsible Engagement," pre-conference course, presented at the *International Studies Association Annual Meeting*, Nashville, TN, March 28, 2022.

"Technology for Civilian Self-Protection," at "Localization in World Politics: Bridging Divides Across Conflict and Post-Conflict Response" Virtual Workshop, Centre for International Peace and Security Studies (CIPSS), McGill University, Montreal, Canada, December 8, 2021.

"The DDR Program Dataset," Folke Bernadotte Academy and the UN International DDR Training Group (IDDRTG), Kofi Annan International Peacekeeping Training Centre, Accra, Ghana on November 5, 2021.

Global Protection Cluster's Global Protection Forum (GPF) panel session on "*Engagement with Armed Actors: Exploring Modalities for Community-Led Negotiations for Protection and Access*" hosted by Norwegian Refugee Council and Save the Children Sweden (virtual), October 27, 2021.

"Ex-combatant Demobilization and Support for Peace: A Reconciliation Quasi-Experiment in Colombia," presented at the *American Political Science Association Annual Conference*, Seattle, WA (virtual), October 2, 2021.

"Resistir la guerra," Universidad Autónoma de Bucaramanga (Colombia) Círculo de Lectura Excélsior, September 9, 2021.

"Muchas formas de resistir: Consrucción de paz en los territorios," RedProdepaz (Colombia), September 9, 2021.

"Ex-combatant Demobilization and Support for Peace: A Reconciliation Quasi-Experiment in Colombia," Evidence in Governance and Politics (EGAP) network (virtual), September 8, 2021.

"Resistir la guerra," Fondo de Cultura Económica/ la Fería internacional del libro de Bogotá (Bogotá/ virtual), August 19, 2021.

"Positionality and the Ethics of Partnered Policy Engagement," Responsible Public Engagement Institute, Sié Center, University of Denver, May 7, 2021.

"Resistir la guerra," La Comisión para el Esclarecimiento de la Verdad, la Convivencia y la No Repetición (*CEV*; Colombian Truth Commission; Bogotá/ virtual), April 22, 2021.

"Resistir la guerra," Facultad de Ciencias Políticas, Universidad de Los Andes (Bogotá/ virtual), April 14, 2021.

"Resistir la guerra," Universidad Javeriana and Fondo de Cultura Económica (Bogotá/ virtual), March 23, 2021.

"Employing Ex-combatants: A Résumé Experiment in Colombia," presented at the *International Studies Association Annual Conference*, Las Vegas, NV (virtual), April 8, 2021.

"Promoting Restraint in War/ The ICRC and Community Self-Protection in Colombia," presented at the *International Studies Association Annual Conference*, Las Vegas, NV (virtual), April 8, 2021.

"Colombia Transforma Baseline Analysis," USAID Office of Transitional Initiatives, Washington, DC (virtual), April 7, 2021.

"Ex-combatant Demobilization and Support for Peace: A Reconciliation Quasi-Experiment in Colombia," at "From Armed to Non-Armed Politics: A series of Virtual Seminars Initiating a

8

Research-Policy Dialogue on the Political Dynamics of Disarmament, Demobilization and Reintegration," Folke Bernadotte Academy and the Politics After War network, December 16, 2020.

"Will the Coronavirus Fuel Conflict? Forecasting COVID-related State Fragility" (with Jonathan Moyer), webinar, U.S. Department of Defense Strategic Multilayer Assessment (SMA) program, UK MoD Speaker Session, August 19, 2020.

"Will the Coronavirus Fuel Conflict? Forecasting COVID-related State Fragility" (with Jonathan Moyer), webinar, Bureau of Conflict & Stabilization Operations (CSO), U.S. Department of State, August 12, 2020.

"Will the Coronavirus Fuel Conflict? Forecasting COVID-related State Fragility" (with Jonathan Moyer), webinar, UNDP Crisis Bureau, July 23, 2020.

"Learning Session: Social Trends in Colombia During Peace Implementation (2016-2019)," USAID-Colombia (virtual), July 23, 2020.

"Las Estrategias Comunales de Protección Noviolenta," to activists in Honduras, InterAction's Results-based Protection virtual conference, July 2, 2020.

"Community Strategies for Risk Reduction" to activists in Iraq, Nigeria, and the U.K., InterAction's Results-based Protection virtual conference on July 1, 2020.

