ChiquitaATS0000053801

3/10/00 Audit Committee Meeting

| Activity between now + May | | Chapter ? |
|---|---|---|
| | | 1st Qtr Review ? |
| | | Key tops ? |
| I1 | WT | Introduced Tom S. as new partner. |
| # of Indep letter | | |
| Page 4 | Stmt of Mgmt | Added Independence wording on Committee |
| Page 5 | Sales decline | European sales – Pricing |
| | A2F | – 2000 Commentor exchange intended to convey impact of exchange to shareholders |
| | | – All unusuals included |
| | | – Interest income from tax refund |
| Page 6 | Liquidity | – Negative cash flow in 1999 |
| | | – High Capex – Mitch |
| | | – 20 M in 2000 |
| | | – Receive insurance in 2000 |
| Page 7 | | – Recorded only 65 of 75 A/R |
| | | – $200 M Debt Issuance |
| | | – Canning 52 of 200 outstanding |
| | | – Corp 0 of 110 |
| Page 8 | Out | – Insert comm/ee on # 3 |
| | WV | – Is normal same as recurring ? |
| | WT | Yes |
| | WV | What drove Capex down? Covenants or business |

EXHIBIT 34
CBI-S1-003 20253
CBI-TJ-00052076
CBI-ATA-00052076
ChiquitaATS0000053801

ChiquitaATS0000053801

Page 9

Page 10 — Includes onusoal items which are in COS

Page 11 — Reduction in ST debt achieved using 200 LT 10%

Page 12 — 2000 Improve OPS

Page 13 — Ops - neg / Lower net income
Investing    1998 included noncash expenses
Financing    Stable - same as 1998
             200M - covered Mitch
             - covered op neg.

Page 14

Page 15 — Note 3    Coming Inven't increase
                    - E ppero
                    - Agri Poe
                    M+S higher due to safety
                    Stock Y2K

CBI-S1-003 20254

CBI-TJ-00052077
CBI-ATA-00052077
ChiquitaATS0000053802

| | | |
|---|---|---|
| Page 16 | PP&E | Honduras + Guat. |
| Page 17 | Note 6 | Increased revenue<br>— Chiquita — ENZA<br>— Lindemann |
| Page 18 | Note 7 | Lower debt — due to lower Mkt Value |
| | Note 8 | 200M  10%<br>52  Canning |
| Page 19 | WL | -7% debentures<br>AFG or Chiquita trade at 80 |
| Page 20 | | Canning facility limits<br>Capex to $75, Div. restriction<br>but have room to reinstate common |
| | OW<br>WT | Will you want to reinstate<br>Yes |
| Page 21 | | Decline in service<br>· lower tropical employees<br>— Honduras |
| Page 22 | | Decline in pension liability<br>due to Mitch — Honduras<br>No sig unfunded |
| | | WtD avg decline applies to 1989<br>2000 not included, will reduce it to $5 |

CBI-S1-003 20255

CBI-TJ-00052078
CBI-ATA-00052078
ChiquitaATS0000053803

Page 23

Page 24 — + Min. tax levels
+ We have margin to grow earnings w/o tax
+ NOL's put us in comfortable position

Page 25

Page 26 — - Operating inc is before unusual items to match how mgmt looks at the business
- Recent reorg reinforces seg. disclosure

Page 27

Page 28
OW | When does CDF close?
BO + WT | April won't show big gain,
WV | How are earning systems?
WT | Better continued support for corporate

CBI-S1-003 20256

CBI-TJ-00052079
CBI-ATA-00052079
ChiquitaATS0000053804

WV — W/M production system
WL — Production module complaint
should fix this

WL — Stabilize environment
— postpone major upgrade

New Audit Committee rules

BO

FCPA Review

BT

Canning

WV — Does David Okol have Fin'l background

WL — Some, He's more operational but works well with Corporate

OW + WV — Need reliable Fin'l info to make strategic decisions
David may want to focus in this area.

WL — Recommend centralizing IS into Cinti to help stabilize

CBI-S1-003 20257

CBI-TJ-00052080
CBI-ATA-00052080
ChiquitaATS0000053805

Page 8

$10 million lower than most companies our size

OW   Japan situation - Y2K
WT   Controller helped - did the job

OW/WT   Keep board informed of developments
        ~~KPK matters~~
        euro

BT   Hedging


EY

TS
— One page Index letter
— ~~Dates upon~~ New Regmt to be done annually
— 3 pts @ Conclusion on independence

WV   Threshold for consulting as a % of audit fees?

TS   No. judgemental.

WV   Substance of consulting is key driver.

