AO 245B  (Rev. 06/05) (Rev. DC 12/15/05) Judgment in a Criminal Case
Sheet 1

Plaintiff's Exhibit
P2158
08-MD-01916

# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA
V.
CHIQUITA BRANDS INTERNATIONAL, INC.

JUDGMENT IN A CRIMINAL CASE

Case Number: CR 07-55
USM Number:

Eric H. Holder
Defendant's Attorney

FILED
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT:**
☑ pleaded guilty to count(s)    One (1) count Information
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 50:1705(b); Title 31, CFR 594.204 | Engaging in Transactions with a Specially-Designated Global Terrorist. | 2/4/2004 | 1 |

The defendant is sentenced as provided in pages 2 through __9__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☐ Count(s) _____ is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

09/17/2007
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

Royce C. Lamberth     U.S. District Court Judge
Name of Judge     Title of Judge

9/24/07
Date