UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA/MATTHEWMAN

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

_____/

This Document Relates to:

**ATS ACTIONS:**

08-80465-CIV-MARRA (Does 1-144/Perez 1-795 Action) (Does 1-144 only)
10-80652-CIV-MARRA (Does 1-976 Action)
11-80404-CIV-MARRA (Does 1-677 Action)
11-80405-CIV-MARRA (Does 1-254 Action)
17-80475-CIV-MARRA (Does 1-2146 Action)
18-61385-CIV-MARRA (Does 1-144/Perez 1-795 Action) (Does 1-144 only)
18-80800-CIV-MARRA (Does 1-144/Perez 1-795 Action) (Does 1-144 only)
_____/

**ORDER GRANTING
JOINT MOTION OF WOLF PLAINTIFFS AND DEFENDANT CHIQUITA
FOR THE COURT TO ISSUE A SHOW CAUSE ORDER**

This matter is before the Court upon the Joint Motion of Wolf Plaintiffs and Defendant Chiquita For the Court to Issue a Show Cause Order. The Court having reviewed the Joint Motion and being sufficiently advised, hereby FINDS the Joint Motion establishes good cause and is well-taken and therefore GRANTS the Joint Motion.

IT IS THEREFORE **ORDERED AND ADJUDGED** each Wolf Plaintiff in the above-captioned actions shall contact Attorney Paul Wolf, P.O. Box 60584, Colorado Springs, CO 80960, telephone: (202) 431-6986, email: paulwolf@yahoo.com or at his office to be re-established in Apartadó within 18 months of entry of this Order. In such contact, each Wolf Plaintiff shall either participate in the settlement pursuant to the Settlement Agreement attached hereto or state that that Wolf Plaintiff will continue litigating in the relevant action captioned above. Each Wolf Plaintiff

must contact Mr. Wolf or show cause within 18 months after the order is entered why his or her claim should not be dismissed with prejudice for failure to prosecute.

**WARNING**: The Wolf Plaintiffs are expressly notified that the failure to respond timely to this Order will result in the entry of sanctions against them, including a final dismissal with prejudice of all claims without further notice from the Court.

Mr. Wolf shall make reasonable efforts to contact his clients over the next 18 months, including publishing a notice of this Order and its contents on his Facebook client group page, and with announcements on Colombian radio and Colombian television in Urabá. Mr. Wolf shall further attempt to contact all of his clients using the last known address, email address and phone number according to his records. Mr. Wolf shall take further steps, as he is able, to enlist the support of Colombian government agencies to search their databases for lost Plaintiffs, or physically search for them in their neighborhoods. Mr. Wolf shall send a copy of this entered Order to the last known address of each Wolf Plaintiff who cannot otherwise be located. Mr. Wolf shall file with the Court a final itemization within thirty days after the expiration of 18 months from the entry of this Order of each Wolf Plaintiff who has failed to contact him as required by this Order, and the steps taken to try to contact each such Wolf Plaintiff, at which time the Court will dismiss with prejudice all such Wolf Plaintiffs for failure to prosecute.

SO ORDERED in chambers on June _____, 2024.

_____
Kenneth A. Marra,
Senior United States District Judge