UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-MD-01916-Marra

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTION

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N. J. Action) (*Does 1-11*)
08-80465-CIV-MARRA (D.C. Action) (*Does 1-144*)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (*Manjarres*)
10-60573-CIV-MARRA (*Montes*)
17-81285-CIV-MARRA (D.C. Action) (*Does v Hills*)
18-80248-CIV-MARRA (*John Doe 1*)
_____/

## THE MAJORITY (NON-WOLF) PLAINTIFFS' OPPOSITION TO MOTION TO ISSUE A SHOW CAUSE ORDER (DE 3834)

The Majority (all non-Wolf) Plaintiffs (hereinafter "Majority Plaintiffs") oppose the Joint Motion of Wolf Plaintiffs and Defendant Chiquita for the Court to Issue a Show Cause Order (DE 3834) in its currently proposed form. As reflected in the "Settlement Agreement" between Paul Wolf and Chiquita, Mr. Wolf is expecting to receive over $2 million within days of the issuance of a Show Cause Order. (DE 3833-1 ¶ 3). It would be improper to make any disbursement of funds to Mr. Wolf prior to the resolution of Conrad & Scherer's charging lien and a determination of the common benefit fees and costs owed by Mr. Wolf because the disbursement could impair Conrad & Scherer's lien interest and the ability to collect common benefit fees and costs. Thus, if the Court were inclined to issue a Show Cause Order, Conrad & Scherer's charging lien and common benefit obligations should be resolved first.

As background, on April 28, 2020, the Court entered an Order Granting Attorney Paul Wolf's Cross-Motion and Renewed Motion to Disqualify Attorney Terrence Collingsworth and Conrad & Scherer, LLP from Further Representation of Does 1-144. (DE 2658). In doing so, the Court recognized that Conrad & Scherer might file a charging lien. (DE 2658, ¶ 4). Conrad & Scherer proceeded to file a charging lien for fees and costs in relation to its representation of Does 1-144 in the amount of $245,772.78. (DE 2687).

To date, it has been premature for Conrad & Scherer to seek a ruling on its charging lien because the Court expressly "reserve[d] ruling on any charging liens filed in the case until the conclusion of the litigation." (DE 2658 ¶ 4). Now that Mr. Wolf has entered into a "Settlement Agreement" with Chiquita, Conrad & Scherer's charging lien is ripe. Accordingly, Conrad & Scherer will promptly file a motion to enforce its charging lien. In addition, The Majority Plaintiffs' Counsel are entitled to be compensated out of any proceeds derived by Mr. Wolf from the "settlement" for services rendered by them which benefitted Mr. Wolf and his clients.[1] In the interim, both Mr. Wolf and Chiquita have a duty to protect the stated lien interests. *See Hall, Lamb & Hall, P.A. v. Sherlon Invs. Corp.*, 7 So. 3d 639, 641-42 (Fla. 3d DCA 2009). If they do anything to impair the stated lien interests, Conrad & Scherer and the Majority Plaintiffs reserve the right to hold Chiquita, the Individual Defendants, and Mr. Wolf jointly and severally liable for the full amount of the lien. *Id.* at 642.

Should the Court determine that it is appropriate to issue a Show Cause Order, the issuance of such an Order should be conditioned upon a restriction on the distribution of any "settlement" proceeds to Mr. Wolf pending resolution referenced liens. The Majority Plaintiffs further request

---

[1] Mr. Wolf addressed Conrad & Scherer's charging lien in his Friday filing, indicating that he opposes the lien. (DE 3835 at 3-6). Conrad & Scherer reserves its substantive argument on the issues raised by Mr. Wolf for its forthcoming motion to enforce its charging lien.

that the proposed Order be modified to include the following provisions in order to avoid confusion among thousands of Colombian claimants and to guard against interference in the relationships between the Majority Plaintiffs' Counsel and their clients:

1) Any person contacting Paul Wolf directly or indirectly concerning matters relating to this Order who Mr. Wolf knows or has reason to believe is represented by non-Wolf Plaintiffs' Council shall immediately be referred to plaintiffs' liaison Council for purposes of responding to any inquiry such a person may have;

