UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:

**ATS ACTIONS:**

07-60821-CIV-MARRA (Carrizosa Action)
08-80421-CIV-MARRA (NJ Action)
08-80465-CIV-MARRA (Does 1-144/Perez 1-795 Action)
08-80480-CIV-MARRA (Manjarres Action)
08-80508-CIV-MARRA (Valencia Action)
10-60573-CIV-MARRA (Florida Montes Action)
17-80535-CIV-MARRA (Ohio Montes Action)
18-80800-CIV-MARRA (Does 1-144/Perez 1-795 Action)
18-80248-CIV-MARRA (NJ Action)
_____/

**NOTICE OF NON-WOLF MAJORITY PLAINTIFFS' NON-OBJECTIONS TO MOTIONS TO APPEAR PRO HAC VICE [DE 3845, DE 3846]**

Non-Wolf Majority Plaintiffs have no objection to the Motion to Appear Pro Hac Vice by Jaqueline Aranda Osorno [DE 3845] or the Motion to Appear Pro Hac Vice of Shelby Leighton [DE 3846].

Dated: June 28, 2024

Respectfully submitted,

JOHN SCAROLA
Florida Bar No. 169440
Searcy Denney Scarola Barnhart &
Shipley, P.A.
2139 Palm Beach Lakes Boulevard

1

>West Palm Beach, FL 33409
>561-686-6300 Telephone
>561-383-9451 Fax
>scarolateam@searcylaw.com
>Liaison Counsel
>for Non-Wolf Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using CM/ECF on this 28th day of June 2024. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

JOHN SCAROLA