UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:08-md-01916-KAM

In Re: Chiquita Brands International, Inc.,
Alien Tort Statute and Shareholders
Derivative Litigation

Plaintiff(s),

vs.

Defendant(s).
_____/

FILED BY NC D.C.
JUL 23 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Joint Plaintiff and Defendant Box of Paper Exhibits

[✓] Attachments
(Exhibit list, Order of Court)

Signature: [signature]
Print Name: Jose F. Serrano
Agency or Firm: Searcy Denney Law
Address: 2139 Palm Beach Lakes Blvd
WPB FL 33409
Telephone: 561-686-6300
Date: 7/23/24

Exhibits Released by: [signature]
Records/Intake
(Deputy Clerk)

ORIGINAL – Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record