# EXHIBIT 4

| | |
|---|---|
| **From:** | paulwolf@yahoo.com |
| **To:** | Eric Hager |
| **Cc:** | William Scherer; David L. Gunion; Edward Kreiling |
| **Subject:** | Re: Conrad & Scherer"s charging lien |
| **Date:** | Saturday, August 3, 2024 8:07:53 PM |

I've reviewed your motion and bill of costs and oppose the motion.  You've fulfilled your duty to confer.  I don't want to sit through a zoom meeting.

On Wednesday, July 31, 2024 at 07:13:37 AM GMT-5, Eric Hager <ehager@conradscherer.com> wrote:

I'll send out a calendar invite with Zoom information for Thursday Aug. 8 at 3pm Eastern.

**Eric Hager**
*Partner*

**Conrad & Scherer, L.L.P.**
Edificio Officenter, Oficina 304 | Avenida Pampite S/N y Chimborazo - Cumbayá
Quito | Ecuador

+(593) 2-601-4621 | phone (Ecuador)
+1 (954) 622-0461 | phone (US)

Website | Map | Email



**Admitted only to practice in Florida, Washington, D.C., and Massachusetts**

**CONFIDENTIALITY NOTE**: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**CIRCULAR 230 NOTICE**: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this e-mail, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Paul Wolf <paulwolf@yahoo.com>
**Sent:** Tuesday, July 30, 2024 4:43 PM
**To:** Eric Hager <EHager@conradscherer.com>
**Cc:** Paul Wolf <asesoriaspaul@yahoo.com>; William Scherer <WScherer@conradscherer.com>; David L. Gunion <DGunion@conradscherer.com>; Edward Kreiling <EKreiling@conradscherer.com>
**Subject:** Re: Conrad & Scherer's charging lien


Either works. Let's plan on Thurs Aug 8.


Paul

Sent from my iPhone

On Jul 30, 2024, at 9:49 AM, Eric Hager <ehager@conradscherer.com> wrote:

Paul-

How about Thursday Aug. 8 from 1pm Eastern onward or Friday Aug. 9 before noon? Either phone or Zoom works for me—let me know which you prefer.

Thanks, Eric

**Eric Hager**
*Partner*

**Conrad & Scherer, L.L.P.**

Edificio Officenter, Oficina 304 | Avenida Pampite S/N y Chimborazo - Cumbayá
Quito | Ecuador

+(593) 2-601-4621 | phone (Ecuador)
+1 (954) 622-0461 | phone (US)

**Website** | **Map** | **Email**

**Admitted only to practice in Florida, Washington, D.C., and Massachusetts**

**CONFIDENTIALITY NOTE**: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**CIRCULAR 230 NOTICE**: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this e-mail, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Paul Wolf <asesoriaspaul@yahoo.com>
**Sent:** Monday, July 29, 2024 6:46 PM
**To:** Eric Hager <EHager@conradscherer.com>

**Cc:** Paul Wolf <paulwolf@yahoo.com>; William Scherer <WScherer@conradscherer.com>; David L. Gunion <DGunion@conradscherer.com>; Edward Kreiling <EKreiling@conradscherer.com>
**Subject:** Re: Conrad & Scherer's charging lien

I will be in Guatemala meeting with the Third Party Administrator on both of those days. I can confer with you later this week, or next week if you like. Tonorrow I habe meetings, and also next Monday but any other day is fine.

Best regards

Paul

Sent from my iPhone

> On Jul 29, 2024, at 5:14 PM, Eric Hager <ehager@conradscherer.com> wrote:
>
> Mr. Wolf-
>
> Pursuant to Local Rule 7.3, attached is Conrad & Scherer's draft motion to adjudicate and enforce its charging lien. I am currently available on the following days and times to meet and confer by telephone to attempt in good faith to agree on entitlement to and the amount of fees and costs:
>
> Aug. 13 from 9am to 2pm Eastern
>
> Aug. 14 from 9am to 4pm Eastern
>
> Please confirm a time during one of these windows.
>
> Regards,
>
> **Eric Hager**
> *Partner*
> **Conrad & Scherer, L.L.P.**
> Edificio Officenter, Oficina 304 | Avenida Pampite S/N y Chimborazo - Cumbayá
> Quito | Ecuador

+(593) 2-601-4621 | phone (Ecuador)
+1 (954) 622-0461 | phone (US)

**Website** | **Map** | **Email**

**Admitted only to practice in Florida, Washington, D.C., and Massachusetts**

**CONFIDENTIALITY NOTE**: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**CIRCULAR 230 NOTICE**: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this e-mail, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.