# EXHIBIT "1"

# Olivia Pick

| | |
|---|---|
| **From:** | paulwolf@yahoo.com |
| **Sent:** | Tuesday, April 23, 2024 9:29 AM |
| **To:** | Michael L. Cioffi; Frank Dante; Melissa F. Murphy; Tom Stewart; Collin Hart; JSX@searcylaw.com; James K. Green; Marco Simons; Eric Hager; Terry Collingsworth; William Wichman; Jonathan C. Reiter; William Scherer |
| **Subject:** | re Chiquita Rule 408 |

Dear counsel -

██████████████████████████████████████

██████████████████████████████████████

██████████ I am skeptical about the ██████████████████ for Magdalena, where Mr. Collingsworth's clients are located, but the court has determined there was no bribery, and I don't want to fight about that anymore.

██████████████████████████████████████

Best regards,

Paul

----------

This email has been scanned for spam and viruses by Proofpoint Essentials. Visit the following link to report this email as spam:

https://us5.proofpointessentials.com/app/report_spam.php?mod_id&mod_option=gitem&report=type�syspam&k=&payloadS616c7465645f5f277791364f0998d85619dadb1c8974e5c878aadccae7df9c4770fe4ca89d756340b0669181951eaa65c8a4cdecc2070c02e45b97f401bc1b108eceb09f38061b624339e2c53979c66d6664e3cb3a77c586f9dc7e1e6a6be517fbdfe6f138e18f912cced8c354fa3cd3bc356fa94a1a66ca6626cb8a935710d838a60112bb98c0f934b981e50735a19ec4ac8d096c669808beac506d065b75