UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:

Case No. 10-60573-CIV-MARRA (*Montes*)
Case No. 07-60821-CIV-MARRA (*Carrizosa*)
Case No. 08-80508-CIV-MARRA (*Valencia*)
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated that all Plaintiffs in the above-captioned Actions, by and through the undersigned Counsel, dismiss with prejudice any and all claims they have brought or could have brought against Individual Defendant Keith Lindner in any action in this MDL proceeding. Because no claim has been brought against Mr. Lindner in any action in this MDL proceeding other than those dismissed by and through this Stipulation, the effect of this Stipulation is to remove Mr. Lindner as a party to this MDL proceeding and all cases centralized therein. This dismissal is without prejudice to the remaining claims against all other co-defendants including specifically CHIQUITA BRANDS INTERNATIONAL, INC.

Each party to this stipulation shall bear its own fees and costs with respect to the dismissed claims.

Dated: September 18, 2024                    Respectfully submitted,

| *For Plaintiffs:* | *For Defendant Keith Lindner:* |
|---|---|
| /s/ John Scarola | /s/ Pravin R. Patel |
| John Scarola (Fla. Bar No. 169440) | Pravin R. Patel (Fla. Bar No. 0099939) |
| Searcy Denney Scarola Barnhart & Shipley | Nicole Comparato (Fla. Bar No. 0293239) |
| 2139 Palm Beach Lakes Boulevard | Weil, Gotshal & Manges LLP |
| West Palm Beach, FL 33402-3626 | 1395 Brickell Avenue, Suite 1200 |
| 561-686-6300 | Miami, FL 33131 |
| _scarolateam@searcylaw.com | 305-577-3100 |
|  | Pravin.Patel@weil.com |
|  | Nicole.Comparato@weil.com |
| /s/ James K. Green |  |
| James K. Green, FL Bar No. 229466 |  |
| James K. Green, P.A. | *For Other Parties Who Have Appeared in the Cases or the MDL:* |
| jkg@jameskgreenlaw.com |  |
| Flagler Center, Suite 306 |  |
| 501 South Flagler Drive | /s/ Michael L. Cioffi |
| West Palm Beach, FL 33401 | Michael L. Cioffi (pro hac vice) |
| Tel: 561-659-2029 | Thomas H. Stewart (pro hac vice) |
| *Counsel for Valencia and Montes Plaintiffs* | Blank Rome LLP |
|  | 1700 PNC Center |
|  | 201 East Fifth Street |
| /s/ William J. Wichmann | Cincinnati, OH 45202 |
| William J. Wichmann, FL Bar No. 313270 | 513-362-8701 |
| William J. Wichmann, P.A. | michael.cioffi@blankrome.com |
| wwichman@bellsouth.net | tom.stewart@blankrome.com |
| 12 S.E. 7th Street, Suite 609 |  |
| Fort Lauderdale FL 33301 | Frank A. Dante (pro hac vice) |
| Tel: 954-522-8999 | Melissa F. Murphy (pro hac vice) |
| *Counsel for Carrizosa Plaintiffs* | Michael A. Stoolman (pro hac vice) |
|  | Serena S. Gopal (pro hac vice |
|  | Blank Rome LLP |
|  | One Logan Square |
|  | 130 N. 18th Street |
|  | Philadelphia, PA 19103 |
|  | 215-569-5645 |
|  | frank.dante@blankrome.com |
|  | melissa.murphy@blankrome.com |
|  | michael.stoolman@blankrome.com |
|  | serena.gopal@blankrome.com |
|  | *Counsel for Chiquita Brands International, Inc.* |
|  |  |
|  | /s/ Ardith Bronson |
|  | Ardith Bronson (Fla. Bar No. 423025) |
|  | DLA Piper LLP (US) |

|  | 200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131<br>305-423-8500<br>ardith.bronson@dlapiper.com<br>Charles B. Wayne (pro hac vice)<br>DLA Piper LLP (US)<br>500 Eighth Street, N.W.<br>Washington, D.C. 20004<br>202-799-4000<br>charles.wayne@dlapiper.com<br>*Counsel for Cyrus Freidheim and Robert Kistinger*<br><br> /s/ Dimitri D. Portnoi<br>Dimitri D. Portnoi (pro hac vice)<br>O'Melveny & Myers LLP<br>400 S. Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>213-430-7699<br>dportnoi@omm.com<br><br>K. Lee Blalack, II (pro hac vice)<br>Anton Metlitsky (pro hac vice)<br>O'Melveny & Myers LLP<br>1625 Eye Street N.W.<br>Washington, DC 20006<br>202-383-5300<br>lblalack@omm.com<br>ametlitsky@omm.com<br>*Counsel for Carla M. Hills, as the Personal Representative of the Estate of Roderick M. Hills, Sr.*<br><br> /s/ Ian K. Hochman<br>Ian K. Hochman (Fla. Bar No. 121258)<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>212-728-8641<br>ihochman@willkie.com<br><br>Robert J. Meyer (pro hac vice)<br>Elizabeth J. Bower (pro hac vice)<br>Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 |

|  | 202-303-1123<br>rmeyer@willkie.com<br>ebower@willkie.com<br>*Counsel for John Ordman*<br><br> /s/ *John B.T. Murray, Jr.*<br>John B.T. Murray, Jr. (Fla. Bar No. 962759)<br>Gunster Yoakley & Stewart, P.A.<br>777 South Flagler Drive<br>Suite 500 East<br>West Palm Beach, FL 33401<br>561-650-0600<br>jbmurray@gunster.com<br>*Counsel for William Tsacalis*<br><br> /s/ *Kaitlin Konkel*<br>Elissa J. Preheim (pro hac vice)<br>Kaitlin Konkel (pro hac vice)<br>Arnold Porter Kaye Scholer LLP<br>601 Massachusetts Avenue NW<br>Washington, DC 20001<br>202-942-5000<br>elissa.preheim@arnoldporter.com<br>kaitlin.konkel@arnoldporter.com<br><br>Jonathan W. Hughes (pro hac vice)<br>Arnold Porter Kaye Scholer LLP<br>Three Embarcadero Center<br>10th Floor<br>San Francisco, CA 94111<br>415-471-3100<br>jonathan.hughes@arnoldporter.com<br>*Counsel for Robert Olson*<br><br> /s/ *Bradley A. Marcus*<br>David S. Krakoff (pro hac vice)<br>Preston Burton (pro hac vice)<br>Bradley A. Marcus (pro hac vice)<br>Orrick, Herrington & Sutcliffe LLP<br>2100 Pennsylvania Ave., NW<br>Washington, DC 20037<br>202-349-8000<br>dkrakoff@orrick.com<br>pburton@orrick.com<br>bmarcus@orrick.com |

4

|  | *Counsel for Charles Keiser*<br><br>  */s/ James E. Burke*<br>James E. Burke (pro hac vice)<br>Keating Muething & Klekamp PLL<br>One East Fourth Street<br>Suite 1400<br>Cincinnati, OH 45202<br>513-579-6428<br>JBURKE@KMKLAW.com<br>*Counsel for Steven Warshaw* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on September 18, 2024.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

*/s/ Pravin R. Patel*
Pravin R. Patel