UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-01916-MD-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to
ATS ACTIONS:

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N. J. Action) (*Does 1-11*)
08-80465-CIV-MARRA (D.C. Action) (*Does 1-144*)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (*Manjarres*)
10-60573-CIV-MARRA (*Montes*)
17-81285-CIV-MARRA (D.C. Action) (*Does v Hills*)
18-80248-CIV-MARRA (*John Doe 1*)

_____/

**FINAL JUDGMENT PURSUANT TO RULE 54(b)**

Based upon the jury verdict entered in this case [DE 3811], this Court Order on Defendant's Rule 50 Motion for Partial Judgment as a Matter of Law [DE 3904], and this Court's Order on Limitation of Damages [DE 3905], and pursuant to Fed. R. Civ. P. 54(b) and Rule 58, judgment is hereby entered in favor of the following Plaintiffs against Chiquita Brands International, Inc. in the amounts set forth herein, for which let execution issue:

| Plaintiff | Amount |
|---|---|
| Victor Palencia Gomez | $2,500,000.00 |
| Janeth Rivera Vargas | $2,100,000.00 |
| Nini Johana Molina Rivera | $2,100,000.00 |
| Gloria Eugenia Munoz | $2,300,000.00 |
| Ana Ofelia Torres Torres | $2,700,000.00 |
| Luz Marina Villa Correa | $2,600,000.00 |

| | |
|---|---|
| Luis Anibal Villa Correa | $2,600,000.00 |
| Leopoldo Villa Maza | $2,600,000.00 |
| Norela Villa Quintero | $2,600,000.00 |
| Fabio Villa Quintero | $2,600,000.00 |
| Diana Villa Hoyos | $2,600,000.00 |
| Arelis Villa Hoyos | $2,600,000.00 |
| Mariela Isabel Sierra Soto | $2,000,000.00 |
| Lina Maria Berdugo Lechuga | $2,000,000.00 |
| Juvenal Enrique Fontalvo Camargo | $2,100,000.00 |
| Nancy Mora Lemus | $2,300,000.00 |

Pos-judgment interest shall accrue on these damage awards at the current Federal rate of 4.22%.[1]

Judgment is entered in favor of Chiquita Brands International, Inc. and against Pastora Durango, and Pastora Durango shall take nothing from Chiquita Brands, International, Inc. in this case.

This is a multidistrict case arising out of incidents that took place in Colombia with thousands of claimants. The claims resolved by this judgment are final as to the Plaintiffs participating in the first bellwether trial of this multidistrict matter. The Plaintiffs are all Colombian citizens and were required to travel to the United States to testify at the trial that took six weeks to complete. There are numerous important evidentiary and legal issues that require appellate guidance before the parties expend the time and effort to undertake a second bellwether trial.

---

[1] https://www.federalreserve.gov/datadownload/Preview.aspx?pi=400&rel=H15&preview=H15/H15/RIFLGFCY01_N.WF

Consistent with the underlying purpose of multidistrict litigation, appellate review of this judgment will assist in guiding this Court and the parties in how to proceed with the remaining claims.

Thus, having considered the interests of efficient judicial administration, and the equities involved in these particular cases, and expressly finding there is no just reason to delay the appeal of this final judgment, the Court certifies this matter for appeal pursuant to Rule 54(b). *See generally Lloyd Noland Found. Inc. v. Tenet Health Care Corp.*, 483 F. 3d 773, 777 (11th Cir. 2007).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 18th day of October, 2024.

KENNETH A. MARRA
United States District Judge

cc: All counsel