UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:
_____/

**ATS ACTIONS**
_____/

07-60821-CIV-MARRA (Carrizosa)
08-80421-CIV-MARRA (N. J. Action) (Does 1-11)
08-80465-CIV-MARRA (D.C. Action) (Does 1-144)
08-80508-CIV-MARRA (Valencia)
08-80480-CIV-MARRA (Manjarres)
10-60573-CIV-MARRA (Montes)
17-81285-CIV-MARRA (D.C. Action) (Does v. Hills)
18-80248-CIV-MARRA (John Doe 1)
_____/

**ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION ON
JUDGMENT AND TO APPROVE SUPERSEDEAS BOND**

This matter is before the Court upon the Motion of Defendant, Chiquita Brands International, Inc. ("Chiquita") to Approve Supersedeas Bond and Stay Execution on Judgment (DE 3915).

Having considered the Motion and being sufficiently advised, the Court FINDS the Motion to be well-taken and hereby GRANTS the relief requested therein.

IT IS HEREBY ORDERED that the supersedeas bond tendered as Exhibit 1 to the Motion (DE 3915-1) is APPROVED.

IT IS FURTHER ORDERED that execution on the Final Judgment Pursuant to Rule 54(b) at DE 3906 is STAYED pending final resolution of post-trial motions and appeal(s) therefrom and from the Final Judgment.

SO ORDERED in chambers at West Palm Beach, Florida on November 18, 2024.

KENNETH A. MARRA
United States District Judge

cc: All counsel of record