UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA/REINHART

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

_____/

This Document Relates to:

**ATS ACTION:**

08-80465-CIV-MARRA (D.C. Action) (*Does 1-144*)

_____/

## ORDER ADJUDICATING AND ENFORCING CHARGING LIEN

THIS CAUSE comes before the Court upon Conrad & Scherer, LLP ("C & S")'s Motion to Adjudicate and Enforce Charging Lien (DE 3884).

THIS MATTER was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation ("Report"), dated October 11, 2024, has been filed, recommending that the district court grant C & S's motion in part, and award C & S $225,000 in attorneys' fees and $4,755.42 in non-taxable expenses (DE 3900).

The Court has conducted a *de novo* review of the entire file, the record herein, "Does 1 - 144 and Wolf's Objections" to the Report (DE 3902), and C & S's Response to such objections (DE 3910). C & S did not file objections to the Report (DE 3907).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

The Report is **AFFIRMED AND ADOPTED**. C & S's motion [**DE 3884**] is **GRANTED IN PART**, awarding Conrad and Scherer, LLP $225,000 in attorneys' fees and $4,755.42 in non-taxable expenses, totaling $229,755.42.  Attorney Wolf and the Third-Party Claims Administrator shall make arrangements to transfer the total award amount of $229,755.42 to the Court Registry

so that the funds earn interest and be secure pending any appeal which may be filed.[1] The funds shall be subject to distribution to the appropriate party after the exhaustion of any appellate review.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of December, 2024.

KENNETH A. MARRA
United States District Judge

Copies provided to: All Counsel

---

[1] The funds shall be transferred in the form of either cash, cashier's check, money order or attorney trust account check and made payable to Clerk, United States Courts.