UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-Marra

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ALL ATS ACTIONS
_____/

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N.J. Action) (Does 1-11)
08-80465-CIV-MARRA (D.C. Action) (Does 1-144)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (N.Y. Action) (Juan/Juana Does 1-914)
10-60573-CIV-MARRA (*Montes*)
10-80652-CIV-MARRA (D.C. Action) (Does 1-976)
11-80404-CIV-MARRA (D.C. Action) (Does 1-677)
11-80405-CIV-MARRA (D.C. Action) (Does 1-254)
18-80248-CIV-MARRA (John Doe 1)
17-81285-CIV-MARRA (D.C. Action) (Does v. Hills)
17-80475-CIV-MARRA (Ohio Action) (Does 1-2146)
_____/

## MOTION OF LIAISON COUNSEL AND INCORPORATED MEMORANDUM SEEKING PERMISSION TO PROVIDE LEGAL COUNSEL TO CURRENT CLIENTS OF PAUL WOLF, ESQ.

The undersigned, in his capacity as Liaison Counsel for the Majority Plaintiffs and on behalf of Majority Plaintiff's Co-Counsel moves this Honorable Court for permission to communicate with current clients of Attorney Paul Wolf who have initiated contact with Majority Plaintiffs' counsel. Those individuals have signed forms acknowledging the circumstances of their request for a second opinion regarding their pending claims against Chiquita. See the examples attached, from which personal identifying information has been redacted to protect the attorney-client privileged nature of these communications.

Majority Plaintiffs' counsel consider themselves constrained by prior orders of this Court from substantively responding to the requests that have been made for second opinions, and we seek guidance and permission to communicate freely with anyone who initiates contact with us and executes a form such as those attached. Mr. Wolf has repeatedly declined to agree to our engaging in any communications with his clients, including in response to an offer of reciprocal consent to such communications that would allow all persons with claims in the pending MDL proceedings the opportunity to evaluate settlement options from the divergent perspectives of Mr. Wolf and Majority Plaintiffs' Counsel.

February 12th, 2025

Respectfully Submitted,

JOHN SCAROLA
Florida Bar No.: 169440
Attorney E-Mail(s): jsx@searcylaw.com
and mmccann@searcylaw.com
Primary E-Mail:
_scarolateam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9451

JAMES K. GREEN
Florida Bar No.: 229466
Attorney Email: jkg@jameskgreenlaw.com

Chiquita Brands International, Inc.
Case No.: 08-01916-MD-MARRA/JOHNSON
Page 3

             James K. Green, P.A.
             Flagler Center, Suite 306
             501 S. Flagler Drive
             West Palm Beach, FL 33401
             Phone: (561) 659-2029
             Fax: (561) 655-1357

             ***Counsel for Valencia Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on February 12th, 2025. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

             John Scarola, Esq.

REQUEST FOR PERMISSION TO OBTAIN A SECOND LEGAL OPINION

My name is _____.
[PRINT NAME]

I currently have a claim pending in the United States against Chiquita in which I am represented by Attorney Paul Wolf. I have been informed that Mr. Wolf has entered into an agreement with Chiquita involving an offer to settle my claim.

I have contacted Colombian attorneys handling similar claims to seek a separate opinion about my legal rights with respect to the pending offer, but they have not provided any opinion and informed me that they are prohibited from responding to my questions unless Mr. Wolf agrees or I terminate his representation. I understand that Mr. Wolf has refused to agree to allow other attorneys who are litigating similar claims in the US to answer my questions, so I have asked that this request be forwarded to the Court in the United States requesting that these lawyers independent of Mr. Wolf be given permission to speak to me.

_____        _____
Signature                              Date

_____
Id. No (Cedula)

_____
Victim's Name

SOLICITUD DE PERMISO PARA OBTENER UNA SEGUNDA OPINIÓN LEGAL

Mi nombre es _____,
[NOMBRE IMPRESO]

Actualmente tengo un reclamo pendiente en los Estados Unidos contra Chiquita en el cual estoy representado por el abogado Paul Wolf. Me han informado que el Sr. Wolf ha celebrado un acuerdo con Chiquita que implica una oferta para resolver mi reclamo.

Me he comunicado con abogados colombianos que estan litigando reclamos similares contra Chiquita para buscar una opinión separada sobre mis derechos legales con respecto a la oferta pendiente, pero NO me han brindado ninguna opinión y me informaron que tienen prohibido responder a mis preguntas a menos que el Sr. Wolf esté de acuerdo o yo revoque su representación. Entiendo que el Sr. Wolf se ha negado a permitir que otros abogados que están litigando reclamos similares en los EE. UU. respondan mis preguntas, por lo que he solicitado que esta solicitud se envíe a la Corte en los Estados Unidos solicitando que estos abogados independientes del Sr. Wolf, se les otorgue permiso para hablar conmigo.

*[signature]*        4/02/2025
Firma                Fecha

*[Cedula No.]* 32286108
No. de Cedula

*[Victim name handwritten]* Luis Dario Guisso David
Nombre de la Victima

# REQUEST FOR PERMISSION TO OBTAIN A SECOND LEGAL OPINION

My name is _____
[PRINT NAME]

I currently have a claim pending in the United States against Chiquita in which I am represented by Attorney Paul Wolf. I have been informed that Mr. Wolf has entered into an agreement with Chiquita involving an offer to settle my claim.

I have contacted Colombian attorneys handling similar claims to seek a separate opinion about my legal rights with respect to the pending offer, but they have not provided any opinion and informed me that they are prohibited from responding to my questions unless Mr. Wolf agrees or I terminate his representation. I understand that Mr. Wolf has refused to agree to allow other attorneys who are litigating similar claims in the US to answer my questions, so I have asked that this request be forwarded to the Court in the United States requesting that these lawyers independent of Mr. Wolf be given permission to speak to me.

_____      _____
Signature                    Date

_____
Id. No (Cedula)

_____
Victim's Name

# SOLICITUD DE PERMISO PARA OBTENER UNA SEGUNDA OPINIÓN LEGAL

Mi nombre es _____
[NOMBRE IMPRESO]

Actualmente tengo un reclamo pendiente en los Estados Unidos contra Chiquita en el cual estoy representado por el abogado Paul Wolf. Me han informado que el Sr. Wolf ha celebrado un acuerdo con Chiquita que implica una oferta para resolver mi reclamo.

Me he comunicado con abogados colombianos que estan litigando reclamos similares contra Chiquita para buscar una opinión separada sobre mis derechos legales con respecto a la oferta pendiente, pero NO me han brindado ninguna opinión y me informaron que tienen prohibido responder a mis preguntas a menos que el Sr. Wolf esté de acuerdo o yo revoque su representación. Entiendo que el Sr. Wolf se ha negado a permitir que otros abogados que están litigando reclamos similares en los EE. UU. respondan mis preguntas, por lo que he solicitado que esta solicitud se envíe a la Corte en los Estados Unidos solicitando que estos abogados independientes del Sr. Wolf, se les otorgue permiso para hablar conmigo.

_Hernan Antonio Quiroz D._      04/02/2025
Firma                            Fecha

_4861862_
No. de Cedula

_Luis David Quiroz David_
Nombre de la Victima