## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-md-01916-ALTMAN/Reinhart

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC.
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION,
_____/

**This Document Relates to:**

**All ATS ACTIONS**

_____/

### ORDER SETTING STATUS CONFERENCE

On February 19, 2025, the United States Judicial Panel on Multidistrict Litigation reassigned this case from Judge Kenneth A. Marra to us. *See* Order Reassigning Litigation [ECF No. 3960]. Upon a *sua sponte* review of the docket, we find that a status conference is necessary to resolve some outstanding issues in the case. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. A status conference is **SET** for **March 19, 2025, at 3:00 p.m.**, in Courtroom 12-4 at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 N. Miami Avenue, Miami, Florida 33128. The parties should be prepared to discuss the following issues:

   a. The Motion for Liaison Counsel and Incorporated Memorandum Seeking Permission to Provide Legal Counsel to Current Clients of Paul Wolf, Esq. [ECF No. 3959].

   b. Whether we have jurisdiction, during the pendency of the current appeal, to consider Linder's Motion for Entry of Final Judgment on All Remaining Claims Against Him in These Actions [ECF No. 3412] and/or Chiquita's Motion to Dismiss First Amended Complaint in Case No. 20-60831 [ECF No. 3417].

2. All local counsel (meaning counsel that reside in the Southern District of Florida) shall

appear **in person** at the status conference. Local counsel may move to appear remotely via Zoom upon a showing of good cause, but all motions to appear remotely must be filed at least **24 hours before the hearing**. Counsel who reside outside of the Southern District of Florida may attend the status conference by Zoom without filing a motion to appear remotely.

3. For those attending by Zoom, the Meeting ID is 160 7688 8099. The Passcode is 183310. The Court **does not** issue a Zoom link. Please access the Zoom meeting by going to Zoom.us (or opening a Zoom app), clicking "join a meeting," and entering the Meeting ID and Passcode.

**DONE AND ORDERED** in the Southern District of Florida on March 10, 2025.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record