UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 08-01916-MD-Marra**

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/
This Document Relates To:

ALL ATS ACTIONS
_____/

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N.J. Action) (Does 1-11)
08-80465-CIV-MARRA (D.C. Action) (Does 1-144)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (N.Y. Action) (Juan/Juana Does 1-914)
10-60573-CIV-MARRA (*Montes*)
10-80652-CIV-MARRA (D.C. Action) (Does 1-976)
11-80404-CIV-MARRA (D.C. Action) (Does 1-677)
11-80405-CIV-MARRA (D.C. Action) (Does 1-254)
18-80248-CIV-MARRA (John Doe 1)
17-81285-CIV-MARRA (D.C. Action) (Does v. Hills)
17-80475-CIV-MARRA (Ohio Action) (Does 1-2146)
_____/

**PLAINTIFFS' CONFIDENTIAL SUBMISSION OF SECOND OPINION REQUEST FORM**

Pursuant to this Court's Order, DE 3981, the undersigned gives notice that the individual who completed the attached form[1], claiming to be presently represented by Attorney Paul Wolf, contacted Plaintiffs' local counsel in late August 2024, requested a second opinion regarding acceptance of the Wolf/Chiquita "settlement", was provided the attached form following the appointment of independent counsel, and returned the completed form to Plaintiffs' local counsel on May 29, 2025. Local counsel submitted the form to the undersigned on August 20, 2025.

---

[1] The form has been redacted for the individual's privacy.

An unredacted copy of the form has been provided to Attorney Adam Moskowitz and to Mr. Wolf contemporaneously with this confidential submission to the Court.

Dated: August 20, 2025                                                          Respectfully Submitted,

                                                                                */s/ Gabriela Valentin Diaz*
                                                                                Gabriela Valentin Diaz
                                                                                EarthRights International
                                                                                1400 K Street NW, Suite 750
                                                                                Washington, D.C. 20005
                                                                                Tel: 202-466-5188
                                                                                Fax: 202-466-5189
                                                                                gabriela@earthrights.org

                                                                                *Counsel for New Jersey Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 20th day of August, 2025.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

*/s/ Gabriela Valentin Diaz*
Gabriela Valentin Diaz

REQUEST FOR INDEPENDENT LEGAL OPINION

I, _____, a resident of _____, Colombia, have a claim against Chiquita Brands and am currently represented by attorney Paul Wolf. I would like a second opinion from an impartial attorney about whether to accept the settlement offer communicated by Chiquita to resolve my case. I authorize and direct Paul Wolf to provide a complete copy of all materials relating to my claim against Chiquita to the attorney appointed by the Court to provide second opinions.

The impartial attorney can contact me by the following methods:
Phone Number:
Email:
I am available during the following hours:
_____

I sign this ___ day of _____, 2025.
_____
Name:

(This is an attorney-client privileged communication not to be shared with any third party without the express consent of the undersigned.)

Yo, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ residente en  Turbo - Antioquia , Colombia, tengo un reclamo en contra de Chiquita Brands y soy representado actualmente por el abogado Paul Wolf. Me gustaría obtener una segunda opinión de un abogado imparcial sobre si aceptar la oferta de acuerdo para solucionar mi caso comunicada por Chiquita. Autorizo y solicito al abogado Paul Wolf que envíe una copia completa de todos los materiales relacionados a mi reclamo en contra de Chiquita Brands al abogado designado por la Corte para proveer esta segunda opinión.

El abogado imparcial me puede contactar por los siguientes métodos:

Número de teléfono ▓▓▓▓▓▓▓▓▓▓

Correo electrónico: ▓▓▓▓▓▓▓▓▓▓

Estoy disponible durante los siguientes horarios:

En cualquier horario del día.

Firmo este día 29 del mes Mayo, 2025.