"Peacekeeping and Civilian Self-Protection" (with Emily Paddon Rhoads), United Nations review team for the Review of Peacekeeping Responses in Four Critical Missions (virtual; McGill University), June 23, 2020.

"Resisting War: How Communities Protect Themselves," J. David Singer Book Award Roundtable, ISA-Midwest conference, St. Louis, MO, November 23, 2019.

"Resisting War: How Communities Protect Themselves," USAID/OTI, Washington, D.C., November 21, 2019.

"Resisting War: How Communities Protect Themselves," Washington Office on Latin America (WOLA), Washington, D.C., November 20, 2019.

"Ex-combatant Demobilization and Support for Peace: A Reconciliation Quasi-Experiment in Colombia," Kroc Institute "Building Sustainable Peace: Ideas, Evidence, and Strategies" conference (remote presentation), University of Notre Dame, IN, November 10, 2019.

"Do's and don't's of external support to community protection movements," Folke Bernadotte Academy Research Workshop on the "Protection of Civilians in UN and Regional Peace Operations," Entebbe, Uganda, November 6, 2019.

"Supporting Communities to Resist War: The International Committee of the Red Cross and Community-based Protection in Colombia," Folke Bernadotte Academy Research Workshop on the "Protection of Civilians in UN and Regional Peace Operations," Entebbe, Uganda, November 5, 2019.

"Resisting War (book talk)," Innovations for Peace and Development (IPD) program, University of Texas-Austin, Austin, TX, October 25, 2019.

"Supporting Communities to Resist War: The International Committee of the Red Cross and Community-based Protection in Colombia," Department of Government, University of Texas-Austin, Austin, TX, October 23, 2019.

"Ex-combatant Demobilization and Support for Peace: A Reconciliation Quasi-Experiment in Colombia," IS-IISS ISA and APSA conference, Denver, CO, October 19, 2018.

"Civil Action and the Dynamics of Violence" book roundtable, IS-IISS ISA and APSA conference, Denver, CO, October 19, 2018.

"Superstitions in War: Evidence from the Colombian Conflict," Washington University, St. Louis, October 18, 2019.

"Supporting Communities to Resist War: The International Committee of the Red Cross and Community-based Protection in Colombia," German Institute of Global and Area Studies (GIGA), Hamburg, Germany, October 1, 2019.

"Resisting War (book talk)," Centre for Peace and Conflict Studies, University of St. Andrews, Scotland, United Kingdom, September 25, 2019.

"Supporting Communities to Resist War: The International Committee of the Red Cross and Community-based Protection in Colombia," University of Glasgow, Scotland, United Kingdom, September 23, 2019.

"Resisting War (book talk)," Trinity College/ University of Dublin, Dublin, Ireland, September 19, 2019.

"Supporting Communities to Resist War: The International Committee of the Red Cross and Community-based Protection in Colombia," Institute for International Conflict Resolution and Reconstruction (IICRR)/ School of Law and Government, Dublin City University, Dublin, Ireland, September 18, 2019.

"Supporting Communities to Resist War: The International Committee of the Red Cross and Community-based Protection in Colombia," Center for Security Studies (CSS), ETH Zurich, Switzerland, September 17, 2019.

"Roundtable on the Colombian Peace Process" (Panelist), Peace Research Institute Oslo (PRIO), Norway, September 10, 2019.

"Supporting Communities to Resist War: The International Committee of the Red Cross and Community-based Protection in Colombia," Peace Research Institute Oslo (PRIO), Norway, September 10, 2019.

"Ex-combatant Demobilization and Support for Peace: A Reconciliation Quasi-Experiment in Colombia," Folke Bernadotte Academy, Stockholm, Sweden, September 9, 2019.

"Supporting Communities to Resist War: The International Committee of the Red Cross and Community-based Protection in Colombia," Department of Peace and Conflict Research, Uppsala Universitet, Sweden, September 5, 2019.

"Ex-combatant Demobilization and Support for Peace: A Reconciliation Quasi-Experiment in Colombia," presented at the *American Political Science Association Annual Conference*, Washington, DC, September 1, 2019.

"Roundtable on civil resistance, democratization, peace processes" (Panelist), U.S. Institute of Peace, Washington, D.C., August 28, 2019.

"Resisting War (book talk webinar)," Strategic Multilayer Assessment office (Joint Staff DDGO J39)/Department of Defense, August 8, 2019.