CBI-S1-003 20258

CBI-TJ-00052081
CBI-ATA-00052081
ChiquitaATS0000053806

ChiquitaATS0000053801

EP — If continually consulting overshadows audit then could be a conflict.

RK — We disclose to audit com.

WV — What is your definition?

RK — If consulting = audit fees then would disclose in Indep letter

TS — E+Y is in process of divesting consulting to Cap Gemini.

Reason for divestiture is pressure to be independent

Letter

(2) We are independent

(3) Discussion of matters with audit committee

TS — E+Y has very strict rules. PWC purchased E+Y's system to monitor compliance.

RK — San Jose — All firms participate with dot.coms except E+Y

CBI-S1-003 20259

CBI-TJ-00052082
CBI-ATA-00052082
ChiquitaATS0000053807

OW

RK   Prediction that all Big 5 will divest consultants

EP   E+Y must divest in Cap Gemini over 5 years

E+Y Summary

TS
- Signed off 2/9
- Unqualified opinion
- Internal Controls – no mat'l weakness
- Mgmt letter to be presented in May
- Other ~~matter~~ Required communication
  A) Handed out exhibit 8
  B) Proposed audit adjustments

WT   Need for Ollie's benefit

TS   Read the exhibit

OW   Is this new?

RK   Was done verbally before. New pronouncement requires specific disclosure.

CBI-S1-003 20260

CBI-TJ-00052083
CBI-ATA-00052083
ChiquitaATS0000053808

TS — One sig. item (part of $1.1M) relating to a confidential investment.

WT — E+Y became auditors of business unit in 1999. Improved communication between Germany + Corporate.

TS — Issue relates to Austrian losses not recorded on pending merger candidate Ahorner that is in process of being rescinded.

Completion of rescission is not probable — thus can't exclude losses.

Chiquita believes more info is necessary to conclude.

$5 Million is current year loss

$5-15 million potential exposure overall

WT — Add'l Facts
- Case is before arbitration
- Local mgmt believes positive outcome is probable
- Decision S/B made by mid-year

CBI-S1-003 20261
CBI-TJ-00052084
CBI-ATA-00052084
ChiquitaATS0000053809

- Take a trip to Germany

EP  U.S. versus German GAAP
    further clouds quantification
    of the loss.

Chiquita More on top now.
               (of issues)

WL  Per Klaus Grinberg - CFO,
    seems the loss supports
    Grapio (they were misled
    in aug disc) and even
    if atg.

WV  Any new E+Y audits?

WT  Castellini in 2000

TS  - N/o sig accounting
      policy changes
    - FAS 133 well adapt in
      2001

CBI-S1-003 20262

CBI-TJ-00052085
CBI-ATA-00052085
ChiquitaATS0000053810

TS — No new sensitive acctng estimates.

- No disagreements with mgmt
- Mgmt did'nt consult w/other acctng firms
- Had access to all records

BO

Redacted/Privileged
Unrelated to Colombia

Redacted/Privileged
Unrelated to Colombia

CBI-S1-003 20263

CBI-TJ-00052086
CBI-ATA-00052086
ChiquitaATS0000053811

**Redacted/Privileged
Unrelated to Colombia**

WV
BO

**Redacted/Privileged
Unrelated to Colombia**

BO

FS  Obligation to discuss 4thy results
with audit committee.
How?
1) Exception basis - commvia
conf call.
Audit Committee needs to decide

CBI-S1-003 20264

CBI-TJ-00052087
CBI-ATA-00052087
ChiquitaATS0000053812

WT — Chiq mgmt will propose something to be reviewed by audit Committee for Qtly review communications

10:20
BT — FCPA

- Tab 6
- Payments down 190K
  · Colombia down (34)
    Con Vivir
  · Guatemala $5.6
    Pol. contrib
    for Pres. election
  · Hond (90)
    Mitch/reduced security
  · Panama (115)
    Lower food-strike

OW — Do we negotiate with locals — what level?

BT — Colonels
     We are aggressive in managing the costs down.

OW — Colombia — 2nd Qtr looks high

CBI-S1-003 20265

CBI-TJ-00052088
CBI-ATA-00052088
ChiquitaATS0000053813

BT — Increased Con Vivir in Q2 (double up)

Normally pay 3¢/box
Has been reduced to 1¢/box

Q4 higher due to
- Delayed Q3
- Price increase to 1.5¢/box

Rate driven by guerrilla activity

OW — Good decrease
Will it be repeated in 2000?

BT — Should decrease
- Guats & Hond.
- Col. is
Gen'l Mgrs are cost drivers

WT

CBI-S1-003 20266

CBI-TJ-00052089
CBI-ATA-00052089
ChiquitaATS0000053814