2) All notices, announcements, and other communications with or directed to Wolf plaintiffs shall make clear that:

   a. Chiquita has made an offer to settle that relates <u>only</u> to persons represented by Attorney Paul Wolf;

   b. No settlement agreement has been reached with Chiquita that is binding on any claimant or impacts in any way on the validity of the verdicts recently rendered against Chiquita in United States Federal Court proceedings;

   c. Persons represented by Attorney Paul Wolf have a choice as to whether to accept Chiquita's settlement offer or to reject the offer and continue the prosecution of their claims in an effort to obtain better settlement terms or to proceed to trial;

   d. Mr. Wolf shall continue to be responsible for the prosecution of all claims on behalf of each person who chooses not to accept Chiquita's current settlement offer unless and until Mr. Wolf is relieved of that responsibility by subsequent order of the Court; and

e. Persons not represented by Attorney Paul Wolf who have claims pending against Chiquita should contact their own attorneys with any questions they may have about the status of their claims.

WHEREFORE, Conrad & Scherer and the other Majority Plaintiffs request that the Court:

1. deny the Motion to Issue a Show Cause Order; or

2. if an order is issued, modify it as requested to avoid confusion on the part of non-Wolf Claimants; and

3. hold any distribution of "settlement" proceeds to Mr. Wolf in abeyance until after charging lien issues are resolved.

Dated: June 24, 2024

Respectfully submitted,

**For the Plaintiffs:**

/s/ Jack Scarola
Jack Scarola, FL Bar No. 169440
Victoria Mesa-Estrada, FL Bar No. 076569
Mariano Garcia, FL Bar No. 31143
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33402
Tel: 561-686-6300
Fax: 561-478-0754
jxs@searcylaw.com
vmestrada@searcylaw.com
mxg@searcylaw.com

James K. Green, FL Bar No. 229466
James K. Green, P.A.
Flagler Center, Suite 306
501 South Flagler Drive
West Palm Beach, FL 33401
Tel: 561-659-2029
jkg@jameskgreenlaw.com
*Counsel for Valencia and Montes' Plaintiffs*

William R. Scherer (Fla. Bar No. 169454)
Conrad & Scherer LLP
633 South Federal Highway, 8th Floor
Fort Lauderdale, Florida 33301
Tel: 954-462-5500
Fax: 954-463-9244
wscherer@conradscherer.com

Eric J. Hager (pro hac vice)
Conrad & Scherer, LLP
Edificio Officenter, Suite 304
Avenida Pampite S/N y Chimborazo - Cumbayá
Quito, Ecuador
Tel: 954-622-0461
Fax: 954-463-9244
ehager@conradscherer.com

Terrence P. Collingsworth (pro hac vice)
International Rights Advocates
621 Maryland Ave. NE
Washington, D.C. 20002
Tel: 202-543-5811
tc@iradvocates.org
*Counsel for Perez Plaintiffs
and Carmen Tulia Cordoba Cuesta et al.*

Marco Simons
EarthRights International
1612 K Street N.W., Suite 401
Washington, D.C. 20006
Tel: 202-466-5188
Fax: 202-466-5189

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: 202-408-4600
Fax: 202-408-4634

Theodore J. Leopold, FL Bar No. 705608
Leslie M. Kroeger, FL Bar No. 989762
Cohen Milstein Sellers & Toll PLLC
2925 PGA Blvd Ste 200
Palm Beach Gardens, FL 33410-2909
Tel: 561-515-1400
Fax: 561-515-1401
*Counsel for John Doe I et al.*

Jonathan C. Reiter
Law Firm of Jonathan C. Reiter
350 Fifth Avenue, Suite 2811
New York, NY 10118
Tel: 212-736-0979
Fax: 212-268-5297
*Counsel for Plaintiffs Juan/Juana Does 1-888*

William J. Wichmann
William J. Wichmann, PA
FBN: 313270
330 S.W. 2nd Street, Ste. 105
Fort Lauderdale, FL 33301
Tel.: 954-522-8999
Email: wwichmann@me.com
*Counsel for Carrisoza Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on June 23, 2024, which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

*/s/Victoria Mesa-Estrada*