"Engaging conflict-affected communities to improve protection," panelist, POC20 Policy Dialogue, Center for Civilians in Conflict, Permanent Mission of Indonesia to the United Nations, New York, NY, July 10, 2019.

"Measuring Stabilization," presented at "Colombian and international stabilisation experience: sharing lessons and shaping the way ahead" invited expert, Office of the Resident Coordinator, United Nations, Colombia, Wilton Park, Wiston House, UK, June 19-21, 2019.

"Cross-National Data Collection on DDR Programs," 11th Annual Peace Operations/SPMs/Non-Mission Settings Senior DDR/CVR Officers Meeting, June 18, 2019, United Nations, New York.

"Resisting War (book talk)," Minerva Initiative/ Department of Defense, The Pentagon, Washington, DC, June 13, 2019.

"Ethics of Engaging Communities, Ethics on Policy Engagement workshop, University of Denver, May 17, 2019.

"Resisting War (book talk)," US Embassy—Bogotá, Colombia, May 10, 2019.

"Considering Illicit Economies," roundtable participant, *International Studies Association Annual Conference*, Toronto, Canada, March 30, 2019.

"Superstitions in War: Evidence from the Colombian Conflict," *International Studies Association Annual Conference*, Toronto, Canada, March 29, 2019.

"Superstitions in War: Evidence from the Colombian Conflict," Chicago Project on Security and Threats (CPOST), University of Chicago, Chicago, IL, February 29, 2019.

"Resisting War and Building Peace: Lessons From Colombia (book panel)," Pearson Institute, Harris School of Public Policy, University of Chicago, Chicago, IL, February 28, 2019.

"Resisting War (book talk)," Loyola University, Chicago, IL, February 28, 2019.

"Resisting War (book talk)," The Seminary Co-op, Chicago, IL, February 27, 2019.

"Human Trafficking 101: Trafficking in the Americas," Keynote speaker, Giant Leaps Hacking Human Trafficking conference, Purdue University, February 14, 2019.

"The Korbel Asylum Project," plenary session "Families Belong Together – How We Can Support Refugee Families in Crisis," Amnesty International's Western Regional Conference, Denver, CO, November 10, 2018.

"Resisting War: How Communities Protect Themselves," Cure Violence workshop, Erbil, Iraq, October 29, 2018.

"Best Practices in Impact Evaluation," Cure Violence workshop, Erbil, Iraq, October 29, 2018.

"Cross-National Data Collection on DDR Programs," Folke Bernadotte Academy's "FBA Research Workshop Recidivism, Recycling or Reintegration?: Revisiting DDR," November 3, 2018, Stockholm, Sweden.

"Book roundtable: Resisting War: How Communities Protect Themselves," November 17, 2018, ISA-Midwest conference, St. Louis, MO.

"Exploring Country Narratives of State Fragility and Failure," 2018 Minerva Meeting and Program Review, Washington, DC, September 27, 2018.

"Superstitions in War: Evidence from Colombia" presented at the *International Studies Association Annual Conference*, Quito, Ecuador, July 27, 2018.

"Author meets critics: A roundtable on Oliver Kaplan's *Resisting War: How Communities Protect Themselves*," the *International Studies Association Annual Conference*, Quito, Ecuador, July 25, 2018.

"Superstitions in War: Evidence from Colombia" *NEPS conference*, Verona, Italy, June 23, 2018.

"Toward Lasting Peace in Colombia: Counterinsurgency, Peacebuilding, and New Security Challenges," *Latin American Studies Association Annual Conference*, Barcelona, Spain, May 24, 2018.

"Self-protection strategies are key to atrocity prevention," Peace Direct and Stanley Foundation (Local Peacebuilder Perspectives on Atrocity Prevention salons), New York, NY and Washington, DC, April 17 and April 19, 2018.

"Introducing the Human Trafficking and Armed Conflict (HTAC) Dataset," presented at Folke Bernadotte Academy research workshop, Occidental, CA, April 8, 2018.

"Introducing the Human Trafficking and Armed Conflict (HTAC) Dataset," presented at the *International Studies Association Annual Conference*, San Francisco, CA, April 6, 2018.

"Author meets critics: A roundtable on Oliver Kaplan's *Resisting War: How Communities Protect Themselves*," presented at the *International Studies Association Annual Conference*, San Francisco, CA, April 7, 2018.

"Challenges and Innovations in Peacebuilding in Colombia," presented at the *International Studies Association Annual Conference*, San Francisco, CA, April 6, 2018.

"The ICRC and Community Protection in Colombia," International Committee of the Red Cross, Bogotá, Colombia, December 4, 2017.

"Resisting War: How Communities Protect Themselves and Facilitate Reintegration," Conflict Prevention and Peace Forum and United Nations Office of the Resident Coordinator (invited panelist), Bogotá, Colombia, December 1, 2017.

"Resisting War: How Communities Protect Themselves," Folke Bernadotte Academy research workshop on Peacebuilding after Armed Conflict, Bogotá, Colombia, November 29, 2017.

"Explaining State Territorial Consolidation in Post-conflict: The Macarena Region of Colombia," Folke Bernadotte Academy research workshop on Peacebuilding after Armed Conflict, Bogotá, Colombia, November 27, 2017.

"Consultation on Peacebuilding and Atrocity Prevention Consultation" Peace Direct, invited expert/ facilitator, November 28, 2017 (online event).

"Venezuela's Economic Outlook" Chamber of the Americas, Denver, CO, November 8, 2017.

"Resisting War: How Communities Protect Themselves and Facilitate Reintegration," US Department of State, Bureau of Conflict and Stability Operations (CSO), Washington, DC, October 16, 2017.

"Cross-national Data Collection and Analysis of DDR Programs," Folke Bernadotte Academy DDR Research Working Group meeting, Stockholm, Sweden, October 20, 2017.

"Resisting War: How Communities Protect Themselves," Folke Bernadotte Academy research seminar, Stockholm, Sweden, October 18, 2017.

"CVE/PVE and Violence Reduction: Nonviolent Resistance Perspectives?" Panelist, Alliance for Peacebuilding annual conference, Washington, DC, October 12, 2017.

"Political Science and Human Rights—What are the Connections?" American Association for the Advancement of Science (AAAS) Human Rights Coalition/ APSA, October 4, 2017 (webinar).

"Resisting War: How Communities Protect Themselves," book event panelist, United States Institute of Peace, Washington, DC, October 2, 2017.

"Organizando para la Reconciliación: Lecciones desde lo Local para el Pos-conflicto," Invited Keynote Speaker, Seminario Internacional: Procesos de Reconciliación y Construcción de Paz Territorial, Universidad Santo Tomás, Bogotá, Colombia, September 27, 2017.

"Introducing the Human Trafficking Index Dataset," presented at the *American Political Science Association Annual Conference*, San Francisco, CA, September 1, 2017.

"Challenges and Innovations in Peacebuilding in Colombia," presented at the *American Political Science Association Annual Conference*, San Francisco, CA, August 30, 2017.

"The Legacy of the Peace Corps and Colombia's New Chance at Peace." Keynote speaker, National Peace Corps Association annual meeting/ Friends of Colombia, Denver, CO, August 4, 2017.

"The Reintegration Imperative: Advancing effective criminal justice and community-led responses." Panelist, United States Institute of Peace, Washington, DC, June 13, 2017.

Data4Peace Hackathon, Universidad de Los Andes, May 11-13, 2017, Bogotá, Colombia.

"Promoting Peace and Inclusion in Colombia and Peru." *US Embassy*, Lima, Peru, May 2, 2017.

"Fighting the Zika Virus: How Disease Affects Social Behavior and Attitudes Toward the Government in Colombia," *Latin American Studies Association Annual Conference*, Lima, Peru, April 29, 2017.

"Exploring Country Narratives of State Fragility and Failure," *US Institute of Peace*, Methods and Design seminar, Washington, DC, April 19, 2017.

"Challenges and Innovations in Peacebuilding in Colombia," Innovations in Peacebuilding project meeting, Center for the Study of Violence and Reconciliation (CSVR), Johannesburg, South Africa, March 29, 2017.

"Exploring Country Narratives of State Fragility and Failure," *International Studies Association Annual Conference*, Baltimore, MD, February 24, 2017.

"Fighting the Zika Virus: How Disease Affects Social Behavior and Attitudes Toward the Government in Colombia," *International Studies Association Annual Conference*, Baltimore, MD, February 22, 2017.

"Human Trafficking in Armed Conflict," Gender & Human Rights Module, School of Law and Transitional Justice Institute, Ulster University, Belfast, UK, October 13, 2016 (invited video conference speaker).

"Reintegration vs. Recidivism: Factors Driving or Ending Cycles of Violence," RESOLVE Network Fall Forum, U.S. Institute of Peace, Washington, DC, September 29, 2016 (invited panel speaker).

"Walls as a Nonviolent Strategy in Armed Conflict," presented at the *American Political Science Association Annual Conference*, Philadelphia, PA, September 4, 2016.

"Civilian Agency in Disrupted Societies," Fletcher Summer Institute for the Advanced Study of Nonviolent Conflict, International Center on Nonviolent Conflict, Tufts University, Boston, MA, June 24, 2016 (invited speaker).

"Dialoguing with Armed Actors: A How-To Guide," Fletcher Summer Institute for the Advanced Study of Nonviolent Conflict, International Center on Nonviolent Conflict, Tufts University, Boston, MA, June 23, 2016 (invited speaker).

"Shootings and Shamans: Indigenous Group Authority Structures and Civil War Violence in Colombia." REPAL workshop, MIT, Boston, MA June 11, 2016.

"The Roots of Restraint: Influencing Armed Actors in Colombia and Beyond," American Red Cross of Colorado & Wyoming, Denver, CO, May 25, 2016.

"Taking it to the Streets: Engaged Research in Political Science," Research and Relevance Carnegie Corporation meeting, Sié Center, University of Denver, May 23, 2016.

"Influencing Armed Group Behavior: A Framing Experiment with Ex-combatants in Colombia," Roots of Behaviour in War workshop, International Committee of the Red Cross, Geneva, Switzerland, April 28, 2016.

"Influencing Armed Group Behavior: A Framing Experiment with Ex-combatants in Colombia," 4 Corners Conflict Network (4CCN) Conference, Tempe, AZ (Arizona State University), April 15, 2016.

"Walls as a Nonviolent Strategy in Armed Conflict," with Natalie Southwick, and "Shootings and Shamans," *Rocky Mountain Conference on Latin American Studies (RMCLAS)*, Santa Fe, NM, April 1, 2016.

"Converging on Civilian Protection," *International Studies Association Annual Conference*, Atlanta, GA, March 17, 2016.

14

"Social Contracts in Colombia," Forging a Social Contract: States and Societies Building Peace in Fragile and Conflict-affected Countries workshop, UN Development Programme, Josef Korbel School, Vail, CO, November 6, 2015.

"Civilians vs. Armed Groups: What are the Odds?" Pioneer Symposium, University of Denver, Denver, CO, September 26, 2015.

"Explaining State Territorial Consolidation in Post-conflict: The Macarena Region of Colombia," presented at the *American Political Science Association Annual Conference*, San Francisco, CA, September 3, 2015.

"Analyzing Global Trends in Human Trafficking," One Earth Future foundation research seminar, Boulder, CO, August 20, 2015.

"Civilian Agency in Disrupted Societies," Fletcher Summer Institute for the Advanced Study of Nonviolent Conflict, International Center on Nonviolent Conflict, Tufts University, Boston, MA, June 12, 2015 (invited speaker).

"Taking it to the Streets: Engaged Research in Political Science," *Latin American Studies Association Annual Conference*, San Juan, PR, May 27, 2015.

"Taking it to the Streets: Engaged Research in Political Science," *International Studies Association Annual Conference*, New Orleans, LA, February 20, 2015.

"Taking it to the Streets: Engaged Research in Political Science," *U.S. Institute of Peace*, Washington, DC, December 16, 2014.

"External Aid to Nonviolent Actors: Methodological Concerns," External Support for Nonviolent Campaigns Workshop, Josef Korbel School, University of Denver, November 19, 2014.

"Who Goes Bad? The Social Reintegration and Recidivism of Ex-combatants," United Nations University, New York, NY, October 21, 2014.

"Protesting for Protection: The Effects of Social Movements Against Civil War Violence," *American Political Science Association Annual Conference*, Washington, DC, August 31, 2014.

"Taking it to the Streets: Engaged Research in Political Science," *American Political Science Association Annual Conference*, Washington, DC, August 30, 2014.

"Protesting for Protection: The Effects of Social Movements Against Civil War Violence," presented at the International Studies Association/FLACSO 2014 conference, Buenos Aires, Argentina, July 24, 2014.

"Shootings and Shamans: Indigenous Group Authority Structures and Civil War Violence in Colombia." Understanding Civil Conflict workshop, Barcelona GSE Summer Forum, Barcelona, Spain, June 18-19, 2014 (invited speaker).

"Protesting for Protection: The Effects of Social Movements Against Civil War Violence," presented at the International Studies Association 2014 conference, Toronto, Canada, March 27, 2014.

"Nudging Armed Groups: How Civilians Transmit Norms of Protection," presented at the International Studies Association 2014 conference, Toronto, Canada, March 27, 2014.

"Explaining Recidivism of Ex-combatants in Colombia." Sié Center Research Seminar Series, University of Denver, November 12, 2014.

"Explaining Recidivism of Ex-combatants in Colombia." *US Embassy*, Bogotá, Colombia, September 30, 2013.

"Explaining Recidivism of Ex-combatants in Colombia." *ALACIP Conference*, Bogotá, Colombia, September 25, 2013.

"Nudging Armed Groups: How Civilians Transmit Norms of Protection." Conflict Research Society annual conference, University of Essex, September 18, 2013.

"Explaining Recidivism of Ex-combatants in Colombia." *American Political Science Association Annual Conference*, Chicago, IL, August 29, 2013.

"Mi Estudio Sobre La ATCC: Protegiendo a la Población Civil," ATCC Asamblea Campesina and 25th (26th) Anniversary Celebration, Corregimiento de La India, Landázuri, Santander, Colombia, June 17, 2013.

"Village Elders and Conflict Resolution in Colombia: The Institution of the ATCC," Program on Conflict Resolution, The Korbel School, University of Denver, May 20, 2013.

"Policy Implications for the FARC Peace Negotiations in Colombia," US Department of State, Bureau of Conflict and Stability Operations (CSO), Washington, DC, May 13, 2013.

"Explaining State Territorial Consolidation in Post-conflict: The Macarena Region of Colombia," presented at the International Studies Association 2013 conference, San Francisco, CA, April 6, 2013.

"Foiling the Fighters: The Protective Strategies of "Peace Zone" Communities in The Philippines," presented at the International Studies Association 2013 conference, San Francisco, CA, April 5, 2013.

"Civilian Autonomy in Civil War," Josef Korbel School, University of Denver, March 25, 2013 (invited speaker).

"Strategies for Civilian Protection in Armed Conflict." International Center for Nonviolent Conflict Webinar, February 9, 2013.

"Surviving the Syrian Civil War." Resolving the Syria Crisis: An International Conference, University of Denver, January 10, 2013.

Roundtable co-chair, "Latin America: Drugs, Crime, and State Fracture," Student Conference on US Affairs (SCUSA), Department of Social Sciences, US Military Academy, West Point, NY, November 7-10, 2012.

"Surviving Violence" workshop, invited speaker, The Centre for Foreign Policy Studies, Dalhousie University, Halifax, Canada, September 28-29, 2012.

"Community Counts: The Social Reintegration of Ex-combatants in Colombia," Sié Center Research Seminar Series, University of Denver, September 10, 2012.

"Community Counts: The Social Reintegration of Ex-combatants in Colombia," *American Political Science Association Annual Conference*, New Orleans, LA, September 1, 2012. (event cancelled)

16

"Explaining State Territorial Consolidation in Post-conflict: The Macarena Region of Colombia," Empirical Studies of Conflict (ESOC) Research Conference, Stanford University, June 6, 2012.

"El rol de la comunidad: La reintegración social de excombatientes en Colombia," Invited speaker, Primer Taller Estado–Academia sobre DDR (First State-Academia Workshop on DDR), The Colombian High Advisory for Reintegration, Fundación Ideas para la Paz (FIP), and the Programa de Investigación sobre Conflicto Armado y Construcción de Paz (ConPaz) of the Political Science department of the Universidad de los Andes, at Universidad de los Andes, Bogotá, Colombia, May 30, 2012.

"Tiros y Teguas: Estructuras Locales de Autoridad Civil y La Violencia en el Conflicto Colombiano" (Shootings and Shamans: Local Civilian Authority Structures and Civil War Violence in Colombia), Invited speaker, Nuevas perspectivas sobre la violencia en Colombia conference (seminario), Universidad de Los Andes, Bogotá, Colombia, May 28, 2012.

"Shootings and Shamans: Indigenous Group Authority Structures and Civil War Violence in Colombia." Stanford University, "Human Rights of Indigenous Peoples in Latin America" conference, Stanford Center for Latin American Studies and the Program on Human Rights, May 8, 2012.

"Un adiós a la coca? Estudios sobre la desincentivización de la producción de drogas" (A Farewell to Coca?), SIMCI Project Meeting of Academic Researchers, Invited speaker, United Nations Office of Drugs and Crime (UNODC), Bogotá, Colombia, February 22-23, 2012.

"Small Fry or Bad Guys? Communities and the Catch and Release of Suspected Insurgents." Naval Postgraduate School, Department of Defense Analysis (invited presentation). Monterey, CA, February 14, 2012.

"Consultoría en asuntos humanitarios y postconflicto" (Consulting in Humanitarian and Post-conflict issues), Invited speaker, *Mentes Independientes: Seminario Internacional Perspectivas Empresariales de la Ciencia Política en Colombia*, Bogotá, Colombia, October 21, 2011.

"Shootings and Shamans: Indigenous Group Authority Structures and Civil War Violence in Colombia." *American Political Science Association Annual Conference*, Seattle, WA, September 3, 2011.

"Land Reform as a Counterinsurgency Policy: Evidence from Colombia." Minerva Terrorism, Governance, and Development Annual Meeting, UC San Diego, June 25, 2011 (invited presentation).

"Community Organizations and Conflict."
- Colombian National Commission for Reparation and Reconciliation (CNRR), Area of Demobilization, September 20, 2010.
- Colombian High Commission for Reintegration (ACR), September 20, 2010.
- USAID Mission, Bogotá, Colombia, September 17, 2010.
- Universidad Sergio Arboleda, Bogotá, Colombia, September 9, 2010.

"The Effect of Civilian Organizations on Violence in Civil Wars: Quantitative Evidence from Colombia." *American Political Science Association Annual Conference*, Washington, DC, September 2, 2010.

"Civilian Autonomy in Civil War," University of Maryland, College Park, Department of Political Science, November 13, 2009 (invited presentation).

"El Efecto de las Organizaciones de Civiles sobre la Violencia."
- Instituto Fedesarrollo, Bogotá, Colombia, April 24, 2009.
- CEDE (Centro de Estudios sobre el Desarrollo Económico) Seminar, Universidad de Los Andes, Bogotá, Colombia, August 14, 2008.

"Evaluating Civilian Autonomy in Civil War: Theory and Evidence from Colombia." *American Political Science Association Annual Conference*, Boston, MA, August 28, 2008.

"Entre la espada y la pared: La toma de decisiones de civiles en las guerras civiles." CERAC, Bogotá, Colombia, February 2007.

"International Organizations and the Custom of Outsourcing Customs," *American Political Science Association Annual Conference*, Philadelphia, PA, September 2006.

**Professional Experience**

USAID-Colombia, Office of Transitional Initiatives "Colombia Transforma" program
Impact Evaluation Team Leader, 2019-2021
Assist USAID mission in evaluating impact of its Colombia Transforma program in support of the Colombian Government's peace agreement implementation.

USAID, Colombia "USAID Regional Governance Activity (RGA) in Colombia"
*Technical program evaluation advisor, 2015-2020* (with Mike Findley and Joe Young)
Assist USAID mission in evaluating impact of its Regional Governance Activity programs for social and economic development in support of the Colombian Government's territorial consolidation plan.

USAID, Colombia
*External program evaluation advisor, 2010-2012*
Assist USAID mission in evaluating its programs for social and economic development in Colombia and its support of the Colombian Government's territorial consolidation plan.

San Diego Association of Governments (SANDAG), SourcePoint, Inc. Consulting
*Associate Economist, Intern, September 2001-November 2002*
Co-Authored "Path to Prosperity" study; policy analysis of a "Living Wage" standard for the San Diego region; conducted labor market research including industry cluster analysis, statistical analysis, and economic forecasting; US-Mexico Binational Transportation Infrastructure Assessment study; project management; organized and participated in advisory committee meetings to build research consensus.

The White House, Office of Cabinet Affairs, Washington, D.C.
*Intern, Fall 1999*
Assisted Cabinet Secretary and office staff with: preparation of weekly Cabinet reports for the President and other White House senior staff, Cabinet/other meetings, correspondence with Cabinet Agencies. Topic-specific involvement: World Trade Organization and NGOs, Olympics/ anti-doping.

**Teaching/ Service**

PhD Dissertation Committees:
Pablo Ortega (2022; School of Politics and Global Studies, Arizona State University)
Noah Rosen (2022; SIS-American University; external reviewer)
Davin O'Regan (2020; School of Public Policy, University of Maryland)
External reviewer, PhD candidate, Flinders University (2019)
Amme Kovolos (2018)
Paul Tanghe (2017)
Arturo Lopez-Levy (2016)
César Caballero Reinoso (2021; Universidad Javeriana, non-committee advisor)

18

MA Thesis Committees:
    Jonathan Pinckney (2014)

M.A. Student Research Project (SRP) Advisor:
    Lida Lee (2018)
    Tara Dillon (2015)

Undergraduate Thesis Advisor:
    James (Adam) Snow (2021)

DU Faculty and Workload Equity Committee, 2021-2022

DU Institutional Review Board, 2020-2023

2021 Faculty Search Committee, Josef Korbel School

Faculty Senator, University of Denver, 2018-2019

Josef Korbel School, Tenure and Promotion Committee, 2018-2019

DU CCESL Public Goods Fund Review Committee, 2018

DU Impact 2025 "Research, Scholarship and Creative Work" implementation committee member ("Designing and Developing Knowledge"), 2016-2018

Sié Post-doc Search Committee member, 2014, 2016, 2017

PROF research grant evaluation committee member, Social Science methods area, 2016, 2021

Security and Technology Faculty Search Committee member, 2015

Faculty Advisor:
    Korbel Asylum Project
    Korbel Amnesty International Group
    Korbel International Students Group

Instructor, "Int'l Women's Rights. Beyond the #Hashtag: Women, Gender and International Human Rights," University of Denver University College Enrichment Program, Fall 2014.

Editorial board member, *Journal of Human Trafficking*

Reviewer for:
*American Political Science Review, Journal of Conflict Resolution, Journal of Peace Research, International Security, Colombia Internacional, European Journal of Political Research, International Studies Quarterly, Security Studies, Terrorism and Political Violence, Journal of Politics, Journal of Peacebuilding & Development, Journal of Global Security Studies, Conflict Management and Peace Science, International Studies Review, Routledge (book), Oxford University Press (book), University of Notre Dame Press (book), Colombia Médica, U.S. Institute of Peace, World Development, International Peacekeeping, SUNY Press (book)*
- ☐ National Academies of Sciences/ U.S. Agency for International Development (USAID) Partnerships for Enhanced Engagement in Research (PEER) Program (2019) grant program
- ☐ Israel Science Foundation

Courses taught:
Undergraduate: Civilian Protection in Armed Conflict
M.A.-level: Human Rights and Foreign Policy, Civilian Protection in Armed Conflict, Civil War and Peacebuilding, and Human Rights Research Methods; Civilian Protection Practicum
Ph.D.-level: Social Science Research Methods

19

**Affiliations**

    Visiting Scholar, Stanford Center on Philanthropy and Civil Society (PACS), Stanford University, CA, 2020

    Council on Foreign Relations, Term Member (2016-2021)

    Folke Bernadotte Academy Research Working Groups member (2018- )

    Project Advisory Group (PAG), Managing Exits from Armed Conflict initiative, United Nations University Centre for Policy Research (UNU-CPR)

    International Advisory Team member, Cure Violence/ SIPRI "New Strategies for Health and Peace (SHAPE) project" (2018- )

    Technical advisory committee member, Invisible Children "Community Resilience in Central Africa (CRCA)" USAID-funded project.

    Sié Chéou-Kang Center for International Security & Diplomacy, University of Denver

    Empirical Studies of Conflict (ESOC) research consortium

    Visiting Researcher, Universidad de Los Andes, Facultad de Ciencias Políticas, Bogotá, Colombia, Summer 2013

**Field Research Experience**
    Colombia (2007-present)
    The Philippines (2012)

**International Professional Engagements**
Canada, Chile, Ghana, Iraq, Perú, South Africa, Sweden, Uganda

**Language Proficiency:** Spanish (fluent).